# EXHIBIT "A"

# US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

# 1,143 PLAINTIFFS

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1. Ardoin, Hector Jr., Individually & dba Bethel Missionary Baptist Church
2. Bernard, Abraham B., Jr., Individually and d/b/a United Marine Shipyard
3. Bolt, John Roy, Individually and d/b/a Greater Little Zion Church Of God In Christ
4. Brown, Richard E., Individually and d/b/a New Birth Community Church
5. Bryant, Gerald Wayne, Individually and d/b/a Pilgrim Rest Missionary Baptist Church
6. Chew, Jearon DeMarkus, Individually and d/b/a East Gill Missionary Baptist Church
7. Clark, Issac Townsend, Individually and d/b/a Love Center Church of God in Christ
8. Collier, Robert Earl, Individually and d/b/a Boulden Memorial Church of God in Christ
9. Elam, Sr., Delton C., Individually and d/b/a New Hope Church of God in Christ
10. Franklin, James Chester, Individually and d/b/a Pleasant Green Baptist Church
11. Haynes, Jr., Felix, d/b/a Rising Sun Baptist Church
12. Johnson, Curtis Gene, Individually and d/b/a Greater Grace Missionary Baptist Church
13. Nonette, Albert, Individually and d/b/a Johnson Memorial Baptist Church
14. Pitre, Jr., Albert, Individually and d/b/a Spring Hill Missionary Baptist Church
15. Rogers, Joseph, Individually and d/b/a Mount Horeb Missionary Baptist Church
16. Williams, Mell, Jr., Individually and d/b/a New Light Baptist Church
17. Wolfe, Elray, Individually and d/b/a Holy Way Church of God in Christ
18. Hamilton, Albert Ed IV
19. Hayes, Rita Elizabeth
20. Rangel, Thomas
21. Aakquanakhann, Dionne Cox
22. Aakquanakhann, Ernest I.
23. Abshier, Jerry Lynn
24. Adams, Leonard Ray
25. Adix, Carl Conrad, III
26. Aguilar, Jose Luis
27. Aguilar, Monica Irene
28. Alexander, June
29. Allen, Elizabeth Lorene
30. Allen, Justin Wade
31. Allison, Jerry Lynn
32. Alston, Mark Wade
33. Anderson, Jerome
34. Andrepoint, Gerald
35. Andrepont, Joseph
36. Andresio, Eliseo Agravante
37. Andresio, Eva
38. Andresio, Lester P.
39. Antu, Robert Lopez
40. Ardoin, Timothy Chad
41. Armour, Gloria Dean
42. Armour, Mitchell Joseph
43. Armstrong, Alice Romecca
44. Armstrong, Curtis Ray
45. Arrant, Jack
46. Arvizo, Amanda Medrano
47. Arvizo, Oscar L.
48. Ashabranner, Carolyn
49. Ashabranner, George
50. Ashabranner, James
51. Atchison, Gwendalyn Boone
52. Atchley, James Louis
53. Atherly, Ainsley
54. Atkins, Keith Peyton
55. Auau, Sanaki Alo Makane
56. Augustine, Vincent James

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | |
|---|---|
| 57. Avondet, Charles, II | 100. Bennett, Terry Don |
| 58. Ayala, Juan | 101. Benoit, Glenn Dale |
| 59. Aydelotte, Kenneth Wayne | 102. Bernard, Deborah Ross |
| 60. Ayers, Erskine Eugene | 103. Bernard, Earnest, Jr. |
| 61. Bach, Brian Lee | 104. Berry, Otis Claude, Jr. |
| 62. Bailey, James Allen | 105. Berwick, Frank Edward |
| 63. Bailey, Kevin Carl, Sr. | 106. Berwick, Toby E. |
| 64. Bainbridge, William Louis, IV | 107. Bethea, Nicholas Bradley |
| 65. Baldwin, Keith Hollis | 108. Bias, James |
| 66. Baldwin, Thomas Wayne | 109. Bias, Lamarcus Darnell |
| 67. Banuelos, Jorge Barrera | 110. Bill, Donald Ray |
| 68. Baptiste, Wilfred | 111. Bittle, Parker Garrett |
| 69. Barber, Elizabeth (Foley) | 112. Blanco, Jose Guadalupe |
| 70. Bares, John Bernard | 113. Bledsoe, Edwin Bernard |
| 71. Barge, Byron Jackson | 114. Blevins, Michael Henry |
| 72. Barge, Kathleen Dawn | 115. Blue, James Wesley |
| 73. Barker, Barbara Adele | 116. Bob, Isaac |
| 74. Barlow, Desa G. Letulle | 117. Bobb, Irel |
| 75. Barlow, Eddie Dale, Jr. | 118. Boland, Jimmie Don, Jr. |
| 76. Barnaba, Peter Clay | 119. Bolden, Linda Gail |
| 77. Barnes, Ivan Dale | 120. Bond, Tommy Glen |
| 78. Barnes, Jr., John Lester | 121. Bonura, Gregory Paul |
| 79. Barnett, Andrew Christopher | 122. Bonvillion, Michael Lee |
| 80. Barrow, Christopher Joseph | 123. Boone, Chadra Renee |
| 81. Barrow, Dustin Mitchell | 124. Boone, Michael Oshannon |
| 82. Barry, Anthony Patrick, Jr. | 125. Boudreaux, Joseph Paul |
| 83. Barry, Thomas Kevin | 126. Boudreaux, Judy Wright |
| 84. Bassett, Roderick Deshawn | 127. Bowden, Kevin Andrew |
| 85. Bates, Isaac | 128. Bowman, Louis, Jr. |
| 86. Batiste, Jerome Marcellus | 129. Bowman, Wash |
| 87. Batiste, Michael Leon | 130. Box, Larry Joe |
| 88. Battle, Clinton, Jr. | 131. Braddock, Leslie Clay, Jr. |
| 89. Baylor, Edna Fay | 132. Bradley, Lucius |
| 90. Baylor, Raymond | 133. Bradley, Richard James |
| 91. Beachler, Frank Thomas, Jr. | 134. Braley, Chad Edward |
| 92. Bean, Jessie James | 135. Brasfield, Rita Ann |
| 93. Beaudeaux, Brent | 136. Braudway, Andy Glyndon |
| 94. Becker, Talmadge | 137. Braudway, Andy Glyndon, Jr. |
| 95. Beebe, Maurice Gene, Jr. | 138. Breaux, Jason Paul |
| 96. Bell, Esel D. | 139. Bridgers, Michael Joel |
| 97. Bell, June Vernon | 140. Briggs, Edward Hayward |
| 98. Benjamin, Johnny Clyde | 141. Briggs, Sammy Davis |
| 99. Benjamin, Robby Jay | 142. Brinlee, Gregory Lynn |

**EXHIBIT "A"**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

143. Brisendine, Sherry Judalon
144. Broughton, Oneal
145. Broussard, Eva Bates
146. Broussard, Jerry Wayne
147. Broussard, Jody Francois
148. Broussard, Roy Rogers
149. Brown, Bradley Scott
150. Brown, Dorothy Boxie
151. Brown, Elliott Winston
152. Brown, Kenneth Earl
153. Brown, Norman John
154. Brown, Steven Thomas
155. Brown, Vicky
156. Brown, Wayman, Sr.
157. Brown, Wilford Gene
158. Bruno, Blake Aaron
159. Bruno, Brenda Cross
160. Bruno, Dominic Craig
161. Buchholz, Frank Fredrick
162. Buchholz, Justin R.
163. Budro, Aaron Michael
164. Bunch, Charles William, Jr.
165. Burch, Robert Allen
166. Burkett, Blake Rell
167. Burkhead, Justin Wayne
168. Burnaman, Brian Allen
169. Burrell, Donald Carson
170. Burt, John David
171. Burton, John
172. Butler, Mary L. Romar
173. Byrd, Clinton
174. Byrd, Earl
175. Byrd, Marvin Wayne
176. Cabradilla, Cristino Yap
177. Caldwell, Katherine
178. Caldwell, Travis Lit
179. Caleb, Caroline Lofton
180. Caleb, Charles
181. Callaway, Robert Allen
182. Campbell, Brian Roosevelt
183. Cannon, Leroy, Jr.
184. Cano, Elizabeth
185. Cantu, Alma
186. Cantu, Ruben Paul
187. Cardenas, Homero
188. Carey, Adolf
189. Carouthers, Kevin Lee
190. Carouthers, Tristie Lyn
191. Carouthers, Wilbur Lee
192. Carr, Henry Louis
193. Carr, Paul Anthony
194. Carrington, James Edward
195. Carroll, Eva Odems
196. Carter, Roy Dean, Jr.
197. Carver, David Holcomb
198. Cassel, Christopher Alan
199. Cassel, Laura Faye
200. Castaneda, Richard Ray
201. Castaneda, Richard Ray, Jr.
202. Castille, Brian Gerard
203. Castille, Brian Keith
204. Castille, Derrick Wayne
205. Castille, Merlin Gerard
206. Castille, Sara Brown
207. Castille, Timothy
208. Castille, Todd Eric
209. Castillo, Javier Almaraz
210. Castillo, Raul Dario
211. Castolenia, Brenton Micheal
212. Castolenia, Michael Gerard
213. Caswell, Norma Bertrand
214. Ceja, Hugo Martinez
215. Ceja, Miguel Martinez
216. Chaison, Louis Phillip
217. Champagne, Kevin Charles
218. Chandler, Kena
219. Chapman, Dylan Perry
220. Chapman, Steven Dale
221. Charles, Elijah
222. Chatlin, Billy Ray
223. Chelette, Randall Odell
224. Chelette, Vonda Foster
225. Chimeno, Ryan Levi
226. Chow, Carl Lee
227. Christmas, Troy Wayne
228. Clapp, Mary Ferguson

## EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | |
|---|---|
| 229. Clapp, Merle Laverne | 272. Culver, Joshua Michael |
| 230. Clark, Charles Harry, Jr. | 273. Currie, Lisa Lynn |
| 231. Clark, Joseph, Jr. | 274. Curry, Andrew |
| 232. Clay, Shameika Reinette | 275. Custer, Thomas Eugene |
| 233. Cloide, Teddy Joe | 276. Dacus, Melinda Lee |
| 234. Coffee, Michael Leslie, II | 277. Dade, Willie E. |
| 235. Coleman, Chaddrick Lee | 278. Dafonte, Tammy Gilbert |
| 236. Coleman, Leo Patrick | 279. Dale, Sheila Barden |
| 237. Coleman, Raymond | 280. Dale, Ty Lane |
| 238. Collins, Brandal W. | 281. Dangerfield, Millard, Jr. |
| 239. Collins, Carolyn Delores | 282. Daniel, Laura Anne |
| 240. Collins, Elizabeth Stewart | 283. Daniel, Robert Joseph |
| 241. Collins, Elmer Leroy | 284. Davis, Damion Sid |
| 242. Collins, James H. | 285. Davis, Dannie Floyd |
| 243. Collins, Randall Brent | 286. Davis, Donald Lynn |
| 244. Comeaux, Albin | 287. Davis, Jack Vincent |
| 245. Comeaux, Cody Allen | 288. Davis, Milton Ray |
| 246. Comeaux, Michael E. | 289. Davis, Richard Lynn |
| 247. Comeaux, Reginald Charles | 290. Davis, Stephanie Sue |
| 248. Compton, Felecia Denise | 291. Dawson, George Wesley |
| 249. Conner, Dexter Jene | 292. Dawson, Wyndalyn K. |
| 250. Conner, Katherine Marie | 293. Dean, Roger Lee |
| 251. Connor, Darcy James | 294. Dean, Ronnie James |
| 252. Constance, Maximin | 295. DeBlanc, Stella Marie |
| 253. Constant, John Westley | 296. Decuire, Alfred Gerald |
| 254. Cooksey, Joyce Smith | 297. DeGrasse, George Edward, Jr. |
| 255. Cooksey, Phillip James | 298. Delarosa, Marcus Keith |
| 256. Cordle, Joshua Raine | 299. Delarosa, Richard Mark |
| 257. Coverdale, Charles Richard | 300. Delco, Elizabeth Ann (Briggs) |
| 258. Coverdale, Chris Allen | 301. Delk, Donald Glenn |
| 259. Coverdale, Deborah Gaudet | 302. Demoss, David Dean |
| 260. Cox, Jennifer Lynn | 303. Denby, Gary Wayne |
| 261. Crain, Kimberly Ann | 304. Dennis, Richard Shefford |
| 262. Crain, Larry Don | 305. Derouen, Marcus Lee |
| 263. Crain, Luke Andrew | 306. Deshotel, Albert Vincent |
| 264. Crain, Richard Edward | 307. Deshotel, Jason Ray |
| 265. Crane, James William, Sr. | 308. Deshotel, Ricky Ray |
| 266. Crocker, Elizabeth Ann | 309. Dever, Karl Ray |
| 267. Crocker, Jerrod Lynn | 310. Devillier, Coulon Wade |
| 268. Crocker, Raymond Van | 311. Devillier, Jett Harlan |
| 269. Crosson, Douglas Alfred | 312. Devillier, Yale Harlan |
| 270. Crowe, Kashunda Lyn | 313. Deyton, Kevin Wade |
| 271. Culbertson, Richard Andrew | 314. Dillon, David Scott |

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

315.  Diltz, David Dylan
316.  Diltz, Debra Westman
317.  Diltz, Denis Dee
318.  Diltz, Jacob Daniel
319.  Dixon, Vera Miller
320.  Dobrinich, Thomas Joseph
321.  Doland, Michael Russell
322.  Drago, Joseph Gerard
323.  Drake, Andrew Garrett
324.  Dreier, Sarah Ann
325.  Dreier, Todd Lane
326.  Driskill, Joshua Paris
327.  Driver, Lawrence V., Jr.
328.  Drones, Albert Joe
329.  Drones, Edward Lee
330.  Drones, Paster Lee, Jr.
331.  Dubois, Bernard S.
332.  Ducote, Joel Christopher
333.  Dues, Elsie Tolbert
334.  Duff, Rupert Malcolm
335.  Dugas, Charles
336.  Duhl, John William
337.  Duke, Joshua David
338.  Dunaway, Wilton Neal
339.  Duncan, Albert
340.  Duplechin, Bruce Adam
341.  Duplecion, Kyle Joseph .
342.  Dupre, Keven Joseph
343.  Dupre, Wallace Joseph, Jr.
344.  Dupree, Michael Charles
345.  Eads, Brad Deloy
346.  Easter, Montreall
347.  Eddings, Ronald
348.  Eden, Michael Louis
349.  Edmond, Clinton Joseph
350.  Edmondson, Homer Edel, Sr.
351.  Edwards, Alma Tarver
352.  Edwards, Byron R.
353.  Edwards, James Wyndle
354.  Edwards, Lawrence
355.  Elford, Robert Donald
356.  Ellis, Ernest Charles
357.  Ellis, Terry Don

358.  Ellison, I.V.
359.  Elmore, David, Jr.
360.  Enderle, Cory James
361.  Eppler, Jerry Alton
362.  Eppler, Martha English
363.  Epps, David Lester
364.  Espree, John Alfred, II
365.  Etheridge, Cornelius
366.  Etheridge, Louis James
367.  Evans, Joe Benten, III
368.  Evans, Raymond Edgar
369.  Evans, Rufus Patrick
370.  Faseler, Payton Robert
371.  Ferguson, David Keith
372.  Fillyaw, Sean Deonteria
373.  Fisher, David Kyle
374.  Fisher, David Lee
375.  Fisher, James Edward
376.  Flanagan, Brenda Holliman
377.  Flanagan, James Larry
378.  Flanders, Nicholas Talbot
379.  Fleming, Pierre Maurice
380.  Flewellen, Fred Alphanzo
381.  Flewellen, Geneva Todd
382.  Flores, Domingo, Jr.
383.  Flores, Jesse Martinez
384.  Flowers, Albert Edward
385.  Foley, Willie Earl
386.  Folsom, James Benton
387.  Fondren, Jory Matthew
388.  Fontenot, Claudette Denise
389.  Fontenot, Denson Carman
390.  Fontenot, Ferdinand Dewayne
391.  Fontenot, Kenneth Wade
392.  Ford, John Thomas, Jr.
393.  Foreman, Glen Dale
394.  Fournier, Robert Michael
395.  Frank, Clarence
396.  Frank, Elnora Doffney
397.  Frank, Lawrence McCloyd
398.  Frank, Mack Henry
399.  Frazier, Steve Keith
400.  Frederick, Helen Ann

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

401. Frederick, Michael W., Jr.
402. Fusilier, Jeremy Jerome
403. Gallerson, Ronald Trent
404. Gallett, Shawn Andrew
405. Galloway, Brad Allen
406. Garcia, Adrian Rocky
407. Garcia, Juan Manuel
408. Garcia, Juan Manuel, Jr.
409. Garza, Lewis
410. Gaudet, Dale Thomas
411. Gavard, Cody Franklin
412. George, Robert Lee
413. George, Rodney Bernadine
414. Gibbs, Roy Anthony
415. Gilbert, Robert Timothy
416. Gilbert, Sue Ellen
417. Gilbert, William Stephen
418. Ginn, Michael Lee, Jr.
419. Gisselberg, David Herbert
420. Gisselberg, Patricia C.
421. Gobble, Earl Wayne
422. Godfrey, Larry Demetrius
423. Godfrey, Lawrence Calvin
424. Godfrey, Lawrence Victor
425. Gomez, Esteban Alberto
426. Goodlow, Lorenza
427. Goodman, Carlton Ray
428. Goolsby, John Henry
429. Gordon, Ellie Louise
430. Gordon, Mark Douglas
431. Goudeau, Clifton, Jr.
432. Goudeau, Joyce Berry
433. Goudeau, Leon, Jr.
434. Goudeau, Leona Derouen
435. Gould, Lathan Neil
436. Graham, Aaron Dale
437. Grandeza, Edna M.
438. Grandeza, Manuel Hilado
439. Gray, David Glenn
440. Gray, David Glenn, Jr.
441. Green, Abe
442. Green, Debbie Kay
443. Green, Jake

444. Green, James Fredrick
445. Green, Jerry
446. Green, Reginald Jerome
447. Green, Sharon Lynett
448. Grice, Carl Lewis, Sr.
449. Guidry, Glenn Wade
450. Guidry, Katherine Louise
451. Guidry, Tennise Joseph
452. Guillory, Irvin J.
453. Guillory, Joseph Terry
454. Guthrie, Darrel Wayne
455. Guy, Michael Jerome
456. Guzman, Richard J.
457. Hadnot, Letony Warren
458. Hadnot, Willie, Jr.
459. Hadnott, William Winston
460. Hall, Doris Price
461. Hampton, Moore Reall
462. Hampton, Robbin Gayle
463. Hampton, Ryan Royce
464. Handley, James Todd
465. Hanson, Jerry Russell
466. Hardy, Karl Wayne
467. Hardy, Karl Wendel
468. Hardy, Norris
469. Hardy, Stephen Ray
470. Hargraves, Carl Aldin
471. Harmon, Caleb Dale
472. Harmon, Kenneth Eugene
473. Harper, Tommie Dell
474. Harrington, Richard Wayne
475. Harrington, Rosalie
476. Harris, David Allen
477. Harrison, Dwight
478. Hartel, John Kent III
479. Havard, Mark Christopher
480. Hawkins, Albert Anthony
481. Haynes, Beulah Louise
482. Haynes, Clarence
483. Haynes, Clarence Denson, Jr.
484. Haynes, Don Calvin
485. Haynes, Richard Lee
486. Hays, Isaac

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | |
|---|---|
| 487. Hays, Isaac, III | 530. Hughes, Scott Thomas |
| 488. Headley, Joseph Lincoln | 531. Hughes-Landry, Amber-Kaye |
| 489. Hebert, Charles Adam | 532. Hulet, Gregory Scott |
| 490. Hector, Auriel Llewellyn | 533. Humphrey, Willie David |
| 491. Heggins, Lovodges | 534. Hunt, Isadore, Sr. |
| 492. Henderson, Jason Grant | 535. Hunteman, Jerry Daniel |
| 493. Henry, Harry Brown | 536. Hunter, Xavier Enrico |
| 494. Henslee, Chad Jason | 537. Hutson, Thomas Lee |
| 495. Henslee, Donald Lee | 538. Isac, Darence Antonio |
| 496. Herline, Janet Sue | 539. Isadore, William Deadmon |
| 497. Herline, Raymond Ernest | 540. Isbell, Charmon Deanne |
| 498. Hernandez, Silverio G. | 541. Isbell, Jimmy Fred, Jr. |
| 499. Herrera, Leticia | 542. Jackson, Billy Joel, Jr. |
| 500. Herrigan, Charles James, III | 543. Jackson, Brefredia Idom |
| 501. Herring, Jo Ann | 544. Jackson, Dustin Ray |
| 502. Herring, Steven Dekator, Sr. | 545. Jackson, Hattie Dennis |
| 503. Hicks, Lloyd Ray | 546. Jackson, Jay Bentley |
| 504. Hidalgo, Judy Hillin | 547. Jackson, John Thomas |
| 505. Hidalgo, Troy Calvin | 548. Jackson, Kyle Joseph |
| 506. Hillin, Jay Michael | 549. Jackson, Lavonda |
| 507. Hillin, Steve Bryant | 550. Jackson, Philmore, Jr. |
| 508. Hinkins, Michael Anthony | 551. Jackson, W. M. |
| 509. Hoelzer, Rick Alan | 552. James, Dewayne, Jr. |
| 510. Hollier, Rayford Ray | 553. Jenkins, Austen Taylor |
| 511. Hollier, Stella Ann | 554. Jenkins, Jerry |
| 512. Holmes, Tartanisha Evett | 555. Jenkins, Shedrick Duane |
| 513. Holt, James Allen | 556. Jnohope, Emile |
| 514. Holt, Larry Donnell | 557. Johnson, Bryan Gerald |
| 515. Holt, Raugers | 558. Johnson, Chandra Bell |
| 516. Holt, Ronald Eugene | 559. Johnson, Cheryl Rae |
| 517. Honeycutt, Jordan Janae | 560. Johnson, Ed, Jr. |
| 518. Howard, Glen Terrence | 561. Johnson, Ervin Wade, Jr. |
| 519. Howard, Wilbur Leon | 562. Johnson, Everett Wayne |
| 520. Hoyt, Charles Dale | 563. Johnson, Frederick Arthur |
| 521. Hudgeons, Samuel Cody | 564. Johnson, Horace |
| 522. Hudgeons, Travis Dean | 565. Johnson, James |
| 523. Hudson, Wayne Conrad, Jr. | 566. Johnson, Jimmie |
| 524. Hues, Thomas Eldon | 567. Johnson, Joseph Dudley, Jr. |
| 525. Huff, Justin Taylor | 568. Johnson, Reginald Elwin |
| 526. Huff, Wesley Lamar | 569. Johnson, Roger Lee |
| 527. Hughes, Gloria Ann | 570. Johnson, Roger Lee, Jr. |
| 528. Hughes, Karen Stark | 571. Johnson, Sylvia Y. |
| 529. Hughes, Linton Pierce | 572. Johnston, Leo Wayne |

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | |
|---|---|
| 573. Jones, Calvin, Sr. | 616. Lange, Charles Anthony |
| 574. Jones, Earl Thomas | 617. Larkins, Larry James |
| 575. Jones, Elaskia Harrison | 618. Lartigue, Bulia Patricia |
| 576. Jones, Jesse James, Jr. | 619. Latique, Mark M. |
| 577. Jones, Joe Willis | 620. Laus, Roy |
| 578. Jones, Johnny Gus | 621. Lavan, Marion Gene |
| 579. Jones, Ronald Craig | 622. Lavine, Leonard, Jr. |
| 580. Jordon, Ralph Eli, Jr. | 623. Leasure, Herman David |
| 581. Joseph, Felix Phill | 624. LeBlanc Jr., Edward Lee |
| 582. Joseph, James | 625. LeBlanc, Joshua Richard |
| 583. Joseph, Jerome | 626. LeBlanc, Sean Roy |
| 584. Julien, Demarcus D. | 627. LeBoeuf, Cory Eugene |
| 585. Kellams, Donna Lynn | 628. LeBoeuf, Mary Kathleen |
| 586. Kellams, Kimberly Danielle | 629. Lee Jr., Martin |
| 587. Kellams, Susan D'Ann | 630. Leger, Anthony James |
| 588. Kelly, Emanuel, Jr. | 631. Leger, Jeremy Scott |
| 589. Kelly, Walter Lee | 632. Leger, Mary Etta |
| 590. Kemp, Courtney Dail | 633. Leger, Roy Antell |
| 591. Keneson, Walter Gerard, Jr. | 634. Lemelle, Jesse Hillary |
| 592. Kennard, McKinley James, Sr. | 635. Lemke, Richard Kent |
| 593. Kennedy, Kenneth Wayne | 636. Lewis, Eugene, Jr. |
| 594. Kent, Robert Paul | 637. Lewis, John Carl |
| 595. Key, Joseph Leeman | 638. Lewis, Lee Edward |
| 596. King, Edmond | 639. Lewis, Mary Smith |
| 597. King, Jacqueline Denise Bendy | 640. Lewis, Raymond Peter |
| 598. King, Kevin Ray | 641. Lister, Adrian Brent |
| 599. King, Marcus Joseph | 642. Livings, Charles Clinton |
| 600. King, Michael Ray | 643. Lockett, Ethan |
| 601. Kinlaw, Catherine Bell | 644. Long, Wilfred Harold, Jr. |
| 602. Kinlaw, Derek James | 645. Lopez, Edward Gerard |
| 603. Knapp, Gerald Vester | 646. Lopez, Gary Wayne |
| 604. Knight, Thomas Albert | 647. Lopez, Susan Decure |
| 605. Krenek, Chad Michael | 648. Lowrey, James Curtis |
| 606. Kressman, Ross Edward | 649. Lupo, Brian J. |
| 607. Kyler, Gerald Alvin | 650. Lutz, Herbert Dennis |
| 608. LaBove, Herbert James | 651. Malone, James Anderson |
| 609. LaBove, Jarrett Rashad | 652. Malveaux, Leroy |
| 610. Lacour, David Alton, Jr. | 653. Malveaux, Lionel |
| 611. Landry, Charles | 654. Malvo, Darrell Earl |
| 612. Landry, Christopher Shane | 655. Malvo, Michael Wayne, Sr. |
| 613. Landry, Dallbess, Jr. | 656. Malvo, Mollie Gilliam |
| 614. Lane, James Henry | 657. Malvo, Vertis |
| 615. Lane, Kenneth Leon | 658. Manning, Barbara Kate |

## EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 659. | Manning, Brannon Lee | 702. | McGrew, Damon Richard |
| 660. | Manning, William Lee | 703. | McKelvey, Aneither Juanita |
| 661. | Marcus, Anthony | 704. | McKelvey, Eddie Lee |
| 662. | Marks, Dean Alan | 705. | McLamore, Eddie Mathis |
| 663. | Marlow, Robert Shane | 706. | McNeely, Maxine Thomas |
| 664. | Martin, Avery Monroe | 707. | McShan, David Duane |
| 665. | Martin, Brandon Michael | 708. | McShan, Steven Duane |
| 666. | Martin, Carroll Edwin | 709. | Medford, Finis Diamond, Jr. |
| 667. | Martin, Lisa Gayle | 710. | Mehravaran, Alan |
| 668. | Martin, Brett | 711. | Mendez, Heather Darrell |
| 669. | | 712. | Mendez, Jose Reynaldo, Jr. |
| 670. | Martin, Weston | 713. | Meredith, Nguyen T. |
| 671. | Martin, Wilfred | 714. | Meredith, Reginald Eric |
| 672. | Martinez, Cesar Uriel | 715. | Merendino, Jason Louis |
| 673. | Matak, Christopher Martin | 716. | Miekelson, Edward Lee |
| 674. | Matak, Danny Michael | 717. | Mikel, James Alvn |
| 675. | Matkin, Cade Anthony | 718. | Mikel, Jeanette A. (Cooper) |
| 676. | Matkin, Lindsey Anne Dalby | 719. | Milby, John Charles |
| 677. | Matkin, Timothy Burl | 720. | Miles, Clifton |
| 678. | Matthews, Anthony Lane | 721. | Millard, Charles Raymond |
| 679. | Maurich, Johnny Lynn | 722. | Miller, Horace Eugene |
| 680. | Maurich, Johnny Pete | 723. | Miller, Ray Bufford |
| 681. | Maurich, Teddy Glynn | 724. | Miller, Ronda Gail |
| 682. | Maxey, Eddie Ross | 725. | Miller, Sarah Marie |
| 683. | May, Chad Duaine | 726. | Millican, William Edward |
| 684. | May, Harold Edward | 727. | Mills, Andrew Earl |
| 685. | Mayfield, Roy L., Jr. | 728. | Minix, Ray, Sr. |
| 686. | Mayo, Ryan Allan | 729. | Minkins, Davis, Jr. |
| 687. | Mayordomo, Elmer Roglan | 730. | Mireles, Robert Ochoa, Jr. |
| 688. | McAdams, Steve Eugene | 731. | Mohead, Lisa C. |
| 689. | McBride, Mary (Ann) Souell | 732. | Monroe, Charles Frederick |
| 690. | McCalister, Travis Lewis | 733. | Monroe, Timothy Andrew |
| 691. | McCelvey, Shawn Michael | 734. | Montalvo, Joshua Paul |
| 692. | McClelland, Jannai Machell | 735. | Mooney, Johnnie James |
| 693. | McClelland, Mark William | 736. | Moore, Albert |
| 694. | McCook, Carolyn Erwin | 737. | Moore, Deltra White |
| 695. | McCook, Clifton Dale | 738. | Moore, Dustin Elliott |
| 696. | McDaniel, Charles Lonzo | 739. | Moore, Ernest Dewitt |
| 697. | McDaniel, Maxine | 740. | Moore, Jousha, Jr. |
| 698. | McDaniel, Otis Lee | 741. | Moore, Larry Gene |
| 699. | McDonald, McClain Allen | 742. | Moore, Sheena Riehl |
| 700. | McElduff, Gary Patrick | 743. | Moore, Terrell Goldey |
| 701. | McGough, Shawn Christopher | 744. | Morehead, Elmo |

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

745. Morgan, Berry, Jr.
746. Morgan, Holly Tabetha
747. Morrell, Joseph Wayne
748. Morris, Stephen Richard
749. Moss, Derek Glenn
750. Mouton, Robert Kennedy
751. Mouton, Robin Donatta
752. Murry, Oscar
753. Myers, Christopher Lee
754. Myers, Lucas Evan
755. Myers, Michael Ray
756. Myles, Raymond
757. Navy, Coverston Lawrence
758. Ned, Kenneth Ray
759. Newsome, Dennis Edwin
760. Newsome, Thomas Colby
761. Newsome, Thomas Wade
762. Nguyen, Xuyen
763. Nielssen, Robert Lehman, III
764. Nixon III, Linny
765. Nixon, Jason
766. Nobles, Ryan Joseph
767. O'Neal, Brenda Anderson
768. O'Neal, Lee Roy, III
769. O'Neal, Lee Roy, Jr.
770. O'Neal, Terri Murphy
771. Odom, Benjamin Scott
772. Odom, Spencer James
773. Ojeda, Manuel Cruz
774. Okun, Curtis Ann
775. Okun, Glenda Kay
776. Okun, James Dale
777. Ortiz, Alfredo
778. Ortiz, Miguel Angel
779. Owens, Bobby Nell
780. Owens, Precious Dunyell
781. Parker, Carl Allen, Jr.
782. Parker, Roy W.
783. Parker, Stephen Reed
784. Parkerson, Elvin
785. Parks, Robert James
786. Parsley, George Wilburn, Jr.
787. Pate, Alesia Chaplin

788. Patterson, Carla Nichole
789. Patterson, Sharon Tezeno
790. Pearson, Mark Anthony, Sr.
791. Peavy, Brandy Berwick
792. Peavy, Jimmy Welburn
793. Peavy, Matthew Joseph
794. Perkins, Clint Louis
795. Perron, Rahn Rene
796. Perry, Jeffery
797. Peter, Diane Holmes
798. Petry, Wendell Joseph
799. Phelps, Frank James, Jr.
800. Phillips, James L. (4059)
801. Phillips, James L. (6100)
802. Phillips, Joclyn Washington
803. Phillips, Narvie Lee
804. Picard, Ted Andrew
805. Pickron, Ronda Fay
806. Pickron, Ruby Jackson
807. Pierce, James Clarence
808. Pigg, Gary Dow
809. Pippin, Brent Justin
810. Pleasant, Joyce Marie
811. Polar, Ronald Antonio
812. Polk, Ronald Allen
813. Pollard, Nathaniel
814. Ponce, Agustin Medrano
815. Ponce, Javier
816. Pool, Troy Lane
817. Portier, Michael Lee
818. Potato, Noemi L.
819. Potato, Robert H.
820. Pouch, Faron Tracy
821. Poullard, Domonick Terrell
822. Pouncy, David Henry, Jr.
823. Powell, Kenneth Wayne
824. Pradia, Arnold Michael
825. Pradia, Aubrey Joseph, Jr.
826. Pradia, Curtis Paul
827. Price, Fredrick Douglas
828. Price, Kenneth Ray
829. Price, William James, Jr.
830. Prout, Jerry

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

831. Provo, Albert, Jr.
832. Provost, Herbert Paul
833. Provost, Joseph Early
834. Pugh, Alan Craig
835. Pugh, Barbara Deanda
836. Pyles, Billy Ray
837. Quebodeaux, Larry Jerome
838. Quebodeaux, Mary Musgrove (Denise)
839. Quigley, Cody Alan
840. Ramsey, Brett Joseph
841. Randle, George Wesley
842. Randolph, Caroline Elaine
843. Randolph, Ralph Bunch
844. Rankin, Joseph Eugene
845. Raven, John
846. Ray, Andrew
847. Redeaux, Dekeitha Danyaer
848. Reed, Elgie James
849. Reed, Jay Michael
850. Reed, Joshua Brennan
851. Reeves, Delano Cleon, Jr.
852. Renfrow, Lester Wayne
853. Renick, Jon Scott
854. Reyna, Ignacio Ponce, Jr.
855. Reynolds, Jason Lee
856. Rhodes, Dwane Kendrick
857. Rhodes, James Roland, Jr.
858. Richardson, Alvin
859. Richardson, Kevin David
860. Richmond, Delois Mason
861. Richmond, Scott Alan
862. Richter, Shannon Rinhart
863. Rideaux, Miller
864. Riley, Deborah Roberts
865. Riley, Milton Edward
866. Ripple, Benny Lynn
867. Roberds, Kristina Michelle
868. Roberson, Mozell
869. Roberts, Blaze Parson
870. Roberts, David Hal
871. Robicheaux, Eric Joseph
872. Robinson, Alfred Charles
873. Robinson, Irvin Dale
874. Roebuck, Thomas Peter, III
875. Rogers, Colby Keith
876. Rogers, Joseph Lynn
877. Rogers, Keith Ray
878. Rojas, Adrian Rodrique
879. Romar, Curtis Martin
880. Romar, Earnest, Jr.
881. Romero, Brenda S. (Bailes)
882. Romero, David Wayne
883. Romero, Felicia Marie
884. Rooks, Clarence Perry
885. Ross, Lucille
886. Russell, Roy Glyenn
887. Ruysenaars, Peter John
888. Ryals, David Junior
889. Ryherd, Mark David
890. Ryherd, Susan King
891. Rylander, John Albert
892. Salassi, Kelly Ann
893. Salassi, Vincent William
894. Salayandia, Antonio, Jr.
895. Salayandia, Jackelyn G.
896. Salter, Charles Albert
897. Sampson, Steve Anthony
898. Sams, Chester Edward
899. Sanchez, Charles Silva
900. Sanford, Robert Eugene, Jr.
901. Savage, Michael Neal
902. Savoy, Charles Lee
903. Says, Cody Wade
904. Schexsnaider, Jason Wayne
905. Scott, Columbus
906. Scott, Herman Monte
907. Scott, Willie J.
908. Sealy, John Wayne
909. Seamann, Bradley Wayne
910. Sellers, Justin Wayne
911. Sellers, Stephen William
912. Sepulvado, Mark Joseph
913. Sepulvado, Michael Glynn
914. Serna, Roberto
915. Shackelford, Walter D.

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 916. | Shepherd Charles McKennie | 959. | Stafford, Lonnie Joseph |
| 917. | Shepherd, Dessie Lee | 960. | Stanley, Ira Sebring |
| 918. | Sheppard, Joan Hindley | 961. | Staten, Kenneth |
| 919. | Sheppard, Kent | 962. | Stelly, Debora Bisor |
| 920. | Shetley, Debbie Burnside | 963. | Stelly, Leroy Charles |
| 921. | Shetley, Sidney Alexander | 964. | Stelly, Stephen Bailey |
| 922. | Shish, Mary Frances | 965. | Stephenson, Marcus Keith |
| 923. | Shynett, Frank William | 966. | Stevens, Renard |
| 924. | Sias, Debra Ann | 967. | Stevenson, Gregory |
| 925. | Sikes, Anthony Carroll | 968. | Steward, Floyd Belvin |
| 926. | Simien, Chasmin Nikolai | 969. | Stewart, Barbara Savoy |
| 927. | Simien, Clovis, Jr. | 970. | Stewart, Beverly |
| 928. | Simien, Joseph Donald | 971. | Stewart, Charles Larry |
| 929. | Simino, Casey Lee | 972. | Stewart, Edward, Jr. (2400) |
| 930. | Simmons, James Edward, Jr. | 973. | Stewart, Edward, Jr. (5494) |
| 931. | Simmons, Moses | 974. | Stiles, Paul Douglas |
| 932. | Simpson, Joe Allen | 975. | Stiles, Robert Michael |
| 933. | Sims, James Brandon | 976. | Stillwell, Michael Ray |
| 934. | Sims, Robert Clarence | 977. | Stobart, George Stanley IV |
| 935. | Singletary, Jimmy Julius | 978. | Strickland, Larry Glenn |
| 936. | Sisson, Thomas Luther, Jr. | 979. | Strickland, Wesley Aaron |
| 937. | Smith, Albert Dorsey, Jr. | 980. | Stutes Jr., Henry Lee |
| 938. | Smith, Clyde, Jr. | 981. | Stutes, April Nicole |
| 939. | Smith, Donald Paul | 982. | Suddath, Paul Ray, Jr. |
| 940. | Smith, Gilbert Lee | 983. | Surratt, Lemuel |
| 941. | Smith, Henry James | 984. | Swain, James Edward, Jr. |
| 942. | Smith, John Evrin | 985. | Swartz, Judith Eberhardt, Individually |
| 943. | Smith, Jules Crosby | | and obo Richard Randall, Deceased |
| 944. | Smith, Norris Lee | 986. | Swartz, Judy, Individually and obo |
| 945. | Smith, Patricia Sue | | Randall, Richard L., Deceased |
| 946. | Smith, Robert Arthur | 987. | Sweazie, Billy Ward |
| 947. | Smith, Rosalyn Yvonne | 988. | Swinson, Fred Astaire |
| 948. | Smith, Sharon Lynett (Green) | 989. | Sylvester, Felton Paul |
| 949. | Smith, Stacey | 990. | Tanton, Bobby Lee |
| 950. | Soileau, Patrick Emile | 991. | Tarver, Mary Ann (White) |
| 951. | Solis, Jose Antonio | 992. | Tarver, Rodney James |
| 952. | Sonn, Clarence | 993. | Taylor, Melvin |
| 953. | Sonn, Gregory Keith | 994. | Taylor, Nancy Lynn (Gonzales) |
| 954. | Sonnier, Earl Peter | 995. | Taylor, Ronnie Eugene |
| 955. | Sparrow, Carl Michael | 996. | Taylor, Terry Daniel |
| 956. | Sparrow, Kevin Paul | 997. | Telger, David Kline |
| 957. | Spears, Willie James | 998. | Telger, Wendy Lynn |
| 958. | Spoto, Giovanni Anthony | 999. | Tenopir, Christopher Allen |

## EXHIBIT "A"

### US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1000. Terrell, William Taylor
1001. Theobald, Fred Mark
1002. Thibeaux, William, Jr.
1003. Thibeaux, William, Sr.
1004. Thierry, Duretha Jackson
1005. Thierry, Michael Craig
1006. Thomas, Christopher Doyle
1007. Thomas, James
1008. Thomas, Lisa McWilliams
1009. Thomas, Robert
1010. Thomas, Zonya Faye
1011. Thompson, Irene Hadnot
1012. Thompson, James A., Jr.
1013. Thorkveen, Gloria Morris
1014. Thorkveen, Tilford Hearld
1015. Tilton, Kathleen
1016. Tilton, Paul Dewayne
1017. Tolbert, Mary Doris
1018. Tompkins, Jeremy Wayne
1019. Torres, Jessie, III
1020. Trahan, Billy
1021. Trahan, Gregory Darrin
1022. Travis, Matthew West
1023. Trent, Shawn D.
1024. Trevino, Abel Donald
1025. Trevino, Dustin
1026. Trevino, Dustin Reyes
1027. Trevino, Edward
1028. Trevino, Lisa Manganice
1029. Tribble, Brandon James
1030. Tribble, Christopher Michael
1031. Tribble, Ricky James
1032. Troutner, James Russell
1033. Trumble, Ralph, Jr.
1034. Trussell, Carl Guy, Jr.
1035. Trusty, William Bryant
1036. Tubbs, James Mason
1037. Tullar, Mahlon Arnold, Jr.
1038. Tumlinson, Christa Lyn
1039. Tumlinson, Joe Lee, Jr.
1040. Turk, Emma Ruth
1041. Turner, James
1042. Turner, Kert Wayne (6676)

1043. Turner, Kert Wayne, Jr. (4191)
1044. Turpen, George Michael
1045. Tweedel, Elsie Mae
1046. Twine, Reginald Clayton
1047. Tyson, Benjamin Everett, III
1048. Tyson, James Stanley
1049. Uptigrove, Ryan Daniel
1050. Vada, Melinda (Osborne)
1051. Valdez, Guadalupe
1052. Valdez, Mary Jane
1053. Valentine, Gerald D.
1054. Vanderdoes, Arthur Earl
1055. Vandyke, Graham Pinenell
1056. Vaughns, Allen Wayne
1057. Vayon, Michelle Rey
1058. Vela, Jose Armando
1059. Victorian, Jocelyn Barfield
1060. Villemez, Percy Joseph, Jr.
1061. Vital, Ray
1062. Vonahsen, Tamara Sue
1063. Wada, Kazuo Otis
1064. Waddy, Gastonia, Jr.
1065. Wagenhauser, Amy O'Neal
1066. Waldon, Roy T.
1067. Walker, Timothy Andrew, III
1068. Wallace, Mark Randall
1069. Wallen, Harlos Ray
1070. Walls, Terrence Maurice
1071. Walters, Percy Edward
1072. Ward, Bernard Montgomery
1073. Ward, Edith B.
1074. Warden, Robert Edward
1075. Ware, David Charles
1076. Warren, Horace, Jr.
1077. Warren, Nolan Juhun
1078. Washington, John Artemus
1079. Washington, Micah Erwin
1080. Waters, Jason Levi
1081. Watkins, Church, Jr.
1082. Weatherly, Johnathon Tate
1083. Webb, Luther James
1084. Wesley, Kenneth Wayne
1085. Westbrook, Charles Edsel, Jr.

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 1086. | Westbrook, Randy Erroll | 1115. | Wilson, Billy Ray |
| 1087. | Westman, Raymond George, Jr. | 1116. | Wilson, Cecil Anthony |
| 1088. | Wheeler, John Stanley | 1117. | Wilson, Charles Eric |
| 1089. | Whitaker, Frederick B. | 1118. | Wilson, Dante Cornelius |
| 1090. | White, Bernadette Holloway | 1119. | Wilson, David Eugene |
| 1091. | Whittington, Robert Lee | 1120. | Wilson, David Eugene, Jr. |
| 1092. | Whittington, Wendell Curtis | 1121. | Wilson, Desaray Lamar |
| 1093. | Wigley, Wayne Russel | 1122. | Wilson, Gene, Jr. |
| 1094. | Wilfer, Amos Lawrence | 1123. | Wilson, James Hope |
| 1095. | Wilkes, Samuel, Jr. | 1124. | Wilson, John Baptiste |
| 1096. | Wilkins, Charles | 1125. | Wilson, Kenneth Mitchell |
| 1097. | Williams, Adrian Devon | 1126. | Windfont, John Dexter |
| 1098. | Williams, Amos | 1127. | Winfrey, Mary Ethel |
| 1099. | Williams, Anthony James | 1128. | Winfrey, Paul Wayne |
| 1100. | Williams, Arthur | 1129. | Wolfe, Jon-Foxx Austin |
| 1101. | Williams, Bert Anthony | 1130. | Woods, Charles, III |
| 1102. | Williams, Bryant Kent | 1131. | Woodside, Keith Alan |
| 1103. | Williams, Carl Lee | 1132. | Woodside, Mikerial Bush |
| 1104. | Williams, Charles | 1133. | Wooley, Icylee Boone |
| 1105. | Williams, Clarence | 1134. | Woolley, Billy Lynn |
| 1106. | Williams, Darren Keith | 1135. | Wright, Nancy Smith |
| 1107. | Williams, Flossie Ray | 1136. | Yap, Joselito Somes |
| 1108. | Williams, Johnny Ray | 1137. | Yezak, Diana Bell |
| 1109. | Williams, Pierre Ottis | 1138. | Yezak, Howard Bernard |
| 1110. | Williams, Raymond Lee | 1139. | Young, Bobby Mac |
| 1111. | Williams, Ruby Jean | 1140. | Young, Robert Earl |
| 1112. | Williams, Tiffany Michelle | 1141. | Zambardino, Mark Allan |
| 1113. | Willis, James Dorsey | 1142. | Zambardino, Todd Michael |
| 1114. | Willis, Johnnie Clark, Jr. | 1143. | Zwahr, Richard Gene |

EXHIBIT "B"

## LA SOCIEDAD COOPERATIVA DE PRODUCCION
## PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L., ET AL

### "COOP Plaintiffs"

| | | |
|---|---|---|
| 1. | La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L. | 159 Plaintiffs |
| 2. | La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L. | 63 Plaintiffs |
| 3. | Members Only of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L. | 428 Plaintiffs |
| 4. | La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V. | 57 Plaintiffs |
| 5. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V. | 344 Plaintiffs |
| 6. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L. | 83 Plaintiffs |
| 7. | La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C. | 23 Plaintiffs |
| 8. | La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V. | 36 Plaintiffs |
| 9. | La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V. | 76 Plaintiffs |
| 10. | La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De R.L. | 36 Plaintiffs |
| 11. | La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 131 Plaintiffs |
| 12. | La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V. | 51 Plaintiffs |
| 13. | La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V. | 278 Plaintiffs |
| 14. | La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V. | 93 Plaintiffs |
| 15. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L. | 19 Plaintiffs |
| 16. | La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios S.C.L. De C.V. | 71 Plaintiffs |
| 17. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L. | 115 Plaintiffs |
| 18. | La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L. | 11 Plaintiffs |

## B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L.

### "COOP PLAINTIFFS"

1. Aguilar Arteaga, Beltran
2. Almendarez Villanza, Olga
3. Alvarado Martinez, Amauri
4. Arteaga Cruz, Julian
5. Arteaga Gonzalez, Julio Cesar
6. Arteaga Maya, Benito
7. Arteaga Maya, Jose Guillermo
8. Arteaga Maya, Marcelo
9. Arteaga Maya, Martin
10. Arteaga Maya, Ruben
11. Arteaga Ramirez, Marcos
12. Arteaga Rodriguez, Ernesto
13. Arteaga Segura, Tomas
14. Balleza Perez, Hipolito
15. Barrios Barrios, Fortino
16. Barrios Barrios, Victor Manuel
17. Barrios Cruz, Francisco
18. Barrios Cruz, Jesus
19. Barrios San Juan, Jesus Francisco
20. Barron Barron, Victor
21. Bautista Hernandez, Feliciano
22. Bautista Hernandez, Luis Arturo
23. Bautista Ramirez, Marcelino
24. Blanco Gonzalez, Fernando
25. Blanco Medina, Macario
26. Carrasco Cruz, Javier
27. Carrizalez Gonzalez, Rigoberto
28. Casanova Maya, Matilde
29. Castillo Hernandez, Jose Feliciano
30. Castillo Hernandez, Sergio Luis
31. Castillo Polito, Mateo
32. Castillo Polito, Santos
33. Cayetano Cruz, Jaime
34. Constantino Cruz, Juan Carlos
35. Coronado Arteaga, Jose Severiano
36. Coronado Mendoza, Pedro
37. Coronado Mendoza, Severiano
38. Cruz Almendares, Omero
39. Cruz Carrasco, David
40. Cruz Gonzalez, Abad
41. Cruz Lopez, Primitivo
42. Cruz Mendoza, Arturo
43. Cruz Mendoza, Cipriano
44. Cruz Mendoza, Luis
45. Cruz Perez, Braulio Tomas
46. Cruz Perez, Servando
47. del Angel del Angel, Juan
48. del Angel del Angel, Julio
49. del Angel del Angel, Leopoldo
50. del Angel Hidalgo, Marcelino
51. del Angel Perez, Perfecto
52. del Angel Valdez, Mauro
53. Delgado Cruz, Amadeo
54. Delgado Delgado, Heriberto
55. Delgado Delgado, Leonardo
56. Delgado Rios, Armando
57. Delgado Rios, Jose Joel
58. Delgado Sanchez, Norberto
59. Duran Hernandez, Victor Manuel
60. Garcia Hernandez, Juventino
61. Garcia Herrera, Noe
62. Gaytan Orta, Jose Jonathan
63. Gonzalez Arementa, Fernando Isaias
64. Gonzalez Cruz, Atilano
65. Gonzalez Cruz, Fidel
66. Gonzalez Cruz, Refugio
67. Gonzalez Gonzalez, Andres
68. Gonzalez Hernandez, Francisco
69. Gonzalez Martinez, Alvaro
70. Gonzalez Martinez, Ernesto
71. Gonzalez Martinez, Regino
72. Gonzalez Molar, Guadalupe
73. Gonzalez Molar, Moises
74. Hernandez Armenta, Marcos
75. Hernandez Constantino, Jesus
76. Hernandez Cruz, Bernabe
77. Hernandez Cruz, Pedro
78. Hernandez del Angel, Juan Gilberto
79. Hernandez Ferral, Benjamin
80. Hernandez Salazar, Filiberto
81. Hernandez Sanchez, Bernardo
82. Hernandez Sanchez, Felix
83. Herrera Lemus, Victor Paul

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | |
|---|---|
| 84. Herrera Rios, Pablo | 126. Polito Gonzalez, Marino |
| 85. Lambarria Reyes, Ruben | 127. Polito Reyes, Luis Miguel |
| 86. Lee Carrazco, Elias | 128. Ramirez Casanova, Ramon |
| 87. Malerva Sosa, Luciano | 129. Ramirez Casanova, Santos |
| 88. Martinez Barrios, Lucano | 130. Ramirez Sobrevilla, Juan |
| 89. Martinez Barrios, Martin | 131. Ramirez Sobrevilla, Luis Antonio |
| 90. Martinez Cruz, Jose Angel | 132. Reyes Arteaga, Jorge Luis |
| 91. Martinez Hernandez, Delfino | 133. Reyes Moreno, Israel |
| 92. Martinez Martinez, Anacleto | 134. Rodriguez Valdez, Melquiades |
| 93. Martinez Martinez, Fernando | 135. Roman Martinez, Jasinto |
| 94. Martinez Martinez, Mardonio | 136. Roman Martinez, Nicolas |
| 95. Martinez Olguin Andres | 137. Roman Olguin, Alejandro |
| 96. Molar Gonzalez, Onesimo | 138. Roman Vizcarra  Dionicio |
| 97. Molar Gonzalez, Pedro | 139. Romulo Hernandez, Eduardo |
| 98. Molar Perez, Julio | 140. Ruiz Gonzalez Ignacio |
| 99. Moreno Hernandez, Guillermo | 141. Ruiz Gonzalez, Roberto |
| 100. Ochoa Maya, Rafael | 142. Ruiz Mar, Jesus |
| 101. Ochoa Maya, Rodrigo | 143. Ruiz Mar, Mario |
| 102. Ortega Mendoza, Gustavo | 144. Sanchez Hernandez, Roberto |
| 103. Padron Polito, David | 145. Sosa Martinez, Edgar Daniel |
| 104. Perez Mascarenas, Juan Ismael | 146. Suarez Alonso, Antonino |
| 105. Perez Orta, Abad | 147. Suarez Casimiro, Fredy |
| 106. Perez Orta, Eulalio | 148. Tiburcio Aguilar, Rigoberto |
| 107. Perez Orta, Florencio | 149. Tiburcio Aguilar, Victor |
| 108. Perez Perez, Jacinto | 150. Tiburcio Ortega, Vicente |
| 109. Perez Perez, Martin | 151. Vazquez Barron, Mauro |
| 110. Pineiro Arteaga, Antonio | 152. Vicencio Amaro, Ernesto |
| 111. Pineiro Arteaga, Juan Manuel | 153. Villalobos Guillen, Jose Benjamin |
| 112. Pineiro Gonzalez, Francisco (30) | 154. Villanueva Reyes, Armando |
| 113. Pineiro Gonzalez, Francisco (49) | 155. Villar Cruz, Genaro |
| 114. Pineiro Gonzalez, Francisco (53) | 156. Villareal Gonzalez, Jose Orlando |
| 115. Pineiro Gonzalez, Julian | 157. Villareal Martinez, Jose Luis |
| 116. Pineiro Perez, Eduardo | 158. Zaleta Narvaiz, Enrique |
| 117. Pineiro Perez, Efren | 159. Zaleta Narvaes, Jose Martin |
| 118. Pineiro Ruiz, Enrique | |
| 119. Pineiro Ruiz, Gerardo | |
| 120. Pineiro Salas, Francisco Antonio | |
| 121. Pineiro Salas, Jose Raul | |
| 122. Pinerio Perez, Marcos | |
| 123. Polito Barrios, Hernan Margarito | |
| 124. Polito Capistran, Marcelo | |
| 125. Polito Gonzalez, Aurelio | |

## B2 - LA SOCIEDAD COOPERATIVA DE PRODUCTORES ACUICOLAS DE CONGREGACION ANAHUAC S.C. DE R.L.

### "COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 1. | Adan Bautista, Samuel | | 48. | Morales Garcia, Jesus |
| 2. | Alarcon Hernandez, Jeremias | | 49. | Moreno Izaguirre, Jose Alfonso |
| 3. | Almonte Gutierrez, Noe | | 50. | Moreno Molar, Jose de Jesus |
| 4. | Alonso Rivera, Natividad | | 51. | Ollervides Carrera, Julio |
| 5. | Avila Cruz, Santiago | | 52. | Paulo Maximiliano, Anuer |
| 6. | Bautista Enriquez, Aaron | | 53. | Porras Bautista, Angel |
| 7. | Bautista Enriquez, Cirilo | | 54. | Porras Bautista, Julio Cesar |
| 8. | Bautista Juarez, Hector Enrique | | 55. | Porras Cisneros, Angel |
| 9. | Bautista Mateos, Aaron | | 56. | Riviera Ahumada, Ricardo |
| 10. | Bautista Mateos, Jose Antonio | | 57. | Riviera Hernandez, Apolinar |
| 11. | Bautista Nieto, Juan Manuel | | 58. | Valenzuela Carballo, David Azael |
| 12. | Bautista Rodriguez, Jose Socorro | | 59. | Valenzuela Carballo, Victor Daniel |
| 13. | Bautista Torres, Gerson | | 60. | Valenzuela Mendoza, Victor |
| 14. | Bautista Torres, Ruben | | 61. | Valenzuela Riviera, Jorge |
| 15. | Cantero Delgado, Joel | | 62. | Villasana Ortiz, Armando |
| 16. | Carballo Blanco, Azael | | 63. | Villasana Ortiz, Hector |
| 17. | Carballo Blanco, Mario | | | |
| 18. | Carballo Blanco, Neftali | | | |
| 19. | Carballo Buda, Gessuri Mizraim | | | |
| 20. | Carballo Cruz, Adelaido | | | |
| 21. | Castellanos Bautista, Erick Jesus | | | |
| 22. | Castellanos Bautista, Leonardo David | | | |
| 23. | Cruz Reyes, Oscar Alejandro | | | |
| 24. | Delgado Martinez, Gregorio | | | |
| 25. | Delgado Villasana, Jorge Antonio | | | |
| 26. | Domiguez Antonio, Joaquin | | | |
| 27. | Domiguez Antonio, Joel | | | |
| 28. | Florez Hernandez, Honorio | | | |
| 29. | Florez Mendoza, Alvaro | | | |
| 30. | Gonzalez Gomez, Antontio | | | |
| 31. | Gonzalez Rivera, Jose Leonel | | | |
| 32. | Guerrero Gonzalez, Edmundo | | | |
| 33. | Hernandez Avila, Genaro | | | |
| 34. | Hernandez Silverio, Jose Luis | | | |
| 35. | Herrera Campos, Efrain | | | |
| 36. | Herrera Campos, Israel | | | |
| 37. | Herrera Delgado, Ruben | | | |
| 38. | Herrera Delgado, Uziel | | | |
| 39. | Herrera Michicol, Gabino | | | |
| 40. | Lopez Acosta, Juan | | | |
| 41. | Maldonado Banda, Antolin | | | |
| 42. | Mar Garcia, Federico | | | |
| 43. | Mar Herrera, Eliseo | | | |
| 44. | Mar Mar, Santana | | | |
| 45. | Martinez Garcia, Roberto | | | |
| 46. | Mercado Cruz, Sergio Alberto | | | |
| 47. | Michicol Castillo, Timoteo | | | |

## B3 – MEMBERS ONLY OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.

### "COOP PLAINTIFFS"

1. Aguilar Lorenzo Mario
2. Augustin Rodriguez, Lorenza
3. Cruz Jorge (Alejandre)
4. Alejandre Alvarado Diego
5. Alejandre Cruz Manuel
6. Alejandre Hernandez Alvaro
7. Alejandre Juarez Juan Carlos
8. Alejandre Ramos Eusebio
9. Alejandre Santander Federico
10. Andrade Gomez Cecilio
11. Andrade Santiago Silvestre
12. Aran Casados Adelfo
13. Aran Casados Gonzalo
14. Aran Casados Matilde
15. Aran Castillo Ambrosio
16. Aran Castillo Eduardo
17. Aran Castillo Eleuterio
18. Aran Cobos Inez
19. Aran Cruz Jesus
20. Aran Cruz Luis Enrique
21. Azuara Castillo Isidro
22. Bahena Cruz Sergio Manuel
23. Barrera Garcia Niceforo
24. Barrios Castro Luis Enrique
25. Barrios Garcia Sixto
26. Barrios Leandro Julio
27. Barrios Meza Daniel
28. Barrios Reyes Sergio
29. Bautista Gonzalez Leon
30. Bautista Lara Aurelio
31. Bautista Mendez Jose
32. Bello Peña Alejandro
33. Bello Peña Filemon
34. Bello Peña Lucio
35. Bello Peña Rogelio
36. Blanco Aran Jose
37. Blanco Hernandez Ciro
38. Blanco Hernandez Miguel
39. Blanco Hernandez Vicente
40. Blanco Marquez Eloy
41. Blanco Olmos Daniel
42. Blanco Reyes Zocimo
43. Blanco Yañez Fredi Alberto
44. Cabrales Cruz Salvador
45. Cantu Maya Jose
46. Capitan Barrios Oton
47. Carranza Medina Porfirio
48. Casanova Hernandez Gilberto
49. Castellanos Bautista Arturo
50. Castillo Castillo Irineo
51. Castillo Gomez Elena
52. Castillo Martinez Balvino
53. Castillo Martinez Isabel
54. Castro Angeles Braulio
55. Castro Bautista Jose Martin
56. Castro Cruz Gilberto
57. Castro Galicia Tiquico
58. Castro Hernandez Cornelio
59. Castro Perales Segundo
60. Castro Rodriguez Bernabe
61. Castro Rodriguez Cliserio
62. Castro Rodriguez Dionicio
63. Castro Rodriguez Enrique
64. Castro Rodriguez Fidencio
65. Celso Nieves Antonio
66. Cepeda Meza Eusebio
67. Cobos Cruz Diego
68. Cobos Cruz Dionicio
69. Constantino Alejandre Jose Maria
70. Constantino Garcia Jaime
71. Constantino Lorenzo Jose Abel
72. Constantino Sanchez Julio
73. Copal Meza Nelson
74. Cruz Alejandre Raul
75. Cruz Aran Hipolito
76. Cruz Benitez Raymundo
77. Cruz Blanco Rafael
78. Cruz Casados Anastacio
79. Cruz Castro Jorge
80. Cruz Cortes Martin

## B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.

### "COOP PLAINTIFFS"

81. Cruz Cruz Alfredo
82. Cruz Cruz Celso
83. Cruz Cruz Fernando
84. Cruz Cruz Isidro
85. Cruz Cruz Leonorio
86. Cruz Cruz Raul
87. Cruz Cruz Sergio
88. Cruz Del Angel Justino
89. Cruz Diaz Modesto
90. Cruz Escudero Herminio
91. Cruz Ferral Ascencion
92. Cruz Ferral Balfren
93. Cruz Ferral Cutberto
94. Cruz Ferral Eligio
95. Cruz Ferral Julian
96. Cruz Ferral Lucas
97. Cruz Garcia Jesus
98. Cruz Gomez Carmelo
99. Cruz Gomez Domingo
100. Cruz Gomez Toribio
101. Cruz Gonzalez Santos (1)
102. Cruz Gonzalez Santos (2)
103. Cruz Hernandez Evaristo
104. Cruz Hernandez Ivan
105. Cruz Hernandez Lorenzo
106. Cruz Hernandez Ramiro
107. Cruz Leyton Panfilo
108. Cruz Mendoza Armando
109. Cruz Meza Alvaro
110. Cruz Reyes Refugio
111. Cruz Rodriguez Pedro
112. Cruz Torres Fidel
113. Cruz Torres Francisco
114. Cruz Torres Leonel
115. Cruz Valdez Mardonio
116. De Leon Cruz Eduardo
117. De Leon Cruz Loreto Diego
118. De Leon Cruz Rosendo
119. De Leon Valdez Jose Conrado
120. De Leon Valdez Jose Loreto

121. Deantes Jimenez Bernardino
122. Del Angel Alejandre Abrahan
123. Del Angel Cruz Alberto
124. Del Rio Cruz Hipolito
125. Del Rio Cruz Rafael
126. Del Rio Ferral Remigio
127. Del Rio Macias Salvador
128. Delgado Alejandre Jose
129. Diaz Aran Carlos
130. Diaz Cruz Roberto
131. Diaz Dominguez Ramon
132. Diaz Gomez Julian
133. Diaz Gomez Marcelino
134. Diaz Gomez Pedro
135. Diaz Gonzalez Pedro
136. Diaz Mendez Agustin
137. Diaz Ortega Jose Angel
138. Diaz Ortega Marcelino
139. Diaz Rangel Francisco
140. Diaz Reyes Carlos Francisco
141. Diaz Valdez Feliciano
142. Dominguez Mora Guadalupe
143. Dominguez Valdez Arturo
144. Escudero Reyes Jaime
145. Escudero Reyes Ruben
146. Escudero Rodriguez Raul
147. Espinoza Macias Arnulfo
148. Espinoza Palacios Macedonio
149. Espinoza Rodriguez Arnulfo
150. Estaba Repetido
151. Esteban Aguilar Jose
152. Ferral Cardenas Enrique
153. Ferral Florencia Jeronimo
154. Ferral Florencia Rafael
155. Ferral Mar Julio
156. Ferral Ramos Juan Diego
157. Ferral Ramos Virginia
158. Figon Bautista Francisco
159. Figon Espinoza Norberto De Jesus
160. Figon Florencia Felix

## B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.

### "COOP PLAINTIFFS"

161. Figon Florencia Pedro
162. Figon Hernandez Gabino
163. Figon Perez Cesar
164. Figon Perez Francisco
165. Figon Sobrevilla Gabino
166. Florencia Garcia Alfonso
167. Florencia Garcia Pedro
168. Florencia Hernandez Domingo Guadalupe
169. Galindo Cruz Vicente
170. Garces Aran Roberto
171. Garces Dominguez Juan Antonio
172. Garces Reyes Heriberto
173. Garcia Aldana Felipe
174. Garcia Aldana Isrrael
175. Garcia Blanco Facundo
176. Garcia Castro Abdon
177. Garcia Castro Silvano
178. Garcia Cruz Gustavo
179. Garcia Escudero Quintin
180. Garcia Gaspar Julio Cesar
181. Garcia Hernandez Fernando
182. Garcia Hernandez Jose Marin
183. Garcia Lorenzo Facundo
184. Garcia Lorenzo Jose Juan
185. Garcia Lorenzo Jose Luis
186. Garcia Perez Daniel
187. Garcia Salas Antonio
188. Garcia Santander Gumercindo
189. Garcia Santander Hector
190. Garcia Santander Jesus
191. Garcia Santander Rodrigo
192. Garcia Santiago David
193. Garcia Santiago Mauricio
194. Garcia Santiago Obed
195. Gaspar Cruz Fortunato
196. Gomez Galindo Eleuterio
197. Gomez Garcia Mario
198. Gomez Mogollon Amado
199. Gomez Ramos Manuel
200. Gonzalez Cruz Antonio

201. Gonzalez Cruz Armando
202. Gonzalez Cruz Daniel
203. Gonzalez Cruz Javier
204. Gonzalez Cruz Jose Omar
205. Gonzalez Cruz Juan
206. Gonzalez Cruz Julio Cesar
207. Gonzalez Figon Joaquin
208. Gonzalez Gonzalez Benjamin
209. Gonzalez Gonzalez Julio
210. Gonzalez Hernandez Piedad
211. Gonzalez Hernandez Portugal
212. Gonzalez Hernandez Rafael
213. Gonzalez Hernandez Santiago
214. Gonzalez Melgoza Elodio
215. Gonzalez Mergoza Amador
216. Gonzalez Meza Javier
217. Gonzalez Ortiz Javier
218. Gonzalez Valdez Catarino
219. Gonzalez Valdez Ines
220. Hernandez Cabrales Pascual
221. Hernandez Castro Ricardo
222. Hernandez Cruz Reynaldo
223. Hernandez Ferral Arturo Mario
224. Hernandez Ferral Emilio
225. Hernandez Gonzalez Jesus
226. Hernandez Hernandez Teofilo
227. Hernandez Huescas Tomas
228. Hernandez Lara Angel
229. Hernandez Leandro Jose
230. Hernandez Lorenzo Angel
231. Hernandez Lorenzo Jesus Amauri
232. Hernandez Lorenzo Perfecto
233. Hernandez Lorenzo Ricardo
234. Hernandez Mendez Gregorio
235. Hernandez Olmos Jose Guadalupe
236. Hernandez Reyes Inocencio
237. Hernandez Reyes Jose
238. Hernandez Reyes Teofilo
239. Hernandez Romero Jose
240. Hernandez Rosas Telesforo

## B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.

### "COOP PLAINTIFFS"

241. Isidro Constantino Valentin
242. Isidro Perez Celso
243. Isidro Perez Jaime
244. Isidro Perez Santiago
245. Juarez Hernandez Epifania
246. Juarez Juarez Alfonso
247. Juarez Martinez Salvador
248. Leandro Roman Juan
249. Leyton Florencia Rene
250. Lorenzo Blanco Rodolfo
251. Lorenzo Constantino Blas
252. Lorenzo Constantino Rolando
253. Lorenzo Cruz Agustin
254. Lorenzo Cruz Alfonso
255. Lorenzo Cruz Cleofas
256. Lorenzo Gomez Raul
257. Lorenzo Roman Israel
258. Lorenzo Valdez Jorge Emilio
259. Loya Cruz Bernardo
260. Loya Cruz Mercedes
261. Lugo Juarez Ernesto
262. Macias Gonzalez Javier
263. Macias Sobrevilla Bacilio
264. Macias Sobrevilla Francisco
265. Mar Cruz Alejandro
266. Mar Moreno Bonifacio
267. Mar Moreno Enrique
268. Mar Valdez Zacarias
269. Martinez Cruz Leopoldo
270. Martinez Gonzalez Baltazar
271. Martinez Hernandez Cosme
272. Martinez Hernandez Heriberto
273. Maya Aldana Amando
274. Maya Constantino Isaias
275. Maya Hernandez Amando
276. Maya Mendoza Alejandro
277. Maya Sobrevilla Crisoforo
278. Medina Garcia Victorico
279. Mendez Castro Lorenzo
280. Mendez Hernandez Hector
281. Mendoza Blanco Oscar
282. Mendoza Castellanos Eduardo
283. Mendoza Castellanos Jose Maria
284. Mendoza Cruz Margarito
285. Mendoza Gomez Francisco Javier
286. Mendoza Lara Arturo
287. Mendoza Lara Ernesto
288. Mendoza Lara Honorio
289. Mendoza Lara Rafael
290. Mendoza Nuñez Juan
291. Mendoza Reyes Antonio
292. Meza Alejandre Agustin
293. Meza Alejandre Enrique
294. Meza Alejandre Roberto
295. Meza Blanco Arturo
296. Meza Blanco Ranulfo
297. Meza Cruz Abundio
298. Meza Cruz Alejandro
299. Meza Cruz Angel
300. Meza Cruz Heriberto
301. Meza Cruz Victor Manuel
302. Meza Ferral Lazaro
303. Meza Ferral Maria De La Luz
304. Meza Gonzalez Paulino
305. Meza Salas Reynaldo
306. Meza Salas San Juan De Dios
307. Meza Torres Jose
308. Muñoz Barios Fermin
309. Olmos Alejandre Luis
310. Olmos Salas Adelaido
311. Olmos Salas Hugo
312. Olvera Cruz Francisco
313. Olvera Gonzalez Carlos
314. Ortega Cruz Luis
315. Ortega Santiago Andres
316. Osorio Martinez Francisco
317. Oviedo Santoago Antonio
318. Palomino Figo Francisco Javier
319. Perez Castellanos Carlos
320. Perez Castro Roberto

**B3 – MEMBERS ONLY OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

321. Perez Dominguez Cosme
322. Perez Dominguez Eladio
323. Perez Dominguez Rosalino
324. Perez Hernandez Ignacio
325. Perez Hernandez Juan
326. Perez Hernandez Sixto
327. Perez Herrera Luis Enrique
328. Perez Mar Cornelio
329. Perez Mar Luciano
330. Perez Maya Angel
331. Perez Mendoza Emilio
332. Perez Sanchez Camilo
333. Perez Sanchez Francisco
334. Perez Tapia Angel
335. Perez Tapia Juan
336. Quiroz Ovando Daniel
337. Ramirez Cobos Jose
338. Ramirez Gonzalez Quintilo
339. Ramos Cruz Epifanio
340. Ramos Del Rio Fermin
341. Ramos Gonzalez Agustin
342. Ramos Gonzalez Eladio
343. Ramos Hernandez Claudio
344. Ramos Hernandez Feliciano
345. Ramos Hernandez Lidio
346. Ramos Hernandez Luis
347. Ramos Perez Epifanio
348. Ramos Sanchez Juan
349. Ramos Villegas Crispin
350. Reyes Alejandre Enrique
351. Reyes Castro Emilio
352. Reyes Delgado Amador
353. Reyes Delgado Casimiro
354. Reyes Delgado Eliseo
355. Reyes Delgado Victorico
356. Reyes Diaz Adelaido
357. Reyes Diaz Enrique
358. Reyes Loya Miguel Angel
359. Reyes Mendoza Agustin
360. Reyes Mendoza Araceli

361. Reyes Mendoza Fernando
362. Reyes Mendoza Juan Javier
363. Reyes Torres Lucio
364. Rivera Ferral Santos
365. Rivera Ferral Tomas
366. Rodriguez Alejandre Abad
367. Rodriguez Alejandre Crisoforo
368. Rodriguez Alejandre Ricardo
369. Rodriguez Del Rio Cleotilde
370. Rodriguez Guzman Irma
371. Rodriguez Leandro Cleotilde
372. Rojas Perez Esteban
373. Roman Casanova Emilia
374. Rosas Blanco Secundino
375. Rosas Cristobal Celso
376. Rosas Cristobal Juan Manuel
377. Rosas Cristobal Rogelio
378. Rosas Diaz Rodolfo
379. Rosas Esteban Horacio
380. Rosas Rivera Serafin
381. Rosas Santos Manuel
382. Rosas Valdez Luis
383. Rosas Valdez Sergio
384. Ruiz Santiago Juan Antonio
385. Salas Cuellar Porfirio
386. Sanchez Blanco Rodrigo
387. Sanchez Cervantes Daniel
388. Sanchez Florencio
389. Sanchez Geronimo Angel
390. Sanchez Martinez Venancio
391. Sanchez Mendoza Venancio
392. Sanchez Rodriguez Ascencion
393. Sanchez Rodriguez Hugo
394. Santander Isidro Juan Pablo
395. Santander Leyton Honorio
396. Santander Leyton Sebastian
397. Santander Peralta Emilio
398. Santiago Castro Lazaro
399. Sequera Florencia Julian
400. Sequera Hernandez Felipe

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

401. Sequera Lorenzo Leopoldo
402. Silva Escudero Yoshio
403. Silva Mendoza David
404. Sobrevilla Cruz Angel
405. Sobrevilla Del Angel Angel
406. Tejeda Mendoza Manuel
407. Terraza Aldana Arturo
408. Terraza Aldana Benigno
409. Terraza Aldana Jorge Luis
410. Tijerina Mendina Jorge Luis
411. Torres Cruz Porfirio
412. Torres Mendoza Faustino
413. Torres Merinos Faustino
414. Valdez Gonzalez Catarino
415. Valdez Zamora Narcizo
416. Vicencio Cruz Blas
417. Vicencio Sequera Mardonio
418. Zamora Blanco Emilio
419. Zamora Garcia Andres
420. Zamora Garcia Isidoro
421. Zamora Garcia Timoteo
422. Zamora Gonzalez Eriberto
423. Zamora Rosendo Pascual
424. Zamora Sanchez Pablo Ernesto
425. Zamora Sanchez Rene
426. Zamora Santander Jose
427. Zarate Lopez Samuel
428. Zumaya Garcia Salvador

B4 – LA SOCIEDAD COOPERATIVA DE SERVICIO LANCHEROS DE SAN JERONIMO
S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1.    Alarcon Lopez Miguel Angel
2.    Alfardo Acuna Trinidad
3.    Camarillo Cruz Ruth
4.    Cervantes Martinez Silverio
5.    Chavez Bautista Jose Antonio
6.    Chavez Bautista Raul
7.    Chavez Bautista Refugio
8.    Cruz Cervantes Pablo
9.    Cruz Cervantes Zoila
10.   Cruz Cruz Benito
11.   Cruz Esquivel Juan Carlos
12.   Cruz Gallegos Julio Cesar
13.   Cruz Gonzalez Joaquin
14.   Cruz Gonzalez Roberto
15.   Cruz Gonzalez Sergio
16.   Cruz Jeronimo Andres
17.   Cruz Perez Paola Lizeth
18.   Cruz Santiago Eduardo
19.   Cruz Santiago Federico
20.   Cruz Santiago Roberto
21.   Del Angel Ramirez Rogelio
22.   Esquivel Arteaga Maria Magdalena
23.   Guerrero Torres Victoria Aurora
24.   Hernandez Camarillo Jose Ernesto
25.   Juarez Florencia Miguel
26.   Juarez Lugo Rene
27.   Juarez Rodriguez Miguel
28.   Lopez Gonzalez Evaristo
29.   Lopez Gonzalez Evelia
30.   Lopez Gonzalez Humberto
31.   Lopez Gonzalez Julio Antonio
32.   Lopez Gonzalez Mario Felix
33.   Lorenzo del Angel Rosaura
34.   Lugo  Garcia Cruz Emma
35.   Lugo Morato Francisco
36.   Lugo Sosa Ana Luisa
37.   Mar Martinez Igancio
38.   Martinez Encarnacion Facundo
39.   Mora Casados Maria Luisa
40.   Morales del Angel Jaime
41.   Morales Angel Jesus Leonel

42.   Morales Reyes Jaime
43.   Olivarez Cruz Ruben
44.   Olivarez Sosa Julian
45.   Quintero Gonzalez Martin
46.   Ramirez Camarillo Christian Adolfo
47.   Ramirez Camarillo Rodrigo
48.   Ramirez Gonzalez Baltazar
49.   Ramirez Rojas Candido
50.   Razo Bautisa Santos
51.   Salas Razo Angel
52.   Salas Razo Demesia
53.   Salas Razo Rafael
54.   Trejo Salas Fernando
55.   Zaleta Jerez Oscar
56.   Zaleta Marmolejo Crispin
57.   Zumaya Hernandez, Tomas

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Aguilar Sosa, Juan
2. Aldana Castillo, Arturo
3. Alejandre Constantino, Mario
4. Alejandre Hernandez, Adrian
5. Alejandre Santander, Eleuterio
6. Allende Reyes, Primitivo
7. Allende Roman, Luis Alberto
8. Aran Ferral, Guillermo
9. Aran Ferral, Hilario
10. Aranda Alvarado, Ciro
11. Aranda Alvarado, Miguel
12. Aranda Cruz, Julio Cesar
13. Bautista Hernandez, Rito
14. Benavidez Perez, Alberto
15. Bujalil Cruz, Dora Alicia
16. Caballero Palacios, Jesus
17. Capitan Garcez, Enriquez
18. Casanova Cristobal, Luis Alberto
19. Casanova de Leon, Ignacio
20. Casanova de Leon, Maximino
21. Castillo Ruiz, Jesus
22. Castro Deantes, Nabor
23. Castro Maya, Juan
24. Cisneros Garcia, Cruz
25. Cisneros Meza, Hilario
26. Cisneros Meza, Roman
27. Cobos Lopez, Abel
28. Cobos Lopez, Hector
29. Copal Hernandez, Gabriel
30. Copal Hernandez, Jesus
31. Copal Hernandez, Luis Alberto
32. Cordero Ferral, Gilberto
33. Cordoba Copal, Jesus
34. Cordoba Cruz, Andres
35. Crespo Hernandez, Guadalupe
36. Cristobal Reyes, Silvestre
37. Cruz Alejandre, Juan Manuel
38. Cruz Blanco, Aurelio
39. Cruz Blanco, Rodolfo
40. Cruz Casanova, Artemio
41. Cruz Casanova, Jesus
42. Cruz Casanova, Manuel
43. Cruz Copal, Jesus
44. Cruz Cristobal, Baldomero
45. Cruz Cuervo, Jose Maria
46. Cruz Cuervo, Noe
47. Cruz del Angel, Santos
48. Cruz Ferral, Fermin
49. Cruz Franco, Carlos
50. Cruz Franco, Felix
51. Cruz Garcia, Fidel
52. Cruz Garcia, Fredy
53. Cruz Garcia, Israel
54. Cruz Garcia, Miguel Angel
55. Cruz Gaspar, Matias
56. Cruz Martinez, Gabriel
57. Cruz Martinez, Mario
58. Cruz Nolasco, Salomon
59. Cruz Perez, Alejandro
60. Cruz Perez, Juan Luis
61. del Angel Torres, Gustavo
62. del Angel Torres, Jose
63. Del Rio Ferral, Remigio
64. del Valle Franco, Juan
65. del Valle Franco, Maria de los Angeles
66. Delago Franco, Mauro
67. Delgado Cristobal, Maria Isabel
68. Delgado Isidro, Ines
69. Diaz Barrios, Epifanio
70. Diaz Castellanos, Hermilo
71. Diaz Castellanos, Salvador
72. Diaz Castellanos, Santos
73. Diaz Cobos, Martin
74. Diaz Cruz, Ricardo
75. Diaz Cruz, Victor Manuel
76. Diaz Villegas, Santos
77. Dominguez del Angel, Jose Luis
78. Dominguez Miranda, Jose Luis
79. Espinoza Constantino, Amadeo
80. Espinosa Hernandez, Facundo
81. Espinosa Hernandez, Ramon
82. Espinoza Macias, Eusebio

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

83. Espinosa Perez, Amadeo
84. Esteves, Cornelio
85. Fajardo Mogollon, Gildardo
86. Fajardo Mogollon, Miguel Angel
87. Ferral Cobos, Ruben
88. Ferral Diaz, Carlos
89. Ferral Diaz, Guillermo
90. Ferral Hernandez, Jose Guadalupe
91. Ferral Ovando, Armando
92. Figon Gonzalez, Epigmenio
93. Figon Gonzalez, Reymundo
94. Florencia Blanco, Alfonso
95. Florencia Miranda, Martin
96. Franco Cruz, Jorge
97. Franco Hernandez, Silvestre
98. Franco Reyes, Carlos Alberto
99. Gallardo Cruz, Jose Alfredo
100. Gallardo Reyes, Ciro
101. Gallardo Reyes, Jose
102. Gallardo Torres, Joaquin
103. Gallardo Torres, Manuel
104. Gallardo Torres, Miguel
105. Garcez Ferral, Ramiro
106. Garcia Blanco, Jesus
107. Garcia Blanco, Sergio
108. Garcia Carrillo, Martina
109. Garcia Hernandez, Nicolas
110. Garcia Perez, Hector
111. Garcia Romero, Sergio
112. Garcia Salinas, Felix
113. Garcia Salinas, Hesiquio
114. Garcia Sanchez, Elfego
115. Gomez Acosta, Aurelio
116. Gomez Acosta, Ruben
117. Gomez Denavides, Meliton
118. Gomez Espinoza, Arturo
119. Gomez Espinoza, Lucio
120. Gomez Espinoza, Rodrigo
121. Gomez Martinez, Cleofe
122. Gomez Martinez, Martin
123. Gomez Roman, Efrain

124. Gonzalez Briones, Jose
125. Gonzalez Ramirez, Raymundo
126. Gonzalez Reyes, Alejo
127. Gonzalez Rosas, Daniel
128. Gonzalez Rosas, Israel
129. Gonzalez Rosas, Javier
130. Hernandez Alvarado, Casto
131. Hernandez Baltazar, Ventura Enrique
132. Hernandez Hernandez, Camilo
133. Hernandez Hernandez, Mateo
134. Hernandez Perez, Benigno
135. Hernandez Perez, Saturnino
136. Hernandez Ramirez, Jaime
137. Hernandez Ramirez, Rafael
138. Hernandez Resendiz, Guadencio
139. Hernandez Reyes, Alejandro
140. Hernandez Reyes, Israel
141. Hernandez Reyes, Moises
142. Hernandez Reyes, Rene
143. Hernandez Reyes, Ruben
144. Hernandez Reyes, Silverio
145. Hernandez Sosa, Demetria
146. Hernandez Torres, Antelmo Abad
147. Huerta Lima, David
148. Huerta Lima, Luis
149. Ibarra Benavides, Luis
150. Juarez Cruz, Julian
151. Juarez Sanchez, Constantino
152. Leos Manlonado, Jorge
153. Licona Sobrevilla, Pedro Julian
154. Licona Sobrevilla, Ramon
155. Lopez Benavides, Alvaro
156. Lopez Herrera, Cesar
157. Lopez Reyes, Alvaro
158. Lopez Roman, Gilberto
159. Lopez Roman, Ricardo
160. Loya Juarez, Maria
161. Macias Constantino, Julian
162. Macias Garcia, Amado
163. Macias Garcia, Antonio
164. Malerva Cruz, Antonio

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

165. Malerva Cruz, Leonel
166. Malerva Cruz, Martina
167. Malerva del Angel, Oscar
168. Malerva Sobrevilla, Mauro
169. Mar Barrera, Rafael
170. Mar Ferral, Jesus
171. Mar Hernandez, Jesus
172. Mar Maya, Marcela
173. Mar Ortega, Manuel
174. Mar Perez, Franco
175. Mar Torres, Sotero
176. Marquez Mendoza, Crisoforo
177. Martinez Benitez, Antonio
178. Martinez Benitez, Candelario
179. Martinez Benitez, Higinio
180. Martinez Benitez, Jose
181. Martinez Bentidez, Marcial
182. Martinez Cruz, Macario
183. Martinez Cruz, Raul
184. Martinez Cruz, Santos
185. Martinez Cruz, Severiano
186. Martinez Esteban, Issac
187. Martinez Esteban, Raul
188. Martinez Ferral, Alfonso Pilar
189. Martinez Ferral, Hector
190. Martinez Garces, Enedino
191. Martinez Garces, Ernesto
192. Martinez Hernandez, Alfonso
193. Martinez Hernandez, Marcos
194. Martinez Reyes, Abel
195. Martinez Roman, Jose Alfredo
196. Martir Figon, Benito
197. Martir Figon, Gustavo
198. Martir Figon, Hector
199. Martir Figon, Perfecto
200. Maya Ramirez, Agustin
201. Maya Ramirez, Florencio
202. Mendez Cruz, Manuel
203. Mendoza Cruz, Ricardo
204. Mendoza Figon, Eulices
205. Mendoza Malerva, Abad

206. Mendoza Meza, Eugenia
207. Mendoza Meza, Justino
208. Mendoza Meza, Urbano
209. Mendoza Reyes, Abad
210. Meraz Zamora, Alberto
211. Meraz Zamora, Ignacio
212. Meza Aran, Delfino
213. Meza Aran, Julio
214. Monroy Perez, Omar
215. Morido Dominguez, Victor Aurelio
216. Nolasco Gomez, Cresencio
217. Nolasco Gomez, Julio Cesar
218. Nolasco Gomez, Lucio
219. Nolasco Gomez, Raul
220. Nolasco Moreno, Faustino
221. Nolasco Reyes, Feliciano
222. Nunez Macias, Herminio
223. Nunez Saldana, Adan
224. Nunez Saldana, Enrique
225. Nunez Saldana, Hilarion
226. Ochoa Vazquez, Alejandro
227. Ortega Benavides, Jorge
228. Ortega Benavides, Jose
229. Ortega Mogollon, Perfecto
230. Ortega Santiago, Vicente
231. Osorio Rodrgiuez, Victor Manuel
232. Peralta Perez, Juan Carlos
233. Perez Constantino, Vicente
234. Perez Copal, Zozimo
235. Perez Mar, Francisco
236. Perez Ruiz, Eleazar
237. Ramirez Cruz, Santos
238. Ramirez Gorozabe, Guadalupe
239. Ramirez Martinez, Fernando
240. Ramirez Martinez, Francisco Antonio
241. Ramirez Ortega, Luis Angel
242. Ramirez Ramirez, Lauro
243. Ramirez Reyes, Ismael
244. Ramirez Reyes, Rogelio
245. Ramirez Reyes, Santos
246. Ramirez Reyes, Teodoro

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

247. Ramirez Reyes, Tomas
248. Ramos del Rio, Francisco
249. Ramos Lopez, Heriberto
250. Ramos Lopez, Rafael
251. Ramos Mar, Fermin
252. Ramos Mar, Roberto
253. Ramos, Mario
254. Rangel Hernandez, Francisco
255. Rangel Jimenez, Francisco
256. Rangel Jimenez, Gabino
257. Rangel Santander, Marco Antonio
258. Rarmirez Gorozabi, Agustin
259. Reyes Benavides, Cesar
260. Reyes Casanova, Hector
261. Reyes Casanova, Inocencio
262. Reyes Casanova, Jose
263. Reyes Castro, Eleuterio
264. Reyes Franco, Nereo
265. Reyes Hernandez, Roberto
266. Reyes Medellin, Josue Eliseo
267. Reyes Medellin, Lazaro Arnoldo
268. Reyes Medellin, Pedro Alberto
269. Reyes Medellin, Silvestre Alfonso
270. Reyes Ramirez, Cesar
271. Reyes Roman, Enrique
272. Reyes Roman, Porfirio
273. Rodriguez Banda, Gabriel
274. Rodriguez Castillo, Diego
275. Roman Alejandre, Jose
276. Roman Baron, Reynaldo
277. Roman Barrios, Luis Rogelio
278. Roman Cobos, Felipe
279. Roman Cobos, Jeremias
280. Roman Cobos, Maximiliano
281. Roman Cobos, Sara
282. Roman Martinez, Arturo
283. Roman Ortega, Edmundo
284. Roman Perez, Mario
285. Rosas Garcia, Miguel Angel
286. Rosas Hernandez, Juan
287. Rosas Ribera, Celestino

288. Rosas Rivera, Carlos
289. Rubio Bautista, Raul
290. Rubio Mauricio, Gregorio
291. Salas Franco, Eugenio
292. Salas Gonzalez, Fernando
293. Salas Hernandez, Benito
294. Salas Mogollon, Santos
295. Saldana Granillo, Juan Manuel
296. Saldana Masias, Crispin
297. Saldana Masias, Saturnino
298. Santander Alvarado, Celerino
299. Santander Alvarado, Guillermo
300. Santander Alvarado, Honorio
301. Santander Isidro, Miguel
302. Sequera Lorenzo, Manuel
303. Sierra Aguilar, Mauricio
304. Sierra Perez, Jose Alberto
305. Sierra Perez, Luis Daniel
306. Silva Rosas, Felix
307. Sobrevilla Del Angel, Dolores
308. Sobrevilla Gallardo, Lorenzo
309. Sobrevilla Gallardo, Mariano
310. Sobrevilla Gallardo, Seberiano
311. Sobrevilla Hernandez, Adrian
312. Sobrevilla Hernandez, Agripino
313. Sobrevilla Hernandez, Apolinar
314. Sobrevilla Hernandez, Julio Cesar
315. Sobrevilla Malerva, Heriberto
316. Sobrevilla Malerva, Teodulo
317. Sobrevilla Saldana, Alfonso
318. Sobrevilla Saldana, Jaime
319. Sobrevilla Saldana, Mario
320. Soto Santander, Donaciano
321. Torres Ferral, Rogelio
322. Torres Isidro, Rogelio
323. Torres Ramirez, Gabino
324. Torres Roman, Ruben
325. Tovar Mar, Carlos Antonio
326. Valdez Maya, Jose Manuel
327. Valdez Villalobos, Felipe
328. Vazquez Cruz, Tomas

B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

329.  Velazquez Balderas, Cipriano
330.  Velazquez Hernandez, Ubaldo
331.  Vicencio Delgado, Pedro
332.  Vicencio Figon, Martin
333.  Vicencio Gonzalez, Cirino
334.  Vicencio Gonzalez, Julian
335.  Vicencio Santiago, Jose Luis
336.  Zamora Garcia, Filimon
337.  Zamora Mendoza, Edgar
338.  Zamora Mendoza, Luis Manuel
339.  Zamora Mendoza, Olivert
340.  Zarate Reyes, Albis
341.  Zarate Reyes, Cecilio
342.  Zarate Reyes, Eduardo
343.  Zarate Reyes, Gustavo
344.  Zarate Zarate, Ceferino

B6 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DEL SUR S.C. DE R.L.

"COOP PLAINTIFFS"

1.   Alejandre Valdez Isadora
2.   Bautista Blanco Leonardo
3.   Blanco Aquino Benigna
4.   Blanco Aquino Eusebia
5.   Blanco Flores Betzabe
6.   Blanco Ortega Ofelia
7.   Blanco Prisciliano Eugenio
8.   Carvajal Antonio Alicia
9.   Carvajal Antonio Zeferino
10.  Carvajal Martinez Wenceslao
11.  Castro Blanco Aristeo
12.  Castro Jaonguitud Silverio
13.  Castro Jonguitud Arturo
14.  Castro Jongitud Evangelina
15.  Castro Jongitud Maria Guadalupe
16.  Castro Jongitud Maria Hilda
17.  Castro Jongitud Reyes
18.  Cayetano Perez Guadalupe
19.  Cayetano Perez Lilia
20.  Constantino Casanova Facundo
21.  Constantino Gonzalez Mateo
22.  Constantino Maya Calixto
23.  Cruz Castro Gaudencio
24.  Cruz del Angel Esmeralda
25.  Cruz del Angel Jose Francisco
26.  Cruz del Angel Juana Alberta
27.  Cruz del Angel Lucas
28.  Cruz Jongitud Maria Evodia
29.  Cruz del Angel Martin
30.  Cruz Jonguitud Ernesto
31.  Cruz Jongitud Hector
32.  Cruz Jonguitud Margarito
33.  Cruz Martir Porfirio
34.  Cruz Priciliano Simon
35.  Cruz Santiago Aurelio
36.  Cruz Sosa Armando
37.  Cruz Sosa Erasmo
38.  Del Angel Vicencio Marcelo
39.  Espinoza Lugo Nora Hilda
40.  Florencia Andres
41.  Flores Mendoza Eliuth
42.  Flores Valdez Fernando
43.  Flores Valdez Jose Isabel
44.  Flores Valdez Leobardo
45.  Garcia Alejandre Valente
46.  Garcia Alvarado Paulo

47.  Garcia Saldaña Dario
48.  Gonzalez Cruz Virginio
49.  Gonzalez Estevez Ubaldo
50.  Gonzalez Santiago Sebastiana
51.  Hernadez Basilio Francisco
52.  Hernadez Basilio Hilario
53.  Jimenez Zapata Jose Luis
54.  Jonguitud Florencia Andres
55.  Jonguitud Gomez Petra
56.  Lopez Cruz Feliciano
57.  Lopez Palacios Ezequiel
58.  Mar Peralta Roberto
59.  Marquez del Angel Daniel
60.  Martir Gonzalez Jose
61.  Mogoyon Cruz Concepcion
62.  Morales Lugo Artemio
63.  Olares Reyes Esteban
64.  Orihuela Gomez Eddy Asuncion
65.  Ortega Olares Ramiro
66.  Puga Marquez Higinio
67.  Puga Sanchez Jose
68.  Ramirez Blanco Abdon
69.  Ramirez Gallardo Abel
70.  Ramirez Gallardo Alejandro
71.  Ramirez Gallardo Oscar
72.  Ramirez Gallardo Ruben
73.  Ramirez Huesca Natalio
74.  Santiago Alvarado Eugenia
75.  Santiago Estevez Francisco
76.  Santiago Loaiza Matilde
77.  Santiago Mogollon Miguel Angel
78.  Santiago Mogollon Valentin
79.  Valdez Del Angel Carolina
80.  Valdez Del Angel Marcelo
81.  Valdez Del Angel Saturnina
82.  Victoriano de la Cruz Sabas
83.  Yanes Angel Maria Guadalupe

B7 – LA SOCIEDAD DE PESCADORES INDIGENAS DE RANCHO NUEVO S.C.

"COOP PLAINTIFFS"

1. Bernabe Facundo Pedro
2. Bernabe Garcia Antonio
3. Bernabe Morales Celso
4. Bernabe Morales Roman
5. Bernabe Perez Alejandro
6. Bernabe San Martin Tirzo
7. Cortez Bautista Alfredo
8. Cortez Bautista Pablo
9. Cortez Perez Isaac
10. Facundo Olarte Salvador
11. Hernandez Ramirez Juana
12. Hernandez Ramirez Bonifacio
13. Jimenez Santiago Luis
14. Lopez Romero Juan
15. Maldonado Salinas Veronica
16. Montes Vazquez Mario
17. Olarte Olarte Jorge
18. Perez Olmedo Jose Roberto
19. Ramirez Perez Gabriel
20. Ramirez Perez Hector
21. Ramirez Ramirez Pedro
22. Santiago Maldonado Humberto
23. Vazquez Avelino Octavio

B8 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA LA
AURORA BARRA DE CAZONES S.C.L. DE C.V.

"COOP PLAINTIFFS"

1.  Barragan Garcia Abraham
2.  Barragan Garcia Fidencio
3.  Butron Rodriguez Froylan
4.  Butron Rodriguez Hugo
5.  Butron Santiago Hugo
6.  Castillo Sosa Salomon
7.  Fuentes Guzman Gilberto
8.  Fuentes Hernandez Fortunato
9.  Fuentes Hernandez Guillermo
10. Fuentes Osorio Alfonso
11. Fuentes Parra Brigido
12. Fuentes Parra Hermilo
13. Garcia Garces Pedro
14. Gomez Jimenez Isais
15. Gomez Moreno Victor
16. Irisson Santiago Luis Manuel
17. Irisson Stivalet Hipolito Agustin
18. Martinez Santiago Gilberto
19. Meregildo Martinez Candido
20. Morales Aparicio Jose
21. Morales Garcia Isaias
22. Moreno Santiago Dario
23. Moreno Santiago Fidencio
24. Moreno Santiago Lazaro
25. Perez Gonzalez Issac
26. Perez Morales Everardo
27. Perez Moreno Adrian
28. Santiago Garcia Santos
29. Santiago Hernandez Alejandro
30. Santiago Hernandez Julio
31. Santiago Hernandez Rafael
32. Santiago Parra Lucio
33. Santiago Perez Agustin
34. Santiago Perez Javier
35. Vargas Sosa David
36. Vargas Sosa Felipe

B9 – LA SOCIEDAD COOPERATIVA DENOMINADA CAMARONEROS UNIDOS DE
ALTAMAR S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Aguilar Barron, Guadalupe
2. Arevalo Hernandez, Magdalena
3. Boza Lozada, Americo Alejandro
4. Campos Duarte, Alfonso
5. Chang Che, Jose del Carmen
6. Clemente Martinez, Coral
7. Cobos Cruz, Juan Manuel
8. Cobos Lorenzo, Nancy
9. Cobos Reyes, Juana
10. Cobos Reyes, Lazaro
11. Cobos Vazquez, Reyna Isabel
12. Colome Alamilla, Jose
13. Constantino Guzman, Agustin
14. Coronado Sumbia, Alvaro
15. Cruz Chavez, Hipolito
16. Cruz Rodriguez, Angela
17. del Angel Santiago, Nabor Manuel
18. Delgado Ramirez, Maria del Rocio
19. Espinoza Hernandez, Leonardo
20. Franco Cruz, Joel
21. Franco Silva, Daniel
22. Franco Zaleta, Joel
23. Garcia Percero, Fernando
24. Garcia Presa, Santa Teresa de Jesus
25. Garcia Rodriguez, Carlos
26. Gomez Roman, Esteban
27. Gonzalez Gonzalez, Pedro
28. Gonzalez Mariano, Maria del Carmen
29. Guzman Velazques, Jorge
30. Guzman Velazquez, Juan
31. Guzman Velazquez, Ponciano
32. Guzman Velazquez, Roberto
33. Hernandez Lugo, Jose Francisco
34. Hernandez Mendez, Veronica
35. Hernandez Reyes, Gregoria
36. Ibarra Romero, Ernesto Javier
37. Juarez Gomez, Carlos Fernando
38. Leyton Cruz, Gregorio
39. Leyton Cruz, Santana
40. Lopez Hernandez, Maria del Rosario
41. Loya Blanco, Cirilo
42. Lugo Hernandez, Efrain
43. Lugo Hernandez, Nerevda
44. Mar Reyes, Raul
45. Martinez Leyton, Concepcion
46. Mendez Morales, Santiago
47. Meza Leyton, Demetrio
48. Montejo Garcia, Miguel
49. Parada Mar, Catalina
50. Pelcastre Hernandez, Constantino
51. Pelcastre Hernandez, Maria Elena
52. Pelcastre Hernandez, Tranquilino
53. Perales Delago, Guillermo
54. Perez Garcia, David
55. Perez Villegas, Jaime
56. Pullido Gonzalez, Esperanza
57. Quiroz Cordoba, Abimael
58. Ramirez Cobos, Ana Maria
59. Riego Hernandez, Alba Elena
60. Romero Hernandez, Angel
61. Romero Mendoza, Angelica
62. Ruiz Cruz, Arcadio
63. Sanchez Mar, Irene
64. Santiago Rodriguez, Alberta
65. Serrano Salvador, Jacinto
66. Silos Benitez, Eulalio
67. Silva Rivera, Alfredo
68. Silva Rivera, Flora
69. Suarez Gonzalez, Alejandro
70. Tamariz, Pablo
71. Tiburcio Garcia, Rolando
72. Tolentino Castro, Silvia
73. Vargas de los Santos, Demetrio
74. Vazquez Sanchez, Fancundo
75. Venegas Perez, Antelmo
76. Zaleta Hernandez, Angelica

## B10 – LA SOCIEDAD COOPERATIVA DE PRODUCTORES Y PESCADORES DE SALADERO VERACRUZ S.C. DE. R.L.

### "COOP PLAINTIFFS"

1. Aran Gonzalez Manuel
2. Benitez Espinosa Raul
3. Casados Torres Jose Fernando
4. Castellanos Del Angel Camerino
5. Castellanos Cordova Gilberto
6. Cordoba Zalvaleta Juan
7. Cordoba Zavaleta Rene
8. Cruz Marquez Apolinar
9. Del Angel Aran Eusebio
10. Del Angel Aran Orlando
11. Del Angel Constantino Rolando
12. Del Angel Jeronimo Rodrigo
13. Espinoza Hernandez Aureo
14. Espinoza Solis Alberto
15. Espinoza Solis Vicente
16. Guerrero Cruz Antonia
17. Lee Roque Jeronimo Arminio
18. Meza Maya Sergio
19. Perez Aran Pedro
20. Perez Gallardo Bernardino
21. Perez Gallardo Jose Domingo
22. Perez Meza Roman
23. Perez Zequera Roman
24. Salas Hernandez Margarito
25. Salas Sosa Diego Armando
26. Sequera Hernandez Celestino
27. Sosa Gonzalez Ruben
28. Sosa Perez Guillermo
29. Sosa Perez Ruben
30. Soza Gonzalez Eduardo
31. Soza Gonzalez Rafael
32. Torres Rosas Francisco
33. Torres Zaleta Federico
34. Torres Zaleta Fernando
35. Torres Zaleta Filimon
36. Torres Zaleta Ismael

B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Alonso Coronel, Manuel | 38. | Cruz Villalobos, Joaquin |
| 2. | Barrios Maya, Esau | 39. | Cruz Villalobos, Rosalino |
| 3. | Bautista Deantes, Miguel | 40. | del Angel Hernandez, Jose de Jesus |
| 4. | Bautista Ramirez, Florencio | 41. | del Angel Perez, Hugo |
| 5. | Bernon Hernandez, Mauricio | 42. | Delgado Mendoza, Luis Abel |
| 6. | Casanova Casanova, Javier | 43. | Delgado Mendoza, Nelson |
| 7. | Casanova Casanova, Ruben | 44. | Delgado Sosa, Abel |
| 8. | Casanova Cruz, Anastacio | 45. | Delgado Sosa, Eloy |
| 9. | Casanova Polito, Arturo | 46. | Delgado Sosa, Rene |
| 10. | Casanova Vazquez, Ernesto | 47. | Delgado Villalobos, Rene |
| 11. | Constantino Casanova, Arnulfo | 48. | Espinoza Alonso, Jose |
| 12. | Constantino Casanova, Toribio | 49. | Garcia Casanova, Rigoberto |
| 13. | Copal Santiago, Rodolfo | 50. | Garcia Deantes, Jose Luis |
| 14. | Cruz Barrios, Hector Hugo | 51. | Garcia Deantes, Ventura |
| 15. | Cruz Cruz, Jose Alberto | 52. | Garcia Delgado, Heradio |
| 16. | Cruz Cruz, Jose Fausto | 53. | Garcia Delgado, Lazaro |
| 17. | Cruz Cruz, Manuel Antonio | 54. | Garcia Hernandez, Victor Antonio |
| 18. | Cruz Davila, Fermin | 55. | Garcia Perez, Esteban |
| 19. | Cruz del Angel, Fausto | 56. | Garcia Perez, Fernando |
| 20. | Cruz del Angel, Toribio | 57. | Gomez Cruz, Jose Dolores |
| 21. | Cruz Garcia, Crescenciano | 58. | Gonzalez Perez, Leonel |
| 22. | Cruz Gonzalez, Efren | 59. | Hernandez Cruz, Ramon |
| 23. | Cruz Gonzalez, Paciano | 60. | Hernandez del Angel, Josefat |
| 24. | Cruz Gonzalez, Said | 61. | Lorenzo Cruz, Daniel |
| 25. | Cruz Gonzalez, Tomas | 62. | Lorenzo Cruz, Valente |
| 26. | Cruz Hernandez, Edgar Eduardo | 63. | Lorenzo Delgado, Tomas |
| 27. | Cruz Hernandez, Francisco | 64. | Lorenzo Medina, Sergio Valente |
| 28. | Cruz Hernandez, Juan Francisco | 65. | Mar del Angel, Serafin |
| 29. | Cruz Hernandez, Natanael | 66. | Mar Gonzalez, Marco Antonio |
| 30. | Cruz Hernandez, Paciano | 67. | Mar Mendoza, Fabian |
| 31. | Cruz Medina, Hector | 68. | Mar Mendoza, Tomas |
| 32. | Cruz Medina, Javier | 69. | Mar Padilla, Narciso |
| 33. | Cruz Mendoza, Rosalio | 70. | Martinez del Rosal, Bernardo |
| 34. | Cruz Perez, German | 71. | Martinez Lorenzo, Luis Enrique |
| 35. | Cruz Perez, Marino Emmanuel | 72. | Mascarenas Mellado, Carlos Saturnino |
| 36. | Cruz Rodriguez, Damian | 73. | Mascarenas Mellado, Hector |
| 37. | Cruz Santiago, Pascual | 74. | Mascarenas Mellado, Silvino |

B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 75. | Maya Aguilar, Jesus | 112. | Ramirez Constantino, Felipe |
| 76. | Maya Aguilar, Silviano | 113. | Ramirez Perez, Felipe |
| 77. | Maya Alonso, Pedro | 114. | Ramirez Perez, Luis Miguel |
| 78. | Maya Cortez, Benito | 115. | Reyes Santiago, Pablo |
| 79. | Maya Cortez, Lazaro | 116. | Sanchez Gonzalez, Amado |
| 80. | Maya Cruz, Fernando | 117. | Santos Barrios, Eliud |
| 81. | Maya Cruz, Ricardo | 118. | Santos Barrios, Refugio |
| 82. | Maya Cruz, Ruben | 119. | Santos Barrios, Romelio |
| 83. | Maya Morales, Alexis | 120. | Santos Herrera, Adelaido |
| 84. | Maya Perez, Bernardo | 121. | Santos Herrera, Benjamin |
| 85. | Maya Perez, Francisco | 122. | Santos Ruiz, Efrain |
| 86. | Maya Perez, Jose Luis | 123. | Santos Tovar, Efrain |
| 87. | Maya Perez, Teodulo | 124. | Santos Tovar, Luis Guillermo |
| 88. | Maya Perez, Vicente | 125. | Tiburcio Cruz, Jose Marcial |
| 89. | Maya Rodriguez, Vicente | 126. | Vazquez Ramirez, Bernardo |
| 90. | Maya Santos, Pedro Cain | 127. | Villalobos Constantino, Humberto |
| 91. | Maya Sosa, Silviano | 128. | Villalobos Constantino, Jose Guadalupe |
| 92. | Maya Villalobos, Roberto | | |
| 93. | Mendoza Lorenzo, Francisco | 129. | Villalobos Cruz, Juan Diego |
| 94. | Medina Ruiz, Castulo | 130. | Villalobos Maya, Jaime |
| 95. | Medina Ruiz, Leonisia | 131. | Villalobos Maya, Ramiro |
| 96. | Mendoza Lorenzo, Pablo | | |
| 97. | Mendoza Lorenzo, Petronilo | | |
| 98. | Mendoza Mendoza, Juan Carlos | | |
| 99. | Meza Torres, Florentino | | |
| 100. | Morales Franco, Jaime | | |
| 101. | Morales Ramirez, Cutberto | | |
| 102. | Ortega Barrios, Antonio | | |
| 103. | Ortega Perez, Rosalio | | |
| 104. | Perez Alonzo, Benito | | |
| 105. | Perez Morales, Josue | | |
| 106. | Perez Perez, Elfego | | |
| 107. | Perez Ramirez, Carlos | | |
| 108. | Perez Ramirez, Cristobal | | |
| 109. | Perez Villalobos, Gustavo | | |
| 110. | Perez Villalobos, Juan Manuel | | |
| 111. | Portales Hernandez, Jaime | | |

B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE
LAS CHACAS S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1    Aguilar Castaneda Santos
2    Aguilar Maya Roderick
3    Castan Gonzalez Gildardo
4    Cruz Benitez Narcizo
5    Cruz Flores Luciana
6    Cruz Roman Marcelo
7    Cruz Solano Jorge
8    Cruz Valdez Raymundo
9    Cruz Valdez Teodoro
10   De la Rosa Malpica Nefi
11   De Luna Ordonez Jorge Alberto
12   De Luna Ordonez Melquiades
13   De Luna Ordonez Porfirio
14   Espinoza Cruz Angel
15   Franco Zaleta Joel
16   Garcia Santes Agustin
17   Garcia Valdez Jose
18   Garcia Valdez Jose Obrero
19   Herrera Istepan Jose Alberto
20   Juarez Castillo Luis
21   Lima Benitez Carlos
22   Lima Noguera Carlos
23   Lima Ruiz Carlos Orlando
24   Maldonado Jiminez Eusebio
25   Maldonado Martinez Luis Ramon
26   Maldonado Morales Jose Luis
27   Maldonado Vargas Jose Luis
28   Maldonado Vargas Julio Cesar
29   Maldonado Vazquez Agustin
30   Martinez Casio Artemio
31   Martinez Ordonez Artemio
32   Maya Aguilar Leonardo
33   Mendoza Gonzalez Jesus Alberto
34   Molar Gonzalez Angel
35   Molar Gonzalez Emilio
36   Molar Gonzalez Fernando
37   Molar Gonzalez Francisca
38   Molar Gonzalez Santiago
39   Molar Narvaez Camilo
40   Ortega Palacios Mauro
41   Ortega Quinto Jorge Alberto
42   Perez Flores Angel
43   Perez Flores Arturo
44   Perez Flores Elidio
45   Rivera del Angel Jose Manuel

B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE
LAS CHACAS S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 46 | Rodriguez del Angel Macario |
| 47 | Tellez Cruz Rodolfo |
| 48 | Tellez Marquez Rodolfo |
| 49 | Ugalde Franco Paulino |
| 50 | Ugalde Lima Carlos Vidal |
| 51 | Valencia de Luna Miguel |

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Ahumada Garcia, Amancio
2. Alejandre Gonzalez, Alejandro
3. Arregoita Constantino, Higinio
4. Arregoita Mar, Anastacio
5. Arteaga Gonzalez , Ruben
6. Arteaga Mar, Eloy
7. Arteaga Marquez, Froylan
8. Arteaga Marquez, Pablo
9. Arteaga Marquez, Porfirio
10. Arteaga, Arnulfo
11. Barragan Constantino, Gonzalo
12. Barragan Constantino,Matias
13. Betancourt Betancourt, Miguel Angel
14. Cano Hernandez , Jose Alfredo
15. Casanova Gallardo, Marcelina
16. Castro, Mario
17. Constantino Armenta, Rigoberto
18. Constantino Casanova, Vicente
19. Cruz Alejandre, Saturnino
20. Cruz Blanco, Lazaro
21. Cruz Blanco, Leandro
22. Cruz Blanco, Trinidad
23. Cruz Casanova, Mariano
24. Cruz Cruz, Ernesto
25. Cruz Hernandez, Jose Mercedes
26. Cruz Mar, Policarpo
27. Cruz Mar, Rumualdo
28. Cruz Ortega Saturnino
29. Cruz Ortega, Hipolito
30. Cruz Perez, Dionicio
31. Cruz Sanchez, Juan Policarpo
32. Cruz Villarreal, Hugo
33. Deantes Hernandez, Nicolas
34. Del Angel Nunez, Alberto
35. Del Angel Nunez, Armando
36. Delgado Casanova, Jose de Jesus
37. Delgado Gallardo, Crisologo
38. Delgado Gallardo, Saturnino
39. Delgado Gonzalez, Javier
40. Escalante Casanova, Luciano
41. Estevez Meza, Felipe
42. Estevez Perez, Jose de Jesus
43. Estevez Ramirez, Felipe
44. Estevez Ramirez, Fernando
45. Estevez Ramirez, Jesus
46. Estevez Ramirez, Vicente
47. Figueroa Hernandez, Fernando
48. Flores Flores, Modesto
49. Garcia Alejandre, Manuel
50. Garcia del Angel Abelino
51. Garcia del Angel Humberto
52. Garcia del Angel Victor Manuel
53. Garcia Gonzalez Jorge Arturo
54. Garcia Gonzalez Juan Ramon
55. Garcia Gonzalez Rey David
56. Garcia Gonzlez Toribio
57. Garcia Hernandez Miguel Arcangel
58. Garcia Hernandez Silvano
59. Garcia Nunez Venustiano
60. Garcia Perez Guadencio
61. Garcia Portales Alonso
62. Gomez Armenta Ariel
63. Gomez Ruiz Adan
64. Gomez Ruiz Rodolfo
65. Gonzalez Arteaga  Javier
66. Gonzalez Arteaga Arnulfo
67. Gonzalez Arteaga Ruben
68. Gonzalez Barrios Andres
69. Gonzalez Barrios Nelson
70. Gonzalez Barrios Rosendo
71. Gonzalez Carvajal Cirilo
72. Gonzalez Constantino Domingo
73. Gonzalez Constantino Jose Gabriel
74. Gonzalez Cruz Luis
75. Gonzalez Deantes Cosme
76. Gonzalez Esteves Roque
77. Gonzalez Garcia Alfredo
78. Gonzalez Garcia Felipe
79. Gonzalez Garcia Marcelo
80. Gonzalez Garcia Roberto
81. Gonzalez Garcia Santiago
82. Gonzalez Gonzalez Efrain
83. Gonzalez Gonzalez Higinio
84. Gonzalez Gonzalez Jorge Luis
85. Gonzalez Gonzalez Juan
86. Gonzalez Gonzalez Mauricio
87. Gonzalez Gonzalez Pablo
88. Gonzalez Gonzalez Rafael
89. Gonzalez Hernandez Juan Vicente
90. Gonzalez Mar Flaviano
91. Gonzalez Mar Porfirio
92. Gonzalez Marquez Lorenzo
93. Gonzalez Perez Alonso

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

94. Gonzalez Perez Arturo
95. Gonzalez Perez Roman
96. Gonzalez Perez Victor
97. Gonzalez Rivera Lorenzo
98. Gonzalez Rodriguez Andres Noe
99. Gonzalez Rodriguez Guadalupe
100. Gonzalez Rodriguez Maria del Refugio
101. Gonzalez Rodriguez Oscar
102. Gonzalez Zaleta Cesareo
103. Gonzalez Zaleta Juan
104. Gonzalez Zaleta Maximo
105. Gonzalez Zaleta Santiago
106. Hernandez Ahumada Pedro
107. Hernandez Alonso Jose Alberto
108. Hernandez Casanova Jose Guadalupe
109. Hernandez Casanova Leobardo
110. Hernandez Castro Gabriel
111. Hernandez Castro Juan Manuel
112. Hernandez Castro Mario
113. Hernandez Cruz Concepcion
114. Hernandez Cruz Fidel
115. Hernandez Cruz Jaime
116. Hernandez Cruz Rene
117. Hernandez Erasto
118. Hernandez Garcia Gabriel
119. Hernandez Garcia Jose Luis
120. Hernandez Garcia Nereo
121. Hernandez Garcia Ubaldo
122. Hernandez Garcia Victor
123. Hernandez Hernandez Arturo
124. Hernandez Hernandez Fidel
125. Hernandez Maya Perfecto
126. Hernandez Maya Ruben
127. Hernandez Mendoza Celestino
128. Hernandez Mendoza Hugo Cesar
129. Hernandez Mendoza Martin
130. Hernandez Mendoza Noe
131. Hernandez Mendoza Serafin
132. Hernandez Morales Hugo Alejandro
133. Hernandez Morales Julio Cesar
134. Hernandez Ortega Julio
135. Hernandez Ortega Ricardo
136. Hernandez Perez Erasto
137. Hernandez Perez Felipe Neri
138. Hernandez Perez Jose Guadalupe
139. Hernandez Perez Juan Manuel
140. Hernandez Ramirez Andres

141. Hernandez Ramirez Bonifacio
142. Hernandez Saldana Eusebio
143. Hernandez Saldana Teodulo
144. Lara Amaya Alberto
145. Ledezma Armenta Inocente Benjamin
146. Lopez Barrios Antonio
147. Maldonado Rivas Rogelio
148. Maldonado Rivera Ignacio
149. Malerva Villarreal Margarito
150. Mar Blanco Nabor
151. Mar Gallardo Epifanio
152. Mar Gonzalez Rafael
153. Mar Mendoza Carlos
154. Mar Mendoza Jorge
155. Mar Mendoza Salvador
156. Mar Perez Arnulfo
157. Mar Perez Baltazar
158. Mar Perez Hermenegildo
159. Mar Perez Ramon
160. Mar Sanchez Daniel
161. Mar Sanchez Israel
162. Mar Sanchez Jorge Felix
163. Mar Villalobos Artemio
164. Mar Villalobos Leonardo
165. Martinez Chavez Jose Carmen
166. Martinez Hernandez Graciano
167. Mendez Alvarado Anibal
168. Mendez Alvarado Arturo
169. Mendoza Nunez Nabor
170. Mendoza Perez Antonio
171. Morales Constantino Alfredo
172. Morales Constantino Melchor
173. Morales Constantino Nicolas
174. Morales Constantino Oscar
175. Morales Perez Eduardo
176. Morales Torres Alvaro
177. Morales Torres Nicolas
178. Munoz Garcia Santiago
179. Nunez Alvarado Alfredo
180. Nunez Alvarado Bernardo
181. Nunez Cruz Fidel
182. Nunez Cruz Francisco
183. Nunez Cruz Hugolino
184. Nunez Delgado Ruben
185. Nunez Diaz Luis
186. Nunez Garcia Alvaro
187. Nunez Garcia Ciro

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

188. Nunez Gonzalez Cutberto
189. Nunez Montes Jaime
190. Nunez Montes Roberto
191. Nunez Montes Salomon
192. Nunez Santiago Jose
193. Olivares Malerba Ubaldo
194. Olivares Segura Silvano
195. Ortega Mar Anacleto
196. Ortega Mar Fernando
197. Ortega Perez Jaime
198. Ortiz Casanova Armando
199. Pena Humberto
200. Perez Barrios Virgilio
201. Perez Cruz Armando
202. Perez Cruz Ascencion
203. Perez Escamilla Andres
204. Perez Escamilla Jaime
205. Perez Gonzalez Roberto Carlos
206. Perez Hernandez Fernando
207. Perez Hernandez Ismael
208. Perez Hernandez Tomas
209. Perez Mar Jose Eduardo
210. Perez Ortega Benito
211. Perez Ortega Roberto Ismael
212. Perez Torres Isaias
213. Perez Villalobos Roberto Carlos
214. Pertales Delgado Amadeo
215. Pimentel Cruz Magdaleno
216. Pimentel Cruz Noe
217. Pimentel Garcia Pedro
218. Pimentel Garcia Urbano
219. Pimentel Lopez Fermin
220. Pineyro del Angel Juan Antonio
221. Portales de Leon Perfecto
222. Portales Hernandez Yorchie
223. Puga Martinez Santiago
224. Puga Santiago Abel
225. Puga Santiago Anibal
226. Puga Santiago Gustavo
227. Puga Santiago Hector
228. Ramirez Cervantes Abraham
229. Ramirez Gonzalez Jose
230. Ramirez Gonzalez Jose Guadalupe
231. Reyes Flores Miguel
232. Reyes Santiago Guadalupe
233. Rivera Gonzalez Luis Alberto
234. Rodriguez Acosta Andres

235. Rodriguez Zaleta Fidel
236. Salas Casanova Domingo
237. Salas Cruz Catalino
238. Salas Gonzalez Jose Guadalupe
239. Salas Reyes Aureliano
240. Salas Reyes Felix
241. Salas Reyes Joel
242. Salas Reyes Pedro
243. Salvador Garcia Abel
244. Salvador Garcia Angel
245. Salvador Garcia Rigoberto
246. Santiago Esteves Isabel
247. Segura Casanova Mauricio
248. Segura del Angel Jose Luis
249. Segura del Angel Juvencio
250. Segura Rios Angel
251. Segura Rocha Esteban
252. Segura Sanchez Emigdio
253. Sosa Garcia Venustiano
254. Sosa Perez Victor
255. Valdes del Angel Francisco Javier
256. Valdez Gonzalez Ciro
257. Vazquez Cruz Filemon
258. Vazquez Garcia Crecencio
259. Vazquez Sosa Hernan
260. Vazquez Villalobos Jose Luis
261. Vazquez Villalobos Noe
262. Villarreal Barrios Leonte
263. Villarreal Constantino David
264. Villarreal Martinez Toribio
265. Villarreal Olivares Carlos
266. Villarreal Rivera Guadalupe
267. Zaleta Barrios Miguel Angel
268. Zaleta Barrios Porfirio
269. Zaleta Cruz Alejandro
270. Zaleta Cruz Hermenegildo
271. Zaleta Cruz Natividad
272. Zaleta Gonzalez Jorge Luis
273. Zaleta Gonzalez Julian
274. Zaleta Gonzalez Lorenzo
275. Zaleta Lorenzo Efrain
276. Zaleta Ortgea Angel
277. Zaleta Salvador Irineo
278. Zaleta Salvador Leobardo

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Aran Castro, Sergio | 42. | Lopez Florencio, Martin |
| 2. | Aran Meza, Marco Antonio | 43. | Lopez Florencio, Roman |
| 3. | Castellanos Cobos, Luis | 44. | Lopez Prianti, Jorge |
| 4. | Castellanos Villasana, Perfecta | 45. | Lopez Prianti, Miguel Angel |
| 5. | Castro Cruz, Arturo | 46. | Lopez Prianti, Paulino |
| 6. | Cruz Velazquez, Leoncio | 47. | Mar Alejandre, Luis Alberto |
| 7. | Espinoza Cruz, Jesus | 48. | Mar Hernandez, Jorge Luis |
| 8. | Espinoza Cruz, Sabino | 49. | Mar Hernandez, Porfirio |
| 9. | Garcia Blanco, Juan | 50. | Mar Jeronimo, Gustavo Alonso |
| 10. | Geronimo Zaleta, Jesus | 51. | Martinez Casados, Juan |
| 11. | Gonzalez Aran, Benjamin | 52. | Martinez Cruz, Juan Esteban |
| 12. | Gonzalez Aran, Hector Hugo | 53. | Meza Casados, Julio Cesar |
| 13. | Gonzalez Blanco, Efrain | 54. | Meza Cruz, Rene |
| 14. | Gonzalez Blanco, Francisco Javier | 55. | Meza Gallardo, Arturo |
| 15. | Gonzalez Blanco, Israel | 56. | Meza Gallardo, Gerardo |
| 16. | Gonzalez Blanco, Julio Cesar | 57. | Meza Gallardo, Martimiano |
| 17. | Gonzalez Casados, Arnulfo | 58. | Meza Gallardo, Pedro |
| 18. | Gonzalez Castellanos, Victor Manuel | 59. | Meza Gonzalez, Candelario |
| 19. | Gonzalez Cruz, Cesar | 60. | Meza Gonzalez, Felix |
| 20. | Gonzalez Cruz, Mauricio | 61. | Meza Gonzalez, Guadalupe |
| 21. | Gonzalez Gonzalez, Amado | 62. | Meza Gonzalez, Simon |
| 22. | Gonzalez Gonzalez, Ernesto | 63. | Meza Gonzalez, Ventura |
| 23. | Gonzalez Gonzalez, Froylan | 64. | Meza Hernandez, Ernesto |
| 24. | Gonzalez Gonzalez, Roman | 65. | Meza Juarez, Julian |
| 25. | Gonzalez Meza, Filadelfo | 66. | Meza Salas, Eulinto |
| 26. | Gonzalez Meza, Juan Carlos | 67. | Meza Santiago, Irineo |
| 27. | Gonzalez Meza, Ricardo | 68. | Meza Santiago, Javier |
| 28. | Gonzalez Ortiz, Abel | 69. | Meza Torres, Ever |
| 29. | Gonzalez Rosas, Israel | 70. | Meza Torres, Fernando |
| 30. | Hernandez Aran, Federico | 71. | Meza Torres, Gregorio |
| 31. | Hernandez Aran, Felix | 72. | Meza Torres, Hilario |
| 32. | Hernandez Aran, Fermin | 73. | Meza Torres, Jose Manuel |
| 33. | Hernandez Aran, Filemon | 74. | Meza Velazquez, Anselmo |
| 34. | Hernandez Aran, Genaro | 75. | Meza Zequera, Abel |
| 35. | Hernandez Aran, Leonardo | 76. | Perez Cobos, Doroteo |
| 36. | Hernandez Aran, Orlando | 77. | Perez Cobos, Francisco |
| 37. | Hernandez Aran, Ramon | 78. | Perez Cobos, Ramiro |
| 38. | Hernandez Aran, Rosendo | 79. | Perez Lima, Saul |
| 39. | Hernandez Reyes, Jose Antonio | 80. | Rodriguez Blanco, Antonio |
| 40. | Hernandez Santiago, Cirilo | 81. | Salas Blanco, Heriberto |
| 41. | Lopez Aran, Antelmo | 82. | Salas Gonzalez, Joel |

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 83. | Salas Gonzalez, Martin |
| 84. | Salas Gonzalez, Teodolo |
| 85. | Salas Hernandez, Hugo |
| 86. | Torres Aran, Simon |
| 87. | Torres Meza, Francisco |
| 88. | Torres Meza, Orlando |
| 89. | Torres, Manuel |
| 90. | Velazquez Castellanos, Juan |
| 91. | Villasana Castro, Alfredo |
| 92. | Villasana Castro, Bonifacio |
| 93. | Villasana Castro, Damaso |

B15 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
SAN ANDRES S.C. DE R.L.

"COOP PLAINTIFFS"

1.  Cruz Constantino, Fernanda
2.  Cruz Garcia, Eleuterio
3.  Cruz, Andres
4.  Figon Alejandre, Guillermo
5.  Juarez Buatista, Sebastian
6.  Mar Cruz, Faustino
7.  Mar Mendoza, Abundio
8.  Mar Mendoza, Isidro
9.  Medina Perez, Blanca Estela
10. Morales Cruz, Gualberto
11. Morales Cruz, Omar
12. Morales Perez, Esther
13. Morales Perez, Jose Luis
14. Morales Perez, Rodolfo
15. Morales Zuniga, Filiberto
16. Morales Zuniga, Gualberto
17. Perez Garcia, Claudia
18. Rosas Bautista, Pedro
19. Santiago Hernandez, Gerardo

B16 – LA SOCIDAD COOPERATIVA DE PRODUCCION PESQUERA DEL PUERTO DE TUXPAN DE BIENES Y SERVICIOS S.C.L. DE C.V.

## "COOP PLAINTIFFS"

1. Aldana Mendoza Ramon
2. Arias Mosqueda Agustin
3. Bermudez Blanco Emilio
4. Bermudez Cortez Cecilio
5. Bermudez Cortez Samuel
6. Blanco Reyes Aquilino
7. Blanco Reyes Felipe
8. Blasco Cruz Juan
9. Blasco Cruz Noe
10. Carbajal Ramos Victor
11. Carbajal Reyes Victor Manuel
12. Cruz Blasco Eulalio
13. Cruz Guevara Alberto
14. Cruz Guevara Fernando
15. Cruz Herrera Juan
16. Cruz Hidalgo Cosme
17. Cruz Reyes Victor
18. Cruz Rodriguez Alvaro
19. Cruz Rodriguez Victor Manuel
20. Escalante Hernandez Domingo
21. Hernandez Cruz Eva
22. Hernandez Cruz Francisco
23. Hernandez Vicencio Maximino
24. Herrera Reyes Jorge
25. Inocencio Vicencio Clemente
26. Inocencio Vicencio Francisco
27. Jonguitud Valenzuela Angel
28. Jonguitud Valenzuela Jesus
29. Martinez Gallegos Juan Antonio
30. Martinez Hernandez Anibal
31. Martinez Hernandez Silvestre
32. Martinez Leyton Rodrigo
33. Martinez Reyes Juan Gabriel
34. Mendoza Tellez Enrique (1)
35. Mendoza Tellez Enrique (2)
36. Mendoza Torres Sixto
37. Munoz Martinez Albertano
38. Munoz Reyes Jose
39. Munoz Reyes Sebastian
40. Navarrete Cruz Enrique
41. Navarrete Cruz Julio
42. Navarrete Cruz Pedro
43. Perlestayn Reyes Rosalino
44. Ponce Valdez Liliana
45. Ramirez Juarez Gabino
46. Ramirez Juarez Juan
47. Ramirez Reyes Juan Manuel
48. Rangel Hernandez Casimiro
49. Reyes Amaro Leonardo
50. Reyes Cruz Clemente
51. Reyes Cruz Felix
52. Reyes Cruz Patricio
53. Reyes Cruz Toribio
54. Reyes Cruz Valentin (1)
55. Reyes Cruz Valentin (2)
56. Reyes Cruz Venancio
57. Reyes Cruz Zenaido
58. Reyes Reyes Felipe
59. Reyes Reyes Pedro
60. Reyes Vicencio Gilberto
61. Reyes Vicencio Lorenzo
62. Reyes Vicencio Manuel
63. Rivera Reyes Jaime
64. Ruiz Castan Agustin
65. Ruiz Cortez Jesus
66. Sanchez Hidalgo Fortunato
67. Solis Reyes Humberto
68. Torres Leos Antonio
69. Torres Leos Federico
70. Trejo Leyton Espiridion
71. Zaleta Reyes Miguel

B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DE SALADERO S.C.L.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Alarcon Cruz, Miguel Angel | 47. | Flores Jeronimo, Piedad |
| 2. | Aran Blanco, Eleuterio | 48. | Flores Santiago, Alfredo |
| 3. | Aran Cruz, Tereso | 49. | Flores Santiago, Efrain |
| 4. | Aran Hernandez, Paul | 50. | Flores Santiago, Jose Antontio |
| 5. | Aran Mar, Antonio | 51. | Fransisco Fajardo, Aurelia |
| 6. | Aran Mar, Encarnacion | 52. | Geronimo Cruz, Andres |
| 7. | Aran Olvera, Ricardo | 53. | Gonzalez Castillo, Tomas |
| 8. | Aran Santiago, Pedro | 54. | Gonzalez Reyes, Franco |
| 9. | Aran Valdez, Celestino | 55. | Gonzalez Reyes, Maurilio |
| 10. | Aran Valdez, Miguel Angel | 56. | Gonzalez Rosas, Oscar |
| 11. | Aran Valdez, Octavio | 57. | Guerrero Cruz, Alejandro |
| 12. | Baena Aran, Jose Luis | 58. | Guerrero Cruz, Emiliano |
| 13. | Barranza Galindo, Gerardo | 59. | Hernandez Cruz, Clemente |
| 14. | Bautista Blanco, Agustin | 60. | Hernandez Cruz, Crispin |
| 15. | Bautista Cruz, Cirilo | 61. | Hernandez Cruz, Jose Jacinto |
| 16. | Bautista Cruz, Gregorio | 62. | Hernandez Espinoza, Bitiliano |
| 17. | Bautista Cruz, Patricio | 63. | Hernandez Lugo, Diego |
| 18. | Bautista Cruz, Santos | 64. | Hernandez Ramiro, Margarito |
| 19. | Benites Palomares, Jose | 65. | Juarez Torres, Cesar |
| 20. | Camarillo Castanon, Martin | 66. | Lira Cruz, Cupertino |
| 21. | Camarillo Cruz, Sergio | 67. | Lopez Meza, Agustin |
| 22. | Camarillo Diaz, Rafael | 68. | Mar Aran, Esteban |
| 23. | Casados Aran, Aniceto | 69. | Mar Aran, Jesus |
| 24. | Casados Aran, Hector | 70. | Mar Aran, Juan |
| 25. | Casados Aran, Juan | 71. | Mar Aran, Pedro |
| 26. | Casados Aran, Milton Carlos | 72. | Mar Casanova, Jaime |
| 27. | Casados Casados, Delfino | 73. | Mar Lara, Juan Felipe |
| 28. | Casados Casados, Jose Luis | 74. | Mar Perez, Adolfo |
| 29. | Casados Casanova, Juan Alberto | 75. | Mar Perez, Daniel |
| 30. | Casados Meza, Alicia | 76. | Mar Perez, Meliton |
| 31. | Castellanos Hernandez, Angel | 77. | Mar Salinas, Aurelio |
| 32. | Castro Jeronimo, Josafat | 78. | Mar Salinas, Jesus |
| 33. | Castro Sosa, Teofilo | 79. | Mar Santiago, Francisco |
| 34. | Cobarrubias Casados, Cesar | 80. | Mar Torres, Joaquin |
| 35. | Colunga Sanches, Vicente | 81. | Mar Torres, Miguel Angel |
| 36. | Cruz Hernandez, Orlando | 82. | Martinez Juarez, Angel |
| 37. | Cruz Juarez, Bibiano | 83. | Martinez Mendez, Tomas |
| 38. | Cruz Reyes, Librado | 84. | Meza del Angel, Margarito |
| 39. | Cruz Ruiz, Juan Jose | 85. | Mora Casados, Manuel Abad |
| 40. | Cruz Salvador, Alejandra | 86. | Mora Casados, Ruben |
| 41. | Cruz, Tereso | 87. | Narvaez Casados, Andres |
| 42. | Deantes Valdes, Jose Lorenzo | 88. | Palomares Benites, Bernabe |
| 43. | del Angel Castro, Genaro | 89. | Perez Mesa, Victorico |
| 44. | Escalante Cruz, Dionicia | 90. | Ramirez Gonzalez, Victor Manuel |
| 45. | Flores Castro, Bernabe | 91. | Reyes Gonzalez, Jose Alfredo |
| 46. | Flores Castro, Mario | 92. | Reyes Guzman, Enrique (2) |

B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DE SALADERO S.C.L.

"COOP PLAINTIFFS"

93. Reyes Guzman, Enrique (2)
94. Rios Martinez, Jesus Herlindo
95. Rosas Zaleta, Irineo
96. Ruiz Casados, Sergio
97. Ruiz Mar, Felipe
98. Ruiz Mar, Primitivo
99. Ruiz Torres, Guadalupe
100. Santiago Flores, Lorenzo
101. Santiago Gonzalez, Mario
102. Santiago Hernandez, Francisco
103. Sequera Casados, Antonio
104. Solis Cruz, Marcial
105. Sosa Escalante, Andres
106. Sosa Gonzalez, Andres
107. Torres Castellanos, Felipe
108. Torres Cruz, Gustavo
109. Torres Meza, Hector
110. Torres Meza, Miguel Angel
111. Torres Santos, Leonardo
112. Torres Santos, Ramona
113. Valdez Meza, Eleuterio
114. Zaleta Rosas, German
115. Zequera Casados, Sixto

B18 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DE ALTURA
JAROCHOS S.C. L.

"COOP PLAINTIFFS"

1. Castan Gonzalez Gildardo
2. Cruz Benitez Narciso
3. Cruz Solano Jorge
4. Franco Zaleta Joel
5. Herrera Istepan Jose Alberto
6. Lima Benitez Carlos
7. Lima Noguera Carlos
8. Lima Ruiz Carlos Orlando
9. Mendoza Gonzalez Jesus Alberto
10. Ugalde Franco Paulino
11. Ugalde Lima Carlos Vidal

EXHIBIT "C"

# PERMISIONARIO JOAQUIN DELGADO ORTIZ, ET AL
## "Concession Plaintiffs"

| | | |
|---|---|---|
| 1. | Permisionario Joaquin Delgado Ortiz | 213 Plaintiffs |
| 2. | Permisionario Claudio Gonzalez del Ángel | 10 Plaintiffs |
| 3. | Permisionario Reynaldo Lara Careaga | 14 Plaintiffs |
| 4. | Permisionario Jorge Nieto Gonzalez Congregacion Anahuac | 58 Plaintiffs |
| 5. | Permisionario Jorge Luis Baena Cruz | 15 Plaintiffs |
| 6. | Permisionario Aurelio Sanchez de San Luciano | 42 Plaintiffs |
| 7. | Permisionario Florencia Ortega Constantino | 14 Plaintiffs |
| 8. | Permisionario Rosalino Cruz y Pescadores de Camarón | 40 Plaintiffs |
| 9. | Permisionario Santiago del Ángel | 51 Plaintiffs |
| 10. | Permisionario Horacio Morales de la Isla de San Juan | 17 Plaintiffs |
| 11. | Permisionaria Dionicia Carballo Ponce la Laja Ozuluama | 13 Plaintiffs |
| 12. | Permisionario Jose Alfredo Gallardo Cortez Caso | 29 Plaintiffs |
| 13. | Permisionaria Maria Esther Castillo | 16 Plaintiffs |
| 14. | Permisionaria Graciela Ortega | 10 Plaintiffs |
| 15. | Permisionario Salustio Pérez Olares | 12 Plaintiffs |
| 16. | Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega | 39 Plaintiffs |
| 17. | Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero | 3 Plaintiffs |
| 18. | Permisionario Genaro Gregorio Martinez Cantero | 1 Plaintiffs |
| 19. | Permisionaria Concepcion Guerrero Banda | 4 Plaintiffs |
| 20. | Permisionario Francisco Elioth Hernandez Segura | 2 Plaintiffs |
| 21. | Permisionario Horacio Morales Isla de Juan A Ramirez | 9 Plaintiffs |
| 22. | Permisionario Macario Mar Cruz | 1 Plaintiffs |
| 23. | Permisionario Isrrael Contreras Zaleta | 1 Plaintiffs |
| 24. | Permisionario Teodoro Gonzalez Gonzalez | 1 Plaintiffs |
| 25. | Permisionario Flavio Alfredo Torres Damian | 1 Plaintiffs |
| 26. | Permisionario Efren Balderas | 19 Plaintiffs |
| 27. | Permisionario Carmelo Estevez Martir | 10 Plaintiffs |
| 28. | Permisionario Martin Jaime Ortega Gil de San Jeronimo | 11 Plaintiffs |
| 29. | Permisionario Miguel Blanco Ortega | 2 Plaintiffs |
| 30. | Permisionario Horacio Morales Cruz | 1 Plaintiffs |
| 31. | Permisionario Jose Alfredo Martinez Gandara | 1 Plaintiffs |
| 32. | Permisionario Jose Luis Escudero Ramirez | 1 Plaintiffs |
| 33. | Permisionario Romualdo Flores Menindez | 1 Plaintiffs |
| 34. | Permisionario Efrain Cruz Lugo | 1 Plaintiffs |

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

### CONCESSION PLAINTIFFS

1.  Acuna Garcia, Maria Antonia
2.  Alfaro Mendez, Heriberto
3.  Alfaro Mendez, Juan Carlos
4.  Alfaro Ortiz, Feliciano
5.  Alvarez Alvarez, Juliana
6.  Alvarez Cordova, Maria Esther
7.  Alvarez Cortez, Gabino
8.  Alvarez Cortez, Julian
9.  Alvarez Cortez, Victoria
10. Alvarez Guerrero, Ruben
11. Alvarez Martinez, Jose Gabino
12. Alvarez Martinez, Luz Esmeralda
13. Aquino Arteaga, Asiam
14. Armenta Delgado, Franco
15. Armenta Ponce, Eugenio
16. Armenta Segura, Rosa Albina
17. Arbizu Morales, Juana
18. Balleza Gomez, Guadalupe
19. Balleza Gomez, Ronaldo
20. Barrera Reyes, Justo
21. Barrios Zamilpa, Elvia Patricia
22. Barron Alejo, Socorro
23. Bautista Segura, Claudia
24. Casanova Delgado, Sara
25. Casanova Torres, Maria Guadalupe
26. Castan Lara, Paula
27. Castan Reyes, Francisco
28. Castan Reyes, Ramon
29. Cetina Sosa, Manuela Mirella
30. Constantino Cruz, Juan Gerardo
31. Cordoba Escamilla, Fernando
32. Cordoba Hernandez, Mercedes
33. Cordoba Hernandez, Reina
34. Cordova Hernandez, Guillermina
35. Cordova Ponce, Nayenci
36. Cordova Salazar, Margarita
37. Cortes Florentino, Isabel
38. Cruz Castan, Armando Enrique
39. Cruz Castan, Nora Hilda
40. Cruz Castan,Griselda
41. Cruz Garcia, Antonio
42. Cruz Gomez, Jesus
43. Cruz Gomez, Rafael
44. Cruz Hernandez, Josefina
45. Cruz Hernandez, Maria
46. Cruz Martinez, Susana
47. Cruz Morato, Luis Martin
48. Cruz Pardino Irma
49. Cruz Perez Rumauldo
50. Cruz Piedad, Jose Antonio
51. Cruz Rodriguez, Edilberto
52. Cruz Rodriguez, Reyes
53. Cruz, Josefa
54. Cuevas Martinez, Juan Felipe
55. Del Angel Briones, Maria del Pilar
56. Delgado Deantes, Juan Antonio
57. Delgado Delgado, Andres
58. Delgado Delgado, Ignacio
59. Delgado Gonzalez, Jesus Felipe
60. Delgado Gonzalez, Juan
61. Delgado Gonzalez, Lamberto
62. Delgado Ortiz, Diana Lizeth
63. Delgado Ortiz, Joaquin
64. Delgado Ortiz, Jorge Luis
65. Delgado Ortiz, Maribel
66. Delgado, Joaquin
67. Delgado, Mellado Silvia
68. Enriquez Cortes, Rosa Imelda
69. Escamilla Castillo, Amado
70. Escamilla Castillo, Consuelo
71. Escamilla Castillo, Patricio
72. Escamilla Cordoba, Maria del Pilar
73. Escobar Farfan, Denia
74. Escobar Salas, Concepcion
75. Ferral Dominguez, Abraham Ivan
76. Franco Martinez, Isaac
77. Franco Martinez, Norma
78. Gallardo Cruz, Julia Maria
79. Garcia Gonzalez, Amalia
80. Garcia Gonzalez, Obdulia
81. Garcia Resendiz, Anselmo
82. Garcia Resendiz, Andres
83. Garcia Hernandez, Juan
84. Garcia Resendiz, Reyna

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

### CONCESSION PLAINTIFFS

| | |
|---|---|
| 85. Gomez Gallardo, Guadalupe Jael | 128. Mellado Vega, Lazaro |
| 86. Gomez Gallardo, Michel Adrian | 129. Mendez Morales, Leticia |
| 87. Gomez Lorenzo, Clara | 130. Mendez Nunez, Maria Guadalupe |
| 88. Gomez Mellado, Ofelia | 131. Mendoza del Angel, Agustin |
| 89. Gomez Sanchez, Glafira | 132. Mendoza del Angel, Maria Elena |
| 90. Gomez Zavala, Joel | 133. Mendoza del Angel, Santos |
| 91. Gomez Zavala, Luz Maria | 134. Mendoza Garcia, Hortencia |
| 92. Gonzalez Arteaga, Hector Daniel | 135. Mireles Rangel, Avilene |
| 93. Gonzalez Chavez, Alejandro | 136. Mireles Rangel, Tomas |
| 94. Gonzalez Chavez, Maria Isabel | 137. Mireles, Tomas |
| 95. Gonzalez Constantino, Karla Yanira | 138. Monrroy Martinez, Jorge |
| 96. Gonzalez Figon, Gabina | 139. Morato Aquino, Fernando |
| 97. Gonzalez Gonzalez, Mariano | 140. Morato Franco, Fernando |
| 98. Gonzalez Perusquia, Cristian Rafael | 141. Morato Sobrevilla, Maria Guadalupe |
| 99. Gonzalez Sifuentes, Jose Francisco | 142. Mota Gonzalez, Sara |
| 100. Gonzalez, Mariano | 143. Nuera Cruz, Teresa |
| 101. Guerrero Resendis, Rosa Laura | 144. Olmedo Campos, Juana |
| 102. Hernandez Alvarez, Margarita | 145. Olmedo Campos, Leticia |
| 103. Hernandez Cruz, Apolonio | 146. Orduna Garcia, Maria Antonia |
| 104. Hernandez Cruz, Susana | 147. Ortiz Alvarado, Fernando |
| 105. Hernandez Morato, Jesus Manuel | 148. Ortiz Armenta, Apolinar |
| 106. Hernandez Morato, Juana Maria | 149. Ortiz Armenta, Maria Crisofora |
| 107. Ibarra del Angel, Leslie Edith | 150. Ortiz Armenta, Maria Isabel |
| 108. Ibarra Salazar Ignacio | 151. Ortiz Casanova, Alicia |
| 109. Juarez Mendez, Ariel | 152. Ortiz Hernandez, Margarita |
| 110. Lacio Juarez, Leobardo | 153. Ortiz Vera, Carlos Humberto |
| 111. Lambarria Hernandez, Joaquina | 154. Ortiz Vera, David |
| 112. Lito Desiderio, Yeni | 155. Ortiz Vera, Fernando |
| 113. Mar Segura, Nicolas | 156. Pena Gomez, Diego |
| 114. Mar Segura, Zoila | 157. Perez Hidalgo, Maria Leonor |
| 115. Martinez Alvares, Arcelia | 158. Perez Leal, Maria de la Luz |
| 116. Martinez Alvarez, Josefina | 159. Perez Mascarenas, Fredy |
| 117. Martinez Alvarez, Maria Felicitas | 160. Perez Perez, Carmen |
| 118. Martinez Malerva, Angel | 161. Piedad Hernandez, Dionicia |
| 119. Martinez Martinez, Austreberta | 162. Ponce Cruz, Elodia |
| 120. Martinez Quintanar, Angelica | 163. Ponce Lambarria, Benita |
| 121. Maya Gallardo, Hedilberto | 164. Pulido Bautista, Estanislada |
| 122. Maya Perez, Hilaria | 165. Quintanar Castan, Maria Luisa |
| 123. Mellado Perez, Evangelina | 166. Quintanar Castan, Luis David |
| 124. Mellado Perez, Maria del Rosario | 167. Quiroz Martinez, Angelica |
| 125. Mellado Perez, Martha Elena | 168. Quiroz Olvera, Santiago |
| 126. Mellado Perez, Silvia | 169. Ramirez Constantino, Roberto |
| 127. Mellado Segura, Martha Leticia | 170. Ramirez Roman, Alfonso |

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

### CONCESSION PLAINTIFFS

171. Ramos Arvizu, Yahaira
172. Ramos Castillo, Roberta
173. Ramos Mascarenas, Jose Ines
174. Rangel Alvarez, Maricela
175. Rangel Torres, Celia
176. Rangel Torres, Guadalupe
177. Rangel Vazquez, Demetria
178. Rangel Vazquez, Evelia
179. Reyes Zamora, Santa Ana
180. Rivera Castro, Maria Guadalupe
181. Rivera Cruz, Andres
182. Rivera Cruz, Evaristo
183. Rivera Cruz, Javita
184. Rivera Cruz, Julio
185. Rivera Cruz, Luis Alberto
186. Rivera Cruz, Miguel
187. Rivera Cruz, Miguel
188. Rivera Cruz, Teresa
189. Rivera Garcia, Odorico
190. Rivera Hernandez, Hector Miguel
191. Rodriguez Cruz, Paula
192. Roman Meza, Rigoberto
193. Ruiz Sanchez, Guillermina
194. Salazar Hernandez, Maria del Carmen
195. Salazar Hernandez, Santa Judith
196. Salazar Juarez, Maria de Jesus
197. Saldana Hernandez, Nancy
198. Sanchez Cordova, Julia Elisa
199. Sanchez Delgado, Agapito
200. Sanchez Garcia, Salvador Esmeraldo
201. Sanchez Garcia, Roberto
202. Sanchez Garcia, Yesenia Gabriela
203. Sanchez Ramirez, Salvador
204. Segura Reyes, Maria Enriqueta
205. Silva Sanchez, Cira
206. Sobrevilla Ortiz, Maria de la Luz
207. Sobrevilla Ortiz, Ubalda
208. Soto Rodriguez, Ma Rosalinda
209. Torres Garcia, German
210. Vera Cruz, Irma Estela
211. Zacarias Sobrevilla, Jesus
212. Zacarias Sobrevilla, Lazaro

213. Zaleta Ruiz, Blas

## C2 - PERMISIONARIO CLAUDIO GONZALEZ DEL ANGEL

### CONCESSION PLAINTIFFS

1   Alcantar del Angel, Alfredo
2   Del Angel Ruiz, Alejandrino
3   Gonzalez del Angel, Claudio
4   Gonzalez del Angel, Edgar Toribio
5   Gonzalez Gonzalez, Mariano
6   Martinez Alvarez, Maria Felicitas
7   Reyes Zamora, Santa Ana
8   Roman del Angel, Alfredo
9   Roman Miranda, Felipe
10  Sebastian Zaleta, Jose Eduardo

## C3 - PERMISIONARIO REYNALDO LARA CAREAGA

### CONCESSION PLAINTIFFS

1.  Alejandre Salguero, Federico
2.  Cruz Ovando, Eliuth
3.  Ferral Diaz, Irma
4.  Lara Careaga, Reynaldo
5.  Lara Valenzuela, Cesar Augusto
6.  Lara Valenzuela, Jorge Isaac
7.  Lara Valenzuela, Reinaldo Arturo
8.  Leandro Cardenas, Yanin
9.  Morales Cobos, Olga
10. Perez Cruz, Maria Teresa
11. Roman Perez, Anita
12. Roman Perez, Juliana
13. Sobrevilla Hernandez, Severiana
14. Valenzuela Lopez, Rosalia

## C4 - PERMISIONARIO JORGE NIETO GONZALEZ CONG. ANAHUAC

### CONCESSION PLAINTIFFS

1. Acosta Mejia, Alejandro
2. Acosta Mejia, Luis Antonio
3. Castillo Nieto, Edgar Israel
4. Cruz Carrasco, Valente
5. Cruz Gomez, Eloy
6. Cruz Vicencio, Isabel
7. De Luna Ordonez, Ismael
8. Ender Diaz, Carlos Enrique
9. Ender Diaz, Jose Adan
10. Ender Diaz, Jose Maurilio
11. Ender Diaz, Miguel Angel
12. Gallardo Aguilar, Francisco
13. Gallardo Cruz, Aidee
14. Gallardo Cruz, Blanca Estela
15. Gallardo Cruz, Rosalba
16. Gallardo Martinez, Adalid
17. Gallardo Callejas, Jose Luis
18. Gomez Cruz, Juan Bernardo
19. Gonzalez Cruz, Bertha
20. Gonzalez Gallardo, Alexis Alfonso
21. Gonzalez Obando, Alfonso
22. Gonzalez Reyes, Genaro
23. Guerrero Alvarez, Benito
24. Guerrero Contreras, Benito
25. Hernandez Martinez, Roberto
26. Leon Casarin, Jose Alfredo
27. Mar Herrera, Tito
28. Martinez Briones, Gregorio
29. Martinez Briones, Jose Francisco
30. Martinez Hernandez, Aniceto
31. Martinez Hernandez, Rigoberto
32. Mejia Flores, Antolin
33. Melendez Reyes, Julian
34. Nieto Castillo, Luis Rey
35. Nieto Gonzalez, Agustin
36. Nieto Gonzalez, Bertha Alicia
37. Nieto Gonzalez, Jorge
38. Nieto Gonzalez, Mireya
39. Nieto Gonzalez, Rafael
40. Nieto Martinez, David
41. Nieto Rivera, Mauro
42. Nieto Rivera, Pedro
43. Ortega Malerva, Javier
44. Ovando Mendez, Benito
45. Ovando Ovando, Americo
46. Perez Hernandez, Sergio
47. Perez Huerto, Abisai
48. Perez Juarez, Francisco Javier
49. Porras Ender, Victor Manuel
50. Rivera Ahumada, Ricardo
51. Rodriguez Quiroz, Jesus
52. Rojas Aguilar, Clemente
53. Roman Gomez, Atanasio
54. Roman Nolasco, Francisco Javier
55. Salinas Nieto, Norma Alicia
56. Sanchez Gallardo, Jesus
57. Sanchez Gonzalez Julio Juan
58. Sobrevilla Ortega, Jose Guadalupe

## C5 - PERMISIONARIO JORGE LUIS BAENA

### CONCESSION PLAINTIFFS

1.    Baena Cruz, Jorge Luis
2.    Capitan Cruz, Diego
3.    Cruz Galindo Francisco
4.    Cruz Rodriguez, Guillermo
5.    Garcia Ramos, Salmai Patricia
6.    Gomez Ramos, Andres
7.    Hernandez Geronimo, Francisca
8.    Hernandez Parrilla, Francisco
9.    Hernandez Santiago, Juana
10.   Martinez Cruz, Alejandro
11.   Martinez Hernandez, Javier Alejandro
12.   Olazoran Ortega, Santos Paulino
13.   Rodriguez Santander, Rosa Maria
14.   Santander Leandro, Diana Maria
15.   Santander Leyton, Daniel

## C6 - PERMISIONARIO AURELIO SANCHEZ DE SAN LUCIANO

### CONCESSION PLAINTIFFS

1. Aguilar Alvarado, Maria Antonia
2. Alejandre Salguero, Federico
3. Blanco Clara, Inocencio
4. Cruz Gonzalez, Maria del Pilar
5. Cruz Ovando, Eliuth
6. Ferral Diaz, Irma
7. Garcia Alejandre, Erasmo
8. Garcia Lara, Viola
9. Garcia, Margarita
10. Gomez Ruiz, Ramiro
11. Gonzalez Aguilar, Felipe
12. Gonzalez Aguilar, Omar
13. Gonzalez Aguilar, Roxana
14. Gonzalez Barrios, Erasmo
15. Gonzalez Escobar, Judith
16. Gonzalez Garcia, Domitila
17. Gonzalez Garcia, Gumercindo
18. Gonzalez Garcia, Laura
19. Gonzalez Garcia, Maria Teresa
20. Gonzalez Garcia, Valentin
21. Gonzalez Mata, Felipa
22. Gonzalez Olivares, Anaisa
23. Lara Careaga, Reynaldo
24. Lara Valenzuela, Cesar Agusto
25. Lara Valenzuela, Jorge Isaac
26. Lara Valenzuela, Reynaldo Arturo
27. Leandro Cardenas, Yanin
28. Mar Gonzalez, Dolores Virginia
29. Martinez Parada, Gelacia
30. Martinez Ramirez, Enriqueta
31. Mata Mar, Dulce Maria del Rocio
32. Meza Cruz, Lorena
33. Morales Cobos, Olga
34. Pascual Cruz, Enriqueta
35. Perez Cruz, Maria Teresa
36. Roman Perez, Anita
37. Roman Perez, Juliana
38. Ruiz Rocha, Teresita
39. Sanchez del Angel, Aurelio
40. Sanchez Gonzalez, Uriel
41. Sobrevilla Hernandez, Severiana
42. Valenzuela Lopez, Rosalia

## C7 - PERMISIONARIO FLORENCIO ORTEGA CONSTANTINO

### CONCESSION PLAINTIFFS

1.   Escribano Lopez Felix Octavio
2.   Gallardo Juarez Roberto
3.   Hernandez Cruz Jose
4.   Hernandez Reyes Antonio
5.   Hernandez Reyes Jesus
6.   Hernandez Reyes Leonel
7.   Leandro Casanova Victor Manuel
8.   Leandro Hidalgo Guadalupe
9.   Leandro Malerva Luis Angel
10.  Mar Ferral Alejandro
11.  Mendez Carrillo Fernando
12.  Mendoza Constantino Adelaido
13.  Nolasco Bautista Efren
14.  Ortega Constantino Florencio

## C8 - PERMISIONARIO ROSALINO CRUZ DAVILA Y PELADORES DE CAMARON

### CONCESSION PLAINTIFFS

1. Barrios Santos, Oscarnel
2. Cruz Cruz, Rafael
3. Cruz Cruz, Rosa
4. Cruz Davila Filomena
5. Cruz Davila, Galindo
6. Cruz Davila, Rosalino
7. Cruz Maya, Claudia
8. Cruz Perez, Flavio Santos
9. Cruz Perez, Martha Leticia
10. Cruz Romero, Alma Alicia
11. Cruz Romero, Joaquina
12. Cruz Villalobos, Amanda
13. Cruz Zavala, Filomeno
14. Del Angel Hernandez, Amado
15. Del Angel Hernandez, Herlinda
16. Del Angel Pecero, Socorro
17. Franco Olivares, Alma Nelly
18. Garcia Hernandez, Salvador
19. Garcia Mar, Samuel
20. Garcia Mar, Sergio
21. Gonzalez Mar, Natanahel
22. Leiva Vite, Heriberto
23. Lira Romero, Lorena
24. Lorenzo Cruz, Irma
25. Manuel de la Cruz, Olivia
26. Mar Hernandez, Ivan Giovanni
27. Maya Malerva, Emilio
28. Maya Perez, Blanca Evelia
29. Mendoza Perez, Felipa
30. Meza Ferral, Ana Lidia
31. Meza Torres, Maria Rafaela
32. Nieto Nieto, Jose Andres
33. Perez Alonso, Catalina
34. Salas Cruz, Erika Maria
35. Sanchez Barrios, Filomena
36. Soto Maravilla, Leonor
37. Villalobos del Angel, Maria Guadalupe
38. Villalobos Maya, Sandra Lisset
39. Zuniga Sanchez, Filiberto
40. Zuniga, Reyes, Evaristo

## C9 - PERMISIONARIO SANTIAGO DEL ANGEL

### CONCESSION PLAINTIFFS

1. Aguirre Casanova, Madgdalena
2. Bautista Perez, Maria Magdalena
3. Bautista Perez, Miguel
4. Camacho del Angel, Elvia Liliana
5. Camacho del Angel, Santiago Eliud
6. Camacho del Angel, Sixto Haniel
7. Camacho Mata, Sixto
8. Candelario Flores, Gilberto
9. Deantes Perez, Nanci
10. Del Angel Hernandez, Omar Israel
11. Del Angel Perez Israel
12. Del Angel Perez, Abraham Santiago
13. Del Angel Perez, Maria Del Socorro
14. Del Angel Santiago, Catarino
15. Del Angel Santiago, Santiago
16. Diaz Bautista, Gabriela
17. Diaz Hernandez, Salvador
18. Enrique del Angel, Constantino
19. Garcia Hernandez, Yuridia
20. Garcia Perez, Hugo Alberto
21. Garcia Perez, Julio Cesar
22. Guzman del Angel, Jose Concepcion
23. Hernadez Soni, Norma
24. Hernandez Cardenas, Marlenne
25. Hernandez Cruz, Marcos
26. Hernandez Cruz, Sergio
27. Hernandez Hernandez, Norma Enedely
28. Hernandez Mar, Eduardo
29. Hernandez Ramirez, Julia
30. Hernandez Soni, Abigahil
31. Hernandez Soni, Otoniel
32. Hernandez Tovar, Sarai
33. Mar Hernandez, Wendy Viridiana
34. Medina Perez, Castulo
35. Medina Perez, Nora Hilda
36. Medina Perez, Vicente
37. Ortega Quinto, Jesus Alberto
38. Perez Hernandez, David
39. Perez Hernandez, Moises
40. Perez Mar, Luciana
41. Perez Santiago, Elvia
42. Perez Santiago, Socorro
43. Ramos Ramos, Maria del Carmen
44. Reyes Figon, Reyna
45. Rodriguez del Angel, Florencio
46. Salvador Cruz, Jose
47. Santiago Copal, Cresencio
48. Santos Barrios, Tomas
49. Soni Vicencio, Eleyser
50. Ventura Hernandez, Miguel
51. Ventura Salazar, Miguel

## C10 - PERMISIONARIO HORACIO MORALES DE LA ISLA DE SAN JUAN

### CONCESSION PLAINTIFFS

1. Blanco Reyes, Israel
2. Blanco Reyes, Javier
3. Cruz Cenobio, Antonino
4. Cruz Cenobio, Jose Ines
5. Figon Delgado, Benito
6. Hernandez Del Angel, Mercedes
7. Jimenez Perez, Eugenio
8. Juarez Bautista, Rosendo
9. Juarez Martir, Gregorio
10. Mendoza Cruz, Federico
11. Morales Cruz, Juan Fernando
12. Morales Gallardo, Heriberto
13. Morales Hernandez, Gerardo
14. Morales Perez, Armando
15. Perez Perez, Margarita
16. Perez Rivera, Adan
17. Reyes Hernandez, Jose

## C11 - PERMISIONARIA DIONICIA CARBALLO PONCE LA LAJA OZULUAMA

### CONCESSION PLAINTIFFS

1.  Blanco Garcia Juana
2.  Carballo Ponce Dionica
3.  Cruz Del Angel Ana Gabriela
4.  Cruz Garcia Florencio
5.  Flores Castro Maria Isabel
6.  Garcia Del Angel Nora Hilda
7.  Gonzalez Carballo Juan Carlos
8.  Gonzalez Estevez Elver Rudi
9.  Gonzalez Estevez Maria Nory
10. Gonzalez Estevez Tomas Sangines
11. Martinez Castellanos Leova
12. Ramos Cruz Doroteo
13. Dioncia Carballo Ponce

## C12 - PERMISIONARIO JOSE ALFREDO GALLARDO CORTEZ CASO

### CONCESSION PLAINTIFFS

1. Aguilar Carballo Feliciano
2. Aguilar Villasana Yesenia Rubi
3. Almendariz Villazana Reynaldo
4. Armendariz Gomez Oscar
5. Armendariz Gomez Tomas
6. Almendarez Villasana Andres
7. Barragan Tiburcio Leonardo
8. Cabrera Echeverria Celestino
9. Cruz Reyes Adolfo
10. Cruz Saldana Genaro
11. Cuervo Velazquez Galdino
12. Del Angel Torres Jose Luis
13. Gallardo Cortes Jose Alfredo
14. Gomez Nino Humberto
15. Gomez Tiburcio Luis Humberto
16. Gonzalez Morales Alfredo
17. Gonzalez Morales Jose Cruz
18. Gonzalez Villasana Jose
19. Guzman Lara Fidel
20. Lopez Flores Leonel
21. Mora Martinez Odilon
22. Tiburcio Lopez Josafat
23. Tiburcio Nunez Severiano
24. Venegas Castillo Guillermo
25. Villar Torres Hector
26. Villasana Sanchez Marcelino
27. Villazana Gomez Jose Luis
28. Villasana Gomez Petra
29. Martin Jaime Ortega

## C13 - PERMISIONARIA MARIA ESTHER CASTILLO

### CONCESSION PLAINTIFFS

1. Bueno Ruiz Erika
2. Bueno Ruiz Mirella
3. Bueno Ruiz Neyva Guadalupe
4. Bueno Ruiz Noe
5. Bueno Ruiz Reyes Omar
6. Castro Martinez Idalia
7. Cuestas Rocha Imelda
8. Martinez Castillo Maria Esther
9. Martinez Perez Reyna
10. Millan Ortega Maria Magdalena
11. Perez Castillo Dalia Avilene
12. Perez Castillo Esperanza
13. Perez Cruz Genaro
14. Perez Millan Marcos Fernando
15. Ruiz Venegas Aurelia
16. Roque Bueno Dalia Avilenne

## C14 - PERMISIONARIA GRACIELA ORTEGA

## CONCESSION PLAINTIFFS

1. Cruz Basulto Jose Luis
2. Cruz Rivera Agustin
3. Garcia Alvarado Isidro
4. Garcia Gonzalez Jairo Hazael
5. Ortega Morato Blas Alberto
6. Ortega Morato Graciela
7. Ortega Morato Matilde
8. Palacios Ortega William
9. Palacios Palacios Joselito
10. Perez Castañeda Santos

## C15 - PERMISIONARIO SALUSTIO PEREZ OLARES

## CONCESSION PLAINTIFFS

1.      Casanova Garcia Anselmo
2.      Cruz Casanova Ruben
3.      Mar Casanova Fernando
4.      Olivera Cruz, Samuel
5.      Olivera Perez, Samuel
6.      Perez Castro Saul
7.      Perez Castro, Ramon
8.      Perez Del Angel Paciano
9.      Perez Olares Salustio
10.     Perez Vega Gilberto
11.     Perez Vega, Jose Juan
12.     Perez Vega, Juan Carlos

## C16 - PERMISIONARIO DE PESCA FLAVIO ALFREDO TORRES EUSEBIO LANDEROS VEGA

### CONCESSION PLAINTIFFS

1   Aguilar Monrroy Joaquin
2   Cobos Casados Isabel
3   Cobos Medina Juan Gilberto
4   Cruz Ravize Ruben
5   Cruz Reyes Victor Hugo
6   Delgado Del Angel Reyes
7   Delgado Gonzalez German
8   Francisco Avelino Daria
9   Gallardo Gonzalez Aide
10  Garcia Malerva Alfredo
11  Hernandez Vicencio Francisca
12  Landeros Vega Eusebio
13  Maldonado Morales Guadalupe
14  Maldonado Morales Jose Luis
15  Maldonado Vargas Jose Luis
16  Maldonado Vargas Julio Cesar
17  Maldonado Vazquez Agustin
18  Molar Gonzalez Angel
19  Molar Gonzalez Roberto
20  Molar Gonzalez Santiago
21  Molar Narvaez Camilo
22  Monrroy Martinez Octavio
23  Morales Silva Sara
24  Perez Flores Angel
25  Ravize Gomez Alejandra
26  Ravize Gomez Maria Alejandra
27  Reyes Guzman Antonio Domingo
28  Reyes Hernandez Antonio
29  Reyes Hernandez Gladis Del Rosario
30  Reyes Mateos Niceforo
31  Reyes Parrilla Hector
32  Reyes Vicencio Delfino
33  Rivera Del Angel Roque
34  Rivera Villalobos Celerino
35  Torres Damian Flavio Alfredo
36  Vega Roman Modesto
37  Vicencio Cruz Angela
38  Villalobos Ravize Carolina
39  Villalobos Ravize Maria Alejandra

## C17 - PERMISIONARIO DE PESCA CESAR GONZALEZ CASADOS EMANUEL CRUZ GUERRERO

## CONCESSION PLAINTIFFS

1   Cruz Guerrero Emanuel
2   Cruz Ruiz Jose Manuel
3   Gonzalez Casados Cesar

## C18 - PERMISIONARIO GENARO GREGORIO MARTINEZ CANTERO

### CONCESSION PLAINTIFFS

1    Martinez Cantero, Genaro Gregorio

## C19 – PERMISIONARIA CONCEPCION GUERRERO BANDA

## CONCESSION PLAINTIFFS

1. Banda Ramirez, Hortencia
2. Escudero Cruz, Jose Alberto
3. Guerrero Banda, Consepcion
4. Nunez Guerrero, Mariela Adriana

## C20 – PERMISIONARIO FRANCISCO ELIOTH HERNANDEZ SEGURA

### CONCESSION PLAINTIFFS

1. Hernandez Segura, Francisco Elioth
2. Cesar Gonzalez Casados

## C21 – PERMISIONARIO HORACIO MORALES ISLA DE JUAN A RAMIREZ

### CONCESSION PLAINTIFFS

1.  Bruggeman Perez, Francisco
2.  Camacho Espriella, Jose Elias
3.  Cruz Olivares, Rebeca
4.  Garcia Hernandez, Florensia
5.  Morales Hernandez, Gilberto
6.  Pena Malerva, Luis Alberto
7.  Perez Cruz, Juana
8.  Perez Maya, Pablo
9.  Perez Santiago, Gaudencio

## C22 – PERMISIONARIO MACARIO MAR CRUZ

### CONCESSION PLAINTIFFS

1    Mar Cruz, Macario

## C23 – PERMISIONARIO ISRRAEL CONTRERAS ZALETA

### CONCESSION PLAINTIFFS

1    Contreras Zaleta, Isrrael

## C24 – PERMISIONARIO TEODORO GONZALEZ GONZALEZ

### CONCESSION PLAINTIFFS

1.      Gonzalez Gonzalez, Teodoro

## C25 – PERMISIONARIO FLAVIO ALFREDO TORRES DAMIAN

### CONCESSION PLAINTIFFS

1.    Torres Damian, Flavio Alfredo

## C26 – PERMISIONARIO EFREN BALDERAS

### CONCESSION PLAINTIFFS

1. Alvarez Nunez, Victor
2. Balderas Medina, Efren
3. Balderas Valdez, Benito
4. Balderas Valdez, Efren
5. Balderas Valdez, Lino
6. Castillo Rivera, Arnulfo
7. Cruz Perez, Guadalupe
8. Diaz Juarez, Francisco
9. Francisco Velasquez, Cipriano
10. Hernandez Alarcon, Enrique
11. Hernandez Bautista, Jose Oscar
12. Morato Cabrales, Guadalupe
13. Ramirez Martinez, Maximo
14. Sosa Sains, Tomas
15. Valdez Arteaga, Daniel
16. Valdez Arteaga, Japeth
17. Valdez Meraz, Agustin
18. Valdez Meraz, Octaviano
19. Valdez Rodriguez, Eliazar

## C27 – PERMISIONARIO CARMELO ESTEVEZ MARTIR

### CONCESSION PLAINTIFFS

1.   Estevez Garcia, Ediel
2.   Estevez Garcia, Raul
3.   Estevez Martir, Carmelo
4.   Garcia Constantino, Blanca
5.   Hernandez Guadalupe, Juan Rosendo
6.   Maya Constantino, Juan Carlos
7.   Mendoza Garcia, German
8.   Prisciliano Constantino, Jorge
9.   Prisciliano Constantino, Sergio
10.  Prisciliano Cruz, J Ricardo

## C28 – PERMISIONARIO MARTIN JAIME ORTEGA GIL DE SAN JERONIMO

### CONCESSION PLAINTIFFS

1. Camarillo Diaz, Virginia
2. Camarillo Garcia, Elizabeth
3. Cruz Aran, Dan Huseim
4. Cruz Garcia, Juan
5. Del Angel Castro, Rogelio
6. Gonzalez Cruz, Jael
7. Gonzalez Cruz, Joel
8. Hernandez Gonzalez, Edvino
9. Lugo Bravo, Maria Del Rosario
10. Lugo Bravo, Reyna Isabel
11. Ortega Gil, Martin Jaime (45)

## C29 – PERMISIONARIO MIGUEL BLANCO ORTEGA

### CONCESSION PLAINTIFFS

1. Ortega Gil, Martin Jaime (38)
2. Blanco Ortega, Miguel

## C30 – PERMISIONARIO HORACIO MORALES CRUZ

### CONCESSION PLAINTIFFS

1.      Morales Cruz, Horacio

## C30 – PERMISIONARIO HORACIO MORALES CRUZ

### CONCESSION PLAINTIFFS

1.   Morales Cruz, Horacio

## C31 – PERMISIONARIO JOSE ALFREDO MARTINEZ GANDARA

### CONCESSION PLAINTIFFS

1.    Martinez Gandara, Jose Alfredo

**C32 – PERMISIONARIO JOSE LUIS ESCUDERO RAMIREZ**

**CONCESSION PLAINTIFFS**

1.     Escudero Ramirez, Jose Luis

## C33 – PERMISIONARIO ROMUALDO FLORES MENINDEZ

## CONCESSION PLAINTIFFS

1.     Flores Menindez, Romualdo

## C34 – PERMISIONARIO EFRAIN CRUZ LUGO

## CONCESSION PLAINTIFFS

1.     Cruz Lugo, Efrain

## EXHIBIT "D"

## Compra Venta de Felipe Barrios, et al
### "Retail and Processing Plaintiffs"

| | | |
|---|---|---|
| 1. | Compra Venta de Felipe Barrios | 10 Plaintiffs |
| 2. | Compra Venta Victor Valenzuela | 21 Plaintiffs |
| 3. | Despicadoras de la Isla de San Juan A Ramirez | 76 Plaintiffs |
| 4. | Grupo la Esperanza Flor Idilia | 108 Plaintiffs |
| 5. | Fileteras de Mamey de Antonio Aran | 27 Plaintiffs |
| 6. | Peladoras de Camarón de la Pescadores de Tamiahua | 69 Plaintiffs |
| 7. | Esposas & Hijos de Socios de la Huasteca Veracruzana | 205 Plaintiffs |
| 8. | Hijos de Sociedad Cooperativa Pescadores de Saladero | 53 Plaintiffs |
| 9. | Esposas de la Rivera de Tampico Alto | 116 Plaintiffs |
| 10. | Esposas de Socios de la Sociedad Cooperativa Riverena de Saladero | 73 Plaintiffs |
| 11. | Grupo Cucharas Juan Ortega Romero Artemio Aran | 53 Plaintiffs |
| 12. | Unión de Fileteros de Cucharas José Luis Palacios Medina | 56 Plaintiffs |
| 13. | Grupo La Sirenita Felipa Celestino Artemio Aran | 57 Plaintiffs |
| 14. | Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 54 Plaintiffs |
| 15. | Despicadoras de Jaiva los Higueros Artemio Aran | 31 Plaintiffs |
| 16. | Despicadoras de la Majahua Karina | 23 Plaintiffs |
| 17. | Despicadores y Pescadores Libres de Saladero | 74 Plaintiffs |
| 18. | Despicadores y Pescadores libres de la Merced | 26 Plaintiffs |
| 19. | Grupo La Trucha Guillermina Hernández | 22 Plaintiffs |
| 20. | Despicadoras de San Jerónimo | 7 Plaintiffs |
| 21. | Grupo Superacion Jahasaviel Cruz Castro | 20 Plaintiffs |
| 22. | Restaurante Nuevo Veracruzano Tuxpan | 13 Plaintiffs |
| 23. | Restaurante Nuevo Veracruzano Tamiahua Angel Ramos | 33 Plaintiffs |
| 24. | Compradores de la Soc. Coop. Pescadores de Tamiahua | 44 Plaintiffs |
| 25. | Compra Venta de la Soc. Coop Tamiahua | 105 Plaintiffs |
| 26. | Pensionados de la Soc. Coop. Rivera de Tampico Alto | 40 Plaintiffs |
| 27. | Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto | 59 Plaintiffs |
| 28. | Esposas de Socios de la Cooperativa de Pescadores de Tamiahua | 301 Plaintiffs |
| 29. | Hijos de Socios de la Cooperativa de Pescadores de Tamiahua | 141 Plaintiffs |
| 30. | Esposas de Socios de Cooperativa de San Jerónimo | 25 Plaintiffs |
| 31. | Hijos de Socios de la Cooperativa de Cabo Rojo | 11 Plaintiffs |
| 32. | Esposas de Socios de la Cooperativa de Cabo Rojo | 87 Plaintiffs |
| 33. | Esposas de la Cooperativa Reforma | 137 Plaintiffs |
| 34. | Hijos de Socios de la Cooperativa Reforma | 30 Plaintiffs |
| 35. | Esposas de Socios de Ostioneros del Sur Cucharas | 28 Plaintiffs |
| 36. | Esposas de la Coop. de Tamiahua | 301 Plaintiffs |
| 37. | Hijos de Socios de la Coop. de Tamiahua | 133 Plaintiffs |
| 38. | Hijos de Socios de la Cooperativa de Rivera de Tampico Alto | 86 Plaintiffs |
| 39. | Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero | 34 Plaintiffs |
| 40. | Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones | 45 Plaintiffs |
| 41. | Restaurante Veracruzano Tamiahua | 5 Plaintiffs |
| 42. | Grupo Libre la Chavelita Jose Luis Perez Cruz | 2 Plaintiffs |
| 43. | Hijos de Socios de Congregacion Anahuac | 9 Plaintiffs |
| 44. | Esposas de Socios de Congregacion Anahuac | 18 Plaintiffs |
| 45. | Esposas de Socios de la Cooperativa de las Chacas | 22 Plaintiffs |
| 46. | Esposas de la Cooperativa Ostioneros de Saladero | 77 Plaintiffs |
| 47. | Hijos de la Cooperativa Ostioneros de Saladero | 60 Plaintiffs |
| 48. | Hijos de Socios de la Cooperativa de las Chacas | 13 Plaintiffs |
| 49. | Despicadoras de las Chacas | 23 Plaintiffs |
| 50. | Compra Venta del Mercado de Tuxpan | 15 Plaintiffs |

## D1 - COMPRO VENTA DE FELIPE BARRIOS

## RETAIL & PROCESSING

1. Alvarado Maya Dora Alicia
2. Barrios Anzures Felipe
3. Barrios Lorenzo Felipe
4. Escamilla Avendano Leoncio
5. Gomez Sanchez Maria Esther
6. Herrera Reyes Carlos
7. Lorenzo Aran Martha
8. Olvera Alvarado Carlos Antonio
9. Ramos Lopez Adriana
10. Reyes Lopez Javier

## D2 - COMPRO VENTA VICTOR VALENZUELA

### RETAIL & PROCESSING

1.   Alonso Bautista, Rosa Adriana
2.   Bautista Enriquez, Cristina
3.   Bautista Enriquez, Elizabeth
4.   Bautista Rodriguez Hermenegildo
5.   Bautista Rodriguez, Ausencio
6.   Blanco Gomez, Esperanza
7.   Buda Marinez, Guadalupe
8.   Caballo Blanco, Bertha Alicia
9.   Caballo Blanco, Esperanza
10.  Caballo Blanco, Rebeca
11.  Caballo Buda, Esther
12.  Caballo Buda, Surisadai Esperanza
13.  Castellanos Constantino Santa Filomena
14.  Castillo Avila, Mayra
15.  Deantes Cruz, Jesus
16.  Guzman Vazquez, Alma Claudia
17.  Hernandez Santiago, Minerva
18.  Izaguirre Deantes, Norma Alicia
19.  Morales Santiago, Elena
20.  Ollervidez Perez, Helday
21.  Perez Diaz, Francisca

## D3 - DESPICADORAS DE LA ISLA DE SAN JUAN A RAMIREZ

### RETAIL & PROCESSING

1. Aguilar Arteaga Gladys Denize
2. Aguilar Artega Lucero
3. Aguilar Castaneda Rosa
4. Barrios Rivera Liliana
5. Castelan Reyes Virginia
6. Constantino Casanova Janet
7. Constantino Hernandez Maria del Socorro
8. Cruz del Angel Candelaria
9. Cruz del Angel Rosalba
10. Cruz Licona Eunices
11. Cruz Ramos Concepcion Margarita
12. Cruz Sanchez Carolina
13. Cruz Sosa Fidela
14. Del Angel Oretga Maricela
15. Del Angel Villar Sugey Teresa
16. Escalante Casanova Beatriz
17. Gallardo Perez Georgia
18. Garcia Zaleta Sandra
19. Gonzalez Mar Rufina
20. Gonzalez Zaleta Maria Anselma
21. Gonzalez Zaleta Petra
22. Hernadez Casanova Fidencia
23. Hernandez Casanova Margarita
24. Hernandez Mendoza Camila
25. Hernandez Mendoza Virginia
26. Hernandez Morales Yuliana Elizet
27. Loredo Perez Leticia
28. Loya Cruz Susana
29. Maldonado Martinez Irma
30. Malerva Cruz Lizbeth
31. Malerva Gonzalez Marili
32. Malerva Navarrete Graciela
33. Malerva Navarrete Olga
34. Malerva Villarreal Magdalena
35. Mar Gonzalez Maria del Carmen
36. Mar Segura Blanca Flor
37. Marquez Santiago Laura
38. Martinez Sanchez Lidia
39. Maya Cruz Laura Elena
40. Medina Ricardo Dulce Yuri
41. Mendoza Lorenzo Tomasa
42. Mendoza Nunez Nallely
43. Morales Gonzalez Magdalena
44. Morales Gonzalez Maxima
45. Morales Zuniga Rafaela
46. Nunez Cruz Rosa
47. Olivares Morales Norma Edith
48. Ortega Perez Maria Luisa
49. Padilla Lorenzo Cristina
50. Peña Malerva Yasmin Mercedes
51. Perez Delgado Araceli
52. Perez Hernandez Nancy Edith
53. Perez Mar Luisa
54. Perez Mar Yenni Isela
55. Perez Ortega Alondra
56. Perez Ortega Diana
57. Perez Valdez Sofia
58. Perez Villarreal Beatriz
59. Quezada Perez Victoria
60. Ramos Cruz Leovijilda
61. Rodriguez Gonzalez Concepcion
62. Salas Malerva Mayra
63. Sanchez Flores Maribel
64. Santiago de la Cruz Maria Natividad
65. Santiago Vazquez Lelibeth
66. Sosa Vazquez Merida
67. Sosa Vazquez Soni Columbia
68. Teran Aguilar Maria del Pilar
69. Tiburcio Aguilar Karina
70. Tiburcio Aguilar Nahami
71. Valladares Rivas Eduarda
72. Valladares Rivas Leticia
73. Vazquez Sosa Eneyda
74. Villalobos Maya Carolina
75. Villalobos Maya Dora Maria
76. Zapata Leija Maria Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

### RETAIL AND PROCESSING

1. Almaguer Sifuentes Maria Elvia
2. Alvarado Antonio Maria Elena
3. Barrios Olea Oralia
4. Barrios Ramirez Esperanza
5. Bautusta Castro Margarita
6. Blanco Cruz Leticia
7. Blanco Flores Iracema
8. Blanco Jonguitud Alicia Yasmin
9. Blanco Ortega Flor Iudlia
10. Blanco Rodriguez Marisela
11. Blanco Rodriguez Yuma Yadira
12. Casados Lorenzo Cristina
13. Castro Hernandez Eunice
14. Castro Juarez Dionisia
15. Castro Juarez Elena
16. Caudana Carbajal Jose Antonio
17. Cayetano Bautista Silviana
18. Cervantes Barrios Epigmenia
19. Cervantes Barrios Silvestre
20. Cruz Cruz Maria de Lourdes
21. Cruz Garcia Imelda
22. Cruz Pimentel Areli
23. Cruz Rosendo Obdulia
24. Cruz Saldaña Lucia
25. Cruz Saldaña Maria Abrana
26. De Alba Lara Lucia
27. Del Angel Delgado Santos
28. Del Angel Lara Josue
29. Del Angel Lara Maria Nepthali
30. Delgado Ortega Yulian Cristal
31. Duque Tovar Claudia
32. Enriques Ortega Miriam
33. Estevez Martir Marcela
34. Estevez Martir Marisa
35. Flores Barrios Elizabeth
36. Flores Mar Abizac
37. Flores Mar Sesia
38. Flores Sifuentes Enoc
39. Flores Sifuentes Gemma
40. Galindo Hernadez Nereyda
41. Garcia Islas Edith
42. Gonzalez Bautista Gloria Blanca

43. Gonzalez Cayeteano Maritina
44. Gonzalez Estevez Caritina
45. Gonzalez Gonzalez Zenaida
46. Gonzalez Santiago Maria Julia
47. Hernandez Guadalupe Justino
48. Hernandez Hernandez Rossana
49. Hernandez Licona Valentina
50. Hernandez Segura Franci Neli
51. Hernandez Segura Llaniris
52. Jonguitud Escobar Maria Teresa de Jesus
53. Jonguitud Escobar Ricardo
54. Lara Hesiquio Estela
55. Lara Villegas Fortino
56. Linche Blanco Patricia
57. Loredo Martinez Yolanda
58. Lorenzo Alvarado Xochitl
59. Mar Blanco Teresa de Jesus
60. Marquez Blanco Ruth Mireya
61. Marquez Valdes Pascuala
62. Martir Garcia Maricela
63. Martir Santiago Enriqueta
64. Martir Santiago Gloria
65. Martir Santigao Melesia
66. Martir Valdez Joseph
67. Medina Albizo Paulina
68. Mendoza Garcia Maria Eugenia
69. Moncada Mendoza Margarita Esmeralda
70. Morato Solis Leoba
71. Ontiverios Acuña Maria de la Paz
72. Ortega Duque Adilene
73. Ortega Juarez Elvira
74. Ortega Juarez Margarita
75. Ortega Morato Beatriz
76. Ortega Ruperta
77. Ortega Valdez Claudia
78. Palacios Guzman Ahasbai
79. Palacios Medina Inocencia
80. Palacios Mendoza Merari
81. Palacios Mendoza Pedro
82. Palacios Palacios Blanca Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

### RETAIL AND PROCESSING

| | | | | |
|---|---|---|---|---|
| 83. | Palacios Priche Reyna Judith | | 96. | Rosendo Reyes Minerva |
| 84. | Palacios Sobrevilla Asahel | | 97. | Saldaña Barrios Perfecto |
| 85. | Paralta Hernadez Celedonio | | 98. | Segura Delgado Alberta |
| 86. | Perez Castro Vianey | | 99. | Sifuentes Comeam Maria Ernestina |
| 87. | Perez Doce Blanca Estela | | 100. | Sobrevilla Garcia Manuela |
| 88. | Priche Gonzalez Clarisel | | 101. | Solis Castro Efren |
| 89. | Priche Gonzalez Yuliana | | 102. | Solis Castro Maria del Carmen |
| 90. | Priche Ortega Aurora | | 103. | Tomas Bautista Ana Alicia |
| 91. | Ramirez Gonzalez Clarivel | | 104. | Valdes Cruz Jovita |
| 92. | Rios Carmen | | 105. | Valdes Cruz Maria de Jesus |
| 93. | Rivera Gonzalez Marcelina | | 106. | Zaleta Priche Ana Maria |
| 94. | Rocha Ontiverios Flor | | 107. | Zaleta Priche Gloria |
| 95. | Romero Noriega Victoria | | 108. | Zaleta Priche Griselda |

## D5 - FILETEROS DE MAMEY  DE ANTONIO ARAN

### RETAIL AND PROCESSING

1.    Atanacio Marcelo Luciana
2.    Dominguez Antonio Ignacio Dionicio
3.    Dominguez Antonio Jesus Feliciano
4.    Dominguez Antonio Maria Natividad
5.    Garcia Alejandre, Ricardo
6.    Garcia Lugo, Diana Arisbet
7.    Hernandez Flores, Salome
8.    Hernandez Ortega, Vicente
9.    Hidalgo Rodriguez, Ada Itzel
10.   Hidalgo Rodriguez, Israel
11.   Macias Cruz, Ernesto
12.   Morales Loiza, Nalleli
13.   Ortega Isidro, Jose Valente
14.   Ortega Juarez, Juan Manuel
15.   Perez Cruz, Jose Luis
16.   Perez Cruz, Nereo
17.   Perez Dominguez, Bellem del Rosario
18.   Perez Dominguez, Luis Efrain
19.   Perez Valdez, Aide
20.   Perez Valdez, Ivette
21.   Perez Valdez, Nereo de Jesus
22.   Perez Valdez, Yurima
23.   Reyes Santiago, Maria Pascuala
24.   Rocha Ontiveros, Jose Librado
25.   Salas Estevez, Abel
26.   Santiago Estevez, Mariano
27.   Valdez Estevez, Alvaro

**D6 - PELADORES DE CAMARON DE LA PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING**

1. Aldana Cruz Margarita
2. Alejandre Lopez Ana Karen
3. Aran Ferral Leticia
4. Benavides Perez Tomasa
5. Benitez Santiago Antonia
6. Casanova Cruz Margarita
7. Casanova Morioka Yoshira
8. Castañeda Meraz Maria Guadalupe
9. Constantino Cruz Griselda
10. Copal Hernandez Yaneth
11. Cortez Ramos Elizabeth
12. Cruz Cruz Luz Violeta
13. Cruz Garcia Paula
14. Cruz Guitan Maria Abel
15. Cruz Ramos Lidia
16. Delgado Franco Martha
17. Diaz Roque Citlali
18. Estrada Flores Olga Concepcion
19. Ferral Diaz Hilda
20. Gomez Benavidez Carolina
21. Gomez Benavidez Deisi
22. Gomez Espinoza Micaela
23. Gonzalez Blanco Iveth
24. Gonzalez Blanco Lizbeth Nallely
25. Hernandez Garcia Maria Del Carmen
26. Hernandez Garcia Zuleima
27. Hernandez Hernandez Leticia
28. Julian Vazquez Leonor
29. Lopez Alvarado Guadalupe
30. Lopez Rios Maria
31. Lopez Roman Eva Maria
32. Lopez Salazar Amada
33. Lorencez Martinez Alma Delia
34. Lorenzo Valdez Juana
35. Martinez Benitez Ines

36. Martinez Benitez Teresa
37. Martinez Cruz Marcela
38. Martinez Ramos Gladys Isabel
39. Martinez Roman Esmeralda
40. Martinez Roman Lucero
41. Maya Hidalgo Ana Maria
42. Mendoza Maya Veronica
43. Meraz Zamora Lilia
44. Meraz Zamora Mari Cruz
45. Nolasco Gallardo Rubi
46. Ortega Gomez Rosalba
47. Ortega Ramirez Reyna
48. Ovando Roman Bertha Alicia
49. Perez Copal Antonia
50. Perez Dominguez Concepcion
51. Perez Garcia Ana Isabel
52. Perez Maya Laura
53. Perez Roman Claudia Iveth
54. Ramirez Cruz Araceli
55. Reyes Blanco Miriam
56. Reyes Maya Yolanda
57. Rodriguez Alejandre Yolanda
58. Rodriguez Cruz Evelia
59. Roman Baron Sonia
60. Roman Diaz Petra
61. Roman Martinez Alicia
62. Roman Martinez Irma
63. Saldaña Macias Amada
64. Sobrevilla Gallardo Julia
65. Sobrevilla Saldaña Lucero
66. Torres Ferral Nelida
67. Villalobos Constantino Regina
68. Zamora Cruz Filomena
69. Zamora Denisse Guadalupe

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

1.  Alejandre Cervantes Isabel
2.  Alejandre Gonzalez Beatriz
3.  Alejandre Gonzalez Patricia
4.  Alejandre Mar Maria De Las Mercedes
5.  Alvarado Morfin Maria Guadalupe
6.  Arregoita Mar Alfonsa
7.  Arteaga Gonzalez Maria Concepcion
8.  Arteaga Gonzalez Yolanda
9.  Atreaga Gonzalez Anita
10. Barrios Casanova Magdalena
11. Barrios Casanova Zoila
12. Blanco Cruz Dulce Maria
13. Blanco Cruz Evangelina
14. Blanco Cruz Patricia
15. Blanco Martinez Alma Rosa
16. Cano Hernandez Maria Guadalupe
17. Cardenas Copal Leopolda
18. Casanova Delgado Rosa
19. Casanova Gallardo Marisol
20. Casanova Gonzalez Eugenia
21. Casanova Gonzalez Maria De Jesus
22. Casillas Del Angel Cynthia Esmeralda
23. Castro Casados Victoria
24. Centeno Ostos Maria Teresa
25. Cepeda Leonor
26. Constantino Blanca Estela
27. Constantino Cruz Elizabeth
28. Constantino Leal Graciela
29. Constantino Leal Rosa Alba
30. Constantino Mar Maria Magdalena
31. Cruz Castaneda Carmela
32. Cruz Cruz Angelica
33. Cruz Cruz Asuncion
34. Cruz Cruz Fidencia
35. Cruz Cruz Gaudalupe
36. Cruz Del Angel Ericka Lizbet
37. Cruz Gonzalez Josefina
38. Cruz Sanchez Elsa
39. De La Cruz Zacarias Elizabeth
40. Del Angel Cruz Maria Pompeya
41. Del Angel Gonzalez Irene
42. Del Angel Gonzalez Lorena
43. Del Angel Pena Norma
44. Del Angel Perez, Maria P.
45. Delgado Gallardo Placida
46. Escalante Casanova Beatriz
47. Escalante Casanova Marta
48. Escobar Cruz Nohemi
49. Escobar Gonzalez Maria Bertha
50. Escobar Ricardo Jesus
51. Estevez Estevez Juana
52. Estevez Gonzalez Maria Silvestre
53. Estevez Josefina
54. Estevez Lozano Patricia
55. Estevez Maria Luisa
56. Estevez Marquez Santiaga
57. Garcia Del Angel Apolinar
58. Garcia Del Angel Candida
59. Garcia Del Angel Maria Del Rosario
60. Garcia Del Angel Maria Magdalena
61. Garcia Gonzalez Damaris Arely
62. Garcia Malerva Rosita
63. Garcia Margarita
64. Garcia Maria Irene
65. Garcia Perez Maria Del Socorro
66. Garcia Vazquez Xochil Maria Magdalena
67. Gomez Armenta Eloisa
68. Gomez Segura Alvina
69. Gomez Segura Lilia
70. Gonzalez Artega Maria Del Carmen
71. Gonzalez Barrois Maria Elena
72. Gonzalez Carvajal Felipa
73. Gonzalez Constantino Lucia
74. Gonzalez Constantino Maria
75. Gonzalez Constantino Rosa Mayra
76. Gonzalez Del Angel Maria Elena
77. Gonzalez Del Angel Oralia
78. Gonzalez Delgado Margarita
79. Gonzalez Estevez Marcela
80. Gonzalez Estevez Maria Elena
81. Gonzalez Estevez Ninfa
82. Gonzalez Estevez Paula
83. Gonzalez Gonzalez Dionicia
84. Gonzalez Hernandez Dulce Maria
85. Gonzalez Perez Domitila
86. Gonzalez Perez Dora
87. Gonzalez Perez Rosa Elena
88. Guerrero Banda Odith

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | |
|---|---|
| 89. Hernandez Ahumada Ruth | 133. Nolasco Cruz Esmeralda |
| 90. Hernandez Barragan Enrique | 134. Nolasco Mar Lorena |
| 91. Hernandez Cruz Francisca | 135. Nolasco Mar Zorayda |
| 92. Hernandez Garcia Maria Dolores | 136. Nunez Gonzalez Vicenta |
| 93. Hernandez Gonzalez Clara Luz | 137. Nunez Montes Florencia |
| 94. Hernandez Hernandez Susana | 138. Nunez Montes Valentina |
| 95. Hernandez Maya Edilberta | 139. Origuela Gomez Maira Margarita |
| 96. Hernandez Ortega Agustina | 140. Orta Perez Elpidia |
| 97. Hernandez Ortega Beatriz | 141. Ortega Arredondo Yolisma |
| 98. Hernandez Ortega Lilia | 142. Ortega Ordonez Marcela |
| 99. Hernandez Palacios Blanca Aurora | 143. Ortega Ordonez Maria De Los Angeles |
| 100. Hernandez Perez Antolina | 144. Ortega Sosa Lilia |
| 101. Hernandez Perez Dora | 145. Ortega Sosa Rosaura |
| 102. Jimenez Santiago Fernanda | 146. Ortega Sosa Sagrario |
| 103. Lara Perez Hermila | 147. Palma Tapia Maria De Lourdes |
| 104. Lira Romero Lorena | 148. Pascual Cruz Enriqueta |
| 105. Malerva Villarreal Maria Alejandra | 149. Perez Barrios, Esmeralda |
| 106. Mar Malerva Magali | 150. Perez Constantino Amelia |
| 107. Mar Perez Ana Maria | 151. Perez Delgado Leticia |
| 108. Mar Perez Dora Hilda | 152. Perez Escamilla Angelica Maria |
| 109. Mar Perez Martha Laura | 153. Perez Gallardo Marlyn |
| 110. Mar Torres Guadalupe | 154. Perez Gonzalez Maria Cristina |
| 111. Martinez Cruz Abigail | 155. Perez Mar Angela |
| 112. Martinez Lorenzo Elda Luz | 156. Perez Mar Edith |
| 113. Martir Carvajal Laura Patricia | 157. Perez Mar Jovita |
| 114. Martir Santiago Alma Delia | 158. Perez Mascarenas Zamira |
| 115. Mata Mar Rocio | 159. Perez Rivera Emma |
| 116. Maximiliano Espinosa Martha Nayely | 160. Perez Villalobos Maria Ema |
| 117. Maya Perez Anastacia | 161. Perez Villalobos Maria Felix |
| 118. Maya Santos Maria Guadalupe | 162. Perez Villalobos Sandra |
| 119. Mendez Flores Rosario | 163. Pineiro Del Angel Blanca Ema |
| 120. Mendoza Barrios Susana | 164. Portales Gonzalez Santa |
| 121. Mendoza Catalina | 165. Portales Hernandez Nohemi |
| 122. Mendoza Garcia Maria Elena | 166. Puga Santiago Euralia |
| 123. Mendoza Mendoza Icela | 167. Ramirez Lopez Ramona |
| 124. Mendoza Nunez Rubi | 168. Ramos Saavedra Elsa |
| 125. Mendoza Perez Eusebia | 169. Resendis Ramirez Yurema Ibeth |
| 126. Mesa Malerva Clotilde | 170. Reyes Jimenez Martha Estela |
| 127. Molar Hernandez Guillermina | 171. Reyes Santiago Ana Mireya |
| 128. Morales Constantino Guadalupe | 172. Rivera Aquino Mariana |
| 129. Morales Perez Ana Luisa | 173. Rivera Ramirez Loyda |
| 130. Morales Salas Erika | 174. Rivera Ramirez Macelina |
| 131. Morales Salas Maribel | 175. Rivera Segura Silvia |
| 132. Nieto Mendoza Claudia | 176. Roman Martinez Emilia |

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | |
|---|---|---|---|
| 177. | Ruiz Barrios Griselda | 192. | Sosa Vazquez Graciela |
| 178. | Salas Cruz Diana | 193. | Torres Gonzalez Teresa |
| 179. | Salas Delgado Irma Cristal | 194. | Vazquez Cruz Francisca |
| 180. | Saldana Gonzalez Ariana Sulem | 195. | Vazquez Flores Maria Guadalupe |
| 181. | Salvador Cruz Adelita | 196. | Vazquez Villalobos Elizabeth |
| 182. | Salvador Garcia Sofia | 197. | Villalobos Del Angel Maria Refugio |
| 183. | Salvador Guzman Nancy Guadalupe | 198. | Villareal Del Angel Maria Del Refugio |
| 184. | Sanchez Barrios Paula | 199. | Villarreal Centeno  Rebeca |
| 185. | Santiago Alejandres Isabel | 200. | Villarreal Cristina |
| 186. | Santos Herrera Estela | 201. | Villarreal Martinez Aurora |
| 187. | Segura Rivera Silvia | 202. | Villarreal Rivera Lucinda |
| 188. | Sepeda Meza Leonor | 203. | Zaleta Arteaga Erica Isabel |
| 189. | Smith Cruz Maria Yolanda | 204. | Zaleta Gonzalez Juana |
| 190. | Sosa Perez Maria Araceli | 205. | Zaleta Valdez Josefina |
| 191. | Sosa Perez Mireya | | |

# D8 - Hijos De La Soc. Coop. Pescadores De Saladero

## "Retail and Processing Plaintiffs"

1. Aran Aran Flor Piedad
2. Aran Cruz Raymundo
3. Aran Hernandez Nestor
4. Aran Lopez Hipolita
5. Aran Mar Maria Luisa
6. Aran Olvera Ana Ruth
7. Aran Zaleta Arturo
8. Baena Jeronimo Jose Luis
9. Bautista Blanco Maria Del Socorro
10. Bautista Blanco Maria Elena
11. Bautista Blanco Martha
12. Bautista Ramirez Teresa De Jesus
13. Casados Cobos Sabino
14. Casados Reyes Celia
15. Castro Sosa Julia
16. Cobarruvias Meza Marina
17. Constantino Zaleta Jaime
18. Flores Castro Aurelio
19. Flores Palomares Mario De Jesus
20. Galindo Garcia Teodora
21. Hernandez Cruz Isaura
22. Hernandez Del Angel Susana
23. Hernandez Diaz Jose Luis
24. Jeronimo Garces Gabriel
25. Juarez Mar Cesar Juan
26. Lopez Mellado Sonia
27. Lopez Zequera Paola Edith
28. Lugo Flores Galdino
29. Mar Casados Jesus Salvador
30. Mar Constantino Nallely
31. Mar Olmos Maricela
32. Mar Salinas Griselda
33. Mar Santiago Julia
34. Mar Torres Ana Yuliana
35. Martinez Gonzalez Maria Elena
36. Martinez Juarez Jose Tomas
37. Meza Espinoza Sain Eduardo
38. Mora Lorenzo Arisbeth
39. Narvaez Francisco Alejandra
40. Narvaez Mar Irving Alejandro
41. Palomares Meza Mauricio
42. Perez Gallardo Margarita
43. Reyes Ruiz Paulina
44. Rodriguez Ruiz Juana Maria
45. Ruiz Casados Inocencia
46. Ruiz Valdez Julio Cesar
47. Santiago Cruz Jorge Adrian
48. Santiago Flores Ricarda
49. Santiago Flores Victoria
50. Torres Casados Vanessa
51. Torres Clemente Alma Delia
52. Torres Cruz Rosa Elena
53. Torres Meza Gabriela Alejandra

## D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

### RETAIL AND PROCESSING

1. Alejo Miguel Conrada
2. Arteaga Maya Julia
3. Arteaga Ramirez Blanca Estela
4. Arteaga Ramirez Irma
5. Arteaga Rodriguez Alicia
6. Arteaga Rodriguez Carmela
7. Arteaga Segura Maria de los Angeles
8. Arteaga Villalobos Fidelina
9. Barrios Barrios Teresa
10. Barrios Seguera Norma Edith
11. Bautista Castan Edelmira
12. Bautista Ferrer Lucina
13. Bazarte Suarez Yadira
14. Caballero del Angel Martha
15. Carrasco Cruz Lucia
16. Carrasco Rosas Beatriz
17. Carrasco Rosas Miriam
18. Casanova Gonzalez Bellanira
19. Casimiro Hernandez Candelaria
20. Castan Reyes Jovita
21. Castro Rivera Yasmin
22. Coronado Gonzalez Cristian
23. Cruz Arteaga Nancy Yarely
24. Cruz Casanova Rosa Maria
25. Cruz Garcia Ann Bertha
26. Cruz Garcia Maria del Carmen
27. Cruz Perez Bruna
28. Cruz Ramirez Flor Silvestre
29. Cruz Ramos Blanca Lidia
30. Cruz Reyes Consuelo
31. Davalos Orta Clara
32. Del Angel Del Angel Mercedes
33. Del Angel Reyes Erika
34. Delgado Sanchez Jenny
35. Duran Hernandez Maria Guadalupe
36. Duran Hernandez Sonia Isabel
37. Figueroa Villarreal Nora Hilda
38. Gonzalez Armenta Iriza Edith
39. Gonzalez Arteaga Sandra
40. Gonzalez Arteaga Yessenia
41. Gonzalez Barron Maria Caridad
42. Gonzalez Barron Reyna Catalina
43. Gonzalez Cruz Amalia
44. Gonzalez Cruz Carpofora
45. Gonzalez Franco Maria Elena
46. Gonzalez Gomez Antonia Micaela
47. Gonzalez Martinez Ana Bertha
48. Gonzalez Martinez Maria de la Luz
49. Gonzalez Martinez Maria Teresa
50. Gonzalez Martinez Rosa Alma
51. Guerrero Pena Martha
52. Hernandez Cruz Bertha
53. Hernandez del Angel Rosenda
54. Hernandez Guzman Maria Julia
55. Hernandez Mateos Maria Esther
56. Hernandez Morales Blanca Edith
57. Hernandez Murillo Apolinar
58. Hernandez Sanchez Maria del Carmen
59. Hernandez Sanchez Maria Estela
60. Herrera Rios Victoria
61. Herrera Rios Virginia
62. Lejarza Arteaga Maria del Rosario
63. Lemus Martinez Monica Leticia
64. Loaiza Salvador Amanda
65. Lopez Perez Rosa Esther
66. Maldonado Figon Adela
67. Malerva Perez Maribel
68. Martinez Olguin Elvira
69. Mascarenas Sanchez Maria del Pilar
70. Maya Mellado Nora Hortencia
71. Mellado Perez Angelica Maria
72. Mendoza Mar Ignacia
73. Meza Reyes Dora Elvira
74. Mireles Rodriguez Adelita
75. Morales Miranda Maria Beronica
76. Morales Reyna Imelda
77. Narvaiz Lugo Martha Yanet
78. Orta Jerez Ma Guadalupe
79. Ortega Mendoza Bruna
80. Perez Hernandez Maribel
81. Perez Orta Maria Elena
82. Perez Perez Maria Bertha
83. Perez Reyes Crisantia

## D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

### RETAIL AND PROCESSING

84. Perez Reyes Hortencia
85. Pineiro Hernandez Iliana
86. Pineiro Ruiz Cristina
87. Pineiro Ruiz Julieta
88. Pineiro Ruiz Paula
89. Polito Rangel Ana Maria
90. Polito Rangel Geronima
91. Polito Rangel Yolanda
92. Ramirez Casanova Santa Elena
93. Ramos Cruz Graciela
94. Reyes Arteaga Margarita
95. Reyes Salinas Eugenia
96. Reyes Salinas Lucia
97. Reyes Tapia Filomena
98. Rodriguez Martinez Fidela
99. Rodriguez Perez Maximina
100. Rodriguez Valdez Minerva
101. Rodriguez Valdez Paulina
102. Roman Suriano Maria Cristina
103. Ruiz Aumada Ernestina
104. San Juan Figon Dulce Maria
105. Sanchez Cortez Rosalba
106. Sanchez Figon Silvia
107. Sanchez Riburcio Aracely
108. Segura Flores Arely Judith
109. Segura Villanueva Yessenia Lizeth
110. Soto Romero Isabel del Carmen
111. Tiburcio Ortega Diana Danely
112. Tiburcio Ortega Teresa de Jesus
113. Vargas Torres Crisanta
114. Vazquez Roman Martha Ruth
115. Vega Maya Juliana
116. Villalobos Guillen Maria del Rosario

## D10 - ESPOSAS DE SOCIOS DE LA SOC. COOP. RIVERENA DE SALADERO

### RETAIL AND PROCESSING

1.  Aran Casados, Ana Celia
2.  Aran Casados, Maria Elena
3.  Aran Zaleta, Maria Del Pilar
4.  Barraza Galindo, Magdalena
5.  Benitez Aran, Casimira
6.  Blanco Martinez, Luisa
7.  Casados Aran, Reyna
8.  Casados Casados, Maria Ines
9.  Casados Contreras, Araceli
10. Casanova Mezano, Yolanda
11. Casanova Sosa, Eusebia
12. Castellanos Valdez, Rocio
13. Castillo Marquez, Bibiana
14. Castro Sosa, Crescencia
15. Cequera Casados, Catalina
16. Clemente Hernandez, Auscencia
17. Constantino Cequera, Silvia
18. Constantino Zequera, Nelly
19. Cruz Cruz, Primitiva
20. Cruz Dominguez, Lucia
21. Cruz Geronimo, Justina
22. Cruz Lorenzo, Francisca
23. Cruz Meza, Felipa Ariadne
24. Cruz Torres, Anel Celina
25. Cruz Vargas, Victoria
26. Del Angel Ramirez, Petra
27. Diaz Hernandez, Infra
28. Espinoza Gallardo, Erika Fabiola
29. Espinoza Salas, Rosa Hilda
30. Gallardo Dominguez, Maria Josefa
31. Gallardo Eligio, Nancy
32. Garces Aran, Raquel
33. Gomez Perez, Blanca
34. Gonzalez Salinas, Mariela Iveth
35. Hernandez Castillo, Flor
36. Hernandez Meza, Martha Elena
37. Hernandez Torres, Isabel
38. Hernandez Valeriano, Esperanza
39. Hernandez, Maria Apolinar
40. Jeronimo Zaleta, Balbina
41. Juarez Garcia, Cornelia
42. Lara Salinas, Luz
43. Lee Castro, Veronica
44. Lopez Meza, Armida
45. Mar Cruz, Josefina
46. Mar Lara, Luz Esther
47. Mar Salinas, Felicitas
48. Martinez Gerardo, Delfina
49. Martinez Juarez, Ana Bertha
50. Martinez Juarez, Hortencia
51. Mendo Ortiz, Obdulia
52. Meza Hernandez, Elder
53. Meza Ruiz, Felipa
54. Olmos Pepe, Natividad
55. Olvera Huerta, Ruth
56. Peralta Aran, Maria Luisa
57. Perez Rivera, Alma Nelly
58. Ramirez Rosas, Margarita
59. Reyes Salinas, Coral
60. Reyes Santiago, Andrea
61. Rodriguez Rosas, Esperanza
62. Ruiz Casados, Nora Edit
63. Ruiz Zavala, Modesta
64. Ruiz, Maria Del Refugio
65. Salas Juarez, Maria
66. Salas Pazaron, Isidra
67. Sanchez Cruz, Edith Silvia
68. Santiago Flores, Jovita
69. Torres Cruz, Guadalupe
70. Torres Santos, Honoria
71. Valdez Meza, Raymunda
72. Zaleta Espinoza, Soledad
73. Zaleta Rosas, Pilar

## D11 - GRUPO CUCHARAS JUAN ORTEGA ROMERO ARTEMIO ARAN

### RETAIL & PROCESSING

| | | | | |
|---|---|---|---|---|
| 1. | Antonio Santiago Pedro Gerardo | | 41. | Romero Noriega Silvestre |
| 2. | Antonio Santiago Rafael Sebastian | | 42. | Saldaña Constantino Fabian |
| 3. | Blanco Bacilio Carlos | | 43. | Santiago Hernandez Evelio |
| 4. | Blanco Estevez Jorge Luis | | 44. | Santiago Hernandez Francisco Javier |
| 5. | Blanco Priciliano Victoriano | | 45. | Santiago Peralta Jose Alfredo |
| 6. | Castro Carbajal Omri | | 46. | Sequeira Ortega Diego Armando |
| 7. | Cayetano Bautista Zeferino | | 47. | Sequera Hernandez Miguel |
| 8. | Cequeira Cruz Alejandro | | 48. | Solis Castro Antonio |
| 9. | Cequeira Cruz Samuel | | 49. | Solis Castro Javier |
| 10. | Cequeira Cruz Tereso | | 50. | Solis Castro Raul |
| 11. | Cequeira Ortega Michel | | 51. | Solis Santos Antonio |
| 12. | Cruz Del Angel Antonio | | 52. | Valdez Cruz Raul |
| 13. | Delgado Garcia Chencho | | 53. | Zaleta Priche Elias |
| 14. | Enriquez Jerez Marciano | | | |
| 15. | Estevez Martir Efrain | | | |
| 16. | Galindo Garcia Francisco | | | |
| 17. | Galindo Hernandez Francisco | | | |
| 18. | Galindo Hernandez Marcelino | | | |
| 19. | Galindo Hernandez Santos | | | |
| 20. | Gaspar Pablo Francisco | | | |
| 21. | Gaspar Pablo Rosalio | | | |
| 22. | Gonzalez Bautista Sabas | | | |
| 23. | Gonzalez Gonzalez Jose Luis | | | |
| 24. | Gonzalez Rosalio | | | |
| 25. | Gonzalezs Ortega Ponceano | | | |
| 26. | Juarez Blanco Erick | | | |
| 27. | Mar Efren | | | |
| 28. | Martir Basilio | | | |
| 29. | Martir Cruz Julio Cesar | | | |
| 30. | Ortega Martir Seferino | | | |
| 31. | Ortega Moreno Juan | | | |
| 32. | Ortega Perez Everardo | | | |
| 33. | Ortega Romero Salvador | | | |
| 34. | Perez Rivera Julio Cesar | | | |
| 35. | Priche Linche Adan | | | |
| 36. | Priche Mendoza Federico | | | |
| 37. | Priche Mendoza Hector | | | |
| 38. | Priche Mendoza Noe | | | |
| 39. | Priche Mendoza Roque | | | |
| 40. | Reyes Gomez Victor | | | |

# D12 - UNION DE FILETEROS DE CUCHARAS JOSE LUIS PALACIOS MEDINA

## RETAIL & PROCESSING PLAINTIFFS

1. Alvarado Olares Alma Delia
2. Bautista Flores Liliana
3. Bautista Reyes Julia
4. Blanco Flores Maria Del Pilar
5. Blanco Flores Paula
6. Blanco Maya Belen Berahi
7. Blanco Maya Samseran Abisua
8. Cayetano Perez Camerina
9. Cruz Juarez Carmen
10. Cruz Linche Perla Edith
11. Cruz Maldonado Veronica
12. Cruz Marquez Abisai
13. Cruz Marquez Milca
14. Flores Cayetano Abizabeth
15. Flores Flores Antonia
16. Flores Marquez Jose David
17. Flores Marquez Yaneth
18. Flores Mendoza Jose
19. Garcia Castro Andrea
20. Garcia Gonzalez Aleyda
21. Gonzalez Esteban Jose
22. Gonzalez Santiago Catalina
23. Hernandez Perez Deybi Sammai
24. Linche Blanco Esmeralda
25. Mar Esparza Maria Trinidad
26. Mar Maya Nancy Lizbeth
27. Marquez Blanco Clara
28. Marquez Blanco Teresa
29. Martir Gonzalez Hugo
30. Maya Castro Carolina
31. Maya Castro Elizabeth
32. Maya Maya Jorge Armando
33. Mendez Martinez Yadira Guadalupe
34. Mendoza Bautista Fermin
35. Mendoza Martir Esther
36. Mendoza Martir Jose Fermin
37. Mendoza Valdez Severa
38. Ortega Blanco Areli
39. Ortega Blanco Karen Helem
40. Ortega Blanco Nincy Rahel
41. Ortega Mar Dora Alicia
42. Ortega Mar Noelia
43. Ortega Mar Oralia
44. Ortega Palacios Cecian
45. Ortega Palacios Rebeca
46. Ortega Palacios Samuel
47. Ortega Palacjos Elva Marvella
48. Palacios Basurto Elva
49. Palacios Basurto Felipe
50. Palacios Cruz Juan
51. Palacios Medina Jose Luis
52. Palacios Olivares Eleuteria
53. Palacios Ortega Adoni
54. Palacios Ortega Jose Gamaliel
55. Perez Perez Olga Lidia
56. Ramirez Coronado Dulce Rosario

**D13 - GRUPO LA SIRENITA FELIPA CELESTINO ARTEMIO ARAN**

**RETAIL & PROCESSING PLAINTIFFS**

| | | | |
|---|---|---|---|
| 1 | Antonio Garcia Teresa | 51 | Priche Mendoza Maria Isabel |
| 2 | Baeza Arpay Maria Isabel | 52 | Ramirez Hernandez Treyci |
| 3 | Bautista Meza Felicitas | 53 | Ramirez Huesca Luz Marina |
| 4 | Blanco Cervantes Paula | 54 | Valdez Castro Cipriana |
| 5 | Blanco Estevez Lucia Monserrat | 55 | Valdez Cruz Josefa |
| 6 | Cayetano Bautista Rosario | 56 | Zamarron Paczka Jesua |
| 7 | Celestino Silverio Felipa | 57 | Zamarron Paczka Job |
| 8 | Cobos Navarro Herminia | | |
| 9 | Dominguez Antonio Guadalupe | | |
| 10 | Dominguez Antonio Luz Teresa | | |
| 11 | Dominguez Antonio Martha Idalia | | |
| 12 | Estevez Ramirez Lorenza | | |
| 13 | Flores Solis Maria Belen | | |
| 14 | Garcia Alvarado Guadalupe | | |
| 15 | Garcia Loiza Antelma | | |
| 16 | Garcia Lugo Jorge Alberto | | |
| 17 | Garcia Lugo Ricardo | | |
| 18 | Hernandez Cortez Rosalia | | |
| 19 | Hernandez Dominguez Laura | | |
| 20 | Hernandez Martinez Francisca | | |
| 21 | Hernandez Palacios Jaanai | | |
| 22 | Hernandez Valdez Sadibel | | |
| 23 | Jimenez Alejo Ruben | | |
| 24 | Jimenez Baeza Claudia Evelia | | |
| 25 | Jimenez Celestino Eliezer | | |
| 26 | Jimenez Celestino Elizabeth | | |
| 27 | Jimenez Celestino Eva | | |
| 28 | Jimenez Celestino Maria Esther | | |
| 29 | Jimenez Celestino Merari | | |
| 30 | Jimenez Zapata Jose Luis | | |
| 31 | Jonguitud Palacios Noemi | | |
| 32 | Linche Blanco Maria Del Carmen | | |
| 33 | Lugo Santiago Nicolasa | | |
| 34 | Martinez Cruz Juan Manuel | | |
| 35 | Marquez Blanco Miguel | | |
| 36 | Marquez Ramirez Eri Samay | | |
| 37 | Mendoza Mar Eva | | |
| 38 | Mendoza Mar Hilda | | |
| 39 | Morales Lugo Arturo | | |
| 40 | Morales Priche Larisa | | |
| 41 | Navarro Cayetanos Guadalupe | | |
| 42 | Olares Valdez Sandy Ibeth | | |
| 43 | Olares Valdez Yolanda | | |
| 44 | Ortega Romero Julio Cesar | | |
| 45 | Ortega Romero Nestor Daniel | | |
| 46 | Palacios Olivares Eunice | | |
| 47 | Palacios Olivares Ruth | | |
| 48 | Priche Linche Daniela | | |
| 49 | Priche Mendoza Eduardo | | |
| 50 | Priche Mendoza Josefina | | |

## D14 - GRUPO LA JAIBA PESCADORES ALTO DEL TIGRE ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Barrios Olea Lucrecia | 42 | Segura Delgado Tomas |
| 2 | Betancourt Aquilina | 43 | Serrano Ontiveros Victor Manuel |
| 3 | Betancourt Ortega Nelther | 44 | Smith Cruz Concepcion |
| 4 | Blanco Gomez Mateo | 45 | Sosa Bautista Magdalena Elizabeth |
| 5 | Blanco Hernandez Francisco Javier | 46 | Torres Saldaña Angel Jhonatan |
| 6 | Casados Ramirez Mercedes | 47 | Zaleta Felipe |
| 7 | Castro Cruz Cresencia | 48 | Zaleta Garcia Margarito |
| 8 | Cepeda Meza Manuela | 49 | Zaleta Nolasco Oswaldo |
| 9 | Constantino Esteves Ernesto | 50 | Zaleta Saldaña Rito |
| 10 | Cruz Gallardo Maria Esther | 51 | Zaleta Salvador Alma Antelma |
| 11 | Cruz Santiago Miriam | 52 | Zaleta Salvador Candelario |
| 12 | Esteves Ramires Juan | 53 | Zaleta Salvador Lorenza |
| 13 | Garcia Delgado Eulalio | 54 | Zaleta Salvador Virginia |
| 14 | Hernandez Basilio Matilde | | |
| 15 | Hernandez Gonzalez Hugo Humberto | | |
| 16 | Hernandez Hernandez Gabriela | | |
| 17 | Hernandez Mar Antonia | | |
| 18 | Lozano Torrez Margarita | | |
| 19 | Mar Crisogono | | |
| 20 | Mar Mar Benito | | |
| 21 | Mar Saldaña Edilia | | |
| 22 | Martir Carvajal Jose Manuel | | |
| 23 | Mendoza Flores Gregorio | | |
| 24 | Nolasco Mar Norma | | |
| 25 | Ontiveros Garcia Silvia | | |
| 26 | Ortega Mar Lidia | | |
| 27 | Ortega Mayola | | |
| 28 | Ortega Zaleta Anacleto | | |
| 29 | Perez Mar Jose Luis | | |
| 30 | Perez Smith Alma Delia | | |
| 31 | Perez Torres Tomasa | | |
| 32 | Perez Zaleta Edmundo Hipolito | | |
| 33 | Raga Arteaga Arturo | | |
| 34 | Raga Banda Jose Luis | | |
| 35 | Raga Banda Juan De Dios | | |
| 36 | Ramirez Ramires Tomas | | |
| 37 | Ramirez Santiago Jael | | |
| 38 | Saldaña Garcia Eusebia | | |
| 39 | Salvador Cruz Antonio | | |
| 40 | Salvador Valdez Pablo Rigoberto | | |
| 41 | Santiago Cruz Lidoine | | |

## D15 - DESPICADORAS DE JAIBA LOS HIGUEROS ARTEMIO ARAN

### RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Carballo Angela
2. Andres Cruz Maria
3. Bautista Cruz Martha
4. Bautista Cruz Martina
5. Bautista Cruz Virginia
6. Bautista Mendez Lorenza
7. Blanco Cruz Paula
8. Casados Cruz Estela
9. Casados Cruz Nora Hilda
10. Castellanos Rosas Angel
11. Cruz Hernandez Ana Delia
12. Cruz Hernandez Bertha
13. Cruz Hernandez Tomasa
14. Felipe Bautista Camilo
15. Garcia Geronimo Maria Lourdes
16. Gaspar Chavez Angela
17. Gaspar Chavez Aurea
18. Geronimo Gonzalez Ana Maria
19. Gonzalez Bautista Socorro
20. Hernandez Chavez Aurelia
21. Hernandez Valeriano Nora
22. Martinez Paula
23. Olarte Calderon Lucia
24. Olarte Vazquez Isabel
25. Ramirez Pasaron Epifania
26. Ramiro Cruz Epifania
27. Reyes Santiago Aurora
28. Salas Razo Zita
29. Salas Tovar Maria Guadalupe
30. Salvador Santiago Crecencia
31. Sanchez Olarte Erika Lizette

## D16 - DESPICADORAS DE LA MAJAHUA KARINA

### RETAIL & PROCESSING PLAINTIFFS

1.  Castaneda Reyes Lorena
2.  Castro Perez Maria De Jesus
3.  Escobar Sobrevilla Candelaria Soledad
4.  Espinosa Perez Ana Karina
5.  Espinoza Gallardo Manuela
6.  Garcia Maya Bernabe
7.  Garcia Maya Silvia
8.  Hernandez Cruz Teresa De Jesus
9.  Hernandez Laureano Dorotea
10. Licona Amador Irene
11. Malerva Cruz Felipa
12. Martir Cruz Laura Isela
13. Perez Copal Alicia
14. Perez Cruz Santa
15. Perez Hernandez Tomasa
16. Perez Mendoza Ernestina
17. Reyes Cruz Santa
18. Reyes Licona Blanca Estela
19. Romero Perez Norma Delia
20. Sanchez Zamora Claudia
21. Sobrevilla Gallardo Lucia
22. Sobrevilla Gallardo Ninfa
23. Valdez Meraz Maximina

## D17 - DESPICADORAS Y PESCADORES LIBRES DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Aran Blanco Nelson | 38. | Gonzalez Aran Luz Adriana |
| 2. | Aran Cobos Isaura | 39. | Gonzalez Blanco Ervin |
| 3. | Aran Cruz Gaudencia | 40. | Gonzalez Blanco Jose Manuel |
| 4. | Barraza Galido Beatriz | 41. | Gonzalez Blanco Noemy |
| 5. | Barrios Del Angel Maria Ines | 42. | Gonzalez Rosas Efrain |
| 6. | Benitez Cardenas Hector | 43. | Gonzalez Rosas Filomeno |
| 7. | Benitez Espinoza Eladio | 44. | Guerrero Torres Aurelia Dora |
| 8. | Blanco Salinas Erminda | 45. | Hernandez Adela |
| 9. | Casados Aran Maria Isabel | 46. | Hernandez Cruz Fredy Luis |
| 10. | Casados Martinez Jose Reynaldo | 47. | Hernandez Peralta Hilario |
| 11. | Casados Meza Hector Ivan | 48. | Hernandez Salas Jose Alfredo |
| 12. | Casados Ruiz Fernando | 49. | Hernandez Salas Maria Del Carmen |
| 13. | Castellanos Villasana Gabino | 50. | Hernandez Sanchez Karina |
| 14. | Cayetano Cruz Miguel Angel | 51. | Mar Gamez Maria Natalia |
| 15. | Constantino Hernandez Jesus Alberto | 52. | Mar Meza Guillermo Antonio |
| 16. | Cordoba Sanchez David | 53. | Mar Salas Catalina |
| 17. | Del Angel Zaleta Carlos | 54. | Mar Salinas Enidia |
| 18. | Diaz Muñoz Jesus | 55. | Mar Torres Andrea Francisca |
| 19. | Espinoza Bautista Fernando | 56. | Martinez Hernandez Maria Rosa |
| 20. | Espinoza Bautista Jorge | 57. | Meza Aviles Metodio |
| 21. | Espinoza Bautista Victor Alfonso | 58. | Meza Blanco Eligio |
| 22. | Espinoza Meza Efren | 59. | Meza Juarez Josafa |
| 23. | Espinoza Salas Alfonso | 60. | Meza Mar Karla Liliana |
| 24. | Espinoza Salas Jose Luis | 61. | Meza Rodriguez Jose Luis |
| 25. | Florencia Casados Antonio | 62. | Perez Barraza Elizabeth |
| 26. | Flores Casados Jesus Alfredo | 63. | Ponce Palomares Maria Del Coral |
| 27. | Flores Cruz Benito | 64. | Ramirez Cruz Eleuteria |
| 28. | Francisco Cruz Rosa Lina | 65. | Retiz Hernandez Rosa Maria |
| 29. | Francisco Fajardo Floriceli | 66. | Rios Martinez Daniel De Jesus |
| 30. | Francisco Fajardo Juan | 67. | Rodriguez Hernandez Carlos |
| 31. | Francisco Fajardo Maricela | 68. | Ruiz Casados Primitivo |
| 32. | Francisco Fajardo Rosario | 69. | Sanchez Cruz Rosa Elia |
| 33. | Francisco Fajardo Victoria | 70. | Santiago Cruz Rosario |
| 34. | Gallardo Olmos Candelario | 71. | Torres Casados Marcelo |
| 35. | Gallardo Olmos Gabino | 72. | Torres Casados Rosa Yaneth |
| 36. | Gallardo Olmos Raymundo | 73. | Torres Peña Rosa Maria |
| 37. | Gonzalez Aran Luis Enrique | 74. | Venegas Hernandez Araceli |

## D18 - DESPICADORAS Y PESCADORES LIBRES DE LA MERCED

### RETAIL & PROCESSING PLAINTIFFS

1. Aran Aran Daniel
2. Aran Gonzales Porfirio
3. Aran Mar Alvaro
4. Aran Mar Dalia
5. Aran Mar Everardo
6. Aran Valdez Ana Lucia
7. Copal Sosa Consuelo
8. Copal Sosa Nora Hilda
9. Cruz Amador Arturo
10. Cruz Amador Blas
11. Cruz Amador Cesar
12. Cruz Amador Santiago
13. Cruz Amador Socorro
14. Del Angel Martinez Gabriel Antonio
15. Gallardo Ridriguez Alfredo
16. Gonzalez Lucas Liliana
17. Hernandez  Meza Herminia
18. Martinez Cruz Angel
19. Martinez Cruz Ines
20. Martinez Cruz Jesus
21. Martinez Cruz Jose Luis
22. Martinez Cruz Miguel Angel
23. Martinez Cruz Sofia
24. Perez Gil Felipe
25. Salas Mendo Feliciano
26. Sosa Gil Josefina

## D19 - GRUPO LA TRUCHA GUILLERMINA HERNANDEZ

### RETAIL & PROCESSING PLAINTIFFS

1.   Alejandre Flores Eunice
2.   Alejandre Flores Sandra
3.   Alejandre Flores Viridiana
4.   Antonio Santiago Sofia
5.   Aquino Lucas Luisa
6.   Barrios Ramires Maria Del Carmen
7.   Casados Hernandez Yadel
8.   Castro Morales Nayhelli Del Rocio
9.   Flores Cruz Concepcion
10.   Flores Cruz Elda
11.   Flores Flores Angela
12.   Flores Flores Domitila
13.   Garcia Alvarado Maribel
14.   Garcia Hernandez Maria Isabel
15.   Gonzalez Martir Nora Edith
16.   Gonzalez Ortega Raymunda
17.   Gonzalez Ruiz Adelina
18.   Hernandez Saldana Guillermina
19.   Martir Estevez Ema
20.   Martir Garcia Asalia
21.   Ruiz Ortega Ma Ascencion
22.   Santiago Atanacio Maria Floriberta

## D20 - DESPICADORAS DE SAN JERONIMO

### RETAIL & PROCESSING PLAINTIFFS

1. Camarillo Diaz Patricia
2. Casados Morato Andrea
3. Cruz Gonzalez Catalina
4. Diaz  Martinez Raymunda
5. Gomez Perez Yadira Lizbeth
6. Gonzalez Ramirez Josefina
7. Razo Abado Cecilia

## D21 - GRUPO SUPERACION JAHASIEL CRUZ CASTRO

### RETAIL & PROCESSING PLAINTIFFS

1. Blanco Del Angel Jorge
2. Blanco Ortega Eliab
3. Castro Jonguitud Francisca
4. Cobos Garcia Juan Carlos
5. Cruz Castro Elda Nery
6. Cruz Castro Jahasiel Eved
7. Cruz Castro Lizzethe
8. Cruz Castro Miriam Mildred
9. Cruz Castro Vasti Selomith
10. Cruz Constantino Martha
11. Cruz Lince Sama Abimael
12. Cruz Martir Arnulfo
13. Cruz Martir Jose Angel
14. Garcia Michcol Eunice
15. Hernandez Hernandez Viviana
16. Herrera Delgado Madai
17. Martir Garcia Gaston
18. Maya Cruz Orfa
19. Ortega Martin Zoila
20. Santiago Mogollon Merai

**D22 - RESTAURANTE NUEVO VERACRUZANO DE TUXPAN ANGEL RAMOS**

## RETAIL & PROCESSING PLAINTIFFS

1. Cortes Cruz Brenda
2. Cortes Cruz Fermin
3. Cortes Mendoza Rosaura
4. Cortez Mendoza Gabriela
5. Cruz Lopez Sixto
6. Gomez Zeferino Agueda
7. Leandro Ortega Yoselin Azucena
8. Lucas De La Cruz Arnulfo
9. Ortega Pulido Arminda
10. Pasaran Isaias Anayeli
11. Ramos Leandro Yuri
12. Uribe Gomez Mariela
13. Vasquez Gonzalez Maria Carmen

## D23 - RESTAURANTE NUEVO VERACRUZANO TAMIAHUA ANGEL RAMOS

## RETAIL & PROCESSING PLAINTIFFS

1   Aldana Ferral Maria Luisa
2   Ambrosio Santes Veronica
3   Capitan Diaz Esperanza
4   Cardenas Cruz Belinda
5   Castañeda Blanco Rosalia
6   Castañeda Luciano Ana Emilia
7   Coello Leandro Isabel
8   Cruz Del Angel Maria De Los Angeles
9   Cruz Olmedo Maria Teresa
10  Cruz Ovando Nely
11  Gazca Torres Martha Berenice
12  Hernandez Benitez Maria De Lourdes
13  Hernandez Benitez Yadira Guadalupe
14  Hernandez Carranza Emma
15  Leandro Cardenas Luz Ariana
16  Leandro Ortega Lilibeth Guadalupe
17  Leandro Roman Adela
18  Leandro Roman Manuela
19  Leyton Salazar Jorge Enrique
20  Nolasco Alejandre Sarai
21  Olmedo Perez Carolina
22  Ortega Nolasco Palmira Evelia
23  Perez Morales Flor Idalia
24  Ramos Carranza Angel
25  Ramos Garcia Porfirio
26  Ramos Leandro Dominga
27  Ramos Leandro Nadia Maribel
28  Reyes Casanova Marina
29  Rosas Franco Sara
30  Rosendo Del Angel Luis Octavio
31  Torres Cruz Arquimedes
32  Torres Martinez Adriana Elizabeth
33  Vicencio Cortez Maria De La Paz

## D24 - COMPRADORES DE LA SOC. COOP. PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

1. Alejandre Sequera Beatriz Elena
2. Avendano Valdez Marilu
3. Benavidez Jimenez Julio
4. Casados Ovando Norma Leticia
5. Casanova Rivera Gustavo
6. Constantino Hernandez Aurora
7. Cordero Castro Zenon
8. Cristobal Roman Veronica
9. Cruz Orosco Juan
10. Cruz Perez Pedro
11. Cruz Rodriguez Pedro
12. Cruz Roman Maria Eugenia
13. De Los Santos Cruz Benito
14. Del Rio Hernandez Concepcion
15. Ferral Cruz Rodolfo
16. Franco Rangel Maria Soledad
17. Garcia Gomez Noel
18. Hernandez Ramirez Maria Del Carmen
19. Lara Marquez Carlos Roberto
20. Lopez De Leon Virginia
21. Lorencez Santiago Jose
22. Martinez Benitez Clara
23. Martinez Benitez Cristina
24. Martinez Benitez Porfiria
25. Mata Arguelles Maria Del Carmen
26. Mata Avendano Cintya Carola
27. Meraz Gonzalez Toribio
28. Mogollon Leandro Lilia
29. Monroy Perez Juan Gabriel
30. Muñoz Cruz Guadalupe
31. Nolasco Gomez Jorge
32. Osorio Aran Prisca
33. Perez Montiel Martha
34. Piñeiro Valdez Mauricio
35. Ramos Perez Francisco
36. Reyes Silva Eliseo
37. Rodriguez Cruz Alma Delia
38. Roman Martinez Alfonsa
39. Roman Martinez Evangelina
40. Roman Martinez Maricela
41. Sobrevilla Hernandez Luz Vianey
42. Sosa Cabrera Erika Leonor
43. Valdez Alvares Jorge Luis
44. Zumaya Martinez Roberto Carlos

## D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA

### RETAIL & PROCESSING

1. Aguilar Sosa Emma
2. Alvarado Perez Juana
3. Amador Cruz Rosario
4. Arenas Delgado Hermelinda
5. Barrios Anzurez Oscar
6. Blanco Cruz Martha
7. Cantu Maya Marilu
8. Cardenas Ferral, Maria De La Luz
9. Castañeda Valdes Narciso
10. Castellanos Leandro, Maria Guadalupe
11. Castro Galicia, Columba
12. Castro Rodriguez Roberto
13. Castro Solis Cecilia
14. Cobos Ferral Maria Irma
15. Coronado Zamora Gustavo
16. Cruz Balderas Laura
17. Cruz Cruz Hilda
18. Cruz Cruz Maria De Jesus
19. Cruz Gomez Lucio
20. Cruz Reyes Teresa
21. Cruz Rosendo Agustina
22. Cuervo Espinoza Faustino
23. Del Angel Ferral Javier
24. Farrera Lagos Teresa
25. Ferral Meza Rodolfo
26. Figon Alejandre Fabian
27. Figon Alejandre Francisca
28. Figon Alejandre Maria Luisa
29. Florencia Ramos Virginia
30. Flores Florencia Sonia Graciela
31. Franco Cobos Neri
32. Franco Cruz Martha
33. Galindo Nava Esteban
34. Garcia Diaz Rafaela
35. Gomez Roman Francisco Javier
36. Gonzalez Soto Margarita
37. Hernanadez Blanco Ismael
38. Hernandez Casados Francisco
39. Hernandez Casados Maria Enriqueta
40. Hernandez Cruz Tomasa
41. Hernandez Gidiño Martina
42. Hernandez Gonzalez Candelaria
43. Hidalgo Ramirez Anastacia
44. Isidro Perez Federico
45. Jimenez Luna Cesar
46. Jimenez Ramirez Constantino
47. Juarez Martinez Evangelina
48. Landeros Galicia Eva
49. Lorenzo Constantino Fidela
50. Mandujano Gomez Mercedes
51. Martinez Gonzalez Ana Isabel
52. Martinez Gonzalez Petra
53. Martinez Romero Alicia Araceli
54. Maya Franco Angelica Maria
55. Maya Villegas Elma
56. Mendoza Nava Jazmin
57. Mendoza Perez Javier
58. Merinos Cruz Irma
59. Meza Cobos Reynalda
60. Meza Cruz Obdulia
61. Meza Diaz Ligorio
62. Montano Cantu Oscar Abel
63. Nava Villegas Elma
64. Nicolas Gonzalez Adriana
65. Nolasco Aguilar Adriana
66. Nolasco Gomez Maria Luisa
67. Ortega Cruz Yaneth
68. Ortega Rodriguez Juanita Guadalupe
69. Peralta Alejandre Luis Eduardo
70. Perez Hernandez Margarito
71. Perez Hernandez Norma Edith
72. Perez Mendez Lina
73. Pineiro Garces Jose Abel
74. Pineiro Valdez Edith
75. Pineiro Valdez Rocio
76. Ramirez Cruz Epifanio
77. Ramirez Villegas Nancy
78. Ramos Leandro Roberto
79. Rangel Jimenez Emma
80. Reyes Castro Macaria
81. Reyes Rivera Blas
82. Ribera Carrion Julieta
83. Rodriguez Leandro Ricardo
84. Roman Barrios Tomasa
85. Roman Casanova Maria Candelaria
86. Roman Gonzalez Celia

## D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA

### RETAIL & PROCESSING

87. Roman Gonzalez Soledad
88. Romero Nava Adriana
89. Rosas Cristobal Agustina
90. Rosas Torres Lucrecia
91. Rosas Torres Teresa
92. Salas Ceron Evodio
93. Santander Meza Santiago
94. Saragoza Luna Crisostomo
95. Suarez Rivera Refugio
96. Torres Pulido Cecilia
97. Torres Zaleta Dominga
98. Valdez Cruz Dora Emigtia
99. Valdez Leandro Rosa
100. Vicencio Gaspar Marcela
101. Vicencio Sequera Hermelinda
102. Vicencio Sequera Inocencia
103. Villegas Santos Felipa
104. Zamora Blanco Cecilia
105. Zavala Florencia Jose Maria

## D26 - PENSIONADOS DE LA SOC. COOP. RIVERA DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

1.  Arteaga Maya Jesus
2.  Arteaga Perez Flavio
3.  Arteaga Perez Pascual
4.  Arteaga Reyes Artemio
5.  Arteaga Reyes Guadalupe
6.  Barrios Barrios Gregorio
7.  Constantino Perez Carlos
8.  Cruz Figon Agustin
9.  Cruz Figon Daniel
10. De La Cruz Hernandez Agustin
11. Delgado Turrubiates Ignacio
12. Garcia Arteaga Apolinar
13. Garcia Arteaga Reynaldo
14. Gomez Lorenzo Ranulfo
15. Gonzalez Gallardo Adelaido
16. Gonzalez Gallardo Ramiro
17. Hernandez Torres Pedro
18. Lorenzo Mar Espiridion
19. Lorenzo Olivares Mariano
20. Lorenzo Olivarez Adan
21. Martinez Cruz Arnulfo
22. Martinez Guzman Fidel
23. Martinez Hernandez Aurelio
24. Martinez Hernandez Guadalupe
25. Martinez Martinez Enrique
26. Maya Sequera Leonardo
27. Morales Constantino Maglorio
28. Ortega Perez Teodulo
29. Padron Juarez Santos
30. Pina Hernandez Norberto
31. Perez Cruz Ciriaco
32. Perez Cruz Gabriel
33. Polito Gonzalez Marcelo
34. Ramirez Deantes Ramon
35. Ramirez Martinez Esteban
36. Reyes Arteaga Franco
37. Reyes Hernandez Marcelino
38. Roman Del Angel Rodolfo
39. Villalobos Arteaga Faustino
40. Villanueva Enrique

## D27 - RESTAURANTEROS, COMPRADORES Y COSEDORES
## DE MARISCOS DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Alvarado Gonzalez Alma Elena |
| 2 | Arteaga Reyna Elizabeth |
| 3 | Barajas Rojas Maria Del Carmen |
| 4 | Blanco Cayetana Rosa Hilda |
| 5 | Carranza Azuara Ana Maria |
| 6 | Carrizales Gonzalez Carolina |
| 7 | Cruz Mar Carolina |
| 8 | Cruz Perez Cesar |
| 9 | Cuervo Gonzalez Ana Karen |
| 10 | Del Angel Garcia Enrique Jose |
| 11 | Del Angel Garcia Jose Enrique |
| 12 | Del Angel Ramirez Enrique |
| 13 | Delgado Vazquez Guadalupe |
| 14 | Garcia Silva Dora Alicia |
| 15 | Garcia Silva Joe David |
| 16 | Gonzalez Aquino Yuri Elizabeth |
| 17 | Gonzalez Cruz Petra |
| 18 | Gonzalez Hernandez Bertha |
| 19 | Gonzalez Morato Luis Antonio |
| 20 | Gonzalez Morato Maria Isela |
| 21 | Gonzalez Perez Arturo |
| 22 | Gonzalez Rodriguez Alta Gracia |
| 23 | Hernandez De Jesus Linda |
| 24 | Hernandez Moreno Mario |
| 25 | Herrera Rios Santa |
| 26 | Lopez Hernandez Abelina |
| 27 | Lorenzo Pino Diana |
| 28 | Lorenzo Pino Oscar |
| 29 | Martinez Martinez Olga Patricia |
| 30 | Martinez Martinez Olivia |
| 31 | Martinez Ramirez Jose Maria |
| 32 | Martinez Rivera Viridiana |
| 33 | Misael Arteaga Carrasco |
| 34 | Molar Herrera Alejandrina |
| 35 | Molar Mendoza Olivia |
| 36 | Morato Villalobos Marisela |
| 37 | Moreno Izaguirre Jose Alfonso |
| 38 | Moreno Molar Jose De Jesus |
| 39 | Olivares Sosa Magally |
| 40 | Olivares Sosa Ramona |
| 41 | Perez Martinez Yusaareli Yaquelin |
| 42 | Perez Orta Maria Filomena |
| 43 | Perez Segura Ema Olimpia |
| 44 | Piñeiro Cruz Abigail |
| 45 | Polito Barron Elizabeth |
| 46 | Portilla Valencia Maria Milagros |
| 47 | Ramirez Campoy Efren |
| 48 | Ramirez Gonzalez Juana |
| 49 | Ramirez Gonzalez Norberto |
| 50 | Reyes Baraja Cristina |
| 51 | Reyes Baraja Eduardo |
| 52 | Reyes Hernandez Yessica Yanet |
| 53 | Roman Martinez Santa |
| 54 | Ruiz Vita Daniel |
| 55 | Saldaña Moreno Angelica |
| 56 | Sanchez Delgado Maria Esther |
| 57 | Valdez Olivares Magally |
| 58 | Villalobos Delgado Nilda |
| 59 | Zaleta Gonzalez Suleima Irene |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Acosta Franco Chona | 52. | Constantino Castellanos Bruna |
| 2. | Acosta Franco Manuela | 53. | Cortes Tellez Laura Guadalupe |
| 3. | Acosta Franco Maria Isabel | 54. | Cortes Tellez Yanet Jazmin |
| 4. | Aguilar Gallardo Elizabeth | 55. | Cruz Cerecedo Julia |
| 5. | Aguilar Gonzalez Usbelia | 56. | Cruz Chamorro Clotilde |
| 6. | Alarcon Meneses Josefa | 57. | Cruz Cruz Adelfa |
| 7. | Alejandre Cruz Laura | 58. | Cruz Cruz Griselda |
| 8. | Alejandre Victoria | 59. | Cruz Cruz Virginia |
| 9. | Allende Gutierrez Maria De Jesus | 60. | Cruz Cuervo Raquel |
| 10. | Allende Reyes Guadalupe | 61. | Cruz Del Angel Petra |
| 11. | Alvarado Leandro Magdalena | 62. | Cruz Diaz Marta |
| 12. | Alvarez Salvador Rosa Maria | 63. | Cruz Espinoza Genoveva |
| 13. | Amador Cabrera Maribel | 64. | Cruz Ferral Beatriz |
| 14. | Amador Franco Carmen | 65. | Cruz Ferral Crecencia |
| 15. | Amador Neri Maria De Lourdes | 66. | Cruz Garcia Trinidad |
| 16. | Andrade Cruz Felipa | 67. | Cruz Gonzalez Esmeralda |
| 17. | Aran Castillo Ana Cristina | 68. | Cruz Hernandez Edith |
| 18. | Aran Castillo Maria Ignacia | 69. | Cruz Hernandez Juana |
| 19. | Aran Cruz Elvira | 70. | Cruz Martinez Concepcion |
| 20. | Aran Mogollon Nora Hilda | 71. | Cruz Perez Francisca |
| 21. | Aranda Alvarado Dora Alicia | 72. | Cruz Perez Mireya |
| 22. | Aranda Cristobal Margarita | 73. | Cruz Ramos Fidencia |
| 23. | Arroyo Martinez Maria | 74. | Cruz Valdez Laura |
| 24. | Avila Alvarez Francisca | 75. | Cruz Vicencio Maria Ines |
| 25. | Bautista De La Cruz Floriberta | 76. | Cruz Yañez Juana |
| 26. | Bautista Ferrer Alejandra | 77. | De La Rosa Jimenez Maribel |
| 27. | Bautista Mendoza Blanca Isela | 78. | Deantes Jimenez Celerina |
| 28. | Bautista Sanchez Juana | 79. | Del Angel Ferral Josefina |
| 29. | Bello Bautista Catalina | 80. | Del Angel Ovando Teresa De Jesus |
| 30. | Bello Sobrevilla Galdina | 81. | Delgado Gallardo Teofila |
| 31. | Benavides Perez Maria De Los Angeles | 82. | Diaz Blanco Josefa |
| 32. | Benavides Perez Sabina | 83. | Diaz Meza Zulema |
| 33. | Blanco Carrillo Teresa | 84. | Dominguez Blanco Norma |
| 34. | Blanco Cruz Eloina | 85. | Dominguez Mendoza Angela |
| 35. | Blanco Cruz Sara | 86. | Escalante Vicencio Silveria |
| 36. | Blanco Cruz Teresa | 87. | Escudero Garcia Yolanda |
| 37. | Blanco Garcia Ursula | 88. | Escudero Nava Yolanda |
| 38. | Blanco Gonzalez Praxedis | 89. | Escudero Reyes Carolina |
| 39. | Blanco Sanchez Enriqueta | 90. | Espinoza Constantino Sofia |
| 40. | Canales Sanchez Cleotide | 91. | Estevez Cruz Sabina |
| 41. | Carrillo De La Cruz Marisa | 92. | Estrada Flores Olga Concepcion |
| 42. | Casanova Rosas Paz | 93. | Ferral Cruz Lidia |
| 43. | Castañeda Cruz Elicea | 94. | Ferral Malerva Martina |
| 44. | Castañeda Perez Deisi | 95. | Figon Alejandre Isidora |
| 45. | Castañeda Valdez Ofelia | 96. | Figon Hernandez Rosa |
| 46. | Castellanos Carranza Maria Ysabel | 97. | Figon Perez Maria Del Carmen |
| 47. | Castellanos Rodriguez Elvia | 98. | Figon Romero Diana |
| 48. | Castro Maya Daniela | 99. | Figon Romero Sonia |
| 49. | Castro Perez Bertha | 100. | Florencia Blanco Rosa Elia |
| 50. | Cisneros Garcia Mercedes | 101. | Florencia Cruz Rosa Carmen |
| 51. | Cobos Garcia Leticia | 102. | Florencia Garcia Cristina |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 103. Florencia Gomez Alma Delia | 154. Hernandez Huesca Diana Yazmin |
| 104. Florencia Miranda Maura | 155. Hernandez Mar Romualda |
| 105. Florencia Santiago Hilaria | 156. Hernandez Mendoza Adriana |
| 106. Flores Aran Catia Del Pilar | 157. Hernandez Monroy Rosa Isela |
| 107. Franco Delgado Irma | 158. Hernandez Ramirez Juana |
| 108. Franco Hernandez Berta | 159. Hernandez Roman Clara Margarita |
| 109. Galindo Cruz Nancy Elizabeth | 160. Hernandez Santiago Beatriz |
| 110. Gallardo Garcia Carla Marlene | 161. Hernandez Viveros Maria Luisa |
| 111. Gallardo Gonzalez Miguelina | 162. Isidro Cruz Alberta |
| 112. Gallardo Martinez Rosa Linda | 163. Isidro Cruz Dora Alicia |
| 113. Gamboa Rodriguez Elisa | 164. Isidro Zarate Martha Beatriz |
| 114. Garcia Blanco Victoria | 165. Jacinto Martinez Evelia |
| 115. Garcia Casanova Margarita | 166. Labias Hernandez Odilia |
| 116. Garcia Castillo Hilaria | 167. Lara Cruz Clementina |
| 117. Garcia Garcez Maria Del Rosario | 168. Leyton Florencia Elsa |
| 118. Garcia Hernandez Matilde | 169. Leyton Ovando Martha Elva |
| 119. Garcia Maya Maria Guadalupe | 170. Lopez Alvarado Maria Magdalena |
| 120. Garcia Mendoza Claudia | 171. Lopez Aran Carilu |
| 121. Garcia Perez Alejandra | 172. Lopez Roman Angela |
| 122. Garcia Perez Dora Alicia | 173. Lorencez Santiago Clara |
| 123. Garcia Ramos Amalia | 174. Macias Bautista Rosalva |
| 124. Garcia Romero Benita | 175. Macias Garcia Rosa Idalia |
| 125. Garcia Romero Esther | 176. Malerva Herrera Felipa |
| 126. Garcia Romero Leonides | 177. Malerva Vazquez Tulia |
| 127. Garcia Romero Maria Felix | 178. Mar Castan Regina |
| 128. Garcia Santander Blanca | 179. Mar Ortega Matea |
| 129. Garcia Simon Carmina | 180. Mar Reyes Maria Yadeli |
| 130. Gomez Espinoza Bertha | 181. Mar Torres Maria Elvira |
| 131. Gomez Jimenez Concepcion | 182. Martinez Benitez Eusebia |
| 132. Gomez Martinez Emma | 183. Martinez Castellanos Maria Estela |
| 133. Gomez Martinez Eutimia | 184. Martinez Meza Guadalupe |
| 134. Gomez Martinez Melva Lorena | 185. Martinez Nolasco Serafina |
| 135. Gomez Mata Maribel | 186. Martinez Ramirez Rufina |
| 136. Gonzalez Alejandre Ana Maria | 187. Martinez Reyes Ana Delia |
| 137. Gonzalez Avila Karla | 188. Martinez Reyes Irma |
| 138. Gonzalez Cruz Olga Lidia | 189. Mata Avendano Cinthia Carola |
| 139. Gonzalez Hernandez Azalia | 190. Maya Hernandez Genoveva |
| 140. Gonzalez Ramirez Venancia | 191. Maya Martinez Juana |
| 141. Gonzalez Reyes Virginia | 192. Maya Sobrevilla Julia |
| 142. Gonzalez Salazar Maura | 193. Mendez Elias Graciela |
| 143. Granillo Miranda Inocencia | 194. Mendo Hernandez Maria E. |
| 144. Gutierrez Blanco Candelaria Guadalupe | 195. Mendoza Cristobal Juliana |
| 145. Hernandez Casados Dora Alicia | 196. Mendoza Cruz Elizeth |
| 146. Hernandez Cruz Leonila | 197. Mendoza Meza Eugenia |
| 147. Hernandez Cruz Patricia | 198. Mendoza Meza Matilde |
| 148. Hernandez Espinoza Leopolda | 199. Mendoza Perez Genara |
| 149. Hernandez Florencia Ana Kari | 200. Meraz Gonzalez Aquilina |
| 150. Hernandez Garcia Virginia | 201. Meraz Zamora Guadalupe |
| 151. Hernandez Gonzalez Jesus | 202. Meza Olivares Maria De La Luz |
| 152. Hernandez Gudiño Trinidad | 203. Mogollon Juarez Hilaria |
| 153. Hernandez Hernandez Edelmira | 204. Mogollon Orozco Alba |

# D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 205. | Morales Ramirez Venancia | 256. | Roman Cobos Francisca |
| 206. | Morioka Cedillo Rosalba | 257. | Roman Diaz Carolina |
| 207. | Nolasco Reyes Inez | 258. | Roman Martinez Maria Antonia |
| 208. | Nolasco Reyes Matilde | 259. | Roman Mogollon Antonina |
| 209. | Nolasco Reyes Rosa Isela | 260. | Roman Ortega Eva Luz |
| 210. | Ocampo Pasaran Maria Cruz Gabriela | 261. | Roman Perez Cristina |
| 211. | Ortiz Aranda Maria De La Luz | 262. | Romero Del Angel Maria Idalid |
| 212. | Ortiz Cruz Maria Eugenia | 263. | Romero Perez Esmeralda |
| 213. | Ortiz Meza Araceli | 264. | Romero Perez Yeimi Ruth |
| 214. | Osorio Cobos Manuela | 265. | Romero Reyes Catalina |
| 215. | Ovando Cruz Maria Guadalupe | 266. | Roque Torres Maria Magdalena |
| 216. | Ovando Salas Teresa De Jesus | 267. | Rosas Garcia Patricia |
| 217. | Perez Aguilar Juana | 268. | Rosas Valdez Josefa |
| 218. | Perez Castro Marina | 269. | Ruiz Iturbide Lidia |
| 219. | Perez Copal Maria Del Rocio | 270. | Salas Mogollon Alma Delia |
| 220. | Perez Cruz Dora Delia | 271. | Saldana Macias Amada |
| 221. | Perez Dominguez Isidora | 272. | Saldana Macias Maria Sandra |
| 222. | Perez Ferral Maria Leticia | 273. | Saldana Mar Maria Engracia |
| 223. | Perez Ferral Sabina | 274. | Salguero Castellanos Rosalia Consuelo |
| 224. | Perez Garcia Maria Del Rocio | 275. | Sanchez Blanco Gregoria |
| 225. | Perez Mar Amparo | 276. | Santes Bautista Eufemia |
| 226. | Perez Valdez Flora | 277. | Sequera Mendoza Matilde |
| 227. | Peyrani Del Angel Aide | 278. | Sobrevilla Gallardo Clara |
| 228. | Peirany Reyes Elisa | 279. | Sobrevilla Gallardo Julia |
| 229. | Ramirez Casanova Evangelina | 280. | Sobrevilla Malerva Alma |
| 230. | Ramirez Reyes Andrea | 281. | Sobrevilla Marleva Mariana |
| 231. | Ramirez Reyes Socorro | 282. | Sobrevilla Saldaña Esperanza |
| 232. | Ramirez Reyes Susana | 283. | Soto Balleza Elena |
| 233. | Ramos Franco Erika | 284. | Tapia Roman Maria Luisa |
| 234. | Ramos Hernandez Olga Lidia | 285. | Tapia Roman Neri |
| 235. | Ramos Mar Reyna | 286. | Terraza Lopez Miriam |
| 236. | Ramos Rivera Guadalupe | 287. | Torres Isidro Mariza |
| 237. | Reyes Blanco Karina Elena | 288. | Torres Ramirez Maria Del Carmen |
| 238. | Reyes Blanco Maria | 289. | Torres Roman Lazara |
| 239. | Reyes Casanova Heliodora | 290. | Valdez Vargas Petra |
| 240. | Reyes Castro Eleuteria | 291. | Valdez Vargas Zozima |
| 241. | Reyes Castro Laura | 292. | Vazquez Bautista Guadalupe |
| 242. | Reyes Diaz Victoria | 293. | Vazquez Peralta Maria Guadalupe |
| 243. | Reyes Garcia Justina | 294. | Vazquez Ramirez Balvina |
| 244. | Reyes Medellin Maria Elena | 295. | Vega Cruz Zoila |
| 245. | Reyes Mendoza Concepcion | 296. | Vicencio Figon Luisa |
| 246. | Reyes Mendoza Elvira | 297. | Vicencio Hernandez Erika |
| 247. | Reyes Ramirez Ana Maria | 298. | Vicencio Santiago Hilaria |
| 248. | Reyes Roman Victoria | 299. | Villasana Cruz Silvia |
| 249. | Rivera Alvarado Angela | 300. | Zamora Mendoza Sayra Berenice |
| 250. | Rodriguez Cruz Claudia | 301. | Zamora Sanchez Concepcion |
| 251. | Rojas Cruz Esmeralda | | |
| 252. | Roman Alvarado Maria Guadalupe | | |
| 253. | Roman Baron Hilda | | |
| 254. | Roman Baron Mirna | | |
| 255. | Roman Casanova Crescencia | | |

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Roman Jose Antonio
2. Alejandre Salguero Nora
3. Alejandre Villazana Flora
4. Aran Barrios Laura
5. Aran Cruz Jesus Adelfo
6. Aran Cruz Modesto
7. Aran Hernandez Alberto
8. Barrios Meza Julieta
9. Bello Sobrevilla Lucio
10. Bello Sobrevilla Mario
11. Blanco Cruz Julian
12. Blanco Diaz Jose Juan
13. Briceño Castillo Juan
14. Capitan Hernandez Ivan
15. Castellanos Figon Emiliano
16. Castellanos Figon Emilio
17. Castillo Gaspar Delia
18. Castro Gonzalez Sergio Adrian
19. Castro Hernandez Edgar
20. Cepeda del Angel Jose Luis
21. Copal Meza Diana
22. Cruz Alejandre Jorge Alberto
23. Cruz Cruz Erik
24. Cruz Cruz Jaime
25. Cruz Cruz Julio Cesar
26. Cruz Ferral Diana
27. Cruz Franco Inocencio
28. Cruz Garcia Luis Antonio
29. Cruz Rivera Sofia
30. Cruz Zamora Jazmin
31. Del Angel Ferral Teresa
32. Del Rio Rodriguez Denis Estephany
33. Diaz Barrios Dominga
34. Diaz Garcia Blanca Vianeth
35. Diaz Gonzalez Luz Maria
36. Diaz Mendez Roberto Carlos
37. Diaz Ortega Flarinda
38. Diaz Reyes Raul Alonso
39. Escudero Cruz Celeste
40. Espinoza Rodriguez Julio Cesar
41. Ferral Aranda Areli Yazmin
42. Ferral Ramos Jeronimo
43. Figon Espinoza Jose Alberto
44. Figon Jerez Francisco Feliciano
45. Figon Perez Aney
46. Figon Perez Maria Elena
47. Figon Rodriguez Maria Esther
48. Figon Sobrevilla Felipe
49. Florencia Zamora Juan Bernanbe
50. Galindo Castro Manuel
51. Garces Castro Zeydi
52. Garcia Chavez Facunda
53. Garcia Diaz Phenelope Yaneth
54. Garcia Romero Eduardo
55. Garcia Santander Yolanda
56. Gomez Capitan Edgar
57. Gomez Cruz Genaro
58. Gomez Del Angel Eder Emanuel
59. Gonzalez Aran Luis Angel
60. Gonzalez Cruz Amauri Antonio
61. Gonzalez Cruz Candido
62. Gonzalez Evangelio Salvador
63. Gonzalez Martinez Andres
64. Gonzalez Meza Fredy
65. Gonzalez Sanchez Pablo
66. Hernandez Cabriales Leopoldo
67. Hernandez Casados Francisco
68. Hernandez Mendoza Maribel
69. Hernandez Perez Andres
70. Hernandez Perez Sugey
71. Hernandez Rivera David
72. Hernandez Rivera Ricardo Adan
73. Hernandez Salas Rubicel
74. Hernandez Zamora Hector Emilio
75. Isidro Juarez Ivon
76. Isidro Perez Baetriz
77. Isidro Tejeda Sarai
78. Juarez Perez Hisiquio
79. Leandro Aran Rosa Iveth
80. Lorenzo Blanco Yliana
81. Lorenzo Valdez Nancy
82. Loya Hernandez Juan Daniel
83. Macias Gonzalez Jhony
84. Martinez Diaz Cosme
85. Martinez Gonzalez Armando
86. Martinez Meza Jose Antonio
87. Maya Hernandez Roberto
88. Mendoza Cruz Quintin
89. Mendoza Diaz Sandra
90. Mendoza Perez Yovanny
91. Meza Cobos Raul
92. Meza Cruz Alejandra
93. Meza Cruz Luis Enrique
94. Meza Del Angel Hilario
95. Meza Franco Maria Guadalupe
96. Meza Gonzalez Manuel
97. Meza Martinez Eric
98. Meza Martinez Rosendo
99. Meza Serafin Jose Roberto
100. Meza Yañez Luis Angel
101. Munoz Reyes Fermin
102. Ortega Gomez Arturo
103. Ortega Santander Cristobal
104. Perez Aldaz Cosme

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

105. Perez Cruz Juan Francisco
106. Perez Maya Alfredo
107. Perez Rosas Edgar Gihobanni
108. Quiroz Reynosa Salvador
109. Ramos Bernabe Fabiola
110. Ramos Cruz Cipriana
111. Ramos Cruz Erik
112. Ramos Ferral Luis Alfredo
113. Ramos Rosas Victor Hugo
114. Ramos Zamora Juan
115. Reyes Martinez Viviana
116. Reyes Reyes Yesica Guadalupe
117. Rivera Cruz Santos
118. Rodriguez Barrera Crisoforo
119. Rodriguez Leandro Alicia
120. Rojas Cruz Maria Del Carmen
121. Rosas Alejandre Javier
122. Rosas Cruz Andres
123. Rosas Cruz Evelia

124. Rosas Cruz Infra
125. Rosas Ponce Yolanda
126. Ruiz Reyes Yasset Oswaldo
127. Sanchez Cobos Yuleana
128. Sanchez Diaz Antonio Carlos
129. Santander Cruz Emilio
130. Santiago Perez Martin
131. Sequera Santander Ray Carlos
132. Silva Escudero David
133. Terraza Sobrevilla Edgar
134. Torres Gomez Elizabeth
135. Torres Sobrevilla Adriana
136. Valdez Reyes Saturnino
137. Zamora Franco Maribel
138. Zamora Garcia Norma
139. Zamora Gonzalez Marco Antonio
140. Zamora Santander Alejandrina
141. Zumaya Gonzalez Jorge

# D30 - ESPOSAS DE SOCIOS DE COOPERATIVA DE SAN JERONIMO

## RETAIL & PROCESSING PLAINTIFFS

1.  Aviles Jeronimo Guadalupe
2.  Bautista Mar Lidia
3.  Camarillo Cruz Martha Elena
4.  Cervantes Cruz Beatriz
5.  Constantino Mar Lizette
6.  Contreras Zaleta Araceli Del Carmen
7.  Cruz Lugo Maria Del Carmen
8.  Cruz Ramirez Martha
9.  Cruz Santiago Maria Guadalupe
10. Cruz Zavala Eva
11. Del Angel Martinez Teresa Del Carmen
12. Florencia Nolasco Dora
13. Gallegos Jerez Teresa
14. Jerez Gonzalez Joba
15. Juarez Florencia Deyci
16. Juarez Florencia Diana Sorayda
17. Lugo Juarez Fabiola
18. Martinez Santos Rafaela
19. Meza Juarez Esperanza
20. Meza Juarez Zenaida
21. Olivares Cruz Maria Magdalena
22. Perez Flores Carmen Yamily
23. Ramos Lugo Ana Miriam
24. Santiago Lugo Celia
25. Santos Peralta Irma Eucebia

## D31 - HIJOS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO

### RETAIL & PROCESSING PLAINTIFFS

1.  Cruz Barrios Dayra Arisbeth
2.  Cruz Hernandez Elva Araly
3.  Cruz Hernandez Perla Yasbet
4.  Cruz Maya Maria Guadalupe
5.  Delgado Arteaga Tania
6.  Delgado Villalobos Adriana Lizbet
7.  Espinoza Cruz Dulce Karina
8.  Mar Padilla Dora Alicia
9.  Maya Mendoza Nayeli
10. Medina Besiche Miriam
11. Ortega Delgado Fabiola

## D32 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO

### RETAIL & PROCESSING PLAINTIFFS

1. Barrios Marin Tabita
2. Blanco Guzman Marilu
3. Blanco Tiburcio Isela Michel
4. Bonilla Cruz Juana Maria
5. Casanova Casanova Narciza
6. Casanova Polito Maria Lourdes
7. Copal Maya Florencia
8. Cruz Constantino Mariana
9. Cruz Cruz Blanca Veronica
10. Cruz Cruz Diana Lizeth
11. Cruz Cruz Yadira
12. Cruz Davila Amparo
13. Cruz Davila Nora Alicia
14. Cruz Del Angel Elsy Montserra
15. Cruz Delgado Marina
16. Cruz Hernandez Susana
17. Cruz Malerva Maria Elena
18. Cruz Medina Alma Elvira
19. Cruz Perez Agripina
20. Cruz Perez Graciela
21. Cruz Santiago Maria Elena
22. Del Angel Perez Maria Guadalupe
23. Del Angel Santiago Maria Esther
24. Franco Meza Luisa
25. Gallardo Reyes Tomasa
26. Garcia Casanova Patricia
27. Garcia Copal Florencia
28. Garcia Copal Silvia
29. Gomez Gonzalez Maria Elena
30. Gonzalez Gonzalez Gabina
31. Gonzalez Hernandez Alma
32. Hernandez Cruz Leticia
33. Hernandez Del Angel Palmira
34. Hernandez Perez Ma Martha
35. Hernandez Soni Elva Neri
36. Hernandez Soni Eunice
37. Juarez Maya Lina
38. Lorenzo Cruz Ana Maria
39. Lorenzo Cruz Hermilia
40. Lorenzo Cruz Liandra
41. Malerva Cruz Hisiquia
42. Malerva Cruz Marisol
43. Malerva Perez Agustina
44. Mar Delgado Eulalia
45. Mar Perez Lizbeth Sadai
46. Martinez Del Angel Ines
47. Martinez Reyes Imelda
48. Maya Aguilar Martha
49. Maya Aguilar Ramona
50. Maya Cortez Rosalina
51. Maya Cruz Dalila
52. Maya Cruz Maria Antonia
53. Maya Perez Luisa
54. Maya Perez Maria Magdalena
55. Maya Perez Maria Teresa
56. Maya Perez Senia
57. Maya Vazquez Maria Elvia
58. Maya Villalobos Adriana Lili
59. Medina Del Angel Edth
60. Medina Del Angel Norma Lidia
61. Mendoza Del Angel Maria Estela
62. Mendoza Nuñez Heladia
63. Mendoza Nuñez Vicenta
64. Perez Castañeda Santa
65. Perez Constantino Susana
66. Perez Flores Zenaida
67. Perez Hernandez Ruth
68. Perez Santiago Anastacia
69. Pineiro Del Angel Martha
70. Reyes Mancha Maria Luisa
71. Reyes Mancha Norma Luz
72. Rosas Bautista Santa
73. Sanchez Gonzalez Maria Esperanza
74. Santiago Mar Magali Denis
75. Santos Barrios Aneli Jazmin
76. Sosa Elvia
77. Tiburcio Cruz Silvia
78. Toral Casanova Guadalupe
79. Tovar Perez Dominga
80. Tovar Perez Guadalupe
81. Valdez Gonzalez Reina Maria
82. Vazquez Bautista Juana
83. Villalobos Constantino Ma Clara
84. Villalobos Cruz Bernarda
85. Villalobos Maya Maria Delia
86. Villalobos Maya Maria Laura
87. Villalobos Perez Veronica

## D33 - ESPOSAS DE LA COOPERATIVA REFORMA

### RETAIL & PROCESSING PLAINTIFFS

1. Alejandre Torres Nicolasa
2. Alejandre Villazana Carolina
3. Aran Aran Libia
4. Aran Aran Maria
5. Aran Aran Rosa
6. Aran Blanco Elba
7. Aran Blanco Hortencia
8. Aran Blanco Rosa
9. Aran De La Cruz Francisco Javier
10. Aran Espinoza Rosalva
11. Aran Gonzalez Angelica
12. Aran Gonzalez Magdalena
13. Aran Hernandez Ana Maria
14. Aran Hernandez Liliana
15. Aran Lopez Faustina
16. Aran Lopez Margarita
17. Aran Rosas Fermina
18. Aran Salinas Patricia
19. Aran Salinas Porfiria
20. Argumedo Meza Miriam Yadira
21. Benitez Casados Agripina
22. Blanco Aran Elba
23. Blanco Aran Lucia
24. Blanco Aran Manuela
25. Blanco Castellanos Jose De Jesus
26. Blanco Gonzalez Minerba
27. Blanco Rodriguez Juana
28. Blanco Rodriguez Leticia
29. Blanco Rodriguez Maria Magdalena
30. Blanco Salinas Elsa
31. Blanco Salinas Esperanza
32. Casados Aran Yuridia
33. Casados Cruz Selina
34. Castellanos Constantino Margarita
35. Castellanos Meza Carolina
36. Castellanos Villazana Angelica
37. Castro Cruz Olga
38. Copal Maya Zeferina
39. Copal Sosa Noelia
40. Cruz Aran Margarita
41. Cruz Aran Oralia
42. Cruz Avelina
43. Cruz Blanco Alba
44. Cruz Cruz Agustina
45. Cruz Cruz Angela
46. Cruz Cruz Hilda
47. Cruz Cruz Irma
48. Cruz Cruz Silvina
49. Cruz Romana Angelica Maria
50. Cruz Villanueva Sonia Ines
51. Del Angel Espinoza Teodomira
52. Espinoza Cruz Beatriz
53. Espinoza Cruz Melida
54. Espinoza Cruz Silvia
55. Espinoza Gallardo Aide
56. Florencia Casados Alma
57. Garcia Lopez Alma Natali
58. Gonzalez Aran Juana
59. Gonzalez Aran Soledad
60. Gonzalez Blanco Argelia
61. Gonzalez Blanco Brenda Estela
62. Gonzalez Blanco Evelia
63. Gonzalez Blanco Margarita
64. Gonzalez Casados Beda
65. Gonzalez Castellanos Emma
66. Gonzalez Cruz Hortencia
67. Gonzalez Gonzalez Manuela
68. Gonzalez Gonzalez Ofelia
69. Gonzalez Meza Gabriela
70. Gonzalez Meza Hilda
71. Gonzalez Meza Maria Leonor
72. Gonzalez Torres Lilia
73. Hernandez Anaya Ana Del Carmen
74. Hernandez Aran Agustina
75. Hernandez Aran Arcadia
76. Hernandez Cruz Agripina
77. Hernandez Cruz Maria Luisa
78. Hernandez Cruz Rosa Elena
79. Hernandez Diaz Quintina
80. Hernandez Hernandez Yolanda
81. Hernandez Meza Brenda
82. Hernandez Rosa Nelly
83. Hernandez Santiago Amparo
84. Isidro Torres Carolina
85. Jeronimo Cruz Aida
86. Jeronimo Zaleta Matilde
87. Lorenzo Rosas Rosa Elena
88. Loya Olmos Janet
89. Mar Cruz Elvira
90. Mar Meza Maria Felix
91. Mateos Vazquez Reyna
92. Maya Hernandez Enequilina
93. Maya Santiago Carmela
94. Meza Aran Guillermina
95. Meza Blanco Beatriz
96. Meza Blanco Mariana
97. Meza Cruz Imelda
98. Meza Cruz Maria Isabel
99. Meza Cruz Rosario
100. Meza Gallardo Leticia
101. Meza Gonzalez Doris
102. Meza Gonzalez Maximina
103. Meza Hernandez Blanca
104. Meza Hernandez Maria Del Pilar

## D33 - ESPOSAS DE LA COOPERATIVA REFORMA

### RETAIL & PROCESSING PLAINTIFFS

105.  Meza Juarez Dora Alicia
106.  Meza Juarez Jael
107.  Meza Juarez Rosa Irene
108.  Meza Sequera Melida
109.  Meza Sequra Lidia
110.  Ortiz Torres Margarita
111.  Perez Castellanos Lucia
112.  Perez Cobos Josefa
113.  Perez Juarez Carina
114.  Perez Zequera Esperanza
115.  Priante Castellanos Yolanda
116.  Reyes Mendoza Glafira
117.  Reyes Mendoza Guillermina
118.  Reyes Zaleta Maria Elizabeth
119.  Rodriguez Blanco Gudelia
120.  Rodriguez Guzman Martina
121.  Rodriguez Vera Martha Beatriz
122.  Rosales Lara Trinidad Armantina
123.  Salas Gonzalez Angela
124.  Salas Gonzalez Esperanza
125.  Salinas Blanco Alicia
126.  Santiago Maya Lola
127.  Sobrevilla Gonzalez Judit Arely
128.  Tiburcio Cruz Maria Nidia
129.  Torres Hernandez Martina
130.  Torres Meza Dalila
131.  Torres Meza Lura Maria
132.  Torres Meza Zobeida
133.  Velazquez Castellanos Minerva
134.  Velazquez Hernandez Sandra Luz
135.  Villasana Blanco Marcela
136.  Villasana Blanco Tomasa
137.  Zequera Perez Karla Lisbeth

## D34 - HIJOS DE SOCIOS DE LA COOPERATIVA REFORMA

### RETAIL & PROCESSING PLAINTIFFS

1.  Aran Castellanos Flavio
2.  Aran De La Cruz Francisco Javier
3.  Aran Gonzalez Alfredo
4.  Aran Gonzalez Jesus Antonio
5.  Aran Gonzalez Judith
6.  Aran Meza Fredy
7.  Aran Perez Ivan
8.  Blanco Castellanos Jose De Jesus
9.  Blanco Gonzalez Juan Ignacio
10. Blanco Meza Felipe
11. Castro Meza Cristian
12. Daniel Perez Casados
13. Gonzalez Espinoza Gonzalo
14. Gonzalez Meza Alizeth
15. Hernandez Gonzalez Everardo
16. Lopez Prianti Arturo
17. Mar Alejandre Jorge
18. Meza Aran Marcelina
19. Meza Blanco Jesus
20. Meza Blanco Maria Guadalupe
21. Meza Hernandez Reyner
22. Meza Lorenzo Ana Carina
23. Meza Salinas Santa Juana
24. Perez Casados Daniel
25. Salas Blanco Joel
26. Salinas Aran Karina
27. Salinas Aran Maricruz
28. Torres Hernandez Josefina
29. Velazquez Hernandez Juana
30. Villasana Cruz Alberto

## D35 - ESPOSAS DE SOCIOS DE OSTIONEROS DEL SUR CUCHARAS

### RETAIL & PROCESSING PLAINTIFFS

1.  Alarcon Hernandez Maria Guadalupe
2.  Barrios Olea Rafaela
3.  Barrios Ramirez Guadalupe
4.  Castro Hernandez Griselda
5.  Constantino Lorenzo Maria Martha
6.  Cruz Hernandez Fidencia
7.  Cruz Martir Benita
8.  Cruz Quiroz Laura Elena
9.  Cruz Salazar Maria Judith
10. Del Angel Vicencio Francisca
11. Estevez Constantino Maria Julia
12. Gallardo Cruz Jubentina
13. Gonzalez Cayetano Rosalinda
14. Gonzalez Santiago Sebastiana
15. Hernandez Valdez Benita
16. Marquez Bautista Blanca Aurora
17. Olares Martir Margarita
18. Olares Ramirez Genoveva
19. Palacios Priche Sonia
20. Prospero De La Vega Josefat
21. Reyes Francisco Guadalupe
22. Salas Rosete Carmela
23. Santiago y Santiago Margarita
24. Segura Garcia Maria Cristina
25. Valdez Cruz Maria Antonia
26. Valdez Del Angel Apolinaria
27. Zaleta Ortega Benita
28. Zaleta Salvador Guadalupe

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Aguilar Cruz Eva | 53. | Cruz Figon Virginia |
| 2. | Aldas Blanco Rocio | 54. | Cruz Franco Endina |
| 3. | Aldaz Becerra Amalia | 55. | Cruz Franco Lucila |
| 4. | Alejandre Garcia Yolanda | 56. | Cruz Gallardo Natalia |
| 5. | Alejandre Juarez Maria Del Rosario | 57. | Cruz Gomez Maria Katalina |
| 6. | Alejandre Ovando Adina | 58. | Cruz Gonzalez Juana |
| 7. | Angeles Mendez Alejandrina | 59. | Cruz Gonzalez Margarita |
| 8. | Anzures Bautista Yemilia | 60. | Cruz Gonzalez Nery |
| 9. | Aran Barrios Beatriz | 61. | Cruz Hernandez Carmela |
| 10. | Aran Cruz Angela | 62. | Cruz Hernandez Infra |
| 11. | Aran Cruz Guisela | 63. | Cruz Hernandez Rosa |
| 12. | Aran Martinez Rosa | 64. | Cruz Jerez Maribel |
| 13. | Aranda Cristobal Agustina | 65. | Cruz Meza Idolina |
| 14. | Barrios Garcia Carmen | 66. | Cruz Meza Rosa Elva |
| 15. | Bernabe Cruz Alejandrina | 67. | Cruz Perez Agustina |
| 16. | Blanco Cruz Benita | 68. | Cruz Ramirez Maria Antioca |
| 17. | Blanco Cruz Gabriel | 69. | Cruz Ramos Margarita |
| 18. | Blanco Cruz Martha Laura | 70. | Cruz Vazquez Maclovia |
| 19. | Blanco Cruz Rosaura | 71. | Cruz Villanueva Patricia |
| 20. | Blanco Hernandez Alejandra | 72. | Cruz Yanez Faustina |
| 21. | Campbell Ferral Alejandrina | 73. | Cruz Zamora Lorena |
| 22. | Capitan Malerva Elia Guadalupe | 74. | Cruz Zamora Magali |
| 23. | Carmona De La Cruz Agustina | 75. | Cruz Zamora Minerva |
| 24. | Casados Franco Rosalba | 76. | De La Cruz Felipe Leticia |
| 25. | Castillo Maya Juana | 77. | Del Angel Ferral Maricela |
| 26. | Castillo Maya Olivia | 78. | Del Angel Maya Celina |
| 27. | Castro Josefina | 79. | Del Angel Maya Olga |
| 28. | Castro Perez Rosa | 80. | Del Rio Cruz Josefa |
| 29. | Castro Perez Tita | 81. | Diaz Barrios Olga |
| 30. | Cepeda Meza Genoveva | 82. | Diaz Barrios Rufina |
| 31. | Cerafin Marquez Irene | 83. | Diaz Gomez Rosario |
| 32. | Ceron Cruz Sara | 84. | Diaz Gonzalez Isabel |
| 33. | Chavez Cruz Gaudencia | 85. | Diaz Juarez Irma |
| 34. | Cobos Cruz Herminia | 86. | Diaz Munoz Marina |
| 35. | Cobos Gerardo Elvia | 87. | Diaz Santiago Reynalda |
| 36. | Cobos Peralta Josefa | 88. | Dominguez Zaleta Maria Del Carmen |
| 37. | Constantino Cobos Norma Ayde | 89. | Escudero Reyes Florentina |
| 38. | Contreras Diego Maria Magdalena | 90. | Espinoza Macias Carmen |
| 39. | Coronado Martinez Ariana | 91. | Esteban Perez Lerma |
| 40. | Cruz Blanco Alejandra | 92. | Esteban Perez Maria De Lourdes |
| 41. | Cruz Blanco Hilaria | 93. | Esteban Rojas Miriam |
| 42. | Cruz Blanco Silvia | 94. | Evangelio Lopez Laura |
| 43. | Cruz Cruz Elvira | 95. | Fernandez Cruz Manuela |
| 44. | Cruz Cruz Enriqueta | 96. | Ferral Alvarado Ramona |
| 45. | Cruz Cruz Guadalupe | 97. | Ferral Cardenas Maria De Lourdes |
| 46. | Cruz Cruz Idolina | 98. | Ferral Castellanos Beatriz |
| 47. | Cruz Cruz Maria Del Rosario | 99. | Ferral Castellanos Maria Del Socorro |
| 48. | Cruz Cuervo Lucina | 100. | Ferral Castellanos Teresa |
| 49. | Cruz Cuervo Nora Elisa | 101. | Ferral Florencia Julia |
| 50. | Cruz Diaz Irene | 102. | Ferral Florencia Tules |
| 51. | Cruz Ferral Irma | 103. | Ferral Gonzalez Maribel |
| 52. | Cruz Figon Gloria | 104. | Ferral Hernandez Francisca |

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 105. | Figon Bautista Juana | 157. | Hernandez Mendez Leticia |
| 106. | Figon Perez Zaida | 158. | Hernandez Osorio Dalia |
| 107. | Florencia Espinoza Florinda | 159. | Hernandez Romero Leodora |
| 108. | Florencia Ramos Bruna Maria | 160. | Hernandez Rosas Elvira |
| 109. | Franco Cruz Alberta | 161. | Hernandez Vicencio Leonarda |
| 110. | Franco Cruz Lucila | 162. | Hernandez Vicencio Victoria |
| 111. | Franco Cruz Marisela | 163. | Isidro Cruz Piedad |
| 112. | Franco Cruz Victoria | 164. | Jerez Ramirez Jacinta |
| 113. | Galindo Barrios Migdalia | 165. | Juarez Franco Imelda |
| 114. | Gallardo Vicencio Julia | 166. | Juarez Juarez Griselda |
| 115. | Garcez Reyes Cleotilde | 167. | Juarez Perez Candelaria |
| 116. | Garces Reyes Dulce Maria | 168. | Lagos Florencia Nicasia |
| 117. | Garcia Aldana Graciela | 169. | Lorenzo Cruz Celia |
| 118. | Garcia Castillo Blanca Estela | 170. | Lorenzo Cruz Hermelinda |
| 119. | Garcia Espinoza Francisca | 171. | Lorenzo Cruz Noelia |
| 120. | Garcia Espinoza Marina | 172. | Macias Perez Lucia |
| 121. | Garcia Gonzalez Ignacia | 173. | Macias Sobrevilla Bernabe |
| 122. | Garcia Perez Adelaida | 174. | Mandujano Gomez Graciela |
| 123. | Garcia Santander Sandra | 175. | Mar Cruz Maribel |
| 124. | Garcia Zamora Maria Luisa | 176. | Mar Moreno Gregoria |
| 125. | Gaspar Gonzalez Maria Victoria | 177. | Martinez Aguilar Maria Carmina |
| 126. | Gomez Alvarado Norma | 178. | Martinez Cobos Margarita |
| 127. | Gomez Garcia Soledad | 179. | Martinez Diaz Ana |
| 128. | Gomez Juarez Maritza | 180. | Martinez Diaz Hilda |
| 129. | Gomez Rodriguez Victoria | 181. | Martinez Diaz Ninfa |
| 130. | Gonzalez Agustin Maria Elena | 182. | Martinez Esteban Alicia |
| 131. | Gonzalez Cruz Juana | 183. | Martinez Florencia Yolanda |
| 132. | Gonzalez Cruz Petra | 184. | Martinez Gonzalez Maria Del Carmen |
| 133. | Gonzalez Deantes Cira | 185. | Martinez Torres Antonia |
| 134. | Gonzalez Deantes Guadalupe | 186. | Martinez Torres Gloria |
| 135. | Gonzalez Hernandez Ofelia | 187. | Martinez Torres Lorenza |
| 136. | Gonzalez Hernandez Rocio | 188. | Mateos Pichardo Josefina |
| 137. | Gonzalez Merinos Angela | 189. | Maya Constantino Gloria |
| 138. | Gonzalez Meza Narmi | 190. | Maya Constantino Hilaria |
| 139. | Gonzalez Meza Paula | 191. | Maya Constantino Julia |
| 140. | Gonzalez Moron Margarita | 192. | Maya Gaspar Eviriza |
| 141. | Gonzalez Sanchez Alberta | 193. | Maya Reyes Sebastiana |
| 142. | Hernandez Aldana Eufemia | 194. | Maya Sobrevilla Maria |
| 143. | Hernandez Aldana Eugenia | 195. | Medina Santander Miriam |
| 144. | Hernandez Aldana Fidela | 196. | Mendez Blanco Rita |
| 145. | Hernandez Aldana Hermelinda | 197. | Mendez Hernandez Maria |
| 146. | Hernandez Aldana Raquel | 198. | Mendoza Del Rio Petra |
| 147. | Hernandez Casados Maria Rosalba | 199. | Mendoza Perez Rosalinda |
| 148. | Hernandez Dominguez Leticia | 200. | Meza Alejandre Agustina |
| 149. | Hernandez Dominguez Mercedes | 201. | Meza Blanco Ana Maria |
| 150. | Hernandez Gonzalez Guadalupe | 202. | Meza Cruz Gelacia |
| 151. | Hernandez Gonzalez Maria Del Carmen | 203. | Meza Franco Rosaura |
| 152. | Hernandez Gonzalez Martina | 204. | Meza Ramos Elena |
| 153. | Hernandez Hernandez Benita | 205. | Meza Ramos Elvia |
| 154. | Hernandez Hernandez Juana | 206. | Mogollon Roman Imelda |
| 155. | Hernandez Hernandez Leticia | 207. | Navarro Cabrera Margarita |
| 156. | Hernandez Lira Serafina | 208. | Nicasio Santiago Amalia |

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 209. | Nicolas Valdez Maria |
| 210. | Olmos Hernandez Obdulia |
| 211. | Ortega Florencia Regina |
| 212. | Perez Aldas Luzvina |
| 213. | Perez Dominguez Antonia |
| 214. | Perez Dominguez Susana |
| 215. | Perez Herandez Maria Magdalena |
| 216. | Perez Hernandez Norma Leticia |
| 217. | Perez Hernandez Sandra |
| 218. | Perez Hernandez Silvia |
| 219. | Perez Hernandez Valeria |
| 220. | Perez Isidro Amelia |
| 221. | Perez Isidro Reyna |
| 222. | Perez Lima Maximina |
| 223. | Perez Mendez Alma Delia |
| 224. | Perez Mendez Gloria |
| 225. | Perez Mendez Lorena |
| 226. | Perez Mendoza Virginia |
| 227. | Peyrani Reyes Jaqueline |
| 228. | Ponce Espinoza Agustina |
| 229. | Ramirez Alejandre Genoveva |
| 230. | Ramirez Valdez Maria De Jesus |
| 231. | Ramos Cruz Luz Maria |
| 232. | Ramos Cruz Margarita |
| 233. | Ramos Martinez Rocio |
| 234. | Reyes Delgado Rebeca |
| 235. | Reyes Diaz Sofia |
| 236. | Reyes Florencia Carmela |
| 237. | Reyes Garcia Alejandrina |
| 238. | Reyes Hernandez Felipa |
| 239. | Reyes Hernandez Josefina |
| 240. | Reyes Mendoza Aristea |
| 241. | Reyes Mendoza Maria Rossi |
| 242. | Reyes Ramirez Rosario |
| 243. | Reynosa Velazquez Margarita |
| 244. | Rivera Ferral Amada |
| 245. | Rivera Ferral Natalia |
| 246. | Rivera Zamora Martha Maria |
| 247. | Robio Lopez Ernestina |
| 248. | Rodriguez Agustin Maria Elena |
| 249. | Rodriguez Benavides Esther |
| 250. | Rodriguez Castellanos Blanca Esther |
| 251. | Rodriguez Castellanos Elvira |
| 252. | Rodriguez Cruz Yanet |
| 253. | Rodriguez Del Rio Cleotilde |
| 254. | Rodriguez Leandro Ana Maria |
| 255. | Rodriguez Roman Blanca Estela |
| 256. | Roman Arellanos Guadalupe |
| 257. | Roman Baron Elvia |
| 258. | Roman Martinez Silvia |
| 259. | Romero Yanez Emma |
| 260. | Rosas Amador Zoila |
| 261. | Rosas Blanco Neri |
| 262. | Rosas Hernandez Lidia |
| 263. | Rosas Segura Inez |
| 264. | Sanchez Cruz Cedina |
| 265. | Sanchez Diaz Rosa Martha |
| 266. | Sanchez Franco Etelvina |
| 267. | Sanchez Mendoza Concepcion |
| 268. | Sanchez Rafaela |
| 269. | Sanchez Rodriguez Celina |
| 270. | Santander Cruz Maria Del Carmen |
| 271. | Santander Hernandez Aurea |
| 272. | Santander Peralta Emma |
| 273. | Santander Peralta Julia |
| 274. | Santiago Sosa Irene |
| 275. | Sobrevilla Gallardo Elba |
| 276. | Sobrevilla Hernandez Candelaria |
| 277. | Sobrevilla Hernandez Filomena |
| 278. | Sosa Santos Juana |
| 279. | Tejeda Mendoza Graciela |
| 280. | Torres Cruz Fidencia |
| 281. | Trejo Santos Luz Adriana |
| 282. | Valdes Castro Loida |
| 283. | Vazquez Cruz Juana |
| 284. | Vazquez Cruz Reyna |
| 285. | Vicencio Blanco Concepcion |
| 286. | Vicencio Cruz Carmen |
| 287. | Vicencio Santiago Leticia |
| 288. | Villanueva Santiago Veronica |
| 289. | Villanueva Santiago Virginia |
| 290. | Villasana Guerrero Matias |
| 291. | Yanez Cruz Gregoria |
| 292. | Yanez Cruz Yolanda |
| 293. | Zamora Aguilar Ana Cary |
| 294. | Zamora Alejandre Amparo |
| 295. | Zamora Alejandre Silvia |
| 296. | Zamora Cruz Maura |
| 297. | Zamora Mercedes |
| 298. | Zamora Rosas Blanca Arcelia |
| 299. | Zamora Sanchez Irma |
| 300. | Zamora Sanchez Martina |
| 301. | Zavaleta Cruz Evangelina |

## D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Casanova Celerino
2. Alejandre Zamora Pablo Adrian
3. Aran Alarcon Anali
4. Aran Dominguez Milene
5. Aranda Cruz Anel
6. Aranda Garcia Adrian
7. Bautista Sanchez Juana
8. Capitan Malerva Pedro
9. Carballo Rivas Jesus Arturo
10. Casanova Cruz Viridiana
11. Casanova Morioka Carlos Daniel
12. Castillo Leyton Elsa Beatriz
13. Cobos Cruz Gustavo Adolfo
14. Cobos Gomez Luis Albereto
15. Copal Morales Porfiria
16. Cortez Jacinto Felipe
17. Cristobal Cruz Brenda Jazmin
18. Cruz Andrade Stephania
19. Cruz Castellanos Aofelia
20. Cruz Cobos Gerardo
21. Cruz Franco Jorge Luis
22. Cruz Gaspar Diego
23. Cruz Mendoza Jesus Alberto
24. Cruz Mogollon Julio Cesar
25. Cruz Nolasco Gladis Iveth
26. Cruz Ramos Fidencia
27. Del Valle Franco Beatriz
28. Delgado Aldana Jorge Armando
29. Delgado Delgado Jose Ines
30. Diaz Gonzalez Jazmin
31. Diaz Labias Julio Cesar
32. Dominguez Florencia Irving Alberto
33. Espinoza Vasquez Cesar Eusebio
34. Fajardo Allende Miguel Angel
35. Ferral Cobos Adrian
36. Ferral Hernandez Adalivia
37. Figon Castaneda Rosalba
38. Florencia Diaz Jonathan Santiago
39. Florencia Miranda Maura
40. Gallardo Cruz Miguelina
41. Gallardo Hernandez Josue
42. Garcia Blanco Yolanda
43. Garcia Cruz Francisco Javier
44. Garcia Hernandez Fabiola
45. Garcia Martinez Luis Fernando
46. Gomez Allende Manrique
47. Gomez Benavidez Hugo Enrique
48. Gomez Roman Mauricio
49. Gonzalez Aguilar Elideth
50. Gonzalez Blanco Daniel
51. Gonzalez Mar Julio Cesar
52. Gonzalez Meraz Jose Roberto
53. Hernandez Cruz Reyna Sorayda
54. Hernandez Garcia Adilene
55. Hernandez Garcia Cecilia
56. Hernandez Garcia Maria Del Rosario
57. Hernandez Hernandez Clara
58. Hernandez Martinez Monica Elizabeth
59. Hernandez Reyes Ana Karen
60. Hernandez Sanchez Gaudencio
61. Huerta Gomez Cristina
62. Ibarra Sequera Malu Guadalupe
63. Juarez Roman Mariela
64. Lopez Alejandre Cesar Eduardo
65. Lopez Aran Erik Daniel
66. Mar Hernandez Diego Armando
67. Mar Ochoa Irma Evelia
68. Mar Reyes Nadia Leny
69. Marquez Escudero Rosendo
70. Martinez Cruz Juan Angel
71. Martinez Ramos Gladys Isabel
72. Martinez Valdez Gabriel
73. Martinez Valdez Petra
74. Martir Macias Neyeli
75. Maya Gutierrez Gerardo Agustin
76. Mendoza Cruz Elizabeth
77. Meraz Hernandez Patricia
78. Meraz Osorio Jose Alberto
79. Meza Maya Juan Alberto
80. Nolasco Gallardo Rubi
81. Nolasco Gomez Jose Antonio
82. Nolasco Ramirez Reynaldo
83. Nolasco Roman Lucio Jonathan
84. Nunez Garcia Honario
85. Nunez Saldana Avelina
86. Ortega Cruz Catalina
87. Ortega Gomez Jose
88. Ortega Ramirez Jose
89. Perez Roman Francisco
90. Ponce Loya Martin
91. Ramirez Acosta Adriana
92. Ramirez Cruz Teodoro
93. Ramirez Martinez Armando
94. Ramirez Perez Erik Alberto
95. Ramirez Ramirez Monserrat
96. Ramos Aranda Yaneth
97. Ramos Garcia Jorge Alberto
98. Rangel Aran Francisco
99. Rangel Hernandez David
100. Reyes Acosta Jose Alfredo
101. Reyes Garcia Julian Ezequiel
102. Reyes Mendoza Esmeralda
103. Reyes Perez Hector
104. Reyes Perez Jose Arnoldo

**D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

| | |
|---|---|
| 105. Reyes Reyes Martha Socorro | 120. Santander Aguilar Lizbeth |
| 106. Reyes Roman Rita | 121. Santander Lara Miguel Angel |
| 107. Reyes Villasana Eliceo Genaro | 122. Sobrevilla Constantino Julio Cesar |
| 108. Rodriguez Garcia Pedro | 123. Sobrevilla Garcia Angel |
| 109. Rodriguez Garcia Raul | 124. Sobrevilla Saldana Lucero |
| 110. Rodriguez Ovando Juan Diego | 125. Torres Isidro Rafaela |
| 111. Roman Baron Maximiliano | 126. Vazquez Ramirez Balvina |
| 112. Roman Benavides Arturo | 127. Velasquez Maya Victorino |
| 113. Roman Canales Liliana | 128. Velazquez Mogollon Elena |
| 114. Roman Nolasco Reynaldo Abraham | 129. Vicencio Hernandez Julio Cesar |
| 115. Roman Soto Carlos Octavio | 130. Vicencio Leyton Mario Alberto |
| 116. Rosas Garcia Maria Victoria | 131. Vicencio Reyes Jose Luis |
| 117. Salas Gonzalez Luis Benito | 132. Zamora Martinez Luis Manuel |
| 118. Salas Mendoza Manuel Alexis | 133. Zamora Mendoza Terecita De Jesus |
| 119. Saldana Granillo Patricia | |

## D38 - HIJOS DE SOCIOS DE LA COOPERATIVA DE RIVERA DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

1. Arteaga Cruz Juana Margarita
2. Arteaga Gonzalez Luis Enrique
3. Arteaga Morales Maria Guadalupe
4. Arteaga Ortega Juana Maria
5. Barrios San Juan Luis Damian
6. Bautista Segura Maleny Lizbeth
7. Blanco Cruz Santos Narciso
8. Casanova Reyes Vania
9. Castillo Maya Victor Eduardo
10. Castro Carvajal Jixi Jael
11. Castro Carvajal Obed
12. Castro Jonguitud Irma
13. Castro Olares Lizy Simey
14. Constantino Castro Diana Radai
15. Constantino Castro Joel
16. Constantino Castro Sibia Heldai
17. Constantino Salas Eliel
18. Coronado Arteaga Jose Omar
19. Coronado Roman Beisy Iriaveth
20. Cruz Blanco Ana Victoria
21. Cruz Cayetano Ana Betsua
22. Cruz Cayetano Sua Palmira
23. Cruz Constantino Hogla
24. Cruz Cruz Ana Luisa
25. Cruz Cruz Mercedez Ivan
26. Cruz del Angel Maricarmen
27. Cruz Herrera Oliverio
28. Cruz Martir Gumara
29. Cruz Mendoza Esther
30. Cruz Ortega Amisadai
31. Del Angel Valdez Magaali
32. Delfin Cruz Brenda
33. Duran Martinez Jorge Luis
34. Estevan Sanchez Jonathan
35. Estevan Sanchez Selosmith
36. Florencia Cayetano Andres
37. Florencia Cayetano Ibsan
38. Flores Cruz Joab
39. Flores Cruz Yeremai
40. Flores Mar Levit
41. Flores Olares Abisai
42. Flores Valdez Maria Magdalena
43. Garcia Acosta Luis Miguel
44. Garcia Cruz Querem Jochabed
45. Garcia Valdez Becsani
46. Gonzalez Arteaga Elida Natali
47. Gonzalez Arteaga Griselda
48. Gonzalez Santiago Baldomero
49. Hernandez Caballero David
50. Hernandez de la Cruz Juan Antonio
51. Hernandez Gonzalez Jose Hilario
52. Lopez Gonzalez Hazarel
53. Lopez Palacios Josue
54. Mar Perez Roberto
55. Martinez Dorales Andres de Jesus
56. Martinez Gonzalez Alejandro Anibal
57. Martinez Maldonado Adriana
58. Ochoa Lejarza Oswaldo Rodrigo
59. Olares Valdes Jorge Alfredo
60. Ortega Villalobos Gustavo
61. Perez Mascarenas Maria De Lourdes
62. Pineiro Artuga Jose Eduardo
63. Pineiro Cruz Adrian
64. Pineiro Figueroa Judith
65. Pineiro Figueroa Magdalena
66. Pineiro Gonzalez Etren
67. Polito Meza Ulises Margarito
68. Ramirez Castro Jogli Juda
69. Ramirez Castro Sunem Palmira
70. Ramirez Estevez Oscar Eric
71. Ramirez Hernandez Marlen
72. Ramirez Perez Juan Jose
73. Ramirez Perez Yesica Lorena
74. Reyes Pineiro Julieta
75. Roman Gonzalez Rosendo
76. Roman Hernandez Juan De Dios
77. Romulo Hernandez Divina Guadalupe
78. Romulo Perez Alberto
79. Ruiz Bautista Rosalia
80. Ruiz Mellado Nataly
81. Sanchez Tiburcio Daniel Alejandro
82. Tiburcio Ramos Miguel Angel
83. Valdez Cruz Samir
84. Vazquez Soto Benito Alexandre
85. Villar Gonzalez Alma Araceli
86. Villar Reyes Sandra Edith

## D39 - ESPOSAS Y HIJOS DE LA COOPERATIVA PRODUCTORES Y PESCADORES DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1. Aran Rosas Eduarda
2. Benitez Cardenas Raul
3. Cardenas Garcia Arminda
4. Casados Casados Rosa Estela
5. Casados Martinez Diana Amparo
6. Casados Meza Gumercinda
7. Castro Cruz Maria Esmeralda
8. Castro Ramirez Maria Minerva
9. Cobarruvias Meza Marina
10. Constantino Zequera Juana
11. Cordova Sabaleta Aida
12. Cordoba Zavaleta Guillermina
13. Del Angel Constantino Adalberto
14. Francisco Hernandez Olivia
15. Francisco Magdaleno Serafina
16. Geronimo Gonzalez Maria Candelaria
17. Gonzalez Meza Joaquina
18. Hernandez Peralta Gavina
19. Jeronimo Zaleta Amelia
20. Lugo Del Angel Felix
21. Mar Salinas Virginia
22. Meza Gurrero Fatima
23. Mora Valdez Aurelio
24. Perez Cruz Basilia
25. Perez Zequera Antonia
26. Rocha Medina Marlen
27. Rosales Alvarez Genoveva
28. Solis Cruz Eva
29. Sosa Gonzalez Evelia
30. Sosa Gonzales Maria De Jesus
31. Sosa Sequera Roxana Denis
32. Torres Cordoba Francisco
33. Zequera Casados Hermila
34. Zequera Castro Anabel

## D40 - ESPOSAS Y HIJOS DE SOCIOS DE LA COOPERATIVA
## LA AURORA BARRA DE CAZONES

### RETAIL & PROCESSING PLAINTIFFS

1.  Alejandrez Diego Santina
2.  Arias Valdez Margarita
3.  Barragan Garcia Amelia
4.  Barragan Garcia Eustolia
5.  Barragan Guerra Miriam
6.  Barragan Santiago Ana Laura
7.  Barragan Santiago Jairo Abraham
8.  Butron Torres Froylan Brayan
9.  Castelan Bautista Sara
10. Cruz Velazquez Iracema
11. Diego Bautista Bernardino
12. Diego Perez Maximina
13. Fuentes Guzman Valentin
14. Garcia Garces Angel
15. Garcia Luna Angelica
16. Garcia Olarte Lorenza
17. Garcia Ramirez Bernardina
18. Garcia Sanchez Maria Elena
19. Gonzalez Lopez Zurysaday
20. Gonzalez Ortega Guadalipe
21. Guerra Reyes Julia
22. Guerra Reyes Margarita
23. Hernandez Baez Yuridia Elizabeth
24. Hernandez Ramirez Gloria
25. Hernandez Ramirez Lucrecia
26. Herrera Moreno Juan Jose
27. Moreno Butron Fernando
28. Moreno Garcia Dario
29. Moreno Garcia Juana
30. Moreno Garcia Sarai
31. Moreno Juarez Alejandrina
32. Moreno Santiago Amalia
33. Moreno Santiago Gerardo
34. Ortega Montiel Cirila Damiana
35. Perez Ramirez Sofia
36. Ramirez Aquino Aileen
37. Reyes Ramirez Daria
38. Santes Hernandez Rubi Elia
39. Santiago Barragan Alma Delia
40. Santiago Barragan Sandra Luz
41. Santiago Hernandez Enrique Uriel
42. Santiago Hernandez Leonor
43. Santiago Hernandez Maricruz
44. Santiago Perez Tiburcia
45. Torres Gonzalez Maria De Los Angeles

## D41 – RESTAURANTE VERACRUZANO TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

1. Franco Gomez Maria Eugenia
2. Ramos Carranza Maricela
3. Ramos Carranza Ninfa Noemi
4. Sosa Capitan Rosalia
5. Valdez Navarro Marco Antonio

**D42 – GRUPO LIBRE LA CHAVELITA JOSE LUIS PEREZ CRUZ**

**RETAIL & PROCESSING PLAINTIFFS**

1.   Hidalgo Rodriguez Ada Itzel
2.   Perez Valdez Yurima

## D43 – HIJOS DE SOCIOS DE CONGREGACION ANAHUAC

## RETAIL & PROCESSING PLAINTIFFS

1.    Bautista Mateos Israel
2.    Carballo Blanco Mara
3.    Guerrero Lopez Edgar Edmundo
4.    Herrera Delgado Araceli
5.    Lopez Gomez Juan Fidel
6.    Martinez Hernandez Nancy Iveth
7.    Ollervidez Perez Edman
8.    Porras Valenzuela Alva
9.    Valenzuela Carballo Bertha Alicia

**D44 – ESPOSAS DE SOCIOS DE CONGREGACION ANAHUAC**

**RETAIL & PROCESSING PLAINTIFFS**

1. Alarcon Hernandez Liliana
2. Aquino Macias Adriana
3. Bautista Rucoba Aurelia
4. Castellanos    Bautista    Christian Yuliana
5. Delgado Martinez Juana
6. Galvan Santiago Nazaria
7. Guerrero Alonso Yazmin Yarely
8. Hernandez Malaquias Elisa
9. Herrera Campos Areli
10. Herrera Michicol Elvia
11. Lopez Florencia Maria Dolores
12. Martir Cruz Dalila Janette
13. Mateos Trejo Alicia
14. Morales Garcia Guadalupe
15. Saldana Cruz Nidia
16. Saldana Cruz Yoana Isela
17. Sanchez Morales Nelly Fabiola
18. Silva Delgado Rosa Elena

**D45 – ESPOSAS DE SOCIOS DE LIBRES DE LA COOPERATIVA DE LAS CHACAS**

**RETAIL & PROCESSING PLAINTIFFS**

1. Aguilar Maya Edna Elainy
2. Callejas Rivera Silvia
3. Casanova Maya Maria Cristina
4. Cruz Marquez Rosalina
5. Cruz Ravise Irma Edith
6. Cruz Saldana Concepcion
7. Espinoza Gallardo Nora Hilda
8. Garcia Garcia Maria Antonia
9. Gonsales Gonsales Rosa
10. Maldonado Vargas Aracely Guadalupe
11. Martinez Francisco Santa
12. Maya Gonsalez Rosa Elena
13. Maya Perez Olga Lidia
14. Mendoza Hernandez Ana Bertha
15. Mendoza Hernandez Brizeida Denisse
16. Nolasco Solis Carolina
17. Ordones Bautista Petra
18. Osorio Reyes Bertha
19. Perez Jimenez Jessica
20. Quinto Hernandez Nora Alicia
21. Salvador Alejandre Maria de los Angeles
22. Torres Morales Catalina

## D46 - ESPOSAS DE LA COOPERATIVA OSTIONEROS DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1. Casados Aran Ana Celia
2. Aran Casados Maria Elena
3. Aran Zaleta Maria Del Pilar
4. Barraza Galindo Magdalena
5. Benites Aran Casimira
6. Blanco Martinez Luisa
7. Casados Aran Reyna
8. Casados Casados Maria Ines
9. Casados Contreras Araceli
10. Casanova Mesano Yolanda
11. Cassanova Sosa Eucebia
12. Castellanos Valdez Rocio
13. Castillo Marquez Viviana
14. Castro Sosa Crecencia
15. Clemente Hernandez Aucencia
16. Constantino Zequera Nelly
17. Constantino Zequera Silvia
18. Cruz Cruz Primitiva
19. Cruz Dominguez Lucia
20. Cruz Geronimo Justina
21. Cruz Lorenzo Francisca
22. Cruz Meza Felipa Ariadne
23. Cruz Torres Anel Celina
24. Cruz Valdez Rosa Iveth
25. Cruz Vargas Victoria
26. Del Angel Castro Maria Cristina
27. Del Angel Ramirez Petra
28. Diaz Hernandez Infra
29. Espinoza Gallardo Erika Fabiola
30. Espinoza Salas Rosa Hilda
31. Gallardo Dominguez Maria Josefa
32. Gallardo Eligio Nancy
33. Garces Aran Raquel
34. Garcia Delgado Inocencia
35. Gomez Perez Blanca
36. Gonsalez Salinas Mariela Iveth
37. Hernandez Castillo Flor
38. Hernandez Maria Apolinar
39. Hernandez Meza Martha Elena
40. Hernandez Torres Isabel
41. Hernandez Valeriano Esperanza
42. Jeronimo Zaleta Balbina
43. Juerez Garcia Cornelia
44. Lara Salinas Luz
45. Lee Castro Veronica
46. Lopez Meza Armida
47. Mar Cruz Josefina
48. Mar Lara Luz Ether
49. Mar Salinas Felicitas
50. Martines Juarez Ana Bertha
51. Martinez Gerardo Delfina
52. Martinez Juarez Hortencia
53. Mendo Ortiz Ebdulia
54. Meza Hernandez Elder
55. Meza Hernandez Micaela
56. Meza Ruiz Felipa
57. Olmos Pepe Natividad
58. Olvera Huerta Ruth
59. Peralta Aran Maria Luisa
60. Perez Ribera Alma Nelly
61. Ramirez Rosas Margarita
62. Reyes Salinas Coral
63. Reyes Santiago Andrea
64. Rodriguez Rosas Esperanza
65. Ruiz Casados Nora Edit
66. Ruiz Maria De Refugio
67. Ruiz Zavala Modesta
68. Salas Juarez Maria
69. Salas Pazaron Isidra
70. Sanchez Cruz Edit Silvia
71. Santiago Flores Jovita
72. Torres Cruz Guadalupe
73. Torres Santos Honoria
74. Valdez Meza Raymunda
75. Zaleta Espinoza Soledad
76. Zaleta Rosas Pilar
77. Zaquera Casados Catalina

## D47 – HIJOS DE LA COOPERATIVA OSTIONEROS DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1.   Aran Aran Flor Piedad
2.   Aran Cruz Raymundo
3.   Aran Hernandez Nestor
4.   Aran Lopez Hipolita
5.   Aran Mar Maria Luisa
6.   Aran Olvera Ana Ruth
7.   Aran Zaleta Arturo
8.   Baena Jeronimo Jose Luis
9.   Bautista Blanco Maria Del Socorro
10.  Bautista Blanco Maria Elena
11.  Bautista Blanco Martha
12.  Bautista Hernandez Jose Alberto
13.  Bautista Ramirez Teresa De Jesus
14.  Casados Cobos Sabino
15.  Casados Reyes Celia
16.  Castro Sosa Julia
17.  Cobarrubias Meza Marina
18.  Constantino Zaleta Jaime
19.  Cruz Cruz Ines
20.  Cruz Salvados Juana
21.  Del Angel Espinoza Sain Eduardo
22.  Flores Castro Aurelio
23.  Flores Gonzalez Sergio Ignacio
24.  Flores Palomares Mario De Jesus
25.  Galindo Garcia Teodora
26.  Hernandez Cruz Isuara
27.  Hernandez Del Angel Susana
28.  Hernandez Diaz Jose Luis
29.  Hernandez Torres Ines
30.  Jeronimo Garces Gabriel
31.  Juarez Mar Cesar Juan
32.  Lopez Mellado Sonia
33.  Lopez Zequera Paola Edith
34.  Lugo Flores Galdino
35.  Mar Casados Jesus Salvador
36.  Mar Constantino Nayeli
37.  Mar Olmos Maricela
38.  Mar Salinas Griselda
39.  Mar Santiago Julia
40.  Mar Torres Ana Juliana
41.  Martinez Gonzalez Maria Elena
42.  Martinez Juarez Jose Tomas
43.  Mora Lorenzo Arisbeth
44.  Mora Lugo Yessica
45.  Narvaez Francisco Alejandra
46.  Narvaez Mar Irving Alejandro
47.  Palomares Meza Mauricio
48.  Perez Gallardo Margarita
49.  Reyes Ruiz Paulina
50.  Rodriguez Ruiz Juana Maria
51.  Ruiz Casados Inocencia
52.  Ruiz Valdez Julio Cesar
53.  Salas Juerez Ramona
54.  Santiago Cruz Jorge Adrian
55.  Santiago Flores Ricarda
56.  Santiago Flores Victoria
57.  Torres Casados Vanessa
58.  Torres Clemente Alma Delia
59.  Torres Cruz Rosa Elena
60.  Torres Meza Gabriela Alejandra

## D48 – HIJOS DE LA COOPERATIVA LAS CHACAS

### RETAIL & PROCESSING PLAINTIFFS

1.    Callejas Cruz Jose Manuel
2.    Cruz Torres Cristian
3.    De La Rosa Garcia Neftali
4.    Fernandez Mendoza Luis Alejandro
5.    Garcia Osorio Maximino
6.    Garcia Telles Miguel Angel
7.    Maldonado Martinez Daniel
8.    Martinez Ordonez Jose Melquiades
9.    Molar Gonsalez Roberto
10.   Ortega Quinto Wendi Nayeli
11.   Rodriguez Cruz Jair Obed
12.   Tellez Cruz Rodolfo
13.   Valencia Callejas Miguel

## D49 – DESPICADORAS DE LAS CHACAS

### RETAIL & PROCESSING PLAINTIFFS

1. Aniceto Veronica
2. Bautista Castan Maura
3. Cardenas Garces Petra
4. Cipriano Guadalipe
5. Cruz Martinez Salustria
6. Delgado Gonzalez Yamilet
7. Flores Bertha
8. Gamez Ravete Glafira
9. Gonzalez Angelica
10. Gonzalez Elvia
11. Gonzalez Moreno Maria De La Luz
12. Hernandez Yuzeimy Estefania
13. Medina Gonzalez Maria Cristina
14. Noguera Gonzalez Cesia Karen
15. Olivares Garcia Aurelia
16. Ortiz Ortiz Hermelinda
17. Palacios Deysa Alicia
18. Perez Torres Ciria
19. Quezada Gamez Emilia
20. Reyes Hernandez Amparo
21. Reyes Vazquez Teodora
22. Rodriguez Banda Ana Martina
23. Valdez Blanco Dora Luz

## D50 – COMPRAVENTA DEL MERCADO DE TUXPAN

## RETAIL & PROCESSING PLAINTIFFS

1.    Baltazar Carballo Evelia
2.    Baltazar Carballo Javier
3.    Butron Carballo Gregorio
4.    Escudero Santos Vicenta
5.    Gallardo Torres Mariano
6.    Gomez Alvarado Jose Luis
7.    Hernandez Castan Pedro
8.    Hernandez Ramirez Miguel
9.    Herrera Gonzalez Marissa
10.   Juarez Ramirez Juan Antonio
11.   Lopez Cruz Felix
12.   Marcelino Maya Roberto
13.   Ramirez Hernandez Eva Luz
14.   Rostro Anzurez Miguel Angel
15.   Salas Martinez Primitiva

# EXHIBIT "E"

## GRUPO PESCADORES LIBRES ARTEMIO ARAN, ET AL

## "INDEPENDENT FISHERMAN PLAINTIFFS"

| | | |
|---|---|---|
| 1. | Grupo Pescadores Libres Artemio Aran | 29 Plaintiffs |
| 2. | Pescadores de la Encendada de los Higueros Artemio Aran | 62 Plaintiffs |
| 3. | Libres de Congregacion la Reforma Artemio Aran | 113 Plaintiffs |
| 4. | Pescadores Libres de Tanochin Artemio Aran | 13 Plaintiffs |
| 5. | Pescadores Libres de Tierra y Libertad Artemio Aran | 64 Plaintiffs |
| 6. | Pescadores Mamey Pozo Dos Bocas Artemio Aran | 41 Plaintiffs |
| 7. | Libres de San Luciano Artemio Aran | 39 Plaintiffs |
| 8. | Pescadores Libres de la Mata Norberto Hernández | 69 Plaintiffs |
| 9. | Libres de Cabo Rojo Nelson Delgado Mendoza | 52 Plaintiffs |
| 10. | Pescadores Libres de la Rivera de Tampico Eduardo | 184 Plaintiffs |
| 11. | Libres de las Piedras Tamalin Camilo Perez Castro | 28 Plaintiffs |
| 12. | Pescadores Libres de Morales de Cabo Rojo | 117 Plaintiffs |
| 13. | Pescadores Libres de Cabo Rojito Abad | 52 Plaintiffs |
| 14. | Pescadores Libres de la Restinga | 71 Plaintiffs |
| 15. | Pescadores Libres de la Majahua Reynaldo Castro | 53 Plaintiffs |
| 16. | Pescadores Libres de la Isla de Juan A. Ramirez | 128 Plaintiffs |
| 17. | Libres de Cucharitas 2 Guillermina Castro | 105 Plaintiffs |
| 18. | Libres de Tamiahua Pablo E. Zamora Sanchez | 823 Plaintiffs |
| 19. | Pescadores Libres Soc. Coop. Aurora Barra de Cazones | 21 Plaintiffs |
| 20. | Grupo de Pescadores Libres Guillermina Hernandez | 29 Plaintiffs |
| 21. | Pescadores Libres Ostioneros del Sur | 63 Plaintiffs |
| 22. | Pescadores Libres y Fileteras Claudio Cruz Flores | 39 Plaintiffs |
| 23. | Pescadores Libres de la Soc. Coop. San Andres | 21 Plaintiffs |
| 24. | Pescadores Libres de la Coop de Tamiahua (Included in D-24) | 0 Plaintiffs |
| 25. | Pescadores Libres de la Reforma Fernando Meza Torres | 41 Plaintiffs |
| 26. | Grupo de Libres de Saladero Artemio Aran | 199 Plaintiffs |
| 27. | Pescadores Libres de la Riverita Artemio Aran | 49 Plaintiffs |
| 28. | Grupo de Pescadores Fileteros Chavelita | 47 Plaintiffs |
| 29. | Pescador Libre de Ciudad Madero Tamaulipas | 1 Plaintiffs |
| 30. | Pescadores Libres de Congregacion Anahuac Gerson | 13 Plaintiffs |
| 31. | Pescadores Libres del Puerto de Tuxpan | 123 Plaintiffs |
| 32. | Congregacion La Reforma | 54 Plaintiffs |

## E1 - GRUPO PESCADORES LIBRES ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1   Alejandre Antonio Eufracio
2   Antonio Santiago Carmelo Francisco
3   Antonio Santiago Javier Isaias
4   Antonio Santiago Mauricio
5   Blanco Ortega Jorge
6   Chavez Casados Edgar Valentin
7   Corona Acosta Enrique
8   Cruz Montecino Jadiel
9   Enriquez Flores Gamaliel
10  Flores Hernandez Benjamin
11  Galindo Hernandez Jose Luis
12  Gonzalez Flores Asiel Saday
13  Gonzalez Santiago Raul
14  Hernandez Guadalupe Francisco
15  Hernandez Hernandez Doroteo
16  Hernandez Hernandez Gregorio
17  Hernandez Hernandez Jose Francisco
18  Hernandez Hernandez Valente
19  Hernandez Rufino
20  Hernandez Segura Nestor Ivan
21  Herrera Mendez Jorge
22  Juarez Aquino Apolinar
23  Juarez Aquino Ivan
24  Juarez Aquino Renso
25  Linche Blanco Manuel
26  Martir Garcia Natanael
27  Martir Gonzalez Gaston
28  Mendiza Loaiza Mardonio
29  Segura Garcia Crisosoforo

## E2 - PESCADORES DE LA ENCENDADA DE LOS HIGUEROS ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Bautista Bautista Isaias | 44 | Reyes Cruz Alvaro Ivan |
| 2 | Bautista Bautista Omar | 45 | Reyes Cruz Javier |
| 3 | Bautista Blanco Clemente | 46 | Rosas Salas Ezequiel |
| 4 | Bautista Blanco Delfino | 47 | Rosas Salas Irineo |
| 5 | Bautista Blanco Saturnino | 48 | Rosas Salas Jose |
| 6 | Bautista Cruz Valentin | 49 | Salas Cruz Jose Alfredo |
| 7 | Bautista Mendez Samuel | 50 | Salas Juarez Aniceto |
| 8 | Bautista Olarte Edgar | 51 | Salas Juarez Genaro |
| 9 | Casados Aguilar Elson Jaciel | 52 | Salinas Vite Jesus David |
| 10 | Casados Cruz Adolfo | 53 | Sanchez Ramiro Ramon |
| 11 | Casados Cruz Ancelin | 54 | Sanchez Ramiro Santos |
| 12 | Casados Cruz Gumercindo | 55 | Santiago Cruz Luz Areli |
| 13 | Casados Cruz Jaime | 56 | Silverio Andres Cruz |
| 14 | Casados Santiago Alonso | 57 | Silverio Garcia Alejo |
| 15 | Casanova Del Angel Cruz | 58 | Silverio Garcia Domingo |
| 16 | Castallanos Rosas Ernesto | 59 | Silverio Garcia Nicolas |
| 17 | Corona Casados Pedro | 60 | Silverio Garcia Ricardo |
| 18 | Cruz Bautista Orlando | 61 | Villa Prado Romualdo |
| 19 | Cruz Bautista Rogelio | 62 | Vite Diaz Rosalba |
| 20 | Cruz Blanco Francisco | | |
| 21 | Cruz Cruz Melquiades | | |
| 22 | Cruz Cruz Pedro | | |
| 23 | Cruz Hernandez Miguel | | |
| 24 | Del Angel Ramirez Manuel Angel | | |
| 25 | Flores Basilio Antonio | | |
| 26 | Flores Hernandez Artemio | | |
| 27 | Gonzalez Bautista Jose Arturo | | |
| 28 | Hernandez Geronimo Eucebio | | |
| 29 | Hernandez Geronimo Gabino | | |
| 30 | Hernandez Geronimo Benjamin | | |
| 31 | Hernandez Merinos Jose | | |
| 32 | Hernandez Merinos Juan | | |
| 33 | Hernandez Torres Raul | | |
| 34 | Loyo Bautista Carlos Antonio | | |
| 35 | Loyo Cruz Carlos | | |
| 36 | Neri Chavez Francisco | | |
| 37 | Olarte Vazquez Antonio | | |
| 38 | Olarte Vazquez Marco Antonio | | |
| 39 | Ramiro Cruz Juan | | |
| 40 | Ramiro Cruz Lorenzo | | |
| 41 | Ramiro Cruz Raymundo | | |
| 42 | Ramiro Cruz Ricardo | | |
| 43 | Reyes Cruz Alvaro | | |

## E3 - LIBRES DE CONGREGACION LA REFORMA ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Blanco Angelica
2. Aran Cruz Artemio
3. Aran Cruz Ociel
4. Aran Mar Alejandro
5. Aran Salinas Amalia
6. Aran Salinas Maura
7. Aran Salinas Rocio
8. Benitez Mar Rosa Elena
9. Blanco Aran Dolores
10. Blanco Aran Hermelinda
11. Blanco Aran Rafaela
12. Blanco Hernandez Tomas
13. Cardenas Garces Laura
14. Casados Aran Emma
15. Castellanos Villasana Isabel
16. Castellanos Villazana Ricardo
17. Castro Aran Mario
18. Castro Gallardo Agripino
19. Castro Hernandez Paula
20. Cobos Juarez Guillermo
21. Cruz Aran Daniela
22. Cruz Cruz Enedina
23. Cruz Felipe Antonio
24. Cruz Hernandez Martin
25. Cruz Meza Fidel
26. Cruz Torres Ignacia Jazmin
27. Cruz Vargas Herminio
28. Cruz Vargas Leonicia
29. Cruz Vargas Luciana
30. Cruz Villanueva Gabriel
31. Cruz Villanueva Irma
32. Cruz Villanueva Jose Emilio
33. Cruz Villanueva Juan Moises
34. De La Cruz Alejandro
35. De La Cruz Cruz Eugenio
36. De La Cruz Cruz Secundina
37. De La Cruz Felipe Antonio
38. De La Cruz Flores Eucebia
39. De La Cruz Hernandez Valentin
40. Francisco Fajardo Griselda
41. Gallardo Bautista Francisco Javier
42. Gallardo Olivares Ederth Javier
43. Garcia Casanova Ernesto
44. Garcia Salas Manuela
45. Gaspar Chavez Tomasa
46. Gil Cruz Crecencio
47. Gil Pasaron Jose
48. Gonzalez Aran Armando
49. Gonzalez Aran Luis
50. Gonzalez Aran Sandra Luz
51. Gonzalez Blanco Anahi
52. Gonzalez Cruz Sergio
53. Gonzalez Gonzalez German
54. Gonzalez Gonzalez Leticia
55. Gonzalez Gonzalez Primitivo
56. Gonzalez Morales Gabriela
57. Gonzalez Rodriguez Eraclio
58. Henandez Blanco Leonel
59. Hernandez Angelica
60. Hernandez Aran Gabino
61. Hernandez Aran Guadalupe
62. Hernandez Diaz Aurelio
63. Hernandez Ruiz Maria Del Carmen
64. Hernandez Salvador Florentino
65. Idelfonso De La Cruz Agripino
66. Juarez Cobos Silveria
67. Mar Gallardo Martin
68. Martinez Gaspar Braulio
69. Martinez Hernandez Cesar
70. Martinez Santiago Felipe
71. Maya Meza Francisco Javier
72. Maya Perez Gilberto
73. Maya Perez Hector
74. Meza Cruz Carlos
75. Meza Del Angel Albertha
76. Meza Francisco Ricardo De Jesus
77. Meza Gallardo Heriberto
78. Meza Hernandez Roberto
79. Meza Salinas Roberta
80. Meza Torres Gabriel Guadalupe
81. Meza Torres Maria Felix
82. Meza Torres Maria Silvia
83. Meza Torres Veronica
84. Olarte Cruz Concepcion
85. Olmos Gil Anay
86. Pasaron Juarez Eucaria

## E3 - LIBRES DE CONGREGACION LA REFORMA ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

87. Perez Gonzalez Brigido
88. Ramirez Fonseca Silvilu
89. Ramirez Santiago Esther
90. Reyes Delgado Fermina
91. Reyes Hernandez Maria Victoria
92. Reyes Meza Gregoria
93. Rodriguez Blanco Elodia
94. Salas Gonzalez Beatriz
95. Salvador Cruz Diego
96. Salvador De La Cruz Procoro
97. Santiago De La Cruz Alejandro
98. Santiago De La Cruz Gabriel
99. Santiago De La Cruz Juan Jose
100. Santiago De La Cruz Luis Enrique
101. Santiago Martinez Abundio
102. Santiago Tranquilino Gabriel
103. Santiago Tranquilino Juan
104. Sobrevilla Perez Clara Rosa
105. Torres Reyes Juana
106. Vargas Gonzalez Elena
107. Vazquez Collazo Silvia
108. Velazquez Castellanos Leobardo
109. Velazquez Castellanos Sofia
110. Villasana Cruz Elfego
111. Villazana Blanco Adela
112. Villazana Cruz Benita
113. Villazana Cruz Maribel

## E4 - TANOCHIN ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1.  Cobos Cruz Enrique
2.  Cobos Cuervo Hugo
3.  Gallardo Olmos Candelario
4.  Gallardo Olmos Gabino
5.  Gallardo Olmos Raymundo
6.  Hernandez Olmos Eleuteria
7.  Martinez Aguilar Victor
8.  Meza Sequera Delfina
9.  Olmos Salas Herlinda
10. Rodriguez Meza Paula
11. Santiago Cruz Teodora
12. Santiago Maya Eduarda
13. Santiago Maya Maclovio

## E5 – PESCADORES LIBRES DE TIERRA Y LIBERTAD ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Cantu Jose Eduardo
2. Aran Castellanos Alfonso
3. Aran Cobos Isidro
4. Benito De La Cruz Mariano
5. Benito De La Cruz Maximiliano
6. Benito Idelfonso Abad
7. Benito Idelfonso Marcos
8. Bentio Cruz Pedro
9. Cantu Maya Amalia
10. Celso Hernandez Anastacia
11. Celso Hernandez Venustiano
12. Cortez Gonzalez Adela
13. Cruz De La Cruz Antonio
14. Cruz De La Cruz Cristina
15. De La Cruz Aran Lorena
16. De La Cruz Avelino Maria Librada
17. De La Cruz Cruz Eugenio
18. De La Cruz Delfino Elesban
19. De La Cruz Felipe Ciro
20. De La Cruz Gonzalez Feliciana
21. De La Cruz Gonzalez Hermelinda
22. De La Cruz Hernandez Abad
23. De La Cruz Hernandez Esteban
24. De La Cruz Hernandez Gloria
25. De La Cruz Hernandez Honorio
26. De La Cruz Hernandez Pedro
27. De La Cruz Maria Marcelina
28. De La Cruz Martinez Jose Guadalupe
29. De La Cruz Martinez Victor
30. De La Cruz Salvador Gabino
31. De La Cruz Salvador Natanael
32. De La Cruz Santiago Antonio
33. De La Cruz Santiago Panfilo
34. De La Cruz Vicencio Angela
35. De La Cruz Vicencio Ignacia
36. De La Cruz Vicencio Jorge
37. De La Cruz Vicencio Lazaro
38. De La Cruz Vicencio Magdalena
39. De Los Santos Celso Pablo
40. De Los Santos Celso Pedro
41. De Los Santos Santiago Benito
42. Felipe Cruz Eudelia
43. Flores Martinez Francisca
44. Hernandez Blanco Lourdes
45. Hernandez Blanco Zoila
46. Hernandez Martinez Minerva
47. Hernandez Moltalvo Jose Luis
48. Hernandez Santiago Catalina
49. Idelfonso De La Cruz Agripino
50. Idelfonso De La Cruz Hilaria
51. Idelfonso De La Cruz Manuel
52. Idelfonso De La Cruz Maria
53. Martinez Medina Telma
54. Martinez Santiago Eva
55. Morales Rosas Joaquina
56. Perez Gonzalez Margarita
57. Perez Juarez Osvaldo
58. Porfirio Hernandez Francisca
59. Ramirez Garcia Yolanda
60. Rodriguez Hernandez Nataly
61. Salvador De La Cruz Yolanda
62. Salvador Santiago Daniel
63. Sanchez De La Cruz Silvano
64. Santiago Del Angel Petra

## E6 - PESCADORES MAMEY POZO DOS BOCAS ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran de la Cruz Francisco Javier
2. Aran Gonzalez Jesus Antonio
3. Bautista Alvarado Gustavo
4. Blanco Cruz Andres
5. Blanco Meza Felipe
6. Castro Castro Esteban
7. Castro Del Angel Crisoforo
8. Castro Meza Cristian
9. Cruz Morato Manuel
10. Del Angel Gallardo Ismael
11. Del Angel Lorenzo Carlos Victoriano
12. Echeverria Henandez Carlos Enrique
13. Escalante Martinez Fernando
14. Garcia Hernandez Jose Alfredo
15. Garcia Hernandez Juan Antonio
16. Garcia Hernandez Miguel Angel
17. Garcia Hernandez Victor Manuel
18. Garcia Ruiz Melquiades
19. Garcia Ruiz Tomas
20. Juarez Casados Adrian
21. Lopez Ramos Arturo
22. Lorenzo Del Angel Eduardo
23. Lorenzo Del Angel Guadalupe
24. Lorenzo Martinez Leopoldo
25. Lorenzo Morales Victor
26. Lorenzo Salas Juan Gabriel
27. Lorenzo Salas Victor Jacinto
28. Lugo Del Angel Felix
29. Lugo Reyes Edmundo
30. Lugo Salazar Carlos Enrique
31. Lugo Sosa Luis Enrique
32. Mar Alejandre Jorge
33. Mar Mar Marcos
34. Mar Mar Pedro
35. Mar Muñoz Enrique
36. Martinez Garcia Jose Bernabel
37. Meza Aran Marcelina
38. Meza Salinas Santa Juanita
39. Mora Valdez Aurelio
40. Nolasco Lugo Mascimo
41. Salas Flores Luis

## E7 - LIBRES DE SAN LUCIANO ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Barragan Guerrero Odeth
2. Castillo Cruz Virginia
3. Constantino Armenta Alma Delia
4. Constantino Armenta Elva Nancy
5. Constantino Casanova Gregorio
6. Constantino Cruz Javier
7. Constantino Delgado Maria Dolores
8. Constantino Casanova Marcela
9. Cruz Herrera Maria Isabel
10. Cruz Villarreal Maribel
11. Delgado Gomez Katia Nalleli
12. Gonzalez Aquino Oliverio
13. Gonzalez Escobar Amadeo
14. Hernandez Constantino Julia Janeth
15. Hernandez Constantino Rosa Nelly
16. Hernandez Constantino Sugey Magali
17. Juarez Blanco Cirila
18. Martinez Juarez Carlos
19. Martinez Villareal Deisy
20. Mendoza Garza Concepcion Alicia
21. Mendoza Garza Porfiria
22. Morales Perez Selene
23. Olivares Malerva Eutiquia
24. Olivares Segura Jesus Leonel
25. Olivares Sosa Ana Maria
26. Olivares Sosa Maria Isabel
27. Olivares Malerva Maria Isabel
28. Portales De Leon Epitacio
29. Portales De Leon Marcelino
30. Ruiz Ricardo Gerardo
31. Santiago Castillo Juan Carlos
32. Santiago Clara Martin
33. Segura Alfaro Maira Lucero
34. Trejo Cruz Monica
35. Vazquez Segura Celia
36. Villareal Cesar
37. Villareal Olivares Cesar Carlos
38. Villareal Rivera Daniel
39. Villareal Rivera Eucebio

## E8 - PESCADORES LIBRES DE LA MATA NORBERTO HERNANDEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1. | Blanco Martinez Crisoforo |
| 2. | Blanco Martinez Leonor |
| 3. | Buzman Velazquez Constantino |
| 4. | Calleja Vicencio Roberto |
| 5. | Carrillo Cruz Felix |
| 6. | Carrillo Velazquez Carlos |
| 7. | Carrillo Velazquez Israel |
| 8. | Castellanos Cruz Sara |
| 9. | Castro Palaez Maria Guadalupe |
| 10. | Cobos Mendoza Federico |
| 11. | Cruz De La Cruz Abdias |
| 12. | Cruz De La Cruz Rocio |
| 13. | Cruz Hernandez Guadalupe |
| 14. | Cruz Larios Guadalupe |
| 15. | De La Cruz Hernandez Nicasia |
| 16. | Espinoza Santos Laura Alicia |
| 17. | Filidor Escarpett Edgar Jonathan |
| 18. | Filidor Valencia Tomas |
| 19. | Gonzalez Delgado Santa Ines |
| 20. | Heredia Cruz Andrea Belina |
| 21. | Heredia Reyes Ricardo |
| 22. | Heredia Reyes Venancio |
| 23. | Hernandez Cruz Enriqueta |
| 24. | Hernandez Cruz Norberto |
| 25. | Hernandez De La Cruz Desiderio |
| 26. | Hernandez Tiburcio Hugo Rene |
| 27. | Hernandez Vicencio Norberto |
| 28. | Hernandez Zumaya Juan |
| 29. | Jackson Baltazar Marcelo |
| 30. | Jackson Bustos Roberto |
| 31. | Leyton Garces Manuel |
| 32. | Leyton Garces Santos |
| 33. | Leyton Reyes Jorge Eduardo |
| 34. | Leyton Reyes Luis Alberto |
| 35. | Leyton Reyes Miguel Angel |

| | |
|---|---|
| 36. | Lopez Santiago Elena |
| 37. | Mar Aldana Amado |
| 38. | Martinez Gonzalez Luis Alberto |
| 39. | Martinez Hernandez Jose Roberto |
| 40. | Martinez Reyes Irene |
| 41. | Mejia Hernandez Dolores |
| 42. | Mejia Hernandez Victor |
| 43. | Mejia Martinez Margot |
| 44. | Melgoza Hernandez Desiderio |
| 45. | Peña Bonilla Rafael |
| 46. | Ponce Morales Carlos Enrique |
| 47. | Ponce Morales Francisco Aristeo |
| 48. | Ponce Reyes Aristeo |
| 49. | Rangel Roman Maria Magdalena |
| 50. | Reyes Alejandre Leonardo |
| 51. | Reyes Leyton Salvador |
| 52. | Reyes Vicencio Santa Lucia |
| 53. | Rodriguez Ortega Enrique |
| 54. | Rodriguez Santos Miguel Angel |
| 55. | Sanchez Vicencio Antonio |
| 56. | Santiago Rangel Deira |
| 57. | Solano Vargas Elida |
| 58. | Solis Larios Atanasio |
| 59. | Torres Azuara Jose Roberto |
| 60. | Velazquez Catarini Gloria |
| 61. | Villalba Santiago Enrique |
| 62. | Yanez Castellanos Esteban |
| 63. | Yanez Loya Esteban |
| 64. | Zaleta Hernandez Mauro |
| 65. | Zaleta Morales Mauro |
| 66. | Zarate Aldana Guadalupe |
| 67. | Zarate Noguera Carlos Arturo |
| 68. | Zit Aldana Jesus |
| 69. | Zit Martinez Jesus |

## E9 - LIBRES DE CABO ROJO NELSON DELGADO MENDOZA

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Barrios Delgado Delia
2. Copal Mendoza Benita
3. Copal Mendoza Elizabeth Del Carmen
4. Cruz Cruz Esmeralda
5. Cruz Davila Tomasa
6. Cruz Garcia Peregilda
7. Cruz Medina Maria Rubicela
8. Cruz Sanchez Ivon
9. De Luna Ordonez Maria Guadalupe
10. Del Angel Perez Elia
11. Delgado Delgado Olivia Lili
12. Delgado Ramos Hilaria
13. Delgado Sosa Olivia
14. Delgado Sosa Orlanda
15. Delgado Sosa Zaida
16. Garcia Cruz Gerardo
17. Hernandez Casanova Vicenta
18. Hernandez Cruz Lucia
19. Hernandez Deantes Maria Rosio
20. Hernandez Del Angel Aholivama
21. Hernandez Tovar Ana Luisa
22. Lorenzo Delgado Benigna
23. Malvera del Angel Virginia
24. Marin Martinez Concepcion
25. Mascarenas Mellado Blanca Edith
26. Mascarenas Mellado Crecencia
27. Maya Aguilar Maria Del Rosario
28. Maya Aguilar Reyna
29. Maya Sequera Tomasa
30. Mendoza del Angel Rosaura
31. Meza Torres Teresa De Jesus
32. Mora Torres Claudia Janeth
33. Perez Cruz Ana Maria
34. Perez del Angel Marisol
35. Perez Hernandez Dominga
36. Perez Teodora
37. Perez Villalobos Severiana
38. Ramirez De Leon Julia
39. Reyes Copal Rosa Lima
40. Reyes Cruz Amanda
41. Reyes Mancha Norma Luz
42. Rodriguez Maria Del Socorro
43. Santos Barrios Mariela
44. Santos Herrera Salamina
45. Santos Ruiz Jacinta
46. Santos Vergara Adriana
47. Sosa Garcia Antonia
48. Tiburcio Cruz Idalia Yazmin
49. Torres Meza Rafaela
50. Tovar Cristiano Hilaria
51. Villalobos Cruz Francisca
52. Villalobos Del Angel Venancia

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aguilar Morales Maria Del Rosario
2. Agustin Calva Isabel
3. Arteaga Maya Felipa
4. Arteaga Morales Raquel
5. Arteaga Morales Rosa Maria
6. Arteaga Ortega Ruben
7. Arteaga Reyes Manuela
8. Arteaga Sanchez Juan Pablo
9. Artega Lopez Maria Guadalupe
10. Balleza Gomez Ambrosio
11. Balleza Perez Maria Soledad
12. Barrios Barrios Ambrosio
13. Barrios Rodriguez Ramona
14. Bautista Sanchez Arturo
15. Bazan Cruz Hipolito
16. Carrasco Estrada Joel
17. Carrizalez Mar David
18. Casanova Maya Carlota
19. Casanova Medina Florencia
20. Casanova Reyes Veronica
21. Castillo Maya Santos Alberto
22. Castillo Polito Margarita
23. Cayetano Perez Adrian Jaime
24. Constantino Perez Sabina
25. Coronado Roman Karla Sugey
26. Cruz Carrasco Flora
27. Cruz Carrasco Joel
28. Cruz Cruz Cinthya Catalina
29. Cruz Cruz Nemecio
30. Cruz Figon Aurora
31. Cruz Gonzalez Braulito
32. Cruz Hernandez Francisca
33. Cruz Mar Nora Hilda
34. Cruz Maya Diana Lucero
35. Cruz Maya Dora
36. Cruz Mar Maria
37. Cruz Mendoza Maria Cristina
38. Cruz Mendoza Marina
39. Cruz Mendoza Prudencia
40. Cruz Perez Ana Victoria
41. Cruz Perez Nestor
42. Cruz Reyes Margarita
43. Cruz Rodriguez Dominga
44. Cruz Sanchez Reyna Esther
45. Cruz Valente
46. Cruz Valdez Eduarda
47. Del Angel Ochoa Mayra Graciela
48. Del Angel Pineyro Oscar
49. Delgado Ramirez Juana
50. Delgado Sanchez Ruth
51. Delgado Sanchez Yadira
52. Dominguez Cruz Noe
53. Duran Hernandez Maria Elena
54. Duran Lorenzo Gregorio
55. Duran Ruiz Ana Gabriela
56. Flores Gonzalez Onofre
57. Flores Gonzalez Silvia
58. Gallardo Hernandez Elena
59. Garcia Garcia Guadalupe
60. Garcia Gonzalez Norma
61. Garcia Herrera Luz Adriana
62. Gomes Herrera Alejandrina
63. Gomez Lorenzo Estela
64. Gomez Colmenero Ramon
65. Gonzalez Cruz Evelia
66. Gonzalez Espinoza Feliciana
67. Gonzalez Gallardo Maria Isabel
68. Gonzalez Nora Hilda
69. Gonzalez Gonzalez Lucio
70. Gonzalez Hernandez Luz Magaly
71. Gonzalez Mar Alberto
72. Gonzalez Maya Nora Catalina
73. Gonzalez Perez Eustolia
74. Gonzalez Perez Nelda Patricia
75. Gonzalez Ramon Juana
76. Gonzalez Soledad
77. Guerrero Martinez Mayra Lizbeth
78. Guzman Castorena Porfiria
79. Hernandez Acosta Constancia
80. Hernandez Ana
81. Hernandez Constantino Adela
82. Hernandez Constantino Amalia
83. Hernandez Constantino Heriberto
84. Hernandez Paulino
85. Hernandez Cruz Maria Luisa
86. Hernandez Ferral Jose Antonio

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

### INDEPENDENT FISHERMAN PLAINTIFFS

87. Hernandez Gonzalez Maria Guadalupe
88. Hernandez Pina Maria De La Luz
89. Hernandez Rivera Teresa
90. Hernandez Sanchez Lidia
91. Hernandez Sanchez Mauro
92. Hernandez Sanchez Telesfora
93. Hernandez Ventura Rene
94. Herrera Rios Mireya
95. Herrera Rios Rosa
96. Mar Angel
97. Mar Cruz Galdino
98. Mar Estevez Magdalena
99. Mar Molar Maria
100. Mar Perez Juan
101. Martinez Arredondo Delfino
102. Martinez Ruiz Ines
103. Martinez Lemus Agustina
104. Martinez Lemus Atanacia
105. Martinez Martinez Albertano
106. Martinez Martinez Bruna
107. Martinez Martinez Cleofas
108. Martinez Olivares Refugio
109. Maya Perez Ausencia
110. Mendoza Bautista Arminta
111. Mendoza Mar Paula
112. Meza Gaytan Marcelo
113. Molar Gonzalez Angelica
114. Molar Gonzalez Severa
115. Molar Gonzalez Diego
116. Molar Gonzalez Domingo
117. Molar Gonzalez Faustino
118. Molar Gonzalez Fernando
119. Molar Gonzalez Veronica
120. Molar Pecero Lazara
121. Mora Martinez Maria Del Rosario
122. Morales Delgado Juan
123. Morato Villalobos Renato
124. Moreno Tiburcio Concepcion
125. Narvaes Lugo Maria Natividad
126. Ochoa Lejarza Maria Elisa
127. Ochoa Maya Gloria
128. Ochoa Maya Griselda
129. Olguin Ruiz Guillermo
130. Olguin Ruiz Idelfonso
131. Ortega Mendoza Pascuala
132. Osorio Sanchez Lizeth
133. Padron Polito Olaya
134. Perez Cruz Modesta
135. Perez Figueroa Silvestre
136. Perez Gonzalez Elia
137. Perez Martinez Victoria
138. Perez Mascarenas Maria De Lourdes
139. Perez Ochoa Angelica
140. Perez Orta Adan
141. Perez Ramirez Nelda Rosa
142. Pineiro Gonzalez Maria Isabel
143. Pineiro Gonzalez Mirabel
144. Pineiro Mar Marcos Andres
145. Pineiro Perez Amparo
146. Pineiro Perez Aucencia
147. Pineiro Perez Consuelo
148. Pineiro Perez Eustolia
149. Pineiro Perez Macario
150. Pineiro Reyes Efren
151. Pineiro Reyes Herlindo
152. Polito Bautista Irma
153. Polito Gonzalez Olaya
154. Polito Meza Marco Aurelio
155. Polito Rivera Mario
156. Ramirez Casanova Gloria
157. Ramirez Del Angel Efrain
158. Ramirez Gonzalez Vicenta
159. Ramirez Sobrevilla Maria De Jesus
160. Rangel Vazquez Paula
161. Reyes Andres
162. Reyes Arteaga Carlos
163. Reyes Arteaga Silvia
164. Reyes Barrios Eleuterio
165. Rios Mendoza Leovijilda
166. Rocha Gomez Mireya
167. Rodriguez Narvaez Marcela
168. Ruiz Casanova Sofia
169. Ruiz Del Angel Erica
170. Salas Ruiz Gracia Maria
171. Salas Ruiz Toribio
172. Sanchez Hernandez Esther

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

### INDEPENDENT FISHERMAN PLAINTIFFS

173. Sanchez Pina Humberto
174. Sanchez Pina Inocencia
175. Sanchez Tiburcio Gabina
176. Santos Santiago Maria Elena
177. Segura Echasarretti Rosa Elia
178. Segura Molar Jose Alfredo
179. Segura Ramirez Tomas
180. Segura Villanueva Yesenia Lizeth
181. Sobrevilla Juarez Leomila
182. Suriano Castillo Petra
183. Vazquez Barron Gilberto
184. Zaleta Narvaez Maria Del Rosario

## E11 - LIBRES DE LAS PIEDRAS TAMALIN CAMILO PEREZ CASTRO

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Bautista Castro Paula
2. Castro Del Angel Tomasa
3. Chavez Melo Magdalena
4. Cruz Dominguez Alfredo
5. Cruz Garcia Maria Ester
6. Del Angel Castro Melida
7. Del Angel Valdez Gudelia
8. Flores Del Angel Marcos
9. Flores Rojas Irma
10. Gomez Perez Daniela
11. Gonzalez Cruz Francisco
12. Lincer Perez Lucila
13. Mar Marquez Alicia
14. Mar Del Angel Fernando
15. Mar Del Angel Luis Alberto
16. Mar Marquez Dora
17. Mar Marquez Jacinta
18. Mendoza Flores Enrique
19. Mendoza Flores Victor
20. Olivera Perez Ezequiel
21. Perez Castro Beatriz
22. Perez Castro Camilo
23. Perez Castro Daniel
24. Perez Castro Jairo
25. Perez Castro Mauricio Emanuel
26. Perez Del Angel Atilano
27. Perez Del Angel Luisa
28. Ruiz Ignacio

## E12 - PESCADORES LIBRES DE MORALES DE CABO ROJO

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Arteaga Hernandez Clemente
2. Barrios Delgado Juan
3. Barrios Delgado Oscar
4. Barrios Maya Alejandro
5. Bautista Antonio Bruno
6. Bernon Cruz Aldo
7. Casanova Cruz Adrian
8. Casanova Maya Cruz Crisoforo
9. Casanova Maya Elias
10. Casanova Maya Maximo
11. Casanova Vazquez Arturo
12. Casanova Vazquez Vicente
13. Constantino Copal  Alberto
14. Copal Valdez Rafael
15. Cruz Cesareo
16. Cruz Delgado Raul
17. Cruz Garcia Juan
18. Cruz Hernandez Christian Ivan
19. Cruz Hernandez Telesforo
20. Cruz Medina Miguel Angel
21. Cruz Mendoza Flauberto
22. Cruz Perez Cesareo
23. Cruz Santiago Benito
24. Del Angel Hernandez Juan Jose
25. Del Angel Tenorio Abraham
26. Delgado Arteaga Jose Ivan
27. Delgado Sosa Gilberto
28. Delgado Sosa Sixto
29. Delgado Vazquez Alvaro
30. Franco Meza Rosalio
31. Franco Olivarez Humberto
32. Garcia Copal Magdaleno
33. Garcia Cruz Fernando Andres
34. Garcia Hernandez Sergio
35. Gonzalez Garcia Abad
36. Gonzalez Lopez Matilde
37. Gonzalez Lopez Rafael
38. Hernandez Cruz Sergio Fabian
39. Hernandez Deantes Ricardo
40. Hernandez Del Angel Homero
41. Hernandez Del Angel Saul
42. Hernandez Delgado Abel
43. Hernandez Dominguez Alejandro

44. Lorenzo Cruz Jesus Alan
45. Lorenzo Medina Alfredo
46. Malerva Perez Claudio
47. Malerva Ramirez Omar
48. Mar Gonzalez Roman Emmanuel
49. Mar Padilla Tomas
50. Martinez Lorenzo Bernardo
51. Martinez Lorenzo Eduardo
52. Martinez Ramirez Sergio
53. Mascarenas Guzman Cupertino
54. Mascarenas Lorenzo Hector Amir
55. Mascarenas Medina Carlos Adan
56. Mascarenas Medina Omar
57. Maya Aguilar Alfredo
58. Maya Aguilar Faustino
59. Maya Aguilar Gavino
60. Maya Aguilar Roberto
61. Maya Cortez Vicente
62. Maya Cruz Augusto
63. Maya Cruz Benigno
64. Maya Cruz Luis Enrique
65. Maya Del Angel Jose Gabino
66. Maya Hernandez Roberto Antonio
67. Maya Maya Martin
68. Maya Malerva Dionicia
69. Maya Mendoza Jose Ruben
70. Maya Morales Gabriel
71. Maya Morales Luis Alfredo
72. Maya Perez Jesus
73. Maya Perez Justo
74. Maya Perez Marina
75. Maya Perez Teodulo
76. Maya Sequera Castulo
77. Maya Sosa Oscar
78. Maya Tiburcio Fernando
79. Maya Villalobos Rodrigo
80. Mellado Lorenza Andres
81. Mellado Santiago Emilio
82. Mendoza Bautista Carlos
83. Mendoza Delgado Honorio
84. Mendoza Nuñez Amalio
85. Mendoza Perez German
86. Mendoza Perez Uriel

## E12 - PESCADORES LIBRES DE MORALES DE CABO ROJO

### INDEPENDENT FISHERMAN PLAINTIFFS

87.   Meza Herrera Silverio
88.   Meza Torres Silverio
89.   Ortega Constantino Luz Maria
90.   Ortega Delgado Adalberto
91.   Ortega Palacios Eulalio
92.   Perez Arteaga Lazaro
93.   Perez Blanco Carlos Adrian
94.   Perez Cruz Juan Felipe
95.   Perez Del Angel Rufino
96.   Perez Maya Gustavo
97.   Perez Morales Josue Alfredo
98.   Portales Mellado Raul
99.   Reyes Hernandez Higinio
100.  Reyes Maya Fernando
101.  Rivera Aquino Regulo
102.  Rivera Cruz Tomas
103.  Salvador Francisco Andrea
104.  Santos Maya Joel
105.  Santos Tovar Inocente
106.  Tiburcio Maya Antonio
107.  Tiburcio Ortega Calixtro
108.  Vazquez Ramirez Adan
109.  Vazquez Ramirez Domingo
110.  Vazquez Ramirez Margarito
111.  Villalobos Del Angel Pedro
112.  Villalobos Delgado Israel
113.  Villalobos Delgado Ramiro
114.  Villalobos Delgado Raul
115.  Villalobos Maya Magdalili
116.  Villalobos Maya Maria Luisa
117.  Villalobos Perez Miguel

## E13 - PESCADORES LIBRES DE CABO ROJITO ABAD

### INDEPENDENT FISHERMAN PLAINTIFFS

1.  Aguirre Cruz Teodoro
2.  Bautista Ferrer Anastasio
3.  Bautista Copal Maria Estela
4.  Bautista Copal Pedro
5.  Bautista Hernandez Felipe Nedil
6.  Bautista Hernandez Maximiliano
7.  Bautista Hernandez Norma Edith
8.  Bautista Hernandez San Jose
9.  Bautista Martinez Aurelio
10. Copal Valdez Manuela
11. Cruz Cobos Abraham
12. Cruz Copal Edid
13. Cruz Copal Henrry
14. Cruz Copal Veronica
15. Cruz Gonzalez Javier
16. Cruz Zavala Joaquin
17. Delgado Cruz Javier
18. Delgado Cruz Onofre
19. Delgado Delgado Alejandro
20. Delgado Delgado Delia
21. Delgado Delgado Patricia
22. Delgado Santa Maria Salvador
23. Delgado Santa Maria Damian
24. Dominguez Macias Jaime
25. Dominguez Perez Reyna
26. Fajardo Copal Liliana Isabel
27. Fajardo Toral Andres
28. Gonzalez Perez Abad
29. Gonzalez Perez Margarita
30. Hernandez Copal Marina
31. Hernandez Copal Noemi
32. Hernandez Delgado Andres
33. Hernandez Delgado Mario
34. Hernandez Gonzalez Eustorgio
35. Hernandez Hernandez Emma
36. Hernandez Huesca Loyda
37. Hernandez Rodriguez Benigno
38. Malerva Cruz Mayda
39. Olivares Gonzalez Carla Maria
40. Orta Del Angel Aurelia Maria
41. Perez Mascarenas Marysol
42. Salazar Valero Ana Maria
43. Santamaria Landeros Maria
44. Santiago Copal Marlen
45. Tellez Pena Joaquin
46. Toral Casanova Marco Antonio
47. Valdez Mendoza Pilar
48. Valdez Meza Uriel
49. Venegas Copal Fausto
50. Vidal Cruz Alejandro
51. Vidal De La Cruz Hermelinda
52. Villalobos Maya Judith Del Carmen

## E14 - PESCADORES LIBRES DE RESTINGA

## INDEPENDENT FISHERMAN PLAINTIFFS

1.  Alonso Coronel Silvia
2.  Bautista Hernandez Silvia
3.  Casanova Cruz Rosendo
4.  Casanova Cruz Victoriano
5.  Casanova Malerva Blanca Eunice
6.  Constantino Copal Guadalupe
7.  Constantino Copal Julio Cesar
8.  Constantino Copal Yolanda
9.  Constantino Diaz Efrain
10. Constantino Diaz Elias
11. Constantino Franco Herber
12. Constantino Valdez Elias
13. Constantino Valdez Francisco Javier
14. Copal Maya Domingo
15. Copal Maya Francisco
16. Copal Valdez Rodrigo
17. Cruz Delgado Amalia
18. Cruz Delgado America
19. Cruz Delgado Esmeralda
20. Cruz Espinoza Jose De Jesus
21. Cruz Gonzalez Enrique
22. Cruz Gonzalez Gregoria
23. Cruz Perez Ezequiel
24. Cruz Saldaña Jose Tomas
25. Cruz Saldaña Moices
26. Delgado Meza Jose Maria
27. Delgado Santa Maria Adrian
28. Franco Tiburcio Silvia
29. Garcia Gonzalez Heron
30. Gonzalez Del Angel Fidela
31. Gonzalez Mar Manuel Alejandro
32. Gonzalez Rivera Alejandro
33. Gonzalez Rivera Jose
34. Gonzalez Rivera Noe
35. Hernandez Martinez Jova
36. Malerva Franco Daniel
37. Martir Santiago Reyna
38. Mendoza Nunez Catalina
39. Morales Franco Erika Yadira
40. Morales Garcia Maria De Los Angeles
41. Nunez Montez Alba
42. Olivares Garcia Octaviano
43. Ordonez de la Cruz Martha

44. Ortega Cervantes Lucas
45. Ortega Ramirez Alfredo
46. Ortega Vazquez Habraham
47. Ortega Vazquez Lucas
48. Osorio Bautista Ana
49. Perez Flores Gustavo
50. Perez Maya Deisy Cristal
51. Perez Perez Gustavo
52. Ramirez Constantino Fernando
53. Ramirez Constantino Ruben
54. Rivera Aquino Yara Beatriz
55. Rivera Gonzalez Javier
56. Rivera Gonzalez Rafael
57. Rivera Gonzalez Victoriano
58. Santiago Angel
59. Santiago Geronimo Joel
60. Valdes De Leon Juan Luis
61. Valdes de Leon Miguel Angel
62. Valdes Vazquez Heriberto
63. Valdes Vazquez Juan Roque
64. Valdez Bautista Juan
65. Valdez Gonzalez Juan Luis
66. Valdez Mendoza Amaury
67. Valdez Perez Nisser Paul
68. Valdez Vazquez Rosario
69. Villa Constantino Gamaliel
70. Villa Constantino Gerson Haniel
71. Villa Ortega Guadalupe

## E15 - PESCADORES LIBRES DE LA MAJAHUA REYNALDO CASTRO

### INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Castaneda Cruz Felicito | 44 | Saldana Sobrevilla Elpidio |
| 2 | Castaneda Cruz Felipe | 45 | Saldana Sobrevilla Patricio |
| 3 | Castaneda Cruz Nicolas | 46 | Sierra Perez Georgina |
| 4 | Castaneda Hernandez Nicolas | 47 | Sobrevilla Gallardo Luz |
| 5 | Castaneda Perez Omar | 48 | Sobrevilla Malerva Alvaro |
| 6 | Castaneda Valdez Margarita | 49 | Sobrevilla Malerva Merced |
| 7 | Castro Deantes Reynaldo | 50 | Sobrevilla Saldana Amado |
| 8 | Castro Diantes Angela | 51 | Solis Perez Ismael |
| 9 | Cruz Espinoza Fortino | 52 | Zamora Mendoza Filemon |
| 10 | Cruz Espinoza Pedro Luis | 53 | Zamora Ismael |
| 11 | Cruz Santos Ascencion | | |
| 12 | Espinosa Hernandez Juan | | |
| 13 | Espinosa Hernandez Alfredo | | |
| 14 | Figon Castaneda Ruperto | | |
| 15 | Figon Romero Epigmenio | | |
| 16 | Garcia Romero Jose Luis | | |
| 17 | Gil Cruz Miguel | | |
| 18 | Gil Espinoza Luis Alfredo | | |
| 19 | Hernandez Cruz Felipe De Jesus | | |
| 20 | Hernandez Cruz Jose Juan | | |
| 21 | Hernandez Cruz Nemecio | | |
| 22 | Licona Castaneda Ranulfo | | |
| 23 | Malerva Cruz Domingo | | |
| 24 | Malerva Cruz Lino | | |
| 25 | Malerva Del Angel Hector | | |
| 26 | Malerva Perez Miguel | | |
| 27 | Malerva Saldana Julio | | |
| 28 | Martir Figon Lucila | | |
| 29 | Mendoza Lara Lucero | | |
| 30 | Nunez Morales Santiago | | |
| 31 | Nunez Saldana Andres | | |
| 32 | Peralta Malerva Ramiro | | |
| 33 | Perez Aran Gema | | |
| 34 | Perez Aran Viterbo | | |
| 35 | Perez Copal Esmeralda | | |
| 36 | Perez Copal Felipa | | |
| 37 | Perez Copal Higinia | | |
| 38 | Perez Malerva Dionisio | | |
| 39 | Perez Malerva Minervo | | |
| 40 | Perez Ruiz Miguel Angel | | |
| 41 | Reyes Licona Simon | | |
| 42 | Rodriguez Medrano Arcadio | | |
| 43 | Romero Perez Mario Guadalupe | | |

## E16 - LIBRES DE LA ISAL DE JUAN A. RAMIREZ

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Acosta Cepeda Cesar Omar
2. Aguilar Arteaga Jose Manuel
3. Aguilar Arteaga Jose Salvador
4. Aguilar Castaneda Beltran
5. Aguilar Meza Mauro
6. Ahumada Nunez Aquilina
7. Bautista Cruz Ramon
8. Bernon Perez Omar Nemecio
9. Blanco Sosa Noe
10. Bruggeman Perez Carlos
11. Casados Lorenzo German
12. Cruz Bautista Santos
13. Cruz Cenobio Maximo
14. Cruz Cruz Iganacio
15. Cruz Cruz Nicolas
16. Cruz Fernando
17. Cruz Macias Benjamin
18. Cruz Malerva Camilo
19. Cruz Santos Eduardo Ivan
20. Cruz Villareal Jose Cruz
21. Cruz Villareal Victor
22. Del Angel Hernandez Jose Ignacio
23. Del Angel Perez Angelica
24. Del Angel Perez Longinos
25. Dominguez Lucas Enrique
26. Gallardo Perez Ernesto
27. Garcia Alejandre Ismael
28. Garcia Mar Ponciano
29. Garcia Perez Ponciano
30. Garcia Sanchez Noe
31. Garcia Zaleta Eduardo
32. Garcia Zaleta Leonardo
33. Gonzalez Constantino Ignacio
34. Gonzalez Cruz Apolinar
35. Gonzalez Cruz Ignacia
36. Gonzalez Cruz Juan
37. Gonzalez Gonzalez Eloy
38. Gonzalez Nicomedes
39. Gonzalez Teran Jovany
40. Gonzalez Zaleta Alfonso
41. Hernandez Ahumada David
42. Hernandez Casanova Lorenzo
43. Hernandez Cruz Jaime

44. Hernandez Del Angel Pedro
45. Hernandez Escalante Nestor Jovani
46. Hernandez Hernandez Rene
47. Hernandez Mendoza Cipriano
48. Hernandez Mendoza Marcelino
49. Hernandez Morales Salvador
50. Hernandez Perez Norberto
51. Hernandez Perez Sergio
52. Hernandez Perez Simon
53. Hernandez Perez Yari Iveth
54. Hernandez Perez Rene
55. Hernandez Simon
56. Hernandez Sosa Emanuel
57. Hernandez Sosa Jesus
58. Juarez Moreno David
59. Loredo Perez Jesus
60. Loredo Perez Moises
61. Malerva Bernabe Narciso
62. Malerva Cesareo
63. Malerva Cruz Julio
64. Malerva Cruz Santos
65. Malerva Escalante Jesus
66. Malerva Escalante Ricardo
67. Malerva Medina Eusebio
68. Malerva Navarrete Francisco
69. Malerva Navarrete Santos
70. Malerva Perez Jaime
71. Malerva Perez Marcos
72. Mar Mendoza Rafael
73. Mar Ortega Alexis
74. Maya Aguilar Roque
75. Maya Vazquez Daniel
76. Mendoza Cruz Federico
77. Mendoza Cruz Jose Luis
78. Morales Hermilo
79. Morales Perez Ana Luisa
80. Nunez Santiago Alvaro
81. Olivares Malerva Alfredo
82. Olivares Malerva Ramon
83. Olmos Avelino Victorico
84. Olmos Marquez Juan Alberto
85. Orta Cruz Ismael
86. Orta Perez Leandro

## E16 - LIBRES DE LA ISAL DE JUAN A. RAMIREZ

### INDEPENDENT FISHERMAN PLAINTIFFS

87. Ortega Olivares Julian
88. Ortega Olivares Victorino
89. Ortega Perez Calixto
90. Pena Hernandez Alvaro
91. Perez Andres
92. Perez Castelan Jose Anel
93. Perez Constantino Venustiano
94. Perez Cruz Ruperto
95. Perez Gonzalez Juan Andres
96. Perez Guerrero Olivia
97. Perez Hernandez Leonel
98. Perez Hernandez Sergio Eduardo
99. Perez Mar Jose Tomas
100. Perez Mar Juan Miguel
101. Perez Maya Narziso
102. Perez Perez Narcizo
103. Perez Sosa Leonel
104. Perez Sosa Samuel
105. Reyes Del Angel Jovani
106. Rosas Bautista Francisco
107. Rosas Bautista Francisco
108. Rosas Benilde
109. Salas Malerva Rafael
110. Salas Ovando Benito
111. Salas Ovando Cosme
112. Salas Perez Eduardo
113. Salas Perez Eric Ulises
114. Santiago De La Cruz Hildeberto
115. Santos Ruiz Tomas
116. Sosa Garcia Donato
117. Sosa Moreno Francisco
118. Sosa Perez Alfredo
119. Sosa Vazquez Ernesto
120. Tiburcio Aguilar Amilcar
121. Tiburcio Aguilar Guadalupe
122. Tiburcio Aguilar Honorio
123. Tiburcio Malerba Honorio
124. Torres Roman Erik
125. Torres Roman Luis Arturo
126. Vazquez Cruz Abad
127. Zaleta Lorenzo Matilde
128. Zuniga Morales Gualberto

## E17 - LIBRES DE CUCHARITAS 2 GUILLERMINA CASTRO

### INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Alvarado Antonio Calixta | 44 | Dominguez Gomez Luis Alberto |
| 2 | Alvarado Antonio Mario | 45 | Estevez Sanchez Elda Berenice |
| 3 | Alvarado Antonio Silvano | 46 | Estevez Sanchez Maria Esther |
| 4 | Avelino Mateos Carmen | 47 | Estevez Sanchez Merib |
| 5 | Barrios Olea Andrea | 48 | Estrada Perdomo Margarito |
| 6 | Barrios Olea Veronica | 49 | Flores Cayetano Abinadab |
| 7 | Barrios Ramirez Concepcion | 50 | Flores Estevez Luis Angel |
| 8 | Bautista Segura Juana Beatriz | 51 | Flores Orales Merab |
| 9 | Blanco Cruz Eugenio | 52 | Galindo Hernandez Sergio |
| 10 | Blanco Cruz Pedro Enrique | 53 | Garcia Barrios Juan |
| 11 | Blanco Flores Jose Luis | 54 | Garcia Gonzalez Francisco Javier |
| 12 | Blanco Maya Giezi | 55 | Garcia Patricio Jacinto |
| 13 | Carvajal Antonio Herlinda | 56 | Gea Martir Donato |
| 14 | Carvajal Antonio Jose Macario | 57 | Gomez Gonzalez Isua |
| 15 | Carvajal Antonio Maria Magdalena | 58 | Gomez Sierra Ana Maria |
| 16 | Carvajal Garcia Lizbeth Eldai | 59 | Gonzalez Cruz Bonifacio |
| 17 | Castro Carvajal Eviezer Itai | 60 | Gonzalez Estevez Alma Sonia |
| 18 | Castro Carvajal Neyfi Mauren | 61 | Gonzalez Estevez Aurelio |
| 19 | Castro Diaz Javier | 62 | Gonzalez Estevez Fabian (Hijo) |
| 20 | Castro Jonguitud Guillermina | 63 | Gonzalez Estevez Fabian (Padre) |
| 21 | Castro Olares Athalia Silen | 64 | Gonzalez Estevez Hermenegildo |
| 22 | Castro Olares Delky Lian | 65 | Gonzalez Flores Benjamin |
| 23 | Castro Orales Misrain Nirot | 66 | Gonzalez Flores Jacob |
| 24 | Cayetano Bautista Felipa | 67 | Gonzalez Perez Juana |
| 25 | Cayetano Cruz Elena | 68 | Gonzalez Santiago Teodora |
| 26 | Cobos Flores Cervando | 69 | Hernandez del Angel Cristian Sugeilli |
| 27 | Cobos Garcia Oscar | 70 | Hernandez Hernandez Milton |
| 28 | Constantino Castro Addiel | 71 | Jonguitud Florencia Antonio |
| 29 | Constantino Castro Bigvai | 72 | Licona Cruz Veronica |
| 30 | Constantino Salas Azarely | 73 | Loaiza Romero Francisco Javier |
| 31 | Constantino Salas Yanira | 74 | Lopez Gonzalez Sonia Elizabeth |
| 32 | Cruz Aquino Pedro | 75 | Lopez Mendoza Josue |
| 33 | Cruz Aran Lugardo | 76 | Lopez Palacios Eleazar |
| 34 | Cruz Aran Octavio | 77 | Lopez Palacios Othoniel |
| 35 | Cruz Cruz Eliseo | 78 | Mar Maya Jovanny |
| 36 | Cruz Garcia Vicente | 79 | Marquez Blanco Filiberto |
| 37 | Cruz Martir Maher Armando | 80 | Martinez Dominguez Maria Antonia |
| 38 | Cruz Moreno Camilo | 81 | Martit Carvajal Policarpo |
| 39 | Cruz Moreno Conrado | 82 | Martir Mar Jonathan Azael |
| 40 | Cruz Santiago Delfina | 83 | Maya Constantino Uziel |
| 41 | Dominguez Castro Jaime | 84 | Maya Garcia Irene |
| 42 | Dominguez Gomez Adrian | 85 | Orales Reyes Maximina |
| 43 | Dominguez Gomez Jaime | 86 | Orales Valdez Nadia |

## E17 - LIBRES DE CUCHARITAS 2 GUILLERMINA CASTRO

### INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 87 | Orales Valdez Rogelio |
| 88 | Ortega Isidro Maria De La Luz |
| 89 | Ortega Olares Maria Luisa |
| 90 | Ortega Refugio |
| 91 | Ramirez Atanacio Magdalena |
| 92 | Rodriguez Atanacio Luisa |
| 93 | Salas Gutierrez Samuel |
| 94 | Salazar Moreno Virginia |
| 95 | Salazar Salazar Erasmo |
| 96 | Saldana Constantino Doroteo |
| 97 | Santiago Cruz Dellanira |
| 98 | Santiago Mogollon Esteban |
| 99 | Sobrevilla Del Angel Ana Bertha |
| 100 | Valdez Cruz Cecilia |
| 101 | Valdez Flores Isac |
| 102 | Vela Gamez Paula |
| 103 | Victoriano Gonzalez Alicia |
| 104 | Zaleta Gonzalez Abigail |
| 105 | Zaleta Ortega Justina |

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aguilar Sosa Francisco
2. Aguilar Vazquez Mariano
3. Agustin Rodriguez Martha
4. Alarcon Aran Maria Eugenia
5. Aldana Aparicio Simitrio
6. Aldana Lorences Yesenia
7. Aldana Martinez Sandivel
8. Alejandre Castro Rodolfo
9. Alejandre Mendoza Jose Alfredo
10. Alejandre Olivares Esther
11. Alejandre Perez Crisoforo
12. Alejandre Salas Tadeo
13. Alejandre Salguero Julio Cesar
14. Alejandre Santiago Maria Gabriela
15. Alejandre Sequera Silveria
16. Alejandre Villazana Manuel
17. Allende Reyes Jesus
18. Allende Roman Antonia
19. Alvarado Maya Yrma
20. Alvarado Perez Maria Guadalupe
21. Alvarez Lopez Victor
22. Amador Cobos Noe
23. Amador Ramirez Dora Alicia
24. Andrade Garcia Irma
25. Andrade Martinez Socorro
26. Anzures Leyton Gisset Adriana
27. Anzures Valdez Agustin
28. Aran Cruz Victor
29. Aran Rosas Alejandro
30. Arano Castañeda Genaro
31. Arellanos Rodolfo
32. Azuara Castillo Fidel Alejandro
33. Azuara Lima Cesar
34. Badena Gonzalez Ramon
35. Barrios Meza Maria Isabel
36. Barrios Ramos Lucio
37. Barrios Roman Elia
38. Barrios Roman Enriqueta
39. Bautista Castillo Alejandro
40. Bautista Hernandez Teodulo
41. Bautista Macias Candido
42. Bautista Rivera Ignacio
43. Bautista Rivera Pablo
44. Bautista Rivera Santiago
45. Bautista Rosas Jose
46. Bautista Sanchez Gabriel
47. Bello Guerrero Teodulo
48. Benavidez Perez Hilaria
49. Benavidez Perez Javier
50. Benavidez Perez Jose Carlos
51. Benavidez Roman Luz Maria
52. Blanco Bernabe Alicia
53. Blanco Cruz Ricardo
54. Blanco Cruz Silviana
55. Blanco Diaz Erika Elizabeth
56. Blanco Lorenzo Adela
57. Blanco Marquez Josefina
58. Blanco Maya Armando
59. Blanco Morales Eleno
60. Bocanegra Sanchez Maria Leonor
61. Bujalil Cantu Diego
62. Bujalil Diaz Salomon
63. Calderon Olivares Edith
64. Campbell Ferral Elia
65. Campillo Franco Aurelio
66. Cantu Maya Margarita
67. Capitan Barrera Santos
68. Capitan Barrios Eguilaldo
69. Capitan Hernandez Jose Othon
70. Capitan Malerva Felix
71. Capitan Ramos Jesus
72. Cardenas Ferral Maria de la Luz
73. Cardenas Garcia Cosme
74. Casanova Cobos Candido
75. Casanova Cruz Paulino
76. Castañeda Valdez Narciso
77. Castellanos Figon Rocio
78. Castellanos Gurrero Maria Juana
79. Castellanos Hernandez Gustavo
80. Castellanos Hernandez Lorena
81. Castellanos Hernandez Miguel Angel
82. Castellanos Santander Pedro
83. Castillo Maya Juana
84. Castro Aran Nazario
85. Castro Galicia Columba
86. Castro Gonzalez Leodan

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

87. Castro Mata Ramon Emanuel
88. Castro Solis Celia
89. Celso Hernandez Venustiano
90. Cervantes Cruz Albina
91. Chavez Blanco Fausto
92. Cisneros Torres Roman
93. Cobos Parrilla Jacinto
94. Cobos Parrilla Jose Erasto
95. Cobos Reyes Luis Enrique
96. Coello Gamboa Faustino
97. Constantino Alejandre Abel
98. Constantino Alejandre Eduardo
99. Constantino Meza Abel
100. Constantino Meza Enrique
101. Constantino Sanchez Eliodoro
102. Coronado Martinez Mirna
103. Coronado Zamora Gustavo
104. Cortes Cervantes Antonio
105. Cristobal Juarez Natividad
106. Cruz Aguilar Roman
107. Cruz Alejandre Dora Maria
108. Cruz Alejandre Lucas
109. Cruz Alejandre Yolanda
110. Cruz Aran Lidia
111. Cruz Aran Rene
112. Cruz Barrios Julio Cesar
113. Cruz Barrios Miguel
114. Cruz Barrios Miguel Angel
115. Cruz Benitez Lina
116. Cruz Benitez Luis
117. Cruz Blanco Hilaria
118. Cruz Blanco Nancy
119. Cruz Castañeda Esteban
120. Cruz Castro Juan Roman
121. Cruz Cruz Alvaro
122. Cruz Cruz Gustavo
123. Cruz Cruz Jesus
124. Cruz Cruz Maria Magdalena
125. Cruz Cruz Osari
126. Cruz Cruz Tomas
127. Cruz Cruz Yolanda
128. Cruz Droauillet Efren
129. Cruz Ferral Aida
130. Cruz Ferral Rita
131. Cruz Flores Minerva
132. Cruz Galindo Maximo
133. Cruz Garcia Abel
134. Cruz Garcia Cecilio
135. Cruz Garcia Martin
136. Cruz Gomez Leticia
137. Cruz Gonzalez Amelia
138. Cruz Gonzalez Arcadio
139. Cruz Gonzalez Ignacio
140. Cruz Hernandez Demetrio
141. Cruz Hernandez Leticia
142. Cruz Hernandez Maribel
143. Cruz Hernandez Oscar
144. Cruz Lara Cesareo
145. Cruz Manteca Doray
146. Cruz Manteca Juana Yarith
147. Cruz Martinez Antonio
148. Cruz Martinez Fernando
149. Cruz Martinez Liliana
150. Cruz Maya Cenobia
151. Cruz Maya Jose Lourdes
152. Cruz Maya Pedro
153. Cruz Meza Gaudencio
154. Cruz Meza Miguel Angel
155. Cruz Morales Aurelio
156. Cruz Ovando Georgina
157. Cruz Ovando Mirna
158. Cruz Ovando Nelly
159. Cruz Perez Oswaldo
160. Cruz Perez Reyna
161. Cruz Ramirez Mayra Luz
162. Cruz Ramirez Norma Viridiana
163. Cruz Ramos Cecilio
164. Cruz Ramos Elpidio
165. Cruz Ramos Martha Patricia
166. Cruz Reyes Marcelina
167. Cruz Rodriguez Maria Rosa
168. Cruz Rodriguez Raul
169. Cruz Rodriguez Santa
170. Cruz Rodriguez Zaida Arminda
171. Cruz Roman Belen
172. Cruz Ruiz Jose Manuel

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

173. Cruz Santiago Alba
174. Cruz Santiago Fausto
175. Cruz Vicencio Isai
176. Cruz Zamora Antonio
177. Cruz Zamora Maria Monserrat
178. Cruz Zamora Yenni
179. Damian Enriquez Argelia
180. De La Cruz Avelino Felix
181. De La Cruz Avelino Orlando
182. De La Cruz Bautista Efrain
183. De La Cruz Felipe Ciro
184. De La Cruz Gabriel Margarita
185. De La Cruz Garcia Tomas
186. De La Cruz Hernandez Nicasio
187. De La Cruz Hernandez Pablo
188. De La Cruz Martinez Jose
189. De La Cruz Olivares Celso
190. De La Cruz Santiago Antonio
191. De La Cruz Santiago Panfilo
192. De La Luz Perez Luis Enrique
193. De La Rosa Malpica Set
194. De Los Santos Celso Pablo
195. De Los Santos Celso Pedro
196. De Los Santos Santiago Benito
197. Del Angel Franco Arturo
198. Del Angel Teodocio Francisco
199. Del Rio Cruz Aurelio
200. Del Rio Garcia Eleuterio
201. Del Rio Garcia Marcelino
202. Del Rio Hernandez Fernando
203. Del Rio Macias Marino
204. Del Rio Ramos Erik
205. Del Rio Ramos Jose
206. Del Rio Ramos Ramon
207. Delgado Franco Arturo
208. Delgado Franco Magdalena
209. Delgado Ochoa Yaneth
210. Delgado Rodriguez Agustina
211. Delgado Roman Lucia
212. Diaz Barrios Maria
213. Diaz Blanco Filiberto
214. Diaz Cruz Jose Eduardo
215. Diaz Dominguez Estanislao

216. Diaz Garcia Jose Manuel
217. Diaz Gomez Gabriel
218. Diaz Juarez Juan Jesus
219. Diaz Lavias Jose Luis
220. Diaz Ortega Nanci
221. Diaz Ortega Nely Angela
222. Diaz Reyes Griselda
223. Diego Saavedra Isidro
224. Dominguez Zamora Benigno
225. Dominguez Cortez Elizabet
226. Dominguez Zamora Gregoria
227. Dominguez Zamora Julia
228. Dominguez Zamora Saturnino
229. Escamilla Meza Gonzalo
230. Espinoza Lorenzo Johnny
231. Esteban Aguilar Juana
232. Esteves Cruz Arnulfo
233. Farrera Lagos Eduardo
234. Farrera Lagos Elvia
235. Ferral Castellanos Guadalupe
236. Ferral Cobos Jose Manuel
237. Ferral Malerva Arturo
238. Ferral Ramos Francisco Pinos
239. Ferral Ramos Juan Carlos
240. Ferral Ramos Leticia
241. Figon Alejandre Felipe
242. Figon Alejandre Francisca
243. Figon Espinoza Jose Alberto
244. Figon Florencia Nancy
245. Figon Florencia Segio
246. Figon Jerez Luis Enrique
247. Figon Perez Marcial
248. Figon Salas Javier
249. Figon Sobrevilla Felipe
250. Florencia Castellanos Rosa Carmina
251. Florencia Espinosa Maria De Jesus
252. Florencia Garcia Angel
253. Florencia Garcia Luis
254. Florencia Garcia Santos
255. Florencia Garcia Servando
256. Florencia Maya Nora Luz
257. Florencia Ramos Angel
258. Florencia Ramos Santos

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

259. Flores Herenandez Carmela
260. Flores Ines
261. Flores Osorio Martha Lizet
262. Flores Ramon Sergio
263. Francisco Del Angel Teodosio
264. Francisco Magdaleno Nicolas
265. Franco Cobos Neri
266. Franco Cruz Emma
267. Franco Gallardo Jorge Luis
268. Franco Hernandez Alicia
269. Franco Loya Alicia
270. Franco Martinez Josefina
271. Franco Reyes Luis Antonio
272. Gallardo Aguilar Roberto
273. Gallardo Ramos Adan
274. Garces Gonzalez Cristian
275. Garces Loya Manuel
276. Garcia Andrade Jorge Luis
277. Garcia Castillo Alfredo
278. Garcia Castro Gabriel
279. Garcia Constantino Jessica Olivia
280. Garcia Dominguez Oswaldo
281. Garcia Escudero Agustin
282. Garcia Espinosa Otilio
283. Garcia Espinoza Pedro
284. Garcia Hernandez Nahum
285. Garcia Hernandez Catalina
286. Garcia Hernandez Celerino
287. Garcia Hernandez Ismael
288. Garcia Hernandez Jorge Pastor
289. Garcia Lorenzo Jorge Alberto
290. Garcia Lorenzo Julio
291. Garcia Mendez Apolinar
292. Garcia Ramirez Clara
293. Garcia Rodriguez Teresa
294. Garcia Romero Angel
295. Garcia Salas Alfonso
296. Gaspar Delfina
297. Gomez Alejandre Javier
298. Gomez Alejandre Victor Alfonso
299. Gomez Barrios Ana Laura
300. Gomez Cruz Genaro
301. Gomez Cruz Leopoldo

302. Gomez Del Rio Patricia
303. Gomez Garcia Carlos
304. Gomez Garcia Juan
305. Gomez Hernandez Daniel
306. Gomez Macias Jose
307. Gomez Martinez Gerardo
308. Gomez Mogollon Jesus
309. Gomez Mogollon Valentin
310. Gomez Palomo Francisco
311. Gomez Ramos Felix
312. Gomez Ramos Macario
313. Gomez Rivera Genaro
314. Gomez Rivera Jose Manuel
315. Gomez Rosas Maria De Jesus
316. Gonzalez Benitez Javier
317. Gonzalez Cristobal Gerardo
318. Gonzalez Cruz Amelia
319. Gonzalez Franco Rafael
320. Gonzalez Gomez Nancy Yaneth
321. Gonzalez Gonzalez Ismael
322. Gonzalez Gonzalez Teresa de Jesus
323. Gonzalez Hernandez Sergio
324. Gonzalez Hernandez Vilda
325. Gonzalez Lara Eustorgio
326. Gonzalez Perez Ana
327. Gonzalez Ramirez Benito
328. Gonzalez Reyes Adela
329. Gonzalez Rodriguez Rebeca
330. Gonzalez Santiago Lucia
331. Gonzalez Zumaya Eugenio
332. Grappin Fernandez Alberto
333. Gutierrez Garcia Maria Esther
334. Gutierrez Garcia Juana
335. Guzman Cantero Maria De La Luz
336. Guzman Lemus Margarita
337. Herandez Blanco Jose
338. Herandez Gabriel Eloy
339. Hernandez Blanco Gregorio
340. Hernandez Blanco Ismael
341. Hernandez Carrillo Luis Alberto
342. Hernandez Cruz Crispin
343. Hernandez Cruz Isaias
344. Hernandez Cruz Jose Juan

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

345. Hernandez Cruz Julio Cesar
346. Hernandez Cruz Lino
347. Hernandez Cruz Luis
348. Hernandez Cruz Maria Guadalupe
349. Hernandez Cruz Maria Noralba
350. Hernandez Franco Alicia
351. Hernandez Franco Rosa
352. Hernandez Fuentes Genaro
353. Hernandez Garcia Miguel
354. Hernandez Garcia Yasmin
355. Hernandez Gonzalez Florisa
356. Hernandez Gonzalez Francisco
357. Hernandez Hernandez Jose Luis
358. Hernandez Hernandez Oliverio
359. Hernandez Hidalgo Antonio
360. Hernandez Hidalgo Jorge
361. Hernandez Huesca Enedino
362. Hernandez Huesca Pablo
363. Hernandez Lopez Jorge
364. Hernandez Lorenzo Antera
365. Hernandez Lorenzo Juan
366. Hernandez Martinez Angel
367. Hernandez Martinez Juana
368. Hernandez Martinez Lino
369. Hernandez Mejia Rosa Isela
370. Hernandez Meza Concepcion
371. Hernandez Meza Jose Angel
372. Hernandez Ortega Facundo
373. Hernandez Resendiz Raul
374. Hernandez Reyes Marcelino
375. Hernandez Reyes Santos
376. Hernandez Reyes Taurino
377. Hernandez Rosas Tomas
378. Hernandez Salas Ernesto
379. Hernandez Samora Nora Hilda
380. Hernandez Sanchez Jaime
381. Hernandez Solis Estanislao
382. Hernandez Tolentino Santiago
383. Hernandez Torres Alfredo
384. Hernandez Torres Faustino
385. Hernandez Torres Octovio
386. Hernandez Zamora Maria Magdalena
387. Herver Romagnoli Enrique

388. Isidro Morales Tomas
389. Isidro Perez Araceli
390. Isidro Perez Federico
391. Jimenez Lara Maria Del Del Carmen
392. Juarez Dominguez Emma Abigail
393. Juarez Cruz Bernabe
394. Juarez Franco Maricela
395. Juarez Hernandez Claudina
396. Juarez Juarez Adan
397. Juarez Juarez Gloria
398. Juarez Martinez Severo
399. Juarez Perez Isiquio
400. Juarez Reyes Bruno
401. Juarez Reyes Juan Carlos
402. Juarez Reyes Mario
403. Juarez Reyes Oralia
404. Juarez Reyes Rodolfo (1)
405. Juarez Reyes Rodolfo (2)
406. Juarez Reyes Elizabeth
407. Lagos Zumaya Desidoro
408. Landa Rosas Oscar
409. Landa Rosas Sergio
410. Landeros Reyes Enedino
411. Lara Cruz Catalina
412. Lara Cruz Cesareo
413. Lara Flores Jorge
414. Lara Flores Juan Emanuel
415. Lara Moran Aracely
416. Leandro Cruz Jose Guadalupe
417. Leos Maldonado Victorino
418. Lima Blanco Anahi
419. Lima Blanco Juan
420. Lima Del Angel Dionicio
421. Lima Del Angel Dora Estela
422. Lima Del Angel Jose Manuel
423. Lima Del Angel Mauro
424. Lima Gomez Asuncion
425. Lima Gomez Javier
426. Lima Gomez Teresa
427. Lira Barrios Justo
428. Lira Cruz Andrea
429. Lira Cruz Antonio
430. Lopez Alvarado Francisco

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

431. Lopez Benavides Alvaro
432. Lopez Diaz Graciela
433. Lopez Zamora Narciso
434. Lorenzo Abreu Noel
435. Lorenzo Abreu Romula
436. Lorenzo Benavides Martha Laura
437. Lorenzo Cobos Jairo Alonso
438. Lorenzo Cobos Emmanuel Oswaldo
439. Lorenzo Constantino Maria Luisa
440. Lorenzo Constantino Zoila
441. Lorenzo Cruz Alfonso
442. Lorenzo Cruz Hermelinda
443. Lorenzo Cruz Mario Alberto
444. Lorenzo Cruz Nancy
445. Lorenzo Lorenzo Blanca Estela
446. Lorenzo Marcelo Susano
447. Lorenzo Reyes Flor Esther
448. Lorenzo Valdez Loyda
449. Lorenzo Valdez Mariana
450. Loya Garcia Manuel
451. Loya Hernandez Gerardo
452. Loya Hernandez Juan Daniel
453. Loya Juarez Angel
454. Loya Navarro Pilar
455. Loya Sosa Andres
456. Luciano Castellanos Georgina
457. Luciano Castellanos Leticia
458. Luna Capitan Maria Victoria
459. Macias Cruz Vidal
460. Macias Dominguez Jose Manuel
461. Macias Figon Leonel
462. Macias Sobrevilla Gregorio
463. Magallanes Rodriguez Oscar
464. Malerva Saldierna Elia Maria
465. Malerva Saldierna Miguel Angel
466. Malerva Vazquez Angel
467. Malerva Vazquez Guillermo
468. Manteca Garces Josefina
469. Mar Blanco Abdon
470. Mar Cruz Israel
471. Mar Gonzalez Silvia
472. Mar Gutierrez Lorenzo
473. Mar Gutierrez Rafael

474. Mar Lira Conrrado
475. Mar Martinez Alejandro
476. Mar Martinez Erika Elizabeth
477. Mar Ramos Angel
478. Mar Torres Cipriano
479. Mario Fernando Ramos Gamboa
480. Martinez Aguilar Victor
481. Martinez Angelina Antonio
482. Martinez Briseno Petra
483. Martinez Castellanos Mauro
484. Martinez Castellanos Roberto
485. Martinez Castellanos Santos
486. Martinez Castelllanos Silvestre
487. Martinez Cruz Marcela
488. Martinez Diaz Ovidio
489. Martinez Florencia Yolanda
490. Martinez Garcia Pedro
491. Martinez Gonzalez Gabriela
492. Martinez Gonzalez Liliana
493. Martinez Luciano Miguela
494. Martinez Meza Ismael
495. Martinez Meza Pastor
496. Martinez Reyes Arturo
497. Martinez Valdez Gabriela
498. Maya Constantino Guillermo
499. Maya Constantino Maria
500. Maya Cruz Rafaela
501. Maya Gaspar Cristobal
502. Maya Gutierrez Matilde
503. Maya Hernandez Amanda
504. Maya Hernandez Enrrique Aureliano
505. Maya Hernandez Jose Alfredo
506. Maya Hernandez Roberto
507. Maya Perez Cristian Ivan
508. Maya Perez Telma
509. Maya Ramirez Lazaro
510. Maya Sobrevilla Maria Edith
511. Medina Garcia Jorge
512. Mendez Cruz Delia
513. Mendoza Castellanos Rosendo
514. Mendoza Cristobal Martha Elena
515. Mendoza Cristobal Patricia
516. Mendoza Cruz Leonardo

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

517. Mendoza Cruz Manuel
518. Mendoza Cruz Nancy
519. Mendoza Diaz Rosendo Feliciano
520. Mendoza Gomez Narciso
521. Mendoza Hernandez Eulalio
522. Mendoza Hernandez Juventina
523. Mendoza Nicolas Domingo
524. Mendoza Perez Javier
525. Mendoza Reyes Antonia
526. Mendoza Reyes Manuel
527. Meza Aguilar Victor
528. Meza Alejandre Alvaro
529. Meza Aran Antonio
530. Meza Aran Gelacio
531. Meza Cobos Jose Manuel
532. Meza Cobos Luis Enrique
533. Meza Colunga Josefa
534. Meza Cruz Araceli
535. Meza Cruz Fausto
536. Meza Del Angel Hilario
537. Meza Dominguez Alvaro
538. Meza Gonzalez Claribel
539. Meza Gonzalez Gabriela
540. Meza Gonzalez Ladislao
541. Meza Torres Carmela
542. Miranda Hernandez Leobarda
543. Moctezuma Perez Fernando
544. Mogollon Leandro Julio
545. Montano Cantu Oscar Abel
546. Montero Aran Saul
547. Montiel Ordoñez Griselda
548. Morales Ines
549. Morales Lorenzo Luis
550. Morales Ortega Jose Alfredo
551. Morales Rosas Ignacio
552. Navarro Guzman Eucebio
553. Navarro Quiroz Luis Miguel
554. Nicolas Gonzalez Adriana
555. Nilcolas Valdes Pedro
556. Nolasco Aguilar Adriana
557. Nolasco Aguilar Hector
558. Nolasco Alejandre Clemente
559. Nolasco Alejandre Elias
560. Nolasco Alejandre Francisco
561. Nolasco Alejandre Pedro
562. Nolasco Ramirez Javier Alonso
563. Nolasco Ramirez Luis Aucencio
564. Nolasco Reyes Aurelia
565. Nolasco Savedra Juan
566. Nolasco Solis Gerino
567. Ochoa Nava Angel
568. Ochoa Nava Gabino
569. Ochoa Perez Bibiana
570. Ochoa Perez Eleuterio
571. Ochoa Roman Anita
572. Ochoa Roman Celedonio
573. Ochoa Roman Victor Gabino
574. Ochoa Sosa Ascencion
575. Ochoa Sosa Eleuterio
576. Olmos Alejandre Joaquin
577. Ortega Gomez Yassmin
578. Ortega Gomez Yeny
579. Ortega Lagos Ruben
580. Ortega Pulido Jose Luis
581. Ortega Rodriguez Reyna
582. Ortega Rodriguez Mucio
583. Ortega Rodriguez Ricardo Patricio
584. Ortega Santander Maria Concepcion
585. Ortiz Cruz Lizbeth
586. Osorio Miguel
587. Osorio Santos Balbino
588. Ovando Galier Selvia
589. Pascual Santiago Juan
590. Perez Cabrales Jose Irene
591. Perez Cabrales Pablo
592. Perez Cabrales Sofio
593. Perez Castellanos Pablo
594. Perez Dominguez Lorenza
595. Perez Isidro Esteban
596. Perez Lara Antonio
597. Perez Mendez Gloria
598. Perez Mendez Saul
599. Perez Meza Ignacio
600. Perez Moctezuma Eucebio
601. Perez Soto Carlos Ignacio
602. Perez Soto Jose Armando

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

603. Perez Torres Tito
604. Perez Vazquez Zelida
605. Peyrani Blanco Apolonio
606. Pineda Ferral Ricardo
607. Pineda Ferral Venancio
608. Posadas Reyes Evaristo
609. Quijano Valdez Mario
610. Ramirez Alejandre Maria
611. Ramirez Blanco Maria Alba
612. Ramirez Cobos Pedro
613. Ramirez Cruz Melina
614. Ramirez Hernandez Taide Esteban
615. Ramirez Roman Agustin
616. Ramos Cruz Sadiel
617. Ramos Ferral Azucena
618. Ramos Gamboa Mario Fernando
619. Ramos Garcia Nicolas
620. Ramos Leandro Roberto
621. Ramos Lopez Celerina
622. Ramos Lopez Domingo
623. Ramos Morales Tirzo Alberto
624. Ramos Nolasco Felipe
625. Ramos Ortega Raul
626. Ramos Perez Francisco
627. Ramos Perez Octaviano
628. Ramos Rivera Felipa
629. Ramos Rivera Jose Luis
630. Ramos Villegas Florencio
631. Reyes Aguilar Esteban
632. Reyes De Leon Ernesto
633. Reyes Delgado Sofia
634. Reyes Diaz Antonio
635. Reyes Hernandez Luis Manuel
636. Reyes Hernandez Gilberto
637. Reyes Martinez Viviana
638. Reyes Mendoza Julian
639. Reyes Nicasio Horacio
640. Reyes Rivera Blas
641. Rifka Rodriguez Maria Del Socorro
642. Rivera Figon Angel
643. Rivera Gonzalez Evencio
644. Rivera Ovando Regulo
645. Rodriguez Blanco Matilde

646. Rodriguez Cardenas Antonio
647. Rodriguez Chayrez Pascuala
648. Rodriguez Cruz Margarita
649. Rodriguez Cruz Martin
650. Rodriguez Cruz Santos
651. Rodriguez Del Rio Maximino
652. Rodriguez Guzman Angel
653. Rodriguez Hernandez Rubi
654. Rodriguez Larios Gilberto
655. Rodriguez Leandro Julia Esther
656. Rodriguez Leandro Rosa Isela
657. Rodriguez Martinez Isabel
658. Rodriguez Ramos Miguel Angel
659. Rodriguez Ramos Oscar Omar
660. Rodriguez Salas Eugenio
661. Rodriguez Saucedo Jose Martin
662. Rodriguez Tolentino Antonia
663. Rojas Cruz Esteban
664. Rojas Cruz Maria De La Paz
665. Roman Arellanes Maria Esperanza
666. Roman Baron Elvia
667. Roman Baron Irene
668. Roman Baron Luis Fernando
669. Roman Benavidez Claribel
670. Roman Benavidez Marissa
671. Roman Cobos Francisco
672. Roman Hernandez Evodia
673. Roman Maya Anacleta
674. Roman Nolasco Luis Fernanco
675. Roman Ortega Felix Octavio
676. Roman Ortega Marina
677. Romero Castellanos Jose Alfredo
678. Romero Gonzalez Celia
679. Romero Gonzalez Edith
680. Romero Gonzalez Lucrecia
681. Romero Lira Martin
682. Romero Lira Tomas
683. Romero Nava Adriana
684. Romero Torres Luis
685. Rosas Cristobal Reina
686. Rosas Cristobal Tomasa
687. Rosas Cruz Eusebio
688. Rosas Cruz Evelia

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

689. Rosas Cruz Raul
690. Rosas Cruz Rogelio
691. Rosas Esteban Roxana
692. Rosas Esteban Veronica
693. Rosas Garcia Alfredo
694. Rosas Gonzalez Junior
695. Rosas Rivera Ricardo
696. Rosas Sequera Ines
697. Rosas Vicencio Eligio
698. Salas Cruz Antonio
699. Salguero Ferral Miguel Angel
700. Salvador Robles Norberto
701. Samarripa Bule Rene Javier
702. Sanchez Bautista Celerino
703. Sanchez Cervantes Francisco
704. Sanchez Cisneros Maria Elena
705. Sanchez De Luna Mayte
706. Sanchez Diaz Bernardo
707. Sanchez Mendoza Ascencion
708. Sanchez Mendoza Trinidad
709. Santander Cisneros Maria Elena
710. Santander Del Angel Mayra Erika
711. Santander Hernandez Filiberta
712. Santander Lagos Hipolito
713. Santander Leyton Santiago
714. Santander Ramirez Miguel
715. Santiago Castro Juana
716. Santiago Cruz Geronimo
717. Santiago Cruz Redid
718. Santiago Diaz Metodio
719. Santiago Mar David
720. Santiago Maya Martin
721. Santiago Perez Jorge
722. Santiago Perez Lazaro
723. Santiago Perez Olga
724. Santiago Ramirez Moises
725. Santos Cruz Ana Lisbet
726. Sequera Castan Emilia
727. Sequera Castan Martin
728. Sequera Garcia Ascencion
729. Sequera Gomez Ascencion
730. Sequera Gomez Fructuoso
731. Sequera Gomez Martin

732. Sequera Lorenzo Artur
733. Silva Mendoza Miguel Angel
734. Simon Angeles Ofelia
735. Sobrevilla Del Angel Ines
736. Sobrevilla Hernandez Alejandro
737. Sobrevilla Hernandez Arturo
738. Sobrevilla Hernandez Maria Ines
739. Solares Hernandez Cirilo
740. Solares Hernandez Faustino
741. Solis Gonzalez Martina
742. Sosa Mar Noe
743. Soto Parrilla Rafael
744. Soto Santander Erasmo
745. Soto Santander Jovita
746. Tejeda Cruz Manuel Alejandro
747. Tejeda Mendoza Armando
748. Tenorio Sosa Semei
749. Torres Blanco Ricardo
750. Torres Cruz Bruno
751. Torres Cruz Geronimo
752. Torres Ferral Felipe
753. Torres Maya Marcelino
754. Torres Mendoza Esequiel
755. Torres Merinos Francisco
756. Torres Meza Ninfa
757. Torres Pulido Cecilia
758. Torres Serrano Miriam
759. Torres Vazquez Ezequiel
760. Torres Vazquez Jaime
761. Valdez Castro Diana
762. Valdes Galvan Juventino
763. Valdez Leandro Lucas
764. Valdez Martinez Leonel
765. Valdez Martinez Maria Del Carmen
766. Valdez Meza Jose Guadalupe
767. Vazquez Alejandre Rocio
768. Vazquez Blanco Laureana
769. Vazquez Cruz Juan Carlos
770. Vazquez Cruz Santana
771. Vicencio Alejandre Soledad
772. Vicencio Diaz Jose Eduardo
773. Vicencio Escalante Angel
774. Vicencio Gonzalez Silvestre

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

775. Vicencio Leyton Ramon
776. Vicencio Perez Rogelio
777. Vicencio Rosas Mardonio
778. Vicencio Sequera Narcizo
779. Vicencio Sequera Ricardo
780. Victorino Cortez Viridiana
781. Vidal Santiago Avelino
782. Villazana Cruz Armando
783. Villazana Cruz Leopoldo
784. Villazana Cruz Porfirio
785. Villegas Santos Felipa
786. Yañez Cruz Daniel
787. Yañez Cruz Elia
788. Yañez Loya Isaias
789. Zamarripa Bule Rene Javier
790. Zamora Alejandre Noe
791. Zamora Blanco Eli
792. Zamora Blanco Trinidad
793. Zamora Calderon Carlos Alonso
794. Zamora Cruz Celiflora
795. Zamora Cruz Silvestre
796. Zamora Cruz Sofia
797. Zamora Del Rio Elodia
798. Zamora Del Rio Mauricio
799. Zamora Espinoza Manuel
800. Zamora Garcia Florencio
801. Zamora Garcia Noe
802. Zamora Gonzalez Manuel
803. Zamora Gonzalez Marco Antonio
804. Zamora Gonzalez Pablo Cesar
805. Zamora Gonzalez Rosendo
806. Zamora Meza Julian
807. Zamora Meza Marin
808. Zamora Romero Melchor
809. Zamora Sanchez Felix Roberto
810. Zamora Sanchez Francisco
811. Zavala Ontiveros Roberta
812. Zumaya Alonso Maria De La Paz
813. Zumaya Blanco Andrea
814. Zumaya Blanco Corpura
815. Zumaya Gonzalez Emilio
816. Zumaya Gonzalez Jorge
817. Zumaya Gonzalez Lucas
818. Zumaya Gonzalez Marisol
819. Zumaya Hernandez Ignacio
820. Zumaya Hernandez Ricardo
821. Zumaya Malerva Amado
822. Zumaya Malerva Cayetano
823. Zumaya Malerva Concepcion

## E19 - PESCADORES LIBRES SOC. COOP. AURORA BARRA DE CAZONES

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Blanco Del Angel Jorge
2. Blanco Ortega Eliab
3. Castro Jonguitud Francisca
4. Cobos Garcia Juan Carlos
5. Cruz Castro Elda Nery
6. Cruz Castro Jahasiel Eved
7. Cruz Castro Lizzethe
8. Cruz Castro Miriam Mildred
9. Cruz Castro Vasti Selomith
10. Cruz Constantino Martha
11. Cruz Linche Sama Abimael
12. Cruz Martir Arnulfo
13. Cruz Martir Jose Angel
14. Garcia Garces Angel
15. Garcia Michcol Eunice
16. Hernandez Hernandez Viviana
17. Herrera Delgado Madai
18. Martir  Garcia  Gaston
19. Maya Cruz Orfa
20. Ortega Martir Zoila
21. Santiago Mogollon Merai

## E20 - GRUPO DE PESCADORES LIBRES GUILLERMINA HERNANDEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

1    Alejandre Antonio Eufracio
2    Antonio Santiago Carmelo Francisco
3    Antonio Santiago Javier Isaias
4    Antonio Santiago Mauricio
5    Blanco Ortega Jorge
6    Chavez Casados Edgar Valentin
7    Corona Acosta Enrique
8    Cruz Montesino Jadiel
9    Enriquez Flores Gamaliel
10   Flores Hernandez Benjamin
11   Galindo Hernandez Jose Luis
12   Gonzalez Flores Aziel Saday
13   Gonzalez Santiago Raul
14   Hernandez Guadalupe Francisco
15   Hernandez Hernandez Doroteo
16   Hernandez Hernandez Gregorio
17   Hernandez Hernandez Jose Francisco
18   Hernandez Hernandez Valente
19   Hernandez Rufino
20   Hernandez Segura Nestor Ivan
21   Herrera Mendez Jorge
22   Juarez Aquino Apolinar
23   Juarez Aquino Ivan
24   Juarez Aquino Renso
25   Linche Blanco Manuel
26   Martir Garcia Natanael
27   Martir Gonzalez Gaston
28   Mendiza Loaiza Mardonio
29   Segura Garcia Crisosoforo

## E21 - PESCADORES LIBRES OSTIONEROS DEL SUR

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Alejandre Amador Alan Pascual
2. Alvarado Antonio Calixta
3. Alvarado Antonio Mario
4. Alvarado Antonio Maximino
5. Alvarado Antonio Silviano
6. Alvarado Olares Maricela
7. Atanacio Ramirez Magdalena
8. Avelino Mateos Carmen
9. Barrios Ramirez Concepcion
10. Bautista Segura Juana Beatriz
11. Blanco Flores Jose Luis
12. Carvajal Garcia Lizbeth Eldai
13. Cayetano Cruz Elena
14. Cobos Flores Servando
15. Cobos Garcia Oscar
16. Constantino Salas Azarely
17. Constantino Salas Yanira
18. Cruz Cruz Eliseo
19. Cruz Garcia Vicente
20. Cruz Martir Maher Armando
21. Cruz Moreno Conrado
22. Cruz Santiago Delfina
23. De Leon Cuan Ofelia
24. Dominguez Castro Jaime
25. Dominguez Gomez Adrian
26. Dominguez Gomez Jaime
27. Dominguez Gomez Luis Alberto
28. Duque Tovar Ma Esther
29. Estevez Sanchez Elda Berenice
30. Estevez Sanchez Merib
31. Estrada Perdomo Margarito
32. Flores Cayetano Abinadab
33. Garcia Barrios Juan
34. Garcia De Leon Maria Concepcion
35. Garcia Patricio Jacinto
36. Gomez Gonzalez Isua
37. Gomez Sierra Ana Maria
38. Gonzalez Estevez Alma Sonia
39. Gonzalez Estevez Fabian (Hijo)
40. Gonzalez Estevez Fabian (Padre)
41. Gonzalez Estevez Hermenegildo
42. Gonzalez Flores Benjamin
43. Gonzalez Flores Jacob
44. Gonzalez Perez Juana
45. Hernandez Del Angel Christian Sujeilly
46. Hernandez Hernandez Milton
47. Jonguitud Florencia Antonio
48. Licona Cruz Veronica
49. Marquez Blanco Filiberto
50. Martir Carvajal Policarpo
51. Martir Mar Jonathan Azael
52. Maya Constantino Uziel
53. Mejia Cruz Ruby Isela
54. Olares Reyes Mario
55. Olares Reyes Maximina
56. Ramirez Estevez Alfredo
57. Saldaña Constantino Doroteo
58. Santiago Cruz Dellanira Elizabeth
59. Segura Garcia, Juana Beatriz
60. Valdez Cruz Cecilia
61. Valdez Flores Isac
62. Zaleta Gonzalez Abigail
63. Zaleta Ortega Justina

## E22 - PESCADORES LIBRES Y FILETERAS CLAUDIO CRUZ FLORES

### INDEPENDENT FISHERMAN PLAINTIFFS

1      Alejandre Cervantes Marta Catalina
2      Alejandre Cervantes Mayra
3      Atanacio Ramirez Dominga
4      Bautista Cruz Guillermo
5      Bautista Reyes Arturo
6      Bautista Reyes Beatriz Guadalupe
7      Bautista Reyes Lucio
8      Bautista Reyes Miguel
9      Bautista Reyes Petra
10     Bautista Santiago Nora
11     Castro Ortega Fidencia
12     Cruz Del Angel Yajaira Adilene
13     Cruz Flores Claudio
14     Cruz Maldonado Cesareo
15     Cruz Parrilla Leticia
16     Cruz Sanchez Gabriel
17     Cruz Sanchez Oscar
18     Del Angel Cruz Maria Ines
19     Flores Barrios Misar
20     Garcia Gonzalez Erika
21     Garcia Baldonado Yuri
22     Hernandez Cruz Marcela
23     Macias Cruz Norberta
24     Marquez Estevez Maria Antonia
25     Martinez Cruz Belen
26     Martir Santiago Liliana
27     Pinentel Smith Alejandrina
28     Prospero Cruz Norma Edith
29     Salvador Cruz Alberta
30     Salvador Garcia Claudia Martina
31     Sanchez Garcia Fernando
32     Sanchez Garcia Sara
33     Sanchez Garcia Teodora
34     Sanchez Garcia Virginia
35     Sanchez Marquez Alejandro
36     Sanchez Marquez Juan Manuel
37     Segura Rocha Juan
38     Zavala Ramirez Filomena
39     Zavala Ramirez Luciano

## E23 - PESCADORES LIBRES DE LA SOC. COOP. SAN ANDRES

## INDEPENDENT FISHERMAN PLAINTIFFS

1.      Barrios Castan Gabriela
2.      Constantino Casanova Eucebia
3.      Cruz Constantino Cristina
4.      Cruz Constantino Julia
5.      De La Cruz Cruz Isidora
6.      Delgado Copal Maria Clemencia
7.      Hernandez Mendoza Cecilia
8.      Hernandez Soni Maria Magdalena
9.      Lopez Herrera Erendida
10.     Malerva Centeno Nelson
11.     Malerva Sosa Maria Teresa
12.     Mar Gomez Dinora
13.     Mascareñas Medina Lorena
14.     Morales Cruz Maria Eva
15.     Morales Cruz Xochitl Nayeli
16.     Morales Cruz Zaida Lorena
17.     Olivares Perez Maria Guadalupe
18.     Perez  Hernandez Zulema Berenice
19.     Perez Alfaro Yasmin
20.     Perez Garcia Jose Manuel
21.     Perez Martinez Edith

## E24 - PESCADORES LIBRES DE LA COOP DE TAMIAHUA

## INDEPENDENT FISHERMAN PLAINTIFFS

These Plaintiffs are included with No. D-24 – Compradores de la Soc. Coop. Pescadores de Tamiahua

## E25 - PESCADORES LIBRES DE LA REFORMA FERNANDO MEZA TORRES

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Aran Edmunda
2. Aran Blanco Felisa
3. Aran Castellanos Norma Edith
4. Aran Cruz Jose
5. Aran Salinas Natalia
6. Argumedo Meza Jesus
7. Argumedo Meza Ramon
8. Arroyo Rojas Esperanza
9. Benitez Aran Bricio
10. Blanco Aran Manuel
11. Blanco Aran Raymundo
12. Blanco Arango Francisco
13. Blanco Olmos Marina
14. Blanco Valdez Manuel
15. Castro Perez Arturo
16. Castro Perez Carmen Guadalupe
17. Castro Perez Rafael
18. Cruz Cruz Mario
19. Cruz Cruz Pedro
20. Cruz Cruz Tereso
21. Cruz Villanueva Esperanza
22. Espinoza Aran Nancy
23. Espinoza Cervantes Carlos Enrique
24. Espinoza Cruz Enrique
25. Garcia Salazar Petra
26. Gonzalez Cruz Manuel
27. Gonzalez Cruz Sergio
28. Hernandez Resendez Sara
29. Hernandez Rosas Josefa
30. Lopez Florencia Altelmo
31. Mar Alejandre Jorge
32. Mar Cruz Carlos
33. Meza Cruz Araceli
34. Meza Cruz Rubi
35. Meza Francisco Lileni Griset
36. Meza Gallardo Tomasa
37. Meza Hernandez Silvia
38. Munoz Diaz Guillermo
39. Salinas Blanco Francisca
40. Salinas Blanco Maria de la Cruz
41. Villasana Cruz Magdalena

## E26 - GRUPO DE LIBRES DE SALADERO ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Alarcon Montiel Gabino | 52. | Del Angel Aviles Ana Maria |
| 2. | Aldama Juarez Amalia | 53. | Del Angel Casados Alma |
| 3. | Antonio Florentino Maria Del Rosario | 54. | Del Angel Jeronimo Anabel |
| 4. | Aran Aran Celia | 55. | Del Angel Zaleta Melquiades |
| 5. | Aran Aran Gabriela | 56. | Del Angel Zaleta Manuel |
| 6. | Aran Blanco Norberta | 57. | Espinoza Copal Yolanda |
| 7. | Aran Blanco Sonia | 58. | Espinoza Cruz Juan Jose |
| 8. | Aran Castro Tomas | 59. | Espinoza Garcia Pedro |
| 9. | Aran Cobos Primo | 60. | Espinoza Meza Estela |
| 10. | Aran Cruz Alvaro | 61. | Espinosa Salas Amalia |
| 11. | Aran Gonzalez Maria Elena | 62. | Espinosa Salas Andres |
| 12. | Aran Zaleta Armando | 63. | Espinosa Salas Olga Lidia |
| 13. | Aran Zaleta Aurelia | 64. | Espinoza Solis Valentina |
| 14. | Aran Zaleta Bertha | 65. | Espinoza Zapata Maria Mercedes |
| 15. | Aran Zaleta Hipolito | 66. | Felipe Cayetano Josefina |
| 16. | Baena Aran Miguel | 67. | Felipe Cruz Josefina |
| 17. | Bautista Hernandez Leonila | 68. | Francisco Hernandez Hilda |
| 18. | Blanco Alarcon Arely | 69. | Francisco Martinez Florentino |
| 19. | Blanco Cruz Josefa | 70. | Frias Morales Silvia |
| 20. | Blanco Reyes Julia | 71. | Gabino Santiago Domingo |
| 21. | Casados Aran Emma | 72. | Gallardo Hernandez Norma |
| 22. | Casados Casados Lucia | 73. | Garces Aran Teodola |
| 23. | Casados Cruz Andres | 74. | Garces Torres Brenda Dalila |
| 24. | Casados Cruz Felipa | 75. | Geronimo Mejia Anicacio |
| 25. | Casados Espinoza Lorena | 76. | Godina Quiñonez Nancy |
| 26. | Casados Martinez Calixto | 77. | Gonzalez Aran Sergio |
| 27. | Casados Meza Gumercinda | 78. | Gonzalez Bautista Amalia |
| 28. | Casados Ruiz Genaro | 79. | Gonzalez Concepcion Isabel |
| 29. | Casados Ruiz Victor Alfonso | 80. | Gonzalez Cruz Cecilia |
| 30. | Casados Sanchez Hipolito | 81. | Gonzalez Espinoza Isaias |
| 31. | Casados Torres Juan Manuel | 82. | Gonzalez Espinoza Lazaro |
| 32. | Casanova Mezano Nicolasa | 83. | Gonzalez Felipe Idalid Nalleli |
| 33. | Casanova Perez Herica | 84. | Gonzalez Juarez Teodora |
| 34. | Castellanos Guerrero Eduardo | 85. | Gonzalez Juarez Violeta |
| 35. | Castellanos Guerrero Feliciano | 86. | Gonzalez Mar Angel De Jesus |
| 36. | Castillo Gonzalez Maria | 87. | Gonzalez Meza Aide |
| 37. | Castro Cruz Maria Esmeralda | 88. | Gonzalez Rivera Lazaro |
| 38. | Castro Sosa Ramiro | 89. | Gonzalez Rosas Olinto |
| 39. | Constantino Zequera Juvencio | 90. | Gonzalez Rosas Vita |
| 40. | Constantino Zequera Nora Elia | 91. | Henandez Ramiro Julia |
| 41. | Cortes Cruz Feliciana | 92. | Hernande Espinoza Maria Ofelia |
| 42. | Cortes Martinez Martin | 93. | Hernandez Aran Juana |
| 43. | Cruz Blanco Amada | 94. | Hernandez Magdaleno Juana |
| 44. | Cruz Blanco Maria Ana | 95. | Hernandez Martinez Escolastico |
| 45. | Cruz Castorena Jose | 96. | Hernandez Melgoza Juan |
| 46. | Cruz Del Angel Claudio | 97. | Hernandez Melgoza Jose |
| 47. | Cruz Olares Dolores | 98. | Hernandez Meza Maria Horalia |
| 48. | Cruz Torres David | 99. | Hernandez Nolasco Agustin |
| 49. | Cruz Valdez Rosa Iveth | 100. | Hernandez Olivares Catalina |
| 50. | De La Cruz Bautista Cesar | 101. | Hernandez Peralta Guillermo |
| 51. | De La Cruz Hernandez Lazaro | 102. | Hernandez Ramiro Benito |
| | | 103. | Hernandez Ramiro Magdalena |

## E26 - GRUPO DE LIBRES DE SALADERO ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

104. Hernandez Ramos Griselda
105. Hernandez Santiago Maria Antonieta
106. Jeronimo Mejia Nicasio
107. Jeronimo Meza Catalina
108. Jeronimo Meza Victor Manuel
109. Jeronimo Zaleta Ernesto
110. Jeronimo Zaleta Estela
111. Juarez Mar Jovita
112. Juarez Mar Maria
113. Juarez Meza Anastacia
114. Juarez Meza Fortunata
115. Juarez Meza Martha Elena
116. Lira Torres Francisco Ignacio
117. Lira Torres Jesus
118. Mar Constantino Marisa
119. Mar Cruz Jose Manuel
120. Mar Cruz Rosalina
121. Mar Gamez Guillermo
122. Mar Lugo Cruz
123. Mar Salas Guadalupe
124. Mar Zaleta Concepcion
125. Marquez Cruz Magali
126. Martinez Garcia Julia
127. Martinez Garcia Placido
128. Martinez Hernandez Flor Beth
129. Martinez Hernandez Maria Ines
130. Martinez Martinez Olga
131. Maya Cortes Jose Luis
132. Maya Cruz Angel
133. Melgoza Hernandez Dorotea
134. Meza Blanco Guadalupe
135. Meza Del Angel Cecilia
136. Meza Diaz Elena
137. Meza Guerrero Guadalupe
138. Meza Perez Ricardo
139. Meza Perez Veronica
140. Meza Torres Juana
141. Morales Hernandez Isidora
142. Muñoz Bautista Cirenio
143. Muñoz Bautista Flor Isabel
144. Muñoz Casados Clemente
145. Muñoz Roman Ciro
146. Narvaez Casados Celestino
147. Nogales Hernandez Victor Manuel
148. Olarte Morales Luz Areli
149. Olmos Gil Isabel
150. Palomares Benites Celida
151. Palomares Benites Eulalia
152. Perez Aran Delia
153. Perez Cepeda Dorali
154. Perez Cruz Cequera Maria Guadalupe
155. Perez Santiago Yaneth

156. Perez Zequera Erica
157. Perez Zequera Yadira Lizbeth
158. Ponce Cruz Benjamin
159. Quiroz Aran Anastacio
160. Ramirez Cordova Abel
161. Retiz Hernandez Juana Elena
162. Reyes Meza Paula
163. Reyes Santiago Lorenzo
164. Rios Martinez Maria De Los Angeles
165. Rodriguez Castro Yolanda
166. Rodriguez De La Rosa Maria Elena
167. Rosas Bautista Bernardino
168. Rosas Casados Maria Del Pilar
169. Rubio Trejo Josefina
170. Ruiz Argumedo Jimena
171. Ruiz Argumedo Mayra
172. Ruiz Casados Elvia
173. Ruiz Casados Guadalupe
174. Ruiz Reyes Nancy
175. Ruiz Valdez Amalia
176. Salas Blanco Elia
177. Salas Pazaron Albeta
178. Salas Pazaron Lucina
179. Salinas Cobos Fabiola
180. Santiago Mar Cosme
181. Sequera Del Angel Jose Luis
182. Solis Cayetano Reyna
183. Sosa Carpio Jose Yovani
184. Sosa Escalante Adrian
185. Torres Cordova Manuel Antonio
186. Torres Cruz Ma Elena
187. Torres Meza Carolina
188. Torres Meza Cristina Marcela
189. Torres Santos Agustina
190. Uribe Guerrero Ofelia
191. Valdez Garcia Teofila
192. Valencia Garces Maria Del Carmen
193. Vidal Cruz Emma
194. Zaleta Cruz Roberto
195. Zaleta Espinoza Julian
196. Zaleta Rosas Melquiades
197. Zequera Casados Rosa
198. Zequera Castro Ana Karen
199. Cequera Hernandez Mario

E27 - Pescadores Libres De La Riverita Artemio Aran

Independent Fishermen Plaintiffs

| | | | |
|---|---|---|---|
| 1. | Amador Salazar Yolanda | 26. | Cruz Santiago Silvia |
| 2. | Aquino Lucas Felipa | 27. | Ferral Chavez Gaudencio |
| 3. | Aran Castro Raquel | 28. | Ferral Cruz Leonardo |
| 4. | Carvajal Lucas Maricela | 29. | Gomez Sierra Abisai |
| 5. | Carvajal Martinez Ramon | 30. | Hernandez Aquino Cornelio |
| 6. | Chavez Martinez Mallorica | 31. | Hernandez Aquino Felipe |
| 7. | Cruz Aran Ada Linda | 32. | Hernandez Flores Hilario |
| 8. | Cruz Aran Damian | 33. | Hernandez Flores Ramona |
| 9. | Cruz Casanova Delfino | 34. | Macias Aquino Norberto |
| 10. | Cruz Casanova Edmundo | 35. | Macias Cruz Dorotea |
| 11. | Cruz Casanova Eber | 36. | Mar Nolasco Cliseria |
| 12. | Cruz Casanova Federico | 37. | Marcelo Estevez Blanca Estela |
| 13. | Cruz Casanova Trinidad | 38. | Marcelo Loaiza Jesus |
| 14. | Cruz Cerecedo Ybeth | 39. | Martir Gonzalez Bernardo |
| 15. | Cruz Chavez Delfina | 40. | Meza Cruz Misael |
| 16. | Cruz Chavez Maricruz | 41. | Meza Lima Evaristo |
| 17. | Cruz Cruz Celso | 42. | Meza Perez Evaristo |
| 18. | Cruz Cruz Fermin | 43. | Meza Perez Mario Alberto |
| 19. | Cruz Cruz Jose Pascual | 44. | Meza Perez Samuel |
| 20. | Cruz Cruz Juvenal | 45. | Nolasco Cruz Ermilo |
| 21. | Cruz Gonzalez Enedina | 46. | Nolasco Cruz Sergio |
| 22. | Cruz Macias Yuliana | 47. | Perez Mendoza Onesima |
| 23. | Cruz Mar Paulito | 48. | Salazar Velazquez Eva |
| 24. | Cruz Mar Pedro | 49. | Sierra Moreno Fernanda |
| 25. | Cruz Salazar Brenda | | |

## E28 - GRUPO DE PESCADORES FILETEROS CHAVELITA

### INDEPENDENT FISHERMEN

| | | | |
|---|---|---|---|
| 1. | Alvarado Garcia, Cirila | 44. | Santiago Alvarado, Teresa |
| 2. | Bautista Mar, Eusebia | 45. | Santiago Marmolejo, Bertha Esther |
| 3. | Bautista Martinez, Gloria | 46. | Sobrevilla Copp, Blanca Estela |
| 4. | Blanco Cayetano, Esutolia | 47. | Vidal Cruz, Lucia |
| 5. | Blanco Perez, Mimi | | |
| 6. | Casados Bautista, Evelia | | |
| 7. | Castro Cruz, Enriqueta | | |
| 8. | Cruz Cayetano, Yolanda | | |
| 9. | Cruz Reyes, Beatriz | | |
| 10. | Cruz Santiago, Guadalupe | | |
| 11. | Del Angel Gallardo, Eloy | | |
| 12. | Del Angel Lorenzo, Lorena | | |
| 13. | Del Angel Martinez, Maria Francisca | | |
| 14. | Del Angel Ortega, Ana | | |
| 15. | Domingez Betancoorp, Guadalupe | | |
| 16. | Escalante Florencia, Berenice | | |
| 17. | Escalante Lugo, Gloria | | |
| 18. | Escalante Martinez, Leticia | | |
| 19. | Escalante Martinez, Valeria | | |
| 20. | Estevez Lugo, Arlette | | |
| 21. | Florencia Nolasco, Elvia | | |
| 22. | Flores Loredo, Carmela | | |
| 23. | Garcia  Hernandez, Maria Concepcion | | |
| 24. | Garcia Hernandez, Martha | | |
| 25. | Garcia Hernandez, Teresa de Jesus | | |
| 26. | Garcia Mar, Carolina | | |
| 27. | Garcia Santiago, Maria de los Angeles | | |
| 28. | Lugo Cruz, Cirila | | |
| 29. | Lugo Cruz, Josefina | | |
| 30. | Lugo Garcia, Guadalupe | | |
| 31. | Lugo Sosa, Clara Delfina | | |
| 32. | Maldonado Leal, Noica Guadalupe | | |
| 33. | Mar Cruz, Adela | | |
| 34. | Mar Morato, Romana | | |
| 35. | Mar Munoz, Guadalupe | | |
| 36. | Mar Munoz, Joaquina | | |
| 37. | Medrano Sanchez, Ninfa | | |
| 38. | Morato Cobos, Narcisa | | |
| 39. | Nolasco Santiago, Maria Teresa | | |
| 40. | Ortiz Hernandez, Dalila | | |
| 41. | Peralta Santiago, Luciana | | |
| 42. | Perez Santiago, Martha Elena | | |
| 43. | Perez Santiago, Norma Imelda | | |

## E29 – PESCADOR LIBRE DE CIUDAD MADERO TAMAULIPAS

### INDEPENDENT FISHERMEN

1.    Hernandez Espinoza Noe

## E30 – LIBRES DE CONGREGACION ANAHUAC GERSON

### INDEPENDENT FISHERMEN

1. Angel Arreola Luis Gabriel
2. Carballo Blanco Maria Del Carmen
3. Carballo Blanco Rufina
4. Carballo Cruz Mauro
5. Castillo Carballo David
6. Cruz Garcia Vanessa Yacaranday
7. Malerva Franco Maria Vicenta
8. Malerva Ramirez Daniel
9. Martinez Castas Genaro Gregorio
10. Santos Hernandez Pedro Jaime
11. Silva Alonso Jorge Ulises
12. Trejo Cruz Sergio Omar
13. Vargas Rodriguez Julio

## E31 – PESCADORES LIBRES DEL PUERTO DE TUXPAN

### INDEPENDENT FISHERMEN

| | | | |
|---|---|---|---|
| 1. | Aldana Guerrero Alfonso | 44. | Guevara Ramirez Marlen |
| 2. | Aldana Guerrero Fausto | 45. | Gutierrez Lucas Rita |
| 3. | Aldana Martinez Gilberto | 46. | Guzman Marquez Antonio |
| 4. | Aldana Mendoza Antonio | 47. | Hernandez Cruz Rafael |
| 5. | Aldana Mendoza Luis | 48. | Hernandez Franco Imelda |
| 6. | Barrera Rodriguez Luis Antonio | 49. | Hernandez Franco Manuel |
| 7. | Bermudez Cortez Jose Eduardo | 50. | Hernandez Ramon |
| 8. | Bermudez Reyes Dulce Flor | 51. | Hernandez Reyes San Juana |
| 9. | Bermudez Reyes Yajaira | 52. | Huesca Morales Roman |
| 10. | Blasco Gomez Juan Jose | 53. | Jonguitud Cruz Jesus |
| 11. | Blasco Gomez Juan Luis | 54. | Juan Mendoza Filogonia |
| 12. | Carbajal Reyes Diana | 55. | Juarez Baldomero Silveria |
| 13. | Carballo Mar Josefina | 56. | Juarez Gonzalez Carmen |
| 14. | Castaneda Del Angel Cirilo | 57. | Juarez Mariano Feliciano |
| 15. | Castañeda Vicencio Miriam | 58. | Juarez Martinez Belinda Beatriz |
| 16. | Castañeda Yañez Marcelino | 59. | Juarez Martinez Lilia Arisbeth |
| 17. | Castellanos Ovando Rosario | 60. | Leyton Garces Cira |
| 18. | Cortez Manzano Angel | 61. | Leyton Rodriguez Eduardo |
| 19. | Cristobal Catarina Juvencio | 62. | Lima Sosa Valentina |
| 20. | Cristobal De La Cruz Bernardo | 63. | Martinez Aldana  Jose Luis |
| 21. | Cruz Avila Ruben | 64. | Martinez Aldana Antonio |
| 22. | Cruz Blasco Florentina | 65. | Martinez Flores Vicente |
| 23. | Cruz Del Angel Esteban | 66. | Martinez Leyton Jorge Luis |
| 24. | Cruz Guevara Rufina | 67. | Martinez Reyes Orlando |
| 25. | Cruz Herrera Mardonio | 68. | Martinez Valdez Beatriz |
| 26. | Cruz Martinez Josue | 69. | Martinez Yañez Jorge Ernesto |
| 27. | Cruz Perlestain Maria Hortensia | 70. | Mendoza Torres Lorenzo |
| 28. | Cruz Reyes Julian | 71. | Mendoza Torres Maria Del Carmen |
| 29. | Cruz Rodriguez David | 72. | Mendoza Torres Paula |
| 30. | Cruz Rodriguez Yadira | 73. | Muñoz Carlos Manuel |
| 31. | Damian Hernandez Alfrredo | 74. | Noguera Martinez Oscar |
| 32. | De La Cruz Emilia Alberto | 75. | Noguera Reyes Juan |
| 33. | Del Angel Rivera Jaime Enrique | 76. | Noguera Torres Gustavo |
| 34. | Escobar Aguilar Antonio | 77. | Perez Bermudez Santos Armando |
| 35. | Ferral Garcia Roberto | 78. | Perez Feliciano Armando |
| 36. | Francisco Javier Solis Mendez | 79. | Perlestain Reyes Enriqueta |
| 37. | Franco Sosa Concepcion | 80. | Pulido Perez Antelma |
| 38. | Garcia Hernandez Alejandra | 81. | Ramirez Estrada Gabino |
| 39. | Gomez Soni Guadalupe | 82. | Ramirez Estrada Gabriela |
| 40. | Gomez Soni Teodora | 83. | Ramos Hernandez Alejandra |
| 41. | Gomez Vazquez Flora | 84. | Rangel Cruz Maria Eugenia |
| 42. | Gonzalez Juarez Julian | 85. | Rangel Hernandez Francisco |
| 43. | Guerrero Hernandez Sandra Suchey | 86. | Reyes Briones Martha Beatriz |

## E31 – PESCADORES LIBRES DEL PUERTO DE TUXPAN

### INDEPENDENT FISHERMEN

| | |
|---|---|
| 87. Reyes Briones Rocio | 105. Sanchez Mar Leonel |
| 88. Reyes Gomez Felix | 106. Santiago Calderon Maribel |
| 89. Reyes Gomez Marisol | 107. Saucedo Cruz Xochitl Adhli |
| 90. Reyes Gomez Yeny Aide | 108. Saucedo Sebastian Jose Guadalupe |
| 91. Reyes Hernandez Guadalupe | 109. Silverio Cabrera Paula |
| 92. Reyes Hernandez Guillermo | 110. Solis Mendez Francisco Javier |
| 93. Reyes Hernandez Norberto | 111. Solis Santiago Antonio |
| 94. Reyes Leyton Ricardo | 112. Velásquez Hernández Arcadio |
| 95. Rivera Cuervo Jaime | 113. Velasquez Hernandez Eugenio |
| 96. Rivera Reyes Maria Isabel | 114. Velazquez Leyton Mari Carmen |
| 97. Rivera Santiago Eliud | 115. Yanez Loya Eduardo |
| 98. Rodriguez Alejandre Luis | 116. Yanez Loya Guillermo |
| 99. Rodriguez Capitan Maria Del Socorro | 117. Yañez Loya Isaias |
| 100. Rodriguez Ramos Luis Alejandro | 118. Yañez Loya Juan |
| 101. Rodriguez Ramos Maria De Los Angeles | 119. Zaleta Ramos Sandra Yasmin |
| | 120. Zaleta Reyes Carlos |
| 102. Ruiz Loya Jessica Yamilet | 121. Zaleta Reyes Carlos |
| 103. Ruiz Loya Tania Patricia | 122. Zarate Vicencio Luis Martin |
| 104. Sanchez Cruz Francisca | 123. Zeferino Martinez Isala Del Carmen |

## E32 – CONGREGACION LA REFORMA

### INDEPENDENT FISHERMEN

1.  Aguilar Cruz Apolinar
2.  Aran Aran Bernardo
3.  Aran Aran Gregorio
4.  Aran Aran Isidro
5.  Aran Aran Simitrio
6.  Aran Blanco Agustin
7.  Aran Blanco Felix
8.  Aran Blanco Froylan
9.  Aran Castro Daniel
10. Aran Castro Fermin
11. Aran Castro Ismael
12. Aran Cruz Armando
13. Aran Cruz Heriberto
14. Aran Cruz Oscar
15. Aran Gonzalez Alejandro
16. Aran Hernandez Fabian
17. Aran Lopez Bertoldo
18. Aran Mar Jose Guadalupe
19. Aran Salinas Crisoforo
20. Aran Salinas Enrique
21. Aran Salinas Ever
22. Aran Salinas Martin
23. Blanco Aran Alberto
24. Blanco Aran Fernando
25. Blanco Aran Fernando
26. Blanco Aran Gabriel
27. Blanco Aran Hipolito
28. Blanco Aran Tirso
29. Blanco Barrios Raymundo
30. Blanco Gonzalez Mariano
31. Blanco Rivera Julio
32. Blanco Rodriguez Jose Luis
33. Blanco Rodriguez Martin Carlos
34. Blanco Salinas Fernando
35. Blanco Salinas Filiberto
36. Blanco Salinas Heladio
37. Blanco Valdez Tirso
38. Casados Aran Fabian
39. Castro Cruz Victor
40. Castro Hernandez Gabino
41. Castro Perez Adan
42. Cruz Aran Alberto
43. Cruz Blanco Aron
44. Cruz Castro Joel
45. Cruz Castro Jorge
46. Cruz Copal Francisco
47. Cruz Cruz Santos
48. Cruz Gallardo Crisostomo
49. Cruz Meza Jose Manuel
50. Cruz Meza Marcos
51. Cruz Palomares Jose Alonso
52. Cruz Velasquez Angel
53. De La Cruz Hernandez Tomasa
54. Torres Meza Manuel