IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179 SECTION J<br><br>JUDGE BARBIER MAG. JUDGE SHUSHAN<br><br>JURY TRIAL DEMANDED |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| ABRAHAM B. BERNARD, INDIVIDUALLY AND D/B/A UNITED MARINE SHIPYARD, ET AL; <br><br>VS. <br><br>BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007, LLC; TRANSOCEAN LTD.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION; M-I, LLC; JOHN AND JANE DOES A-Z; AND CORPORATIONS A-Z | § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br>C.A. NO. 2:12 CV 349 CJB<br><br><br>**JURY TRIAL DEMANDED** |

**ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Considering Plaintiff, Abraham B. Bernard, Individually and d/b/a United Marine Shipyard, et al's, Motion for Leave to file Third Amended Complaint, and that there is no objection to the filing of Plaintiff Abraham B. Bernard, Individually and d/b/a United Marine Shipyard, et al, Motion for Leave to file Third Amended Complaint by BP, Andarko and MOEX;

It is ORDERED that Plaintiffs, Abraham B. Bernard, Individually and d/b/a United Marine Shipyard, et al, be allowed to file this Third Amended Complaint.

SIGNED THIS 24th day of January, 2013.

_____
United States Magistrate Judge