IN RE: DEEPWATER HORIZON LITIGATION
MDL NO. 2179

| | |
|---|---|
| JAMES PARKERSON ROY | STEPHEN J. HERMAN |
| Domengeaux Wright Roy & Edwards, LLC | Herman, Herman & Katz, LLC |
| 556 Jefferson St., Suite 500 | 820 O'Keefe Ave. |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| E-Mail: jmr@wrightroy.com | E-Mail: Sherman@hhklawfirm.com |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Direct: (337) 593-4190 | Direct: (504) 680-0554 |
| Fax: (337) 233-2796 | Fax: (504) 561-6024 |

_____

January 22, 2013

**VIA EMAIL**

Carolyn R. Raines
Godwin Lewis
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Carolyn.Raines@GodwinLewis.com

RE: Chemali Custodial File Production Deficiency

Re: *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179*

Dear Carolyn:

      Thanks for the update. If I understand correctly Roland Chemali, a HESI in-house Chief Petrophysicist, tasked by HESI with analyzing the blowout, asked for downhole data obtained by Schlumberger to perform his analysis. HESI never gave Chemali the information so he stopped his inquiry. The information was ultimately sent to him in July of 2010 as part of a request to Chemali by HESI for relief well assistance. The information remained in Chemali's custodial file and was not produced. This was discovered by Chemali on an undisclosed date after his November 3, 2011 deposition.

      With respect, the parties are clearly entitled to the emails and attached data. It is not HESI's decision. Indeed, under the circumstances, the parties are within reason to request third party analysis of Chemali's custodial file production and another deposition to explore the emails and the circumstances surrounding their non-production. This is a significant failure to identify and produce custodial file information, production of which should not rely solely on Chemali's ability to identify same.

   Please tell us whether HESI will produce all emails and attachments at issue, submit Chemali's custodial file to third party scrutiny by a forensic expert and produce Chemali for a supplemental deposition. Trial is four weeks away, so we need to resolve this quickly. Thank you for your cooperation in this matter.

Very truly yours,

*Paul Sterbcow*

Paul Sterbcow
On Behalf of the PSC's Liaison Counsel

cc: Liaison Counsel
   Judge Sally Shushan
   Luther Strange, Esq.
   Mike Underhill, Esq.