# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Eat Florida Seafood, Inc. | 01/14/13 | 122640 |
| Hill, Adam | 01/14/13 | 122641 |