# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Taliancich, Andrew | 01/09/13 | 122630 |
| Bagala, Scott | 01/09/13 | 122636 |
| Jurisich, Ivo (AMENDED) | 01/17/13 | 122724 |
| HVAR, Inc. | 01/17/13 | 122725 |
| Issa, Inc. | 01/17/13 | 122726 |
| A&R Bros., Inc. | 01/17/13 | 122727 |
| Dykes, Gailton P. | 01/18/13 | 122729 |
| Dardar, Lavis P. | 01/22/13 | 122740 |
| Sportplex, Inc. | 01/24/13 | 122807 |
| DLBH, Inc. | 01/24/13 | 122808 |
| Emerald Bay Realty, Inc. | 01/24/13 | 122809 |
| Emerald C Development Company, Inc. | 01/24/13 | 122810 |

1