UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br> **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

<u>FIFTH SUPPLEMENTAL ORDER</u>

[Regarding the University of California - Santa Barbara's Document Production]

On January 23, 2013, BP submitted a report of alleged deficiencies in the privilege log prepared by the University of California - Santa Barbara ("UCSB"). Rec. doc. 8318. The reasons given by UCSB for withholding the documents may be divided into three categories: (1) Congressional Privilege; (2) Private and Confidential Privilege; and (3) Attorney-Client Privilege.

**1.     <u>Congressional Privilege</u>.**

BP contends that UCSB improperly invoked the Congressional Privilege for approximately one third of the documents. For example, the eleventh entry on the privilege log is for a September 28, 2010 email from Professor Leifer. The identity of the recipient of the email is redacted. "Congressional Privilege" is provided as the reason for withholding the document. The description is "Email with US Congressional Staff."

For the reasons stated by BP, there is no Congressional Privilege for the UCSB documents, including communications between Professor Leifer and Congresspersons or members of their staff.

By **Monday, January 28, 2013**, Edox shall release to the ShareVault site for use by all parties in the litigation the documents identified on the UCSB privilege log as withheld on account of the "Congressional Privilege."

**2.     Private and Confidential Privilege**.

BP acknowledges that the Court agreed to permit UCSB to redact or withhold certain types of information, including information regarding Dr. Leifer's work for BP competitors. BP contends that UCSB applied this too broadly. It urges that UCSB failed to provide a sound basis for withholding these documents. There are about 70 entries where the following privilege reasons are given:

   a.    Personal UCSB Business/Private and Confidential.

   b.    BRI Proprietary Communication.

   c.    Personal Privacy

   d.    BRI Business/Confidential/Privacy

   e.    BRI/UCSB Business/Confidential/Privacy

   f.    Personal BRI Business, Non-DWH, Private and Confidential.

These six subcategories are referred to Private and Confidential Privilege documents.

By **Monday, January 28, 2013**, Edox shall provide the Court with the Private and Confidential Privilege documents in electronic format. The Court will review the documents *in camera* and determine whether UCSB properly withheld them.

**3.     Attorney-Client Privilege**.

There are about 15 entries where the privilege reason is "Attorney/Client." By **Monday, January 28, 2103**, Edox shall provide the Court with the Attorney/Client documents in electronic format. The Court will review the documents *in camera* and determine whether UCSB properly withheld them.

**4.     Clawback**.

The Court will not undertake any work on the UCSB clawback issues until the issues with the privilege log entries are resolved.

**5.     Sanctions**.

UCSB has repeatedly violated the Court's orders. If UCSB violates any further orders, the Court may impose sanctions, including requiring Dr. Leifer to appear in New Orleans for his deposition.

**6.     Appeal**.

The deadline for appeal of this order is **noon CST on Monday, January 28, 2013.** In the absence of an order by District Judge Barbier, it shall not be suspended during an appeal.

New Orleans, Louisiana, this 25th day of January, 2013.

                                        SALLY SHUSHAN
                                        **United States Magistrate Judge**

**Clerk to serve:**

1) Captain Suzanne E. Englebert
   United States Coast Guard Retired
   sueenglebert@sseeservices.com

2) Michael R. Goldstein
   Senior Counsel
   University of California - Santa Barbara
   Michael.Goldstein@ucop.edu

3) Nancy Hamill
   Chief Campus Counsel
   University of California - Santa Barbara
   Nancy.Hamill@ucop.edu

4) Charlie Goodrich
   University of California - Santa Barbara
   Charlie.Goodrich@ucop.edu

3