Exhibit A
MIL Code Descriptions

**MIL02** – **MBI Report and Testimony, including discussion of reliance upon this material by experts**. Evidence related to the Joint Investigation Report (JIT), both Volume 1 (the Coast Guard/MBI report) and Volume 2 (the BOEMRE report), including findings of fact, opinions, recommendations, deliberations, and conclusions are inadmissible pursuant to 46 USC §6308. However, portions of these reports may be admissible for impeachment purposes, and may be admissible if a witness is "unavailable" due to invocation of 5th Amendment rights. *See* Rec. Doc. 4522.

**MIL03** – **Other government reports**. Other governmental reports (*e.g.*, the National Commission Report, the National Commission Chief Counsel's report, etc.) are inadmissible hearsay, and not admissible as public records. *See* Rec. Doc. 4523.

**MIL04** – **Daubert/Rule 702 issues**. The Bly Report, the Deepwater Horizon Study Group report (Univ. California/Berkeley), and documents related thereto that contain expert opinions are inadmissible because they fail to satisfy the requirements of Rule 702.

**MIL05** – **Miscellaneous issues**. HESI objects to the PSC's proposal to admit exhibits 20012, 0380, 01601, 02003, 02004, 01047, 01057, 04996, and 01966. *See* Rec. Doc. 4525.

**MIL08** – **Non-Governmental Reports**. Non-governmental reports and drafts of such reports (*e.g.*, Bly Report, TO Report, Berkeley Report, etc.) are inadmissible hearsay and do not comply with the requirements of FRE 702. *See* MIL04 above. Such post-incident reports do not qualify as "business records." However, portions of such reports may be admissible as a party-opponent admission.

**MIL09** – **Subsequent Remedial Measures**. Evidence related to subsequent remedial measures undertaken by HESI is inadmissible under FRE 407.

**HESI-MIL1** – **CSI/Sabins/Viator**. Evidence related to or reflecting any opinions or analyses of CSI Consulting, Inc. or Fred Sabins is not admissible because CSI and Sabins were disqualified as experts. *See* Rec. Doc. 5142

**HESI-MIL2** – **Claw Backs or Stricken Documents**. Evidence related to documents that were inadvertently produced and clawed back is not admissible. *See* Rec. Doc. 5141

**HESI-MIL3** – **Kodiak Credit**. Evidence relating to a credit that HESI issued or agreed to issue to BP in connection with non-productive time arising as a result of certain downhole tool issues associated with non-mudlogging activities that occurred during and/or prior to the Kodiak No. II well are irrelevant to the issues to be presented at trial. *See* Rec. Doc. 5139

**HESI-MIL4** – **Lab Sample Testing**. Evidence related to cement testing using non-rig samples are irrelevant. *See* Rec. Doc. 5138.

