UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Halliburton's Request for Clarification (Rec. doc. 8324)]**

On January 16, 2013, an order was issued granting the motion of the PSC to call David Calvert. Rec. doc. 8253. BP joined in the request to call Calvert. Rec. docs. 8181 and 8245. Halliburton requests clarification of the order. Rec. doc. 8324.

With regard to the scope of Calvert's testimony, the order states:

> At the trial of Phase One, Calvert will be permitted to offer opinions consistent with those set forth in his October 17, 2011 report and his December 2011 deposition. He will not be permitted to offer opinions based on information and testimony produced by Halliburton or any other party after his December 2011 deposition.

Rec. doc 8253 at 4.

Halliburton invited the Court's attention to January 13, 2012 order by Judge Barbier granting in part BP's motion *in limine* to preclude expert opinion testimony not disclosed in the expert's Rule

26(a) written report. Rec. doc. 5505. Judge Barbier's order reaffirmed his "prior orders restricting expert opinion to the four corners of the expert's written report." Id. at 2. Calvert's opinion testimony will be restricted to the four corners of his written report.

IT IS ORDERED that Halliburton's request for reconsideration (Rec. doc. 8324) is GRANTED.

New Orleans, Louisiana, this 25th day of January, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**