# CONFERENCE ATTENDANCE RECORD

DATE: 1-25-13       TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS   CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carter Williams | TO |
| Stephany Olsen LeGrand | TO |
| Steve Roberts | |
| Don Godwin | HESI |
| Alan York | " " |
| Jenny Martinez | " " |
| Gavin Hill | " " |
| Bruce Bowman | " " |
| Floyd Hartley | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Erika Toledo | " " |
| Lauren Mitchell | " " |
| Sarah Iiams | Anadarko |
| David Jones | CAM |
| Carolyn Rames | HESI |
| Scott Falgoust | PSC |
| Steve O'Rourke | USA |
| Erica Pencak | USA |
| Mike Underhill | USA |
| Brian Barr | PSC |
| Corey Maze | AL |
| Jeff Breit | PSC |
| Jimmy Williamson | PSC |
| Tony Fitch | Anadarko |
| Carmelite Bertaut | Cameron |
| Don Haycraft | BP |
| Ryan Babiuch | BP |

# CONFERENCE ATTENDANCE RECORD

**DATE:** _____   **TIME:** _____

**CASE NAME:** _____

**DOCKET NUMBER & SECTION:** _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Avvy Cangan | BP |
| Rob Gasaway | BP |
| Anthony Irpino | PSC |
| Paul Sterbcow | BP |
| Douglas Kraus | La. |
| Denise Scofield | MI |
| Jim Ray | PSC |
|  |  |
|  |  |