UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL NO. 2179; CA 10-7777 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| 12-970, *Bon Secour Fisheries, Inc. et al.* | ) | SECTION: J |
| *v. BP Exploration Production Inc.;* | ) | |
| cases within Pleading Bundle B1 | ) | |
| | ) | |
| and All Actions, including | ) | JUDGE BARBIER |
| | ) | |
| 12-2953, *Harley D. Allen, et al v.* | ) | MAG JUDGE SHUSHAN |
| *BP American Production Company* | ) | |
| | ) | |
| 12-964, *Kevin D. Brannon, et al v.* | ) | |
| *BP American Production Company* | ) | |
| | ) | |
| 10-2771, *Abbasi, et al v.* | ) | |
| *Transocean Deepwater, Inc. et al.* | ) | |

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is given that Plaintiffs represented by Brent Coon & Associates (hereinafter referred to as "BCA Plaintiffs") as identified in **Exhibit 1** (List of Clients Represented by Brent Coon & Associates as of January 18, 2013) in the above styled actions filed within the United States District Court for the Eastern District of Louisiana hereby appeal to the United States Court of Appeals for the Fifth Circuit the following:

(1) The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion

for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement (Rec. Doc. 7101 or 7104), based on the pleadings and submissions of the parties, and which denies the Plaintiffs' their right to a Settlement Agreement that is fair, reasonable and adequate under the class action Federal Rule of Procedure 23, the Class Action Fairness Act of 2005, the Oil Pollution Act of 1990, and the Due Process Clause of the United States Constitution, entered in this action on December 21, 2012;

(2) The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114 and 7114-1) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement (Rec. Doc. 7101 or 7104), based on the pleadings and submissions of the parties, and which dismissed with prejudice all "Released Claims" by or on behalf of the BCA Plaintiffs against any and all Released Parties, entered in this action on December 21, 2012;

(3) The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114 and 7114-1) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement (Rec. Doc. 7101 or 7104), based on the pleadings and submissions of the parties, and which dismissed with prejudice all "Related Claims" pending in the Eastern District of Louisiana by or on behalf of the BCA Plaintiffs, entered in this action on December 21, 2012;

(4) The final order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 8138 & 8139) approving the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430) which addressed the Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114 and 7114-1) and Plaintiffs' Memorandum in Support of the Final Approval of Economic and Property Damages Class Settlement (Rec. Doc. 7101 or 7104), based on the pleadings and submissions of the parties, which requires that the BCA Plaintiffs who are Economic Class Members with "Related Claims" dismiss with prejudice all "Related Claims"

pending in any federal or state court, forum or tribunal except for those within the Eastern District of Louisiana, entered in this action on December 21, 2012; and

(5) The order of Judge Carl J. Barbier from the Eastern District of Louisiana (Rec. Doc. 7870) which denied and struck from the record the Plaintiffs' Motion for Leave to File Reply Memorandum Late and in Excess of Ordinary Page Limitations (Rec. Doc. 7863), based on the pleadings and submissions of the parties, entered in this action on the 8th day of November 2012.

**DATED on this the 25rd day of January, 2012.**

Respectfully submitted,

BRENT COON & ASSOCIATES

*/s/ Brent W. Coon* _____

Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701 Tel.: (409) 835-2666 Fax: (409) 835-1912

*Attorney for Plaintiffs*

- 5 -

## **CERTIFICATE OF SERVICE**

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on January 25, 2012.

/s/ Brent W. Coon_____
Brent W. Coon