UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | **Oil Spill by the Oil Rig** | : | **MDL NO. 2179** |
| | **"Deepwater Horizon" in the** | : | |
| | **Gulf of Mexico, on** | : | **SECTION: J** |
| | **April 20, 2010** | : | |
| | | : | **JUDGE BARBIER** |
| **This Document Relates to: All Cases** | | : | |
| | | : | **MAG. JUDGE SHUSHAN** |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Combined Response by the United States to Four Motions in Limine:**

**(1) BP's Motion regarding EPA Suspension [8294];**
**(2) BP's Motion regarding SEC settlement [8295];**
**(3) BP's Motion Regarding Criminal Proceedings [8296]; and**
**(4) Transocean's Motion Regarding Prior Alleged Improper Conduct [8287].**

The United States of America files this combined response in order to reserve its rights related to the four motions enumerated above.

On February 9, 2013, the Court entered an "Order and Reasons [Regarding Motions in Limine to Exclude Instances of Prior Alleged Improper Conduct and Prior Adverse Criminal, Civil or Regulatory Proceedings]," [Doc. 5634], which excluded certain evidence from Phase One, but also expressly stated:

> It may be that some of this evidence will become more relevant and admissible at a later phase, e.g., if and when the Court is required to consider the quantum of punitive damages or the assessment of CWA penalties.

*Id.* at 5; see also *id.* at 6. The United States hereby requests that, in keeping with the prior Order, any ruling by the Court on the above-enumerated Motions in Limine should be similarly limited

1

solely to Phase One, and should reserve any issues as to admissibility in later Phases, including Phase Two or any Clean Water Act or other penalty phase.[1]

As to BP's Motion Regarding Criminal Proceedings [8296], BP affirmatively has stated that guilty pleas to criminal actions are admissible in Phase One, including the Guilty Plea filed as a matter of public record in BP's criminal case.[2] Accordingly, beyond reserving the right to admit evidence of criminal actions and other "bad acts" in later phases, such as a Clean Water Act penalty phase or for punitive damage assessment, the United States does not object to exclusion of the Information and Indictments of Messrs. Vidrine, Kaluza, and Rainey in Phase One.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
E-mail: mike.underhill@usdoj.gov

---

[1] The United States has filed a proposed Civil Consent Decree as regards Transocean. The Consent Decree, if entered by the Court, will moot issues by and between the United States concerning Transocean's Motion in Limine. Accordingly, this response to Transocean's Motion is filed solely as a protective action in the event the settlement between the United States and Transocean does not become final, in which case the United States reserves the right to file a supplemental opposition.

[2] As BP notes, [8296] at n.1, the hearing to accept BP's Guilty Plea is set for January 29th, at which time it will be effective if accepted by the Court in the criminal case. We presume that BP intends that the admissibility of the document and its use in this case is contingent upon acceptance of the plea by the Court, but defer argument on that issue unless and until the Guilty Plea is rejected and BP argues that it is inadmissible.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this date: January 25, 2013.

                                            /s/ Steven O'Rourke
                                            STEVEN O'ROURKE