# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 17, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30237   In Re: Deepwater Horizon, et al  
               USDC No. 2:10-MD-2179

[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JAN 2 3 2013 LORETTA G. WHYTE CLERK]

The court has granted attorney Allen Katz's motion to withdraw as counsel in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: /s/ Shea E. Pertuit  
                          Shea E. Pertuit, Deputy Clerk  
                          504-310-7666

Mr. Brad D. Brian  
Ms. Rachel Giesber Clingman  
Mr. John Michael Elsley  
Mr. Everett R. Fineran  
Mr. Jan K Frankowski  
Mr. Donald Everett Godwin  
Mr. Daniel O. Goforth  
Mr. Robert N. Habans Jr.  
Mr. Sean Daniel Jordan  
Mr. Daniel Benjamin Levin  
Mr. Kerry J. Miller  
Mr. Edwin G Preis Jr.  
Mr. Steven Lynn Roberts  
Mr. Kent C. Sullivan  
Ms. Loretta Whyte  
Mr. Robert Alan York