# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| Oil Spill by the Oil Rig "DEEPWATER HORIZON" In the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br>Section: "J"<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |
| Bon Secour Fisheries, Inc., *et. al.*, Individually and on behalf of Themselves and all others Similarly Situated,<br><br>   Plaintiff(s),<br><br>v.<br><br>BP Exploration & Production, Inc., BP America Production Company; BP P.L.C.,<br><br>   Defendant(s). | Civil Action No. 12 - 970<br>Section: "J"<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

Stamps: PROVIDED TO SANTA ROSA C.I. ON JAN 18 2013 FOR MAILING

U.S. DISTRICT COURT Eastern District of Louisiana FILED JAN 24 2013 LORETTA G. WHYTE Clerk

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Daniel J. Levitan, Appellant, member of the class, intervenor hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment, order(s), of the Court approving the settlement in these proceedings for the class.

TENDERED FOR FILING

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
___ Doc. No. ___

JAN 24 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dated this 18 day of January, 2013.

Respectfully submitted,

Daniel J. Levitan, *pro se*
c/o Santa Rosa C. I.-Annex
DC No. 650607
5850 East Milton Road
Milton, Florida 32583 – 7914

Dated: 1/18/13

*/s/ Daniel J. Levitan*
DANIEL J. LEVITAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served on all counsel by the foregoing being filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana through the use of the CM/ECF System, which will send a Notice of filing in accordance with the procedures established in MDL 2179, and by U.S. Mail to Stephen J. Herman, Esq., Attorney at Law, HERMAN, HERMAN, KATZ & COTLAR, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113; James Parkerson Roy, Esq., Attorney At Law, DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC., 556 Jefferson Street, Suite 500, Lafayette, Louisiana 70501; BP Exploration & Production, Inc., BP America Production Company, BP p.l.c.; General Counsel, P. O. Box 330919, Houston, Texas 77233-0919, Richard Godfrey, P.C., Wendy Bloom, KIRKMAN & ELLIS, LLP., 300 North LaSalle Street, Chicago, Illinois 60654; Robert C. "Mike" Brock, Esq., COVINGTON & BURLING, LLP., 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004 on this 18 day of January, 2013.

*/s/ Daniel J. Levitan*
DANIEL J. LEVITAN



CLERK OF THE COURT
U.S. DISTRICT COURT
500 POYDRAS STREET
C-151
NEW ORLEANS, LA 70110

LEGAL MAIL

Daniel Levitan 650607
Santa Rosa Correctional
Institutional Annex
5850 E Milton Rd.
Milton, FL 32583