UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| This document relates to: *10-4536* | * * * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## ORDER

**IT IS ORDERED** that any responses to BP's Motion for Partial Summary Judgment Against the United States with Respect to Its Claims for Civil Penalties for the More Than 800,000 Barrels of Oil that Were Collected and Never Released into the Environment During the *Deepwater Horizon* Oil Spill (Rec. Doc. 8213) shall be filed no later than Friday, February 15, 2013. Any replies shall be filed no later than Friday, February 22, 2013.

Signed in New Orleans, Louisiana, this 25th day of January, 2013.

_____
United States District Judge