# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to: All Cases | §<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## HESI'S REPLY IN SUPPORT OF ITS OBJECTIONS TO CERTAIN EXHIBITS IDENTIFIED ON THE PLAINTIFFS' COMBINED PHASE ONE EXHIBIT LIST DATED JANUARY 11, 2013

Halliburton Energy Services, Inc. ("HESI") respectfully submits its Reply in Support of its Objections to Certain Exhibits Identified on the Plaintiffs' Combined Phase One Exhibit List Dated January 11, 2013 (Rec. Doc. 8297) as follows:

In Plaintiffs' Opposition to HESI's Objections to Certain Exhibits on the Plaintiffs' Combined Phase One Exhibit List Dated January 11, 2013 (Rec. Doc. 8299), Plaintiffs concede that the Court's January 16, 2012 Order set a clear deadline of February 26, 2012 for Plaintiffs to add the deposition exhibits at issue to their final trial exhibit list. *See* Rec. Doc. 5719 at 3. The only explanation Plaintiffs offer for missing this express deadline is "due to the PSC/BP settlement and trial continuance, this final exhibit list was never filed." *See* Rec. Doc. at 8299 at 1.

Plaintiffs argue that that they should be allowed to add the deposition exhibits at issue to their exhibit list (1) because PTO 54 is silent about the addition of such exhibits and (2) "due to the BP/PSC settlement and trial continuance." These arguments are directly contrary to Plaintiffs' argument that HESI's amended objections to Phase One exhibits are untimely and should be stricken. *See* Rec. Doc. 8320. First, like its' silence regarding the deposition exhibits, PTO 54 is silent about objections to Phase One trial exhibits. Second, although there was no

deadline for objections to email strings, even assuming *arguendo* that there was a deadline, the Plaintiffs now concede that HESI's alleged failure to comply with such a deadline is excused "due to the PSC/BP settlement and trial continuance."

In this context, the express deadline for the Plaintiffs to add the deposition exhibits to their final exhibit list is no different than the alleged deadline for HESI to file objections to email strings. If the PSC is allowed to add over 100 exhibits to its Phase One exhibit list nearly one year after the deadline to do so "due to the BP/PSC settlement and trial continuance," then there is no reason that HESI cannot assert objections to certain limited Phase One trial exhibits nearly one year after any alleged deadline to do so.

HESI agrees that Phase One deadlines were temporarily suspended as a result of the trial continuance, however, Plaintiffs' attempt to have their cake and eat it too should be rejected.

Respectfully Submitted,

**GODWIN LEWIS PC**

By: /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
Alan.York@GodwinLewis.com
Misty Hataway-Coné
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: (713) 595-8300
Facsimile: (713) 425-7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing HESI's Reply In Support Of Its Objections to Certain Exhibits Identified on the Plaintiffs' Combined Phase One Exhibit List Dated January 11, 2013, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 25th day of January, 2013.

                                                      */s/ Donald E. Godwin*