# Exhibit A

**From:** Braniff, Barry (Houston)
**Sent:** Monday, July 12, 2010 10:36 PM
**To:** Ambrose, Bill (Houston)
**Cc:** Hand, Steve (Houston)
**Subject:** RE: Riser Unloading Well Control Events

**Attachments:** Divisional Summary Workbook 2009.pdf; 2009 ANNUAL WCE REPORT.pdf

Bill

We will compile all the info we have on these 6 events and send to you tomorrow.

Please refer to our intranet site at www.rigcentral.com/hqs/pt/well_operations_group/Well_Control.asp for detailed historical well control info from 2005

Please see attached in the meantime (the 6 rigs are listed in the attached):

2009 well control event report
2009 Divisional summaries

Please let me know if you have any questions.

Best regards

Barry

Barry Braniff

Well Operations Manager

Well Operations Group

Office: 713-232-7924

Cell: 713-412-2743

HYPERLINK "mailto:barry.braniff@deepwater.com"barry.braniff@deepwater.com

PRIVILEGED AND CONFIDENTIAL

ATTORNEY-CLIENT COMMUNICATION

DOCUMENT(S) PREPARED IN ANTICIPATION OF LITIGATION

———

From: Hand, Steve (Houston)
Sent: Monday, July 12, 2010 4:20 PM
To: Ambrose, Bill (Houston); Braniff, Barry (Houston)
Subject: Re: Riser Unloading Well Control Events

Bill,
One of Barry's team can assist with the data.

CONFIDENTIAL

4255

Exhibit No. _____
**Worldwide Court
Reporters, Inc.**

TRN-INV-01143129

Barry I can you assign somebody to help Bill with this.

Thanks

_____

From: Ambrose, Bill (Houston)
To: Hand, Steve (Houston)
Sent: Mon Jul 12 16:12:21 2010
Subject: Riser Unloading Well Control Events

Steve,

We came across that there were 6 riser unloading well kicks between 2008-09, can you point me to the correct person to collect all of the well control reports and investigation work that may have been completed around these events?

Thanks,

Bill

BILL AMBROSE

TRANSOCEAN  |  4 GREENWAY PLAZA, HOUSTON, TX 77046  |  OFFICE 713.232.7622  |  CELL 713.377.8860  |
HYPERLINK "mailto:bill.ambrose@deepwater.com"bill.ambrose@deepwater.com

CONFIDENTIAL

TRN-INV-01143130



**ANNUAL REPORT 2009**

**WELL CONTROL EVENTS & STATISTICS**

**Divisional Summaries**

**Prepared by:** Mike Williger, Drilling Engineer
**Reviewed by:** Dave Foster, Well Construction Manager

*The Well Operations Group*

**Issued:** March 2010

**Revised:** -

**Contact:** WOG@deepwater.com

CONFIDENTIAL

Well Control Events & Statistics 2009

# Divisional Summaries 2009

## Table of Contents

**Division**

FEA,   Far East & Australia. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 3

GGA,   Gulf of Guinea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 4

IME,   India & Middle East. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 5

MED,   Mediterranean. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 6

NAM,   North America. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 7

NRS,   North Sea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 8

NRY,   Norway. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 9

SAM,   South America. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 10

WAS,   West Africa-South. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . page 11

Rev 0, March 2010

WOG@deepwater.com

CONFIDENTIAL

FEA Division Summary - Well Control Event Statistics - 2005 to 2009



Issued by the Well Operations Group, Houston

TRN-INV-01143133

CONFIDENTIAL

## GGA Division Summary - Well Control Event Statistics - 2005 to 2009

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| WCE Hrs | 723 | 542 | 570 | 861 | 693 |
| Ops Hrs | 94,863 | 120,782 | 124,660 | 117,195 | 90,289 |
| % on WCE | 0.76% | 0.45% | 0.46% | 0.73% | 0.77% |

**Matrix used to classify kicks**

| Code | Kick Intensity | | Kick Volume | Remark | Reporting |
|---|---|---|---|---|---|
| | < 0.5 ppg | & | < 10 bbls | Minor / Routine | Rig Manager Perf / General Manager |
| Yellow | ≥ 0.5 ppg | or | 10 ≤ x < 20 bbls | Major | General Manager |
| | Any Intensity | | ≥ 20 bbls | Critical | Managing Director / Operations Director |

| Year | Kicks | | Loss/Gain | | Precautionary | | No info | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 6 | 298.3 | 4 | 288.2 | 0 | 0.0 | 6 | 136.3 | 16 | 722.7 |
| 2006 | 7 | 342.5 | 2 | 198.5 | 0 | 0.0 | 1 | 1.0 | 10 | 542.0 |
| 2007 | 8 | 545.0 | 1 | 22.0 | 0 | 0.0 | 0 | 0.0 | 9 | 567.0 |
| 2008 | 7 | 466.5 | 6 | 387.3 | 2 | 6.8 | 0 | 0.0 | 15 | 860.5 |
| 2009 | 6 | 466.0 | 5 | 173.0 | 2 | 39.8 | 0 | 0.0 | 13 | 678.7 |
| Total | 34 | 2118.3 | 18 | 1068.9 | 4 | 46.5 | 7 | 137.3 | 63 | 3370.9 |
| Ave Hours | 62.3 | | 59.4 | | 11.6 | | 19.6 | | 53.5 | |

Table title: WCE - GGA: 2005 - 2009, # of WCE : Hrs Spent on WCE

*5 addt'l WCE occurred in pilot hole situations with a total time of 17.5 hrs which is not illustrated in above table.*
*1 in 2007 (3 hrs), 4 in 2009 (total of 14.5 hrs)*

### GGA Division Notes

In 2009 of the 679 hours spent on WCE, a single ENI event contributed 317 hrs.
Time spent on WCE has stayed fairly consistent over past 5 years (0.45% - 0.77%)
Shell leads all operators with a total of 11 WC Events, BG & Total each have had 10 WCE.
A report on the MGH riser unloading in 2009 is available.
In 2009, one precautionary shut-in was due to coring and possible gas, 32.25 hrs.

*In "WCE Time by Client" graph, only operators with a total of 100+ hrs on WCE are shown*

### Executive Summary for the Division

GGA average for 68 events is 49.8 hrs on all WCE (Other DIVs average 35.7 hrs).
GGA average time spent on Kicks & L/G is 62.3 & 59.4 hrs (Other DIVs* avg 43.6 & 28.2 hrs).
65% of WCE occurred in exploratory work, 31% during development, 4% in appraisal wells.
Circulating (open choke) is most used kill method, 37%. Drillers method was used 26% and W&W 12%.
75% of all WCE occurred during drilling operations.
65% of kicks were detected and shut-in with less than 10bbl influx taken.

Prepared by: Mike Williger
Reviewed by: Dave Foster
Source: Well Operations Group, Houston

| Operation During WCE | |
|---|---|
| Circulating | 1 |
| Completion | 2 |
| Drilling | 51 |
| Jetting Liner | 1 |
| LWD | 1 |
| Running Casing | 1 |
| Sidetracking | 2 |
| Stuck Pipe | 1 |
| Tight hole | 5 |
| Tripping | 2 |
| Wireline | 1 |
| Grand Total | 68 |

Issued by the Well Operations Group, Houston

CONFIDENTIAL

**IME Division Summary - Well Control Event Statistics - *2006* to 2009**



Issued by the Well Operations Group, Houston

TRN-INV-01143135

CONFIDENTIAL

MED Division Summary - Well Control Event Statistics - 2005 to 2009



Issued by the Well Operations Group, Houston

TRN-INV-01143136

CONFIDENTIAL

## NAM Division Summary - Well Control Event Statistics - 2005 to 2009

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| WCE hrs | 619 | 686 | 1,138 | 364 | 1,831 |
| Ops hrs | 222,746 | 244,754 | 207,191 | 153,844 | 143,556 |
| % on WCE | 0.28% | 0.28% | 0.55% | 0.24% | 1.29% |

**Matrix used to classify kicks**

| Code | Kick Intensity | | Kick Volume | Remark | Reporting |
|---|---|---|---|---|---|
| | < 0.5 ppg | & | < 10 bbls | Minor / Routine | Rig Manager Perf / General Manager |
| Yellow | ≥ 0.5 ppg | or | 10 ≤ x < 20 bbls | Major | General Manager |
| | Any intensity | | ≥ 20 bbls | Critical | Managing Director / Operations Director |

| Operation During WCE | |
|---|---|
| Cementing | 1 |
| Circulating | 5 |
| Completion / Perf | 3 |
| Cut & Slip | 1 |
| Cutting casing | 1 |
| Drilling | 69 |
| Latching back | 1 |
| Milling | 1 |
| P & A | 1 |
| Running Casing | 3 |
| Stuck pipe | 1 |
| Tight hole | 3 |
| Tripping | 11 |
| Wireline | 2 |
| Grand Total | 103 |

| WCE - NAM: 2005 - 2009, # of WCE : Hrs Spent on WCE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Year | Kicks | | Loss/Gain | | Precautionary | | No info | | Rig Totals | |
| 2005 | 7 | 219.8 | 12 | 334.5 | 0 | 0.0 | 3 | 65 | 22 | 619.3 |
| 2006 | 7 | 431.5 | 11 | 254.0 | 0 | 0.0 | 0 | 0 | 18 | 685.5 |
| 2007 | 16 | 916.0 | 4 | 182.8 | 2 | 17.0 | 1 | 8.5 | 23 | 1,124.3 |
| 2008 | 10 | 237.3 | 4 | 126.5 | 0 | 0.0 | 0 | 0 | 14 | 363.8 |
| 2009 | 19 | 1,560.5 | 4 | 255.0 | 2 | 15.5 | 0 | 0 | 25 | 1,831.0 |
| Total | 59 | 3,365.0 | 35 | 1,152.8 | 4 | 32.5 | 4* | 73.5 | 102** | 4,623.8 |
| Ave Hours | 57.0 | | 32.9 | | 8.1 | | 18.4 | | 45.3 | |

** 3 of the 4 holes were "tight holes' resulting in no information available*

*** Does not include 1 pilot hole kick taken in 2007 which was a 14 hour event*

**NAM Division Notes**

Of 1,831 hrs spent on well control in 2009, 703 hrs are attributable to Cobalt.
Cobalt & ENI spent over 10% of their Operating Time on well control (all others < 5%)
DD1 & DAS both unloaded drilling risers in 2009.
WCE time for 2005-2008 was 0.34%, in 2009 this increased to 1.28% (0.78% without Cobalt).

