# Exhibit G

**From:** Hand, Steve (Houston)
**Sent:** Saturday, March 14, 2009 2:31 PM
**To:** Foster, David.E (Houston)
**Subject:** FW: BOP closure procedure

Dave,

I hope Bernard understands what I'm trying to say....

At the time the well flowed the driller did not know he missed the influx, of course we do know this - but if you remove this piece of information from your mind and the well starts to flow - we don't expect the driller to go back to the charts and see what the cause may be before he reacts - he does what he is supposed to do and shuts in the well immediately

After shutting the BOP and the well continues to flow you then have to decide whether the BOP failed or there is gas in the riser - a driller from a JU is unlikely to be familiar with gas above the BOP so he closes another annular.

Also we must remember that what happened was not just gas expending in the riser - if this was the case the hole would have been full of mud after closing the BOP, this was not the case as they had to lubricate some 300+ bbls into the well which means gas was entering the well from the open hole at the same time.

Regards

Steve Hand ..

Well Operations Manager

Tel: +1 713 232 7555

Cell: +1 832 790 5922


-----Original Message-----
From: Hand, Steve (Houston)
Sent: Saturday, March 14, 2009 2:13 AM
To: Berjeaud, Bernard (Paris)
Cc: Foster, David.E (Houston)
Subject: RE: BOP closure procedure

Bernard,

Understood. I agree they did not notice the original kick that occurred when the pumps were off. When the well started to flow (riser and well unloading as the gas expended in the riser), as far as the driller knows this is the kick, clearly he does not need to flowcheck, so his first action should be to close the BOP as per his posted procedure. He is not able to tell what is happening other than the well is flowing. Once the BOP is closed and the well continues to flow he should close the diverter, but not knowing that he missed the initial kick (and therefore not understanding that there is gas above the BOP) I can see why he would try to close the second annular.

Regards

Steve Hand ..

Well Operations Manager

CONFIDENTIAL                                                                                          TRN-MDL-04622176

TREX-48092

Tel: +1 713 232 7555

Cell: +1 832 790 5922

-----Original Message-----
From: Berjeaud, Bernard (Paris)
Sent: Friday, March 13, 2009 11:40 PM
To: Hand, Steve (Houston)
Cc: Foster, David.E (Houston)
Subject: RE: BOP closure procedure

Steve,

They did not detect the kick. The well started blowing out when The driller closed the upper annular. When he saw the flow not stopping, he closed the second annular. He never tried to close the diverter. The dog house front window was open and the driller ended up covered in mud. He remain in the dog house trying to close the second annular. He was a Jackup driller. He was on his second week on the rig. My original question was to see how we will address this tricky questions of having the well blowing up and see what we do first.

Regards
Bernard Berjeaud
Performance Assurance Director
Tel Off:  +33 1 46 67 2186
Fax:      +33 1 46 67 2200
Mobile:   +33 (679) 071 972
Bernard.Berjeaud@deepwater.com



-----Original Message-----
From: Hand, Steve (Houston)
Sent: Saturday, March 14, 2009 3:43 AM
To: Berjeaud, Bernard (Paris); Foster, David.E (Houston)
Subject: Re: BOP closure procedure

Bernard,

Another thought - what were the shut in procedures posted on the drillfloor? If nothing the driller should have followed these.

Regards

----- Original Message -----
From: Berjeaud, Bernard (Paris)
To: Hand, Steve (Houston)
Cc: Foster, David.E (Houston)l
Sent: Fri Mar 13 14:59:33 2009
Subject: FW: BOP closure procedure

Steve,

I am sorry to bother you with this. It seems that everyone has his on way to close the well. We really need Transocean view on this.

Regards
Bernard Berjeaud
Performance Assurance Director

CONFIDENTIAL                                                                                          TRN-MDL-04622177

```
Tel Off:  +33 1 46 67 2186
Fax:      +33 1 46 67 2200
Mobile:   +33 (679) 071 972
Bernard.Berjeaud@deepwater.com
```

-----Original Message-----
From: Paterson, Edward (Aberdeen)
Sent: Friday, March 13, 2009 7:45 PM
To: Berjeaud, Bernard (Paris)
Subject: Re: BOP closure procedure

Berjeaud
At the first sign of flow the well should be shut in using the annular preventer If there is gas in the riser the diverter could then be closed Without the full details I cannot comment further
Regards
Eddie

----- Original Message -----
From: Berjeaud, Bernard (Paris)
To: Paterson, Edward (Aberdeen)
Sent: Fri Mar 13 13:10:54 2009
Subject: FW: BOP closure procedure

Eddie,

On the Hulme they had a blow out. They started to see mud coming from the rotary table. They closed the annular then they never did close the diverter. What is the procedure if we are in the same blow out situation? Close diverter or close well first? This was the question I initially asked.

