UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179<br>SECTION "J"<br><br>JUDGE BARBIER |
| This Document Relates to:<br><br>10-4239<br>10-4240<br>10-4241 | § § § § § | MAGISTRATE SHUSHAN |

**PROPOSED ORDER DENYING BP DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN THE MEXICAN STATES' CASES**

This Court has considered BP Defendant's Motion for Summary Judgment in the Mexican States' Cases, as well as any timely filed responses and replies relating to the Motion. The Court is of the opinion that the BP Defendant's Motion for Summary Judgment in the Mexican States' Cases should be DENIED IN ITS ENTIRETY.

IT IS ORDERED Dated this _____ day of _____, 2013

_____
Hon. Carl J. Barbier