## DECLARATION FROM

## MINISTER OF URBAN DEVELOPMENT AND THE ENVIRONMENT OF THE STATE OF TAMAULIPAS

I, Salvador Trevino Garza, Minister of Urban Development and the Environment of the State of Tamaulipas, declare, pursuant to 28 U.S.C. 1746, that the following is true and correct and based on my own personal knowledge.

1) I am over 21 years of age, of sound mind and competent to make this declaration. I am the Secretary of Urban Development and the Environment of the State of Tamaulipas. I have held this position starting from August 3rd, 2012. Before that, I worked as the Director (Head) of the Water Commission (COMAPAS –Water and Sewage System Commission – *Comisión de Agua Potable y Alcantarillado*) which is currently called the Water Commission (*Junta de Aguas*) in the City of Matamoros, Tamaulipas. During the administration of former Governor Eugenio Hernandez, from 2005 to 2010, I held the office of General Director of the Environmental Agency which today is the Sub-Ministry of the Environment. I was responsible for all environmental issues in the State of Tamaulipas during the Deepwater Horizon Oil Spill in April of 2010. I have full knowledge of the governmental authority and powers of the State of Tamaulipas and its activities related to the environment and protection of its coastline, beaches, estuaries, rivers, waterways, lagoons and flora and fauna.

2) The Governor of the State pursuant to the constitutional powers vested under Articles 40 and 43 of the Federal Constitution and the Constitution of the State of Tamaulipas (the "State") has the power to manage, posses, exploit, repair and maintaining the State shores along the Gulf of Mexico coastline. On or about after April 20, 2010 of the State of Tamaulipas began a cleanup and monitoring campaign along the coastline of the State with the Gulf of Mexico.

3) The State of Tamaulipas borders the Gulf of Mexico to the east with over 250 miles of beachfront. Please see Exhibit "A" that is a true, correct and authentic copy of a map of the state correctly and accurately depicting its coastline. The monitoring and cleanup campaign consisted of setting up patrols and brigades of State employees who would patrol and observe the coastline, waters, lagoons, reefs, docks, ports, waterways and environmental sensitive areas of the State. All of the above described efforts, personnel, and activities, were funded and paid by the State of Tamaulipas.

4) As per Article 27, 40, 43, 46, and 73 the State of Tamaulipas owns, manages, possesses and maintains its beaches, waters, estuaries, rivers, waterways, lagoons and flora and fauna of the Gulf of Mexico

5) During the monitoring and cleanup campaign after the Macondo April 20, 2010 oil spill, the State recovered, cleaned up and restored the beach and water

1

areas where the Macondo oil spill landed. All of the foregoing activities were paid by the State out of its own funds.

6) I have the following duties and powers under the State's Environmental Laws:

-To handle all matters pertaining to the preservation, conservation and restoration of the ecological equilibrium and all environmental protection matters, as well as to apply any environmental policies established by laws, statutes and other applicable rules, within the scope of its jurisdiction;

-To promote, establish, organize and coordinate any actions focused on the prevention and control, as applicable, within the scope of its jurisdiction, of water, air and land pollution, as well as to record and monitor pollutants.

-To regulate, promote and supervise sustainable use, as well as prevention and control of pollution and, in due case, to provide sanitation to waters within the State's jurisdiction, as well as any national waters assigned to the State, within the scope of its jurisdiction.

-To coordinate with any competent authorities the application of programs and measures intended for the preservation of natural resources, the prevention of pollution, the management and cleaning of beaches, environmental improvement for any tourist activities and facilities.

-To participate, within the scope of its jurisdiction, in any actions carried out by other federal, state or municipal authorities.

7) Pursuant to the aforesaid during the monitoring and cleanup campaign after the Macondo April 20, 2010 oil spill, the State recovered, cleaned up and restored the beach and water areas where the Macondo oil spill landed. All of the foregoing activities were paid by the State out of its own funds.

