

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

# LEY GENERAL DE VIDA SILVESTRE

**Nueva Ley publicada en el Diario Oficial de la Federación el 3 de julio de 2000**

**TEXTO VIGENTE**
**Última reforma publicada DOF 06-06-2012**

Al margen un sello con el Escudo Nacional, que dice: Estados Unidos Mexicanos.- Presidencia de la República.

**ERNESTO ZEDILLO PONCE DE LEÓN**, Presidente de los Estados Unidos Mexicanos, a sus habitantes sabed:

Que el Honorable Congreso de la Unión, se ha servido dirigirme el siguiente

**DECRETO**

"EL CONGRESO GENERAL DE LOS ESTADOS UNIDOS MEXICANOS, D E C R E T A:

## LEY GENERAL DE VIDA SILVESTRE

## TÍTULO I
## DISPOSICIONES PRELIMINARES

**Artículo 1o.** La presente Ley es de orden público y de interés social, reglamentaria del párrafo tercero del artículo 27 y de la fracción XXIX, inciso G del artículo 73 constitucionales. Su objeto es establecer la concurrencia del Gobierno Federal, de los gobiernos de los Estados y de los Municipios, en el ámbito de sus respectivas competencias, relativa a la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat en el territorio de la República Mexicana y en las zonas en donde la Nación ejerce su jurisdicción.

El aprovechamiento sustentable de los recursos forestales maderables y no maderables y de las especies cuyo medio de vida total sea el agua, será regulado por las leyes forestal y de pesca, respectivamente, salvo que se trate de especies o poblaciones en riesgo.

*Párrafo reformado DOF 10-01-2002*

**Artículo 2o.** En todo lo no previsto por la presente Ley, se aplicarán las disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente y de otras leyes relacionadas con las materias que regula este ordenamiento.

**Artículo 3o.** Para los efectos de esta Ley se entenderá por:

I.  Aprovechamiento extractivo: La utilización de ejemplares, partes o derivados de especies silvestres, mediante colecta, captura o caza.

II.  Aprovechamiento no extractivo: Las actividades directamente relacionadas con la vida silvestre en su hábitat natural que no impliquen la remoción de ejemplares, partes o derivados, y que, de no ser adecuadamente reguladas, pudieran causar impactos significativos sobre eventos biológicos, poblaciones o hábitat de las especies silvestres.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

III.  Capacidad de carga: Estimación de la tolerancia de un ecosistema al uso de sus componentes, tal que no rebase su capacidad de recuperarse en el corto plazo sin la aplicación de medidas de restauración o recuperación para restablecer el equilibrio ecológico.

IV.  Captura: La extracción de ejemplares vivos de fauna silvestre del hábitat en que se encuentran.

V.  Caza: La actividad que consiste en dar muerte a un ejemplar de fauna silvestre a través de medios permitidos.

VI.  Caza deportiva: La actividad que consiste en la búsqueda, persecución o acecho, para dar muerte a través de medios permitidos a un ejemplar de fauna silvestre cuyo aprovechamiento haya sido autorizado, con el propósito de obtener una pieza o trofeo.

VII.  Colecta: La extracción de ejemplares, partes o derivados de vida silvestre del hábitat en que se encuentran.

VIII.  Consejo: El Consejo Técnico Consultivo Nacional para la Conservación y Aprovechamiento Sustentable de la Vida Silvestre.

IX.  Conservación: La protección, cuidado, manejo y mantenimiento de los ecosistemas, los hábitats, las especies y las poblaciones de la vida silvestre, dentro o fuera de sus entornos naturales, de manera que se salvaguarden las condiciones naturales para su permanencia a largo plazo.

X.  Desarrollo de poblaciones: Las prácticas planificadas de manejo de poblaciones de especies silvestres en vida libre, que se realizan en áreas delimitadas dentro de su ámbito de distribución natural, dirigidas expresamente a garantizar la conservación de sus hábitats así como a incrementar sus tasas de sobrevivencia, de manera tal que se asegure la permanencia de la población bajo manejo.

XI.  Derivados: Los materiales generados por los ejemplares a través de procesos biológicos, cuyo aprovechamiento no implica la destrucción de ejemplares o partes. Para efectos de las disposiciones que se aplican al comercio exterior, se considerarán productos los derivados no transformados y subproductos aquellos que han sido sujetos a algún proceso de transformación.

XII.  Duplicados: Cada uno de los ejemplares de una especie o partes de ellos, producto de una misma colecta científica.

XIII.  Ejemplares o poblaciones exóticos: Aquellos que se encuentran fuera de su ámbito de distribución natural, lo que incluye a los híbridos y modificados.

XIV.  Ejemplares o poblaciones ferales: Aquellos pertenecientes a especies domésticas que al quedar fuera del control del hombre, se establecen en el hábitat natural de la vida silvestre.

XV.  Ejemplares o poblaciones nativos: Aquellos pertenecientes a especies silvestres que se encuentran dentro de su ámbito de distribución natural.

XVI.  Ejemplares o poblaciones que se tornen perjudiciales: Aquellos pertenecientes a especies silvestres o domésticas que por modificaciones a su hábitat o a su biología, o que por encontrarse fuera de su área de distribución natural, tengan efectos negativos para el



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

ambiente natural, otras especies o el hombre, y por lo tanto requieran de la aplicación de medidas especiales de manejo o control.

**XVII.** Especie exótica invasora: Es aquella especie o población que no es nativa, que se encuentra fuera de su ámbito de distribución natural, que es capaz de sobrevivir, reproducirse y establecerse en hábitat y ecosistemas naturales y que amenaza la diversidad biológica nativa, la economía o la salud pública.

*Fracción adicionada DOF 06-04-2010*

**XVIII.** Especies y poblaciones prioritarias para la conservación: Aquellas determinadas por la Secretaría de acuerdo con los criterios establecidos en la presente Ley, para canalizar y optimizar esfuerzos de conservación y recuperación.

*Fracción recorrida DOF 06-04-2010*

**XIX.** Especies y poblaciones en riesgo: Aquellas identificadas por la Secretaría como probablemente extintas en el medio silvestre, en peligro de extinción, amenazadas o sujetas a protección especial, con arreglo a esta Ley.

*Fracción recorrida DOF 06-04-2010*

**XX.** Especies y poblaciones migratorias: Aquellas que se desplazan latitudinal, longitudinal o altitudinalmente de manera periódica como parte de su ciclo biológico.

*Fracción recorrida DOF 06-04-2010*

**XXI.** Estudio de poblaciones: Aquel que se realiza con el objeto de conocer sus parámetros demográficos, tales como el tamaño y densidad; la proporción de sexos y edades; y las tasas de natalidad, mortalidad y crecimiento durante un período determinado, así como la adición de cualquier otra información relevante.

*Fracción recorrida DOF 06-04-2010*

**XXII.** Hábitat: El sitio específico en un medio ambiente físico, ocupado por un organismo, por una población, por una especie o por comunidades de especies en un tiempo determinado.

*Fracción recorrida DOF 06-04-2010*

**XXIII.** Licencia de caza: El documento mediante el cual la autoridad competente acredita que una persona está calificada, tanto por sus conocimientos sobre los instrumentos y medios de las actividades cinegéticas, como de las regulaciones en la materia, para realizar la caza deportiva en el territorio nacional.

*Fracción recorrida DOF 06-04-2010*

**XXIV.** Legítimo poseedor: El poseedor de buena fe en los términos del Código Civil Federal.

*Fracción reformada y recorrida DOF 06-04-2010*

**XXV.** Manejo: Aplicación de métodos y técnicas para la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat.

*Fracción recorrida DOF 06-04-2010*

**XXVI.** Manejo en vida libre: El que se hace con ejemplares o poblaciones de especies que se desarrollan en condiciones naturales, sin imponer restricciones a sus movimientos.

*Fracción recorrida DOF 06-04-2010*

**XXVII.** Manejo intensivo: Aquel que se realiza sobre ejemplares o poblaciones de especies silvestres en condiciones de cautiverio o confinamiento.

*Fracción recorrida DOF 06-04-2010*

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

XXVIII.  Manejo de hábitat: Aquel que se realiza sobre la vegetación, el suelo y otros elementos o características fisiográficas en áreas definidas, con metas específicas de conservación, mantenimiento, mejoramiento o restauración.

*Fracción recorrida DOF 06-04-2010*

XXIX.  Manejo integral: Aquel que considera de manera relacionada aspectos biológicos, sociales, económicos y culturales vinculados con la vida silvestre y su hábitat.

*Fracción recorrida DOF 06-04-2010*

XXX.  Marca: El método de identificación, aprobado por la autoridad competente, que conforme a lo establecido en la Ley Federal sobre Metrología y Normalización, puede demostrar la legal procedencia de ejemplares, partes o derivados.

*Fracción recorrida DOF 06-04-2010*

XXXI.  Muestreo: El levantamiento sistemático de datos indicadores de las características generales, la magnitud, la estructura y las tendencias de una población o de su hábitat, con el fin de diagnosticar su estado actual y proyectar los escenarios que podría enfrentar en el futuro.

*Fracción recorrida DOF 06-04-2010*

XXXII.  Parte: La porción, fragmento o componente de un ejemplar. Para efectos de las disposiciones que se aplican al comercio exterior, se considerarán productos las partes no transformadas y subproductos aquellas que han sido sujetas a algún proceso de transformación.

*Fracción recorrida DOF 06-04-2010*

XXXIII.  Plan de manejo: El documento técnico operativo de las Unidades de Manejo para la Conservación de Vida Silvestre sujeto a aprobación de la Secretaría, que describe y programa actividades para el manejo de especies silvestres particulares y sus hábitats y establece metas e indicadores de éxito en función del hábitat y las poblaciones.

*Fracción recorrida DOF 06-04-2010*

XXXIV.  Población: El conjunto de individuos de una especie silvestre que comparten el mismo hábitat. Se considera la unidad básica de manejo de las especies silvestres en vida libre.

*Fracción recorrida DOF 06-04-2010*

XXXV.  Predio: Unidad territorial delimitada por un polígono que puede contener cuerpos de agua o ser parte de ellos.

*Fracción recorrida DOF 06-04-2010*

XXXVI.  Recuperación: El restablecimiento de los procesos naturales y de los parámetros genéticos, demográficos o ecológicos de una población o especie, con referencia a su estado al iniciar las actividades de recuperación, así como a su abundancia local, estructura y dinámica en el pasado, para retornar a cumplir con su papel ecológico y evolutivo con la consecuente mejoría en la calidad del hábitat.

*Fracción recorrida DOF 06-04-2010*

XXXVII.  Recursos forestales maderables: Los constituidos por árboles.

*Fracción recorrida DOF 06-04-2010*

XXXVIII.  Reintroducción: La liberación planificada al hábitat natural de ejemplares de la misma subespecie silvestre o, si no se hubiera determinado la existencia de subespecies, de la misma especie silvestre, que se realiza con el objeto de restituir una población desaparecida.

*Fracción recorrida DOF 06-04-2010*

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**XXXIX.** Repoblación: La liberación planificada al hábitat natural de ejemplares de la misma subespecie silvestre o, si no se hubiera determinado la existencia de subespecies, de la misma especie silvestre, con el objeto de reforzar una población disminuida.

*Fracción recorrida DOF 06-04-2010*

**XL.** Reproducción controlada: El manejo planificado de ejemplares, poblaciones o hábitats de la vida silvestre para asegurar el incremento en el número de individuos, que se realiza bajo condiciones de protección, de seguimiento sistemático permanente o de reproducción asistida.

Se entenderá por reproducción asistida, la forma de reproducción de ejemplares de la vida silvestre en confinamiento, consistente en un conjunto de técnicas encaminadas a la inducción, aceleración o modificación de ciertas fases de sus procesos reproductivos.

*Fracción recorrida DOF 06-04-2010*

**XLI.** Secretaría: La Secretaría de Medio Ambiente y Recursos Naturales.

*Fracción reformada y recorrida DOF 06-04-2010*

**XLII.** Servicios ambientales: Los beneficios de interés social que se derivan de la vida silvestre y su hábitat, tales como la regulación climática, la conservación de los ciclos hidrológicos, la fijación de nitrógeno, la formación de suelo, la captura de carbono, el control de la erosión, la polinización de plantas, el control biológico de plagas o la degradación de desechos orgánicos.

*Fracción recorrida DOF 06-04-2010*

**XLIII.** Tasa de aprovechamiento: La cantidad de ejemplares, partes o derivados que se pueden extraer dentro de un área y un período determinados, de manera que no se afecte el mantenimiento del recurso y su potencial productivo en el largo plazo.

*Fracción recorrida DOF 06-04-2010*

**XLIV.** Traslocación: La liberación planificada al hábitat natural de ejemplares de la misma especie, que se realiza para sustituir poblaciones desaparecidas de una subespecie silvestre distinta y de la cual ya no existen ejemplares en condiciones de ser liberados.

*Fracción recorrida DOF 06-04-2010*

**XLV.** Unidades de manejo para la conservación de vida silvestre: Los predios e instalaciones registrados que operan de conformidad con un plan de manejo aprobado y dentro de los cuales se da seguimiento permanente al estado del hábitat y de poblaciones o ejemplares que ahí se distribuyen.

*Fracción recorrida DOF 06-04-2010*

**XLVI.** Vida Silvestre: Los organismos que subsisten sujetos a los procesos de evolución natural y que se desarrollan libremente en su hábitat, incluyendo sus poblaciones menores e individuos que se encuentran bajo el control del hombre, así como los ferales.

*Fracción recorrida DOF 06-04-2010*

**Artículo 4o.** Es deber de todos los habitantes del país conservar la vida silvestre; queda prohibido cualquier acto que implique su destrucción, daño o perturbación, en perjuicio de los intereses de la Nación.

Los propietarios o legítimos poseedores de los predios en donde se distribuye la vida silvestre, tendrán derechos de aprovechamiento sustentable sobre sus ejemplares, partes y derivados en los términos prescritos en la presente Ley y demás disposiciones aplicables.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

Última Reforma DOF 06-06-2012

Los derechos sobre los recursos genéticos estarán sujetos a los tratados internacionales y a las disposiciones sobre la materia.

# TÍTULO II
## POLÍTICA NACIONAL EN MATERIA DE VIDA SILVESTRE Y SU HÁBITAT

**Artículo 5o.** El objetivo de la política nacional en materia de vida silvestre y su hábitat, es su conservación mediante la protección y la exigencia de niveles óptimos de aprovechamiento sustentable, de modo que simultáneamente se logre mantener y promover la restauración de su diversidad e integridad, así como incrementar el bienestar de los habitantes del país.

En la formulación y la conducción de la política nacional en materia de vida silvestre se observarán, por parte de las autoridades competentes, los principios establecidos en el artículo 15 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente. Además dichas autoridades deberán prever:

**I.** La conservación de la diversidad genética, así como la protección, restauración y manejo integral de los hábitats naturales, como factores principales para la conservación y recuperación de las especies silvestres.

**II.** Las medidas preventivas para el mantenimiento de las condiciones que propician la evolución, viabilidad y continuidad de los ecosistemas, hábitats y poblaciones en sus entornos naturales. En ningún caso la falta de certeza científica se podrá argumentar como justificación para postergar la adopción de medidas eficaces para la conservación y manejo integral de la vida silvestre y su hábitat.

**III.** La aplicación del conocimiento científico, técnico y tradicional disponibles, como base para el desarrollo de las actividades relacionadas con la conservación y el aprovechamiento sustentable de la vida silvestre.

**IV.** La difusión de la información sobre la importancia de la conservación de la vida silvestre y su hábitat, y sobre las técnicas para su manejo adecuado, así como la promoción de la investigación para conocer su valor ambiental, cultural y económico como bien estratégico para la Nación.

**V.** La participación de los propietarios y legítimos poseedores de los predios en donde se distribuya la vida silvestre, así como de las personas que comparten su hábitat, en la conservación, la restauración y los beneficios derivados del aprovechamiento sustentable.

**VI.** Los estímulos que permitan orientar los procesos de aprovechamiento de la vida silvestre y su hábitat, hacia actividades productivas más rentables con el objeto de que éstas generen mayores recursos para la conservación de bienes y servicios ambientales y para la generación de empleos.

**VII.** Los procesos para la valoración de la información disponible sobre la biología de la especie y el estado de su hábitat; para la consideración de las opiniones de los involucrados y de las características particulares de cada caso, en la aplicación de medidas para el control y erradicación de ejemplares y poblaciones perjudiciales, incluyendo a los ferales, así como la utilización de los medios adecuados para no afectar a otros ejemplares, poblaciones, especies y a su hábitat.

**VIII.** El mejoramiento de la calidad de vida de los ejemplares de fauna silvestre en cautiverio, utilizando las técnicas y conocimientos biológicos y etológicos de cada especie.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**IX.** Los criterios para que las sanciones no sólo cumplan una función represiva, sino que se traduzcan en acciones que contribuyan y estimulen el tránsito hacia el desarrollo sustentable; así como para la priorización de los esfuerzos de inspección a los sitios en donde se presten servicios de captura, comercialización, transformación, tratamiento y preparación de ejemplares, partes y derivados de vida silvestre, así como a aquellos en que se realicen actividades de transporte, importación y exportación.

**Artículo 6o.** El diseño y la aplicación de la política nacional en materia de vida silvestre y su hábitat corresponderá, en sus respectivos ámbitos de competencia, a los Municipios, a los gobiernos de los Estados y del Distrito Federal, así como al Gobierno Federal.

## TÍTULO III
## DE LAS AUTORIDADES

**Artículo 7o.** La concurrencia de los Municipios, de los gobiernos de los Estados y del Distrito Federal y del Gobierno Federal, en materia de vida silvestre, se establece para:

**I.** Garantizar la unidad de propósitos y la congruencia en la acción de los distintos órdenes de gobierno, relativa a la ejecución de los lineamientos de la política nacional en materia de vida silvestre;

**II.** Desarrollar las facultades de la federación para coordinar la definición, regulación, y supervisión de las acciones de conservación y de aprovechamiento sustentable de la biodiversidad que compone la vida silvestre y su hábitat;

**III.** Reconocer a los gobiernos estatales y del Distrito Federal, atribuciones para ejecutar dentro de su territorio las acciones relativas al cumplimiento de los lineamientos de la política nacional en materia de vida silvestre y su hábitat;

**IV.** Especificar aquellas atribuciones que corresponde ejercer de manera exclusiva a los poderes de las Entidades Federativas y a la Federación en materia de vida silvestre, y

**V.** Establecer los mecanismos de coordinación necesarios para establecer la adecuada colaboración entre los distintos órdenes de gobierno, en las materias que regula la presente ley, cuidando en todo caso el no afectar la continuidad e integralidad de los procesos ecosistémicos asociados a la vida silvestre.

