## DECLARATION FROM DR. SERGIO JIMENEZ, PhD.

I, Sergio Jimenez, declare, pursuant to 28 U.S.C. 1746, that the following is true and correct and based on my own personal knowledge.

1)   I am over 21 years of age, of sound mind and competent to make this declaration. I have a PhD. in Oceanography from the Facultad de Ciencias Marinas from the Universidad Autonoma de Baja California, and I am a full-time Professor and Researcher employed by the Universidad Autonoma de Tamaulipas in Tampico, Tamaulipas Mexico. I am also the founder and director of the CIDIPORT which is a consulting firm associated with the University of Tamaulipas that is in charge of developing ports, coastal projects, dredging projects and development projects in the Gulf of Mexico and along the coast of the Gulf of Mexico. The CIDIPORT has a research vessel called "CORRECAMINOS MARINO which is used for exploratory and research campaigns in the Gulf of Mexico.

2)   I am also the representative of the State of Tamaulipas and the University of Tamaulipas to the yearly conference held pursuant to the MEXUSGULF Oil Contingency Plan as to which the United States, the State of Texas, the State of Tamaulipas, and the Republic of Mexico are signatory parties. The last meeting of the MEXUSGULF was on April 26, 2012 in South Padre Island, Texas. I have been the Master Oceanographer in charge of the "on sea" Oil Spill Simulation on behalf of the State of Tamaulipas and the Republic of Mexico with the responsibility for the Mexican EEZ for the past 10 years.

3)   I have read a portion of British Petroleum's Motion for Summary Judgment against the Mexican State's of Tamaulipas, Veracruz and Quintana Roo. In its Motion British Petroleum contends that according to a newspaper article "No Deepwater Horizon related oil ever crossed into Mexican Gulf Shores. I work very closely with the Tamaulipas State Government and the Ministry of the Environment of the State of Tamaulipas and I know that the foregoing quoted statement is *not* true.

4)   In July and August 2010 the State of Tamaulipas patrolled and maintained monitoring and clean up crews that monitored the arrival of oil and the contamination of their Gulf Shores. Samples of weathered oil, tar balls and oil residue were collected near Playa Bagdad, a Gulf of Mexico beach zone of the State of Tamaulipas. Playa Bagdad is located on the North shores of the State of Tamaulipas in the Laguna Madre Concession Area. Samples of weathered oil, tar balls and oil residues were also collected in La Pesca, Tamaulipas. The samples were kept and preserved by the State of Tamaulipas, and they were subsequently chemically analyzed, utilizing BP's fingerprint analysis derived from the Deepwater Horizon litigation.

5)   The samples that were obtained were an identical match to the fingerprint provided by BP in the Deepwater Horizon litigation. The Chemist has the results of 4 steps to identify a match and I hereby share the results of step one of the samples as follows:



Sample 1 and 2:

Step I. The oil is identified as a member of the South Louisiana Crude Oil family if all three of the following criteria are met:



1. The ratio of n-C17/n-C29 < 7.5,
2. The ratio of n-C17/n-C35 < 21.6, &
3. The ration of Pristant/Phytane < 1.68.

Sample 1 and 2 test results are (shown in graphics and explanation from our chemist):

It is evident that perfectly clear signals of superimposed hydrocarbons, recognized as the presence of Unresolved Complex Mixture (UMC), exist in the case of the samples labeled as the one contained within the blue gloves. The chromatographic trace shown in Figure 1d, includes lineal hydrocarbons from C-17 and beyond C-35; and permits the calculus for the required parameters to be fulfilled at first in order to be considered as potentially derived from the BP's oil spill. Based in such signals, indexes were calculated with the results indicated as follows:

Ratio   Pristant/Phytane= 0.69



2

Ratio    C17/C29= 0.56

Ratio    C17/C35= 0.38

5)  It was my understanding that I was to render an expert report on how the Deepwater Horizon oil got to Tamaulipas' Gulf of Mexico shores, using my Oceanography knowledge and Hydro-dynamic modeling, followed by real shore capture results (to prove my model). I was advised that the Judge had deferred discovery on such reports until a future date. My report is written, tested and proved and it shows the arrival of superficial oil from the Deepwater Horizon explosion from late July to November of 2010. My report also concludes that the sub-surface plumes created by the Deepwater Horizon accident reached the shores of the States of Tamaulipas and Veracruz as early as late January 2011 and continue to impact its shores and marine life.

6)  Through the MEXUS GULF Oil Contingency Plan I have traveled all of the outer Islands of the State of Tamaulipas and Veracruz. Tamaulipas has over 70 islands in the Gulf of Mexico and Veracruz has over 50 islands in the Gulf of Mexico. Quintana Roo also has islands in the Gulf of Mexico—approximatley 16 of them. Most of the islands were impacted with superficial Macondo Oil. All of the islands have been impacted by the sub-surface plumes created by the Deepwater Horizon Oil Spill. The shores of Tamaulipas, Veracruz, and Quintanta Roo along the Gulf of Mexico have already been damaged by the Macondo oil, and they will continue to be damaged by Macondo Oil for the next 10 years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 24th day of January 2013.

_____
Sergio Jimenez