# EL BRAVO

## El Periódico de Tamaulipas

BUSCA HOY
SUD-ÁFRICA 2010
SUPLEMENTO ESPECIAL
EL BRAVO

» www.elbravo.mx « 106 PÁGINAS



EFRÍN J EL BRAVO

NTRONAZO
DEL SAT

lesiohados
la mañana
ictoria; uno
hículo.

**PÁGINA 4**

eligro
negra"

lose así en un problema
pactará negativamente
ente marino y costero
o de México en su parte
particularmente las cos-
Tamaulipas, Veracruz y
he, estimándose que
efectos colaterales a
o plazo en el ecosistema
de México.

**es afectadas**

leo crudo en la super-
arina (marea negra) es
e del problema y cons-
na amenaza grave a la
en momentos críticos
na periodos repro-

### POR EL DERRAME DE PETRÓLEO EN EL GOLFO

# Demandará Tamaulipas a la British Petroleum

## Ocasiona uno de los peores desastres ecológicos

 Agencias | El Bravo
Cd. Victoria, Tamaulipas

El gobierno de Tamaulipas demanda-
rá a la empresa British Petroleum por el
derrame de petróleo en aguas profundas del Golfo de México, que ha ocasionado uno de los peores desastres ecológicos de magnitudes inimaginables por la industria petrolera en el mundo.

El gobernador Eugenio Hernández Flores afirmó que aproximadamente se derra-
man diariamente 9.5 millones de litros de petróleo en las aguas profundas del Golfo de México, por lo que para México y Tamaulipas las implicaciones podrían llegar a ser de magnitudes inimaginables, al afectar los recursos de las institucio-
nes gubernamentales, iniciativa privada, cooperativas de pesca, proyectos de inversión en el ramo hotelero, las especies en peligro de extinción, lo que en conjunto puede llegar a repre-
sentar daños por varios miles de



⬛ El gobernador Eugenio Hernández Flores anunció la demanda contra la compañía petrolera de la Gran Bretaña por daños al eco-
sistema.

millones de dólares.
Por esta razón demandamos a

la empresa British Petroleum con el fin de defender nuestros

derechos y minimizar las afecta-
ciones a la economía del estado, buscando siempre la restitución por los daños ocasionados.
Cabe destacar que el alcance de esta demanda es la de restituir al gobierno estatal y empresas particulares de todos aquellos daños y perjuicios ocasionados acumulados hasta el día de hoy y los que pudieran existir en el futuro.
"Conviene aclarar que aunque la mancha no alcance las costas mexicanas, los daños y afectacio-
nes ya se empezaron a generar, como lo son los costos de estu-
dios ambientales, de carácter preventivo y de cancelación de inversiones, entre otros aspec-
tos", mencionó el mandatario tamaulipeco.
En este sentido, el titular del Ejecutivo Estatal destacó que todos los intereses de organis-
mos gubernamentales, así como de empresas particulares, debe-
rán de ser apropiadamente sal-
vaguardados y defendidos en una óptica común de análisis y acercamien-
to ante las autoridades respectivas. ⬛

### ⬛ Desarrollo

# Hay que cerrar espacios



