(c) Copyright 2012, vLex. Todos los Derechos Reservados.
Copia exclusivamente para uso personal. Se prohibe su distribución o reproducción.



# Ley General del Equilibrio Ecológico y la Protección al Ambiente

## Última modificación 05/06/2012

Legislación Federal Actualizada
**Federal**
Publicado en: DOF
Fecha de Última Modificación: 05/06/2012

Id. vLex: VLEX-42601974
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

## Traducción Automática

**Importante:** La traducción de contenidos es realizada automáticamente por software, por lo tanto debe de ser tenida en cuenta solo como una guía, pudiendo contener errores gramaticales

## Text

**SUMMARY:**

**TITLE I** General Provisions
**CHAPTER I** Preliminary Standards
**CHAPTER II** Distribution and Coordination Skills
**CHAPTER III** Environmental Policy
**CHAPTER IV** Environmental Policy Instruments
**SECTION I** Environmental Planning
**SECTION II** Land Use Planning
**SECTION III** Economic Instruments
**SECTION IV** Environmental Regulation of Human Settlements
**SECTION V** Environmental Impact Assessment



**SECTION VI** Mexican Official Standards on Environmental
**SECTION VII** Self-Regulation and Environmental Audits
**SECTION VIII** Ecological Research and Education
**SECTION IX** Information and Surveillance
**CHAPTER V** Environmental Policy Instruments Repealed
**SECOND TITLE** Biodiversity
**CHAPTER I** Protected Natural Areas
**SECTION I** General Provisions
**SECTION II** Types and Characteristics of Natural Protected Areas
**SECTION III** Declarations for the Establishment, Management and Monitoring of Protected Natural Areas
**SECTION IV** National System of Protected Areas
**SECTION V** Establishment, administration and management of areas designated Conservation voluntarily
**CHAPTER II** Restoration Zones
**CHAPTER III** Flora and Fauna
**PART THREE** Sustainable Use of Natural Elements
**CHAPTER I** Sustainable Use of Water and Aquatic Ecosystems
**CHAPTER II** Preservation and Sustainable Use of Land and Resources
**Chapter III** of the exploration and exploitation of non-renewable resources in the Ecological Balance
**TITLE IV** Environmental Protection
**CHAPTER I** General Provisions
**CHAPTER II** Prevention and Control of Atmospheric Pollution
**CHAPTER III** Prevention and Control of Water Pollution and Aquatic Ecosystems
**CHAPTER IV** Prevention and Control of Land Contamination
**CHAPTER V** activities considered highly hazardous
**CHAPTER VI** Materials and Wastes
**CHAPTER VII** Nuclear Energy
**CHAPTER VIII** Noise, vibration, thermal and light energy, Smells and Visual Pollution
**FIFTH TITLE** Social Participation and Environmental Information
**CHAPTER I** Social Participation
**CHAPTER II** Right to Environmental Information
**SIXTH TITLE** Control Measures and Sanctions Security and
**CHAPTER I** General Provisions
**CHAPTER II** Inspection and Monitoring
**CHAPTER III** Security Measures
**CHAPTER IV** Administrative Sanctions
**CHAPTER V** Resource Review
**CHAPTER VI** Of the federal crimes
**CHAPTER VII** Popular Complaint
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**

**TRANSIENT**
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**
**TRANSIENT**


**ARTICLES:**

# TITLE I General Provisions

# CHAPTER I Preliminary Standards

ARTICLE 1

*This Law regulates the provisions of the Constitution of the United Mexican States relating to the preservation and restoration of ecological balance, as well as environmental protection in the country and the areas in which the country has His sovereignty and jurisdiction provisions are public and social interest and are intended to encourage sustainable development and establish the basis for:*

*I. - To guarantee the right of everyone to live in an environment adequate for their health and welfare;*

*II. - Defining the principles of environmental policy and the instruments for its implementation;*

*III. - The preservation, restoration and enhancement of the environment;*

*IV. - The preservation and protection of biodiversity, and the establishment and management of protected areas;*

*V. - The sustainable use, preservation and, where appropriate, restoration of soil, water and other natural resources, so that support the economic benefits and activities of the society with the preservation of ecosystems ;*

*VI. - The prevention and control of pollution of air, water and soil;*

*VII. - Ensure the responsible participation of people, individually or collectively, in the preservation and restoration of ecological balance and environmental protection;*

*VIII. - The exercise of the powers on the environment corresponds to the Federation, States, Federal District and municipalities, under the principle of competition under Article 73 fraction XXIX - G of the Constitution;*

*IX. - The establishment of coordination mechanisms, induction and coordination between authorities, between them and the social and private sectors as well as individuals and groups with social, environmental, and*

*X. - The establishment of control measures to ensure safety and compliance and enforcement of this Act and the provisions arising from it, and for the imposition of administrative sanctions and criminal sanctions*

*In all cases not provided for in this Act, the provisions contained in other laws relating to the matters regulated by this ordinance.*

Article amended DOF 12/13/1996

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

v|lex

ARTICLE 2

*Considered Utilities:*

*I. The national ecological land in the cases provided by this and other applicable laws;*

*II. - The establishment, protection and preservation of natural protected areas and areas of ecological restoration;*

Fraction reformed DOF 12/13/1996



III. - The development and implementation of actions to protect and preserve the biodiversity of the country and the areas over which the country has sovereignty and jurisdiction, as well as the use of genetic material, and

Fraction reformed DOF 12/13/1996

IV. Establishing protective buffer zones, due to the presence of activities considered risky.

V. - The development and implementation of mitigation and adaptation to climate change.


Article 2, Section V added by Decree amending and supplementing a number of provisions of the General Law of Ecological Balance and Environmental Protection, published in the Official Journal of the Federation on January 28, 2011

ARTICLE 3

*For the purposes of this Act means: I. - Environment: The set of natural and artificial or man-induced make the existence and development of human beings and other living organisms that interact in a given space and time ;*

*II. - Natural protected areas: The areas of the country and over which the country has sovereignty and jurisdiction, where the original environments have not been significantly altered by human activity or that need to be preserved and restored and are subject to the rules provided in this Act;*

*III. - Sustainable use: The use of natural resources in a way that respects the functional integrity and carrying capacities of ecosystems that are part of these resources, for indefinite periods;*

*IV. - Biodiversity: The variability among living organisms from all sources including, inter alia, terrestrial, marine and other aquatic ecosystems and the ecological complexes of which they are part, this includes diversity within species, between species and of ecosystems;*

*V. - Biotechnology: Any technological application that uses biological resources, living organisms, or derivatives thereof, to make or modify products or processes for specific use;*

*Bis V. - Climate change: Climate change is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods.*

*VI. - Pollution: The presence in the atmosphere of one or more pollutants or any combination of them to cause ecological imbalance;*

*VII. - Pollutant: Any substance or energy in all its forms and physical states, that enter or operate in the atmosphere, water, soil, flora, fauna or natural element, alter or modify its composition and natural condition;*

*VIII. - Environmental Contingency: risk, resulting from human activities or natural events which may jeopardize the integrity of one or more ecosystems;*

*IX. - Control: Inspection, monitoring and implementation of the necessary measures to comply with the provisions of this ordinance;*

*X. - Ecological criteria: The mandatory guidelines contained in this Act, to guide the*

actions of preservation and restoration of ecological balance, the sustainable use of natural resources and environmental protection, which have the character of environmental policy instruments ;

XI. - Sustainable Development: The process evaluable through criteria and indicators of environmental, economic and social, which tends to improve the quality of life and productivity of people, which is based on appropriate measures to preserve the ecological balance, environmental protection and use of natural resources, so as not to compromise the satisfaction of the needs of future generations;

XII. - Ecological Imbalance: The alteration of the interdependence between the elements that make up the environment that adversely affects the existence, transformation and development of man and other living beings;

XIII. - Ecosystem: The basic functional unit of living organisms interacting among themselves and between them and the environment in a given space and time;

XIV. - Ecological balance: The relationship of interdependence between the elements of the environment that makes the existence, transformation and development of man and other living beings;

XV. - Natural Element: The physical, chemical and biological processes that occur in a given time and space without the induction of man;

XVI. - Emergency Ecological Situation result of human activities or natural events that severely affect its elements endangering one or more ecosystems;

XVII. - Issue: environmental release of any substance, in any of its physical states, or any type of energy from a source.

XVIII. - Wildlife: Animal species that remain subject to the processes of natural selection and develop freely, including their smaller populations that are under the control of man and domestic animals from becoming wild abandonment and therefore are subject to capture and appropriation;

XIX. - Wild Plants: Plant species and fungi, which remain subject to the processes of natural selection and develop freely, including stocks or specimens of these species that are under human control;

XX. - Environmental Impact: Modification of the environment caused by human activity or nature;

XXI. - Environmental Impact Manifestation: The document through which disclosed, based on studies, environmental impact, and potential to generate significant a work or activity and how to avoid or mitigate it should be negative;

XXII. - Genetic material: Any material of plant, animal, microbial or other, containing

*functional units of heredity;*

*XXIII. - Material dangerous elements, substances, compounds, residues or mixtures of them, regardless of their physical condition, poses a risk to the environment, health or natural resources for their corrosive, reactive, explosive, toxic, biológicoinfecciosas flammable;*

*XXIV. - Ecological Management: The environmental policy instrument aimed at regulating or inducing land use and production activities in order to achieve environmental protection and the preservation and sustainable use of natural resources, from analysis of trends and potential impairment of use of them;*

*XXV. - Preservation: The set of policies and measures to keep the conditions favoring the evolution and continuity of ecosystems and natural habitats and conserve viable populations of species in their natural environments and biodiversity components outside their habitat natural*

*XXVI. - Prevention: The set of rules and steps in advance to prevent damage to the environment;*

*XXVII. - Protection: The set of policies and measures to improve the environment and control its deterioration;*

*XXVIII. - Biological resources: Genetic resources, organisms or parts thereof, populations, or any other biotic component of ecosystems with actual or value or potential for humans;*

*XXIX. - Genetic Resources: All genetic material, with actual or potential value that comes from plant, animal, microbial, or any other type, containing functional units of heredity, existing in the country and in areas where the nation exercises sovereignty and jurisdiction;*

Fraction reformed DOF 04/01/2010

XXX. - Natural Resources: The natural element that could be exploited for the benefit of man;

XXXI. - Ecoregion: The unity of the country that shares common ecological characteristics;

XXXII. - Waste: Any material generated in the processes of extraction, beneficiation, processing, production, consumption, use, control or treatment of inadequate quality for use again in the process that produced it;

XXXIII. - Hazardous waste: All those wastes, in any physical state, which by its corrosive, reactive, explosive, toxic, flammable or biological-infectious, posing a threat to the ecological balance or the environment;

XXXIV. - Restoration: A set of activities aimed at the recovery and restoration of the conditions conducive to the development and continuity of natural processes;

XXXXV. Ministry: The Ministry of Environment and Natural Resources.


Fraction amended by the Decree Various federal laws are reformed, in order to update all those articles that refer to the Secretaries of State whose name was amended and the Government of the Federal District in the leading, and remove the reference to administrative departments that are no longer valid, published in the Official Journal of the Federation on April 9, 2012.



XXXVI. Environmental services: the tangible and intangible benefits generated by ecosystems, necessary for the survival of natural and biological system as a whole, and to provide benefits to humans;


Fraction XXXVI added by Decree amending and supplementing a number of provisions of the General Law of Ecological Balance and Environmental Protection and the General Law for Sustainable Forest Development, published in the Official Journal of the Federation on June 4 2012

XXXVII. Natural vocation: Conditions presenting an ecosystem to support one or more activities without causing ecological imbalances, and

Fraction reformed DOF 01/07/2000



XXXVIII. Environmental Education: training process for all of society, both at school and in-school level, to facilitate integrated perception of the environment in order to achieve more rational behavior in favor of social development and the environment. Environmental education involves the assimilation of knowledge, values formation, skills development and behavior in order to ensure the preservation of life.

Fraction added DOF 01/07/2000

XXXIX. Zoning: The planning technical tool that can be used in the establishment of protected areas, which can sort its territory according to the degree of conservation and representativeness of ecosystems, natural vocation of the land, its current use and potential in accordance with the targets arranged in the same declaration. Also, there will subzoning, which is the technical instrument and dynamic planning, to be established in the respective management program, which is used in the management of protected areas, in order to sort detail core areas and buffer, previously established by the corresponding declaration.

Fraction added DOF 23/02/2005

Article amended DOF 12/13/1996

Article 3, Section V bis added by Decree amending and supplementing a number of provisions of the General Law of Ecological Balance and Environmental Protection, published in the Official Journal of the Federation on January 28, 2011

Article 3, Section XVII added, subsequent recorriéndose, by Decree XVII fraction is added to Article 3 of the General Law of Ecological Balance and Environmental Protection, published in the Official Journal of the Federation on January 28 , 2011

# CHAPTER II Distribution and Coordination Skills

Chapter Reformed Denomination DOF 13/12/1996



ARTICLE 4

*The Federation, States, Federal District and municipalities exercise their powers in the preservation and restoration of ecological balance and environmental protection in accordance with the distribution of powers laid down in this Law and other legal*

*The distribution of responsibility for regulating the sustainable use, protection and conservation of forest resources and soil, will be determined by the General Law for Sustainable Forest Development*

Paragraph added DOF 25/02/2003

Article amended DOF 12/13/1996

ARTICLE 5

*The powers of the Federation:*

*I. - The formulation and conduct of national environmental policy;*

*II. - The application of environmental policy instruments under this Act, in the terms set out therein, as well as regulating the actions for the preservation and restoration of ecological balance and environmental protection are made on goods and areas of federal jurisdiction;*

*III. - The care of matters affecting the ecological balance in the country or in areas subject to the sovereignty and jurisdiction of the nation, originating in the territory or area under the sovereignty or jurisdiction of other States or areas that are beyond the jurisdiction of any State;*

*IV. - The care of the issues that originated in the country or areas subject to the sovereignty or jurisdiction of the nation affect the ecological balance of the area or areas under the sovereignty or jurisdiction of other States or areas that are beyond the jurisdiction of any State;*

*V. - The issuance of the official Mexican standards and compliance monitoring in the matters covered by this Act;*

*VI. - The regulation and control of activities considered highly risky, and the generation, handling and disposal of hazardous materials and wastes to the environment or ecosystems, as well as for the preservation of natural resources, in accordance with this Act, other applicable laws and regulations;*

*VII. - Participation in the prevention and control of environmental emergencies and contingencies, subject to the policies and programs of civil protection established for that purpose;*

*VIII. - The establishment, regulation, management and monitoring of protected areas under federal jurisdiction;*

*IX. - The formulation, implementation and evaluation of programs of ecological general land and marine ecological programs referred to in Article 19a of this Act;*

*X. - The environmental impact assessment of the works or activities referred to in Article 28 of this Act and, where appropriate, issuance of authorizations; XI. Regulation of sustainable use, protection and preservation of national waters*

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

*biodiversity, wildlife and other natural resources within its jurisdiction.*

Fraction reformed DOF 25/02/2003

XII. - The regulation of air pollution, from all kinds of sources of emissions, as well as prevention and control in areas or in case of stationary and mobile sources of federal jurisdiction;

XIII. - Promoting the application of technologies, equipment and processes that reduce emissions and discharges of pollutants from any source, in coordination with the authorities of the States, the Federal District and the municipalities, and the establishment of provisions to be observed for the sustainable use of energy;

XIV. - The regulation of activities related to the exploration, exploitation and processing of minerals, and other substances that subsoil resources belong to the nation, in terms of the impact that such activities may generate on the ecological balance and the environment ;

XV. - The regulation of the prevention of environmental pollution caused by noise, vibration, heat, light, electromagnetic radiation and harmful odors to the ecological balance and the environment;

XVI. - Promoting society participation in environmental matters in accordance with the provisions of this Act;

XVII. - The integration of the National System of Environmental and Natural Resources and made available to the public in terms of this Act;

XVIII. - The issuance of recommendations to federal, state and municipal, in order to promote compliance with environmental legislation;

XIX. - The monitoring and advocacy in the field of competition, compliance with this Act and other statutes that derived from it; XX. - The care of matters affecting the ecological balance of two or more states;

XXI. - The development and implementation of mitigation and adaptation to climate change, and

XXII. - Other than this Act or other laws confer on the Federation

Article amended DOF 12/13/1996

Article 5, section XXI added, subsequent touring, by the Decree amending and supplementing a number of provisions of the General Law of Ecological Balance and Environmental Protection, published in the Official Journal of the Federation on January 28, 2011

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

ARTICLE 6

*The powers that this Act gives the Federation shall be exercised by the Executive Branch through the Secretariat and, where appropriate, it may work with the Secretaries of Defense and the Navy when the nature and severity of the problem so determine, except those that relate directly to the President of the Republic by express provision of the Act*

Paragraph refurbished DOF 23/05/2006

Where, by reason of the matter and in accordance with the Organic Law of Federal Public Administration or other applicable laws, requiring the intervention of other agencies, the Secretariat shall be performed in coordination with the same

The agencies of the Federal Government to exercise powers conferred upon them other legal provisions which relate to the purpose of this Act, exercise to adjust their criteria to preserve the ecological balance, sustainably exploit natural resources and protect the environment included therein and to the provisions of the regulations, official Mexican standards, programs of ecological and other regulations that just derived.

Article amended DOF 12/13/1996

ARTICLE 7

Correspond to the states, in accordance with the provisions of this Act and local laws on the subject, the following powers: I. - The formulation, management and evaluation of state environmental policy;

II. - The application of environmental policy instruments under local laws on the matter, and the preservation and restoration of ecological balance and environmental protection is made on goods and areas of state jurisdiction in matters not expressly assigned to the Federation;

III. - The prevention and control of air pollution from stationary sources such as industrial establishments operating as well as mobile sources, that under the provisions of this*Law does not fall under federal jurisdiction;* IV. - The regulation of activities that are not considered highly risky for the environment, in accordance with Article 149 of this Act;

V. - The establishment, regulation, management and monitoring of protected areas under local law, with the participation of municipal governments;

VI. - The regulation of collection systems, transportation, storage, handling, treatment and disposal of solid and industrial wastes that are not considered hazardous under the provisions of Article 137 of this Law;

VII. - The prevention and control of pollution caused by the emission of noise, vibration, heat, light, electromagnetic radiation and harmful odors ecological balance or the environment from stationary sources such as industrial establishments operating and, where appropriate, mobile sources under the provisions of this *Act does not fall under federal jurisdiction;* VIII. - The regulation of sustainable use and the prevention and control of pollution of state jurisdiction, as well as national waters vested;

IX. - The formulation, adoption and implementation of programs for ecological land referred to in Article 20 BIS 2 of this Act, with the participation of the respective municipalities;

X. - The prevention and control of pollution from the use of substances not reserved to the Federation, which constitute deposits similar in nature to the components of the earth, such as rocks or decomposition products may only be used for the manufacture of building materials or ornament of works;

XI. - The care of matters affecting the ecological balance or the environment of two or

*more municipalities;*

*XII. - Participation in environmental emergencies and contingencies, subject to the policies and programs of civil protection established for that purpose;*

*XIII. - The enforcement of the official Mexican standards issued by the Federation on matters and assumptions referred to in sections III, VI and VII of this article;*

*XIV. - The state policy conduct and dissemination of information on environmental matters;*

*XV. - Promoting society participation in environmental matters in accordance with the provisions of this Act;*

*XVI. - The environmental impact assessment of projects or activities that are not expressly reserved to the Federation, by this Act and, where appropriate, issuance of authorizations, in accordance with the provisions of Article 35a 2 of this Act; XVII. - The exercise of the functions in the preservation of ecological balance and environmental protection should transfer the Federation, as provided in Article 11 of this law;*

*XVIII. - The formulation, implementation and evaluation of the state's environmental protection;*

*XIX. - Issuing recommendations to the competent authorities on environmental matters in order to promote compliance with environmental legislation;*

*XX. - Coordinated care with the Federation of matters affecting the ecological balance of two or more states, as they deem appropriate the respective federal states, and*

*XX. - Coordinated care with the Federation of matters affecting the ecological balance of two or more states, as they deem appropriate the respective federal states;*

*XXI. - The development and implementation of mitigation and adaptation to climate change, and*

*XXII. - The care of other matters related to the preservation of ecological balance and environmental protection granted this Act or other regulations thereunder that are not expressly granted to the Federation*

Article amended DOF 12/13/1996

Article 7, section XXI added, subsequent touring, by the Decree amending and supplementing a number of provisions of the General Law of Ecological Balance and Environmental Protection, published in the Official Journal of the Federation on January

28, 2011

ARTICLE 8

*Correspond to the municipalities, in accordance with the provisions of this Act and local laws on the subject, the following powers: I. - The formulation, management and evaluation of municipal environmental policy;*

*II. - The application of environmental policy instruments under local laws on the subject and the preservation and restoration of ecological balance and environmental protection expenditures and areas of municipal jurisdiction in matters not expressly attributed to Federation or the States;*

*III. - The implementation of the legal provisions on the prevention and control of air pollution from stationary sources operating as commercial or service establishments, as well as emissions of air pollutants from mobile sources that are not considered federal jurisdiction, involving that under applicable state law to the state government;*

*IV. - The implementation of the legal provisions relating to the prevention and control of the effects on the environment caused by the generation, transportation, storage, handling, treatment and disposal of solid and industrial wastes that are not considered hazardous, of as provided by Article 137 of this Act;*

*V. - The creation and management of ecological preservation areas to population centers, urban parks, public gardens and other similar areas provided by local law;*

*VI. - The implementation of the legal provisions relating to the prevention and control of noise pollution, vibration, thermal, electromagnetic radiation and light and smells harmful to the ecological balance and the environment from stationary sources operating as commercial establishments or services and the enforcement of the provisions, if any, may be applicable to mobile sources except that under this Act are considered federal jurisdiction; VII. - The implementation of the legal provisions of prevention and control of water pollution that is discharged into the sewer systems of population centers and national waters vested with the participation that under local law applicable to the subject State governments;*

*VIII. - The formulation and issuance of local ecological programs of the territory referred to in Article 20 BIS 4 of this Act, in the terms provided therein, and the control and monitoring of the use and change of use ground, established in these programs;*

*IX. - The preservation and restoration of ecological balance and environmental protection in the population centers, in relation to the effects of sewage services, clean, markets, supply centers, cemeteries, trails, transit and local transportation,*

long as these are not powers granted to the Federation or the States in this Act;

*X. - The participation in addressing issues affecting the ecological balance of two or more municipalities and environmental effects in generating its territorial;*

*XI. - Participation in environmental emergencies and contingencies in accordance with the policies and programs of civil protection established for that purpose;*

*XII. - The enforcement of the official Mexican standards issued by the Federation on matters and cases coming under Sections III, IV, VI and VII of this article;*

*XIII. - The formulation and conduct of municipal policy and dissemination of information on environmental matters;*

*XIV. - The participation in the environmental impact assessment of projects or activities at the state, when they are made in the area of its territorial;*

*XV. - The formulation, implementation and evaluation of the municipal environmental protection, and*

*XV. - The formulation, implementation and evaluation of the municipal environmental protection;*

*XVI. - The development and implementation of mitigation and adaptation to climate change, and*

*XVII. - The care of other matters related to the preservation of ecological balance and environmental protection granted this Act or other regulations thereunder that are not expressly granted to the Federation or the United*

Article amended DOF 12/13/1996

Article 8, Section XVI added, subsequent touring, by the Decree amending and supplementing a number of provisions of the General Law of Ecological Balance and Environmental Protection, published in the Official Journal of the Federation on January 28, 2011

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974



ARTICLE 9


*Correspond to the Government of the Federal District, in the preservation of ecological balance and environmental protection in accordance with the laws issued by the Federal District Legislative Assembly, the powers referred to in Articles 7 and 8 of this Act*


Article amended DOF 12/13/1996



ARTICLE 10

*The Conference of the States, in accordance with their respective Constitutions and*

*Legislative Assembly of the Federal District, issued the necessary legal provisions to regulate matters within its jurisdiction under this Act Municipalities, in turn, dictate the sides of police and good government, regulations, circulars and administrative provisions that apply so that in their respective constituencies, on the expected order of this.*

*In exercising its powers, the States, the Federal District and the municipalities shall observe the provisions of this Law and those derived from it*

Article amended DOF 12/13/1996

ARTICLE 11

The Federation, through the Secretariat, may enter into agreements or arrangements for coordination, in order that the governments of Mexico and the States, with the involvement, if any, of its municipalities, assume the following powers, in within its territorial jurisdiction:

I. The management and monitoring of protected areas under federal jurisdiction, as provided in the respective management program and other provisions of this ordinance;

II. Control of hazardous waste considered a low hazard under the provisions of this ordinance;

III. The environmental impact assessment of the works or activities referred to in Article 28 of this Act and, where applicable, the issuance of the appropriate permits, except for works or activities: a) Construction of water and roads general communication, pipelines, and pipelines carboducts,

b) Petroleum, petrochemical, cement, steel and electrical

c) Exploration, exploitation and processing of minerals and substances reserved to the Federation under the terms of the Mining Laws and Implementing Article 27 of the Constitution in the nuclear,

d) Facilities for treatment, containment or removal of hazardous waste and radioactive waste

e) Forest operations in tropical forests and species difficult to regenerate,

f) Changes in land use of forest areas and in jungles and arid,

g) Real estate developments that affect coastal ecosystems,

h) Works and activities in wetlands, mangroves, lagoons, rivers, lakes and estuaries connected with the sea and its shores or federal areas, and

i) Works in protected natural areas of competence of the Federation and activities which by their nature can cause serious ecological imbalances, as well as activities that endanger the ecosystem.

IV. The protection and preservation of soil, flora and fauna, land and forest resources;

V. Control actions for the protection, preservation and restoration of ecological balance and environmental protection in the Federal Maritime Zone and in the federal water bodies considered national

VI. The prevention and control of pollution of the atmosphere from stationary and mobile sources of federal jurisdiction and, where appropriate, issuance of authorizations;

VII. The prevention and control of environmental pollution caused by noise, vibration, heat, light, electromagnetic radiation and harmful odors ecological balance and the environment from stationary and mobile sources under federal jurisdiction and, where appropriate, to issue relevant authorizations;

VIII. Conducting operational actions designed to meet the purposes specified in this order, or

IX. Inspection and enforcement of this Act and other provisions derived therefrom

Such powers shall be exercised in accordance with this Act and other applicable federal regulations, as well as those arising thereof

Against acts emitting Federal District governments or States and, where appropriate, of its municipalities, in exercise of the powers to assume under this provision with respect to individuals, and resources shall defenses under Chapter V of Title VI of this Act

Article amended DOF 12/13/1996, 31/12/2001

ARTICLE 12

For purposes of the preceding article, the coordination agreements or arrangements entered into by the Federation, through the Secretariat, with the governments of Mexico and the States, with the involvement, if any, of its municipalities, must be subject to the following bases:

I. Be held at the request of a state, when it has the necessary resources, trained personnel, material and financial resources, and the specific institutional structure for the development of the powers and assume that such effects requires federal authority . These requirements depend on the type of agreement or arrangement to sign and abilities will be evaluated in conjunction with the Secretariat.

The requirements established by the Secretariat and evaluations conducted to determine the capabilities of the federal entity, to be published in the Official Journal of the Federation and in the official gazette or newspaper of the respective state, prior to the conclusion of the agreements or coordination;

II. Accurately establish its purpose and the materials and powers to be assumed and must be consistent with the objectives of the instruments of national development planning and national environmental policy;

III. Determine the participation and responsibility that corresponds to each of the parties and the goods and resources provided by them, specifying their intended and direction. Also specify what kind of colleges can take immediately to sign the agreement or arrangement and which shaped back.

IV. Establish the organ or organs that carry out actions resulting from agreements or coordination arrangements, including assessment, as well as the schedule of activities to be performed;

V. Define reporting mechanisms that are required, so that the signatory parties to ensure compliance with its object;

VI. Specify the term of the instrument, its forms of modification and termination and, if applicable, the number and duration of its extensions;

VII. Contain the technical annexes necessary to detail the commitments;

VIII. Other provisions that the parties consider necessary for the proper performance of the contract or agreement of coordination;

IX. For purposes in granting licenses or permits in environmental impact

corresponding to Distrito Federal, State, or where applicable, the municipalities, should follow the same procedures set forth in Section V of this Act, in addition to the establish the laws and regulations applicable local;

X. In the case of the Conventions on Environmental Impact Assessments, the procedures established entities shall be as stipulated in the Regulations under this ordinance Responsible Environmental Impact Assessment, and be authorized by the Secretariat and published in the Official Federal Official Gazette and in the official newspaper or the respective state, prior to the entry into force of the agreement or coordination agreement

Corresponds to the Secretariat to assess the fulfillment of the commitments made in the coordination agreements or arrangements referred to this article.

The coordination agreements or arrangements referred to in this Article, as amended, and its termination agreement, to be published in the Official Journal of the Federation and in the official gazette or newspaper of the respective state.

Article amended DOF 12/13/1996, 31/12/2001

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

ARTICLE 13

*States may conclude among themselves and with the government of the Federal District, where appropriate, agreements or administrative coordination and collaboration in order to address and solve common environmental problems and exercise their powers through the instances determine the effect , based on the provisions of local laws that may apply. May exercise the same powers as municipalities each other, although they belong to different states, in accordance with such laws establish.*

Article amended DOF 12/13/1996



ARTICLE 14

*The agencies and entities of the Public Administration will coordinate with the Secretariat to carry out the necessary actions when there is danger to the ecological balance of an area or region of the country, as a result of disasters caused by natural phenomena, or by accident or force majeure.*

Article amended DOF 12/13/1996

ARTICLE 15

*For the formulation and conduct of environmental policy and issuance of official Mexican standards and other instruments under this Act, in the preservation and restoration of ecological balance and environmental protection, the Federal Executive shall observe the following principles:*

*I. - Ecosystems are the common heritage of the company and its balance and life depend productive possibilities of the country;*

*II. - Ecosystems and their components must be exploited so as to ensure optimum productivity and sustained support your balance and integrity;*

*III. - Authorities and individuals must take responsibility for the protection of ecological balance;*

*IV. - Whoever performs works or activities affecting or likely to affect the environment, is bound to prevent, minimize or repair damage they cause, and to assume the costs that this entails involvement. Also, who should be encouraged to protect the environment, promote or perform actions to mitigate and adapt to climate change and sustainably exploit natural resources;*

Fraction IV amended by the Decree reforming the Section IV of Article 15 of the General Law of Ecological Balance and Environmental Protection, published in the Official Journal of the Federation on April 24, 2012



V. - The responsibility for the ecological balance, including both current conditions as those which determine the quality of life of future generations;

# Texto

**SUMARIO:**

TÍTULO PRIMERO Disposiciones Generales
    CAPÍTULO I Normas Preliminares
    CAPÍTULO II Distribución de Competencias y Coordinación
    CAPÍTULO III Política Ambiental
    CAPÍTULO IV Instrumentos de la Política Ambiental
        SECCIÓN I Planeación Ambiental
        SECCIÓN II Ordenamiento Ecológico del Territorio
        SECCIÓN III Instrumentos Económicos
        SECCIÓN IV Regulación Ambiental de los Asentamientos Humanos
        SECCIÓN V Evaluación del Impacto Ambiental
        SECCIÓN VI Normas Oficiales Mexicanas en Materia Ambiental
        SECCIÓN VII Autorregulación y Auditorías Ambientales
        SECCIÓN VIII Investigación y Educación Ecológicas
        SECCIÓN IX Información y Vigilancia
    CAPÍTULO V Instrumentos de la Política Ecológica Se deroga
TÍTULO SEGUNDO Biodiversidad
    CAPÍTULO I Áreas Naturales Protegidas
        SECCIÓN I Disposiciones Generales
        SECCIÓN II Tipos y Características de las Áreas Naturales Protegidas
        SECCIÓN III Declaratorias para el Establecimiento, Administración y Vigilancia de Áreas Naturales Protegidas
        SECCIÓN IV Sistema Nacional de Áreas Naturales Protegidas
        SECCIÓN V Establecimiento, Administración y Manejo de Áreas Destinadas Voluntariamente a la Conservación
    CAPÍTULO II Zonas de Restauración
    CAPÍTULO III Flora y Fauna Silvestre
TÍTULO TERCERO Aprovechamiento Sustentable de los Elementos Naturales
    CAPÍTULO I Aprovechamiento Sustentable del Agua y los Ecosistemas Acuáticos
    CAPÍTULO II Preservación y Aprovechamiento Sustentable del Suelo y sus Recursos
    CAPÍTULO III De la Exploración y Explotación de los Recursos no Renovables en el Equilibrio Ecológico
TÍTULO CUARTO Protección al Ambiente
    CAPÍTULO I Disposiciones Generales
    CAPÍTULO II Prevención y Control de la Contaminación de la Atmósfera
    CAPÍTULO III Prevención y Control de la Contaminación del Agua y de los Ecosistemas Acuáticos


CAPÍTULO IV Prevención y Control de la Contaminación del Suelo
CAPÍTULO V Actividades Consideradas como Altamente Riesgosas
CAPÍTULO VI Materiales y Residuos Peligrosos
CAPÍTULO VII Energía Nuclear
CAPÍTULO VIII Ruido, Vibraciones, Energía Térmica y Lumínica, Olores y Contaminación Visual
TÍTULO QUINTO Participación Social e Información Ambiental
CAPÍTULO I Participación Social
CAPÍTULO II Derecho a la Información Ambiental
TÍTULO SEXTO Medidas de Control y de Seguridad y Sanciones
CAPÍTULO I Disposiciones Generales
CAPÍTULO II Inspección y Vigilancia
CAPÍTULO III Medidas de Seguridad
CAPÍTULO IV Sanciones Administrativas
CAPÍTULO V Recurso de Revisión
CAPÍTULO VI De los Delitos del Orden Federal
CAPÍTULO VII Denuncia Popular
TRANSITORIOS
TRANSITORIO
TRANSITORIOS
TRANSITORIO
TRANSITORIOS
TRANSITORIO
TRANSITORIO
TRANSITORIOS
TRANSITORIOS
TRANSITORIOS
TRANSITORIO
TRANSITORIO

**ARTICULADO:**

TÍTULO PRIMERO Disposiciones Generales

CAPÍTULO I Normas Preliminares

ARTÍCULO 1

La presente Ley es reglamentaria de las disposiciones de la Constitución Política de los Estados Unidos Mexicanos que se refieren a la preservación y restauración del



equilibrio ecológico, así como a la protección al ambiente, en el territorio nacional y las zonas sobre las que la nación ejerce su soberanía y jurisdicción Sus disposiciones son de orden público e interés social y tienen por objeto propiciar el desarrollo sustentable y establecer las bases para:

I.- Garantizar el derecho de toda persona a vivir en un medio ambiente adecuado para su desarrollo, salud y bienestar;

II.- Definir los principios de la política ambiental y los instrumentos para su aplicación;

III.- La preservación, la restauración y el mejoramiento del ambiente;

IV.- La preservación y protección de la biodiversidad, así como el establecimiento y administración de las áreas naturales protegidas;

V.- El aprovechamiento sustentable, la preservación y, en su caso, la restauración del suelo, el agua y los demás recursos naturales, de manera que sean compatibles la obtención de beneficios económicos y las actividades de la sociedad con la preservación de los ecosistemas;

VI.- La prevención y el control de la contaminación del aire, agua y suelo;

VII.- Garantizar la participación corresponsable de las personas, en forma individual o colectiva, en la preservación y restauración del equilibrio ecológico y la protección al ambiente;

VIII.- El ejercicio de las atribuciones que en materia ambiental corresponde a la Federación, los Estados, el Distrito Federal y los Municipios, bajo el principio de concurrencia previsto en el artículo 73 fracción XXIX - G de la Constitución;

IX.- El establecimiento de los mecanismos de coordinación, inducción y concertación entre autoridades, entre éstas y los sectores social y privado, así como con personas y grupos sociales, en materia ambiental, y

X.- El establecimiento de medidas de control y de seguridad para garantizar el cumplimiento y la aplicación de esta Ley y de las disposiciones que de ella se deriven, así como para la imposición de las sanciones administrativas y penales que correspondan

En todo lo no previsto en la presente Ley, se aplicarán las disposiciones contenidas en otras leyes relacionadas con las materias que regula este ordenamiento.

Artículo reformado DOF 13-12-1996


ARTÍCULO 2

Se consideran de utilidad pública:

I. El ordenamiento ecológico del territorio nacional en los casos previstos por ésta y las demás leyes aplicables;

II.- El establecimiento, protección y preservación de las áreas naturales protegidas y de las zonas de restauración ecológica;

Fracción reformada DOF 13-12-1996

III.- La formulación y ejecución de acciones de protección y preservación de la biodiversidad del territorio nacional y las zonas sobre las que la nación ejerce su soberanía y jurisdicción, así como el aprovechamiento de material genético; y

Fracción reformada DOF 13-12-1996

IV. El establecimiento de zonas intermedias de salvaguardia, con motivo de la presencia de actividades consideradas como riesgosas.

V.- La formulación y ejecución de acciones de mitigación y adaptación al cambio climático.

Artículo 2, fracción V adicionada por el Decreto por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 28 de Enero de 2011

ARTÍCULO 3

Para los efectos de esta Ley se entiende por:I.- Ambiente: El conjunto de elementos naturales y artificiales o inducidos por el hombre que hacen posible la existencia y desarrollo de los seres humanos y demás organismos vivos que interactúan en un espacio y tiempo determinados;

II.- Áreas naturales protegidas: Las zonas del territorio nacional y aquéllas sobre las que la nación ejerce su soberanía y jurisdicción, en donde los ambientes originales no han sido significativamente alterados por la actividad del ser humano o que requieren ser preservadas y restauradas y están sujetas al régimen previsto en la presente Ley;

III.- Aprovechamiento sustentable: La utilización de los recursos naturales en forma que se respete la integridad funcional y las capacidades de carga de los ecosistemas

de los que forman parte dichos recursos, por periodos indefinidos;

IV.- Biodiversidad: La variabilidad de organismos vivos de cualquier fuente, incluidos, entre otros, los ecosistemas terrestres, marinos y otros ecosistemas acuáticos y los complejos ecológicos de los que forman parte; comprende la diversidad dentro de cada especie, entre las especies y de los ecosistemas;

V.- Biotecnología: Toda aplicación tecnológica que utilice recursos biológicos, organismos vivos o sus derivados para la creación o modificación de productos o procesos para usos específicos;

V Bis.- Cambio climático: Cambio de clima atribuido directa o indirectamente a la actividad humana que altera la composición de la atmósfera mundial y que se suma a la variabilidad natural del clima observada durante periodos de tiempos comparables.

VI.- Contaminación: La presencia en el ambiente de uno o más contaminantes o de cualquier combinación de ellos que cause desequilibrio ecológico;

VII.- Contaminante: Toda materia o energía en cualesquiera de sus estados físicos y formas, que al incorporarse o actuar en la atmósfera, agua, suelo, flora, fauna o cualquier elemento natural, altere o modifique su composición y condición natural;

VIII.- Contingencia ambiental: Situación de riesgo, derivada de actividades humanas o fenómenos naturales, que puede poner en peligro la integridad de uno o varios ecosistemas;

IX.- Control: Inspección, vigilancia y aplicación de las medidas necesarias para el cumplimiento de las disposiciones establecidas en este ordenamiento;

X.- Criterios ecológicos: Los lineamientos obligatorios contenidos en la presente Ley, para orientar las acciones de preservación y restauración del equilibrio ecológico, el aprovechamiento sustentable de los recursos naturales y la protección al ambiente, que tendrán el carácter de instrumentos de la política ambiental;

XI.- Desarrollo Sustentable: El proceso evaluable mediante criterios e indicadores del carácter ambiental, económico y social que tiende a mejorar la calidad de vida y la productividad de las personas, que se funda en medidas apropiadas de preservación del equilibrio ecológico, protección del ambiente y aprovechamiento de recursos naturales, de manera que no se comprometa la satisfacción de las necesidades de las generaciones futuras;

XII.- Desequilibrio ecológico: La alteración de las relaciones de interdependencia entre los elementos naturales que conforman el ambiente, que afecta negativamente la existencia, transformación y desarrollo del hombre y demás seres vivos;

XIII.- Ecosistema: La unidad funcional básica de interacción de los organismos vivos entre sí y de éstos con el ambiente, en un espacio y tiempo determinados;

XIV.- Equilibrio ecológico: La relación de interdependencia entre los elementos que conforman el ambiente que hace posible la existencia, transformación y desarrollo del hombre y demás seres vivos;

XV.- Elemento natural: Los elementos físicos, químicos y biológicos que se presentan en un tiempo y espacio determinado sin la inducción del hombre;

XVI.- Emergencia ecológica: Situación derivada de actividades humanas o fenómenos naturales que al afectar severamente a sus elementos, pone en peligro a uno o varios ecosistemas;

XVII.- Emisión: Liberación al ambiente de toda sustancia, en cualquiera de sus estados físicos, o cualquier tipo de energía, proveniente de una fuente.

XVIII.- Fauna silvestre: Las especies animales que subsisten sujetas a los procesos de selección natural y que se desarrollan libremente, incluyendo sus poblaciones menores que se encuentran bajo control del hombre, así como los animales domésticos que por abandono se tornen salvajes y por ello sean susceptibles de captura y apropiación;

XIX.- Flora silvestre: Las especies vegetales así como los hongos, que subsisten sujetas a los procesos de selección natural y que se desarrollan libremente, incluyendo las poblaciones o especímenes de estas especies que se encuentran bajo control del hombre;

XX.- Impacto ambiental: Modificación del ambiente ocasionada por la acción del hombre o de la naturaleza;

XXI.- Manifestación del impacto ambiental: El documento mediante el cual se da a conocer, con base en estudios, el impacto ambiental, significativo y potencial que generaría una obra o actividad, así como la forma de evitarlo o atenuarlo en caso de que sea negativo;

XXII.- Material genético: Todo material de origen vegetal, animal, microbiano o de otro tipo, que contenga unidades funcionales de herencia;

XXIII.- Material peligroso: Elementos, substancias, compuestos, residuos o mezclas de ellos que, independientemente de su estado físico, represente un riesgo para el ambiente, la salud o los recursos naturales, por sus características corrosivas, reactivas, explosivas, tóxicas, inflamables o biológicoinfecciosas;

XXIV.- Ordenamiento ecológico: El instrumento de política ambiental cuyo objeto es regular o inducir el uso del suelo y las actividades productivas, con el fin de lograr la protección del medio ambiente y la preservación y el aprovechamiento sustentable de los recursos naturales, a partir del análisis de las tendencias de deterioro y las potencialidades de aprovechamiento de los mismos;

XXV.- Preservación: El conjunto de políticas y medidas para mantener las condiciones que propicien la evolución y continuidad de los ecosistemas y hábitat naturales, así como conservar las poblaciones viables de especies en sus entornos naturales y los componentes de la biodiversidad fuera de sus hábitat naturales;

XXVI.- Prevención: El conjunto de disposiciones y medidas anticipadas para evitar el deterioro del ambiente;

XXVII.- Protección: El conjunto de políticas y medidas para mejorar el ambiente y controlar su deterioro;

XXVIII.- Recursos biológicos: Los recursos genéticos, los organismos o partes de ellos, las poblaciones, o cualquier otro componente biótico de los ecosistemas con valor o utilidad real o potencial para el ser humano;

XXIX.- Recursos Genéticos: Todo material genético, con valor real o potencial que provenga de origen vegetal, animal, microbiano, o de cualquier otro tipo y que contenga unidades funcionales de la herencia, existentes en el territorio nacional y en las zonas donde la nación ejerce soberanía y jurisdicción;

Fracción reformada DOF 01-04-2010

XXX.- Recurso natural: El elemento natural susceptible de ser aprovechado en beneficio del hombre;

XXXI.- Región ecológica: La unidad del territorio nacional que comparte características ecológicas comunes;

XXXII.- Residuo: Cualquier material generado en los procesos de extracción, beneficio, transformación, producción, consumo, utilización, control o tratamiento cuya calidad no permita usarlo nuevamente en el proceso que lo generó;

XXXIII.- Residuos peligrosos: Todos aquellos residuos, en cualquier estado físico, que por sus características corrosivas, reactivas, explosivas, tóxicas, inflamables o biológico-infecciosas, representen un peligro para el equilibrio ecológico o el ambiente;

XXXIV.- Restauración: Conjunto de actividades tendientes a la recuperación y restablecimiento de las condiciones que propician la evolución y continuidad de los procesos naturales;

XXXXV. Secretaría: La Secretaría de Medio Ambiente y Recursos Naturales.

Fracción reformada por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las



Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.

XXXVI. Servicios ambientales: los beneficios tangibles e intangibles, generados por los ecosistemas, necesarios para la supervivencia del sistema natural y biológico en su conjunto, y para que proporcionen beneficios al ser humano;

Fracción XXXVI adicionada por el Decreto por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente y de la Ley General de Desarrollo Forestal Sustentable, publicado en el Diario Oficial de la Federación el 4 de Junio de 2012
XXXVII. Vocación natural: Condiciones que presenta un ecosistema para sostener una o varias actividades sin que se produzcan desequilibrios ecológicos, y

Fracción reformada DOF 07-01-2000

XXXVIII. Educación Ambiental: Proceso de formación dirigido a toda la sociedad, tanto en el ámbito escolar como en el ámbito extraescolar, para facilitar la percepción integrada del ambiente a fin de lograr conductas más racionales a favor del desarrollo social y del ambiente. La educación ambiental comprende la asimilación de conocimientos, la formación de valores, el desarrollo de competencias y conductas con el propósito de garantizar la preservación de la vida.

Fracción adicionada DOF 07-01-2000

XXXIX. Zonificación: El instrumento técnico de planeación que puede ser utilizado en el establecimiento de las áreas naturales protegidas, que permite ordenar su territorio en función del grado de conservación y representatividad de sus ecosistemas, la vocación natural del terreno, de su uso actual y potencial, de conformidad con los objetivos dispuestos en la misma declaratoria. Asimismo, existirá una subzonificación, la cual consiste en el instrumento técnico y dinámico de planeación, que se establecerá en el programa de manejo respectivo, y que es utilizado en el manejo de las áreas naturales protegidas, con el fin de ordenar detalladamente las zonas núcleo y de amortiguamiento, previamente establecidas mediante la declaratoria correspondiente.

Fracción adicionada DOF 23-02-2005

Artículo reformado DOF 13-12-1996

Artículo 3, fracción V bis adicionada por el Decreto por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al



Ambiente, publicado en el Diario Oficial de la Federación el 28 de Enero de 2011

Artículo 3, fracción XVII adicionada, recorriéndose las subsiguientes, por el Decreto por el que se adiciona una fracción XVII al Artículo 3 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 28 de Enero de 2011

## CAPÍTULO II Distribución de Competencias y Coordinación

Denominación del Capítulo reformada DOF 13-12-1996

ARTÍCULO 4

La Federación, los Estados, el Distrito Federal y los Municipios ejercerán sus atribuciones en materia de preservación y restauración del equilibrio ecológico y la protección al ambiente, de conformidad con la distribución de competencias prevista en esta Ley y en otros ordenamientos legales

La distribución de competencias en materia de regulación del aprovechamiento sustentable, la protección y la preservación de los recursos forestales y el suelo, estará determinada por la Ley General de Desarrollo Forestal Sustentable

Párrafo adicionado DOF 25-02-2003

Artículo reformado DOF 13-12-1996

ARTÍCULO 5

Son facultades de la Federación:

I.- La formulación y conducción de la política ambiental nacional;

II.- La aplicación de los instrumentos de la política ambiental previstos en esta Ley, en los términos en ella establecidos, así como la regulación de las acciones para la preservación y restauración del equilibrio ecológico y la protección al ambiente que se realicen en bienes y zonas de jurisdicción federal;

III.- La atención de los asuntos que afecten el equilibrio ecológico en el territorio nacional o en las zonas sujetas a la soberanía y jurisdicción de la nación, originados en el territorio o zonas sujetas a la soberanía o jurisdicción de otros Estados, o en zonas que estén más allá de la jurisdicción de cualquier Estado;

IV.- La atención de los asuntos que, originados en el territorio nacional o las zonas sujetas a la soberanía o jurisdicción de la nación afecten el equilibrio ecológico del territorio o de las zonas sujetas a la soberanía o jurisdicción de otros Estados, o a las zonas que estén más allá de la jurisdicción de cualquier Estado;

V.- La expedición de las normas oficiales mexicanas y la vigilancia de su cumplimiento en las materias previstas en esta Ley;

VI.- La regulación y el control de las actividades consideradas como altamente riesgosas, y de la generación, manejo y disposición final de materiales y residuos peligrosos para el ambiente o los ecosistemas, así como para la preservación de los recursos naturales, de conformidad con esta Ley, otros ordenamientos aplicables y sus disposiciones reglamentarias;

VII.- La participación en la prevención y el control de emergencias y contingencias ambientales, conforme a las políticas y programas de protección civil que al efecto se establezcan;

VIII.- El establecimiento, regulación, administración y vigilancia de las áreas naturales protegidas de competencia federal;

IX.- La formulación, aplicación y evaluación de los programas de ordenamiento ecológico general del territorio y de los programas de ordenamiento ecológico marino a que se refiere el artículo 19 BIS de esta Ley;

X.- La evaluación del impacto ambiental de las obras o actividades a que se refiere el artículo 28 de esta Ley y, en su caso, la expedición de las autorizaciones

correspondientes;XI. La regulación del aprovechamiento sustentable, la protección y la preservación de las aguas nacionales, la biodiversidad, la fauna y los demás recursos naturales de su competencia.

Fracción reformada DOF 25-02-2003

XII.- La regulación de la contaminación de la atmósfera, proveniente de todo tipo de fuentes emisoras, así como la prevención y el control en zonas o en caso de fuentes fijas y móviles de jurisdicción federal;

XIII.- El fomento de la aplicación de tecnologías, equipos y procesos que reduzcan las emisiones y descargas contaminantes provenientes de cualquier tipo de fuente, en coordinación con las autoridades de los Estados, el Distrito Federal y los Municipios; así como el establecimiento de las disposiciones que deberán observarse para el aprovechamiento sustentable de los energéticos;

XIV.- La regulación de las actividades relacionadas con la exploración, explotación y beneficio de los minerales, substancias y demás recursos del subsuelo que corresponden a la nación, en lo relativo a los efectos que dichas actividades puedan generar sobre el equilibrio ecológico y el ambiente;

XV.- La regulación de la prevención de la contaminación ambiental originada por ruido, vibraciones, energía térmica, lumínica, radiaciones electromagnéticas y olores perjudiciales para el equilibrio ecológico y el ambiente;

XVI.- La promoción de la participación de la sociedad en materia ambiental, de conformidad con lo dispuesto en esta Ley;

XVII.- La integración del Sistema Nacional de Información Ambiental y de Recursos Naturales y su puesta a disposición al público en los términos de la presente Ley;

XVIII.- La emisión de recomendaciones a autoridades Federales, Estatales y Municipales, con el propósito de promover el cumplimiento de la legislación ambiental;

XIX.- La vigilancia y promoción, en el ámbito de su competencia, del cumplimiento de esta Ley y los demás ordenamientos que de ella se deriven;XX.- La atención de los asuntos que afecten el equilibrio ecológico de dos o más entidades federativas;

XXI.- La formulación y ejecución de acciones de mitigación y adaptación al cambio climático, y

XXII.- Las demás que esta Ley u otras disposiciones legales atribuyan a la Federación

Artículo reformado DOF 13-12-1996

Artículo 5, fracción XXI adicionada, recorríendo la subsiguiente, por el Decreto por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 28 de Enero de 2011

ARTÍCULO 6

Las atribuciones que esta Ley otorga a la Federación, serán ejercidas por el Poder Ejecutivo Federal a través de la Secretaría y, en su caso, podrán colaborar con ésta las Secretarías de Defensa Nacional y de Marina cuando por la naturaleza y gravedad del problema así lo determine, salvo las que directamente corresponden al Presidente de la República por disposición expresa de la Ley

Párrafo reformado DOF 23-05-2006

Cuando, por razón de la materia y de conformidad con la Ley Orgánica de la Administración Pública Federal u otras disposiciones legales aplicables, se requiera de la intervención de otras dependencias, la Secretaría ejercerá sus atribuciones en coordinación con las mismas

Las dependencias y entidades de la Administración Pública Federal que ejerzan atribuciones que les confieren otros ordenamientos cuyas disposiciones se relacionen con el objeto de la presente Ley, ajustarán su ejercicio a los criterios para preservar el equilibrio ecológico, aprovechar sustentablemente los recursos naturales y proteger el ambiente en ella incluidos, así como a las disposiciones de los reglamentos, normas oficiales mexicanas, programas de ordenamiento ecológico y demás normatividad que de la misma se derive.

Artículo reformado DOF 13-12-1996

ARTÍCULO 7

Corresponden a los Estados, de conformidad con lo dispuesto en esta Ley y las leyes locales en la materia, las siguientes facultades:I.- La formulación, conducción y evaluación de la política ambiental estatal;

II.- La aplicación de los instrumentos de política ambiental previstos en las leyes locales en la materia, así como la preservación y restauración del equilibrio ecológico y la protección al ambiente que se realice en bienes y zonas de jurisdicción estatal, en las materias que no estén expresamente atribuidas a la Federación;

III.- La prevención y control de la contaminación atmosférica generada por fuentes fijas que funcionen como establecimientos industriales, así como por fuentes móviles, que conforme a lo establecido en esta Ley no sean de competencia Federal;IV.- La

regulación de actividades que no sean consideradas altamente riesgosas para el ambiente, de conformidad con lo dispuesto en el artículo 149 de la presente Ley;

V.- El establecimiento, regulación, administración y vigilancia de las áreas naturales protegidas previstas en la legislación local, con la participación de los gobiernos municipales;

VI.- La regulación de los sistemas de recolección, transporte, almacenamiento, manejo, tratamiento y disposición final de los residuos sólidos e industriales que no estén considerados como peligrosos de conformidad con lo dispuesto por el artículo 137 de la presente Ley;

VII.- La prevención y el control de la contaminación generada por la emisión de ruido, vibraciones, energía térmica, lumínica, radiaciones electromagnéticas y olores perjudiciales al equilibrio ecológico o al ambiente, proveniente de fuentes fijas que funcionen como establecimientos industriales, así como, en su caso, de fuentes móviles que conforme a lo establecido en esta Ley no sean de competencia Federal;VIII.- La regulación del aprovechamiento sustentable y la prevención y control de la contaminación de las aguas de jurisdicción estatal; así como de las aguas nacionales que tengan asignadas;

IX.- La formulación, expedición y ejecución de los programas de ordenamiento ecológico del territorio a que se refiere el artículo 20 BIS 2 de esta Ley, con la participación de los municipios respectivos;

X.- La prevención y el control de la contaminación generada por el aprovechamiento de las sustancias no reservadas a la Federación, que constituyan depósitos de naturaleza similar a los componentes de los terrenos, tales como rocas o productos de su descomposición que sólo puedan utilizarse para la fabricación de materiales para la construcción u ornamento de obras;

XI.- La atención de los asuntos que afecten el equilibrio ecológico o el ambiente de dos o más municipios;

XII.- La participación en emergencias y contingencias ambientales, conforme a las políticas y programas de protección civil que al efecto se establezcan;

XIII.- La vigilancia del cumplimiento de las normas oficiales mexicanas expedidas por la Federación, en las materias y supuestos a que se refieren las fracciones III, VI y VII de este artículo;

XIV.- La conducción de la política estatal de información y difusión en materia ambiental;

XV.- La promoción de la participación de la sociedad en materia ambiental, de conformidad con lo dispuesto en esta Ley;

XVI.- La evaluación del impacto ambiental de las obras o actividades que no se encuentren expresamente reservadas a la Federación, por la presente Ley y, en su caso, la expedición de las autorizaciones correspondientes, de conformidad con lo dispuesto por el artículo 35 BIS 2 de la presente Ley;XVII.- El ejercicio de las funciones que en materia de preservación del equilibrio ecológico y protección al ambiente les transfiera la Federación, conforme a lo dispuesto en el artículo 11 de este ordenamiento;

XVIII.- La formulación, ejecución y evaluación del programa estatal de protección al ambiente;

XIX.- La emisión de recomendaciones a las autoridades competentes en materia ambiental, con el propósito de promover el cumplimiento de la legislación ambiental;

XX.- La atención coordinada con la Federación de asuntos que afecten el equilibrio ecológico de dos o más Entidades Federativas, cuando así lo consideren conveniente las Entidades Federativas respectivas, y

XX.- La atención coordinada con la Federación de asuntos que afecten el equilibrio ecológico de dos o más Entidades Federativas, cuando así lo consideren conveniente las Entidades Federativas respectivas;

XXI.- La formulación y ejecución de acciones de mitigación y adaptación al cambio climático, y

XXII.- La atención de los demás asuntos que en materia de preservación del equilibrio ecológico y protección al ambiente les conceda esta Ley u otros ordenamientos en concordancia con ella y que no estén otorgados expresamente a la Federación

Artículo reformado DOF 13-12-1996

Artículo 7, fracción XXI adicionada, recorriéndo la subsiguiente, por el Decreto por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 28 de Enero de 2011

ARTÍCULO 8

Corresponden a los Municipios, de conformidad con lo dispuesto en esta Ley y las
leyes locales en la materia, las siguientes facultades:I.- La formulación, conducción y
evaluación de la política ambiental municipal;

II.- La aplicación de los instrumentos de política ambiental previstos en las leyes
locales en la materia y la preservación y restauración del equilibrio ecológico y la
protección al ambiente en bienes y zonas de jurisdicción municipal, en las materias
que no estén expresamente atribuidas a la Federación o a los Estados;

III.- La aplicación de las disposiciones jurídicas en materia de prevención y control de
la contaminación atmosférica generada por fuentes fijas que funcionen como
establecimientos mercantiles o de servicios, así como de emisiones de contaminantes
a la atmósfera provenientes de fuentes móviles que no sean consideradas de
jurisdicción federal, con la participación que de acuerdo con la legislación estatal
corresponda al gobierno del estado;

IV.- La aplicación de las disposiciones jurídicas relativas a la prevención y control de
los efectos sobre el ambiente ocasionados por la generación, transporte,
almacenamiento, manejo, tratamiento y disposición final de los residuos sólidos e
industriales que no estén considerados como peligrosos, de conformidad con lo
dispuesto por el artículo 137 de la presente Ley;

V.- La creación y administración de zonas de preservación ecológica de los centros de
población, parques urbanos, jardines públicos y demás áreas análogas previstas por la
legislación local;

VI.- La aplicación de las disposiciones jurídicas relativas a la prevención y control de la
contaminación por ruido, vibraciones, energía térmica, radiaciones electromagnéticas
y lumínica y olores perjudiciales para el equilibrio ecológico y el ambiente,
proveniente de fuentes fijas que funcionen como establecimientos mercantiles o de
servicios, así como la vigilancia del cumplimiento de las disposiciones que, en su caso,
resulten aplicables a las fuentes móviles excepto las que conforme a esta Ley sean
consideradas de jurisdicción federal;VII.- La aplicación de las disposiciones jurídicas en
materia de prevención y control de la contaminación de las aguas que se descarguen
en los sistemas de drenaje y alcantarillado de los centros de población, así como de
las aguas nacionales que tengan asignadas, con la participación que conforme a la
legislación local en la materia corresponda a los gobiernos de los estados;

VIII.- La formulación y expedición de los programas de ordenamiento ecológico local
del territorio a que se refiere el artículo 20 BIS 4 de esta Ley, en los términos en ella
previstos, así como el control y la vigilancia del uso y cambio de uso del suelo,



establecidos en dichos programas;

IX.- La preservación y restauración del equilibrio ecológico y la protección al ambiente en los centros de población, en relación con los efectos derivados de los servicios de alcantarillado, limpia, mercados, centrales de abasto, panteones, rastros, tránsito y transporte locales, siempre y cuando no se trate de facultades otorgadas a la Federación o a los Estados en la presente Ley;

X.- La participación en la atención de los asuntos que afecten el equilibrio ecológico de dos o más municipios y que generen efectos ambientales en su circunscripción territorial;

XI.- La participación en emergencias y contingencias ambientales conforme a las políticas y programas de protección civil que al efecto se establezcan;

XII.- La vigilancia del cumplimiento de las normas oficiales mexicanas expedidas por la Federación, en las materias y supuestos a que se refieren las fracciones III, IV, VI y VII de este artículo;

XIII.- La formulación y conducción de la política municipal de información y difusión en materia ambiental;

XIV.- La participación en la evaluación del impacto ambiental de obras o actividades de competencia estatal, cuando las mismas se realicen en el ámbito de su circunscripción territorial;

XV.- La formulación, ejecución y evaluación del programa municipal de protección al ambiente, y

XV.- La formulación, ejecución y evaluación del programa municipal de protección al ambiente;

XVI.- La formulación y ejecución de acciones de mitigación y adaptación al cambio climático, y

XVII.- La atención de los demás asuntos que en materia de preservación del equilibrio ecológico y protección al ambiente les conceda esta Ley u otros ordenamientos en concordancia con ella y que no estén otorgados expresamente a la Federación o a los Estados

Artículo reformado DOF 13-12-1996

Artículo 8, fracción XVI adicionada, recorriéndose la subsiguiente, por el Decreto por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 28 de Enero de 2011

ARTÍCULO 9

Corresponden al Gobierno del Distrito Federal, en materia de preservación del equilibrio ecológico y la protección al ambiente, conforme a las disposiciones legales que expida la Asamblea Legislativa del Distrito Federal, las facultades a que se refieren los artículos 7 y 8 de esta Ley.

Artículo reformado DOF 13-12-1996

ARTÍCULO 10

Los Congresos de los Estados, con arreglo a sus respectivas Constituciones y la

Asamblea Legislativa del Distrito Federal, expedirán las disposiciones legales que sean necesarias para regular las materias de su competencia previstas en esta Ley. Los ayuntamientos, por su parte, dictarán los bandos de policía y buen gobierno, los reglamentos, circulares y disposiciones administrativas que correspondan, para que en sus respectivas circunscripciones, se cumplan las previsiones del presente ordenamiento.

En el ejercicio de sus atribuciones, los Estados, el Distrito Federal y los Municipios, observarán las disposiciones de esta Ley y las que de ella se deriven

Artículo reformado DOF 13-12-1996

ARTÍCULO 11

La Federación, por conducto de la Secretaría, podrá suscribir convenios o acuerdos de coordinación, con el objeto de que los gobiernos del Distrito Federal o de los Estados, con la participación, en su caso, de sus Municipios, asuman las siguientes facultades, en el ámbito de su jurisdicción territorial:

I. La administración y vigilancia de las áreas naturales protegidas de competencia de la Federación, conforme a lo establecido en el programa de manejo respectivo y demás disposiciones del presente ordenamiento;

II. El control de los residuos peligrosos considerados de baja peligrosidad conforme a

las disposiciones del presente ordenamiento;

III. La evaluación del impacto ambiental de las obras o actividades a que se refiere el artículo 28 de esta Ley y, en su caso, la expedición de las autorizaciones correspondientes, con excepción de las obras o actividades siguientes:a) Obras hidráulicas, así como vías generales de comunicación, oleoductos, gasoductos, carboductos y poliductos,

b) Industria del petróleo, petroquímica, del cemento, siderúrgica y eléctrica,

c) Exploración, explotación y beneficio de minerales y sustancias reservadas a la Federación en los términos de las Leyes Minera y Reglamentaria del Artículo 27 Constitucional en Materia Nuclear,

d) Instalaciones de tratamiento, confinamiento o eliminación de residuos peligrosos, así como residuos radiactivos,

e) Aprovechamientos forestales en selvas tropicales y especies de difícil regeneración,

f) Cambios de uso de suelo de áreas forestales, así como en selvas y zonas áridas,

g) Desarrollos inmobiliarios que afecten los ecosistemas costeros,

h) Obras y actividades en humedales, manglares, lagunas, ríos, lagos y esteros conectados con el mar, así como en sus litorales o zonas federales, e

i) Obras en áreas naturales protegidas de competencia de la Federación y actividades que por su naturaleza puedan causar desequilibrios ecológicos graves; así como actividades que pongan en riesgo el ecosistema.

IV. La protección y preservación del suelo, la flora y fauna silvestre, terrestre y los recursos forestales;

V. El control de acciones para la protección, preservación y restauración del equilibrio ecológico y la protección al ambiente en la zona federal marítimo terrestre, así como en la zona federal de los cuerpos de agua considerados como nacionales;

VI. La prevención y control de la contaminación de la atmósfera, proveniente de fuentes fijas y móviles de jurisdicción federal y, en su caso, la expedición de las autorizaciones correspondientes;

VII. La prevención y control de la contaminación ambiental originada por ruido, vibraciones, energía térmica, lumínica, radiaciones electromagnéticas y olores perjudiciales para el equilibrio ecológico y el ambiente, proveniente de fuentes fijas y móviles de competencia federal y, en su caso, la expedición de las autorizaciones correspondientes;

VIII. La realización de acciones operativas tendientes a cumplir con los fines previstos en este ordenamiento, o

IX. La inspección y vigilancia del cumplimiento de esta Ley y demás disposiciones que de ella deriven

Dichas facultades serán ejercidas conforme a lo dispuesto en esta Ley y demás disposiciones federales aplicables, así como en aquellas que de las mismas deriven

En contra de los actos que emitan los gobiernos del Distrito Federal o de los Estados y, en su caso, de sus Municipios, en ejercicio de las facultades que asuman de conformidad con este precepto respecto de los particulares, procederán los recursos y medios de defensa establecidos en el Capítulo V del Título Sexto de esta Ley.

Artículo reformado DOF 13-12-1996, 31-12-2001

ARTÍCULO 12

Para los efectos del artículo anterior, los convenios o acuerdos de coordinación que celebre la Federación, por conducto de la Secretaría, con los gobiernos del Distrito Federal o de los Estados, con la participación, en su caso, de sus Municipios, deberán sujetarse a las siguientes bases:

I. Se celebrarán a petición de una Entidad Federativa, cuando ésta cuente con los medios necesarios, el personal capacitado, los recursos materiales y financieros, así como la estructura institucional específica para el desarrollo de las facultades que asumiría y que para tales efectos requiera la autoridad federal. Estos requerimientos dependerán del tipo de convenio o acuerdo a firmar y las capacidades serán evaluadas en conjunto con la Secretaría.

Los requerimientos que establezca la Secretaría y las evaluaciones que se realicen para determinar las capacidades de la Entidad Federativa, deberán publicarse en el Diario Oficial de la Federación y en la gaceta o periódico oficial de la respectiva entidad federativa, con antelación a la celebración de los convenios o acuerdos de coordinación;

II. Establecerán con precisión su objeto, así como las materias y facultades que se asumirán, debiendo ser congruente con los objetivos de los instrumentos de planeación nacional de desarrollo y con la política ambiental nacional;

III. Determinarán la participación y responsabilidad que corresponda a cada una de las partes, así como los bienes y recursos aportados por las mismas, especificando su destino y forma de administración. Además precisarán qué tipo de facultades se pueden asumir de forma inmediata a la firma del convenio o acuerdo y cuáles en



forma posterior.

IV. Establecerán el órgano u órganos que llevarán a cabo las acciones que resulten de los convenios o acuerdos de coordinación, incluyendo las de evaluación, así como el cronograma de las actividades a realizar;

V. Definirán los mecanismos de información que se requieran, a fin de que las partes suscriptoras puedan asegurar el cumplimiento de su objeto;

VI. Precisarán la vigencia del instrumento, sus formas de modificación y terminación y, en su caso, el número y duración de sus prórrogas;

VII. Contendrán, los anexos técnicos necesarios para detallar los compromisos adquiridos;

VIII. Las demás estipulaciones que las partes consideren necesarias para el correcto cumplimiento del convenio o acuerdo de coordinación;

IX. Para efectos en el otorgamiento de los permisos o autorizaciones en materia de impacto ambiental que correspondan al Distrito Federal, los Estados, o en su caso, los Municipios, deberán seguirse los mismos procedimientos establecidos en la sección V de la presente Ley, además de lo que establezcan las disposiciones legales y normativas locales correspondientes;

X. Para el caso de los convenios relativos a las Evaluaciones de Impacto Ambiental, los procedimientos que las entidades establezcan habrán de ser los establecidos en el Reglamento del presente ordenamiento en Materia de Evaluación del Impacto Ambiental, y serán autorizados por la Secretaría y publicados en el Diario Oficial de la Federación y en la gaceta o periódico oficial de la respectiva entidad federativa, con antelación a la entrada en vigor del convenio o acuerdo de coordinación

Corresponde a la Secretaría evaluar el cumplimiento de los compromisos que se asuman en los convenios o acuerdos de coordinación a que se refiere este artículo.

Los convenios o acuerdos de coordinación a que se refiere el presente artículo, sus modificaciones, así como su acuerdo de terminación, deberán publicarse en el Diario Oficial de la Federación y en la gaceta o periódico oficial de la respectiva entidad federativa.

Artículo reformado DOF 13-12-1996, 31-12-2001


ARTÍCULO 13


Los Estados podrán suscribir entre sí y con el Gobierno del Distrito Federal, en su caso,

convenios o acuerdos de coordinación y colaboración administrativa, con el propósito de atender y resolver problemas ambientales comunes y ejercer sus atribuciones a través de las instancias que al efecto determinen, atendiendo a lo dispuesto en las leyes locales que resulten aplicables. Las mismas facultades podrán ejercer los municipios entre sí, aunque pertenezcan a entidades federativas diferentes, de conformidad con lo que establezcan las leyes señaladas.

Artículo reformado DOF 13-12-1996

ARTÍCULO 14

Las dependencias y entidades de la Administración Pública se coordinarán con la Secretaría para la realización de las acciones conducentes, cuando exista peligro para el equilibrio ecológico de alguna zona o región del país, como consecuencia de desastres producidos por fenómenos naturales, o por caso fortuito o fuerza mayor.

Artículo reformado DOF 13-12-1996

ARTÍCULO 14
*BIS.*

Las autoridades ambientales de la Federación y de las entidades federativas integrarán un órgano que se reunirá periódicamente con el propósito de coordinar sus esfuerzos en materia ambiental, analizar e intercambiar opiniones en relación con las acciones y programas en la materia, evaluar y dar seguimiento a las mismas, así como convenir las acciones y formular las recomendaciones pertinentes, particularmente en lo que se refiere a los objetivos y principios establecidos en los artículos primero y décimo quinto de esta Ley.

Artículo adicionado DOF 13-12-1996

# CAPÍTULO III Política Ambiental

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 15



Para la formulación y conducción de la política ambiental y la expedición de normas oficiales mexicanas y demás instrumentos previstos en esta Ley, en materia de preservación y restauración del equilibrio ecológico y protección al ambiente, el Ejecutivo Federal observará los siguientes principios:

I.- Los ecosistemas son patrimonio común de la sociedad y de su equilibrio dependen la vida y las posibilidades productivas del país;

II.- Los ecosistemas y sus elementos deben ser aprovechados de manera que se asegure una productividad óptima y sostenida, compatible con su equilibrio e integridad;

III.- Las autoridades y los particulares deben asumir la responsabilidad de la protección del equilibrio ecológico;

IV.- Quien realice obras o actividades que afecten o puedan afectar el ambiente, está obligado a prevenir, minimizar o reparar los daños que cause, así como a asumir los costos que dicha afectación implique. Asimismo, debe incentivarse a quien proteja el ambiente, promueva o realice acciones de mitigación y adaptación a los efectos del cambio climático y aproveche de manera sustentable los recursos naturales;

Fracción IV reformada por el Decreto por el que se reforma la fracción IV del artículo 15 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 24 de Abril de 2012

V.- La responsabilidad respecto al equilibrio ecológico, comprende tanto las condiciones presentes como las que determinarán la calidad de la vida de las futuras generaciones;

VI.- La prevención de las causas que los generan, es el medio más eficaz para evitar los desequilibrios ecológicos;

VII.- El aprovechamiento de los recursos naturales renovables debe realizarse de manera que se asegure el mantenimiento de su diversidad y renovabilidad;

VIII.- Los recursos naturales no renovables deben utilizarse de modo que se evite el peligro de su agotamiento y la generación de efectos ecológicos adversos;

IX.- La coordinación entre las dependencias y entidades de la administración pública y entre los distintos niveles de gobierno y la concertación con la sociedad, son indispensables para la eficacia de las acciones ecológicas;

X.- El sujeto principal de la concertación ecológica son no solamente los individuos, sino también los grupos y organizaciones sociales. El propósito de la concertación de acciones ecológicas es reorientar la relación entre la sociedad y la naturaleza;

XI.- En el ejercicio de las atribuciones que las leyes confieren al Estado, para regular, promover, restringir, prohibir, orientar y, en general, inducir las acciones de los particulares en los campos económico y social, se considerarán los criterios de preservación y restauración del equilibrio ecológico;

XII.- Toda persona tiene derecho a disfrutar de un ambiente adecuado para su desarrollo, salud y bienestar. Las autoridades en los términos de esta y otras leyes, tomarán las medidas para garantizar ese derecho;

XIII.- Garantizar el derecho de las comunidades, incluyendo a los pueblos indígenas, a la protección, preservación, uso y aprovechamiento sustentable de los recursos naturales y la salvaguarda y uso de la biodiversidad, de acuerdo a lo que determine la presente Ley y otros ordenamientos aplicables;XIV.- La erradicación de la pobreza es necesaria para el desarrollo sustentable;

XV.- Las mujeres cumplen una importante función en la protección, preservación y aprovechamiento sustentable de los recursos naturales y en el desarrollo. Su completa participación es esencial para lograr el desarrollo sustentable;

XVI.- El control y la prevención de la contaminación ambiental, el adecuado aprovechamiento de los elementos naturales y el mejoramiento del entorno natural en los asentamientos humanos, son elementos fundamentales para elevar la calidad de vida de la población;

XVII.- Es interés de la nación que las actividades que se lleven a cabo dentro del territorio nacional y en aquellas zonas donde ejerce su soberanía y jurisdicción, no afecten el equilibrio ecológico de otros países o de zonas de jurisdicción internacional;

XVIII. Las autoridades competentes en igualdad de circunstancias ante las demás naciones, promoverán la preservación y restauración del equilibrio de los ecosistemas regionales y globales;

Fracción reformada DOF 07-01-2000

XIX. A través de la cuantificación del costo de la contaminación del ambiente y del agotamiento de los recursos naturales provocados por las actividades económicas en un año determinado, se calculará el Producto Interno Neto Ecológico. El Instituto Nacional de Estadística, Geografía e Informática integrará el Producto Interno Neto Ecológico al Sistema de Cuentas Nacionales, y

Fracción reformada DOF 07-01-2000

XX. La educación es un medio para valorar la vida a través de la prevención del deterioro ambiental, preservación, restauración y el aprovechamiento sostenible de los ecosistemas y con ello evitar los desequilibrios ecológicos y daños ambientales.

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

Fracción adicionada DOF 07-01-2000

Artículo reformado DOF 13-12-1996

ARTÍCULO 16

Las entidades federativas y los municipios en el ámbito de sus competencias, observarán y aplicarán los principios a que se refieren las fracciones I a XV del artículo anterior.

Artículo reformado DOF 13-12-1996

## CAPÍTULO IV Instrumentos de la Política Ambiental

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

## SECCIÓN I Planeación Ambiental

Denominación de la Sección reformada DOF 13-12-1996

ARTÍCULO 17

En la planeación nacional del desarrollo se deberá incorporar la política ambiental y el ordenamiento ecológico que se establezcan de conformidad con esta Ley y las demás disposiciones en la materia

En la planeación y realización de las acciones a cargo de las dependencias y entidades de la administración pública federal, conforme a sus respectivas esferas de competencia, así como en el ejercicio de las atribuciones que las leyes confieran al Gobierno Federal para regular, promover, restringir, prohibir, orientar y en general inducir las acciones de los particulares en los campos económico y social, se observarán los lineamientos de política ambiental que establezcan el Plan Nacional de Desarrollo y los programas correspondientes.

Artículo reformado DOF 13-12-1996

ARTÍCULO 17
*BIS.*

La Administración Pública Federal, el Poder Legislativo Federal y el Poder Judicial de la Federación, expedirán los manuales de sistemas de manejo ambiental, que tendrán por objeto la optimización de los recursos materiales que se emplean para el desarrollo de sus actividades, con el fin de reducir costos financieros y ambientales.

Artículo adicionado DOF 13-06-2003

## ARTÍCULO 18

El Gobierno Federal promoverá la participación de los distintos grupos sociales en la elaboración de los programas que tengan por objeto la preservación y restauración del equilibrio ecológico y la protección al ambiente, según lo establecido en esta Ley y las demás aplicables

## SECCIÓN II Ordenamiento Ecológico del Territorio

Denominación de la Sección reformada DOF 13-12-1996

## ARTÍCULO 19

En la formulación del ordenamiento ecológico se deberán considerar los siguientes criterios:

Párrafo reformado DOF 13-12-1996

I.- La naturaleza y características de los ecosistemas existentes en el territorio nacional y en las zonas sobre las que la nación ejerce soberanía y jurisdicción;

Fracción reformada DOF 13-12-1996

II. La vocación de cada zona o región, en función de sus recursos naturales, la distribución de la población y las actividades económicas predominantes;

III. Los desequilibrios existentes en los ecosistemas por efecto de los asentamientos humanos, de las actividades económicas o de otras actividades humanas o fenómenos naturales;

IV. El equilibrio que debe existir entre los asentamientos humanos y sus condiciones ambientales;

Fracción reformada DOF 12-02-2007

V. El impacto ambiental de nuevos asentamientos humanos, vías de comunicación y demás obras o actividades, y

Fracción reformada DOF 13-12-1996, 12-02-2007

VI.- Las modalidades que de conformidad con la presente Ley, establezcan los decretos por los que se constituyan las áreas naturales protegidas, así como las demás disposiciones previstas en el programa de manejo respectivo, en su caso.

Fracción adicionada DOF 12-02-2007

ARTÍCULO 19
*BIS.*

El ordenamiento ecológico del territorio nacional y de las zonas sobre las que la nación ejerce su soberanía y jurisdicción, se llevará a cabo a través de los programas de ordenamiento ecológico:

I.- General del Territorio;

II.- Regionales;

III.- Locales, y

IV.- Marinos.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 20

El programa de ordenamiento ecológico general del territorio será formulado por la Secretaría, en el marco del Sistema Nacional de Planeación Democrática y tendrá por objeto determinar:

I.- La regionalización ecológica del territorio nacional y de las zonas sobre las que la



nación ejerce soberanía y jurisdicción, a partir del diagnóstico de las características, disponibilidad y demanda de los recursos naturales, así como de las actividades productivas que en ellas se desarrollen y, de la ubicación y situación de los asentamientos humanos existentes, y

II.- Los lineamientos y estrategias ecológicas para la preservación, protección, restauración y aprovechamiento sustentable de los recursos naturales, así como para la localización de actividades productivas y de los asentamientos humanos.

Artículo reformado DOF 13-12-1996


ARTÍCULO 20
*BIS.*

La formulación, expedición, ejecución y evaluación del ordenamiento ecológico general del territorio se llevará a cabo de conformidad con lo dispuesto en la Ley de Planeación

Asimismo, la Secretaría deberá promover la participación de grupos y organizaciones sociales y empresariales, instituciones académicas y de investigación, y demás personas interesadas, de acuerdo con lo establecido en esta Ley, así como en las demás disposiciones que resulten aplicables.

Artículo adicionado DOF 13-12-1996


ARTÍCULO 20
*BIS 1.*

La Secretaría deberá apoyar técnicamente la formulación y ejecución de los programas de ordenamiento ecológico regional y local, de conformidad con lo dispuesto en esta Ley.

Las entidades federativas y los municipios podrán participar en las consultas y emitir las recomendaciones que estimen pertinentes para la formulación de los programas de ordenamiento ecológico general del territorio y de ordenamiento ecológico marino.

Artículo adicionado DOF 13-12-1996


ARTÍCULO 20
*BIS 2.*

Los Gobiernos de los Estados y del Distrito Federal, en los términos de las leyes locales aplicables, podrán formular y expedir programas de ordenamiento ecológico regional, que abarquen la totalidad o una parte del territorio de una entidad federativa.

Cuando una región ecológica se ubique en el territorio de dos o más entidades federativas, el Gobierno Federal, el de los Estados y Municipios respectivos, y en su caso el del Distrito Federal, en el ámbito de sus competencias, podrán formular un programa de ordenamiento ecológico regional. Para tal efecto, la Federación celebrará los acuerdos o convenios de coordinación procedentes con los gobiernos locales involucrados.

Cuando un programa de ordenamiento ecológico regional incluya un área natural protegida, competencia de la Federación, o parte de ella, el programa deberá ser elaborado y aprobado en forma conjunta por la Secretaría y los gobiernos de los Estados, el Distrito Federal y Municipios en que se ubique, según corresponda.

Párrafo adicionado DOF 12-02-2007

Artículo adicionado DOF 13-12-1996

ARTÍCULO 20
*BIS 3.*

Los programas de ordenamiento ecológico regional a que se refiere el artículo 20 BIS 2 deberán contener, por lo menos:

I.- La determinación del área o región a ordenar, describiendo sus atributos físicos, bióticos y socioeconómicos, así como el diagnóstico de sus condiciones ambientales y las tecnologías utilizadas por los habitantes del área;

II.- La determinación de los criterios de regulación ecológica para la preservación, protección, restauración y aprovechamiento sustentable de los recursos naturales que se localicen en la región de que se trate, así como para la realización de actividades productivas y la ubicación de asentamientos humanos, y

III.- Los lineamientos para su ejecución, evaluación, seguimiento y modificación.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 20
*BIS 4.*

Los programas de ordenamiento ecológico local serán expedidos por las autoridades municipales, y en su caso del Distrito Federal, de conformidad con las leyes locales en materia ambiental, y tendrán por objeto:

I.- Determinar las distintas áreas ecológicas que se localicen en la zona o región de que se trate, describiendo sus atributos físicos, bióticos y socioeconómicos, así como el diagnóstico de sus condiciones ambientales, y de las tecnologías utilizadas por los habitantes del área de que se trate;

II.- Regular, fuera de los centros de población, los usos del suelo con el propósito de proteger el ambiente y preservar, restaurar y aprovechar de manera sustentable los recursos naturales respectivos, fundamentalmente en la realización de actividades productivas y la localización de asentamientos humanos, y

III.- Establecer los criterios de regulación ecológica para la protección, preservación, restauración y aprovechamiento sustentable de los recursos naturales dentro de los centros de población, a fin de que sean considerados en los planes o programas de desarrollo urbano correspondientes.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 20
*BIS 5.*

Los procedimientos bajo los cuales serán formulados, aprobados, expedidos, evaluados y modificados los programas de ordenamiento ecológico local, serán determinados en las leyes estatales o del Distrito Federal en la materia, conforme a las siguientes bases:

I.- Existirá congruencia entre los programas de ordenamiento ecológico marinos, en su caso, y general del territorio y regionales, con los programas de ordenamiento ecológico local;

II.- Los programas de ordenamiento ecológico local cubrirán una extensión geográfica cuyas dimensiones permitan regular el uso del suelo, de conformidad con lo previsto en esta Ley;

III.- Las previsiones contenidas en los programas de ordenamiento ecológico local del territorio, mediante las cuales se regulen los usos del suelo, se referirán únicamente a las áreas localizadas fuera de los límites de los centros de población. Cuando en dichas áreas se pretenda la ampliación de un centro de población o la realización de proyectos de desarrollo urbano, se estará a lo que establezca el programa de ordenamiento ecológico respectivo, el cual sólo podrá modificarse mediante el procedimiento que establezca la legislación local en la materia;

IV.- Las autoridades locales harán compatibles el ordenamiento ecológico del territorio y la ordenación y regulación de los asentamientos humanos, incorporando las previsiones correspondientes en los programas de ordenamiento ecológico local, así como en los planes o programas de desarrollo urbano que resulten aplicables.

Asimismo, los programas de ordenamiento ecológico local preverán los mecanismos de coordinación, entre las distintas autoridades involucradas, en la formulación y ejecución de los programas;

V.- Cuando un programa de ordenamiento ecológico local incluya un área natural protegida, competencia de la Federación, o parte de ella, el programa será elaborado y aprobado en forma conjunta por la Secretaría y los Gobiernos de los Estados, del Distrito Federal y de los Municipios, según corresponda;

VI.- Los programas de ordenamiento ecológico local regularán los usos del suelo, incluyendo a ejidos, comunidades y pequeñas propiedades, expresando las motivaciones que lo justifiquen;

VII.- Para la elaboración de los programas de ordenamiento ecológico local, las leyes en la materia establecerán los mecanismos que garanticen la participación de los

particulares, los grupos y organizaciones sociales, empresariales y demás interesados. Dichos mecanismos incluirán, por lo menos, procedimientos de difusión y consulta pública de los programas respectivos.

Las leyes locales en la materia, establecerán las formas y los procedimientos para que los particulares participen en la ejecución, vigilancia y evaluación de los programas de ordenamiento ecológico a que se refiere este precepto, y

VIII.- El Gobierno Federal podrá participar en la consulta a que se refiere la fracción anterior y emitirá las recomendaciones que estime pertinentes.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 20
*BIS 6.*

La Secretaría podrá formular, expedir y ejecutar, en coordinación con las Dependencias competentes, programas de ordenamiento ecológico marino. Estos programas tendrán por objeto el establecer los lineamientos y previsiones a que deberá sujetarse la preservación, restauración, protección y aprovechamiento sustentable de los recursos naturales existentes en áreas o superficies específicas ubicadas en zonas marinas mexicanas, incluyendo las zonas federales adyacentes.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 20
*BIS 7.*

Los programas de ordenamiento ecológico marino deberán contener, por lo menos:

I.- La delimitación precisa del área que abarcará el programa;

II.- La determinación de las zonas ecológicas a partir de las características, disponibilidad y demanda de los recursos naturales en ellas comprendidas, así como el tipo de actividades productivas que en las mismas se desarrollen, y

III.- Los lineamientos, estrategias y demás previsiones para la preservación, protección, restauración y aprovechamiento sustentable de los recursos naturales, así como la realización de actividades productivas y demás obras o actividades que puedan afectar los ecosistemas respectivos.

En la determinación de tales previsiones deberán considerarse los criterios establecidos en esta Ley, las disposiciones que de ella se deriven, los tratados



internacionales de los que México sea parte, y demás ordenamientos que regulen la materia.

Artículo adicionado DOF 13-12-1996

## SECCIÓN III Instrumentos Económicos

Denominación de la Sección reformada DOF 13-12-1996

## ARTÍCULO 21

La Federación, los Estados y el Distrito Federal, en el ámbito de sus respectivas competencias, diseñarán, desarrollarán y aplicarán instrumentos económicos que incentiven el cumplimiento de los objetivos de la política ambiental, y mediante los cuales se buscará:

I.- Promover un cambio en la conducta de las personas que realicen actividades industriales, comerciales y de servicios, de tal manera que sus intereses sean compatibles con los intereses colectivos de protección ambiental y de desarrollo sustentable;

II.- Fomentar la incorporación de información confiable y suficiente sobre las consecuencias, beneficios y costos ambientales al sistema de precios de la economía;

III.- Otorgar incentivos a quien realice acciones para la protección, preservación o restauración del equilibrio ecológico. Asimismo, deberán procurar que quienes dañen el ambiente, hagan un uso indebido de recursos naturales o alteren los ecosistemas, asuman los costos respectivos;

IV.- Promover una mayor equidad social en la distribución de costos y beneficios asociados a los objetivos de la política ambiental, y

V.- Procurar su utilización conjunta con otros instrumentos de política ambiental, en especial cuando se trate de observar umbrales o límites en la utilización de ecosistemas, de tal manera que se garantice su integridad y equilibrio, la salud y el bienestar de la población.

Artículo reformado DOF 13-12-1996

## ARTÍCULO 22

Se consideran instrumentos económicos los mecanismos normativos y administrativos de carácter fiscal, financiero o de mercado, mediante los cuales las personas asumen los beneficios y costos ambientales que generen sus actividades económicas, incentivándolas a realizar acciones que favorezcan el ambiente.

Se consideran instrumentos económicos de carácter fiscal, los estímulos fiscales que incentiven el cumplimiento de los objetivos de la política ambiental. En ningún caso, estos instrumentos se establecerán con fines exclusivamente recaudatorios.

Son instrumentos financieros los créditos, las fianzas, los seguros de responsabilidad civil, los fondos y los fideicomisos, cuando sus objetivos estén dirigidos a la preservación, protección, restauración o aprovechamiento sustentable de los recursos naturales y el ambiente, así como al financiamiento de programas, proyectos, estudios, investigación científica, desarrollo tecnológico e innovación para la preservación del equilibrio ecológico y protección al ambiente.

Párrafo reformado por el Decreto por el que se reforman los artículos 22, 22 Bis, 41 y 116 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 29 de Mayo de 2012

Son instrumentos de mercado las concesiones, autorizaciones, licencias y permisos que corresponden a volúmenes preestablecidos de emisiones de contaminantes en el aire, agua o suelo, o bien, que establecen los límites de aprovechamiento de recursos naturales, o de construcción en áreas naturales protegidas o en zonas cuya preservación y protección se considere relevante desde el punto de vista ambiental.

Las prerrogativas derivadas de los instrumentos económicos de mercado serán transferibles, no gravables y quedarán sujetos al interés público y al aprovechamiento sustentable de los recursos naturales.

Artículo reformado DOF 13-12-1996

ARTÍCULO 22
*Bis. Se consideran prioritarias, para efectos del otorgamiento de los estímulos fiscales que se establezcan conforme a la Ley de Ingresos de la Federación, las actividades relacionadas con:*I.- La investigación científica y tecnológica, incorporación, innovación o utilización de mecanismos, equipos y tecnologías que tengan por objeto evitar, reducir o controlar la contaminación o deterioro ambiental, así como el uso eficiente de recursos naturales y de energía;

Fracción I reformada por el Decreto por el que se reforman los artículos 22, 22 Bis, 41 y 116 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado

en el Diario Oficial de la Federación el 29 de Mayo de 2012

II.- La investigación e incorporación de sistemas de ahorro de energía y de utilización de fuentes de energía menos contaminantes;

III.- El ahorro y aprovechamiento sustentable y la prevención de la contaminación del agua;

IV.- La ubicación y reubicación de instalaciones industriales, comerciales y de servicios en áreas ambientalmente adecuadas;

V.- El establecimiento, manejo y vigilancia de áreas naturales protegidas, y

VI.- Los procesos, productos y servicios que, conforme a la normatividad aplicable, hayan sido certificados ambientalmente, y

Fracción adicionada DOF 05-07-2007

VII.- En general, aquellas actividades relacionadas con la preservación y restauración del equilibrio ecológico y la protección al ambiente.

Fracción reformada DOF 05-07-2007 (se recorre)

Artículo adicionado DOF 13-12-1996

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

## SECCIÓN IV Regulación Ambiental de los Asentamientos Humanos

Denominación de la Sección reformada DOF 13-12-1996

ARTÍCULO 23

Para contribuir al logro de los objetivos de la política ambiental, la planeación del desarrollo urbano y la vivienda, además de cumplir con lo dispuesto en el artículo 27 constitucional en materia de asentamientos humanos, considerará los siguientes criterios:

I.- Los planes o programas de desarrollo urbano deberán tomar en cuenta los lineamientos y estrategias contenidas en los programas de ordenamiento ecológico del territorio;

II.- En la determinación de los usos del suelo, se buscará lograr una diversidad y eficiencia de los mismos y se evitará el desarrollo de esquemas segregados o unifuncionales, así como las tendencias a la suburbanización extensiva;

III.- En la determinación de las áreas para el crecimiento de los centros de población, se fomentará la mezcla de los usos habitacionales con los productivos que no representen riesgos o daños a la salud de la población y se evitará que se afecten áreas con alto valor ambiental;

IV.- Se deberá privilegiar el establecimiento de sistemas de transporte colectivo y otros medios de alta eficiencia energética y ambiental;

V.- Se establecerán y manejarán en forma prioritaria las áreas de conservación ecológica en torno a los asentamientos humanos;

VI.- Las autoridades de la Federación, los Estados, el Distrito Federal y los Municipios, en la esfera de su competencia, promoverán la utilización de instrumentos económicos, fiscales y financieros de política urbana y ambiental, para inducir conductas compatibles con la protección y restauración del medio ambiente y con un desarrollo urbano sustentable;

VII.- El aprovechamiento del agua para usos urbanos deberá incorporar de manera equitativa los costos de su tratamiento, considerando la afectación a la calidad del recurso y la cantidad que se utilice;

VIII. En la determinación de áreas para actividades altamente riesgosas, se



establecerán las zonas intermedias de salvaguarda en las que no se permitirán los usos habitacionales, comerciales u otros que pongan en riesgo a la población;

IX. La política ecológica debe buscar la corrección de aquellos desequilibrios que deterioren la calidad de vida de la población y, a la vez, prever las tendencias de crecimiento del asentamiento humano, para mantener una relación suficiente entre la base de recursos y la población, y cuidar de los factores ecológicos y ambientales que son parte integrante de la calidad de la vida, y

X. Las autoridades de la Federación, los Estados, el Distrito Federal y los Municipios, en la esfera de su competencia, deberán de evitar los asentamientos humanos en zonas donde las poblaciones se expongan al riesgo de desastres por impactos adversos del cambio climático.

Fracción adicionada por el Decreto por el que se adiciona una fracción X al artículo 23 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 29 de Mayo de 2012

ARTÍCULO 24

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 25

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 26

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 27

Se deroga.

Artículo derogado DOF 13-12-1996

## SECCIÓN V Evaluación del Impacto Ambiental

ARTÍCULO 28

La evaluación del impacto ambiental es el procedimiento a través del cual la Secretaría establece las condiciones a que se sujetará la realización de obras y actividades que puedan causar desequilibrio ecológico o rebasar los límites y condiciones establecidos en las disposiciones aplicables para proteger el ambiente y preservar y restaurar los ecosistemas, a fin de evitar o reducir al mínimo sus efectos negativos sobre el medio ambiente. Para ello, en los casos en que determine el Reglamento que al efecto se expida, quienes pretendan llevar a cabo alguna de las siguientes obras o actividades, requerirán previamente la autorización en materia de impacto ambiental de la Secretaría:Párrafo reformado DOF 23-02-2005

I.- Obras hidráulicas, vías generales de comunicación, oleoductos, gasoductos, carboductos y poliductos;

II.- Industria del petróleo, petroquímica, química, siderúrgica, papelera, azucarera, del cemento y eléctrica;

III.- Exploración, explotación y beneficio de minerales y sustancias reservadas a la Federación en los términos de las Leyes Minera y Reglamentaria del Artículo 27 Constitucional en Materia Nuclear;

IV.- Instalaciones de tratamiento, confinamiento o eliminación de residuos peligrosos, así como residuos radiactivos;

V.- Aprovechamientos forestales en selvas tropicales y especies de difícil regeneración;

VI. Se deroga.

Fracción derogada DOF 25-02-2003

VII.- Cambios de uso del suelo de áreas forestales, así como en selvas y zonas áridas;

VIII.- Parques industriales donde se prevea la realización de actividades altamente riesgosas;

IX.- Desarrollos inmobiliarios que afecten los ecosistemas costeros;

X.- Obras y actividades en humedales, manglares, lagunas, ríos, lagos y esteros conectados con el mar, así como en sus litorales o zonas federales;

XI. Obras y actividades en áreas naturales protegidas de competencia de la Federación;

Fracción reformada DOF 23-02-2005


XII.- Actividades pesqueras, acuícolas o agropecuarias que puedan poner en peligro la preservación de una o más especies o causar daños a los ecosistemas, y

XIII.- Obras o actividades que correspondan a asuntos de competencia federal, que puedan causar desequilibrios ecológicos graves e irreparables, daños a la salud pública o a los ecosistemas, o rebasar los límites y condiciones establecidos en las disposiciones jurídicas relativas a la preservación del equilibrio ecológico y la protección del ambiente.

El Reglamento de la presente Ley determinará las obras o actividades a que se refiere este artículo, que por su ubicación, dimensiones, características o alcances no produzcan impactos ambientales significativos, no causen o puedan causar desequilibrios ecológicos, ni rebasen los límites y condiciones establecidos en las disposiciones jurídicas referidas a la preservación del equilibrio ecológico y la protección al ambiente, y que por lo tanto no deban sujetarse al procedimiento de evaluación de impacto ambiental previsto en este ordenamiento

Para los efectos a que se refiere la fracción XIII del presente artículo, la Secretaría notificará a los interesados su determinación para que sometan al procedimiento de evaluación de impacto ambiental la obra o actividad que corresponda, explicando las razones que lo justifiquen, con el propósito de que aquéllos presenten los informes, dictámenes y consideraciones que juzguen convenientes, en un plazo no mayor a diez días. Una vez recibida la documentación de los interesados, la Secretaría, en un plazo no mayor a treinta días, les comunicará si procede o no la presentación de una manifestación de impacto ambiental, así como la modalidad y el plazo para hacerlo. Transcurrido el plazo señalado, sin que la Secretaría emita la comunicación correspondiente, se entenderá que no es necesaria la presentación de una manifestación de impacto ambiental.

Artículo reformado DOF 13-12-1996



ARTÍCULO 29

Los efectos negativos que sobre el ambiente, los recursos naturales, la flora y la fauna silvestre y demás recursos a que se refiere esta Ley, pudieran causar las obras o actividades de competencia federal que no requieran someterse al procedimiento de evaluación de impacto ambiental a que se refiere la presente sección, estarán sujetas en lo conducente a las disposiciones de la misma, sus reglamentos, las normas oficiales mexicanas en materia ambiental, la legislación sobre recursos naturales que resulte aplicable, así como a través de los permisos, licencias, autorizaciones y concesiones que conforme a dicha normatividad se requiera.

Artículo reformado DOF 13-12-1996


ARTÍCULO 30

Para obtener la autorización a que se refiere el artículo 28 de esta Ley, los interesados deberán presentar a la Secretaría una manifestación de impacto ambiental, la cual deberá contener, por lo menos, una descripción de los posibles efectos en el o los ecosistemas que pudieran ser afectados por la obra o actividad de que se trate, considerando el conjunto de los elementos que conforman dichos ecosistemas, así como las medidas preventivas, de mitigación y las demás necesarias para evitar y reducir al mínimo los efectos negativos sobre el ambiente.

Cuando se trate de actividades consideradas altamente riesgosas en los términos de la presente Ley, la manifestación deberá incluir el estudio de riesgo correspondiente.

Si después de la presentación de una manifestación de impacto ambiental se realizan modificaciones al proyecto de la obra o actividad respectiva, los interesados deberán hacerlas del conocimiento de la Secretaría, a fin de que ésta, en un plazo no mayor de 10 días les notifique si es necesaria la presentación de información adicional para evaluar los efectos al ambiente, que pudiesen ocasionar tales modificaciones, en términos de lo dispuesto en esta Ley.

Los contenidos del informe preventivo, así como las características y las modalidades de las manifestaciones de impacto ambiental y los estudios de riesgo serán establecidos por el Reglamento de la presente Ley

Artículo reformado DOF 13-12-1996

ARTÍCULO 31

La realización de las obras y actividades a que se refieren las fracciones I a XII del artículo 28, requerirán la presentación de un informe preventivo y no una manifestación de impacto ambiental, cuando:

I.- Existan normas oficiales mexicanas u otras disposiciones que regulen las emisiones, las descargas, el aprovechamiento de recursos naturales y, en general, todos los impactos ambientales relevantes que puedan producir las obras o actividades;

II.- Las obras o actividades de que se trate estén expresamente previstas por un plan parcial de desarrollo urbano o de ordenamiento ecológico que haya sido evaluado por la Secretaría en los términos del artículo siguiente, o

III.- Se trate de instalaciones ubicadas en parques industriales autorizados en los términos de la presente sección.

En los casos anteriores, la Secretaría, una vez analizado el informe preventivo, determinará, en un plazo no mayor de veinte días, si se requiere la presentación de una manifestación de impacto ambiental en alguna de las modalidades previstas en el reglamento de la presente Ley, o si se está en alguno de los supuestos señalados.

La Secretaría publicará en su Gaceta Ecológica, el listado de los informes preventivos que le sean presentados en los términos de este artículo, los cuales estarán a disposición del público.

Artículo reformado DOF 13-12-1996

ARTÍCULO 32

En el caso de que un plan o programa parcial de desarrollo urbano o de ordenamiento ecológico del territorio incluyan obras o actividades de las señaladas en el artículo 28 de esta Ley, las autoridades competentes de los Estados, el Distrito Federal o los Municipios, podrán presentar dichos planes o programas a la Secretaría, con el propósito de que ésta emita la autorización que en materia de impacto ambiental corresponda, respecto del conjunto de obras o actividades que se prevean realizar en un área determinada, en los términos previstos en el artículo 31 de esta Ley.

Artículo reformado DOF 13-12-1996

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974


## ARTÍCULO 33

Tratándose de las obras y actividades a que se refieren las fracciones IV, VIII, IX y XI del artículo 28, la Secretaría notificará a los gobiernos estatales y municipales o del Distrito Federal, según corresponda, que ha recibido la manifestación de impacto ambiental respectiva, a fin de que éstos manifiesten lo que a su derecho convenga.

La autorización que expida la Secretaría, no obligará en forma alguna a las autoridades locales para expedir las autorizaciones que les corresponda en el ámbito de sus respectivas competencias.

Artículo reformado DOF 13-12-1996

## ARTÍCULO 34

Una vez que la Secretaría reciba una manifestación de impacto ambiental e integre el expediente a que se refiere el artículo 35, pondrá ésta a disposición del público, con el fin de que pueda ser consultada por cualquier persona.

Los promoventes de la obra o actividad podrán requerir que se mantenga en reserva la información que haya sido integrada al expediente y que, de hacerse pública, pudiera afectar derechos de propiedad industrial, y la confidencialidad de la información comercial que aporte el interesado.

La Secretaría, a solicitud de cualquier persona de la comunidad de que se trate, podrá llevar a cabo una consulta pública, conforme a las siguientes bases:

I.- La Secretaría publicará la solicitud de autorización en materia de impacto ambiental en su Gaceta Ecológica. Asimismo, el promovente deberá publicar a su costa, un extracto del proyecto de la obra o actividad en un periódico de amplia circulación en la entidad federativa de que se trate, dentro del plazo de cinco días contados a partir de la fecha en que se presente la manifestación de impacto ambiental a la Secretaría;

II.- Cualquier ciudadano, dentro del plazo de diez días contados a partir de la publicación del extracto del proyecto en los términos antes referidos, podrá solicitar a la Secretaría ponga a disposición del público en la entidad federativa que corresponda, la manifestación de impacto ambiental;

III.- Cuando se trate de obras o actividades que puedan generar desequilibrios ecológicos graves o daños a la salud pública o a los ecosistemas, de conformidad con lo que señale el reglamento de la presente Ley, la Secretaría, en coordinación con las autoridades locales, podrá organizar una reunión pública de información en la que el promovente explicará los aspectos técnicos ambientales de la obra o actividad de que

se trate;

IV.- Cualquier interesado, dentro del plazo de veinte días contados a partir de que la Secretaría ponga a disposición del público la manifestación de impacto ambiental en los términos de la fracción I, podrá proponer el establecimiento de medidas de prevención y mitigación adicionales, así como las observaciones que considere pertinentes, y

V.- La Secretaría agregará las observaciones realizadas por los interesados al expediente respectivo y consignará, en la resolución que emita, el proceso de consulta pública realizado y los resultados de las observaciones y propuestas que por escrito se hayan formulado.

Artículo reformado DOF 13-12-1996

ARTÍCULO 35

Una vez presentada la manifestación de impacto ambiental, la Secretaría iniciará el procedimiento de evaluación, para lo cual revisará que la solicitud se ajuste a las formalidades previstas en esta Ley, su Reglamento y las normas oficiales mexicanas aplicables, e integrará el expediente respectivo en un plazo no mayor de diez días

Para la autorización de las obras y actividades a que se refiere el artículo 28, la Secretaría se sujetará a lo que establezcan los ordenamientos antes señalados, así como los programas de desarrollo urbano y de ordenamiento ecológico del territorio, las declaratorias de áreas naturales protegidas y las demás disposiciones jurídicas que resulten aplicables.

Asimismo, para la autorización a que se refiere este artículo, la Secretaría deberá evaluar los posibles efectos de dichas obras o actividades en el o los ecosistemas de que se trate, considerando el conjunto de elementos que los conforman y no únicamente los recursos que, en su caso, serían sujetos de aprovechamiento o afectación.

Una vez evaluada la manifestación de impacto ambiental, la Secretaría emitirá, debidamente fundada y motivada, la resolución correspondiente en la que podrá:

I.- Autorizar la realización de la obra o actividad de que se trate, en los términos solicitados;

II.- Autorizar de manera condicionada la obra o actividad de que se trate, a la modificación del proyecto o al establecimiento de medidas adicionales de prevención y mitigación, a fin de que se eviten, atenúen o compensen los impactos ambientales adversos susceptibles de ser producidos en la construcción, operación normal y en



caso de accidente. Cuando se trate de autorizaciones condicionadas, la Secretaría señalará los requerimientos que deban observarse en la realización de la obra o actividad prevista, o

III.- Negar la autorización solicitada, cuando:

a) Se contravenga lo establecido en esta Ley, sus reglamentos, las normas oficiales mexicanas y demás disposiciones aplicables;

b) La obra o actividad de que se trate pueda propiciar que una o más especies sean declaradas como amenazadas o en peligro de extinción o cuando se afecte a una de dichas especies, o

c) Exista falsedad en la información proporcionada por los promoventes, respecto de los impactos ambientales de la obra o actividad de que se trate.

La Secretaría podrá exigir el otorgamiento de seguros o garantías respecto del cumplimiento de las condiciones establecidas en la autorización, en aquellos casos expresamente señalados en el reglamento de la presente Ley, cuando durante la realización de las obras puedan producirse daños graves a los ecosistemas.

La resolución de la Secretaría sólo se referirá a los aspectos ambientales de las obras y actividades de que se trate.

Artículo reformado DOF 13-12-1996


ARTÍCULO 35
*BIS.*

La Secretaría dentro del plazo de sesenta días contados a partir de la recepción de la manifestación de impacto ambiental deberá emitir la resolución correspondiente.

La Secretaría podrá solicitar aclaraciones, rectificaciones o ampliaciones al contenido de la manifestación de impacto ambiental que le sea presentada, suspendiéndose el término que restare para concluir el procedimiento. En ningún caso la suspensión podrá exceder el plazo de sesenta días, contados a partir de que ésta sea declarada por la Secretaría, y siempre y cuando le sea entregada la información requerida.

Excepcionalmente, cuando por la complejidad y las dimensiones de una obra o actividad la Secretaría requiera de un plazo mayor para su evaluación, éste se podrá ampliar hasta por sesenta días adicionales, siempre que se justifique conforme a lo dispuesto en el reglamento de la presente Ley.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 35
*BIS 1.*

Las personas que presten servicios de impacto ambiental, serán responsables ante la Secretaría de los informes preventivos, manifestaciones de impacto ambiental y estudios de riesgo que elaboren, quienes declararán bajo protesta de decir verdad que en ellos se incorporan las mejores técnicas y metodologías existentes, así como la información y medidas de prevención y mitigación más efectivas.

Asimismo, los informes preventivos, las manifestaciones de impacto ambiental y los estudios de riesgo podrán ser presentados por los interesados, instituciones de investigación, colegios o asociaciones profesionales, en este caso la responsabilidad respecto del contenido del documento corresponderá a quien lo suscriba.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 35
*BIS 2.*

El impacto ambiental que pudiesen ocasionar las obras o actividades no comprendidas en el artículo 28 será evaluado por las autoridades del Distrito Federal o de los Estados, con la participación de los municipios respectivos, cuando por su ubicación, dimensiones o características produzcan impactos ambientales significativos sobre el medio ambiente, y estén expresamente señalados en la legislación ambiental estatal. En estos casos, la evaluación de impacto ambiental se podrá efectuar dentro de los procedimientos de autorización de uso del suelo, construcciones, fraccionamientos, u otros que establezcan las leyes estatales y las disposiciones que de ella se deriven.

Dichos ordenamientos proveerán lo necesario a fin de hacer compatibles la política ambiental con la de desarrollo urbano y de evitar la duplicidad innecesaria de procedimientos administrativos en la materia.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 35
*BIS 3.*

Cuando las obras o actividades señaladas en el artículo 28 de esta Ley requieran, además de la autorización en materia de impacto ambiental, contar con autorización de inicio de obra; se deberá verificar que el responsable cuente con la autorización de impacto ambiental expedida en términos de lo dispuesto en este ordenamiento

Asimismo, la Secretaría, a solicitud del promovente, integrará a la autorización en materia de impacto ambiental, los demás permisos, licencias y autorizaciones de su competencia, que se requieran para la realización de las obras y actividades a que se refiere este artículo.

Artículo adicionado DOF 13-12-1996

## SECCIÓN VI Normas Oficiales Mexicanas en Materia Ambiental

Denominación de la Sección reformada DOF 13-12-1996

ARTÍCULO 36

Para garantizar la sustentabilidad de las actividades económicas, la Secretaría emitirá normas oficiales mexicanas en materia ambiental y para el aprovechamiento sustentable de los recursos naturales, que tengan por objeto:

I.- Establecer los requisitos, especificaciones, condiciones, procedimientos, metas, parámetros y límites permisibles que deberán observarse en regiones, zonas, cuencas o ecosistemas, en aprovechamiento de recursos naturales, en el desarrollo de actividades económicas, en el uso y destino de bienes, en insumos y en procesos;

II.- Considerar las condiciones necesarias para el bienestar de la población y la preservación o restauración de los recursos naturales y la protección al ambiente;

III.- Estimular o inducir a los agentes económicos para reorientar sus procesos y tecnologías a la protección del ambiente y al desarrollo sustentable;

IV.- Otorgar certidumbre a largo plazo a la inversión e inducir a los agentes económicos a asumir los costos de la afectación ambiental que ocasionen, y

V.- Fomentar actividades productivas en un marco de eficiencia y sustentabilidad.

La expedición y modificación de las normas oficiales mexicanas en materia ambiental, se sujetará al procedimiento establecido en la Ley Federal sobre Metrología y Normalización

Artículo reformado DOF 13-12-1996

ARTÍCULO 37

En la formulación de normas oficiales mexicanas en materia ambiental deberá considerarse que el cumplimiento de sus previsiones deberá realizarse de conformidad con las características de cada proceso productivo o actividad sujeta a regulación, sin que ello implique el uso obligatorio de tecnologías específicas.

Cuando las normas oficiales mexicanas en materia ambiental establezcan el uso de equipos, procesos o tecnologías específicas, los destinatarios de las mismas podrán proponer a la Secretaría para su aprobación, los equipos, procesos o tecnologías alternativos mediante los cuales se ajustarán a las previsiones correspondientes.

Para tal efecto, los interesados acompañarán a su propuesta la justificación en que ésta se sustente para cumplir con los objetivos y finalidades establecidos en la norma oficial mexicana de que se trate.

Una vez recibida la propuesta, la Secretaría en un plazo que no excederá de treinta días emitirá la resolución respectiva. En caso de que no se emita dicha resolución en el plazo señalado, se considerará que ésta es negativa.

Cuando la resolución sea favorable, deberá publicarse en un órgano de difusión oficial y surtirá efectos en beneficio de quien lo solicite, respetando, en su caso, los derechos adquiridos en materia de propiedad industrial.

Artículo reformado DOF 13-12-1996


ARTÍCULO 37
*BIS.*

Las normas oficiales mexicanas en materia ambiental son de cumplimiento obligatorio en el territorio nacional y señalarán su ámbito de validez, vigencia y gradualidad en su aplicación.

Artículo adicionado DOF 13-12-1996


## SECCIÓN VII Autorregulación y Auditorías Ambientales


Denominación de la Sección reformada DOF 13-12-1996


ARTÍCULO 38

Los productores, empresas u organizaciones empresariales podrán desarrollar procesos voluntarios de autorregulación ambiental, a través de los cuales mejoren su desempeño ambiental, respetando la legislación y normatividad vigente en la materia y se comprometan a superar o cumplir mayores niveles, metas o beneficios en materia de protección ambiental.

La Secretaría en el ámbito federal, inducirá o concertará:

I.- El desarrollo de procesos productivos y generación de servicios adecuados y compatibles con el ambiente, así como sistemas de protección y restauración en la materia, convenidos con cámaras de industria, comercio y otras actividades productivas, organizaciones de productores, organizaciones representativas de una zona o región, instituciones de investigación científica y tecnológica y otras organizaciones interesadas;

II.- El cumplimiento de normas voluntarias o especificaciones técnicas en materia ambiental que sean más estrictas que las normas oficiales mexicanas o que se refieran a aspectos no previstas por éstas, las cuales serán establecidas de común acuerdo con particulares o con asociaciones u organizaciones que los representen. Para tal efecto, la Secretaría podrá promover el establecimiento de normas mexicanas conforme a lo previsto en la Ley Federal sobre Metrología y Normalización;III.- El establecimiento de sistemas de certificación de procesos, productos y servicios para inducir patrones de consumo que sean compatibles o que preserven, mejoren, conserven o restauren el medio ambiente, debiendo observar, en su caso, las disposiciones aplicables de la Ley Federal sobre Metrología y Normalización, yIV.- Las demás acciones que induzcan a las empresas a alcanzar los objetivos de la política ambiental superiores a las previstas en la normatividad ambiental establecida.

Artículo reformado DOF 13-12-1996, 05-07-2007

Ver Citas: una disposición normativa

ARTÍCULO 38
*BIS.*

Los responsables del funcionamiento de una empresa podrán en forma voluntaria, a través de la auditoría ambiental, realizar el examen metodológico de sus operaciones, respecto de la contaminación y el riesgo que generan, así como el grado de cumplimiento de la normatividad ambiental y de los parámetros internacionales y de buenas prácticas de operación e ingeniería aplicables, con el objeto de definir las medidas preventivas y correctivas necesarias para proteger el medio ambiente.

La Secretaría desarrollará un programa dirigido a fomentar la realización de auditorías ambientales, y podrá supervisar su ejecución. Para tal efecto:

I.- Elaborará los términos de referencia que establezcan la metodología para la realización de las auditorías ambientales;

II.- Establecerá un sistema de aprobación y acreditamiento de peritos y auditores ambientales, determinando los procedimientos y requisitos que deberán cumplir los interesados para incorporarse a dicho sistema, debiendo, en su caso, observar lo dispuesto por la Ley Federal sobre Metrología y Normalización

Para tal efecto, integrará un comité técnico constituido por representantes de instituciones de investigación, colegios y asociaciones profesionales y organizaciones del sector industrial;

III.- Desarrollará programas de capacitación en materia de peritajes y auditorías ambientales;

IV.- Instrumentará un sistema de reconocimientos y estímulos que permita identificar a las industrias que cumplan oportunamente los compromisos adquiridos en las auditorías ambientales;

V.- Promoverá la creación de centros regionales de apoyo a la mediana y pequeña industria, con el fin de facilitar la realización de auditorías en dichos sectores, y

VI.- Convendrá o concertará con personas físicas o morales, públicas o privadas, la realización de auditorías ambientales.

Artículo adicionado DOF 13-12-1996

Ver Citas: una disposición normativa

ARTÍCULO 38
*BIS 1.*

La Secretaría pondrá los programas preventivos y correctivos derivados de las auditorías ambientales, así como el diagnóstico básico del cual derivan, a disposición de quienes resulten o puedan resultar directamente afectados.

En todo caso, deberán observarse las disposiciones legales relativas a la confidencialidad de la información industrial y comercial.

Artículo adicionado DOF 13-12-1996

Ver Citas: una disposición normativa

ARTÍCULO 38
*BIS 2.*

Los Estados y el Distrito Federal podrán establecer sistemas de autorregulación y auditorías ambientales en los ámbitos de sus respectivas competencias.

Artículo adicionado DOF 13-12-1996

## SECCIÓN VIII Investigación y Educación Ecológicas

Ver Citas: una disposición normativa

ARTÍCULO 39

Las autoridades competentes promoverán la incorporación de contenidos ecológicos, conocimientos, valores y competencias, en los diversos ciclos educativos, especialmente en el nivel básico, así como en la formación cultural de la niñez y la juventud.

Párrafo reformado DOF 07-01-2000

Asimismo, propiciarán la participación comprometida de los medios de comunicación masiva en el fortalecimiento de la conciencia ecológica, y la socialización de proyectos de desarrollo sustentable.

Párrafo reformado DOF 07-01-2000

La Secretaría, con la participación de la Secretaría de Educación Pública, promoverá que las instituciones de Educación Superior y los organismos dedicados a la investigación científica y tecnológica, desarrollen planes y programas para la formación de especialistas en la materia en todo el territorio nacional y para la investigación de las causas y efectos de los fenómenos ambientales.

La Secretaría mediante diversas acciones promoverá la generación de conocimientos estratégicos acerca de la naturaleza, la interacción entre los elementos de los ecosistemas, incluido el ser humano, la evolución y transformación de los mismos, a fin de contar con información para la elaboración de programas que fomenten la prevención, restauración, conservación y protección del ambiente.

Párrafo adicionado DOF 07-01-2000

ARTÍCULO 40

La Secretaría del Trabajo y Previsión Social, promoverá el desarrollo de la capacitación y adiestramiento en y para el trabajo en materia de protección al ambiente, y de preservación y restauración del equilibrio ecológico, con arreglo a lo que establece esta Ley y de conformidad con los sistemas, métodos y procedimientos que prevenga la legislación especial Asimismo, propiciará la incorporación de contenidos ecológicos en los programas de las comisiones mixtas de seguridad e higiene.

Ver Citas: una disposición normativa

ARTÍCULO 41

El Gobierno Federal, las entidades federativas y los municipios con arreglo a lo que dispongan las legislaturas locales, fomentarán la investigación científica, desarrollo tecnológico e innovación, asimismo promoverán programas para el desarrollo de técnicas y procedimientos que permitan prevenir, controlar y abatir la contaminación, propiciar el aprovechamiento sustentable de los recursos naturales, preservar, proteger y restaurar los ecosistemas para prevenir desequilibrios ecológicos y daños ambientales, determinar la vulnerabilidad, así como las medidas de adaptación y mitigación al cambio climático. Para ello, se podrán celebrar convenios con instituciones de educación superior, centros de investigación, instituciones del sector social y privado, investigadores y especialistas en la materia.

Artículo 41 reformado por el Decreto por el que se reforman los artículos 22, 22 Bis, 41 y 116 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 29 de Mayo de 2012

# SECCIÓN IX Información y Vigilancia

ARTÍCULO 42

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 43

Se deroga.

Artículo derogado DOF 13-12-1996

## CAPÍTULO V Instrumentos de la Política Ecológica Se deroga

Capítulo derogado DOF 13-12-1996

## TÍTULO SEGUNDO Biodiversidad

Denominación del Título reformada DOF 13-12-1996

## CAPÍTULO I Áreas Naturales Protegidas

Denominación del Capítulo reformada DOF 13-12-1996

## SECCIÓN I Disposiciones Generales

Denominación de la Sección reformada DOF 13-12-1996

## ARTÍCULO 44

Las zonas del territorio nacional y aquéllas sobre las que la Nación ejerce soberanía y jurisdicción, en las que los ambientes originales no han sido significativamente alterados por la actividad del ser humano, o que requieren ser preservadas y restauradas, quedarán sujetas al régimen previsto en esta Ley y los demás ordenamientos aplicables

Los propietarios, poseedores o titulares de otros derechos sobre tierras, aguas y bosques comprendidos dentro de áreas naturales protegidas deberán sujetarse a las modalidades que de conformidad con la presente Ley, establezcan los decretos por los que se constituyan dichas áreas, así como a las demás previsiones contenidas en el programa de manejo y en los programas de ordenamiento ecológico que

correspondan.

Artículo reformado DOF 13-12-1996

ARTÍCULO 45

El establecimiento de áreas naturales protegidas, tiene por objeto:

Párrafo reformado DOF 13-12-1996

I. Preservar los ambientes naturales representativos de las diferentes regiones biogeográficas y ecológicas y de los ecosistemas más frágiles, para asegurar el equilibrio y la continuidad de los procesos evolutivos y ecológicos;

II.- Salvaguardar la diversidad genética de las especies silvestres de las que depende la continuidad evolutiva; así como asegurar la preservación y el aprovechamiento sustentable de la biodiversidad del territorio nacional, en particular preservar las especies que están en peligro de extinción, las amenazadas, las endémicas, las raras y las que se encuentran sujetas a protección especial;

Fracción reformada DOF 13-12-1996

III.- Asegurar el aprovechamiento sustentable de los ecosistemas y sus elementos;

Fracción reformada DOF 13-12-1996

IV. Proporcionar un campo propicio para la investigación científica y el estudio de los ecosistemas y su equilibrio;

V.- Generar, rescatar y divulgar conocimientos, prácticas y tecnologías, tradicionales o nuevas que permitan la preservación y el aprovechamiento sustentable de la biodiversidad del territorio nacional;

Fracción reformada DOF 13-12-1996

VI. Proteger poblados, vías de comunicación, instalaciones industriales y aprovechamientos agrícolas, mediante zonas forestales en montañas donde se originen torrentes; el ciclo hidrológico en cuencas, así como las demás que tiendan a la protección de elementos circundantes con los que se relacione ecológicamente el área; y

VII.- Proteger los entornos naturales de zonas, monumentos y vestigios arqueológicos, históricos y artísticos, así como zonas turísticas, y otras áreas de importancia para la recreación, la cultura e identidad nacionales y de los pueblos indígenas.

Fracción reformada DOF 13-12-1996

ARTÍCULO 45

BIS. Las autoridades competentes garantizarán el otorgamiento de estímulos fiscales y retribuciones económicas, con la aplicación de los instrumentos económicos referidos en el presente ordenamiento, a los propietarios, poseedores o titulares de otros derechos sobre tierras, aguas y bosques comprendidos dentro de áreas naturales protegidas.

Artículo adicionado DOF 31-12-2001

## SECCIÓN II Tipos y Características de las Áreas Naturales Protegidas

Denominación de la Sección reformada DOF 13-12-1996 (reubicada)

ARTÍCULO 46

Se consideran áreas naturales protegidas:

I.- Reservas de la biosfera;

II.- Se deroga.

Fracción derogada DOF 13-12-1996

III.- Parques nacionales;

IV.- Monumentos naturales;

V.- Se deroga.

Fracción derogada DOF 13-12-1996

VI.- Áreas de protección de recursos naturales;

VII.- Áreas de protección de flora y fauna;

VIII.- Santuarios;

IX.- Parques y Reservas Estatales, así como las demás categorías que establezcan las legislaciones locales;

Fracción reformada DOF 05-07-2007, 16-05-2008

X.- Zonas de conservación ecológica municipales, así como las demás categorías que establezcan las legislaciones locales, y

Fracción reformada DOF 16-05-2008

XI.- Áreas destinadas voluntariamente a la conservación.

Fracción adicionada DOF 16-05-2008

Para efectos de lo establecido en el presente Capítulo, son de competencia de la Federación las áreas naturales protegidas comprendidas en las fracciones I a VIII y XI anteriormente señaladas.

Párrafo reformado DOF 16-05-2008

Los Gobiernos de los Estados y del Distrito Federal, en los términos que señale la legislación local en la materia, podrán establecer parques, reservas estatales y demás categorías de manejo que establezca la legislación local en la materia, ya sea que reúnan alguna de las características señaladas en las fracciones I a VIII y XI del presente artículo o que tengan características propias de acuerdo a las particularidades de cada entidad federativa. Dichas áreas naturales protegidas no podrán establecerse en zonas previamente declaradas como áreas naturales protegidas competencia de la federación, salvo que se trate de las señaladas en la fracción VI de este artículo.

Párrafo reformado DOF 05-07-2007, 16-05-2008

Asimismo, corresponde a los municipios establecer las zonas de conservación ecológica municipales así como las demás categorías, conforme a lo previsto en la



legislación local.

Párrafo reformado DOF 16-05-2008

En las áreas naturales protegidas no podrá autorizarse la fundación de nuevos centros de población.

Artículo reformado DOF 13-12-1996

Ver Citas: 3 disposiciones normativas



ARTÍCULO 47

En el establecimiento, administración y manejo de las áreas naturales protegidas a que se refiere el artículo anterior, la Secretaría promoverá la participación de sus habitantes, propietarios o poseedores, gobiernos locales, pueblos indígenas, y demás organizaciones sociales, públicas y privadas, con objeto de propiciar el desarrollo integral de la comunidad y asegurar la protección y preservación de los ecosistemas y su biodiversidad.

Para tal efecto, la Secretaría podrá suscribir con los interesados los convenios de concertación o acuerdos de coordinación que correspondan.

Artículo reformado DOF 13-12-1996

Ver Citas: una disposición normativa

ARTÍCULO 47

BIS. Para el cumplimiento de las disposiciones de la presente Ley, en relación al establecimiento de las áreas naturales protegidas, se realizará una división y subdivisión que permita identificar y delimitar las porciones del territorio que la conforman, acorde con sus elementos biológicos, físicos y socioeconómicos, los cuales constituyen un esquema integral y dinámico, por lo que cuando se realice la delimitación territorial de las actividades en las áreas naturales protegidas, ésta se llevará a cabo a través de las siguientes zonas y sus respectivas subzonas, de acuerdo a su categoría de manejo:

I. Las zonas núcleo, tendrán como principal objetivo la preservación de los ecosistemas a mediano y largo plazo, en donde se podrán autorizar las actividades de preservación de los ecosistemas y sus elementos, de investigación y de colecta científica, educación ambiental, y limitarse o prohibirse aprovechamientos que alteren los ecosistemas. Estas zonas podrán estar conformadas por las siguientes subzonas:

a) De protección: Aquellas superficies dentro del área natural protegida, que han sufrido muy poca alteración, así como ecosistemas relevantes o frágiles y fenómenos naturales, que requieren de un cuidado especial para asegurar su conservación a largo plazo.

En las subzonas de protección sólo se permitirá realizar actividades de monitoreo del ambiente, de investigación científica que no implique la extracción o el traslado de especímenes, ni la modificación del hábitat.

b) De uso restringido: Aquellas superficies en buen estado de conservación donde se busca mantener las condiciones actuales de los ecosistemas, e incluso mejorarlas en los sitios que así se requieran, y en las que se podrán realizar excepcionalmente actividades de aprovechamiento que no modifiquen los ecosistemas y que se encuentren sujetas a estrictas medidas de control.

En las subzonas de uso restringido sólo se permitirán la investigación científica y el monitoreo del ambiente, las actividades de educación ambiental y turismo de bajo impacto ambiental que no impliquen modificaciones de las características o condiciones naturales originales, y la construcción de instalaciones de apoyo, exclusivamente para la investigación científica o el monitoreo del ambiente, y

II. Las zonas de amortiguamiento, tendrán como función principal orientar a que las actividades de aprovechamiento, que ahí se lleven a cabo, se conduzcan hacia el desarrollo sustentable, creando al mismo tiempo las condiciones necesarias para lograr la conservación de los ecosistemas de ésta a largo plazo, y podrán estar conformadas básicamente por las siguientes subzonas:

a) De preservación: Aquellas superficies en buen estado de conservación que

contienen ecosistemas relevantes o frágiles, o fenómenos naturales relevantes, en las que el desarrollo de actividades requiere de un manejo específico, para lograr su adecuada preservación.

En las subzonas de preservación sólo se permitirán la investigación científica y el monitoreo del ambiente, las actividades de educación ambiental y las actividades productivas de bajo impacto ambiental que no impliquen modificaciones sustanciales de las características o condiciones naturales originales, promovidas por las comunidades locales o con su participación, y que se sujeten a una supervisión constante de los posibles impactos negativos que ocasionen, de conformidad con lo dispuesto en los ordenamientos jurídicos y reglamentarios que resulten aplicables.

b) De uso tradicional: Aquellas superficies en donde los recursos naturales han sido aprovechados de manera tradicional y continua, sin ocasionar alteraciones significativas en el ecosistema. Están relacionadas particularmente con la satisfacción de las necesidades socioeconómicas y culturales de los habitantes del área protegida.

En dichas subzonas no podrán realizarse actividades que amenacen o perturben la estructura natural de las poblaciones y ecosistemas o los mecanismos propios para su recuperación. Sólo se podrán realizar actividades de investigación científica, educación ambiental y de turismo de bajo impacto ambiental, así como la infraestructura de apoyo que se requiera, utilizando ecotécnias y materiales tradicionales de construcción propios de la región, aprovechamiento de los recursos naturales para la satisfacción de las necesidades económicas básicas y de autoconsumo de los pobladores, utilizando métodos tradicionales enfocados a la sustentabilidad, conforme lo previsto en las disposiciones legales y reglamentarias aplicables.

c) De aprovechamiento sustentable de los recursos naturales: Aquellas superficies en las que los recursos naturales pueden ser aprovechados, y que, por motivos de uso y conservación de sus ecosistemas a largo plazo, es necesario que todas las actividades productivas se efectúen bajo esquemas de aprovechamiento sustentable.

En dichas subzonas se permitirán exclusivamente el aprovechamiento y manejo de los recursos naturales renovables, siempre que estas acciones generen beneficios preferentemente para los pobladores locales, la investigación científica, la educación ambiental y el desarrollo de actividades turísticas de bajo impacto ambiental.

Asimismo, el aprovechamiento sustentable de la vida silvestre podrá llevarse a cabo siempre y cuando se garantice su reproducción controlada o se mantengan o incrementen las poblaciones de las especies aprovechadas y el hábitat del que dependen; y se sustenten en los planes correspondientes autorizados por la Secretaría, conforme a las disposiciones legales y reglamentarias aplicables.

d) De aprovechamiento sustentable de los ecosistemas: Aquellas superficies con usos agrícolas y pecuarios actuales.



En dichas subzonas se podrán realizar actividades agrícolas y pecuarias de baja intensidad que se lleven a cabo en predios que cuenten con aptitud para este fin, y en aquellos en que dichas actividades se realicen de manera cotidiana, y actividades de agroforestería y silvopastoriles, siempre y cuando sean compatibles con las acciones de conservación del área, y que contribuyan al control de la erosión y evitar la degradación de los suelos.

La ejecución de las prácticas agrícolas, pecuarias, agroforestales y silvopastoriles que no estén siendo realizadas en forma sustentable, deberán orientarse hacia la sustentabilidad y a la disminución del uso de agroquímicos e insumos externos para su realización.

e) De aprovechamiento especial: Aquellas superficies generalmente de extensión reducida, con presencia de recursos naturales que son esenciales para el desarrollo social, y que deben ser explotadas sin deteriorar el ecosistema, modificar el paisaje de forma sustancial, ni causar impactos ambientales irreversibles en los elementos naturales que conformen.

En dichas subzonas sólo se podrán ejecutar obras públicas o privadas para la instalación de infraestructura o explotación de recursos naturales, que generen beneficios públicos, que guarden armonía con el paisaje, que no provoquen desequilibrio ecológico grave y que estén sujetos a estrictas regulaciones de uso sustentable de los recursos naturales.

f) De uso público: Aquellas superficies que presentan atractivos naturales para la realización de actividades de recreación y esparcimiento, en donde es posible mantener concentraciones de visitantes, en los límites que se determinen con base en la capacidad de carga de los ecosistemas.

En dichas subzonas se podrá llevar a cabo exclusivamente la construcción de instalaciones para el desarrollo de servicios de apoyo al turismo, a la investigación y monitoreo del ambiente, y la educación ambiental, congruentes con los propósitos de protección y manejo de cada área natural protegida.

g) De asentamientos humanos: En aquellas superficies donde se ha llevado a cabo una modificación sustancial o desaparición de los ecosistemas originales, debido al desarrollo de asentamientos humanos, previos a la declaratoria del área protegida, y

h) De recuperación: Aquellas superficies en las que los recursos naturales han resultado severamente alterados o modificados, y que serán objeto de programas de recuperación y rehabilitación.

En estas subzonas deberán utilizarse preferentemente para su rehabilitación, especies nativas de la región; o en su caso, especies compatibles con el funcionamiento y la estructura de los ecosistemas originales.

En las zonas de amortiguamiento deberá tomarse en consideración las actividades

Ley General del Equilibrio Ecológico y la Protección al Ambiente
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

productivas que lleven a cabo las comunidades que ahí habiten al momento de la expedición de la declaratoria respectiva, basándose en lo previsto tanto en el Programa de Manejo respectivo como en los Programas de Ordenamiento Ecológico que resulten aplicables.

Artículo adicionado DOF 23-02-2005

Ver Citas: una disposición normativa

ARTÍCULO 47
*BIS 1.*

Mediante las declaratorias de las áreas naturales protegidas, podrán establecerse una o más zonas núcleo y de amortiguamiento, según sea el caso, las cuales a su vez, podrán estar conformadas por una o más subzonas, que se determinarán mediante el programa de manejo correspondiente, de acuerdo a la categoría de manejo que se les asigne.

En el caso en que la declaratoria correspondiente sólo prevea un polígono general, éste podrá subdividirse por una o más subzonas previstas para las zonas de amortiguamiento, atendiendo a la categoría de manejo que corresponda.

En las reservas de la biosfera, en las áreas de protección de recursos naturales y en las áreas de protección de flora y fauna se podrán establecer todas las subzonas previstas en el artículo 47 Bis.

En los parques nacionales podrán establecerse subzonas de protección y de uso restringido en sus zonas núcleo; y subzonas de uso tradicional, uso público y de recuperación en las zonas de amortiguamiento.

En el caso de los parques nacionales que se ubiquen en las zonas marinas mexicanas se establecerán, además de las subzonas previstas en el párrafo anterior, subzonas de aprovechamiento sustentable de los recursos naturales.

En los monumentos naturales y en los santuarios, se podrán establecer subzonas de protección y uso restringido, dentro de sus zonas núcleo; y subzonas de uso público y de recuperación en las zonas de amortiguamiento.

Artículo adicionado DOF 23-02-2005

Ver Citas: una disposición normativa

ARTÍCULO 48

Las reservas de la biosfera se constituirán en áreas biogeográficas relevantes a nivel nacional, representativas de uno o más ecosistemas no alterados significativamente por la acción del ser humano o que requieran ser preservados y restaurados, en los cuales habiten especies representativas de la biodiversidad nacional, incluyendo a las consideradas endémicas, amenazadas o en peligro de extinción.

Párrafo reformado DOF 13-12-1996

En las zonas núcleo de las reservas de la biosfera sólo podrá autorizarse la ejecución de actividades de preservación de los ecosistemas y sus elementos, de investigación científica y educación ambiental, mientras que se prohibirá la realización de aprovechamientos que alteren los ecosistemas.

Párrafo reformado DOF 23-02-2005

Por su parte, en las zonas de amortiguamiento de las reservas de la biosfera sólo podrán realizarse actividades productivas emprendidas por las comunidades que ahí habiten al momento de la expedición de la declaratoria respectiva o con su participación, que sean estrictamente compatibles con los objetivos, criterios y programas de aprovechamiento sustentable, en los términos del decreto respectivo y del programa de manejo que se formule y expida, considerando las previsiones de los programas de ordenamiento ecológico que resulten aplicables.

Párrafo reformado DOF 13-12-1996, 23-02-2005

Se deroga el último párrafo. Párrafo derogado DOF 13-12-1996

ARTÍCULO 49

En las zonas núcleo de las áreas naturales protegidas quedará expresamente prohibido:

I. Verter o descargar contaminantes en el suelo, subsuelo y cualquier clase de cauce, vaso o acuífero, así como desarrollar cualquier actividad contaminante;

II. Interrumpir, rellenar, desecar o desviar los flujos hidráulicos;

III. Realizar actividades cinegéticas o de explotación y aprovechamiento de especies de flora y fauna silvestres y extracción de tierra de monte y su cubierta vegetal;

IV. Introducir ejemplares o poblaciones exóticos de la vida silvestre, así como organismos genéticamente modificados, y

V. Ejecutar acciones que contravengan lo dispuesto por esta Ley, la declaratoria respectiva y las demás disposiciones que de ellas se deriven.

Artículo reformado DOF 13-12-1996, 05-07-2007

ARTÍCULO 50

Los parques nacionales se constituirán, tratándose de representaciones biogeográficas, a nivel nacional, de uno o más ecosistemas que se signifiquen por su belleza escénica, su valor científico, educativo, de recreo, su valor histórico, por la existencia de flora y fauna, por su aptitud para el desarrollo del turismo, o bien por otras razones análogas de interés general.

En los parques nacionales sólo podrá permitirse la realización de actividades relacionadas con la protección de sus recursos naturales, el incremento de su flora y fauna y en general, con la preservación de los ecosistemas y de sus elementos, así como con la investigación, recreación, turismo y educación ecológicos.

Artículo reformado DOF 13-12-1996

ARTÍCULO 51



Para los fines señalados en el presente Capítulo, así como para proteger y preservar los ecosistemas marinos y regular el aprovechamiento sustentable de la flora y fauna acuática, en las zonas marinas mexicanas, que podrán incluir la zona federal marítimo terrestre contigua, se podrán establecer áreas naturales protegidas de los tipos a que se refieren las fracciones I, III, IV, VII y VIII del artículo 46, atendiendo a las características particulares de cada caso.

En estas áreas se permitirán y, en su caso, se restringirán o prohibirán las actividades o aprovechamientos que procedan, de conformidad con lo que disponen esta Ley, la Ley de Pesca, la Ley Federal del Mar, las convenciones internacionales de las que México sea parte y las demás disposiciones jurídicas aplicables

Las autorizaciones, concesiones o permisos para el aprovechamiento de los recursos naturales en estas áreas, así como el tránsito de embarcaciones en la zona o la construcción o utilización de infraestructura dentro de la misma, quedarán sujetas a lo que dispongan los Programas de Manejo y las declaratorias correspondientes.

Para el establecimiento, administración y vigilancia de las áreas naturales protegidas establecidas en las zonas marinas mexicanas, así como para la elaboración de su programa de manejo, se deberán coordinar, atendiendo a sus respectivas competencias, la Secretaría y la Secretaría de Marina.

Artículo reformado DOF 13-12-1996, 12-02-2007


ARTÍCULO 52


Los monumentos naturales se establecerán en áreas que contengan uno o varios elementos naturales, consistentes en lugares u objetos naturales, que por su carácter único o excepcional, interés estético, valor histórico o científico, se resuelva incorporar a un régimen de protección absoluta. Tales monumentos no tienen la variedad de ecosistemas ni la superficie necesaria para ser incluidos en otras categorías de manejo.

En los monumentos naturales únicamente podrá permitirse la realización de actividades relacionadas con su preservación, investigación científica, recreación y educación.

Artículo reformado DOF 13-12-1996


ARTÍCULO 53

Las áreas de protección de recursos naturales, son aquellas destinadas a la preservación y protección del suelo, las cuencas hidrográficas, las aguas y en general los recursos naturales localizados en terrenos forestales de aptitud preferentemente forestal, siempre que dichas áreas no queden comprendidas en otra de las categorías previstas en el artículo 46 de esta Ley.

Se consideran dentro de esta categoría las reservas y zonas forestales, las zonas de protección de ríos, lagos, lagunas, manantiales y demás cuerpos considerados aguas nacionales, particularmente cuando éstos se destinen al abastecimiento de agua para el servicio de las poblaciones.

En las áreas de protección de recursos naturales sólo podrán realizarse actividades relacionadas con la preservación, protección y aprovechamiento sustentable de los recursos naturales en ellas comprendidos, así como con la investigación, recreación, turismo y educación ecológica, de conformidad con lo que disponga el decreto que las establezca, el programa de manejo respectivo y las demás disposiciones jurídicas aplicables.

Artículo reformado DOF 13-12-1996


ARTÍCULO 54


Las áreas de protección de la flora y la fauna se constituirán de conformidad con las disposiciones de esta Ley, de la Ley General de Vida Silvestre, la Ley de Pesca y demás aplicables, en los lugares que contienen los hábitat de cuyo equilibrio y preservación dependen la existencia, transformación y desarrollo de las especies de flora y fauna silvestres

En dichas áreas podrá permitirse la realización de actividades relacionadas con la preservación, repoblación, propagación, aclimatación, refugio, investigación y aprovechamiento sustentable de las especies mencionadas, así como las relativas a educación y difusión en la materia.

Asimismo, podrá autorizarse el aprovechamiento de los recursos naturales a las comunidades que ahí habiten en el momento de la expedición de la declaratoria respectiva, o que resulte posible según los estudios que se realicen, el que deberá sujetarse a las normas oficiales mexicanas y usos del suelo que al efecto se establezcan en la propia declaratoria.

Artículo reformado DOF 13-12-1996, 05-07-2007

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

ARTÍCULO 55

Los santuarios son aquellas áreas que se establecen en zonas caracterizadas por una considerable riqueza de flora o fauna, o por la presencia de especies, subespecies o hábitat de distribución restringida. Dichas áreas abarcarán cañadas, vegas, relictos, grutas, cavernas, cenotes, caletas, u otras unidades topográficas o geográficas que requieran ser preservadas o protegidas.

En los santuarios sólo se permitirán actividades de investigación, recreación y educación ambiental, compatibles con la naturaleza y características del área.

Artículo reformado DOF 13-12-1996

ARTÍCULO 55
*BIS.*

Las áreas destinadas voluntariamente a la conservación son aquellas que pueden presentar cualquiera de las características y elementos biológicos señalados en los artículos 48 al 55 de la presente Ley; proveer servicios ambientales o que por su ubicación favorezcan el cumplimiento de los objetivos previstos en el artículo 45 de esta Ley. Para tal efecto, la Secretaría emitirá un certificado, en los términos de lo previsto por la Sección V del presente Capítulo.

Dichos predios se considerarán como áreas productivas dedicadas a una función de interés público.

El establecimiento, administración y manejo de las áreas destinadas voluntariamente a la conservación se sujetará a lo previsto en la Sección V del presente Capítulo.

Artículo adicionado DOF 16-05-2008

ARTÍCULO 56

Las autoridades de los Estados y del Distrito Federal, podrán promover ante el Gobierno Federal, el reconocimiento de las áreas naturales protegidas que conforme a su legislación establezcan, con el propósito de compatibilizar los regímenes de protección correspondientes.

Artículo reformado DOF 13-12-1996

ARTÍCULO 56
*BIS.*

La Secretaría constituirá un Consejo Nacional de Áreas Naturales Protegidas, que estará integrado por representantes de la misma, de otras dependencias y entidades de la Administración Pública Federal, así como de instituciones académicas y centros de investigación, agrupaciones de productores y empresarios, organizaciones no gubernamentales y de otros organismos de carácter social o privado, así como personas físicas, con reconocido prestigio en la materia.

El Consejo fungirá como órgano de consulta y apoyo de la Secretaría en la formulación, ejecución, seguimiento y evaluación de la política para el establecimiento, manejo y vigilancia de las áreas naturales protegidas de su competencia.

Las opiniones y recomendaciones que formule el Consejo, deberán ser considerados por la Secretaría en el ejercicio de las facultades que en materia de áreas naturales protegidas le corresponden conforme a éste y otros ordenamientos jurídicos aplicables.

El Consejo podrá invitar a sus sesiones a representantes de los gobiernos de los Estados, del Distrito Federal y de los Municipios, cuando se traten asuntos relacionados con áreas naturales protegidas de competencia federal que se encuentren dentro de su territorio. Asimismo, podrá invitar a representantes de ejidos, comunidades, propietarios, poseedores y en general a cualquier persona cuya participación sea necesaria conforme al asunto que en cada caso se trate.

Artículo adicionado DOF 13-12-1996


# SECCIÓN III Declaratorias para el Establecimiento, Administración y Vigilancia de Áreas Naturales Protegidas

Sección adicionada DOF 13-12-1996


ARTÍCULO 57

Las áreas naturales protegidas señaladas en las fracciones I a VIII del artículo 46 de esta Ley, se establecerán mediante declaratoria que expida el Titular del Ejecutivo Federal conforme a ésta y las demás leyes aplicables.

Artículo reformado DOF 13-12-1996

ARTÍCULO 58

Previamente a la expedición de las declaratorias para el establecimiento de las áreas naturales protegidas a que se refiere el artículo anterior, se deberán realizar los estudios que lo justifiquen, en los términos del presente capítulo, los cuales deberán ser puestos a disposición del público. Asimismo, la Secretaría deberá solicitar la opinión de:

I.- Los gobiernos locales en cuyas circunscripciones territoriales se localice el área natural de que se trate;

II.- Las dependencias de la Administración Pública Federal que deban intervenir, de conformidad con sus atribuciones;

III.- Las organizaciones sociales públicas o privadas, pueblos indígenas, y demás personas físicas o morales interesadas, y

IV.- Las universidades, centros de investigación, instituciones y organismos de los sectores público, social y privado interesados en el establecimiento, administración y vigilancia de áreas naturales protegidas.

Artículo reformado DOF 13-12-1996

ARTÍCULO 59

Los pueblos indígenas, las organizaciones sociales, públicas o privadas, y demás personas interesadas, podrán promover ante la Secretaría el establecimiento, en terrenos de su propiedad o mediante contrato con terceros, de áreas naturales protegidas, cuando se trate de áreas destinadas a la preservación, protección y restauración de la biodiversidad. La Secretaría, en su caso, promoverá ante el Ejecutivo Federal la expedición de la declaratoria respectiva, mediante la cual se establecerá el manejo del área por parte del promovente, con la participación de la Secretaría conforme a las atribuciones que al respecto se le otorgan en esta Ley.

Se deroga el segundo párrafo Párrafo derogado DOF 16-05-2008

Artículo reformado DOF 13-12-1996

ARTÍCULO 60

Las declaratorias para el establecimiento de las áreas naturales protegidas señaladas en las fracciones I a VIII del artículo 46 de esta Ley deberán contener, por lo menos, los siguientes aspectos:I.- La delimitación precisa del área, señalando la superficie, ubicación, deslinde y en su caso, la zonificación correspondiente;

II.- Las modalidades a que se sujetará dentro del área, el uso o aprovechamiento de los recursos naturales en general o específicamente de aquellos sujetos a protección;

III.- La descripción de actividades que podrán llevarse a cabo en el área correspondiente, y las modalidades y limitaciones a que se sujetarán;

IV.- La causa de utilidad pública que en su caso fundamente la expropiación de terrenos, para que la nación adquiera su dominio, cuando al establecerse un área natural protegida se requiera dicha resolución; en estos casos, deberán observarse las previsiones de las Leyes de Expropiación, Agraria y los demás ordenamientos aplicables;

V.- Los lineamientos generales para la administración, el establecimiento de órganos colegiados representativos, la creación de fondos o fideicomisos y la elaboración del programa de manejo del área, y

VI.- Los lineamientos para la realización de las acciones de preservación, restauración y aprovechamiento sustentable de los recursos naturales dentro de las áreas naturales protegidas, para su administración y vigilancia, así como para la elaboración de las reglas administrativas a que se sujetarán las actividades dentro del área respectiva, conforme a lo dispuesto en ésta y otras leyes aplicables;

Las medidas que el Ejecutivo Federal podrá imponer para la preservación y protección de las áreas naturales protegidas, serán únicamente las que se establecen, según las materias respectivas, en la presente Ley, las Leyes Forestal, de Aguas Nacionales, de Pesca, Federal de Caza, y las demás que resulten aplicables.

La Secretaría promoverá el ordenamiento ecológico del territorio dentro y en las zonas de influencia de las áreas naturales protegidas, con el propósito de generar nuevos patrones de desarrollo regional acordes con objetivos de sustentabilidad.

Artículo reformado DOF 13-12-1996

ARTÍCULO 61


Las declaratorias deberán publicarse en el Diario Oficial de la Federación y se notificarán previamente a los propietarios o poseedores de los predios afectados, en forma personal cuando se conocieren sus domicilios; en caso contrario se hará una segunda publicación, la que surtirá efectos de notificación. Las declaratorias se inscribirán en él o los registros públicos de la propiedad que correspondan.

ARTÍCULO 62

Una vez establecida un área natural protegida, sólo podrá ser modificada su extensión, y en su caso, los usos del suelo permitidos o cualquiera de sus disposiciones, por la autoridad que la haya establecido, siguiendo las mismas formalidades previstas en esta Ley para la expedición de la declaratoria respectiva

Artículo reformado DOF 13-12-1996

ARTÍCULO 63

Las áreas naturales protegidas establecidas por el Ejecutivo Federal podrán comprender, de manera parcial o total, predios sujetos a cualquier régimen de propiedad.

El Ejecutivo Federal, a través de las dependencias competentes, realizará los programas de regularización de la tenencia de la tierra en las áreas naturales protegidas, con el objeto de dar seguridad jurídica a los propietarios y poseedores de los predios en ellas comprendidos.

La Secretaría promoverá que las autoridades Federales, Estatales, Municipales y del Distrito Federal, dentro del ámbito de su competencia, en los términos que establezcan las disposiciones jurídicas aplicables y, en su caso, los programas de manejo, den prioridad a los programas de regularización de la tenencia de la tierra en las áreas naturales protegidas de competencia federal.

Los terrenos nacionales ubicados dentro de áreas naturales protegidas de competencia federal, quedarán a disposición de la Secretaría, quien los destinará a los fines establecidos en el decreto correspondiente, conforme a las disposiciones jurídicas que resulten aplicables.

Artículo reformado DOF 13-12-1996

ARTÍCULO 64

En el otorgamiento o expedición de permisos, licencias, concesiones, o en general de autorizaciones a que se sujetaren la exploración, explotación o aprovechamiento de recursos en áreas naturales protegidas, se observarán las disposiciones de la presente Ley, de las leyes en que se fundamenten las declaratorias de creación correspondiente, así como las prevenciones de las propias declaratorias y los programas de manejo.

Párrafo reformado DOF 13-12-1996

El solicitante deberá en tales casos demostrar ante la autoridad competente, su capacidad técnica y económica para llevar a cabo la exploración, explotación o aprovechamiento de que se trate, sin causar deterioro al equilibrio ecológico.

La Secretaría, así como las Secretarías de Agricultura, Ganadería, Desarrollo Rural, Pesca y Alimentación y de la Reforma Agraria, prestará oportunamente a ejidatarios, comuneros y pequeños propietarios la asesoría técnica necesaria para el cumplimiento de lo dispuesto en el párrafo anterior, cuando éstos no cuenten con suficientes recursos económicos para procurársela.

Párrafo reformado por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.

La Secretaría, tomando como base los estudios técnicos y socioeconómicos practicados, podrá solicitar a la autoridad competente, la cancelación o revocación del permiso, licencia, concesión o autorización correspondiente, cuando la exploración, explotación o aprovechamiento de recursos ocasione o pueda ocasionar deterioro al equilibrio ecológico.

ARTÍCULO 64
*BIS.*

El Ejecutivo Federal, a través de la Secretaría en coordinación con la Secretaría de Hacienda y Crédito Público, así como los gobiernos de las entidades federativas y de los Municipios, en el ámbito de sus respectivas competencias:

I.- Promoverán las inversiones públicas y privadas para el establecimiento y manejo

de las áreas naturales protegidas;

II.- Establecerán o en su caso promoverán la utilización de mecanismos para captar recursos y financiar o apoyar el manejo de las áreas naturales protegidas;

III.- Establecerán los incentivos económicos y los estímulos fiscales para las personas, y las organizaciones sociales, públicas o privadas, que participen en la administración y vigilancia de las áreas naturales protegidas, así como para quienes aporten recursos para tales fines o destinen sus predios a acciones de preservación en términos del artículo 59 de esta Ley, y

IV.- Promoverán ante la Secretaría de Hacienda y Crédito Público, que en las participaciones Federales a Estados o Municipios se considere como criterio, la superficie total que cada uno de éstos destine a la preservación de los ecosistemas y su biodiversidad, en términos de lo dispuesto en el artículo 46 de esta Ley.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 64
BIS 1.

La Federación, los Estados, el Distrito Federal y los Municipios, en el ámbito de sus respectivas competencias, podrán otorgar a los propietarios, poseedores, organizaciones sociales, públicas o privadas, pueblos indígenas, y demás personas interesadas, concesiones, permisos o autorizaciones para la realización de obras o actividades en las áreas naturales protegidas; de conformidad con lo que establece esta Ley, la declaratoria y el programa de manejo correspondientes.

Los núcleos agrarios, pueblos indígenas y demás propietarios o poseedores de los predios en los que se pretendan desarrollar las obras o actividades anteriormente señaladas, tendrán preferencia para obtener los permisos, concesiones y autorizaciones respectivos.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 65

La Secretaría formulará, dentro del plazo de un año contado a partir de la publicación de la declaratoria respectiva en el Diario Oficial de la Federación, el programa de manejo del área natural protegida de que se trate, dando participación a los habitantes, propietarios y poseedores de los predios en ella incluidos, a las demás dependencias competentes, los gobiernos estatales, municipales y del Distrito



Federal, en su caso, así como a organizaciones sociales, públicas o privadas, y demás personas interesadas.

Una vez establecida un área natural protegida de competencia federal, la Secretaría deberá designar al Director del área de que se trate, quien será responsable de coordinar la formulación, ejecución y evaluación del programa de manejo correspondiente, de conformidad con lo dispuesto en esta Ley y las disposiciones que de ella se deriven

Artículo reformado DOF 13-12-1996

ARTÍCULO 66

El programa de manejo de las áreas naturales protegidas deberá contener, por lo menos, lo siguiente:

I.- La descripción de las características físicas, biológicas, sociales y culturales del área natural protegida, en el contexto nacional, regional y local, así como el análisis de la situación que guarda la tenencia de la tierra en la superficie respectiva;

II.- Las acciones a realizar a corto, mediano y largo plazo, estableciendo su vinculación con el Plan Nacional de Desarrollo, así como con los programas sectoriales correspondientes. Dichas acciones comprenderán, entre otras las siguientes: de investigación y educación ambientales, de protección y aprovechamiento sustentable de los recursos naturales, la flora y la fauna, para el desarrollo de actividades recreativas, turísticas, obras de infraestructura y demás actividades productivas, de financiamiento para la administración del área, de prevención y control de contingencias, de vigilancia y las demás que por las características propias del área natural protegida se requieran;

III.- La forma en que se organizará la administración del área y los mecanismos de participación de los individuos y comunidades asentadas en la misma, así como de todas aquellas personas, instituciones, grupos y organizaciones sociales interesadas en su protección y aprovechamiento sustentable;

IV.- Los objetivos específicos del área natural protegida;

V.- La referencia a las normas oficiales mexicanas aplicables a todas y cada una de las actividades a que esté sujeta el área;

VI.- Los inventarios biológicos existentes y los que se prevea realizar, y

VII.- Las reglas de carácter administrativo a que se sujetarán las actividades que se desarrollen en el área natural protegida de que se trate.



La Secretaría deberá publicar en el Diario Oficial de la Federación, un resumen del programa de manejo respectivo y el plano de localización del área.

Artículo reformado DOF 13-12-1996

ARTÍCULO 67

La Secretaría podrá, una vez que se cuente con el programa de manejo respectivo, otorgar a los gobiernos de los Estados, de los Municipios y del Distrito Federal, así como a ejidos, comunidades agrarias, pueblos indígenas, grupos y organizaciones sociales, y empresariales y demás personas físicas o morales interesadas, la administración de las áreas naturales protegidas a que se refieren las fracciones I a VIII del artículo 46 de esta Ley. Para tal efecto, se deberán suscribir los acuerdos o convenios que conforme a la legislación aplicable procedan.

Quienes en virtud de lo dispuesto en este artículo adquieran la responsabilidad de administrar las áreas naturales protegidas, estarán obligados a sujetarse a las previsiones contenidas en la presente Ley, los reglamentos, normas oficiales mexicanas que se expidan en la materia, así como a cumplir los decretos por los que se establezcan dichas áreas y los programas de manejo respectivos.

La Secretaría deberá supervisar y evaluar el cumplimiento de los acuerdos y convenios a que se refiere este precepto. Asimismo, deberá asegurarse que en las autorizaciones para la realización de actividades en áreas naturales protegidas de su competencia, se observen las previsiones anteriormente señaladas.

Artículo reformado DOF 13-12-1996

ARTÍCULO 68

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 69

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 70

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 71

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 72

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 73

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 74

La Secretaría integrará el Registro Nacional de Áreas Naturales Protegidas, en donde deberán inscribirse los decretos mediante los cuales se declaren las áreas naturales protegidas de interés federal, y los instrumentos que los modifiquen. Deberán

---

consignarse en dicho Registro los datos de la inscripción de los decretos respectivos en los registros públicos de la propiedad que correspondan.

Asimismo, se deberá integrar el registro de los certificados a que se refiere el artículo 77 BIS de esta Ley.

Párrafo reformado DOF 16-05-2008

Cualquier persona podrá consultar el Registro Nacional de Áreas Naturales Protegidas, el cual deberá ser integrado al Sistema Nacional de Información Ambiental y de Recursos Naturales.

Artículo reformado DOF 13-12-1996

ARTÍCULO 75

Todos los actos, convenios y contratos relativos a la propiedad, posesión o cualquier derecho relacionado con bienes inmuebles ubicados en áreas naturales protegidas deberán contener referencia de la declaratoria correspondiente y de sus datos de inscripción en el Registro Público de la Propiedad.

Los notarios y cualesquiera otros fedatarios públicos sólo podrán autorizar las escrituras públicas, actos, convenios o contratos en los que intervengan, cuando se cumpla con lo dispuesto en el presente artículo.

ARTÍCULO 75
*BIS.*

Los ingresos que la Federación perciba por concepto del otorgamiento de permisos, autorizaciones y licencias en materia de áreas naturales protegidas, conforme lo determinen los ordenamientos aplicables, se destinarán a la realización de acciones de preservación y restauración de la biodiversidad dentro de las áreas en las que se generen dichos ingresos.

Artículo adicionado DOF 13-12-1996

# SECCIÓN IV Sistema Nacional de Áreas Naturales Protegidas

Sección adicionada DOF 13-12-1996

---

ARTÍCULO 76

La Secretaría integrará el Sistema Nacional de Áreas Naturales Protegidas, con el propósito de incluir en el mismo las áreas que por su biodiversidad y características ecológicas sean consideradas de especial relevancia en el país.

La integración de áreas naturales protegidas de competencia federal al Sistema Nacional de Áreas Naturales Protegidas, por parte de la Secretaría, requerirá la previa opinión favorable del Consejo Nacional de Áreas Naturales Protegidas.

Artículo reformado DOF 13-12-1996

ARTÍCULO 77

Las Dependencias de la Administración Pública Federal, los gobiernos de los Estados, del Distrito Federal y de los municipios, deberán considerar en sus programas y acciones que afecten el territorio de un área natural protegida de competencia federal, así como en el otorgamiento de permisos, concesiones y autorizaciones para obras o actividades que se desarrollen en dichas áreas, las previsiones contenidas en la presente Ley, los reglamentos, normas oficiales mexicanas que se expidan en la materia, en los decretos por los que se establezcan las áreas naturales protegidas y en los programas de manejo respectivos.

Artículo reformado DOF 13-12-1996

## SECCIÓN V Establecimiento, Administración y Manejo de Áreas Destinadas Voluntariamente a la Conservación

Sección adicionada DOF 16-05-2008

ARTÍCULO 77
*BIS.*

Los pueblos indígenas, organizaciones sociales, personas morales, públicas o privadas, y demás personas interesadas en destinar voluntariamente a la conservación predios de su propiedad, establecerán, administrarán y manejarán dichas áreas conforme a lo siguiente:

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

v|lex

I.- Las áreas destinadas voluntariamente a la conservación se establecerán mediante certificado que expida la Secretaría, en el cual las reconozca como áreas naturales protegidas. Los interesados en obtener dicho certificado presentarán una solicitud que contenga:

a) Nombre del propietario;

b) Documento legal que acredite la propiedad del predio;

c) En su caso, la resolución de la asamblea ejidal o comunal en la que se manifieste la voluntad de destinar sus predios a la conservación;

d) Nombre de las personas autorizadas para realizar actos de administración en el área;

e) Denominación, ubicación, superficie y colindancias del área;

f) Descripción de las características físicas y biológicas generales del área;

g) Estrategia de manejo que incluya la zonificación del área, y

h) Plazo por el que se desea certificar el área, el cual no podrá ser menor a quince años.

Para la elaboración de la estrategia de manejo a que se refiere el inciso g) de la presente fracción, la Secretaría otorgará la asesoría técnica necesaria, a petición de los promoventes.

En las áreas privadas y sociales destinadas voluntariamente a la conservación de competencia de la Federación, podrán establecerse todas las subzonas previstas en el artículo 47 BIS de la presente Ley, así como cualesquiera otras decididas libremente por los propietarios;

II.- El certificado que expida la Secretaría deberá contener:

a) Nombre del propietario;

b) Denominación, ubicación, superficie y colindancias del área;

c) Características físicas y biológicas generales y el estado de conservación del predio, que sustentan la emisión del certificado;

d) Estrategia de manejo;

e) Deberes del propietario, y

f) Vigencia mínima de quince años.

III.- La Secretaría podrá establecer diferentes niveles de certificación en función de las características físicas y biológicas generales y el estado de conservación de los predios, así como el plazo por el que se emite el certificado y su estrategia de manejo, para que, con base en estos niveles, las autoridades correspondientes definan y determinen el acceso a los instrumentos económicos que tendrán los propietarios de dichos predios. Asimismo, dichos niveles serán considerados por las dependencias competentes, en la certificación de productos o servicios;

IV.- Las áreas destinadas voluntariamente a la conservación se administrarán por su propietario y se manejarán conforme a la estrategia de manejo definida en el certificado. Cuando dichas áreas se ubiquen dentro del polígono de otras áreas naturales protegidas previamente declaradas como tales por la Federación, el Gobierno del Distrito Federal, los estados y los municipios, la estrategia de manejo observará lo dispuesto en las declaratorias y los programas de manejo correspondientes.

Asimismo, cuando el Ejecutivo Federal, los gobiernos de los Estados o los municipios establezcan un área natural protegida cuya superficie incluya total o parcialmente una o varias áreas destinadas voluntariamente a la conservación, tomarán en consideración las estrategias de manejo determinadas en los certificados que expida la Secretaría;

V.- Cuando en las áreas destinadas voluntariamente a la conservación se realice el aprovechamiento sustentable de recursos naturales, los productos obtenidos podrán ostentar un sello de sustentabilidad expedido por la Secretaría conforme al procedimiento previsto en el Reglamento. Lo previsto en esta fracción no aplica para el aprovechamiento de recursos forestales cuyos productos se certificarán con base en la Ley General de Desarrollo Forestal Sustentable, yVI.- El Reglamento establecerá los procedimientos relativos a la modificación de superficies o estrategias de manejo, así como la transmisión, extinción o prórroga de los certificados expedidos por la Secretaría

Artículo adicionado DOF 16-05-2008

# CAPÍTULO II Zonas de Restauración

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 78

En aquellas áreas que presenten procesos de degradación o desertificación, o graves desequilibrios ecológicos, la Secretaría deberá formular y ejecutar programas de restauración ecológica, con el propósito de que se lleven a cabo las acciones necesarias para la recuperación y restablecimiento de las condiciones que propicien la evolución y continuidad de los procesos naturales que en ella se desarrollaban.

En la formulación, ejecución y seguimiento de dichos programas, la Secretaría deberá promover la participación de los propietarios, poseedores, organizaciones sociales, públicas o privadas, pueblos indígenas, gobiernos locales, y demás personas interesadas.

Artículo reformado DOF 13-12-1996


ARTÍCULO 78
*BIS.*

En aquéllos casos en que se estén produciendo procesos acelerados de desertificación o degradación que impliquen la pérdida de recursos de muy difícil regeneración, recuperación o restablecimiento, o afectaciones irreversibles a los ecosistemas o sus elementos, la Secretaría, promoverá ante el Ejecutivo Federal la expedición de declaratorias para el establecimiento de zonas de restauración ecológica. Para tal efecto, elaborará previamente, los estudios que las justifiquen.

Las declaratorias deberán publicarse en el Diario Oficial de la Federación, y serán inscritas en el Registro Público de la Propiedad correspondiente.

Las declaratorias podrán comprender, de manera parcial o total, predios sujetos a cualquier régimen de propiedad, y expresarán:

I.- La delimitación de la zona sujeta a restauración ecológica, precisando superficie, ubicación y deslinde;

II.- Las acciones necesarias para regenerar, recuperar o restablecer las condiciones naturales de la zona;

III.- Las condiciones a que se sujetarán, dentro de la zona, los usos del suelo, el aprovechamiento de los recursos naturales, la flora y la fauna, así como la realización de cualquier tipo de obra o actividad;

IV.- Los lineamientos para la elaboración y ejecución del programa de restauración ecológica correspondiente, así como para la participación en dichas actividades de propietarios, poseedores, organizaciones sociales, públicas o privadas, pueblos indígenas, gobiernos locales y demás personas interesadas, y

V.- Los plazos para la ejecución del programa de restauración ecológica respectivo.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 78
*BIS 1.*

Todos los actos y convenios relativos a la propiedad, posesión o cualquier otro derecho relacionado con bienes inmuebles ubicados en las zonas que fueren materia de las declaratorias a que se refiere el artículo 78 BIS quedarán sujetas a la aplicación de las modalidades previstas en las propias declaratorias.

Los notarios y cualesquiera otros fedatarios públicos, harán constar tal circunstancia al autorizar las escrituras públicas, actos, convenios o contratos en los que intervengan.

Será nulo todo acto, convenio o contrato que contravenga lo establecido en la mencionada declaratoria.

Artículo adicionado DOF 13-12-1996

# CAPÍTULO III Flora y Fauna Silvestre

Denominación del Capítulo reformada DOF 13-12-1996

## ARTÍCULO 79

Para la preservación y aprovechamiento sustentable de la flora y fauna silvestre, se considerarán los siguientes criterios:

I.- La preservación y conservación de la biodiversidad y del hábitat natural de las especies de flora y fauna que se encuentran en el territorio nacional y en las zonas donde la nación ejerce su soberanía y jurisdicción;

Fracción reformada DOF 06-04-2010

II.- La continuidad de los procesos evolutivos de las especies de flora y fauna y demás recursos biológicos, destinando áreas representativas de los sistemas ecológicos del país a acciones de preservación e investigación;

III.- La preservación de las especies endémicas, amenazadas, en peligro de extinción o sujetas a protección especial;

IV.- El combate al tráfico o apropiación ilegal de especies;

V.- El fomento y creación de las estaciones biológicas de rehabilitación y repoblamiento de especies de fauna silvestre;

VI.- La participación de las organizaciones sociales, públicas o privadas, y los demás interesados en la preservación de la biodiversidad;

VII.- El fomento y desarrollo de la investigación de la fauna y flora silvestre, y de los materiales genéticos, con el objeto de conocer su valor científico, ambiental, económico y estratégico para la Nación;

VIII.- El fomento del trato digno y respetuoso a las especies animales, con el propósito de evitar la crueldad en contra de éstas;

IX.- El desarrollo de actividades productivas alternativas para las comunidades rurales, y

X.- El conocimiento biológico tradicional y la participación de las comunidades, así como los pueblos indígenas en la elaboración de programas de biodiversidad de las áreas en que habiten.

Artículo reformado DOF 13-12-1996


ARTÍCULO 80

Los criterios para la preservación y aprovechamiento sustentable de la flora y fauna silvestre, a que se refiere el artículo 79 de esta Ley, serán considerados en:

Párrafo reformado DOF 13-12-1996


I.- El otorgamiento de concesiones, permisos y, en general, de toda clase de autorizaciones para el aprovechamiento, posesión, administración, conservación, repoblación, propagación y desarrollo de la flora y fauna silvestres;

Fracción reformada DOF 13-12-1996


II.- El establecimiento o modificación de vedas de la flora y fauna silvestres;

Fracción reformada DOF 13-12-1996


III. Las acciones de sanidad fitopecuaria;

IV.- La protección y conservación de la flora y fauna del territorio nacional, contra la acción perjudicial de especies exóticas invasoras, plagas y enfermedades, o la contaminación que pueda derivarse de actividades fitopecuarias;

Fracción reformada DOF 06-04-2010


V.- El establecimiento de un sistema nacional de información sobre biodiversidad y de certificación del uso sustentable de sus componentes que desarrolle la Comisión Nacional para el Conocimiento y Uso de la Biodiversidad, así como la regulación de la preservación y restauración de flora y fauna silvestre;

Fracción reformada DOF 13-12-1996


VI. La formulación del programa anual de producción, repoblación, cultivo, siembra y diseminación de especies de la flora y fauna acuáticas;

VII. La creación de áreas de refugio para proteger las especies acuáticas que así lo requieran; y

VIII. La determinación de los métodos y medidas aplicables o indispensables para la conservación, cultivo y repoblación de los recursos pesqueros.


ARTÍCULO 81


La Secretaría establecerá las vedas de la flora y fauna silvestre, y su modificación o levantamiento, con base en los estudios que para tal efecto previamente lleve a cabo.

Las vedas tendrán como finalidad la preservación, repoblación, propagación, distribución, aclimatación o refugio de los especímenes, principalmente de aquellas especies endémicas, amenazadas, en peligro de extinción o sujetas a protección especial.

Los instrumentos jurídicos mediante los cuales se establezcan vedas, deberán precisar su naturaleza y temporalidad, los límites de las áreas o zonas vedadas y las especies de la flora o la fauna comprendidas en ellas, de conformidad con las disposiciones legales que resulten aplicables.

Dichos instrumentos deberán publicarse en el órgano oficial de difusión del Estado o

Estados donde se ubique el área vedada, sin perjuicio de lo dispuesto en la Ley Federal sobre Metrología y Normalización y demás ordenamientos aplicables

Artículo reformado DOF 13-12-1996

ARTÍCULO 82

Las disposiciones de esta Ley son aplicables a la posesión, administración, preservación, repoblación, propagación, importación, exportación y desarrollo de la flora y fauna silvestre y material genético, sin perjuicio de lo establecido en otros ordenamientos jurídicos

Artículo reformado DOF 13-12-1996

ARTÍCULO 83

El aprovechamiento de los recursos naturales en áreas que sean el habitat de especies de flora o fauna silvestres, especialmente de las endémicas, amenazadas o en peligro de extinción, deberá hacerse de manera que no se alteren las condiciones necesarias para la subsistencia, desarrollo y evolución de dichas especies.

La Secretaría deberá promover y apoyar el manejo de la flora y fauna silvestre, con base en el conocimiento biológico tradicional, información técnica, científica y económica, con el propósito de hacer un aprovechamiento sustentable de las especies.

Párrafo adicionado DOF 13-12-1996

ARTÍCULO 84

La Secretaría expedirá las normas oficiales mexicanas para la preservación y aprovechamiento sustentable de la flora y fauna silvestre y otros recursos biológicos.

Artículo reformado DOF 13-12-1996

ARTÍCULO 85

Cuando así se requiera para la protección de especies, habitats, ecosistemas, la economía o la salud pública, la Secretaría promoverá ante la Secretaría de Economía el establecimiento de medidas de regulación o restricción, en forma total o parcial, a la exportación o importación de especímenes de la flora y fauna silvestres nativos o exóticos e impondrá las restricciones necesarias para la circulación o tránsito por el territorio nacional de especies de la flora y fauna silvestres procedentes del y destinadas al extranjero.

Artículo reformado por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.


ARTÍCULO 86


A la Secretaría le corresponde aplicar las disposiciones que sobre preservación y aprovechamiento sustentable de especies de fauna silvestre establezcan ésta y otras leyes, y autorizar su aprovechamiento en actividades económicas, sin perjuicio de las facultades que correspondan a otras dependencias, conforme a otras leyes.

Artículo reformado DOF 13-12-1996


ARTÍCULO 87


El aprovechamiento de especies de flora y fauna silvestre en actividades económicas podrá autorizarse cuando los particulares garanticen su reproducción controlada o desarrollo en cautiverio o semicautiverio o cuando la tasa de explotación sea menor a la de renovación natural de las poblaciones, de acuerdo con las normas oficiales mexicanas que al efecto expida la Secretaría.

No podrá autorizarse el aprovechamiento sobre poblaciones naturales de especies amenazadas o en peligro de extinción, excepto en los casos en que se garantice su reproducción controlada y el desarrollo de poblaciones de las especies que correspondan.

La autorización para el aprovechamiento sustentable de especies endémicas se otorgará conforme a las normas oficiales mexicanas que al efecto expida la Secretaría,

siempre que dicho aprovechamiento no amenace o ponga en peligro de extinción a la especie.

El aprovechamiento de especies de flora y fauna silvestre requiere el consentimiento expreso del propietario o legítimo poseedor del predio en que éstas se encuentren. Asimismo, la Secretaría podrá otorgar a dichos propietarios o poseedores, cuando garanticen la reproducción controlada y el desarrollo de poblaciones de fauna silvestre, los permisos cinegéticos que correspondan.

La colecta de especies de flora y fauna silvestre, así como de otros recursos biológicos con fines de investigación científica, requiere de autorización de la Secretaría y deberá sujetarse a los términos y formalidades que se establezcan en las normas oficiales mexicanas que se expidan, así como en los demás ordenamientos que resulten aplicables. En todo caso, se deberá garantizar que los resultados de la investigación estén a disposición del público. Dichas autorizaciones no podrán amparar el aprovechamiento para fines de utilización en biotecnología, la cual se sujetará a lo dispuesto en el artículo 87 BIS.

El aprovechamiento de recursos forestales no maderables y de leña para usos domésticos se sujetará a las normas oficiales mexicanas que expida la Secretaría y demás disposiciones aplicables.

Artículo reformado DOF 13-12-1996

ARTÍCULO 87
*BIS.*

El aprovechamiento de especies de flora y fauna silvestre, así como de otros recurso biológicos con fines de utilización en la biotecnología requiere de autorización de la Secretaría.

La autorización a que se refiere este artículo sólo podrá otorgarse si se cuenta con el consentimiento previo, expreso e informado, del propietario o legítimo poseedor del predio en el que el recurso biológico se encuentre.

Asimismo, dichos propietarios o legítimos poseedores tendrán derecho a una repartición equitativa de los beneficios que se deriven o puedan derivarse de los aprovechamientos a que se refiere este artículo, con arreglo a las disposiciones jurídicas aplicables.

La Secretaría y las demás dependencias competentes, establecerán los mecanismos necesarios para intercambiar información respecto de autorizaciones o resoluciones relativas al aprovechamiento de recursos biológicos para los fines a que se refiere este precepto.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 87
*BIS 1.*

Los ingresos que la Federación perciba por concepto del otorgamiento de permisos, autorizaciones y licencias en materia de flora y fauna silvestre, conforme lo determinen los ordenamientos aplicables, se destinarán a la realización de acciones de preservación y restauración de la biodiversidad en las áreas que constituyan el hábitat de las especies de flora y fauna silvestre respecto de las cuales se otorgaron los permisos, licencias o autorizaciones correspondientes.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 87
*BIS 2.*

El Gobierno Federal, los gobiernos de los Estados, del Distrito Federal y de los Municipios, en el ámbito de sus respectivas competencias, regularán el trato digno y respetuoso que deberá darse a los animales.

Artículo adicionado DOF 13-12-1996

## TÍTULO TERCERO Aprovechamiento Sustentable de los Elementos Naturales

Denominación del Título reformada DOF 13-12-1996

## CAPÍTULO I Aprovechamiento Sustentable del Agua y los Ecosistemas Acuáticos

Denominación del Capítulo reformada DOF 13-12-1996

ARTÍCULO 88

Para el aprovechamiento sustentable del agua y los ecosistemas acuáticos se considerarán los siguientes criterios:

Párrafo reformado DOF 13-12-1996

I. Corresponde al Estado y a la sociedad la protección de los ecosistemas acuáticos y del equilibrio de los elementos naturales que intervienen en el ciclo hidrológico;

II.- El aprovechamiento sustentable de los recursos naturales que comprenden los ecosistemas acuáticos deben realizarse de manera que no se afecte su equilibrio ecológico;

Fracción reformada DOF 13-12-1996

III.- Para mantener la integridad y el equilibrio de los elementos naturales que intervienen en el ciclo hidrológico, se deberá considerar la protección de suelos y áreas boscosas y selváticas y el mantenimiento de caudales básicos de las corrientes de agua, y la capacidad de recarga de los acuíferos, y

Fracción reformada DOF 13-12-1996

IV.- La preservación y el aprovechamiento sustentable del agua, así como de los ecosistemas acuáticos es responsabilidad de sus usuarios, así como de quienes realicen obras o actividades que afecten dichos recursos.

Fracción adicionada DOF 13-12-1996

ARTÍCULO 89

Los criterios para el aprovechamiento sustentable del agua y de los ecosistemas acuáticos, serán considerados en:

Párrafo reformado DOF 13-12-1996

I. La formulación e integración del Programa Nacional Hidráulico;

II. El otorgamiento de concesiones, permisos, y en general toda clase de autorizaciones para el aprovechamiento de recursos naturales o la realización de actividades que afecten o puedan afectar el ciclo hidrológico;

III. El otorgamiento de autorizaciones para la desviación, extracción o derivación de aguas de propiedad nacional;

IV.- El establecimiento de zonas reglamentadas, de veda o de reserva;

Fracción reformada DOF 13-12-1996

V.- Las suspensiones o revocaciones de permisos, autorizaciones, concesiones o asignaciones otorgados conforme a las disposiciones previstas en la Ley de Aguas Nacionales, en aquellos casos de obras o actividades que dañen los recursos hidráulicos nacionales o que afecten el equilibrio ecológico;Fracción reformada DOF 13-12-1996

VI.- La operación y administración de los sistemas de agua potable y alcantarillado que sirven a los centros de población e industrias;

Fracción reformada DOF 13-12-1996

VII.- Las previsiones contenidas en el programa director para el desarrollo urbano del Distrito Federal respecto de la política de reuso de aguas;

Fracción reformada DOF 13-12-1996

VIII.- Las políticas y programas para la protección de especies acuáticas endémicas, amenazadas, en peligro de extinción o sujetas a protección especial;

Fracción reformada DOF 13-12-1996

IX.- Las concesiones para la realización de actividades de acuacultura, en términos de lo previsto en la Ley de Pesca, yFracción reformada DOF 13-12-1996

X.- La creación y administración de áreas o zonas de protección pesquera.

Fracción reformada DOF 13-12-1996

XI.- Todas aquellas prácticas de diferentes sectores productivos que afecten la calidad del agua superficial y subterránea.

Fracción derogada DOF 13-12-1996. Adicionada DOF 19-06-2007

XII.- Se deroga.

Fracción derogada DOF 13-12-1996

## ARTÍCULO 90

La Secretaría, en coordinación con la Secretaría de Salud, expedirán las normas oficiales mexicanas para el establecimiento y manejo de zonas de protección de ríos, manantiales, depósitos y en general, fuentes de abastecimiento de agua para el servicio de las poblaciones e industrias, y promoverá el establecimiento de reservas de agua para consumo humano.

Artículo reformado DOF 13-12-1996

## ARTÍCULO 91

El otorgamiento de las autorizaciones para afectar el curso o cauce de las corrientes de agua, se sujetará a los criterios ecológicos contenidos en la presente Ley.

## ARTÍCULO 92

Con el propósito de asegurar la disponibilidad del agua y abatir los niveles de desperdicio, las autoridades competentes promoverán el ahorro y uso eficiente del agua, el tratamiento de aguas residuales y su reuso.

Artículo reformado DOF 13-12-1996

## ARTÍCULO 93

La Secretaría, realizará las acciones necesarias para evitar, y en su caso controlar procesos de eutroficación, salinización y cualquier otro proceso de contaminación en las aguas nacionales.

Artículo reformado DOF 13-12-1996

ARTÍCULO 94

La exploración, explotación, aprovechamiento y administración de los recursos acuáticos vivos y no vivos, se sujetará a lo que establecen esta Ley, la Ley de Pesca, las normas oficiales mexicanas y las demás disposiciones aplicables

Artículo reformado DOF 13-12-1996

ARTÍCULO 95

La Secretaría deberá solicitar a los interesados, en los términos señalados en esta Ley, la realización de estudios de impacto ambiental previo al otorgamiento de concesiones, permisos y en general, autorizaciones para la realización de actividades pesqueras, cuando el aprovechamiento de las especies ponga en peligro su preservación o pueda causar desequilibrio ecológico.

Artículo reformado DOF 13-12-1996

ARTÍCULO 96

La Secretaría expedirá las normas oficiales mexicanas para la protección de los ecosistemas acuáticos y promoverá la concertación de acciones de preservación y restauración de los ecosistemas acuáticos con los sectores productivos y las comunidades.

Artículo reformado DOF 13-12-1996

ARTÍCULO 97

La Secretaría establecerá viveros, criaderos y reservas de especies de flora y fauna acuáticas.

Artículo reformado DOF 13-12-1996

# CAPÍTULO II Preservación y Aprovechamiento Sustentable del Suelo y sus Recursos

Denominación del Capítulo reformada DOF 13-12-1996

ARTÍCULO 98

Para la preservación y aprovechamiento sustentable del suelo se considerarán los siguientes criterios:

Párrafo reformado DOF 13-12-1996

I. El uso del suelo debe ser compatible con su vocación natural y no debe alterar el equilibrio de los ecosistemas;

II. El uso de los suelos debe hacerse de manera que éstos mantengan su integridad física y su capacidad productiva;

III. Los usos productivos del suelo deben evitar prácticas que favorezcan la erosión, degradación o modificación de las características topográficas, con efectos ecológicos adversos;

IV.- En las acciones de preservación y aprovechamiento sustentable del suelo, deberán considerarse las medidas necesarias para prevenir o reducir su erosión, deterioro de las propiedades físicas, químicas o biológicas del suelo y la pérdida duradera de la vegetación natural;

Fracción reformada DOF 13-12-1996

V.- En las zonas afectadas por fenómenos de degradación o desertificación, deberán llevarse a cabo las acciones de regeneración, recuperación y rehabilitación necesarias, a fin de restaurarlas, y

Fracción reformada DOF 13-12-1996

VI.- La realización de las obras públicas o privadas que por sí mismas puedan provocar deterioro severo de los suelos, deben incluir acciones equivalentes de regeneración, recuperación y restablecimiento de su vocación natural.

Fracción adicionada DOF 13-12-1996

ARTÍCULO 99

Los criterios ecológicos para la preservación y aprovechamiento sustentable del suelo se considerarán en:

Párrafo reformado DOF 13-12-1996

I. Los apoyos a las actividades agrícolas que otorgue el Gobierno Federal, de manera directa o indirecta, sean de naturaleza crediticia, técnica o de inversión, para que promuevan la progresiva incorporación de cultivos compatibles con la preservación del equilibrio ecológico y la restauración de los ecosistemas;

II. La fundación de centros de población y la radicación de asentamientos humanos;

III.- El establecimiento de usos, reservas y destinos, en los planes de desarrollo urbano, así como en las acciones de mejoramiento y conservación de los centros de población;

Fracción reformada DOF 13-12-1996

IV. La determinación de usos, reservas y destinos en predios forestales;

V.- El establecimiento de zonas y reservas forestales;

Fracción reformada DOF 13-12-1996

VI. La determinación o modificación de los límites establecidos en los coeficientes de agostadero;

VII.- Las disposiciones, lineamientos técnicos y programas de protección y restauración de suelos en las actividades agropecuarias, forestales e hidráulicas;

Fracción reformada DOF 13-12-1996

VIII. El establecimiento de distritos de conservación del suelo;

IX. La ordenación forestal de las cuencas hidrográficas del territorio nacional;

X. El otorgamiento y la modificación, suspensión o revocación de permisos de

aprovechamiento forestal;

XI. Las actividades de extracción de materias del subsuelo; la exploración, explotación, beneficio y aprovechamiento de sustancias minerales; las excavaciones y todas aquellas acciones que alteren la cubierta y suelos forestales; y

XII.- La formulación de los programas de ordenamiento ecológico a que se refiere esta Ley.

Fracción reformada DOF 13-12-1996

ARTÍCULO 100

Las autorizaciones para el aprovechamiento de los recursos forestales implican la obligación de hacer un aprovechamiento sustentable de ese recurso. Cuando las actividades forestales deterioren gravemente el equilibrio ecológico, afecten la biodiversidad de la zona, así como la regeneración y capacidad productiva de los terrenos, la autoridad competente revocará, modificará o suspenderá la autorización respectiva en términos de lo dispuesto por la Ley General de Desarrollo Forestal Sustentable

Artículo reformado DOF 13-12-1996, 25-02-2003

ARTÍCULO 101

En las zonas selváticas, el Gobierno Federal atenderá en forma prioritaria, de conformidad con las disposiciones aplicables:

I.- La preservación y el aprovechamiento sustentable de los ecosistemas selváticos, donde existan actividades agropecuarias establecidas;

Fracción reformada DOF 13-12-1996

II.- El cambio progresivo de la práctica de roza, tumba y quema a otras que no impliquen deterioro de los ecosistemas, o de aquéllas que no permitan su regeneración natural o que alteren los procesos de sucesión ecológica;

Fracción reformada DOF 13-12-1996

III.- El cumplimiento, en la extracción de recursos no renovables, de los criterios establecidos en esta Ley, así como de las normas oficiales mexicanas que al efecto se expidan;

Fracción reformada DOF 13-12-1996

IV.- La introducción de cultivos compatibles con los ecosistemas y que favorezcan su restauración cuando hayan sufrido deterioro;

Fracción reformada DOF 13-12-1996

V.- La regulación ecológica de los asentamientos humanos;

Fracción reformada DOF 13-12-1996

VI.- La prevención de los fenómenos de erosión, deterioro de las propiedades físicas, químicas o biológicas del suelo y la pérdida duradera de la vegetación natural, y

Fracción adicionada DOF 13-12-1996

VII.- La regeneración, recuperación y rehabilitación de las zonas afectadas por fenómenos de degradación o desertificación, a fin de restaurarlas.

Fracción adicionada DOF 13-12-1996

ARTÍCULO 101
*BIS.*

En la realización de actividades en zonas áridas, deberán observarse los criterios que para la preservación y aprovechamiento sustentable del suelo se establecen en esta Ley y las demás disposiciones que resulten aplicables

Artículo adicionado DOF 13-12-1996

ARTÍCULO 102

Todas las autorizaciones que afecten el uso del suelo en las zonas selváticas o áridas, así como el equilibrio ecológico de sus ecosistemas, quedan sujetas a los criterios y

disposiciones que establecen esta Ley y demás aplicables

Artículo reformado DOF 13-12-1996

ARTÍCULO 103

Quienes realicen actividades agrícolas y pecuarias deberán llevar a cabo las prácticas de preservación, aprovechamiento sustentable y restauración necesarias para evitar la degradación del suelo y desequilibrios ecológicos y, en su caso, lograr su rehabilitación, en los términos de lo dispuesto por ésta y las demás leyes aplicables.

Artículo reformado DOF 13-12-1996

ARTÍCULO 104

La Secretaría promoverá ante la Secretaría de Agricultura, Ganadería, Desarrollo Rural, Pesca y Alimentación y las demás dependencias y entidades competentes, la introducción y generalización de prácticas de protección y restauración de los suelos en las actividades agropecuarias, así como la realización de estudios de impacto ambiental previos al otorgamiento de autorizaciones para efectuar cambios del uso del suelo, cuando existan elementos que permitan prever grave deterioro de los suelos afectados y del equilibrio ecológico de la zona.

Artículo reformado DOF 13-12-1996, 25-02-2003

ARTÍCULO 105

En los estímulos fiscales que se otorguen a las actividades forestales, deberán considerarse criterios ecológicos de manera que se promuevan el desarrollo y fomento integral de la actividad forestal, el establecimiento y ampliación de plantaciones forestales y las obras para la protección de suelos forestales, en los términos de esta Ley y de la Ley Forestal

Artículo reformado DOF 13-12-1996

ARTÍCULO 106

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 107

Se deroga.

Artículo derogado DOF 13-12-1996

## CAPÍTULO III De la Exploración y Explotación de los Recursos no Renovables en el Equilibrio Ecológico

Denominación del Capítulo reformada DOF 13-12-1996

ARTÍCULO 108

Para prevenir y controlar los efectos generados en la exploración y explotación de los recursos no renovables en el equilibrio ecológico e integridad de los ecosistemas, la Secretaría expedirá las normas oficiales mexicanas que permitan:

Párrafo reformado DOF 13-12-1996

I.- El control de la calidad de las aguas y la protección de las que sean utilizadas o sean el resultado de esas actividades, de modo que puedan ser objeto de otros usos;

Fracción reformada DOF 13-12-1996

II. La protección de los suelos y de la flora y fauna silvestres, de manera que las alteraciones topográficas que generen esas actividades sean oportuna y debidamente tratadas; y

III. La adecuada ubicación y formas de los depósitos de desmontes, relaves y escorias de las minas y establecimientos de beneficios de los minerales.

ARTÍCULO 109

Las normas oficiales mexicanas a que se refiere el artículo anterior serán observadas por los titulares de concesiones, autorizaciones y permisos para el uso, aprovechamiento, exploración, explotación y beneficio de los recursos naturales no renovables.

Artículo reformado DOF 13-12-1996

## TÍTULO CUARTO Protección al Ambiente

## CAPÍTULO I Disposiciones Generales

Denominación del Capítulo reformada DOF 13-12-1996

ARTÍCULO 109

BIS. La Secretaría, los Estados, el Distrito Federal y los Municipios, deberán integrar un registro de emisiones y transferencia de contaminantes al aire, agua, suelo y subsuelo, materiales y residuos de su competencia, así como de aquellas sustancias que determine la autoridad correspondiente. La información del registro se integrará con los datos y documentos contenidos en las autorizaciones, cédulas, informes, reportes, licencias, permisos y concesiones que en materia ambiental se tramiten ante la Secretaría, o autoridad competente del Gobierno del Distrito Federal, de los Estados, y en su caso, de los Municipios.

Las personas físicas y morales responsables de fuentes contaminantes están obligadas a proporcionar la información, datos y documentos necesarios para la integración del registro. La información del registro se integrará con datos desagregados por sustancia y por fuente, anexando nombre y dirección de los establecimientos sujetos a registro.

La información registrada será pública y tendrá efectos declarativos. La Secretaría permitirá el acceso a dicha información en los términos de esta Ley y demás disposiciones jurídicas aplicables y la difundirá de manera proactiva

Artículo adicionado DOF 13-12-1996. Reformado DOF 31-12-2001

ARTÍCULO 109
*BIS 1.*

La Secretaría deberá establecer los mecanismos y procedimientos necesarios, con el propósito de que los interesados realicen un solo trámite, en aquellos casos en que para la operación y funcionamiento de establecimientos industriales, comerciales o de servicios se requiera obtener diversos permisos, licencias o autorizaciones que deban ser otorgados por la propia dependencia.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 110

Para la protección a la atmósfera se considerarán los siguientes criterios:

I. La calidad del aire debe ser satisfactoria en todos los asentamientos humanos y las regiones del país; y

II. Las emisiones de contaminantes de la atmósfera, sean de fuentes artificiales o naturales, fijas o móviles, deben ser reducidas y controladas, para asegurar una calidad del aire satisfactoria para el bienestar de la población y el equilibrio ecológico.

## CAPÍTULO II Prevención y Control de la Contaminación de la Atmósfera

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 111

Para controlar, reducir o evitar la contaminación de la atmósfera, la Secretaría tendrá las siguientes facultades:

I.- Expedir las normas oficiales mexicanas que establezcan la calidad ambiental de las distintas áreas, zonas o regiones del territorio nacional, con base en los valores de concentración máxima permisible para la salud pública de contaminantes en el ambiente, determinados por la Secretaría de Salud;

II.- Integrar y mantener actualizado el inventario de las fuentes emisoras de contaminantes a la atmósfera de jurisdicción federal, y coordinarse con los gobiernos locales para la integración del inventario nacional y los regionales correspondientes;

III.- Expedir las normas oficiales mexicanas que establezcan por contaminante y por fuente de contaminación, los niveles máximos permisibles de emisión de olores, gases así como de partículas sólidas y líquidas a la atmósfera provenientes de fuentes fijas y móviles;

IV.- Formular y aplicar programas para la reducción de emisión de contaminantes a la atmósfera, con base en la calidad del aire que se determine para cada área, zona o región del territorio nacional. Dichos programas deberán prever los objetivos que se pretende alcanzar, los plazos correspondientes y los mecanismos para su instrumentación;

V.- Promover y apoyar técnicamente a los gobiernos locales en la formulación y aplicación de programas de gestión de calidad del aire, que tengan por objeto el cumplimiento de la normatividad aplicable;

VI.- Requerir a los responsables de la operación de fuentes fijas de jurisdicción federal, el cumplimiento de los límites máximos permisibles de emisión de contaminantes, de conformidad con lo dispuesto en el artículo 37 de la presente Ley, su reglamento y en las normas oficiales mexicanas respectivas;

VII.- Expedir las normas oficiales mexicanas para el establecimiento y operación de los sistemas de monitoreo de la calidad del aire;

VIII.- Expedir las normas oficiales mexicanas para la certificación por la autoridad competente, de los niveles de emisión de contaminantes a la atmósfera provenientes de fuentes determinadas;

IX. Expedir, en coordinación con la Secretaría de Economía, las normas oficiales mexicanas que establezcan los niveles máximos permisibles de emisión de contaminantes a la atmósfera, provenientes de vehículos automotores nuevos en planta y de vehículos automotores en circulación, considerando los valores de concentración máxima permisible para el ser humano de contaminantes en el ambiente, determinados por la Secretaría de Salud;

Fracción IX reformada por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.

X.- Definir niveles máximos permisibles de emisión de contaminantes a la atmósfera por fuentes, áreas, zonas o regiones, de tal manera que no se rebasen las capacidades de asimilación de las cuencas atmosféricas y se cumplan las normas oficiales mexicanas de calidad del aire;

XI.- Promover en coordinación con las autoridades competentes, de conformidad con las disposiciones que resulten aplicables, sistemas de derechos transferibles de emisión de contaminantes a la atmósfera;

XII.- Aprobar los programas de gestión de calidad del aire elaborados por los gobiernos locales para el cumplimiento de las normas oficiales mexicanas respectivas;

XIII.- Promover ante los responsables de la operación de fuentes contaminantes, la aplicación de nuevas tecnologías, con el propósito de reducir sus emisiones a la atmósfera, y

XIV.- Expedir las normas oficiales mexicanas que establezcan las previsiones a que deberá sujetarse la operación de fuentes fijas que emitan contaminantes a la atmósfera, en casos de contingencias y emergencias ambientales.

Artículo reformado DOF 13-12-1996

## ARTÍCULO 111
*BIS.*

Para la operación y funcionamiento de las fuentes fijas de jurisdicción federal que emitan o puedan emitir olores, gases o partículas sólidas o líquidas a la atmósfera, se requerirá autorización de la Secretaría.

Para los efectos a que se refiere esta Ley, se consideran fuentes fijas de jurisdicción federal, las industrias química, del petróleo y petroquímica, de pinturas y tintas, automotriz, de celulosa y papel, metalúrgica, del vidrio, de generación de energía eléctrica, del asbesto, cementera y calera y de tratamiento de residuos peligrosos.

El reglamento que al efecto se expida determinará los subsectores específicos pertenecientes a cada uno de los sectores industriales antes señalados, cuyos establecimientos se sujetarán a las disposiciones de la legislación federal, en lo que se refiere a la emisión de contaminantes a la atmósfera.

Artículo adicionado DOF 13-12-1996

## ARTÍCULO 112

En materia de prevención y control de la contaminación atmosférica, los gobiernos de los Estados, del Distrito Federal y de los Municipios, de conformidad con la distribución de atribuciones establecida en los artículos 7, 8 y 9 de esta Ley, así como con la

legislación local en la materia:

Párrafo reformado DOF 13-12-1996


I.- Controlarán la contaminación del aire en los bienes y zonas de jurisdicción local, así como en fuentes fijas que funcionen como establecimientos industriales, comerciales y de servicios, siempre que no estén comprendidos en el artículo 111 BIS de esta Ley;

Fracción reformada DOF 13-12-1996


II.- Aplicarán los criterios generales para la protección a la atmósfera en los planes de desarrollo urbano de su competencia, definiendo las zonas en que sea permitida la instalación de industrias contaminantes;

Fracción reformada DOF 13-12-1996


III.- Requerirán a los responsables de la operación de fuentes fijas de jurisdicción local, el cumplimiento de los límites máximos permisibles de emisión de contaminantes, de conformidad con lo dispuesto en el reglamento de la presente Ley y en las normas oficiales mexicanas respectivas;Fracción reformada DOF 13-12-1996


IV.- Integrarán y mantendrán actualizado el inventario de fuentes de contaminación;

Fracción reformada DOF 13-12-1996


V. Establecerán y operarán sistemas de verificación de emisiones de automotores en circulación;

VI.- Establecerán y operarán, con el apoyo técnico, en su caso, de la Secretaría, sistemas de monitoreo de la calidad del aire. Los gobiernos locales remitirán a la Secretaría los reportes locales de monitoreo atmosférico, a fin de que aquélla los integre al Sistema Nacional de Información Ambiental;

Fracción reformada DOF 13-12-1996


VII. Establecerán requisitos y procedimientos para regular las emisiones del transporte público, excepto el federal, y las medidas de tránsito, y en su caso, la suspensión de circulación, en casos graves de contaminación;

VIII. Tomarán las medidas preventivas necesarias para evitar contingencias ambientales por contaminación atmosférica;

IX. Elaborarán los informes sobre el estado del medio ambiente en la entidad o municipio correspondiente, que convengan con la Secretaría a través de los acuerdos de coordinación que se celebren;

X.- Impondrán sanciones y medidas por infracciones a las leyes que al efecto expidan las legislaturas locales, o a los bandos y reglamentos de policía y buen gobierno que expidan los ayuntamientos, de acuerdo con esta Ley;

Fracción reformada DOF 13-12-1996

XI.- Formularán y aplicarán, con base en las normas oficiales mexicanas que expida la Federación para establecer la calidad ambiental en el territorio nacional, programas de gestión de calidad del aire, y

Fracción reformada DOF 13-12-1996

XII.- Ejercerán las demás facultades que les confieren las disposiciones legales y reglamentarias aplicables.

Fracción adicionada DOF 13-12-1996

ARTÍCULO 113

No deberán emitirse contaminantes a la atmósfera que ocasionen o puedan ocasionar desequilibrios ecológicos o daños al ambiente. En todas las emisiones a la atmósfera, deberán ser observadas las previsiones de esta Ley y de las disposiciones reglamentarias que de ella emanen, así como las normas oficiales mexicanas expedidas por la Secretaría

Artículo reformado DOF 13-12-1996

ARTÍCULO 114

Las autoridades competentes promoverán, en las zonas que se hubieren determinado como aptas para uso industrial, próximas a áreas habitacionales, la instalación de industrias que utilicen tecnologías y combustibles que generen menor contaminación.

ARTÍCULO 115

La Secretaría promoverá que en la determinación de usos del suelo que definan los programas de desarrollo urbano respectivos, se consideren las condiciones topográficas, climatológicas y meteorológicas, para asegurar la adecuada dispersión de contaminantes.

ARTÍCULO 116

Para el otorgamiento de estímulos fiscales, las autoridades competentes considerarán a quienes:

I. Adquieran, instalen u operen equipo para el control de emisiones contaminantes a la atmósfera;

II. Fabriquen, instalen o proporcionen mantenimiento a equipo de filtrado, combustión, control, y en general, de tratamiento de emisiones que contaminen la atmósfera;

III. Realicen investigación científica y tecnológica e innovación, cuya aplicación disminuya la generación de emisiones contaminantes, y

Fracción III reformada por el Decreto por el que se reforman los artículos 22, 22 Bis, 41 y 116 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 29 de Mayo de 2012

IV. Ubiquen o relocalicen sus instalaciones para evitar emisiones contaminantes en zonas urbanas.

ARTÍCULO 117

Para la prevención y control de la contaminación del agua se considerarán los siguientes criterios:

I. La prevención y control de la contaminación del agua, es fundamental para evitar que se reduzca su disponibilidad y para proteger los ecosistemas del país;

II. Corresponde al Estado y la sociedad prevenir la contaminación de ríos, cuencas, vasos, aguas marinas y demás depósitos y corrientes de agua, incluyendo las aguas del subsuelo;

III. El aprovechamiento del agua en actividades productivas susceptibles de producir

su contaminación, conlleva la responsabilidad del tratamiento de las descargas, para reintegrarla en condiciones adecuadas para su utilización en otras actividades y para mantener el equilibrio de los ecosistemas;

IV. Las aguas residuales de origen urbano deben recibir tratamiento previo a su descarga en ríos, cuencas, vasos, aguas marinas y demás depósitos o corrientes de agua, incluyendo las aguas del subsuelo; y

V. La participación y corresponsabilidad de la sociedad es condición indispensable para evitar la contaminación del agua.

## CAPÍTULO III Prevención y Control de la Contaminación del Agua y de los Ecosistemas Acuáticos

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 118

Los criterios para la prevención y control de la contaminación del agua serán considerados en:

I.- La expedición de normas oficiales mexicanas para el uso, tratamiento y disposición de aguas residuales, para evitar riesgos y daños a la salud pública;

Fracción reformada DOF 13-12-1996

II.- La formulación de las normas oficiales mexicanas que deberá satisfacer el tratamiento del agua para el uso y consumo humano, así como para la infiltración y descarga de aguas residuales en cuerpos receptores considerados aguas nacionales;

Fracción reformada DOF 13-12-1996

III. Los convenios que celebre el Ejecutivo Federal para entrega de agua en bloque a los sistemas usuarios o a usuarios, especialmente en lo que se refiere a la determinación de los sistemas de tratamiento de aguas residuales que deban instalarse;

IV.- El establecimiento de zonas reglamentadas, de veda o de reserva en términos de la Ley de Aguas Nacionales;Fracción reformada DOF 13-12-1996



V. Las concesiones, asignaciones, permisos y en general autorizaciones que deban obtener los concesionarios, asignatarios o permisionarios, y en general los usuarios de las aguas propiedad de la nación, para infiltrar aguas residuales en los terrenos, o para descargarlas en otros cuerpos receptores distintos de los alcantarillados de las poblaciones; y

VI. La organización, dirección y reglamentación de los trabajos de hidrología en cuencas, cauces y álveos de aguas nacionales, superficiales y subterráneos.

VII.- La clasificación de cuerpos receptores de descarga de aguas residuales, de acuerdo a su capacidad de asimilación o dilución y la carga contaminante que éstos puedan recibir.

Fracción adicionada DOF 13-12-1996


ARTÍCULO 119


La Secretaría expedirá las normas oficiales mexicanas que se requieran para prevenir y controlar la contaminación de las aguas nacionales, conforme a lo dispuesto en esta Ley, en la Ley de Aguas Nacionales, su Reglamento y las demás disposiciones que resulten aplicables

Tratándose de Normas Oficiales Mexicanas que se requieran para prevenir la contaminación de agua, la Secretaría elaborará y expedirá una Norma Mexicana en torno a la biodegradabilidad sobre los detergentes. En cuanto al etiquetado de dichos productos, se observará el cumplimiento puntual de la norma o normas referentes a los productos y servicios; etiquetados y envasado para productos de aseo de uso doméstico. En lo conducente, la Secretaría se coordinará con la Secretaría de Marina.

Párrafo adicionado DOF 31-12-2001. Reformado DOF 19-06-2007

Artículo reformado DOF 13-12-1996

ARTÍCULO 119
*BIS.*

En materia de prevención y control de la contaminación del agua, corresponde a los gobiernos de los Estados y de los Municipios, por sí o a través de sus organismos públicos que administren el agua, así como al del Distrito Federal, de conformidad con la distribución de competencias establecida en esta Ley y conforme lo dispongan sus leyes locales en la materia:I.- El control de las descargas de aguas residuales a los sistemas de drenaje y alcantarillado;

II.- La vigilancia de las normas oficiales mexicanas correspondientes, así como requerir a quienes generen descargas a dichos sistemas y no cumplan con éstas, la instalación de sistemas de tratamiento;

III.- Determinar el monto de los derechos correspondientes para que el municipio o autoridad estatal respectiva, pueda llevar a cabo el tratamiento necesario, y en su caso, proceder a la imposición de las sanciones a que haya lugar, y

IV.- Llevar y actualizar el registro de las descargas a los sistemas de drenaje y alcantarillado que administren, el que será integrado al registro nacional de descargas a cargo de la Secretaría.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 120

Para evitar la contaminación del agua, quedan sujetos a regulación federal o local:

I. Las descargas de origen industrial;

II. Las descargas de origen municipal y su mezcla incontrolada con otras descargas;

III. Las descargas derivadas de actividades agropecuarias;

IV. Las descargas de desechos, sustancias o residuos generados en las actividades de extracción de recursos no renovables;

V. La aplicación de plaguicidas, fertilizantes y sustancias tóxicas;

VI. Las infiltraciones que afecten los mantos acuíferos; y

VII.- El vertimiento de residuos sólidos, materiales peligrosos y lodos provenientes del tratamiento de aguas residuales, en cuerpos y corrientes de agua.

Fracción reformada DOF 13-12-1996

ARTÍCULO 121

No podrán descargarse o infiltrarse en cualquier cuerpo o corriente de agua o en el suelo o subsuelo, aguas residuales que contengan contaminantes, sin previo tratamiento y el permiso o autorización de la autoridad federal, o de la autoridad local en los casos de descargas en aguas de jurisdicción local o a los sistemas de drenaje y alcantarillado de los centros de población.

ARTÍCULO 122

Las aguas residuales provenientes de usos públicos urbanos y las de usos industriales o agropecuarios que se descarguen en los sistemas de drenaje y alcantarillado de las poblaciones o en las cuencas ríos, cauces, vasos y demás depósitos o corrientes de agua, así como las que por cualquier medio se infiltren en el subsuelo, y en general, las que se derramen en los suelos, deberán reunir las condiciones necesarias para prevenir;

Párrafo reformado DOF 13-12-1996

I. Contaminación de los cuerpos receptores;

II. Interferencias en los procesos de depuración de las aguas; y

III. Trastornos, impedimentos o alteraciones en los correctos aprovechamientos, o en el funcionamiento adecuado de los sistemas, y en la capacidad hidráulica en las cuencas, cauces, vasos, mantos acuíferos y demás depósitos de propiedad nacional, así como de los sistemas de alcantarillado.

ARTÍCULO 123

Todas las descargas en las redes colectoras, ríos, acuíferos, cuencas, cauces, vasos, aguas marinas y demás depósitos o corrientes de agua y los derrames de aguas residuales en los suelos o su infiltración en terrenos, deberán satisfacer las normas oficiales mexicanas que para tal efecto se expidan, y en su caso, las condiciones

particulares de descarga que determine la Secretaría o las autoridades locales. Corresponderá a quien genere dichas descargas, realizar el tratamiento previo requerido.

Artículo reformado DOF 13-12-1996

ARTÍCULO 124

Cuando las aguas residuales afecten o puedan afectar fuentes de abastecimiento de agua, la Secretaría lo comunicará a la Secretaría de Salud y negará el permiso o autorización correspondiente, o revocará, y en su caso, ordenará la suspensión del suministro.

Artículo reformado DOF 13-12-1996

ARTÍCULO 125

Se deroga.

Artículo derogado DOF 13-12-1996

ARTÍCULO 126

Los equipos de tratamiento de las aguas residuales de origen urbano que diseñen, operen o administren los municipios, las autoridades estatales, o el Distrito Federal, deberán cumplir con las normas oficiales mexicanas que al efecto se expidan.

Artículo reformado DOF 13-12-1996

ARTÍCULO 127

La Secretaría, en coordinación con la Secretaría de Salud, emitirán opinión, con base en los estudios de la cuenca y sistemas correspondientes, para la programación y construcción de obras e instalaciones de purificación de aguas residuales de procedencia industrial.

Artículo reformado DOF 13-12-1996

ARTÍCULO 128

Las aguas residuales provenientes de los sistemas de drenaje y alcantarillado urbano, podrán utilizarse en la industria y en la agricultura, si se someten en los casos que se requiera, al tratamiento que cumpla con las normas oficiales mexicanas emitidas por la Secretaría, y en su caso, por la Secretaría de Salud.

Párrafo reformado DOF 13-12-1996

En los aprovechamientos existentes de aguas residuales en la agricultura, se promoverán acciones para mejorar la calidad del recurso, la reglamentación de los cultivos y las prácticas de riego.

ARTÍCULO 129

El otorgamiento de asignaciones, autorizaciones, concesiones o permisos para la explotación, uso o aprovechamiento de aguas en actividades económicas susceptibles de contaminar dicho recurso, estará condicionado al tratamiento previo necesario de las aguas residuales que se produzcan.

ARTÍCULO 130

La Secretaría autorizará el vertido de aguas residuales en aguas marinas, de conformidad con lo dispuesto en la Ley de Aguas Nacionales, su Reglamento y las normas oficiales mexicanas que al respecto expida Cuando el origen de las descargas provenga de fuentes móviles o de plataformas fijas en el mar territorial y la zona económica exclusiva, así como de instalaciones de tierra cuya descarga sea el mar, la Secretaría se coordinará con la Secretaría de Marina para la expedición de las autorizaciones correspondientes.

Artículo reformado DOF 13-12-1996, 31-12-2001

ARTÍCULO 131

Para la protección del medio marino, la Secretaría emitirá las normas oficiales mexicanas para la explotación, preservación y administración de los recursos naturales, vivos y abióticos, del lecho y el subsuelo del mar y de las aguas suprayacentes, así como las que deberán observarse para la realización de actividades de exploración y explotación en la zona económica exclusiva.

Artículo reformado DOF 13-12-1996

ARTÍCULO 132

La Secretaría se coordinará con las Secretarías de Marina, de Energía, de Salud y de Comunicaciones y Transportes, a efecto de que dentro de sus respectivas atribuciones intervengan en la prevención y control de la contaminación del medio marino, así como en la preservación y restauración del equilibrio de sus ecosistemas, con arreglo a lo establecido en la presente Ley, en la Ley de Aguas Nacionales, la Ley Federal del Mar, las convenciones internacionales de las que México forma parte y las demás disposiciones aplicables

Artículo reformado DOF 13-12-1996

ARTÍCULO 133

La Secretaría, con la participación que en su caso corresponda a la Secretaría de Salud conforme a otros ordenamientos legales, realizará un sistemático y permanente monitoreo de la calidad de las aguas, para detectar la presencia de contaminantes o exceso de desechos orgánicos y aplicar las medidas que procedan. En los casos de aguas de jurisdicción local se coordinará con las autoridades de los Estados, el Distrito Federal y los Municipios.

Artículo reformado DOF 13-12-1996

## CAPÍTULO IV Prevención y Control de la Contaminación del Suelo

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 134

Para la prevención y control de la contaminación del suelo, se considerarán los siguientes criterios:

I. Corresponde al estado y la sociedad prevenir la contaminación del suelo;

II. Deben ser controlados los residuos en tanto que constituyen la principal fuente de contaminación de los suelos;

III.- Es necesario prevenir y reducir la generación de residuos sólidos, municipales e industriales; incorporar técnicas y procedimientos para su reuso y reciclaje, así como regular su manejo y disposición final eficientes;

Fracción reformada DOF 13-12-1996

IV.- La utilización de plaguicidas, fertilizantes y sustancias tóxicas, debe ser compatible con el equilibrio de los ecosistemas y considerar sus efectos sobre la salud humana a fin de prevenir los daños que pudieran ocasionar, y

Fracción reformada DOF 13-12-1996

V.- En los suelos contaminados por la presencia de materiales o residuos peligrosos, deberán llevarse a cabo las acciones necesarias para recuperar o restablecer sus condiciones, de tal manera que puedan ser utilizados en cualquier tipo de actividad prevista por el programa de desarrollo urbano o de ordenamiento ecológico que resulte aplicable.

Fracción adicionada DOF 13-12-1996

ARTÍCULO 135

Los criterios para prevenir y controlar la contaminación del suelo se consideran, en los siguientes casos:

I. La ordenación y regulación del desarrollo urbano;

II. La operación de los sistemas de limpia y de disposición final de residuos municipales en rellenos sanitarios;

III.- La generación, manejo y disposición final de residuos sólidos, industriales y peligrosos, así como en las autorizaciones y permisos que al efecto se otorguen.

Fracción reformada DOF 13-12-1996

IV. El otorgamiento de todo tipo de autorizaciones para la fabricación, importación, utilización y en general la realización de actividades relacionadas con plaguicidas, fertilizantes y sustancias tóxicas.

ARTÍCULO 136

Los residuos que se acumulen o puedan acumularse y se depositen o infiltren en los suelos deberán reunir las condiciones necesarias para prevenir o evitar:

I. La contaminación del suelo;

II. Las alteraciones nocivas en el proceso biológico de los suelos;

III.- Las alteraciones en el suelo que perjudiquen su aprovechamiento, uso o explotación, y

Fracción reformada DOF 13-12-1996

IV. Riesgos y problemas de salud.

ARTÍCULO 137

Queda sujeto a la autorización de los Municipios o del Distrito Federal, conforme a sus leyes locales en la materia y a las normas oficiales mexicanas que resulten aplicables, el funcionamiento de los sistemas de recolección, almacenamiento, transporte, alojamiento, reuso, tratamiento y disposición final de residuos sólidos municipales.

La Secretaría expedirá las normas a que deberán sujetarse los sitios, el diseño, la construcción y la operación de las instalaciones destinadas a la disposición final de residuos sólidos municipales.

Artículo reformado DOF 13-12-1996

ARTÍCULO 138



La Secretaría promoverá la celebración de acuerdos de coordinación y asesoría con los gobiernos estatales y municipales para:

I. La implantación y mejoramiento de sistemas de recolección, tratamiento y disposición final de residuos sólidos municipales; y

II. La identificación de alternativas de reutilización y disposición final de residuos sólidos municipales, incluyendo la elaboración de inventarios de los mismos y sus fuentes generadoras.

ARTÍCULO 139

Toda descarga, depósito o infiltración de sustancias o materiales contaminantes en los suelos se sujetará a lo que disponga esta Ley, la Ley de Aguas Nacionales, sus disposiciones reglamentarias y las normas oficiales mexicanas que para tal efecto expida la Secretaría

Artículo reformado DOF 13-12-1996

ARTÍCULO 140

La generación, manejo y disposición final de los residuos de lenta degradación deberá sujetarse a lo que se establezca en las normas oficiales mexicanas que al respecto expida la Secretaría, en coordinación con la Secretaría de Economía.

Artículo reformado por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.

ARTÍCULO 141

La Secretaría, en coordinación con las Secretarías de Economía y de Salud, expedirá normas oficiales mexicanas para la fabricación y utilización de empaques y envases para todo tipo de productos, cuyos materiales permitan reducir la generación de residuos sólidos.



Párrafo reformado por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.

Asimismo, dichas Dependencias promoverán ante los organismos nacionales de normalización respectivos, la emisión de normas mexicanas en las materias a las que se refiere este precepto.

Artículo reformado DOF 13-12-1996

ARTÍCULO 142

En ningún caso podrá autorizarse la importación de residuos para su derrame, depósito, confinamiento, almacenamiento, incineración o cualquier tratamiento para su destrucción o disposición final en el territorio nacional o en las zonas en las que la nación ejerce su soberanía y jurisdicción. Las autorizaciones para el tránsito por el territorio nacional de residuos no peligrosos con destino a otra Nación, sólo podrán otorgarse cuando exista previo consentimiento de ésta.

ARTÍCULO 143

Los plaguicidas, fertilizantes y demás materiales peligrosos, quedarán sujetos a las normas oficiales mexicanas que expidan en el ámbito de sus respectivas competencias, la Secretaría y las Secretarías de Agricultura, Ganadería, Desarrollo Rural, Pesca y Alimentación, de Salud y de Economía. El Reglamento de esta Ley establecerá la regulación, que dentro del mismo marco de coordinación deba observarse en actividades relacionadas con dichos materiales, incluyendo la disposición final de sus residuos, empaques y envases vacíos, medidas para evitar efectos adversos en los ecosistemas y los procedimientos para el otorgamiento de las autorizaciones correspondientes

Artículo reformado por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.



ARTÍCULO 144

Atendiendo a lo dispuesto por la presente Ley, la Ley Federal de Sanidad Vegetal y las demás disposiciones legales y reglamentarías aplicables, la Secretaría coordinadamente con la Secretarías de Salud, de Agricultura, Ganadería, Desarrollo Rural, Pesca y Alimentación, y de Economía, participará en la determinación de restricciones arancelarias y no arancelarias relativas a la importación y exportación de materiales peligrosos

Párrafo reformado por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.

No podrán otorgarse autorizaciones para la importación de plaguicidas, fertilizantes y demás materiales peligrosos, cuando su uso no esté permitido en el país en el que se hayan elaborado o fabricado.

Artículo reformado DOF 13-12-1996

## CAPÍTULO V Actividades Consideradas como Altamente Riesgosas

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 145

La Secretaría promoverá que en la determinación de los usos del suelo se especifiquen las zonas en las que se permita el establecimiento de industrias, comercios o servicios considerados riesgosos por la gravedad de los efectos que puedan generar en los ecosistemas o en el ambiente tomándose en consideración:

I.- Las condiciones topográficas, meteorológicas, climatológicas, geológicas y sísmicas de las zonas;

Fracción reformada DOF 13-12-1996

II. Su proximidad a centros de población, previendo las tendencias de expansión del respectivo asentamiento y la creación de nuevos asentamientos;

III. Los impactos que tendría un posible evento extraordinario de la industria, comercio o servicio de que se trate, sobre los centros de población y sobre los recursos naturales;

IV. La compatibilidad con otras actividades de las zonas;

V. La infraestructura existente y necesaria para la atención de emergencias ecológicas; y

VI. La infraestructura para la dotación de servicios básicos.


ARTÍCULO 146


La Secretaría, previa opinión de las Secretarías de Energía, de Economía, de Salud, de Gobernación y del Trabajo y Previsión Social, conforme al Reglamento que para tal efecto se expida, establecerá la clasificación de las actividades que deban considerarse altamente riesgosas en virtud de las características corrosivas, reactivas, explosivas, tóxicas, inflamables o biológico-infecciosas para el equilibrio ecológico o el ambiente, de los materiales que se generen o manejen en los establecimientos industriales, comerciales o de servicios, considerando, además, los volúmenes de manejo y la ubicación del establecimiento

Artículo reformado por el Decreto por el que se reforman diversas Leyes Federales, con el objeto de actualizar todos aquellos artículos que hacen referencia a las Secretarías de Estado cuya denominación fue modificada y al Gobierno del Distrito Federal en lo conducente; así como eliminar la mención de los departamentos administrativos que ya no tienen vigencia, publicado en el Diario Oficial de la Federación el 9 de Abril de 2012.


ARTÍCULO 147


La realización de actividades industriales, comerciales o de servicios altamente riesgosas, se llevarán a cabo con apego a lo dispuesto por esta Ley, las disposiciones reglamentarias que de ella emanen y las normas oficiales mexicanas a que se refiere el artículo anterior.

Quienes realicen actividades altamente riesgosas, en los términos del Reglamento correspondiente, deberán formular y presentar a la Secretaría un estudio de riesgo



ambiental, así como someter a la aprobación de dicha dependencia y de las Secretarías de Gobernación, de Energía, de Comercio y Fomento Industrial, de Salud, y del Trabajo y Previsión Social, los programas para la prevención de accidentes en la realización de tales actividades, que puedan causar graves desequilibrios ecológicos

Artículo reformado DOF 13-12-1996

ARTÍCULO 147

BIS. Quienes realicen actividades altamente riesgosas, en los términos del Reglamento correspondiente, deberán contar con un seguro de riesgo ambiental Para tal fin, la Secretaría con aprobación de las Secretarías de Gobernación, de Energía, de Economía, de Salud, y del Trabajo y Previsión Social integrará un Sistema Nacional de Seguros de Riesgo Ambiental.

Artículo adicionado DOF 31-12-2001

ARTÍCULO 148

Cuando para garantizar la seguridad de los vecinos de una industria que lleve a cabo actividades altamente riesgosas, sea necesario establecer una zona intermedia de salvaguarda, el Gobierno Federal podrá, mediante declaratoria, establecer restricciones a los usos urbanos que pudieran ocasionar riesgos para la población. La Secretaría promoverá, ante las autoridades locales competentes, que los planes o programas de desarrollo urbano establezcan que en dichas zonas no se permitirán los usos habitacionales, comerciales u otros que pongan en riesgo a la población.

Artículo reformado DOF 13-12-1996

ARTÍCULO 149

Los Estados y el Distrito Federal regularán la realización de actividades que no sean consideradas altamente riesgosas, cuando éstas afecten el equilibrio de los ecosistemas o el ambiente dentro de la circunscripción territorial correspondiente, de conformidad con las normas oficiales mexicanas que resulten aplicables.

La legislación local definirá las bases a fin de que la Federación, los Estados, el Distrito Federal y los Municipios, coordinen sus acciones respecto de las actividades a que se

refiere este precepto.

Artículo reformado DOF 13-12-1996

## CAPÍTULO VI Materiales y Residuos Peligrosos

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 150

Los materiales y residuos peligrosos deberán ser manejados con arreglo a la presente Ley, su Reglamento y las normas oficiales mexicanas que expida la Secretaría, previa opinión de las Secretarías de Comercio y Fomento Industrial, de Salud, de Energía, de Comunicaciones y Transportes, de Marina y de Gobernación La regulación del manejo de esos materiales y residuos incluirá según corresponda, su uso, recolección, almacenamiento, transporte, reuso, reciclaje, tratamiento y disposición final.

El Reglamento y las normas oficiales mexicanas a que se refiere el párrafo anterior, contendrán los criterios y listados que identifiquen y clasifiquen los materiales y residuos peligrosos por su grado de peligrosidad, considerando sus características y volúmenes; además, habrán de diferenciar aquellos de alta y baja peligrosidad Corresponde a la Secretaría la regulación y el control de los materiales y residuos peligrosos.

Párrafo reformado DOF 31-12-2001

Asimismo, la Secretaría en coordinación con las dependencias a que se refiere el presente artículo, expedirá las normas oficiales mexicanas en las que se establecerán los requisitos para el etiquetado y envasado de materiales y residuos peligrosos, así como para la evaluación de riesgo e información sobre contingencias y accidentes que pudieran generarse por su manejo, particularmente tratándose de sustancias químicas.

Artículo reformado DOF 13-12-1996

ARTÍCULO 151

La responsabilidad del manejo y disposición final de los residuos peligrosos

corresponde a quien los genera. En el caso de que se contrate los servicios de manejo y disposición final de los residuos peligrosos con empresas autorizadas por la Secretaría y los residuos sean entregados a dichas empresas, la responsabilidad por las operaciones será de éstas independientemente de la responsabilidad que, en su caso, tenga quien los generó.

Quienes generen, reusen o reciclen residuos peligrosos, deberán hacerlo del conocimiento de la Secretaría en los términos previstos en el Reglamento de la presente Ley

En las autorizaciones para el establecimiento de confinamientos de residuos peligrosos, sólo se incluirán los residuos que no puedan ser técnica y económicamente sujetos de reuso, reciclamiento o destrucción térmica o físico química, y no se permitirá el confinamiento de residuos peligrosos en estado líquido.

Artículo reformado DOF 13-12-1996

ARTÍCULO 151
*BIS.*

Requiere autorización previa de la Secretaría:

I.- La prestación de servicios a terceros que tenga por objeto la operación de sistemas para la recolección, almacenamiento, transporte, reuso, tratamiento, reciclaje, incineración y disposición final de residuos peligrosos;

II.- La instalación y operación de sistemas para el tratamiento o disposición final de residuos peligrosos, o para su reciclaje cuando éste tenga por objeto la recuperación de energía, mediante su incineración, y

III.- La instalación y operación, por parte del generador de residuos peligrosos, de sistemas para su reuso, reciclaje y disposición final, fuera de la instalación en donde se generaron dichos residuos.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 152

La Secretaría promoverá programas tendientes a prevenir y reducir la generación de residuos peligrosos, así como a estimular su reuso y reciclaje.

En aquellos casos en que los residuos peligrosos puedan ser utilizados en un proceso

distinto al que los generó, el Reglamento de la presente Ley y las normas oficiales mexicanas que se expidan, deberán establecer los mecanismos y procedimientos que hagan posible su manejo eficiente desde el punto de vista ambiental y económico

Los residuos peligrosos que sean usados, tratados o reciclados en un proceso distinto al que los generó, dentro del mismo predio, serán sujetos a un control interno por parte de la empresa responsable, de acuerdo con las formalidades que establezca el Reglamento de la presente Ley

En el caso de que los residuos señalados en el párrafo anterior, sean transportados a un predio distinto a aquél en el que se generaron, se estará a lo dispuesto en la normatividad aplicable al transporte terrestre de residuos peligrosos.

Artículo reformado DOF 13-12-1996

ARTÍCULO 152
*BIS.*

Cuando la generación, manejo o disposición final de materiales o residuos peligrosos, produzca contaminación del suelo, los responsables de dichas operaciones deberán llevar a cabo las acciones necesarias para recuperar y restablecer las condiciones del mismo, con el propósito de que éste pueda ser destinado a alguna de las actividades previstas en el programa de desarrollo urbano o de ordenamiento ecológico que resulte aplicable, para el predio o zona respectiva.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 153

La importación o exportación de materiales o residuos peligrosos se sujetará a las restricciones que establezca el Ejecutivo Federal, de conformidad con lo dispuesto en la Ley de Comercio Exterior En todo caso deberán observarse las siguientes disposiciones:

Párrafo reformado DOF 13-12-1996

I. Corresponderá a la Secretaría el control y la vigilancia ecológica de los materiales o residuos peligrosos importados o a exportarse, aplicando las medidas de seguridad que correspondan, sin perjuicio de lo que sobre este particular prevé la Ley Aduanera;II.- Únicamente podrá autorizarse la importación de materiales o residuos peligrosos para su tratamiento, reciclaje o reuso, cuando su utilización sea conforme a



las leyes, reglamentos, normas oficiales mexicanas y demás disposiciones vigentes;

Fracción reformada DOF 13-12-1996

III.- No podrá autorizarse la importación de materiales o residuos peligrosos cuyo único objeto sea su disposición final o simple depósito, almacenamiento o confinamiento en el territorio nacional o en las zonas donde la nación ejerce su soberanía y jurisdicción, o cuando su uso o fabricación no esté permitido en el país en que se hubiere elaborado;

Fracción reformada DOF 13-12-1996

IV.- No podrá autorizarse el tránsito por territorio nacional de materiales peligrosos que no satisfagan las especificaciones de uso o consumo conforme a las que fueron elaborados, o cuya elaboración, uso o consumo se encuentren prohibidos o restringidos en el país al que estuvieren destinados; ni podrá autorizarse el tránsito de tales materiales o residuos peligrosos, cuando provengan del extranjero para ser destinados a un tercer país;

Fracción reformada DOF 13-12-1996

V.- El otorgamiento de autorizaciones para la exportación de materiales o residuos peligrosos quedará sujeto a que exista consentimiento expreso del país receptor;

Fracción reformada DOF 13-12-1996

VI. Los materiales y residuos peligrosos generados en los procesos de producción, transformación, elaboración o reparación en los que se haya utilizado materia prima introducida al país bajo el régimen de importación temporal, inclusive los regulados en el artículo 85 de la Ley Aduanera, deberán ser retornados al país de procedencia dentro del plazo que para tal efecto determine la Secretaría;VII. El otorgamiento de autorizaciones por parte de la Secretaría para la importación o exportación de materiales o residuos peligrosos quedará sujeto a que se garantice debidamente el cumplimiento de lo que establezca la presente Ley y las demás disposiciones aplicables, así como la reparación de los daños y perjuicios que pudieran causarse tanto en el territorio nacional como en el extranjero; yAsimismo, la exportación de residuos peligrosos deberá negarse cuando se contemple su reimportación al territorio nacional: no exista consentimiento expreso del país receptor; el país de destino exija reciprocidad; o implique un incumplimiento de los compromisos asumidos por México en los

Tratados y Convenciones Internacionales en la materia, y

Párrafo adicionado DOF 13-12-1996

VIII. En adición a lo que establezcan otras disposiciones aplicables, podrán revocarse las autorizaciones que se hubieren otorgado para la importación o exportación de materiales y residuos peligrosos, sin perjuicio de la imposición de la sanción o sanciones que corresponda, en los siguientes casos:

a) Cuando por causas supervenientes, se compruebe que los materiales o residuos peligrosos autorizados constituyen mayor riesgo para el equilibrio ecológico que el que se tuvo en cuenta para el otorgamiento de la autorización correspondiente;

b) Cuando la operación de importación o exportación no cumpla los requisitos fijados en la guía ecológica que expida la Secretaría;

c) Cuando los materiales o residuos peligrosos ya no posean los atributos o características conforme a los cuales fueron autorizados; y

d) Cuando se determine que la autorización fue transferida a una persona distinta a la que solicitó la autorización, o cuando la solicitud correspondiente contenga datos falsos, o presentados de manera que se oculte información necesaria para la correcta apreciación de la solicitud.

Inciso reformado DOF 13-12-1996

## CAPÍTULO VII Energía Nuclear

Denominación del Capítulo reformada DOF 13-12-1996 (reubicado)

ARTÍCULO 154

La Secretaría de Energía y la Comisión Nacional de Seguridad Nuclear y Salvaguardias, con la participación que, en su caso, corresponda a la Secretaría de Salud, cuidarán que la exploración, explotación y beneficio de minerales radioactivos, el aprovechamiento de los combustibles nucleares, los usos de la energía nuclear y en general, las actividades relacionadas con la misma, se lleven a cabo con apego a las normas oficiales mexicanas sobre seguridad nuclear, radiológica y física de las instalaciones nucleares o radioactivas, de manera que se eviten riesgos a la salud humana y se asegure la preservación del equilibrio ecológico y la protección al ambiente, correspondiendo a la Secretaría realizar la evaluación de impacto ambiental.

Artículo reformado DOF 13-12-1996

## CAPÍTULO VIII Ruido, Vibraciones, Energía Térmica y Lumínica, Olores y Contaminación Visual

Capítulo adicionado DOF 13-12-1996

ARTÍCULO 155

Quedan prohibidas las emisiones de ruido, vibraciones, energía térmica y lumínica y la generación de contaminación visual, en cuanto rebasen los límites máximos establecidos en las normas oficiales mexicanas que para ese efecto expida la Secretaría, considerando los valores de concentración máxima permisibles para el ser humano de contaminantes en el ambiente que determine la Secretaría de Salud. Las autoridades federales o locales, según su esfera de competencia, adoptarán las medidas para impedir que se transgredan dichos límites y en su caso, aplicarán las sanciones correspondientes.

En la construcción de obras o instalaciones que generen energía térmica o lumínica, ruido o vibraciones, así como en la operación o funcionamiento de las existentes deberán llevarse a cabo acciones preventivas y correctivas para evitar los efectos nocivos de tales contaminantes en el equilibrio ecológico y el ambiente.

Artículo reformado DOF 13-12-1996

ARTÍCULO 156

Las normas oficiales mexicanas en materias objeto del presente Capítulo, establecerán los procedimientos a fin de prevenir y controlar la contaminación por ruido, vibraciones, energía térmica, lumínica, radiaciones electromagnéticas y olores, y fijarán los límites de emisión respectivos.

Párrafo reformado DOF 13-12-1996

La Secretaría de Salud realizará los análisis, estudios, investigaciones y vigilancia necesarias con el objeto de localizar el origen o procedencia, naturaleza, grado, magnitud y frecuencia de las emisiones para determinar cuándo se producen daños a la salud.

La Secretaría, en coordinación con organismos públicos o privados, nacionales o internacionales, integrará la información relacionada con este tipo de contaminación, así como de métodos y tecnología de control y tratamiento de la misma.

## TÍTULO QUINTO Participación Social e Información Ambiental

Denominación del Título reformada DOF 13-12-1996

## CAPÍTULO I Participación Social

Denominación del Capítulo reformada DOF 13-12-1996

ARTÍCULO 157

El Gobierno Federal deberá promover la participación corresponsable de la sociedad en la planeación, ejecución, evaluación y vigilancia de la política ambiental y de recursos naturales.

Artículo reformado DOF 13-12-1996

ARTÍCULO 158

Para los efectos del artículo anterior, la Secretaría:

I.- Convocará, en el ámbito del Sistema Nacional de Planeación Democrática, a las organizaciones obreras, empresariales, de campesinos y productores agropecuarios, pesqueros y forestales, comunidades agrarias, pueblos indígenas, instituciones educativas, organizaciones sociales y privadas no lucrativas y demás personas interesadas para que manifiesten su opinión y propuestas;

Fracción reformada DOF 13-12-1996

II.- Celebrará convenios de concertación con organizaciones obreras y grupos sociales para la protección del ambiente en los lugares de trabajo y unidades habitacionales; con pueblos indígenas, comunidades agrarias y demás organizaciones campesinas para el establecimiento, administración y manejo de áreas naturales protegidas, y

para brindarles asesoría ecológica en las actividades relacionadas con el aprovechamiento sustentable de los recursos naturales; con organizaciones empresariales, en los casos previstos en esta Ley para la protección del ambiente; con instituciones educativas y académicas, para la realización de estudios e investigaciones en la materia; con organizaciones civiles e instituciones privadas no lucrativas, para emprender acciones ecológicas conjuntas; así como con representaciones sociales y con particulares interesados en la preservación y restauración del equilibrio ecológico para la protección al ambiente;Fracción reformada DOF 13-12-1996

III.- Celebrará convenios con los medios de comunicación masiva para la difusión, información y promoción de acciones de preservación del equilibrio ecológico y la protección al ambiente;

Fracción reformada DOF 13-12-1996

IV. Promoverá el establecimiento de reconocimientos a los esfuerzos más destacados de la sociedad para preservar y restaurar el equilibrio ecológico y proteger el ambiente; y

V.- Impulsará el fortalecimiento de la conciencia ecológica, a través de la realización de acciones conjuntas con la comunidad para la preservación y mejoramiento del ambiente, el aprovechamiento racional de los recursos naturales y el correcto manejo de desechos. Para ello, la Secretaría podrá, en forma coordinada con los Estados y Municipios correspondientes, celebrar convenios de concertación con comunidades urbanas y rurales, así como con diversas organizaciones sociales, y

Fracción reformada DOF 13-12-1996

VI.- Concertará acciones e inversiones con los sectores social y privado y con instituciones académicas, grupos y organizaciones sociales, pueblos indígenas y demás personas físicas y morales interesadas, para la preservación y restauración del equilibrio ecológico y la protección al ambiente.

Fracción adicionada DOF 13-12-1996

ARTÍCULO 159

La Secretaría integrará órganos de consulta en los que participen entidades y dependencias de la administración pública, instituciones académicas y organizaciones sociales y empresariales. Dichos órganos tendrán funciones de asesoría, evaluación y

seguimiento en materia de política ambiental y podrán emitir las opiniones y observaciones que estimen pertinentes. Su organización y funcionamiento se sujetará a los acuerdos que para el efecto expida la Secretaría.

Cuando la Secretaría deba resolver un asunto sobre el cual los órganos a que se refiere el párrafo anterior hubiesen emitido una opinión, la misma deberá expresar las causas de aceptación o rechazo de dicha opinión.

Artículo reformado DOF 13-12-1996

## CAPÍTULO II Derecho a la Información Ambiental

Capítulo adicionado DOF 13-12-1996

ARTÍCULO 159
*BIS.*

La Secretaría desarrollará un Sistema Nacional de Información Ambiental y de Recursos Naturales que tendrá por objeto registrar, organizar, actualizar y difundir la información ambiental nacional, que estará disponible para su consulta y que se coordinará y complementará con el

Sistema de Cuentas Nacionales a cargo del Instituto Nacional de Estadística, Geografía e Informática.

En dicho Sistema, la Secretaría deberá integrar, entre otros aspectos, información relativa a los inventarios de recursos naturales existentes en el territorio nacional, a los mecanismos y resultados obtenidos del monitoreo de la calidad del aire, del agua y del suelo, al ordenamiento ecológico del territorio, así como la información señalada en el artículo 109 BIS y la correspondiente a los registros, programas y acciones que se realicen para la preservación del equilibrio ecológico y la protección al ambiente.

La Secretaría reunirá informes y documentos relevantes que resulten de las actividades científicas, académicas, trabajos técnicos o de cualquier otra índole en materia ambiental y de preservación de recursos naturales, realizados en el país por personas físicas o morales, nacionales o extranjeras, los que serán remitidos al Sistema Nacional de Información Ambiental y de Recursos Naturales.

Los Estados, los Municipios y el Distrito Federal, participarán con la Secretaría en la integración del Sistema Nacional de Información Ambiental y de Recursos Naturales.

Párrafo adicionado DOF 31-12-2001

Artículo adicionado DOF 13-12-1996

ARTÍCULO 159
*BIS 1.*

La Secretaría deberá elaborar y publicar bianualmente un informe detallado de la
situación general existente en el país en materia de equilibrio ecológico y protección
al ambiente.

Artículo adicionado DOF 13-12-1996


ARTÍCULO 159
*BIS 2.*

La Secretaría editará una Gaceta en la que se publicarán las disposiciones jurídicas,
normas oficiales mexicanas, decretos, reglamentos, acuerdos y demás actos
administrativos, así como información de interés general en materia ambiental, que se
publiquen por el Gobierno Federal o los gobiernos locales, o documentos
internacionales en materia ambiental de interés para México, independientemente de
su publicación en el Diario Oficial de la Federación o en otros órganos de difusión.
Igualmente en dicha Gaceta se publicará información oficial relacionada con las áreas
naturales protegidas y la preservación y el aprovechamiento sustentable de los
recursos naturales.

Artículo adicionado DOF 13-12-1996


ARTÍCULO 159
*BIS 3.*

Toda persona tendrá derecho a que la Secretaría, los Estados, el Distrito Federal y los
Municipios pongan a su disposición la información ambiental que les soliciten, en los
términos previstos por esta Ley. En su caso, los gastos que se generen, correrán por
cuenta del solicitante.

Para los efectos de lo dispuesto en el presente ordenamiento, se considera
información ambiental, cualquier información escrita, visual o en forma de base de
datos, de que dispongan las autoridades ambientales en materia de agua, aire, suelo,
flora, fauna y recursos naturales en general, así como sobre las actividades o medidas
que les afectan o puedan afectarlos.

Toda petición de información ambiental deberá presentarse por escrito, especificando
claramente la información que se solicita y los motivos de la petición. Los solicitantes

deberán identificarse indicando su nombre o razón social y domicilio.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 159
*BIS 4.*

Las autoridades a que se refiere el artículo anterior, denegarán la entrega de información cuando:

I.- Se considere por disposición legal que la información es confidencial o que por su propia naturaleza su difusión afecta la seguridad nacional;

II.- Se trate de información relativa a asuntos que son materia de procedimientos judiciales o de inspección y vigilancia, pendientes de resolución;

III.- Se trate de información aportada por terceros cuando los mismos no estén obligados por disposición legal a proporcionarla, o

IV.- Se trate de información sobre inventarios e insumos y tecnologías de proceso, incluyendo la descripción del mismo.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 159
*BIS 5.*

La autoridad ambiental deberá responder por escrito a los solicitantes de información ambiental en un plazo no mayor a veinte días a partir de la recepción de la petición respectiva. En caso de que la autoridad conteste negativamente la solicitud, deberá señalar las razones que motivaron su determinación.

Si transcurrido el plazo establecido en el párrafo anterior la autoridad ambiental no emite su respuesta por escrito, la petición se entenderá resuelta en sentido negativo para el promovente.

La autoridad ambiental, dentro de los diez días siguientes a la solicitud de información, deberá notificar al generador o propietario de la misma de la recepción de la solicitud.

Los afectados por actos de la Secretaría regulados en este Capítulo, podrán ser impugnados mediante la interposición del recurso de revisión, de conformidad con lo dispuesto en esta Ley y en la Ley Federal de Procedimiento Administrativo

Artículo adicionado DOF 13-12-1996


ARTÍCULO 159
*BIS 6.*

Quien reciba información ambiental de las autoridades competentes, en los términos del presente Capítulo, será responsable de su adecuada utilización y deberá responder por los daños y perjuicios que se ocasionen por su indebido manejo.

Artículo adicionado DOF 13-12-1996


# TÍTULO SEXTO Medidas de Control y de Seguridad y Sanciones

## CAPÍTULO I Disposiciones Generales


Denominación del Capítulo reformada DOF 13-12-1996


ARTÍCULO 160


Las disposiciones de este título se aplicarán en la realización de actos de inspección y vigilancia, ejecución de medidas de seguridad, determinación de infracciones administrativas y de comisión de delitos y sus sanciones, y procedimientos y recursos administrativos, cuando se trate de asuntos de competencia federal regulados por esta Ley, salvo que otras leyes regulen en forma específica dichas cuestiones, en relación con las materias de que trata este propio ordenamiento.

En las materias anteriormente señaladas, se aplicarán supletoriamente las disposiciones de las Leyes Federales de Procedimiento Administrativo y sobre Metrología y Normalización.

Párrafo reformado DOF 13-12-1996


Tratándose de materias referidas en esta Ley que se encuentran reguladas por leyes especiales, el presente ordenamiento será de aplicación supletoria por lo que se refiere a los procedimientos de inspección y vigilancia

Párrafo adicionado DOF 13-12-1996

## CAPÍTULO II Inspección y Vigilancia

ARTÍCULO 161

La Secretaría realizará los actos de inspección y vigilancia del cumplimiento de las disposiciones contenidas en el presente ordenamiento, así como de las que del mismo se deriven.

En las zonas marinas mexicanas la Secretaría, por sí o por conducto de la Secretaría de Marina, realizará los actos de inspección, vigilancia y, en su caso, de imposición de sanciones por violaciones a las disposiciones de esta Ley.

Párrafo adicionado DOF 31-12-2001

Artículo reformado DOF 13-12-1996

ARTÍCULO 162

Las autoridades competentes podrán realizar, por conducto de personal debidamente autorizado, visitas de inspección, sin perjuicio de otras medidas previstas en las leyes que puedan llevar a cabo para verificar el cumplimiento de este ordenamiento.

Dicho personal, al realizar las visitas de inspección, deberá contar con el documento oficial que los acredite o autorice a practicar la inspección o verificación, así como la orden escrita debidamente fundada y motivada, expedida por autoridad competente, en la que se precisará el lugar o zona que habrá de inspeccionarse y el objeto de la diligencia.

Párrafo reformado DOF 13-12-1996, 31-12-2001

ARTÍCULO 163

El personal autorizado, al iniciar la inspección, se identificará debidamente con la persona con quien se entienda la diligencia, exhibiéndole, para tal efecto credencial vigente con fotografía, expedida por autoridad competente que lo acredite para realizar visitas de inspección en la materia, y le mostrará la orden respectiva, entregándole copia de la misma con firma autógrafa, requiriéndola para que en el acto designe dos testigos.

Párrafo reformado DOF 13-12-1996, 31-12-2001

En caso de negativa o de que los designados no acepten fungir como testigos, el personal autorizado podrá designarlos, haciendo constar esta situación en el acta administrativa que al efecto se levante, sin que esta circunstancia invalide los efectos de la inspección.

En los casos en que no fuera posible encontrar en el lugar de la visita persona que pudiera ser designada como testigo, el personal actuante deberá asentar esta circunstancia en el acta administrativa que al efecto se levante, sin que ello afecte la validez de la misma.

Párrafo adicionado DOF 31-12-2001

ARTÍCULO 164

En toda visita de inspección se levantará acta, en la que se harán constar en forma circunstanciada los hechos u omisiones que se hubiesen presentado durante la diligencia, así como lo previsto en el artículo 67 de la Ley Federal de Procedimiento Administrativo

Párrafo reformado DOF 13-12-1996

Concluida la inspección, se dará oportunidad a la persona con la que se entendió la diligencia para que en el mismo acto formule observaciones en relación con los hechos u omisiones asentados en el acta respectiva, y para que ofrezca las pruebas que considere convenientes o haga uso de ese derecho en el término de cinco días siguientes a la fecha en que la diligencia se hubiere practicado.

Párrafo reformado DOF 13-12-1996

A continuación se procederá a firmar el acta por la persona con quien se entendió la diligencia, por los testigos y por el personal autorizado, quien entregará copia del acta al interesado.

Si la persona con quien se entendió la diligencia o los testigos, se negaren a firmar el acta, o el interesado se negare a aceptar copia de la misma, dichas circunstancias se asentarán en ella, sin que esto afecte su validez y valor probatorio.

ARTÍCULO 165

La persona con quien se entienda la diligencia estará obligada a permitir al personal autorizado el acceso al lugar o lugares sujetos a inspección en los términos previstos en la orden escrita a que se hace referencia en el artículo 162 de esta Ley, así como a proporcionar toda clase de información que conduzca a la verificación del cumplimiento de esta Ley y demás disposiciones aplicables, con excepción de lo relativo a derechos de propiedad industrial que sean confidenciales conforme a la Ley La información deberá mantenerse por la autoridad en absoluta reserva, si así lo solicita el interesado, salvo en caso de requerimiento judicial.

ARTÍCULO 166

La autoridad competente podrá solicitar el auxilio de la fuerza pública para efectuar la visita de inspección, cuando alguna o algunas personas obstaculicen o se opongan a


la práctica de la diligencia, independientemente de las sanciones a que haya lugar.

ARTÍCULO 167

Recibida el acta de inspección por la autoridad ordenadora, requerirá al interesado, cuando proceda, mediante notificación personal o por correo certificado con acuse de recibo, para que adopte de inmediato las medidas correctivas o de urgente aplicación que, en su caso, resulten necesarias para cumplir con las disposiciones jurídicas aplicables, así como con los permisos, licencias, autorizaciones o concesiones respectivas, señalando el plazo que corresponda para su cumplimiento, fundando y motivando el requerimiento. Asimismo, deberá señalarse al interesado que cuenta con un término de quince días para que exponga lo que a su derecho convenga y, en su caso, aporte las pruebas que considere procedentes en relación con la actuación de la Secretaría.

Párrafo reformado DOF 31-12-2001

Admitidas y desahogadas las pruebas ofrecidas por el interesado, o habiendo transcurrido el plazo a que se refiere el párrafo anterior, sin que haya hecho uso de ese derecho, se pondrán a su disposición las actuaciones, para que en un plazo tres días hábiles, presente por escrito sus alegatos.

Artículo reformado DOF 13-12-1996

ARTÍCULO 167
*Bis.*

Las notificaciones de los actos administrativos dictados con motivo de la aplicación de esta Ley, se realizarán:

I. Personalmente o por correo certificado con acuse de recibo, cuando se trate de emplazamientos y resoluciones administrativas definitivas, sin perjuicio de que la notificación de estos actos pueda efectuarse en las oficinas de las Unidades Administrativas competentes de la Secretaría, si las personas a quienes deba notificarse se presentan en las mismas. En este último caso, se asentará la razón correspondiente;

II. Por rotulón, colocado en los estrados de la Unidad Administrativa competente, cuando la persona a quien deba notificarse no pueda ser ubicada después de iniciadas las facultades de inspección, vigilancia o verificación a las que se refiere el presente Título, o cuando no hubiera señalado domicilio en la población donde se encuentre ubicada la sede de la autoridad ordenadora;

III. Por edicto, toda notificación cuando se desconozca el domicilio del interesado o en su caso cuando la persona a quien deba notificarse haya desaparecido, se ignore su domicilio o se encuentre en el extranjero sin haber dejado representante legal o autorizado para tales efectos.

Tratándose de actos distintos a los señalados en la fracción I de este artículo, las notificaciones podrán realizarse por correo ordinario, mensajería, telegrama o, previa solicitud por escrito del interesado, a través de telefax, medios de comunicación electrónica u otro similar o en las oficinas de las Unidades Administrativas de la Secretaría, si se presentan las personas que han de recibirlas a más tardar dentro del término de cinco días hábiles siguientes contados a partir del día en que se dicten los actos que han de notificarse. Lo anterior, sin perjuicio de que la autoridad ordenadora lo haga por rotulón, dentro del término de diez días hábiles contados a partir del día en que se dicten los actos que han de notificarse, el cual se fijará en lugar visible de las oficinas de las Unidades Administrativas de la Secretaría.

Si los interesados, sus representantes legales o las personas autorizadas por ellos, no ocurren a las oficinas de las Unidades Administrativas de la Secretaría, a notificarse dentro del término señalado en el párrafo anterior, las notificaciones se darán por hechas, y surtirán sus efectos el día hábil siguiente al de la fijación del rotulón.

De toda notificación por rotulón se agregará, al expediente, un tanto de aquel, asentándose la razón correspondiente, y

IV. Por instructivo, solamente en el caso señalado en el tercer párrafo del artículo 167 Bis 1 de la presente Ley.

Artículo adicionado DOF 07-12-2005

ARTÍCULO 167
*Bis 1.*

Las notificaciones personales se harán en el domicilio del interesado o en el último domicilio que la persona a quien se deba notificar haya señalado en la población donde se encuentre la sede de las Unidades Administrativas de la Secretaría, o bien, personalmente en el recinto oficial de éstas, cuando comparezcan voluntariamente a recibirlas en los dos primeros casos, el notificador deberá cerciorarse que se trata del domicilio del interesado o del designado para esos efectos y deberá entregar el original del acto que se notifique y copia de la constancia de notificación respectiva, así como señalar la fecha y hora en que la notificación se efectúa, recabando el nombre y firma de la persona con quien se entienda la diligencia. Si ésta se niega, se hará constar en el acta de notificación, sin que ello afecte su validez.

Las notificaciones personales, se entenderán con la persona que deba ser notificada o

su representante legal; a falta de ambos, el notificador dejará citatorio con cualquier persona que se encuentre en el domicilio, para que el interesado espere a una hora fija del día hábil siguiente. Si el domicilio se encontrare cerrado, el citatorio se dejará en un lugar visible del mismo, o con el vecino más inmediato.

Si la persona a quien haya de notificarse no atendiere el citatorio, la notificación se entenderá con cualquier persona que se encuentre en el domicilio en que se realice la diligencia y, de negarse ésta a recibirla o en su caso de encontrarse cerrado el domicilio, se realizará por instructivo que se fijará en un lugar visible del domicilio, o con el vecino más cercano, lo que se hará constar en el acta de notificación, sin que ello afecte su validez.

De las diligencias en que conste la notificación, el notificador tomará razón por escrito.

Artículo adicionado DOF 07-12-2005

ARTÍCULO 167
*Bis 2.*

Las notificaciones por edictos se realizarán haciendo publicaciones que contendrán un resumen de los actos por notificar. Dichas publicaciones deberán efectuarse por dos días consecutivos en el Diario Oficial de la Federación o en la Gaceta o Periódico Oficial de la Entidad

Federativa en la que tenga su sede la Unidad Administrativa que conozca del asunto y en uno de los periódicos diarios de mayor circulación en la Entidad Federativa correspondiente.

Artículo adicionado DOF 07-12-2005

ARTÍCULO 167
*Bis 3.*

Las notificaciones personales surtirán sus efectos el día en que hubieren sido realizadas. Los plazos empezarán a correr a partir del día hábil siguiente a aquel en que se haya surtido efectos la notificación.

Se tendrá como fecha de notificación por correo certificado la que conste en el acuse de recibo.

En las notificaciones por edictos se tendrá como fecha de notificación la de la última publicación en el Diario Oficial de la Federación o en la Gaceta o Periódico Oficial de la

Entidad Federativa en la que se tenga su sede la Unidad Administrativa de la Secretaría que ordenó la publicación y en un de los periódicos diarios de mayor circulación en la Entidad Federativa correspondiente.

Las notificaciones por rotulón surtirán sus efectos al día hábil siguiente al de la fijación del mismo.

Artículo adicionado DOF 07-12-2005


ARTÍCULO 167
*Bis 4.*

Toda notificación deberá efectuarse en un plazo máximo de quince días hábiles, contados a partir de la emisión de la resolución o acto que se notifique, y deberá contener el texto íntegro del acto, así como el fundamento legal en que se apoye con la indicación de si es o no definitivo en la vía administrativa, y en su caso, la expresión del recurso administrativo que contra la misma proceda, órgano ante el cual hubiera de presentarse y plazo para su interposición.

Artículo adicionado DOF 07-12-2005


ARTÍCULO 168

Una vez recibidos los alegatos o transcurrido el término para presentarlos, la Secretaría procederá, dentro de los veinte días siguientes, a dictar por escrito la resolución respectiva, misma que se notificará al interesado, personalmente o por correo certificado con acuse de recibo.

Durante el procedimiento y antes de que se dicte resolución, el interesado y la Secretaría, a petición del primero, podrán convenir la realización de las acciones de restauración o compensación de daños necesarias para la corrección de las presuntas irregularidades observadas. La instrumentación y evaluación de dicho convenio, se llevará a cabo en los términos del artículo 169 de esta Ley.

Párrafo adicionado DOF 31-12-2001

Artículo reformado DOF 13-12-1996

ARTÍCULO 169

En la resolución administrativa correspondiente, se señalarán o, en su caso, adicionarán, las medidas que deberán llevarse a cabo para corregir las deficiencias o irregularidades observadas, el plazo otorgado al infractor para satisfacerlas y las sanciones a que se hubiere hecho acreedor conforme a las disposiciones aplicables.

Dentro de los cinco días hábiles que sigan al vencimiento del plazo otorgado al infractor para subsanar las deficiencias o irregularidades observadas, éste deberá comunicar por escrito y en forma detallada a la autoridad ordenadora, haber dado cumplimiento a las medidas ordenadas en los términos del requerimiento respectivo.

Cuando se trate de segunda o posterior inspección para verificar el cumplimiento de un requerimiento o requerimientos anteriores, y del acta correspondiente se desprenda que no se ha dado cumplimiento a las medidas previamente ordenadas, la autoridad competente podrá imponer además de la sanción o sanciones que procedan conforme al artículo 171 de esta Ley, una multa adicional que no exceda de los límites máximos señalados en dicho precepto.

Párrafo reformado DOF 13-12-1996

En los casos en que el infractor realice las medidas correctivas o de urgente aplicación o subsane las irregularidades detectadas, en los plazos ordenados por la Secretaría, siempre y cuando el infractor no sea reincidente, y no se trate de alguno de los supuestos previstos en el artículo 170 de esta Ley, ésta podrá revocar o modificar la sanción o sanciones impuestas.

Párrafo reformado DOF 13-12-1996

En los casos en que proceda, la autoridad federal hará del conocimiento del Ministerio Público la realización de actos u omisiones constatados en el ejercicio de sus facultades que pudieran configurar uno o más delitos.

Párrafo adicionado DOF 13-12-1996

## CAPÍTULO III Medidas de Seguridad

ARTÍCULO 170

**Ley General del Equilibrio Ecológico y la Protección al Ambiente**
http://vlex.com/vid/equilibrio-ecologico-proteccion-ambiente-42601974

I.- La clausura temporal, parcial o total de las fuentes contaminantes, así como de las instalaciones en que se manejen o almacenen especímenes, productos o subproductos de especies de flora o de fauna silvestre, recursos forestales, o se desarrollen las actividades que den lugar a los supuestos a que se refiere el primer párrafo de este artículo;

II.- El aseguramiento precautorio de materiales y residuos peligrosos, así como de especímenes, productos o subproductos de especies de flora o de fauna silvestre o su material genético, recursos forestales, además de los bienes, vehículos, utensilios e instrumentos directamente relacionados con la conducta que da lugar a la imposición de la medida de seguridad, o

III.- La neutralización o cualquier acción análoga que impida que materiales o residuos peligrosos generen los efectos previstos en el primer párrafo de este artículo.

Asimismo, la Secretaría podrá promover ante la autoridad competente, la ejecución de alguna o algunas de las medidas de seguridad que se establezcan en otros ordenamientos.

Artículo reformado DOF 13-12-1996

ARTÍCULO 170
*BIS.*

Cuando la Secretaría ordene alguna de las medidas de seguridad previstas en esta Ley, indicará al interesado, cuando proceda, las acciones que debe llevar a cabo para subsanar las irregularidades que motivaron la imposición de dichas medidas, así como los plazos para su realización, a fin de que una vez cumplidas éstas, se ordene el retiro de la medida de seguridad impuesta.

Artículo adicionado DOF 13-12-1996

## CAPÍTULO IV Sanciones Administrativas

ARTÍCULO 171

Las violaciones a los preceptos de esta Ley, sus reglamentos y las disposiciones que de ella emanen serán sancionadas administrativamente por la Secretaría, con una o más de las siguientes sanciones:

Párrafo reformado DOF 13-12-1996

I. Multa por el equivalente de treinta a cincuenta mil días de salario mínimo general vigente en el Distrito Federal al momento de imponer la sanción;

Fracción I reformada por el Decreto por el que se reforma el artículo 171 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 1 de Junio de 2012

II.- Clausura temporal o definitiva, total o parcial, cuando:

a) El infractor no hubiere cumplido en los plazos y condiciones impuestos por la autoridad, con las medidas correctivas o de urgente aplicación ordenadas;

b) En casos de reincidencia cuando las infracciones generen efectos negativos al ambiente, o

c) Se trate de desobediencia reiterada, en tres o más ocasiones, al cumplimiento de alguna o algunas medidas correctivas o de urgente aplicación impuestas por la autoridad.

Fracción reformada DOF 13-12-1996

III. Arresto administrativo hasta por 36 horas.

IV.- El decomiso de los instrumentos, ejemplares, productos o subproductos directamente relacionados con infracciones relativas a recursos forestales, especies de flora y fauna silvestre o recursos genéticos, conforme a lo previsto en la presente Ley, y

Fracción adicionada DOF 13-12-1996

V.- La suspensión o revocación de las concesiones, licencias, permisos o autorizaciones correspondientes.

Fracción adicionada DOF 13-12-1996

Si una vez vencido el plazo concedido por la autoridad para subsanar la o las infracciones que se hubieren cometido, resultare que dicha infracción o infracciones aún subsisten, podrán imponerse multas por cada día que transcurra sin obedecer el mandato, sin que el total de las multas exceda del monto máximo permitido,

conforme a la fracción I de este artículo.

En el caso de reincidencia, el monto de la multa podrá ser hasta por tres veces del monto originalmente impuesto, así como la clausura definitiva.

Párrafo reformado por el Decreto por el que se reforma el artículo 171 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, publicado en el Diario Oficial de la Federación el 1 de Junio de 2012

Se considera reincidente al infractor que incurra más de una vez en conductas que impliquen infracciones a un mismo precepto, en un periodo de dos años, contados a partir de la fecha en que se levante el acta en que se hizo constar la primera infracción, siempre que ésta no hubiese sido desvirtuada.

Párrafo adicionado DOF 13-12-1996

ARTÍCULO 172

Cuando la gravedad de la infracción lo amerite, la autoridad, solicitará a quien los hubiere otorgado, la suspensión, revocación o cancelación de la concesión, permiso, licencia y en general de toda autorización otorgada para la realización de actividades comerciales, industriales o de servicios, o para el aprovechamiento de recursos naturales que haya dado lugar a la infracción.

ARTÍCULO 173

Para la imposición de las sanciones por infracciones a esta Ley, se tomará en cuenta:

I. La gravedad de la infracción, considerando principalmente los siguientes criterios: los daños que se hubieran producido o puedan producirse en la salud pública; la generación de desequilibrios ecológicos; la afectación de recursos naturales o de la biodiversidad y, en su caso, los niveles en que se hubieran rebasado los límites establecidos en la norma oficial mexicana aplicable;

Fracción reformada DOF 13-12-1996, 31-12-2001

II. Las condiciones económicas del infractor, y

III.- La reincidencia, si la hubiere;

Fracción reformada DOF 13-12-1996

IV.- El carácter intencional o negligente de la acción u omisión constitutiva de la infracción, y

Fracción adicionada DOF 13-12-1996

V.- El beneficio directamente obtenido por el infractor por los actos que motiven la sanción.

Fracción adicionada DOF 13-12-1996

En el caso en que el infractor realice las medidas correctivas o de urgente aplicación o subsane las irregularidades en que hubiere incurrido, previamente a que la Secretaría imponga una sanción, dicha autoridad deberá considerar tal situación como atenuante de la infracción cometida.

Párrafo adicionado DOF 13-12-1996

La autoridad correspondiente, por sí o a solicitud del infractor, podrá otorgar a éste, la opción para pagar la multa o realizar inversiones equivalentes en la adquisición e instalación de equipo para evitar contaminación o en la protección, preservación o restauración del ambiente y los recursos naturales, siempre y cuando se garanticen las obligaciones del infractor, no se trate de alguno de los supuestos previstos en el artículo 170 de esta Ley, y la autoridad justifique plenamente su decisión.

Párrafo adicionado DOF 13-12-1996. Reformado DOF 31-12-2001

ARTÍCULO 174

Cuando proceda como sanción el decomiso o la clausura temporal o definitiva, total o parcial, el personal comisionado para ejecutarla procederá a levantar acta detallada de la diligencia, observando las disposiciones aplicables a la realización de inspecciones.

En los casos en que se imponga como sanción la clausura temporal, la Secretaría deberá indicar al infractor las medidas correctivas y acciones que debe llevar a cabo para subsanar las irregularidades que motivaron dicha sanción, así como los plazos para su realización.

Artículo reformado DOF 13-12-1996

ARTÍCULO 174
*BIS.*

La Secretaría dará a los bienes decomisados alguno de los siguientes destinos:

I. Venta a través de invitación a cuando menos tres compradores, en aquellos casos en que el valor de lo decomisado no exceda de 5,000 mil veces el salario mínimo general vigente en el Distrito Federal al momento de imponer la sanción. Si dichos invitados no comparecen el día señalado para la venta o sus precios no fueren aceptados, la autoridad podrá proceder a su venta directa;

Fracción reformada DOF 31-12-2001

II.- Remate en subasta pública cuando el valor de lo decomisado exceda de 5,000 veces el salario diario mínimo general vigente en el Distrito Federal al momento de imponer la sanción;

III.- Donación a organismos públicos e instituciones científicas o de enseñanza superior o de beneficencia pública, según la naturaleza del bien decomisado y de acuerdo a las funciones y actividades que realice el donatario, siempre y cuando no sean lucrativas. Tratándose de especies y subespecies de flora y fauna silvestre, éstas podrán ser donadas a zoológicos públicos siempre que se garantice la existencia de condiciones adecuadas para su desarrollo, o

IV.- Destrucción cuando se trate de productos o subproductos, de flora y fauna silvestre, de productos forestales plagados o que tengan alguna enfermedad que impida su aprovechamiento, así como artes de pesca y caza prohibidos por las disposiciones jurídicas aplicables.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 174
*BIS 1.*

Para efectos de lo previsto en las fracciones I y II del artículo anterior, únicamente serán procedentes dichos supuestos, cuando los bienes decomisados sean susceptibles de apropiación conforme a las disposiciones jurídicas aplicables.

En la determinación del valor de los bienes sujetos a remate o venta, la Secretaría considerará el precio que respecto de dichos bienes corra en el mercado, al momento

vlex

de realizarse la operación.

En ningún caso, los responsables de la infracción que hubiera dado lugar al decomiso podrán participar ni beneficiarse de los actos señalados en el artículo 174 BIS de esta Ley, mediante los cuales se lleve a cabo la enajenación de los bienes decomisados.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 175

La Secretaría podrá promover ante las autoridades federales o locales competentes, con base en los estudios que haga para ese efecto, la limitación o suspensión de la instalación o funcionamiento de industrias, comercios, servicios, desarrollos urbanos, turísticos o cualquier actividad que afecte o pueda afectar el ambiente, los recursos naturales, o causar desequilibrio ecológico o pérdida de la biodiversidad.

Artículo reformado DOF 13-12-1996

ARTÍCULO 175
*BIS.*

Los ingresos que se obtengan de las multas por infracciones a lo dispuesto en esta Ley, sus reglamentos y demás disposiciones que de ella se deriven, así como los que se obtengan del remate en subasta pública o la venta directa de los bienes decomisados, se destinarán a la integración de fondos para desarrollar programas vinculados con la inspección y la vigilancia en las materias a que se refiere esta Ley.

Artículo adicionado DOF 13-12-1996

## CAPÍTULO V Recurso de Revisión

Denominación del Capítulo reformada DOF 13-12-1996

ARTÍCULO 176

Las resoluciones definitivas dictadas en los procedimientos administrativos con motivo de la aplicación de esta Ley, sus reglamentos y disposiciones que de ella emanen,

podrán ser impugnadas por los afectados, mediante el recurso de revisión, dentro de los quince días hábiles siguientes a la fecha de su notificación, o ante las instancias jurisdiccionales competentes.

El recurso de revisión se interpondrá directamente ante la autoridad que emitió la resolución impugnada, quien en su caso, acordará su admisión, y el otorgamiento o denegación de la suspensión del acto recurrido, turnando el recurso a su superior jerárquico para su resolución definitiva.

Artículo reformado DOF 13-12-1996

ARTÍCULO 177

Cuando con la interposición del recurso de revisión, el promovente solicite la suspensión del decomiso, la autoridad podrá ordenar la devolución de los bienes respectivos al interesado, siempre y cuando:

I. Sea procedente el recurso, y

II. Se exhiba garantía por el monto del valor de lo decomisado, el cual será determinado por la Secretaría, de acuerdo con el precio que corra en el mercado, al momento en que deba otorgarse dicha garantía.

En el supuesto en que no se cumplan los requisitos anteriores, la Secretaría determinará el destino final de los productos perecederos y de las especies de flora y fauna silvestre vivas, de conformidad con lo dispuesto en esta Ley y las demás que resulten aplicables

Por lo que se refiere a los bienes distintos a los señalados en el párrafo anterior, éstos se mantendrán en depósito y no podrá disponerse de ellos hasta en tanto cause estado la resolución correspondiente.

Artículo reformado DOF 13-12-1996

ARTÍCULO 178

No procederá la suspensión del decomiso, en los siguientes casos:

I. Cuando se trate de especies de flora y fauna silvestre que carezcan de la concesión, permiso o autorización correspondiente;

II. Cuando se trate de especies de flora y fauna silvestre extraídas o capturadas en época, zona o lugar no comprendidos en la concesión, permiso o autorización respectivos, así como en volúmenes superiores a los establecidos;

III. Cuando se trate de especies de flora y fauna silvestre declaradas en veda o sean consideradas raras, amenazadas, en peligro de extinción o sujetas a protección especial conforme a esta Ley u otras disposiciones jurídicas aplicables;IV. Cuando se trate de especies de flora y fauna silvestre decomisadas a extranjeros, o en embarcaciones o transportes extranjeros;

V. Cuando se trate de productos o subproductos de flora y fauna silvestre, armas de caza, artes de pesca y demás objetos o utensilios prohibidos por la normatividad aplicable, y

VI. Cuando se trate de materias primas forestales maderables y no maderables, provenientes de aprovechamientos para los cuales no exista autorización.

Artículo reformado DOF 13-12-1996

ARTÍCULO 179

Por lo que se refiere a los demás trámites relativos a la sustanciación del recurso de revisión a que se refiere el artículo 176 del presente ordenamiento, se estará a lo dispuesto por la Ley Federal de Procedimiento Administrativo

Artículo reformado DOF 13-12-1996

ARTÍCULO 180

Tratándose de obras o actividades que contravengan las disposiciones de esta Ley y de aquéllas a las cuales se aplica de manera supletoria, así como de los reglamentos y normas oficiales mexicanas derivadas de las mismas, los programas de ordenamiento ecológico, las declaratorias de áreas naturales protegidas o los reglamentos y normas oficiales mexicanas derivadas de la misma, las personas físicas y morales que tengan interés legítimo tendrán derecho a impugnar los actos administrativos correspondientes, así como a exigir que se lleven a cabo las acciones necesarias para que sean observadas las disposiciones jurídicas aplicables, siempre que demuestren en el procedimiento que dichas obras o actividades originan o pueden originar un daño al medio ambiente, los recursos naturales, la vida silvestre o la salud pública

Para tal efecto, de manera optativa podrán interponer el recurso administrativo de



revisión a que se refiere este Capítulo, o acudir al Tribunal Federal de Justicia Fiscal y Administrativa.

Para los efectos del presente artículo, tendrán interés legítimo las personas físicas o morales de las comunidades posiblemente afectadas por dichas obras o actividades.

Artículo 180 reformado por el Decreto por el que se reforma y adiciona el artículo 180 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, y se reforma la fracción I del artículo 8 de la Ley Federal de Procedimiento Contencioso Administrativo, publicado en el Diario Oficial de la Federación el 28 de Enero de 2011

## ARTÍCULO 181

En caso de que se expidan licencias, permisos, autorizaciones o concesiones contraviniendo esta Ley, serán nulas y no producirán efecto legal alguno, y los servidores públicos responsables serán sancionados conforme a lo dispuesto en la legislación en la materia. Dicha nulidad podrá ser exigida por medio del recurso a que se refiere el artículo anterior.

Artículo reformado DOF 13-12-1996

## CAPÍTULO VI De los Delitos del Orden Federal

## ARTÍCULO 182

Toda persona podrá presentar directamente las denuncias penales que correspondan a los delitos ambientales previstos en la legislación aplicable.

La Secretaría proporcionará, en las materias de su competencia, los dictámenes técnicos o periciales que le soliciten el Ministerio Público o las autoridades judiciales, con motivo de las denuncias presentadas por la comisión de delitos ambientales.

La Secretaría será coadyuvante del Ministerio Público Federal, en los términos del Código Federal de Procedimientos Penales. Lo anterior, sin perjuicio de la coadyuvancia que pueda hacer la víctima o el ofendido directo del ilícito, por sí mismo o a través de su representante legal.

Párrafo adicionado DOF 31-12-2001

Artículo reformado DOF 13-12-1996

ARTÍCULO 183

(Se deroga).

Artículo derogado DOF 13-12-1996

ARTÍCULO 184

(Se deroga).

Artículo derogado DOF 13-12-1996

ARTÍCULO 185

(Se deroga).

Artículo derogado DOF 13-12-1996

ARTÍCULO 186

(Se deroga).

Artículo derogado DOF 13-12-1996

ARTÍCULO 187

(Se deroga).

Artículo derogado DOF 13-12-1996

ARTÍCULO 188

Las leyes de las entidades federativas establecerán las sanciones penales y administrativas por violaciones en materia ambiental del orden local.

Artículo reformado DOF 13-12-1996

## CAPÍTULO VII Denuncia Popular

ARTÍCULO 189

Si en la localidad no existiere representación de la Procuraduría Federal de Protección al Ambiente, la denuncia se podrá formular ante la autoridad municipal o, a elección del denunciante, ante las oficinas más próximas de dicha representación.

Si la denuncia fuera presentada ante la autoridad municipal y resulta del orden federal, deberá ser remitida para su atención y trámite a la Procuraduría Federal de Protección al Ambiente.

Artículo reformado DOF 13-12-1996

ARTÍCULO 190

La denuncia popular podrá ejercitarse por cualquier persona, bastando que se presente por escrito y contenga:

I.- El nombre o razón social, domicilio, teléfono si lo tiene, del denunciante y, en su caso, de su representante legal;

II.- Los actos, hechos u omisiones denunciados;

III.- Los datos que permitan identificar al presunto infractor o localizar la fuente contaminante, y

IV.- Las pruebas que en su caso ofrezca el denunciante.

Asimismo, podrá formularse la denuncia por vía telefónica, en cuyo supuesto el servidor público que la reciba, levantará acta circunstanciada, y el denunciante

deberá ratificarla por escrito, cumpliendo con los requisitos establecidos en el presente artículo, en un término de tres días hábiles siguientes a la formulación de la denuncia, sin perjuicio de que la Procuraduría Federal de Protección al Ambiente investigue de oficio los hechos constitutivos de la denuncia.

No se admitirán denuncias notoriamente improcedentes o infundadas, aquéllas en las que se advierta mala fe, carencia de fundamento o inexistencia de petición, lo cual se notificará al denunciante.

Si el denunciante solicita a la Procuraduría Federal de Protección al Ambiente guardar secreto respecto de su identidad, por razones de seguridad e interés particular, ésta llevará a cabo el seguimiento de la denuncia conforme a las atribuciones que la presente Ley y demás disposiciones jurídicas aplicables le otorgan

Artículo reformado DOF 13-12-1996

ARTÍCULO 191

La Procuraduría Federal de Protección al Ambiente, una vez recibida la denuncia, acusará recibo de su recepción, le asignará un número de expediente y la registrará.

En caso de recibirse dos o más denuncias por los mismos hechos, actos u omisiones, se acordará la acumulación en un solo expediente, debiéndose notificar a los denunciantes el acuerdo respectivo.

Una vez registrada la denuncia, la Procuraduría Federal de Protección al Ambiente dentro de los 10 días siguientes a su presentación, notificará al denunciante el acuerdo de calificación correspondiente, señalando el trámite que se le ha dado a la misma.

Si la denuncia presentada fuera competencia de otra autoridad, la Procuraduría Federal de Protección al Ambiente acusará de recibo al denunciante pero no admitirá la instancia y la turnará a la autoridad competente para su trámite y resolución, notificándole de tal hecho al denunciante, mediante acuerdo fundado y motivado.

Artículo reformado DOF 13-12-1996

ARTÍCULO 192

Una vez admitida la instancia, la Procuraduría Federal de Protección al Ambiente llevará a cabo la identificación del denunciante, y hará del conocimiento la denuncia a

la persona o personas, o a las autoridades a quienes se imputen los hechos denunciados o a quienes pueda afectar el resultado de la acción emprendida, a fin de que presenten los documentos y pruebas que a su derecho convenga en un plazo máximo de 15 días hábiles, a partir de la notificación respectiva.

La Procuraduría Federal de Protección al Ambiente efectuará las diligencias necesarias con el propósito de determinar la existencia de actos, hechos u omisiones constitutivos de la denuncia.

Asimismo, en los casos previstos en esta Ley, podrá iniciar los procedimientos de inspección y vigilancia que fueran procedentes, en cuyo caso se observarán las disposiciones respectivas del presente Título.

Artículo reformado DOF 13-12-1996

ARTÍCULO 193

El denunciante podrá coadyuvar con la Procuraduría Federal de Protección al Ambiente, aportándole las pruebas, documentación e información que estime pertinentes. Dicha dependencia deberá manifestar las consideraciones adoptadas respecto de la información proporcionada por el denunciante, al momento de resolver la denuncia.

Artículo reformado DOF 13-12-1996

ARTÍCULO 194

La Procuraduría Federal de Protección al Ambiente podrá solicitar a las instituciones académicas, centros de investigación y organismos del sector público, social y privado, la elaboración de estudios, dictámenes o peritajes sobre cuestiones planteadas en las denuncias que le sean presentadas.

Artículo reformado DOF 13-12-1996

ARTÍCULO 195

Si del resultado de la investigación realizada por la Procuraduría Federal de Protección al Ambiente, se desprende que se trata de actos, hechos u omisiones en que hubieren

incurrido autoridades federales, estatales o municipales, emitirá las recomendaciones necesarias para promover ante éstas la ejecución de las acciones procedentes.

Las recomendaciones que emita la Procuraduría Federal de Protección al Ambiente serán públicas, autónomas y no vinculatorias.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 196

Cuando una denuncia popular no implique violaciones a la normatividad ambiental, ni afecte cuestiones de orden público e interés social, la Procuraduría Federal de Protección al Ambiente podrá sujetar la misma a un procedimiento de conciliación. En todo caso, se deberá escuchar a las partes involucradas.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 197

En caso de que no se comprueben que los actos, hechos u omisiones denunciados producen o pueden producir desequilibrio ecológico o daños al ambiente o a los recursos naturales o contravengan las disposiciones de la presente Ley, la Procuraduría Federal de Protección al Ambiente lo hará del conocimiento del denunciante, a efecto de que éste emita las observaciones que juzgue convenientes.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 198

La formulación de la denuncia popular, así como los acuerdos, resoluciones y recomendaciones que emita la Procuraduría Federal de Protección al Ambiente, no afectarán el ejercicio de otros derechos o medios de defensa que pudieran corresponder a los afectados conforme a las disposiciones jurídicas aplicables, no suspenderán ni interrumpirán sus plazos preclusivos, de prescripción o de caducidad. Esta circunstancia deberá señalarse a los interesados en el acuerdo de admisión de la instancia.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 199

Los expedientes de denuncia popular que hubieren sido abiertos, podrán ser concluidos por las siguientes causas:

I.- Por incompetencia de la Procuraduría Federal de Protección al Ambiente para conocer de la denuncia popular planteada;

II.- Por haberse dictado la recomendación correspondiente;

III.- Cuando no existan contravenciones a la normatividad ambiental;

IV.- Por falta de interés del denunciante en los términos de este Capítulo;

V.- Por haberse dictado anteriormente un acuerdo de acumulación de expedientes;

VI.- Por haberse solucionado la denuncia popular mediante conciliación entre las partes;

VII.- Por la emisión de una resolución derivada del procedimiento de inspección, o

VIII.- Por desistimiento del denunciante.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 200

Las leyes de las entidades federativas establecerán el procedimiento para la atención de la denuncia popular cuando se trate de actos, hechos u omisiones que produzcan o puedan producir desequilibrios ecológicos o daños al ambiente, por violaciones a la legislación local ambiental.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 201

Las autoridades y servidores públicos involucrados en asuntos de la competencia de



la Procuraduría Federal de Protección al Ambiente, o que por razón de sus funciones o actividades puedan proporcionar información pertinente, deberán cumplir en sus términos con las peticiones que dicha dependencia les formule en tal sentido.

Las autoridades y servidores públicos a los que se les solicite información o documentación que se estime con carácter reservado, conforme a lo dispuesto en la legislación aplicable, lo comunicarán a la Procuraduría Federal de Protección al Ambiente. En este supuesto, dicha dependencia deberá manejar la información proporcionada bajo la más estricta confidencialidad.

Artículo adicionado DOF 13-12-1996


ARTÍCULO 202


La Procuraduría Federal de Protección al Ambiente en el ámbito de sus atribuciones, está facultada para iniciar las acciones que procedan, ante las autoridades competentes, cuando conozca de actos, hechos u omisiones que constituyan violaciones a la legislación administrativa o penal.

Cuando se realicen actos, hechos u omisiones que vulneren derechos e intereses de una colectividad, la procuraduría Federal de Protección al Ambiente, así como cualquier legitimado a que se refiere el artículo 585 del Código Federal de Procedimientos Civiles, podrán ejercitar la acción colectiva de conformidad con lo dispuesto en el Libro Quinto de dicho Código.

Lo anterior también será aplicable respecto de aquellos actos, hechos u omisiones que violenten la legislación ambiental de las entidades federativas.

Artículo adicionado DOF 13-12-1996. Reformado DOF 05-07-2007

Artículo 202, segundo y tercer párrafos adicionados por el Decreto por el que se reforman y adicionan el Código Federal de Procedimientos Civiles, el Código Civil Federal , la Ley Federal de Competencia Económica, la Ley Federal de Protección al Consumidor, la Ley Orgánica del Poder Judicial de la Federación, la Ley General del Equilibrio Ecológico y la Protección al Ambiente y la Ley de Protección y Defensa al Usuario de Servicios Financieros, publicado en el Diario Oficial de la Federación el 30 de Agosto de 2011

ARTÍCULO 203

Sin perjuicio de las sanciones penales o administrativas que procedan, toda persona que contamine o deteriore el ambiente o afecte los recursos naturales o la biodiversidad, será responsable y estará obligada a reparar los daños causados, de conformidad con la legislación civil aplicable.

El término para demandar la responsabilidad ambiental, será de cinco años contados a partir del momento en que se produzca el acto, hecho u omisión correspondiente.

Artículo adicionado DOF 13-12-1996

ARTÍCULO 204

Cuando por infracción a las disposiciones de esta Ley se hubieren ocasionado daños o perjuicios, los interesados podrán solicitar a la Secretaría, la formulación de un dictamen técnico al respecto, el cual tendrá valor de prueba, en caso de ser presentado en juicio

Artículo adicionado DOF 13-12-1996

**ARTICULOS TRANSITORIOS**

**PRIMERO**.- Esta Ley entrará en vigor el día primero de marzo de mil novecientos ochenta y ocho

**SEGUNDO**.- Se abroga la Ley Federal de Protección al Ambiente, de treinta de diciembre de mil novecientos ochenta y uno, publicada en el Diario Oficial de la Federación el once de enero de mil novecientos ochenta y dos, y se derogan las demás disposiciones legales en lo que se opongan a las de la presente Ley

Hasta en tanto las legislaturas locales dicten las leyes, y los ayuntamientos las ordenanzas, reglamentos y bandos de policía y buen gobierno, para regular las materias que según las disposiciones de este ordenamiento son de competencia de estados y municipios, corresponderá a la Federación aplicar esta Ley en el ámbito local, coordinándose para ello con las autoridades estatales y, con su participación, con los municipios que corresponda, según el caso

**TERCERO**.- Mientras se expiden las disposiciones reglamentarias de esta Ley,

seguirán en vigor las que han regido hasta ahora, en lo que no la contravengan. Las referencias legales o reglamentarias a la Ley Federal de Protección al Ambiente, se entienden hechas en lo aplicable, a la presente Ley

**CUARTO**.- Todos los procedimientos y recursos administrativos relacionados con las materias de esta Ley, que se hubieren iniciado bajo la vigencia de la Ley Federal de Protección al Ambiente, se tramitarán y resolverán conforme a las disposiciones de dicha Ley que se abroga

México, D. F., 22 de diciembre de 1987.- Dip. David Jiménez González, Presidente.- Sen. Armando Trasviña Taylor, Presidente.- Dip. Patricia Villanueva Abrajam, Secretario.- Sen. Guadalupe Gómez Maganda de Anaya, Secretaria.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintitrés días del mes de diciembre de mil novecientos ochenta y siete.- Miguel de la Madrid H.- Rúbrica.- El Secretario de Gobernación, Manuel Bartlett D.- Rúbrica.

## ARTÍCULOS TRANSITORIOS DE DECRETOS DE REFORMA

DECRETO por el que se reforma, adiciona y deroga diversos artículos del Código Penal para el Distrito Federal en materia de Fuero Común, y para toda la República en materia de Fuero Federal.

Publicado en el Diario Oficial de la Federación el 13 de diciembre de 1996

## ARTICULOS TRANSITORIOS

ARTÍCULO PRIMERO

El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

ARTÍCULO SEGUNDO

Se derogan los artículos del 183 al 187 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente; el artículo 58 de la Ley Forestal; y los artículos 30 y 31 de la Ley Federal de Caza

México, D.F., a 30 de octubre de 1996.- Dip. Carlos Humberto Aceves del Olmo, Presidente.- Sen. Melchor de los Santos Ordóñez, Presidente.- Dip. Severiano Pérez

Vázquez, Secretario.- Sen. Rosendo Villarreal Dávila, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los diez días del mes de diciembre de mil novecientos noventa y seis.- Ernesto Zedillo Ponce de León.- Rúbrica.- El Secretario de Gobernación, Emilio Chuayffet Chemor.- Rúbrica.

DECRETO que reforma, adiciona y deroga diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 13 de diciembre de 1996

ARTÍCULO ÚNICO

Se reforman los artículos 1, 2 fracciones II y III, 3, la denominación del Capítulo II del Título Primero, del 4 al 14, la denominación del capítulo Tercero del Título Primero, 15, 16, la denominación del Capítulo Cuarto y su Sección I del Título Primero, 17, la denominación de la Sección II del Capítulo Cuarto del Título Primero, 19 primer párrafo y fracciones I y V, 20, la denominación de la Sección III del Capítulo Cuarto del Título Primero, 21, 22, la denominación de la Sección IV del Capítulo IV del Título Primero, 23, 28 al 35, la denominación de la Sección VI del Capítulo Cuarto del Título Primero, 36, 37, la denominación de la Sección VII del Capítulo Tercero del Título Primero, 38, la denominación del Título Segundo, así como de su Capítulo I y Sección I, 44, 45 primer párrafo y fracciones II, III, V y VII, la denominación de la Sección II del Capítulo I del Título Segundo, el 46, 47, 48 primero y tercer párrafos, 49 al 59, 60, 62, 63, 64 primer y tercer párrafos, 65, 66, 67, 74, 76, 77, la denominación del Capítulo II del Título Segundo, 78, la denominación del Capítulo III del Título Segundo, 79, 80 primer párrafo y fracciones I, II y V, 81, 82, 84, 86, 87, la denominación del Capítulo I del Título Tercero, 88 primer párrafo y fracciones II y III, 89 primer párrafo y fracciones IV a X, 90, 92 al 97, la denominación del Capítulo II del Título Tercero, 98 primer párrafo y fracciones IV y V, 99 primer párrafo y fracciones III, V, VII y XII, 100, 101 fracciones I a V, 102 al 105, la denominación del Capítulo Tercero del Título Tercero, 108 primer párrafo y fracción I, 109, la denominación de los Capítulos I y II del Título Cuarto, el 111, 112 primer párrafo y fracciones I a IV, VI, X y XI, 113, la denominación del Capítulo III del Título Cuarto, 118 fracciones I, II y IV, 119, 120 fracción VII, 122 primer párrafo, 123, 124, 126, 127, 128 primer párrafo, 130 al 133, la denominación del Capítulo IV del Título Cuarto, 134 fracciones III y IV, 135 fracción III, 136 fracción III, 137, 139, 140, 141, 143, 144, la denominación del Capítulo V del Título Cuarto, 145 fracción I, 146 al 149, la denominación del Capítulo VI del Título Cuarto, 150, 151, 152, 153 primer párrafo y fracciones II a V, y VIII inciso d), la denominación del Capítulo VII del Título Cuarto, 154, la denominación del Capítulo VIII del Título Cuarto, 155, 156 primer párrafo, la denominación del Título Quinto y su Capítulo Primero, 157, 158 fracciones I a III y V, 159, la denominación del Capítulo I del Título Sexto, el 160

segundo párrafo, 161, 162 segundo párrafo, 163 primer párrafo, 164 primer y segundo párrafos, 167, 168, 169 tercer y cuarto párrafos, 170, 171 primer párrafo y fracción II, 173 fracciones I y III, 174 primer párrafo, 175, la denominación del Capítulo V del Título Sexto, 176 primer párrafo, 177 al 194; se adicionan los artículos 14 BIS, 19 BIS, 20 BIS al 20 BIS 7, 22 BIS, 35 BIS, 35 BIS 1, 35 BIS 2, 35 BIS 3, 37 BIS, 38 BIS, 38 BIS 1, 38 BIS 2, 56 BIS, la Sección III del Capítulo I del Título Segundo, 64 BIS, 64 BIS 1, 75 BIS, la Sección IV del Capítulo I del Título Segundo, 78 BIS, 78 BIS 1, 83 último párrafo, 87 BIS, 87 BIS 1, 87 BIS 2, 88 fracción IV, 98 fracción VI, 101 fracción VI y VII, 101 BIS, 109 BIS, 109 BIS 1, 111 BIS, 112 fracción XII, 118 fracción VII, 119 BIS, 134 fracción V, 151 BIS, 152 BIS, 153 un segundo párrafo a la fracción VII, 158 fracción VI, el Capítulo II del Título Quinto, 159 un párrafo, 159 BIS al 159 BIS 6, 160 tercer párrafo, 169 con un quinto párrafo, 170 BIS, 171 último párrafo y fracciones IV y V, 173 dos últimos párrafos y fracciones IV y V, 174 BIS, 174 BIS 1, 175 BIS, 195 al 204; y se derogan los artículos 24, 25, 26, 27, Capítulo V del Título Primero, el 42, 43, tercer párrafo del 48, 68 al 73, 89, fracciones XI y XII, 106, 107, 125, para quedar como sigue:

..........

TRANSITORIOS


ARTÍCULO PRIMERO


El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.


ARTÍCULO SEGUNDO


Se derogan la Ley sobre la Zona Exclusiva de Pesca de la Nación, publicada en el Diario Oficial de la Federación el 20 de enero de 1967, la Ley de Conservación del Suelo y Agua, publicada en dicho órgano de difusión el 6 de julio de 1946, así como todas las disposiciones legales que se opongan a lo previsto en el presente Decreto


ARTÍCULO TERCERO


Los gobiernos de las Entidades Federativas, así como los Ayuntamientos, deberán adecuar sus leyes, reglamentos, ordenanzas, bandos de policía y buen gobierno y demás disposiciones aplicables, a lo establecido en el presente Decreto.

ARTÍCULO CUARTO

Los procedimientos y recursos administrativos relacionados con las materias de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, iniciados con anterioridad a la entrada en vigor del presente Decreto, se tramitarán y resolverán conforme a las disposiciones vigentes en ese momento, y las demás disposiciones aplicables en la materia de que se trate

ARTÍCULO QUINTO

La Federación, en coordinación con las autoridades de las Entidades Federativas y Municipales, según corresponda, aplicará lo dispuesto en este Decreto en el ámbito local, en aquellas materias cuya competencia no correspondía a dichos órdenes de gobierno antes de la entrada en vigor del presente Decreto, hasta en tanto sean expedidos y modificados los ordenamientos señalados en el ARTÍCULO TERCERO TRANSITORIO.

ARTÍCULO SEXTO

Las autorizaciones, permisos, licencias y concesiones otorgadas con anterioridad a la fecha de entrada en vigor del presente Decreto, seguirán vigentes; su prórroga se sujetará a las disposiciones del presente Decreto.

ARTÍCULO SÉPTIMO

La Secretaría, mediante acuerdo que se publicará en el Diario Oficial de la Federación, deberá determinar la categoría de área natural protegida que, conforme a lo dispuesto en este Decreto, corresponderá a las áreas o zonas que hayan sido establecidas con anterioridad a la entrada en vigor del mismo, con la finalidad de cumplir alguno o algunos de los propósitos establecidos en el artículo 45 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, o cuya caracterización sea análoga o similar a la descripción de alguna de las áreas naturales protegidas de competencia federal previstas en el artículo 46 de dicho ordenamiento

ARTÍCULO OCTAVO

Tratándose de las reservas forestales, reservas forestales nacionales, zonas protectoras forestales, zonas de restauración y propagación forestal y las zonas de

protección de ríos, manantiales, depósitos y en general, fuentes para el abastecimiento de agua para el servicio de las poblaciones, la Secretaría deberá realizar los estudios y análisis que sean necesarios para determinar si las condiciones que dieron lugar a su establecimiento no se han modificado y si los propósitos previstos en el instrumento mediante el cual se declaró su constitución, corresponde a los objetivos y características señalados en los artículos 45 y 53 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

En caso de que conforme a los estudios y análisis que se lleven a cabo, sea necesario modificar los decretos mediante los cuales se declaran las áreas y zonas anteriormente señaladas, la Secretaría deberá promover ante el Ejecutivo Federal la expedición del decreto que corresponda, previa opinión favorable del Consejo Nacional de Áreas Naturales Protegidas.

Asimismo, la Secretaría deberá poner a disposición de los gobiernos locales, propietarios, poseedores, grupos y organizaciones sociales, públicas o privadas, instituciones de investigación y educación superior y demás personas interesadas, los estudios o análisis que realice para los efectos a que se refiere este artículo, con el propósito de que éstos le presenten las opiniones y propuestas que consideren procedentes. La Secretaría deberá incorporar en dichos estudios y análisis las consideraciones que estime pertinentes en relación con las opiniones y propuestas que le sean remitidas, a fin de hacerlas del conocimiento del Consejo Nacional de Áreas Naturales Protegidas, previamente a que éste emita su recomendación, respecto de la procedencia de la modificación del decreto correspondiente.

## ARTÍCULO NOVENO

En el caso de las áreas y zonas a que se refiere el artículo anterior, sólo se requerirá la autorización en materia de impacto ambiental a que se refiere el artículo 28 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, cuando la obra o actividad de que se trate quede comprendida en alguno de los supuestos previstos en las fracciones I a X o XII y XIII del precepto citado

Dicha autorización se otorgará de conformidad con lo dispuesto en el propio ordenamiento y las disposiciones que del mismo se deriven.

## ARTÍCULO DÉCIMO

En tanto se expidan las disposiciones reglamentarias que se deriven del presente Decreto, seguirán en vigor las que han regido hasta ahora, en lo que no la contravengan.

México, D.F., a 30 de octubre de 1996.- Dip. Carlos Humberto Aceves del Olmo,

Presidente.- Sen. Melchor de los Santos Ordóñez, Presidente.- Dip. Sabino González Alba, Secretario.- Sen. Rosendo Villarreal Dávila, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los diez días del mes de diciembre de mil novecientos noventa y seis.- Ernesto Zedillo Ponce de León.- Rúbrica.- El Secretario de Gobernación, Emilio Chuayffet Chemor.- Rúbrica.

DECRETO por el que se adiciona una fracción XXXVI al artículo 3, la fracción XX al artículo 15 y se reforma el artículo 39 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 7 de enero de 2000

**ÚNICO**. Se adiciona una fracción XXXVI al artículo 3, una fracción XX al artículo 15 y se reforma el artículo 39 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

## TRANSITORIO

**ÚNICO**. El presente decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 10 de diciembre de 1999.- Dip. Francisco José Paoli Bolio, Presidente.- Sen. Luis Guzmán Mejía, Vicepresidente en funciones.- Dip. Francisco J. Loyo Ramos, Secretario.- Sen. Porfirio Camarena Castro, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los tres días del mes de enero del año dos mil.- Ernesto Zedillo Ponce de León.- Rúbrica.- El Secretario de Gobernación, Diódoro Carrasco Altamirano.- Rúbrica.

DECRETO por el que se reforma la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 31 de diciembre de 2001

ARTÍCULO ÚNICO

Se reforman los artículos 11, 12, 109 BIS, 130, 150 segundo párrafo, 162 segundo


párrafo, 163 primer párrafo, 167 primer párrafo, 171 fracción I, 173 fracción I y último párrafo, y 174 BIS fracción I. Se adicionan un artículo 45 BIS, un segundo párrafo al artículo 119, un artículo 147 BIS, un cuarto párrafo al 159 BIS, un segundo párrafo al 161, un tercer párrafo al 163, un segundo párrafo al 168, y un cuarto párrafo al 182, de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

## TRANSITORIOS

**PRIMERO**. El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

**SEGUNDO**. Los procedimientos y recursos administrativos que a la entrada en vigor del presente Decreto se encuentren pendientes de resolución se sustanciarán conforme a las disposiciones vigentes en el momento en que se iniciaron.

**TERCERO**. Para la firma y entrada en vigor de cualquier convenio o acuerdo a que se refiere el artículo 11 de esta Ley, las Entidades Federativas o Municipios participantes en ellos, habrán de contar con su propio programa de ordenamiento regional, particular o marino según corresponda.

**CUARTO**. Los seguros de riesgo ambiental estarán sujetos a un Reglamento de la Ley General del Equilibrio Ecológico y la Protección al Ambiente para el Establecimiento de Seguros y Primas por Riesgo Ambiental Para tal efecto, la Secretaría, habrá de publicar este marco reglamentario, a más tardar en un año después de la entrada en vigor del presente Decreto.

México, D.F., a 15 de diciembre de 2001.- Dip. Beatriz Elena Paredes Rangel, Presidenta.- Sen. Diego Fernández de Cevallos Ramos, Presidente.- Dip. Adrián Rivera Pérez, Secretario.- Sen. María Lucero Saldaña Pérez, Secretaria.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiocho días del mes de diciembre de dos mil uno.- Vicente Fox Quesada.- Rúbrica.- El Secretario de Gobernación, Santiago Creel Miranda.- Rúbrica.

DECRETO por el que se expide la Ley General de Desarrollo Forestal Sustentable y se reforman y adicionan la Ley General del Equilibrio Ecológico y la Protección al Ambiente, la Ley Orgánica de la Administración Pública Federal y la Ley de Premios, Estímulos y Recompensas Civiles

Publicado en el Diario Oficial de la Federación el 25 de febrero de 2003

**ARTICULOS TRANSITORIOS DE LA LEY GENERAL DE DESARROLLO FORESTAL**

**SUSTENTABLE**

**PRIMERO**.- ..........

**SEGUNDO**.- La presente Ley entrará en vigor a los noventa días de su publicación en el Diario Oficial de la Federación

**TERCERO A DECIMO PRIMERO.- ..........**

ARTÍCULO SEGUNDO

Se reforman los artículos 5 fracción XI, 100 y 104; se deroga la fracción VI del artículo 28; y se adiciona un segundo párrafo al artículo 4 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

ARTICULO TRANSITORIO DE LAS REFORMAS Y ADICIONES A LA LEY GENERAL DEL EQUILIBRIO ECOLOGICO Y LA PROTECCION AL AMBIENTE; LEY ORGANICA DE LA ADMINISTRACION PUBLICA FEDERAL; Y LEY DE PREMIOS, ESTIMULOS Y RECOMPENSAS CIVILES.

ARTÍCULO UNICO
*Las presentes reformas entrarán en vigor el mismo día de la entrada en vigor de la Ley General de Desarrollo Forestal Sustentable*

México, D.F., a 13 de diciembre de 2002.- Sen. Enrique Jackson Ramírez, Presidente.- Dip. Beatriz Elena Paredes Rangel, Presidenta.- Sen. Lydia Madero García, Secretario.- Dip. Adela Cerezo Bautista, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiún días del mes de febrero de dos mil tres.- Vicente Fox Quesada.- Rúbrica.- El Secretario de Gobernación, Santiago Creel Miranda.- Rúbrica.

DECRETO por el que se adiciona un artículo 17 Bis a la Ley General del Equilibrio Ecológico y la Protección al Ambiente; se reforman el artículo 27 de la Ley de Adquisiciones, Arrendamientos y Servicios del Sector Público; y el artículo 28 de la Ley de Obras Públicas y Servicios Relacionados con las Mismas

Publicado en el Diario Oficial de la Federación el 13 de junio de 2003

ARTÍCULO PRIMERO



Se adiciona un artículo 17 BIS a la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

## TRANSITORIO

ARTÍCULO UNICO

El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 29 de abril de 2003.- Sen. Enrique Jackson Ramírez, Presidente.- Dip. Armando Salinas Torre, Presidente.- Sen. Lydia Madero García, Secretario.- Dip. Rodolfo Dorador Pérez Gavilán, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los diez días del mes de junio de dos mil tres.- Vicente Fox Quesada.- Rúbrica.- El Secretario de Gobernación, Santiago Creel Miranda.- Rúbrica.

DECRETO por el que se reforman los artículos 28 y 48, y se adiciona por un lado una fracción XXXVII al artículo 3 y por otro los artículos 47 BIS y 47 BIS 1 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 23 de febrero de 2005

ARTÍCULO ÚNICO

Se reforman los artículos 28 y 48, y se adiciona por un lado una fracción XXXVII al artículo 3 y por otro los artículos 47 BIS y 47 BIS 1 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

## TRANSITORIOS

**Primero**: El presente Decreto entrará en vigor a los 180 días siguientes a su publicación en el Diario Oficial de la Federación.

**Segundo**: Con la entrada en vigor del presente Decreto, el Poder Ejecutivo Federal


deberá revisar y modificar los reglamentos de la Ley General del Equilibrio Ecológico y la Protección al Ambiente en materia de Áreas Naturales Protegidas, y en materia de Evaluación del Impacto Ambiental, en relación con los artículos que reglamenten las disposiciones legales modificadas, en un término que no exceda a 60 días una vez que entre en vigor la presente iniciativa

**Tercero**: Los parques nacionales y los monumentos naturales que se hayan establecido con anterioridad a la expedición del presente decreto, podrán utilizar zonas alternativas, además de las exigidas en el artículo 47 Bis 1 de la presente Ley, que permitan compatibilizar los objetivos de conservación del área natural protegida, con las actividades que se han venido desarrollando hasta ese momento.

México, D.F., a 14 de diciembre de 2004.- Dip. Manlio Fabio Beltrones Rivera, Presidente.- Sen. Diego Fernández de Cevallos Ramos, Presidente.- Dip. Marcos Morales Torres, Secretario.- Sen. Sara I. Castellanos Cortés, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiún días del mes de febrero de dos mil cinco.- Vicente Fox Quesada.- Rúbrica.- El Secretario de Gobernación, Santiago Creel Miranda.- Rúbrica.

DECRETO por el que se adicionan los artículos 167 Bis, 167 Bis 1, 167 Bis 2, 167 Bis 3 y 167 Bis 4 a la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 7 de diciembre de 2005

ARTÍCULO ÚNICO
*Se adicionan los artículos 167 BIS, 167 BIS 1, 167 BIS 2, 167 BIS 3 y 167 BIS 4 a la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**.........**

## TRANSITORIO

**Único**.- El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 29 de septiembre de 2005.- Dip. Heliodoro Díaz Escárraga, Presidente.- Sen. Enrique Jackson Ramírez, Presidente.- Dip. Patricia Garduño Morales, Secretaria.- Sen. Sara I. Castellanos Cortés, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad



de México, Distrito Federal, a los treinta días del mes de noviembre de dos mil cinco.- Vicente Fox Quesada.- Rúbrica.- El Secretario de Gobernación, Carlos María Abascal Carranza.- Rúbrica.

DECRETO por el que se reforma el artículo 6 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 23 de mayo de 2006

ARTÍCULO ÚNICO

Se reforma el Artículo 6 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

# TRANSITORIO

**Único**.- El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 19 de abril de 2006.- Sen. Enrique Jackson Ramírez, Presidente.- Dip. Marcela González Salas P., Presidenta.- Sen. Sara I. Castellanos Cortés, Secretaria.- Dip. Patricia Garduño Morales, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los dieciocho días del mes de mayo de dos mil seis.- Vicente Fox Quesada.- Rúbrica.- El Secretario de Gobernación, Carlos María Abascal Carranza.- Rúbrica.

DECRETO por el que se adiciona una fracción VI al artículo 19; un párrafo tercero al artículo 20 BIS 2; y modifica el artículo 51 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 12 de febrero de 2007

ARTÍCULO PRIMERO

Se adiciona una fracción VI al artículo 19 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

ARTÍCULO SEGUNDO

Se adiciona un párrafo tercero al artículo 20 BIS 2, de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

ARTÍCULO TERCERO

Se reforma el texto del artículo 51 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

## TRANSITORIO

**Único**.- El presente Decreto entrará en vigor a los 180 días siguientes a su publicación en el Diario Oficial de la Federación.

México, D.F., a 21 de diciembre de 2006.- Sen. Francisco Arroyo Vieyra, Vicepresidente.- Dip. Jorge Zermeño Infante, Presidente.- Sen. Ludivina Menchaca Castellanos, Secretaria.- Dip. Jose Gildardo Guerrero Torres, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los ocho días del mes de febrero de dos mil siete.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Francisco Javier Ramírez Acuña.- Rúbrica.

DECRETO por el que se adiciona y se reforma la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 19 de junio de 2007

ARTÍCULO ÚNICO

Se adiciona una fracción XI al artículo 89; y se reforma el segundo párrafo del artículo 119, ambos de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:**..........**

## TRANSITORIOS

**PRIMERO**.- El presente Decreto entrará en vigor al día siguiente de su publicación en

el Diario Oficial de la Federación.

**SEGUNDO**.- La Secretaría, dentro de los 6 meses siguientes a la entrada en vigor de este Decreto deberá expedir la Norma Oficial Mexicana que sea necesaria para dar cumplimiento a las disposiciones reformadas.

México, D.F., a 26 de abril de 2007.- Sen. Manlio Fabio Beltrones Rivera, Presidente.- Dip. Jorge Zermeño Infante, Presidente.- Sen. Renán Cleominio Zoreda Novelo, Secretario.- Dip. Maria Eugenia Jimenez Valenzuela, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los doce días del mes de junio de dos mil siete.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Francisco Javier Ramírez Acuña.- Rúbrica.

DECRETO por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 5 de julio de 2007

ARTÍCULO PRIMERO

Se reforma la fracción III y se adiciona una nueva fracción IV, recorriéndose la actual fracción IV al numeral V del artículo 49.

ARTÍCULO SEGUNDO

Se reforman la fracción VI del artículo 22 Bis recorriéndose las subsiguientes; las fracciones I y III del articulo 38; la fracción IX del primer párrafo y el tercer párrafo del artículo 46; y el primer párrafo del articulo 54; y el artículo 202, para quedar como sigue:

..........

TRANSITORIOS

**Primero**.- El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**Segundo**.- Se derogan las disposiciones que se opongan al presente Decreto.

México, D.F., a 26 de abril de 2007.- Sen. Manlio Fabio Beltrones Rivera, Presidente.- Dip. Jorge Zermeño Infante, Presidente.- Sen. Renán Cleominio Zoreda Novelo, Secretario.- Dip. Antonio Xavier Lopez Adame, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a tres de julio de dos mil siete.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Francisco Javier Ramírez Acuña.- Rúbrica.

DECRETO por el que se reforma y adiciona diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para fortalecer la certificación voluntaria de predios

Publicado en el Diario Oficial de la Federación el 16 de mayo de 2008

ARTÍCULO ÚNICO

Se reforman las fracciones IX y X, los párrafos segundo, tercero y cuarto del artículo 46; el primer párrafo del artículo 74; se adiciona una fracción XI al artículo 46; un artículo 55 BIS; una Sección V denominada "Establecimiento, Administración y Manejo de Áreas Destinadas Voluntariamente a la Conservación", al Capítulo I "Áreas Naturales Protegidas", del Título Segundo "Biodiversidad", con el artículo 77 BIS, y se deroga el segundo párrafo del artículo 59, de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:..........

## TRANSITORIOS

ARTÍCULO PRIMERO

El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

ARTÍCULO SEGUNDO

El Titular del Poder Ejecutivo Federal, en un plazo no mayor de trescientos días, deberá publicar en el Diario Oficial de la Federación las reformas necesarias al Reglamento de la Ley General del Equilibrio Ecológico y la Protección al Ambiente en



materia de Áreas Naturales Protegidas, a fin de que las disposiciones correspondientes sean acordes al presente Decreto

## ARTÍCULO TERCERO

Mientras se expiden las disposiciones reglamentarias del presente Decreto, seguirán en vigor las que han regido hasta la fecha, en lo que no las contravengan.

## ARTÍCULO CUARTO

Los certificados de predios destinados voluntariamente a la conservación, emitidos con anterioridad a la entrada en vigor del presente Decreto, tendrán validez para los efectos del reconocimiento como área natural protegida, de conformidad con lo dispuesto en la fracción I del artículo 77 BIS del presente Decreto.

Asimismo, conservarán su número y fecha de registro, pero su renovación deberá ajustarse a las disposiciones del presente Decreto.

## ARTÍCULO QUINTO

Los procedimientos de certificación de predios destinados voluntariamente a la conservación que hubieren iniciado con anterioridad a la entrada en vigor del presente Decreto, serán resueltos de conformidad con las disposiciones vigentes al momento de la presentación de la solicitud correspondiente, pero su renovación deberá ajustarse a las disposiciones del presente Decreto.

México, D.F., a 26 de marzo de 2008.- Sen. Santiago Creel Miranda, Presidente.- Dip. Ruth Zavaleta Salgado, Presidenta.- Sen. Gabino Cué Monteagudo, Secretario.- Dip. Olga Patricia Chozas y Chozas, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a doce de mayo de dos mil ocho.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Juan Camilo Mouriño Terrazo.- Rúbrica.

...

DECRETO por el que se reforma la fracción XXVIII del artículo 3 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente

Publicado en el Diario Oficial de la Federación el 1 de abril de 2010

ARTÍCULO ÚNICO

Se reforma la fracción XXVIII del Artículo 3 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:..........

## TRANSITORIO

**ÚNICO**.- El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

México, D.F., a 23 de febrero de 2010.- Sen. Carlos Navarrete Ruiz, Presidente.- Dip. Francisco Javier Ramírez Acuña, Presidente.- Sen. Martha Leticia Sosa Govea, Secretaria.- Dip. Jaime Arturo Vazquez Aguilar, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veintinueve de marzo de dos mil diez.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Lic. Fernando Francisco Gómez Mont Urueta.- Rúbrica.

**...**

DECRETO por el que se reforman y adicionan diversas disposiciones de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, y de la Ley General de Vida Silvestre

Publicado en el Diario Oficial de la Federación el 6 de abril de 2010

ARTÍCULO PRIMERO

Se reforma la fracción I del artículo 79; se reforma la fracción IV del artículo 80, y se reforma el artículo 85, todos de la Ley General del Equilibrio Ecológico y la Protección al Ambiente, para quedar como sigue:..........

## TRANSITORIO

ARTÍCULO ÚNICO
*El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.*

México, D. F., a 16 de febrero de 2010.- Sen. Carlos Navarrete Ruiz, Presidente.- Dip. Francisco Javier Ramírez Acuña, Presidente.- Sen. Martha Leticia Sosa Govea, Secretaria.- Dip. Jaime Arturo Vázquez Aguilar, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a treinta y uno de marzo de dos mil diez.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Lic. Fernando Francisco Gómez Mont Urueta.- Rúbrica.

**...**

TRANSITORIOS (DOF 28/01/2011)


ARTÍCULO PRIMERO
*El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.*


ARTÍCULO SEGUNDO
*Se derogan y, en su caso, se abrogan todas las disposiciones que se opongan al presente Decreto.*

México, D.F., a 14 de diciembre de 2010.- Dip. Jorge Carlos Ramirez Marin, Presidente.- Sen. Manlio Fabio Beltrones Rivera, Presidente.- Dip. Cora Cecilia Pinedo Alonso, Secretaria.- Sen. Martha Leticia Sosa Govea, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veinticuatro de enero de dos mil once.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, José Francisco Blake Mora.- Rúbrica.

**...**

TRANSITORIOS (DOF 28/01/2011)


ARTÍCULO ÚNICO

El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

México, D.F., a 14 de diciembre de 2010.- Sen. Manlio Fabio Beltrones Rivera, Presidente.- Dip. Jorge Carlos Ramirez Marin, Presidente.- Sen. Renan Cleominio Zoreda Novelo, Secretario.- Dip. Maria Guadalupe Garcia Almanza, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veinticuatro de enero de dos mil once.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, José Francisco Blake Mora.- Rúbrica.

**...**

TRANSITORIOS (DOF 28/01/2011)

**ÚNICO**.- El presente Decreto entrará en vigor el día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 13 de diciembre de 2010.- Dip. Jorge Carlos Ramirez Marin, Presidente.- Sen. Manlio Fabio Beltrones Rivera, Presidente.- Dip. Maria de Jesus Aguirre Maldonado, Secretaria.- Sen. Martha Leticia Sosa Govea, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veinticuatro de enero de dos mil once.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, José Francisco Blake Mora.- Rúbrica.

**...**

TRANSITORIOS (DOF 30/08/2011)

**PRIMERO**.- El presente Decreto entrará en vigor a los seis meses siguientes al día de su publicación en el Diario Oficial de la Federación.

**SEGUNDO**.- Se derogan todas las disposiciones que se opongan a lo previsto en el presente Decreto.

**TERCERO**.- La Cámara de Diputados aprobará las modificaciones presupuestales necesarias a efecto de lograr el efectivo cumplimiento del presente Decreto.


**CUARTO**.- El Consejo de la Judicatura Federal, en el ámbito de las atribuciones que le han sido conferidas, dictará las medidas necesarias para lograr el efectivo cumplimiento del presente Decreto.

**QUINTO**.- El Consejo de la Judicatura Federal deberá crear el Registro dentro de los noventa días siguientes a la entrada en vigor del presente decreto. El requisito previsto en la fracción II del artículo 620 del Código Federal de Procedimientos Civiles no será aplicable sino hasta después del primer año de entrada en vigor del presente Decreto.

**SEXTO**.- El Consejo de la Judicatura Federal deberá crear el Fondo a que se refiere el Capítulo XI del Título Único del Libro Quinto del Código Federal de Procedimientos Civiles dentro de los noventa días siguientes a la entrada en vigor del presente decreto. Mientras el Fondo no sea creado, los recursos que deriven de los procedimientos colectivos serán depositados en una institución bancaria y serán controlados directamente por el juez de la causa.

México, D. F., a 28 de abril de 2011.- Sen. Manlio Fabio Beltrones Rivera, Presidente.- Dip. Jorge Carlos Ramírez Marín, Presidente.- Sen. Martha Leticia Sosa Govea, Secretaria.- Dip. Cora Cecilia Pinedo Alonso, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veintinueve de agosto de dos mil once.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, José Francisco Blake Mora.- Rúbrica.

**...**

TRANSITORIOS (DOF 09/04/2012)

**Primero**. El presente decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**Segundo**. A partir de la fecha en que entre en vigor este Decreto, se dejan sin efecto las disposiciones que contravengan o se opongan al mismo.

México, D.F., a 21 de febrero de 2012.- Dip. Guadalupe Acosta Naranjo, Presidente.- Sen. José González Morfín, Presidente.- Dip. Laura Arizmendi Campos, Secretaria.- Sen. Renán Cleominio Zoreda Novelo, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a treinta de marzo de dos mil doce.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Alejandro Alfonso Poiré

Romero.- Rúbrica.

**...**

TRANSITORIO (DOF 24/04/2012)

**Único**. El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 13 de marzo de 2012.- Sen. Jose Gonzalez Morfin, Presidente.- Dip. Guadalupe Acosta Naranjo, Presidente.- Sen. Renan Cleominio Zoreda Novelo, Secretario.- Dip. Gloria Romero León, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a diecinueve de abril de dos mil doce.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Alejandro Alfonso Poiré Romero.- Rúbrica.

**...**

TRANSITORIO (DOF 29/05/2012)

**Único**. El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

México, D.F., a 17 de abril de 2012.- Dip. Guadalupe Acosta Naranjo, Presidente.- Sen. José González Morfín, Presidente.- Dip. Mariano Quihuis Fragoso, Secretario.- Sen. Ludivina Menchaca Castellanos, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veinticinco de mayo de dos mil doce.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Alejandro Alfonso Poiré

Romero.- Rúbrica.

**...**

TRANSITORIOS (DOF 29/05/2012)

**Primero**. El presente decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

**Segundo**. El titular del Poder Ejecutivo Federal en un plazo no mayor de 180 días

posteriores a la entrada en vigor del presente decreto, deberá publicar el Atlas Nacional de Vulnerabilidad ante el Cambio Climático, con el fin de que las autoridades de la Federación, los Estados, el Distrito Federal y los Municipios, en la esfera de su competencia lo tomen en cuenta en la elaboración, actualización e implementación de sus programas de ordenamiento ecológico.

México, D.F., a 17 de abril de 2012.- Dip. Guadalupe Acosta Naranjo, Presidente.- Sen. José González Morfín, Presidente.- Dip. Gloria Romero Leon, Secretaria.- Sen. Ludivina Menchaca Castellanos, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veinticinco de mayo de dos mil doce.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Alejandro Alfonso Poiré Romero.- Rúbrica.

**...**

TRANSITORIOS (DOF 01/06/2012)

**Primero**.- El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

**Segundo**.- Se derogan y abrogan todas las disposiciones que se opongan al presente Decreto

México, D.F., a 19 de abril de 2012.- Dip. Guadalupe Acosta Naranjo, Presidente.- Sen. José González Morfín, Presidente.- Dip. Gloria Romero León, Secretaria.- Sen. Martha Leticia Sosa Govea, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a treinta y uno de mayo de dos mil doce.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Alejandro Alfonso Poiré Romero.- Rúbrica.

**...**

TRANSITORIOS (DOF 04/06/2012)

**PRIMERO**. El presente Decreto entrará en vigor el día siguiente al de su publicación en el Diario Oficial de la Federación.

**SEGUNDO**. El Titular del Poder Ejecutivo Federal, en un plazo no mayor a tres años posteriores a la entrada en vigor del presente Decreto, implementará un sistema

nacional de monitoreo, registro y verificación, con el fin de evaluar y sistematizar la reducción de emisiones derivadas de acciones de prevención y combate de la deforestación y degradación de los ecosistemas forestales (REDD ), al que se hace referencia en la fracción IX del artículo 45 del presente Decreto.

México, D.F., a 24 de abril de 2012.- Dip. Guadalupe Acosta Naranjo, Presidente.- Sen. José González Morfín, Presidente.- Dip. Guadalupe Perez Dominguez, Secretaria.- Sen. Ludivina Menchaca Castellanos, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a primero de junio de dos mil doce.- Felipe de Jesús Calderón Hinojosa.- Rúbrica.- El Secretario de Gobernación, Alejandro Alfonso Poiré Romero.- Rúbrica.