| Tesis: 2a./J. 11/2002 | Semanario Judicial de la Federación y su Gaceta | Novena Época | 187 773 |
|---|---|---|---|
| Segunda Sala | S.J.F. y su Gaceta | Pág. 41 | Jurisprudencia(Común) |

**Registro No.** 187 773

[J]; 9a. Época; 2a. Sala; S.J.F. y su Gaceta; Tomo XV, Febrero de 2002; Pág. 41

**JURISPRUDENCIA. CUANDO SE ESTABLECE POR REITERACIÓN, SE CONSTITUYE POR LO RESUELTO EN CINCO EJECUTORIAS COINCIDENTES NO INTERRUMPIDAS POR OTRA EN CONTRARIO, POR LO QUE LA REDACCIÓN, EL CONTROL Y LA DIFUSIÓN DE LAS TESIS CORRESPONDIENTES SÓLO PRODUCEN EFECTOS PUBLICITARIOS.**

Los artículos 94, párrafo séptimo, de la Constitución Política de los Estados Unidos Mexicanos, 192, párrafo segundo y 195 de la Ley de Amparo prevén, respectivamente, que la ley fijará los términos en que sea obligatoria la jurisprudencia que establezcan los tribunales del Poder Judicial de la Federación; que las resoluciones constituirán jurisprudencia, siempre que lo resuelto en ellas se sustente en cinco ejecutorias no interrumpidas por otra en contrario, y sean aprobadas, tratándose de las del Pleno, por lo menos por ocho Ministros, o por cuatro Ministros, en el caso de las emitidas por las Salas; así como las reglas relativas a la aprobación del texto y rubro de las tesis jurisprudenciales y los requisitos para su publicidad y control, por lo tanto, la redacción, el control y la difusión de

las tesis correspondientes, sólo tienen efectos publicitarios, mas no constituyen requisitos para la formación de los criterios de observancia obligatoria.

Amparo en revisión 120/2000. Embotelladora Lagunera, S.A. de C.V. 4 de agosto de 2000. Cinco votos. Ponente: Guillermo I. Ortiz Mayagoitia. Secretario: Rafael Coello Cetina. Amparo en revisión 599/2000. Inmobiliaria Operativa, S.A. de C.V. 4 de agosto de 2000. Cinco votos. Ponente: Guillermo I. Ortiz Mayagoitia. Secretario: Rafael Coello Cetina. Amparo en revisión 736/2000. Embotelladora Moderna, S.A. de C.V. 4 de agosto de 2000. Cinco votos. Ponente: Guillermo I. Ortiz Mayagoitia. Secretario: Rafael Coello Cetina. Competencia 271/2001. Suscitada entre el Tercer Tribunal Colegiado en Materia Administrativa del Primer Circuito y el Primer Tribunal Colegiado del Décimo Segundo Circuito. 18 de enero de 2002. Cinco votos. Ponente: Juan Díaz Romero. Secretaria: Martha Elba Hurtado Ferrer. Competencia 284/2001. Suscitada entre los Tribunales Colegiados Quinto en Materia Administrativa del Primer Circuito, Noveno de la misma materia y circuito y Tercero en Materia Civil del Séptimo Circuito. 18 de enero de 2002. Cinco votos. Ponente: Juan Díaz Romero. Secretario: Gonzalo Arredondo Jiménez. Tesis de jurisprudencia 11/2002. Aprobada por la Segunda Sala de este Alto Tribunal, en sesión privada del ocho de febrero de dos mil dos.