# EL BRAVO

### El Periódico de Tamaulipas

» www.elbravo.mx «

106 PÁGINAS

**BUSCA HOY**
SUDÁFRICA 2010
SUPLEMENTO ESPECIAL
EL BRAVO

**POR EL DERRAME DE PETRÓLEO EN EL GOLFO**

# Demandará Tamaulipas a la British Petroleum

## Ocasiona uno de los peores desastres ecológicos

▲ Agencias | El Bravo
Cd. Victoria, Tamaulipas

El gobierno de Tamaulipas demandará a la empresa British Petroleum por el derrame de petróleo en aguas profundas del Golfo de México, que ha ocasionado uno de los peores desastres ecológicos de magnitudes inimaginables por la industria petrolera en el mundo.

El gobernador Eugenio Hernández Flores afirmó que aproximadamente se derraman diariamente 9.5 millones de litros de petróleo en las aguas profundas del Golfo de México, por lo que para México y Tamaulipas las implicaciones podrían llegar a ser de magnitudes inimaginables, al afectar los recursos de las instituciones gubernamentales, iniciativa privada, cooperativas de pesca, proyectos de inversión en el ramo hotelero, las especies en peligro de extinción, lo que en conjunto puede llegar a representar daños por varios miles de millones de dólares.

Por esta razón demandamos a la empresa British Petroleum con el fin de defender nuestros derechos y minimizar las afectaciones a la economía del estado, buscando siempre la restitución por los daños ocasionados.

Cabe destacar que el alcance de esta demanda es la de restituir al gobierno estatal y empresas particulares de todos aquellos daños y perjuicios ocasionados acumulados hasta el día de hoy y los que pudieran existir en el futuro.

"Conviene aclarar que aunque la mancha no alcance las costas mexicanas, los daños y afectaciones ya se empezaron a generar, como lo son los costos de estudios ambientales, de carácter preventivo y de cancelación de inversiones, entre otros aspectos", mencionó el mandatario tamaulipeco.

En este sentido, el titular del Ejecutivo Estatal destacó que todos los intereses de organismos gubernamentales, así como de empresas particulares, deberán de ser apropiadamente salvaguardados y defendidos en una óptica común de análisis y acercamiento ante las autoridades respectivas. O



□ El gobernador Eugenio Hernández Flores anunció la demanda contra la compañía petrolera de la Gran Bretaña por daños al ecosistema.

PRIMERA 8




EL UNIVERSAL | EL BRAVO