UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## SIXTH SUPPLEMENTAL ORDER

**[Regarding the University of California - Santa Barbara's Document Production]**

On January 25, 2013, a fifth supplemental order was issued. Rec. doc. 8344. Part 1 of the order requiring Edox to release to the ShareVault site for use by all parties in the litigation the documents identified on the UCSB privilege log as withheld on account of the "Congressional Privilege" by January 28, 2013 is **SUSPENDED**.

This suspension shall remain in place while BP and the U.S. House of Representative meet-and-confer on the assertion by the U.S. House of Representatives of the Congressional Privilege over documents sought by BP from the University of California at Santa Barbara. At the conclusion of the negotiations between BP and the U.S. House of Representatives, the parties shall report to the Court. At that time a further order will be issued. The suspension shall remain effect until the issuance of the further order.

The suspension only applies to the "Congressional Privilege" documents.  **In all other respects the fifth supplemental order of January 25, 2013 remains in full force and effect.**

New Orleans, Louisiana, this 28th day of January, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to serve:**

1) William Pittard
    U.S. House of Representatives
    William.Pittard@mail.house.gov'"

2) Captain Suzanne E. Englebert
    United States Coast Guard Retired
    sueenglebert@sseeservices.com

3) Michael R. Goldstein
    Senior Counsel
    University of California - Santa Barbara
    Michael.Goldstein@ucop.edu

4) Nancy Hamill
    Chief Campus Counsel
    University of California - Santa Barbara
    Nancy.Hamill@ucop.edu