IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| *Applies to:  All Cases* *And* *10-MAG-09/23-1* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING Transocean's request that the Court's Special Master release to Transocean the Vetco Mandrel H-4 connector that was part of the Capping Stack so that Transocean may refurbish, test for fitness, and return the Mandrel to service;

AND CONSIDERING BP's concern that the Capping Stack should remain at Michoud through the close of Expert Discovery because it is an important piece of evidence in Phase 2 and that Phase 2 Expert Discovery is currently scheduled to run through July 2013;[1]

AND CONSIDERING that BP is nonetheless satisfied that continued storage of the Mandrel at Michoud is not required for purposes of Phase 2 Expert Discovery;

AND CONSIDERING that BP is willing (although it contends that neither Transocean nor BP has presented definitive proof of ownership of the Mandrel) to allow Transocean to claim ownership of the Mandrel and take possession of it;

IT IS ORDERED that, as between BP and Transocean, Transocean shall be deemed to own the Mandrel;

---

[1] Transocean reserves its right to move to have the capping stack returned to it before the mentioned dates.

IT IS FURTHER ORDERED that the Court's Special Master, Captain Englebert, shall release the Mandrel to Transocean from storage at Michoud;

IT IS FURTHER ORDERED that Transocean may return the Mandrel to service only upon successfully confirming to Transocean's own satisfaction that the Mandrel is fit for service; and

IT IS FURTHER ORDERED that Transocean shall release and hold harmless the Court, the Court's Special Master, and BP for any liabilities that may arise in connection with the Mandrel's transportation, refurbishment, testing, placement into service and/or use after the Mandrel's release to Transocean from storage Michoud.

This ORDER does not address any issues related to the release or ownership of any Capping Stack components or other evidence other than the Vetco Mandrel ~~H-4 connec~~tor.

New Orleans, Louisiana, this 28th day of January, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge