UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISISNA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | § | |
|     GULF OF MEXICO, on | § | SECTION J |
|     APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** | § | |
| **No. 2:12-CV-02332-CJB-SS** | § | |

**ANSWER OF DEFENDANTS SPECIALTY DIVING
OF LOUISIANA, INC. and SPECIALTY OFFSHORE, INC.**

Specialty Diving of Louisiana, Inc. and Specialty Offshore, Inc. (hereinafter referred to as "Defendants") file this Answer to the Original Complaint of Plaintiff James Masters (hereinafter referred to as "Plaintiff"), and would respectfully show the Court as follows:

**I.**

**PRELIMINARY SPECIAL DEFENSES**

1.  Plaintiff's Complaint fails to state a claim or cause of action upon which relief can be granted against Defendants.

2.  Defendants reserve the right to set up additional special defenses after further information concerning Plaintiff's Complaint has been obtained.

**II.**

**ANSWER**

3.  Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 1 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

4. Defendants deny the allegations contained within Paragraph 2 of Plaintiff's Complaint.

5. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 3 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

6. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 4 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

7. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 5 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

8. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 6 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

9. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 7 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

10. Defendant Specialty Diving of Louisiana, Inc. admits that it is a Louisiana corporation with its principal place of business in Loranger, Louisiana. Otherwise, Defendant denies the remaining allegations in Paragraph 8 of Plaintiff's Complaint.

11. Defendant Specialty Offshore, Inc. admits that it is a Louisiana corporation with its principal place of business in Loranger, Louisiana. Defendant Specialty Offshore, Inc. further admits that it employed Plaintiff. Otherwise, Defendant denies the remaining allegations in Paragraph 9 of Plaintiff's Complaint.

12. Defendants admit the allegations contained within Paragraph 10 of Plaintiff's Complaint.

13. Defendants admit the allegations contained within Paragraph 11 of Plaintiff's Complaint.

14. Defendants admit that Plaintiff has asserted a claim under the admiralty or maritime jurisdiction of this Court.

15. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 13 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

16. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 14 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

17. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 15 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

18. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 16 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

19. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 17 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

20. Defendants admit that venue is appropriate in this District.

21. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 19 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

22. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 20 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

23. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 21 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

24. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 22 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

25. Defendants admit the allegations contained within Paragraph 23 of Plaintiff's Complaint.

26. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 24 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

27. Defendants admit the allegations contained within Paragraph 25 of Plaintiff's Complaint.

28. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 26 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

29. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 27 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

30. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 28 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

31. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 29 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

32. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 30 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

33. Defendants admit the allegations contained within Paragraph 31 of Plaintiff's Complaint.

34. Defendants admit the allegations contained within Paragraph 32 of Plaintiff's Complaint.

35. Defendants admit the allegations contained within Paragraph 33 of Plaintiff's Complaint.

36. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 34 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

37. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 35 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

38. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 36 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

39. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 37 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

40. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 38 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

41. Defendants deny the allegations contained within Paragraph 39 of Plaintiff's Complaint.

42. Defendants deny the allegations contained within Paragraph 40 of Plaintiff's Complaint.

43. Defendants deny the allegations contained within Paragraph 41 of Plaintiff's Complaint.

44. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 42 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

45. Defendants deny the allegations contained within Paragraph 43 of Plaintiff's Complaint.

46. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 44of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

47. Defendants deny the allegations contained within Paragraph 45 of Plaintiff's Complaint.

48. Defendants deny the allegations contained within Paragraph 46 of Plaintiff's Complaint.

49. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 47 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

50. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 48 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

51. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 49 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

52. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 50 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

53. Defendants re-allege each and every response set forth herein to all preceding paragraphs as if fully restated herein.

54. Defendants deny the allegations contained within Paragraph 52 of Plaintiff's Complaint.

55. Defendants deny the allegations contained within Paragraph 53 of Plaintiff's Complaint.

56. Defendants deny the allegations contained within Paragraph 54 of Plaintiff's Complaint.

57. Defendants deny the allegations contained within Paragraph 55 of Plaintiff's Complaint.

58. Defendants re-allege each and every response set forth herein to all preceding paragraphs as if fully restated herein.

59. Defendants admit the allegations contained within Paragraph 57 of Plaintiff's Complaint.

60. Defendants deny the allegations contained within Paragraph 58 of Plaintiff's Complaint.

61. Defendants deny the allegations contained within Paragraph 59 of Plaintiff's Complaint.

62. Defendants re-allege each and every response set forth herein to all preceding paragraphs as if fully restated herein.

63. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 61 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

64. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 62 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

65. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 63of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

66. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 64 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

67. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 65 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

68. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 66 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

69. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 67 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

70. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 68 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

71. Defendants re-allege each and every response set forth in all preceding paragraphs as if fully restated herein.

72. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 70 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

73. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 71 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

74. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 72 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

75. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 73 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

76. Defendants re-allege each and every response set forth in all preceding paragraphs as if fully restated herein.

77. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 75 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

78. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 76 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

79. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 77 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

80. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 78 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

81. Defendants are unable to admit or deny the truth of the allegations contained within Paragraph 79 of Plaintiff's Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

82. Defendants deny that Plaintiff is entitled to recover against these Defendants as requested in the Prayer for Relief of his Complaint.

## III.
## AFFIRMATIVE DEFENSES

For further answer, if further answer is necessary, Defendant pleads the following alternative affirmative defenses:

83. For further answer, if such be necessary, if this Court should find that the Plaintiff sustained injury as alleged, which is not admitted but is specifically denied, said injury was proximately caused or contributed to by the failure of Plaintiff to exercise that degree of care or caution for his own safety which a reasonably prudent person would have exercised under the same or similar circumstances, and that this contributory negligence exists in bar or mitigation of any recovery sought by Plaintiff.

84. Defendants, in the alternative, plead that Plaintiff's injuries, if any, which injuries are denied, were caused prior to and/or subsequent to the alleged incident complained of herein, for none of which damages can Defendants in any way be held responsible or liable.

85. Subject to, and without waiving any other defenses, for further Answer and as a separate defense, Defendants assert that if Plaintiff was injured as alleged, such injuries, if any, were proximately caused or occasioned by the acts, omissions or contributory negligence,

products liability, breach of contract, breach of warranty or other legal liability of third parties, their agents or representatives, or by the instrumentalities of third parties for whom Defendants are not liable. Defendants allege that, if Plaintiff was injured in the manner asserted, in whole or in part, the same was brought about as a result of the negligent acts or omissions, or breaches of duty of third parties not under the control of Defendants.

86. Subject to, and without waiving any other defenses, for further Answer and as a separate defense, Defendants assert that no unseaworthy condition existed aboard the vessel(s) allegedly involved in the occurrence that caused or contributed to Plaintiff's alleged injury.

87. Subject to, and without waiving any other defenses, for further Answer and as a separate defense, Defendants assert that the injuries complained of, which are not admitted but expressly denied, were the result of new, independent or intervening causes.

88. Subject to, and without waiving any other defenses, for further Answer and as a separate defense, Defendants assert that Plaintiff's injuries and damages are the result of a pre-existing or subsequently occurring bodily condition or conditions, which are unrelated to the incident and occurrence sued upon herein, and the nature and extent of which are not the responsibility of Defendants. Defendants further assert that the injuries and damages sustained by Plaintiff are the result of natural bodily processes, diseases and conditions, which are unrelated to the alleged acts, omissions and/or practices of Defendants that Plaintiff claims proximately caused his condition. In the alternative, should the Court find Defendants liable, Defendants are entitled to a credit or offset for all damages attributable to such pre-existing injuries.

89.     For further answer, if such be necessary, Defendants assert that if Plaintiff sustained damages as alleged, such damages were the result of Plaintiff's own failure to take reasonable steps to mitigate and/or properly mitigate his damages, if any.

90.     Subject to, and without waiving any other defenses, for further Answer and as a separate defense, Defendants assert that if Plaintiff did sustain any injuries as is alleged in his Complaint, said injuries arose out of certain risks, dangers and hazards, all of which were plainly observable, open, obvious and well known to the Plaintiff on or before the time of his alleged injury and all of said risks, dangers and hazards were assumed by Plaintiff, and Defendants are not liable therefore.

91.     Defendants reserve the right to amend their Answer to Plaintiff's Complaint after it has had an opportunity to more closely investigate these claims.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, Specialty Diving of Louisiana, Inc. and Specialty Offshore, Inc., respectfully pray that Plaintiff take nothing as against Defendants, that Defendants be awarded their costs and attorney's fees, and for all such other and further relief, both general and special, at law and in equity, to which they may show themselves justly entitled.

Respectfully submitted,

**SPENCER CRAIN CUBBAGE HEALY & MCNAMARA**

/s/ Susan Noe Wilson
**SUSAN NOE WILSON**
State Bar No.: 15055025
**DEBORAH T. BUSBY**
State Bar No.: 00785736
1177 West Loop South, Suite 1300
Houston, Texas 77027
Telephone: 713-375-2450
Facsimile: 713-375-2499

**ATTORNEYS FOR DEFENDANTS
SPECIALTY DIVING OF LOUISIANA, INC.
and SPECIALTY OFFSHORE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Answer of Defendants Specialty Diving of Louisiana, Inc. and Specialty Offshore, Inc.** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of November 2012.

/s/ Susan Noe Wilson
**SUSAN NOE WILSON**