

Activity in Case MDL No. 2179 IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Minute Order Granting Motion
JPMLCMECF
to:
JPMLCMDECF
01/24/2013 02:51 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 01/24/2013 at 3:24:11 PM EST and filed on 01/24/2013
**Case Name:**     ABNEY et al v. PLANT PERFORMANCE SERVICES LLC
**Case Number:**   FLN/3:13-cv-00024
**Filer:**
**Document Number:** 5 (No document attached)

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER (re: pldg. ([1186] in MDL No. 2179) ) -- Motion of: Plaintiff Abney, et al.,**

to Reinstate CTO - 69 -- GRANTED.

Plaintiffs' Motion to Reinstate ^Stay of CTO-69 is construed as their Notice of Opposition and is deemed filed as of the date of this order.

**Signed by Chief Deputy Clerk John Nichols on 1/24/2013.**

**Associated Cases: MDL No. 2179, FLN/3:13-cv-00024 (JN)**

| | |
|---|---|
| **Case Name:** | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | MDL No. 2179 |
| **Filer:** | |
| **Document Number:** | 1187 (No document attached) |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER (re: pldg. ([1186] in MDL No. 2179) ) -- Motion of: Plaintiff Abney, et al., to Reinstate CTO - 69 -- GRANTED.**

Plaintiffs' Motion to Reinstate ^Stay of CTO-69 is construed as their Notice of Opposition and is deemed filed as of the date of this order.

**Signed by Chief Deputy Clerk John Nichols on 1/24/2013.**

**Associated Cases: MDL No. 2179, FLN/3:13-cv-00024 (JN)**

FLN/3:13-cv-00024 Notice has been electronically mailed to:

FLN/3:13-cv-00024 Notice will not be electronically mailed to:

ALLEN WELDON LINDSAY , JR
LINDSAY & LINDSAY PA - MILTON FL
5218 WILLING ST
MILTON, FL 32572

ANNE MARIE ESTEVEZ
MORGAN LEWIS & BOCKIUS LLP - MIAMI FL
200 S BISCAYNE BLVD STE 5300
WACHOVIA FINANCIAL CENTER
MIAMI, FL 33131-2339

HEATHER FISHER LINDSAY
LINDSAY & ANDREWS PA - MILTON FL
5218 WILLING ST
MILTON, FL 32570-4994

J. Andrew Langan
Kirkland & Ellis, LLP (Chicago)
300 N. LaSalle
Chicago, IL 60654

Matthew T Regan
KIRKLAND & ELLIS LLP
WinmatsConversion6
300 N. Lasalle
Chicago, IL 60654

PAULLETTE CHRISTINE DERUELLE
WEIL GOTSHAL & MANGES LLP - MIAMI FL
1395 BRICKELL AVE #1200
MIAMI, FL 33131

Richard C Godfrey
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

THOMAS ANDREW RANGE
AKERMAN SENTERFITT- TALLAHASSEE FL
106 E COLLEGE AVE STE 1200
TALLAHASSEE, FL 32301

WENDY LYNN BLOOM
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654

**MDL No. 2179 Notice has been electronically mailed to:**

**MDL No. 2179 Notice will not be electronically mailed to:**

Don Keller Haycraft
Liskow & Lewis (New Orleans)
701 Poydras St.
Suite 5000
New Orleans, LA 70139-5099

Stephen J Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'keefe Avenue
New Orleans, LA 70113

The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 1/24/2013 at 3:50 PM EST*