UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL ACTIONS | : : | MAGISTRATE JUDGE SHUSHAN |

...........................................................................................................................................

### THE UNITED STATES OF AMERICA'S SUPPLEMENTAL OBJECTION TO BP'S MOTION TO ADD PHASE ONE TRIAL EXHIBITS FOR "GOOD CAUSE" [REC. DOC. 8225]

On January 11th, BP submitted its 381 page Exhibit List, as well as its Motion for the addition of 67 "show cause" exhibits identified as "New (Good Cause)." [Rec. Doc. 8225.] No memorandum was submitted that attempted to show good cause. The sole argument appeared in BP's one and one-half page Motion, which stated the *ipse dixit*, "BP hereby moves to add those post-2/20/12-produced documents for good cause." [Rec. Doc. 8225 at 1.]

The United States filed its objection to all but five of BP's 67 "show cause" exhibits [Rec. Doc. 8276.],[1] noting that BP's Motion had failed to satisfy the requirements of PTO 54, which required that parties could add additional documents or materials first produced after February 20, 2012, but only upon a showing of good cause.

---

[1] The United States did not object to five of the exhibits: TREX-048235, which is the docketed (proposed) Consent Decree between the United States and Transocean, which Transocean sought to admit as a "good cause" exhibit; and TREX-048193 through TREX-048196 (Halliburton "Viking" screen shots), the latter of which the United States included in its "show cause" motion and memo.

1

[Amended PTO 54, Rec.Doc. 8173 at 2.]  Concerned that BP's silence in its Motion was the precursor of an attempt to end-load its argument in a "reply," the United States' Memorandum stated:

> We also note that attempting to show 'good cause' in a BP 'reply' would be highly inappropriate.  It should go without saying, '[A]rguments raised for the first time in a Reply brief are waived.'  *Jones v. Cain,* 600 F.3d 527, 541 (5th Cir.2010), quoting *Iteld, Bernstein & Assocs., LLC v. Hanover Ins. Group,* 2009 WL 2496552, *4 (E.D. La. 2009) (Judge Vance); *United States v. Jackson,* 426 F.3d 301, 304 n. 2 (5th Cir.2005) ('Arguments raised for the first time in a reply brief, even by *pro se* litigants such as Jackson, are waived.' [Citing *Knighton v. Commisioner*, 702 F.2d 59, 60 n.1 (5th Cir. 1983]); *Weems v. Hodnett*, 2011 WL 2731263 at *1 (W.D. La. 2011) (improper to use reply to 'sandbag').

[Rec. Doc. 8276 at 3.]  In contrast to BP's one and one-half page Motion and one sentence justification, BP's "reply" consisted of eight pages of single-spaced argument and twenty-two pages of attachments, for a total of thirty pages.

We recognize that there occasionally can be good faith borderline disputes as to whether an argument or issue falls into the sandbag category.  This is not, however, one of those instances, *i.e.*, a one sentence opening *ipse dixit vs*. thirty pages of reply.  We therefore ask the Court, as we did in our January 18th Opposition, that BP's Motion to add the exhibits, other than the five cited in footnote one, be denied.

//

//

//

//

//

Dated: January 28, 2013.                                        Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | BRIAN HAUCK |
| Assistant Attorney General | Deputy Assistant Attorney General |
| Environment & Natural Resources Div. | Civil Division |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Attorney | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| RACHEL HANKEY | JILL DAHLMAN ROSA |
| ABIGAIL ANDRE | MALINDA LAWRENCE |
| JUDY HARVEY | ROBIN HANGAR |
| JEFFREY PRIETO | LAURA MAYBERRY |
| TOM BENSON | BRIENA STRIPPOLI |
| GORDON YOUNG | Trial Attorneys |
| BETHANY ENGEL | Torts Branch, Civil Division |
| Trial Attorneys | |

| | |
|---|---|
| /s/ Steven O'Rourke | /s/ R. Michael Underhill |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg., Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| E-mail: steve.o'rourke@usdoj.gov | E-mail: mike.underhill@usdoj.gov |

DANA J. BOENTE, Acting United States Attorney
SHARON D. SMITH, Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that, today, the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated: January 28, 2013.                                  /s/ R. Michael Underhill
                                                          United States Department of Justice