UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 10-8888, 10-2771 | * | |
| | * | MAGISTRATE SHUSHAN |

# ORDER

Before the Court are multiple motions that seek to file Short Form Joinders after the monition date in the Transocean Limitation Action, 10-2771. Counsel for the Limitation Plaintiffs and other Rule 14(c) Defendants inform the Court that they do not object to these motions, subject to their right to raise any other defenses that may be available.[1]  Accordingly,

**IT IS ORDERED** that the motions (Rec. Docs. 7054, 7061, 7074, 7135, 7136, 7137, 7138, 7139, 7164, 7177, 7290, 7305, 7392, 7528, 7529, 7604, 8140, 8170, 8171, 8301, 8340, 8341) are **GRANTED**.  The Short Form Joinders attached to these motions are deemed timely filed.

New Orleans, Louisiana, this 29th day of January, 2013.

_____
United States District Judge

---

[1] For example, by not objecting a party does not waive its right to assert that a claimant failed to comply with the Oil Pollution Act's presentment requirement, or that a claim has been compromised through class settlement.