UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
|     **"Deepwater Horizon" in the Gulf** | * | |
|     **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| *All Cases* | * | |
| | * | **MAG. JUDGE SHUSHAN** |
| | * | |

# ORDER

Before the Court are two appeals from the Magistrate Judge's rulings. In the first appeal (Rec. Doc. 8269), Halliburton objects to the Magistrate Judge's Order of January 14, 2013 (Rec. Doc. 8229), which granted the PSC's motion to compel Halliburton to produce ESI "icon" Documents. In the second appeal (Rec. Doc. 8351), Halliburton objects to the Magistrate Judge's Order of January 16, 2013 (Rec. Doc. 8253), which granted the PSC's motion to call David Calvert as a witness. In light of the briefing previously submitted to the Magistrate Judge and the Magistrate Judge's written Orders, the Court finds it is unnecessary to call for responses to the instant appeals. Having considered counsels' arguments, the relevant record, and the applicable law, the Court finds that the Magistrate Judge's Orders were neither clearly erroneous nor contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that Halliburton's objections (Rec. Docs. 8269, 8351) are **OVERRULED** and the Magistrate Judge's Orders (Rec. Docs. 8229, 8253) are **AFFIRMED**.

Signed in New Orleans, Louisiana, this 29th day of January, 2013.

United States District Judge