**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

January 28, 2013

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

     Re: MDL 2179 – BP's Reply in Support of BP's Objections to
     Transocean's Supplemental and Amended Exhibit List

Dear Magistrate Judge Shushan:

  In light of the discussion at Friday's conference, we believe there are two key questions for the Court to decide relating to exhibits/summaries/demonstratives.

**Issue #1:  Can summaries/demonstratives incorporate documents not on the exhibit list?**

  The first question is:  Do exhibits have to be included on the exhibit list in order to be made part of summaries or demonstratives?  BP's answer is "yes."  BP has no objection to appropriate summaries or demonstratives that relate to large numbers of exhibits or a single voluminous exhibit that cannot be conveniently examined in Court.  The underlying exhibits to which such summaries or demonstratives relate do not have to be admitted, but they do have to be identified on the exhibit list.[1]  Transocean's answer to the above question based on the January 24 hearing is "no."  During Friday's hearing, Transocean's counsel took the position that exhibits need only be "made available" – but need not be on the exhibit list – in order to be included in summaries or demonstratives.  Transocean's counsel stated on Friday: "All rule 1006 requires is that the underlying data be made available for copy or inspection for the other side." BP disagrees; in addition to being made for copy or inspection, the underlying documents must be on the exhibit list.  Allowing summaries of numerous documents that were not designated as

---

[1] Amended PTO 54 does not explicitly address 1006 summaries, which can be used as demonstratives to the extent they summarize documents already designated as trial exhibits.  BP's position is that such summaries / demonstratives are not trial exhibits (and need not be designated as such), but may not summarize or refer to underlying documents that have not otherwise been designated as trial exhibits.

Hong Kong London Los Angeles Munich New York Palo Alto San Francisco Shanghai Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 28, 2013
Page 2

trial exhibits would permit Transocean to circumvent the Court's clear limitations with regard to the addition of trial exhibits.

Transocean takes issue with a straw man, claiming that: "BP's argument [is] that information must be admitted before it can be summarized."  BP has never argued that information must be admitted before it can be summarized; instead BP has argued that information must be on the exhibit list before it can be summarized.

**Issue #2: Can the parties include 100s of "related" exhibits as individual entries in their "list of 35?**

Amended Pre Trial Order 54 states that "Each party may <u>add</u> up to 35 exhibits to its Exhibit List without showing 'Good cause' . . ."  BP's position is that each exhibit in the list of 35 should consist of one document.  Transocean's position is that each exhibit in the list of 35 may consist of hundreds of "related documents."  If BP's position is correct, then Transocean should be required to reduce its list to include only 35 exhibits.  If Transocean's incorrect position were adopted, then BP and the other parties should be permitted to amend their list of 35 to have the option to include hundreds of "related" exhibits within any of the entries within the 35.

Transocean argues that other parties have included compilations of multiple related documents as a single entry on their trial exhibit lists.  But all of the examples Transocean identifies were designated as trial exhibits before February 20, 2012 -- at a time when there was no 35-document non-good-cause limit on the number of trial exhibits a party could designate.

BP did not combine these documents together to avoid any limit on exhibits – nor did it need to, because there was no 35-exhibit limit when these exhibits were designated.  BP has always referred to these exhibits as a single exhibit, unlike Transocean as described below.

By contrast, what is important here is that the effect of Transocean combining these previously separate documents together was to avoid the 35-exhibit limit.  When Transocean wanted to refer to these exhibits in its own graphics, it referred to them separately:

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 28, 2013
Page 3

| No. | Title / Description | Entity | Date | Inspector(s) Name(s) | Trial Exhibit Number | Bates Numbers (Document Descriptions) |
|---|---|---|---|---|---|---|
| 166 | Drilling Inspection | MMS | September 26, 2006 | Inspectors 99 and 122 | | OSE212-040547- OSE212-040548 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 167 | Drilling Inspection | MMS | October 11, 2006 | Inspectors 99 and 105 | | OSE212-040549 - OSE212-040550 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 168 | Drilling Inspection and EPA Inspections | MMS | November 14, 2006 | Inspectors 32 and 61 | | OSE212-040551- OSE212-040552 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 169 | Drilling Inspection | MMS | December 13, 2006 | Inspectors 34 and 61 | | OSE212-040553 - OSE212-040554 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) |
| 170 | Drilling Inspection and Letters from MMS and BP | MMS | March 20, 2007 | Inspectors 194 and 202 | | OSE212-040555 (MMS Drilling Inspection Pinc List Announced and Unannounced / Surface and Subsea) and OSE212-040556 - OSE212-040562 (Letter from MMS and BP) |

   Then Transocean took documents that it had previously referred to as being separate, and combined them together such that the total number of exhibits appeared to be under 35: Documents 166-170 (which are a small subset of 208 separate documents listed within Trial Exhibit # 52666) from the screenshot above are now part of one exhibit in Transocean's "list of 35."

   Finally, if Transocean is now permitted to combine together hundreds of related exhibits in each entry of its list of 35, BP respectfully requests that the other parties be granted the same right.

                                        Respectfully submitted,

                                        /s/ Mark Nomellini
                                        Mark Nomellini

cc (via electronic mail):

   Andrew Langan

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 28, 2013
Page 4

    Don K. Haycraft
    R. Michael Underhill
    Steven O'Rourke
    Sarah D. Himmelhoch
    Steve Herman
    Anthony Irpino
    Defense Liaison Counsel
    Corey Maze
    Luther Strange