UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

This Document Relates to: *All Cases*

(Including No. 10-2771)

MDL No. 2179

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

### PLAINTIFFS' CLARIFICATION AND SECOND OPPOSITION TO HESI'S OBJECTIONS TO CERTAIN EXHIBITS ON THE PLAINTIFFS' COMBINED PHASE ONE EXHIBIT LIST DATED JANUARY 11, 2013

Plaintiffs respectfully submits their Clarification and Second Opposition to HESI's Objections to Certain Exhibits on The Plaintiffs' Combined Phase One Exhibit List Dated January 11, 2013 as follows:

MAY IT PLEASE THE COURT:

Contrary to HESI's claim that Plaintiffs missed the February 26, 2012 deadline to add exhibits from late taken deposition to their exhibit list, and HESI's claim that the exhibits at issue are "new," these exhibits were included in the "Combined Master Exhibit List" created by Plaintiffs and distributed amongst counsel for the parties, including HESI, on February 24, 2012.[1]

HESI claims that the recent January 11, 2013 exhibit list contained "new" exhibits for the first time in violation of the "new 35" exhibit limit. In fact, these exhibits are not new exhibits.

---

[1] See Exhibit A: February 24, 2012 E-Mail to counsel for all parties.

All parties, including HESI, received the complete exhibit list on February 24, 2012, which included all of these claimed "new exhibits." As correctly asserted in Plaintiffs' Opposition to HESI's Objections to Certain Exhibits on Plaintiffs' Combined Phase One Exhibit List Dated January 11, 2013 [Rec. Doc. 8299], "due to the PSC/BP settlement and trial continuance, this final exhibit list was never *filed*" (emphasis added). However, this list, which included the exhibits at issue, was circulated amongst counsel for the parties prior to the deadline of February 26, 2012 for plaintiffs to add exhibits from the late taken depositions.

The exhibits at issue are "new" only in the sense that they were not yet included on a list which was filed with the court. Counsel for HESI has had the "Combined Master Exhibit List" which includes these documents for nearly a year, and has worked closely with Plaintiffs to correct any discrepancies on the list. Plaintiffs did not to mark the exhibits as "new" on the Plaintiffs' Combined Phase One Trial Exhibit List [Rec. Doc. 8221-1] because they had already been identified and circulated to the parties. The inclusion of these documents does not prejudice HESI, or any other party, in terms of their preparation for the Phase I Trial, as the exhibits have been listed for over a year.

## Conclusion

For these above and foregoing reasons, and for the reasons previously provided, Halliburton's Motion to Strike Plaintiff Exhibits should be denied.

Dated: January 28, 2013

Respectfully submitted,

/s/   Stephen J. Herman
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax. No. (504) 569-6024
Email: sherman@hhklawfirm.com
*Plaintiffs Liaison Counsel*

/s/ James Parkerson Roy
**James Parkerson Roy**, La. Bar No.11511
**DOMENGEAUX WRIGHT ROY
  & EDWARDS, LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*

### PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail: mcwatts@wgclawfirm.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101

| | |
|---|---|
| Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail: ervin@colson.com | Maison Grand Caillou<br>Houma, Louisiana 70360<br>Office: (985) 876-7595<br>Fax No. (985) 876-7594<br>E-Mail: duke@williamslawgroup.org |

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Memorandum will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 28th day of January, 2013.

/s/ Stephen J. Herman and James Parkerson Roy