**From:** Robert Warren [mailto:rwarren@jrwlegal.com]
**Sent:** Friday, February 24, 2012 10:40 AM
**To:** Kavanaugh, Brian P.; Jordan C. Ray; dbeck@brsfirm.com; tpeebles@brsfirm.com; tony.fitch@bingham.com; ky.kirby@bingham.com; connie.delgado@bingham.com; malinda.allison@bingham.com; diane.hertz@bingham.com; Jeffrey Breit; mbrock@cov.com; James Roy; Susan LeBouef; kmiller@frilot.com1; dgodwin@godwinronquillo.com; ayork@godwinronquillo.com; Steve Herman; Regina Valenti; ggoodier@joneswalker.com; svalentine@joneswalker.com; e.petersen@kanner-law.com; Langan, Andrew; Sramek, Frank J.; Hibbe, Lauren P.; rguidry@kuchlerpolk.com; dkuchler@kuchlerpolk.com; jpolk@kuchlerpolk.com; Paul Sterbcow; dkhaycraft@liskow.com; htanner@morganlewis.com; jfunderburk@morganlewis.com; pnguyen@morganlewis.com; hpfeifer@morganlewis.com; john.pritchard@pillsburylaw.com; edward.flanders@pillsburylaw.com; stella.dorman@pillsburylaw.com; andrew.homer@pillsburylaw.com; nicholas.krohn@pillsburylaw.com; greg.lembrich@pillsburylaw.com; epreis@pkrlaw.com; CMaze@ago.state.al.us; PMills@ago.state.al.us; pwittmann@stonepigman.com; cbertaut@stonepigman.com; rsiegert@stonepigman.com; psavoy@brsfirm.com; designations@sutherland.com; Michelle.Carr@sutherland.com; Andrew.Pirich@usdoj.gov; Mike.Underhill@usdoj.gov; sandra.olinde@usdoj.gov; steve.o'rourke@usdoj.gov; Sarah.Himmelhoch@usdoj.gov; john.mcauliffe@usdoj.gov; Cecilia.Aguilar@usdoj.gov; Camille.Legore@usdoj.gov; tomeka.jackson@usdoj.gov; theodore.tsekerides@weil.com; christianvankleef@warejackson.com; dennisbarrow@warejackson.com
**Cc:** 'Sally_Shushan@laed.uscourts.gov'; Mike_OKeefe@laed.uscourts.gov
**Subject:** Combined Master Exhibit List

Please find the Combined Master Exhibit List which lists exhibits from all parties.

Thanks,
Rob


**J. Robert Warren, II, Esq.**
MDL2179 PSC Depository
600 Carondelet Street
Suite 802
New Orleans, LA 70130
504.264.5740 (Office)
504.264.5751 (Direct)
504.723.1011 (Mobile)
rwarren@jrwlegal.com