UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### SEVENTH SUPPLEMENTAL ORDER

**[Regarding the University of California - Santa Barbara's Document Production]**

On January 25, 2013, a fifth supplemental order was issued. Rec. doc. 8344. It required production to the Court for *in camera* review documents which UCSB withheld as subject to the attorney-client privilege or as private and confidential. On January 28, the portion of the fifth supplemental order relating to the Congressional Privilege category was suspended. Rec. doc. 8372.

On Monday, January 28, Edox transmitted 15 documents in the attorney-client privilege category and 74 documents in the private and confidential category. The Court has completed its *in camera* review of each of these documents and rules as follows:

### Documents Claimed As Attorney-Client Privileged

| | | |
|---|---|---|
| 1. | UCSB00251245 | Produce |
| 2. | UCSB00255579 | Produce |
| 3. | UCSB00258538 | Produce |
| 4. | UCSB00297848 | Produce |
| 5. | UCSB00298289 | Produce |

| | | |
|---|---|---|
| 6. | UCSB00302819 | Do Not Produce |
| 7. | UCSB00302820 | Do Not Produce |
| 8. | UCSB00329491 | Produce |
| 9. | UCSB00329764 | Produce |
| 10. | UCSB00337961 | Do Not Produce |
| 11. | UCSB00367594 | Produce |
| 12. | UCSB00367704 | Produce |
| 13. | UCSB00370786 | Do Not Produce |
| 14. | UCSB00390325 | Do Not Produce |
| 15. | UCSB00396708 | Do Not Produce |

By **Thursday, January 31, 2013**, Edox shall release to the sharevault site, the documents identified above as "Produce." UCSB's assertion of the attorney-client privilege for these documents is **overruled**. UCSB's assertion of the attorney-client privilege to the documents identified above as "Do Not Produce" is **sustained**.

## Documents Claimed As Private and Confidential

Attached is the list of the 74 claimed private and confidential documents.

By **Thursday, January 31, 2013**, Edox shall produce No. 12 UCSB00311783 to William Pittard, U.S. House of Representatives at the email address below. This document should have been in the Congressional Privilege category.

UCSB's assertion that document nos. 2, 11, 13, 23 and 69 are protected from disclosure as private and confidential is overruled. By **Thursday, January 31, 2013**, Edox shall release these

documents to the sharevault site. UCSB's assertion that the remaining documents on the attachment are protected from disclosure as private and confidential is sustained.

**By 5:00 p.m. CST on Thursday, January 31, 2013, UCSB shall produce to the undersigned documents numbered 15, 20, 22, 49, 50, 54, 56 and 71 in readable format. It shall also produce to Edox the attachment to Document No. 11 (UCSB00311659) for production to the parties.**

**The deadline for an appeal of this order is 5:00 p.m. CST time on Thursday, January 31, 2013.** This order will not be suspended pending appeal unless ordered by Judge Barbier.[1]

New Orleans, Louisiana, this 30th day of January, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to serve:**

1) William Pittard
   U.S. House of Representatives
   William.Pittard@mail.house.gov

2) Captain Suzanne E. Englebert
   United States Coast Guard Retired
   sueenglebert@sseeservices.com

---

[1] As reflected, this is the seventh order relating to UCSB production of documents. The pace of the production has slowed the progress of this multi-district litigation and the lackadaisical approach to preparation of privilege logs and lack of briefing has caused the undersigned and her staff and Special Master Englebert to expend an enormous amount of time on this project. The documents found to be non-privileged and thus responsive to the subpoena must be produced. If an appeal ruling finds that a document is privileged, it may be subject to clawback.

3) Michael R. Goldstein
   Senior Counsel
   University of California - Santa Barbara
   Michael.Goldstein@ucop.edu

4) Nancy Hamill
   Chief Campus Counsel
   University of California - Santa Barbara
   Nancy.Hamill@ucop.edu