**MDL No. 2179**

ATTACHMENT TO SEVENTH SUPPLEMENTAL ORDER RE UCSB PRODUCTION

Claimed Confidential and Private Documents[1]

1.      UCSB00249924      Do Not Produce

2.      UCSB00249925      Produce

3.      UCSB00253827      Do Not Produce

4.      UCSB00253860      Do Not Produce

5.      UCSB00254189      Do Not Produce

6.      UCSB00254297      Do Not Produce

7.      UCSB00255294      Do Not Produce

8.      UCSB00255295      Do Not Produce

9.      UCSB00263705      Do Not Produce

10.     UCSB00300532      Do Not Produce

11.     UCSB00311659      Produce[2]

12.     UCSB00311783      Do Not Produce

13.     UCSB00316752      Produce

14.     UCSB00332317      Do Not Produce

15.     UCSB00332318      Do Not Produce

16.     UCSB00332627      Do Not Produce

17.     UCSB00332896      Do Not Produce

---

[1] Documents numbered 15, 20, 22, 49, 50, 54, 56 and 71 are corrupted or otherwise not readable.

[2] Astoundingly, this document and document No. 69 is an email communication with Rachel Maddow of MSNBC.  How UCSB believes such a communication is privileged is unexplained.  Not produced with this communication is an attachment which UCSB will be ordered to produce.

18.   UCSB00334902        Do Not Produce

19.   UCSB00334904        Do Not Produce

20.   UCSB00334910        Do Not Produce

21.   UCSB00334979        Do Not Produce

22.   UCSB00336351        Do Not Produce

23.   UCSB00336634        Produce

24.   UCSB00337471        Do Not Produce

25.   UCSB00337475        Do Not Produce

26.   UCSB00337760        Do Not Produce

27.   UCSB00337848        Do Not Produce

28.   UCSB00337945        Do Not Produce

29.   UCSB00337969        Do Not Produce

30.   UCSB00337983        Do Not Produce

31.   UCSB00337989        Do Not Produce

32.   UCSB00338017        Do Not Produce

33.   UCSB00338018        Do Not Produce

34.   UCSB00338047        Do Not Produce

35.   UCSB00338053        Do Not Produce

36.   UCSB00338089        Do Not Produce

37.   UCSB00345056        Do Not Produce

38.   UCSB00345057        Do Not Produce

39.   UCSB00357356        Do Not Produce

40.     UCSB00357734       Do Not Produce

41.     UCSB00359208       Do Not Produce

42.     UCSB00359209       Do Not Produce

43.     UCSB00359388       Do Not Produce

44.     UCSB00359389       Do Not Produce

45.     UCSB00361532       Do Not Produce

46.     UCSB00361533       Do Not Produce

47.     UCSB00362281       Do Not Produce

48.     UCSB00362924       Do Not Produce

49.     UCSB00362925       Do Not Produce

50.     UCSB00362926       Do Not Produce

51.     UCSB00362927       Do Not Produce

52.     UCSB00362933       Do Not Produce

53.     UCSB00363485       Do Not Produce

54.     UCSB00366026       Do Not Produce

55.     UCSB00366609       Do Not Produce

56.     UCSB00366610       Do Not Produce

57.     UCSB00389509       Do Not Produce

58.     UCSB00389510       Do Not Produce

59.     UCSB00389518       Do Not Produce

60.     UCSB00390141       Do Not Produce

61.     UCSB00390142       Do Not Produce

62.     UCSB00390150        Do Not Produce

63.     UCSB00390162        Do Not Produce

64.     UCSB00390272        Do Not Produce

65.     UCSB00390274        Do Not Produce

66.     UCSB00390283        Do Not Produce

67.     UCSB00390291        Do Not Produce

68.     UCSB00393763        Do Not Produce

69.     UCSB00412792        Produce

70.     UCSB00414318        Do Not Produce

71.     UCSB00414319        Do Not Produce

72.     UCSB00414320        Do Not Produce

73.     UCSB00414321        Do Not Produce

74.     UCSB00414322        Do Not Produce