# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
        "Deepwater Horizon" in the Gulf
        of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*      JUDGE BARBIER
        MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding Roland Chemali (Rec. doc. 8328)]

On January 21, 2013, Halliburton reported that Roland Chemali had found responsive emails on his computer.  Rec. doc. 8328.  The PSC responded.  Rec. doc. 8339.  Halliburton replied.  Rec. doc. 8327.  At the Working Group Conference on January 25, 2013, Halliburton reported that by the close of business on **Friday, February 1, 2013**, any new documents found on Chemali's computer will be produced.  If new documents are produced, the parties will be permitted to add them to their Phase One exhibit lists.  Rec. doc. 8373 at 4-5.

The PSC's requests for a supplemental deposition of Chemali and a forensic examination of his computer are denied.

New Orleans, Louisiana, this 30th day of January, 2013.

                 **SALLY SHUSHAN**
                 **United States Magistrate Judge**