IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including Civil Action No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**CONSENT MOTION FOR ENTRY OF ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE**

**Now Into Court** come the Economic and Property Damages Settlement Class, through Lead Class Counsel, and respectfully request the entry of the proposed ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE, submitted herewith, in accordance with the provisions of Section 4 of the ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT [Doc. 6276-1]. Lead Class Counsel have conferred with the Trustee and with Counsel for the BP Defendants. The Trustee and the BP Defendants have stated that they do not oppose entry of an Order in the form attached hereto and containing the terms and conditions set forth therein.

This 30th day of January, 2013.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |

E-Mail: sherman@hhkc.com

*Lead Class Counsel*

Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Lead Class Counsel*

**CERTIFICATE OF SERVICE**

      We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel and Patrick Juneau, Claims Administrator for the Economic and Property Damage Claims Settlement via the U.S. Postal Service or by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of January, 2013.

      /s/ Stephen J. Herman and James Parkerson Roy