# EXHIBIT A

# Curriculum Vitae
## of
## Alan Patrick Heisser

The James Street Group
713 Kirby Street
Lake Charles, LA 70601
Phone:  337-478-2200
Cell:   337-302-4621

**PROFESSIONAL EXPERIENCE:**
Mr. Heisser is an accomplished structured settlement broker, financial planner, consultant, and small business owner having been in the insurance/financial/structured settlement industry for 32 years.

Mr. Heisser is a broker with The James Street Group since 1998, a full-service structured settlement agency specializing in settling personal physical injury, wrongful death, product liability, and medical malpractice cases as well as other types of commercial claims using structured insurance solutions.

**EDUCATION:**
Bachelor of Arts:  McNeese State University, Lake Charles, Louisiana
Life Underwriting Training Fellow (LUTCF) Designation

**PROFESSIONAL LICENSING:**
Licensed Life Agent
Resident License – Louisiana
Non-Resident license – numerous states
Hold Series 6 and 63 designations with the NASD

**PROFESSIONAL/COMMUNITY ORGANIZATIONS:**
National Structured Settlements Trade Association
National Association of Life Underwriters
National Football League Players Association
McNeese University Foundation Board
Cops & Jocks Charity Golf Tournament – Co-Founder

**AWARDS & RECOGNITIONS:**
Million Dollar Roundtable (MDRT)
National Quality Award (NQA)
National Sales Achievement Award (NSAA)
Citizen of the Year – Lake Charles Police Department Recognition