# EXHIBIT B



## RINGLER ASSOCIATES

# WAYNE WAGNER, JD, CSSC

Wayne has been in charge of the New Orleans office since he joined Ringler Associates. He has over 30 years of experience in the areas of insurance, law, and banking.

After a two-year stint in the Army, Wayne worked as a Loan Officer and as a Branch Manager of several savings and loan associations in the New Orleans area.

In 1978, he entered the insurance industry as a field underwriter with Home Life Insurance Company concentrating on estate planning needs, funded through group and individual life, annuity, and disability income products.

Two years later, he negotiated his first structured settlement. In 1981, he formed Structured Benefit Plans, a local firm promoting structured settlements exclusively.

A New Orleans native, Wayne earned his Juris Doctor degree from Tulane University Law School, having previously received his Bachelor of Arts degree from Tulane University.

Wayne has found that the combination of his education with his experience in the fields of law, insurance, banking, investments, and estate planning have been invaluable to the structured settlement process.

Wayne is a member of the Louisiana State Bar Association and the National Structured Settlements Trade Association (NSSTA). He received the Certified Structured Settlement Consultant (CSSC) designation form NSSTA in conjunction with the University of Notre Dame. He is also a member of the Louisiana Association for Justice (LAJ), the Alabama Association for Justice (ALAJ), the Mississippi Association of Justice (MAJ), and the Tennessee Association for Justice (TNAJ).

wwagner@ringlerassociates.com
866-229-1154
571-323-0628 (fax)