# EXHIBIT E



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## ATTACHMENT C: STRUCTURED SETTLEMENT OPTION

To be eligible to receive Periodic Payments under the Structured Settlement Option, Claimant must complete and sign this Attachment C, which contains terms specific to the election of the Structured Settlement Option and requires Claimant to supply certain information and documentation regarding the Structured Settlement Option.

To receive Periodic Payments through the Structured Settlement Option, you must fully complete Part I below.  **IF THIS ATTACHMENT C IS NOT SUBMITTED BY THE DEADLINE DATE ON YOUR ELIGIBILITY NOTICE, OR IF A FULLY COMPLETE PART I AND PART II ARE NOT INCLUDED, YOU WILL ONLY BE ELIGIBLE TO RECEIVE THE AWARD AMOUNT AS A LUMP SUM PAYMENT.**

<u>Do not complete Part II below</u> – this must be completed by the Court-approved structured settlement broker you have selected to assist you in electing the Structured Settlement Option.

<u>Do not complete Part III below</u> – this will be completed by the Settlement Trustee (or designee), provided that all requirements of the Structured Settlement Option have been satisfied.

**DO NOT SUBMIT THIS ATTACHMENT C DIRECTLY TO THE CLAIMS ADMINISTRATOR – THIS ATTACHMENT C MUST BE SUBMITTED ON YOUR BEHALF BY YOUR COURT-APPROVED STRUCTURED SETTLEMENT BROKER.**

## PART I: CLAIMANT STRUCTURED SETTLEMENT TERMS, CERTIFICATIONS, INFORMATION AND DOCUMENTATION

1. **Definitions.** For purposes of this Attachment C to the **Individual Release**, the following additional definitions shall apply, and in the case of defined nouns, the singular shall include the plural and vice versa:

    a. "**Annuity Issuer**" means, in the context of the **Structured Settlement Option**, the insurance company issuing the annuity or funding agreement purchased by the **Assignee** to fund the **Periodic Payments**. The **Annuity Issuer** and the **Assignee** may be related entities.

    b. "**Assignee**" means, in the context of the **Structured Settlement Option**, the party assigned the obligation of making **Periodic Payments** to the **Claimant** by the **Settlement Trustee**. The **Assignee** funds this obligation through purchase of an annuity or funding agreement from an **Annuity Issuer**, which is an insurance company which may be related to the **Assignee**.

    c. "**Award Amount**" means the amount listed as the "Award Amount" on the Eligibility Notice sent to **Claimant** as an official communication from the **Claims Administrator** for the **Settlement Program**.

    d. "**Court**" means the United States District Court for the Eastern District of Louisiana.


**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

e. "**Directed Trustee**" means the directed trustee of the **Settlement Trust**.

f. "**Periodic Payments**" means, in the context of the **Structured Settlement Option**, the payments made to a **Claimant** over time instead of in a lump sum, such **Periodic Payments** to be funded by the **Structured Settlement Amount**.

g. "**Released Claims**" shall, in addition to the definition set forth in the **Individual Release**, include, and the release and covenant not to sue described in Paragraph 2 of the **Individual Release** applies to, all claims arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Structured Settlement Option**, including, but not limited to, any claims that the **Assignee** has not paid **Claimant** some or all of the **Periodic Payments** due to **Claimant**, any claims related to any actions or omissions of the **Directed Trustee**, the **Settlement Trustee**, the **Settlement Trust** or the other **Released Parties**, any claims regarding the tax, financial or other consequences of selecting the **Structured Settlement Option** to **Claimant**, and any claims regarding the actions or omissions of any **Annuity Issuer**, **Assignee**, or **Court**-approved structured settlement broker.

h. "**Released Parties**" shall, in addition to the definition set forth in the **Individual Release**, include the **Settlement Trust**, the **Settlement Trustee** and the **Directed Trustee**.

i. "**Settlement Trustee**" means the trustee of the **Settlement Trust**. The **Settlement Trustee** also serves as the **Claims Administrator**, and any references to the **Settlement Trustee** shall be deemed to include the **Claims Administrator** acting in his capacity as the **Settlement Trustee**.

