AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Pearl River Fisheries of Louisiana, LLC, Bayou Carlin Fisheries, Inc. and Bayou Caddy Fisheries, Inc.

*Plaintiff(s)*

v.

BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Corporation North America Inc. and BP Products North America Inc.

*Defendant(s)*

Civil Action No. 12-cv-02665 "J"(1)
In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
MDL 2179

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP America Inc.
Through its registered agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Miles P. Clements, Esq.
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Deputy clerk's signature

Jan 24 2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-02665

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BR AMERICAN, INC__
was received by me on *(date)* __1/25/13__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __TREVOR GAROUTTE__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __CT CORP. SVS__
_____ on *(date)* __1/25/13__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1/25/13__

__Walter Kimel__
*Server's signature*

__WALTER KIMEL__
*Printed name and title*

__424 REALTY DR STE C GRETNA, LA 70053__
*Server's address*

Additional information regarding attempted service, etc: