UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Adolphus, Mars
Alarid, Jana
Amayo, Rita
Antoinette, Bruce
Arnaout, Alex
Arrington, Tavon
Avila, Warren
Baker, Timothy
Balkcom, Lee
Batiste, Esther
Begnaud, Kerry Lynn
Bennett, Jeffery
Bilka, Robert
Boykin, Sharon
Brownell, William E.
Byers, Brantley
Byrd, Hollis
Byrd, Scott
Callier, Robert
Carrier, Robert D.

This the _____ day of _____, 2013.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE