**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Cartagena, Carlos
Chadwick, Susan
Chandler, David A.
Chiepalich, MJ
Cohen, Allen
Comstock, Theodore
Cooper, Helen
Cowgill, Graeme
Craven, Teddy, Jr.
Crosby, Frankie
Cross, Jamie Lynn
Cudzik, Jon
Dates, John
David Hirrlinger
Davidson, Jimmy
Deas, Jeffrey Devin
Dobson, Kevin
Doby, Richard
Doege, Jennice R.
Dubose, Terry

This the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE