UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Hermecz, Chris
Hill, Bobby
Hill, Paige J.
Hill, William A., Jr.
Hines, Corey
Hoag, Cory J.
Hodges, Jeff
Holloway, James B., III
Holt, Kelly
Hood, Jimmy L., II.
Horn, Tennyson Farish
Huffman, Lachell
Hurd, Tavares
Jackson, Sarah
Jackson, Willie, Jr.
Jones, Marshall
Jones, Priscilla
Kelley, Chris
Kessler, David
King, Dana

This the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE