UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Mathis, Edward
May, Ricky D.
McBride, Tommy
McCants, Clyde
McDaniel, Leonard
McMellon, Carrie
Meadows, William Michael
Moore, Sheila
Moran, April
Mosley, Lashawnda
Munn, Charles
Murphy, Simeon
Navas, Patsy
Nelson, Daphne
Nelson, Ricky
Nelson, William H.
Nunnery, Bradley
Owens, Bernadette
Palmer, James Hunter
Parks, Kailey

This the _____ day of _____, 2013.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE