**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| In Re: **Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| **Case No. 2:10-cv-08888-CJB-SS** | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Pascalli, Richard
Pearson, Margaret
Perez, Antonio
Perez, Jodi
Peterson, Angela
Pettaway, Devon
Pieri, Paul
Polk, Ricky Carl
Pommells, Claudius
Price, Nicole
Raley, Chris Sr.
Raley, Susan
Ratcliff, Willie
Reno, Phillip
Revere, Joshua
Rudolph, Timothy
Rush, Mary
Russell, Rocky
Salazar, Abel, Jr.
Salvadore Gendusa, III

This the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE