UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the<br>Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs listed herein in Attachment A. In further support, Movant states that all Plaintiffs will remain in the litigation and counsel has advised Plaintiffs of all relevant deadlines. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for all Plaintiffs at set forth in Attachment A.

Respectfully submitted this the 30th day of January, 2013.

/s/ *J. Parker Miller*
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

     I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed in Attachment A hereto attached on this the 30th day of January, 2013.

     All Plaintiffs have been made aware of all deadlines and pending court appearances.

                                                          __*/s/ J. Parker Miller*__
                                                          Of Counsel

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ATTACHMENT A

| Plaintiff | Termination Date | MDL Document No. |
|---|---|---|
| Sawyer, Connie | 10/13/2012 | 112601 |
| Scott, Viris W. | 9/14/2012 | 43408 |
| Sheppard, Andrew | 9/14/2012 | 44463 |
| Sherman, Robert B. | 9/14/2012 | 42796 |
| Simmons, Eric D. | 6/13/2012 | 65024 |
| Smith, Ashley | 8/27/2012 | 22639 |
| Smith, Derek | 8/27/2012 | 65826 |
| Smith, George | 8/27/2012 | 43800 |
| Smith, Jason | 6/8/2012 | 64479 |
| Sossaman, Robert C. | 10/14/2012 | 65019 |
| Sparks, Steven | 9/14/2012 | 44451 |
| Stanton, Reginald | 9/14/2012 | 55225 |
| Stevens, David | 10/28/2012 | 66802 |
| Stubbs, Shellie | 8/27/2012 | 53040 |
| Taylor, Henry | 10/14/2012 | 107495 |
| Traughber, Eric | 8/27/2012 | 107422 |
| Turner, Betty Jane | 9/3/2012 | 61148 |
| Wallace, Ron | 10/13/2012 | |
| Watson, Robert L. | 7/9/2012 | 142 |
| Weaver, Sherry S. | 10/14/2012 | 111632 |