UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | \* | MDL NO. 2179 |
| "Deepwater Horizon" in the | \* | |
| Gulf of Mexico, on April 20, 2010 | \* | SECTION: J |
| | \* | |
| | \* | |
| | \* | |
| This Document Relates To: | \* | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | \* | |
| | \* | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Wilkerson, Ronnie
Williams, David C.
Williams, Jermaine C.
Williams, Terri Delisa
Wills, Jack
Yelverton, Amy Lynnette
Young, Kerry
Zahavi, Jennifer
Zukaitis, Vicky

This the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE