OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 1/29/2013

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on 4/20/10

Case No. 10-2179 Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP PLC
   (address) North American Headquarters, 28100 Torch Parkway, Warrenville, Illinois 60555-3938
2. (name) Transocean Ltd.
   (address) 4 Greenway Plaza, Houston, TX 77046
3. (name) Transocean Offshore Deepwater Drilling, Inc.
   (address) 4 Greenway Plaza, Houston, TX 77046
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Albert Andry, Ryan Chaisson & Dustin King
Address 610 Barrone St. New Orleans, La 70113