UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

**ORDER ON THE UNITED STATES' MOTION TO COMPEL PRODUCTION OF PREVIOUSLY-WITHHELD DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE**

Upon consideration of the briefs of the Parties concerning the United States' Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege, and the attachments thereto, this Court finds that the United States has demonstrated that the crime-fraud exception applies. Therefore, BP shall produce all documents on which it previously asserted privilege, regardless of whether those documents were included on a privilege log, that relate to the development of (1) BP's statements to Congress on May 4, 2010, and BP's correspondence with Congress on May 24, 2010 and June 25, 2010; (2) the May 19, 2010 email from Doug Suttles to Adm. Landry; and (3) the Forms 6-K furnished to the SEC on April 29 and 30 and May 4, 2010 by BP p.l.c.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE SALLY J. SHUSHAN
UNITED STATES MAGISTRATE JUDGE