# Exhibit 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )   MDL NO. 2179

BY THE OIL RIG           )

"DEEPWATER HORIZON" IN )   SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010           )   JUDGE BARBIER

                         )   MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

30(b)(6) Deposition of Robert Sanders,
BP, Inc., taken at the Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 5th day of November,
2012.

```
 1                    MR. BENTSEN:  Objection, beyond the
 2      scope of the designation.
 3                    MR. EPPEL:  Objection, form.
 4          A.  I was not party to all of the particular
 5      calculations of flow rate.  From the relief well
 6      perspective, we take a range of pump rates that
 7      are calculated by other parties as our design
 8      basis.
 9          Q.  (By Ms. Himmelhoch) So you -- BP, in
10      an -- analyzing the flow rate of hydrocarbons
11      from the MC252, relied on other parties?
12                    MR. EPPEL:  Objection, form.
13                    MR. BENTSEN:  Objection, beyond the
14      scope.
15          A.  I wasn't party to all of the type of
16      calculations that were done and by whom.  I know
17      that there were calculations done by a variety of
18      entities for the flow -- for -- not for the flow
19      rate, but for the pump rate.
20          Q.  (By Ms. Himmelhoch) In your over 30 years
21      of experience, is it your understanding that in
22      order to identify the pump rate, you need to
23      assume a flow rate from the well you are trying
24      to dym -- dynamically kill?
25                    MR. EPPEL:  Objection, form.
```

1             MR. BENTSEN:  Objection, form.

2      Objection, beyond the scope.

3         A.   It is one of the inputs, I believe.

4         Q.   (By Ms. Himmelhoch) And where did the

5      input for the analysis for the relief well for

6      the MC252 -- let me start that question again.

7      That was horrible.

8             Did BP assume any particular flow rate in

9      conducting the analysis of how to perform the

10     dynamic kill using relief wells?

11            MR. EPPEL:  Objection, form.

12            MR. BENTSEN:  Objection, beyond the

13     scope.  The witness is not designated on bottom

14     kill.

15        A.   Again, I was not party to all of the --

16     the interactions and calculations of bottomhole

17     flowing pressure or rates.

18        Q.   (By Ms. Himmelhoch) Are you telling me

19     that BP did not do any analysis of the flow rate

20     of hydrocarbons from the MC252 Well when it was

21     designing the dynamic kill or the relief wells?

22            MR. EPPEL:  Objection, form.

23            MR. BENTSEN:  Objection, form.

24     Objection, beyond the scope.

25        A.   I'm not saying that.  I'm saying I was

1   includes relief wells.

2       A.   Again, the use that I believe I'm here to

3   represent is the dynamic kill, the rates that

4   were predicted, the pressures that were

5   predicted, how we executed the relief well, and

6   any potential dynamic kill that we would execute,

7   together with the cement isolation.

8       Q.   I'm sorry.  You believe you're here to

9   testify on beha -- on behalf of BP with respect

10  to the dynamic kill?

11      A.   The --

12              MR. BENTSEN:  Objection, scope.

13  He's not designated to talk about any kill

14  operations.

15              MR. WILLIAMS:  I -- I'm just looking

16  at his answer to my last question.

17              MR. BENTSEN:  I understand, but what

18  he's designated is what he's designated on.

19      Q.   (By Mr. Williams) Okay.  I think we all

20  agree you're designated to testify about relief

21  wells and Topic 12 with respect to relief wells.

22  So I'm taking that to be:  Did BP use flow rates

23  in designing, analyzing, considering, or

24  executing relief wells?

25      A.   Flow rates would have been a -- a

```
 1    component of a dynamic kill calculation.
 2         Q.  Would flow rates have been a component in
 3    any other way, of a relief well?
 4              MR. EPPEL:  Object to form.
 5              MR. BENTSEN:  Same objection.
 6         A.  Outside of the dynamic kill, I -- I
 7    wouldn't -- wouldn't know, sir.
 8         Q.  (By Mr. Williams) So as BP's Corporate
 9    Representative on Topic 12 with respect to the
10    relief wells, you're not aware of any analysis,
11    calculations, assumptions, or modeling of the
12    flow rate of hydrocarbons from the MC252 Well
13    undertaken by or on behalf of BP?
14         A.  I don't have specific knowledge of all
15    the different methods and techniques used to
16    calculate flow rates.  What I am aware of is what
17    I noted in the technical summary of rates to
18    dynamically kill the well, that would use flow
19    rate as one of its inputs.
20         Q.  Just to be clear, and I apologize if I'm
21    belaboring a point:  Was there any analysis of
22    flow rate conducted by or on behalf of BP in
23    connection with the analysis, consideration, or
24    execution of the relief wells?
25              MR. BENTSEN:  Objection, form.
```