# Exhibit 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*****************
VOLUME 1
*****************

Deposition of 30(b)(6)
DEPOSITION OF BP, BY AND THROUGH SIMON BISHOP, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 27th day of September, 2012.

Q. Okay. And you recall another possible explanation was loss of integrity in the wellbore?

A. Would be consistent with a lower wellhead pressure, yes, sir.

Q. Okay. So it would be a good idea to know whether that low wellhead pressure was a result of a loss of integrity or a high flow rate; is that fair?

MR. ROMAN: Object to the form.

A. I personally agree that that would be a very important condition.

Q. (BY MR. CHAKERES) Okay. Let us look at -- before we go there, did you review in the -- and concede, no need to -- to object on this basis -- that the actual shut-in protocol for -- for shutting in the well, did you -- did you review that procedure? It's not within your 30(b)(6) topic. I'm -- I'm just asking if you've seen it.

A. No, sir, I have not seen it.

Q. Okay. So you're not familiar with the precise order of operations in shutting in the well?

here. I would need information -- more information to make a proper comment on this, sir.

Q. (BY MR. CHAKERES) Well, there is the -- the phrase "Estimates of flowrate will be made"; is there not?

A. There is, sir.

Q. Okay. Is one possible read of this phrase that estimates of flow rate will be made?

MR. ROMAN: Object to the form, also beyond the scope.

A. It certainly states here estimates of flow rate so you're correct.

Q. (BY MR. CHAKERES) Okay. And I think we just stated before that if there is going to be a low shut-in pressure observed when the well was shut-in, that knowing what the flow rate was would be helpful in differentiating whether a low shut-in pressure was a result of high flow rate or well integrity failure?

MR. ROMAN: Same objections.

A. Yes, sir.

Q. (BY MR. CHAKERES) Okay. And so

it would make sense to estimate flow rate at the time of shut-in to potentially rule out or -- or provide notice of well integrity problems?

02:59 MR. ROMAN: Same objections.

Q. (BY MR. CHAKERES) Right?

A. So if it would be possible to measure flow rate, that, obviously, would be a very valuable piece of information.

02:59 Q. Okay. Do you have an opinion about whether it was possible to measure flow rate once the capping stack was installed?

MR. ROMAN: Object to the form; objection, way beyond the scope.

02:59 A. Sir, this is not something that I -- I undertake in my -- my personal discipline; therefore, I would find it very difficult to comment on that to my satisfaction.

02:59 Q. (BY MR. CHAKERES) I don't know if that quite -- my question -- my question is do you know if it was possible to -- to calculate flow rate when the capping stack was -- was put on?

02:59 MR. ROMAN: Same -- same objections.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*****************

VOLUME 2

*****************

Deposition of 30(b)(6) DEPOSITION OF BP, BY AND THROUGH SIMON BISHOP, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 28th day of September, 2012.

you're far away from zero, how would you know how long to extend the line?

Did I read that correctly?

A. Yes, sir, you did.

11:54 Q. And does this just reflect the fact that had BP known the flow rate at that point, it would have been a useful data point in interpreting shut-in top hole pressure?

MR. ROMAN: Object; form and scope.

11:54 A. Yes, sir.

Q. (BY MR. CHAKERES) Okay. And I'd like to now go to Tab 112, which I think you have in the other binder. And do you have in front of you an e-mail -- the top

11:55 e-mail from Mr. Merrill to Kelly McAughan and others dated July 20th, 2010?

A. Yes, sir, I do.

Q. Okay. We're going to go ahead and mark this as Exhibit 9340. And first

11:55 ask, do you recall reviewing this e-mail in preparation for your deposition?

A. May I just read it, sir, please?

Q. Go ahead.

A. Sorry, I don't recall seeing

11:56 this specific e-mail before, but the -- I've

Did I read that correctly?

A. Yes, sir, you did.

Q. And does this reflect that had BP known the flow rate at that point in time, it would inform its ability to interpret the pressure response of the reservoir after shut-in?

MR. ROMAN: Objection; form and scope.

A. Sir, in the pressure transient analysis that's being referenced here, then the -- an input for that pressure transient analysis is rated in order to be able to determine reservoir properties, sir.

Q. (BY MR. CHAKERES) And it would be -- it would be beneficial if BP had as much confidence as possible in that input; is that correct?

MR. ROMAN: Same objections.

A. Sir, if a -- if a rate were available, that would allow pressure transient analysis that is -- with that rate as an input to provide information about the reservoir.

Q. (BY MR. CHAKERES) And understanding more precisely the actual rate

of flow would likely lead to a better pressure transient analysis than having to assume a range of rates; is that fair?

MR. ROMAN: Same objections.

11:58 A. As a -- as an input, the more accurate the input, clearly the more accurate the output. So, yes, I agree.

Q. (BY MR. CHAKERES) Okay, thank you.

11:58 I'd like now if you could go with me to Tab 87. And we did mark that document as an exhibit? Yes.

Do you have in front of you an e-mail from Kate Baker to Roberta Wilson, 11:59 Trevor Hill, and Paul Tooms, dated July 4, 2010?

A. Yes, sir, I do.

Q. Okay. We'll go ahead and mark that as document -- as Exhibit No. 9341. And 11:59 I'll go ahead and ask if you're familiar with this e-mail chain.

A. Again, if I may read it, please, sir.

I've read it, sir, thank you.

12:01 Q. And are you familiar with this