# Exhibit 11

**David C. Nagel**
Executive Vice President
BP America Inc.

BP America Inc.
1101 New York Avenue, NW
Suite 700
Washington, DC 20005

Direct (202) 457-6561
Main (202) 785-4888
Fax (202) 457-6597

June 25, 2010

Honorable Edward J. Markey
Chairman
Subcommittee on Energy and Environment
Committee on Energy and Commerce
U.S. House of Representatives
2125 Rayburn House Office Building
Washington, D.C. 20515-6115

Re: Energy and Environment Subcommittee's Partial Release of Thirteen-Page Document

Dear Chairman Markey:

I am writing on behalf of BP America, Inc. (BPA) in response to the Energy and Environment Subcommittee's recent release of two pages (Attachments 6 and 7) of a thirteen-page document, which BPA provided in response to your request regarding flow rate estimates on May 24, 2010. I am writing to reiterate the facts relating to these documents in order to clarify any confusion or misunderstanding as to their content.

BPA has responded in good faith to all of your requests regarding flow rate estimates, as well as provided all information requested by Dr. Marcia McNutt, the leader and designated coordination point for information sought by the federal government's Flow Rate Technical Group (FRTG). We will continue to do so, making data, video footage and other resources available as needed.

That said, we are obliged to clarify the apparent confusion surrounding the "worst case" information previously provided to your Subcommittee. The "worst case" estimate of 100,000 barrels per day referenced on Attachment 7 was a hypothetical case based on a number of assumptions that did not reflect the conditions of the well at the time the estimate was made, or at the time the document was provided to you. Those hypothetical conditions still do not exist today. As noted in the document itself, that hypothetical case assumed that both the blowout preventer (BOP) and wellhead were removed, and that there were no downhole flow restrictions. In fact, the BOP and wellhead have not been removed. Accordingly, because the key assumptions that informed this "worst case" estimate were not present, it was reasonable to conclude that the "worst case" scenario was not applicable to the situation as it then existed.

Most importantly, there was no attempt to mislead, as your press statement suggests. A "worst case" estimate of 60,000 barrels per day was provided orally to Members of the House Energy and Commerce Committee on May 4 in response to a question during a technical briefing. That estimate was based on data and assumptions that existed at the time and was intended, in an effort to be fully transparent, to convey to Congress the worst result that could be expected under certain circumstances. Later, the estimate of 100,000 barrels per day was derived after pressure data was obtained from the BOP stack. Again, this subsequent, "worst case"

estimate assumed removal of the BOP stack and wellhead and no restrictions in the well bore – circumstances that did not exist then and do not exist today. All of this is laid out in the thirteen-page document from which the two released pages were extracted.

Finally, and as the Unified Command has repeatedly made clear, estimates as to flow rate are necessarily rough and accompanied by a high degree of uncertainty. Indeed, and to put all these estimates in context, when the FRTG first reported its preliminary estimates on May 27 (nearly a month after BPA briefed your Subcommittee), it stated that oil flow likely was in the range of 12,000 to 19,000 barrels of oil per day and only last week increased that estimate to 35,000 to 60,000 barrels, based on updated information and scientific assessments.

We appreciate your attention to this important matter and the opportunity to correct the record. If you have any questions or if we can be of further assistance to you and your staff, please feel free to contact me directly or Liz Reicherts at (202) 457-6585.

Sincerely,

David Nagel

cc: Chairman Henry Waxman
Ranking Member Joe Barton
Ranking Member Fred Upton