# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 25, 2013

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED JAN 29 2013  
LORETTA G. WHYTE  
CLERK

    No. 12-30237, In Re: Deepwater Horizon, et al  
        USDC No. 2:10-MD-2179

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

    ( 2 ) Volumes

The electronic copy of the record has been recycled.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: *Misty Lisotta*  
        Misty L. Lisotta, Deputy Clerk  
        504-310-7716

cc: (letter only)  
    Honorable Carl J. Barbier  
    Mr. Brad D. Brian  
    Ms. Rachel Giesber Clingman  
    Mr. John Michael Elsley  
    Mr. Everett R. Fineran  
    Mr. Jan K Frankowski  
    Mr. Donald Everett Godwin  
    Mr. Robert N. Habans Jr.  
    Mr. Sean Daniel Jordan  
    Mr. Daniel Benjamin Levin  
    Mr. Kerry J. Miller  
    Mr. Edwin G Preis Jr.  
    Mr. Steven Lynn Roberts  
    Mr. Kent C. Sullivan  
    Mr. Robert Alan York

P.S. to Judge Barbier: A copy of the opinion was sent to your office via email the day it was filed.