# Exhibit 3

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL       )   MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )   SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )   JUDGE BARBIER
                        )   MAG. JUDGE SHUSHAN




                    *****************
                         VOLUME 2
                    *****************


        Continuation of the 30(b)(6) Deposition
of Admiral Thad William Allen, United States of
America, taken at the Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 25th day of September,
2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              MR. FROST:  Object to form.
 2              MR. BROCK:  Form.
 3       A.   I -- I'm not sure should be my answer at
 4   that.
 5       Q.   (By Mr. Li) Okay.  On June 10th, you
 6   announced that the Federal Government had --
 7   well, strike that.
 8            On June 10th, you announced that, as the
 9   NIC, you had directed a Federal Scientific Group
10   to develop an estimate of how much oil was
11   flowing from BP's well, correct?
12       A.   Correct.
13       Q.   And as -- as we've already discussed,
14   this is the Flow Rate Technical Group?
15       A.   Correct.
16       Q.   And you said that developing an accurate
17   and scientifically grounded oil flow rate
18   information is vital, correct?
19              MR. FROST:  Object to form.
20       A.   Correct.
21       Q.   (By Mr. Li) You said it was vital both in
22   regards to the continued response and recovery,
23   correct?
24       A.   Correct.
25       Q.   And by "response," you meant source
```

1   control, well control, all of the various
2   responses that the -- that you would employ to
3   deal with the well, correct?
4              MR. FROST:  Object to form.
5              MR. BROCK:  Objection compound.
6              MR. FROST:  Compound.
7       A.   Yeah.  I would -- I would separate this
8   from well control and the response to the well.
9       Q.   (By Mr. Li) "Response" is a very broad
10  word.
11      A.   I --
12      Q.   What did you mean by it?
13      A.   I -- I said that, myself, earlier.
14      Q.   Yeah.  So what did you mean by it?
15      A.   What I said earlier was, flow rate became
16  important in terms of trying to size the
17  equipment needed for the surface response in
18  terms of skimming equipment boom, in situ burning
19  equipment, and that sort of thing.  And,
20  therefore, sooner or later, you had to reconcile
21  supply and demand with the amount of oil that was
22  out there versus the equipment that would be
23  needed to deal with it.  In that -- that portion
24  of the response, flow rate is consequential.
25      Q.   Okay.  Was flow rate also consequential

1     for source control options that you might select?
2        A.   As it relates to the pressure in the
3     well, and the various procedures associated with
4     capping containment, and so forth, and the
5     potential integrity of the wellbore itself, yes.
6        Q.   Okay.  It was also important to whether
7     various source control methods would -- strike
8     that.
9             Whether various well control methods
10    would succeed, correct?
11             MR. BROCK:  Objection, form.
12             MR. FROST:  Object to form.
13       A.   As I said earlier, it was -- it was
14    consequential, in that the different
15    interventions at the well had different affects
16    on the pressure inside the well, and, therefore,
17    the integrity of the wellbore.
18       Q.   (By Mr. Li) Okay.
19       A.   From that standpoint, yes.
20       Q.   So I -- so it was important -- the flow
21    rate was important in determining whether certain
22    well control techniques would succeed, correct?
23             MR. BROCK:  Objection, form.
24       A.   Again, I'm not an Expert in well control.
25    I think there's a difference in flow rate and