# Exhibit 4

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         )   MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )   SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010            )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN




                   *****************
                        VOLUME 1
                   *****************


             Deposition of 30(b)(6)
    DEPOSITION OF BP, BY AND THROUGH SIMON
    BISHOP, taken at Pan-American Building,
    601 Poydras Street, 11th Floor, New Orleans,
    Louisiana, 70130, on the 27th day of
    September, 2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|   |   |
|---|---|
| 1 | Q. Okay. And you recall another |
| 2 | possible explanation was loss of integrity in |
| 3 | the wellbore? |
| 4 | A. Would be consistent with a lower |
| 5 | wellhead pressure, yes, sir. |
| 6 | Q. Okay. So it would be a good |
| 7 | idea to know whether that low wellhead |
| 8 | pressure was a result of a loss of integrity |
| 9 | or a high flow rate; is that fair? |
| 10 | MR. ROMAN: Object to the form. |
| 11 | A. I personally agree that that |
| 12 | would be a very important condition. |
| 13 | Q. (BY MR. CHAKERES) Okay. Let us |
| 14 | look at -- before we go there, did you review |
| 15 | in the -- and concede, no need to -- to |
| 16 | object on this basis -- that the actual |
| 17 | shut-in protocol for -- for shutting in the |
| 18 | well, did you -- did you review that |
| 19 | procedure? It's not within your 30(b)(6) |
| 20 | topic. I'm -- I'm just asking if you've seen |
| 21 | it. |
| 22 | A. No, sir, I have not seen it. |
| 23 | Q. Okay. So you're not familiar |
| 24 | with the precise order of operations in |
| 25 | shutting in the well? |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | here.  I would need information -- more                  |
|       | 2  | information to make a proper comment on this,            |
|       | 3  | sir.                                                     |
|       | 4  |         Q.      (BY MR. CHAKERES)   Well, there          |
| 02:58 | 5  | is the -- the phrase "Estimates of flowrate              |
|       | 6  | will be made"; is there not?                             |
|       | 7  |         A.      There is, sir.                          |
|       | 8  |         Q.      Okay.  Is one possible read of          |
|       | 9  | this phrase that estimates of flow rate will             |
| 02:58 | 10 | be made?                                                 |
|       | 11 |         MR. ROMAN:  Object to the form, also            |
|       | 12 | beyond the scope.                                        |
|       | 13 |         A.      It certainly states here                |
|       | 14 | estimates of flow rate so you're correct.                |
| 02:58 | 15 |         Q.      (BY MR. CHAKERES)   Okay.  And I        |
|       | 16 | think we just stated before that if there is             |
|       | 17 | going to be a low shut-in pressure observed              |
|       | 18 | when the well was shut-in, that knowing what             |
|       | 19 | the flow rate was would be helpful in                    |
| 02:58 | 20 | differentiating whether a low shut-in                    |
|       | 21 | pressure was a result of high flow rate or               |
|       | 22 | well integrity failure?                                  |
|       | 23 |         MR. ROMAN:  Same objections.                    |
|       | 24 |         A.      Yes, sir.                               |
| 02:58 | 25 |         Q.      (BY MR. CHAKERES)   Okay.  And so       |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | it would make sense to estimate flow rate at             |
|       | 2  | the time of shut-in to potentially rule out              |
|       | 3  | or -- or provide notice of well integrity                |
|       | 4  | problems?                                                |
| 02:59 | 5  | MR. ROMAN:  Same objections.                             |
|       | 6  | Q.    (BY MR. CHAKERES)  Right?                          |
|       | 7  | A.    So if it would be possible to                      |
|       | 8  | measure flow rate, that, obviously, would be             |
|       | 9  | a very valuable piece of information.                    |
| 02:59 | 10 | Q.    Okay.  Do you have an opinion                      |
|       | 11 | about whether it was possible to measure flow            |
|       | 12 | rate once the capping stack was installed?               |
|       | 13 | MR. ROMAN:  Object to the form;                          |
|       | 14 | objection, way beyond the scope.                         |
| 02:59 | 15 | A.    Sir, this is not something that                    |
|       | 16 | I -- I undertake in my -- my personal                    |
|       | 17 | discipline; therefore, I would find it very              |
|       | 18 | difficult to comment on that to my                       |
|       | 19 | satisfaction.                                            |
| 02:59 | 20 | Q.    (BY MR. CHAKERES)  I don't know                    |
|       | 21 | if that quite -- my question -- my question              |
|       | 22 | is do you know if it was possible to -- to               |
|       | 23 | calculate flow rate when the capping stack               |
|       | 24 | was -- was put on?                                       |
| 02:59 | 25 | MR. ROMAN:  Same -- same objections.                     |

