# Exhibit 20

From: Wood, Douglas G
Sent: Fri Jun 04 21:41:49 2010
To: Easley, Max; Haden, Steven K; Benko, Brittany D
Cc: Hill, Trevor; Tooms, Paul J
Subject: Change In Plume Volume (End of Riser vs Top of BOP)
Importance: Normal

All

I was asked by Trevor to provide some background on the differences between the plume seen at the end of the riser and that seen yesterday after the riser kink was removed to help with any work that may be conducted to attempt to determine total well flowrate.

**Impact of fluid temperature -**

- Flow through the insulated riser will have enabled the reservoir fluids to cool to seabed ambient temperature.
- Flow directly from the BOP will be at the WHFT
- The BOP plume temperature will therefore be 200 degF compared to the riser plume temperature of 40 degF
- PVT analysis has indicated that for the riser plume ~50% of the volume flow will be gas. In addition the oil volumes is 33% greater at sea bed pressure due to the gas in solution (oil volume formation factor)
- This implies that 1 barrel of oil at surface will give a total fluid volume of 2.63 barrels within the plume
- For the BOP case the PVT analysis indicates that ~66% of the volume will be gas and the oil volume is 35% greater at sea bed pressure
- This implies that 1 barrel of oil at surface will give a total fluid volume of 4.02 barrels within the plume
- Thus, for the same stock tank oil flow, the volume flow in the BOP plume is expected to be 53% greater than in the riser plume

I have included some of the background to this based on the work conducted by Farah Saida below.

**Flow Direction -**

- The plume from the riser is initially horizontal and deflects upwards due to density differences
- The plume from the BOP is vertical and the density differences maintains this direction
- This will give the appearance of a stronger plume at the BOP as the density differences will not aid early dispersion within the water column and the flow will maintain its shape over a greater distance

**Outlet Shape and Local Pressure Changes -**

- Partial crimping during the cutting of the pipe above the flex joint, combined with local restrictions and associated high pressure drops upstream of this outlet, are likely to produce jetting features in the flow with high velocity over part of the total flow area
- These higher velocity jets may give the appearance of a higher flowrate than was seen at the riser outlet

Hopefully this information helps with any questions.
Doug Wood
Skarv Subsea Manager
Office: +47 229 46621
Mobile: +47 4816 9227

CONFIDENTIAL

BP-HZN-2179MDL01831936
BPD193-010620

PVT Calculations

End Riser Conditions (2250 psig, 40 degF) - pre riser cutting

- Free gas density = 14.61 lb/ft3 at end riser conditions
- Free gas molecular weight = 20.74 (gas gravity = 0.7160)
- Liquid density = 47.20 lb/ft3 at end riser conditions
- Liquid formation volume factor = 1.329 at end riser conditions
- Gas volume percentage = 49.4% at end riser conditions
- Liquid volume percentage = 50.6% at end riser conditions
- Total volume at depth = 1.329/0.506 x Stock tank barrels at surface
- Volume ratio = 2.63

Top of BOP Conditions (2250 psig, 200 degF) - post riser cutting

- Free gas density = 7.95 lb/ft3 at top BOP conditions
- Free gas molecular weight = 21.01 (gas gravity = 0.7252)
- Liquid density = 44.77 lb/ft3 at top BOP conditions
- Liquid formation volume factor = 1.351 at top BOP conditions
- Gas volume percentage = 66.4% at top BOP conditions
- Liquid volume percentage = 33.6% at top BOP conditions
- Total volume at depth = 1.351/0.336 x Stock tank barrels at surface
- Volume ratio = 4.02

CONFIDENTIAL

BP-HZN-2179MDL01831937
BPD193-010621