U. S. DISTRICT COURT
Eastern District of Louisiana
FILED JAN 29 2013
LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 10, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., ET AL.<br><br>                    Plaintiff's,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC.: BP AMERICA PRODUCTION COMPANY; BP P.L.C.,<br><br>                    Defendant's | * * * * * * * * * * * * * | CIVIL ACTION NO. 12-970<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SUSHAN |
| GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA INTERVENERS<br><br>                    Plaintiff's<br><br>v.<br><br>BP P.L.C., THEIR TERRORIST, RICO AIDERS, ABETTERS, THOSE IN CONSPIRACY, ASSOCIATES, TERRORIST COUNTRY'S, STATES, UNKNOWN, UNADDED PARTIES, ET. AL.<br><br>                    Defendant's | * * * * * * * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SUSHAN |

GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA, PLAINTIFF'S, INTERVENERS, GEORGE MAY ON BEHALF OF HIS PREVIOUS ATTORNEY'S MOTION FOR SUMMARY JUDGEMENT,

TENDERED FOR FILING
JAN 29 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

JUDGEMENT AS A MATTER OF LAW, FACT, EVIDENCE, WITH
INCORPORATED MEMORANDUM OF LAW, FACT, EVIDENCE,
WITH SWORN AFFIDAVIT IN SUPPORT OF

COMES NOW, George May, George May on behalf of the State of Florida, Plaintiff's, Interveners, George May on behalf of his previous attorney's Nicolas J. Gutierrez, Jr., Jo Ann Barone, Lawrence K. Fagan, Stuart L. Stein and files this his Motion for Summary Judgement, Judgement as a Matter of Law, Fact, Evidence, with Incorporated Memorandum of Law, Fact, Evidence, with Sworn Affidavit in Support Of for cause herein as follows:

1. That on May 16, 2011 the defendant's BP, BP P.L.C., all business associates pertaining to BP, BP P.L.C., Halliburton, jointly and severally were defaulted by the Clerk of the United States District Court for the Eastern District of Louisiana. A true and correct copy of the Default is attached hereto as Exhibit "A" and is here incorporated by reference.

2. A default is an admission of all the well-pled allegations of the Claim, Complaint by George May, George May on behalf of the State of Florida, no response to the default, default judgement, judgement as a matter of law filed May, 16, 2011 was ever filed to this day by the defendant's mentioned herein above.

3. That to this day the defendant's mentioned herein above have not filed any response to my Motion to Modify

-2-

Judgement filed December 21, 2012 for treble damages of $27.5 Billion Dollars and to add parties in conspiracy, aiders, abetters, associates, interrelated by their contracts, acts of terrorism, Patriot Act, RICO Act violations pursuant to 18 U.S.C. §2, §3, §4, §371, §2333, §2339A,B,C,. See <u>Boim v. Holy Land Foundation</u>, 549 F.3d 685, 690-91, Venzor v. Gonzalez, 936 F. Supp. 445. (7th Cir. 2008); Pennzoil v. Texaco, Inc., 481 U.S. 1, 4, (1987); Queenie Ltd V. Nygard Int'l, 321 F.3d 282, 290, (2d Cir. 2003); <u>United States v. BP, BP PLC</u>, November 15, 2012 Guilty Plea Agreement, Five Year Probation Agreement violated by BP, BP p.l.c. Attached here is the evidence against BP, Bp p.l.c.. of their contracts, agreement with IRAN, Countries list on the United States of America Terrorist List, Terrorist.

3. Summary Judgement is proper here as the pleadings, depositions, answer to Interrogatories and admissions on file, together with affidavits, if any, show that there is no genuine issue as to any material fact, and that the moving party is entitled to judgement as a matter of law, Rule 56, Federal Rules of Civil Procedure; See <u>Anderson v. Aamco Transmission of Brevard, Inc.</u>, 265 So. 2d 5 (Fla. 1972); <u>Grissett v. Circle K. Corp. of Texas</u>, 593 So.2d 291, (Fla. 2 DCA 1992); A party opposing a properly supported Motion for Summary Judgement may not rest upon the mere allegations or

-3-

denials of his or her pleadings, but must set forthe specific facts showing that there is genuine issue for trial. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986); Soper v. Stine, 184 So. 2d 892 (Fla. 2d DCA 1966)

4. The pleadings, together with George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's before mentioned herein, plaintiff's, Interveners, affidavits here were filed with this Court on December 21, 2012 and those items of discovery filed with this court show that there is no genuine issue of law, or fact, that the plaintiff, George May, George May on behalf of the State of Florida Pursuant to his Claims for Tortious Interference with Contract and Prospective Economic by Economic Terrorist, Terrorist BP, BP P.L.C., their Terrorist States, Iran, their Terrorist Aiders, Abetters, those in Conspiracy, Associates all interrelated by their contracts, agreement are entitled to a Judgement as a Matter of Law for George May, George May on behalf of the State of Florida George May on behalf of his previous attorney's in the amount of treble $27.5 Billion Dollars, plus interest compounded annually from May 16, 2011 at the statutory rate and against BP, BP P.L.C., All Terrorist Business Associates pertaining to Halliburton, their Terrorist Associates, Iran. Attached here is the list by Kenneth R. Feinberg with added Terrorist,

