UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### EIGHTH SUPPLEMENTAL ORDER

**[Regarding the University of California - Santa Barbara's Document Production]**

On January 25, 2013, the Court issued its Fifth Supplemental Order (Rec. doc. 8344) concerning the document production of the University of California - Santa Barbara ("UCSB"). Part I of that Order concerned Congressional Privilege, see U.S. Const. art. I, s.6, cl. 1. On January 28, 2013, the Court issued its Sixth Supplemental Order (Rec. doc. 8372) concerning the same document production. That order suspended that part of the Fifth Supplemental Order concerning Congressional Privilege to allow BP and the relevant committees of the U.S. House of Representatives ("House") to confer regarding the Congressional Privilege assertion by the House.

BP and the House having conferred, and having so agreed, the Court now VACATES Part I of its Fifth Supplemental Order. Edox shall not release any of the documents for which "Congressional Privilege" is the designation provided as the UCSB's reason for withholding access to the document, nor shall the UCSB or Edox release any other document over which the House has asserted Congressional Privilege. The balance of the Court's Fifth Supplemental Order remains in effect.

Additionally, with respect to the deposition of UCSB employee Ira Leifer, Ph.D., currently scheduled for February 21 & 22, the parties shall not inquire of Dr. Leifer regarding any communications or relationship that he may have had with any House committee.  Counsel for the House shall be available by telephone during the deposition to state the position of the House to the extent any issue arises with respect to Congressional Privilege; counsel for the House may participate in the deposition (whether in person or by telephone), at the House's election, in order to protect the Congressional Privilege.

Nothing in this Order shall affect any party's right to question Dr. Leifer regarding his scientific analysis, even if performed at the request of a House committee, so long as any involvement by a committee is not discovered.

**Any appeal of this order shall be filed by noon CST on Monday, February 4, 2013.**

New Orleans, Louisiana, this 31th day of January, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to serve:**

1) William Pittard
    U.S. House of Representatives
    William.Pittard@mail.house.gov

2) Captain Suzanne E. Englebert
    United States Coast Guard Retired
    sueenglebert@sseeservices.com

3) Michael R. Goldstein
    Senior Counsel
    University of California - Santa Barbara
    Michael.Goldstein@ucop.edu

2

4) Nancy Hamill
   Chief Campus Counsel
   University of California - Santa Barbara
   Nancy.Hamill@ucop.edu