UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:  *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER GRANTING PSC'S MOTION FOR LEAVE TO FILE SUR-REPLY

**CONSIDERING** the PSC's Motion for Leave to File Sur-Reply to BP's Motion in Limine to Exclude Certain Evidence Related to Criminal Proceedings:

**IT IS ORDERED** that the PSC be and is hereby permitted to file its Sur-Reply to BP's Motion in Limine to Exclude Certain Evidence Related to Criminal Proceedings.

**SIGNED** New Orleans, Louisiana this _____ day of _____, 2013.

_____
Hon. Carl J. Barbier