UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE NOS. 10-4239, 10-4240, 10-4241, BUNDLE C, AND 10-2771 _____ | § § § § | MAG. JUDGE SHUSHAN |

**DEFENDANTS' JOINT MOTION TO STRIKE CERTAIN
OF THE MEXICAN STATES' SUMMARY JUDGMENT EXHIBITS**

Defendants, Halliburton Energy Services, Inc., Cameron International Corporation, Transocean Offshore Deepwater Drilling Inc., Transocean Holding LLC, Transocean Deepwater Inc., Triton Asset Leasing GmbH, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., jointly submit this Motion to Strike Certain of the Mexican States' Summary Judgment Exhibits, which were submitted with their Responses to the Defendants' Motions for Summary Judgment, Rec. Docs. 8366 – 8368, and in support of the same, respectfully show the Court as follows:

1. **Plaintiffs Were Required to Exchange Translated Materials by 10/3/12:**

Based on an agreement of counsel, this Court required the Mexican States and BP (and any other defendants aligned with BP on the proprietary interest issue) to exchange translated portions of all treatises, laws, statutes or other legal authorities which they contend are applicable to whether or not the three states have a proprietary interest in the claims asserted. Rec. Doc. 7367. On January 4, 2013, for ease of reference in the summary judgment briefing process, Defendants filed a Joint Submission of Exchanged Material On Mexican Law, which included all translated materials exchanged between the parties. *See* Rec. Doc. 8167.

2.      **Plaintiffs Submitted Untranslated Materials to Their 1/25/13 Responses:**  The Mexican States, however, submitted new and untranslated exhibits in the Spanish language with their Responses to the Defendants' Motions for Summary Judgment filed on January 25, 2013.[1]  The Mexican States have never provided translated versions of these materials to Defendants.  Accordingly, Defendants object to and move to strike the following new and untranslated material submitted with the Mexican States' Responses to the Defendants' Motions for Summary Judgment:

| **Exhibit** | **Exhibit Rec. Doc.** | **Portions of Exhibit to Strike** |
|---|---|---|
| N | 8368-2 | All |
| O | 8368-3 | All |
| Q | 8368-5 | Articles 1-2, 4-7, 9-320, and any portion of Articles 3 and 8 not identified in Rec. Doc. 8167-1. |
| T | 8368-8 | Articles 2, 5-8, 10, 12-51, 53-106, 108-130, and any portion of Articles 3, 9, and 52 not identified in Rec. Docs. 8167-5, 6, or 9. |
| X | 8368-11 | All |
| Y | 8368-12 | Articles 2, 8-10, 13-14, 15-123, 125-132, 134-166, 168, 172-187, 189-201, 203-204, and any portion of Articles 1, 3, 5, 7, 124, 133, 167, and 169-171 not identified in Rec. Docs. 8167-1, 5, 6, 8, or 9. |
| Z | 8368-13 | All |

---

[1] Consistent with their Motion for Summary Judgment (Rec. Docs. 8178 and 8186), the Mexican States failed to provide an index, or any guidance whatsoever, regarding how to label the 744 pages of exhibits submitted with their Response.  Forced to rely on deductive reasoning and guessing, Defendants assign the following labels to the new and untranslated material :

- Exhibit N - Controversia Constitucional 31/97.  Ayuntamiento del Municipio de Temixco, Morelos;
- Exhibit O - Constitucional 14/2001.  Municipio de Pachuca de Soto, Estado de Hidalgo;
- Exhibit Q - Code for the Sustainable Development of the State of Tamaulipas;
- Exhibit T - Law of Wildlife;
- Exhibit X - Article from the El Bravo;
- Exhibit Y - General law of Ecological Equilibrium and Environmental Protection; and
- Exhibit Z - Jurisprudence, No. 187773.

3. **Plaintiffs' Late Filed Untranslated Materials Should Be Stricken:** Because the Mexican States failed to provide translations of the foregoing material submitted in Spanish, Defendants object to the Court's consideration of that material in connection with the Mexican States' summary judgment briefing. On general principle, untranslated material should be stricken. *See Mesa Agriproducts, Inc. v. Olabi Int'l S.A.*, 2007 U.S. Dist. LEXIS 70059, 3-5 (S.D. Tex. Sept. 21, 2007) (citing *United States v. Rivera-Rosario*, 300 F.3d 1, 5 (1st Cir. 2002) ("It is clear to the point of perfect transparency, that federal court proceedings must be conducted in English."); *Lopez-Carrasquillo v. Rubianes*, 230 F.3d 409, 413-14 (1st Cir. 2000) (declining to consider a deposition in Spanish as part of the summary judgment record where no English translation was filed)).

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

| | |
|---|---|
| David J. Beck, T.A. | */s/ Phillip A. Wittmann* |
| *dbeck@beckredden.com* | Phillip A. Wittmann, 13625 |
| Joe W. Redden, Jr. | *pwittmann@stonepigman.com* |
| *jredden@beckredden.com* | Carmelite M. Bertaut, 3054 |
| David W. Jones | *cbertaut@stonepigman.com* |
| *djones@beckredden.com* | Jared Davidson, 32419 |
| Geoffrey Gannaway | *jdavidson@stonepigman.com* |
| *ggannaway@beckredden.com* | STONE PIGMAN WALTHER |
| BECK REDDEN LLP | WITTMANN L.L.C. |
| One Houston Center | 456 Carondelet Street |
| 1221 McKinney St., Suite 4500 | New Orleans, Louisiana  70130 |
| Houston, TX  77010 | Phone: (504) 581-3200 |
| Phone:  (713) 951-3700 | Fax: (504) 581-3361 |
| Fax:  (713) 951-3720 | |

*Attorneys for Cameron International Corporation*

**DEFENDANTS' JOINT MOTION TO STRIKE CERTAIN OF**
**THE MEXICAN STATES' SUMMARY JUDGMENT EXHIBITS** **PAGE 5**

By:   *s/ Brad D. Brian*
    Brad D. Brian
    Michael R. Doyen
    Daniel B. Levin
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
    michael.doyen@mto.com
    daniel.levin@mto.com

By:   *s/ Edwin G. Preis*
    Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
*and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

By:   *s/ Steven L. Roberts*
    Steven L. Roberts
    Rachel Giesber Clingman
    Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
    rachel.clingman@sutherland.com
    sean.jordan@sutherland.com

By:   *s/ Kerry J. Miller*
    Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH*

| | |
|---|---|
| Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Catherine Fitzpatrick<br>Elizabeth A. Larsen<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  312-862-2000<br>Facsimile:  312-862-2200<br><br>Allison Rumsey<br>S. Zachary Fayne<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206<br>E-Mail:  Allison.Rumsey@aporter.com<br>Telephone:  202-942-5000<br>Facsimile:  202-942-5999 | */s/ Don K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>Liskow & Lewis<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139-5099<br>Telephone:  504-581-7979<br>Facsimile:  504-556-4108<br><br>Jeffrey Bossert Clark<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  202-879-5000<br>Facsimile:  202-879-5200<br><br>Robert C. "Mike" Brock<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone:  202-662-5985<br>Facsimile:  202-662-6291 |

*Attorneys for BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Motion to Strike Certain of the Mexican States' Summary Judgment Exhibits has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 31st day of January, 2013.

/s/ Donald E. Godwin
Donald E. Godwin