UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Applies To: All Cases | * | MAG. JUDGE SHUSHAN |

## ORDER

The Court hereby amends[1] its Order Appointing John W. Perry, Jr. as a Court-Designated Neutral (Rec. Doc. 5998) as follows:

IT IS HEREBY ORDERED that John W. Perry, Jr. and Daniel J. Balhoff are appointed as joint Court–Designated Neutrals to preside over the settlement of the seafood program until further Order of the Court.  Messrs. Perry and Balhoff may, at their discretion, act jointly or independently in discharging their duties, including but not limited to the making of reports and recommendations to the Court.

IT IS FURTHER ORDERED that Randi S. Ellis is appointed as Deputy Court-Designated Neutral to assist Messrs. Perry and Balhoff in the performance of their duties.

Signed in New Orleans, Louisiana, this 31st day of January, 2013.

Hon. Carl J. Barbier
U.S. District Court Judge

---

[1] The Court is informed that BP and the PSC consent to this amendment.