UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 12-987 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that Case No. 12-987, *United States of America ex rel. Adam W. Dillon*

*v. BP, PLC, et al.*, is **CONSOLIDATED** with MDL 2179, Case No. 10-md-2179.  The Clerk of

Court is directed to issue in 12-987 the usual pretrial orders of MDL 2179 that follow consolidation.

A copy of this Order shall be filed in both 12-987 and 10-md-2179.  The parties are directed to use

the above caption in future filings with this Court.

Signed in New Orleans, Louisiana, this 31st day of January, 2013.

_____
United States District Judge