CHARLES F. ROBINSON #113197
charles.robinson@ucop.edu
KAREN J. PETRULAKIS #168732
karen.petrulakis@ucop.edu
MARGARET L. WU #184167
margaret.wu@ucop.edu
MICHAEL R. GOLDSTEIN #129848
michael.goldstein@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:     510-987-9800
Facsimile:     510-987-9757

Attorneys for Non-Party
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S**

**FIRST AMENDED OBJECTIONS TO AND APPEAL FROM**

**THE SEVENTH SUPPLEMENTAL ORDER BY**

**MAGISTRATE JUDGE SHUSHAN REGARDING THE**

**UNIVERSITY OF CALIFORNIA – SANTA BARBARA'S**

**DOCUMENT PRODUCTION**

[NB:  **This document is identical to Rec. doc. 8432 except for the addition of a new concluding paragraph, seeking a suspension of the Seventh Supplemental Order pending this appeal**]

By this appeal, The Regents objects to, and appeals from, Magistrate Judge

Shushan's Seventh Supplemental Order regarding four documents (two of which are duplicates so, in effect, only three rulings are challenged here). The Regents withheld seventy-four documents (or redacted excerpts from those documents) on the grounds that they contained "confidential and private" information. In her order, Magistrate Judge Shushan overruled that claim on five of those documents (see Order [Rec. doc. 8393] and Attachment to Order [Rec. doc. 8393-1]. The Regents objects to, and appeals from, her ruling on items 2, 11 (and 69, which is an identical duplicate of item 11), and 13.

**Document 2** (UCSB00249925-UCSB00249941) is a lengthy description of the totality of Dr. Leifer's academic work, which he prepared in connection with his employment personnel review at the Santa Barbara campus. During an appearance with Magistrate Judge Shushan concerning BP's subpoena to The Regents, Magistrate Judge Shushan indicated that BP was not entitled to, and would not receive, non-responsive documents and, where responsive, privileged or private documents (or portions of documents). Most of Dr. Leifer's employment personnel submission is non-responsive. Only pages UCSB00249937-UCSB00249941 relate to a brief summary of his work on the Deepwater Horizon spill. The remainder relates to other work, all of which is non-responsive and private and confidential, and some of which is highly sensitive (the sensitive information is chiefly on pages UCSB00249927-UCSB00249928 and it is sensitive because it describes work Dr. Leifer has not yet published and wishes to keep confidential until he does publish it and, accordingly, Dr. Lefier had redacted it when he reviewed this document in Edox's Relativity document viewer). The Regents' privilege logs, including the Fourth Privilege Log, stated that the information was a "Word document containing private information related to UCSB employment". (Fourth Privilege Log, Entry No. 2) Because the information, except the information on pages UCSB00249937-UCSB00249941, are non-responsive and because, even if some of it were deemed responsive, it is private information and, as to pages UCSB00249927-UCSB00249928, highly sensitive, The Regents respectfully requests that, as to this portion of the Order, the Order be reversed and the claim of privacy sustained.

Beyond this, The Regents wishes to bring to the Court's attention that certain information in this document may be subject to the Congressional Privilege, which is the subject of the Court's Eighth Supplemental Order (Rec. doc. 8422), in the event Magistrate Judge Shushan did not notice the brief reference (bottom of UCSB00249939 to top of UCSB00249940) buried toward the end of this lengthy document.

**Document 11** (UCSB00311659, as well as its identical duplicate, document 69, UCSB00412792) is an email communication containing Dr. Leifer's personal mobile phone number, which is the only information The Regents sought to redact and protect. (Fourth Privilege Log, Entry 60; as to the identical duplicate, UCSB00412792, please see Fourth Privilege Log, Entry 132) In footnote 2 of the Order, Magistrate Judge Shushan indicates an understanding that The Regents sought to protect the entire document. As the Fourth Privilege Log makes clear, however, The Regents only meant to protect Dr. Leifer's mobile phone number. These two documents were included on the privilege log because The Regents redacted Dr. Leifer's mobile phone number. They were marked as redacted on the privilege log (rather than withheld) and were intended to be released in redacted form, not completely withheld. For this reason, The Regents respectfully requests that, as to this portion of the Order (**for both Document 11 and Document 69**), the Order be reversed and the claim of privacy sustained.

Finally, **Document 13** (UCSB00316752) contains, on the top of page 1, Dr. Leifer's mobile telephone number. As with Documents 11 and 69, this document was logged solely to indicate that The Regents redacted Dr. Leifer's personal information (the mobile phone number), and not that the document be completely withheld. (See Fourth Privilege Log, Entry 67) For this reason, The Regents respectfully requests that, as to this portion of the Order, the Order be reversed and the claim of privacy sustained.

**At the conclusion of her order, Magistrate Judge Shushan orders that "The deadline for an appeal of this order is 5:00 p.m. CST time on Thursday, January 31, 2013" and that "This order will not be suspended pending appeal unless ordered by Judge Barbier." For the reasons discussed above, there is good cause for the requested reversal**

- 3 -

**of the Order. Accordingly, until the Court has an opportunity to rule on the basis for the requested reversal, The Regents respectfully requests that, before 5:00 p.m. CST on Thursday, January 31, 2013, the Court enter an order suspending Magistrate Judge Shushan's order pending appeal.**

Dated: January 31, 2013

CHARLES F. ROBINSON
KAREN J. PETRULAKIS
MARGARET L. WU
MICHAEL R. GOLDSTEIN


By: s/Michael R. Goldstein
    Michael R. Goldstein

Attorneys for Non-Party
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

4833-7222-0434.1