UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| Applies to:<br>All Cases | *  *  * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER
[Regarding the Regents of the University of California's ("University") First Amended Objections and Appeal (Rec. Doc. 8433)]

Having considered the University's appeal (Rec. Doc. 8433) from the Magistrate Judge's Seventh Supplemental Order ("Order"), dated January 30, 2013 (Rec. Doc. 8393), the Court rules as follows:

The University's objections are SUSTAINED to the extent the Order required production of Document 2 (UCSB00249925-UCSB00249941) in its entirety. Instead, only pages UCSB00249937-UCSB00249941 of Document 2 shall be produced.

The University's objections are also SUSTAINED with respect to Documents 11 (UCSB00311659), 69 (UCSB00412792), and 13 (UCSB00316752). Dr. Leifer's mobile phone number shall be redacted from Documents 11, 69, and 13. Following this redaction, these documents shall be produced.

**SO ORDERED.**

Signed in New Orleans, Louisiana, this 31st day of January, 2013.

_____
United States District Judge