# DECLARATION FROM

# MINISTER OF THE ENVIRONMENT OF THE STATE OF QUINTANA ROO

I, Raul Omar Gonzalez Castilla, Minister of the Environment of the State of Quintana Roo, declare, pursuant to 28 U.S.C. 1746, that the following is true and correct and based on my own personal knowledge.

1) I am over 21 years of age, of sound mind and competent to make this declaration. I am the Secretary of the Environment of the State of Quintana Roo. I have held this position for 15 months. Before that I was a businessman. I have knowledge of the governmental authority and powers of the State of Quintana Roo and its activities related to the environment and protection of its coastline.

2) The Governor of the State pursuant to the constitutional powers vested under Articles 40 and 43 of the Federal Constitution and the Constitution of the State of Quintana Roo (the "State") has the power to manage, posses, exploit, repair and maintaining the State shores along the Gulf of Mexico coastline. On or about after April 20, 2010, the Authorites of the State of Quintana Roo, who were in office at the time of the Oil Spill, began a clean up and monitoring campaign along the coastline of the State with the Gulf of Mexico especially in the northern islands of the State.

3) The State of Quintana Roo borders the Gulf of Mexico to the north with over 60 miles of beachfront. The State of Quintana Roo sits south of the Eddy Franklin Gulf Loop Current. Please see Exhibit "A" that is a true, correct and authentic copy of a map of the state correctly and accurately depicting its coastline. The monitoring and clean up campaign, carried out by the Authorites of the State of Quintana Roo in office at the time of the Oil Spill, consisted of several activities, including but not limited to, monitoring the oil at the beaches, setting up patrols and brigades of State employees who would patrol and observe the coastline, waters, lagoons, reefs, docks, ports, waterways and environmental sensitive areas of the State. All of the above described efforts, personnel, and activities were funded by the State of Quintana Roo.

4) As per Article 27, 40, 43, 46, and 73 the State of Quintana Roo owns, manages, posesses and maintains its beaches, waters, estuaries, rivers, waterways, lagoons and flora and fauna of the Gulf of Mexico. Under the Constitution of Quintana Roo the State has the extension and limits that it historically, including the islands of Cozumel, Cancun, Mujeres, Blanca and Contoy, located in the Caribbean Sea and Holbox in the Gulf of Mexico, as well as the islands, islets, keys, reefs adjacent to its seashore in conformity with that set forth by the Federal Constitution and the law."

5) I have the following duties and powers under the State's Environmental Laws:

1

-To handle all matters pertaining to the preservation, conservation and restoration of the ecological equilibrium and all environmental protection matters, as well as to apply any environmental policies established by laws, statutes and other applicable rules, within the scope of its jurisdiction;

-To promote, establish, organize and coordinate any actions focused on the prevention and control, as applicable, within the scope of its jurisdiction, of water, air and land pollution, as well as to record and monitor pollutants.

-To regulate, promote and supervise sustainable use, as well as prevention and control of pollution and, in due case, to provide sanitation to waters within the State's jurisdiction, as well as any national waters assigned to the State, within the scope of its jurisdiction.

-To coordinate with any competent authorities the application of programs and measures intended for the preservation of natural resources, the prevention of pollution, the management and cleaning of beaches, environmental improvement for any tourist activities and facilities.

-To participate, within the scope of its jurisdiction, in any actions carried out by other federal, state or municipal authorities.

6) Pursuant to the aforesaid during the monitoring and clean up campaign after the Macondo April 20, 2010 oil spill, the Authorites of the State of Quintana Roo, who were in office at the time of the Oil Spill, on behalf of the State of Quintana Roo, actually recovered, cleaned up and restored the beach and water areas where the Macondo oil spill landed. All of the foregoing activities were paid by the State out of its own funds.

7) The State of Quintana Roo is responsible for and obligated to protect and preserve the wildlife along the State's shores and beaches of the Gulf of Mexico. It does so by using its own funds, personnel, and resources. As an example, for many years, the State of Quintana Roo has been solely responsible for the protection and preservation of the Whale Shark at its own expense.

8) Using its own state funds, the State of Quintana Roo maintains, restores, and cleans up the beaches along the Gulf of Mexico's coastline of Quintana Roo. For example, if trash or other debris washes onto the beaches of Quintana Roo, State employees will be sent out to pick up and clean up the beach. The vehicles, personnel, and equipment utilized to accomplish the clean up, restoration, and maintenance activities of the beaches are provided by the State and paid for by the State. As an example, if a dead turtle is found on the beach, the State will pay for its

pick up, clean up, and proper disposal of the turtle. The activities referenced herein are carried out by staff from the State's environmental protection agency or by State Police.

9) The State, through its police force and other agencies, controls the beaches and waters along its Gulf Coast. Furthermore, State Police officers are responsible for monitoring and guarding the beaches along the Gulf Coast. They are responsible for preventing poaching and enforcing the laws of the State on the beaches of the Gulf Coast. State police control and regulate access to the beaches. The State police also monitor and control vehicles on the beach and boats in the beach areas. The State police also control and regulate other activities on the beach, enforcing state and federal laws on the beach.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 03th day of January 2013.

Raul Omar Gonzalez Castilla