# EXHIBIT 2

Eighth Era
Record: 217662
Instance: Circuit Collegiate Court
Jurisprudence
Source: Federal Judicial Weekly and its Gazette Num. 60, December 1992
Matter: Common
Thesis: I.5o.C. J/31
Page: 48

**THESIS THAT DO NOT CONSTITUTE JURISPRUDENCE. INVOCATION IN SIMILAR CASES, IS LEGAL.**

Invoking a Supreme Court of Justice thesis for a Court of Appeals in the ruling deciding the appeal, even when it does not constitute jurisprudence, given that is an insolate criteria of interpretation of a legal provision, does not generate detriment to legal interest of appellant , because although it is not binding in regard to its application, its invocation is not forbidden by law and therefore is legal to transcript or to cite it in order to strengthen the criteria of the judge in cases when it is appropriate, and the controversial arguments or the case under analysis, has to be resolved in an analogous way.

FIFTH COLLEGIATE COURT OF FIRST CIRCUIT ON CIVILL MATTERS

Direct Amparo 2410/88. Fermín Alvarado Pérez. 25 August 1988. Unanimity of votes. Absent: Víctor Manuel Islas Domínguez. Secretary: Roberto A. Navarro Suárez.

Amparo in review 1370/88. Tubos y Barras Especiales, S.A. 10 November 1988. Unanimity of votes. Absent: Víctor Manuel Islas Domínguez. Secretary: Mario Pedroza Carbajal.

Direct Amparo 2115/89. Juan Manuel Fuentes Canseco. 15 June 1989. Unanimity of votes. Absent: Víctor Manuel Islas Domínguez. Secretary: Raúl Alberto Pérez Castillo.

Direct Amparo 1015/90. José Jesús Alfaro Contreras. 17 May 1990 Unanimity of votes. Absent: Efraín Ochoa Ochoa. Secretary: Walter Arellano Hobelsberger.

Amparo in review 1318/92. Sucesión a Bienes de Enrique Delgado Quintero. 24 september 1992. Unanimity of votes. Absent: Ignacio Patlán Romero. Secretary: Sergio Darío Maldonado Soto.

Nineth Era
Record: 199418
Instance: Circuit Collegiate Court
Jurisprudence
Source: Federal Judicial Weekly and its Gazette
V, February 1997
Matter: Common
Thesis: VI.2o. J/90
Page: 678

**THESIS OF SUMPREME COURT OF JUSTICE OF THE NATION THAT DO NOT CONSTITUTE JURSIPRUDENCE. APPLIED BY JUDICIAL FIRST INSTANCE COURTS.**

Invocation by courts of intake of a insolate thesis of the Supreme Court of Justice to support the sense of its ruling, does not imply violation to article 192 of Statute on the Procedure of Amparo, given that what such provision establishes is that first instance courts of the States must comply with binding jurisprudence of the Highest Court, but does not forbid to orient or to base a criteria on Supreme Court precedents.

SECOND COLLEGIATE COURT OF THE SIXTH CIRCUIT

Direct Amparo 42/90. Pascual Lima Romero. 13 february 1990. Unanimity of votes. Absent: Gustavo Calvillo Rangel. Secretary: Humberto Schettino Reyna.

Amparo in review 448/91. Compañía Arrocera Valencia, S.A. de C.V. 19 November 1991. Unanimity of votes Absent: Arnoldo Nájera Virgen. Secretary: Nelson Loranca Ventura.

Direct Amparo 527/92. Mauro Vázquez Hernández y otra. 2 December 1992. Unanimity of votes. Absent: José Galván Rojas. Secretary: Waldo Guerrero Lázcares.

Direct Amparo 577/96. Inmobiliaria Bárcena Arreola, S.A. 21 November 1996. Unanimity of votes. Absent: Clementina Ramírez Moguel Goyzueta. Secretary: Hilda Tame Flores.

Direct Amparo 741/96. Miguel Blancas Mejorada. 29 January 1997. Unanimity of votes. Absent: Gustavo Calvillo Rangel. Secretary: Justino Gallegos Escobar.