UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 11-1051 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Plaintiff Guy J. Adams' Amended Motion for Voluntary Dismissal Without Prejudice. (Rec. Doc. 8315). Because some defendants have answered the petition in the referenced member case and a stipulation of dismissal signed by all parties has not been filed, dismissal requires a Court order, on terms that the Court considers proper. *See* Fed. R. Civ. P. 41(a)(2). The Court is aware that some Defendants object to this motion. Accordingly,

IT IS ORDERED that any parties to Case No. 11-1051 that oppose Plaintiff's Amended Motion for Voluntary Dismissal Without Prejudice (Rec. Doc. 8315) shall file an opposition, not to exceed five pages, by Friday, February 8, 2013.

New Orleans, Louisiana, this 1st day of February, 2013.

United States District Judge