UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE   * | |
| GULF OF MEXICO, ON APRIL 20, 2010* | |
| * | JUDGE BARBIER |
| * | |
| Relates to: 2:10-CA-10-8888              * | MAG. JUDGE SHUSHAN |
| * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO ENROLL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Fulton Seafood, Inc., who respectfully requests that Philip F. Cossich, Jr., David A. Parsiola, and Brandon J. Taylor of the law firm of Cossich, Sumich, Parsiola & Taylor, L.L.C. and Stephen B. Murray and Stephen B. Murray, Jr of the law firm of the Murray Law Firm be enrolled as counsel of record for the plaintiff in this matter. In further support of this Motion:

1. On or about June 9, 2010, plaintiff Fulton Seafood, Inc. retained the law firms of Cossich, Sumich, Parsiola & Taylor, L.L.C. and the Murray Law Firm.

2. From that date forward the law firms of Cossich, Sumich, Parsiola & Taylor, L.L.C. and the Murray Law Firm have been acting as counsel for Fulton Seafood, Inc., including but not limited to, documenting Fulton's losses and damages caused by the subject oil spill, filing various documents with and negotiating emergency and interim payments with the Gulf Coast Claims Service and preparing and filing various pleadings into the MDL proceedings.

3. That on April 13, 2011, the undersigned filed a Direct Filing Short Form of behalf of Fulton Seafood, Inc., identified as Document 52194.

WHEREFORE, the undersigned counsel, move this Honorable Court that the law firms of Cossich, Sumich, Parsiola & Taylor, L.L.C. and the Murray Law Firm be enrolled as counsel of record for plaintiff Fulton Seafood, Inc.

**Respectfully submitted,**

**COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.**

/s/ Philip F. Cossich, Jr. _____
**PHILIP F. COSSICH. JR. - 1788**
**DAVID A. PARSIOLA - 21005**
**BRANDON J. TAYLOR - 27662**
**8056 Highway 23, Suite 200**
**Belle Chasse, LA  70037**
**Telephone:  504-394-9000**
**Facsimile:  504-394-9110**
        *and*
**MURRAY LAW FIRM**
**STEPHEN B. MURRAY**
**STEPHEN B. MURRAY, JR.**
**600 Poydras Street**
**Suite 2150**
**New Orleans, LA 70130**
**Telephone:  504-525-8100**
**Facsimile:  504-584-5249**

## CERTIFICATE OF SERVICE

**I hereby certify** that the above and foregoing motion and memorandum in support will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __1___ day of February, 2013.

/s/ Philip F. Cossich, Jr_____
Philip F. Cossich Jr. (La. Bar No. 1788)