# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010     SECTION J

Applies to: *All Cases*         JUDGE BARBIER
             MAGISTRATE JUDGE SHUSHAN

## NINTH SUPPLEMENTAL ORDER

**[Regarding the University of California - Santa Barbara's Document Production]**

The Court reviewed all 8 of the corrupted documents forwarded to the undersigned in readable form on January 31, 2013 by UCSB.  Of those a 52 page document prepared by the National Energy Technological Laboratory for a proposal identified as "BAA: M11PS00017,"[1] is responsive and it is not protected from disclosure.

IT IS ORDERED that: (1) on **Monday, February 4, 2013, on or about 5:00 p.m. CST** Edox shall release document BAA: M11PS00017 to the sharevault site; (2) the deadline for an appeal of this order is **Monday, February 4, 2013, at 9:00 a.m. CST**; and (3) the order will not be suspended pending appeal unless ordered by Judge Barbier.

New Orleans, Louisiana, this 1st day of February, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] UCSB366610.

**Clerk to serve:**

1) Captain Suzanne E. Englebert
   United States Coast Guard Retired
   sueenglebert@sseeservices.com

2) Michael R. Goldstein
   Senior Counsel
   University of California - Santa Barbara
   Michael.Goldstein@ucop.edu

3) Nancy Hamill
   Chief Campus Counsel
   University of California - Santa Barbara
   Nancy.Hamill@ucop.edu