CHARLES F. ROBINSON #113197
charles.robinson@ucop.edu
KAREN J. PETRULAKIS #168732
karen.petrulakis@ucop.edu
MARGARET L. WU #184167
margaret.wu@ucop.edu
MICHAEL R. GOLDSTEIN #129848
michael.goldstein@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:     510-987-9800
Facsimile:      510-987-9757

Attorneys for Non-Party
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S**

**OBJECTIONS TO AND APPEAL FROM THE NINTH**

**SUPPLEMENTAL ORDER BY MAGISTRATE JUDGE**

**SHUSHAN REGARDING THE UNIVERSITY OF**

**CALIFORNIA – SANTA BARBARA'S DOCUMENT**

**PRODUCTION**

By this appeal, The Regents objects to, and appeals from, Magistrate Judge Shushan's Ninth Supplemental Order regarding the 52-page document prepared by the National Energy Technological Laboratory for a proposal identified as "BAA: M11PS00017" (UCSB366610).  In the Order (Rec. doc. 8455), Magistrate Judge Shushan finds that the

document is responsive and is not protected from disclosure.

For the following reasons, the document is non-responsive and, furthermore, a private and confidential document which should not be disclosed. Although the Order does not expressly state the basis for the Court's finding that the document is responsive, The Regents believes it is due to the fact that there is a brief and general reference to Dr. Leifer's velocimetry work in connection with the Deepwater Horizon spill. At the bottom of page 25 and the top of page 26 of this confidential proposal – prepared by the Department of Energy, with Dr. Leifer's editorial assistance, and submitted in response to a broad agency announcement (BAA) – there is an indication that Dr. Leifer and another team member were part of the Flow Rate Technical Group Plume Team, where they used particle image velocimetry, but the discussion is included *to establish their credentials as competent researchers, not because velocimetry played a role in this proposed study*. Dr. Leifer's participation in the study (via his private company, BRI), has involved only bubble numeric modeling and bubble size measurement of laboratory data, and has not involved any velocimetry at all. It does not look at any Deepwater Horizon flow data or any other kind of Deepwater Horizon data. The work on the Deepwater Horizon spill is completely unrelated to this study.

Because the document is non-responsive and because the information is private and confidential, The Regents respectfully requests that the Order be reversed and the claim of privacy sustained.

**At the conclusion of her order, Magistrate Judge Shushan orders that: "(1) on Monday, February 4, 2013, on or about 5:00 p.m. CST Edox shall release document BAA: M11PS00017 to the sharevault site; (2) the deadline for an appeal of this order is Monday, February 4, 2013, at 9:00 a.m. CST; and (3) the order will not be suspended pending appeal unless ordered by Judge Barbier." For the reasons discussed above, there is good cause for the requested reversal of the Order. Accordingly, until the Court has an opportunity to rule on the basis for the requested reversal, The Regents respectfully requests that, before on or about 5:00 p.m. CST on Monday, February 4, 2013, the Court**

**enter an order suspending Magistrate Judge Shushan's order pending appeal.**

Dated: February 1, 2013

CHARLES F. ROBINSON
KAREN J. PETRULAKIS
MARGARET L. WU
MICHAEL R. GOLDSTEIN


By: s/Michael R. Goldstein
    Michael R. Goldstein

Attorneys for Non-Party
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

4813-1517-6978.1