UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP's Motion for Rule 30(b)(6) Testimony from the U.S. (Rec. doc. 8232)]**

BP contends that two witnesses were not prepared to testify on topics in the notice for the Fed. R. Civ. P. 30(b)(6) deposition of the U.S. Rec. doc. 8232. The U.S. responded. Rec. doc. 8346. BP submitted a reply. Rec. doc. 8331.

BP seeks an order requiring the U.S. to answer eight interrogatories. Id. (Exhibit A). For the reasons presented by BP, the U.S. is required to answer interrogatory nos. 1 through 6. The U.S. and BP shall meet-and-confer to agree on a deadline for the response of the U.S. to these 6 interrogatories.

For the reasons presented by the U.S., it is not required to provide further testimony for the topics assigned to Admiral Landry nor is it required to answer interrogatory nos. 7-8.

Topics 34 and 35 for the U.S. are:

34. Your efforts (including all communications, modeling, calculations and analysis of any kind) leading to the flow rate estimate of 1,000 bopd announced by Admiral Landry on April 24, 2010.

35. Your efforts (including all communications, modeling, calculations and analysis of any kind) leading to the flow rate estimate of 5,000 bopd announced by Admiral Landry on April 28, 2010.

For these two topics, the U.S. designated Admiral Landry for the "announcement itself" and Charles Henry, the NOAA Scientific Support Coordinator, for the "science." The U.S. stated:

> BP's assertion that Admiral Landry was unprepared because she could not answer questions regarding the underlying science behind the 5,000 bpd estimate fails because she was not the designee on this topic. The United States clearly designated Mr. Henry with respect to the "science" related to the 5,000 bpd estimate. . . Mr. Henry was questioned extensively on NOAA's own estimates at the time and any role they played in the announcements. And certainly Mr. Henry, as the lead NOAA representative at the UAC, was the most knowledgeable witness the United States could offer on that part of the topics.
>
> Mr. Henry also testified extensively on his colleague Bill Lehr's role in attempting to calculate flow and to what end his work was put. *Id.* at 313-362, 373-443.

Rec. doc. 8346 at 10. BP's request for an order designating pages 313-362 and 373-443 of the Henry deposition as the U.S.' Rule 30(b)(6) testimony regarding the factual basis for the announcement of the 5,000 bpd estimate is granted.

IT IS ORDERED that: (1) BP's motion for further Rule 30(b)(6) testimony from U.S. witnesses (Rec. doc. 8232) is GRANTED in PART and DENIED in PART as provided herein; and (2) t**he deadline for an appeal of this order is 5:00 p.m. CST time on Friday, February 8, 2013.**

New Orleans, Louisiana, this 1ˢᵗ day of February, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2