# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*             JUDGE BARBIER
                                  MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Phase One Exhibits (Rec. docs. 8320, 8299, 8225, 8329 and 8343)]**

The order dated February 1, 2013 and entered as Rec. doc. 8467 is VACATED.[1]

New Orleans, Louisiana, this 1ˢᵗ day of February, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] There is an error on page 14 of the order. BP's motion for leave to add exhibits for good cause (Rec. doc. 8255) will be granted.