UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE |
| ……………………………………………... | : | SHUSHAN |

**MEMORANDUM IN SUPPORT OF BP'S OBJECTIONS TO AND APPEAL FROM THE MAGISTRATE JUDGE'S ORDER REGARDING
BP'S REQUEST TO ADD FRANK PATTON AS A LIVE WITNESS**

In Amended PTO 54, the Court set January 4, 2013 as the date for parties to add new witnesses for the February 25, 2013 trial, through a motion for leave and a showing of good cause. (Rec. Doc. 8173.) On that date, BP timely submitted its motion to add a single U.S. Government employee, Frank Patton, the Minerals Management Service ("MMS") Drilling Engineer who, among other things, approved BP's submissions to the MMS regarding the Macondo well. (Rec. Doc. 8181, attached as Exhibit A.) Mr. Patton lives in the New Orleans area and is within the subpoena power of the Court. If added, Mr. Patton would represent the *sole* U.S. government fact witness to testify at the Phase 1 trial, notwithstanding the magnitude of the claims that the U.S. Government has alleged.

Mr. Patton was deposed in July 2011. Months after his deposition – and after the February 27, 2012 trial date – the United States produced a massive number of documents from its "Zantaz" server, including numerous documents relevant to Mr. Patton's role and actions.

BP's January 4, 2013 submission described the good cause for Mr. Patton's addition to the trial witness list, including that BP "did not have an opportunity to fully depose Mr. Patton on all of the relevant topics within his knowledge because a number of significant documents

were produced after Mr. Patton's deposition as well as after the original Phase 1 trial date." (Rec. Doc. 8181 at 2.)  On January 6, 2013, the United States requested that BP provide the documents referred to in BP's January 4, 2013 letter, which BP then provided.  (Jan. 6, 2013 U.S. Letter, attached as Exhibit B; Jan. 7, 2013 BP Letter, attached as Exhibit C.)  On January 11, 2013, the United States provided the key documents to the Court and served a response to BP's January 4, 2013 motion.  (Rec. Doc. 8233, attached as Exhibit D.)  BP served its reply on January 14, 2013.  (Rec. Doc. 8244, attached as Exhibit E.)

On January 28, 2013, Magistrate Judge Shushan denied BP's request to add Mr. Patton. (Rec. Doc. 8371, attached as Exhibit F.)  Magistrate Judge Shushan ruled that "[b]ecause of the volume of discovery required for Phase 1 and the February 27, 2012 trial setting, discovery could not proceed in the typical sequence with written discovery and document production followed by depositions.  A custodial file production procedure was implemented.  BP has not demonstrated a deficiency in the custodial file production for Patton."  (*Id*. at 2.)

BP respectfully disagrees with Magistrate Judge Shushan's order and submits that the order is clearly erroneous and contrary to law.  BP timely moved under PTO 54 and has shown good cause to add Mr. Patton to its live witness list as the sole U.S. Government fact witness at this trial and a key witness to regulatory and drilling issues raised by the U.S. Government in this litigation.

*First*, Mr. Patton personally reviewed and approved numerous filings by BP on the Macondo well, including filings that the U.S. Government seeks to put at issue with respect to BP's conduct.  Mr. Patton's actions are admissions by the U.S. Government, including as to the basis of his approval of BP's temporary abandonment filing on April 16, 2010.

*Second*, the United States should not benefit from its late production of documents that

bear directly on the themes at issue in the Phase 1 trial; to the contrary, its late production is further good cause for allowing BP to examine Mr. Patton at trial about those documents. All of the late-produced documents identified by BP to the United States in its January 7, 2013 letter discuss issues relevant to core disputed issues in this litigation and relate to Mr. Patton's duties as a drilling engineer for the MMS.

*Third,* in light of the U.S. Government's positions taken in its August 31, 2012 non-objection to the class settlement (*i.e.*, filed after the February 27, 2012 trial date) (Rec. Doc. 7293), Mr. Patton has increased relevance as to the validity of the positions and themes that the U.S. Government suggests it intends to pursue in the Phase 1 Trial. Simply put, Mr. Patton was the Government's regulator during the drilling of the well, and his testimony will be critical to test the validity of the Government's positions when litigating how the well was drilled.

*Finally*, BP timely moved to amend its witness list in accordance with PTO 54, and there would be no prejudice or hardship to the United States in producing Mr. Patton to testify. Mr. Patton lives and works in New Orleans. Accordingly, BP respectfully appeals the order denying BP's request to add Mr. Patton to its Phase 1 Will Call Witness List.

BP incorporates herein its briefing before Judge Shushan regarding why good cause exists to add Mr. Patton to its live witness list. (*See* Rec. Docs. 8181, 8244.) BP is amenable to having the Court decide its appeal on the record compiled in the briefing before Judge Shushan. Of course, BP will submit any additional material or briefs this Court deems helpful or appropriate.

Dated: February 1, 2013                            Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of February, 2013.

/s/  Don K. Haycraft__