# Exhibit B



U.S. Department of Justice

**Civil Division, Torts Branch**
**Admiralty & Aviation**
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

*Overnight Delivery Address:*
*7th Floor, Room 7-5395*
*450 Golden Gate Avenue*
*San Francisco, CA 94102-3463*

Telephone: (415) 436-6648
Facsimile:  (415) 436-6632
Email:  mike.underhill@usdoj.gov

January 6, 2013

<u>Via E-Mail</u>

Andy Langan
Kirkland and Ellis
300 North LaSalle Street
Chicago, Illinois 60654

  Re: *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
    <u>USDC, EDLA, Civ. No. 10-MD-2179-CJB-SS</u>

Dear Andy:

 Your January 4th Phase One Will Call Witness List letter concerning Frank Patton refers to "significant documents" and "certain documents" produced after Mr. Patton's deposition and after the date of the original Phase One trial date that, according to the letter, "reveal the bases for Mr. Patton's approval of the APM that included the negative test procedure." So that we and the Court can review your request in the context of the documents to which your letter refers, would you kindly provide the specific documents and/or their identifiers (Bates Nos., etc.) no later than COB (5:00 p.m. CST) Monday, January 7th. Given that your letter refers to specific documents, the information is obviously readily available.

 We thank you for your anticipated cooperation. As always, please feel free to call if you have any questions.

           Very truly yours,

           /s/ R. Michael Underhill

           R. Michael Underhill
           Attorney in Charge
           Dept. Of Justice, Torts Branch
           West Coast and Pacific Rim Office

cc: Ryan Babiuch, Kirkland and Ellis (via e-mail)
    PSC Liaison Counsel (via e-mail)
    Defendants' Liaison Counsel (via e-mail)
    States' Coordinating Counsel (via e-mail)
    Steve O'Rourke, DOJ
    Steve Flynn, DOJ
    Jill Rosa, DOJ