# Exhibit C

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

January 7, 2013

**Via Email**

R. Michael Underhill
U.S. Department of Justice, Civil Division,
Torts Branch, Admiralty & Aviation
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Re:   *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* USDC, EDLA, Civ. No. 10-MD-2179-CJB-SS

Dear Mike:

In response to your January 6 letter requesting that BP identify specifically the late-produced documents to which we referred in our January 4 letter regarding the addition of Mr. Patton to BP's Will Call witness list, the following list provides the Bates numbers for a number of such documents.[1]  The majority of these are Zantaz documents.  As you know, following BP's motion to compel the production of documents from the Zantaz database, on December 29, 2011 the Court ordered the U.S. to produce those documents.  Substantial productions of Zantaz documents were made to the MDL parties after February 20, 2012,  and BP continues to review those productions for relevant documents and reserves the right to question Mr. Patton about such documents at trial, as appropriate.

---

[1] For each of these documents, either material parts or all of the document families were produced for the first time after February 20, 2012.

Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai     Washington, D.C.

## KIRKLAND & ELLIS LLP

R. Michael Underhill
January 7, 2013
Page 2

| | | | |
|---|---|---|---|
| IMS176-051916 | ZAN025-005104 | ZAN037-074391 | ZAN055-038231 |
| ZAN007-050319 | ZAN051-048772 | ZAN062-361097 | ZAN037-010013 |
| ZAN062-040145 | ZAN062-282504 | ZAN055-044875 | ZAN038-233988 |
| ZAN051-053254 | ZAN037-005043 | ZAN037-070571 | ZAN038-292712 |
| ZAN010-023444 | ZAN010-024501 | ZAN051-080166 | ZAN055-017528 |
| ZAN051-095831 | ZAN010-046287 | ZAN010-008539 | ZAN036-118835 |
| ZAN010-071895 | ZAN010-125391 | ZAN007-078609 | |

Sincerely,

/s/ Andrew Langan

J. Andrew Langan, P.C.

JAL/cs

cc: PSC Liaison Counsel (*via e-mail*)
    States' Coordinating Counsel (*via e-mail*)
    Defendants' Liaison Counsel (*via e-mail*)