UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| ALL CASES | * | MAG. JUDGE SHUSHAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AFFIDAVIT OF PHILIP A. GARRETT, C.P.A.

| | | |
|---|---|---|
| STATE OF LOUISIANA | : | |
| | : | SS |
| PARISH OF ORLEANS | : | |

Philip A. Garrett, being duly sworn according to law deposes and says:

1.      I am a certified public accountant with the accounting firm Philip Garrett, CPA.   I have worked as a public accountant for over 35 years.   A copy of my curriculum vitae summarizing my training and experience in the field of public accounting is attached to this report and affidavit as Exhibit "1."

2.      Pretrial Order No. 9 required that members of the Plaintiffs' Steering Committee (PSC) in MDL 2179 and other attorneys working at their direction report their time and expenses on a monthly periodic basis in accordance with the requirements of that order.

3.      Pretrial Order No. 9 approved my retention and the retention of Philip Garrett, CPA, to assist and provide accounting services to the Plaintiffs' Liaison Counsel, the PSC, and the Court in MDL No. 2179, as follows:

Plaintiffs' Liaison Counsel have retained and the Court approves the retention of Philip Garrett, CPA ("PG"), to assist and provide accounting services to Plaintiffs' Liaison Counsel, the Plaintiff's Steering Committee, and the Court in MDL 2179. PG will be assisting in compiling submissions and will provide reports to Plaintiff's Liaison Counsel who shall submit them to the Court on a monthly basis. These reports will include both time and expenses and will summarize, with back-up detail, the submissions of all firms. Submission of time and expense records to PG and the Court shall be considered as if submitted under seal.

4.      In connection with this assignment, I have been asked to conduct a limited review of only the cash assessments and the shared costs. The cash assessments were incurred by each law firm, and used by the PSC to pay the shared costs. This affidavit does not include a review of either common benefit attorney time or held costs from common benefit attorneys.

5.      During the period from October 8, 2010, through today, as it relates to this limited review, my work as the Court- appointed "accountant" involved a review of these expense reports to determine whether they complied with the dictates of PTO No. 9. Where it was determined that   a submission of expense was not in compliance with PTO No. 9, or the procedures established by Plaintiffs' Liaison Counsel, the submitting law firm was advised of this determination and given an opportunity to correct it.   I routinely kept the Court advised of my ongoing activities.

6.      Ultimately, I reviewed submissions of assessments from 100 separate law firms who claimed to participate in common benefit costs.   The PSC funded its common expenses in this litigation by periodically levying assessments on its members and other law firms working for the common benefit.   As of December 31, 2012, common benefit law firms paid assessments totaling $19,387,000.00 which were used to pay shared costs.   See Spreadsheet of Total Assessments from Inception, attached as Exhibit "2".

7.   Certain "Shared expenses" have not been paid but are payable by the PSC for the administration of the MDL. These expenses were scrutinized as to Worldwide Court Reporters, Inc., Rust Consulting, and The Video Department.   Properly documented shared expenses payable to Worldwide Court Reporters, Inc., total $818,884.45.   Properly documented shared expenses payable to Rust Consulting total $1,880,469.38.   Properly documented shared expenses payable to The Video Department total $218,101.10.   A summary of these payable expenses is attached as Exhibit "3".   This submission does not include scrutiny of any other shared expenses. These payable expenses incurred by the PSC are properly subject to reimbursement as "shared expenses," as defined by PTO No. 9.

8.   In summary, as a result of the accounting conducted by me pursuant to the terms of the Court's pretrial orders, as of January 22, 2013, I have determined that $22,304,454.93 in shared out-of-pocket expenses have been properly documented and are eligible for reimbursement.

PHILIP A. GARRETT, C.P.A.

Sworn & Subscribed
before me this 22nd
day of January,
2013.

