# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| These Pleadings apply to:  *All Cases* | SECTION: J |
| (Including No. 12-970) | JUDGE BARBIER |
| | MAGISTRATE SUSHAN |

## DECLARATION OF STEPHEN J. HERMAN

I, Stephen J. Herman, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am licensed to practice law in the State of Louisiana, the United States District Court for the Eastern District of Louisiana, the U.S. Fifth Circuit Court of Appeals, and the U.S. Supreme Court.

2. James Parkerson Roy and I were appointed Interim Co-Liaison Counsel for the plaintiffs in the consolidated cases that were pending in Section J of the Eastern District of Louisiana on or around June 4, 2010.  We were appointed Plaintiffs Co-Liaison Counsel in MDL No. 2179 on or around August 27, 2010.  We were also appointed Interim Co-Class Counsel on or around March 5, 2012, and Co-Lead Class Counsel on or around May 2, 2012.

3.  I have reviewed the Affidavit of Philip A. Garrett, C.P.A., dated January 22, 2013, and the attachments thereto.

4.  To the best of my knowledge, information and belief, Exhibit 2 to Mr. Garrett's Affidavit accurately reflects the shared cost contributions (or "assessments") made by Co-Liaison Counsel, the Plaintiffs Steering Committee, and other attorneys performing common benefit services in accordance with Pre-Trial Order No. 9 (collectively referred to as "Common Benefit Attorneys"). These shared cost contributions were expended for the common benefit of Plaintiffs in MDL No. 2179 (including members of the Economic and Medical Benefits Settlement Classes) under the procedures set forth in Pre-Trial Order No. 9, Section I(4), Section III(1)(a) and Section IV.

5.  Exhibit 3 to Mr. Garrett's Affidavit accurately reflects existing outstanding invoices for expenses incurred for the common benefit of Plaintiffs in MDL No. 2179 (including members of the Economic and Medical Benefits Settlement Classes) in accordance with Pre-Trial Order No. 9, and approved for payment by Co-Liaison Counsel.

Signed, under penalty of perjury, this 1ˢᵗ day of February, 2013, in New Orleans, Louisiana.

Stephen J. Herman