UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

# ORDER

Before the Court is (Rec. Doc. 8456) the Regents of the University of California's ("University") objections to and appeal from (Rec. Doc. 8455) the Magistrate Judge's Ninth Supplemental Order, which required the University to produce a 52-page document identified as "BAA:M11PS0017."[1] Having considered the University's arguments and the document at issue, the Court finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that the University's objections and appeal (Rec. Doc. 8456) are **OVERRULED** and the Magistrate Judge's Ninth Supplemental Order (Rec. Doc. 8455) is **AFFIRMED.**

New Orleans, Louisiana, this 4th day of February, 2013.

_____
United States District Judge

---

[1] UCSB366610

**Clerk to Serve:**

Captain Suzanne E. Englebert
United States Coast Guard Retired
sueenglebert@sseeservices.com

Michael R. Goldstein
Senior Counsel
University of California - Santa Barbara
Michael.Goldstein@ucop.edu

Nancy Hamill
Chief Campus Counsel
University of California - Santa Barbara
Nancy.Hamill@ucop.edu