# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Armstrong, Rick D. & Linda D. | 01/29/2013 | 122828 |
| Broussard, Bonnie D. | 01/29/2013 | 122829 |
| Hubbard, Marcel S. | 01/30/2013 | 122831 |
| Graham, Orlanda A. | 01/30/2013 | 122832 |
| Edwards, Joe Nathan | 01/30/2013 | 122833 |
| Jones, Louis Patrick | 01/30/2013 | 122834 |
| D'Hemecourt, John | 01/31/2013 | 122882 |
| Broussard, Bonnie D. (AMENDED) | 02/01/2013 | 122928 |
| Lee, Jerome Jr. | 02/01/2013 | 122929 |
| Stallworth, Langston Talcott Jr. | 02/01/2013 | 122930 |
| Coleman, Carolyn Delorise | 02/01/2013 | 122931 |
| Seals, Davie | 02/01/2013 | 122934 |