**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  Oil Spill by the Oil Rig "Deepwater              MDL No. 2179
Horizon" in the Gulf of Mexico, on
April 20, 2010                                            Section:  J

THIS DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*                              JUDGE BARBIER
                                                         MAGISTRATE JUDGE SHUSHAN

_____ /

## <u>ORDER</u>

     Considering the Motion for Acceptance of Short Form Joinders Beyond the September

16, 2011 Deadline and Supporting Memorandum of Law:

     IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the

September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the

Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be

considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as

joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial

orders Nos. 24 and 25.

     Signed this _____ day of _____, 2013.


_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Armstrong, Rick D. & Linda D. | 01/29/2013 | 122828 |
| Broussard, Bonnie D. | 01/29/2013 | 122829 |
| Hubbard, Marcel S. | 01/30/2013 | 122831 |
| Graham, Orlanda A. | 01/30/2013 | 122832 |
| Edwards, Joe Nathan | 01/30/2013 | 122833 |
| Jones, Louis Patrick | 01/30/2013 | 122834 |
| D'Hemecourt, John | 01/31/2013 | 122882 |
| Broussard, Bonnie D. (AMENDED) | 02/01/2013 | 122928 |
| Lee, Jerome Jr. | 02/01/2013 | 122929 |
| Stallworth, Langston Talcott Jr. | 02/01/2013 | 122930 |
| Coleman, Carolyn Delorise | 02/01/2013 | 122931 |
| Seals, Davie | 02/01/2013 | 122934 |