# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Exit Art | 01/28/2013 | 122824 |
| Fill-A-Sack of Jesuit Bend, Inc. (AMENDED) | 01/29/2013 | 122825 |
| Tri-State Oil Company, Inc. (AMENDED) | 01/29/2013 | 122826 |
| V Seagrove, LLC | 01/29/2013 | 122830 |
| Green Pot Ware, Inc. | 02/01/2013 | 122927 |
| Meaux, Casey Joe | 02/01/2013 | 122932 |
| Penick, Ryan D. | 02/01/2013 | 122933 |