UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | JUDGE BARBIER |
| Relates to: 2:10-CA-10-8888 (Rec. Doc. 52194) | * * | MAG. JUDGE SHUSHAN |

**O R D E R**

Considering the above and foregoing Motion to Enroll As Counsel:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Philip F. Cossich, Jr., David A. Parsiola, and Brandon J. Taylor of the law firm of Cossich, Sumich, Parsiola & Taylor, L.L.C. and Stephen B. Murray and Stephen B. Murray, Jr of the law firm of the Murray Law Firm be enrolled as counsel of record for the plaintiff, Fulton Seafood, Inc.

New Orleans, Louisiana this 4th day of February, 2013.

_____
United States District Judge

3