UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS | *<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Cartagena, Carlos
Chadwick, Susan
Chandler, David A.
Chiepalich, MJ
Cohen, Allen
Comstock, Theodore
Cooper, Helen
Cowgill, Graeme
Craven, Teddy, Jr.
Crosby, Frankie
Cross, Jamie Lynn
Cudzik, Jon
Dates, John
David Hirrlinger
Davidson, Jimmy
Deas, Jeffrey Devin
Dobson, Kevin
Doby, Richard
Doege, Jennice R.
Dubose, Terry

Document numbers listed in Exhibit A to Motion (Rec. Doc. 8407).

New Orleans, Louisiana this 4th day of February, 2013.   _____

_____
United States District Judge