UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Duran, Michael
Dyken, Jason R.
Dyken, Renee Allen
Dyson, Carolyn
Edwards, Pamela
Eiland, Terry R.
Ellison, Mary
Eslava, Ira Norman Jr.
Evans, Peter
Falke, Elizabeth
Floyd, Diane E.
Foltz, Larry
Froseth, Trent
Gibson, Ralph
Gilbert, Alan
Gilliland, Lorri
Glesson, Brendan J.
Gomez, Jesus
Hall, James
Hallmon, Katharine

Document numbers listed in Exhibit A to Motion (Rec. Doc. 8408).

New Orleans, Louisiana this 4th day of February, 2013.

_____
United States District Judge