UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig   *   MDL NO. 2179
"Deepwater Horizon" in the   *
Gulf of Mexico, on April 20, 2010   *   SECTION: J
*
*
*
This Document Relates To:   *   JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS   *
*   MAGISTRATE JUDGE SHUSHAN

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Hermecz, Chris
Hill, Bobby
Hill, Paige J.
Hill, William A., Jr.
Hines, Corey
Hoag, Cory J.
Hodges, Jeff
Holloway, James B., III
Holt, Kelly
Hood, Jimmy L., II.
Horn, Tennyson Farish
Huffman, Lachell
Hurd, Tavares
Jackson, Sarah
Jackson, Willie, Jr.
Jones, Marshall
Jones, Priscilla
Kelley, Chris
Kessler, David
King, Dana

Document numbers listed in Exhibit A to Motion (Rec. Doc. 8409).

New Orleans, Louisiana this 4th day of February, 2013.

_____
United States District Judge