UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig   *   MDL NO. 2179
"Deepwater Horizon" in the        *
Gulf of Mexico, on April 20, 2010 *   SECTION: J
                                  *
                                  *
                                  *
This Document Relates To:         *   JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS     *
                                  *   MAGISTRATE JUDGE SHUSHAN
* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Kramer, Stephen
Lacy, Michael
Ladnier, Lee
Laiche, Brandon
Lam, David
Landry, Jeff
Lawless, Charles A., II.
LeBlanc, Ernest
Lester, Candace
Leveritt, Bryan
Locklier, Michael E.
Lopez, Ofelia
Lowry, Amber
Lynch, Robert
Magana, Frances Ann
Magana, Silverio
Major, Zyeta
Marlar, Micah
Martin, Brenton
Massey, Christopher L.

Document numbers listed in Exhibit A to Motion (Rec. Doc. 8410).

New Orleans, Louisiana this 4th day of February, 2013.

                                                            _____
                                                                United States District Judge