UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig         *   MDL NO. 2179
"Deepwater Horizon" in the              *
Gulf of Mexico, on April 20, 2010       *   SECTION: J
                                        *
                                        *
                                        *
This Document Relates To:               *   JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS           *
                                        *   MAGISTRATE JUDGE SHUSHAN
* * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Wilkerson, Ronnie
Williams, David C.
Williams, Jermaine C.
Williams, Terri Delisa
Wills, Jack
Yelverton, Amy Lynnette
Young, Kerry
Zahavi, Jennifer
Zukaitis, Vicky

Document numbers listed in Exhibit A to Motion (Rec. Doc. 8414).

New Orleans, Louisiana this 4th day of February, 2013.

_____
United States District Judge