UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig          *     MDL NO. 2179
       "Deepwater Horizon" in the        *
       Gulf of Mexico, on April 20, 2010  *    SECTION: J
                                         *
                                         *
                                         *
       This Document Relates To:          *    JUDGE BARBIER
       Case No. 2:10-cv-08888-CJB-SS     *
                                         *    MAGISTRATE JUDGE SHUSHAN
                                         *
* * * * * * * * * * * * * * * * * * * * * *

## ATTACHMENT A

| Plaintiff | Termination Date | MDL Document No. |
|---|---|---|
| Sawyer, Connie | 10/13/2012 | 112601 |
| Scott, Viris W. | 9/14/2012 | 43408 |
| Sheppard, Andrew | 9/14/2012 | 44463 |
| Sherman, Robert B. | 9/14/2012 | 42796 |
| Simmons, Eric D. | 6/13/2012 | 65024 |
| Smith, Ashley | 8/27/2012 | 22639 |
| Smith, Derek | 8/27/2012 | 65826 |
| Smith, George | 8/27/2012 | 43800 |
| Smith, Jason | 6/8/2012 | 64479 |
| Sossaman, Robert C. | 10/14/2012 | 65019 |
| Sparks, Steven | 9/14/2012 | 44451 |
| Stanton, Reginald | 9/14/2012 | 55225 |
| Stevens, David | 10/28/2012 | 66802 |
| Stubbs, Shellie | 8/27/2012 | 53040 |
| Taylor, Henry | 10/14/2012 | 107495 |
| Traughber, Eric | 8/27/2012 | 107422 |
| Turner, Betty Jane | 9/3/2012 | 61148 |
| Wallace, Ron | 10/13/2012 | 88220 |
| Watson, Robert L. | 7/9/2012 | 142 |
| Weaver, Sherry S. | 10/14/2012 | 111632 |