# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of LOUISIANA

Case Number: 12-2564 "J" (1)

Plaintiff:
JOHN D. NAPLES

vs.

Defendant:
BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; LARRY GRIFFIN TOWING CO., INC.; LOW LAND CONSTRUCTION CO., INC.; AND NATURES WAY MARINE, LLC

For:
Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street
Suite 400, P.O. Box 486
Charleston, SC 29402

Received by ABC PROCESS SERVICE on the 22nd day of January, 2013 at 9:43 am to be served on BP EXPLORATION & PRODUCTION, INC. C/O CT CORPORATION SYSTEM, 5615 CORPORATE BOULEVARD, SUITE 400B, BATON ROUGE, LA 70808.

I, Carol S. Cassisa, do hereby affirm that on the 22nd day of January, 2013 at 2:22 pm, I:

DELIVERED TO A CORPORATION: by delivering a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT with the date and hour of service endorsed thereon by me, to: CHASITY CAILLOUET as ASSOCIATE CORPORATION OPERATIONS SPECIALIST for BP EXPLORATION & PRODUCTION, INC. C/O CT CORPORATION SYSTEM, at the address of: 5615 CORPORATE BOULEVARD, SUITE 400B, BATON ROUGE, LA 70808, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

_____
Carol S. Cassisa
Process Server

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2013000174

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e