# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of LOUISIANA

Case Number: 12-2564 "J" (1)

Plaintiff:
JOHN D. NAPLES

vs.

Defendant:
BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; LARRY GRIFFIN TOWING CO., INC.; LOW LAND CONSTRUCTION CO., INC.; AND NATURES WAY MARINE, LLC

For:
Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street
Suite 400, P.O. Box 486
Charleston, SC  29402

Received by ABC PROCESS SERVICE on the 22nd day of January, 2013 at 9:43 am to be served on LARRY GRIFFIN TOWING COMPANY, INC. C/O GINA GRIFFIN, 123 CALLAIS LANE, GOLDEN MEADOW, LA 70357.

I, Curtis Chiasson, do hereby affirm that on the 22nd day of January, 2013 at 5:00 pm, I:

DELIVERED TO A CORPORATION: by delivering a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT with the date and hour of service endorsed thereon by me, to: GINA GRIFFIN as AUTHORIZED TO ACCEPT for LARRY GRIFFIN TOWING COMPANY, INC. C/O GINA GRIFFIN, at the address of: 123 CALLAIS LANE, GOLDEN MEADOW, LA 70357, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

Curtis Chiasson
Process Server

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2013000176

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a