# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## EASTERN District of LOUISIANA

Case Number: 12-2564 "J" (1)

Plaintiff:
**JOHN D. NAPLES**

vs.

Defendant:
**BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; LARRY GRIFFIN TOWING CO., INC.; LOW LAND CONSTRUCTION CO., INC.; AND NATURES WAY MARINE, LLC**

For:
Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street
Suite 400, P.O. Box 486
Charleston, SC 29402

Received by ABC PROCESS SERVICE on the **22nd day of January, 2013** at **9:43 am** to be served on **LOW LAND CONSTRUCTION COMPANY, INC. C/O DAVID J. ROBICHAUX, JR., 946 LEFORT BY-PASS ROAD, THIBODAUX, LA 70301.**

I, STACY CRADEUR, do hereby affirm that on the **22nd day of January, 2013 at 4:14 pm**, I:

**DELIVERED TO A CORPORATION:** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DION ROBICHAUX** as **SECRETARY** for **LOW LAND CONSTRUCTION COMPANY, INC. C/O DAVID J. ROBICHAUX, JR.**, at the address of: **946 LEFORT BY-PASS ROAD, THIBODAUX, LA 70301**, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

STACY CRADEUR
Process Server

**ABC PROCESS SERVICE**
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2013000177

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e