UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill By The Oil Rig | Action No.: 2:10-md-02179 |
| "Deepwater Horizon" In The<br>Gulf Of Mexico, On April 20, 2010 | Judge: Carl J. Barbier |
| | Mag.: Sally Shushan |
| This Pleading Is In<br>Member Case<br>2:10-cv-01984-CJB-SS | |

## MOTION TO SUBSTITUTE COUNSEL

Defendant, Abdon Callais Offshore, LLC, moves the Court for an Order substituting John E. Galloway for Walter Christy as its counsel.

Respectfully submitted,

*s/ Walter W. Christy*

---

Walter W. Christy, La Bar no. 04134
Coats Rose
One Canal Place
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
Telephone: 504-299-3070
Facsimile: 504-299-3071

1

*s/ John E. Galloway*

John E. Galloway (5892)
jgalloway@gjtbs.com

OF COUNSEL:
Galloway, Johnson, Tompkins, Burr & Smith, P.C.
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone:     504-525-6802

*Attorneys for Abdon Callais Offshore, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of February, 2013, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*s/ John E. Galloway*

JOHN E. GALLOWAY

2