UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill By The Oil Rig | Action No.: 2:10-md-02179 |
| "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010 | Judge: Carl J. Barbier |
| | Mag.: Sally Shushan |
| This Pleading Is In Member Case 2:10-cv-01984-CJB-SS | |

## ORDER

Considering the Motion to Substitute Counsel filed by Abdon Callais Offshore;

IT IS ORDERED that the Motion is GRANTED and John E. Galloway is substituted for Walter Christy as counsel of record for Abdon Callais Offshore, LLC.

New Orleans, La this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

1