UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG ) | MDL. NO. 2179 | |
| "DEEPWATER HORIZON "in ) | | |
| the GULF OF MEXICO, on ) | | |
| APRIL 20, 2010 ) | | |
| ) | SECTION: J | |
| This Document relates to: ) | | |
| ) | JUDGE BARBIER | |
| 2:10-CA-10-8888 ) | MAG. JUDGE SHUSHAN | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of Daniel H. Craven, P. C. respectfully moves the Court for leave to withdraw as counsel for Claimants listed below:

| | **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
|---|---|---|---|
| 1. | Henderson, James R. | 104619 | CA-10-8888 |

DANIEL H. CRAVEN, P.C.
P. O. Drawer 4489
Gulf Shores, Alabama 36547
danielcraven@gulftel.com   (E-mail)
(251) 968-8170 (Voice)
(251) 968-4837 (Fax)

/s/Daniel H. Craven
**DANIEL H. CRAVEN**
**(ASB-3138-E50D)**

1

**Certificate of Service**

I, Daniel H. Craven, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Motion to Withdraw as Counsel to All Counsel of Record.

This 28th Day of January, 2013.

By: /s/Daniel H. Craven
**Daniel H. Craven, (ABS-3138-E50D)**