UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

# ORDER

Before the Court is (Rec. Doc. 8471) BP's objection to and appeal from (Rec. Doc. 8371) the Magistrate Judge's Order of January 28, 2013, which denied BP's request to add Frank Patton to its Phase One Good Faith Will Call Witness List.  Having considered BP's arguments in its appeal, the briefing submitted to the Magistrate Judge, and the applicable law, the Court finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Accordingly,

**IT IS ORDERED** that BP's objection and appeal (Rec. Doc. 8471) is **OVERRULED** and the Magistrate Judge's Order (Rec. Doc. 8371) is **AFFIRMED.**

New Orleans, Louisiana, this 5th day of February, 2013.

_____
United States District Judge