UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill By The Oil Rig | Action No.: 2:10-md-02179 |
| "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010 | Judge: Carl J. Barbier |
| | Mag.: Sally Shushan |
| This Pleading Is In Member Case 2:10-cv-01984-CJB-SS | |

## ORDER

Considering the Motion to Substitute Counsel filed by Abdon Callais Offshore;

IT IS ORDERED that the Motion is GRANTED and John E. Galloway is substituted for Walter Christy as counsel of record for Abdon Callais Offshore, LLC.

New Orleans, Louisiana this 6th day of February, 2013.

_____
United States District Judge

1