UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | \* | MDL NO. 2179 |
| "Deepwater Horizon" in the | \* | |
| Gulf of Mexico, on April 20, 2010 | \* | SECTION: J |
| | \* | |
| | \* | |
| | \* | |
| This Document Relates To: | \* | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | \* | |
| | \* | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for the following Plaintiffs:

Sawyer, Connie
Scott, Viris W.
Sheppard, Andrew
Sherman, Robert B.
Simmons, Eric D.
Smith, Ashley
Smith, Derek
Smith, George
Smith, Jason
Sossaman, Robert C.
Sparks, Steven
Stanton, Reginald
Stevens, David
Stubbs, Shellie
Taylor, Henry
Traughber, Eric
Turner, Betty Jane
Wallace, Ron
Watson, Robert L.
Weaver, Sherry S.

Document numbers listed in Exhibit A to motion (Rec. Doc. 8487)

New Orleans, Louisiana this 6th day of February, 2013.

_____
United States District Judge