# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | | |
| In the GULF OF MEXICO on | * | SECTION:  J |
| April 20, 2010 | | |
| | * | JUDGE BARBIER |
| Applies to: 11-cv-01051 | | |
| | * | MAGISTRATE SHUSHAN |

## TRANSOCEAN'S OPPOSITION TO PLAINTIFF GUY J. ADAMS' AMENDED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") and files this opposition to Plaintiff Guy J. Adams' Amended Motion for Voluntary Dismissal Without Prejudice (Rec. Doc. 8315) in accordance with the Court's February 1, 2013 Order (Rec. Doc. 8453).

Transocean opposes Plaintiff's motion because Plaintiff seeks to dismiss his petition without prejudice.[1]  A dismissal without prejudice is improper in this case because Plaintiff's petition was filed nearly 2 years ago, and Transocean and other parties have already expended significant time and expense answering Plaintiff's petition and co-defendants' subsequent cross-claims.  Additionally, Plaintiff has also failed to state why he seeks to dismiss his case without prejudice.

## I.    Background

On April 20, 2011, Plaintiff Guy J. Adams, individually and on behalf of other similarly

---

[1] Transocean does not oppose dismissing Plaintiff's claims against Transocean with prejudice.

situated plaintiffs, filed a petition in the 25th Judicial District Court for the Parish of Plaquemines against multiple defendants, including Transocean, seeking class certification for damages caused by the blowout, fire, and explosion of the DEEPWATER HORIZON and the resulting oil spill.  On May 4, 2011, Plaintiff's case was removed to this Court.  During the subsequent months, multiple defendants filed answers and cross-claims against other co-defendants, which required the filing of additional answers.  *See* Rec. Docs. 3768, 3784, 3851, 3923, 3929, 3930.

On January 16, 2013, and January 23, 2013, Plaintiff filed Motions and Amended Motions for Voluntary Dismissal Without Prejudice.  Rec. Docs. 8252, 8258, 8315.  Plaintiff seeks to dismiss his claims against all defendants without prejudice.  On February 1, 2013, noting that some defendants had answered Plaintiff's petition and objected to a dismissal of Plaintiff's petition without prejudice and that a stipulation of dismissal signed by all parties had not be filed, the Court invited the objecting parties to file oppositions to Plaintiff's motion by February 8, 2013.  Rec. Doc. 8453.

## II.    Law and Analysis

As the Court noted in its February 1, 2012 Order, Federal Rule of Civil Procedure 41(a)(2) dictates whether a plaintiff may be granted an unconditional dismissal.  "The initial inquiry in analyzing a Rule 41(a)(2) motion is whether an unconditional dismissal will cause the non-movant to suffer plain legal prejudice."  *Sundown Energy, LP v. Haller*, CIV.A. 10-4354, 2012 WL 642840, at *2 (E.D. La. Feb. 28, 2012) (internal quotation marks and citations omitted).  "Where the plaintiff does not seek dismissal until a late stage and the defendants have exerted significant time and effort, the district court may, in its discretion, refuse to grant a voluntary dismissal."  *Id.* (internal quotation marks and citations omitted).

A dismissal without prejudice is improper in this case because Plaintiff's petition was filed nearly two years ago.  Transocean and other parties have already expended significant time and expense answering Plaintiff's petition.  Additionally, in the process of answering Plaintiff's petition, co-defendants have filed cross-claims against other co-defendants, which has required the filing of additional answers.  *See* Rec. Docs. 3768, 3851, 3929, 3930.  Plaintiff has further failed to state why he seeks to dismiss his case without prejudice.

**III.    Conclusion**

For these reasons, Plaintiff's motion, to the extent it seeks to dismiss his petition without prejudice, should be denied.

DATED:  February 6, 2013                              Respectfully submitted,


By:  /s/ Brad D. Brian                              By:  /s/ Steven L. Roberts
Brad D. Brian                                       Steven L. Roberts
Michael R. Doyen                                    Rachel Giesber Clingman
Lisa Demsky                                         Sean Jordan
Daniel B. Levin                                     SUTHERLAND ASBILL & BRENNAN LLP
Susan E. Nash                                       1001 Fannin Street, Suite 3700
MUNGER TOLLES & OLSON LLP                           Houston, Texas 77002
355 So. Grand Avenue, 35th Floor                    Tel:  (713) 470-6100
Los Angeles, CA 90071                               Fax:  (713) 354-1301
Tel:  (213) 683-9100                                Email:  steven.roberts@sutherland.com
Fax:  (213) 683-5180                                        rachel.clingman@sutherland.com
Email:  brad.brian@mto.com                                  sean.jordan@sutherland.com
        michael.doyen@mto.com
        lisa.demsky@mto.com                         By:   /s/ Kerry J. Miller
        daniel.levin@mto.com                        Kerry J. Miller
        susan.nash@mto.com                          FRILOT, LLC
                                                    110 Poydras St., Suite 3700
                                                    New Orleans, LA 70163
                                                    Tel:  (504) 599-8194
By:   /s/  Edwin G. Preis                           Fax:  (504) 599-8154
Edwin G. Preis, Jr.                                 Email:  kmiller@frilot.com
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501                                 John M. Elsley
(337) 237-6062                                      ROYSTON, RAYZOR, VICKERY & WILLIAMS
        *and*                                       LLP
601 Poydras Street, Suite 1700                      711 Louisiana Street, Suite 500

New Orleans, LA 70130                     Houston, TX 77002
(504) 581-6062                            (713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of February, 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

       /s/ Kerry J. Miller
       Kerry J. Miller