UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 10-4536 | : | MAGISTRATE JUDGE SHUSHAN |

## UNOPPOSED MOTION OF THE UNITED STATES FOR (1) ENTRY OF AND (2) AMENDMENT OF PARTIAL CONSENT DECREE WITH THE TRANSOCEAN DEFENDANTS

The United States of America, plaintiff, respectfully moves this Court to enter as a final judgment the previously lodged Partial Consent Decree with the Transocean Defendants [Doc. 8157-1] ("proposed Decree"). The proposed Decree requires the Transocean Defendants[1] to pay $1 billion in civil penalties to the United States and implement measures to improve performance and prevent recurrence of spills in waters of the United States.

The Transocean Defendants have already consented to entry of the proposed Decree without further notice. (Proposed Decree ¶ 73). Based on pre-filing consultation with counsel, no other party in *United States v. BPXP, et al.*, 10-4536 opposes this motion.

The United States' consent to the entry of the proposed Decree was conditioned on the United States' review of any public comments on the proposed Decree, and upon this Court's approval. (Proposed Decree ¶ 72); 28 C.F.R. § 50.7. The United States received three written comments during the public comment period (attached as Exhibits A, B, and C to the Memorandum in Support of this motion). None of the comments received disclose any facts or conditions which indicate that the proposed Decree is inappropriate, improper, or inadequate.

---

[1] The four Transocean entities include Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Deepwater Drilling Inc., Transocean Deepwater Inc., and are referred to collectively as "Transocean Defendants."

1

However, in response to one comment, the parties have agreed to amend Paragraph 13 of the proposed Decree. The Amendment is attached as Exhibit D.

As more fully set forth in the accompanying Memorandum in Support, the proposed Decree is fair, reasonable, adequate, and consistent with the purposes of the CWA. Because the proposed Decree meets the standard for entry, the United States requests that the Court (1) execute page 60 of the proposed Decree [Doc. 8157-1] (which was attached to the Notice of Lodging of Consent Decree), and enter the proposed Decree as a final judgment; and (2) execute page 2 and enter the Amendment to the proposed Decree, filed as Exhibit D to this motion.

Respectfully Submitted,

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

PETER FROST
Directory, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
MALINDA LAWRENCE
Trial Attorneys

JAMES NICOLL
MICHAEL ZEVENBERGEN
PATRICK CASEY
Senior Counsel
DEANNA CHANG
SCOTT CERNICH
A. NATHANIEL CHAKERES
JUDY HARVEY
ABIGAIL ANDRE
RACHEL HANKEY
Trial Attorneys

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 6, 2013.

/s/ Steve O'Rourke
U.S. Department of Justice