# Exhibit E

**National Incident Command, Interagency Solutions Group, Flow Rate Technical Group**

# Assessment of Flow Rate Estimates for the Deepwater Horizon / Macondo Well Oil Spill



U.S. Department of the Interior

9005
EXHIBIT NO. ____
D. Garza

Cover: Satellite image of the oil spill in the Gulf of Mexico on April 29, 2010 (NASA Goddard Space Flight Center photo); oil floating on the surface of the water in the Gulf of Mexico on June 12, 2010 (photo by Petty Officer First Class Tasha Tully).

# Assessment of Flow Rate Estimates for the Deepwater Horizon / Macondo Well Oil Spill

National Incident Command, Interagency Solutions Group, Flow Rate Technical Group

Prepared by:

Marcia McNutt, U.S. Geological Survey: Flow Rate Technical Group Chair

Richard Camilli, Woods Hole Oceanographic Institution: WHOI Flow Rate Measurement Group Lead

George Guthrie, Department of Energy, National Energy Technology Lab: Flow Rate Technical Group, Nodal Analysis Team Lead

Paul Hsieh, U.S. Geological Survey, National Research Program

Victor Labson, U.S. Geological Survey: Flow Rate Technical Group, Mass Balance Team Lead

Bill Lehr, National Oceanic and Atmospheric Administration: Flow Rate Technical Group, Plume Analysis Team Lead

Don Maclay, Bureau of Ocean Energy Management, Regulation and Enforcement: Flow Rate Technical Group, Reservoir Modeling Team Lead

Art Ratzel, Department of Energy, Sandia National Laboratories: DOE-NNSA Team Lead

Mark Sogge, U.S. Geological Survey: Flow Rate Technical Group Deputy Chair

March 10, 2011

U.S. Department of the Interior

Suggested citation:
McNutt, M, R. Camilli, G. Guthrie, P. Hsieh, V. Labson, B. Lehr, D. Maclay, A. Ratzel, and M. Sogge. 2011. Assessment of Flow Rate Estimates for the Deepwater Horizon / Macondo Well Oil Spill. Flow Rate Technical Group report to the National Incident Command, Interagency Solutions Group, March 10, 2011.

# Contents

Executive Summary ................................................................................................................ 1
Background on the Macondo Well and Oil Spill Origin ........................................................ 3
Subsequent Well Control Efforts ........................................................................................... 4
Motivation for Flow Estimates ............................................................................................... 5
General Approach to Flow Estimation .................................................................................. 6
Strengths and Limitations of the Various Flow Estimation Methodologies ........................ 8
    Mass Balance Estimate ................................................................................................... 8
    Acoustics Analysis ......................................................................................................... 10
    Video PIV Analysis ........................................................................................................ 11
    Reservoir and Well Modeling ....................................................................................... 12
        Reservoir Modeling ................................................................................................ 13
        Well Modeling ........................................................................................................ 13
    Convergence of Gas-Oil Ratio from Surface Collection to Deep-Sea Value ............ 15
Discussion ............................................................................................................................. 17
Acknowledgements .............................................................................................................. 18
Literature Cited ..................................................................................................................... 19
Appendices ........................................................................................................................... 21
    Appendix A – Hsieh 2010; Reservoir Depletion Report
    Appendix B – Labson et al. 2010; Mass Balance Team Report
    Appendix C – Camilli 2010; Woods Hole Oceanographic Institution Acoustics Analysis Report
    Appendix D – Plume Calculation Team 2010; Particle Image Velocimetry Report
    Appendix E – Reservoir Modeling Team 2010; Reservoir Modeling Report
    Appendix F – Guthrie et al. 2010; Nodal Analysis Team Report

# Assessment of Flow Rate Estimates for the Deepwater Horizon / Macondo Well Oil Spill

# EXECUTIVE SUMMARY

The April 20, 2010, explosion on board the Deepwater Horizon drilling platform led to an 87-day blowout of the Macondo oil well nearly one mile deep in the Gulf of Mexico that was only partially contained through collection of up to 25,000 barrels per day of oil (plus natural gas) to surface ships during the latter portion of the incident. For a number of reasons related to the response effort, it was important to have an accurate estimate of the rate of release of hydrocarbons, especially oil, from the well, and yet no proven techniques existed for estimating the flow under such conditions. The National Incident Command (NIC), Interagency Solutions Group established the Flow Rate Technical Group (FRTG) and assigned it two primary functions: (1) quickly generate a preliminary estimate of the flow rate from the Macondo well, and (2) use multiple, peer-reviewed methodologies to later generate a final estimate of flow rate and volume of oil released. The purpose of this report is to describe the relative advantages of the different methods that were used to measure flow rate from the Macondo well, so that if this process needs to be used again in an emergency situation, quick decisions can be made to mobilize the techniques most appropriate to that future emergency.

