UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | SECTION: J |
| on April 20, 2010 | § | |
| | § | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | § | |
| | § | MAG. JUDGE SHUSHAN |
| | § | |

Case No: 2:10-cv-08888, [Re. Doc.: [See attached Exhibit A: List of Plaintiffs];
            2:10-cv-02771

## NOTICE OF APPEARANCE

Brian J. McCormick, Jr., of Sheller, P.C., hereby files his Notice of Appearance as counsel for Claimants as attached hereto as Exhibit A. Brian J. McCormick, Jr. is currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania.

Dated:   February 7, 2013              Respectfully submitted,

                                        SHELLER, P.C.


                                        By:  /s/ Brian J. McCormick, Jr.
                                        Brian J. McCormick, Jr. Esquire
                                        Pennsylvania Bar No. 81437
                                        1528 Walnut Street, 4th Floor
                                        Philadelphia, PA 1910
                                        Phone: (215) 790-7300
                                        bjmccormick@sheller.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this   Day of January, 2013, the above and foregoing Notice of Appearance has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, and, further, that a true and correct copy of the forgoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, at the last known address of the Plaintiffs as listed on Exhibit A.

Dated:   February 7, 2013                       SHELLER, P.C.
                                                 1528 Walnut Street, 4th Floor
                                                 Philadelphia, PA 1910
                                                 Phone: (215) 790-7300


                                                 By: /s/ Brian J. McCormick, Jr.
                                                 Brian J. McCormick, Jr. Esquire
                                                 Pennsylvania Bar No. 81437
                                                 1528 Walnut Street, 4th Floor
                                                 Philadelphia, PA 1910
                                                 Phone: (215) 790-7300
                                                 bjmccormick@sheller.com