**EXHIBIT A**

| Plaintiff | Short Form Document Number or SSN/EIN | Address |
|---|---|---|
| Alagarsamy, Dr. S. Happy | 71918 | 2203 Goldsmith Street Houston, TX  77030 |
| Armand Oaks, LLC | 71928 | c/o Charles Johnson P.O. Box 327 Ocean Springs, MS 39564 |
| Armand Place, LLC | 71934 | 15220 Highway 57 Vancleave, MS  39565 |
| B&S Liquors | 43604 | James Neal Simms 750 1/2 W. 15th St Panama City, FL 32401 |
| Back Bay Lawnscapes, LLC | 71937 | Lowell "Rusty" Fountain 4459 W. Gay Road D'Iberville, MS  39540 |
| Bouffanie, Gina | 108572 | 8116 Jefferson Davis Drive Bay Saint Louis, MS 39520 |
| Brown, Mr. Kurt | 77444 | 103 Emogene Place Mobile, AL  36606 |
| C&H Contracting | 72060 | Thomas Carroll P.O. Box 1479 Carrizo Springs, TX 78834 |
| Cafe Largo, Inc. | 72424 | Robert DiGiorgio 99530 Overseas Highway Key Largo, FL  33037 |
| CarollProperties | 110845 | Thomas Carroll P.O. Box 1479 Carrizo Springs, TX 78834 |
| Carpet Mill Connection LLC | 104757 | Paul and Donna Studstill |

|  |  | 615-A Pass Road Gulfport, MS  39501 |
|---|---|---|
| Carroll Construction | 72085 | Thomas Carroll P.O. Box 1479 Carrizo Springs, TX 78834 |
| Carroll Construction of MS | 72075 | Thomas Carroll P.O. Box 1479 Carrizo Springs, TX 78834 |
| Carroll Services, LLC | 72093 | Thomas Carroll P.O. Box 1479 Carrizo Springs, TX 78834 |
| Carroll, Thomas | 72104 | Thomas Carroll P.O. Box 1479 Carrizo Springs, TX 78834 |
| CDE Houses and Apartments, LLC | 104763 | c/o Charles Moore 1920 Westgate Parkway Gautier, MS  39553 |
| Correa, Lawrence | 108573 | 2307 McCormick Road Panama City, FL 32409 |
| Crays, Mr. Clifton Dale | 721132 | 6026 East Lamar Street Bay Saint Louis, MS 39520 |
| Crenshaw, Markee | 106888 | 520 North Gray Avenue Panama City, FL 32401 |
| Drieling, Danny | 72161 | 3114 Bachman Road D'Iberbille, MS  39540 |
| Drieling, Joseph Scott | 108575 | 10283 Moye Drive D'Iberville, MS  39540 |
| Dunlop, Darlene M. | 104774 | 7504 Martin Court Ocean Springs, MS 39564 |
| Dunlop, Jr., Mr. John | 104775 | 7504 Martin Court Ocean Springs, MS 39564 |
| Duong, Ms. Ana | 72438 | 133 Lee Street |

|  |  |  |
|---|---|---|
|  |  | Biloxi, MS  39531 |
| Elliott Homes LLC | 72172 | Brandon Elliott<br>PO Box 7299<br>Diberville, MS  39540 |
| Fayard, Jr., Mr. Paul Douglas | 72202 | 1765 Ridgeway Drive<br>Biloxi, MS  39531 |
| Fry Appraisal Services, LLC | 72214 | Wesley and Jennifer Fry<br>3706 Springwood Lane<br>Ocean Springs, MS  39564 |
| Full Metal Roofing, Inc | 108948 | Joe Bergeron<br>11301 South Pine Drive<br>Gulfport, MS  39503 |
| Giuffria, Joseph C. | 72233 | 118 West Azalea Drive<br>Long Beach, MS 39560 |
| Glaze, Sharon  M. | 72223 | 2953 Pine Valley Drive<br>Miramar Beach, FL  32550 |
| Harris, Ken | 104862 | Ken Harris<br>258 Stennis Drive Apt. 126<br>Biloxi, MS  39531 |
| Harris, Lora | 72248 | 10471 Three Rivers Road<br>#5M<br>Gulfport, MS  39503 |
| Holyfield, Joyce | 108698 | 1208 Pine Cone Drive<br>Gautier, MS  39553 |
| Holyfield, Sidney | 108699 | 1208 Pine Cone Drive<br>Gautier, MS  39553 |
| Incer, Fernando | 106891 | 11429 Quint Place<br>Biloxi, MS  39532 |
| J.L. Excavations & Fill Services, LLC | 72260 | 250 Redfish Road<br>Poplarville, MS  39470 |
| John G. Walton Construction Company, Inc. | 104817 | John G. Walton<br>1806 Wolf Ridge Road<br>Mobile, AL  36618 |
| Johnson, Bonnie | 106880 | P.O. Box 144 |

