AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Thanh Hai, Inc., et al. <br> _Plaintiff_ <br> v. <br> BP AMERICA PRODUCTION COMPANY, et al. <br> _Defendant_ | ) ) ) ) ) ) ) ) ) Civil Action No. 2:11-cv-03180 "J"(1) <br> In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 <br> MDL 2179 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   JODI MEYER BOLGIANO
320 Turtledove Trail
Lafayette, Louisiana 70508-8077

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen S. Kreller
The Kreller Law Firm
757 St. Charles Avenue, Suite 301
New Orleans, LA 70130
Phone: 504-484-3488
Email: ssk@krellerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
_Name of clerk of court_

Date: Nov 01 2012

_Deputy clerk's signature_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-03180 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JODI MEYER BOLGIANO

was received by me on *(date)* 02/02/2013

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* VICTORIA BOLGIANO W/F 19, a person of suitable age and discretion who resides there,
on *(date)* 02/04/2013, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10.80 for travel and $ 45.00 for services, for a total of $ 55.80

I declare under penalty of perjury that this information is true.

Date: 2/04/2013

Server's signature: Michael J. Prem

Printed name and title: MICHAEL J. PREM  LA PI LIC# 3205-040997-LA

Server's address: P.O. BOX 3, BROUSSARD, LA 70518

Additional information regarding attempted service, etc:

VICTORIA BOLGIANO IDENTIFIED HERSELF AS DEFENDANTS 19 YEARS OF AGE DAUGHTER.

WWW.DBRINVESTIGATE.COM

MICHAEL J PREM
DATABYTEREC@GMAIL.COM

P.O BOX THREE  
BROUSSARD, LA 70518

OFFICE 337.856.0824  
FAX 877.373.7087

Forensic Data Recovery
Deleted File Recovery
Social Network Relationship Investigations
Internet Profiling
Digital Media Review
Background Investigations
Key Employee Investigations
Due Diligence Investigations
Business Investigations
Skip Tracing
Witness Locates
Security Assessments