| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ludwin Carranza_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  2/4/13 |
| 1. Article Addressed to:<br>Transocean Ltd<br>Through Louisiana Long Arm<br>4 Greenway Plaza<br>Houston, Tx 77046 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7012 2210 0000 8756 0032 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Transocean Ltd
Street, Apt. No.; or PO Box No.: 4 Greenway Plaza
City, State, ZIP+4: Houston, Texas 77046

PS Form 3800, August 2006     See Reverse for Instructions

7012 2210 0000 8756 0032