**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Transocean Offshore Deepwater
   Drilling, Inc
   Through Louisiana Long Arm
   4 Greenway Plaza
   Houston, Texas 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ludwin Carranza
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 2/4/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 2210 0000 8756 0049

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Sent To: Transocean Offshore Deepwater Drilling, Inc
Street, Apt. No.; or PO Box No.: 4 Greenway Plaza
City, State, ZIP+4: Houston, Texas 77046

Article Number: 7012 2210 0000 8756 0049

PS Form 3800, August 2006   See Reverse for Instructions