# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | Judge Barbier |
| *Nos. 10-4239; 10-4240; 10-4241* | * * | Magistrate Judge Shushan |

## MOTION OF DEFENDANT CAMERON INTERNATIONAL CORPORATION
## FOR LEAVE TO FILE SUMMARY JUDGMENT SUR-REPLY

Cameron International Corporation ("Cameron") respectfully moves for leave to file a sur-reply brief in response to the summary judgment Reply submitted by the Mexican States of Veracruz, Tamaulipas, and Quintana Roo, Doc. 8449, to address a new argument raised in that reply.

Cameron respectfully submits the accompanying brief in support of this motion. Cameron further attaches the sur-reply brief that it seeks leave to file.

WHEREFORE, Cameron respectfully requests that this Court grant Cameron leave to file the attached sur-reply.

1

Respectfully submitted,

| | |
|---|---|
| */s/ David J. Beck* | |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|   *dbeck@brsfirm.com* | *pwittmann@stonepigman.com* |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
|   *jredden@brsfirm.com* |   *cbertaut@stonepigman.com* |
| David W. Jones | Keith B. Hall, 24444 |
|   *djones@brsfirm.com* |   *khall@stonepigman.com* |
| Geoffrey Gannaway | Jared Davidson, 32419 |
|   *ggannaway@brsfirm.com* |   *jdavidson@stonepigman.com* |
| BECK REDDEN LLP | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana  70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of February, 2013.

                                                                     */s/ David J. Beck*