UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | : | |
| *10-4239, 10-4240, 10-4241* | : | JURY TRIAL DEMANDED |
| | : | |

. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

Considering the Motion of Defendant Cameron International Corporation for Leave to File Summary Judgment Sur-Reply (R.Doc. 8514);

**IT IS ORDERED** that the Motion be and the same hereby is **GRANTED.** Defendant, Cameron International Corporation is hereby granted leave to file its Sur-Reply Brief in Opposition to the Mexican States' Motion for Summary Judgment (R. Doc. 8515).

New Orleans, Louisiana, this _____ day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE