U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB - 4 2013
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-31261

MD 10-2179-J

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010,

-------------------------------------------------------------------

GARY SELLNO; KERRY LAURICELLA; SANDRA LAURICELLA; WILLIAM GIBSON; GEORGIA GIBSON; ET AL,

      Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; B.P., P.L.C.; CAMERON INTERNATIONAL CORPORATION; HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; M-I, L.L.C.,

      Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeal is dismissed as of January 28, 2013, for want of prosecution. The appellant failed to timely to order transcripts and make financial arrangements with court reporter.

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    2 8 JAN 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 28, 2013

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 12-31261,   In Re: Deepwater Horizon
           USDC No. 2:10-MD-2179
           USDC No. 2:10-CV-2771
           USDC No. 2:11-CV-925

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _Dawn D. Victoriano_
                      Dawn D. Victoriano, Deputy Clerk
                      504-310-7717

cc w/encl:
    Mr. Aditya Bamzai
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Caleb H. Didriksen III
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Ms. Allyson Newton Ho
    Mr. Richard J. Hymel
    Mr. Edward F Kohnke IV
    Mr. Christopher Landau
    Mr. James Andrew Langan
    Mr. Daniel Benjamin Levin
    Mr. Evans Martin McLeod
    Ms. Denise U. Scofield
    Mr. Hugh Earl Tanner
    Mr. Campbell E. Wallace