MINUTE ENTRY
SHUSHAN, M.J.
FEBRUARY 7, 2013

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating:   Paul Sterbcow for the PSC;
Don Godwin for Halliburton;
Mike Madigan for Tommy Roth; and
Eric Reed for Tim Quirk.

There was discussion concerning the trial subpoenas which were served on Tommy Roth and Tim Quirk before the trial of Phase One scheduled for February 27, 2012. The subpoenas are continuing and remain in effect. Rec. doc. 6025. Roth and Quirk are required to appear and testify at the trial of Phase One scheduled to commence on February 25, 2013. This is with a full reservation of their rights under the Fifth Amendment of the U.S. Constitution. Their counsel shall communicate with Paul Sterbcow of the PSC to minimize the time required of them in New Orleans.

MJSTAR  00:45

Halliburton reported that, because it listed them as will-call witnesses, it will reimburse them for their out-of-pocket expenses incurred in traveling to New Orleans.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**

**Clerk to Serve:**

1)      Michael Madigan, via email:  **mmadigan@orrick.com**

2)      Eric Reed, via email:  **ereed@reedlawpllc.com**