UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED FEB 0 5 2013
LORETTA G. WHYTE
Clerk

IN RE:

| | |
|---|---|
| Oil Spill by the Oil Rig "DEEPWATER HORIZON" In the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br>Section: "J"<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |
| Bon Secour Fisheries, Inc., *et. al.,* Individually and on behalf of Themselves and all others Similarly Situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>BP Exploration & Production, Inc., BP America Production Company; BP P.L.C.,<br><br>    Defendant(s).         / | Civil Action No.  **12 - 970**<br>Section: "J"<br><br><br>Honorable Carl J. Barbier<br><br><br>Magistrate Judge Shushan |

DANIEL J. LEVITAN'S NOTICE AND MOTION
FOR EXCEPTION TO PRETRIAL ORDER NO. 12;
AND/OR
<u>MOTION AND NOTICE FOR SERVICE OF FILINGS BY U. S. MAIL</u>

TENDERED FOR FILING

FEB - 5 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process____
X  Dktd_____
X  CtRmDep____
___ Doc. No.____

PROVIDED TO
SANTA ROSA C.I. ON
JAN 3 0 2013
FOR MAILING

1

**NOW COMES** class member Daniel J. Levitan, *pro se*, and respectfully moves the Court and gives Notice to direct that all parties, person, or otherwise interested persons serve all papers by U.S. Mail upon Daniel J. Levitan, 650607 – Legal Mail, Santa Rosa C.I. – Annex, 5850 East Milton Road, Milton, Florida 32583-7914.

Pursuant to Rule 4.1 R. MDL Levitan gives Notice to all persons for service of all papers to be made upon him by U.S. Mail. Levitan requests "exception from ECF requirements" as he is *pro se* and does not have means by which to access the LEXIS/NEXUS or ECF filing system. Rule 6.3, R. MDL provides for the requested relief.

Levitan would move the court to give Notice of all persons to serve all papers pursuant to Rule 5, Fed.R.Civ.P. upon Levitan at:

> Daniel J. Levitan
> c/o DC No. 650607 – Legal Mail
> Santa Rosa C.I. – Annex
> 5850 East Milton Road
> Milton, Florida 32583 – 7914

**WHEREFORE**, Notice is hereby given that Levitan moves the Court and Panel for service of all papers in these proceedings by U. S. Mail.

Respectfully submitted,

Daniel J. Levitan, *pro se*
c/o Santa Rosa C. I.-Annex
DC No. 650607
5850 East Milton Road
Milton, Florida 32583 – 7914

Dated: 1/31/13

DANIEL J. LEVITAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served on all counsel by the foregoing being filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana through the use of the CM/ECF System, which will send a Notice of filing in accordance with the procedures established in MDL 2179, and by U.S. Mail to Stephen J. Herman, Esq., Attorney at Law, HERMAN, HERMAN, KATZ & COTLAR, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113; James Parkerson Roy, Esq., Attorney At Law, DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC., 556 Jefferson Street, Suite 500, Lafayette, Louisiana 70501; BP Exploration & Production, Inc., BP America Production Company, BP p.l.c.; General Counsel, P. O. Box 330919, Houston, Texas 77233-0919, Richard Godfrey, P.C., Wendy Bloom, KIRKMAN & ELLIS, LLP., 300 North LaSalle Street, Chicago, Illinois 60654; Robert C. "Mike" Brock, Esq., COVINGTON & BURLING, LLP., 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004 on this _31_ day of January, 2013.

_____
DANIEL J. LEVITAN



Daniel Levitan 650607
Santa Rosa Correctional
Institutional Annex
5850 E Milton Rd.
Milton, FL 32583

LEON MAZ

Clerk of the Court
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA. 70130