

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br>SECTION J |
| THIS DOCUMENT RELATES TO 12-2857 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### PLAINTIFF'S MOTION TO SEVER AND RE-ASSIGN

Plaintiff, Bricor, LLC, moves (1) to sever its cause of action from the captioned cause ("Oil Spill Litigation'"), and (2) to re-assign the case for pre-trial case management to Magistrate Judge Joseph C. Wilkinson, Jr., or to another Judge/Magistrate Judge, on the following grounds:

1. Plaintiff sued on a contract it had entered into with BP Exploration & Production, Inc. ("BP"), wherein Plaintiff agreed to provide transportation services in, to and from Venice, Louisiana, in connection with the Deepwater Horizon MC-252 oil spill response. This action was originally filed in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, on October 24, 2012.

2. BP subsequently removed this case to this Honorable Court based upon diversity of citizenship grounds. Upon removal, this case was automatically consolidated with the Oil Spill Litigation. Neither party requested consolidation, and neither party was given the opportunity to object to consolidation.

3. Consolidation with the Oil Spill Litigation does not serve "the convenience of the parties and the witnesses", and is not "in the interest of justice." *See* 28 U.S.C. § 1404(a) (West 2003). Neither does consolidation "promote the just and efficient conduct of such actions." *See* 28 U.S.C. § 1407 (West 2003). This action is not related to the Oil Spill

Litigation; it does not involve one or more common questions of fact; and the Plaintiff does not fit into the Class Definition. The Plaintiff was not damaged by the Deepwater Horizon MC-252 oil spill, and it does not have a cause of action in the Oil Spill Litigation.

4. Consolidation does not meet the objectives thereof, which is to eliminate duplication in discovery, avoid conflicting rulings and schedules, reduce litigation and cost, and save time and effort of the parties, the attorneys, the witnesses, and the courts. The witnesses are not the same, the discovery is not the same, and the issues are not the same. On the contrary, consolidation will most likely increase cost to the parties, delay an expeditious disposition of the issues, and prolong resolution of the litigation. *See* § 20.131, Multidistrict Litigation Manual, citing *In re* Plumbing Fixture Cases, 298 F. Supp. 484 (J.P.M.L. 1968).

5. Consolidation will not facilitate a global settlement of the Oil Spill Litigation, nor will it impact it in any way whatsoever.

6. Undersigned counsel understands that other breach of contract claims such as Plaintiff's have been severed from the Oil Spill Litigation and re-assigned to Magistrate Judge Joseph C. Wilkinson, Jr., for pre-trial case management. Plaintiff respectfully requests such a re-assignment. If, however, this Court determines it is best to re-assign this case to a different Judge or Magistrate Judge, then Plaintiff will concur and comply with that Order as well.

7. Local counsel for BP has not been able to ascertain from national counsel whether or not they will consent to the instant Motion to Sever and Re-Assign. Thus, their position at the time of this filing is one of non-consent.

**Considering the foregoing**, Plaintiff prays that the instant motion be granted and that this Court enter an Order severing its case from the Oil Spill Litigation and re-assigning it for

pre-trial case management to either Magistrate Judge Joseph C. Wikinson, Jr., or to another Judge or Magistrate Judge as this Court deems appropriate.

This the 4th day of February, 2013.

Respectfully submitted,

**THE HAND LAW FIRM, APLC**

BY: _____
G. PATRICK HAND, III
Bar No. #20847
901 Derbigny Street
Gretna, LA 70053
Phone: (504) 362-5893
Fax: (504) 367-4620
Attorneys for Plaintiff:
Bricor, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served by email and by placing same in the U.S. Mail, postage prepaid, on this 4th day of February, 2013, to counsel of record for Defendant:

Wm. Brian London, Esq., and
Shannon Skelton Holtzman, Esq.
Liskow & Lewis, APLC
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

_____
G. PATRICK HAND, III