UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO 12-2857 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### NOTICE OF HEARING

Please take notice that Plaintiff, Bricor, LLC, will bring the attached Motion to Sever and Re-Assign for hearing before the Honorable Carl J. Barbier on the 27th day of February, 2013, at 9:30 A.M., or as soon after as may be heard.

Respectfully submitted,

THE HAND LAW FIRM, APLC

BY: _____
G. PATRICK HAND, III
Bar No. #20847
901 Derbigny Street
Gretna, LA 70053
Phone: (504) 362-5893
Fax: (504) 367-4620
Attorneys for Plaintiff:
Bricor, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served by email and by placing same in the U.S. Mail, postage prepaid, on this 5th day of February, 2013, to counsel of record for Defendant:

Wm. Brian London, Esq., and
Shannon Skelton Holtzman, Esq.
Liskow & Lewis, APLC
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

_____
G. PATRICK HAND, III