UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO 12-2857 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS ORDERED** that member case no. 12-2857, Bricor, LLC, v. BP Exploration & Production, Inc., previously assigned to Judge Carl Barbier and Magistrate Judge Sally Shushan, is hereby **SEVERED AND RE-ASSIGNED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2), or to _____, for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. The Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but they are free to withhold consent without adverse substantive consequences.

The Parties are directed to use Magistrate Judge Wilkinson's information, or the information of _____, in the caption of future pleadings.

New Orleans, Louisiana this \_\_\_\_\_ day of February, 2013.

_____
**UNITED STATES DISTRICT COURT**
