UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAGISTRATE SHUSHAN |

### TRANSOCEAN'S FOURTH SUPPLEMENTAL AND AMENDED EXHIBIT LIST

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and pursuant to Amended Pre-Trial Order No. 54 [Doc. 8173] and the Amended Order Regarding Phase One Exhibits [Doc. 8469] and respectfully submit the following Fourth Supplemental and Amended Exhibit List for Phase One of the February 2013 Limitation and Liability Trial (Attached hereto as Exhibit "A") subject to the following statements and reservations:

1. Transocean incorporates by reference all exhibits filed in Transocean's First Supplemental and Amended Exhibit List [Doc. 5208], Transocean's Second Supplemental and Amended Exhibit List [Doc. 5729], and in Transocean's Third Supplemental and Amended Exhibit List [Doc. 8224], with the exception of TREX-52638, TREX-52657, TREX-52659, TREX-52663, TREX-52667, and TREX-52669, which the Court ruled that Transocean may not add. [Doc. 8469].

2. Transocean incorporates by reference all Expert Reliance exhibits set forth by the United States of America regarding the expert report of Glen Benge.

1

3. Transocean incorporates by reference any exhibit set forth in any party's Exhibit List.

4. Transocean reserves the right to amend or supplement its Exhibit List as necessary due to the unavailability of fact witnesses, as well as to remove or add documents in connection with Court rulings on motions in limine.

5. Transocean reserves the right to add exhibits as impeachment or rebuttal evidence or to refresh a witness's recollection.

6. Transocean has not attempted to list separately each copy or version of an exhibit as it was produced or used during discovery. Transocean reserves the right to make use of or object to a different copy or version of the same document at trial, if, for example, the document has been assigned a different Bates number or deposition exhibit number, or if the document is in a different electronic or native format than the version identified.

7. The inclusion of an exhibit on Transocean's Exhibit List does not mean that Transocean agrees to the exhibit's admission for all purposes, as some exhibits are offered as party admissions only against others, or as possible impeachment materials. Transocean reserves the right to object as appropriate to other parties introducing these exhibits into evidence.

8. In addition to the exhibits identified on Transocean's Exhibit List, Transocean reserves the right to use demonstrative exhibits, models, aids, charts, graphs and other presentations at trial.

DATED: February 8, 2013                                    Respectfully submitted,

By: /s/ Brad D. Brian                                        By: /s/ Steven L. Roberts
Brad D. Brian                                                Steven L. Roberts

2

| | |
|---|---|
| Michael R. Doyen<br>Daniel B. Levin<br>Susan E. Nash<br>MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>       michael.doyen@mto.com<br>       daniel.levin@mto.com<br>       susan.nash@mto.com | Rachel Giesber Clingman<br>Sean Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com<br>       rachel.clingman@sutherland.com<br>       sean.jordan@sutherland.com<br><br>By:  /s/ Kerry J. Miller<br>Kerry J. Miller<br>FRILOT, LLC<br>110 Poydras St., Suite 3700<br>New Orleans, LA 70163<br>Tel: (504) 599-8194<br>Fax: (504) 599-8154<br>Email: kmiller@frilot.com |

By:  /s/ Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062

    *and*

601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By:  /s/ John M. Elsley
John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of February 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                               /s/ Kerry J. Miller
                                                Kerry J. Miller