**EXHIBIT A**

**Transocean's Fourth Supplemental**
**and Amended Exhibit List**

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-52678 | CAM_CIV_0012872 | CAM_CIV_0012872 | 12/08/2009 | Choke/kill recertification |
| TREX-52679 | CAM_CIV_0013857 | CAM_CIV_0013857 | 10/05/2009 | Collet connector recertification |
| TREX-52680 | CAM_CIV_0011263 | CAM_CIV_0011263 | 05/03/2007 | Lower annular rebuilt and tested |
| TREX-52681 | CAM_CIV_0012956 | CAM_CIV_0012956 | 05/06/2010 | Left hand ram bonnet recertification |
| TREX-52682 | CAM_CIV_0013008 | CAM_CIV_0013008 | 05/06/2010 | Right hand ram bonnet recertification |
| TREX-52683 | TRN-INV-03235829 | TRN-INV-03236748 | 05/05/2010 | RMS II equipment history |
| TREX-52684 | CAM_CIV_0013745 | CAM_CIV_0013745 | 2/27/2007 | VBR recertification |
| TREX-52685 | ABSDWH001217 | ABSDWH001224 | Various | ABS Summary |