UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: No. 11-1051 | | |

### HESI'S OPPOSITION TO PLAINTIFF GUY ADAMS' AMENDED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE [REC. DOC. 8315]

Halliburton Energy Services, Inc. ("HESI") files this Opposition to Plaintiff Guy Adams' Amended Motion For Voluntary Dismissal Without Prejudice[1] (Rec. Doc. 8315) in response to this Court's request for such oppositions (Rec. Doc. 8453), and would respectfully show the following:

**I.      Background**

On April 20, 2011, Plaintiff Guy Adams ("Plaintiff") filed an action in the 25th Judicial District Court for the Parish of Plaquemines naming as defendants The State of Louisiana, BP, Transocean, HESI, Cameron, and others. (Rec. Doc. 1 in Case No. 11-1051). On May 4, 2011, Cameron removed to this Court Plaintiff's state court action arising out of the *Deepwater Horizon* Incident. *Id*. Subsequent to removal, and following an incident involving another plaintiff dismissing its removed claim without prejudice and refiling that same claim in state court, several defendants, including HESI, filed answers to Plaintiff's class action petition. (*See e.g.*, Rec. Doc. 3784).

---

[1] HESI does not oppose dismissing Plaintiff's claims against HESI with prejudice.

## II. Basis For Opposition

HESI joins the reasons stated by Transocean for denial of Plaintiff's Amended Motion as set out in Transocean's Opposition to Plaintiff Guy J. Adams' Amended Motion for Voluntary Dismissal Without Prejudice (Rec. Doc. 8499), and incorporates those reasons herein by reference.  Plaintiff's Amended Motion for Voluntary Dismissal Without Prejudice (the "Motion") comes almost two years after Plaintiff's claim was originally filed, and after many named defendants have filed answers to the claim. *Id*. Dismissal without prejudice would ignore the time and effort expended by defendants in responding to Plaintiff's claim. *Id*.

In addition, the Court should deny Plaintiff's Motion in the interest of judicial economy. Plaintiff has indicated an intent to participate in the Economic Class Settlement between the PSC and BP. (Rec. Doc. 8315). However, Plaintiff has not stated his intent with regard to any claims he might have against HESI, Transocean, or any other named defendant who is not a party to the settlement, or why any such claims should be dismissed without prejudice.  Dismissal without prejudice would potentially allow Plaintiff to refile his claim in state court, requiring a second removal of the claim to this Court, and ultimately putting the case in the same procedural posture that already exists. Such potential procedural maneuvering is a waste of the Court's and the parties' time and efforts, and argues against dismissal of Plaintiff's claim without prejudice. If Plaintiff chooses to dismiss his claim with prejudice, HESI has no objection. If he intends to attempt to prosecute his claim against parties outside the BP/PSC settlement,[2] judicial economy is best served by preserving Plaintiff's claim in this Court.

---

[2] HESI does not concede any such claim exists.

### III. Conclusion

In the interest of the named defendants who have already answered Plaintiff's claim, and in the interest of judicial economy, HESI requests that this Court deny Plaintiff's Amended Motion For Voluntary Dismissal Without Prejudice.

Dated: February 8, 2013

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** ____/s/ Donald E. Godwin_____
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing HESI's Opposition to Plaintiff Guy Adams' Amended Motion For Voluntary Dismissal Without Prejudice [Rec. Doc. 8315] has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 8th day of February, 2013.

        /s/ Donald E. Godwin
Donald E. Godwin