UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| This Document Relates to: | * * | SECTION "J" |
| 2:10-CV-02771 | * * | |
| *IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY* | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION OF WEATHERFORD INTERNATIONAL, INC. AND WEATHERFORD U.S. L.P. TO VOLUNTARILY DISMISS WITHOUT PREJUDICE CROSS-CLAIMS AGAINST O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. AND NATIONAL RESPONSE CORPORATION**

Weatherford International, Inc. and Weatherford U.S. L.P. (collectively, "Weatherford") now move to dismiss without prejudice the cross-claims asserted against O'Brien's Response Management, L.L.C. ("O'Brien's")[1] and National Response Corporation ("NRC").

On February 10, 2012, this Court granted Weatherford's Motion for Summary Judgment (Rec. Doc. 5652), and ordered that all claims asserted against Weatherford are dismissed with prejudice. (Rec. Doc. 5653). In light of the Court's dismissal of all claims against Weatherford, pursuant to Federal Rule of Civil Procedure 41(a), Weatherford moves to voluntarily dismiss

---

1 O'Brien's Response Management, L.L.C. was formerly known as O'Brien's Response Management Inc., including at the time that Weatherford filed its cross-claim against O'Brien's. O'Brien's Notice of Change of Company Name was filed with the Court on January 16, 2013. (Rec. Doc. 8259). However, the company was incorrectly referred to as O'Brien Response Management Inc. in the cross-claim brought by Weatherford. (Rec. Doc. 2841). Accordingly, the present motion shall apply to dismissal of claims against O'Brien's Response Management, L.L.C. under both its current and former names, as well as any variation thereof.

Dated: February 8, 2013                                    Respectfully submitted,


Michael G. Lemoine, T.A. (#8308)                           */s/ Glenn G. Goodier*
Gary J. Russo (#10828)                                     Glenn G. Goodier (#06130)
Douglas C. Longman, Jr. (#8719)                            Richard D. Bertram (#17881)
JONES, WALKER, WAECHTER,                                   Lance M. Sannino (#29409)
POITEVENT, CARRERE & DENEGRE,                              JONES, WALKER, WAECHTER,
L.L.P.                                                     POITEVENT, CARRERE & DENEGRE,
600 Jefferson Street, Suite 1600                           L.L.P.
Lafayette, Louisiana 70501-5100                            201 St. Charles Avenue. 48th Floor
Telephone: (337) 593-7624                                  New Orleans, Louisiana 70170-5100
lemoine@joneswalker.com                                    Telephone: (504) 582-8174
russo@joneswalker.com                                      Facsimile: (504) 589-8174
longman@joneswalker.com                                    ggoodier@joneswalker.com
                                                           rbertram@joneswalker.com
                                                           lsannino@joneswalker.com

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion of Weatherford International, Inc. and Weatherford U.S. L.P. to Voluntarily Dismiss Without Prejudice Cross-Claims Against O'Brien's Response Management, L.L.C. and National Response Corporation has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of February, 2013.

/s/ *Glenn G. Goodier*
Glenn G. Goodier