UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * MDL No. 2179 * * * |
| This Document Relates to: | * SECTION "J" * |
| 2:10-CV-02771 | * * |
| *IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY* | * * JUDGE BARBIER * MAGISTRATE JUDGE SHUSHAN * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON UNOPPOSED MOTION OF WEATHERFORD INTERNATIONAL, INC. AND WEATHERFORD U.S. L.P. TO VOLUNTARILY DISMISS WITHOUT PREJUDICE CROSS-CLAIMS AGAINST O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. AND NATIONAL RESPONSE CORPORATION

After considering the Unopposed Motion of Weatherford International, Inc. and Weatherford U.S. L.P. (collectively, "Weatherford") to Voluntarily Dismiss Without Prejudice Cross-Claims Against O'Brien's Response Management, L.L.C. ("O'Brien's") and National Response Corporation ("NRC"), the Court GRANTS the motion. Weatherford's cross-claims against O'Brien's and NRC are hereby dismissed without prejudice.

New Orleans, Louisiana this ___ day of February, 2013.

_____
**UNITED STATES DISTRICT JUDGE**