**ATTACHMENT 2A-1**

All documents are available for copying and inspection at the offices of Serna & Associates, PLLC, unless otherwise indicated

| # | DOCUMENT | SIGNATORY/ISSUER | DATE |
|---|---|---|---|
| 1. | **Political Constitution of the United Mexican States** *Constitución Política de los Estados Unidos Mexicanos* | Mexican Congress Through President Venustiano Carranza | Issued 02-05-1917 Last Updated 02-09-2012 |
| 2. | **Political Constitution of the State of Tamaulipas** *Constitución Política del Estado de Tamaulipas* | Congress of the State of Tamaulipas Decree XXVII- Legislature Original Date of Issuance January 27, 1921 | Issued 01-27-1921 Last Updated 05-23-2012 |
| 3. | **Organic Law for Public Administration of the State of Tamaulipas** *Ley Orgánica de la Administración Pública del Estado de Tamaulipas* | Congress of the State of Tamaulipas | Last updated 09-12-2006 |
| 4. | **General Law of National Assets** *Ley General de Bienes Nacionales* | Mexican Congress | Issued 05-20-2004 Last Updated 01-16-2012 |
| 5. | **Statutes for the Use and Enjoyment of Territorial Seas, Navigable Waterways, Beaches, the Federal Maritime-Land Zone and Land Reclaimed from the Sea** *Reglamento para el Uso y Aprovechamiento del Mar Territorial, Vías Navegables, Playas, Zona Federal Marítimo-Terrestre y Terrenos Ganados al Mar* | Mr. Carlos Salinas de Gortari President of Mexico (at the time) | Issued 09-21-1991 |
| 6. | **General Law of Ecological Balance and Environmental Protection** *Ley General del Equilibrio Ecológico y la Protección al Ambiente* | Mexican Congress Mr. Miguel de la Madrid President of Mexico (at the time) | Issued 01-28-1988 Last Updated 06-04-2012 |
| 7. | **Environmental and Sustainable Development Law for the State of Tamaulipas** *Ley de Protección Ambiental Para el Desarrollo Sustentable del Estado de Tamaulipas* | Tamaulipas State Congress | Last Updated 10-24-2006 |

1

| | | | Last Updated |
|---|---|---|---|
| 8. | **Law on Waters of the State of Tamaulipas**<br>*Ley de Aguas del Estado de Tamaulipas* | Tamaulipas State Congress | 07-21-2011 |
| 9. | **Law for the Protection of Animals in the State of Tamaulipas**<br>*Ley de Protección a Los Animales Para el Estado de Tamaulipas.* | Tamaulipas State Congress | 12-16-2010 |
| 10. | **Income Law of Tamaulipas**<br>*Ley de Ingresos de Tamaulipas* | Tamaulipas State Congress | 12-22-2010 |
| 11. | **Income Law of Veracruz**<br>*Ley de Ingresos de Veracruz* | Veracruz State Congress | 12-03-2010 |
| 12. | **Income Law of Quintana Roo**<br>*Ley de Ingresos de Quintana Roo* | Quintana Roo State Congress | 12-17-2010 |
| 13. | **Law of Fiscal Coordination**<br>*Ley de Coordinación Fiscal* | Mexican Congress | 1978<br>Latest Update:<br>06-24-2009 |
| 14. | **Specific Agreement for the Adoption of Duties Regarding Wildlife entered into by the Federal Executive Branch, through the Ministry of the Environment and Natural Resources, and the State of Tamaulipas**<br>*Convenio específico para la asunción de funciones en materia de vida silvestre que celebran el Ejecutivo Federal, por conducto de la SEMARNAT y el Estado de Tamaulipas* | Mr. Juan Rafael Elvira Quesada, Secretary of the Environment and Natural Resources<br><br>Mr. Ramon Antonio Sampayo Ortiz Former Federal Delegate in the State of Tamaulipas<br><br>Mr. Eugenio Hernandez Flores Former Governor of the State of Tamaulipas<br><br>Several members of the State Government | 12-04-2006 |
| 15. | **The Importance of the Federal Maritime-Land Zone in the Regional Development of Tourism**<br>*La Importancia de la Zona Federal Marítimo Terrestre en el Desarrollo Turístico de las Regiones* | Desdemona Cota Valenzuela | |
| 16. | **Centro Integralmente Planeado, La Pesca, Tamaulipas** | FONATUR | |
| 17. | **La Pesca, Tamaulipas, Mexico Tourism Destination Market Overview** | Ernst & Young, LLP | June, 2008 |

2

| | | | |
|---|---|---|---|
| 18. | Agreement for services entered into by Ernst & Young, LLP and the Secretary of Tourism of Tamaulipas | Ernst & Young, LLP | 02-06-2008 |
| 19. | Appraisal of the La Pesca Land and Project in Tamaulipas | Mr. Javier Villarreal Teran Former Secretary of Tourism of Tamaulipas | 04-21-2009 |
| | | Manuel Arturo García Ramirez INDABIN Appraiser | |
| | | FONATUR | |
| 20. | Investment Program (2006-2015) for the La Pesca Project by the State of Tamaulipas | Government of the State of Tamaulipas | 05-18-2009 |
| 21. | La Pesca Project, Executive Memo | FONATUR Norton Consulting | July, 2009 |
| 22. | Promotional Book: La Pesca, Tamaulipas, the destination in the Gulf of Mexico | FONATUR | May, 2007 |
| | | Mr. Gabriel Maldonado Pumarejo Grupo Turístico Tamaulipas | |
| | | Dr. Josep Chias | |
| 23. | Promotional Booklet: El Paraiso Development, Barra del Tordo, Tamaulipas | Mr. Gabriel Maldonado Pumarejo Grupo Turístico Tamaulipas | May, 2007 |
| 24. | Memorandum: La Pesca Project *Proyecto Desarrollo Turístico La Pesca* | Ministry of Tourism, Tamaulipas | 2007 |
| 25. | Agreement for the Coordination and Reassignment of Resources entered into, on the one hand, by the Federal Executive Branch, through the Ministry of Tourism and the Governor of the State of Tamaulipas *Convenio de Coordinación y Reasignación de Recursos que celebran, por una parte el Ejecutivo Federal por conducto de la Secretaría de Turismo y por la otra el Ejecutivo del Estado Libre y Soberano de Tamaulipas* | Mr. Rodolfo Elizondo Torres Secretary of Tourism Mr. Eugenio Hernandez Flores Former Governor of the State of Tamaulipas Several other members of the Ministry of Tourism and the Government of Tamaulipas | 04-28-2006 |
| 26. | Agreement for the Coordination and Reassignment of Resources entered into, on the one hand, by the Federal Executive Branch, | Mr. Rodolfo Elizondo Torres Secretary of Tourism | 30-03-2007 |

3