UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION "J" |
| 2:10-CV-02771 | |
| *IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**ORDER ON UNOPPOSED MOTION OF WEATHERFORD INTERNATIONAL, INC. AND WEATHERFORD U.S. L.P. TO VOLUNTARILY DISMISS WITHOUT PREJUDICE CROSS-CLAIMS AGAINST O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. AND NATIONAL RESPONSE CORPORATION**

After considering the Unopposed Motion of Weatherford International, Inc. and Weatherford U.S. L.P. (collectively, "Weatherford") to Voluntarily Dismiss Without Prejudice Cross-Claims Against O'Brien's Response Management, L.L.C. ("O'Brien's") and National Response Corporation ("NRC"), the Court GRANTS the motion. Weatherford's cross-claims against O'Brien's and NRC are hereby dismissed without prejudice.

New Orleans, Louisiana this 8th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE