UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

**TRANSOCEAN'S OBJECTIONS TO JANUARY 11, 2013**
**ADDITIONS TO EXHIBIT LISTS**

**NOW INTO COURT** come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. (collectively "Transocean"), who, in accord with the Court's Order of January 28, 2013 [Doc. 8373] respectfully submit Transocean's Objections to January 11, 2013 Additions to Exhibit Lists. Transocean raises the below general objections and sets forth specific objections in the attached Exhibit A:

1. Transocean reserves the right to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

2. Transocean reserves the right to object at trial to all photographic, demonstrative and/or physical exhibits.

3. Transocean objects to the introduction and/or use of any exhibit solely related to Phase Two issues.

4. Transocean objects pursuant to 42 U.S.C. § 6308 to the introduction and/or use of all exhibits related to the Marine Board Investigation.

5. Transocean objects pursuant to 42 U.S.C. § 7412 to the introduction and/or use of all exhibits related to any U.S. Chemical Safety Board investigation and/or report.

6. Transocean objects to the introduction and/or use of all governmental reports, including all testimony, attachments, figures, pictures, and documents thereto.

7. Transocean objects to the introduction and/or use of all exhibits that set forth full or partial deposition testimony, page-line deposition designations, or deposition narrative summaries.

8. Transocean objects to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto. Transocean specifically does not object to the introduction and/or use of the DNV report, including all attachments, figures, pictures, and other documents related thereto, given its status as a Court authorized investigation.

9. Transocean objects to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein.

10. Transocean objects to the introduction and/or use of all exhibits that are substantially similar or a complete or partial duplicate of exhibits that Transocean has specifically objected to.

11. By objecting to certain exhibits, Transocean does not waive the right to introduce such exhibits at trial. For example, Transocean has included certain exhibits on its Exhibit List that are hearsay if offered against Transocean, but admissible as party admissions if offered against another party.

12. To the extent Transocean objects to a specific exhibit, Transocean also objects to all subsections of that exhibit.

13. To the extent Transocean objects to a specific exhibit, Transocean also objects to any "cured" versions of that exhibit.

DATED:  February 8, 2013                    Respectfully submitted,

By: /s/ Brad D. Brian                       By: /s/ Steven L. Roberts
Brad D. Brian                               Steven L. Roberts
Michael R. Doyen                            Rachel Giesber Clingman
Daniel B. Levin                             Sean Jordan
Susan E. Nash                               SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                   1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor            Houston, Texas 77002
Los Angeles, CA 90071                       Tel:  (713) 470-6100
Tel:  (213) 683-9100                        Fax:  (713) 354-1301
Fax:  (213) 683-5180                        Email: steven.roberts@sutherland.com
Email: brad.brian@mto.com                          rachel.clingman@sutherland.com
       michael.doyen@mto.com                       sean.jordan@sutherland.com
       daniel.levin@mto.com
       susan.nash@mto.com                   By:  /s/ Kerry J. Miller
                                            Kerry J. Miller
                                            FRILOT, LLC
                                            110 Poydras St., Suite 3700
                                            New Orleans, LA 70163
By:  /s/ Edwin G. Preis                     Tel:  (504) 599-8194
Edwin G. Preis, Jr.                         Fax:  (504) 599-8154
PREIS & ROY PLC                             Email: kmiller@frilot.com
Versailles Blvd., Suite 400
Lafayette, LA 70501                         By:  /s/ John M. Elsley
(337) 237-6062                              John M. Elsley
                                            ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
                                            711 Louisiana Street, Suite 500
       *and*                                Houston, TX 77002
                                            (713) 224-8380
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

3

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of February, 2013, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Kerry J. Miller