Exhibit A - Transocean's Objections to January 11, 2013 Additions to Exhibit Lists

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-000002 | N/A | N/A | 9/8/2010 | BP Accident Investigation Report Appendices | 802 | MISWACO |
| TREX-000102 | BP-HZN-BLY00094096 | BP-HZN-BLY00094143 | 5/21/2010 | Boots/Coots - Incident Investigation of Well MC252#1 - Review of 9-7/8" x 7" Casing Negative Test | 802 | MISWACO |
| TREX-001895 | TRN-MDL-00494817 | TRN-MDL-00494821 | 4/23/2010 | Email from Craig McCormick Subejct: RE:  Horizon Ram procedure3.doc | 407, 802 | CAM |
| TREX-002070 | MODUSI 01 0 000126 | MODUSI 01 0 000129 | 4/11/2010 | Document: Deepwater Horizon Rig Hardware Assessment | 404, 802 | HESI |
| TREX-003188 | BP-HZN-BLY00061514 | BP-HZN-BLY00061517 | 4/28/2010 | Interview notes for Robert Kaluza | 802 | MISWACO |
| TREX-003574 | N/A | N/A | 10/6/2010 | SI-10-0573-I Transcribed Interview of Robert Kaluza | 46 U.S.C. 6308, 802 | MISWACO |
| TREX-004447 | N/A | N/A | 7/8/2010 | Interview notes for Mark Hafle | 802 | MISWACO |
| TREX-005782 | N/A | N/A | 3/31/2010 | E-mail from Barry Braniff re: Potential Advisory from 711 Event | 404 | MISWACO |
| TREX-007113 | TRN-MDL-00607268 | TRN-MDL-00607306 | 12/23/2009 | Shell U.K. Exploration and Production, Incident Investigation Report, Bardolino Well Control Incident, Transocean Sedco 711 | 404, 802 | MISWACO |
| TREX-007114 | TRN-USCG_MMS-00043226 | TRN-USCG_MMS-00043228 | 4/15/2010 | E-mail from Barry Braniff with attachments | 404, 802 | MISWACO |
| TREX-007125 | TRN-MDL-00866702 | TRN-MDL-00866703 | 1/27/2010 | Email - From: Sjoerd Brouwer To: Dominic Flaherty and others - Subject: RE: Bardolino Well Control Incident IRP - Pre-Read | 404 | HESI |
| TREX-007312 | BP-HZN-BLY00096591 | BP-HZN-BLY00096593 | | Horizon-Onshore/Offshore Communication Process | 802 | MISWACO |
| TREX-026000 | TRN•MDL•08048841 | TRN•MDL•08048843 | 5/4/2010 | Email chain ending with email from Eric Hall to Danny Humphrey, et al., RE: MMS Documentation Request | 401, 802 | PSC |
| TREX-026001 | TRN•MDL•07822891 | TRN•MDL•07822892 | 6/17/2010 | Email chain ending with email from Mike Wright to Tim Williams and Bill Sannan re: Subsea Morning Report | 802 | PSC |
| TREX-026002 | TRN•MDL•07669373 | TRN•MDL•07669376 | 2/12/2009 | Email chain ending with email from Owen McWhorter to James Kent re: Quote to Convert TL Rams for the Horizon | 802 | PSC |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026003 | TRN•MDL•07721310 | TRN•MDL•07721311 | 9/15/2009 | Email chain ending with email from Dan Farr to Guy Cantwell, Arnaud Boilier, Pharr Smith, Paul Tranter, Steven Newman re: KG1 in Forbes | 401, 403, 404, 802 | PSC |
| TREX-026004 | TRN•MDL•07230768 | TRN•MDL•07230773 | 5/10/2010 | Email chain ending with email from Eddy Redd to Larry McMahan, Paul Tranter re: request for proposal on ability to shear 14" casing using casing shear rams on the DDII/III | 401 | PSC |
