# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 07, 2013

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 12-30136,   In Re: Deepwater Horizon  
        USDC No. 2:10-MD-2179  
        USDC No. 2:10-CV-1768  
        USDC No. 2:10-CV-2454

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Lisotta*  
Misty L. Lisotta, Deputy Clerk  
504-310-7716

___ Fee  
___ Process  
X   Dkt  
___ CtRmDep  
___ Doc. No.