UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| Applies to: All Cases 2:10-cv-02771 | § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### HESI'S OBJECTIONS TO NEW AND GOOD CAUSE PHASE ONE EXHIBITS DESIGNATED BY OTHER PARTIES ON JANUARY 11, 2013

Halliburton Energy Services, Inc. ("HESI") respectfully submits its Objections to New and Good Cause Phase One Exhibits Designated By Other Parties on January 11, 2013[1] as follows:

Attached as Exhibit A is HESI's spreadsheet of objections to new and good cause Phase One trial exhibits designated by other parties on January 11, 2013. (*See* Rec. Doc. 8373 at 2). Exhibit A includes the following information for each exhibit: (1) the basis for the objection and (2) any applicable motion *in limine*. (*See* Rec. Doc. 4280 at 7). Exhibit B attached hereto includes codes for each referenced motion *in limine*. (*See* Rec. Doc. 3916 at 4). HESI reserves its right to object to any exhibits designated by other parties after January 11, 2013.

**Objections to Exhibits Identified But Unavailable:** HESI reserves its right to object to the following exhibits that are identified on other parties' lists, but not properly identified by Bates number or otherwise provided to HESI: 52658, 52660, 52661, 52662, 52664, 52665, 52666, and 52668.

---

[1] This filing is a supplement to HESI's Combined Objections to Phase Two Exhibits Designated By Other Parties and First Amended Objections to Phase One Exhibits Designated By Other Parties filed on January 14, 2013.

**HESI'S OBJECTIONS TO NEW AND GOOD CAUSE PHASE ONE EXHIBITS
DESIGNATED BY OTHER PARTIES ON JANUARY 14, 2013** - PAGE 1

**Objections to Witness Interviews Notes**: Exhibits that are purportedly typewritten or handwritten notes of witness interviews are inadmissible hearsay, but may be admissible against the declarant as a party admission. *See* Fed. R. Evid. 802 and 804. To the extent any statement contained in the notes purports to be an expert opinion, it is objectionable under Rule 702.

**Objections to Prior Testimony**: Exhibits that constitute prior testimony or prior recorded statements are inadmissible hearsay. *See* Fed. R. Evid. 802. If prior testimony or a recorded statement is related to the United States Coast Guard investigation, it is inadmissible pursuant to 46 U.S.C. § 6308. However, if a particular witness invokes his or her Fifth Amendment right at trial, or is otherwise unavailable, all or portions of that witness' testimony may be admissible. (*See* Rec. Doc. 4522).

**Party Admissions:** Although HESI objects to numerous documents and prior testimony as hearsay, such exhibits may constitute admissions by a party opponent. HESI's hearsay objections shall not constitute a waiver of its right to use such exhibits in cross-examination against an opposing party. *See* Fed. R. Evid. 804(b)(3). If HESI uses any exhibit in cross-examination pursuant to Rule 804(b)(3), HESI does not waive its right to object to the exhibit's use against HESI.

**Authentication Objections:** The parties agreed to cure any exhibits with improper highlighting and handwriting. Exhibit A identifies those exhibits that do not appear to have been cured. HESI will continue to confer with other parties, but reserves its right to object to any exhibit that is not cured before trial.

**Objections to Unknown or Unavailable Exhibits:** Some of the other parties' exhibits are not identified by Bates numbers or are otherwise unavailable or unviewable to HESI. HESI has made and will continue to make good faith efforts to locate such exhibits and will continue to

confer with the other parties regarding this issue.  HESI reserves its right to object to any exhibits that are not Bates numbered and those that are not otherwise available or viewable to HESI.

**Objections to Deposition Testimony And Exhibits Identified in Deposition Cuts:** Because the Court established separate processes for objections to deposition designations, Exhibit A does not include objections to any deposition transcripts.

**Objections Apply to Duplicate Exhibits and Subsections**:  HESI's objection to one exhibit applies to all duplicates, substantially similar exhibits, and/or versions of that exhibit.  If a party has divided or will divide an exhibit into subsections, HESI makes the same objections to those subsections as it did to the original exhibit.

**Objections By Other Parties**:  HESI reserves the right to join objections by other parties.

Dated:  February 8, 2013.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**HESI'S OBJECTIONS TO NEW AND GOOD CAUSE PHASE ONE EXHIBITS
DESIGNATED BY OTHER PARTIES ON JANUARY 14, 2013** - PAGE 4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s Objections to New and Good Cause Phase One Exhibits Designated by Other Parties on January 11, 2013 has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 8th day of February 2013.

/s/  Donald E. Godwin
Donald E. Godwin