Exhibit A

# HESI's Objections to New and Good Cause Phase One Exhibits Designated By Other Parties on January 11, 2013

| TREX | Date Of Exhibit | Bates Nos. (Range) | Description of Exhibit | Phase 1 Objection Type | Motions in Limine |
|---|---|---|---|---|---|
| 004338 | 05/19/2010 | HAL_0606633 - HAL_0606638 | TUDOR PICKERING HOLD ENERGY THOUGHTS (5-19-10, WEDNESDAY) ROSE, OIS, EOG, GOM DRILLERS/ACTIVITY, OIL SPILL | Hearsay (FRE 802) | HESI-MIL02, MIL01 |
| 007889 | Not Applicable | | Three Key Mechanisms Deliver Zonal Isolation | Relevance (FRE 401 & 402), Hearsay (FRE 802) | |
| 026047 | To Be Determined | HAL_1341690 - HAL_1341692 | Email from Ross Armbruster to several recipients, Subject: FW: Data Files from BP's Top Kill. | Hearsay (FRE 802) | MIL01 |
| 026062 | To Be Determined | BP-HZN-2179MDL00728384 - BP-HZN-2179MDL00728408 | Kodiak #2 11 7/8" Liner Design Report | Relevance (FRE 401 & 402) | HESI-MIL03 |
| 026063 | To Be Determined | BP-HZN-2179MDL00606571 - BP-HZN-2179MDL00606727 | Kodiak #2 Cementing Procedure, Version: 1 | Relevance (FRE 401 & 402) | HESI-MIL03 |
| 037004 | To Be Determined | BP-HZN-2179MDL03073774 - BP-HZN-2179MDL03073908 | Hafle Notebook on Macondo 2009 | Hearsay (FRE 802), Unresolved Authenticity Issues | |
| 037007 | To Be Determined | BP-HZN-2179MDL00371923 - BP-HZN-2179MDL00371927 | Email from Sims to Morel, Hafle, forwarding Kellingray paper re: displacement modeling | Hearsay (FRE 802) | MIL01 |
| 037024 | To Be Determined | BP-HZN-2179MDL00688989 - BP-HZN-2179MDL00689194 | Hafle scanned notes | Hearsay (FRE 802) | MIL01 |
| 037029 | To Be Determined | BP-HZN-BLY00103581 - BP-HZN-BLY00103589 | Email from Lirette to McKay re: Isabella cement job, attaching post-job report | Relevance (FRE 401 & 402), Hearsay (FRE 802) | MIL01 |
| 037031 | To Be Determined | BP-HZN-BLY00377475 - BP-HZN-BLY00377572 | Robinson investigation notebook | Hearsay (FRE 802), Unresolved Authenticity Issues | |
| 037032 | To Be Determined | BP-HZN-BLY00139882 - BP-HZN-BLY00139942 | Corser investigation notebook 7/19/2010 | Hearsay (FRE 802), Unresolved Authenticity Issues | |
| 048187 | 03/22/1999 | HAL_1278694 - HAL_1278710 | Project Report: Foaming Properties of a Mixture of Howco-Suds, HC-2 and Amine Oxide | Relevance (FRE 401 & 402) | |
| 048188 | 12/28/2001 | HAL_1278740 - HAL_1278742 | Project Report: Investigation of Nitrogen Breakout on DWFS 5000 Jobs in the GOM | Relevance (FRE 401 & 402) | |
| 048189 | 09/02/1998 | HAL_1278843 - HAL_1278876 | Project Report: Multiple String Completion Process | Relevance (FRE 401 & 402) | |
| 048190 | 07/29/2004 | HAL_1279033 - HAL_1279036 | Project Report: Foaming Cement Slurries With a Mixture of Betaine and Amine Oxide | Relevance (FRE 401 & 402) | |
| 048191 | 08/10/2001 | HAL_1279061 - HAL_1279071 | Project Report: Environmentally Compatible Defoamer | Relevance (FRE 401 & 402) | |
| 048239 | 10/15/2012 | | BP Responsible Investor Briefing, Issue 7 | Relevance (FRE 401 & 402), Hearsay (FRE 802) | |