## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| *No. 11-1051* | * * | Magistrate Judge Shushan |

### OPPOSITION OF DEFENDANT CAMERON INTERNATIONAL CORPORATION TO PLAINTIFF ADAMS' MOTION FOR DISMISSAL WITHOUT PREJUDICE

In compliance with this Court's order, Doc. 8453, Cameron International Corporation ("Cameron") respectfully opposes Plaintiff Adams' motion to dismiss without prejudice, Doc. 8315.  The detailed grounds for Cameron's opposition are largely stated in BP's opposition, Doc. 8529.

Cameron timely answered Mr. Adams' lawsuit and has not stipulated to Adams' requested dismissal.  Accordingly, dismissal may be granted "only by court order, on terms that the court considers proper."  FED. R. CIV. P. 41(a)(1)(B).

Mr. Adams' pleading makes clear that he is a member of the settling class under the approved Economic and Property Damages Settlement, and Mr. Adams is affirmatively seeking relief under that settlement.  Accordingly, by reason of the terms of the settlement and this Court's Order and Judgment approving the settlement, Doc. 8139, Mr. Adams has released his claims against Cameron and is enjoined from further prosecution of his claims, in this or any future action.  To implement the approved class settlement and this Court's injunction properly, any voluntary dismissal of this action should be with prejudice.

1

Respectfully submitted,


*/s/ David J. Beck*
David J. Beck, T.A.                          Phillip A. Wittmann, 13625
  *dbeck@brsfirm.com*                    *pwittmann@stonepigman.com*
Joe W. Redden, Jr.                           Carmelite S. Bertaut, 3054
  *jredden@brsfirm.com*                    *cbertaut@stonepigman.com*
David W. Jones                               Keith B. Hall, 24444
  *djones@brsfirm.com*                     *khall@stonepigman.com*
Geoffrey Gannaway                            Jared Davidson, 32419
  *ggannaway@brsfirm.com*                  *jdavidson@stonepigman.com*
BECK REDDEN LLP                              STONE PIGMAN WALTHER
One Houston Center                           WITTMANN L.L.C.
1221 McKinney St., Suite 4500                456 Carondelet Street
Houston, TX 77010                            New Orleans, Louisiana  70130
Phone: (713) 951-3700                        Phone: (504) 581-3200
Fax: (713) 951-3720                          Fax: (504) 581-3361

*Attorneys for Cameron International Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of February, 2013.


*/s/ David J. Beck*

2