UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" | : | |
| in the GULF OF MEXICO, | : | SECTION:  J |
| on APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **Applies to All Cases and 10-2771** | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CAMERON INTERNATIONAL CORPORATION'S OBJECTIONS TO NEWLY ADDED PHASE ONE TRIAL EXHIBITS

Cameron International Corporation ("Cameron") respectfully submits these objections to newly added Phase One trial exhibits.

Cameron raises the below general objections and sets forth specific objections in the attached Exhibit A:

(1)     Cameron reserves the right to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

(2)     Cameron reserves the right to object at trial to all photographic, demonstrative and/or physical exhibits.

(3)     Cameron objects to the introduction and/or use of any exhibit solely related to Phase Two issues.

(4)     Cameron objects pursuant to 46 U.S.C. § 6308 to the introduction and/or use of all exhibits related to the Marine Board Investigation and/or report(s).

(5) Cameron objects to the introduction and/or use of all exhibits related to any U.S. Chemical Safety Board investigation and/or report.

(6) Cameron objects to the introduction and/or use of all exhibits that set forth full or partial deposition testimony, page-line deposition designations, or deposition narrative summaries.

(7) Cameron objects to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto.

(8) Cameron objects to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein.

(9) Cameron objects to the introduction and/or use of all exhibits that are substantially similar to or complete or partial duplicates of exhibits that Cameron has specifically objected to.

(10) Cameron reserves the right to supplement this list with objections to deposition exhibits not due to inData at this time.

(11) Because discovery is ongoing, Cameron reserves the right to add exhibit objections subsequent to this filing.

(12) By objecting to certain exhibits, Cameron does not waive the right to introduce such exhibits at trial.

(13) To the extent that Cameron objects to a specific exhibit, Cameron also objects to all subsections of that exhibit.

(14) To the extent that Cameron objects to a specific exhibit, Cameron also objects to all "cured" versions of that exhibit.

DATE:  February 8, 2013

Respectfully submitted,
*/s/ David J. Beck*
David J. Beck, T.A.
    dbeck@beckredden.com
Joe W. Redden, Jr.
    jredden@beckredden.com
David W. Jones
    djones@beckredden.com
Geoffrey Gannaway
    ggannaway@beckredden.com

BECK REDDEN, LLP
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Jared A. Davidson, 32419
    jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's Phase Two Good Faith Trial Exhibit List, First Installment, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of February, 2013.

                                          */s/ David J. Beck*
                                          David J. Beck

# EXHIBIT A

## CAMERON INTERNATIONAL CORPORATION'S OBJECTIONS TO NEWLY ADDED PHASE ONE TRIAL EXHIBITS

| Exh. No. | Bates Range | Doc Date | Description | Offering Party | Objection |
|---|---|---|---|---|---|
| TREX-063182 | BP-HZN-BLY00052877 - BP-HZN-BLY00053045 | 5/22/2010 | Document: Vastar Resources Inc., Deepwater Horizon Rig Files, 6.0 BOP Equipment, Vol. 3 | HESI | FRE 802 Lack of Foundation Compound Exhibit |
| TREX-063205 | BP-HZN-2179MDL06569847 - BP-HZN-2179MDL06569879 | 6/10/2010 | Email - From: Linda Rozett To: Communications Committee, Subject: Briefing Papers, with attachments; API Standard Programs and Procedures Briefing Paper - 6.10.10 | HESI | FRE 802 FRE 403 FRE 701 FRE 702 Lack of Foundation Compound Exhibit |