UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

*****************************************************************************

**BP'S 2/8/2013 OBJECTIONS TO ADDITIONS TO PHASE ONE EXHIBIT LISTS**

Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 2/08/2013 Objections to Additions to Phase One Exhibit Lists (attached hereto as "Exhibit A"). BP will also circulate a version of Exhibit A in Microsoft Excel format.

Any objection on this list to any particular exhibit acts as an objection to all other exhibits that are duplicative or substantially similar but have different trial exhibit numbers. If a party has divided or will divide an exhibit into subsections, BP makes the same objections to those subsections as it did to the original exhibit.

BP reserves the right: (1) to join objections by other parties; (2) to add and/or remove objections based on any party's motions in limine or ruling by the Court; (3) to add and/or remove objections in light of other parties' pre-trial filings, exhibit lists, physical exhibits, photographs, and demonstratives, as well as the evidence and arguments presented by other parties at trial; (4) to add and/or remove objections based on documents produced by other parties recently, or documents identified in connection with the completion of Phase One discovery; (5) to object to any exhibit related only to Phase II or III issues; (6) to object to any exhibit whose admission is barred by statute or regulation, such as certain exhibits relating to the Marine Board or U.S. Chemical Safety

Board investigations; (7) to object to documents addressed in BP's motions in limine; (8) to object to exhibits that set forth full or partial deposition testimony, page and line deposition designations, or deposition narrative summaries; (9) to object to exhibits that the Court has previously ruled are inadmissible; (10) to object to any exhibit that any party has insufficiently or incorrectly identified on its exhibit list, or that it has not yet produced; and (11) to introduce at trial any exhibit to which BP has objected (*e.g.*, a document may be offered as an admission against another party but may be hearsay with regard to BP).

For any exhibit that BP states is admissible only as an admission by some other party, BP also objects to that exhibit on hearsay (F.R.E. 802) grounds, as inadmissible against BP. BP's objections on this list are in addition to any other objections made to any trial exhibit.

Dated: February 08, 2013               Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Robert R. Gasaway
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of February, 2013.



/s/ Don K. Haycraft