## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-002820 | Email attaching BP/Deepwater Horizon Rheliant Displacement Procedure | |
| TREX-003340 | Subsea Support Team Daily Reports | |
| TREX-009580 | Macondo Well Integrity Test | Relevance (Not Relevant to Phase I) |
| TREX-009787 | Gulf of Mexico Strategic Performance Unit, HAZID Report MC-252 BOP on BOP Capping Option | Relevance (Not Relevant to Phase I) |
| TREX-009834 | Gulf of Mexico - Strategic Performance Unit - HAZID Report, MC-252 Capping Options, Well Integrity Test | Relevance (Not Relevant to Phase I) |
| TREX-009835 | Gulf of Mexico Strategic Performance Unit - HAZID Report, MC-252 Dual Ram Stack Capping Option | Relevance (Not Relevant to Phase I) |
| TREX-010243 | Email from D. Halkett - J. Wilson et. al. re RE: PROBABILITY OF FIRE & EXPLOSION IN MOONPOOL / RIG FLOOR | |
| TREX-010360 | Executive Summary of Response Events | Relevance (Not Relevant to Phase I); Hearsay (FRE 802) |
| TREX-010535 | Email from C. Roberts - D. Carter et al. re HAZID - Well Capping Team results | Relevance (Not Relevant to Phase I) |
| TREX-010536 | BP Gulf of Mexico Strategic Performance Unit HAZID Report MC-252 BOP on BOP Capping Option, Rev A | Relevance (Not Relevant to Phase I) |
| TREX-026000 | Email chain ending with email from Eric Hall to Danny Humphrey, et al., RE: MMS Documentation Request | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026001 | Email chain ending with email from Mike Wright to Scott Cote and John Boone re: Subsea Morning Report | Admissible only as an Admission by: TransOcean |
| TREX-026002 | Email chain ending with email from Owen McWhorter to James Kent re: Quote to Convert TL Rams for the Horizon | Admissible only as an Admission by: TransOcean |
| TREX-026003 | Email chain ending with email from Dan Farr to Guy Cantwell, Arnaud Bobillier, Pharr Smith, Paul Tranter, Steven Newman re: KG1 in Forbes | Admissible only as an Admission by: TransOcean |
| TREX-026004 | Email chain ending with email from Eddy Redd to Larry McMahan, Paul Tranter re: request for proposal on ability to shear 14" casing using casing shear rams on the DDII/III | Hearsay within Hearsay (FRE 802); Relevance (Not Relevant to Phase I) |
| TREX-026005 | Email chain ending with email from Steve Hand to Mark Monroe re: REVIEW: Pre-read pack and Final Slide deck | Hearsay within Hearsay (FRE 802) |
| TREX-026006 | Email from Marc Cleaver to David Mullen re: reducing unplanned operational events | |
| TREX-026007 | Email from Jimmy Moore to Chris Knight re: Using the Management System | Admissible only as an Admission by: TransOcean |
| TREX-026008 | Email from Daun Winslow to Kenneth Brown, Grant Howard, John Keeton, Ken Reed re: Subsea Maintenance | Admissible only as an Admission by: TransOcean |
| TREX-026009.a | Letter from A.M. Polhamus to Geoff Clark, Driller re: Jim Cunningham Blowout Incident | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026009.b | Letter from A.M. Polhamus to Glen Prater, Night Tool Pusher re: Jim Cunningham Blowout Incident | Admissible only as an Admission by: TransOcean |
| TREX-026009.c | Letter from A.M. Polhamus to Bill Henderson, OIM re: Jim Cunningham Blowout Incident | Admissible only as an Admission by: TransOcean |
| TREX-026009.d | Letter from A.M. Polhamus to Barry Myers, Senior Tool Pusher, re: Jim Cunningham Blowout Incident | Admissible only as an Admission by: TransOcean |
| TREX-026010 | Email from Bill Sannan to Chris Ness with multiple cc's re First of Two Safety Stand-Ups, attaching Development Driller I Safety Standup 7-1-08 | |
| TREX-026011 | Email chain ending with email from Steve Hand to Mandar Pathak, Barry Braniff, Larry McMahan re: Marianas, Kodiak sidetrack | Admissible only as an Admission by: TransOcean |
