English    Customer Service    USPS Mobile                                                                Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools                Ship a Package       Send Mail        Manage Your Mail       Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000257998792 | | Delivered | October 01, 2012, 10:02 am | BATON ROUGE, LA 70821 | |

**BP Products North America, Inc.**

**Check on Another Item**

What's your label (or receipt) number?

Find

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.



September 28, 2012

**_Via Certified Mail –Return Receipt Requested_**
**_7011 0470 0002 5799 8792_**
BP Products North America, Inc.
Through its agent of service of process
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

      Re:    In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
             On April 20, 2010
             USDC, Civil Action No. 2:12-cv-01713 "J" (1)

Dear Madame/Sir:

      Enclosed herewith please find a Complaint and Summons in a Civil Action, which is hereby served on BP Products North America, Inc. Response to the Complaint and Request for Jury Trial will be expected within the time delays allowed by the Court.

      If you have any questions, please feel free to contact us 504-525-5535.

                                              Sincerely,

                                              Terri B. Lewis, Asst. to:
                                              Michelle C. Purchner, MBA, JD

/tbl
Enclosures