| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000257998778 | | Delivered | October 01, 2012, 10:45 am | BATON ROUGE, LA 70898 | Certified Mail™ |
| | | Arrival at Unit | October 01, 2012, 10:11 am | BATON ROUGE, LA 70808 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.



September 28, 2012

**<u>Via Certified Mail –Return Receipt Requested</u>**
**<u>7011 0470 0002 5799 8778</u>**
Cameron International Corporation
Through its agent of service of process
C. T. Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

      Re:    In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
              On April 20, 2010
              USDC, Civil Action No. 2:12-cv-01713 "J" (1)

Dear Madame/Sir:

      Enclosed herewith please find a Complaint and Summons in a Civil Action, which is hereby served on Cameron International Corporation. Response to the Complaint and Request for Jury Trial will be expected within the time delays allowed by the Court.

      If you have any questions, please feel free to contact us 504-525-5535.

                                  Sincerely,

                                  Terri B. Lewis, Asst. to:
                                  Michelle C. Purchner, MBA, JD

/tbl
Enclosures