AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| ALBERT ANDY, RYAN CHAISSON AND DUSTIN KING<br>*Plaintiff*<br>v.<br>BP PRODUCTS NORTH AMERICA INC., ET AL<br>*Defendant* | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>MDL 2179<br>Civil Action No. 2:12-cv-01713 "J"(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HALLIBURTON ENERGY SERVICES, INC.
through it's registered agent of process:
C. T. Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan B. Andry, Esq.
Michelle C. Purchner, Esq.
The Andry Law Group
610 Baronne Street
New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 27 2012

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-01713 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Halliburton Energy Services, Inc., who is designated by law to accept service of process on behalf of *(name of organization)* Halliburton Energy Services, Inc. on *(date)* 10/1/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/11/2013

Server's signature

Jonathan B. Andry, Esq.
Printed name and title

610 Baronne St., New Orleans, La 70113
Server's address

Additional information regarding attempted service, etc: