English    Customer Service    USPS Mobile                                              Register / Sign In



Search USPS.com or Track Packages

Quick Tools            Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000257998747 | | Delivered | October 01, 2012, 10:45 am | BATON ROUGE, LA 70898 | Certified Mail™ |
| | | Arrival at Unit | October 01, 2012, 10:11 am | BATON ROUGE, LA 70808 | |

*BP America Production Co.* (handwritten)

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2013 USPS. All Rights Reserved.



September 28, 2012

**<u>Via Certified Mail –Return Receipt Requested</u>**
**<u>7011 0470 0002 5799 8747</u>**
BP America Production Company
Through its agent of service of process
C. T. Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

      Re:    In RE:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
               On April 20, 2010
               USDC, Civil Action No. 2:12-cv-01713 "J" (1)

Dear Madame/Sir:

      Enclosed herewith please find a Complaint and Summons in a Civil Action, which is hereby served on BP America Production Company. Response to the Complaint and Request for Jury Trial will be expected within the time delays allowed by the Court.

      If you have any questions, please feel free to contact us 504-525-5535.

                                     Sincerely,

                                     Terri B. Lewis, Asst. to:
                                     Michelle C. Purchner, MBA, JD

/tbl
Enclosures