UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Case No.  MDL No. 2179 Civil Action No.  2:10-MD-02179 SECTION: "J" |
| This Document Relates to: All Cases | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Client Last | Client First | Client Address | City | ST | Zip | Client Phone |
|---|---|---|---|---|---|---|
| ABSHIRE | CODY | 20308 28th St, Lot 3 | Long Beach | MS | 39560 | 228-224-9957 |
| ADAMS | CHARLES V. | 2020 Ladnier Rd, # 13H | Gautier | MS | 39553 | 251-367-7041 |
| ADAMS | KARTONIO | 1102 S 11th St | Gadsden | AL | 35901 | 256-553-0165 |
| ALBRITTON | LAUREN | 203 Parker St | Quitman | MS | 39355 | 601-917-8848 |
| ALEXANDER | COREY | 163 Taylors Cutoff | Kakome | MS | 39463 | 601-674-6491 |
| ALEXANDER | JERMAINE | 546 E Pass Rd, # 25D | Gulfport | MS | 39507 | 608-567-1621 |
| ALI | ABDIRAHMAI | 3900 S. I-10 Svc Rd W | Metairie | LA | 70001 | 504-957-8169 |
| ALLEN | CAROLYN | PO Box 1326 | Mobile | AL | 36601 | 251-518-8842 |
| ALVES | STEPHEN | 357 Columbia St | Fall River | MA | 2721 | 508-689-8041 |
| ANDERSON | GARY | 3528 Kimberly Dr | Pascagoula | MS | 39563 | 228-217-5400 |
| ANTOINE | BERTRAND | 1309 Father Ryan, # 3 | Biloxi | MS | 39530 | 228-233-0510 |
| ARRINGTON | BREON | 1398 Project Rd | Wiggins | MS | 39577 | 601-528-3587 |

| Client Last | Client First | Client Address | City | ST | Zip | Client Phone |
|---|---|---|---|---|---|---|
| ARROYO | VICTOR | 3314 Ronnie Ave | Pascagoula | MS | 39581 | 228-627-3293 |
| ASHFORD | DIVETA | 3636 Azalea St | Moss Point | MS | 39563 | 228-285-0535 |
| AUSTIN | SHARON | 16303 Peapatch Rd | Biloxi | MS | 39532 | 228-261-6893 |
| BAHAR | AYMAN | PO Box 1862 | Harvey | LA | 70059 | 386-589-9356 |
| BAKER | CREON | 2253 Flippin Cir | Huntsville | AL | 35810 | 601-402-4970 |
| BALL | JAMES | 102 Carpenter St | Hattiesburg | MS | 39401 | 318-301-9300 |
| BANKSTON | HOSEA | 3112 8th Ave, Apt N | Gulfport | MS | 39501 | 228-239-1697 |
| BARGANIER | OLIVER | 4803 Old Mobile Hwy | Pascagoula | MS | 39581 | 228-769-1011 |
| BARNETT | JASON | 302 Pine Grove Rd | Heidelberg | MS | 39439 | 601-470-9088 |
| BATES | ROSIE | 3318 39Tth Ave | Gulfport | MS | 39501 | 228-236-6768 |
| BAXTER | KENNETH | 2412 Avenido Del Pinar | Gautier | MS | 39553 | 228-632-5085 |
| BECKHAM | MELVIN | 1250 Druid Dr | Mobile | AL | 36618 | 251-243-8181 |
| BELL | SHEREENA | 2436 Beach Blvd, Apt Q-12 | Biloxi | MS | 39531 | 228-239-8059 |
| BIGGS | LORENZO | 5500 Arrowhead Dr | Pascagoula | MS | 39581 | 228-281-0834 |
| BILLIOT, SR | SHANE | 182 Jerica St | Galliano | LA | 70354 | 985-278-9723 |
| BLACK | CHIQUITA | 3624 Jody Nelson Dr, Apt C-2 | Gulfport | MS | 39507 | 228-313-6672 |
| BLACK | STEFAN | 111 Black Ln | Belle Chase | LA | 70037 | 504-613-5275 |
| BLACKMON | JAMES | 245 Palmetto Ln | Gulfport | MS | 39507 | 228-313-2377 |
| BLACKWELL | CHARLES | 48485 Sibley Rd | Tickfaw | LA | 70466 | 985-474-4188 |
| BLAKLEY | JESSICA | 3103 8th Ave, # 1406 | Gulfport | MS | 39501 | 601-410-1549 |

| Client Last | Client First | Client Address | City | ST | Zip | Client Phone |
|---|---|---|---|---|---|---|
| BLANKS | THOMAS | 607 Sherd St | Picayune | MS | 39461 | 601-798-2492 |
| BLASH | ANTEIN | 447 Helveston Rd, Apt 103 | Hattiesburg | MS | 39401 | 601-264-6803 |
| BLAYLOCK | KARMEN | 12400 Depuw Rd, Apt I-117 | Gulfport | MS | 39503 | 228-206-2524, 228-731-4803 |
| BOUNDS | NELLIE | 664 Tegarden Rd, Apt E | Gulfport | MS | 39057 | 228-896-6919 |
| BOYKIN | KAREN | 59 Cane Mill Dr | Waynesboro | MS | 39367 | 601-410-2331 |
| BRANDON | WINCE | 4826 Oxford Dr | Mobile | AL | 36618 | 251-622-7298 |
| BRIGGS | EVELENE | 4310 Wisconsin Ave | Gulfport | MS | 39501 | 601-600-1512 |
| BRINSON | CLAUDETTE | 457 Jeff Town Rd | Columbia | MS | 39429 | 313-334-0093 |
| BROWN | ATLAS | 221 Eisenhower Dr, Apt 82 | Biloxi | MS | 39531 | 228-365-3626 |
| BROWN | ERICA | 11111 Highland Ave, Apt 1011 | Gulfport | MS | 39503 | 228-236-6828 |
| BROWN | GLORIA | 5331 Winona Dr | Moss Point | MS | 39563 | 228-218-8857 |
| BROWN | LANCE | 1587 Herndon Rd | Leakesville | MS | 39451 | 601-770-9973 |
| BROWN | ROY | 5331 Winona Dr | Moss Point | MS | 39563 | 228-218-8875 |
| BROWN | SHAWNEIL | 1005 W Birch Dr | Gulfport | MS | 39503 | 228-357-0802 |
| BROWN | SHAWNTAIL | 8196 Louisiana Ave | Gulfport | MS | 39501 | 228-206-2417 |
| BRUCE | BOBBIE | 6360 Barnes Rd | Theodore | AL | 36582 | 251-378-1975 |
| BURGETT | TINA | 73190 Penn Mill Rd | Covington | LA | 70435 | 251-767-6539 |
| BURKETT | PAUL | 9067 James St | Picayune | MS | 39466 | 228-255-3573 |
| BURROUGHS | ALVIE | 1255 Racetrack Ln | Mobile | AL | 36605 | 251-554-8982 |