UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER |
| This Document Relates To: | |
| No.12-968, Plaisance, et al v. BP Exploration & Production Inc., et al | MAGISTRATE JUDGE SHUSHAN |
| and | |
| All Cases | |

## NOTICE OF APPEAL

Please take notice that Reynaldo Abreu, Adonay Aparecio, and Miguel Arellano, claimants in the above-named case, by and through undersigned counsel, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on January 11, 2013 [Doc. 8218] and all Orders that have been merged or will merge into the Final Judgment, included by not limited to:

(1) The Order and Reasons Granting Final Approval of the Medical Benefits Class Action Settlement [Doc. 8217];

(2) The Order Regarding Discovery Sought Regarding the Class Action Settlement [Doc. 7600];

(3) The Order Regarding Motion for Reconsideration On Discovery on Medical Benefits Class Action Settlement Agreement [Doc. 7746];

1

(4)     The Order Regarding Objectors' Presentation at the November 8 Fairness Hearing [Doc. 7819].

> Respectfully Submitted,
>
> Jeremy D. Friedman, Esq.
> The Downs Law Group, PA
> 3250 Mary Street, Suite 307
> Coconut Grove, FL 33133
> (305) 444-8226
> Attorney for Appellants
> Jfriedman@downslawgroup.com
>
> __/s/ Jeremy Friedman___
> Jeremy D. Friedman
> Florida Bar # 134643

## CERTIFICATE OF SERVICE

` I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail to: Medical Lead Class Counsel: James Parkerson Roy, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Domegeaux Wright Roy & Edwards, 556 Jefferson St., Suite 500, Post Office Box 3668, Lafayette, LA 70501; Stephen J. Herman, Esq., Attention: Deepwater Horizon Medical Benefits Settlement, Herman Herman Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; Defendants' Counsel: Richard C. Godfrey, P.C. Attention: Deepwater Horizon Medical Benefits Settlement Kirkland & Ellis, LLP, 300 North LaSalle St. Chicago Il., 60654 as of the date as set forth above.