IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Anna T. Tesvich, a Deceased Claimant, and

the Claims Administrator of the Deepwater Horizon Economic and Property Damages

Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf

of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of

Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair,

reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ _Scott Summy_

Scott Summy
Attorney for Claimant's Representative
Baron & Budd, P.C.
3102 Oak Lawn Avenue Suite 1100
Dallas, TX 75219
(214) 521-3605

Date: ___1/24/13___

/s/ _Orran Brown_

Orran L. Brown
VSB No.: 25832
BrownGreer PLC
115 S. 15th Street, Suite 400
Richmond, Virginia 23219
(804) 521-7200

Date: ___2/11/13___