# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

February 11, 2013

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re: BP Proposal for Identification of Pages From TIMS/eWell Database
      for Use at Trial

Dear Magistrate Judge Shushan:

  In response to the Court's 2/1/2013 Amended Order, BP proposes to use the following conventions to identify--two days before use at trial--those pages from the TIMS /eWell database that it intends to use:

1.  BP will brand each document from the TIMS/eWell database that it intends to use at trial (whether directly or as support for a Federal Rule of Evidence 1006 summary or demonstrative) with a decimal point extension of the respective TREX # (e.g. TREX 045472.00001, 045472.00002, etc…).  BP will provide the parties with those branded pages two days before their anticipated use at trial, in accordance with the Court's February 1, 2013 Order.

2.  Any BP Rule 1006 summaries or other BP demonstratives that refer to a TIMS/eWell document will be assigned a demonstrative number, and will list the respective TREX decimal extensions of all TIMS/eWell documents referenced therein.

        Respectfully submitted,

        /s/ Mark Nomellini
        Mark Nomellini

cc (via electronic mail):

Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai  Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
February 11, 2013
Page 2

    Andrew Langan
    Don K. Haycraft
    R. Michael Underhill
    Steven O'Rourke
    Sarah D. Himmelhoch
    Steve Herman
    Anthony Irpino
    Defense Liaison Counsel
    Corey Maze
    Luther Strange