UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                     JUDGE BARBIER
                                            MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Transocean's Motion for Clarification (Rec. doc. 8549)]**

On February 1, 2013, an amended order was issued regarding Phase One exhibits. In part 4 of the order, the Court ruled on BP's objections to Transocean's summarized exhibits. Rec. doc. 8469. Transocean seeks clarification as to whether two documents (TREX-52666 and TREX-52668) are proper trial exhibits. It describes them as summaries of voluminous information. It contends that BP's objection to these exhibits imposes a requirement beyond what is required by the Fifth Circuit. The Court agreed with BP and its analysis of Amended PTO 54. Rec. doc. 8549 at 15. Pursuant to Fed. R. Evid. 1001, a party may use a summary to prove the content of voluminous writings. The "voluminous writings" do not have to be admitted into evidence, but for the reasons cited by BP (Rec. doc. 8550), they must be listed on the exhibit lists.

IT IS ORDERED that: (1) Transocean's motion for clarification (Rec. doc. 8549) is DENIED; and (2) the deadline for Tranoscean to appeal from this order is **Wednesday, February 20, 2013.**

New Orleans, Louisiana, this 14th day of February, 2013.

SALLY SHUSHAN
United States Magistrate Judge