## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION:  J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| Applies to:  No. 10-2771, | § | |
| and All Cases | § | MAG. JUDGE SHUSHAN |
| | § | |
| | § | |

_____

### HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S AMENDED ORDER REGARDING PHASE ONE TRIAL EXHIBITS [REC. DOC. 8469]

Pursuant to 28 U.S.C. § 636(b)(l)(A), Halliburton Energy Services, Inc. ("HESI") objects to and appeals from the Magistrate Judge's Order entered February 1, 2013 (Rec. Doc. 8469), granting in part the PSC's Motion to Strike HESI's New Objections to Phase One Trial Exhibits and overruling HESI's Objections to Certain Exhibits Identified on the Plaintiffs' Combined Phase One Exhibit List.[1]  As more fully set forth in the accompanying Memorandum, HESI argues the Order is clearly erroneous and contrary to law (1) to the extent it concludes that HESI's objections to emails on the PSC's Phase One Exhibit List are untimely and should be stricken and (2) to the extent it overrules HESI's Objections to Certain Exhibits Identified on the Plaintiffs' Combined Phase One Exhibit List.

Dated:  February 14, 2013

_____

[1] Through correspondence with counsel (not attached here), Judge Shushan extended the deadline for appeal of this Order from February 8, 2013, to at least February 14, 2013.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:**  /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Objections To And Appeal From Magistrate Judge's Amended Order Regarding Phase One Trial Exhibits [Rec. Doc. 8469] has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 14th day of February, 2013.

                                            /s/ Donald E. Godwin
                                       Donald E. Godwin