UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding the Motion of the U.S. for Clarification (Rec. doc. 8561)]

On February 1, 2013, BP's motion for Rule 30(b)(6) testimony from the U.S. was granted in part. Rec. doc. 8466. The order provides, in part:

> BP's request for an order designating pages 313-362 and 373-443 of the Henry deposition as the U.S.' Rule 30(b)(6) testimony regarding the factual basis for the announcement of the 5,000 bpd estimate is granted.

Id. at 2. The U.S. reports that these pages contain questions and answers that it contends are outside the scope of the deposition notice.[1] It requests clarification as to whether its scope objections at these locations are overruled.

The order was not a ruling on the scope objections by the U.S. The Court declines to address the comments by the U.S. and BP concerning the historical flow rate estimates. Rec. docs. 8561 at

---

[1] The questions and answers appear at the following places in the transcript:

| | | |
|---|---|---|
| 310:08-310:18 | 335:08-337:24 | 427:24-431:07 |
| 318:08-318:17 | 343:18-344:25 | 432:02-432:09 |
| 322:04-322:21 | 409:13-409:24 | 435:01-436:03 |
| 325:17-326:07 | 411:12-419:12 | 436:23-439:04 |
| 328:07-328:18 | 424:22-427:02 | 445:14-445:17 |

1-2 and Rec. doc. 8563 at 2-4.  At this time, there is no motion to reconsider the portion of the February 1, 2013 order requiring BP to answer interrogatory nos. 1 through 6.

IT IS ORDERED that: (1) the motion of the U.S. for clarification (Rec. doc. 8561) is GRANTED as provided herein; and (2) the deadline for the appeal of this order is **Wednesday, February 20, 2013**.

New Orleans, Louisiana, this 15th day of February, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**