MINUTE ENTRY
SHUSHAN, M.J.
FEBRUARY 15, 2013

**MJSTAR: 1:25**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, FEBRUARY 15, 2013 AT 9:30 A.M.

CASE MANAGER:         Gail Chauvin

COURT REPORTER:     Jodi Simcox

A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:    See attached sign-in sheets for attorneys who participated in person and via telephone.