# CONFERENCE ATTENDANCE RECORD

DATE: 2-15-13   TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS) CONFERENCE

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | HESI |
| Alan York | " " |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Alison Battiste | " " |
| Lauren Mitchell | " " |
| Jeff Breit | PSC |
| Steve Roberts | Transocean |
| David Jones | CAM. |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Grant Davis Denny | TO |
| Jimmy Williamson | PSC |
| Scott Falgout | PSC |
| Grey Maze | Alabama |
| Winfield Sinclair | Alabama |
| Sarah Tsiams | Anadarko |
| Tony Fitch | Anadarko |
| Mike Underhill | USA |
| Scott Cernich | USA |
| Nat Chakeres | USA |
| Brian Barr | PSC |
| Steve Luxton | M-I |
| Paul Sterbcow | PSC |
| Carmelite Bertaut | Cameron |
| Rachel Clingman | TO |
| Anthony Irpino | PSC |
| Steve Herman | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE:_____     TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☛ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ryan Babiuch | BP |
| Andy Laugan | BP |
| Douglas Kraus | La. |
| Kerry Miller | TO |
| Soren Gisleson | PSC |
| Don Haycraft | BP |
| | |
| | |
| | |

## MDL 2179 - Phase Two Discovery Conference

<u>2/15/13 Telephone participants</u>

David Baay - TO

Sean Fleming - HESI

Mike Petrino - BP

Sean Brennan - MI

Joe Eisert - BP

Steve O'Rourke - DOJ

Tom Benson - DOJ

Sarah Himmelhoch - DOJ

Mark Nomellini - BP

Andrew Homer - MOEX

Carter Williams - TO

Melanie Vidrine - Mayeaux

Bill Stradley - MDL 2185

Erica Pentex - DOJ

Gordon Young - US

Dave McIlwain - US