UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : | MAGISTRATE JUDGE SHUSHAN |

## UNITED STATES' MOTION *IN LIMINE* FOR ADMISSION OF NINE TRIAL EXHIBITS

Pursuant to the Court's Phase II exhibits procedure, the United States seeks a ruling now on the admissibility of nine deposition exhibits ("Sample Exhibits") relevant to flow rate from the Macondo well. The Sample Exhibits are primarily analyses from BP and its spill response contractors and are admissible statements made by BP or by entities working for BP, thus satisfying Fed. R. Evid. 801(d)(2). One Sample Exhibit is admissible as a public record.

The United States requests a ruling that Deposition Exhibits 3220, 8804, 8865, 9453, 9455, 10346, 10468, 10518, and 10622 are admissible.

A memorandum in support and proposed Order are attached.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | IGNACIA S. MORENO |
| Deputy Assistant Attorney General | Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | THOMAS BENSON |
| MICHELLE DELEMARRE | Senior Attorneys |
| SHARON SHUTLER | DEANNA CHANG |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | JUDY HARVEY |
| MALINDA LAWRENCE | ABIGAIL ANDRE |
| Trial Attorneys | RACHEL HANKEY |
| | BETHANY ENGEL |
| | Trial Attorneys |

/s/ R. Michael Underhill    /s/ Steven O'Rourke

| | |
|---|---|
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone:  202-514-2779 |
| Telephone:  415-436-6648 | Facsimile:   202-514-2583 |
| Facsimile:  415-436-6632 | E-mail:  steve.o'rourke@usdoj.gov |
| E-mail:  mike.underhill@usdoj.gov | |
| | DANA J. BOENTE |
| | United States Attorney |
| | Eastern District of Louisiana |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |
| | 650 Poydras Street, Suite 1600 |
| | New Orleans, LA  70130 |
| | Telephone:  (504) 680-3000 |
| | Facsimile:  (504) 680-3184 |
| | E-mail:  sharon.d.smith@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  February 15, 2013.　　　　　　　　　/s/  Steve O'Rourke  
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice