UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

ORDER ON THE UNITED STATES' MOTION *IN LIMINE*
FOR ADMISSION OF NINE TRIAL EXHIBITS

Upon consideration of the briefs of the Parties concerning the United States' Motion *in Limine* for Admission of Nine Trial Exhibits, and the attachments thereto, this Court finds that the United States has demonstrated that the following documents are admissible at trial: Deposition Exhibits 3220, 8804, 8865, 9453, 9455, 10346, 10468, 10518, and 10622.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE SALLY J. SHUSHAN
UNITED STATES MAGISTRATE JUDGE