# Exhibit B

| Opposing Party | Trial Exhibit No. | Date of Exhibit | Range of Bates Nos. | Opposing Party's Description of Exhibit | PSC 300 | Objection Type | Motions in Limine |
|---|---|---|---|---|---|---|---|
| All but MOEX | 00001 | 09/08/10 | | Report: Deepwater Horizon Accident Investigation Report ("Bly" Report) | Yes | Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL04 MIL08 |
| PSC, TO, CAM, DQ, BP, WTF | 00002 | 04/23/10 | | Report: BP Accident Investigation Report Appendices to Deepwater Horizon Accident Investigation Report | Yes | Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL04 MIL08 |
| MI | 00003 | TBD | BP-HZN-CEC020351 - BP-HZN-CEC020354 | Typewritten notes of Don Vidrine interview | | Hearsay (FRE 802) | MIL04 |
| PSC | 00003 | 00/00/0000 | BP-HZH-CEC020351 BP-HZH-CEC020354 | NOTES - NOTES REGARDING ROBINSON, MARTIN, COWIE, DON VIDRINE | | Hearsay (FRE 802) | MIL04 |
| TO | 00003 | 00/00/0000 | BP-HZN-CEC020351 - BP-HZN-CEC020354 | Transcription of Interview with Don Vidrine, BP, by Robinson, Martin & Cowie - with handwritten marks | | Hearsay (FRE 802) | MIL04 |
| PSC | 00003A | 00/00/0000 | BP-HZN-CEC020351 BP-HZN-CEC020354 | TYPEWRITTEN NOTES | | Hearsay (FRE 802) | MIL04 MIL08 |
| MI | 00003a | TBD | BP-HZN-CEC020351 - BP-HZN-CEC020354 | Typewritten notes of Don Vidrine interview | | Hearsay (FRE 802) | MIL04 |
| PSC | 00005 | 00/00/10 | BP-HZN-MBI00021275 BP-HZN-MBI00021282 | FEED BACK FROM INTERVIEW - BOB KALUZA (STEVE, REX, JIM, JIM) | | Hearsay (FRE 802) | MIL04 |
| MI | 00005 | TBD | BP-HZN-MBI00021275 - BP-HZN-MBI00021282 | Typewritten notes of Bob Kaluza interview | | Hearsay (FRE 802) | MIL04 |
| TO | 00005 | 00/00/0000 | BP-HZN-MBI00021275 BP-HZN-MBI00021237 - BP-HZN-MBI00021282 | Typewritten and handwritten notes of Bob Kaluza | | Hearsay (FRE 802) | MIL04 |
| BP | 00005 | TBD | BP-HZN-MBI00021275 - BP-HZN-MBI00021282 | BP Internal Investigation Team Notes of interview of Bob Kaluza | | Hearsay (FRE 802) | MIL04 |
| WTF | 00005 | TBD | BP-HZN-MBI00021275 - BP-HZN-MBI00021282 | Typewritten and handwritten notes of Bob Kaluza interview | | Hearsay (FRE 802) | MIL04 |
| PSC | 00006 | 00/00/0000 | BP-HZN-MBI00021406 BP-HZN-MBI00021433 | INTERVIEW WITH DON VIDRINE; DON VIDRINE INTERVIEW APR. 27; ROBINSON, MARTIN, COWIE - DON VIDRINE; GUILLOT, ANDERSON WETHERBEE MAY 7, 2010; COWIE, GUILLOT, ANDERSON - MAY 12; DON VIDRINE 1/27/10. | | Hearsay (FRE 802) | MIL04 |
| MI | 00006 | TBD | BP-HZN-MBI00021406 - BP-HZN-MBI00021433 | Handwritten notes of Don Vidrine interview | | Hearsay (FRE 802) | MIL04 |
| BP | 00006 | TBD | BP-HZN-MBI00021406 - BP-HZN-MBI00021433 | BP Internal Investigation Team Notes of Interview of Don Vidrine | | Hearsay (FRE 802) | MIL04 |
| DQ | 00007 | TBD | BP-HZN-MBI00021304 - BP-HZN-MBI00021347 | | | Hearsay (FRE 802) | MIL04 |
| WTF | 00007 | 04/27/10 | BP-HZN-MBI-00021304 - BP-HZN-MBI-00021347 | Brian Morel Interview Notes | | Hearsay (FRE 802) | MIL04 |
| PSC | 00007 | 04/27/10 | BP-HZN-MBI00021304 - BP-HZN-MBI00021347 | BRIAN MOREL INTERVIEW NOTES | | Hearsay (FRE 802) | MIL04 |
| TO | 00007 | 04/27/10 | BP-HZN-MBI00021304 - BP-HZN-MBI00021347 | Transcription of Brian Morel Interview notes - panel: Rex Anderson, Matt, Lucas, Jim Wetherbee & Warren Winters - Handwritten Interview Notes by Jim McKay | | Hearsay (FRE 802) | MIL04 |
| PSC | 00011 | 04/10/10 | BP-HZN-MBI00021289 - BP-HZN-MBI00021294 | HANDWRITTEN NOTES - INTERVIEW WITH LEE LAMBERT | | Hearsay (FRE 802) | MIL04 |
| MI | 00011 | 04/29/10 | BP-HZN-MBI00021289 - BP-HZN-MBI00021294 | Handwritten meeting notes | | Hearsay (FRE 802) | MIL04 |
| TO | 00011 | 04/29/10 | BP-HZN-MBI00021289 - BP-HZN-MBI00021294 | Handwritten Notes of Interview with Lee Lambert, by Jim Whetherbee, Steve Robinson, & Kevin Fontenot | | Hearsay (FRE 802) | MIL04 |