*In "WCE Time by Client" graph, only operators with a total of 100+ hrs on WCE are shown.*

**Executive Summary for the Division**

NAM average time on any WC event 45.3 hrs (Other DIVs avg 35.2 hrs).
NAM average time spent on Kicks & L/G is 57.0 & 32.9 hrs (Other DIVs avg 43.0 & 32.2 hrs).
67% of all WC events occured during drilling operations.
Kicks were killed with W&W method 50% of the time, driller's method 26%, circulate* 14%, bullhead7% and bleed-off 3%.
53% of kicks were detected and shut-in with less than 10bbl influx taken.
**Circulate Method is defined as circulating through a open choke, not controlling BHP.*

**Prepared by:** Mike Williger
**Reviewed by:** Dave Foster
**Source:** Well Operations Group, Houston

Issued by the Well Operations Group, Houston

TRN-INV-01143137

CONFIDENTIAL

## NRS Division Summary - Well Control Event Statistics - 2005 to 2009

**WCE - NRS: 2005 - 2009, # of WCE : Hrs Spent on WCE**

| Year | Kicks | | Loss/Gain | | Precautionary | | No Info | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 1 | 75.5 | 3 | 75.3 | 0 | 0.0 | 1 | 50.5 | 5 | 201.3 |
| 2006 | 4 | 42.3 | 2 | 63.2 | 0 | 0.0 | 0 | 0.0 | 6 | 105.5 |
| 2007 | 5 | 533.8 | 2 | 56.5 | 1 | 4.0 | 0 | 0.0 | 8 | 594.3 |
| 2008 | 6 | 189.8 | 5 | 188.3 | 4 | 20.8 | 0 | 0.0 | 15 | 398.9 |
| 2009 | 6 | 111.2 | 2 | 10.3 | 4 | 8.5 | 0 | 0.0 | 12 | 130.0 |
| Total | 22 | 952.6 | 14 | 393.6 | 9 | 33.3 | 1 | 50.5 | 46 | 1,430.0 |
| Ave Hours | 43.3 | | 28.1 | | 3.7 | | 50.5 | | 31.1 | |

**NRS Division Notes**

In 2007, one Nexen incident (kick) took 355 hrs to resolve.
Shell has highest operating time in the division while Nexen has highest # of WCE.
Precautionary shut-ins have increased in recent years.
56% of all WCE during drilling.
89% of all influxes were shut in with <10 bbl influx taken - highest of any Division.
8.5" hole section appears to be most problematic section regarding WCE (50% of all events).
50% of kicks were taken using SBM/OBM, the other 50% were with WBM.
711 unloaded their riser in 2009 during completion operations.
*Clients shown in "WCE Time by Client" only reflect clients with >50 hrs on WCE total.*

**Executive Summary for the Division**

NRS average time spent on Kicks & L/G is 43.3 & 28.1 hrs (Other DIVs avg 45.8 & 32.9 hrs).
65% of WCE were in development, 15% each in exploration and appraisal and 5% in workovers.
48% of all WCE were kicks which took 67% of time spent on well control.
30% of all WCE were loss/gain which took 28% of all time spent on well control.
59% of kicks killed with driller's method, 23% by W&W, 18% by circulate* method.

**Circulating Method is defined as circulating through a fully opened choke. (i.e. it is NOT a constant BHP method)*

Prepared by: Mike Williger
Reviewed by: Dave Foster
Source: Well Operations Group, Houston

Issued by the Well Operations Group, Houston

TRN-INV-01143138

CONFIDENTIAL

# NRY Division Summary - Well Control Event Statistics - 2005 to 2009

Operating Hours

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| Ops Hrs | 35,036 | 38,331 | 43,799 | 41,624 | 39,846 |
| WCE Hrs | 34 | 0 | 40 | 40 | 13 |
| % on WCE | 0.10% | 0.00% | 0.09% | 0.10% | 0.03% |

Kick Detection & Shut-In Performance

Matrix used to classify kicks

| Code | Kick Intensity | | Kick Volume | Remark | Reporting |
|---|---|---|---|---|---|
| | < 0.5 ppg | & | < 10 bbls | Minor / Routine | Rig Manager Perf / General Manager |
| Yellow | > 0.5 ppg | [illegible] | [illegible] | Major | General Manager |
| | Any Intensity | | ≥ 20 bbls | Critical | Managing Director / Operations Director |

Classification of Kicks Since 2005

| NRY Well Control Events, 2005 - 2009 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Year | Type | Rig | Client | Section | Influx volume, bbl | Kick Intensity, PPG | GRS time, hrs |
| 1 | 2009 | Pilot Hole | LDR | Statoil | 17.5 | | 0.00 | 2.00 |
| 2 | 2009 | Kick | LDR | Statoil | 8.5 | 6.2 | 0.58 | 11.00 |
| 1 | 2008 | Loss/gain | LDR | ENI | 8.5 | 1.0 | 0.00 | 23.00 |
| 2 | 2008 | Kick | LDR | ENI | 8.5 | 1.0 | 0.03 | 17.00 |
| 1 | 2007 | Kick | LDR | ENI | 8.5 | 8.3 | 0.58 | 39.50 |
| 1 | 2005 | Kick | LDR | Statoil | 12.25 | 3.8 | 0.00 | 18 |
| 2 | 2005 | Kick | LDR | Statoil | 8.5 | | 0.91 | 12 |
| 3 | 2005 | Kick | POL | Statoil | 12.25 | 2.5 | 0.16 | 4 |

| NRY Division Influx Type: # of Events / Hrs spent on WCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rig | Kick | | Loss/Gain | | Pilot Hole | | Totals | |
| LDR | 5 | 97.5 | 1 | 23.0 | 1 | 2.0 | 7 | 122.5 |
| POL | 1 | 4.0 | 0 | 0.0 | 0 | 0.0 | 1 | 4.0 |
| Totals | 6 | 101.5 | 1 | 23.0 | 1 | 2.0 | 8 | 126.5 |
| Ave Hrs | 16.9 | | 23.0 | | 2.0 | | 15.8 | |

| NRY Division - Kick Kill Methods: # of Kills / Hrs Spent | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rig | Circulate | | Driller's | | Weight & Wait | | Totals | |
| LDR | 2 | 30.0 | 2 | 56.5 | 1 | 11.0 | 5 | 97.5 |
| POL | 1 | 4.0 | 0 | 0.0 | 0 | 0.0 | 1 | 4.0 |
| Totals | 3 | 34.0 | 2 | 56.5 | 1 | 11.0 | 6 | 101.5 |
| Ave Hrs | 11.3 | | 28.3 | | 11.0 | | 16.9 | |

**Comments**

No WC events occurred in 2006.
No precautionary shut-ins have been reported in the division.
All of the WCE in the division occurred during drilling operations.
All of the kicks were shut-in with <10 bbl's influx taken.
63% of WCE occurred during the 8.5" hole section.
63% of WCE occurred when using water-based mud.
50% of WCE occurred during exploration, 38% development, 12% appraisal.

*The Shut-in Performance graph does not illustrate 1 kick where influx volume not recorded.*

| Operation During WCE | |
|---|---|
| Drilling | 8 |

WCE Time by Client

| Client | # of WCE |
|---|---|
| ENI | 3 |
| Statoil | 5 |
| Total | 8 |

**Executive Summary for the Division**

NRY division has displayed outstanding performance in WCE recognition and resolution over the past 5 years.
NRY avg time spent on any WC event is 15.8hrs (Other DIVs avg 37.5 hrs).
NRY avg time spent on Kicks is 16.9 hrs (Other DIVs avg 46.2 hrs).
75% of WCE were kicks which took 80% of time spent on well control.

Prepared by: Mike Williger | Reviewed by: Dave Foster

Source: Well Operations Group, Houston

Issued by the Well Operations Group, Houston

TRN-INV-01143139

CONFIDENTIAL

## SAM Division Summary - Well Control Event Statistics - 2005 to 2009

**Matrix used to classify kicks**

| Code | Kick Intensity | | Kick Volume | Remark | Reporting |
|---|---|---|---|---|---|
| [illegible] | < 0.5 ppg | & | < 10 bbls | Minor / Routine | Rig Manager Perf / General Manager |
| Yellow | ≥ 0.5 ppg | or | 10 < x < 20 bbls | Major | General Manager |
| | Any intensity | | ≥ 20 bbls | Critical | Managing Director / Operations Director |

| Operation During WCE | |
|---|---|
| Cementing | 1 |
| Circulating | 1 |
| Completion | 3 |
| Drilling | 16 |
| Reaming | 1 |
| Tagging Bottom | 1 |
| Tripping | 4 |
| Wireline | 2 |
| Grand Total | 29 |

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| WCE hrs | 1,326 | 477 | 271 | 12 | 1,600 |
| Ops hrs | 66,743 | 63,297 | 51,352 | 66,017 | 89,083 |
| % on WCE | 2.0% | 0.75% | 0.5% | 0.02% | 1.8% |

**SAM Well Control Events, 2005 - 2009**

| No. | Year | Type | Rig | Client | Section | Volume | Intensity | GRS Time |
|---|---|---|---|---|---|---|---|---|
| 1 | 2009 | Kick | CES | BG | 8.5 | 16 | 0.80 | 56.00 |
| 2 | 2009 | Kick | DWM | Petrobras | 12.25 | 30.0 | 0.69 | 383.00 |
| 3 | 2009 | Kick | DWD | Petrobras | 12.25 | 60.0 | 1.18 | 165.50 |
| 4 | 2009 | Kick | SEP | Maersk | 12.25 | 6 | 0.62 | (17.00) |
| 5 | 2009 | Kick | SEP | Maersk | 12.25 | 7.0 | 0.00 | 743.50 |
| 6 | 2009 | Loss/gain | DWM | Petrobras | 12.25 | 18.0 | 0.00 | 65.50 |
| 7 | 2009 | Loss/gain | DWM | Petrobras | 12.25 | 23.0 | 0.06 | 183.00 |
| 8 | 2009 | Precaut. | AC1 | Shell | 12.25 | 1 | 0.00 | 3.50 |
| 9 | 2009 | Precaut. | SEP | Maersk | 12.25 | 1 | 0.00 | (5.25) |
| 1 | 2008 | Kick | SEP | Repsol | 8.5 | 7.5 | 0.65 | 10.00 |
| 2 | 2008 | Precaut | DWV | Petrobras | 8.5 | | | 2.00 |
| 1 | 2007 | Kick | PE-1 | Petrobras | 8.5 | 15.0 | 0.44 | 29.00 |
| 2 | 2007 | Loss/gain | PE-1 | Petrobras | 6 | 5.5 | 0.00 | 15.50 |
| 3 | 2007 | Loss/gain | FAL | Petrobras | 12.25 | 1.0 | 0.00 | 192.50 |
| 4 | 2007 | Loss/gain | FAL | Petrobras | 12.25 | 1.0 | 0.00 | 17.25 |
| 5 | 2007 | Loss/gain | PE-1 | Petrobras | 6 | 15.0 | 0.15 | 13.00 |
| 6 | 2007 | Precaut. | PE-1 | Petrobras | 6 | 0.5 | 0.00 | 3.50 |
| 1 | 2006 | Kick | DWE | Petrobras | | 14.4 | 0.00 | 358.00 |
| 2 | 2006 | Kick | FAL | Petrobras | 5.5 | 10 | 0.41 | 14.00 |
| 3 | 2006 | Kick | DWF | Petrobras | 12.25 | 5 | 1.30 | 3.00 |
| 4 | 2006 | Loss/gain | DWE | Petrobras | 5.5 | 4.5 | 0.20 | 93.50 |
| 1 | 2005 | Kick | SEP | Statoil | 17 | ? | ? | 134.25 |
| 2 | 2005 | Kick | DWE | Petrobras | 8.5 | ? | ? | 873.00 |
| 3 | 2005 | Kick | DWE | Petrobras | 8.5 | 15 | 0.21 | 102.00 |
| 4 | 2005 | Kick | DWE | Petrobras | 8.5 | 10 | 0.11 | 35.00 |
| 5 | 2005 | Kick | DWF | Petrobras | 12.25 | 2 | 0.39 | 38.00 |
| 6 | 2005 | Kick | DWF | Petrobras | 12.25 | 5 | 0.19 | 49.00 |
| 7 | 2005 | Kick | DWF | Petrobras | 12.25 | ? | ? | 24.00 |
| 8 | 2005 | Inadequate | SEP | Statoil | 14.75 | | | 71.00 |