Regards

Bernard Berjeaud

Performance Assurance Director

```
Tel Off:  +33 1 46 67 2186
Fax:      +33 1 46 67 2200

Mobile:   +33 (679) 071 972

Bernard.Berjeaud@deepwater.com
```

From: Mitchell, Billy (Aberdeen)
Sent: Friday, March 13, 2009 1:41 PM

CONFIDENTIAL                                                                                     TRN-MDL-04622178

To: Berjeaud, Bernard (Paris)
Cc: Broughton, Vivien (Aberdeen)
Subject: FW: BOP closure procedure


Bernard

Please see comments from the Well Control Instructor. Not sure if the WCM reference will be what you are looking for or not.

I'm sure Eddie can provide further assistance given more detail.

Regards

Billy Mitchell

EAU Training Manager

Transocean

Aberdeen Training Centre

(: +44 1224 427674

+ : billy.mitchell@deepwater.com <mailto:billy.mitchell@deepwater.com>

 P Don't print this e-mail unless you really need to

_____

From: Paterson, Edward (Aberdeen)
Sent: 13 March 2009 11:38
To: Mitchell, Billy (Aberdeen)
Cc: Broughton, Vivien (Aberdeen)
Subject: RE: BOP closure procedure


Billy

    I dont know what happened on the MG Hulme and am a little confused about the IWCF recommendations, however shut in procedures are clearly stated in the Transocean Well Control Manual section: 5 sub section: 3. I have never seen or ever heard of any procedure closing a diverter prior to shutting a flowing well. Until I get the full details then I am afraid this is the best I can do. I do not have a copy of API RP-64.


Regards

CONFIDENTIAL                                                                                          TRN-MDL-04622179

Eddie Paterson

Well Control Instructor

Transocean

EAU

Tele: +44 (0)1224 427672

edward.paterson@deepwater.com

_____

From: Mitchell, Billy (Aberdeen)
Sent: 13 March 2009 10:52
To: Paterson, Edward (Aberdeen)
Subject: FW: BOP closure procedure


Eddie


As discussed


Regards


Billy Mitchell

EAU Training Manager

Transocean

Aberdeen Training Centre

(: +44 1224 427674

+ : billy.mitchell@deepwater.com <mailto:billy.mitchell@deepwater.com>

 P Don't print this e-mail unless you really need to

_____

From: Broughton, Vivien (Aberdeen)
Sent: 13 March 2009 07:59
To: Mitchell, Billy (Aberdeen); Berjeaud, Bernard (Paris)
Subject: RE: BOP closure procedure

CONFIDENTIAL

TRN-MDL-04622180

Billy

Care should be taken and the Diverter is not designed to hold pressure so normal IWCF recommendation is to close diverter before well, then close IBOPs then close well in.

Ask Eddie for a copy of API RP 64- Recommended procedures for Diverter equipment operations in well control operations. If he doesn't have a copy contact Dave Price for a copy, I do not have a copy here. This procedure however should also be covered in our own company materials I am surprised that this is not in our well control manuals so would need to be flagged up for revision with Houston.

With regards,

Vivien



Vivien Broughton ..
Career Development Manager

Please note new contact details:
Transocean Drilling UK Ltd

Langlands House

Huntly St

Aberdeen

AB10 1SH


Direct: +44 (0) 1224 654554
Mobile: +44 (0) 7919 491208
Fax:+44 (0) 1224 654401

vivien.broughton@deepwater.com <mailto:vivien.broughton@deepwater.com>

_____

From: Mitchell, Billy (Aberdeen)
Sent: 13 March 2009 07:38
To: Broughton, Vivien (Aberdeen)
Subject: FW: BOP closure procedure

CONFIDENTIAL                                                                                    TRN-MDL-04622181

Viv

Can you point me in the right direction?

Regards

Billy Mitchell

EAU Training Manager

Transocean

Aberdeen Training Centre

(: +44 1224 427674

+ : billy.mitchell@deepwater.com <mailto:billy.mitchell@deepwater.com>

 P Don't print this e-mail unless you really need to

_____

From: Berjeaud, Bernard (Paris)
Sent: 13 March 2009 07:30
To: Mitchell, Billy (Aberdeen)
Cc: Wagner, Geoffrey (Paris); Nuttall, Martin (Paris)
Subject: BOP closure procedure

Billy,

I am on the Hulme investigating the blow out incident. Can you let me know what is the recommended procedure to close a well on a floater when we are in blow out situation like on the MG Hulme. Nothing is mentioned on the well control manual.

1-      Close well and close the diverter

2-      Close the diverter and close the well

Thanks & Regards

Bernard Berjeaud

CONFIDENTIAL                                                                                             TRN-MDL-04622182

Performance Assurance Director

Tel Off:   +33 1 46 67 2186
Fax:       +33 1 46 67 2200

Mobile:   +33 (679) 071 972

Bernard.Berjeaud@deepwater.com

CONFIDENTIAL

TRN-MDL-04622183