8) The State of Tamaulipas is also responsible for and obligated to protect and preserve the wildlife along the State's shores and beaches of the Gulf of Mexico. It does so by using its own funds, personnel, and resources. As an example, for many years, the State of Veracruz has been solely responsible for the protection and preservation of Gulf Sea-Turtles at its own expense. There are nesting areas of numerous turtle species that are located on the beaches along the Gulf of Mexico. In the towns of Ejido Rancho Nuevo, Aldama, La Pesca, Soto La Marina, Tepehuajes and Altamira, the State of Tamaulipas protects and maintains the turtle nesting areas on the beaches of the Gulf of Mexico, along with the routes of access to and from the waters of the Gulf of Mexico. Using the State's own funds the State of Tamaulipas has fenced off the nesting grounds for turtles, cleans them, maintains them, and regulates the access and activities on the beach so that the nesting grounds will not be disturbed. The fences set up by the State of Tamaulipas on the beaches of the Gulf

of Mexico run from the sands of the beaches into the Gulf waters. The State also provides and pays for on-site biologists and scientists that care and protect the turtle eggs, the hatchlings. The State also provides security and monitoring during their release schedule into the Gulf. The State also provides personnel at the State's expense to guard the nesting areas and protect the Gulf Sea Turtles.

9)    After the Macondo oil spill, the State increased its activities to protect the turtles and their nesting areas from the effects of the oil spill. The State continued to maintain its fences in the sand and set up nest hatching stations staffed by State employees. The State also set up protection barriers in the Gulf waters along its coast and its beaches, as well as cleans up stations for all species of Gulf-Sea Turtles that were affected by the oil spill. All of these expenses, personnel, and activities were paid by the State of Tamaulipas out of its own funds.

10)   Using its own state funds, the State of Tamaulipas maintains, restores, and cleans up the beaches along the Gulf of Mexico's coastline of Tamaulipas.  For example, if trash or other debris washes onto the beaches of Tamaulipas, State employees will be sent out to pick up and clean up the beach.  The vehicles, personnel, and equipment utilized to accomplish the cleanup, restoration, and maintenance activities of the beaches are provided by the State and paid for by the State. As an example, if a dead turtle is found on the beach, the State will pay for its pick up, clean up, and proper disposal of the turtle.  The activities referenced herein are carried out by staff from the State's environmental protection agency or by State Police.

11)   The State, through its police force and other agencies, controls the beaches and waters along its Gulf Coast.  Furthermore, State Police officers are responsible for monitoring and guarding the beaches along the Gulf Coast. They are responsible for preventing poaching and enforcing the laws of the State on the beaches of the Gulf Coast.  State police control and regulate access to the beaches. The State police also monitor and control vehicles on the beach and boats in the beach areas. The State police also control and regulate other activities on the beach, enforcing state and federal laws on the beach.

12)   The State of Tamaulipas is an independent party to the MEXUS Gulf Oil Contingency Plan, along with the Republic of Mexico.  The State of Tamaulipas at its own expense provides personnel and equipment to monitor its Gulf of Mexico waters and coastlines and uses its own funds to coordinate responses to any oil spills in the Gulf, including formulating response plans, acquiring and allocating equipment to be used in response plans, attending conferences and meeting updates, and funding its State University's biologists and chemists to prepare for emergencies and contingencies.

13)   The State, at its own expense, also provides police to patrol and enforce the laws of the State of Tamaulipas in areas along the State's coastlines such as marshes, estuaries, bays, inlets, channels, lagoons, waterways, ports, docks, islands etc. Moreover, there are numerous property owners (both business and residential) of

lands on the Gulf beaches of Tamaulipas. The State of Tamaulipas provides law enforcement and environmental personnel to enforce criminal, regulatory, and environmental laws and to enforce law and order—all at its own expense. By way of example, GTT, a privately owned entity was granted numerous concessions and decrees for the development of "La Pesca" in the town of La Pesca, Tamaulipas. GTT spent millions of dollars on infrastructure development, which included dredging the actual offshore waters of the Gulf of Mexico along the Coast of Tamaulipas at its own expense using private investor funds. GTT also used its own funds and private investor funds to dredge the Laguna Madre shore, the channel connecting the Gulf to the Laguna, and adjacent waterways. The State of Tamaulipas monitored the developmental activities to ensure compliance to state and federal environmental standards.

14) Regarding the land that has been officially decreed to the State by means of an administrative decree such as la "Laguna Madre" see attached Map as Exhibit "B", the State of Tamaulipas exercises exclusive control, management, and possession of those areas, including the restoration, protection, exploitation, maintenance of that geographical area at its own expense. Such concessions first awarded as of 2005 have never been revoked or rescinded by the Republic of Mexico. In particular, the Laguna Madre and all of its wildlife and flora were in the sole custody, control, possession, and use of the State on April 20, 2010, on the date the State of Tamaulipas filed suit on this matter. The State of Tamaulipas has continued to exercise sole custody, control, possession, and use of all of the wildlife and flora in the Laguna Madre area until this present day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 03rd day of January 2012.

SALVADOR TREVINO GARZA

4