**Artículo 8o.** Los Municipios, los gobiernos de los Estados y del Distrito Federal, así como el Gobierno Federal ejercerán sus atribuciones en materia de conservación y aprovechamiento sustentable de la vida silvestre, de conformidad con lo previsto en los siguientes artículos.

**Artículo 9o.** Corresponde a la Federación:

**I.** La formulación, conducción, operación y evaluación, con la participación que corresponda a las entidades federativas, de la política nacional sobre la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat, así como la elaboración y aplicación de los programas y proyectos que se establezcan para ese efecto.

**II.** La reglamentación de la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

Última Reforma DOF 06-06-2012

**III.**     La identificación de las especies y poblaciones en riesgo y la determinación de especies y poblaciones prioritarias para la conservación.

**IV.**     La atención de los asuntos relativos a la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat en zonas que no sean de jurisdicción de las Entidades Federativas.

**V.**     La expedición de las normas oficiales mexicanas relacionadas con las materias previstas en la presente Ley.

**VI.**     La atención de los asuntos relativos a la conservación y aprovechamiento sustentable de la vida silvestre nacional, en los casos de actos originados en el territorio o zonas sujetas a la soberanía y jurisdicción de otros países, o en zonas que estén más allá de la jurisdicción de cualquier país, que pudieran afectar la vida silvestre nacional.

**VII.**     La atención de los asuntos relativos a la vida silvestre en los casos de actos originados en el territorio nacional o en zonas sujetas a la jurisdicción de la Nación que pudieran afectar la vida silvestre en el territorio, o en zonas sujetas a la soberanía y jurisdicción de otros países, o de zonas que estén más allá de la jurisdicción de cualquier país.

**VIII.**     La promoción del establecimiento de las condiciones necesarias para el desarrollo de mercados nacionales e internacionales para la vida silvestre basados en criterios de sustentabilidad, así como la aplicación de los instrumentos de política ambiental para estimular el logro de los objetivos de conservación y aprovechamiento sustentable de la vida silvestre.

**IX.**     La conducción de la política nacional de información y difusión en materia de vida silvestre, así como la integración, seguimiento y actualización del Subsistema Nacional de Información sobre la Vida Silvestre.

**X.**     La promoción del desarrollo de proyectos, estudios y actividades encaminados a la educación, capacitación e investigación sobre la vida silvestre, para el desarrollo del conocimiento técnico y científico y el fomento de la utilización del conocimiento tradicional.

**XI.**     La promoción, registro y supervisión técnica del establecimiento de Unidades de Manejo para la Conservación de Vida Silvestre.

**XII.**     El otorgamiento, suspensión y revocación de registros, autorizaciones, certificaciones y demás actos administrativos vinculados al aprovechamiento y liberación de ejemplares de las especies y poblaciones silvestres y el otorgamiento, suspensión y revocación de licencias para el ejercicio de la caza deportiva y para la prestación de servicios de aprovechamiento en caza deportiva.

**XIII.**     El otorgamiento, suspensión y revocación de autorizaciones y demás actos administrativos vinculados a la conservación, traslado, importación, exportación y tránsito por el territorio nacional de la vida silvestre.

**XIV.**     La atención de los asuntos relativos al manejo, control y remediación de problemas asociados a ejemplares y poblaciones que se tornen perjudiciales.

**XV.**     La atención de los asuntos relativos al manejo, control y remediación de problemas asociados a ejemplares y poblaciones ferales que se encuentren en dos o más entidades federativas o en territorio insular y en las demás zonas donde la Nación ejerce jurisdicción, en coordinación con las entidades federativas involucradas cuando éstas lo consideren conveniente.



**XVI.**     El establecimiento y aplicación de las medidas de sanidad relativas a la vida silvestre.

**XVII.**    La regulación y aplicación de las medidas relativas al hábitat crítico y a las áreas de refugio para proteger las especies acuáticas.

**XVIII.**   La emisión de recomendaciones a las autoridades estatales competentes en materia de vida silvestre, con el propósito de promover el cumplimiento de la legislación en materia de conservación y aprovechamiento sustentable.

**XIX.**     La atención y promoción de los asuntos relativos al trato digno y respetuoso de la fauna silvestre.

**XX.**      La promoción del establecimiento de las condiciones para el manejo y destino de ejemplares fuera de su hábitat natural, de conformidad con los procedimientos establecidos en la presente ley.

**XXI.**     La inspección y vigilancia del cumplimiento de esta Ley y de las normas que de ella se deriven, así como la imposición de las medidas de seguridad y de las sanciones administrativas establecidas en la propia Ley, con la colaboración que corresponda a las entidades federativas.

Las atribuciones que esta Ley otorga al Ejecutivo Federal serán ejercidas a través de la Secretaría, salvo aquellas que corresponde ejercer directamente al titular del Ejecutivo Federal.

Para los procedimientos administrativos previstos en esta Ley, se estará a lo dispuesto en la Ley Federal del Procedimiento Administrativo.

Las atribuciones establecidas en las fracciones VIII, XI, XII, XIV, XVI, XIX, XX y XXI serán transferibles a los Estados y al Distrito Federal, en los términos y a través del procedimiento establecido en la presente Ley.

**Artículo 10.** Corresponde a los Estados y al Distrito Federal, de conformidad con lo dispuesto en esta Ley y en las demás disposiciones aplicables, ejercer las siguientes facultades:

**I.**       La formulación y conducción de la política estatal sobre la conservación y aprovechamiento sustentable de la vida silvestre la que, en todo caso, deberá ser congruente con los lineamientos de la política nacional en la materia.

**II.**      La emisión de las leyes para la conservación y el aprovechamiento sustentable de la vida silvestre, en las materias de su competencia.

**III.**     La regulación para el manejo, control y remediación de los problemas asociados a ejemplares y poblaciones ferales, así como la aplicación de las disposiciones en la materia, dentro de su ámbito territorial.

**IV.**      La compilación de la información sobre los usos y formas de aprovechamiento de ejemplares, partes y derivados de la vida silvestre con fines de subsistencia por parte de las comunidades rurales y la promoción de la organización de los distintos grupos y su integración a los procesos de desarrollo sustentable en los términos de esta Ley.

**V.**       El apoyo, asesoría técnica y capacitación a las comunidades rurales para el desarrollo de actividades de conservación y aprovechamiento sustentable de la vida silvestre, la elaboración de planes de manejo, el desarrollo de estudios de poblaciones y la solicitud de autorizaciones.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

Última Reforma DOF 06-06-2012

**VI.** La conducción de la política estatal de información y difusión en materia de vida silvestre; la integración, seguimiento y actualización del Sistema Estatal de Información sobre la Vida Silvestre en compatibilidad e interrelación con el Subsistema Nacional de Información sobre la Vida Silvestre, en el ámbito de su jurisdicción territorial.

**VII.** La creación y administración del registro estatal de las organizaciones relacionadas con la conservación y aprovechamiento sustentable de la vida silvestre.

**VIII.** La creación y administración del registro estatal de los prestadores de servicios vinculados a la transformación, tratamiento, preparación, aprovechamiento y comercialización de ejemplares, partes y derivados de la vida silvestre, así como la supervisión de sus actividades.

**IX.** La creación y administración del padrón estatal de mascotas de especies silvestres y aves de presa.

**X.** La coordinación de la participación social en las actividades que incumben a las autoridades estatales.

**XI.** La emisión de recomendaciones a las autoridades competentes en materia de vida silvestre, con el propósito de promover el cumplimiento de la legislación en materia de conservación y aprovechamiento sustentable.

**Artículo 11.** La Federación, por conducto de la Secretaría, podrá suscribir convenios o acuerdos de coordinación, con el objeto de que los gobiernos del Distrito Federal o de los Estados, con la participación, en su caso, de sus Municipios, asuman las siguientes facultades, en el ámbito de su jurisdicción territorial:

**I.** Autorizar, registrar y supervisar técnicamente el establecimiento de Unidades de Manejo para la Conservación de Vida Silvestre;

**II.** Atender los asuntos relativos al manejo, control y remediación de problemas asociados a ejemplares y poblaciones que se tornen perjudiciales;

**III.** Aplicar las medidas de sanidad relativas a la vida silvestre;

**IV.** Aplicar las medidas relativas al hábitat crítico y a las áreas de refugio para proteger las especies acuáticas reguladas en la presente Ley;

**V.** Promover y aplicar las medidas relativas al trato digno y respetuoso de la fauna silvestre;

**VI.** Promover el establecimiento de las condiciones para el manejo y destino de ejemplares fuera de su hábitat natural, de conformidad con los procedimientos establecidos en la presente Ley;

**VII.** Llevar a cabo la inspección y vigilancia del cumplimiento de esta Ley y de las normas que de ella se deriven, así como imponer las medidas de seguridad y las sanciones administrativas establecidas en la propia Ley;

**VIII.** Promover el establecimiento de las condiciones necesarias para el desarrollo de mercados estatales para la vida silvestre, basados en criterios de sustentabilidad, así como aplicar los instrumentos de política ambiental para estimular el logro de los objetivos de conservación y aprovechamiento sustentable de la misma;



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN                    *Última Reforma DOF 06-06-2012*
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

**IX.** Otorgar, suspender, modificar y revocar las autorizaciones, certificaciones, registros y demás actos administrativos vinculados al aprovechamiento y liberación de ejemplares de las especies y poblaciones silvestres, al ejercicio de la caza deportiva y para la prestación de servicios de este tipo de aprovechamiento, así como para la colecta científica, de conformidad con las normas y demás disposiciones legales aplicables, o

**X.** Promover el desarrollo de proyectos, estudios y actividades encaminados a la educación, capacitación e investigación sobre la vida silvestre, para el desarrollo del conocimiento técnico y científico y el fomento de la utilización del conocimiento tradicional.

Dichas facultades serán ejercidas conforme a lo dispuesto en esta Ley y demás disposiciones federales aplicables, así como en aquellas que de las mismas deriven.

En contra de los actos que emitan los gobiernos del Distrito Federal o de los Estados y, en su caso, de sus Municipios, en ejercicio de las facultades que asuman de conformidad con este precepto respecto de los particulares, procederán los recursos y medios de defensa establecidos en el Capítulo V del Título Sexto de la Ley General del Equilibrio Ecológico y la Protección al Ambiente.

*Artículo reformado DOF 10-01-2002*

**Artículo 12.** La celebración de los convenios o acuerdos de coordinación a que se refiere el artículo anterior, se sujetará a las bases previstas en el artículo 12 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente.

*Artículo reformado DOF 10-01-2002*

**Artículo 13.** Los Municipios, además de las atribuciones vinculadas a esta materia que les confiere el artículo 115 constitucional, ejercerán las que les otorguen las leyes estatales en el ámbito de sus competencias, así como aquellas que les sean transferidas por las Entidades Federativas, mediante acuerdos o convenios.

**Artículo 14.** Cuando por razón de la materia y de conformidad con la Ley Orgánica de la Administración Pública Federal u otras disposiciones aplicables, se requiera de la intervención de otras dependencias, la Secretaría ejercerá sus atribuciones en coordinación con las mismas.

Las dependencias y entidades de la Administración Pública Federal que ejerzan atribuciones que les confieren otros ordenamientos cuyas disposiciones se relacionen con el objeto de la presente Ley, ajustarán su ejercicio a la política nacional sobre vida silvestre establecida en ésta y en la Ley General del Equilibro Ecológico y la Protección al Ambiente, así como a las disposiciones que de ellas se deriven.

## TÍTULO IV
## CONCERTACIÓN Y PARTICIPACIÓN SOCIAL

**Artículo 15.** La Secretaría promoverá la participación de todas las personas y sectores involucrados en la formulación y aplicación de las medidas para la conservación y aprovechamiento sustentable de la vida silvestre que estén dentro del ámbito de su competencia.

**Artículo 16.** La Secretaría contará con un Consejo Técnico Consultivo Nacional para la Conservación y Aprovechamiento Sustentable de la Vida Silvestre, cuyas funciones consistirán en emitir opiniones o recomendaciones en relación con la identificación de las especies en riesgo y la determinación de especies y poblaciones prioritarias para la conservación, el desarrollo de proyectos de recuperación, la declaración de existencia de hábitats críticos, así como con el otorgamiento de los reconocimientos y premios a los que se refiere el artículo 45 de la presente Ley.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

La Secretaría podrá constituir otros órganos técnicos consultivos relacionados con la vida silvestre y su hábitat, con el objeto de que la apoyen tanto en la formulación como en la aplicación de las medidas que sean necesarias para su conservación y aprovechamiento sustentable.

Los órganos técnicos consultivos a los que se refiere este artículo estarán integrados por representantes de la Secretaría; de otras dependencias y entidades de la Administración Pública Federal, así como de representantes de los gobiernos de los Municipios, de los Estados y del Distrito Federal involucrados en cada caso; de instituciones académicas y centros de investigación; de agrupaciones de productores y empresarios; de organizaciones no gubernamentales y de otros organismos de carácter social y privado, así como por personas físicas de conocimiento probado en la materia, de conformidad con lo establecido en el reglamento.

La organización y funcionamiento de los órganos técnicos consultivos se sujetará a los acuerdos que para ese efecto expida la Secretaría, en los que se procurará una representación equilibrada y proporcional de todos los sectores y se prestará una especial atención a la participación de las comunidades rurales y productores involucrados.

La Secretaría deberá considerar, en el ejercicio de sus facultades sobre la materia, las opiniones y recomendaciones que, en su caso, hayan sido formuladas por los órganos técnicos consultivos.

**Artículo 17.** Para la consecución de los objetivos de la política nacional sobre vida silvestre, la Secretaría podrá celebrar convenios de concertación con las personas físicas y morales interesadas en su conservación y aprovechamiento sustentable.

## TÍTULO V
## DISPOSICIONES COMUNES PARA LA CONSERVACIÓN Y EL APROVECHAMIENTO SUSTENTABLE DE LA VIDA SILVESTRE

## CAPÍTULO I
## DISPOSICIONES PRELIMINARES

**Artículo 18.** Los propietarios y legítimos poseedores de predios en donde se distribuye la vida silvestre, tendrán el derecho a realizar su aprovechamiento sustentable y la obligación de contribuir a conservar el hábitat conforme a lo establecido en la presente Ley; asimismo podrán transferir esta prerrogativa a terceros, conservando el derecho a participar de los beneficios que se deriven de dicho aprovechamiento.

Los propietarios y legítimos poseedores de dichos predios, así como los terceros que realicen el aprovechamiento, serán responsables solidarios de los efectos negativos que éste pudiera tener para la conservación de la vida silvestre y su hábitat.

**Artículo 19.** Las autoridades que, en el ejercicio de sus atribuciones, deban intervenir en las actividades relacionadas con la utilización del suelo, agua y demás recursos naturales con fines agrícolas, ganaderos, piscícolas, forestales y otros, observarán las disposiciones de esta Ley y las que de ella se deriven, y adoptarán las medidas que sean necesarias para que dichas actividades se lleven a cabo de modo que se eviten, prevengan, reparen, compensen o minimicen los efectos negativos de las mismas sobre la vida silvestre y su hábitat.

**Artículo 20.** La Secretaría diseñará y promoverá en las disposiciones que se deriven de la presente Ley, el desarrollo de criterios, metodologías y procedimientos que permitan identificar los valores de la biodiversidad y de los servicios ambientales que provee, a efecto de armonizar la conservación de la vida silvestre y su hábitat, con la utilización sustentable de bienes y servicios, así como de incorporar éstos al



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

análisis y planeación económicos, de conformidad con la Ley General del Equilibrio Ecológico y la Protección al Ambiente y otras disposiciones aplicables, mediante:

**a)**   Sistemas de certificación para la producción de bienes y servicios ambientales.

**b)**   Estudios para la ponderación de los diversos valores culturales, sociales, económicos y ecológicos de la biodiversidad.

**c)**   Estudios para la evaluación e internalización de costos ambientales en actividades de aprovechamiento de bienes y servicios ambientales.

**d)**   Mecanismos de compensación e instrumentos económicos que retribuyan a los habitantes locales dichos costos asociados a la conservación de la biodiversidad o al mantenimiento de los flujos de bienes y servicios ambientales derivados de su aprovechamiento y conservación.

**e)**   La utilización de mecanismos de compensación y otros instrumentos internacionales por contribuciones de carácter global.

## CAPÍTULO II
## CAPACITACIÓN, FORMACIÓN, INVESTIGACIÓN Y DIVULGACIÓN

**Artículo 21.** La Secretaría promoverá, en coordinación con la de Educación Pública y las demás autoridades competentes, que las instituciones de educación básica, media, superior y de investigación, así como las organizaciones no gubernamentales, desarrollen programas de educación ambiental, capacitación, formación profesional e investigación científica y tecnológica para apoyar las actividades de conservación y aprovechamiento sustentable de la vida silvestre y su hábitat. En su caso, la Secretaría participará en dichos programas en los términos que se convengan.

Asimismo, la Secretaría promoverá, en coordinación con la Secretaría de Educación Pública y las demás autoridades competentes, que las instituciones de educación media y superior y de investigación, así como las organizaciones no gubernamentales, desarrollen proyectos de aprovechamiento sustentable que contribuyan a la conservación de la vida silvestre y sus hábitats por parte de comunidades rurales.

Las autoridades en materia pesquera, forestal, de agricultura, ganadería y desarrollo rural, en coordinación con la Secretaría, prestarán oportunamente a ejidatarios, comuneros y pequeños propietarios, la asesoría técnica necesaria para participar en la conservación y sustentabilidad en el aprovechamiento de la vida silvestre y su hábitat.