j. "**Structured Settlement Amount**" means the portion of the **Award Amount** paid to the **Assignee** by the **Settlement Trustee** on behalf of the **Settlement Trust** pursuant to a **Structured Settlement Option** elected by a **Claimant**.

k. "**Structured Settlement Option**" means an option pursuant to which the **Settlement Trustee**, on behalf of the **Settlement Trust**, agrees to make **Periodic Payments** to a **Claimant**, conditioned upon the **Settlement Trustee** assigning such obligation to make the **Periodic Payments** to the **Assignee**; upon assignment and payment of the **Structured Settlement Amount** by the **Settlement Trustee** to the **Assignee**, the **Assignee** assumes all liability for the **Periodic Payments** and the **Settlement Trustee**, the **Settlement Trust** and the other **Released Parties** are released from any liability of any kind for the **Periodic Payments** or relating to the **Structured Settlement Option**; the **Assignee** then provides for payment of such **Periodic Payments** through purchase of an annuity or funding agreement from an **Annuity Issuer**. If a **Claimant** does not elect a **Structured Settlement Option**, or for any portion of the **Award Amount** for which the **Claimant** does not elect a **Structured Settlement Option**, the **Claimant** will receive a lump sum payment directly from the **Settlement Trust** through the **Court**-appointed **Claims Administrator** and the **Settlement Program** in the normal manner in which such payments are issued.

2. **Structured Settlement Option.** **Claimant**, through a **Court**-approved structured settlement broker, is timely submitting this Attachment C to the **Individual Release** to irrevocably elect the **Structured Settlement Option** to receive all or a portion of Claimant's payment over time in the form of **Periodic Payments** instead of in a lump sum. **Claimant** is required to provide certain


**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

information and documentation regarding the **Structured Settlement Option** on this Attachment C; if **Claimant** does not provide complete and accurate information and documentation as required on this Attachment C, **Claimant's** election of the **Structured Settlement Option** will be deemed void and **Claimant** will receive a lump sum payment directly from the **Settlement Trust** through the **Court**-appointed **Claims Administrator** and the **Settlement Program**.  With respect to the **Structured Settlement Option**:

a. Selection by **Claimant** of the **Structured Settlement Option** shall not increase the payment obligation referred to in Paragraph 2 of the **Individual Release** (with any fees or expenses of the structured settlement broker, **Assignee** or **Annuity Issuer** to be payable from the **Structured Settlement Amount**).

b. The **Assignee** is the sole party to whom the **Settlement Trustee** or the **Settlement Trust** owes the obligation to pay the **Structured Settlement Amount** for all purposes including specifically Section 1.461-1(g)(1)(ii) of the Treasury Regulations (Title 26, Code of Federal Regulations); provided, however, that the **Settlement Trustee** shall have no obligation to pay the **Structured Settlement Amount** to the **Assignee** unless and until the **Settlement Trustee** (or designee) executes this Attachment C.  The payment of the **Structured Settlement Amount** by the **Settlement Trust** to the **Assignee** shall fulfill all obligations that any **Released Parties** (including the **Settlement Trustee** and the **Settlement Trust**) have to **Claimant** or any party under the **Settlement** with respect to the **Structured Settlement Amount** or **Claimant's** election of the **Structured Settlement Option**, including any **Periodic Payments** thereunder. **Claimant** shall have no claim with respect to the **Periodic Payments** or relating to the **Structured Settlement Option** (including any other benefits with respect to **Claimant's** election of the **Structured Settlement Option** against any **Released Parties**, including the **Settlement Trustee** and the **Settlement Trust**; the **Settlement Trustee**, the **Settlement Trust** and the other **Released Parties** have no liability or any kind for the **Periodic Payments** or relating to the **Structured Settlement Option**, including arising from or relating to the actions or omissions of any **Annuity Issuer**, **Assignee**, or **Court**-approved structured settlement broker.