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         )   MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )   SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010            )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN




                    *****************
                        VOLUME 2
                    *****************



              Deposition of 30(b)(6)
    DEPOSITION OF BP, BY AND THROUGH SIMON
    BISHOP, taken at Pan-American Building,
    601 Poydras Street, 11th Floor, New Orleans,
    Louisiana, 70130, on the 28th day of
    September, 2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | you're far away from zero, how would you know                |
|       | 2  | how long to extend the line?                                 |
|       | 3  | Did I read that correctly?                                   |
|       | 4  | A.     Yes, sir, you did.                                    |
| 11:54 | 5  | Q.     And does this just reflect the                        |
|       | 6  | fact that had BP known the flow rate at that                 |
|       | 7  | point, it would have been a useful data point                |
|       | 8  | in interpreting shut-in top hole pressure?                   |
|       | 9  | MR. ROMAN:  Object; form and scope.                          |
| 11:54 | 10 | A.     Yes, sir.                                             |
|       | 11 | Q.     (BY MR. CHAKERES)  Okay.  And                         |
|       | 12 | I'd like to now go to Tab 112, which I think                 |
|       | 13 | you have in the other binder.  And do you                    |
|       | 14 | have in front of you an e-mail -- the top                    |
| 11:55 | 15 | e-mail from Mr. Merrill to Kelly McAughan and                |
|       | 16 | others dated July 20th, 2010?                                |
|       | 17 | A.     Yes, sir, I do.                                       |
|       | 18 | Q.     Okay.  We're going to go ahead                        |
|       | 19 | and mark this as Exhibit 9340.  And first                    |
| 11:55 | 20 | ask, do you recall reviewing this e-mail in                  |
|       | 21 | preparation for your deposition?                             |
|       | 22 | A.     May I just read it, sir, please?                      |
|       | 23 | Q.     Go ahead.                                             |
|       | 24 | A.     Sorry, I don't recall seeing                          |
| 11:56 | 25 | this specific e-mail before, but the -- I've                 |

|  |  |
|---|---|
| 1 | Did I read that correctly? |
| 2 | A. Yes, sir, you did. |
| 3 | Q. And does this reflect that had |
| 4 | BP known the flow rate at that point in time, |
| 11:57  5 | it would inform its ability to interpret the |
| 6 | pressure response of the reservoir after |
| 7 | shut-in? |
| 8 | MR. ROMAN: Objection; form and scope. |
| 9 | A. Sir, in the pressure transient |
| 11:57 10 | analysis that's being referenced here, then |
| 11 | the -- an input for that pressure transient |
| 12 | analysis is rated in order to be able to |
| 13 | determine reservoir properties, sir. |
| 14 | Q. (BY MR. CHAKERES) And it would |
| 11:58 15 | be -- it would be beneficial if BP had as |
| 16 | much confidence as possible in that input; is |
| 17 | that correct? |
| 18 | MR. ROMAN: Same objections. |
| 19 | A. Sir, if a -- if a rate were |
| 11:58 20 | available, that would allow pressure |
| 21 | transient analysis that is -- with that rate |
| 22 | as an input to provide information about the |
| 23 | reservoir. |
| 24 | Q. (BY MR. CHAKERES) And |
| 11:58 25 | understanding more precisely the actual rate |

|  |  |
|---|---|
| 1 | of flow would likely lead to a better |
| 2 | pressure transient analysis than having to |
| 3 | assume a range of rates; is that fair? |
| 4 | MR. ROMAN:  Same objections. |
| 11:58  5 | A.    As a -- as an input, the more |
| 6 | accurate the input, clearly the more accurate |
| 7 | the output.  So, yes, I agree. |
| 8 | Q.    (BY MR. CHAKERES)  Okay, thank |
| 9 | you. |
| 11:58  10 | I'd like now if you could go |
| 11 | with me to Tab 87.  And we did mark that |
| 12 | document as an exhibit?  Yes. |
| 13 | Do you have in front of you an |
| 14 | e-mail from Kate Baker to Roberta Wilson, |
| 11:59  15 | Trevor Hill, and Paul Tooms, dated July 4, |
| 16 | 2010? |
| 17 | A.    Yes, sir, I do. |
| 18 | Q.    Okay.  We'll go ahead and mark |
| 19 | that as document -- as Exhibit No. 9341.  And |
| 11:59  20 | I'll go ahead and ask if you're familiar with |
| 21 | this e-mail chain. |
| 22 | A.    Again, if I may read it, please, |
| 23 | sir. |
| 24 | I've read it, sir, thank you. |
| 12:01  25 | Q.    And are you familiar with this |