-4-

without unnamed, unknown added Terrorist, Aiders, Abetters, those in Conspiracy, Associates, Terrorist Countries, Terrorist States, Terrorist in Complicity with BP, BP P.L.C.,

5. Based on the verified pleadings here, affidavits on file, and the record, there are no issues of fact in this cause, and final Summary Judgement should be entered against the defendant's mentioned herein above. See <u>Pennzoil v. Texaco, Inc., 481 U.S. 1,4 (1987); Queenie v. Nygard Int'l, 321 F. 3d 282, 290 (2d Cir. 2003); Allen v. Transok Pipe Line Company 552 P. 2d 375 (1976); Boim v. Holy Land Foundation, 549 F. 3d 685, 690-91, Venzor v. Gonzalez 936 F. Supp. 445 (7th Cir. 2008); United States v. BP, BP P.L.C, November 15, 2012</u> pursuant to this verified Motion for Summary Judgement herein, for George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's before mentioned herein in the amount of treble $27.5 Billion Dollars plus interest compounded annually at the statutory rate until paid.

WHEREFORE George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's before mentioned herein, Plaintiff, Intervener moves this Court for a Summary Final Judgement for George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's before mentioned herein, plus interest compouned

annually at the statutory rate from May 16, 2011, and against BP, BP P.L.C., all Terrorist associates pertaining to Halliburton, their Terrorist Associates, Iran, on the attached list by Kenneth R. Feinberg, with added Terrorist attached herein, unnamed Terrorist to be named, added, their Terrorist Countries, Terrorist States, Aiders, Abetters, those in Conspiracy, Terrorist in Complicity with BP, BP P.L.C., all Companies controlled by BP, BP P.L.C.,

I George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's before mentioned herein, Plaintiff, Intervener, Movant declares, certifies, verify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

George May, Plaintiff, Intervener, Movant certifies that his statements made herein are of his personal knowledge and are made in good faith.

Dated this January 28, 2013.

*George May*

*[signature]*

George May, George May,
on behalf of the State
of Florida, Plaintiff,
Intervenor Economically
Destroyed by Terrorist
BP P.L.C., those in
Conspiracy, Aiders,
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
Ph./Fax. 561-290-4384

I hereby certify that a copy of the foregoing was mailed, faxed this January 28, 2013 to:

Clerk U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
Ph. 504-589-7600
Fax. 504-589-7697

Special Master
Francis E. McGovern
Duke University of Law
Durham, NC 27708
Ph. 919-613-7095
Fax. 919-613-7165
BAR ID NO. Not Admitted

Plaintiff's Liaison Counsel
Stephen J. Herman
820 O'Keefe Avenue
New Orleans, LA 70113
Ph. 504-581-4892
Fax. 504-561-6024
BAR ID NO. ADMITTED

Defense Liaison Counsel
David J. Beck
1221 McKinney Street
Houston, TX 77010
Ph. 713-951-3700
Fax. 713-951-3720
BAR ID NO. 00000070

Honorable Judge
Carl J. Barbier
500 Poydras Street RM C256
New Orleans, LA 70130
Ph. 504-589-7525
Fax. 504-589-4536
BAR ID NO. ADMITTED

Coordinating Counsel for
Federal Government
R. Michael Underhill
450 Golden Gate Avenue
San Francisco, CA 94102
Ph. 415-436-6648
Fax. 415-436-6632
BAR ID NO. 104986

Pamula Bondi
Office of Attorney General
Soliciter General
The Capitol
Tallahassee, Fl. 32399
Ph. 850-414-3300
Fax. 850-410-2672
BAR ID NO. 886440

The United States Department
of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Ph. 202-353-1555
Fax. 202-307-4613

Nicolas J. Gutierrez, Jr.
601 Brickell Key Dr. Ste 702
Miami, Fl. 33131
Ph. 305-371-8064
Fax. 305-371-4967

Lawrence K. Fagan
2100 N. Florida Mango Rd.
West Palm Bch., Fl. 33409
Ph. 561-689-3745
Fax. 561-687-0154

Jo Ann Barone
249 Royal Palm Way
Palm Bch., Fl. 33480
Ph. 561-655-8478
Fax. 561-655-8478

Stuart L. Stein
P.O. Box 29598
Sante Fe,
New Mexico 87592
Ph. 505-450-5002
Fax. 505-889-0953