NOTARY PUBLIC
Martha Elliott

3

EXHIBIT 1

# PHILIP A. GARRETT, CPA
## 117 Fairgrounds Blvd
## Bush, LA 70431
## 985-635-1500
## pgarrett@garrettco.com

as of 12-31-2011

## Education and Certification

- Bachelor of Science in Accounting, University of New Orleans, December 1972
- Certified Public Accountant

## Significant Career Experience:

Over 35 years of accounting, auditing, and consulting experience in serving clients in a variety of industries.   Associated with Wegmann Dazet and Company from staff to managing partner. Retired on December 31,2007 and started Philip A. Garrett, CPA later in 2008.

In addition to accounting and auditing services, Mr. Garrett has provided consulting assistance covering a broad array of matters.   The following list highlights selected issues and experience:

- Sale and purchase of business entities ranging in asset values up to $100 million
- Business valuations
- Preparation of financial packages to assist clients in arranging for financing of major projects and acquisitions
- Reconstruction of financial records
- Employee benefits and compensation
- Business plans, budgeting, and financial projections
- Assistance in the acquisition and installation of computer systems
- Financial reorganization
- Tax, financial, and retirement planning
- Representation before tax authorities
- Evaluation of financial and accounting documents of borrowers for banks

EXHIBIT 1

### Training and Teaching Experience

Guest lecturer for the University of New Orleans, Louisiana State Society of CPAs and numerous business associations.  Topics include:

- Planning for Profits
- Getting Behind the Numbers
- Cash Flow Analysis
- Tax Planning, both corporate and individual
- Valuation of a Closely-Held Corporation
- Pricing Strategies
- Cost Reduction

### Professional Affiliations

- American Institute of Certified Public Accountants
- Society of Louisiana Certified Public Accountants

### Bankruptcy Consulting Experience

Experience in bankruptcy and litigation support consulting and/or expert testimony includes the following issues:

- Examiner for U.S. Bankruptcy Court to report on adherence of debtor to court order
- Use of loan proceeds--real estate project
- Arbitration of fixed asset dispute
- Analysis of construction documents
- Evaluation of profitability plan of debtor in bankruptcy
- Damage calculation
- Division of assets in marital dissolution
- Assistance to debtors and creditors with bankruptcy process

### Multi-District Litigation

Serve as court appointed accountant to assist and report on plaintiffs' time and costs for litigation. Have worked on the following:

- Propulsid Product Liability  MDL1355
- Vioxx Product Liability MDL 1657
- Chinese Drywall MDL 2047
- BP "Deepwater Horizon"  MDL 2179
- TI "Bogalusa Papermill" class action

**EXHIBIT 1**

## <u>Litigation Experience As Consultant Or Expert Witness</u> -- (All cases where a report and/or expert testimony was completed)

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Polyflow, Inc | Nancy Degan | 2011 | Consultation and report |
| Plaintiff | John Davis, CPA | Al Ajubita and Rodney Cashe | 2010 | Consultation and testimony and reports |
| Plaintiff | Concerned Care Home Health | Joe Ward | 2010 | Report and testimony |
| Plaintiff | Hess Construction | Joe Ward | 2009 | Report and testimony |
| Plaintiff | Dr. Hawthorne et al | Nancy Degan | 2009 | Consultation |
| Plaintiff | Action Screen Printers | Stephen Chiccarelli | 2008 | Report |
| Plaintiff | Quality Amusements | Joe Friend Breazeale, Sachee & Wilson | 2008 | Consultation and Report |
| Defendant | Houston National Insurance Co. | Eric Burt Degan, Blanchard & Nash | 2008 | Consultation |
| Defendant | State Farm Insurance | Burt Carnahan | 2008 | Consultation, Report & Deposition |
| Plaintiff | Big River Enterprises, Inc | Steven Griffith | 2008 | Report |
| Plaintiff | Premier Industries | George Pivach | 2007 | Report and Consultation |
| Plaintiff | Robert Grocers et al | Phil Franco | 2007-Present | Testimony, Report and Deposition |
| Plaintiff | Fordoche vs TEPI | Joe Ward | 2007 | Report and Deposition |
| Debtor | Pelts and Skins (alligator farm) | Doug Draper | 2007 | Report and Testimony |
| Plaintiff | The Wood Group | Ben Banta | 2007 | Report and Analysis |
| Defendant | Preston Law Firm vs Cowan Law Firm | Kyle Schonekas | 2007 | Arbitration Testimony and Deposition |
| Plaintiff | BCM, LLC, et al. v. Copeland of New Orleans | Roy Cheatwood | 2006 | Testimony in State Court in Lafayette, LA |
| Plantiff | Jon Sgular et al vs Emerson Process Mgmt et al | Michael Lehman Couhig Partners | 2006 - 2007 | Report and deposition |