Given the lack of precedents, the FRTG used all practical methodologies to estimate the flow rate (defined in this report as equivalent stock tank barrels of oil at sea level), each with its inherent strengths and limitations. One technique (mass balance) relied only on observations available on the ocean surface and yielded a flow rate of 13,000 to 22,000 barrels per day (BPD) early on in the incident. Two techniques (video and acoustic) acquired in situ observations from remotely operated vehicles (ROVs) of the oil plume as it exited the well in water 5067 feet deep at the wellhead. These techniques yielded fairly consistent flow rates of 25,000 to 60,000 BPD. An in situ hydrocarbon sample not only improved these flow estimates, but also was combined independently with surface collection data to yield a flow rate of 48,000 to 66,000 BPD. The final approach (reservoir and well modeling) needed no new observations but did rely on industry proprietary data (seismic data on the reservoir structure, rock and fluid properties, well logs, etc.) to constrain model parameters. This approach produced the largest range in estimated flow rates (from less than 30,000 to more than 100,000 BPD) and had the largest number of uncertain parameters. On June 15, 2010, using flow estimates available at the time (primarily video and acoustic), the government released an updated estimate of 35,000 to 60,000 BPD.

Three days after a capping stack was installed on the well on July 12, 2010, the choke valve was closed and oil stopped flowing into the Gulf. Three different teams from Department of Energy (DOE) labs used pressure measurements recorded as the valve was closed to yield the most precise and accurate estimation of flow from the Macondo well: 53,000 barrels/day at the time just prior to shut in. The teams assigned an uncertainty on that value of ±10% based on their collective experience and judgment. The flow rate immediately prior to shut in was then extended back to day one of the spill using a U.S. Geological Survey (USGS) model simulation for the rate of depletion of the reservoir calibrated by pressure data from the well integrity test to produce an estimate of the flow rate as a function of time throughout the incident. The net result was a time-varying flow rate, announced on August 2, 2010, that decreased over the 87 days from an initial 62,000 to a final 53,000 barrels per day, for a total release of 4.9 million barrels of oil, before accounting for containment. The estimated

uncertainty on these flow values is also ±10%. In this report, the post-shut-in, time-dependent estimate announced on August 2, 2010 (the "August estimate"), is considered to be the ground truth against which the June estimates are compared to answer the question of which methods are best suited for measuring flow rate during an ongoing incident.

Based on attributes such as timeliness of the information and accuracy of the estimation, the technique that performed the best during the ongoing emergency was the acoustic technique (combining sonar to image plume size with acoustic Doppler to measure plume velocity). The video technique was deployed more rapidly and could be the first recourse to get a quick, initial flow rate if such an event were to be repeated. Various members of the video team used different analysis techniques, with some providing better matches to the August estimate than others. Every attempt should be made to get an in situ sample of produced reservoir fluids or repeated samples if the incident is not rapidly contained.

There were some scenarios of the reservoir and well models (typically the "most likely" scenario) that predicted flow rates close to the August estimate. Given the very large range of uncertainty in the well and reservoir conditions that existed prior to shut in, whether the flow predictions from these models could have been useful for decisionmaking had they been available sooner would have depended on the criteria for model selection from among a number of plausible alternatives. For example, the "worst case scenario" required a containment capacity for surface ships that was more than five times that of the "best case scenario" for flow rate. Of course, any future oil spill event would have certain unique features, and therefore each of these methods would have to be judged on its own merits for the situation at hand.

The mass-balance flow rate was significantly lower than the rate determined by the other methods and is not a reliable technique for estimating flow from deep-sea releases. Much environmental modification of the oil, especially in its ascent from a mile of water depth, had already happened by the time the surface slick was imaged by the airborne instrument; thus, the combined effects of dispersion, dissolution, and evaporation simply left too much oil unaccounted for. Expanded research on the physical, chemical, biological, and geological fate of oil released in the deep marine environment will aid in the response to future oil spills.