|  |  | Wiggins, MS  39577 |
|---|---|---|
| Johnson, Casey | 110952 | 541 City Road Perkinston, MS 39573 |
| Johnson, Charles & Karen | 72264 | P.O. Box 327 Ocean Springs, MS 39564 |
| Kim's Market & Deli, LLC d/b/a Q's Seafood & Deli | 72269 | Gary Kim 42605 Jefferson Drive Hammond, LA  70403 |
| KMMR, LLC | 72271 | Charles & Karen Johnson P.O. Box 327 Ocean Springs, MS 39564 |
| Lafontaine, Jr., Michael J. | 104850 | 6446 Christy Road Bay Saint Louis, MS 39520 |
| Lazzaro, Joseph | 108707 | 16065 North April Drive Gulfport, MS  39503 |
| Lindsay, Caroline E. | 109047 | 13482 John Clark Road Gulfport, MS  39503 |
| Lunsford, James V. | 109050 | 112 York Drive Long Beach, MS 39560 |
| Luu, Ngoc | 72280 | 419 Chablis Lane Biloxi, MS  39530 |
| Martin, Jesse T. | 109049 | 7945 SW 57th Avenue Apt A Miami, FL 33143 |
| Maydros by the River, LLC | 72293 | Robert Gill 8894 Highway 13 N Lena, MS  39094 |
| Meeks, David W. | 72306 | 229 Sherman Avenue Panama City, FL 32401 |
| Michaels, John | 104851 | 15300 Dismuke Avenue, Apt 10D Biloxi, MS  39532 |
| Mikovich, John | 72312 | 5817 David Davis Place Ocean Springs, MS |

|  |  | 39564 |
|---|---|---|
| Mississippi Tourism Association | 82201 | 2168 Main Street, Ste B Madison, MS  39110 |
| Moore, Wayne | 108580 | P.O. Box 1076 Lakeshore, MS  39558 |
| Monk, Jason | 77323 | 14879 McBride Cove Gulfport, MS  39503 |
| Ocean Fresh Seafood, Inc. | 72430 | Garrett and Karen Alberts 6710 SW 80th Street Trenton, FL  32693 |
| Overstreet, Mr. Shawn | 105661 | 8633 Pickering Forrest Ocean Springs, MS  39564 |
| Painter, Jr., David M. | 72374 | PO Box 6852 Gulfport, MS  39506 |
| Parker, Vernon | 72391 | 230 Porter Avenue, Apt 13 Biloxi, MS  39530 |
| Parker Design & Management, LLC | 104843 | Donald  B. Parker 8195B Woolmarket Road Biloxi, MS  39532 |
| Passeno, Cherish | 72393 | 8086 Dale Center Line, MI  48015 |
| Pendakov, Bogdan | 108720 | 8206 Drew Street Englewood, FL  34224 |
| Pevey, II,  Michael L. | 105653 | 3030 McCord Blvd. Tallahassee, FL 32303 |
| Pipemasters Mechanical, Inc. | 109048 | Caroline Lindsay 13482 John Clark Road Gulfport, MS  39505 |
| Premier Craneworks, LLC | 72365 and 72028 | Wayne Borries 14405 Stenum Street Biloxi, MS  39532 |
| R.L. Pagitt Enterprises, Inc. | 72398 | Rebecca Pagitt 2538 Pinetta Court Holiday, FL  34691 |
| Roucher, LLC | 72403 | Lynn Cheramie |

|  |  | 7580 Alakoko Drive Diamondhead, MS 39525 |
|---|---|---|
| Sakura Corporation | 72404 | Ngoc Luu 419 Chablis Lane Biloxi, MS  39530 |
| Satchi Panda | 72435 | 145 Black Mountain Circle Fremont, CA  94536 |
| Sclafini, Jr., Charles | 104542 | 6308 Mossy Oak Drive Ocean Springs, MS 39564 |
| Sepe, John | 106889 | 616 Clark Avenue Ocean Springs, MS 39564 |
| Sevan Services, Inc. | 105646 | Gagik Kesaian P.O. Box 19468 Panama City, FL 32417 |
| Shea, Michael | 108721 | 118 Mississippi Ave., NW Fort Walton Beach, FL 32548 |
| Short, Patricia D. | 72407 | 9720 Barranger Drive Pensacola, FL  32514 |
| Skinner, Eric | 104835 | 9155 Lower Bay Road Bay Saint Louis, MS 39520 |
| Smith, Bradley S. | 72408 | 4502 Bellbuoy Landing Destin, FL  32541 |
| Thai-Asia Market, LTD | 104813 | Wandee N. Houck 12100 Hwy 49 Ste 628 Gulfport, MS  39503 |
| The Pet Clinic, Inc. | 104844 | Maria Parker 8195 B Woolmarket Road Biloxi, MS  39532 |
| Winne, Lynn | 72440 | 1100 Cowan Road Gulfport, MS  39507 |