| TREX-026005 | TRN•MDL•06419253 | TRN•MDL•06419254 | 4/6/2010 | Email chain ending with email from Steve Handb to Mark Monroe re: TOI Performance Review April 2010 Pre-read Pack Final.ZIP; TOI Performance Review April 2010 Presentation Pack Draft | 401, 403, 404 | PSC |
| TREX-026006 | TRN•MDL•06570746 | TRN•MDL•06570813 | 5/8/2005 | Email from Marc Cleaver to David Mullen re: reducing unplanned operational events | 401, 403, 404 | PSC |
| TREX-026007 | TRN•MDL•06416911 | TRN•MDL•06416912 | 5/31/2008 | Email from Jimmy Moore to Chris Knight re: Using the Management System | 401, 403, 404 | PSC |
| TREX-026008 | TRN•MDL•06236997 | TRN•MDL•06236997 | 8/7/2006 | Email from Daun Winslow to Kenneth Brown, Grant Howard, John Keeton, Ken Reed re: Subsea Maintenance | 401, 403, 404 | PSC |
| TREX-026009.a | TRN•MDL•06172977 | TRN•MDL•06172979 | 11/7/2004 | Various letters from Transocean Offshore International to Transocean employees regarding Jim Cunningham Blowout Incident | 401, 403, 404, 802 | PSC |
| TREX-026009.b | TRN•MDL•06172983 | TRN•MDL•06172985 | 11/7/2004 | Letter from A.M. Polhamus to Glen Prater, Night Tool Pusher re: Jim Cunningham Blowout Incident | 401, 403, 404, 802 | PSC |
| TREX-026009.c | TRN•MDL•06172989 | TRN•MDL•06172991 | 11/7/2004 | Letter from A.M. Polhamus to Bill Henderson, OIM re: Jim Cunningham Blowout Incident | 401, 403, 404, 802 | PSC |
| TREX-026009.d | TRN•MDL•06172995 | TRN•MDL•06172997 | 11/7/2004 | Letter from A.M. Polhamus to Barry Myers, Senior Tool Pusher, re: Jim Cunningham Blowout Incident | 401, 403, 404, 802 | PSC |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026010 | TRN•MDL•06153690 | TRN•MDL•06153710 | 7/11/2008 | Email from Bill Sannan to Chris Ness with multiple cc's attaching Development Driller I Safety Standup 7-1-08 | 401, 802 | PSC |
| TREX-026011 | TRN•MDL•06230341 | TRN•MDL•06230345 | 7/25/2008 | Email chain ending with email from Steve Hand to Mandar Pathak, Barry Braniff, Larry McMahan re: Marianas, Kodiak sidetrack | 401, 802 | PSC |
| TREX-026012 | TRN•MDL•06099840 | TRN•MDL•06099881 | 2/12/2008 | Email from Pharr Smith to Momen Wishahy, Rod Allan, Bill Ambrose, and various others attaching Safety Meeting Minutes, E&TS Monthly HSE Meeting Slides | 401, 403, 404 | PSC |
| TREX-026013 | TRN•MDL•06079201 | TRN•MDL•06079629 | 1/29/2008 | Emails to/from Larry McMahan and David Buck re: ART Prerequisites | 401 | PSC |
| TREX-026014 | TRN•MDL•06172977 | TRN•MDL•06172979 | 11/7/2004 | Letter from A.M. Polhamus to Geoff Clark, Driller re: Jim Cunningham Blowout Incident | 401, 403, 404, 802 | PSC |
| TREX-026015.a | TRN•MDL•05978381 | TRN•MDL•05978389 | 2/24/2009 | Email from Daun Winslow to Ian Little, Jake Skelton, John Keeton attaching 2009 DWH downtime and planning summary | 401, 403, 404 | PSC |
| TREX-026015.b | TRN•MDL•06438684 | TRN•MDL•06438690 | 2/24/2009 | 2009 Deepwater Horizon downtime and planning summary | 401, 403, 404 | PSC |
| TREX-026016 | TRN•MDL•05762567 | TRN•MDL•05762567 | 9/15/2009 | Email from Steven Newman to Larry McMahan re: Feeling Discouraged? DON'T BE! | 401, 403, 404 | PSC |