| TREX-026012 | Email from Pharr Smith to Momen Wishahy, Rod Allan, Bill Ambrose, and various others re E&TS HSE Meeting Minutes - February 2008, attaching Safety Meeting Minutes, E&TS Monthly HSE Meeting Slides | |
| TREX-026013 | Emails to/from Larry McMahan and David Buck re: ART Prerequisites | Admissible only as an Admission by: TransOcean |
| TREX-026014 | Letter from A.M. Polhamus to Geoff Clark, Driller re: Jim Cunningham Blowout Incident | Admissible only as an Admission by: TransOcean |
| TREX-026015.a | Email from Daun Winslow to Ian Little, Jake Skelton, John Keeton re Plan Forward, attaching 2009 DWH downtime and planning summary | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026015.b | 2009 Deepwater Horizon downtime and planning summary | Admissible only as an Admission by: TransOcean |
| TREX-026016 | Email from Steven Newman to Larry McMahan re: Feeling Discouraged? DON'T BE! | Admissible only as an Admission by: TransOcean |
| TREX-026017 | Email from Bill Sannan to Rob Saltiel, Paul King, Mac Polhamus re: Safety Vision Presentations | Admissible only as an Admission by: TransOcean |
| TREX-026018 | Email from Walter Cabucio to Arnaud Bobillier, Jimmy Moore, with various cc's re: How to keep the learnings of previous alerts? | Admissible only as an Admission by: TransOcean |
| TREX-026019 | Follow up comments from DWH Marine Assurance Audits | |
| TREX-026020 | Email from Buddy Trahan to Kevin Weiss, James Kent, Jason Brown, Jason Callahan, Leon Tracey, Scott Smith re Operations Managers Asset Meeting - Houston - 29 January to 2 February 2010 - Miscel Files - 1 of 1, attaching slides from OMA Jan. 2010 meeting | |
| TREX-026021 | Day-Timer for Larry McMahan (Jan - June 2010) | |
| TREX-026022 | Day-Timer for Larry McMahan (July - Dec. 2010) | |
| TREX-026023 | Emails to/from Arnaud Bobillier and Martin Vos regarding Arctic 1 HSE status | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026024 | Email from Stuart Aspden to Arnaud Bobillier re BP texas city refinery incident speech, attaching John Mogford's Texas City Refinery Lessons Learned speech | Excluded by MiL; Prior Adverse Proceedings Unrelated to Macondo; Hearsay within Hearsay (FRE 802); Prejudicial (FRE 403); Relevance generally (FRE 401 & 402) |
| TREX-026025 | Email from Barry Braniff to Larry McMahan re: Draft DWE lessons learned report, attaching DWE WCE Lessons learned rev 1 draft.doc | |
| TREX-026025.b | Email from David Foster to Barry Braniff, attachments: DWE WCE from Dave.doc | |
| TREX-026025.c | Email from Barry Braniff to David Foster, Subject: DWE WCE, Attachments: DWE WCE.doc | |
| TREX-026026.a | Email from Simon Watson to Arnaud Bobillier, Paul Tranter, Deepak Munganahalli re: Reliance Presentation Slides | |
| TREX-026026.b | Email from Simon Watson to Arnaud Bobillier, Paul Tranter, Deepak Munganahalli, Subject: Updated Slides for RIL | |

| 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS | | |
|---|---|---|
| Trial Exhibit Number | Description | Objection |
| TREX-026027.a | Email from David Watt to Mark Bessell (cc: Diane Vento, Sherry Richard, Mitchell Cole, Ian Clark, Dennis Edge) re: Safety Bonus Projections for the Aug TOPs Book and including Transocean Overall Performance presentation slides prepared for Aug. 2009 Board of Directors Meeting | |
| TREX-026027.b | Transocean Overall Performance | |
| TREX-026028 | Email from Gene Nelms to James Bjornestad, Gary Leach, Lawrence Holman, Steve Hand, Barry Braniff, Rob Turlak, Lawrence Wright, Brad Rodger re: Accumulator Closing Test | |
| TREX-026029 | Email from Bill Ellis to Ed Moro, Arnaud Bobillier re: notification of operational abnormality report S714 | Admissible only as an Admission by: TransOcean |
| TREX-026030 | Email from Scott McKaig to Ramsey Richards; Jess Richards; Julian Soles RE: Hand and Finger Injuries | Admissible only as an Admission by: TransOcean |