| Opposing Party | Trial Exhibit No. | Date of Exhibit | Range of Bates Nos. | Opposing Party's Description of Exhibit | PSC 300 | Objection Type | Motions in Limine |
|---|---|---|---|---|---|---|---|
| MI | 00012 | 05/17/10 | BP-HZN-MBI00021295 - BP-HZN-MBI00021300 | Typewritten notes of Lee Lambert interview | | Hearsay (FRE 802) | MIL04 |
| PSC | 00012 | 05/17/10 | BP-HZN-MBI00021295 - BP-HZN-MBI00021300 | TYPEWRITTEN NOTES - INTERVIEW WITH LEE LAMBERT | | Hearsay (FRE 802) | MIL04 |
| TO | 00012 | 05/17/10 | BP-HZN-MBI00021295 - BP-HZN-MBI00021300 | Transcription of Interviews with Lee Lambert - by Cowie, Guillot & Anderson on 05/17/2010 & by Jim Wetherbee, Steve Robinson, & Kevin Fontenot on 04/29/10 | | Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL04 |
| PSC | 00014 | 00/00/0000 | BP-HZN-BLY00078435 | FAULT TREE ANALYSIS - Transocean HORIZON RIG FIRE | | Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL04 |
| TO | 00014 | 00/00/0000 | | Fault Tree Analysis - Transocean Horizon Rig Fire | | Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL04 |
| TO | 00016 | 05/09/10 | BP-HZN-BLY00061251 | Transcription of Interview with Erick Cunningham, by Kevin Fontenot, Kent Corse & Warren Winters | | Hearsay (FRE 802) | MIL04 |
| PSC | 00016 | 05/09/10 | BP-HZN-BLY00061251 | CUNNINGHAM ATTENDED (2) MEETINGS REGARDING CEMENTING HORIZON. MARCH 23RD TOPIC: LONG STRING. APRIL 14 TOPIC: REQUEST TO REVIEW ECD MODELING | | Hearsay (FRE 802) | MIL04 |
| MI | 00019 | 05/09/10 | BP-HZN-BLY00061549 - BP-HZN-BLY00061553 | Erick Cunningham interview notes | | Hearsay (FRE 802) | MIL04 |
| TO | 00019 | 05/09/10 | BP-HZN-BLY00061549 - BP-HZN-BLY00061553 | Erick Cunningham Interview - handwritten notes, by Kevin Fontenot | | Hearsay (FRE 802) | MIL04 |
| PSC | 00019 | 05/09/10 | BP-HZN-BLY00061549 - BP-HZN-BLY00061553 | ERIC CUNNINGHAM; MTG. NOTES FOR MARCH 23 AND APRIL 14 | | Hearsay (FRE 802) | MIL04 |
| PSC | 00025 | 01/00/11 | | REPORT - THE MACONDO WELL AND THE BLOWOUT (CHAPTER 4) | | Relevance (FRE 401 & 402) Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL03 MIL04 HESI-MIL04 |
| DQ | 00025 | TBD | | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling - Chapter 4 | | Relevance (FRE 401 & 402) Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL03 MIL04 HESI-MIL04 |
| WTF | 00025 | TBD | | Deepwater - The Gulf Oil Disaster and the Future of Offshore Drilling, Report to the President: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (Chapter 4) | | Relevance (FRE 401 & 402) Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL03 MIL04 HESI-MIL04 |
| PSC | 00028 | 07/21/10 | BP-HZN-BLY00089917 - BP-HZN-BLY00089920 | TRANSCRIPT OF MEETING BETWEEN STEVE ROBINSON AND JAMES WETHERBEE (TITLED POST MEETING NOTES) | | Incomplete (FRE 106) Expert Opinion (FRE 702) Hearsay (FRE 802) | MIL04 |
| PSC | 00030 | 00/00/10 | BP-HZN-BLY00093067 - BP-HZN-BLY00093096 | CHAPTER 3 - DESCRIPTION OF THE ACCIDENT | | Hearsay (FRE 802) Incomplete (FRE 106) | MIL04 |
| TO | 00031 | 00/00/0000 | BP-HZN-BLY00092163 - BP-HZN-BLY00092164 | Well Site Leader Interview Questions - Well Site Leader to interview: Ronnie Sepulvado, Murry Sepulvado & Earl Lee | | Hearsay (FRE 802) | MIL04 |
| PSC | 00037 | 05/12/10 | BP-HZN-BLY00061468 | TYPEWRITTEN NOTES - INTERVIEW WITH JOHN GUIDE (PRODUCED NATIVELY) | | Hearsay (FRE 802) | MIL04 |
| TO | 00037 | 05/12/10 | BP-HZN-BLY00061468 | Transcription of Interview with John Guide, by Cowie, Martin, Whetherbee, Corser & | | Hearsay (FRE 802) | MIL04 |
| DQ | 00037 | 05/12/10 | BP-HZN-BLY00061468 | Document Produced Natively | | Hearsay (FRE 802) | MIL04 |
| MI | 00040 | 07/22/10 | BP-HZN-BLY00086472 - BP-HZN-BLY00086476 | Post-meeting notes between Mark Bly and James Wetherbee | | Expert Opinion by a Lay Witness (FRE 701) Hearsay (FRE 802) | MIL04 |
| PSC | 00040 | 07/22/10 | BP-HZN-BLY00086472 - BP-HZN-BLY00086476 | MARK BLY - JAMES WETHERBEE POST MEETING NOTES; KENT CORSER EMAIL - SUBJ: QUESTION & SUMMARY APRIL 29, 2010 | | Expert Opinion by a Lay Witness (FRE 701) Hearsay (FRE 802) | MIL04 |