**Well Control Events - SAM - 2005 - 2009 - # of WCE ; Hrs Spent on WCE**

| Rig | Kicks | | Loss/Gain | | Cautionary | | No info | | Rig Totals | |
|---|---|---|---|---|---|---|---|---|---|---|
| AC1 | | | | | 1 | 3.5 | | | 1 | 3.5 |
| CES | 1 | 56.0 | | | | | | | 1 | 56.0 |
| DWD | 1 | 165.5 | | | | | | | 1 | 165.5 |
| DWE | 4 | 1376 | 1 | 93.5 | | | | | 5 | 1469.5 |
| DWF | 4 | 114.0 | | | | | | | 4 | 114.0 |
| DWM | 1 | 383.0 | 2 | 248.5 | | | | | 3 | 631.5 |
| DWV | | | | | 1 | 2.0 | | | 1 | 2.0 |
| FAL | 1 | 14.0 | 2 | 209.8 | | | | | 3 | 223.8 |
| PE-1 | 1 | 29.0 | 2 | 28.5 | 1 | 3.5 | | | 4 | 61.0 |
| SEP | 4 | 887.8 | | | 1 | 0.0 | 1 | 71.0 | 6 | 958.8 |
| Totals | 17 | 3025.3 | 7 | 580.3 | 4 | 9.0 | 1 | 71.0 | 29 | 3685.6 |
| Ave Hours | 178.0 | | 82.9 | | 2.3 | | 71.0 | | 127.1 | |

**Notes / Comments**

2009 saw the most significant increase in operating hours (a 35% rise to 89,083hrs).
From company rig fleet data, the rig count in SAM increased from 7 rigs in 2008 to 12 rigs in 2009.
The kick volume vs kick intensity scatter plot omits 3 kicks where there was insufficient data to plot.
Kicks and ballooning events in SAM average 178 & 83hrs respectively (46 & 32hrs in other DIVs).
A Well Control Event in SAM lasts on average 127hrs (compared with 37hrs in any other DIV).
** - The 57% does not take into account 3 influxes from 2005 for which there's no data.*

**Executive Summary for the Division**

Of 29 WC events in SAM 17 have been kicks and 7 were ballooning.
8 of 14* kicks were detected within 10bbls (57%).
Drillers Method was used to kill 11 kicks (65%) and W&W only 3 times (27%).

WC events in general last far longer in SAM than in any other Division and local input is required to better understand the underlying causes.

| Prepared by: Mike Williger | Reviewed by: Dave Foster | Source: Well Operations Group, Houston |
|---|---|---|

Issued by the Well Operations Group, Houston

CONFIDENTIAL

# WAS Division Summary - Well Control Event Statistics - 2005 to 2009

Matrix used to classify kicks

| Code | Kick Intensity | | Kick Volume | Remark | Reporting |
|---|---|---|---|---|---|
| | < 0.5 ppg | & | < 10 bbls | Minor / Routine | Rig Manager Perf / General Manager |
| Yellow | ≥ 0.5 ppg | or | 10 ≤ x < 20 bbls | Major | General Manager |
| | Any Intensity | | ≥ 20 bbls | Critical | Managing Director / Operations Director |

| WAS Well Control Events, 2005 - 2009 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **No.** | **Year** | **Type** | **Rig** | **Client** | **Section** | **Volume** | **Intensity** | **GRS time** |
| 1 | 2009 | Precaut. | JIC | ExxonMobil | 17.5 | 1 | 0.00 | 1 |
| 2 | 2009 | Precaut. | JIC | ExxonMobil | 8.5 | | 0.00 | 1.50 |
| 3 | 2009 | Loss/gain | JIC | ExxonMobil | 8.5 | 20.0 | 0.37 | 2.00 |
| 4 | 2009 | Loss/gain | HI5 | Eni | 8.5 | 1.0 | 1.67 | 27.75 |
| 5 | 2009 | Kick | HI5 | Eni | 12.25 | 1 | 5.50 | 26 |
| 6 | 2009 | Kick | T14 | Chevron | 6 | 4.0 | 0.17 | 11.50 |
| 7 | 2009 | Precaut. | EPL | BP | 12.25 | | 0.00 | 3.00 |
| 1 | 2008 | Kick | HI7 | Total | 17.5 | 37.0 | 0.37 | 9.00 |
| 2 | 2008 | Kick | AKY | Sonangol | 8.5 | 78.0 | 1.80 | 31.50 |
| 3 | 2008 | Precaut. | JIC | Esso | 8.5 | | 0.00 | 9.50 |
| 4 | 2008 | Precaut. | 140 | Esso | 8.5 | 3.0 | 0.00 | 7.00 |
| 5 | 2008 | Loss/gain | JIC | Esso | 8.5 | 0.0 | 0.00 | 17.00 |
| 6 | 2008 | Loss/gain | JIC | Esso | 8.5 | 6.0 | 0.22 | 3.00 |
| 7 | 2008 | Kick | MGH | Eni | 8.5 | 1.0 | 0.79 | 6.00 |
| 8 | 2008 | Precaut. | T14 | Chevron | 6 | 1.0 | 0.20 | 2.00 |
| 9 | 2008 | Loss/gain | AD5 | Chevron | 6 | 14.0 | 0.48 | 15.00 |
| 10 | 2008 | Kick | AD1 | Chevron | 12.25 | 1.0 | 1.60 | 30.25 |
| 11 | 2008 | Kick | AD1 | Chevron | 8.5 | 4.0 | 4.28 | 130.00 |
| 12 | 2008 | Kick | EPL | BP | 12.25 | 3.0 | 0.13 | 55.50 |
| 1 | 2007 | Kick | RIC | TOTAL | 12.25 | 5.0 | 0.42 | 24.60 |
| 2 | 2007 | Loss/gain | 700 | Noble | 8.5 | 0.0 | 0.00 | 22.50 |
| 1 | 2005 | Loss/gain | EXS | BP | 12.25 | | 0.00 | 3.5 |

| Well Control Events: WAS 2005-2009 : # of WCE : Hrs Spent on WCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Rig** | **Kicks** | | **Loss/Gain** | | **Pre-cautionary** | | **Rig Totals** | |
| **140** | | | | | 1 | 7 | 1 | 7.0 |
| **700** | | | 1 | 22.5 | | | 1 | 22.5 |
| **AD1** | 2 | 160.3 | | | | | 2 | 160.3 |
| **AD5** | | | 1 | 15.0 | | | 1 | 15.0 |
| **AKY** | 1 | 31.5 | | | | | 1 | 31.5 |
| **EPL** | 1 | 55.5 | | | 1 | 3 | 2 | 58.5 |
| **EXS** | | | 1 | 3.5 | | | 1 | 3.5 |
| **HI5** | 1 | 26.0 | 1 | 27.8 | | | 2 | 53.8 |
| **HI7** | 1 | 9.0 | | | | | 1 | 9.0 |
| **JIC** | | | 3 | 22.0 | 3 | 12 | 6 | 34.0 |
| **MGH** | 1 | 6.0 | | | | | 1 | 6.0 |
| **RIC** | 1 | 24.6 | | | | | 1 | 24.6 |
| **T14** | 1 | 11.5 | | | 1 | 2 | 2 | 13.5 |
| **Totals** | 9 | 324.4 | 7 | 90.8 | 6 | 24 | 22 | 439.1 |
| **Ave** | **36.0** | | **13.0** | | **4.0** | | **20.0** | |

**Comments**

The 8 1/2" hole section is where 50% of all WC events occured.
7 of 9 kicks were detected and shut in with a 5 bbl or less influx.

7 of 9 kicks were taken while drilling.
6 of 9 kicks were killed with Driller's method (1ea. W&W, B/head, Cml).

**Executive Summary for the Division**

Of the 22 events since 2005, 9 were kicks and 7 ballooning (6 events were precautionary shut-Ins).
WAS avg time on Kicks & L/G is 36 & 13hrs (Other DIVs 45.9 & 33.4).

05-'07 had only 3 events total whereas '08/'09 combined for **19** events.
There were **zero** events in 2006 - **what's changed?**

| Prepared by: Mike Williger | Reviewed by: Dave Foster |
|---|---|
| Source: Well Operations Group, Houston | |

Issued by the Well Operations Group, Houston



## ANNUAL REPORT - 2009

## WELL CONTROL EVENTS & STATISTICS

## 2005 to 2009

**Prepared by:**   Dave Foster, Well Construction Manager
**Reviewed by:**   Barry Braniff, Well Operations Manager

Strictly confidential • for internal circulation only

CONFIDENTIAL

TRN-INV-01143142

## TABLE OF CONTENTS

EXECUTIVE SUMMARY .................................................................................................5
2009 Well Control Performance Summary ............................................................6
2005 to 2009 Well Control Performance Summary ..............................................7
Areas for improvement...........................................................................................7
1.   INTRODUCTION ...............................................................................................8
1.1    Background Well and Rig Data ............................................................9
2.   2009 WELL CONTROL EVENTS SUMMARY ..............................................12
2.1    Well control event types.....................................................................12
2.2    Riser unloading events.......................................................................13
2.2    Kick Events .........................................................................................14
2.3    Well control events by client...............................................................17
2.4    Well control events by asset type.......................................................18
2.5    Average kick volume by hole size .......................................................19
2.6    Well control events and associated time per division.........................20
2.7    Total hours and Contract time spent on well control ..........................21
2.8    Well control event kill methods...........................................................22
3.   WELL CONTROL EVENTS SUMMARY, 2005-2009 ...................................26
3.1    Well control event types.....................................................................26
3.2    Ballooning Events ...............................................................................27
3.2.1    Ballooning versus Kicks .................................................................27
3.3    Kick Events .........................................................................................28
3.3.1    Kick events in the Red Zone ..........................................................30
3.4    Well control events by well type .........................................................33
3.5    Well control events by client...............................................................34
3.6    Well control events by asset type.......................................................36
3.7    Well control events by hole size.........................................................37
3.8    Well control events and statistics by Division.....................................39
3.9    Total hours and Contract time spent on well control ..........................42
3.10    Well control event kill methods...........................................................43
3.11    Operations ongoing at time of well control events ............................44
4.   CONCLUSIONS AND RECOMMENDATIONS .............................................45
5.   APPENDICES..................................................................................................46
5.1    Summary of Well Control Events *by Division*, 2005-2009...................47
5.2    Summary of Well Control Events *by Client*, 2005-2009 .....................48