La Secretaría promoverá ante las instancias correspondientes y participará en la capacitación y actualización de los involucrados en el manejo de la vida silvestre y en actividades de inspección y vigilancia, a través de cursos, talleres, reuniones regionales, publicaciones y demás proyectos y acciones que contribuyan a los objetivos de la presente Ley.

La Secretaría otorgará reconocimientos a las instituciones de educación e investigación, organizaciones no gubernamentales y autoridades, que se destaquen por su participación en el desarrollo de los programas, proyectos y acciones mencionados en este artículo.

**Artículo 22.** La Secretaría, en coordinación con el Consejo Nacional de Ciencia y Tecnología y otras Dependencias o Entidades de los distintos órdenes de gobierno, promoverá el apoyo de proyectos y el otorgamiento de reconocimientos y estímulos, que contribuyan al desarrollo de conocimientos e instrumentos para la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**Artículo 23.** La Secretaría promoverá y participará en el desarrollo de programas de divulgación para que la sociedad valore la importancia ambiental y socioeconómica de la conservación y conozca las técnicas para el aprovechamiento sustentable de la vida silvestre y su hábitat.

## CAPÍTULO III
## CONOCIMIENTOS, INNOVACIONES Y PRÁCTICAS DE LAS COMUNIDADES RURALES

**Artículo 24.** En las actividades de conservación y aprovechamiento sustentable de la vida silvestre se respetará, conservará y mantendrá los conocimientos, innovaciones y prácticas de las comunidades rurales que entrañen estilos tradicionales de vida pertinentes para la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat y se promoverá su aplicación más amplia con la aprobación y la participación de quienes posean esos conocimientos, innovaciones y prácticas. Asimismo, se fomentará que los beneficios derivados de la utilización de esos conocimientos, innovaciones y prácticas se compartan equitativamente.

## CAPÍTULO IV
## SANIDAD DE LA VIDA SILVESTRE

**Artículo 25.** El control sanitario de los ejemplares de especies de la vida silvestre se hará con arreglo a las disposiciones de la Ley Federal de Sanidad Vegetal, la Ley Federal de Sanidad Animal y las disposiciones que de ellas se deriven. En los casos en que sea necesario, la Secretaría establecerá las medidas complementarias para la conservación y recuperación de la vida silvestre.

**Artículo 26.** La Secretaría determinará, a través de las normas oficiales mexicanas correspondientes, las medidas que deberán aplicarse para evitar que los ejemplares de las especies silvestres en confinamiento, sean sometidos a condiciones adversas a su salud y su vida durante la aplicación de medidas sanitarias.

## CAPÍTULO V
## EJEMPLARES Y POBLACIONES EXÓTICOS

**Artículo 27.** El manejo de ejemplares y poblaciones exóticos sólo se podrá llevar a cabo en condiciones de confinamiento, de acuerdo con un plan de manejo que deberá ser previamente aprobado por la Secretaría y en el que se establecerán las condiciones de seguridad y de contingencia, para evitar los efectos negativos que los ejemplares y poblaciones exóticos pudieran tener para la conservación de los ejemplares y poblaciones nativos de la vida silvestre y su hábitat.

**Artículo 27 Bis.-** No se permitirá la liberación o introducción a los hábitats y ecosistemas naturales de especies exóticas invasoras.

La Secretaría determinará dentro de normas oficiales mexicanas y/o acuerdos secretariales las listas de especies exóticas invasoras. Las listas respectivas serán revisadas y actualizadas cada 3 años o antes si se presenta información suficiente para la inclusión de alguna especie o población. Las listas y sus actualizaciones indicarán el género, la especie y, en su caso, la subespecie y serán publicadas en el Diario Oficial de la Federación y en la Gaceta Ecológica.

Asimismo, expedirá las normas oficiales mexicanas y/o acuerdos secretariales relativos a la prevención de la entrada de especies exóticas invasoras, así como el manejo, control y erradicación de aquéllas que ya se encuentren establecidas en el país o en los casos de introducción fortuita, accidental o ilegal.

*Artículo adicionado DOF 06-04-2010*



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**Artículo 27 Bis 1.-** No se autorizará la importación de especies exóticas invasoras o especies silvestres que sean portadoras de dichas especies invasoras que representen una amenaza para la biodiversidad, la economía o salud pública.

*Artículo adicionado DOF 06-04-2010*

**Artículo 28.** El establecimiento de confinamientos sólo se podrá realizar de conformidad con lo establecido en las disposiciones aplicables, con la finalidad de prevenir y minimizar los efectos negativos sobre los procesos biológicos y ecológicos, así como la sustitución o desplazamiento de poblaciones de especies nativas que se distribuyan de manera natural en el sitio.

## CAPÍTULO VI
## TRATO DIGNO Y RESPETUOSO A LA FAUNA SILVESTRE

**Artículo 29.** Los Municipios, las Entidades Federativas y la Federación, adoptarán las medidas de trato digno y respetuoso para evitar o disminuir la tensión, sufrimiento, traumatismo y dolor que se pudiera ocasionar a los ejemplares de fauna silvestre durante su aprovechamiento, traslado, exhibición, cuarentena, entrenamiento, comercialización y sacrificio.

**Artículo 30.** El aprovechamiento de la fauna silvestre se llevará a cabo de manera que se eviten o disminuyan los daños a la fauna silvestre mencionados en el artículo anterior. Queda estrictamente prohibido todo acto de crueldad en contra de la fauna silvestre, en los términos de esta Ley y las normas que de ella deriven.

**Artículo 31.** Cuando se realice traslado de ejemplares vivos de fauna silvestre, éste se deberá efectuar bajo condiciones que eviten o disminuyan la tensión, sufrimiento, traumatismo y dolor, teniendo en cuenta sus características.

**Artículo 32.** La exhibición de ejemplares vivos de fauna silvestre deberá realizarse de forma que se eviten o disminuyan la tensión, sufrimiento, traumatismo y dolor que pudiera ocasionárseles.

**Artículo 33.** Cuando de conformidad con las disposiciones en la materia deba someterse a cuarentena a cualquier ejemplar de la fauna silvestre, se adoptarán las medidas para mantenerlos en condiciones adecuadas de acuerdo a sus necesidades.

**Artículo 34.** Durante el entrenamiento de ejemplares de la fauna silvestre se deberá evitar o disminuir la tensión, sufrimiento, traumatismo y dolor de los mismos, a través de métodos e instrumentos de entrenamiento que sean adecuados para ese efecto.

**Artículo 35.** Durante los procesos de comercialización de ejemplares de la fauna silvestre se deberá evitar o disminuir la tensión, sufrimiento, traumatismo y dolor de los mismos, mediante el uso de métodos e instrumentos de manejo apropiados.

**Artículo 36.** La tensión, sufrimiento, traumatismo y dolor de los ejemplares de fauna silvestre deberá evitarse o disminuirse en los casos de sacrificio de éstos, mediante la utilización de los métodos físicos o químicos adecuados.

**Artículo 37.** El reglamento y las normas oficiales mexicanas sobre la materia establecerán las medidas necesarias para efecto de lo establecido en el presente capítulo.

## CAPÍTULO VII
## CENTROS PARA LA CONSERVACIÓN E INVESTIGACIÓN



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**Artículo 38.-** La Secretaría establecerá y operará de conformidad con lo establecido en el reglamento, Centros para la Conservación e Investigación de la Vida silvestre, en los que se llevarán a cabo actividades de:

**I.** Recepción, rehabilitación, protección, recuperación, reintroducción, canalización, y cualquiera otras que contribuyan a la conservación de ejemplares producto de rescate, entregas voluntarias, o aseguramientos por parte de la Procuraduría Federal de Protección al Ambiente o la Procuraduría General de la República;

**II.** Difusión, capacitación, monitoreo, evaluación, muestreo, manejo, seguimiento permanente y cualquiera otras que contribuyan al desarrollo del conocimiento de la vida silvestre y su hábitat, así como la integración de éstos a los procesos de desarrollo sostenible. La Secretaría podrá celebrar convenios y acuerdos de coordinación y concertación para estos efectos;

*Párrafo reformado DOF 26-06-2006*

En dichos centros se llevará un registro de las personas físicas y morales con capacidad de mantener ejemplares de fauna silvestre en condiciones adecuadas. En el caso de que existan ejemplares que no puedan rehabilitarse para su liberación, éstos podrán destinarse a las personas físicas y morales que cuenten con el registro correspondiente, de conformidad con lo establecido en el capítulo sexto de este título.

# CAPÍTULO VIII
## SISTEMA DE UNIDADES DE MANEJO PARA LA CONSERVACIÓN DE LA VIDA SILVESTRE

## SECCIÓN I
### DE LAS UNIDADES DE MANEJO PARA LA CONSERVACIÓN DE VIDA SILVESTRE

*Sección adicionada DOF 06-06-2012*

**Artículo 39.** Los propietarios o legítimos poseedores de los predios o instalaciones en los que se realicen actividades de conservación de Vida Silvestre deberán dar aviso a la Secretaría, la cual procederá a su incorporación al Sistema de Unidades de Manejo para la Conservación de la Vida Silvestre. Asimismo, cuando además se realicen actividades de aprovechamiento, deberán solicitar el registro de dichos predios o instalaciones como Unidades de Manejo para la Conservación de Vida Silvestre.

Las unidades de manejo para la conservación de vida silvestre, serán el elemento básico para integrar el Sistema Nacional de Unidades de Manejo para la Conservación de la Vida Silvestre, y tendrán como objetivo general la conservación de hábitat natural, poblaciones y ejemplares de especies silvestres. Podrán tener objetivos específicos de restauración, protección, mantenimiento, recuperación, reproducción, repoblación, reintroducción, investigación, rescate, resguardo, rehabilitación, exhibición, recreación, educación ambiental y aprovechamiento sustentable

**Artículo 40.** Para registrar los predios como unidades de manejo para la conservación de vida silvestre, la Secretaría integrará, de conformidad con lo establecido en el reglamento, un expediente con los datos generales, los títulos que acrediten la propiedad o legítima posesión del promovente sobre los predios; la ubicación geográfica, superficie y colindancias de los mismos; y un plan de manejo.

El plan de manejo deberá contener:

**a)**   Sus objetivos específicos; metas a corto, mediano y largo plazos; e indicadores de éxito.

**b)**   Información biológica de la o las especies sujetas a plan de manejo.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**c)**   La descripción física y biológica del área y su infraestructura.

**d)**   Los métodos de muestreo.

**e)**   El calendario de actividades.

**f)**   Las medidas de manejo del hábitat, poblaciones y ejemplares.

**g)**   Las medidas de contingencia.

**h)**   Los mecanismos de vigilancia.

**i)**   En su caso, los medios y formas de aprovechamiento y el sistema de marca para identificar los ejemplares, partes y derivados que sean aprovechados de manera sustentable.

El plan de manejo deberá ser elaborado por el responsable técnico, quien será responsable solidario con el titular de la unidad registrada, del aprovechamiento sustentable de la vida silvestre, su conservación y la de su hábitat, en caso de otorgarse la autorización y efectuarse el registro.
*Artículo reformado DOF 07-06-2011*

**Artículo 41.** Una vez analizada la solicitud, la Secretaría expedirá, en un plazo no mayor de sesenta días, una resolución en la que podrá:

Registrar estas unidades y aprobar sus planes de manejo en los términos presentados para el desarrollo de las actividades.

Condicionar el desarrollo de las actividades a la modificación del plan de manejo, en cuyo caso, se señalarán los criterios técnicos para efectuar dicha modificación.

La Secretaría sólo podrá negar el registro de Unidades de Manejo para la Conservación de Vida Silvestre, cuando:

**I.**   Se contravenga lo establecido en la Ley, el Reglamento, las normas oficiales mexicanas y demás disposiciones jurídicas aplicables;

**II.**   Se comprometa la biodiversidad o la capacidad productiva en el predio, donde se pretende establecer la Unidad de Manejo para la Conservación de Vida Silvestre;

**III.**   El responsable técnico o los poseedores del predio hayan sido sancionados por cualquier tipo de aprovechamiento ilícito de vida silvestre;

**IV.**   Se presenten conflictos de límites o sobreposición de predios, y

**V.**   El programa de manejo no sea congruente y consistente con el estudio de población presentado.
*Párrafo reformado DOF 06-06-2012*

**Artículo 42.** Las actividades de conservación y aprovechamiento sustentable se realizarán de conformidad con las disposiciones establecidas en esta Ley, las disposiciones que de ella deriven y con base en el plan de manejo respectivo.

Los titulares de las unidades de manejo para la conservación de vida silvestre deberán presentar a la Secretaría, de conformidad con lo establecido en el reglamento, informes periódicos sobre sus



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

actividades, incidencias y contingencias, logros con base en los indicadores de éxito y, en el caso de aprovechamiento, datos socioeconómicos que se utilizarán únicamente para efectos estadísticos.

El otorgamiento de autorizaciones relacionadas con las actividades que se desarrollen en las unidades de manejo para la conservación de vida silvestre, estará sujeto a la presentación de los informes a los que se refiere este artículo.

**Artículo 43.** El personal debidamente acreditado de la Secretaría realizará, contando con mandamiento escrito expedido fundada y motivadamente por ésta, visitas de supervisión técnica a las unidades de manejo para la conservación de vida silvestre de forma aleatoria, o cuando se detecte alguna inconsistencia en el plan de manejo, estudios de poblaciones, muestreos, inventarios o informes presentados. La supervisión técnica no implicará actividades de inspección y tendrá por objeto constatar que la infraestructura y las actividades que se desarrollan corresponden con las descritas en el plan de manejo y de conformidad con las autorizaciones respectivas, para estar en posibilidades de asistir técnicamente a los responsables en la adecuada operación de dichas unidades.

**Artículo 44.** La Secretaría otorgará el reconocimiento al que se refiere el segundo párrafo del artículo 59 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, de conformidad con lo establecido en el reglamento, a las unidades de manejo para la conservación de la vida silvestre que se hayan distinguido por:

**a)** Sus logros en materia de difusión, educación, investigación, capacitación, trato digno y respetuoso y desarrollo de actividades de manejo sustentable que hayan contribuido a la conservación de las especies silvestres, sus poblaciones y su hábitat natural, a la generación de empleos y al bienestar socioeconómico de los habitantes de la localidad de que se trate.

**b)** Su participación en el desarrollo de programas de restauración y de recuperación, así como en actividades de investigación, repoblación y reintroducción.

**c)** Su contribución al mantenimiento y mejoramiento de los servicios ambientales prestados por la vida silvestre y su hábitat.

La Secretaría otorgará, de conformidad con lo establecido en el reglamento, un premio anual a personas físicas o morales que se destaquen por sus labores de conservación de la vida silvestre y su hábitat natural.

**Artículo 45.** Para efectos de lo establecido en el artículo anterior, se pondrá a disposición del Consejo, la información relevante sobre las unidades de manejo para la conservación de vida silvestre propuestas por la Secretaría o por cualquier interesado, sin los datos que identifiquen a sus titulares, con la finalidad de que éste emita sus opiniones, mismas que deberán asentarse en los reconocimientos y premios que se otorguen.

**Artículo 46.** La Secretaría coordinará el Sistema Nacional de Unidades de Manejo para la Conservación de la Vida Silvestre, el cual se conformará por el conjunto de dichas unidades y tendrá por objeto:

**a)** La conservación de la biodiversidad y del hábitat natural de la vida silvestre, así como la continuidad de los procesos evolutivos de las especies silvestres en el territorio nacional.

**b)** La formación de corredores biológicos que interconecten las unidades de manejo para la conservación de la vida silvestre entre sí y con las áreas naturales protegidas, de manera tal que se garantice y potencialice el flujo de ejemplares de especies silvestres.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

c)   El fomento de actividades de restauración, recuperación, reintroducción, y repoblación, con la participación de las organizaciones sociales, públicas o privadas, y los demás interesados en la conservación de la biodiversidad.

d)   La aplicación del conocimiento biológico tradicional, el fomento y desarrollo de la investigación de la vida silvestre, y su incorporación a las actividades de conservación de la biodiversidad.

e)   El desarrollo de actividades productivas alternativas para las comunidades rurales y el combate al tráfico y apropiación ilegal de ejemplares, partes y derivados de vida silvestre.

f)   El apoyo para la realización de actividades de conservación y aprovechamiento sustentable de la vida silvestre en el territorio nacional, mediante la vinculación e intercambio de información entre las distintas unidades, así como la simplificación de la gestión ante las autoridades competentes con base en el expediente de registro y operación de cada unidad.

La Secretaría brindará asesoría y, en coordinación con las demás autoridades competentes, diseñará, desarrollará y aplicará instrumentos económicos previstos en los artículos 21, 22 y 22 BIS de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, como incentivo para la incorporación de predios al Sistema Nacional de Unidades de Manejo para la Conservación de la Vida Silvestre y como estímulo a la labor de los titulares de unidades de manejo para la conservación de vida silvestre reconocidas conforme a lo previsto en el artículo 45 de la presente Ley.

**Artículo 47.** La Secretaría promoverá el desarrollo del Sistema Nacional de Unidades de Manejo para la Conservación de la Vida Silvestre en las zonas de influencia de las áreas naturales protegidas, con el propósito de reforzar sus zonas de amortiguamiento y dar continuidad a sus ecosistemas.

Asimismo, la Secretaría promoverá que dentro de las áreas naturales protegidas, que cuenten con programa de manejo, el Sistema Nacional de Unidades de Manejo para la Conservación de la Vida Silvestre, involucre a los habitantes locales en la ejecución del programa mencionado anteriormente dentro de sus predios, dando prioridad al aprovechamiento no extractivo, cuando se trate de especies o poblaciones amenazadas o en peligro de extinción.

## SECCIÓN II
## DE LAS UNIDADES DE MANEJO PARA LA CONSERVACIÓN DE FAUNA SILVESTRE

*Sección adicionada DOF 06-06-2012*

**Artículo 47 Bis.** Las Unidades de Manejo para la Conservación de Vida Silvestre de fauna silvestre se sujetarán a las previsiones establecidas en la presente Ley.

Sin perjuicio de lo anterior, la Secretaría elaborará los términos de referencia y criterios que sirvan de base para la realización de los estudios de población. Dichos estudios serán un requisito para el registro de predios o instalaciones.

Tratándose de especies en peligro de extinción y amenazadas, el plan de manejo y los estudios de población se realizarán de conformidad a lo dispuesto en el último párrafo del artículo 87 de la presente Ley.