c. Upon assignment and payment of the **Structured Settlement Amount** by the **Settlement Trustee** to the **Assignee**, **Claimant** irrevocably gives up any right, under any circumstances, to seek from the **Settlement Trustee**, the **Settlement Trust** or the other **Released Parties**: (1) any further payments with regard to **Claimant's Structured Settlement Option** or **Structured Settlement Amount**, including in any circumstances where, for any reason, **Claimant** fails to receive all the future **Periodic Payments** at any time, (2) any further payments with respect to any action of the **Settlement Trustee**, the **Settlement Trust** or the other **Released Parties**, related to the **Structured Settlement Option**, as well as (3) any further payments regarding any tax, financial or other consequences of the **Structured Settlement Option**.

d. **Claimant** has sole responsibility for the tax, financial, and other consequences of the **Structured Settlement Option** to **Claimant**, including the decision to elect the **Structured Settlement Option**, and shall have no claim against the **Settlement Trustee**, the **Settlement Trust** or the other **Released Parties** in the event that **Claimant** fails, for any reason, to obtain the tax, financial or other benefits he, she or it expected to achieve from the **Structured Settlement Option**.  No opinion regarding the tax consequences of this **Structured Settlement Option** to



**Claimant** has been given or will be given by the **Released Parties**, nor is any representation or warranty in this regard made by virtue of the **Individual Release** (including this Attachment C). **Claimant** must consult his, her or its own tax advisors regarding the tax consequences of the **Structured Settlement Option** and any tax reporting obligations they may have with respect thereto. **Claimant's** tax obligations, and the determination thereof, are his, her, or its sole responsibility, and it is understood that the tax consequences may vary depending on **Claimant's** particular circumstances. The **Released Parties** shall have no liability or responsibility whatsoever for any such tax consequences resulting from payments under the **Structured Settlement Option**. To the extent required by law, payments made from the **Settlement Trust** under the **Individual Release** (including this Attachment C) will be reported to the appropriate authorities.

e. **Claimant** has consulted with a **Court**-approved structured settlement broker. **Claimant** has sole responsibility for the selection of the **Court**-approved structured settlement broker used to assist **Claimant** in connection the **Structured Settlement Option**, as well as selection of the **Assignee** and the **Annuity Issuer**; therefore, the **Settlement Trustee**, the **Settlement Trust** and the other **Released Parties** do not endorse, and shall have no liability to **Claimant** resulting from the selection of such structured settlement broker, **Assignee** or **Annuity Issuer** or from the actions or omissions of such structured settlement broker, **Assignee** or **Annuity Issuer**. **Claimant** has received full disclosure from the structured settlement broker regarding the offshore status of the **Assignee** and the **Annuity Issuer**, as applicable.

f. **Claimant** understands and agrees that the **Settlement Trustee** will not pay the **Structured Settlement Amount** to the **Assignee** until such time as: (1) all required documents associated with the **Structured Settlement Option** have been properly executed and timely provided by the **Court**-approved structured settlement broker, on behalf of **Claimant**, to the **Settlement Trustee** (including execution of this Attachment C by the **Settlement Trustee** (or designee) on behalf of the **Settlement Trust** in Part III, execution of the certification by a **Court**-approved structured settlement broker on Part II of this Attachment C, and execution of the structured settlement assignment and release form by **Claimant** and **Assignee**), and all such documents must be consistent with, and contain no language inconsistent with, this **Individual Release**, including, without limitation, the provisions of this Attachment C; (2) the Settlement Trustee has received a certification by a **Court**-approved structured settlement broker on Part II of this Attachment C that all such documentation has been properly executed and timely provided to the Settlement Trustee (including execution of the structured settlement assignment and release form by Claimant and Assignee), and that all such documents are consistent with, and contain no language inconsistent with, this Individual Release, including, without limitation, the provisions of this Attachment C; and (3) the Settlement Trustee has verified the accuracy of the information contained in such certification received from the **Court**-approved structured settlement broker.