George May

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 10, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., ET. AL.<br><br>             Plaintiff's<br><br>v.<br><br>BP Exploration & Production Inc., BP America Production Company; BP P.L.C.<br><br>             Defendant's | * * * * * * * * * * * * * * * | CIVIL ACTION NO. 12-970<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SUSHAN |
| GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA INTERVENERS,<br><br>             Plaintiff's<br><br>v.<br><br>BP P.L.C., THEIR TERRORIST, RICO AIDERS, ABETTERS, THOSE IN CONSPIRACY, ASSOCIATES, TERRORIST COUNTRY'S, STATES, UNKNOWN, UNADDED PARTIES, ET. AL.<br><br>             Defendant's | * * * * * * * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SUSHAN |

SWORN AFFIDAVIT OF GEORGE MAY, GEORGE MAY ON BEHALF OF
THE STATE OF FLORIDA, GEORGE MAY ON BEHALF OF HIS PREVIOUS
ATTORNEY'S IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGEMENT

-1-

I, George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's Nicolas J. Gutierrez, Jr., Jo Ann Barone, Lawrence K. Fagan, Stuart L. Stein , Plaintiff, Intervener being duly sworn state as follows:

1. I am the attorney for George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's mentioned herein above and I am familiar with the file, records, pleadings, affidavits in this matter.

2. That on May 16, 2011 my Motion for Default, Default Judgement, Certificate of Service by fax was filed with this Court here, that to this day, the defendant's BP, BP P.L.C. their Terrorist aiders, abetters, in Conspiracy, Associates have not filed any Response to my Motion for Default, Default Judgement in this case herein.

3. That to this day the defendant's BP, BP P.L.C., their Aiders, Abetters, in Complicity, in Conspiracy Terrorist Associates have not filed any Response to my Motion to Modify Judgement to treble damages filed December 21, 2012 required by 18 U.S.C. §2, §3, §4, §371, §2333, §2339A.B.C., the Patriot Act, RICO or to add parties, that include Iran on the United States of America Terrorist List.

4. That on or about December 13, 2012 BP, BP P.L.C. broke their Guilty Plea Agreement, Probation Agreement by having Carl Barbier close Court Access to George May, George May on behalf of the State of Florida, George May on behalf of his

-2-

previous attorney's before mentioned herein faxing this Court his Court Papers, and by not disclosing any and all related criminal or potentially criminal conduct of which the defendant, BP plc or any other BP plc entity are currently aware, including their contracts, agreements with their Terrorist Aiders, Abetters, Associates, those in Conspiracy, Associates to this Court for Claims by Individuals damaged by Bp, Bp plc, BP P.L.C., their Terrorist, Economic Terrorist, Environmental Terrorist Aiders, Abetters, those in Complicity, those in Conspiracy, Associates continuing Criminal Enterprise, War Crimes, Crimes against Humanity, and Membership in Criminal Organizations, atricities and offences against persons and property, including plunder of private property, murder, extermination, enslavement, unlawful imprisonment torture, persecution on political, racial and religious grounds, and ill-treatment of and other inhumane acts against thousands of persons, including American Civilians, nationals of other countries, in part of a common design, conspiracy, plans, and enterprises to enact, issue, enforce criminal execution of the overthrow of America by the use of the unlaw, prohibited by a Judges Oath of Office, Oath the "DEVICE" of void, unconstitutional, invalid, vacated, recalled Orders, judgements in denial of all semblance of judicial process, the denial of access to impartial justice in America.

-3-

See Law Reports of Trials of War Criminals, Selected and prepared by the United Nations War Crimes Commission, VOLUME VI, LONDON, Published for the United Nations War Crimes Commission by his Majesty's Stationary Office, 1948, Trial of Josef Altsotter and Others, United States Military Tribunal, Nuremberg, 17th February-4th December, 1947. Bp, BP P.L.C. their Terrorist Associates, Aiders, Abetters, those in Conspiracy, those in Complicity Master Plan, Bible, Overthrow of the United States, it's Constitution, See the United States National Advisory Committee on Criminal Justice Standards and Goals, Five Volumes Entitled Disorders and Terrorism. TERRORISM TYPES OF TERRORISM, WIKIPEDIA.

I George May, George May on behalf of the State of Florida, George May on behalf of his previous attorney's, Plaintiff, Intervener, Movant declares, verify, certifies under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

George May, laintiff, Intervener, Movant certifies that his statements made herein are of his personal knowledge and are made in good faith.

Dated this January 28, 2013.

George May

-4-

FedEx Express shipping label

From: 504-2555-0635
GEORGE MAY
Origin ID: SAPA
Ship Date: 28JAN13
ActWgt: 1.0 LB MAN
CAD: 8499938/GSNAW0463

REF: INV-22401 DL
DESC-1: BUSINESS DOCUMENTS
DESC-2:
DESC-3:
DESC-4:

SECTOR RIVERA HERNANDEZ
SAN PEDRO SULA,
HONDURAS

COUNTRY MFG: HN
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 198311085   D/T: R
SIGN: GEORGE MAY
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (504) 589-7600   BILL SENDER
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
TEL. 504-589-7697

NEW ORLEANS, LA 70130
US

TRK# 5468 2824 6453  0430

XH NEWA

A1
INTL PRIORITY
ISR
70130
LA US
MSY

Extremely Urgent