**EXHIBIT 1**

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Arr-Maz Products vs. Sonitrol (ADT) Damages calculation after building destroyed by fire | Michael Lehman Couhig Partners | 2005-2006 | Report only |
| Defendant | Jitney Jungle Bankruptcy Valuation of Company as of preference period | Doug Draper | 2005 | Report only |
| Plaintiff | Cross Marine v. Soloman Smith Barney Securities case – Return on Investment | Bruce Schewe | 2004-2005 | Report only |
| Defendant | Bruno, et al. v. Hattier, Sanford and Reynoir, LLP Securities case – Return on Investment | Bruce Schewe | 2005 | Report only |
| Plaintiff | Decorte, et al. v. Eddie Jordan, et al. | Clem Donelon/ Lisa Brener | 2004-2005 | Report, Deposition & Federal Court Testimony |
| Defendant | John B. Steigner v. Elaine D. Scott, et al. | Maurice Mathieu/ Burt Carnahan | 2004 | Report for Mediation |
| Defendant | City of New Orleans v. Municipal Administrative Services, Inc. | Randy Smith | 2004 | Deposition & Federal Court Testimony |
| Plaintiff | JRL Enterprises, Inc. v. Procorp Associates, Inc. et al. | Joseph Ward | 2003/ 2005 | Report, Depositions, and Federal Court Testimony |
| Plaintiff | Evans Industries, Inc. v. J.D. Edwards World Solutions Company et al. | Stone Pigman | 2003-2004 | Report and Testifying at Arbitration |
| Defendant | William B. Allen Supply Co., Inc. v. Betty K. Martin et al. Bank being sued for not detecting embezzlement at company | Phelps Dunbar | 2003 | Deposition |
| Plaintiff | Aucoin v. Trudeau Shareholder dispute | John Robinson | 2001 - 2002 | Deposition |
| Defendant | Positive Black Talk, Inc. v. Cash Money Records, Inc. et al. Copyright infringement | Phelps Dunbar | 2003 | Deposition |
| Plaintiff | David J. L'Hoste v. Andrew J. Lea & William B. Gibbens III, Break Up of Law Firm | Warren Horn | 2001 - 2004 | Deposition & Arbitration Testimony |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Star Enterprise v. Entergy - Damages Calculations on Refinery Incident | Phelps Dunbar | 1999 - 2002 | Deposition |
| Defendant | Gaylord Chemical Co. v. Ingersoll-Rand St. Tammany Parish Court; Damage Calculation on Pump | Phelps Dunbar | 1999 - 2001 | Deposition |
| Defendant | Insurance defense | Degan Blanchard & Nash | 2002 | Report Only - Tax Issue |
| Plaintiff | William C. Bethea v. W&T Offshore, Inc. et al. Analysis of tax consequences and management violations | Phelps Dunbar | 2002 | Deposition |
| Defendant | Menard food distributors Defend against damages for taking customers of Plaintiff | Kyle Schonekas | 2002 | Deposition |
| Creditor | First National Bank of St. Bernard v. Lonnie L. Asevedo, et al. U.S. District Court | Bob Mathis | 2002 | Deposition and State Court Testimony |
| Creditor | ITTCO v. Gulf Coast Bank Cash Flow Analysis | Bob Mathis | 2002 | Deposition & Federal Court Testimony |
| Defendant | Hingle, et al. v. Exxon Frilot, Partridge, Kohnke, & Clements, LC | Robert McNeal | 2001 | Income schedules of multiple plaintiffs |
| Plaintiff | Blue Mill Farms v. Boohaker and Austin | Phelps Dunbar | 2001 | Report Only |