| TREX-026017 | TRN•MDL•05880590 | TRN•MDL•05880604 | 1/20/2008 | Email from Bill Sannan to Rob Saltiel, Paul King, Mac Polhamus re: Safety Vision Presentations | 401, 403, 404 | PSC |
| TREX-026018 | TRN•MDL•05877808 | TRN•MDL•05877859 | 6/19/2009 | Email from Walter Calbucio to Arnaud Bobillier, Jimmy Moore, with various cc's re: How to keep the learnings of previous alerts? | 401, 802 | PSC |
| TREX-026019 | TRN•MDL•05940661 | TRN•MDL•05940688 | 12/15/2008 | Follow up comments from DWH Marine Assurance Audits | 401, 802 | PSC |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026020 | TRN•MDL•05845491 | TRN•MDL•05845520 | 2/15/2010 | Email from Buddy Trahan to Kevin Weiss, James Kent, Jason Brown, Jason Callahan, Leon Tracey, Scott Smith, attaching slides from OMA Jan. 2010 meeting | 401, 403, 404 | PSC |
| TREX-026021 | TRN•MDL•05757944 | TRN•MDL•05758176 | 6/1/2010 | Day-Timer for Larry McMahan (Jan - June 2010) | 401 (Phase II) | PSC |
| TREX-026022 | TRN•MDL•05758177 | TRN•MDL•05758409 | 12/1/2010 | Day-Timer for Larry McMahan (July - Dec. 2010) | 401 (Phase II) | PSC |
| TREX-026023 | TRN•MDL•05467036 | TRN•MDL•05467038 | 4/9/2010 | Emails to/from Arnaud Bobillier and Martin Vos regarding Arctic 1 HSE status | 401, 403, 404, 802 | PSC |
| TREX-026024 | TRN•MDL•05476582 | TRN•MDL•05476602 | 9/26/2006 | Email from Stuart Aspen to Arnaud Bobillier attaching John Mogford's Texas City Refinery Lessons Learned speech | 401 | PSC |
| TREX-026025 | TRN•MDL•01279373 | TRN•MDL•01279410 | 9/24/2009 | Email from Barry Braniff to Larry McMahan re: DWE WCE Lessons Learned rev. 1 draft | 401, 403, 404 | PSC |
| TREX-026025.b | TRN•MDL•04403087 | TRN•MDL•04403125 | 9/24/2009 | Email from David Foster to Barry Braniff, attachments: DWE WCE from Dave.doc | 401, 403, 404 | PSC |
| TREX-026025.c | TRN•MDL•04742161 | TRN•MDL•04742196 | 9/24/2009 | Email from Barry Braniff to David Foster, Subject: DWE WCE, Attachments: DWE WCE.doc | 401, 403, 404 | PSC |
| TREX-026026.a | TRN•MDL•05127686 | TRN•MDL•05127704 | 12/8/2009 | Email from Simon Watson to Arnaud Bobillier, Paul Tranter, Deepak Munganahalli re: Reliance Presentation Slides | 401, 403, 404 | PSC |
| TREX-026026.b | TRN•MDL•05205787 | TRN•MDL•05205807 | 12/8/2009 | Email from Simon Watson to Arnaud Bobillier, Paul Tranter, Deepak Munganahalli, Subject: Updated Slides for RIL | 401, 403, 404 | PSC |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026027.a | TRN•MDL•04943119 | TRN•MDL•04943160 | 7/29/2009 | Email from David Watt to Mark Bessell (cc: Diane Vento, Sherry Richard, Mithcell Cole, Ian Clark, Dennis Edge) re: Safety Bonus Projections for the Aug. TOPs Book and including Transocean Overall Performance presentation slides prepared for Aug. 2009 Board of Directors Meeting | 401, 403, 404 | PSC |
| TREX-026027.b | TRN•MDL•04943340 | TRN•MDL•04943341 | 7/29/2009 | Transocean Overall Performance | 401, 403, 404 | PSC |
| TREX-026028 | TRN•MDL•06451432 | TRN•MDL•06451433 | 3/2/2010 | Email from Gene Nelms to James Bjornestad, Gary Leach, Lawrence Holman, Steve Hand, Barry Braniff, Rob Turlak, Lawrence Wright, Brad Rodger re: Accumulator Closing Test | 401 | PSC |