| TREX-026031 | Email from Mike Wright to Steven Holt, John Keeton, Keith Mesker, Park Graham, Mike Shaw, Randy Sivils, Tim Williams forwarding Corporate QHSE Incident Review for June 11, 2010 | Admissible only as an Admission by: TransOcean |
| TREX-026032 | Email from Larry McMahan to Reyna Allen re: preliminary thoughts and supplementay info | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026033 | Email from Larry McMahan to Bill Sannan, John MacDonald re: Need some information on DWH | Admissible only as an Admission by: TransOcean |
| TREX-026034 | Email from Larry McMahan to Adrian Rose, Sherry Richard, Rob Saltiel re: Safety and Performance | Admissible only as an Admission by: TransOcean |
| TREX-026035.a | Email from Larry McMahan to Randy Atwood, Subject: RE: FIRST NEWS BULLETIN: A Message from Bob Long and Steve Newman | Admissible only as an Admission by: TransOcean |
| TREX-026035.b | Email from Nick Jackson to Adrian Rose, Subject: Re: FINAL DRAFT: FIRST TO KNOW: Transocean Launches Major Evaluation of Safety Processes and Culture | Admissible only as an Admission by: TransOcean |
| TREX-026035.c | Email from Adrian Rose to Bob Long and Steven Newman, Subject: DRAFT Lloyd's announcement, Attachments: 10-19-09 FTK Lloyd's announcement (CW) CLEAN.doc | Admissible only as an Admission by: TransOcean |
| TREX-026035.d | Email from Sherry Richard to Eric Brown, Adrian Rose, Courtney Wilcox, Guy Cantwell, Subject: FW: LATEST VERSION Lloyd's register, Attachments: 10-19-09 FTK Lloyd's acouncement (CW) CLEAN.doc | Admissible only as an Admission by: TransOcean |
| TREX-026035.e | Email from Courtney Wilcox to Adrian Rose, Sherry Richard, Guy Cantwell, Gregory Panagos, Subject: RE: DRAFT Lloyd's announcement | Admissible only as an Admission by: TransOcean |
| TREX-026035.f | Email from Courtney Wilcox to Adrian Rose, Sherry Richard, Guy Cantwell, Eric Brown; Gregory Panagos, Subject: RE: DRAFT Lloyd's announcement | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026036 | Lloyd's Register Safety Management Systems and Safety Culture/Climate Reviews slidepack | Admissible only as an Admission by: TransOcean |
| TREX-026039 | Indictment charging David Rainey in the USDC, E.D. of Louisiana, dated November 14, 2012 | Prejudicial (FRE 403); Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-026040 | Consent of Defendant BP P.L.C. in SEC v. BP p.l.c. in the USDC, E.D. of Louisiana, filed November 15, 2012 | Prejudicial (FRE 403); Relevance generally (FRE 401 & 402) |
| TREX-026041 | Email from Mike Wright to Bill Sannan and others. Subject: FW: RFI: BOP INTERVENTION (ALT OPTIONS - ADDITIONAL BOP STACK) | Admissible only as an Admission by: TransOcean; Relevance (Not Relevant to Phase I); Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-026042 | Email from Mac Polhamus to Daun Winsow; Alberto Garcia; Marco Tulio; Dan Reudelhuber; Scott McGrath; Eric Hall; David Matlock; Mike Wright. Subject: High Level BP Presentation | Admissible only as an Admission by: TransOcean |
| TREX-026043 | Email from Adrian Rose to Lary McMahan and Rob Saltiel. Subject: RE: Contract award for major review of safety performance, and safety culture assessments. | Admissible only as an Admission by: TransOcean |
| TREX-026044 | Email from Barry Braniff to Randy Atwood. Subject: DRAFT DWE lessons learned report | Admissible only as an Admission by: TransOcean |
| TREX-026045 | Email from Pharr Smith to Bob Long; CC:Arnaud Bobillier. Subject: Rebuilding a Safety Culture at Transocean. | Admissible only as an Admission by: TransOcean |
| TREX-026046 | Halliburton Minimum Design Criteria | Admissible only as an Admission by: Halliburton |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026047 | Email from Ross Armbruster to Bo Evans; Glen McMahon; Toney McDonald; Houston Hartzog; Steve McCain; Mickey Smith; Tony Tupper - Subject: FW: Data Files from BP's Top Kill. | Admissible only as an Admission by: Halliburton; Relevance (Not Relevant to Phase I) |