CONFIDENTIAL

TRN-INV-01143143

## TABLE OF FIGURES

Table 1: Annual well count...................................................................................9
Table 2: Variation in the active rig fleet...........................................................10
Table 3: Kick Severity matrix ...........................................................................14
Table 4: Kick events greater than 20bbls influx volume, 2009 ...........................15
Table 5: Well control events listed by client, 2009...........................................17
Table 6: Well control event by asset type, 2009 ...............................................18
Table 7: Reduction in fleet activity, 2009 .........................................................18
Table 8: Average kick volume by hole size, 2009..............................................19
Table 9: Well control event breakdown by Division, 2009 .................................20
Table 10: Well control event kill methods, 2009 ...............................................22
Table 11: Ratio of ballooning events to total WCE encountered, '05-'09 ............27
Table 12: Relative impact of Loss/Gain events, '05-'09.....................................27
Table 13: Distribution of Loss/Gain events by Division, '05-'09.........................27
Table 14: Kick Severity Matrix .........................................................................28
Table 15: Kick severity distribution summary, '05-'09........................................28
Table 16: Kick events greater than 20bbls influx volume, '05-'09.......................30
Table 17: Summary of Red Zone data, '05-'09...................................................31
Table 18: Well control event by well type, '05-'09..............................................33
Table 19: Well Control Events listed by client, '05-'09.......................................34
Table 20: Well control event count by rig-type, '05-'09......................................36
Table 21: Number of well control events versus hole section, '05-'09.................37
Table 22: Well control event summary by Division, '05-'09 ................................39
Table 23: Well control event breakdown by Division, '05-'09..............................40
Table 24: Kick events breakdown by Division, '05-'09........................................41
Table 25: Loss/Gain events breakdown by Division, '05-'09 ..............................41
Table 26: Ratio of Loss/Gain to WC events by Division ....................................41
Table 27: Well control data based on operating hours, '05-'09...........................42
Table 28: Well control event kill methods, '05-'09 .............................................43


Graph 1: Kick volumes vs. kick intensity, 2009.................................................16
Graph 2: Kick volume versus Kick intensity, '05-'09 ..........................................32

*(continued overleaf)*

CONFIDENTIAL                                                          TRN-INV-01143144

Annual Well Control Event Report, 2009

Chart 1: Annual well count...................................................................................................9
Chart 2: 2009 Well Control Event types, 2009.................................................................12
Chart 3: Kick severity for each quarter, 2009 .................................................................14
Chart 4: Kick Severity distribution, 2009.........................................................................15
Chart 5: Well control events by asset type, 2009 ............................................................18
Chart 6: Average kick volume by hole size, 2009............................................................19
Chart 7: Total hours spent on well control events in each Division, 2009 .........................20
Chart 8: Total hours and percentage of contract time spent on well control, 2009.............21
Chart 9: Breakdown of well control event kill methods, 2009 ...........................................22
Chart 10: Operations ongoing at time of well control event, 2009 ....................................23
Chart 11: Well Control event types, '05-'09.....................................................................26
Chart 12: Kick severity for each year, '05-'09 .................................................................28
Chart 13: Kick severity distribution, '05-'09.....................................................................29
Chart 14: Well control event by well type, '05-'09............................................................33
Chart 15: Well Control Event time by Client, '05-'09.........................................................35
Chart 16: Well control event count based on asset-type, '05-'09 ......................................36
Chart 17: Average number of well control events by hole size, '05-'09 .............................37
Chart 18: Average kick volume by hole size, '05-'09 ........................................................38
Chart 19: Total kicks taken in each Division, '05-'09 ........................................................39
Chart 20: Annual well control events by Division, '05-'09 .................................................40
Chart 21: Total hours and % of contract time spent on well control, '05-'09.......................42
Chart 22: Breakdown of well control event kill methods, '05-'09 .......................................43
Chart 23: Operations ongoing at time of well control event, '05-'09 ..................................44

iv

TRN-INV-01143145

**EXECUTIVE SUMMARY**

During the period 2005 to 2009, Transocean rigs (both legacy companies) operated on a total of 6,795 wells.

- Drilling and completion operations were conducted on 4,204 development wells
- Drilling operations were conducted on 1,904 exploration wells
- Workover or abandonment operations were carried out on 687 wells

The data set used to generate well control statistics relates only to legacy Transocean rigs between 2005 and 2007, with legacy GlobalSantaFe operations included from 2008 onwards.

Therefore the relevant operations summary relates to a total of 4,966 wells comprised of:

- 3,155 development wells
- 1,386 exploration wells
- 425 workovers or abandonment

While operating on those 4,966 wells, Transocean rigs experienced 556 well control events.

- 329 of those events were kicks
- 142 events were due to ballooning formations[1]
- 306 well control events (including 185 kicks) occurred on exploration wells
- 242 events (128 kicks) occurred on development wells

This data indicates historical trends and may suggest future likelihoods as follows:

- 1 in 9 operations will experience a well control event
- 1 in 4 well control events will be a ballooning event
- 1 in 7 exploration wells will experience a kick
- 1 in 25 development wells will experience a kick

In addition to indicating the likelihood of experiencing a well control event, the data confirms it is most likely to take a kick on an exploration well, and highlights the importance of being able to distinguish between ballooning formations and actual kicks.

---

[1] Ballooning formations may also be referred to as fracture charging, wellbore breathing or, as termed within this report, Loss/Gain events (due to such an influx having to have been preceded by a period of losses).

CONFIDENTIAL

TRN-INV-01143146

**2009 Well Control Performance Summary**

A total of 121 well control events were recorded in 2009. Of these 121 events, 71 were categorized as kicks, 25 were categorized as ballooning, 20 were precautionary type events and 5 were pilot hole (shallow gas) events.

When normalized by the *active* rig count in 2009 (assumed to be 119 rigs due to 30 rigs becoming idle or stacked through the year), the frequency of **kick** events was 0.60 per rig.

The key findings of the well control events that occurred in 2009 are described below.

**Kick Severity**

This has two aspects. One is kick volume, which is generally an indicator of rig and crew performance in terms of shutting in the well and the second is kick intensity which is an indicator of the Operator's accuracy in predicting pore pressure.

- 84% (60) of all kicks were detected in under 20bbls. Capturing a kick in less than 20bbls is reasonable, especially on a floating vessel.
- 14% (10) of all kicks exceeded 20bbls and ranged from 20 to 60bbls. Failure to limit a kick to less than 20bbls is less than ideal.
- Although the related kick may have been reported as being less than 20bbls, six rigs (711, DAS, DD1, MGH, 702 and ATN), to varying degrees, all unloaded their drilling risers. It is absolutely essential that any influx taken into the wellbore on floating rigs is not allowed to migrate or be circulated above an open BOP.
- 44% (31) of all kicks were more than 0.5ppg above mud weight.
- 25% (18) of all kicks were more than 1ppg above mud weight.

**Time associated with well control events in 2009**

- 5,995 hours were associated directly with addressing well control events. This time does not include any additional time for remedial activities
- The average time spent dealing with a well control event was 49.5 hours
- Rigs operating for ONGC had the highest number of well control events (15) and 616 hours was consumed dealing with these events
- Rigs operating for Petrobras reported only 4 well control events, but these events amounted to 797 hours.
- NAM attributed over 1,800 hours to well control events, closely followed by SAM with 1,600 hours.
- 0.61% of the total contracted rig time in 2009 was spent on well control events.

CONFIDENTIAL

**2005 to 2009 Well Control Performance Summary**

- A total of 329 kicks have been encountered while operating on 4,966 wells[2].
- When normalized by *active* rig count, the kick events increased from 0.45 in 2008 to 0.60 events per rig in 2009. (This compares with 1.0 in 2005, 0.8 in 2006 & 0.50 in 2007).
- The percentage of total contracted rig time spent on well control increased from 0.40% in 2008 to 0.61% in 2009. *(Section 3.9)*
- Use of the Wait & Weight method continued to increase in 2009 and was almost 1:1 with the Drillers Method (note that the Drillers Method had been almost **6** times more common than Wait & Weight in 2005). *(Section 3.10)*
- NAM is the only Division in which Wait & Weight actually predominates (62%).
- The Circulate Method[3] continued to be applied more than any other in 2009. This is in line with the continued higher frequency of precautionary events.
- As with 2008, 2009 saw kicks over 20bbls (termed red zone events) occur on 10 occasions, up from 6 per year between 2005 and 2007. *(Section 3.3.1)*
- Overall, 80% of red zone events occurred on exploration wells and similarly, oil-based (or synthetic-based) mud was in use during 80% of the red zone events.

**Areas for improvement**

- The frequency of riser unloading events is the biggest concern with 6 separate instances recorded (between December 2008 and December 2009). These can be avoided through the application of fundamental well control practices such as treating every positive indicator as a kick, shutting in quickly and taking returns through the choke whenever in any doubt whatsoever.
- There have been instances of wells being allowed to flow due to mistakenly assuming the flow was caused by wellbore ballooning (Loss/Gain events). It is essential that rig crews are able to distinguish between ballooning and actual kicks. Until such time that ballooning has been positively identified the well must be shut-in on all positive flow checks or any other positive indications of flow. No exceptions should be made.
- Kicks greater than 20bbls numbered 10 once again in 2009 and must be reduced.
- Kicks greater than 1ppg over mud weight continued to increase from 2008 highlighting that pore pressure prediction can also be improved. Note that exploration drilling did not increase in 2009 making this statistic less acceptable.
- The instances of shallow gas in 2009 continue to demonstrate the importance of obtaining and reviewing shallow hazard surveys and of having thorough shallow gas plans in place.
  *(Refer to Advisory HQS-OPS-ADV-008, December 2nd 2009)*
- Compliance, i.e. completion and posting of WCE Reports by the rigs involved, was only 54% in 2009 and must improve. The remaining events were identified and monitored via IADC code searches within GRS and GMS.

---

[2] Only includes LGSF wells from 2008 onwards.
[3] The Circulate Method is not a recognized constant bottom-hole pressure method, but refers to the precautionary step of taking bottoms-up through a fully-open choke – particularly on floating rigs to prevent gas-in-riser.

CONFIDENTIAL

TRN-INV-01143148

## 1.    INTRODUCTION

This report contains a statistical analysis of all well control events which occurred during 2009 in comparison with and in addition to a historical review of all well control events which have occurred during the last 5 years.

**Note:** Data referenced for 2005 to 2007 considers legacy Transocean rigs only.

The intent of the analysis is to:

- Explore the various trends associated with the well control events for 2009
- Compare and understand the trends of well control events in 2009 with previous years

The data for the well control events is collated from both the well control event reports submitted to the Well Operations Group and from GRS/GMS.

Please note that the GRS/GMS time for a well control event does not take into account the common subsequent associated complications and remediation involved. This could include stuck pipe incidents, required side tracks, recovery from losses, well abandonment etc. The time required for additional remediation operations is not considered in the analysis.

The analysis presented should be considered indicative and is based solely on the data provided. The events are diagnosed as either a kick or a loss/gain based on the recorded data and inputs from the well control event reports. There are numerous ways one could look at the analysis however only key findings are reported in this document.

The Well Operations Group will be happy to provide customised analysis of the well control events statistics on request.

**Observations in reporting**

The reporting of well control events needs to continue improving and 100% compliance remains a challenge.

During 2009 a well control event report was submitted for only 54% of well control events.

Roll-out of GMS is continuing through the first quarter of 2010 and all rigs should have migrated to that system by the end of the second quarter. GMS will automatically prompt each rig for a Well Control Event Report whenever related IADC codes are selected.