La Secretaría estará facultada para corroborar la información técnica contenida en el plan de manejo y el estudio de poblaciones de la Unidad de Manejo para la Conservación de Vida Silvestre de fauna silvestre, mediante visitas técnicas que al efecto realice, previa notificación al titular de la unidad registrada.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

Las técnicas y métodos que se empleen para la elaboración de los estudios de población, deberán atender al tipo de ecosistema y a las características biológicas de la especie de interés. En caso de utilizar un método de transectos para la cuantificación de ejemplares, se deberá presentar un método adicional que confirme el resultado.

*Artículo adicionado DOF 06-06-2012*

**Artículo 47 Bis 1.** Los planes de manejo de las Unidades de Manejo para la Conservación de Vida Silvestre que tengan por objeto, además de la conservación, el aprovechamiento sustentable de especies de fauna silvestre se elaborarán por un responsable técnico que deberá registrarse ante la Secretaría.

Los responsables técnicos deberán acreditar experiencia, conocimientos, capacitación, perfil técnico o formación profesional en materia de conservación y aprovechamiento sustentable de especies de vida silvestre y su hábitat.

Se podrá acreditar la capacidad técnica u operativa mediante título o cédula profesional en materias directamente relacionadas con la fauna silvestre; constancias expedidas por institución u organismo nacional o internacional o documentación que acredite una experiencia mínima de dos años.

Para la conservación de la fauna silvestre, la Secretaría promoverá la certificación y capacitación de los responsables técnicos.

*Artículo adicionado DOF 06-06-2012*

**Artículo 47 Bis 2.** Serán motivo de revocación del registro del responsable técnico de vida silvestre:

**I.** Cuando por causas imputables a éste, se suspenda o revoque el aprovechamiento de fauna silvestre en la unidad;

**II.** El responsable haya presentado información falsa a las autoridades, en relación con el aprovechamiento, sus tasas de aprovechamiento o duplique los estudios poblacionales;

**III.** Incurra en actos u omisiones que contravengan la Ley, el Reglamento, o el plan de manejo de la unidad registrada, y

**IV.** Duplique información que corresponda a otra UMA solo porque se trate de la misma especie de fauna silvestre.

*Artículo adicionado DOF 06-06-2012*

**Artículo 47 Bis 3.** La Secretaría negará la autorización de aprovechamiento, o registro de la Unidad de Manejo para la Conservación de Vida Silvestre, cuando:

**I.** Se solicite la creación de Unidades de Manejo que involucre el aprovechamiento extractivo de especies en peligro de extinción o amenazadas dentro del polígono de áreas naturales protegidas, excepto en aquellos casos en que el plan de manejo del área natural protegida así lo permita;

**II.** Se obstaculice por cualquier medio, el libre tránsito o movimiento de ejemplares de vida silvestre en corredores biológicos o áreas naturales protegidas;

**III.** El responsable técnico no acredite la capacidad técnica y operativa para ejercer el cargo;

**IV.** Exista duplicidad, inconsistencias o falsedad en los datos proporcionados sobre la especie o los estudios poblacionales;



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN                                    *Última Reforma DOF 06-06-2012*
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

**V.** Se solicite autorización para traslocación de especies o subespecies a zonas que no forman parte de su distribución original, y

**VI.** Se contravengan en la solicitud o plan de manejo las disposiciones de esta Ley, la Ley General del Equilibrio Ecológico y la Protección al Ambiente, y demás disposiciones jurídicas aplicables.

*Artículo adicionado DOF 06-06-2012*

**Artículo 47 Bis 4.** Son causas de revocación de la autorización de aprovechamiento en las Unidades de Manejo para la Conservación de Vida Silvestre, de fauna silvestre:

**I.** No se cumpla con la tasa de aprovechamiento y su temporalidad;

**II.** Se ponga en riesgo la continuidad de las especies o poblaciones comprendidas en la tasa de aprovechamiento;

**III.** Se detecten inconsistencias en el plan de manejo, en los estudios de población, muestreos o inventarios que presente el responsable de la unidad registrada;

**IV.** Se detecte duplicidad en los estudios de población y en las tasas de aprovechamiento en más de una Unidad de Manejo para la Conservación de Vida Silvestre;

**V.** Durante la visita de supervisión establecida en el artículo 43 de la Ley, se detecten acciones u omisiones violatorias a la presente Ley, su Reglamento y demás disposiciones jurídicas aplicables;

**VI.** El Informe anual de actividades no sea presentado durante dos años consecutivos, y

**VII.** Se omita la presentación del informe de contingencias o emergencias que ponga en riesgo a la vida silvestre, su hábitat natural o la salud de la población humana, en los términos señalados por la Ley y su Reglamento.

La revocación de la autorización de aprovechamiento no implica la eliminación del registro en el Sistema.

El procedimiento de revocación se sujetará al procedimiento previsto por la Ley Federal de Procedimiento Administrativo.

*Artículo adicionado DOF 06-06-2012*

# CAPÍTULO IX
## SUBSISTEMA NACIONAL DE INFORMACIÓN

**Artículo 48.** Dentro del Sistema Nacional de Información Ambiental y de Recursos Naturales a que se refiere el artículo 159 BIS de la Ley General del Equilibrio Ecológico y la Protección al Ambiente habrá un Subsistema Nacional de Información sobre la Vida Silvestre, que se coordinará con el Sistema Nacional de Información sobre Biodiversidad y que estará a disposición de los interesados en los términos prescritos por esa misma Ley.

**Artículo 49.** El Subsistema Nacional de Información sobre la Vida Silvestre tendrá por objeto registrar, organizar, actualizar y difundir la información relacionada con la conservación y el aprovechamiento sustentable de la vida silvestre nacional y su hábitat, incluida la información relativa a:

**I.** Los planes, programas, proyectos y acciones relacionados con la conservación y aprovechamiento sustentable de la vida silvestre y su hábitat.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**II.** Los proyectos y actividades científicas, técnicas, académicas y de difusión propuestas o realizadas con ese fin.

**III.** La información administrativa, técnica, biológica y socioeconómica derivada del desarrollo de actividades relacionadas con la conservación y aprovechamiento sustentable de la vida silvestre.

**IV.** Los listados de especies y poblaciones en riesgo y prioritarias para la conservación.

**V.** La información relevante sobre los hábitats críticos y áreas de refugio para proteger especies acuáticas.

**VI.** Los inventarios y estadísticas existentes en el país sobre recursos naturales de vida silvestre.

**VII.** La información derivada de la aplicación del artículo 20 de la presente Ley.

**VIII.** El registro de las unidades de manejo para la conservación de vida silvestre, su ubicación geográfica, sus objetivos específicos y los reconocimientos otorgados.

**IX.** Informes técnicos sobre la situación que guardan las especies manejadas en el Sistema de Unidades de Manejo para la Conservación de la Vida Silvestre.

**X.** Información disponible sobre el financiamiento nacional e internacional existente para proyectos enfocados a la conservación y aprovechamiento sustentable de la vida silvestre y de su hábitat.

**XI.** El directorio de prestadores de servicios y organizaciones vinculados a estas actividades.

La Secretaría no pondrá a disposición del público información susceptible de generar derechos de propiedad intelectual.

# CAPÍTULO X
# LEGAL PROCEDENCIA

**Artículo 50.** Para otorgar registros y autorizaciones relacionados con ejemplares, partes y derivados de especies silvestres fuera de su hábitat natural, las autoridades deberán verificar su legal procedencia.

**Artículo 51.** La legal procedencia de ejemplares de la vida silvestre que se encuentran fuera de su hábitat natural, así como de sus partes y derivados, se demostrará, de conformidad con lo establecido en el reglamento, con la marca que muestre que han sido objeto de un aprovechamiento sustentable y la tasa de aprovechamiento autorizada, o la nota de remisión o factura correspondiente.

En este último caso, la nota de remisión o factura foliadas señalarán el número de oficio de la autorización de aprovechamiento; los datos del predio en donde se realizó; la especie o género a la que pertenecen los ejemplares, sus partes o derivados; la tasa autorizada y el nombre de su titular, así como la proporción que de dicha tasa comprenda la marca o contenga el empaque o embalaje.

De conformidad con lo establecido en el reglamento, las marcas elaboradas de acuerdo con la Ley Federal sobre Metrología y Normalización, podrán bastar para demostrar la legal procedencia.

**Artículo 52.** Las personas que trasladen ejemplares vivos de especies silvestres, deberán contar con la autorización correspondiente otorgada por la Secretaría de conformidad con lo establecido en el reglamento. Asimismo deberán dar cumplimiento a las normas oficiales mexicanas correspondientes.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

No será necesario contar con la autorización de traslado a que se refiere el párrafo anterior cuando se trate de:

**a)** Mascotas y aves de presa, acompañadas de la marca y la documentación que demuestre su legal procedencia, o en su caso la marca correspondiente.

**b)** Ejemplares adquiridos en comercios registrados, que cuenten con la documentación que demuestre su legal procedencia, o en su caso la marca correspondiente.

**c)** Material biológico de vida silvestre de colecciones científicas y museográficas debidamente registradas, con destino a otras colecciones científicas en calidad de préstamo o como donativo, acompañado de la constancia correspondiente expedida por la persona física o moral a la que pertenece la colección, de conformidad con lo establecido en el reglamento; siempre y cuando no tenga fines comerciales ni de utilización en biotecnología.

**d)** Ejemplares procedentes del o destinados al extranjero, que cuenten con autorización de exportación o con certificado al que se refiere la Convención sobre el Comercio Internacional de Especies Amenazadas de Fauna y Flora Silvestres, expedido por la Secretaría.

**Artículo 53.** La exportación de ejemplares, partes y derivados de especies silvestres, requerirá de autorización expedida por la Secretaría, de conformidad con lo establecido en el reglamento.

No será necesario contar con la autorización a la que se refiere el párrafo anterior cuando se trate de:

**a)** Trofeos de caza debidamente marcados y acompañados de la documentación que demuestre su legal procedencia.

**b)** Material biológico de vida silvestre de colecciones científicas o museográficas debidamente registradas, con destino a otras colecciones científicas en calidad de préstamo o como donativo, acompañado de la constancia correspondiente expedida por la institución a la que pertenece la colección, de conformidad con lo establecido en el reglamento; siempre y cuando no tenga fines comerciales ni de utilización en biotecnología.

**c)** Los artículos de uso personal, siempre y cuando no excedan de dos piezas del mismo producto.

**Artículo 54.** La importación de ejemplares, partes y derivados de especies silvestres, requerirá de autorización expedida por la Secretaría, de conformidad con lo establecido en el reglamento.

No será necesario contar con la autorización a la que se refiere el párrafo anterior cuando se trate de:

**a)** Material biológico de vida silvestre de colecciones científicas o museográficas debidamente registradas, con destino a otras colecciones científicas en calidad de préstamo o como donativo, acompañado de la constancia correspondiente expedida por la institución a la que pertenece la colección, de conformidad con lo establecido en el reglamento; siempre y cuando no tenga fines comerciales ni de utilización en biotecnología.

**b)** Los artículos de uso personal, siempre y cuando no excedan de dos piezas del mismo producto.

**Artículo 55.** La importación, exportación y reexportación de ejemplares, partes y derivados de especies silvestres incluidas en la Convención sobre el Comercio Internacional de Especies Amenazadas de Fauna y Flora Silvestres, se llevarán a cabo de acuerdo con esa Convención, lo dispuesto en la presente Ley y las disposiciones que de ellas se deriven.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**Artículo 55 bis.-** Queda prohibida la importación, exportación y reexportación de ejemplares de cualquier especie de mamífero marino y primate, así como de sus partes y derivados, con excepción de aquéllos destinados a la investigación científica, y las muestras de líquidos, tejidos o células reproductivas de aquellos ejemplares que se encuentren en cautiverio, previa autorización de la Secretaría.

*Artículo adicionado DOF 26-01-2006. Reformado DOF 30-11-2010*

# TÍTULO VI
## CONSERVACIÓN DE LA VIDA SILVESTRE

## CAPÍTULO I
### ESPECIES Y POBLACIONES EN RIESGO Y PRIORITARIAS PARA LA CONSERVACIÓN

**Artículo 56.** La Secretaría identificará a través de listas, las especies o poblaciones en riesgo, de conformidad con lo establecido en la norma oficial mexicana correspondiente, señalando el nombre científico y, en su caso, el nombre común más utilizado de las especies; la información relativa a las poblaciones, tendencias y factores de riesgo; la justificación técnica-científica de la propuesta; y la metodología empleada para obtener la información, para lo cual se tomará en consideración, en su caso, la información presentada por el Consejo.

Las listas respectivas serán revisadas y, de ser necesario, actualizadas cada 3 años o antes si se presenta información suficiente para la inclusión, exclusión o cambio de categoría de alguna especie o población. Las listas y sus actualizaciones indicarán el género, la especie y, en su caso, la subespecie y serán publicadas en el **Diario Oficial de la Federación** y en la Gaceta Ecológica.

**Artículo 57.** Cualquier persona, de conformidad con lo establecido en el reglamento y en las normas oficiales mexicanas, podrá presentar a la Secretaría propuestas de inclusión, exclusión o cambio de categoría de riesgo para especies silvestres o poblaciones, a las cuales deberá anexar la información mencionada en el primer párrafo del artículo anterior.

**Artículo 58.** Entre las especies y poblaciones en riesgo estarán comprendidas las que se identifiquen como:

a) En peligro de extinción, aquellas cuyas áreas de distribución o tamaño de sus poblaciones en el territorio nacional han disminuido drásticamente poniendo en riesgo su viabilidad biológica en todo su hábitat natural, debido a factores tales como la destrucción o modificación drástica del hábitat, aprovechamiento no sustentable, enfermedades o depredación, entre otros.

b) Amenazadas, aquellas que podrían llegar a encontrarse en peligro de desaparecer a corto o mediano plazos, si siguen operando los factores que inciden negativamente en su viabilidad, al ocasionar el deterioro o modificación de su hábitat o disminuir directamente el tamaño de sus poblaciones.

c) Sujetas a protección especial, aquellas que podrían llegar a encontrarse amenazadas por factores que inciden negativamente en su viabilidad, por lo que se determina la necesidad de propiciar su recuperación y conservación o la recuperación y conservación de poblaciones de especies asociadas.

**Artículo 59.** Los ejemplares confinados de las especies probablemente extintas en el medio silvestre serán destinados exclusivamente al desarrollo de proyectos de conservación, restauración, actividades de repoblación y reintroducción, así como de investigación y educación ambiental autorizados por la Secretaría.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**Artículo 60.** La Secretaría promoverá e impulsará la conservación y protección de las especies y poblaciones en riesgo, por medio del desarrollo de proyectos de conservación y recuperación, el establecimiento de medidas especiales de manejo y conservación de hábitat críticos y de áreas de refugio para proteger especies acuáticas, la coordinación de programas de muestreo y seguimiento permanente, así como de certificación del aprovechamiento sustentable, con la participación en su caso de las personas que manejen dichas especies o poblaciones y demás involucrados.

El programa de certificación deberá seguir los lineamientos establecidos en el reglamento y, en su caso, en las Normas Oficiales Mexicanas que para tal efecto se elaboren.

La Secretaría suscribirá convenios y acuerdos de concertación y coordinación con el fin de promover la recuperación y conservación de especies y poblaciones en riesgo.

**Artículo 60 Bis.** Ningún ejemplar de mamífero marino, cualquiera que sea la especie podrá ser sujeto de aprovechamiento extractivo, ya sea de subsistencia o comercial, con excepción de la captura que tenga por objeto la investigación científica y la educación superior de instituciones acreditadas.

El promovente de una autorización para la captura de mamíferos marinos a los que se refiere este artículo, deberá entregar a la autoridad correspondiente un protocolo completo que sustente su solicitud. El resto del trámite quedará sujeto a las disposiciones de la presente Ley y demás ordenamientos aplicables.

Para el caso de varamientos de mamíferos marinos se procederá siempre a lo determinado en el "Protocolo de atención para varamiento de mamíferos marinos".

*Párrafo adicionado DOF 16-11-2011*

Ningún ejemplar de primate, cualquiera que sea la especie, podrá ser sujeto de aprovechamiento extractivo, ya sea de subsistencia o comercial. Sólo se podrá autorizar la captura para actividades de restauración, repoblamiento y de reintroducción de dichas especies en su hábitat natural.

*Párrafo adicionado DOF 26-01-2006*
*Artículo adicionado DOF 10-01-2002*

**Artículo 60 Bis 1.-** Ningún ejemplar de tortuga marina, cualquiera que sea la especie, podrá ser sujeto de aprovechamiento extractivo, ya sea de subsistencia o comercial, incluyendo sus partes y derivados.

*Artículo adicionado DOF 26-06-2006*

**Artículo 60 Bis 2.-** Ningún ejemplar de ave correspondiente a la familia Psittacidae o psitácido, cuya distribución natural sea dentro del territorio nacional, podrá ser sujeto de aprovechamiento extractivo con fines de subsistencia o comerciales.

La Secretaría sólo podrá otorgar autorizaciones de aprovechamiento extractivo con fines de conservación o investigación científica. Únicamente se otorgarán autorizaciones para investigación científica a instituciones académicas acreditadas.

Queda prohibida la importación, exportación y reexportación de cualquier ejemplar de ave correspondiente a la familia Psittacidae o psitácido, cuya distribución natural sea dentro del territorio nacional.

Las especies de psitácidos no comprendidas en el presente artículo quedan sujetas a las disposiciones previstas en las demás leyes y Tratados Internacionales de los cuales México sea parte.

*Artículo adicionado DOF 14-10-2008*

**Artículo 60 TER.-** Queda prohibida la remoción, relleno, transplante, poda, o cualquier obra o actividad que afecte la integralidad del flujo hidrológico del manglar; del ecosistema y su zona de influencia; de su



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

productividad natural; de la capacidad de carga natural del ecosistema para los proyectos turísticos; de las zonas de anidación, reproducción, refugio, alimentación y alevinaje; o bien de las interacciones entre el manglar, los ríos, la duna, la zona marítima adyacente y los corales, o que provoque cambios en las características y servicios ecológicos.