g. **Claimant** must personally sign this Attachment C to the **Individual Release**, rather than through an attorney or otherwise. An original signature is required (a photocopy, fax, pdf image or electronic signature is insufficient). In addition to signing, attesting to and vouching for the accuracy of the certifications in this Attachment C to the **Individual Release**, **Claimant** agrees to provide required information and documents regarding the **Structured Settlement Option**, which shall be transmitted to the **Settlement Trustee** by the **Court**-approved structured

Claimant ID:
Claim ID:



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

settlement broker.

    h. The **Structured Settlement Option** does not affect the **Claimant's** obligation to pay any attorneys' fees or satisfy any potential attorney-fee liens described in Paragraph 19 of the **Individual Release**. Any payments by the **Settlement Trustee** pursuant to a **Structured Settlement Option** shall be subject to the liens or claims of third parties that the **Settlement Trustee** has found payable pursuant to the procedures of the **Settlement Trust** and any applicable Order of the **Court** relating to such claims or payments. If a lien or claim of third party reduces the **Structured Settlement Amount** paid to **Assignee**, the **Periodic Payments** listed in Attachment C and the assignment and release document will be amended accordingly.

    i. **Claimant** has the right to consult with an attorney of his, her or its choosing regarding the **Structured Settlement Option** before completing this Attachment C.

3. **Claimant** hereby signs to, attests to and vouches for the completeness and accuracy of the certification, information and documentation below:

    a. I elect the **Structured Settlement Option** for all, or a portion of, the total payment obligation referred to in Paragraph 2 of the **Individual Release**, listed as the **Structured Settlement Amount** below, through my timely submission of this Attachment C to the **Individual Release**, and understand that I will receive any remaining portion of the **Award Amount** in the form of a lump sum directly from the **Settlement Trust** through the **Court**-appointed **Claims Administrator** and the **Settlement Program**.

    b. Upon submission of this Attachment C to the **Individual Release**, my election of the **Structured Settlement Option** is irrevocable.

    c. I understand that this **Structured Settlement Option**, including any **Periodic Payments** thereunder, is subject to the terms of the **Individual Release**, including without limitation the provisions of this Attachment C to the **Individual Release**.

    d. I have included all requested information and documentation referenced below in this Part I, and all such information and documentation is complete and accurate.

    e. If I am electing the **Structured Settlement Option** for an **Award Amount** listed on my first **Eligibility Notice**, then I am also submitting my **Individual Release** together with this Attachment C to the **Individual Release**. I further understand that if I have already submitted my **Individual Release** with respect to this **Award Amount** or if I accepted the **Award Amount** in advance of submitting this Attachment C, then I am not eligible to elect the **Structured Settlement Option** for this **Award Amount**.

    f. I understand that the **Settlement Trustee** shall not pay the **Structured Settlement Amount** to the **Assignee** until such time as the **Individual Release** and this Attachment C to the **Individual Release** are fully executed (including execution of this Attachment C by the **Settlement Trustee** (or designee) on behalf of the **Settlement Trust** in Part III, execution of the certification by a

Claimant ID:
Claim ID:



**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

> **Court**-approved structured settlement broker on Part II of this Attachment C, and execution of the structured settlement assignment and release form by **Claimant** and **Assignee**), and all required documents associated with the **Structured Settlement Option** contain no language inconsistent with the **Individual Release** and this Attachment C to the **Individual Release**. I further understand that, if I do not fully execute this Attachment C, then I will only be eligible to receive my **Award Amount** as a lump sum payment directly from the **Settlement Trust** through the **Court**-appointed **Claims Administrator** and the **Settlement Program**.

g. I understand that, assuming that all requirements of this **Structured Settlement Option** have been satisfied:

   (1). The **Settlement Trustee,** on behalf of the **Settlement Trust**, shall assign all liability for the **Periodic Payments** to the **Assignee** by entering into a structured settlement assignment and release with the **Assignee** identified on this Attachment C;

   (2). The **Assignee** shall fund its liability to make the **Periodic Payments** through purchase of an annuity or funding agreement from the **Annuity Issuer** identified on this Attachment C;