| Plaintiff | John R. Pilgreen v. Donald & Co. Securities, Inc. Arbitration | Phelps Dunbar | 2001 | Deposition & Arbitration Testimony |
| Defendant | Southeast Distribution Discovery Engineering, Inc d/b/a National Coatings Company v. Garco Shellac and Polyurethane Corp. U.S. District Court | Phelps Dunbar | 2001 | Deposition |
| Defendant | Kennedy v. Security National Settled Jefferson Parish, Interest Calculation and Pay Off of Loan | Bob Mathis | 2001 | Deposition & Court Testimony |
| Defendant | Aguilar v. Minnesota Mutual | Warren Horn | 2001 | Deposition |
| Defendant | Minnesota Mutual v. Robert Gavin Baton Rouge Court | Warren Horn | 2001 | Deposition & Court Testimony |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Minnesota Mutual Disability defense | California | 2001 | Report only |
| Plaintiff | Grace Bishop v. CNG Producing Company | Stone Pigman | 2000 | Deposition |
| Plaintiff | Reynold J. Jennins v. Ramsay Health Care, Inc. U.S. District Court Illegal Termination of Contract | Lenny Davis | 2000 | Report only |
| Plaintiff | LeMoyne Riverside:Re M/V Brighton -- Civil District Court; Riverwalk Destruction by ship | Herman Herman Katz & Cotlar | 2000 | Deposition |
| Plaintiff | Virginia Miller v. Bob Cournoyer Terrebonne Parish Court | Herman Herman Katz & Cotlar | 2000 | Deposition & Court Testimony |
| Plaintiff | Multi-Transportation Corporation v. Gulf States Toyota Civil District Court | Robert Kutcher | 2000 | Deposition |
| Defendant | Generation Hall Civil District Court | Herman Herman Katz & Cotlar | 2000 | Consultation |
| Defendant | Eagle Electronics v. Delta Bank Civil District Court | Stone Pigman | 2000 | Deposition & court testimony |
| Defendant | Charles & Gwendlyn Shaw vs. IRS U.S. Tax Court | Al Ajubita | 2000 | Report only |
| Debtor | Medical Heritage, Inc. Bankruptcy Federal Court | Martinez | 1999 | Deposition |
| Plaintiff | T.V. Management, Inc. Civil District Court | Heller Draper | 1999 | Deposition & court testimony |
| Defendant | Hvide Marine- U.S. Offshore v. Seabulk Offshore, LTD | Florida Law Firm | 1999 | Report only |
| Debtor | Wichita River Oil Corporation Federal Court | Doug Draper | 1999 | Report only |
| Plaintiff | Cardio Devices, Inc. et al. v. Sulzer Intermedics, Inc. | Marc Winsberg | 1999 | Report only |
| Plaintiff | Louisiana Stadium and Exposition District Arbitration | Herman Herman Katz & Cotlar | | Report only |
| Defendant | Exxon v. Tri-State Asphalt Baton Rouge Court | Exxon | | Deposition & Court Testimony |
| Defendant | Delta Petroleum Civil District Court | Herman Herman Katz & Cotlar | | Report only |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Worldwide Gaming of Louisiana in Bankruptcy Federal Court Louisiana Route Operators in Bankruptcy | Stone Pigman | | Deposition & Court Testimony |
| Defendant | Interurban of Cincinnati v. Barclay Bank Federal Court | Heller Draper | | Deposition & Court Testimony |
| Creditor/Court | Pelican Homestead v. Mamahat et al. Federal Court, Court Appointed Examiner | Creditor/Ct | | Deposition & Court Testimony |
| Defendant | Thompson v. Allied Bank-Bank Litigation | Liskow | | Deposition & Court Testimony |