| TREX-026029 | TRN•MDL•04711201 | TRN•MDL•04711204 | 9/17/2004 | Email from Bill Ellis to Ed Moro, Arnaud Bobillier re: notification of operational abnormality report S714 | 401, 403, 404 | PSC |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026030 | TRN•MDL•04937152 | TRN•MDL•04937153 | 02/9/2010 - 02/10/2010 | Email chain among several people, including from Bill Sannon, Julian Soles, Scott McKaig, Jess Richards, Ramsey Richards to Todd Wilson, Bryan Bandeko, Mark Broussard, Jason Brown, Jason Callahan, Scott Cote, Wilton Hockaday, Nathan Irwin, Danny Johnson, James Kent, Tony Reid, Lane Romine, Scott Smith, Leon Tracey, Barry Weber, Kevin Weiss, Rob White, Tim Williams, Mike Blue, Jimmie Bullock, Scott Carpenter, Dan Haslam, Danny Humphrey, Paul Johnson, John Keeton, Paul King, Scott McKaig, Keith Mesker, Keith Miller, Graham Park, Jess Richards, Ramsey Richards, Tom Shackelford, Mike Shaw, Mike Wright, Keelan Adamson, John Boone, Jerry Canducci, Eric Hall, Daniel Husted, David Matlock, Kathleen McAllister, Donnie Pirtle, Dan Reudelhuber, Regulo Salas, Brent Shoemaker, Buddy Trahan, | 401, 802 | PSC |
| TREX-026031 | TRN•MDL•04349943 | TRN•MDL•04349948 | 6/14/2010 | Email from Mike Wright to Steven holt, John Keeton, Park Graham, Mike Shaw, Randy Sivils, Tim Williams forwarding Corporate QHSE Incident Review for June 11, 2010 | 407 | PSC |
| TREX-026032 | TRN•MDL•03999531 | TRN•MDL•03999570 | 9/28/2009 | Email from Steven Newman to Adrian Rose, Rob Saltiel, Arnaud Bobillier, Larry McMahan re: preliminary thoughts and supplementay info | 401, 403, 404 | PSC |
| TREX-026033 | TRN•MDL•04336005 | TRN•MDL•04336007 | 7/25/2010 | Email from Larry McMahan to Bill Sannan, John MacDonald re: Need some information on DWH | 802 | PSC |

6

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026034 | TRN•MDL•03999571 | TRN•MDL•03999575 | 10/21/2009 | Email from Larry McMahan to Adrian Rose, Sherry Richard, Rob Saltiel re: Safety and Performance | 401, 403, 404 | PSC |
| TREX-026035.a | TRN•MDL•04012244 | TRN•MDL•04012245 | 10/15/2009 - 10/22/2009 | Email from Larry McMahan to Randy Atwood, Subject: RE: FIRST NEWS BULLETIN: A Message from Bob Long and Steve Neman | 401, 404, 802 | PSC |
| TREX-026035.b | TRN•MDL•04335057 | TRN•MDL•04335062 | 10/15/2009 - 10/22/2009 | Email from Nick Jackson to Adrian Rose, Subject: Re: FINAL DRAFT: FIRST TO KNOW: Transocean Launches Major Evaluation of Safety Proceses and Culture | 401, 404, 802 | PSC |
| TREX-026035.c | TRN•MDL•04335663 | TRN•MDL•04335667 | 10/15/2009 - 10/22/2009 | Email from Adrian Rose to Bob Long and Steven Newman, Subject: DRAFT Lloyd's announcement, Attachments: 10-19-09 FTK Lloyd's announcement (CW) CLEAN.doc | 401, 404, 802 | PSC |
| TREX-026035.d | TRN•MDL•04335669 | TRN•MDL•04335672 | 10/15/2009 - 10/22/2009 | Email from Sherry Richard to Eric Brown, Adrian Rose, Courtney Wilcox, Guy Cantwell, Subject: FW: LATEST VERSION Lloyd's register, Attachments: 10-19-09 FTK Lloyd's acouncement (CW) CLEAN.doc | 401, 404, 802 | PSC |