| TREX-026048 | Letter from U.S. Department of Justice to General Counsel of BP, T.O., and halliburton, Re: Preservation of Potentially relevant Information. | Relevance (Not Relevant to Phase I); Hearsay (FRE 802) |
| TREX-026049 | Email from Doug Halkett to John Wilson and others, Subject: RE: PROBABILITY OF FIRE & EXPLOSION IN MOONPOOL / RIG FLOOR | Admissible only as an Admission by: TransOcean |
| TREX-026050 | Major Accident Hazard Risk Assessment - Deepwater Horizon | Admissible only as an Admission by: TransOcean |
| TREX-026051 | Email from Larry McMahan to Reyna Allen, Subject: FW: Preliminary thoughts and supplementary info | Admissible only as an Admission by: TransOcean |
| TREX-026052 | Email from Corporate Communications, Subject: FIRST NEWS BULLETIN: a Message from Bob Long and Steven Newman | Admissible only as an Admission by: TransOcean |
| TREX-026053 | Email from James Kent to Buddy Trahan, Subjct: RE: diverter | Admissible only as an Admission by: TransOcean |
| TREX-026054 | Email from Kent james to Stringfellow and Babineaux, Subject: RE: TOI Deepwater Horizon N-Line inspection | Admissible only as an Admission by: TransOcean |
| TREX-026055 | Transocean Request for Exemption (inhibiting automatic alarms) | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-026056 | Hyundai Heavy Industries - Failure Modes and Effects Analysis of "Deepwater Horizon" | Admissible only as an Admission by: TransOcean |
| TREX-026057 | Email from Larry McMahan to Adrian Rose, Sherry Richard, Rob Saltiel, Subject: | Admissible only as an Admission by: TransOcean |
| TREX-026058 | Email from Derek Munganahalli to Steven Newman, Chris Ness, Adrian Rose, and Bill Wainwright, Subject: IME Final Report.ppt | Admissible only as an Admission by: TransOcean |
| TREX-026060 | Email from Jesse Gagliano to Mark Hafle, Attachments: Liner Graphs | Admissible only as an Admission by: Halliburton |
| TREX-026061 | Halliburton Lab Results - Tail | Admissible only as an Admission by: Halliburton |
| TREX-026062 | Kodiak #2 11 7/8" Liner Design Report | Admissible only as an Admission by: Halliburton |
| TREX-026063 | Kodiak #2 Cementing Procedure, Version: 1 | Admissible only as an Admission by: Halliburton |
| TREX-026064 | John Guide interview Notes | Hearsay within Hearsay (FRE 802) |
| TREX-037000 | Drilling Training Alliance - Drilling Engineering & Well Planning - Volumes 1 & 2 | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-037001 | Drilling Training Alliance - Drilling Engineering & Well Planning - Volumes 1 & 2 | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-037002 | Email from Lirette re: Isabela drilling EOW | Relevance generally (FRE 401 & 402) |
| TREX-037003 | Email from Christopher to Walz and others re: agenda for February 2009 Drilling Excellence Network teleconference | Hearsay within Hearsay (FRE 802) |
| TREX-037004 | Hafle Notebook on Macondo 2009 | Hearsay within Hearsay (FRE 802); Relevance generally (FRE 401 & 402) |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-037005 | Email from Christopher to Walz and others re: minutes for April 6, 2009, Drilling Excellence Network teleconference | Hearsay within Hearsay (FRE 802) |
| TREX-037006 | Morel Notebook extracts 6/3/2009 to 4/13/2010 | Hearsay within Hearsay (FRE 802); Relevance generally (FRE 401 & 402) |
| TREX-037007 | Email from Sims to Morel, Hafle, forwarding Kellingray paper re: displacement modeling | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-037008 | Email from Morel to Hafle re: Mold on Stops | Relevance generally (FRE 401 & 402) |
| TREX-037009 | Email from Hafle to Gagliano re: Macondo Production Casing Cement program | |