CONFIDENTIAL                                             TRN-INV-01143149

Annual Well Control Event Report, 2009

## 1.1    Background Well and Rig Data



Chart 1: Annual well count

Chart 1 was generated from the following well count summary data.

|  | Exp & App | Development | Workover | Annual total |
|---|---|---|---|---|
| **2005** | 485 | 764 | 169 | 1,418 |
| **2006** | 354 | 956 | 165 | 1,475 |
| **2007** | 410 | 877 | 105 | 1,392 |
| **2008** | 354 | 832 | 130 | 1,316 |
| **2009** | 301 | 775 | 118 | 1,194 |
| **Total type** | 1,904 | 4,204 | 687 | 6,795 |

Table 1: Annual well count

**NOTE**
- This data includes legacy GlobalSantaFe (LGSF) for '05-'07.

9 of 48

TRN-INV-01143150

Removing LGSF wells for 2005 through 2007 in order to normalize well control statistics correctly gives the following summary:

|            | Exp & App | Development | Workover | Annual total |
|------------|-----------|-------------|----------|--------------|
| 2005       | 227       | 506         | 78       | 811          |
| 2006       | 235       | 540         | 67       | 842          |
| 2007       | 269       | 502         | 32       | 803          |
| 2008       | 354       | 832         | 130      | 1,316        |
| 2009       | 301       | 775         | 118      | 1,194        |
| Total type | 1,386     | 3,155       | 425      | 4,966        |

In order to normalize well control statistics in terms of rig count, the following fleet information was utilized.

| Fleet status                 | Jan '05 | Jan '06 | Jan '07 | Jan '08 | Jan '09 | Jan '10 |
|------------------------------|---------|---------|---------|---------|---------|---------|
| Floaters *active*            | 47      | 55      | 53      | 68      | 68      | 65      |
| Floaters stacked/idle        | 9       | 0       | 0       | 0       | 0       | 6       |
| Floaters total               | 56      | 55      | 53      | 68      | 68      | 71      |
| Bottom-supported *active*    | 29      | 28      | 27      | 70      | 66      | 39      |
| Bottom-supported stacked/idle| 5       | 4       | 0       | 0       | 1       | 28      |
| Bottom-supported total       | 34      | 32      | 27      | 70      | 67      | 67      |
| Total *active* fleet         | 76      | 83      | 80      | 138     | 134     | 104     |

Table 2: Variation in the active rig fleet

NOTE
- The active rig count dropped 30 during 2009 due to stacking of largely Jack-up rigs.
- The assumed rig count whenever normalizing statistics for 2009 was **119**.

CONFIDENTIAL

Annual Well Control Event Report, 2009

## Statistics for 2009

*(This page intentionally left blank)*

CONFIDENTIAL

TRN-INV-01143152

## 2.    2009 WELL CONTROL EVENTS SUMMARY

The following section contains a statistical analysis of all well control events which occurred during 2009.

### 2.1    2009 Well control event types

A total of 121 well control events were recorded in 2009. Of these 121 events, 71 were categorized as kicks, 25 were categorized as "Loss / Gain", 20 were precautionary type events and 5 pilot hole (shallow gas) events.



**Chart 2: 2009 Well Control Event types, 2009**

**NOTE**
- Ballooning (loss/gain) was responsible for 1 in 5 well control events in 2009.
- Five shallow gas well control events were experienced during 2009.
- On six occasions risers were either partially or completely unloaded as a result of well control events (see overleaf).

CONFIDENTIAL                                                                                    TRN-INV-01143153

## 2.2      Riser unloading events, 2009

Before reviewing the data related to actual kick events for 2009 in the next section, it is worth briefly mentioning the increasing trend seen in 2009 of drilling risers being either partially or completely evacuated (or unloaded) due to gas being circulated above subsea BOP stacks.

From December 2008 until year-end 2009, this type of event occurred 6 times on Transocean rigs. It is particularly hazardous due to the uncontrolled release of mud and gas through the rotary table and the potential for ignition, either on the rig floor or further down the flow line in the shaker house.

**NOTE**
- Rigs that experienced riser unloading events include ATN, 702, MGH, DD1, DAS & 711.
- Oil-based or synthetic-based mud was being used in 4 of the 6 events.

Riser unloading events can be avoided through the application of fundamental well control practices such as treating every positive indicator as a kick, shutting in quickly and taking returns through the choke whenever in any doubt whatsoever.

CONFIDENTIAL

## 2.2    2009 Kick Events

The events have been categorised using a Kick volume vs. Kick intensity matrix. The following 3 categories are used to grade the severity of the events.

| Code | Kick Intensity | | Kick Volume | Remark | Reporting |
|---|---|---|---|---|---|
|  | < 0.5 ppg | And | < 10 bbls | Minor / Routine | Rig Manager / General Manager |
| Yellow | > 0.5 ppg | And | < 20 bbls | Major | General Manager |
|  | Any Intensity | | > 20 bbls | Critical | Managing Director / Operations Director |

**Table 3: Kick Severity matrix**



**Chart 3: Kick severity for each quarter, 2009**

14 of 48

TRN-INV-01143155

Annual Well Control Event Report, 2009



**2009 kick severity distribution**

Red Zone, 10, 14%

Green Zone, 45, 63%

Yellow Zone, 16, 23%

**Chart 4: Kick Severity distribution, 2009**

| Division | Rig | Client | Kick size, bbl | Hole size, in | KI, ppg | Time (hrs) |
|---|---|---|---|---|---|---|
| FEA | ATN[4] | CNOOC | 97.0 | 8.5 | 1.80 | 82.50 |
| NRS | 711 | Shell | 95.3 | 6 | 0.65 | 20 |
| SAM | DWD | Petrobras | 60.0 | 12.25 | 1.18 | 165.50 |
| GGA | 702 | BG | 36.0 | 12.25 | 0.15 | 29.25 |
| SAM | DWM | Petrobras | 30.0 | 12.25 | 0.69 | 383 |
| FEA | PSW | Total | 30.0 | 6 | 0.81 | 8.00 |
| NAM | DD1 | Cobalt | 25.0 | 12.25 | 0.26 | 96.00 |
| NAM | DWN | Shell | 22.9 | 12.25 | 0.00 | 45.50 |
| NAM | DD1 | Cobalt | 22.0 | 17.5 | 0.48 | 192.00 |
| NAM | DD1 | Cobalt | 20.0 | 8.5 | 0.74 | 20.00 |

**Table 4: Kick events greater than 20bbls influx volume, 2009**
**NOTE:**
- 45 kicks (63%) with a kick intensity less than 0.5ppg were detected and the well shut in resulting in a gain of less than 10bbls
- 16 kicks (23%) with a kick intensity greater than 0.5ppg were detected and the well shut in resulting in a gain of less than 20bbls
- 10 kicks exceeded 20bbls with varying kick intensities
- Refer to Graph 1 '2009 kick intensity versus kick volume'
- Graph 1 below shows that kick severity was more scattered than in previous years.

---

[4] ATN and 711 reported influx volumes as per the above table. However these were riser unloading events and the actual influx would have been considerably less.

CONFIDENTIAL                                                                TRN-INV-01143156

CONFIDENTIAL

Annual Well Control Event Report, 2009



Graph 1: Kick volumes vs. kick intensity, 2009

TRN-INV-01143157

Annual Well Control Event Report, 2009

**2.3    2009 Well control events by client**

| Client | WCE # | Time (hrs) |
|---|---|---|
| ONGC | 15 | 616 |
| Chevron | 11 | 351 |
| BG | 9 | 197 |
| Eni | 9 | 595 |
| BP | 8 | 140 |
| Shell | 7 | 95 |
| Cobalt | 6 | 703 |
| Reliance | 5 | 136 |
| ConocoPhillips | 4 | 120 |
| ExxonMobil | 4 | 66 |
| Maersk | 4 | 767 |
| Petrobras | 4 | 797 |
| Petrofrac | 4 | 138 |
| Petronas | 4 | 29 |
| Nexen | 3 | 13 |
| Statoil | 3 | 275 |
| Total | 3 | 89 |
| Repsol | 2 | 39 |
| Addax | 1 | 24 |
| Afren | 1 | 5 |
| Anadarko | 1 | 19 |
| Centrica | 1 | 9 |
| CNOOC | 1 | 82 |
| Gulf of Suez | 1 | 86 |
| Petrobel | 1 | 21 |
| PetroCanada | 1 | 314 |
| PetroGulf | 1 | 52 |
| Saudi Aramco | 1 | 1 |
| Silverstone Energy Ltd. | 1 | 63 |
| Talisman | 1 | 6 |
| Vanco Ghana Ltd. | 1 | 52 |
| Vietsovpetro | 1 | 11 |
|  |  |  |
| **Totals** | **121** | **5,995** |

**Table 5: Well control events listed by client, 2009**

CONFIDENTIAL

TRN-INV-01143158

## 2.4    2009 Well control events by asset type

| Well Control by Asset Type | |
|---|---|
| Floaters | 80 |
| Jack-up | 41 |
| Total | 121 |

**Table 6: Well control event by asset type, 2009**

| Fleet status change in '09 | Jan '09 | Jan '10 |
|---|---|---|
| *Active* Floaters | 68 | 65 |
| *Active* Jack-ups | 66 | 39 |
| Total | 134 | 104 |

**Table 7: Reduction in fleet activity, 2009**



**Chart 5: Well control events by asset type, 2009**

**NOTE**
- Two-thirds of events occurred on floaters in 2009. This increase from an approximate ratio of 50:50 in 2008 is likely related to 28 bottom-supported rigs becoming idle or stacked during 2009.

CONFIDENTIAL

TRN-INV-01143159

**2.5    2009 Average kick volume by hole size**

| Hole Size (") | Volume (bbl) |
|---|---|
| 6 | 13 |
| 8.5 | 9 |
| 12.25 | 15 |
| 17.5 | 8 |
| Average | 11 |

**Table 8: Average kick volume by hole size, 2009**



**Chart 6: Average kick volume by hole size, 2009**

CONFIDENTIAL

TRN-INV-01143160

## 2.6    2009 Well control events and associated time per division

| DIVISION | Hours | 2009 WCE | 2009 Kicks | Hours / WCE |
|----------|-------|----------|------------|-------------|
| NAM | 1,831 | 25 | 19 | 73.2 |
| SAM | 1,600 | 9 | 5 | 177.8 |
| IME | 777 | 22 | 12 | 35.3 |
| GGA | 693 | 17 | 6 | 40.8 |
| FEA | 546 | 18 | 14 | 30.3 |
| MED | 331 | 9 | 6 | 36.8 |
| NRS | 129 | 12 | 6 | 10.8 |
| WAS | 72 | 7 | 2 | 10.3 |
| NRY | 13 | 2 | 1 | 6.5 |
| **Totals** | **5,995** | **121** | **71** | **49.5** |

**Table 9: Well control event breakdown by Division, 2009**



**Chart 7: Total hours spent on well control events in each Division, 2009**

**NOTE**
- NRY continues to experience few well control events and spends little time recovering from those that do occur.