Se exceptuarán de la prohibición a que se refiere el párrafo anterior las obras o actividades que tengan por objeto proteger, restaurar, investigar o conservar las áreas de manglar.

*Artículo adicionado DOF 01-02-2007*

**Artículo 61.** La Secretaría, previa opinión del Consejo, elaborará las listas de especies y poblaciones prioritarias para la conservación y las publicará en el **Diario Oficial de la Federación**.

La inclusión de especies y poblaciones a dicha lista procederá si las mismas se encuentran en al menos alguno de los siguientes supuestos:

**a)**  Su importancia estratégica para la conservación de hábitats y de otras especies.

**b)**  La importancia de la especie o población para el mantenimiento de la biodiversidad, la estructura y el funcionamiento de un ecosistema o parte de él.

**c)**  Su carácter endémico, cuando se trate de especies o poblaciones en riesgo.

**d)**  El alto grado de interés social, cultural, científico o económico.

Las listas a que se refiere este artículo serán actualizadas por lo menos cada 3 años, debiendo publicarse la actualización en el **Diario Oficial de la Federación**.

**Artículo 62.** La Secretaría promoverá el desarrollo de proyectos para la conservación, recuperación de especies y poblaciones prioritarias para la conservación, con la participación en su caso de las personas que manejen dichas especies o poblaciones y demás involucrados.

La información relativa a los proyectos de conservación y recuperación de especies y poblaciones prioritarias para la conservación, estará a disposición del público.

## CAPÍTULO II
## HÁBITAT CRÍTICO PARA LA CONSERVACIÓN DE LA VIDA SILVESTRE

**Artículo 63.** La conservación del hábitat natural de la vida silvestre es de interés público.

Los hábitats críticos para la conservación de la vida silvestre son áreas específicas terrestres o acuáticas, en las que ocurren procesos biológicos, físicos y químicos esenciales, ya sea para la supervivencia de especies en categoría de riesgo, ya sea para una especie, o para una de sus poblaciones, y que por tanto requieren manejo y protección especial. Son áreas que regularmente son utilizadas para alimentación, depredación, forrajeo, descanso, crianza o reproducción, o rutas de migración.

La Secretaría podrá establecer, mediante acuerdo Secretarial, hábitats críticos para la conservación de la vida silvestre, cuando se trate de:

**a)**  Áreas específicas dentro de la superficie en la cual se distribuya una especie o población en riesgo al momento de ser listada, en las cuales se desarrollen procesos biológicos esenciales para su conservación.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**b)** Áreas específicas que debido a los procesos de deterioro han disminuido drásticamente su superficie, pero que aún alberguen una significativa concentración de biodiversidad.

**c)** Áreas específicas en las que existe un ecosistema en riesgo de desaparecer, si siguen actuando los factores que lo han llevado a reducir su superficie histórica.

**d)** Áreas específicas en las que se desarrollen procesos biológicos esenciales, y existan especies sensibles a riesgos específicos, como cierto tipo de contaminación, ya sea física, química o acústica, o riesgo de colisiones con vehículos terrestres o acuáticos, que puedan llevar a afectar las poblaciones.

*Artículo reformado DOF 02-09-2010*

**Artículo 64.** La Secretaría acordará con los propietarios o legítimos poseedores de predios en los que existan hábitats críticos, medidas especiales de manejo, mitigación de impactos y conservación.

La realización de cualquier obra pública o privada, así como de aquellas actividades que puedan afectar la protección, recuperación y restablecimiento de los elementos naturales en los hábitats críticos, deberá quedar sujeta a las condiciones que se establezcan como medidas especiales de manejo y conservación en los planes de manejo de que se trate, así como del informe preventivo correspondiente, de conformidad con lo establecido en el reglamento.

En todo momento el Ejecutivo Federal podrá imponer limitaciones de los derechos de dominio en los predios que abarquen dicho hábitat, de conformidad con los artículos 1o., fracción X y 2o. de la Ley de Expropiación, con el objeto de dar cumplimiento a las medidas necesarias para su manejo y conservación.

*Artículo reformado DOF 02-09-2010*

# CAPÍTULO III
## ÁREAS DE REFUGIO PARA PROTEGER ESPECIES ACUÁTICAS

**Artículo 65.** La Secretaría podrá establecer, mediante acuerdo Secretarial, áreas de refugio para proteger especies nativas de la vida silvestre que se desarrollan en el medio acuático, en aguas de jurisdicción federal, zona federal marítimo terrestre y terrenos inundables, con el objeto de conservar y contribuir, a través de medidas de manejo y conservación, al desarrollo de dichas especies, así como para conservar y proteger sus hábitats, para lo cual elaborará los programas de protección correspondientes.

**Artículo 66.** Las áreas de refugio para proteger especies acuáticas podrán ser establecidas en sitios claramente definidos en cuanto a su ubicación y deslinde por el instrumento que las crea.

**Artículo 67.** Las áreas de refugio para proteger especies acuáticas podrán ser establecidas para la protección de:

**I.** Todas las especies nativas de la vida silvestre que se desarrollen en medio acuático presentes en el sitio;

**II.** Aquellas especies nativas de la vida silvestre que se desarrollen en medio acuático mencionadas en el instrumento correspondiente;

**III.** Aquellas especies nativas de la vida silvestre que se desarrollen en medio acuático no excluidas específicamente por dicho instrumento; o



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**IV.** Ejemplares con características específicas, de poblaciones, especies o grupos de especies nativas de la vida silvestre que se desarrollen en medio acuático, que sean afectados en forma negativa por el uso de determinados medios de aprovechamiento; por contaminación física, química o acústica, o por colisiones con embarcaciones.

Previo a la expedición del acuerdo, la Secretaría elaborará los estudios justificativos, mismos que deberán contener, de conformidad con lo establecido en el reglamento, información general, diagnóstico, descripción de las características físicas del área, justificación y aspectos socioeconómicos; para lo cual podrá solicitar la opinión de las dependencias de la Administración Pública Federal competentes.

*Artículo reformado DOF 02-07-2010*

**Artículo 68.** Cuando la superficie de alguna de las áreas de refugio para proteger especies acuáticas, coincida con el polígono de algún área natural protegida, el programa de protección respectivo, deberá compatibilizarse con los objetivos generales establecidos en la declaratoria correspondiente y en el programa de manejo del área natural protegida en cuestión.

En los casos a que se refiere el párrafo anterior, corresponderá al director del área natural protegida de que se trate, llevar a cabo la coordinación de las medidas de manejo y conservación establecidas en el programa de protección.

**Artículo 69.** La realización de cualquier obra pública o privada, así como de aquellas actividades que puedan afectar la protección, recuperación y restablecimiento de los elementos naturales en áreas de refugio para proteger especies acuáticas, deberá quedar sujeta a las condiciones que se establezcan como medidas de manejo y conservación en los programas de protección de que se trate, así como del informe preventivo correspondiente, de conformidad con lo establecido en el reglamento.

## CAPÍTULO IV
## RESTAURACIÓN

**Artículo 70.** Cuando se presenten problemas de destrucción, contaminación, degradación, desertificación o desequilibrio del hábitat de la vida silvestre, la Secretaría formulará y ejecutará a la brevedad posible, programas de prevención, de atención de emergencias y de restauración para la recuperación y restablecimiento de las condiciones que propician la evolución y continuidad de los procesos naturales de la vida silvestre, tomando en cuenta lo dispuesto en los artículos 78, 78 BIS y 78 BIS 1 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, y de conformidad con lo establecido en el reglamento y las demás disposiciones aplicables.

## CAPÍTULO V
## VEDAS

**Artículo 71.** La Secretaría podrá establecer limitaciones al aprovechamiento de poblaciones de la vida silvestre, incluyendo las vedas y su modificación o levantamiento, de acuerdo con lo previsto en el artículo 81 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, cuando a través de otras medidas no se pueda lograr la conservación o recuperación de las poblaciones.

En casos de desastres naturales o derivados de actividades humanas, la Secretaría podrá establecer vedas temporales al aprovechamiento como medida preventiva y complementaria a otras medidas, con la finalidad de evaluar los daños ocasionados, permitir la recuperación de las poblaciones y evitar riesgos a la salud humana.

Las vedas podrán establecerse, modificarse o levantarse a solicitud de las personas físicas o morales interesadas, las que deberán presentar los estudios de población correspondientes, de conformidad



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

lo establecido en el reglamento. La Secretaría evaluará estos antecedentes y la información disponible sobre los aspectos biológicos, sociales y económicos involucrados, resolviendo lo que corresponda.

## CAPÍTULO VI
## EJEMPLARES Y POBLACIONES QUE SE TORNEN PERJUDICIALES

**Artículo 72.** La Secretaría podrá dictar y autorizar, conforme a las disposiciones aplicables, medidas de control que se adopten dentro de unidades de manejo de vida silvestre para lo cual los interesados deberán proporcionar la información correspondiente, conforme a lo que establezca el reglamento respectivo.

Los medios y técnicas deberán ser los adecuados para no afectar a otros ejemplares, a las poblaciones, especies y sus hábitats.

Se evaluará primero la posibilidad de aplicar medidas de control como captura o colecta para el desarrollo de proyectos de recuperación, actividades de repoblación y reintroducción o de investigación y educación ambiental.

## CAPÍTULO VII
## MOVILIDAD Y DISPERSIÓN DE POBLACIONES DE ESPECIES SILVESTRES NATIVAS

**Artículo 73.** Queda prohibido el uso de cercos u otros métodos, de conformidad con lo establecido en el reglamento, para retener o atraer ejemplares de la fauna silvestre nativa que de otro modo se desarrollarían en varios predios. La Secretaría aprobará el establecimiento de cercos no permeables y otros métodos como medida de manejo para ejemplares y poblaciones de especies nativas, cuando así se requiera para proyectos de recuperación y actividades de reproducción, repoblación, reintroducción, traslocación o preliberación.

**Artículo 74.** En el caso de que los cercos u otros métodos hubiesen sido establecidos con anterioridad a la entrada en vigor de la presente Ley, la Secretaría promoverá su remoción o adecuación, así como el manejo conjunto por parte de los propietarios o legítimos poseedores de predios colindantes que compartan poblaciones de especies silvestres nativas, en concordancia con otras actividades productivas, con el objeto de facilitar su movimiento y dispersión y evitar la fragmentación de sus hábitats.

**Artículo 75.** En los casos en que, para el desarrollo natural de poblaciones de especies silvestres nativas, sea necesario establecer una estrategia que abarque el conjunto de unidades de manejo para la conservación de vida silvestre colindantes, la Secretaría tomará en cuenta la opinión de los involucrados para establecer dicha estrategia y determinará los términos en que ésta deberá desarrollarse, en lo posible, con la participación de todos los titulares.

## CAPÍTULO VIII
## CONSERVACIÓN DE LAS ESPECIES MIGRATORIAS

**Artículo 76.** La conservación de las especies migratorias se llevará a cabo mediante la protección y mantenimiento de sus hábitats, el muestreo y seguimiento de sus poblaciones, así como el fortalecimiento y desarrollo de la cooperación internacional; de acuerdo con las disposiciones de esta Ley, de la Ley General del Equilibrio Ecológico y la Protección al Ambiente y de las que de ellas se deriven, sin perjuicio de lo establecido en los tratados y otros acuerdos internacionales en los que México sea Parte Contratante.

## CAPÍTULO IX
## CONSERVACIÓN DE LA VIDA SILVESTRE FUERA DE SU HÁBITAT NATURAL



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**Artículo 77.** La conservación de la vida silvestre fuera de su hábitat natural se llevará a cabo de acuerdo con las disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, de esta Ley y de las que de ella se deriven, así como con arreglo a los planes de manejo aprobados y de otras disposiciones aplicables.

La Secretaría dará prioridad a la reproducción de vida silvestre fuera de su hábitat natural para el desarrollo de actividades de repoblación y reintroducción, especialmente de especies en riesgo.

**Artículo 78.** Las colecciones científicas y museográficas, públicas o privadas, de especímenes de especies silvestres, deberán registrarse y actualizar sus datos ante la autoridad correspondiente, en el padrón que para tal efecto se lleve, de conformidad con lo establecido en el reglamento.

Los parques zoológicos deberán contemplar en sus planes de manejo, aspectos de educación ambiental, de conservación y reproducción de las especies, con especial atención a las que se encuentren en alguna categoría de riesgo y además deberán registrarse y actualizar sus datos ante la autoridad correspondiente, en el padrón que para tal efecto se lleve, de conformidad con lo establecido en el reglamento.

Todos aquellos espectáculos públicos que manejen vida silvestre fuera de su hábitat, deberán contemplar en sus planes de manejo, aspectos de educación ambiental y de conservación, con especial atención a las que se encuentren en alguna categoría de riesgo y además deberán registrarse y actualizar sus datos ante la autoridad correspondiente, en el padrón que para tal efecto se lleve, de conformidad con lo establecido en el reglamento.

# CAPÍTULO X
# LIBERACIÓN DE EJEMPLARES AL HÁBITAT NATURAL

**Artículo 79.** La liberación de ejemplares a su hábitat natural, se realizará de conformidad con lo establecido en el reglamento. La Secretaría procurará que la liberación se lleve a cabo a la brevedad posible, a menos que se requiera rehabilitación.

Si no fuera conveniente la liberación de ejemplares a su hábitat natural, la Secretaría determinará un destino que contribuya a la conservación, investigación, educación, capacitación, difusión, reproducción, manejo o cuidado de la vida silvestre en lugares adecuados para ese fin.

**Artículo 80.** La Secretaría podrá autorizar la liberación de ejemplares de la vida silvestre al hábitat natural con fines de repoblación o de reintroducción, en el marco de proyectos que prevean:

**a)**   Una evaluación previa de los ejemplares y del hábitat que muestre que sus características son viables para el proyecto.

**b)**   Un plan de manejo que incluya acciones de seguimiento con los indicadores para valorar los efectos de la repoblación o reintroducción sobre los ejemplares liberados, otras especies asociadas y el hábitat, así como medidas para disminuir los factores que puedan afectar su sobrevivencia, en caso de ejemplares de especies en riesgo o de bajo potencial reproductivo.

**c)**   En su caso, un control sanitario de los ejemplares a liberar.

**Artículo 81.** Cuando no sea posible realizar acciones de repoblación ni de reintroducción, la Secretaría podrá autorizar la liberación de ejemplares de la vida silvestre al hábitat natural en el marco de proyectos de traslocación que incluyan los mismos componentes señalados en los dos artículos anteriores. Los



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

Última Reforma DOF 06-06-2012

ejemplares que se liberen deberán, en lo posible, pertenecer a la subespecie más cercana, genética y fisonómicamente, a la subespecie desaparecida.

# TÍTULO VII
# APROVECHAMIENTO SUSTENTABLE DE LA VIDA SILVESTRE

## CAPÍTULO I
## APROVECHAMIENTO EXTRACTIVO

**Artículo 82.** Solamente se podrá realizar aprovechamiento extractivo de la vida silvestre, en las condiciones de sustentabilidad prescritas en los siguientes artículos.

**Artículo 83.** El aprovechamiento extractivo de ejemplares, partes y derivados de la vida silvestre requiere de una autorización previa de la Secretaría, en la que se establecerá la tasa de aprovechamiento y su temporalidad.

Los aprovechamientos a que se refiere el párrafo anterior, podrán autorizarse para actividades de colecta, captura o caza con fines de reproducción, restauración, recuperación, repoblación, reintroducción, traslocación, económicos o educación ambiental.

**Artículo 84.** Al solicitar la autorización para llevar a cabo el aprovechamiento extractivo sobre especies silvestres que se distribuyen de manera natural en el territorio nacional, los interesados deberán demostrar:

a) Que las tasas solicitadas son menores a la de renovación natural de las poblaciones sujetas a aprovechamiento, en el caso de ejemplares de especies silvestres en vida libre.

b) Que son producto de reproducción controlada, en el caso de ejemplares de la vida silvestre en confinamiento.

c) Que éste no tendrá efectos negativos sobre las poblaciones y no modificará el ciclo de vida del ejemplar, en el caso de aprovechamiento de partes de ejemplares.

d) Que éste no tendrá efectos negativos sobre las poblaciones, ni existirá manipulación que dañe permanentemente al ejemplar, en el caso de derivados de ejemplares.

La autorización para el aprovechamiento de ejemplares, incluirá el aprovechamiento de sus partes y derivados, de conformidad con lo establecido en el reglamento y las normas oficiales mexicanas que para tal efecto se expidan.

**Artículo 85.** Solamente se podrá autorizar el aprovechamiento de ejemplares de especies en riesgo cuando se dé prioridad a la colecta y captura para actividades de restauración, repoblamiento, reintroducción e investigación científica. Cualquier otro aprovechamiento, en el caso de poblaciones en peligro de extinción y amenazadas, estará sujeto a que se demuestre que se ha cumplido satisfactoriamente cualesquiera de las cuatro actividades mencionadas anteriormente y que:

a) Los ejemplares sean producto de la reproducción controlada, que a su vez contribuya con el desarrollo de poblaciones en programas, proyectos o acciones avalados por la Secretaría cuando éstos existan, en el caso de ejemplares en confinamiento.

b) Contribuya con el desarrollo de poblaciones mediante reproducción controlada, en el caso de ejemplares de especies silvestres en vida libre.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

*Artículo reformado DOF 04-06-2012*

**Artículo 86.** El aprovechamiento de ejemplares, partes y derivados de especies silvestres que no se distribuyen de manera natural en el territorio nacional y que se encuentren en confinamiento, estará sujeto a la presentación de un aviso a la Secretaría por parte de los interesados, de conformidad con lo establecido en el reglamento.

**Artículo 87.** La autorización para llevar a cabo el aprovechamiento se podrá autorizar a los propietarios o legítimos poseedores de los predios donde se distribuya la vida silvestre con base en el plan de manejo aprobado, en función de los resultados de los estudios de poblaciones o muestreos, en el caso de ejemplares en vida libre o de los inventarios presentados cuando se trate de ejemplares en confinamiento, tomando en consideración además otras informaciones de que disponga la Secretaría, incluida la relativa a los ciclos biológicos.