   (3). The **Assignee**, or a trust established by the **Assignee**, as applicable, shall be the sole owner of the funding agreement or annuity purchased from the **Annuity Issuer** to fund the **Assignee's** liability to make the **Periodic Payments** and shall have all rights of ownership;

   (4). The **Assignee**, or the trust established by the **Assignee**, may have **Annuity Issuer** mail payments directly to **Claimant**. **Claimant** shall be responsible for maintaining a current mailing address with the **Assignee**. The obligation of the **Assignee** to make each **Periodic Payment** shall be fully discharged upon the mailing of a valid check or electronic funds transfer in the amount of such **Periodic Payment** on or before the due date to the last address on record for **Claimant** with the **Assignee**;

   (5). Any **Periodic Payment** made after the death of **Claimant** shall be made to such person or entity as shall be designated in writing by **Claimant** to the **Assignee**. If no such person or entity is so designated by **Claimant**, such payments shall be made to the estate of **Claimant**;

   (6). The **Annuity Issuer** shall issue a guarantee of the **Assignee's** liability to make the **Periodic Payments** to **Claimant** or **Claimant's** beneficiary, which **Periodic Payment** liability is assumed by the **Assignee** through the structured settlement assignment and release; and

   (7). **Periodic Payments** cannot be accelerated, deferred, increased or decreased by **Claimant**, nor shall **Claimant** have the power to sell or mortgage or encumber same, or any part thereof, nor anticipate the same, or any part hereof, by assignment or otherwise.

h. I was notified of my right to consult with an attorney of my choosing regarding the **Structured Settlement Option** before completing this Attachment C, and of the requirement that I consult with a **Court**-approved structured settlement broker regarding structured settlements.



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

i. The contact information for the **Court**-approved structured settlement broker I have consulted with is listed below (A list of **Court**-approved structured settlement brokers is available at www.deepwaterhorizoneconomicsettlement.com/structuredsettlement.php). This **Court**-approved structured settlement broker assisted me in completing this Attachment C, and has provided the required certification on Part II of this Attachment C (including a certification that **Claimant** has timely and properly elected the **Structured Settlement Option**, that **Claimant** has completed and properly executed all required information and documentation to elect the **Structured Settlement Option**, and all such required information and documentation have been transmitted to the **Claims Administrator**). I authorize this **Court**-approved structured settlement broker, the **Settlement Trustee**, the **Court**-appointed **Claims Administrator** and the **Settlement Program** to use and disclose any information among them as is deemed necessary and/or helpful to process my election of the **Structured Settlement Option** and to any legitimate business purposes associated with administering the settlement facility. I authorize this **Court**-approved structured settlement broker to submit my **Individual Release**, if applicable, and this Attachment C to the **Individual Release** (including all required information and documentation) to the **Claims Administrator**.

j. The **Court**-approved structured settlement broker provided me with a certification that the **Annuity Issuer** identified on this Attachment C is an "A+ XV and above" established insurance company, and disclosed to me the offshore status of the **Assignee** and the **Annuity Issuer**, as applicable.

k. The information regarding my structured settlement is as follows:

Funding of Structured Settlement

1. Total Award Amount: $_____

2. Structured Settlement Amount that will be used to fund your Periodic Payments as part of the Structured Settlement Option: $_____

3. Amount that you elect to receive now in a lump sum: $_____

**N.B. The amount listed on Line 1 must equal the total of the amounts listed on Lines 2 and 3 (Line 1 = Line 2 + Line 3).**



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Court-approved Structured Settlement Broker:**

_____
Contact Name

_____
Structured Settlement Broker Entity

_____
Address Line 1

_____
Address Line 2

_____
Email/phone/fax

**Assignee:**

_____
Contact Name

_____
Entity Name

_____
Address Line 1

_____
Address Line 2

_____
Email/phone/fax

_____
Wiring Instructions

**Annuity Issuer:**

_____
Contact Name

_____
Entity Name

_____
Address Line 1

_____
Address Line 2

_____
Email/phone/fax



| Periodic Payment Schedule: | |
|---|---|
| Payment Amount | Payment Date |

Structured settlement assignment and release form, already executed by Claimant and Assignee, must be attached hereto.