# EXHIBIT 2

## BP Deepwater Horizon

### TOTAL ASSESSMENTS FROM INCEPTION TO December 31,2012 BY FIRM

as of January 15,2013

| | Firm | Total Assessment |
|---|---|---|
| 1 | Andry Law Firm | $165,000.00 |
| 2 | Aylstock, Witkin, Kreis & Overholtz | $50,000.00 |
| 3 | Barker, Boudreaux, Lamy & Foley | $10,000.00 |
| 4 | Baron & Budd, P.C. | $680,000.00 |
| 5 | Barrios, Kingsdorf & Casteix, LLP | $215,000.00 |
| 6 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | $680,000.00 |
| 7 | Becker & Hebert | $43,000.00 |
| 8 | Beevers & Beevers, L.L.P. | $20,000.00 |
| 9 | Berniard Law, LLC | $13,000.00 |
| 10 | Bilzin Sumberg Baena Price & Alexrod, LLP | $33,000.00 |
| 11 | Breazeale, Sachse & Wilson, L.L.P. | $23,000.00 |
| 12 | Brent Coon & Associates, P.C. | $65,000.00 |
| 13 | Briet Drescher Imprevento & Walker, PC | $680,000.00 |
| 14 | Bruno & Bruno, LLP | $215,000.00 |
| 15 | Calvin C. Fayard, Jr. | $680,000.00 |
| 16 | Chhabra & Gibbs, PA | $43,000.00 |
| 17 | Colson Hicks Eidson | $680,000.00 |
| 18 | Cossich, Sumich, Parsoila & Taylor, LLC | $680,000.00 |
| 19 | Cunningham Bounds, LLC | $680,000.00 |
| 20 | David A. Bagwell | $43,000.00 |
| 21 | Davis Law Firm | $33,000.00 |
| 22 | DeGravelles, Palmintier, Holthaus & Fruge | $680,000.00 |
| 23 | Diliberto & Kirin, LLC | $43,000.00 |
| 24 | Dodson Hooks & Frederick, APLC | $13,000.00 |
| 25 | Domengeaux Wright Roy & Edwards | $680,000.00 |
| 26 | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | $215,000.00 |
| 27 | Eastland Law Offices | $215,000.00 |
| 28 | Edward J. Womac, Jr. & Associates, LLC | $10,000.00 |
| 29 | Evers Law Firm, P.A. | $23,000.00 |
| 30 | Fishman, Haygood, Phelps, Walmsley, Willis & Swanson, LLP | $43,000.00 |
| 31 | Fred L. Herman, APLC | $33,000.00 |
| 32 | Friedman, Leak, Dazzio, Zulanas & Bowling, P.C. | $23,000.00 |
| 33 | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | $215,000.00 |
| 34 | Gary A. Davis | $13,000.00 |
| 35 | George W. Healy IV | $43,000.00 |
| 36 | Girardi and Keese | $23,000.00 |
| 37 | Glago Law Firm, LLC | $43,000.00 |
| 38 | Grossman Roth, P.A. | $115,000.00 |
| 39 | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | $165,000.00 |