| TREX-026035.e | TRN•MDL•04335704 | TRN•MDL•04335710 | 10/15/2009 - 10/22/2009 | Email from Courtney Wilcox to Adrian Rose, Sherry Richard, Guy Cantwell, Gregory Panagos, Subject: RE: DRAFT Lloyd's announcement | 401, 404, 802 | PSC |
| TREX-026035.f | TRN•MDL•04335711 | TRN•MDL•04335719 | 10/15/2009 - 10/22/2009 | Email from Courtney Wilcox to Adrian Rose, Sherry Richard, Guy Cantwell, Gregory Panagos, Subject: RE: DRAFT Lloyd's announcement | 401, 404, 802 | PSC |
| TREX-026036 | TRN•MDL•03998938 | TRN•MDL•03998959 | N/A | Lloyd's Register Safety Management Systems and Safety Culture/Climate Reviews slidepack | 401, 404, 802 | PSC |
| TREX-026041 | TRN•MDL•05750468 | TRN•MDL•05750469 | 4/29/2010 | Email from Mike Wright to Bill Sannan and others. Subject: FW: RFI: BOP INTERVENTION (ALT OPTIONS - ADDITIONAL BOP STACK) | 407, 802 | PSC |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026042 | TRN•MDL•06373564 | TRN•MDL•06373577 | 6/8/2008 | Email from Mac Polhamus to Daun Winsow and others. Subject: High Level BP Presentation | 401, 802 | PSC |
| TREX-026043 | TRN•MDL•04336009 | TRN•MDL•04336010 | 10/23/2009 | Email from Adrian Rose to Lary McMahan and Rob Saltiel. Subject: RE: Contract award for major review of safety performance, and safety culture assessments | 401, 802 | PSC |
| TREX-026044 | TRN•MDL•04546169 | TRN•MDL•04546206 | 9/25/2009 | Email from Barry Braniff to Randy Atwood. Subject: DRAFT DWE lessons learned report | 401, 403, 404 | PSC |
| TREX-026045 | TRN•MDL•05929444 | TRN•MDL•05929445 | 10/10/2009 | Email from Pharr Smith to Bob Long and Arnaud Bobillier. Subject: Rebuilding a Safety Culture at Transocean. | 401, 403, 404 | PSC |
| TREX-026048 | EPE006•006193 | EPE006•006195 | 5/3/2010 | Letter from U.S. Department of Justice to General Counsel of BP, T.O., and halliburton, Re: Preservation of Potentially relevant Information. | 401, 802 | PSC |
| TREX-026049 | TRN•MDL•03862589 | TRN•MDL•03862590 | 3/15/2001 | Email from Doug Halkett to John Wilson and others, Subject: RE: PROBABILITY OF FIRE & EXPLOSION IN MOONPOOL / RIG FLOOR | 401 | PSC |
| TREX-026050 | TRN•MDL•03462411 | TRN•MDL•03462653 | 8/28/2004 | Major Accident Hazard Risk Assessment - Deepwater Horizon | 401, 802 | PSC |
| TREX-026051 | TRN•MDL•04012167 | TRN•MDL•04012205 | 9/28/2009 | Email from Larry McMahan to Reyna Allen, Subject: FW: Preliminary thoughts and supplementary info | 401, 802 | PSC |
| TREX-026052 | TRN•MDL•04320514 | TRN•MDL•04320515 | 10/21/2009 | Email from Corporate Communications, Subject: FIRST NEWS BULLETIN: a Message from Bob Long and Steven Newman | 401, 802 | PSC |
| TREX-026053 | TRN•MDL•03461898 | TRN•MDL•03461898 | 3/8/2010 | Email chain between James Kent and Buddy Trahan, Subjct: RE: diverter | 401, 802 | PSC |