| TREX-037010 | Email from Morel to Sims re: Performance Details | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-037011 | Macondo BoD prepared for Mark Hafle, version 2 | |
| TREX-037012 | Email chain among Fleece, Clawson, Crane and Hafle re order for 9-7/8" centralizer subs | Admissible only as an Admission by: Weatherford; Hearsay within Hearsay (FRE 802) |
| TREX-037013 | Email from Christopher to Drilling Excellence Network re: minutes for November 16, 2009, Drilling Excellence Network teleconference | Hearsay within Hearsay (FRE 802); Relevance generally (FRE 401 & 402) |
| TREX-037014 | Email from Christopher to Drilling Excellence Network and others re: Important Update Three Cementing SRPs Authorized for Issue | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-037015 | Email from Christopher to Sigurdson re: Cementing Placement - Achieving Effective Zonal Isolation | Hearsay (FRE 802) |
| TREX-037016 | Email from Cunningham to Kellingray re: Request for Assistance - D&C 10 Year Plan - Sr. Drlg Eng Q&A's | Hearsay within Hearsay (FRE 802); Hearsay (FRE 802) |
| TREX-037017 | Competency Assessment Master.xls | |
| TREX-037018 | Email from Morel to Sims re: Competency Assessment | Relevance (Not Relevant to Phase II) |
| TREX-037019 | Email from Christopher to Drilling Excellence Network and others re: February 8, 2010 Telecon Minutes Final Draft | Relevance generally (FRE 401 & 402) |
| TREX-037020 | Email from Gagliano to Morel and Hafle re: Cement | Relevance generally (FRE 401 & 402) |
| TREX-037021 | Email chain among Hafle, Morel and Gagliano re Macondo Graphs | Hearsay (FRE 802) |
| TREX-037022 | Hafle scanned papers and notes | Relevance generally (FRE 401 & 402) |
| TREX-037023 | Email from Rivera to Walz re: D&C Global Career Development | Relevance (Not Relevant to Phase II) |
| TREX-037024 | Hafle scanned notes | Relevance (Not Relevant to Phase II) |
| TREX-037025 | Power Point: Stop Collar Update: 4/15/2010 | Relevance (Not Relevant to Phase II) |
| TREX-037026 | Flight Sheet and Flight Log; Flight Manifest | Relevance (Not Relevant to Phase II) |
| TREX-037027 | Pere Notes of 5/1/2010 Walz interview | Hearsay within Hearsay (FRE 802) |
| TREX-037028 | Email from Osborne to Sprague re: MC 822 #10 | Hearsay within Hearsay (FRE 802); Relevance generally (FRE 401 & 402) |
| TREX-037029 | Email from Lirette to McKay re: Isabella cement job, attaching post-job report | Hearsay within Hearsay (FRE 802) |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-037030 | Email from Osborne to Corser re: Data on slip on centralizers | Relevance (Not Relevant to Phase II) |
| TREX-037031 | Robinson investigation notebook | Hearsay within Hearsay (FRE 802) |
| TREX-037032 | Corser investigation notebook 7/19/2010 | Hearsay within Hearsay (FRE 802) |
| TREX-037033 | Email from Ward forwarding Competency assessment against the eXcellence program | Hearsay within Hearsay (FRE 802); Relevance generally (FRE 401 & 402) |
| TREX-037034 | Email from Gregory Walz to Charles Taylor re: Cementing Info from the Drlg Excellence Network Site | |
| TREX-037035 | Viking System screen shots Request 61222, with test results | |
| TREX-037036 | Viking System screen shots Request 61222, with test results | |
| TREX-037037 | Viking System emails related to Request 73909 | |
| TREX-037038 | Viking System screen shots related to Request 73909 | |
| TREX-037039 | Viking System screen shots related to Request 73909/1 with test results | |
| TREX-037040 | Viking System screen shots related to Request 73909/2 with test results | |
| TREX-037041 | Viking System screen shots and files related to Request 73909 | |
| TREX-037042 | Viking System screen shots and files related to Request 65112 | |
| TREX-052639 | Cameron Field Service Order | |
| TREX-052640 | Cameron Field Service Order | |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-052641 | RMS II Equipment History, 05/01/2009 through 05/01/2010 | |