CONFIDENTIAL                                                      TRN-INV-01143161

**2.7     2009 Total hours and Contract time spent on well control**



Chart 8: Total hours and percentage of contract time spent on well control, 2009

CONFIDENTIAL

TRN-INV-01143162

## 2.8     2009 Well control event kill methods

| WCE Kill Method | |
|---|---|
| Circulate | 39 |
| Drillers | 36 |
| Wait & Weight | 31 |
| Bullhead | 8 |
| Dynamic | 2 |
| Volumetric | 2 |
| Bleed Off | 1 |
| Cement Plug | 1 |
| Lubricate | 1 |
| **Total** | **121** |

**Table 10: Well control event kill methods, 2009**



**Chart 9: Breakdown of well control event kill methods, 2009**

CONFIDENTIAL

TRN-INV-01143163

CONFIDENTIAL

Annual Well Control Event Report, 2009

**2.9    2009 Operations ongoing at time of well control event**



Chart 10: Operations ongoing at time of well control event, 2009

TRN-INV-01143164

Annual Well Control Event Report, 2009

**NOTE**
- With reference to Chart 10 on the previous page, the large occurrence of well control events during drilling operations confirms the majority of events are drilled kicks and ECD-related ballooning events. This is also a positive sign that primary well control is being maintained prior to commencing other well operations.

CONFIDENTIAL

TRN-INV-01143165

Annual Well Control Event Report, 2009

# Statistics for 2005 - 2009

*(This page intentionally left blank)*

25 of 48

CONFIDENTIAL

TRN-INV-01143166

## 3.    WELL CONTROL EVENTS SUMMARY, 2005-2009

The following section contains a statistical analysis of all well control events which occurred during the period from January 2005 until December 2009.

### 3.1    Well control event types, 2005-2009

A total of 556 well control events were recorded between 2005 and 2009. Of those 556 events, 329 were categorized as kicks, 142 were categorized as "Loss / Gain", 20 were precautionary type events.



| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| ■Kick | 82 | 63 | 53 | 60 | 71 |
| □Loss / Gain | 26 | 32 | 27 | 32 | 25 |
| □Annulus Pressure | 7 | 1 | | 1 | |
| □Precautionary | | | 8 | 22 | 20 |
| □Kick- Pilot hole | | | 3 | | 5 |
| □Shallow gas | | 1 | | | |

**Chart 11: Well Control event types, '05-'09**

CONFIDENTIAL                                                                 TRN-INV-01143167

### 3.2    Ballooning Events, 2005-2009

Before reviewing the data related to actual kick events in the next section, it is worth briefly mentioning ballooning events (also referred to as Loss/Gain events). This category represents a significant proportion of all well control events (as can be seen in the table below). Mistaking ballooning for kicks or failing to recognize that ballooning represents a significant hazard in itself, by bringing hydrocarbons, gas or lower density drilling fluid back into the well bore, can lead to complacency or to more complicated and time-consuming recovery operations.

**All suspected ballooning events must be assumed to be, and therefore treated as, kicks.**

This then leads to a requirement of being able to efficiently distinguish ballooning from kicks once the well is shut-in using pressure build-up data and the correct bleed-off process.

| Type | 2005 | 2006 | 2007 | 2008 | 2009 | '05 - '09 |
|------|------|------|------|------|------|-----------|
| Loss/gain | 26 | 32 | 27 | 32 | 25 | 142 |
| All WCE | 115 | 97 | 91 | 115 | 121 | 539[5] |
| Ratio | 0.226 | 0.330 | 0.297 | 0.278 | 0.207 | 0.263 |

**Table 11: Ratio of ballooning events to total WCE encountered, '05-'09**

NOTE
- Overall, ballooning (loss/gain) was responsible for **1 in 4** well control events since 2005.

### 3.2.1    Ballooning versus Kicks, 2005-2009

|  | 2005 | 2006 | 2007 | 2008 | 2009 | '05-'09 |
|------|------|------|------|------|------|---------|
| Loss/Gain events | 26 | 32 | 27 | 32 | 25 | 142 |
| Hours spent on L/G | 800 | 904 | 856 | 1,210 | 1,180 | 4,950 |
| Ave. hours per L/G event | 30.8 | 28.3 | 31.7 | 37.8 | 47.2 | 34.9 |
| Kick events | 82 | 63 | 53 | 60 | 71 | 329 |
| Hours spent on kicks | 4,244 | 2,534 | 2,750 | 3,042 | 4,700 | 17,270 |
| Ave. hrs per kick event | 51.8 | 40.2 | 51.9 | 50.7 | 66.2 | 52.5 |
| L/G time as % of kick time | 59% | 70% | 61% | 75% | 71% | 66% |

**Table 12: Relative impact of Loss/Gain events, '05-'09**

|  | NAM | IME | GGA | FEA | NRS | MED | WAS | SAM | NRY |
|------|------|------|------|------|------|------|------|------|------|
| Loss/Gain events | 35 | 33 | 18 | 18 | 14 | 9 | 7 | 7 | 1 |

**Table 13: Distribution of Loss/Gain events by Division, '05-'09**

NOTE
- Overall, encountering and dealing with a Loss/Gain event has consumed two-thirds of the time taken to handle a kick event.
- NAM & IME encountered most Loss/Gain events. As a proportion of their respective WC events both NRS & MED feature prominently (Refer to Section 3.8 for more details).

---

[5] In this instance 539 rather than 556 is used for total well control events to calculate this ratio (those events with insufficient details to allow categorization have been removed).

CONFIDENTIAL

TRN-INV-01143168

### 3.3    Kick Events, 2005-2009

| Code | Kick Intensity | | Kick Volume | Remark | Reporting |
|---|---|---|---|---|---|
|  | < 0.5 ppg | And | < 10 bbls | Minor    /    Routine | Rig    Manager    /    General Manager |
| Yellow | > 0.5 ppg | And | < 20 bbls | Major | General Manager |
|  | Any Intensity | | > 20 bbls | Critical | Managing   Director   /   Operations Director |

**Table 14: Kick Severity Matrix**



**Chart 12: Kick severity for each year, '05-'09**

| Code | 2005 | 2006 | 2007 | 2008 | 2009 | '05 - '09 |
|---|---|---|---|---|---|---|
| Green | 56 | 27 | 30 | 39 | 43 | 195 |
| Yellow | 18 | 30 | 17 | 12 | 16 | 93 |
|  | 8 | 6 | 6 | 9 | 12 | 41 |
| Totals | 82 | 63 | 53 | 60 | 71 | 329 |

**Table 15: Kick severity distribution summary, '05-'09**

CONFIDENTIAL                                                                TRN-INV-01143169

Annual Well Control Event Report, 2009



**Chart 13: Kick severity distribution, '05-'09**

CONFIDENTIAL

TRN-INV-01143170

### 3.3.1   Kick events in the Red Zone, 2005-2009

| Year | Division | Rig | Client | Hole size, in | Volume, bbl | Intensity, ppg | Time, hrs |
|------|----------|-----|--------|---------------|-------------|----------------|-----------|
| **2009** | FEA | ATN | CNOOC | 8.5 | 97.0 | 1.80 | 82.50 |
| 2009 | NRS | 711 | Shell | 6 | 95.3 | 0.65 | 20 |
| 2009 | SAM | DWD | Petrobras | 12.25 | 60.0 | 1.18 | 165.50 |
| 2009 | GGA | 702 | BG | 12.25 | 36.0 | 0.15 | 29.25 |
| 2009 | SAM | DWM | Petrobras | 12.25 | 30.0 | 0.69 | 383 |
| 2009 | FEA | PSW | Total | 6 | 30.0 | 0.81 | 8.00 |
| 2009 | NAM | DD1 | Cobalt | 12.25 | 25.0 | 0.26 | 96.00 |
| 2009 | NAM | DWN | Shell | 12.25 | 22.9 | 0.00 | 45.50 |
| 2009 | NAM | DD1 | Cobalt | 17.5 | 22.0 | 0.48 | 192.00 |
| 2009 | NAM | DD1 | Cobalt | 8.5 | 20.0 | 0.74 | 20.00 |
| **2008** | MED | T20 | Petronas | 6 | 200 | 1.68 | 8.5 |
| 2008 | FEA | KGB | PTT | 6 | 93 | 0.51 | 137.5 |
| 2008 | WAS | AKY | Sonangol | 8.5 | 78 | 1.8 | 31.5 |
| 2008 | IME | 534 | RIL | 12.25 | 53.6 | 1.11 | 27.75 |
| 2008 | WAS | HI7 | Total | 17.5 | 37 | 0.37 | 9 |
| 2008 | MED | KMN | BG | 8.5 | 30 | 1.16 | 16.75 |
| 2008 | FEA | T15 | Chevron | 6 | 28 | 0 | 24 |
| 2008 | NAM | DDS | Chevron | 12.25 | 27 | 0.06 | 2 |
| 2008 | NRS | 704 | ADTI | 8.5 | 26 | 2.5 | 26.5 |
| 2008 | NAM | DSP | Anadarko | 12.25 | 21 | 0.3 | 44 |
| **2007** | FEA | T09 | Hoang Long JOC | 8.5 | 60 | 1.58 | 15 |
| 2007 | GGA | T04 | Chevron | 8.5 | 45 | 0.38 | 252.5 |
| 2007 | GGA | T04 | Chevron | 6 | 34 | 0.89 | 14 |
| 2007 | NAM | DWM | Anadarko | 12.25 | 30 | 0.75 | 75 |
| 2007 | NAM | DDS | Chevron | 8.5 | 29.5 | 1.2 | 16.5 |
| 2007 | IME | CKR | RIL | 17.5 | 21 | 0.52 | 78.75 |
| **2006** | IME | DSS | ONGC | 17.5 | 102 | 0.7 | 37.5 |
| 2006 | NAM | DDS | Chevron | 17.5 | 33 | 0.15 | 27 |
| 2006 | IME | ATN | RIL | 12.25 | 30 | 0.69 | 14.5 |
| 2006 | GGA | T04 | Chevron | 8.5 | 24 | 2.27 | 22.5 |
| 2006 | FEA | 714 | TOTAL | 8.5 | 23.4 | 0.76 | 8.75 |
| 2006 | IME | DWF | RIL | 8.5 | 23 | 2 | 35 |
| **2005** | IME | ATN | RIL | 6 | 140 | 0.46 | 41.25 |
| 2005 | IME | ATN | RIL | 8.5 | 100 | 1.47 | 20.25 |
| 2005 | FEA | T09 | JVPC | 8.5 | 80 | No data | 13.25 |
| 2005 | FEA | T15 | Chevron | 6 | 30 | No data | 4.5 |
| 2005 | IME | DSS | ONGC | 6 | 28 | 0.07 | 17.5 |
| 2005 | IME | ATN | RIL | 6 | 25 | No data | 21.75 |

**Table 16: Kick events greater than 20bbls influx volume, '05-'09**

CONFIDENTIAL

TRN-INV-01143171

Annual Well Control Event Report, 2009

The 38 red zone events recorded on the previous page had the following additional characteristics:

| | Mud Type | | Well Type | | Rig Type | |
|---|---|---|---|---|---|---|
| | O/SBM | WBM | Exp. | Dev. | Floater | Jack-up |
| 2009 | 9 | 1 | 7 | 3 | 9 | 1 |
| 2008 | 8 | 2 | 8 | 2 | 4 | 6 |
| 2007 | 5 | 1 | 5 | 1 | 3 | 3 |
| 2006 | 4 | 2 | 5 | 1 | 5 | 1 |
| 2005 | 4 | 2 | 5 | 1 | 4 | 2 |
| Totals | 30 | 8 | 30 | 8 | 25 | 13 |

**Table 17: Summary of Red Zone data, '05-'09**

**NOTE**
- Red zone events are kick events where the influx volume is greater than 20bbls.
- 80% of all red zone events featured oil-based or synthetic-based mud systems.
- 80% of all red zone events occurred on exploration wells.
- 66% of all red zone events occurred on floating rigs (which is slightly above the general trend showing 60% of all WCE occurring on floating rigs, see Section 3.6).