Para el aprovechamiento de ejemplares de especies silvestres en riesgo se deberá contar con:

**a)** Criterios, medidas y acciones para la reproducción controlada y el desarrollo de dicha población en su hábitat natural incluidos en el plan de manejo, adicionalmente a lo dispuesto en el artículo 40 de la presente Ley.

**b)** Medidas y acciones específicas para contrarrestar los factores que han llevado ha disminuir sus poblaciones o deteriorar sus hábitats.

**c)** Un estudio de la población que contenga estimaciones rigurosas de las tasas de natalidad y mortalidad y un muestreo.

En el caso de poblaciones en peligro de extinción o amenazadas, tanto el estudio como el plan de manejo, deberán estar avalados por una persona física o moral especializada y reconocida, de conformidad con lo establecido en el reglamento. Tratándose de poblaciones en peligro de extinción, el plan de manejo y el estudio deberán realizarse además, de conformidad con los términos de referencia desarrollados por el Consejo.

**Artículo 88.** No se otorgarán autorizaciones si el aprovechamiento extractivo pudiera tener consecuencias negativas sobre las respectivas poblaciones, el desarrollo de los eventos biológicos, las demás especies que ahí se distribuyan y los hábitats y se dejarán sin efectos las que se hubieren otorgado, cuando se generaran tales consecuencias.

**Artículo 89.** Los derechos derivados de estas autorizaciones serán transferibles a terceros para lo cual su titular deberá, de conformidad con lo establecido en el reglamento, dar aviso a la Secretaría con al menos quince días de anticipación y enviarle dentro de los treinta días siguientes copia del contrato en el que haya sido asentada dicha transferencia. Quien realice el aprovechamiento deberá cumplir con los requisitos y condiciones que establezca la autorización.

Cuando los predios sean propiedad de los gobiernos estatales o municipales, éstos podrán solicitar la autorización para llevar a cabo el aprovechamiento, o dar el consentimiento a terceros para que éstos la soliciten, cumpliendo con los requisitos establecidos por esta Ley.

Cuando los predios sean propiedad federal, la Secretaría podrá otorgar la autorización para llevar a cabo el aprovechamiento sustentable en dichos predios y normar su ejercicio, cumpliendo con las obligaciones establecidas para autorizar y desarrollar el aprovechamiento sustentable.



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

Al otorgar las autorizaciones para llevar a cabo el aprovechamiento en predios de propiedad municipal, estatal o federal, se tendrán en consideración los beneficios que se pueden derivar de ellas para las comunidades rurales.

Los ingresos que obtengan los municipios, las entidades federativas y la Federación del aprovechamiento extractivo de vida silvestre en predios de su propiedad, o en aquellos en los que cuenten con el consentimiento del propietario o poseedor legítimo, los destinarán, de acuerdo a las disposiciones aplicables, al desarrollo de programas, proyectos y actividades vinculados con la restauración, conservación y recuperación de especies y poblaciones, así como a la difusión, capacitación y vigilancia.

**Artículo 90.** Las autorizaciones para llevar a cabo el aprovechamiento, se otorgarán por periodos determinados y se revocarán en los siguientes casos:

**a)** Cuando se imponga la revocación como sanción administrativa en los términos previstos en esta Ley.

**b)** Cuando las especies o poblaciones comprendidas en la tasa de aprovechamiento sean incluidas en las categorías de riesgo y el órgano técnico consultivo determine que dicha revocación es indispensable para garantizar la continuidad de las poblaciones.

**c)** Cuando las especies o poblaciones comprendidas en la tasa de aprovechamiento sean sometidas a veda de acuerdo con esta Ley.

**d)** Cuando el dueño o legítimo poseedor del predio o quien cuente con su consentimiento sea privado de sus derechos por sentencia judicial.

**e)** Cuando no se cumpla con la tasa de aprovechamiento y su temporalidad.

**Artículo 91.** Los medios y formas para ejercer el aprovechamiento deberán minimizar los efectos negativos sobre las poblaciones y el hábitat.

La autorización de aprovechamiento generará para su titular la obligación de presentar informes periódicos de conformidad con lo establecido en el reglamento, que deberán incluir la evaluación de los efectos que ha tenido el respectivo aprovechamiento sobre las poblaciones y sus hábitats.

## CAPÍTULO II
## APROVECHAMIENTO PARA FINES DE SUBSISTENCIA

**Artículo 92.** Las personas de la localidad que realizan aprovechamiento de ejemplares, partes y derivados de vida silvestre para su consumo directo, o para su venta en cantidades que sean proporcionales a la satisfacción de las necesidades básicas de éstas y de sus dependientes económicos, recibirán el apoyo, asesoría técnica y capacitación por parte de las autoridades competentes para el cumplimiento de las disposiciones de la presente Ley y de su reglamento, así como para la consecución de sus fines.

Las autoridades competentes promoverán la constitución de asociaciones para estos efectos.

**Artículo 93.** La Secretaría, en coordinación con el Instituto Nacional Indigenista y las Entidades Federativas, integrará y hará públicas, mediante una lista, las prácticas y los volúmenes de aprovechamiento de ejemplares, partes o derivados de vida silvestre para ceremonias y ritos tradicionales por parte de integrantes de comunidades rurales, el cual se podrá realizar dentro de sus predios o con el



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

consentimiento de sus propietarios o legítimos poseedores, siempre que no se afecte la viabilidad de las poblaciones y las técnicas y medios de aprovechamiento sean las utilizadas tradicionalmente, a menos que éstos se modifiquen para mejorar las condiciones de sustentabilidad en el aprovechamiento. En todo caso promoverá que se incorporen acciones de manejo y conservación de hábitat a través de programas de capacitación a dichas comunidades rurales.

La Secretaría podrá establecer limitaciones o negar el aprovechamiento, en los casos en que la información muestre que dichas prácticas o volúmenes están poniendo en riesgo la conservación de las poblaciones o especies silvestres.

## CAPÍTULO III
## APROVECHAMIENTO MEDIANTE LA CAZA DEPORTIVA

**Artículo 94.** La caza deportiva se regulará por las disposiciones aplicables a los demás aprovechamientos extractivos.

La Secretaría, de acuerdo a la zona geográfica y ciclos biológicos de las especies sujetas a este tipo de aprovechamiento, podrá publicar calendarios de épocas hábiles y deberá:

**a)** Determinar los medios y métodos para realizar la caza deportiva y su temporalidad, así como las áreas en las que se pueda realizar; al evaluar los planes de manejo y en su caso al otorgar las autorizaciones correspondientes.

**b)** Establecer vedas específicas a este tipo de aprovechamiento, cuando así se requiera para la conservación de poblaciones de especies silvestres y su hábitat.

**Artículo 95.** Queda prohibido el ejercicio de la caza deportiva:

**a)** Mediante venenos, armadas, trampas, redes, armas automáticas o de ráfaga.

**b)** Desde media hora antes de la puesta de sol, hasta media hora después del amanecer.

**c)** Cuando se trate de crías o hembras visiblemente preñadas.

**Artículo 96.** Los residentes en el extranjero que deseen realizar este tipo de aprovechamiento de vida silvestre, deberán contratar a un prestador de servicios de aprovechamiento registrado, quien fungirá para estos efectos como responsable para la conservación de la vida silvestre y su hábitat. Para estos efectos, los titulares de las unidades de manejo para la conservación de vida silvestre se considerarán prestadores de servicios registrados.

Las personas que realicen caza deportiva sin contratar a un prestador de servicios de aprovechamiento, deberán portar una licencia otorgada previo cumplimiento de las disposiciones vigentes.

Los prestadores de servicios de aprovechamiento deberán contar con una licencia para la prestación de servicios relacionados con la caza deportiva, otorgada previo cumplimiento de las disposiciones vigentes.

## CAPÍTULO IV
## COLECTA CIENTÍFICA Y CON PROPÓSITOS DE ENSEÑANZA

**Artículo 97.** La colecta de ejemplares, partes y derivados de vida silvestre con fines de investigación científica y con propósitos de enseñanza requiere de autorización de la Secretaría y se llevará a cabo con



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

el consentimiento previo, expreso e informado del propietario o poseedor legítimo del predio en donde ésta se realice. Esta autorización no amparará el aprovechamiento para fines comerciales ni de utilización en biotecnología, que se regirá por las disposiciones especiales que resulten aplicables. La autorización será otorgada sólo cuando no se afecte con ella la viabilidad de las poblaciones, especies, hábitats y ecosistemas.

Las autorizaciones para realizar colecta científica se otorgarán, de conformidad con lo establecido en el reglamento, por línea de investigación o por proyecto. Las autorizaciones por línea de investigación se otorgarán para el desarrollo de estas actividades por parte de investigadores y colectores científicos vinculados a las instituciones de investigación y colecciones científicas nacionales, así como a aquellos con trayectoria en la aportación de información para el conocimiento de la biodiversidad nacional, y para su equipo de trabajo. Las autorizaciones por proyecto se otorgarán a las personas que no tengan estas características o a las personas que vayan a realizar colecta científica sobre especies o poblaciones en riesgo, o sobre hábitat crítico.

**Artículo 98.** Las personas autorizadas para realizar una colecta científica deberán, en los términos que establezca el reglamento, presentar informes de actividades y destinar al menos un duplicado del material biológico colectado a instituciones o colecciones científicas mexicanas, salvo que la Secretaría determine lo contrario por existir representaciones suficientes y en buen estado de dicho material en las mencionadas instituciones o colecciones.

## CAPÍTULO V
## APROVECHAMIENTO NO EXTRACTIVO

**Artículo 99.** El aprovechamiento no extractivo de vida silvestre requiere una autorización previa de la Secretaría, que se otorgará de conformidad con las disposiciones establecidas en el presente capítulo, para garantizar el bienestar de los ejemplares de especies silvestres, la continuidad de sus poblaciones y la conservación de sus hábitats.

Las obras y actividades de aprovechamiento no extractivo que se lleven a cabo en manglares, deberán sujetarse a las disposiciones previstas por el artículo 28 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente.

*Párrafo adicionado DOF 01-02-2007*

**Artículo 100.** La autorización será concedida, de conformidad con lo establecido en el reglamento, a los propietarios o legítimos poseedores de los predios donde se distribuyen dichos ejemplares.

Los derechos derivados de estas autorizaciones serán transferibles a terceros para lo cual su titular deberá, de conformidad con lo establecido en el reglamento, dar aviso a la Secretaría con al menos quince días de anticipación y enviarle dentro de los treinta días siguientes copia del contrato en el que haya sido asentada dicha transferencia. Quien realice el aprovechamiento deberá cumplir con los requisitos y condiciones que establezca la autorización.

Cuando los predios sean propiedad de los gobiernos estatales o municipales, éstos podrán solicitar la autorización para llevar a cabo el aprovechamiento, o dar el consentimiento a terceros para que éstos la soliciten, cumpliendo con los requisitos establecidos por esta Ley.

Cuando los predios sean propiedad federal, la Secretaría podrá otorgar la autorización para llevar a cabo el aprovechamiento sustentable en dichos predios y normar su ejercicio, cumpliendo con las obligaciones establecidas para autorizar y desarrollar el aprovechamiento sustentable.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

Cuando los predios se encuentren en zonas de propiedad Municipal, Estatal o Federal, las autorizaciones de aprovechamiento tomarán en consideración los beneficios que pudieran reportar a las comunidades locales.

Los ingresos que obtengan los municipios, las entidades federativas y la Federación del aprovechamiento no extractivo de vida silvestre en predios de su propiedad, o en aquellos en los que cuenten con el consentimiento del propietario o poseedor legítimo, los destinarán, de acuerdo a las disposiciones aplicables, al desarrollo de programas, proyectos y actividades vinculados con la restauración, conservación y recuperación de especies y poblaciones, así como a la difusión, capacitación y vigilancia.

**Artículo 101.** Los aprovechamientos no extractivos en actividades económicas deberán realizarse de conformidad con la zonificación y la capacidad de uso determinadas por la Secretaría, de acuerdo con las normas oficiales mexicanas, o en su defecto de acuerdo con el plan de manejo que apruebe la Secretaría.

**Artículo 102.** No se otorgará dicha autorización si el aprovechamiento pudiera tener consecuencias negativas sobre las respectivas poblaciones, el desarrollo de los eventos biológicos, las demás especies que ahí se distribuyan y los hábitats y se dejará sin efecto la que se hubiere otorgado cuando se generen tales consecuencias.

**Artículo 103.** Los titulares de autorizaciones para el aprovechamiento no extractivo deberán presentar, de conformidad con lo establecido en el reglamento, informes periódicos a la Secretaría que permitan la evaluación de las consecuencias que ha generado dicho aprovechamiento.

# TITULO VIII
# MEDIDAS DE CONTROL Y DE SEGURIDAD, INFRACCIONES Y SANCIONES

## CAPÍTULO I
## DISPOSICIONES GENERALES

**Artículo 104.** La Secretaría realizará los actos de inspección y vigilancia necesarios para la conservación y aprovechamiento sustentable de la vida silvestre, con arreglo a lo previsto en esta Ley, en la Ley General del Equilibrio Ecológico y la Protección al Ambiente y en las disposiciones que de ellas se deriven, asimismo deberá llevar un padrón de los infractores a las mismas. Las personas que se encuentren incluidas en dicho padrón, respecto a las faltas a las que se refiere el artículo 127, fracción II de la presente ley, en los términos que establezca el reglamento, no se les otorgarán autorizaciones de aprovechamiento, ni serán sujetos de transmisión de derechos de aprovechamiento.

**Artículo 105.** Se crearán, de conformidad con lo establecido en el reglamento, Comités Mixtos de Vigilancia con la participación de las autoridades municipales, de las entidades federativas y las federales con el objeto de supervisar la aplicación de las medidas de control y de seguridad previstas en este título, de conformidad a lo que prevean los acuerdos o convenios de coordinación a los que hace alusión los artículos 11, 12 y 13 de la presente Ley.

## CAPÍTULO II
## DAÑOS

**Artículo 106.** Sin perjuicio de las demás disposiciones aplicables, toda persona que cause daños a la vida silvestre o su hábitat, en contravención de lo establecido en la presente Ley o en la Ley General del Equilibrio Ecológico y la Protección al Ambiente, estará obligada a repararlos en los términos del Código Civil para el Distrito Federal en materia del Fuero Común y para toda la República en materia del Fuero Federal, así como en lo particularmente previsto por la presente Ley y el reglamento.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

Los propietarios y legítimos poseedores de los predios, así como los terceros que realicen el aprovechamiento, serán responsables solidarios de los efectos negativos que éste pudiera tener para la conservación de la vida silvestre y su hábitat.

**Artículo 107.** Cualquier persona física o moral podrá denunciar ante la Procuraduría Federal de Protección al Ambiente daños a la vida silvestre y su hábitat sin necesidad de demostrar que sufre una afectación personal y directa en razón de dichos daños.

La Procuraduría Federal de Protección al Ambiente evaluará cuidadosamente la información presentada en la denuncia y, en caso de ser procedente, ejercerá de manera exclusiva la acción de responsabilidad por daño a la vida silvestre y su hábitat, la cual será objetiva y solidaria.

En el caso de que el demandado sea algún órgano de la administración pública federal o una empresa de participación estatal mayoritaria, la acción de responsabilidad por daño a la vida silvestre y su hábitat, podrá ser ejercida por cualquier persona directamente ante el tribunal competente.

Esta acción podrá ser ejercitada sin perjuicio de la acción indemnizatoria promovida por los directamente afectados y prescribirá a los cinco años contados a partir del momento en que se conozca el daño.

**Artículo 108.** La reparación del daño para el caso de la acción de responsabilidad por daño a la vida silvestre y su hábitat, consistirá en el restablecimiento de las condiciones anteriores a la comisión de dicho daño y, en el caso de que el restablecimiento sea imposible, en el pago de una indemnización la cual se destinará, de conformidad con lo establecido en el reglamento, al desarrollo de programas, proyectos y actividades vinculados con la restauración, conservación y recuperación de especies y poblaciones, así como a la difusión, capacitación y vigilancia.

**Artículo 109.** Serán competentes para conocer de la acción de responsabilidad por daño a la vida silvestre y su hábitat los Juzgados de Distrito en materia civil, conforme a la competencia territorial que establezcan las disposiciones respectivas, regulándose el procedimiento conforme al Código Federal de Procedimientos Civiles.

# CAPÍTULO III
# VISITAS DE INSPECCIÓN

**Artículo 110.** Las personas que realicen actividades de captura, transformación, tratamiento, preparación, comercialización, exhibición, traslado, importación, exportación y las demás relacionadas con la conservación y aprovechamiento de la vida silvestre, deberán otorgar al personal debidamente acreditado de la Secretaría, las facilidades indispensables para el desarrollo de los actos de inspección antes señalados. Asimismo, deberán aportar la documentación que ésta les requiera para verificar el cumplimiento de las disposiciones de esta Ley y las que de ella se deriven.

**Artículo 111.** En la práctica de actos de inspección a embarcaciones o vehículos, será suficiente que en la orden de inspección se establezca:

**a)**   La autoridad que la expide.

**b)**   El motivo y fundamento que le dé origen.

**c)**   El lugar, zona o región en donde se practique la inspección.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**d)**   El objeto y alcance de la diligencia.

**Artículo 112.** En los casos en que, durante la realización de actos de inspección no fuera posible encontrar en el lugar persona alguna a fin de que ésta pudiera ser designada como testigo, el inspector deberá asentar esta circunstancia en el acta administrativa que al efecto se levante, si media el consentimiento del inspeccionado se podrá llevar a cabo la diligencia en ausencia de testigos, sin que ello afecte la validez del acto de inspección.

**Artículo 113.** En aquellos casos en que los presuntos infractores sean sorprendidos en ejecución de hechos contrarios a esta Ley o a las disposiciones que deriven de la misma, o cuando después de realizarlos, sean perseguidos materialmente, o cuando alguna persona los señale como responsables de la comisión de aquellos hechos, siempre que se encuentre en posesión de los objetos relacionados con la conducta infractora, el personal debidamente identificado como inspector deberá levantar el acta correspondiente y asentar en ella, en forma detallada, esta circunstancia, observando en todo caso, las formalidades previstas para la realización de actos de inspección.