## SIGNATURES

_____  _____  _____
**Claimant's** Name       **Claimant's** Signature (and Title,   Date
                          if Business Entity Claimant)

_____  _____  _____
**Claimant's** Spouse's Name,   **Claimant's** Spouse's Signature,   Date
if applicable                   if applicable


**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## PART II: CERTIFICATION BY COURT-APPROVED STRUCTURED SETTLEMENT BROKER

An authorized representative of the **Court**-approved structured settlement broker listed below hereby signs to, attests to and vouches for the completeness and accuracy of the certification below regarding **Claimant's Structured Settlement Option**:

a. The structured settlement broker of which I am an authorized representative has been approved by the **Court** to assist **Claimants** with respect to the **Structured Settlement Option**, and has complied with all requirements of the **Court** with respect to the **Structured Settlement Option**, including with respect to this **Claimant** on whose behalf this Attachment C to the **Individual Release** is being submitted to the **Claims Administrator**.

b. The **Court**-approved structured settlement broker of which I am an authorized representative consents to the exclusive jurisdiction of the **Court** with respect to any disputes or proceedings arising out of the **Structured Settlement Option** on this Attachment C, and has obtained written consent from both the **Annuity Issuer** and **Assignee** that they also consent to the exclusive jurisdiction of the **Court** with respect to any disputes or proceedings arising out of the **Structured Settlement Option** on this Attachment C.

c. **Claimant** has timely and properly elected the **Structured Settlement Option**.

d. **Claimant** has completed and properly executed all documents necessary to effectuate **Claimant's** election of the **Structured Settlement Option**.

e. The **Court**-approved structured settlement broker of which I am an authorized representative has provided **Claimant** with a certification that the **Annuity Issuer** identified on this Attachment C is an "A+ XV and above" established insurance company, and has disclosed to **Claimant** the offshore status of the **Assignee** and the **Annuity Issuer**, as applicable.

f. The **Court**-approved structured settlement broker of which I am an authorized representative is timely transmitting, by no later than the **Deadline Date** on **Claimants' Eligibility Notice**, the **Individual Release** (to the extent applicable), and all completed and properly executed documents necessary to effectuate **Claimant's** election of the **Structured Settlement Option**, and such documents contain no language inconsistent with the **Individual Release** and this Attachment C to the **Individual Release**.

Court-Approved Structured Settlement Broker Name: _____

| Name of Authorized Representative of Court-Approved Structured Settlement Broker | Authorized Representative Signature and Title | Date |
|---|---|---|


**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## PART III: SETTLEMENT TRUSTEE ACCEPTANCE OF STRUCTURED SETTLEMENT

The **Settlement Trustee** agrees, on behalf of the **Settlement Trust**, to make the **Periodic Payments** listed in Part I above to or on behalf of **Claimant**, conditioned upon the **Settlement Trustee** assigning such obligation to make the **Periodic Payments** to the **Assignee**. With respect to the **Periodic Payments**, the sole obligation of the **Settlement Trustee**, on behalf of the **Settlement Trust**, shall be to pay the **Structured Settlement Amount** to the **Assignee** as consideration of the **Assignee's** assumption of the entire obligation to make the Periodic Payments described in Part I above. Upon execution of this Part III, the **Settlement Trustee**, on behalf of the **Settlement Trust**, shall assign the **Settlement Trust's** obligation to make the **Periodic Payments** by executing the structured settlement assignment and release form attached hereto (provided that such assignment and release form must already be executed by both **Claimant** and **Assignee**).

**The Settlement Trustee's acceptance of Claimant's Structured Settlement Option is subject to the terms of the Individual Release, including, without limitation, the provisions of this Attachment C to the Individual Release.**

**Trustee of Settlement Trust (or designee)**
Patrick Juneau

By:_____          _____
    Patrick Juneau                            Date