# EXHIBIT 2

## BP Deepwater Horizon

### TOTAL ASSESSMENTS FROM INCEPTION TO December 31,2012 BY FIRM

as of January 15,2013

| | Firm | Total Assessment |
|---|---|---|
| 40 | Herman, Herman, Katz & Cotlar | $680,000.00 |
| 41 | Irpino Law Firm | $240,000.00 |
| 42 | Jimmy Williamson, P.C. | $315,000.00 |
| 43 | Jones Swanson | $215,000.00 |
| 44 | Joseph A. Waitz, Jr. | $10,000.00 |
| 45 | Keith D. Jones | $43,000.00 |
| 46 | Kershaw, Cutter & Ratinoff, LLP | $33,000.00 |
| 47 | Kevin I. Goldberg | $13,000.00 |
| 48 | Kreindler & Kreindler, LLP | $165,000.00 |
| 49 | Lamothe Law Firm | $23,000.00 |
| 50 | Law Office of Derriel C. McCorvey | $23,000.00 |
| 51 | Lawrence L. Jones, II PSC | $13,000.00 |
| 52 | Lee Tran & Liang | $65,000.00 |
| 53 | Leger & Shaw | $240,000.00 |
| 54 | Levin, Fishbein, Sedran & Berman | $215,000.00 |
| 55 | Levin, Papantonio, Thomas, Mitchell, Echsner, Rafferty & Proctor, P.A. | $680,000.00 |
| 56 | Lewis, Kullman, Sterbcow & Abramson | $730,000.00 |
| 57 | Lewis Tein | $10,000.00 |
| 58 | Lieff, Cabraser, Heimann & Bernstein, LLP | $680,000.00 |
| 59 | Lovelace Law Firm, P.A. | $13,000.00 |
| 60 | Lumpkin and Reeves, PLLC | $23,000.00 |
| 61 | Lundy, Lundy, Soileau & South | $680,000.00 |
| 62 | Martzell & Bickford, APC | $33,000.00 |
| 63 | Mason, LLP | $60,000.00 |
| 64 | McKenzie & Hall, P.A. | $43,000.00 |
| 65 | Morgan & Morgan | $680,000.00 |
| 66 | Morris Bart, LLC | $10,000.00 |
| 67 | Motley Rice, LLC | $680,000.00 |
| 68 | Murray Law Firm | $215,000.00 |
| 69 | Musslewhite & Associates | $33,000.00 |
| 70 | Ranier Law Firm | $215,000.00 |
| 71 | Reich & Binstock | $23,000.00 |
| 72 | Riddick Babineau, PC | $10,000.00 |
| 73 | Roy F. Amedee, Jr. | $13,000.00 |
| 74 | Schechter McElwee, Shaffer & Harris | $215,000.00 |
| 75 | Searcy, Denney, Scarola, Barnhary & Shipley | $65,000.00 |
| 76 | Seeger Weiss, LLP | $50,000.00 |
| 77 | Shelby Roden, LLC | $43,000.00 |
| 78 | Sher Garner | $215,000.00 |
| 79 | Spagnoletti & Associates | $215,000.00 |

# EXHIBIT 2

## BP Deepwater Horizon

### TOTAL ASSESSMENTS FROM INCEPTION TO December 31,2012 BY FIRM

as of January 15,2013

| | Firm | Total Assessment |
|---|---|---|
| 80 | Tammy Tan Attorneys at Law | $50,000.00 |
| 81 | Taylor Martino Zarzaur, P.C. | $10,000.00 |
| 82 | The Bilek Law Firm L.L.P. | $50,000.00 |
| 83 | The Diaz Law Firm | $43,000.00 |
| 84 | The Dugan Law Firm | $13,000.00 |
| 85 | The Lanier Law Firm, P.C. | $13,000.00 |
| 86 | The Lemmon Law Firm | $100,000.00 |
| 87 | The Matthews Law Firm, PLLC | $215,000.00 |
| 88 | The Penton Law Firm | $165,000.00 |
| 89 | Thronhill Law Firm, A PLC | $215,000.00 |
| 90 | Ungar & Byrne | $10,000.00 |
| 91 | W. James Singleton | $43,000.00 |
| 92 | Waite, Schneider, Bayless and Chesley Co., L.P.A. | $65,000.00 |
| 93 | Walters, Papillion, Thomas, Cullens, LLC | $13,000.00 |
| 94 | Waltzer & Wiygul, LLP | $50,000.00 |
| 95 | Waters Law Firm | $33,000.00 |
| 96 | Watts, Guerra, Craft LLP | $680,000.00 |
| 97 | Weitz & Luxenberg, P.C. | $680,000.00 |
| 98 | William S. Vincent, Jr. | $13,000.00 |
| 99 | Williams Law Group, LLC | $630,000.00 |
| 100 | Zatzkis, McCarthy & Associates | $43,000.00 |
| | **Total Assessments:** | **$19,387,000.00** |

**EXHIBIT 3**

**BP Deepwater Horizon**
**ACCOUNTS PAYABLE AS OF December 31,2012**

| VENDOR | AMOUNT DUE |
|---|---|
| Worldwide Court Reporters, Inc. | $818,884.45 |
| Rust Consulting | $1,880,469.38 |
| The Video Department | $218,101.10 |
| | **$2,917,454.93** |