| TREX-026054 | TRN•MDL•03461519 | TRN•MDL•03461521 | 4/13/2010 | Email from Kent james to Stringfellow and Babineaux, Subject: RE: TOI Deepwater Horizon N-Line inspection | 401, 802 | PSC |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-026055 | TRN•INV•02536756 | TRN•INV•02536757 | 3/22/2004 | Transocean Request for Exemption (inhibiting automatic alarms) | 401, 802 | PSC |
| TREX-026056 | TRN•INV•01870636 | TRN•INV•01870764 | 12/7/2007 | Hyundai Heavy Industries - Failure Modes and Effects Analysis of "Deepwater Horizon" | 401, 802 | PSC |
| TREX-026057 | TRN•MDL•03999571 | TRN•MDL•03999575 | 10/21/2009 | Email from Larry McMahan to Adrian Rose, Sherry Richard, Rob Saltiel, Subject: Safety and Performance | 401, 802 | PSC |
| TREX-026058 | TRN•MDL•04953114 | TRN•MDL•04953191 | 1/18/2010 | Email from Derek Munganahalli to Steven Newman, Chris Ness, Adrian Rose, and Bill Wainwright, Subject: IME Final Report.ppt | 401, 802 | PSC |
| TREX-026064 | BP•HZN•BLY00061350 | BP•HZN•BLY00061357 | 5/12/2010 | John Guide interview Notes | 802 | PSC |
| TREX-037004 | BP•HZN•2179MDL03073774 | BP•HZN•2179MDL03073908 | 3/4/2009 | Hafle Notebook on Macondo 2009 | 802 | PSC |
| TREX-037006 | BP•HZN•2179MDL00075845 | BP•HZN•2179MDL00075867 | 6/3/2009 | Morel Notebook extracts 6/3/2009 to 4/13/2010 | 802 | PSC |
| TREX-037031 | BP•HZN•BLY00377475 | BP•HZN•BLY00377572 | 7/5/2010 | Robinson investigation notebook | 802 | PSC |
| TREX-037032 | BP•HZN•BLY00139882 | BP•HZN•BLY00139942 | 7/19/2010 | Corser investigation notebook 7/19/2010 | 802 | PSC |
| TREX-048086 | TRN-MDL-04953037 | TRN-MDL-04953037 | 12/23/2009 | Email - From: Chris Ness To: Deepak Munganahalli and others - Subject: IME FINAL REPORT.ppt | 401, 403, 404 | HESI |
| TREX-048091 | TRN-MDL-04937152 | TRN-MDL-04937153 | 2/10/2010 | Email - From: Scott McKraig To: Ramsey Richards and others - Subject: RE: Hand and Finger Injuries | 401, 403, 404 | HESI |
| TREX-048192 | TRN-MDL-08048841 | TRN-MDL-08048843 | 5/4/2010 | Email from E. Hall - D. Humphrey et al. re RE: MMS Documentation Request | 401, 403 | BP |
| TREX-048200 | TRN-MDL-07016932 | TRN-MDL-07016999 | 9/22/2009 | Email from J. Canducci - D. Munoz et al. re FW: Year-to-Date DROPS (w/ attachment) | 401, 403, 404 | BP |
| TREX-048216 | ZAN037-067762 | ZAN037-067762 | 4/27/2010 | Email from SLV - L. Birnbaum at al. re Re: 2 new issues | 802 | BP |
| TREX-048249 | TRN-MDL-06099840 | TRN-MDL-06099881 | 2/12/2008 | Email from P. Smith - M. Wishahy et al. re E&TS HSE Meeting Minutes - February 2008 (w/ attachments) | 401, 403, 404 | BP |

9

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-048252 | TRN-MDL-05127686 | TRN-MDL-05127719 | 12/8/2009 | Email from S. Watson - A. Bobillier & P. Tranter et al. re Relaince [sic] Presentation Slides (w/ attachments) | 401, 403, 404 | BP |
| TREX-048253 | TRN-MDL-03999571 | TRN-MDL-03999575 | 10/21/2009 | Email from L. McMahan - A. Rose & S. Richard et al. re Safety and Performance (w/ attachments) | 401, 403, 404 | BP |
| TREX-048254 | TRN-MDL-04335704 | TRN-MDL-04335710 | 10/16/2009 | Email from C. Wilcox - A. Rose et al. re RE: DRAFT Lloyd's announcement (w/ attachment) | 401, 404, 802 | BP |