| TREX-052642 | 90-Day Communications Memo | Admissible only as an Admission by: TransOcean |
| TREX-052643 | Internal Investigation Interview Notes | Admissible only as an Admission by: TransOcean |
| TREX-052644 | Deepwater Horizon BOP Subsea Test Record | Admissible only as an Admission by: TransOcean |
| TREX-052645 | Photo of AMF in active position | Hearsay (FRE 802) |
| TREX-052646 | "Transocean Launches Evaluation Safety and Processes and Culture," First to Know Pre-amble | Admissible only as an Admission by: TransOcean |
| TREX-052647 | Operating history of DWH | Admissible only as an Admission by: TransOcean |
| TREX-052648 | Jason Anderson Performance Appraisal & Development Plan | Admissible only as an Admission by: TransOcean |
| TREX-052649 | Jason Anderson Performance Appraisal & Development Plan | Admissible only as an Admission by: TransOcean |
| TREX-052650 | Email from DWH OIM re Think and Start | Admissible only as an Admission by: TransOcean |
| TREX-052651 | Email from Bill Sannan re Safety Stand-Up | Admissible only as an Admission by: TransOcean |
| TREX-052652 | Fundamental Well Control Course - Content and Objectives | Admissible only as an Admission by: TransOcean |
| TREX-052653 | Email from Paul Johnson and attachments re First Excellence nomination | Admissible only as an Admission by: TransOcean; Relevance generally (FRE 401 & 402) |
| TREX-052654 | Drilling Practices Course Material | Admissible only as an Admission by: TransOcean |
| TREX-052655 | Worldwide Training Matrix | Admissible only as an Admission by: TransOcean |
| TREX-052656 | Email from Patrick O'Bryan re D&C ELT Feedback | Admissible only as an Admission by: TransOcean |
| TREX-052658 | Summary: Training of Supervisory Well Control and Bridge Crew Members Aboard the DWH on April 20, 2010 | 2/1/2013 Court Order |
| TREX-052660 | Summary: Compliance with Transocean's WellCAP IADC Course Requirement by DWH Crew | 2/1/2013 Court Order |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-052661 | Summary: Well Control and Marine Safety Drills Conducted on the DWH January 31, 2010 to April 18, 2010 | 2/1/2013 Court Order |
| TREX-052662 | Summary: Significant Deepwater Horizon BOP Maintenance, 2005-2010 | 2/1/2013 Court Order |
| TREX-052664 | Summary: Deepwater Horizon BOP Function and Pressure Testing at Macondo | Hearsay within Hearsay (FRE 802); 2/1/2013 Court Order |
| TREX-052665 | Summary: Deepwater Horizon Well Control Preventive Maintenance Tasks, April 19, 2009 to April 19, 2010 | Hearsay within Hearsay (FRE 802); 2/1/2013 Court Order |
| TREX-052672 | Information for Seaman's Manslaughter, Clean Water Act, Migratory Bird Treaty Act and Obstruction of Congress [Doc. 1], United States v. BP Exploration and Production Inc., 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012) | Prejudicial (FRE 403); Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-052673 | Guilty Plea Agreement [Doc. 2-1], United States v. BP Exploration and Production Inc., 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012) | Prejudicial (FRE 403); Relevance generally (FRE 401 & 402) |
| TREX-052674 | Superseding Indictment for Involuntary Manslaughter, Seaman's Manslaughter and Clean Water Act [Doc. 7], United States v. Robert Kaluza and Donald Vidrine, 2:12-cr-00265 (E.D. La. Nov. 14, 2012)). | Prejudicial (FRE 403); Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |

| 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS | | |
|---|---|---|
| Trial Exhibit Number | Description | Objection |
| TREX-052675 | Information for Clean Water Act Violation [Doc. 1], United States v. Transocean Deepwater Inc., 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013) | |
| TREX-052676 | Cooperation Guilty Plea Agreement [Docs. 3-1, 3-2, 3-3, 3-4, 3-5], United States v. Transocean Deepwater Inc., 2:13-cr-00001-JTM-SS (E.D. La. Jan. 3, 2013) | |