CONFIDENTIAL

TRN-INV-01143172

CONFIDENTIAL

Annual Well Control Event Report, 2009



**Graph 2: Kick volume versus Kick intensity, '05-'09**

TRN-INV-01143173

### 3.4    Well control events by well type 2005-2009

|        | Exp & App | Development | Workover |
|--------|-----------|-------------|----------|
| 2005   | 70        | 56          | 2        |
| 2006   | 55        | 41          | 4        |
| 2007   | 71        | 21          |          |
| 2008   | 51        | 63          | 1        |
| 2009   | 59        | 61          | 1        |
|        |           |             |          |
| Totals | 306       | 242         | 8        |

Table 18: Well control event by well type, '05-'09



Chart 14: Well control event by well type, '05-'09

CONFIDENTIAL                                                        TRN-INV-01143174

## 3.5    Well control events by client, 2005-2009

| Client | 2005 | 2006 | 2007 | 2008 | 2009 | Client Total |
|---|---|---|---|---|---|---|
| ONGC | 28 | 17 | 11 | 7 | 15 | 78 |
| Chevron | 22 | 23 | 10 | 9 | 11 | 75 |
| RIL | 14 | 12 | 7 | 11 | 0 | 44 |
| Shell | 6 | 4 | 12 | 10 | 7 | 39 |
| BP | 6 | 4 | 4 | 11 | 8 | 33 |
| Petrobras | 6 | 8 | 6 | 1 | 4 | 25 |
| TOTAL | 5 | 3 | 8 | 4 | 3 | 23 |
| ENI | 3 | 1 | 3 | 6 | 8 | 21 |
| Petronas | 2 | 5 | 2 | 6 | 4 | 19 |
| BG | 1 | 1 | 0 | 4 | 9 | 15 |
| Nexen | 1 | 1 | 6 | 2 | 3 | 13 |
| Anadarko | 2 | 0 | 5 | 1 | 1 | 9 |
| Statoil | 5 | 0 | 1 | 0 | 3 | 9 |
| JVPC | 3 | 3 | 0 | 2 | 0 | 8 |
| Petrobel | 3 | 1 | 1 | 1 | 1 | 7 |
| AGIP | 1 | 3 | 2 | 0 | 0 | 6 |
| Cobalt | 0 | 0 | 0 | 0 | 6 | 6 |
| Esso | 2 | 0 | 0 | 4 | 0 | 6 |
| ConocoPhillips | 1 | 0 | 0 | 0 | 4 | 5 |
| PCVL | 0 | 5 | 0 | 0 | 0 | 5 |
| Reliance | 0 | 0 | 0 | 0 | 5 | 5 |
| Saudi Aramco | 0 | 0 | 0 | 4 | 1 | 5 |
| Apache | 0 | 0 | 4 | 0 | 0 | 4 |
| ExxonMobil | 0 | 0 | 0 | 0 | 4 | 4 |
| Hess | 3 | 0 | 0 | 1 | 0 | 4 |
| Petrofrac | 0 | 0 | 0 | 0 | 4 | 4 |
| TFE | 3 | 1 | 0 | 0 | 0 | 4 |
| **Yearly Total** | **117** | **92** | **82** | **84** | **101** | **476** |

**Table 19: Well Control Events listed by client, '05-'09**

**NOTE**
- Only those clients totaling 4 or more kicks have been listed in the table above.

CONFIDENTIAL

TRN-INV-01143175

Annual Well Control Event Report, 2009



**Chart 15: Well Control Event time by Client, '05-'09**

CONFIDENTIAL

TRN-INV-01143176

### 3.6    Well control events by asset type, 2005-2009

| Asset | 2005 | 2006 | 2007 | 2008 | 2009 | Total |
|-------|------|------|------|------|------|-------|
| Floaters | 70 | 53 | 72 | 55 | 81 | 331 |
| Jack-ups | 58 | 47 | 20 | 60 | 40 | 225 |
| **Totals** | **128** | **100** | **92** | **115** | **121** | **556** |

Table 20: Well control event count by rig-type, '05-'09



Chart 16: Well control event count based on asset-type, '05-'09

CONFIDENTIAL

TRN-INV-01143177

### 3.7    Well control events by hole size, 2005-2009

| Hole size | 2005 | 2006 | 2007 | 2008 | 2009 | Totals |
|-----------|------|------|------|------|------|--------|
| 6" | 39 | 24 | 12 | 9 | 17 | 101 |
| 8.5" | 36 | 34 | 39 | 53 | 48 | 210 |
| 12.25" | 27 | 22 | 21 | 38 | 36 | 144 |
| 17.5" | 13 | 16 | 20 | 15 | 20 | 84 |
| Totals | 115 | 96 | 92 | 115 | 121 | 539 |

Table 21: Number of well control events versus hole section, '05-'09

**NOTE**
- This data set does not include those events from 2005 and 2006 that could not be classified due to inadequate data.



Chart 17: Average number of well control events by hole size, '05-'09

**NOTE**
- Since conventional well design still aims to drill target reservoirs in 8-1/2" hole size, it is not surprising that almost 40% of all well control events occur in the 8-1/2" section.

CONFIDENTIAL

TRN-INV-01143178

Annual Well Control Event Report, 2009



**Average Kick Size, bbl 2005 - 2009 for each hole section**

| | 6" Hole | 8.5" Hole | 12.25" Hole | 17.5" Hole |
|---|---|---|---|---|
| 2005 | 9.1 | 11.2 | 4.8 | 1.0 |
| 2006 | 3.2 | 8.5 | 7.3 | 20.3 |
| 2007 | 14.3 | 13.8 | 8.8 | 7.9 |
| 2008 | 3.1 | 13.3 | 15.6 | 20.3 |
| 2009 | 12.5 | 8.6 | 14.6 | 8.4 |
| Average | 8.4 | 11.1 | 10.3 | 11.6 |

**Chart 18: Average kick volume by hole size, '05-'09**

**NOTE**
- The wide variation in kick volume from year-to-year for each hole section category makes the averaged figures relatively meaningless.
- However, the most common kick section (8-1/2 inch) has the most consistent results and averages 11bbls.

38 of 48

### 3.8 Well control events and statistics by Division, 2005-2009

| DIVISION | WC Hours | Events | Kicks | Hours / WCE |
|----------|----------|--------|-------|-------------|
| IME | 5,452 | 141 | 91 | 38.7 |
| FEA | 2,762 | 94 | 68 | 29.4 |
| NAM | 4,638 | 103 | 59 | 45.0 |
| GGA | 3,388 | 68 | 34 | 49.8 |
| MED | 1,339 | 45 | 23 | 29.7 |
| NRS | 1,429 | 46 | 22 | 31.0 |
| SAM | 3,686 | 29 | 17 | 127.1 |
| WAS | 439 | 22 | 9 | 20.0 |
| NRY | 127 | 8 | 6 | 14.1 |
| **Totals** | **23,260** | **556** | **329** | **41.8** |

Table 22: Well control event summary by Division, '05-'09

**NOTE**
- Few events occur in NRY in general, but those that do are handled efficiently.



Chart 19: Total kicks taken in each Division, '05-'09

**NOTE**
- Although NRY has a relatively small sample group of rigs and wells, the well control performance continues to be good. This is in terms of both well control events and kicks, and also the time spent dealing with the events that do occur.

CONFIDENTIAL

TRN-INV-01143180

| Division | 2005 | 2006 | 2007 | 2008 | 2009 | Div Totals |
|---|---|---|---|---|---|---|
| IME | 42 | 29 | 23 | 25 | 22 | 141 |
| NAM | 22 | 18 | 24 | 14 | 25 | 103 |
| FEA | 23 | 26 | 10 | 17 | 18 | 94 |
| GGA | 16 | 10 | 10 | 15 | 17 | 68 |
| NRS | 5 | 6 | 8 | 15 | 12 | 46 |
| MED | 8 | 7 | 8 | 13 | 9 | 45 |
| SAM | 8 | 4 | 6 | 2 | 9 | 29 |
| WAS | 1 | | 2 | 12 | 7 | 22 |
| NRY | 3 | | 1 | 2 | 2 | 8 |
| Year Totals | 128 | 100 | 92 | 115 | 121 | 556 |

Table 23: Well control event breakdown by Division, '05-'09

NOTE
- NAM, FEA, GGA and SAM each showed an increase in Well Control Events in 2009. The increases were largest in NAM and SAM.



Chart 20: Annual well control events by Division, '05-'09

NOTE
- IME continues to have one of the highest incidence rates for well control events but is also one of the only divisions showing a steadily downward trend between 2005 and 2009.
- NRY continues to have a low incidence of events from year-to-year.

40 of 48

TRN-INV-01143181

Annual Well Control Event Report, 2009

| Division | 2005 | 2006 | 2007 | 2008 | 2009 | Div Totals |
|---|---|---|---|---|---|---|
| IME | 33 | 20 | 13 | 13 | 12 | 91 |
| FEA | 21 | 16 | 6 | 11 → 14 | | 68 |
| NAM | 7 | 7 | 16 | 10 → 19 | | 59 |
| GGA | 6 | 7 | 8 | 7 | 6 | 34 |
| MED | 4 | 6 | 2 | 5 | 6 | 23 |
| NRS | 1 | 4 | 5 | 6 | 6 | 22 |
| SAM | 7 | 3 | 1 | 1 → 5 | | 17 |
| WAS | | | 1 | 6 | 2 | 9 |
| NRY | 3 | | 1 | 1 | 1 | 6 |
| Year Totals | 82 | 63 | 53 | 60 | 71 | 329 |

Table 24: Kick events breakdown by Division, '05-'09

NOTE
- NAM, SAM & FEA show the most significant increase in the number of kicks taken.
- Rig and drilling activity in SAM increased markedly in 2009, which may account in part for their increasing trend.

| Division | 2005 | 2006 | 2007 | 2008 | 2009 | Div Totals |
|---|---|---|---|---|---|---|
| NAM | 12 | 11 | 4 | 4 | 4 | 35 |
| IME | 5 | 7 | 8 | 5 | 8 | 33 |
| GGA | 4 | 2 | 1 | 6 | 5 | 18 |
| FEA | 1 | 9 | 3 | 4 | 1 | 18 |
| NRS | 3 | 2 | 2 | 5 | 2 | 14 |
| MED | 0 | 0 | 4 | 4 | 1 | 9 |
| WAS | 1 | 0 | 1 | 3 | 2 | 7 |
| SAM | 0 | 1 | 4 | 0 | 2 | 7 |
| NRY | 0 | 0 | 0 | 1 | 0 | 1 |
| Year Totals | 26 | 32 | 27 | 32 | 25 | 142 |

Table 25: Loss/Gain events breakdown by Division, '05-'09

| | NAM | IME | GGA | FEA | NRS | MED | WAS | SAM | NRY |
|---|---|---|---|---|---|---|---|---|---|
| Loss/Gain events | 35 | 33 | 18 | 18 | 14 | 9 | 7 | 7 | 1 |
| All WC events | 103 | 141 | 68 | 94 | 46 | 45 | 22 | 29 | 8 |
| L/G as % of WC events | 34% | 23% | 26% | 19% | 30% | 20% | 32% | 24% | 13% |

Table 26: Ratio of Loss/Gain to WC events by Division, '05-'09

NOTE
- A larger proportion of WCE in NAM, WAS, NRS and GGA are Loss/Gain events in comparison with other areas.
- Table 12 in Section 3.2.1 showed that time spent on Loss/Gain events was one-third lower than the time taken to recover from kick events.
- Table 22 showed the time per WCE in WAS and NRS are lower than average while NAM and GGA remain well above it, despite having high incidence of Loss/Gain events.