**Artículo 114.** Cuando durante la realización de actos de inspección del cumplimiento de las disposiciones de esta Ley y de las que de ella se deriven, la Secretaría encuentre ejemplares de vida silvestre cuya legal procedencia no se demuestre, una vez recibida el acta de inspección, la propia Secretaría procederá a su aseguramiento, conforme a las normas previstas para el efecto. En caso de ser técnica y legalmente procedente, podrá acordar la liberación de dichos ejemplares a sus hábitats naturales, en atención al bienestar de los ejemplares a la conservación de las poblaciones y del hábitat, de conformidad con el artículo 79 de esta Ley, o llevar a cabo las acciones necesarias para tales fines. En la diligencia de liberación se deberá levantar acta circunstanciada en la que se señalen por lo menos los siguientes datos: lugar y fecha de la liberación, identificación del o los ejemplares liberados, los nombres de las personas que funjan como testigos y, en su caso, del sistema de marca o de rastreo electrónico o mecánico de los mismos, que se hubieren utilizado.

**Artículo 115.** La Secretaría, una vez recibida el acta de inspección, dictará resolución administrativa dentro de los diez días siguientes a la fecha de su recepción cuando:

**I.**   El presunto infractor reconozca la falta administrativa en la que incurrió.

**II.**   Se trate de ejemplares o bienes que se hubieran encontrado abandonados.

**III.**   El infractor demuestre que ha cumplido con las obligaciones materia de la infracción.

**Artículo 116.** En los casos en que no se pudiera identificar a los presuntos infractores de esta Ley y de las disposiciones que de ella deriven, la Secretaría pondrá término al procedimiento mediante la adopción de las medidas que correspondan para la conservación de la vida silvestre y de su hábitat y, en su caso, ordenará el destino que debe darse a los ejemplares, partes o derivados de la vida silvestre que hayan sido abandonados.

## CAPÍTULO IV
## MEDIDAS DE SEGURIDAD

**Artículo 117.** Cuando exista riesgo inminente de daño o deterioro grave a la vida silvestre o a su hábitat, la Secretaría, fundada y motivadamente, ordenará la aplicación de una o más de las siguientes medidas de seguridad:

**I.**   El aseguramiento precautorio de los ejemplares, partes y derivados de las especies que correspondan, así como de los bienes, vehículos, utensilios, herramientas, equipo y cualquier



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

instrumento directamente relacionado con la acción u omisión que origine la imposición de esta medida.

**II.** La clausura temporal, parcial o total de las instalaciones, maquinaria o equipos, según corresponda, para el aprovechamiento, almacenamiento o de los sitios o instalaciones en donde se desarrollen los actos que generen los supuestos a que se refiere el primer párrafo de este artículo.

**III.** La suspensión temporal, parcial o total de la actividad que motive la imposición de la medida de seguridad.

**IV.** La realización de las acciones necesarias para evitar que se continúen presentando los supuestos que motiven la imposición de la medida de seguridad.

**Artículo 118.** Al asegurar ejemplares, partes y derivados de especies silvestres conforme a esta Ley o las normas oficiales mexicanas, la Secretaría sólo podrá designar al infractor como depositario de los bienes asegurados cuando:

**a)** No exista posibilidad inmediata de colocar los bienes asegurados en los Centros para la Conservación e Investigación de la Vida Silvestre, en Unidades de Manejo para la Conservación de la Vida Silvestre, en instituciones o con personas, debidamente registradas para tal efecto.
*Inciso reformado DOF 26-06-2006*

**b)** No existan antecedentes imputables al mismo, en materia de aprovechamiento o comercio ilegales.

**c)** No existan faltas en materia de trato digno y respetuoso.

**d)** Los bienes asegurados no estén destinados al comercio nacional o internacional.

Lo dispuesto en el presente artículo, no excluye la posibilidad de aplicar la sanción respectiva.

**Artículo 119.** El aseguramiento precautorio procederá cuando:

**I.** No se demuestre la legal procedencia de los ejemplares, partes y derivados de la vida silvestre de que se trate.

**II.** No se cuente con la autorización necesaria para realizar actividades relacionadas con la vida silvestre o éstas se realicen en contravención a la autorización otorgada, o en su caso, al plan de manejo aprobado.

**III.** Hayan sido internadas al país pretendan ser exportadas sin cumplir con las disposiciones aplicables.

**IV.** Se trate de ejemplares, partes o derivados de vida silvestre aprovechados en contravención a las disposiciones de esta Ley y las que de ella se deriven.

**V.** Exista un riesgo inminente de daño o deterioro grave a la vida silvestre o de su hábitat de no llevarse a cabo esta medida.

**VI.** Existan signos evidentes de alteración de documentos o de la información contenida en los documentos mediante los cuales se pretenda demostrar la legal posesión de los ejemplares, productos o subproductos de vida silvestre de que se trate.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**VII.** Existan faltas respecto al trato digno y respetuoso, conforme a lo estipulado en la presente Ley.

**Artículo 120.-** La Secretaría, cuando realice aseguramientos precautorios de conformidad con esta Ley, canalizará los ejemplares asegurados al Centro para la Conservación e Investigación de la Vida Silvestre o consultará a éstos la canalización hacia Unidades de Manejo para la Conservación de la Vida Silvestre, instituciones o personas que reúnan las mejores condiciones de seguridad y cuidado para la estancia, y en su caso, la reproducción de los ejemplares o bienes asegurados.

*Párrafo reformado DOF 26-06-2006*

Las personas sujetas a inspección que sean designadas como depositarias de los bienes asegurados precautoriamente, deberán presentar ante la Secretaría una garantía suficiente que respalde la seguridad y cuidado de los ejemplares y bienes de que se trate, dentro de los cinco días siguientes a que se ordene el aseguramiento precautorio. En caso de que la Secretaría no reciba la garantía correspondiente, designará a otro depositario y los gastos que por ello se generen serán a cargo del inspeccionado.

En caso de que el depositario incumpla con sus obligaciones legales, la Secretaría procederá a hacer efectivas las garantías exhibidas, independientemente de cualquier otra responsabilidad civil, penal o administrativa que proceda y sin perjuicio de las sanciones que en su caso, se haya hecho acreedor el inspeccionado, por las infracciones que conforme a esta Ley y las disposiciones jurídicas que de ella emanen, hubiere cometido.

**Artículo 121.** La Secretaría podrá ordenar la venta al precio de mercado de bienes perecederos asegurados precautoriamente, si el presunto infractor no acredita la legal procedencia de los mismos dentro de los quince días siguientes a su aseguramiento, siempre y cuando se trate de un bien permitido en el comercio, la cual se realizará conforme a lo establecido en la Ley General del Equilibrio Ecológico y la Protección al Ambiente. En este caso, la Secretaría deberá invertir las cantidades correspondientes en Certificados de la Tesorería de la Federación, a fin de que al dictarse la resolución respectiva, se disponga la aplicación del producto y de los rendimientos según proceda de acuerdo con lo previsto en el presente ordenamiento.

En caso de que en la resolución que concluya el procedimiento de inspección respectivo no se ordene el decomiso de los bienes perecederos asegurados precautoriamente y éstos hubiesen sido vendidos, la Secretaría deberá entregar al interesado el precio de venta de los bienes de que se trate al momento del aseguramiento, más los rendimientos que se hubiesen generado a la fecha de vencimiento de los títulos a que se refiere el párrafo anterior.

## CAPÍTULO V
## INFRACCIONES Y SANCIONES ADMINISTRATIVAS

**Artículo 122.** Son infracciones a lo establecido en esta Ley:

**I.** Realizar cualquier acto que cause la destrucción o daño de la vida silvestre o de su hábitat, en contravención de lo establecido en la presente Ley.

**II.** Realizar actividades de aprovechamiento extractivo o no extractivo de la vida silvestre sin la autorización correspondiente o en contravención a los términos en que ésta hubiera sido otorgada y a las disposiciones aplicables.

**III.** Realizar actividades de aprovechamiento que impliquen dar muerte a ejemplares de la vida silvestre, sin la autorización correspondiente o en contravención a los términos en que ésta hubiera sido otorgada y a las disposiciones aplicables.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**IV.** Realizar actividades de aprovechamiento con ejemplares o poblaciones de especies silvestres en peligro de extinción o extintas en el medio silvestre, sin contar con la autorización correspondiente.

**V.** Llevar a cabo acciones en contravención a las disposiciones que regulan la sanidad de la vida silvestre.

**VI.** Manejar ejemplares de especies exóticas fuera de confinamiento controlado o sin respetar los términos del plan de manejo aprobado.

**VII.** Presentar información falsa a la Secretaría.

**VIII.** Realizar actos contrarios a los programas de restauración, a las vedas establecidas, a las medidas de manejo y conservación del hábitat crítico o a los programas de protección de áreas de refugio para especies acuáticas.

**IX.** Emplear cercos u otros métodos para retener o atraer ejemplares de la vida silvestre en contra de lo establecido en el artículo 73 de la presente Ley.

**X.** Poseer ejemplares de la vida silvestre fuera de su hábitat natural sin contar con los medios para demostrar su legal procedencia o en contravención a las disposiciones para su manejo establecidas por la Secretaría.

**XI.** Liberar ejemplares de la vida silvestre a su hábitat natural sin contar con la autorización respectiva y sin observar las condiciones establecidas para ese efecto por esta Ley y las demás disposiciones que de ella se deriven.

**XII.** Trasladar ejemplares, partes y derivados de la vida silvestre sin la autorización correspondiente.

**XIII.** Realizar medidas de control y erradicación de ejemplares y poblaciones que se tornen perjudiciales para la vida silvestre sin contar con la autorización otorgada por la Secretaría.

**XIV.** Realizar actividades de aprovechamiento de ejemplares, partes o derivados de la vida silvestre para ceremonias o ritos tradicionales, que no se encuentren en la lista que para tal efecto se emita, de acuerdo al artículo 93 de la presente Ley.

**XV.** Marcar y facturar ejemplares de la vida silvestre, así como sus partes o derivados, que no correspondan a un aprovechamiento sustentable en los términos de esta Ley y las disposiciones que de ella derivan.

**XVI.** Alterar para fines ilícitos las marcas y facturas de ejemplares de la vida silvestre, así como de sus partes o derivados.

**XVII.** Omitir la presentación de los informes ordenados por esta Ley y demás disposiciones que de ella se deriven.

**XVIII.** Realizar la colecta científica sin la autorización requerida o contraviniendo sus términos.

**XIX.** Utilizar material biológico proveniente de la vida silvestre con fines distintos a los autorizados o para objetivos de biotecnología, sin cumplir con las disposiciones aplicables a las que se refiere el tercer párrafo del artículo 4o. de la presente Ley.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**XX.** No entregar los duplicados del material biológico colectado, cuando se tenga esa obligación.

**XXI.** Poseer colecciones de especímenes de vida silvestre sin contar con el registro otorgado por la Secretaría en los términos previstos en esta Ley y demás disposiciones que de ella se deriven.

**XXII.** Exportar o importar ejemplares, partes o derivados de la vida silvestre, o transitar dentro del territorio nacional los ejemplares, partes o derivados procedentes del y destinados al extranjero en contravención a esta Ley, a las disposiciones que de ella deriven y a las medidas de regulación o restricción impuestas por la autoridad competente o, en su caso, de la Convención sobre el Comercio Internacional de Especies Amenazadas de Fauna y Flora Silvestre.

**XXIII.** Realizar actos que contravengan las disposiciones de trato digno y respetuoso a la fauna silvestre, establecidas en la presente Ley y en las disposiciones que de ella se deriven.

Se considerarán infractores no sólo las personas que hayan participando en su comisión, sino también quienes hayan participado en su preparación o en su encubrimiento.

**Artículo 123.** Las violaciones a los preceptos de esta Ley, su reglamento, las normas oficiales mexicanas y demás disposiciones legales que de ella se deriven, serán sancionadas administrativamente por la Secretaría, con una o más de las siguientes sanciones:

**I.** Amonestación escrita.

**II.** Multa.

**III.** Suspensión temporal, parcial o total, de las autorizaciones, licencias o permisos que corresponda.

**IV.** Revocación de las autorizaciones, licencias o permisos correspondientes.

**V.** Clausura temporal o definitiva, parcial o total, de las instalaciones o sitios donde se desarrollen las actividades que den lugar a la infracción respectiva.

**VI.** Arresto administrativo hasta por 36 horas.

**VII.** Decomiso de los ejemplares, partes o derivados de la vida silvestre, así como de los instrumentos directamente relacionados con infracciones a la presente Ley.

**VIII.** Pago de gastos al depositario de ejemplares o bienes que con motivo de un procedimiento administrativo se hubieren erogado.

La amonestación escrita, la multa y el arresto administrativo podrán ser conmutados por trabajo comunitario en actividades de conservación de la vida silvestre y su hábitat natural.

**Artículo 124.** Las sanciones que imponga la Secretaría se determinarán considerando los aspectos establecidos en el artículo 173 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, en lo que sea conducente.

**Artículo 125.** La Secretaría notificará los actos administrativos que se generen durante el procedimiento de inspección, a los presuntos infractores mediante listas o estrados, cuando:

**I.** Se trate de ejemplares o bienes que se hubieran encontrado abandonados;



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**II.** El domicilio proporcionado por el inspeccionado resulte ser falso o inexacto;

**III.** No se señale domicilio en el lugar en el que se encuentra la autoridad encargada de sustanciar el procedimiento administrativo de inspección.

**Artículo 126.** La Secretaría podrá solicitar a instituciones de educación superior, centros de investigación y de expertos reconocidos en la materia la elaboración de dictámenes que, en su caso, serán considerados en la emisión de las resoluciones que pongan fin a los procedimientos administrativos a que se refiere este Título, así como en otros actos que realice la propia Secretaría.

**Artículo 127.** La imposición de las multas a que se refiere el artículo 123 de la presente Ley, se determinará conforme a los siguientes criterios:

**I.** Con el equivalente de 20 a 5000 veces de salario mínimo a quien cometa las infracciones señaladas en las fracciones XII, XVII, XXI y XXIII del artículo 122 de la presente Ley, y

*Fracción reformada DOF 10-01-2002*

**II.** Con el equivalente de 50 a 50000 veces de salario mínimo a quien cometa las infracciones señaladas en las fracciones I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XIII, XIV, XV, XVI, XVIII, XIX, XX y XXII del artículo 122 de la presente Ley.

*Fracción reformada DOF 10-01-2002*

La imposición de las multas se realizará con base en el salario mínimo general diario vigente para el Distrito Federal al momento de cometerse la infracción.

En el caso de reincidencia, el monto de la multa podrá ser hasta por dos veces del monto originalmente impuesto.

La autoridad correspondiente podrá otorgar al infractor la opción a que se refiere el párrafo final del artículo 173 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, si éste se obliga a reparar el daño cometido mediante el restablecimiento de las condiciones anteriores a su comisión o a realizar una inversión equivalente en los términos que se establezcan, en cuyo caso se observará lo previsto en esa disposición.

**Artículo 128.** En el caso de que se imponga el decomiso como sanción, el infractor estará obligado a cubrir los gastos que se hubieren realizado para la protección, conservación, liberación o el cuidado, según corresponda, de los ejemplares de vida silvestre que hubiesen sido asegurados. Las cantidades respectivas tendrán el carácter de crédito fiscal y serán determinadas por la Secretaría en las resoluciones que concluyan los procedimientos de inspección correspondientes.

**Artículo 129.** Además de los destinos previstos en el artículo 174 BIS de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, la Secretaría dará a los bienes decomisados cualquiera de los siguientes destinos:

**I.** Internamiento temporal en un centro de conservación o institución análoga con el objetivo de rehabilitar al ejemplar, de tal manera que le permita sobrevivir en un entorno silvestre o en cautiverio, según se trate;

**II.** Liberación a los hábitats en donde se desarrollen los ejemplares de vida silvestre de que se trate, tomando las medidas necesarias para su sobrevivencia.

**III.** Destrucción cuando se trate de productos o subproductos de vida silvestre que pudieran transmitir alguna enfermedad, así como medios de aprovechamiento no permitidos.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

Última Reforma DOF 06-06-2012

**IV.** Donación a organismos públicos, instituciones científicas públicas o privadas y unidades que entre sus actividades se encuentren las de conservación de la vida silvestre o de enseñanza superior o de beneficencia, según la naturaleza del bien decomisado y de acuerdo con las funciones y actividades que realice el donatario, siempre y cuando no se comercie con dichos bienes, ni se contravengan las disposiciones de esta Ley y se garantice la existencia de condiciones adecuadas para su desarrollo.

Mientras se define el destino de los ejemplares, la Secretaría velará por la preservación de la vida y salud del ejemplar o ejemplares de que se trate, de acuerdo a las características propias de cada especie, procurando que esto se lleve a cabo en los centros para la conservación e investigación de la vida silvestre, a que se refiere el artículo 38 de la presente Ley, o en otros similares para este propósito.

**Artículo 130.** Los ingresos que se obtengan de las multas por infracciones a lo dispuesto en esta Ley, el reglamento y demás disposiciones que de ella se deriven, así como los que se obtengan del remate en subasta pública o la venta directa de productos o subproductos decomisados se destinarán a la integración de fondos para desarrollar programas, proyectos y actividades vinculados con la conservación de especies, así como con la inspección y la vigilancia en las materias a que se refiere esta Ley.

## TRANSITORIOS

**PRIMERO.-** La presente Ley entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** Se abroga la Ley Federal de Caza, publicada en el **Diario Oficial de la Federación** el día 5 de enero de 1952 y se deroga cualquier otra disposición legal que se oponga a la presente Ley.

**TERCERO.-** Hasta que las legislaturas hayan dictado las disposiciones para regular las materias que este ordenamiento dispone son competencia de los Estados y el Distrito Federal, corresponderá a la Federación aplicar esta Ley en el ámbito local, coordinándose para ello con las autoridades estatales.

**CUARTO.-** Los registros, permisos o autorizaciones otorgadas con anterioridad a la fecha de entrada a vigor del presente instrumento, relacionados con la conservación o el aprovechamiento de la vida silvestre y su hábitat que se encuentren vigentes, subsistirán hasta el término de dicha vigencia en cada caso. En los casos en que la vigencia de los registros, permisos y autorizaciones otorgados hasta la fecha de la publicación de esta Ley sea indefinida, los titulares contarán un plazo de un año para regularizarlos de conformidad con lo establecido en la misma.