| TREX-048273 | BP-HZN-2179MDL00307630 | BP-HZN-2179MDL00307630 | 4/10/2010 | Email from P. Johnson - J. Guide re Re: Use | 802 | BP |
| TREX-048275 | TRN-MDL-08076987 | TRN-MDL-08076990 | 11/13/2009 | A. Burkeen 2009 Supervisory Performance Appraisal - Performance Appraisal and Development Plan | 802 | BP |
| TREX-048276 | TRN-MDL-08076991 | TRN-MDL-08076994 | 11/1/2009 | D. Clark 2009 Supervisory Performance Appraisal - Performance Appraisal and Development Plan | 802 | BP |
| TREX-048277 | TRN-MDL-08076995 | TRN-MDL-08076998 | 11/3/2009 | S. Curtis 2009 Supervisory Performance Appraisal - Performance Appraisal and Development Plan | 802 | BP |
| TREX-048278 | TRN-MDL-08076999 | TRN-MDL-08077001 | 7/15/2009 | K. Kleppinger 2009 Junior Performance Appraisal and Development Plan | 802 | BP |
| TREX-048279 | TRN-MDL-08077002 | TRN-MDL-08077005 | 11/3/2009 | R. Kemp 2009 Supervisory Performance Appraisal - Performance Appraisal and Development Plan | 802 | BP |
| TREX-048280 | TRN-MDL-08077006 | TRN-MDL-08077009 | 11/27/2009 | D. Revette 2009 Supervisory Performance Appraisal - Performance Appraisal and Development Plan | 802 | BP |
| TREX-048281 | TRN-MDL-08077010 | TRN-MDL-08077012 | 7/15/2009 | S. Roshto 2009 Junior Performance Appraisal and Development Plan | 802 | BP |
| TREX-048282 | TRN-MDL-08077013 | TRN-MDL-08077015 | 7/15/2009 | A. Weise 2009 Junior Performance Appraisal and Development Plan | 802 | BP |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-048283 | TRN-MDL-08077016 | TRN-MDL-08077020 | 11/16/2009 | J. Harrell 2009 Senior Supervisor (OIM) Performance Appraisal - Performance Appraisal and Development Plan | 802 | BP |
| TREX-048284 | TRN-MDL-08077021 | TRN-MDL-08077024 | 10/14/2009 | C. Kuchta 2009 Senior Supervisor Performance Appraisal - Performance Appraisal and Development Plan | 802 | BP |
| TREX-050148 | N/A | N/A | 12/??/1997 | Manual: American Petroleum Institute, Specification for Drill Through Equipment, 16A, 2nd Edition | 802 | HESI |
| TREX-063182 | BP-HZN-BLY00052877 | BP-HZN-BLY00053045 | 5/22/2010 | Document: Vastar Resources Inc., Deepwater Horizon Rig Files, 6.0 BOP Equipment, Vol. 3 | 802 | HESI |
| TREX-063184 | TRN-MDL-06787326 | TRN-MDL-06787367 | 3/15/2011 | Powerpoint: Transocean Offshore Deepwater Drilling Inc. Deepwater Horizon Maintenance Overview, draft | 404 | HESI |
| TREX-063185 | TRN-INV-01737171 | TRN-INV-017137177 | 3/3/2011 | Document: Comments on "MACONDO 252: Origins of the Disaster" by David Garrett, Stress Engineering Services, Inc. | 401, 802 | HESI |
| TREX-063186 | TRN-INV-03405182 | TRN-INV-03405192 | 2/25/2011 | Email - From: Dan Farr To: Perrin Roller and others - Subject: FW: Received this perspective from a French Association regarding possible cause for Macondo blow-out, with attachment | 401, 802 | HESI |
| TREX-063187 | TRN-MDL-04448128 | TRN-MDL-04448217 | 9/14/2009 | Email - From: Pallavi Agarwal To: Barry Braniff and others - Subject: RE: Well control event on the DWE, with attachment | 802 | HESI |