| TREX-052677 | Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. [Doc. 8157-1], MDL 2179 (E.D. La. Jan. 3, 2013) | |
| TREX-063181 | Email - From: Kelly McAughan To: Galina Skripnikova and others - Subject: FW: ACTION REQUIRED: MC252 Subsurface Technical Memo, with attachment | Excluded by MiL; Order re Email Strings; Hearsay within Hearsay (FRE 802); Prejudicial (FRE 403); Hearsay (FRE 802) |
| TREX-063182 | Document: Vastar Resources Inc., Deepwater Horizon Rig Files, 6.0 BOP Equipment, Vol. 3 | |
| TREX-063183 | Email - From: Robert Merrill To: Trevor Newley - Subject: FW: Depleted Sand Drilling: Angola | Excluded by MiL; Order re Email Strings; Prejudicial (FRE 403); Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-063184 | Powerpoint: Transocean Offshore Deepwater Drilling Inc. Deepwater Horizon Maintenance Overview, draft | Admissible only as an Admission by: TransOcean; Hearsay within Hearsay (FRE 802) |
| TREX-063185 | Document: Comments on "MACONDO 252: Origins of the Disaster" by David Garrett, Stress Engineering Services, Inc. | Admissible only as an Admission by: TransOcean; Excluded by MiL; Other Government Reports; Prejudicial (FRE 403) |
| TREX-063186 | Email - From: Dan Farr To: Perrin Roller and others - Subject: FW: Received this perspective from a French Association regarding possible cause for Macondo blow-out, with attachment | Admissible only as an Admission by: TransOcean; Excluded by MiL; Other Government Reports |
| TREX-063187 | Email - From: Pallavi Agarwal To: Barry Braniff and others - Subject: RE: Well control event on the DWE, with attachment | Admissible only as an Admission by: TransOcean |
| TREX-063188 | Email - From Barry Braniff To: Larry McMahan - Subject: FW: DRAFT DWE lessons learned report, with attachment | Admissible only as an Admission by: TransOcean |
| TREX-063189 | Email - From David Foster To: Barry Braniff - Subject: [no subject], with attachment | Admissible only as an Admission by: TransOcean |
| TREX-063190 | Email - From Barry Braniff To: Dave Cameron and others - Subject: DWE - WCE summary & key lessons for ops before & after actual event, with attachment | Admissible only as an Admission by: TransOcean |
| TREX-063191 | Email - From: Larry McMahan To: Adrian Rose and others - Subject: Safety and Performance, with attachments | Admissible only as an Admission by: TransOcean |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-063192 | Email - From: Larry McMahan To: Randy Atwood - Subject: RE: FIRST NEWS BULLETIN: A Message from Bob Long and Steven Newman | Admissible only as an Admission by: TransOcean |
| TREX-063193 | Email - From: Arnaud Bobillier To: Martin.Vos@shell.com - Subject: RE: Arctic 1 HSE status | Admissible only as an Admission by: TransOcean |
| TREX-063194 | Email - From: Robert Merrill To: Kate Baker and others - Subject: Depletion Review with James Dupree, with attachment | Excluded by MiL; Order re Email Strings; Hearsay (FRE 802) |
| TREX-063195 | Email - From: Steve Hand To: Larry McMahan - Subject: FW: Actions from MD Teleconference: Item 3 - 711 Kick response and subsequent NRS Actions, with attachments | Admissible only as an Admission by: TransOcean |
| TREX-063196 | Email - From: Mike Wright To: Steven Holt - Subject: FW: Corporate QHSE Incident Review - June 11, 2010, with attachments | Admissible only as an Admission by: TransOcean; Excluded by MiL; Hearsay (FRE 802) |
| TREX-063197 | Document: Day-Timers of Larry McMahan | Admissible only as an Admission by: TransOcean |
| TREX-063198 | Email - From: Daun Winslow To: Kenneth Brown and others - Subject: FW: Subsea Maintenance | Admissible only as an Admission by: TransOcean |
| TREX-063199 | Email - From: Eric Hall To: Danny Humphrey and others - Subject: RE: MMS Documentation Request | Admissible only as an Admission by: TransOcean |