CONFIDENTIAL

TRN-INV-01143182

Annual Well Control Event Report, 2009

## 3.9    Total hours and Contract time spent on well control, 2005-2009

| | 2005 | 2006 | 2007 | 2008 | 2009 | 05 - '09 |
|---|---|---|---|---|---|---|
| Contract hours (from GRS/GMS) | 661,606 | 668,405 | 655,360 | 1,092,440 | 989,539 | 4,067,404 |
| Number of Well Control Events | 128 | 100 | 92 | 115 | 121 | 556 |
| Number of Kicks | 82 | 63 | 53 | 60 | 71 | 329 |
| Hours spent on WC Events | 5,707 | 3,485 | 3,678 | 4,413 | 5,995 | 23,278 |
| Average time per WCE | 45 | 35 | 40 | 38 | 50 | 42 |
| Percentage of contract time spent on WC Events | 0.86% | 0.52% | 0.56% | 0.40% | 0.61% | 0.57% |

**Table 27: Well control data based on operating hours, '05-'09**

**NOTE**
- Although active fleet numbers dropped through 2009 (indicated by reduced contract time), the time spent on well control events increased and therefore so too did the percentage of contract time spent on well control events.



**Chart 21: Total hours and % of contract time spent on well control, '05-'09**

42 of 48

CONFIDENTIAL

TRN-INV-01143183

### 3.10    Well control event kill methods, 2005-2009

| WCE Kill Method | 2005 | 2006 | 2007 | 2008 | 2009 | Method total |
|---|---|---|---|---|---|---|
| Drillers | 57 | 33 | 35 | 33 | 35 | 193 |
| Circulate | 23 | 22 | 24 | 41 | 43 | 143 |
| Wait & Weight | 10 | 19 | 47 | 25 | 31 | 102 |
| Bullhead | 14 | 15 | 6 | 12 | 8 | 55 |
| Bleed Off | 13 | 3 | 6 |  | 1 | 23 |
| Pump kill mud (pilot) |  | 1 | 3 |  | 5 | 9 |
| Dynamic kill |  |  | 1 | 1 | 2 | 4 |
| Volumetric | 1 | 1 |  | 1 | 2 | 5 |
| Stripping | 5 |  |  | 1 | 2 | 6 |
| Hot tap |  | 1 |  |  |  | 1 |
| Mudcap WC method |  |  |  |  |  | 1 |
| Off-bottom kill |  |  |  | 1 |  | 1 |
| Lubricate |  |  |  |  | 1 | 1 |
| Inadequate info | 5 | 4 |  |  | 1 | 12 |
| **Yearly Totals** | **128** | **100** | **92** | **115** | **121** | **556** |

**Table 28: Well control event kill methods, '05-'09**

**NOTE**
- The Drillers Method has historically been most commonly used.
- However, Wait & Weight continues to increase in application and was almost 1:1 in 2009.
- NAM is the only Division where W&W predominated over Drillers Method (62% of kills).
- "Circulate" continued to increase, suggesting more precautionary events.



**Chart 22: Breakdown of well control event kill methods, '05-'09**

:ONFIDENTIAL

**3.11    Operations ongoing at time of well control events, 2005-2009**



Chart 23: Operations ongoing at time of well control event, '05-'09

CONFIDENTIAL

TRN-INV-01143185

4.    **CONCLUSIONS AND RECOMMENDATIONS**

Please refer to the Executive Summary at the front of this document for a summary of conclusions and recommendations to be made from the analysis of well control data for 2009 and from years 2005 to 2009.

CONFIDENTIAL

TRN-INV-01143186

Annual Well Control Event Report, 2009

5.   **APPENDICES**

*(This page intentionally left blank)*

CONFIDENTIAL

TRN-INV-01143187

Annual Well Control Event Report, 2009

## 5.1    Summary of Well Control Events *by Division*, 2005-2009

| WCE | | | DIVISION | Kicks | | | Loss/Gain | | | Precautionary | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | hours | hrs/# | | # | hours | hrs/# | # | hours | hrs/# | # | hours | hrs/# |
| 141 | 5,452 | 38.7 | IME | 91 | 4,145 | 45.5 | 33 | 936 | 28.4 | 9 | 73 | 8.1 |
| 103 | 4,638 | 45.0 | NAM | 59 | 3,365 | 57.0 | 35 | 1,153 | 32.9 | 4 | 33 | 8.1 |
| 94 | 2,762 | 29.4 | FEA | 68 | 2,213 | 32.5 | 18 | 511 | 28.4 | 6 | 12 | 2.1 |
| 68 | 3,388 | 49.8 | GGA | 34 | 2,118 | 62.3 | 18 | 1,069 | 59.4 | 4 | 47 | 11.6 |
| 46 | 1,429 | 31.1 | NRS | 22 | 952 | 43.3 | 14 | 393 | 28.1 | 9 | 33 | 3.7 |
| 45 | 1,339 | 29.8 | MED | 23 | 1,025 | 44.6 | 9 | 194 | 21.6 | 8 | 52 | 6.5 |
| 29 | 3,686 | 127.1 | SAM | 17 | 3,025 | 178.0 | 7 | 580 | 82.9 | 4 | 9 | 2.3 |
| 22 | 439 | 20.0 | WAS | 9 | 324 | 36.0 | 7 | 91 | 13.0 | 6 | 24 | 4.0 |
| 8 | 127 | 15.9 | NRY | 6 | 102 | 16.9 | 1 | 23 | 23.0 | 0 | 0 | 0.0 |
| 556 | 23,260 | 41.8 | Totals | 329 | 17,270 | 52.5 | 142 | 4,950 | 34.9 | 50 | 283 | 5.7 |

**NOTE**
- SAM is the most significant outlier in this data set, experiencing relatively low numbers of well control events for the amount of time spent recovering from them.
- NRY figures are low across the board and the well control time is not artificially low due to a high percentage of precautionary events (they have none).
- Considering the high number of well control events and kicks encountered in NAM, there have been relatively few precautionary shut-ins recorded.

CONFIDENTIAL

TRN-INV-01143188

Annual Well Control Event Report, 2009

## 5.2    Summary of Well Control Events *by Client*, 2005-2009

| WCE | | | | Kicks | | | Loss/Gain | | | Precautionary | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | hours | hrs/# | Client | # | hours | hrs/# | # | hours | hrs/# | # | hours | hrs/# |
| 78 | 3,572 | 45.8 | ONGC | 51 | 2,802 | 54.9 | 18 | 494 | 27.5 | 3 | 4 | 1.3 |
| 75 | 2,055 | 27.4 | Chevron | 49 | 1,629 | 33.2 | 20 | 374 | 18.7 | 2 | 4 | 2.0 |
| 44 | 1,490 | 33.9 | RIL | 35 | 1,273 | 36.4 | 6 | 163 | 27.1 | 2 | 29 | 14.5 |
| 39 | 1,211 | 31.1 | Shell | 15 | 743 | 49.5 | 13 | 371 | 28.5 | 4 | 8 | 1.9 |
| 33 | 1,013 | 30.7 | BP | 17 | 574 | 33.8 | 10 | 401 | 40.1 | 6 | 38 | 6.3 |
| 25 | 2,784 | 111.4 | Petrobras | 14 | 2,151 | 153.6 | 9 | 628 | 69.8 | 2 | 6 | 2.8 |
| 23 | 630 | 27.4 | TOTAL | 16 | 452 | 28.3 | 4 | 165 | 41.2 | 2 | 10 | 4.8 |
| 21 | 1,079 | 51.4 | ENI | 14 | 865 | 61.8 | 5 | 186 | 37.2 | 2 | 8 | 4.0 |
| 19 | 516 | 27.1 | Petronas | 12 | 329 | 27.4 | 2 | 134 | 66.9 | 4 | 19 | 4.8 |
| 15 | 769 | 51.3 | BG | 6 | 534 | 89.0 | 6 | 190 | 31.6 | 4 | 45 | 11.2 |
| 13 | 530 | 40.8 | Nexen | 6 | 489 | 81.5 | 4 | 29 | 7.3 | 3 | 12 | 4.0 |
| 9 | 444 | 49.3 | Anadarko | 6 | 264 | 43.9 | 2 | 174 | 87.0 | 1 | 7 | 6.5 |
| 9 | 586 | 65.1 | Statoil | 7 | 513 | 73.3 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| 8 | 79 | 9.9 | JVPC | 3 | 30 | 10.1 | 3 | 47 | 15.6 | 2 | 2 | 1.1 |
| 7 | 107 | 15.3 | Petrobel | 5 | 99 | 19.8 | 1 | 6 | 6.0 | 0 | 0 | 0.0 |
| 6 | 328 | 54.7 | AGIP | 3 | 127 | 42.3 | 1 | 186 | 186.0 | 0 | 0 | 0.0 |
| 6 | 703 | 117.2 | Cobalt | 4 | 488 | 122.0 | 2 | 215 | 107.5 | 0 | 0 | 0.0 |
| 6 | 132 | 22.0 | Esso | 0 | 0 | 0.0 | 2 | 20 | 10.0 | 2 | 17 | 8.3 |
| 5 | 128 | 25.5 | ConocoPhillips | 3 | 71 | 23.5 | 2 | 57 | 28.5 | 0 | 0 | 0.0 |
| 5 | 13 | 2.7 | PCVL | 5 | 13 | 2.7 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| 5 | 136 | 27.2 | Reliance | 3 | 62 | 20.7 | 2 | 74 | 37.0 | 0 | 0 | 0.0 |
| 5 | 27 | 5.4 | Saudi Aramco | 1 | 1 | 1.0 | 2 | 5 | 2.3 | 1 | 21 | 20.5 |
| 4 | 80 | 19.9 | Apache | 3 | 71 | 23.7 | 1 | 9 | 8.8 | 0 | 0 | 0.0 |
| 4 | 67 | 16.6 | ExxonMobil | 1 | 62 | 62.0 | 1 | 2 | 2.0 | 2 | 3 | 1.3 |
| 4 | 234 | 58.4 | Hess | 1 | 21 | 21.0 | 3 | 213 | 70.9 | 0 | 0 | 0.0 |
| 4 | 139 | 34.6 | Petrofrac | 3 | 137 | 45.5 | 0 | 0 | 0.0 | 1 | 2 | 2.0 |
| 4 | 189 | 47.3 | TFE | 2 | 77 | 38.3 | 1 | 112 | 111.5 | 0 | 0 | 0.0 |
| 476 | 19,038 | 40.0 | Totals | 285 | 13,874 | 48.7 | 120 | 4,252 | 35.4 | 43 | 232 | 5.4 |

**NOTE**
- The data listed above only includes those clients with 4 or more well control events.

48 of 48

TRN-INV-01143189