**QUINTO.-** La Secretaría, en los términos previstos por este ordenamiento y por la Ley General del Equilibrio Ecológico y la Protección al Ambiente, constituirá en un plazo máximo de noventa días, a partir de la entrada en vigor de la presente Ley, al Consejo Consultivo Nacional para la conservación y aprovechamiento sustentable de la vida silvestre.

**SEXTO.-** Las especies consideradas actualmente raras en la NOM-059-ECOL-1994, se considerarán especies en riesgo mientras no se modifique dicha Norma Oficial Mexicana.

**SÉPTIMO.-** El Ejecutivo Federal previo dictamen del Consejo mencionado anteriormente, revisará los decretos y acuerdos de vedas y de restricciones al comercio internacional, así como cualquier otro acto suyo que sea contrario a las disposiciones de la presente Ley, y procederá a su adecuación mediante la expedición de un nuevo decreto o en su caso, a la abrogación de los mismos.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**OCTAVO.-** En tanto se establecen los registros locales de prestadores de servicios vinculados a la transformación, tratamiento, preparación, transporte y comercialización de ejemplares, partes y derivados de la vida silvestre, la Secretaría llevará un registro a nivel nacional.

**NOVENO.-** En tanto se establezcan los registros locales para la tenencia de mascotas de especies silvestres, la Secretaría llevará un registro a nivel nacional para la regularización voluntaria de su legal detentación, para lo cual se dará un plazo de 2 años.

**DÉCIMO.-** Los procedimientos y recursos administrativos relacionados con las materias de esta Ley, iniciados con anterioridad a su entrada en vigor, se tramitarán y resolverán conforme a las disposiciones vigentes en el momento en que se hayan iniciado.

México, D.F., a 27 de abril de 2000.- Sen. **Dionisio Pérez Jácome**, Vicepresidente en funciones.- Dip. **Francisco José Paoli Bolio**, Presidente.- Sen. **Raúl Juárez Valencia**, Secretario.- Dip. **Marta Laura Carranza Aguayo**.- Secretario.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiocho días del mes de junio de dos mil.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Diódoro Carrasco Altamirano**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

## ARTÍCULOS TRANSITORIOS DE DECRETOS DE REFORMA

**DECRETO por el que se reforman diversas disposiciones de la Ley General de Vida Silvestre.**

Publicado en el Diario Oficial de la Federación el 10 de enero de 2002

**ARTÍCULO ÚNICO.- Se reforman** los artículos 1o., segundo párrafo, 11, 12 y 127, fracciones I y II, y **se adiciona** el artículo 60 Bis de la Ley General de Vida Silvestre, para quedar como sigue:

..........

## ARTÍCULO TRANSITORIO

**ÚNICO.** El presente decreto entrará en vigor el día siguiente al de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 15 de diciembre de 2001.- Dip. **Beatriz Elena Paredes Rangel**, Presidenta.- Sen. **Diego Fernández de Cevallos Ramos**, Presidente.- Dip. **Adrián Rivera Pérez**, Secretario.- Sen. **María Lucero Saldaña Pérez**, Secretaria.- Rúbricas**".**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los nueve días del mes de enero de dos mil dos.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

## DECRETO por el que se adiciona un artículo 55 bis y un párrafo tercero al artículo 60 bis ambos de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 26 de enero de 2006

**ARTÍCULO ÚNICO.-** Se adiciona un artículo 55 bis y un párrafo tercero al artículo 60 bis ambos de la Ley General de Vida Silvestre, para quedar como sigue:

..........

## TRANSITORIOS

**Único.-** El presente decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 8 de diciembre de 2005.- Dip. **Heliodoro Díaz Escárraga**, Presidente.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Marcos Morales Torres**, Secretario.- Sen. **Yolanda E. González Hernández**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintitrés días del mes de enero de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

## DECRETO por el que se reforman y adicionan diversas disposiciones de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 26 de junio de 2006

**ARTÍCULO PRIMERO.-** Se reforma el primer párrafo del artículo 38, el inciso a) del artículo 118, y el primer párrafo del artículo 120 de la Ley General de Vida Silvestre, para quedar como sigue:

..........

**ARTÍCULO SEGUNDO.-** Se adiciona el artículo 60 Bis 1 a la Ley General de Vida Silvestre, para quedar como sigue:

..........

## TRANSITORIOS.

**PRIMERO.-** El presente Decreto entrará en vigor al siguiente día de su publicación en el Diario Oficial de la Federación.

**SEGUNDO.-** Se derogan todas las disposiciones legales que contravengan al mismo.

México, D.F., a 27 de abril de 2006.- Sen. **Carlos Chaurand Arzate**, Vicepresidente.- Dip. **Marcela González Salas P.**, Presidenta.- Sen. **Sara I. Castellanos Cortés**, Secretaria.- Dip. **Marcos Morales Torres**, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiún días del mes de junio de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**DECRETO por el que se adiciona un artículo 60 TER; y se adiciona un segundo párrafo al artículo 99; todos ellos de la Ley General de Vida Silvestre.**

Publicado en el Diario Oficial de la Federación el 1º de febrero de 2007

**Artículo Primero.-** Se adiciona un artículo 60 TER a la Ley General de Vida Silvestre, para quedar como sigue:

..........

**Artículo Segundo.-** Se adiciona un segundo párrafo al artículo 99 de la Ley General de Vida Silvestre, para quedar como sigue:

..........

## TRANSITORIOS

**Primero.** El presente Decreto entrará en vigor al siguiente día de su publicación en el Diario Oficial de la Federación.

**Segundo.** Con la entrada en vigor del presente Decreto se derogan todas las disposiciones legales que contravengan al mismo.

México, D.F., a 21 de diciembre de 2006.- Sen. **Francisco Arroyo Vieyra**, Vicepresidente.- Dip. **Jorge Zermeño Infante**, Presidente.- Sen. **Ludivina Menchaca Castellanos**, Secretaria.- Dip. **Maria Eugenia Jimenez Valenzuela**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los treinta y un días del mes de enero de dos mil siete.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Francisco Javier Ramírez Acuña**.- Rúbrica.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN                                  Última Reforma DOF 06-06-2012
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

## DECRETO por el que se adiciona un artículo 60 Bis 2 a la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 14 de octubre de 2008

**ARTÍCULO ÚNICO.** Se adiciona un artículo 60 Bis 2 a la Ley General de Vida Silvestre, para quedar como sigue:

………

## TRANSITORIOS

**PRIMERO.-** El presente decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**SEGUNDO.-** Las autorizaciones para el aprovechamiento extractivo de ejemplares de psitácidos, cuya distribución natural sea dentro del territorio nacional, otorgados con anterioridad a la publicación del presente decreto mantendrán su vigencia, pero no podrán renovarse.

**TERCERO.-** Los criaderos de ejemplares de psitácidos cuya distribución natural sea dentro del territorio nacional, legalmente acreditados ante la Secretaría, podrán continuar operando únicamente con fines de conservación en los términos del presente decreto.

**CUARTO.-** Para los efectos del presente decreto son psitácidos de distribución natural dentro del territorio nacional los siguientes:

| |
|---|
| *Aratinga holochlora* |
| *Aratinga holochlora brevipes* |
| *Aratinga holochlora brewsteri* |
| *Aratinga strenua* |
| *Aratinga brevipes* |
| *Aratinga nana* |
| *Aratinga canicularis* |
| *Ara militaris* |
| *Ara macao* |
| *Rhynchopsitta pachyrhyncha* |
| *Rhynchopsitta terrisi* |
| *Bolborhynchus lineola* |
| *Forpus cyanopygius* |
| *Forpus cyanopygius insularis* |
| *Brotogeris jugularis* |
| *Pionopsitta haematotis* |
| *Pionus seniles* |
| *Amazona albifrons* |
| *Amazona xantholora* |
| *Amazona viridigenalis* |
| *Amazona finschi* |
| *Amazona autumnalis* |
| *Amazona farinosa* |
| *Amazona oratrix* |
| *Amazona oratrix tresmariae* |
| *Amazona auropalliata* |

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN                    *Última Reforma DOF 06-06-2012*
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

o sus equivalentes de conformidad con la nomenclatura científica aplicable y cualquier otra ave de esta misma familia que fuese descubierta dentro del territorio nacional.

**QUINTO.-** Quedan derogadas todas las disposiciones que se opongan al presente decreto.

México, D.F., a 22 de abril de 2008.- Dip. **Ruth Zavaleta Salgado**, Presidenta.- Sen. **Santiago Creel Miranda**, Presidente.- Dip. **Esmeralda Cardenas Sanchez**, Secretaria.- Sen. **Adrián Rivera Pérez**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a trece de octubre de dos mil ocho.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Juan Camilo Mouriño Terrazo**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

## DECRETO por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, y de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 6 de abril de 2010

**ARTÍCULO SEGUNDO.-** Se reforman las actuales fracciones XXIII y XL del artículo 3o. y se adicionan una fracción XVII, recorriéndose en su orden las demás fracciones al artículo 3o.; un artículo 27 Bis y un artículo 27 Bis 1 todos de la Ley General de Vida Silvestre, para quedar como sigue:

……….

## TRANSITORIO

**ARTÍCULO ÚNICO.** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D. F., a 16 de febrero de 2010.- Sen. **Carlos Navarrete Ruiz**, Presidente.- Dip. **Francisco Javier Ramírez Acuña**, Presidente.- Sen. **Martha Leticia Sosa Govea**, Secretaria.- Dip. **Jaime Arturo Vázquez Aguilar**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a treinta y uno de marzo de dos mil diez.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, Lic. **Fernando Francisco Gómez Mont Urueta**.- Rúbrica.

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

## DECRETO por el que se reforma el artículo 67 de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 2 de julio de 2010

**ARTÍCULO ÚNICO.-** Se reforman la fracción IV y el último párrafo del artículo 67 de la Ley General de Vida Silvestre, para quedar como sigue:

……….

## TRANSITORIO

**ARTÍCULO ÚNICO.-** El presente decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 27 de abril de 2010.- Sen. **Carlos Navarrete Ruiz**, Presidente.- Dip. **Francisco Javier Ramírez Acuña**, Presidente.- Sen. **Adrian Rivera Perez**, Secretario.- Dip. **Balfre Vargas Cortez**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veintiocho de junio de dos mil diez.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, Lic. **Fernando Francisco Gómez Mont Urueta**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

## DECRETO por el que se reforman y adicionan los artículos 63 y 64 de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 2 de septiembre de 2010

**ARTÍCULO ÚNICO.-** Se reforman los párrafos primero y segundo, y se adicionan un párrafo tercero y un inciso d) al artículo 63, y se reforma el párrafo primero del artículo 64 de la Ley General de Vida Silvestre, para quedar como sigue:

……….

## TRANSITORIOS

**ARTÍCULO PRIMERO.** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**ARTÍCULO SEGUNDO.** El Ejecutivo Federal deberá hacer las modificaciones pertinentes en el Reglamento de la Ley General de Vida Silvestre en un plazo no mayor de 180 días naturales a partir de la publicación de este Decreto.

México, D.F., a 8 de abril de 2010.- Sen. **Carlos Navarrete Ruiz**, Presidente.- Dip. **Francisco Javier Ramirez Acuña**, Presidente.- Sen. **Renan Cleominio Zoreda Novelo**, Secretario.- Dip. **Jaime Arturo Vazquez Aguilar**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a primero de septiembre de dos mil diez.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **José Francisco Blake Mora**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

Última Reforma DOF 06-06-2012

# DECRETO por el que se reforma el artículo 55 bis de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 30 de noviembre de 2010

**Artículo Único.-** Se reforma el artículo 55 bis de la Ley General de Vida Silvestre, para quedar como sigue:

……….

## Transitorio

**Único.** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D. F., a 28 de septiembre de 2010.- Sen. **Manlio Fabio Beltrones Rivera**, Presidente.- Dip. **Jorge Carlos Ramírez Marín**, Presidente.- Sen. **Renan Cleominio Zoreda Novelo**, Secretario.- Dip. **Balfre Vargas Cortez**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veinticuatro de noviembre de dos mil diez.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **José Francisco Blake Mora**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

## DECRETO por el que se reforma el artículo 40 de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 7 de junio de 2011

**Artículo Único.-** Se adiciona un inciso y se reforma el último párrafo del artículo 40 de la Ley General de Vida Silvestre, para quedar como sigue:

……….

## TRANSITORIOS

**Primero.-** El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

**Segundo.-** El titular del Poder Ejecutivo Federal en un plazo no mayor de 120 días hábiles, posteriores a la entrada en vigor del presente Decreto, deberá publicar las reformas necesarias al Reglamento de la Ley General de Vida Silvestre.

México, D.F., a 29 de abril de 2011.- Sen. **Manlio Fabio Beltrones Rivera**, Presidente.- Dip. **Jorge Carlos Ramírez Marín**, Presidente.- Sen. **Renan Cleominio Zoreda Novelo**, Secretario.- Dip. **Balfre Vargas Cortez**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a seis de junio de dos mil once.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **José Francisco Blake Mora**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**DECRETO por el que se adiciona un párrafo tercero al artículo 60 Bis de la Ley General de Vida Silvestre.**

Publicado en el Diario Oficial de la Federación el 16 de noviembre de 2011

**Artículo Único.-** Se adiciona un párrafo tercero y se recorre el subsecuente al artículo 60 Bis de la Ley General de Vida Silvestre, para quedar como sigue:

……….

## TRANSITORIOS

**PRIMERO.** El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

**SEGUNDO.** El Titular del Poder Ejecutivo Federal en un plazo no mayor de 180 días posteriores a la entrada en vigor del presente Decreto, deberá publicar las reformas necesarias al Reglamento de la Ley General de Vida Silvestre y el Protocolo de atención para varamiento de mamíferos marinos.

**TERCERO.** Quedan derogadas todas las disposiciones que se opongan al presente Decreto.

México, D. F., a 18 de octubre de 2011.- Sen. **Jose Gonzalez Morfin**, Presidente.- Dip. **Emilio Chuayffet Chemor**, Presidente.- Sen. **Arturo Herviz Reyes**, Secretario.- Dip. **Laura Arizmendi Campos**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a diez de noviembre de dos mil once.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **José Francisco Blake Mora**.- Rúbrica.

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

## DECRETO por el que se reforma el artículo 85 de la Ley General de Vida Silvestre.

Publicado en el Diario Oficial de la Federación el 4 de junio de 2012

**Artículo Único.** Se reforma el artículo 85 de la Ley General de Vida Silvestre, para quedar como sigue:

..........

## Transitorios

**Primero.** El presente decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

**Segundo.** El Ejecutivo Federal, en un plazo no mayor a 120 días naturales, realizará las modificaciones correspondientes al Reglamento de la Ley General de Vida Silvestre.

México, D.F., a 24 de abril de 2012.- Dip. **Guadalupe Acosta Naranjo**, Presidente.- Sen. **José González Morfín**, Presidente.- Dip. **Laura Arizmendi Campos**, Secretaria.- Sen. **Martha Leticia Sosa Govea**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a primero de junio de dos mil doce.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Alejandro Alfonso Poiré Romero**.- Rúbrica.



**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

**DECRETO por el que se reforman y adicionan diversas disposiciones de la Ley General de Vida Silvestre.**

Publicado en el Diario Oficial de la Federación el 6 de junio de 2012

**Artículo Único.** Se adiciona una Sección I, "De las Unidades de Manejo para la Conservación de Vida Silvestre", que comprende los artículos 39 al 47, reformando el párrafo cuarto del artículo 41; se adiciona una Sección II "De las Unidades de Manejo para la Conservación de Fauna Silvestre", que comprende los artículos 47 Bis, 47 Bis 1, 47 Bis 2, 47 Bis 3 y 47 Bis 4, ambas secciones del Capítulo VIII del Título V, a la Ley General de Vida Silvestre, para quedar como sigue:

……….

## TRANSITORIOS

**PRIMERO.** El presente Decreto entrará en vigor al día siguiente de su publicación.

**SEGUNDO.** El Ejecutivo Federal realizará las modificaciones correspondientes al Reglamento de esta Ley, dentro de los 180 días posteriores a la publicación del presente Decreto.

**TERCERO**. Se derogan todas las disposiciones que contravengan el presente Decreto.

**CUARTO.** En tanto la Secretaría expide los términos de referencia a que se refiere el artículo 47 Bis del presente Decreto, los estudios de población contendrán, enunciativa y no limitativamente:

**I.** Especie de interés;

**II.** Tipo de manejo que se le pretende dar;

**III.** Tratándose de especies de manejo en vida libre:

**a)** Estimación de las tasas de natalidad y mortalidad y un muestreo;

**b)** Resultados del muestreo más reciente realizado sobre la abundancia relativa y estructura en el marco del estudio de poblaciones, con estimaciones estadísticas de natalidad y mortalidad, y

**c)** El sistema, metodología o técnica de identificación, monitoreo y cuantificación empleado para determinar el número de individuos, especificando la época del año en la cual se llevó a cabo la cuantificación y el período de tiempo durante el cual se realizó.

**IV.** El control de movimientos de inventario de ejemplares (ingresos, liberaciones, canalizaciones, nacimientos y defunciones) en el que se deberá indicar la cantidad, género y especie, así como señalar el sistema de marca utilizado y los datos de identificación individual, en el caso de especies de manejo intensivo.

**QUINTO.** El contenido y alcances de la capacitación de responsables técnicos será determinada por la Secretaría en colaboración de la Comisión Nacional de Áreas Naturales Protegidas, el Instituto Nacional de Ecología y la Comisión Nacional para el Conocimiento y Uso de la Biodiversidad.

México, D.F., a 25 de abril de 2012.- Dip. **Guadalupe Acosta Naranjo**, Presidente.- Sen. **José González Morfín**, Presidente.- Dip. **Mariano Quihuis Fragoso**, Secretario.- Sen. **Martha Leticia Sosa Govea**, Secretaria.- Rúbricas.''

**LEY GENERAL DE VIDA SILVESTRE**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Dirección General de Servicios de Documentación, Información y Análisis

*Última Reforma DOF 06-06-2012*

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a cuatro de junio de dos mil doce.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Alejandro Alfonso Poiré Romero**.- Rúbrica.