| TREX-063188 | TRN-MDL-01279373 | TRN-MDL-01279410 | 9/28/2009 | Email - From Barry Braniff To: Larry McMahan - Subject: FW: DRAFT DWE lessons learned report, with attachment | 401, 403, 404, 802 | HESI |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-063189 | TRN-MDL-04403087 | TRN-MDL-04403125 | 9/24/2009 | Email - From David Foster To: Barry Braniff - Subject: [no subject], with attachment | 401, 403, 404, 802 | HESI |
| TREX-063190 | TRN-MDL-05885758 | TRN-MDL-05885762 | 9/23/2009 | Email - From Barry Braniff To: Dave Cameron and others - Subject: DWE - WCE summary & key lessons for ops before & after actual event, with attachment | 404 | HESI |
| TREX-063191 | TRN-MDL-03999571 | TRN-MDL-03999575 | 10/21/2009 | Email - From: Larry McMahan To: Adrian Rose and others - Subject: Safety and Performance, with attachments | 401, 403, 404 | HESI |
| TREX-063192 | TRN-MDL-04012244 | TRN-MDL-04012245 | 10/22/2009 | Email - From: Larry McMahan To: Randy Atwood - Subject: RE: FIRST NEWS BULLETIN: A Message from Bob Long and Steven Newman | 401, 403, 404 | HESI |
| TREX-063193 | TRN-MDL-05467036 | TRN-MDL-05467038 | 4/9/2010 | Email - From: Arnaud Bobillier To: Martin.Vos@shell.com - Subject: RE: Arctic 1 HSE status | 401, 403, 404, 802 | HESI |
| TREX-063195 | TRN-MDL-01160165 | TRN-MDL-01160224 | 6/17/2010 | Email - From: Steve Hand To: Larry McMahan - Subject: FW: Actions from MD Teleconference: Item 3 - 711 Kick response and subsequent NRS Actions, with attachments | 401, 403, 404, 802 | HESI |
| TREX-063196 | TRN-MDL-04349943 | TRN-MDL-04349948 | 6/14/2010 | Email - From: Mike Wright To: Steven Holt - Subject: FW: Corporate QHSE Incident Review - June 11, 2010, with attachments | 407, 802 | HESI |
| TREX-063197 | TRN-MDL-05757944 | TRN-MDL-05758409 | ??/??/10 | Document: Day-Timers of Larry McMahan | 401 (Phase II) | HESI |
| TREX-063198 | TRN-MDL-06236997 | TRN-MDL-06236997 | 8/7/2006 | Email - From: Daun Winslow To: Kenneth Brown and others - Subject: FW: Subsea Maintenance | 401, 403, 404 | HESI |
| TREX-063199 | TRN-MDL-08048841 | TRN-MDL-08048843 | 5/4/2010 | Email - From: Eric Hall To: Danny Humphrey and others - Subject: RE: MMS Documentation Request | 401, 802 | HESI |

| Trial Exhibit No. | Beginning Bates No. | Ending Bates No. | Date | Document Description/Title | Objection | Offering Party |
|---|---|---|---|---|---|---|
| TREX-063204 | TRN-MDL-07455854 | TRN-MDL-07455929 | 11/??/01 | Manual: API Recommended Practice for Diverter Systems Equipment and Operations RP 64, Second Edition, November 2001 | 802 | HESI |
| TREX-063206 | BP-HZN-BLY00264642 | BP-HZN-BLY00264645 | ??/??/06 | Document: Hydril 513 Integral Casing Connection: Performance table from Hydril 513 brochure | 802 | HESI |
| TREX-063207 | TRN-MDL-07246359 | TRN-MDL-07246368 | 5/21/2004 | Email - From: Rolf Meier To: Alberto Woll and others, Subject: FW: Horizon mud gas separator design, with attachment: Vastar Resources, Inc., DWH, Technical Position Paper, Issue: Mud Gas Separator Design | 802 | HESI |