| TREX-063200 | Email - From: Preeti Paikattu To: Brian Morel - Subject: RE: Actual vs model - 9-7/8 in liner run, with attachment | Admissible only as an Admission by: Halliburton |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-063201 | Document: Viking Screenshot, April 19 "Finished in Lab" Email Related to Request 73909 | Admissible only as an Admission by: Halliburton |
| TREX-063202 | Document: BP Operation Changes - Nov 2008 BP Ops Academy Executive Session | Prejudicial (FRE 403); Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-063203 | Document: Well Performance Modeling of the Macondo Well - April/May/June 2010 | Prejudicial (FRE 403); Relevance (Not Relevant to Phase I); Hearsay (FRE 802) |
| TREX-063204 | Manual: API Recommended Practice for Diverter Systems Equipment and Operations RP 64, Second Edition, November 2001 | |
| TREX-063205 | Email - From: Linda Rozett To: Communications Committee, Subject: Briefing Papers, with attachments; API Standard Programs and Procedures Briefing Paper - 6.10.10 | Hearsay within Hearsay (FRE 802); Prejudicial (FRE 403); Hearsay (FRE 802) |
| TREX-063206 | Document: Hydril 513 Integral Casing Connection: Performance table from Hydril 513 brochure | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-063207 | Email - From: Rolf Meier To: Alberto Woll and others, Subject: FW: Horizon mud gas separator design, with attachment: Vastar Resources, Inc., DWH, Technical Position Paper, Issue: Mud Gas Separator Design | Admissible only as an Admission by: TransOcean |
| TREX-075593 | Email from Dale Pumphrey Subject: FW: DW Horizon IMT Ops Updated #300 with attached ROV Ops Notes | Relevance (Not Relevant to Phase I); Hearsay (FRE 802) |

## 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS

| Trial Exhibit Number | Description | Objection |
|---|---|---|
| TREX-075594 | Tuscaloosa Blowout Contingency Plan | Relevance (Not Relevant to Phase I); Relevance generally (FRE 401 & 402) |
| TREX-075595 | Timeline regarding Specific Events concerning the BOP, April 2010 through August 2010, Produced Natively," 69 pages | Relevance (Not Relevant to Phase I); Hearsay (FRE 802) |
| TREX-075596 | BP Deep Gas Blowout Contingency Plan | Relevance (Not Relevant to Phase I); Hearsay (FRE 802) |
| TREX-075597 | Email from Michael Seward Subject: ADW Well Control Contingency Issues/Pt 3 of 6 with attachment Pt 3 of _2008 AWCCP MAIN Pt A.zip | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-075598 | Well Control Contingency Plan | Relevance generally (FRE 401 & 402); Hearsay (FRE 802) |
| TREX-075599 | Advanced Blowout & Well Control by Robert D. Grace/with only publishing information and page 34 only | |
| TREX-089052 | Guilty Plea Agreement [Doc 2-1], United States v. BP Exploration and Production Inc., 2:12-cr-00292-SSV-DEK (E.D. La Nov. 15, 2012) | Prejudicial (FRE 403); Relevance (Not Relevant to Phase I) |
| TREX-089053 | Guilty Plea Agreement [Doc 3-1], United States v. Transocean Deepwater Inc., 2:13-cr-00001-JTM-SS (E.D. La Jan. 3, 2013) | |
| TREX-089054 | "Negative Test While Displacing" Procedure | Admissible only as an Admission by: TransOcean; Hearsay (FRE 802) |

| 2/8/2013 BP OBJECTIONS TO ADDITIONS TO PHASE ONE TRIAL EXHIBIT LISTS | | |
|---|---|---|
| Trial Exhibit Number | Description | Objection |
| TREX-089055 | Bureau of Ocean Energy Management , Regulation and Enforcement Report Regarding the Causes of the April 20, 2010 Macondo Well Blowout, Appendix G: Negative Test Protocols | Excluded by MiL; Other Government Reports; Hearsay within Hearsay (FRE 802); Prejudicial (FRE 403); Hearsay (FRE 802) |
| TREX-175000 | E-mail from Cheryl Stahl to Stephen Shaw and others re 4464 MC252 Well Integrity Test HAZID Worksheet 10Jul10 w/attachments | Relevance (Not Relevant to Phase I); Hearsay (FRE 802) |