# Attachment 1

## (Part 2 of 2)

# Peer Review of "Estimated Minimum Discharge Rates of the Deepwater Horizon Spill – Interim Report to the Flow Rate Technical Group from the Mass Balance Team" by VF Labson, RN Clark, GA Swayze, TM Hoefen, R Kokaly, KE Livo, MH Powers, GS Plumlee, and GP Meeker.

With nine authors, all scientists with independent publication records, this report went through extensive review and revision among the authors prior to submission to the peer reviewers. Nonetheless, the authors greatly appreciate both reviewers for contributing excellent comments with valid points leading to a substantially improved report.

**Reviewer 1:**
*I have reviewed the Mass Balance OFR and found it to be technically sound and a logical approach to estimating the amount of oil (volume) on the surface or near surface.*
**Author Response:**
Thank you.

**Reviewer 1:**
*In the next iteration of the OFR, I would like to see a comparison of the amount of surface oil detected with other sensors such as: WorldView 2, RadarSat 2, TerraSAR-X, SPOT.*
**Author Response:**
We agree that this comparison is of interest and are working with other data and experts to develop it for future reporting as need determines. This report mentions only use of MODIS and AVIRIS for total surface area of detected oil, as these were the primary tools applied. Landsat7 data also were used to improve the final area, but with limited effect warranting no mention to retain brevity.

**Reviewer 1:**
*Title "Estimated Lower Bound"- but then the paper gives a range of estimates - is it really an estimate for the observable oil at the surface?*
**Author Reponse:**
Oil volume amounts were included for oil burned, skimmed, evaporated, dissolved, and dispersed in addition to the oil observed on the surface. The paper estimates a minimum discharge rate based on a total amount of oil accounted for on May 17, and not just an estimate of oil observable on the surface (although this amount is critical to the extended estimation). The method of summing oil observed and calculated through known physical processes can only determine a minimum amount, as unseen and unconsidered oil is not included (such as possible amounts in subsea suspension, biodegraded, deposited with natural sedimentation, etc.). The AVIRIS surface oil volume estimation algorithm for thick oil is conservative by design, and the range of volume estimation is due to slightly more or less conservative assumptions, yielding a range of minimum volume amounts.

**Reviewer 2:**

*Concerning title "…Lower Bound for Leak Rates…":  1. "Lower Bound" seems like jargon.  What's wrong with "Minimum?"  2. "Leak"—We don't know who will see this report, but it's not hard to imagine a news organization getting the report and saying that "DOI reports oil spill is only a leak."  Maybe "leak" has a technical meaning here in terms of petroleum science, but the rest of the world does not see this as a leak.  My recommendation is that the title of the report be changed to "Estimated Minimum Discharge Rates…".*

**Author Response:**

Agreed with both points.  Changed "lower bound for leak rates" to "estimated minimum discharge rates" in title and throughout paper.

**Reviewer 2:**

*Summary paragraph, regarding "other processes may contribute significant volumes" and use of term "suspended tar balls":  Contribute to what?  What about "Volumes of oil associated with… and other processes may be significant…."  This mention of tar balls seems to be minimizing the reported subsea plumes.  Should the reports of these plumes be mentioned?*

**Author Response:**

Changed sentence to read, "…and other processes may indicate significant oil volumes beyond our analyses, as will any subsurface volumes such as suspended tar balls or other emulsions that are not included in our estimates."  Reports of "subsea plumes" at the time of writing were not substantiated with data on oil concentration levels above a few parts per billion.  Reports of tar balls in general were substantiated on beaches, and these are known to exist in suspension in the water column, but the volume of oil involved was unknown.  We chose wording to accurately describe concern for unknown amounts of suspended oil in the water column, without referring to undocumented stories.

**Reviewer 2:**

*In Description of Approach, regarding "mass balance approach":  In the strictest sense, this is not a "mass balance approach" because there is no balance, i.e., your calculations are not "balanced" against another measurement or estimate.  The approach is a summation of the observed/estimated quantities of oil in the system.*

**Author Response:**

Changed sentence to read, "The Mass Balance Team approach…"

**Reviewer 2:**

*"Surface Spill Area" is a bit of an ambiguous term.  What you mean (I think) is the total area with oil on the surface, but the "surface spill area" might also be considered to be the total area bounded by the outer edges of the spill, which is a much larger area.  The term used in the previous paragraph (surface oil coverage area) is more precise.*

*Also, I think it might be helpful to note up front the total areas associated with each of the 3 oil coverages . . .  maybe add in the previous paragraph, as noted*

*above.  These will be numbers of considerable interest, but are difficult to find in the report.*

**Author Response:**
Used "surface oil coverage area" throughout report.  Placed coverage area amounts for all three areas at start of discussion.

**Reviewer 2:**
*Regarding "…determination was based on higher signal return…": "Higher" than what?*

**Author Response:**
Changed sentence to read: "The determination was based on higher surface signal return to the sensor from areas with oil sheens, slicks, and floating plumes of oil/water emulsion than from average baseline clean ocean areas."

**Reviewer 2:**
*Regarding "…data were also collected over the area on May 17…": Should the area be specified, particularly because, from following sentences, it appears that the AVIRIS data did not cover the entire spill area?*

**Author Response:**
Changed to "…data were also collected over 967 km2 of the oil coverage area on May 17…".

*Appendix C – Camilli 2010;  Woods Hole Oceanographic Institution Acoustics Analysis Report*

*Camilli, R.  2010.  Final Oil Spill Flow Rate Report and Characterization Analysis, Deepwater Horizon Well, Mississippi Canyon Block 252.  Woods Hole Oceanographic Institution report to the U.S. Coast Guard. August 10, 2010.*

# Final Oil Spill Flow Rate Report and Characterization Analysis Deepwater Horizon well Mississippi Canyon Block 252

by
Dr. Richard Camilli
Woods Hole Oceanographic Institution
Department of Applied Ocean Physics and Engineering
Deep Submergence Laboratory

August 10, 2010



**submitted to the**
**United States Coast Guard**
**Research and Development Center**
contract # HSCG3210CR0020
Dr. Richard Camilli and Mr. Andrew Bowen
Task 3.3; Deliverable #4

The analysis and findings described here were authored by the WHOI Flow Rate Measurement Group: Richard Camilli (WHOI), Andrew Bowen (WHOI), Dana Yoerger (WHOI), Alexandra Techet (MIT), Daniela Di Iorio (UGA), Louis Whitcomb (JHU);along with chemical analyses and documentation by Christopher Reddy (WHOI), Jeff Seewald (WHOI), Sean Sylva (WHOI), and Robert Nelson (WHOI). Additional operations and technical support was provided by Weatherford Pipeline Services, Teledyne RDI, SoundMetrics Corp, and Oceaneering.

**Executive Summary:**
At the direction of the United States Coast Guard (USCG) Research and Development Center, the Woods Hole Oceanographic Institution (WHOI) was contracted to undertake on-site data collection and analysis of the DEEPWATER HORIZON oil spill. This report has been submitted in fulfillment of USCG contract # HSCG3210CR0020 Deliverable #4. This analysis effort employed acoustic technologies mounted to a remotely operated vehicle (ROV) to directly measure flow rates of oil from the MC252 Deepwater Horizon (Macondo) well. Direct samples of hydrocarbons were collected from within the well riser to determine the gas-oil ratio. Both the flow rate analysis and sample collection were conducted on a non-interfere basis, wherein all operations were performed as time and equipment availability permitted during containment activities at the well site. This provided only a minimum time window to carry out measurement, under less-than optimal measurement conditions.

Flow rate estimates for the riser and BOP were constructed from acoustic Doppler velocity and sonar multibeam cross sectional estimates of each plume. Acoustic measurements were recorded after the top-kill attempt had ended and before the riser was cut, during beginning on May 31, 2010 and extending the early morning hours on June 1, 2010. The ROV was operated by Oceaneering International and supplied by BP. Velocity measurements were recorded at two distinct sites, above the riser pipe and at the kink above the BOP. Flow estimates were derived from three different Doppler velocity view angles above the riser pipe and three Doppler velocity view angles above the BOP during *MAXX*3 ROV Dive #35. Plume cross section measurements were completed using an imaging multibeam sonar on *MAXX*3 ROV Dive #35 and #36.

Hydrocarbon composition was determined based on end member samples collected using isobaric gas-tight samplers integrated onto the Millennium 42 ROV Dive #70. This collection was completed on June 21, 2010, approximately three weeks after the flow measurements. At this time of collection the kinked riser section directly above the BOP had been cut off and the 'top hat' containment system had been placed over the riser stub.

The cross sectional area of each plume was integrated with its respective average velocity and then normalized using the measured oil fraction coefficient. Due to the inherently high variability of flow within these turbulent jet plumes, the flow estimates were calculated as average values using ensembles of statistically large sample populations. Over 16,000 Doppler velocity measurements and 2,600 multibeam sonar cross sections were used to calculate the flow rates of these plumes.

**Estimated flow rates on May 31, 2010:**
| | |
|---|---|
| **Gas-oil ratio:** | **56.3% gas and 43.7% oil** |
| **Riser:** | **40,700 bbl oil/day** |
| **BOP kink:** | **18,500 bbl oil/day** |
| **Total flow rate:** | **59,200 bbl oil/day** |
| **Cum well release** | **5 million bbls** |
| **Net spill volume** | **4.2 million bbls** |

2



Fig 1: Photo of *MAXX*3 ROV prior to acoustic flow rate survey operations. The ROV is equipped with a forward-looking 1.2MHz ADCP (visible as green object with four red piezo-acoustic disks), and a 1.8MHz acoustic multibeam imaging sonar (visible as yellow rectangular and black circular object directly above the ADCP).

3



Fig 2: Close-up photo of forward looking ADCP and imaging multibeam sonar mounted on the Oceaneering *MAXX*3 ROV.

**ADCP measurements**

Flow velocity measurements of the rising plume were obtained with a 1,200 kHz Acoustic Doppler Current Profiler (ADCP) manufactured by Teledyne RD Instruments, San Diego, CA.  Figs 1&2 are photographs of the ADCP unit mounted on the *MAXX3* ROV. This instrument measures fluid velocity parallel to each of four independent sonar beams at regular spatial intervals along the length of each beam. This instrument has four independent sonar beams oriented 30° from the instrument axis on a 90° plan. The instrument was mounted on the front of the *MAXX3* ROV with the instrument axis tilted 30° above horizontal. Fig 3 is a drawing depicting the sonar installation showing acoustic beam #4 oriented horizontally, beam #3 oriented 60° above horizontal, and beams #1 and #2 oriented above the horizontal to, respectively, starboard and port.



Figure 3: Schematic showing ADCP, as configured on the ROV, with maximum possible beam range at 6 meters offset from plume center.

For the measurements reported herein, the unit was configured to report velocities for each beam at locations up to 15 m from the instrument at fixed intervals along each beam. The ADCP was configured to generate ping ensemble data records at regular interval in several different modes as indicated in Fig 4.  The ADCP measurement of the flow velocity along the direction of each beam at each bin interval is specified by the manufacturer to have an expected single acquisition measurement error standard deviation  that varies from 9.33 cm/s (for Setup #1) to 2.75 cm/s (for Setup #4 and #5). The expected variation in the measurement standard deviation varies with bin size. Larger bins result in smaller standard deviation but decreased spatial resolution, whereas greater pings per ensemble and greater sample populations result in smaller standard deviation but decreased temporal resolution. For this work the naturally high turbulence of the source plumes made it necessary to use statistically larger sample numbers; thus lower temporal resolution was deemed an acceptable tradeoff for decreased measurement error.


ADCP sonar data of the oil leak plumes at two leak sites: the riser end leak site, and the BOP leak site.  At each site, the *MAXX3* ROV was positioned facing the rising oil plume at three locations with the vehicle heading of, respectively, 120º, 240º, and 360º.   The lateral ADCP standoff distance from the plume was typically between 2 to 4 m, depending on field of view obstructions. At each station, ADCP sonar data was obtained for durations of approximately 5 minutes in one or more of the configurations given in Fig.  The flow velocity data were post-processed and combined with ROV navigation position estimates to compute the instantaneous velocity of each ping ensemble within the 3D coordinate frame. The riser plume velocity measurements used a total of 42,270 ADCP measurements (Fig 5), and the BOP kink plume used a total of 42,894 ADCP measurements as the initial sets of data points. A subset of these velocity measurements (8,372 and 7,763 data points for the riser and BOP kink, respectively) were defined as being within the plume, were then back-projected down to the imaging sonar plane. These back-projected points were then averaged together to produce a time-averaged vertical velocity of the flow at each leak site.

| ADCP Setup | Pings Per Ensemble | ADCP Bin Size (m) | Number of Bins | Nearest Bin (m) | Farthest Bin (m) | Ensemble Standard Deviation (cm/sec) | Ensemble Period (sec) |
|---|---|---|---|---|---|---|---|
| #1 | 1 | 0.25 | 59 | 0.79 | 15.29 | 9.33 | 1.5 |
| #2 | 1 | 0.25 | 59 | 0.79 | 15.29 | 9.33 | 1.5 |
| #3 | 3 | 0.25 | 59 | 0.79 | 15.29 | 5.39 | 1.5 |
| #4 | 1 | 0.50 | 30 | 1.01 | 15.51 | 4.76 | 0.9 |
| #5 | 3 | 0.50 | 30 | 1.01 | 15.51 | 2.75 | 0.9 |

Fig 4: ADCP Configurations



Fig 5: 3D reconstruction of over 42,000 ADCP velocity field measurements recorded at the riser leak site. Each dot represents the location of a Doppler ping ensemble, with the dot color describing the estimated velocity in m/s. The black circles indicate the location of the ADCP instrument during this measurement process.

7

**Acoustic multibeam imaging**

Acoustic multibeam imaging was performed at the riser and BOP kink leak sites using a Didson 3000 dual frequency imaging multibeam sonar operating at 1.8MHz. The theoretical resolution at this frequency is on the order of a centimeter.  A series of over 1,000 plume cross sections were recorded above each of the leak locations (1089 and 1500 cross sections for the riser and BOP kink, respectively) wherein the sonar imaging plane was positioned at a lateral standoff distance of between 4 and 7 meters, with a height greater than 5X above the source diameter. These sonar cross section measurements were recorded at approximately 7Hz and required between 3 and 4 minutes of acquisition time per leak site.

Cross section calculation was based on inter-frame motion tracking of acoustic returns greater than or equal to 6dB above background noise and areas of plume flow were counted only if the contiguous area was equal to or greater than 100cm$^2$ (Fig 6). Because the sonar was mounted to the ROV with an upward viewing angle of 10º the cross-section estimates were normalized by cosine 10º. The average area cross sections of the leak plumes at the riser and BOP kink were calculated to be 0.87 m$^2$ and 0.61m$^2$, respectively.



Fig. 6: Upper image shows an example acoustic cross section of plume, lower image shows plume area calculation using motion tracking with a 6dB threshold.

**Oil Composition**

To determine the gas/oil ratio flowing out of the well, we employed an isobaric gas-tight sampler (IGT; Fig 7) This device was designed for collecting hydrothermal vent fluids and hydrocarbon gases at temperatures up to 400 ºC and capable of preserving the integrity of samples for months until lab-based analysis. More traditional oceanographic water sampling equipment would not be able to prevent degassing during ascent to the ocean surface.

On June 20, 2010, some time after placement of tophat #4 on the riser stub, we collected a sample with a remotely operated vehicle deployed from the *Ocean Intervention III* (Fig 8). Briefly, the snorkel on the sampler was inserted immediately above the riser pipe into the flow of oil and gas. The thermistor attached next to the tip of the snorkel read a temperature of 100 ºC during sampling (with an ambient temperature of 4.4 ºC).

Once the sampler was removed from the ROV on the deck of the *Ocean Intervention III*, its pressure was measured at >2000 psi, consistent with the pressure of the water depth of collection. Following strict chain-of-custody procedures, the sampler was returned to Woods Hole, MA and secured.

The contents of the IGT were then determined by depressurizing the sampler into a custom-built system for collecting the oil and gas (Fig 9). The internal pressure of the sampler measured at WHOI prior to analysis was the same as when measured weeks earlier, indicating no leaks. By measuring the total volumes of oil and gas recovered, a gas/oil ratio of 309 at room temperature and atmospheric pressure was determined. For in-situ calculations, the measured laboratory gas volume was translated to a theoretical volume at 150atm and 4.4 °C. At this temperature and pressure propane and higher chained hydrocarbons were estimated to be in the form of a liquefied condensate and only methane and ethane were assumed to be in gas form at each of the leak sites. Gas analysis of the sample indicated that methane and ethane represent approximately 85.4% of the gas. Thus, the oil fraction at ambient seafloor pressure (150 atm) and temperature (4.4 °C) is 43.7% of the bulk flow.



Fig 7: Image of the isobaric gastight (IGT) sampler. The snorkel and thermistor are in the upper right-hand side of the device.



Fig. 8: Image of the IGT sampler prior to integration onto the Millennium 42 ROV on June 20-21, 2010.



Fig 9: Schematic of system used to depressurize the IGT in the laboratory in Woods Hole to determine the gas/oil ratio from the sample collected within top hat #4.

**Oil flow rate model**

Based on empirical data for a wide range of free round jets emanating into a quiescent fluid, in the region where the jet is fully developed, velocity profiles obey laws of similarity such that the fluid velocity profile for a cross section of the jet maps identically to those at increasing distances from the source, once jet growth is accounted for. The distance $x_c$ beyond which the jet velocity profiles become self-similar can change with the velocity profile at the orifice, depending on the boundary layer development inside the pipe leading up to opening. Well beyond $x_c$ the initial jet velocity profile at the orifice becomes inconsequential.

To estimate the flow from the riser leak data obtained using an acoustic Doppler current profiler (ADCP) was combined with cross-sectional area measurements obtained using the imaging sonar system mounted to the Maxx3 ROV. The measured water depths of the riser leak source and BOP kink leak source were estimated to be 1513.9 meters and 1503.5 meters, respectively and using ROV data. The imaging sonar cross sections were measured at 1510.3 meters for the riser jet and 1502.2 meters for the BOP jet.

The four beams of the ADCP were arranged with beam 4 horizontal and co-planar with the Imaging sonar and Beam 3 pointing upwards at 60 degrees. Fig. 10 shows a schematic of the measurement setup. Data was binned to obtain velocities within the jet. The jet was defined based on the equivalent radius of the plume cross section and augmented by an expansion coefficient 0.11 times the distance traveled. Figs 11 and 12 show the velocity measurements defined as being within the plume radius. Each of these velocity values within the plume radius were then back-projected downward to the imaging sonar plane using the equation

$$u_1 = u_2 \left(1 + \Delta x/x_1\right)$$

where $u_1$ is the calculated velocity at the sonar imaging plane, $u_2$ is the measured velocity at a height of $\Delta x$ above the imaging sonar plane, and $x_1$ is the sonar imaging plane's height above the source.

13



Fig 10: Diagram of computational model used to calculate flow rate using measured cross sectional area estimates and velocity measurements.



Fig 11: 3D reconstruction of the plume velocity field measured above the BOP kink, only including points defined as being within the plume radius. Colors indicate velocity in meters per second. The black circles indicate ROV positions.



Fig 12. 3D reconstruction of the plume velocity field measured above the riser section, only including points defined as being within the plume radius. Colors indicate velocity in meters per second. The black circles indicate ROV positions.

To calculate the (total) bulk volume flow rate the average cross sectional area ($S_1$) measured by imaging sonar is multiplied by the average $u_1$ vertical velocity at the sonar plane. This bulk flow was then multiplied by the oil fraction (previously defined as 0.437) to yield an oil flow rate in m/s. This method yields a volumetric oil flow rate on 5/31/2010 of 0.0781 $m^3$/s from the leak at the BOP kink, and 0.171$m^3$/s from the leak at the end of the broken riser. This converts to a rate of 40,700 bbl oil/day from the end of the broken riser and 18,500 bbl oil/day from the BOP kink, or a total flow rate of 59,200 bbl oil/day on 5/31/2010.

Based on this 5/31/10 flow estimate and the DOE Tri-Lab Flow Modeling Team's WIT shut-in estimate (53,000 bbls/day), a linear flow rate trend is extrapolated for the interval between 4/20/10 and 7/14/10. The summation of each day's flow rate is then used to calculate a cumulative total flow from the well. This approach is consistent with the hypothesis that flow rate decreases approximately linearly with time as a result of well pressure decrease. Using this linear fit, a cumulative release of approximately 5 million barrels is estimated to have leaked from the well. Net leak to the ocean can be calculated as the cumulative release minus the oil collected by BP using the RITT, tophat, and BOP lines, or approximately 4.2 million barrels (Fig 13).

16



Fig 13: flow estimates of the Deepwater Horizon well

*Appendix D – Plume Calculation Team 2010; Particle Image Velocimetry Report*

*Plume Calculation Team.  2010.  Deepwater Horizon Release, Estimate of Rate by PIV.  Plume Team report to the Flow Rate Technical Group.  July 21, 2010.*

*Note: Due to the length of the full Plume Calculation Team report, this appendix includes only the summary section.  The full report can be downloaded at: http://www.usgs.gov/oilspill/ and http://www.doi.gov/deepwaterhorizon/index.cfm*

# Deepwater Horizon Release Estimate of Rate by PIV

## July 21, 2010

**Plume Team - FRTG**





# Report to

Dr. Marcia Mcnutt, USGS Director and Science Advisor to the Secretary of the Interior
Lead to the National Incident Command Flow Rate Technical Group

# Prepared by

Plume Calculation Team

| | |
|---|---|
| Aliseda, Alberto | Assistant Professor of Mechanical Engineering, University of Washington |
| Bommer, Paul | Senior Lecturer, Petroleum and Geosystems Engineering, University of Texas at Austin |
| Espina, Pedro | National Institute of Standards and Technology |
| Flores, Oscar | Department of Mechanical Engineering at University of Washington |
| Lasheras, Juan C. | Penner Distinguished Professor of Engineering and Applied Sciences, University of California at San Diego |
| Lehr , Bill (Lead) | Senior Scientist, National Oceanic and Atmospheric Administration Office of Response and Restoration |
| Leifer, Ira | Associate Researcher, Marine Science Institute and Institute for Crustal Studies, University of California, Santa Barbara |
| Possolo, Antonio | National Institute of Standards and Technology |
| Riley, James | PACCAR Professor of Mechanical Engineering, University of Washington |
| Savas, Omer | Professor of Mechanical Engineering, University of California at Berkeley |
| Shaffer, Franklin | Department of Energy National Energy Technology Laboratory |
| Wereley, Steve | Professor of Mechanical Engineering, Purdue University |
| Yapa, Poojitha | Professor of Civil and Environmental Engineering, Clarkson University |

All the calculations and conclusions is this report are preliminary, and intended for the purpose, and only for the purpose, of aiding the response team in assessing the extent of the spilled oil for ongoing response efforts.  Other applications of this report are not authorized and are not considered valid.  Because of time constraints and limitations of data available to the experts, many of their estimates are only approximate, subject to revision, and certainly should not be used as the federal government's final values for assessing volume of the spill or its impact to the environment or to coastal communities.  Each expert that contributed to this report reserves the right to alter his conclusions based upon further analysis or additional information. Note that this version of the report was modified post-July 21, 2010 to correct a typographic error on page 3 and clarify a point about the DOE team data on page 16.

# Table of Contents

**Executive Summary** .................................................................................3

**Background** ............................................................................................4
       Table 1: List of Video Segments on BP-Provided Hard-Drive ...........................5
       Table 2: Gas and Oil Flow Rates from the Riser Insert Tube Tool ..................6
       Figure 1: Graphic Showing Leaks and Oil Fate ...........................................7
       Figure 2: Riser Outlet Showing Its Reduced Cross-Sectional Area ..................8

**Particle Image Velocimetry** ..................................................................8
       Figure 3: Illustration of Particle Image Velocimetry ...................................9

**Kink Leak** ...........................................................................................10
       Figure 4: Kink Leak (Annotations by Savas) ............................................10

**New Leak at Severed Riser** ................................................................11
       Figure 5: Cut Riser Showing Two Pipes Inside .........................................11
       Figure 6: Cut Riser Leak .....................................................................12

**Conclusions** ......................................................................................13

**Appendix 1: NIST Statistical Analysis by Possolo and Espina** ...............15

**Appendix 2: Reservoir Fluid Study by Bommer** ....................................19

**Appendix 3: Description of Underwater Oil and Gas Release Behavior**
           **by Yapa** .................................................................34

**Appendix 4: 2010 Gulf of Mexico Oil Spill Estimate by Savas** ...............38

**Appendix 5: Gulf Oil Spill PIV Analysis by Wereley** ..............................57

**Appendix 6: Riser Pipe Flow Estimate by Leifer** ..................................66

**Appendix 7: Estimate of Maximum Oil Leak Rate from the BP Deepwater**
           **Horizon by the National Energy Technology Laboratory** ..............107

**Appendix 8: Flow Rate Estimation from Feature Tracking by**
           **U. Washington and U. California at San Diego** ...................143

**Appendix 9: Plume Team Biographies** ................................................171

**Appendix 10: Expedited Peer Review Report** ......................................173

# Executive Summary

The plume modeling team observed video both before and after the cutting of the riser pipe.  The 'before' video looked at the end of the original riser leak and from the kink in the riser and from the kink leak above the Blowout Preventer (BOP).  The later video examined the leakage shortly after the severing operation but before any capping operation.

The main method employed to make estimates was a common fluid dynamic technique called particle image velocimetry (PIV).  While difficult in practice, it is simple in principle.  A flow event, e.g., an eddy or other identifiable item, is observed at two consecutive video frames.  Distance moved per time between frames gives a velocity, after adjustment for viewing angle and other factors.  Repeated measurement over time and space give an estimated mean flow.  Flow multiplied by cross-section area of the plume gives a volume flux.

Because of time and other constraints, only a small segment of the leakage time was examined, and assumptions were made that may through later information or analysis be shown to be invalid.  For example, the Team assumes that the average flow between the start of the incident and the insertion of the Riser Insert Tube Tool (RITT) was relatively constant and the time frames that were included in the examined videos were representative of that average.  If this were not true, then the actual spillage may differ significantly from the values stated below.

Most of the experts, using the limited data available and with a small amount of time to process that data, concluded that the best estimate for the average flow rate for the leakage prior to the insertion of the RITT was between 25 to 30 thousand bbl/day.  However, it is possible that the spillage could have been as little as 20,000 bbl/day or as large 40,000 bbl/day.  Further analysis of the existing data and of other videos not yet viewed may allow a refinement of these numbers.

The video of the post-cut was of higher quality than earlier video.  The best estimate of the PIV experts was for a flow of 35,000 to 45,000 bbl with the possibility that the leak could be as large as 50,000 bbl/day.  After consultation with groups from the Department of Energy that were using pressure readings from inside the Top Hat to estimate flow, a joint estimated range of 35,000 to 60,000 bbl was provided to the National Incident Command (NIC).



Deepwater Horizon, on fire after the explosion

## Background

When the Deepwater Horizon drilling unit sank in the Gulf of Mexico, initial loss estimates were given as 1000 bbl/day.  By April 26, it was obvious that this estimate was too low.  Based upon visual observations of oil on the surface, a working number of 5000 bbl/day was adopted.  However, the large amount of surface oil, the volume recovered or burned, and a re-examination of the pipe leakage, convinced the National Incident Command (NIC) that it was necessary to revisit the 5000 bbl/day number.

On May 19, the NIC Interagency Solutions Group established the Flow Rate Technical Group that has as one of its subgroups the Plume Team represented in this report.  Experts on fluid dynamics, subsurface well blowouts, petroleum engineering and oil spill behavior were assembled as part of a larger effort to improve spill size estimation.  The team consists of both government scientists and leading scholars at academic institutions throughout the United States.

On May 27, the Team issued an Interim Report that established an estimated range for the minimum possible spillage rate but did not issue an estimate for a possible maximum value because the quality and length of the video data could not support a reliable calculation.  Instead, they requested, and received, more extensive videos from British Petroleum (BP).  See Table 1.

*Deepwater Horizon Release Estimate of Rate by PIV*

## Table 1: List of Video Segments on BP-Provided Hard-Drive

**subsea 7   DVR REGISTER**

| | |
|---|---|
| Project Title | |
| Archive Name | |
| Vessel | BP: Deepwater Horizon   Project No. TC1034 |
| | Skandi Neptune   Client: BP |
| Transmitter | |
| Seagate 500Gb Drive Contains: TCI/DA59/DVR/TRANSFERT   To   S. Dietz   24/06/2010 |

| Directory Name | Start KP | End KP | Drive | Date | Time Start | Time End | Remarks |
|---|---|---|---|---|---|---|---|
| A Plume Monitoring | N/A | N/A | H140005 | 11/06/2010 | 07:22 | 28:22 | Large Plume Monitoring, Measurement Ops |
| A Plume Monitoring | N/A | N/A | H140006 | 12/06/2010 | 28:03 | 28:33 | Large Plume Monitoring |
| A Plume Monitoring | N/A | N/A | H140006 | 12/06/2010 | 13:34 | 11:04 | Large Plume Monitoring |
| Retrieved from Second RAID Drive / In use on Skandi Neptune as of 24/06/610 | | | | | | | |
| A Plume Monitoring | N/A | N/A | H140006 | 13/06/2010 | 19:08 | 18:50 | Large Plume Monitoring |
| On First RAID Drive, Retrieved from LTO4 tapes 4 and 6 | | | | | | | |
| A Plume Monitoring | N/A | N/A | H140008 | 13/14/06/2010 | 20:38 | 08:08 | Large Plume Monitoring |
| A Plume Monitoring | N/A | N/A | H140009 | 14/06/2010 | 18:27 | 18:30 | Dispersion at Large Plume |
| D Chemical Dispersing Ops | N/A | N/A | H50033 | 14/06/2010 | 18:54 | 18:17 | Dispersion at Large Plume |
| D Chemical Dispersing Ops | N/A | N/A | H140006 | 14/06/2010 | 18:30 | 22:25 | Plume testing with CID |
| J Plume_Test_with_CID | N/A | N/A | H140006 | 14/06/2010 | 20:25 | 21:33 | Plume Monitoring |
| A Plume Monitoring | N/A | N/A | H50022 | 15/05/2010 | 01:22 | 32:52 | Dredging Ops |
| I Dredging Ops | N/A | N/A | H140007 | 15/05/2010 | 02:52 | 03:42 | Dispersion at Large Plume |
| D Chemical Dispersing Ops | N/A | N/A | H50032 | 15/05/2010 | 03:48 | 14:28 | Dispersion at Large Plume |
| D Chemical Dispersing Ops | N/A | N/A | H50032 | 15/05/2010 | 07:53 | 09:25 | Dredging Ops |
| I Dredging Ops | N/A | N/A | H50004 | 15/06/2010 | 09:32 | 10:11 | Dredging Ops |
| I Dredging Ops | N/A | N/A | H50005 | 15/06/2010 | 12:48 | 14:31 | Dredging Ops |
| H Special Task/C Hose Installation | N/A | N/A | H140007 | 15/06/2010 | 14:38 | 18:50 | Second 600' hose installation |
| A Plume Monitoring | N/A | N/A | H140007 | 15/06/2010 | 18:50 | 01:15 | BOP Monitoring (First 1/2 hour in debris) |
| A Plume Monitoring | N/A | N/A | H50026 | 15/06/2010 | 18:50 | 19:21 | Debris inspection |
| K Debris Inspection | N/A | N/A | H50026 | 15/06/2010 | 18:58 | 19:21 | |
| A Plume Monitoring | N/A | N/A | H50026 | 15/06/2010 | 22:58 | 01:15 | BOP Monitoring |

After May 16, the Riser Insert Tube Tool (RITT) was placed into the riser at the main leak point, reducing the oil being released into the environment from this source.  The recovery rate of gas and oil for the tube between the insertion and May 25 is shown below.

## Table 2: Gas and Oil Flow Rates from the Riser Insert Tube Tool

| Date | Oil (bo) | Gas (mmcf) | Oil + Gas (boe) | Gas Portion (%) | High Oil (bopd) | Low Oil (bopd) | High Gas (mmcf/d) | Low Gas (mmcf/d) |
|---|---|---|---|---|---|---|---|---|
| 16-May-2010 | 290 | 0.9 | 440 | 34% | | | | |
| 17-May-2010 | 1,410 | 3.5 | 2,015 | 30% | | | | |
| 18-May-2010 | 1,930 | 10.4 | 3,721 | 48% | 2,191 | 1,066 | 12.5 | 5.3 |
| 19-May-2010 | 3,014 | 17.5 | 6,025 | 50% | 4,102 | 1,521 | 23.2 | 10.5 |
| 20-May-2010 | 2,185 | 15.6 | 4,882 | 55% | 5,389 | 44 | 32.4 | 4.4 |
| 21-May-2010 | 2,173 | 4.9 | 3,025 | 28% | 3,599 | 646 | 7.6 | 1.8 |
| 22-May-2010 | 1,361 | 7.1 | 2,586 | 47% | 4,531 | 0 | 14.7 | 2.0 |
| 23-May-2010 | 1,120 | 2.9 | 1,616 | 31% | 3,103 | 0 | 5.6 | 2.0 |
| 24-May-2010 | 6,078 | 9.8 | 7,771 | 22% | 8,961 | 2,523 | 16.1 | 2.0 |
| 25-May-2010 | 2,596 | 15.8 | 5,316 | 51% | 7,337 | 877 | 30.4 | 9.4 |
| | | | | | | | | |
| **Total** | 22,158 | 88.4 | 37,397 | 41% | 8,961 | 0 | 32.4 | 1.8 |
| **Average** | 2,430 | 9.7 | 4,106 | 40% | | | | |

As can be seen from Table 2, the amount of oil and gas fluctuated significantly.  Part of this fluctuation was due to movement of the end of the RITT in the riser due to tidal effects and the natural separation of the oil from the gas in the riser (gas tends to rise to the top).  However, examination of the videos also shows significant intermittency in the gas fraction of the flow.

During the time period of the videos examined by the Team, there were two main leak points, shown in Figure 1.  The figure also displays the ultimate fate of the released fluid and gas.  The main leak, until the most recent severing operation, came from the broken end of the riser, some distance away from the Blowout Preventer (BOP).  The leakage was only from the annulus (inside pipe diameter of nineteen and a half inches) surrounding an interior drill pipe (pipe diameter of six and five eighth inches).  According to BP, the mouth of the riser was damaged in the initial incident, reducing the cross-sectional area by 30%.  Figure 2 shows the damaged riser.  After May 1, and perhaps earlier, a second leak source appeared in the kinked riser above the BOP.  The number of holes and leakage volume in the kink has increased over time, as BP has attempted to stop oil release by such operations as the RITT and Top Kill.

*Deepwater Horizon Release Estimate of Rate by PIV*



**Figure 1: Graphic Showing Leaks and Oil Fate**

At certain times, a dispersant wand was inserted in the plume and dispersant added.  These chemicals are designed to lower surface tension and reduce the average oil droplet size.  Unfortunately for flow rate estimation, they add an additional component to the flow and produce a less defined plume.  Measurements were not done using video while dispersant was being applied

While particle image velocimetry (PIV), described in the next section, was the main approach to estimating the leak rate, alternative approaches were used to provide an additional credibility check on the results from the PIV method.  These included looking at expected flow based upon properties of the reservoir and reservoir fluid, comparison of this release with a controlled experiment in the North Sea, using well-established similarity characteristics of turbulent jets, and calculating a possible release size, based upon surface oil and oil recovered or burned.  Appendix 2 describes an estimate made using one of these alternative methods.  Some of these same methods will be or are being examined by other Flow Rate Technical Group teams.



**Figure 2: Riser Outlet Showing Its Reduced Cross-Sectional Area**

## Particle Image Velocimetry

The term particle image velocimetry was first proposed in 1984 by R. J. Adrian, a reviewer of this report.  While difficult in practice, PIV is simple in principle.  In this method a flow event, e.g., an eddy or other identifiable item, is observed at two consecutive video frames.  Distance moved per time between frames gives a velocity, after adjustment for viewing angle and other factors.  Repeated measurement over time and space give an estimated mean flow.  Flow multiplied by cross-section area of the plume gives a volume flux.

Many researchers were drawn to PIV because it provided a new way to study turbulent flow structure.  Turbulence is a phenomenon that is characterized by multiple length scales.  To measure turbulent flow, therefore, the method must be able to operate at different scales with possible flow movement in all directions.  True PIV uses small, solid particles illuminated by laser light and recorded under very short time exposures.  In this instance, natural markers in the flow were employed.  These markers themselves changed over time, increasing the complexity of the problem.

Figure 3 illustrates the approach.  Because the flow velocity is not uniform throughout the plume, multiple locations, known as interrogation spots, must be sampled to estimate and average velocity.  Similarly, the cross-sectional area is time and spatially dependent as well as having diffuse boundaries so that an average cross-section, dependent upon the location of the interrogation spots, needs to be calculated.  A further challenge for measuring the flow in this case is that it is not spatially or temporally uniform in mixture of gas and fluid.



**Figure 3: Illustration of Particle Image Velocimetry**

For each of the interrogation sites a vector velocity $\Delta X/\Delta t$ is computed. The vector average of these velocities provides an average velocity. Combined with an average cross-section area, this yields a net flux of both gas and oil. A key parameter was this average ratio of gas to liquid. This term seemed to vary over the time period of the spill and during the time of the video clips. Increasing gas increased the velocity of the plume but decreased the mass flow. Analysis of the available short movies of the riser flow shows the existence of periods when the flow oscillates from pure gas to seemingly pure oil. This could be an indication of Slug Flow Regime. These periods of gas-oil flow fluctuation are in the range of minutes. Longer periods may also exist but would require examination of longer clips to determine.

Another key question was the fluid velocity at the interior of the jet, something that obviously could not be directly observed. The different PIV experts approached this problem in different ways. Most assumed a correction factor for the interior velocity, usually two or two multiplied by the square root of two. One expert chose larger scale structure that he believed would feel the interior flow directly so that no correction was necessary.

## Kink Leak

The Kink leak began sometime around May 1. The Team has requested clarification of the exact date from BP. The number of holes in the riser pipe at the kink increased on or before May 15. The team believes that the amount of escaping oil from this source increased as the holes widened, increased in number, and as the RITT insertion placed more upstream pressure on the riser. Estimation of the flow from the kink was challenging because only one plume, labeled J1 below, was clearly visible and unobstructed in the video.



**Figure 4: Kink Leak (Annotations by Savas)**

10

# New Leak at Severed Riser

By June 3, BP had severed the riser just above the BOP. According to the oil company estimates, this was expected to increase the total leak rate by approximately 20%. Surprisingly, the interior of the riser pipe contained not one, but two pieces of drill pipe inside (Figure 5). One team member speculated that the drill pipe snapped during the accident into several segments that would fit side by side inside the riser. The team requested from BP videos of the leak after the cut but before the installation of a dome designed to capture part of the flow. The damage to the riser during cutting complicated the task of estimating flow cross section.



**Figure 5: Cut Riser Showing Two Pipes Inside**

The quality of the video was much better for the severed riser flow than the video used for earlier estimates. This allowed for greater confidence in calculated flow. The PIV experts were able to use the visible flange and bolts as references although parallax adjustments were required. There was a noticeable difference in the color of the two distinct plumes emanating from the cut riser. BP attributed this to greater gas content in the lighter plume.



**Figure 6: Cut Riser Leak**

Shortly after the cut, BP placed a 'Tophat' over the riser stub, allowing the capture of some of the oil.  This Tophat had vents that could be equipped with a pressure gauge, allowing an alternative method to estimate the flow.  Teams affiliated with the Department of Energy, using the subsequent pressure readings to estimate flow, pooled their findings with the Plume Team results to produce a common estimate for operation purposes to the National Incident Command.

## Conclusions

As with earlier estimates, the conclusions in this report are only to aid the Response, not to determine the final Federal estimate of spillage.  Because of time and other constraints, only a small segment of the leakage time was examined, and assumptions were made that may through later information or analysis be shown to be invalid.  For example, the Team assumes that the average flow between the start of the incident and the insertion of the RITT was relatively constant and the time frames that were included in the examined videos were representative of that average.  If this were not true, then the actual spillage may differ significantly from the values stated below.

Most of the experts have concluded that, given the limited data available and the small amount of time to process that data, the best estimate for the average flow rate for the leakage prior to the insertion of the RITT is between 25 to 30 thousand bbl/day.  However, it is possible that the spillage could have been as little as 20,000 bbl/day or as large 40,000 bbl/day.  Further analysis of the existing data and of other videos not yet viewed may allow a refinement of these numbers.

For the time period after the riser cut, most of the experts concluded that the likely range for the flow was between 35,000 and 45,000 bbl/day but could be as high as 50,000 bbl/day.

The Plume Team then met with other experts from the Department of Energy, who employed non-PIV methods to estimate flow rate.  The combined groups reached a consensus estimated flow range of 35,000 bbl/day to 60,000 bbl/day.

*Appendix E - Reservoir Modeling Team 2010;  Reservoir Modeling Report*

*Reservoir Modeling Team.  2010.  Flow Rate Technical Group Reservoir Modeling Team Summary Report.  August 11, 2010.*

*Note: This report was not previously released as a separate document.*

**Flow Rate Technical Group**
**Reservoir Modeling Team**
**Summary Report**


**August 11, 2010**

# CONTENTS

1. **Overview**

2. **Team Members**

3. **Independent Researchers**

4. **Input Data**

5. **Methodology**

6. **Results**

7. **Conclusions**

## 1. Overview

The Reservoir Modeling Team (Team) was established within the Flow Rate Technical Group (FRTG) to develop an independent assessment of the rate at which oil and gas can be produced from the sands penetrated by BP's Macondo well.  Using open-hole logs; pressure, volume, and temperature data; core samples; and analog reservoir data; the Team directed the development of reservoir models from three independent groups of researchers from academia and other experts in the field of reservoir simulation.  The researchers populated computer models and determined flow rates from the targeted sands in the well as a function of flowing bottomhole pressure.

The Nodal Analysis Team of the FRTG used reservoir modeling data (including pressure, temperature, fluid composition and properties over time), pressure and temperature conditions at leak points on the sea floor, along with details of the geometries of the well, BOP, and riser to calculate production rates from BP's well.  The results of the Reservoir Modeling - Nodal Analysis study represent a scientific methodology that is independent of other FRTG methodologies that are being used to develop flow rate estimates.

## 2. Team Members

The Team is made up of engineers from the Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) from the New Orleans Region Office and the USGS in Denver.  BOEMRE personnel were responsible for obtaining proprietary rock, fluid and well data from BP and geologic interpretations of the target sands from BOEMRE geoscientists.  The BOEMRE Team members were also responsible for conducting market research, assisting in developing formal federal contracts for the studies, assessing bid packages for the contracts, recommending selection of the researchers, and reviewing the deliverables for the Contracting Officer and FRTG.  The BOEMRE members are Don Maclay, Gerald Crawford, David Absher and other Gulf of Mexico Region staff petroleum engineers.

The Team's representative from the USGS is Dr. Mahendra K. Verma, Research Petroleum Engineer at the USGS Energy Resources Science Center in Denver, CO.  Dr. Verma's expertise in reservoir engineering and simulation allowed him to serve as an advisor in the area of reservoir simulation and as peer reviewer of the output data from the researchers.

## 3. Independent Researchers

Federal contracts were awarded to three independent research groups to conduct studies for the FRTG.  These contracts were developed and executed in accordance with all

federal acquisitions regulations which was required before work could begin by the research teams.  This contracting process generally takes several months to complete; however, to expedite the process, a market research was preformed by the Team to justify other than full and open competition (JOFOC).  By using the market research/JOFOC methodology, the time needed to award the contracts was reduced to three weeks.

The researchers selected for the project were as follows:

(1) Kelkar and Associates (University of Tulsa Group):
Dr. M. Kelkar, Professor, University of Tulsa, PhD Chemical Engineering, University of Pittsburgh,
Dr. H. Ates, Senior consultant, PhD Petroleum Engineering, University of Tulsa,
Dr. A. Bahar, Principal Consultant, PhD Petroleum Engineering, University of Tulsa.

(2)  R.G. Hughes and Associates (LSU Group):
Dr. R.G. Hughes, Associate Professor, Louisiana State University, PhD Petroleum Engineering, Stanford University.

(3)  Gemini Solutions (independent reservoir simulation firm):
Dr. J. Buchwalter, PhD Chemical Engineering, Rice University,
Dr. R. Calvert, PhD Biophysics, University of Houston.

The time given the researchers for their analysis, one to two weeks, was limited due to the timeline established by the FRTG. After allocating time for input data review, model construction, output data review and report writing, the researchers were left with only a few days to actually run the simulations.  This was an extremely challenging schedule; however, the researchers were successful in providing the contracted deliverables as required.

BOEMRE supplied the input data, and due to the time constraints, required the researchers to focus on most-likely and worst case scenarios.  The research teams were free to develop other scenarios testing sensitivities to a variety of reservoir parameters if time permitted.  The research conducted by each team was independent of the other teams' analyses; the teams were not made aware that other groups were involved with the same project through BOEMRE.  This was done to maintain a high level of independence among the research teams.

## 4. Input Data

The Team compiled and reviewed all pertinent reservoir and fluid information needed to perform reservoir simulation studies for the FRTG.  The information included reservoir

rock data, rotary core data, PVT data, bottom hole pressure transient data, the wellbore schematic listing all critical dimensions and depths, flow assurance wax and asphaltene analyses, geochemical analysis, mud log and CMR log analysis and raw log data.  The same items listed above were also compiled and reviewed for an analog well drilled 20 miles away.

Data developed by BOEMRE, Office of Resource Evaluation, engineers and geoscientists include petrophysical analyses and 3-D seismic interpretations of the target sands.  This information along with the data obtained from BP was transferred to the researchers once contracts were awarded and Data/Information Security Agreement forms were signed and returned to BOEMRE.  The data were also uploaded to a secure ftp site developed by NOAA for the sharing of information between NOAA, DOE and BOEMRE.

## 5. Methodology

The researchers used different software packages to simulate reservoir performance and incorporated a variety of approaches to establish a range of possible outcomes.  In addition, a detailed wellbore configuration provided by BOEMRE was incorporated into the models in order to develop a tubing lift curve to initiate production from the simulator.

*Kelkar*
Kelkar and Associates (Kelkar) used Schlumberger's Eclipse simulator to model reservoir performance.  Kelkar developed sensitivities to several reservoir parameters and potential flow paths.  One set of cases utilized base case/mean reservoir parameters with variations in flow path, choke size and pipe roughness.  A second set of cases was developed using maximum reservoir parameters.  Kelkar's forecasts also incorporated the effect of the installation of the Lower Marine Riser Package.  Reservoir performance was simulated out to 116 days.

*Hughes*
R.G. Hughes and Associates (Hughes) used CMG's IMAX simulator to model reservoir performance.  Hughes focused on developing sensitivities to structural interpretation using a fairly strong aquifer.  Also, an initial blowout ramp up period was incorporated into these cases to reflect falling flowing bottomhole pressures during the first several days as the wellbore deteriorated.  The flow path was assumed to be between the open hole and casing, and between the various casing strings.  Reservoir performance was simulated out to 122 days.

*Gemini*
Gemini Solutions (Gemini) used GSI's Merlin simulator to model reservoir performance.  Gemini developed sensitivities to reservoir parameters, potential flow paths and location of the OWC.  In addition, the effects of 2-phase vertical flow correlations were investigated.  The results of an absolute worst case scenario which reflected flow through multiple paths were also reported.  Reservoir performance was simulated out to 10 years.

## 6. Results

The three independent researchers developed reservoir models for the targeted sands in BP's Macondo well and reported flow rates with associated bottomhole pressures and average reservoir pressures. The effects of reservoir and aquifer size, permeability variations and flow path were included in the analyses. In addition, all three researchers incorporated the initial wellbore configuration into their models and assumed annular flow as the base case. The range of possible outcomes reported for initial production rate is 27,300 to 102,607 BOPD.

### Kelkar

Kelkar developed two sets of cases; one set using maximum values of fluid and reservoir parameters and the other using base case fluid and reservoir parameters. Each set includes 5 cases reflecting differing flow paths (tubing versus annular flow), choke diameters (2" versus 4" choke) and pipe roughness (smooth versus rough pipe). The range of values reported for initial flow rate is 27,300 to 45,400 BOPD (note: Kelkar's maximum production rates occur on the first day of the incident). The base case set forecasts rates between 27,300 and 31,500 BOPD and the maximum case set estimates initial rates between 36,800 to 45,400 BOPD.

In sensitivities developed by Kelkar, the researchers found that vertical flow performance curves based on assumed tubing and annular flow scenarios are more important than any static reservoir description parameter. Varying flow paths and choke sizes, resulted in a production rate impact of 9,000 BOPD, with rock, fluid and structural parameters held constant. After flow path, permeability was shown to influence rate significantly. Increasing permeability by 50 percent increased initial flow rate by 5,000 BOPD. Kelkar also reports that porosity and rock compressibility sensitivities had very little impact on production performance.

### Hughes

Hughes developed two cases based on different reservoir structural assumptions. These cases assume different reservoir extents (sheet sand versus channel/levee complex) and fairly strong aquifer support. The flow path simulated was between the open hole and casing. The results show maximum flow rates from 63,157 to 65,531 BOPD (note: Hughes' maximum flow rates occur after a 10 day ramp up period). The flow path assumed by Hughes was also the same one incorporated into the other researchers' models and represents their most-likely flow scenario.

The results of Hughes' structural/stratigraphic interpretation sensitivity also showed that static reservoir parameters, apart from permeability, have a minimal impact on initial flow rate. Hughes' maximum case interpretation increased rate by only 1,400 BOPD.

### Gemini

The data presented by Gemini includes a base case and 26 total sensitivities to structure, permeability, flow path and tubing flow correlations. The base case, assuming an infinite

aquifer and an annular flow path, estimates an initial flow rate of 58,352 BOPD.  The range of initial production rates reported is 40,564 to 102,607 BOPD (note: Gemini reports all production rates as daily average rates for a given week; maximum production rates provided are the daily average flow rate during the first week following the blowout.  The output data were formatted in this manner due to the length of the simulation runs – 10 years).

Sensitivities to rock compressibility, aquifer size and location of OWC resulted in initial production rate changes of less than 1,000 BOPD, although a high permeability sensitivity increased rate by 2,000 BOPD and a low permeability case decreased rate by 7,000 BOPD.  These results show that apart from permeability, variations in reservoir properties do not significantly affect initial production rate.

A sensitivity to reservoir extent supported Hughes' findings that showed little impact to initial production rate.  Running the simulation out several years, however, showed that at 2 years, the case assuming a regional sheet sand had a daily production rate double that of the more limited case assuming a channel/levee complex with stratigraphic flow boundaries on two sides.

Gemini also ran several cases to test the model's sensitivity to four different flow correlations.  Three of the correlations resulted in flow rates within 2,200 BOPD to each other (Hagedorn & Brown, Duns & Ross and Orkiszewski), while the fourth (Beggs and Brill) was ~14,000 BOPD greater than the others; the Beggs and Brill case predicted an initial rate of ~73,000 BOPD.  The results of this analysis were used to determine the appropriate flow correlation for the base case; Gemini selected the Orkiszewski correlation.

Sensitivities to the flow path (annulus versus shoe failure) resulted in initial rate differences of over 16,000 BOPD, and the one high rate case which assumes all possible flow paths combined, generated a rate approximately 44,000 BOPD higher than the base case.

*Reservoir Modeling Team*
The reservoir Modeling Team developed Inflow Performance Relationship (IPR) curves for all cases submitted.  These curves represent the relationship between flow rate and flowing bottomhole pressure at a specific time in the reservoir's life, and reflect fluid and rock properties at that time.  The curves are designed to be used with outflow curves (tubing performance curves) to determine flow rate from the well.  Discussions with the Nodal Analysis Team indicated that IPR curves were required for day 28 and day 56 after the blowout.  These two curves were developed for each case and the data uploaded to the NOAA sftp site.

A preliminary statistical review of the results of the 39 cases submitted was conducted using Microsoft Excel.  This analysis shows the 10th percentile at 32,688 BOPD and the 90th percentile at 63,432 BOPD.

One caveat concerning the production data generated by the researchers is that the data do not necessarily reflect changing tubing, drill pipe, BOP or riser configurations developed by the Nodal Analysis Team; this was not a necessary component of this project.  The required output from this research was to generate data that could be used to develop inflow performance relationships for a variety of reservoir conditions.  This requirement was fulfilled by the research teams.

## 6. Conclusions

1.  Variations in reservoir properties such as rock compressibility and porosity, and OWC location, did not significantly affect initial production rate.  Production rate variations of less than 1,000 BOPD were reported for these sensitivities.

2.  Permeability uncertainties were shown to significantly affect production rate.  A low permeability sensitivity resulted in decreasing the reservoir's productivity index (PI, *BOPD/psi*) by 50 percent; a high permeability case resulted in doubling the reservoir's PI.

3.  Aquifer size variation had little impact on initial production rate; even after two years of production, significant variation between aquifer size cases was not observed.  At five years, however, an infinitely acting aquifer case was forecasted to produce at a rate 50% greater than a 6:1 aquifer case; after 10 years, six times greater.

4.  Different structural/stratigraphic interpretations impacting reservoir extent did not show a significant difference in initial flow rates.  After 6 months, however, the two cases (sheet sand versus channel/levee complex) begin to diverge significantly; the sheet sand case forecasted a production rate 17 percent higher than the channel/levee complex case.

5.  Four tubing flow correlations were tested in this study.  Three of the methods (Hagedorn & Brown, Duns & Ross and Orkiszewski) showed similar results; one method (Beggs and Brill) resulted in a 24 percent higher initial production rate.

6.  The variable with the greatest impact on flow rate from the Macondo well is the flow path.  An annular flow path resulted in approximately 16,000 BOPD higher initial production rate (+38 percent) than a tubing/drill pipe flow model.  When flow through all possible paths was considered, initial rate increased by 75 percent over the base case.

*Appendix F – Guthrie et al. 2010; Nodal Analysis Team Report*

*Guthrie, G., R. Pawar, C. Oldenburg, T. Weisgraber, G. Bromhal, and P. Gauglitz.  2010.  Nodal Analysis Estimates of Fluid Flow from the BP Macondo MC252 Well.  Nodal Team report to the Flow Rate Technical Group.*

*Note: This report was not previously released as a separate document.*

**Nodal Analysis Estimates of Fluid Flow from the BP Macondo MC252 Well**

Conducted for the Flow Rate Technical Group (FRTG)
of the National Incident Command

23 July 2010, R2

George Guthrie (NETL; nodal-team lead), Rajesh Pawar (LANL team lead),
Curt Oldenburg (LBNL team lead), Todd Weisgraber (LLNL team lead),
Grant Bromhal (NETL team lead), Phil Gauglitz (PNNL team lead)

***Flow-Estimation Teams:***

*LANL (Los Alamos National Laboratory):*  John Bernardin, David Dixon,
Rick Kapernick, Bruce Letellier, Brett Okhuysen, Rajesh Pawar, Robert Reid

*LBNL (Lawrence Berkeley National Laboratory):*  Curtis M. Oldenburg,
Barry M. Freifeld, Karsten Pruess, Lehua Pan, Stefan Finsterle, George J. Moridis,
Matthew T. Reagan

*LLNL (Lawrence Livermore National Laboratory):*  Todd H. Weisgraber,
Thomas A. Buscheck, Christopher M. Spadaccini, and Roger D. Aines

*NETL (National Energy Technology Laboratory):*  Brian Anderson, Grant Bromhal,
Robert Enick, George Guthrie, Roy Long, Shahab Mohaghegh, Bryan Morreale,
Neal Sams, Doug Wyatt

*PNNL (Pacific Northwest National Laboratory):*  P. A. Gauglitz, L. A. Mahoney,
J. A. Bamberger, J. Blanchard, J. Bontha, C. W. Enderlin, J. A. Fort, P. A. Meyer,
Y. Onishi, D. M. Pfund, D. R. Rector, M. L. Stewart, B. E. Wells, S. T. Yokuda

***Peer-Review Team:***

*ORNL (Oak Ridge National Laboratory):*  Charlotte Barbier, David Hetrick,
Sreekanth Pannala

***Statistical-Analysis Team:***

*NIST (National Institute of Standards and Technology):*  Antonio Possolo,
William Guthrie, Pedro Espina

*Nodal-Analysis Summary*

**Disclaimer:**

"This report was prepared as an account of work sponsored by an agency of the United States Government.  The report was based on data available at the time, and its conclusions may change as more information becomes available.  Neither the United States Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights.  Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof."

*Nodal-Analysis Summary*

**Table of Contents**

**1.0 Executive Summary** ................................................................................. **5**

**2.0 Background** ............................................................................................ **5**

**3.0 General Approach** ................................................................................ **7**
   3.1 Data ...................................................................................................... 7
   3.2 Computational Models ........................................................................... 8
   3.3 Time Periods with Different Flow Conditions ........................................ 9
   3.4 Conceptual Flow Models ...................................................................... 10

**4.0 Conclusions** ........................................................................................ **11**
   4.1 Flow Dynamics in Well ........................................................................ 11
   4.2 Choice of Conceptual Flow Model ....................................................... 12
   4.3 Consensus Flow Rates ........................................................................ 12
   4.4 Sensitivity Analysis for Key Parameters .............................................. 17
      4.4.1 Benchmark Case ........................................................................ 17
      4.4.2 Impact of Gas-Oil Ratio (GOR) .................................................. 19
      4.4.3 Impact of Blowout Preventer (BOP) ........................................... 19
      4.4.4 Impact of Bottom Hole Conditions ............................................. 19
      4.4.5 Impact of Roughness Parameter for Pipes ................................. 20
      4.4.6 Impact of Riser + drill pipe ......................................................... 20
   4.5 Assessment of Results from Reservoir Modeling Team ........................ 21

**5.0 Team Bios** ........................................................................................... **23**
   5.1 LANL—Los Alamos National Laboratory ............................................. 23
   5.2 LBNL—Lawrence Berkeley National Laboratory .................................. 23
   5.3 LLNL—Lawrence Livermore National Laboratory ................................ 24
   5.4 NETL—National Energy Technology Laboratory .................................. 25
   5.5 PNNL—Pacific Northwest National Laboratory ................................... 26

*Nodal-Analysis Summary*

**List of Figures**

Figure 1:   Schematic Diagram of the System Evaluated by the Nodal-Analysis Team.....6

Figure 2:   Inflow Performance Relationship at Simulation Day 15 ...................8

Figure 3:   Schematic Diagrams of Well-Flow Scenarios .................11

Figure 4:   Summary of NIST Results for Pooled Estimates of Flow .............16

Figure 5:   Inflow Performance Relationships from Reservoir Team Models ................21

**List of Tables**

Table 1:   Comparison of Simulations Conducted for Different Modeling Periods and Flow Conditions .................................................................10

Table 2:   Summary of Flow Estimates for Various Time Periods ..................13

Table 2a:  Summary of Flow Estimates for Time Periods 3 and 5. ..................14

Table 3:   Benchmarking Results .........................................18

Table 4:   Results for Sensitivity Analysis around Benchmark Case............18

Table 5:   Percent Change for Flow Rate Going from Low End of Parameter Range to High End of Range ......................................................18

*Nodal-Analysis Summary*

## 1.0  Executive Summary

The Nodal-Analysis Team estimated flow rate for various time periods based on modeling by five different DOE national labs, each using different approaches.

The estimated flow rates[1] for two key time periods were:

- 40,000–91,000 STB/day (95% confidence interval) with a corresponding best estimate of 65,000 STB/day for the time period following partial closure of the BOP but prior to capping of the drill pipe (25 April – 5 May)
- 35,000–106,000 STB/day (95% confidence interval) with a corresponding best estimate of 70,000 STB/day for the time period following cutting of the riser and drill pipe but prior to placement of the top hat (1–3 June)

These represent reconciled ranges based on independent estimates from multiple national labs using a statistical analysis by NIST.

The estimates for these time periods were also analyzed with respect to two end-member scenarios for flow in the wellbore, which resulted in a bimodal distribution of estimates.

The wide spectrum of approaches used to estimate flow exhibited good agreement on a benchmarking scenario (*e.g.*, with a standard deviation of ~6% on estimated rates).

The large range in the estimates of flow related primarily to uncertainty associated with the well failure mechanism and, hence, the flow scenario within the well.  Specifically, estimates were highly dependent on whether flow occurred primarily inside the casing or in the annular space outside the casing.

In addition, several uncertain and/or variable parameters were important in the estimation of flow, including bottom-hole pressure (which relates in part to flow in the reservoir), resistance in the blowout preventer, casing roughness, and gas-oil ratio.  The Nodal-Analysis Team flow estimates include considerations of these parameters.

## 2.0  Background

The Nodal-Analysis Team is part of the Flow Rate Technical Group (FRTG), which was asked to estimate the flow rates from the Deepwater Horizon MC-252 well.  The Nodal-Analysis Team was tasked with providing an estimate of flow rate by nodal analysis of the flow from the reservoir to the release points; another team (the Reservoir-Modeling Team, led by Minerals Management Service or MMS[2]) was tasked with estimating flow within the reservoir.

---

[1]   As with all estimates in this report, these estimates assume a constant reservoir pressure over time.

[2]   MMS has become Bureau of Ocean Energy Management or BOEM.

*Nodal-Analysis Summary*

The Department of Energy was asked by the FRTG to lead the Nodal-Analysis Team, so DOE's Assistant Secretary for Fossil Energy engaged a team of five DOE national labs that have been collaboratively addressing other fossil-energy challenges.  These labs are:

- LANL—Los Alamos National Laboratory

- LBNL—Lawrence Berkeley National Laboratory

- LLNL—Lawrence Livermore National Laboratory

- NETL—National Energy Technology Laboratory

- PNNL—Pacific Northwest National Laboratory

Experts at a sixth national lab (ORNL—Oak Ridge National Lab) were engaged to provide a peer-review of the work (as requested by the FRTG).  As the DOE-FE lab, NETL was asked to lead this multi-lab effort.  Statistics experts at the National Institute of Standards and Technology (NIST) provided an analysis of the pooled estimates for some time periods in order to arrive at a single estimate for each time period.



Figure 1:  Schematic diagram of the system evaluated by the Nodal-Analysis Team (based on well schematic details from BP as available on http://www.energy.gov/open/oilspilldata.htm).

Using five different but comparable methodologies, the Nodal-Analysis Team focused on an estimate of fluid flow (including oil flow) from the reservoir to the release point(s), based on pressure drops from the reservoir to the ocean floor that result from restriction

*Nodal-Analysis Summary*

to flow through the reservoir-well-BOP[3]-riser system (Fig. 1). As noted, the MMS-led Reservoir-Modeling Team conducted detailed analysis of the reservoir flow; these results were used to inform the Nodal-Analysis Team with respect to some details of reservoir processes. Specifically, the link between reservoir and well relates to the coupling of flow rates out of the reservoir as a function of bottom-hole pressure, which is in turn a function of flow conditions in the well. To address this coupling, reservoir flow was incorporated into each of the nodal-analysis models to varying degrees and using different approaches. In addition, predictions from the Nodal-Analysis Team were made for a wide range of bottom-hole pressures to allow flexibility in comparisons with anticipated Reservoir-Modeling Team results.

## 3.0  General Approach

The five DOE national labs comprising the Nodal-Analysis Team used a diverse set of approaches to predict fluid flow (including two-phase flow, as relevant) through the various parts of the system. Each lab engaged a diverse team of its scientists and engineers, resulting in five separate teams estimating the flow.

Detailed discussions occurred across the Nodal-Analysis Team with respect to conceptual descriptions of the system, data needs, computational approaches, etc., providing an element of inter-lab peer review. Each individual lab team estimated flow rates independently. After the individual lab teams had conducted their analyses, flow estimates were discussed across the Nodal-Analysis Team to develop the conclusions as outlined in this summary report.

### 3.1  Data

Data used in the estimates[4] included a set of proprietary reports provided by MMS:

- Reservoir data included pressure (P), temperature (T), depth range, permeability, and porosity. Data sources included a wellbore schematic prepared by BP (now publicly available; listing depths and T), a report prepared for BP by Weatherford Laboratories (listing permeability/porosity at various depths), a wire-line log (which included porosity and permeability as a function of depth), a report prepared for BP by Schlumberger (listing reservoir pressures and temperatures), and verbal communication from MMS (confirming reservoir pressure and temperature).

- Fluid data included chemical analysis and fluid properties of the produced hydrocarbon (including component hydrocarbon percentages, gas-to-oil ratio, density, viscosity, compressibility, Pressure-Volume-Temperature (PVT) relationships for reservoir fluids, API gravity, properties at reservoir conditions, bubble-point pressure). Data sources included reports prepared for BP by Schlumberger and Pencor. Each team developed its own method to describe fluid

---

[3]  BOP:  Blowout Preventer

[4]  Details of the data are discussed in confidential reports from each of the individual lab teams; these proprietary data are *not* described in detail in this Summary Report.

*Nodal-Analysis Summary*

properties throughout the system, consistent with the observed properties as reported.

- Well geometry data included the depths and sizes of casings and liners, cement zones, depths and sizes of drill pipe, T as a function of depth, and geometry of the BOP.  The primary data source was a schematic prepare by BP (now publicly available).

- BOP data included a report on pressure measurements made at various points in the BOP on 25 May 2010.[5]  This information was used to establish potential pressure drops associated with the BOP at one-point-in-time for a given set of conditions.

### 3.2  Computational Models

All five approaches accounted for the physics of two-phase fluid flow (as necessary).

Three of the five approaches (LANL, LLNL, and NETL) utilized models of the well system that accounted for reservoir coupling through the relationship between bottom-hole pressure and flow rate (Inflow Performance Relationship, or IPR).  A preliminary IPR was calculated by NETL (Fig. 2) based on a black-oil model and a 17-layer reservoir model using site characteristics from a wire-line log.  Two of the five approaches (LBNL and PNNL) utilized a coupled reservoir–well model.



Figure 2:  Inflow Performance Relationship at simulation day 15 calculated for the Deepwater Horizon site based on a black-oil simulator and a 17-layer reservoir model built in CMG.  Skin factor is a parameter used to account for resistance between the reservoir and the well, usually associated with damage at the interface.  A skin of 0 corresponds to no damage, whereas a skin of 15 corresponds to extremely high damage.  A skin of 3 would be a commonly expected value.

---

[5]   As reported on http://www.energy.gov/open/oilspilldata.htm.

*Nodal-Analysis Summary*

A summary of the different approaches follows:

- LANL—a parametric engineering model to predict volumetric two-phase flow rates of oil and gas through both known and postulated restrictions in the wellbore system and associated pressure losses; flow estimates were calculated as a function of bottom-hole-pressure; oil properties were described following Dindoruk & Christman (2004) along with data from Schlumberger for the Macondo MC 252 well; gas properties were described following Peng-Robinson (1972) and Jossi et al. (1962).[6]

- LBNL—a coupled wellbore-reservoir flow model based on the Drift-Flux Model and modified to handle oil-gas systems and to handle uncertainty quantification and sensitivity analysis

- LLNL—a two-phase flow model based on BP oil property data for flow within the well system, including the effects of heat transfer to the surrounding rock, and reported pressure drops across the BOP; flow estimates were calculated as a function of bottom-hole pressure

- NETL—a parametric facility model (including well, BOP, riser, and drill pipe) developed using Pipesim™ and tied to the reservoir through an IPR curve to describe the behavior of flow in the reservoir (*i.e.*, flow estimates were calculated as a function of bottom-hole pressure)

- PNNL—a coupled reservoir-well model to estimate the frictional pressure drop(s) within the wellbore system using the revised Beggs and Brill two-phase flow model, given an assumed stock oil production rate; oil properties were described following Standing's correlation for bubble point, Glaso for dead oil, Begg-Robinson and Vasquez-Beggs for saturated oil; gas properties were described following Dranchuk and Abu-Kassem for compressibility and density and the Lee-Gonzalez-Eakins method for viscosity.

## 3.3  Time Periods with Different Flow Conditions

The well has experienced different flow conditions over several time periods that were considered by the various teams (Table 1).  In addition, some simulations were done by each team for a hypothetical situation representing no BOP (i.e., no ΔP across the BOP).

---

[6] See Appendix for references:  *Report on Estimation of Oil Flow Rate from British Petroleum (BP) Oil Company's Macondo Well* prepared by Los Alamos National Laboratory.

*Nodal-Analysis Summary*

| **Table 1:** | Comparison of Simulations Conducted for Different Modeling Periods/Flow Conditions | | | | | | |
|---|---|---|---|---|---|---|---|
| *Time Period* | *Description* | *Dates* | *LANL* | *LBNL* | *LLNL* | *NETL* | *PNNL* |
| 1 | After explosion prior to rig collapse | 20 Apr–22 Apr | X | | | | |
| 2 | Post rig collapse but prior to partial closure of BOP | 22 Apr–25 Apr | X | | | | |
| 3 | Post partial closure of BOP but prior to capping of drill pipe | 25 Apr–05 May | X | | X | X | |
| 4 | Post capping of drill pipe but prior to cutting of riser | 05 May–01 Jun | X | | | X | |
| 5 | Post cutting of riser but prior to placing top hat | 01 Jun–03 Jun | X | X | X | X | X |
| 6 | Post cutting of riser with top hat in place | 03 Jun– | | | | X | |

## 3.4  Conceptual Flow Models

The Nodal-Analysis Team assumed that the well was not originally open to flow from the reservoir (based on reports that it had not been perforated). Hence, uncertainty exists as to the mechanism by which hydrocarbon fluids enter the well system. Based on expert opinion, we considered various plausible flow scenarios that could represent flow paths of fluids exiting the riser after entering the well-BOP-riser system either through: (a) the wellhead seal assembly at the top of the well, (b) the 7" casing at the bottom of the well, or (c) the 9-7/8" casing along the well. These scenarios result in two end-member flow conditions: (1) dominantly annular flow outside of the completion casing (Fig. 3a) or (2) dominantly pipe flow inside the completion casing (Fig. 3b). We also considered an intermediate scenario where flow initiates in the annular region and then enters the completion casing at a point along the well (Fig. 3c). Some of the teams simulated all three well-flow scenarios; some teams simulated one of the scenarios.

Flow conditions within the BOP were not modeled in detail. Instead, the effect of restrictions in the BOP was modeled either as a uniform pressure drop across the BOP or as a very small diameter pipe. Pressure measurements reported for the BOP on 25 May 2010 provided a baseline for the $\Delta P$ at one point in time. However, due to the potential for variation in the BOP pressure drop over time, teams assessed flow over a range in BOP pressure drop.



Figure 3a: Schematic diagram of well flow for Scenario 1. Flow initiates in the annular space between liner and casing, flowing through a breach at the top (in the seal assembly) into BOP and then riser; depending on flow restrictions in BOP, some flow may re-enter the casing to flow down to enter the drill pipe.



Figure 3b: Schematic diagram of well flow for Scenario 2. Flow initiates in a breach of the 7" casing, flowing up the casing. Some flow enters drill pipe, some continues up the casing to BOP.



Figure 3c: Schematic diagram of well flow for Scenario 3. Flow initiates in the annular space between liner and casing, entering a breach in 9-7/8" casing and continuing to flow upward inside the casing. Some flow enters drill pipe, some continues up the casing to BOP.

## 4.0 Conclusions

### 4.1 Flow Dynamics in Well

All models predicted two-phase flow in the upper portion of the well, which is consistent with reported bubble point pressures for the reservoir hydrocarbon and with the reported pressure of 4400 psi measured at the bottom of the BOP on 25 May 2010.[7] Determining and accounting for the vertical distribution of single phase and two-phase flow was important to estimating the flow rates.

---

[7] See "Pressure Data Within BOP" at http://www.energy.gov/open/oilspilldata.htm (filename: "4.2_Item_1_BOP_Pressures_07_Jun_1200_Read_Only.xls")

11

*Nodal-Analysis Summary*

*4.2 Choice of Conceptual Flow Model*

Teams that compared scenarios found that flow scenario 2 (Fig. 3b) resulted in the highest flow rate by a factor of 1.5–2 over flow scenarios 1 or 3. Additionally, scenarios 1 & 3 produced roughly the same flow estimates.

*4.3 Consensus Flow Rates*

To develop a consensus flow rate, the Nodal-Analysis Team recognized the variety of potential flow scenarios and time periods, as well as the variety of estimation approaches used by the individual lab teams. This variability precluded the development of a consensus flow rate based simply on comparison of predicted ranges reported by each team. Instead, a set of Nodal-Analysis Team flow rates was developed based on considerations discussed below. In addition, the Nodal-Analysis Team engaged statistical experts at the National Institute of Standards and Technology (NIST) to assist in developing a set of flow rates consistent with the various estimation results from each lab team for time periods where multiple teams made estimates of flow.

The Nodal-Analysis Team concluded that two primary factors should be considered in assessment of flow rates: choice of time period (Table 1) and choice of flow model within the well (Figs. 3a–3c):

- The Nodal-Analysis Team concluded that flow rates for the different time periods would likely differ due to fundamental differences in the flow characteristics of the system. Consequently, flow rates should be considered specifically for each time period. Time period 5 (post cutting of the riser and prior to installation of the top hat) was the only time period for which all teams assessed rates. Consequently, this time period was initially used for comparing the various estimation approaches. In addition, it was concluded that estimates of flow rates for other time periods would be determined using estimates from subsets of the Nodal-Analysis Team (as available).

- With respect to choice of flow pathway, the Nodal-Analysis Team had little basis upon which to evaluate whether any one of the three flow scenarios considered were most likely. However, the clear difference in rates between scenario 2 and scenarios 1 & 3 was used as a consensus observation by the Nodal-Analysis Team to exploit in developing the definition for a consensus rate. Specifically, it was agreed that an estimate for the lower bound of flow rate should be based on the lower bound for scenarios 1 and/or 3, whereas an estimate for the upper bound of flow rate should be based on of the upper bound for scenario 2.

In addition, the Nodal-Analysis Team chose to determine these lower and upper bounds using an expert-elicitation process, whereby each team would be treated as a separate expert group and report its estimated rates using the following guidance:

- A lower bound should represent the 5th percentile level, whereas an upper bound should represent the 95th percentile level. In cases where no Monte Carlo analysis was done, these values were based on expert judgment within the individual lab team on rates corresponding to conditions consistent with a 90% confidence

*Nodal-Analysis Summary*

interval.  Individual lab teams then reported low and high values independently, and these were then analyzed in composite to arrive at a consensus range of rates for the 90% confidence interval.

Table 2 shows the results of this composite analysis.

| **Table 2:** | Summary of (composite) flow estimates[**] for various time periods (Table 1). | | |
|---|---|---|---|
| | | *Low Estimate* | *High Estimate* | *Assumptions* |

| | | *Low Estimate* | *High Estimate* | *Assumptions* |
|---|---|---|---|---|
| *Time Period 1* | LANL | *55,000* | 112,000 | Low estimate is lowest value of 5th percentiles for scenarios 1 & 3; high estimate is 95th percentile value for scenario 2 |
| *Time Period 2* | LANL | 49,000 | 100,000 | Low estimate is lowest value of 5th percentiles for scenarios 1 & 3; high estimate is 95th percentile value for scenario 2 |
| *Time Period 3* | LANL | 42,000 | 90,000 | Low estimate is lowest value of 5th percentiles for scenarios 1 & 3; high estimate is 95th percentile value for scenario 2 |
| | LLNL | 45,000 | 83,000 | assuming low/high values of skin (0/15) and roughness (dimensionless roughness = 0.0002/0.002) |
| | NETL | 45,000 | 87,000 | 5th and 95th percentile using populations derived from extensive parametric study |
| *Time Period 4* | LANL | 39,000 | 81,000 | Low estimate is lowest value of 5th percentiles for scenarios 1 & 3; high estimate is 95th percentile value for scenario 2 |
| | NETL | (N/A) | 80,000 | 95th percentile using population derived from extensive parametric study |
| *Time Period 5* | LANL | 46,000 | 96,000 | Low estimate is lowest value of 5th percentiles for scenarios 1 & 3; high estimate is 95th percentile value for scenario 2 |
| | LBNL | (N/A) | 120,000 | based on 500 M-C simulations of the system with well screened across entire thickness of the reservoir and no BOP pressure losses |
| | LLNL | 46,000 | 85,000 | assuming low/high values for skin (0/15) and roughness (dimensionless roughness = 0.0002/0.002) |
| | NETL | 45,000 | 100,000 | 5th and 95th percentile using populations derived from extensive parametric study |
| | PNNL | 30,000 | 110,000 | based on expert opinion:  using lower values than median calculation for scenario 3; estimating higher possible flows from plausible ranges of input parameters for scenario 2 |

[**]   Results are presented to two significant figures.

Case 2:10-md-02179-CJB-DPC   Document 8587-4   Filed 02/15/13   Page 61 of 75



*Nodal-Analysis Summary*

**Table 2a:** Summary of flow estimates[**] for time periods 3 and 5.

| | | Scenarios 1/3 | | Scenario 2 | | Assumptions |
| | | Low Estimate | High Estimate | Low Estimate | High Estimate | |
|---|---|---|---|---|---|---|
| **Time Period 3** | LANL | 42,000 | 54,000 | 67,000 | 90,000 | Low/high estimates are lowest/highest value of 5th/95th percentiles for scenarios 1 & 3 and for scenario 2 |
| | LLNL | 45,000 | 55,000 | 64,000 | 83,000 | Low/high estimates assume high/low values for skin (15/0) and roughness (0.002/0.0002 inches) |
| | NETL | 46,000 | 63,000 | 61,000 | 86,000 | Low/high estimates are lowest/highest value of 5th/95th percentiles for scenarios 1 & 3 and for scenario 2; slight variations from numbers in Table 2 reflect updated calculations based on new information from MMS |
| **Time Period 5** | LANL | 46,000 | 56,000 | 73,000 | 96,000 | Low/high estimates are lowest/highest value of 5th/95th percentiles for scenarios 1 & 3 and for scenario 2 |
| | LBNL | (N/A) | (N/A) | 90,000 | 118,000 | Based on 37-m open borehole |
| | LLNL | 46,000 | 56,000 | 66,000 | 85,000 | Low/high estimates assume high/low values for skin (15/0) and roughness (0.002/0.0002 inches) |
| | NETL | 45,000 | 64,000 | 62,000 | 96,000 | Assuming min/max values for cases examined corresponded to $P_{01}/P_{99}$ values of a Gaussian distribution; standard deviation was based on a standard normal table, with mean taken as average of $P_{01}/P_{99}$ (symmetric) and where $P_{01}/P_{99}$ correspond to a Z-value of 2.33 (Freund, 1992, Mathematical Statistics) |
| | PNNL | 30,000 | 55,000 | 44,000 | 110,000 | Low for scenarios 1/3 is reduction in lowest case by 20% to account for uncertainty; low for scenario 2 is low permeability/high psi pressure loss case with 2000 psi breach pressure loss (which was judged to be sufficiently conservative that no further reduction was made for uncertainty in other parameters); high values represent a 30% increase in high permeability/high BOP pressure loss case to account for potential lower BOP losses, tendency of the model to underpredict flow rate, and uncertainty in GOR |

[**] Results are presented to two significant figures.

*Nodal-Analysis Summary*

For those time periods where multiple lab estimates were made (time periods 3 and 5), NIST developed a single, reconciled estimate using a statistical procedure for pooling results from multiple assessments.  Using this procedure, NIST calculated the following:

- 40,000–91,000 STB/day has a 95% probability of including the true value of the flow rate for time period 3, with a corresponding best estimate of 65,000 STB/day

- 35,000–106,000 STB/day has a 95% probability of including the true value of the flow rate for time period 5, with a corresponding best estimate of 70,000 STB/day

An additional analysis was done to break out the estimates for time periods 3 and 5 into separate estimates for scenarios 1/3 and scenario 2 (Table 2a), thus providing more granularity to the estimates.  This breakout was based on the recognition that these scenarios represent end-member cases reflecting flow that is dominantly in the annular space between the completion casing and the outer casing (blue in Fig. 3) or flow that is dominantly inside the completion casing.  These end-member scenarios resulted in two distinct distributions in flow estimates.  Using the same procedure described above, NIST calculated the following (Figs. 4ab):

- 42,000–62,000 STB/day has a 95% probability of including the true value of the flow rate for scenarios 1/3, time period 3, with a corresponding best estimate of 51,000 STB/day

- 61,000–90,000 STB/day has a 95% probability of including the true value of the flow rate for scenario 2, time period 3, with a corresponding best estimate of 75,000 STB/day

- 33,000–62,000 STB/day has a 95% probability of including the true value of the flow rate for scenarios 1/3, time period 5, with a corresponding best estimate of 50,000 STB/day

- 53,000–120,000 STB/day has a 95% probability of including the true value of the flow rate for scenario 2, time period 5, with a corresponding best estimate of 84,000 STB/day

15

*Nodal-Analysis Summary*



Figure 4a:  Summary of NIST results for pooled estimates of flow for end-member cases (scenarios 1/3 and scenario 2) for time period 3.



Figure 4b:  Summary of NIST results for pooled estimates of flow for end-member cases (scenarios 1/3 and scenario 2) for time period 5.

*Nodal-Analysis Summary*

*4.4  Sensitivity Analysis for Key Parameters*

*4.4.1     Benchmark Case*

One scenario was chosen as a standard for comparing the independent modeling approaches.  It was not selected to indicate any conclusion or consensus by the Nodal-Analysis Team that these particular conditions and resulting flow rates were more or less likely than any other.  Rather, a set of conditions common to existing calculations by one of the teams (PNNL) were chosen for calculations by three of the other teams in order to provide a set of calculations for comparison.  For the benchmarking runs, key variables were set to values consistent with the site; these included:  API gravity, specific gravity of gas, ocean pressure and temperature (at the release point), reservoir temperature, bubble point, gas-oil ratio, bottom-hole pressure, pipe roughness, and pressure drop (ΔP) across the blowout preventer.

Further, a sensitivity analysis for critical uncertain and/or variable parameters (gas-oil ratio or GOR, BOP pressure drop, BHP,[8] and roughness) was conducted by each of the teams using a distribution of values around those used in the initial benchmarking case.  Distributions used in the sensitivity analysis were determined by Nodal-Analysis Team based on expert judgment and available data on MC252.  Although some labs conducted sensitivity analyses as part of their initial detailed investigations, these analyses investigated a variety of flow conditions and/or ranges in parameters (in some cases, large ranges whereas in other cases smaller ranges).  This variability precluded an integrated sensitivity assessment by the Nodal-Analysis Team based, so this additional sensitivity analysis was undertaken.

Four of the five labs[9] performed simulations at or near the benchmark case conditions.  The results from the benchmarking study are shown in Table 3.  Model predictions agreed very well for this case, with a standard deviation of ~6%.  The lab reporting the highest estimate used slightly different input values, one of which (GOR) would have biased their results upward (as based on the sensitivity analysis described below).

---

[8] BHP=Bottom hole pressure (in the well)

[9] LBNL was unable to participate in this set of benchmarking simulations or in the associated sensitivity analysis, although LBNL (as well as each of the lab teams) performed an independent uncertainty and sensitivity analysis.

*Nodal-Analysis Summary*

**Table 3:** Benchmarking results[**]

| | *Oil Flow Rates for Benchmark Case (STB/day)* |
|---|---|
| LANL | 73,000 |
| LLNL[*] | 75,000 |
| NETL | 70,000 |
| PNNL | 65,000 |
| | |
| Mean | 71,000 |
| σ | 4,300 |
| σ/Mean | 6% |

[*]   LLNL results correspond to values for some of the fluid properties that are comparable to those used by the other teams but differ slightly

[**]   Results are presented to two significant figures

**Table 4:** Results[**] for sensitivity analysis around benchmark case. Values are in STB/day. "Low" and "High" correspond to the values determined using the low and high value of the parameter investigated (respectively), as defined in Table 3.

| Parameter | LANL | | LLNL[*] | | NETL | | PNNL | |
|---|---|---|---|---|---|---|---|---|
| | *Low* | *High* | *Low* | *High* | *Low* | *High* | *Low* | *High* |
| GOR | 80,000 | 72,000 | n/a | n/a | 78,000 | 69,000 | 73,000 | 65,000 |
| BOP | 84,000 | 69,000 | 86,000 | 71,000 | 82,000 | 66,000 | 76,000 | 61,000 |
| BHP | 50,000 | 88,000 | 61,000 | 86,000 | 49,000 | 85,000 | 40,000 | 81,000 |
| Roughness | 77,000 | 72,000 | 79,000 | 75,000 | 74,000 | 69,000 | 69,000 | 64,000 |

[*]   GOR was not varied. All other parameters were as listed in Table 4 footnote.

[**]   Results are presented to two significant figures.

**Table 5:** Percent change for flow rate going from low end of parameter range to high end of range.

| Parameter (range) | LANL | LLNL | NETL | PNNL |
|---|---|---|---|---|
| GOR (2300–3150 scf/STBO) | 10% | n/a | 11% | 11% |
| BOP (1000–2500 ΔP, psi) | 17% | 17% | 19% | 20% |
| BHP (8500–11500, psi) | −77% | −40% | −73% | −103% |
| Roughness (0.001–0.002 inches) | 6% | 5% | 6% | 7% |

*Nodal-Analysis Summary*

Table 4 shows the results of a sensitivity analysis performed around the benchmark case for the four critical parameters. "Low" and "High" values denote flow rates that correspond to the minimum and maximum values of the ranges for the varied parameters (not the minimum and maximum flow rates themselves). Table 5 shows the percent change in the flow rates for the high value of the parameter relative to the low value. Conclusions drawn from the values in Tables 4 and 5 are only strictly valid for the range of parameters.

### 4.4.2    Impact of Gas-Oil Ratio (GOR)

All teams found that changing the GOR had a noticeable impact on the flow rate estimate. Higher GOR produced lower flow estimates. For the range of GOR studied in the sensitivity analysis, the flow rates for each model only varied by 10–11% (Table 5), suggesting only a moderate impact on the flow rate estimates for that range. In contrast, LBNL (in its separate sensitivity analysis) found that GOR was the second most important variable in determining flow rate, albeit LBNL's analysis spanned a much larger range (1000–3017 scf/STBO).

### 4.4.3    Impact of Blowout Preventer (BOP)

All teams found the resistance (or the resulting ΔP) across the BOP impacted flow rate. Higher resistance in (or ΔP across) the BOP produced lower flow estimates. For the range of pressure drops studied in Table 3, the flow rates for each model varied by 17–20% from lowest to highest, suggesting that the pressure drop across the BOP has a fairly substantial effect on the flow rate estimates for the range of values used. The relatively high sensitivity to BOP partly reflects the broad range over which BOP pressure drop was varied in the sensitivity study (given that it was one of the most uncertain parameters). One model (LBNL) predicted a relatively low sensitivity to BOP over this range (albeit not at the exact conditions of the benchmarking case). LBNL concluded that the reason for this lack of sensitivity to BOP pressure under two-phase conditions is the phase interference caused by gas. Specifically, as the pressure at the bottom of the BOP decreases (less constriction), the ΔP from reservoir to seafloor increases, which should increase oil flow rate, but at the same time more gas exsolves, which inhibits oil flow.

### 4.4.4    Impact of Bottom Hole Conditions

All teams determined that the bottom-hole conditions had a significant impact on the estimates of oil flow rate. In the flow estimation, each team varied these conditions in different ways, either through reservoir pressure, permeability, skin factor, length of open interval (effective screen), or directly through bottom-hole pressure (BHP). In the sensitivity study, bottom-hole pressure was used. Higher BHP produced lower flow estimates. Of the four variables studied in the sensitivity analysis, BHP clearly has the greatest effect on the results. This finding underscores the importance of accurately capturing reservoir conditions in the nodal analysis results.

The importance of bottom-hole flow conditions was also found by LBNL in its separate sensitivity analysis using a different set of parameter ranges and a coupled wellbore-

19

*Nodal-Analysis Summary*

reservoir model.  In LBNL's assessment reservoir permeability (as a controlling factor in bottom-hole flow conditions) was the most important parameter in estimating flow rate for scenario 2.

### 4.4.5    Impact of Roughness Parameter for Pipes

All teams found that the value for roughness used to account for frictional pressure loss along the well had an impact on estimates of flow rate.  Higher roughness produced lower flow estimates.  In the calculations used to estimate flow as reported in Table 2, slight variations were used in the simulations by each team:

- LANL—simulations used a roughness of 0.00138 inches; to assess impact on flow rate, simulations using a roughness of 0 showed an increase in flow rate of ~20% for scenarios 1 & 3 and ~25% for scenario 2

- LBNL—simulations used a roughness of 4.5e–5 m (0.00177 inches)

- LLNL—simulations used a dimensionless roughness of 2e–4 in the well, drill pipe, and riser; simulations using a roughness of 0 indicated an increase in flow of ~20%; for the well, 2e–4 corresponds to roughnesses of 0.001219 inches for an ID of 6.094" (7" casing) and 0.001725 inches for an ID of 8.625" (9-7/8" casing)

- NETL—simulations used a roughness of 0.001 inches

- PNNL—simulations used a roughness of 0.0018 inches in the drill-pipe and casing; for the annular region in the lowest section of scenario 3 (from the entry point to the bottom of the 9-7/8" liner at ~17,168'), roughness was a weighted average of steel (0.0018 inches) and concrete (0.12 inches) to account for exposed rock along the outer wall of the well.

In the sensitivity analysis, the range of values assessed spanned the range used by the teams in the flow estimation; over this range, the effect of roughness was 5–7% on the flow estimates.

### 4.4.6    Impact of Riser + Drill Pipe

With respect to components of the system downstream of the BOP (*e.g.*, bent riser and drill pipe assembly), the most significant assumptions related to the nature of the kink in either the riser or the drill pipe.  The Nodal-Analysis Team addressed this by reducing the effective cross-sectional area in the two flow paths at the point of the kink.

Although this factor was not specifically considered in the sensitivity analysis around the benchmarking case, a qualitative assessment based on the team results in the flow estimation suggested that the pressure drop was generally small across the kink in the riser, and across the riser in general.  However, the pressure drop due to the kink in the drill pipe was more significant if a substantial restriction were assumed (i.e., a restriction ≥90%).  Nevertheless, the overall pressure drop summed over the riser and drill pipe assembly was relatively minor, as can be assessed by comparing flow estimates for time period 5 (post cutting of the riser and drill pipe) with time periods 3 and 4 (Table 2).

*Nodal-Analysis Summary*

*4.5  Assessment of Results from Reservoir Modeling Team*

Results from the Reservoir Modeling Team included a range of IPR curves representing different conditions (Fig. 5).



Figure 5:   Inflow Performance Relationships (IPRs) from the Reservoir Team models. Gemini=Gemini Solutions; Kelkar=Kelkar and Associates; Hughes=R.G. Hughes and Associates. Pwf=Pressure while flowing.

The IPRs from the Reservoir Modeling Team fell into four general groups:

1.  A group of curves that include Gemini-3, -5, -18, and -19.  These used a base-case permeability for the reservoir.

2.  An upper curve corresponding to the Gemini-21 IPR, which used a permeability twice that used in the base case.

3.  A group of curves that include Gemini-20 as well as Kelkar IPRs for cases 6–10 and the two Hughes IPRs.  For the Gemini and Kelkar IPRs, this group corresponded to a permeability roughly 40% lower than the Gemini base cases. For the Hughes IPR, this corresponded to an oil-wet system but using absolute permeability values comparable to the Gemini base case.

4.  The lowest group of IPR curves that include the Kelkar IPRs for cases 1–5 using Kelkar's base case permeability values, which were roughly 65% lower than those in group 3 or ~25% lower than the Gemini base case values (group 1).

In general, several observations can be made in comparing the Reservoir Modeling Team IPRs with the NETL developed IPRs used by the Nodal Analysis Team (Fig. 2):

*Nodal-Analysis Summary*

- The Gemini 21 curve was comparable to the NETL IPR for skin 0.  This Gemini curve corresponded to an upper end for reservoir permeability (slightly higher than that used by the NETL model[10]) and an infinitely behaving reservoir (*i.e.*, the maximum anticipated case for reservoir flow).  Based on this, the Nodal Analysis Team concluded that <u>the results from the Reservoir Analysis Team do not significantly impact the nodal estimates of the high end of the flow rate ranges.</u>

- The Reservoir Modeling Team results demonstrate that reservoir permeability has a major impact on estimates of flow rate, <u>confirming the LBNL sensitivity analysis using a coupled reservoir-well model that found permeability to be one of the two most important controls on flow rate.</u>

- The primary factors driving the groups of IPR curves from the Reservoir Modeling Team related either to (a) assumptions of lower absolute permeability in the reservoir or (b) assumptions consistent with an oil-wet system (as opposed to a water-wet system).  Assumptions by the Nodal Analysis Team were based on measured properties reported for one core from the reservoir (i.e., the assumptions used were consistent with information available to the team).    However, <u>incorporation of the full range of properties explored by the Reservoir Modeling Team would decrease the lower estimates of flow based on nodal analysis.</u>

- Several of the other Gemini curves (e.g., 3, 5, 18, 19) assessed reservoir boundary effects.  These IPRs showed only a slight depression for smallest reservoir size considered by Gemini (based on detailed reservoir information).  <u>These Reservoir Modeling Team results suggest that the Nodal-Modeling-Team assumption of an infinitely acting reservoir was reasonable and relaxing that assumption would not have a big impact on estimates of rate.</u>

---

[10]  Specifically, the product of absolute permeability and net-pay-zone thickness for the NETL IPR was only a factor of ~1.5 larger than this product for the Gemini-21 IPR.  The NETL IPR was based on air permeability measurements as reported by a core analysis provided by MMS and assuming they represented midpoints of flow units along the core; the Gemini IPRs used three different permeabilities taken from within the range of reported air permeability measurements and applied these to the net pay zone thickness as determined by MMS.  The relative permeability curves for oil were comparable between the NETL and Gemini cases.

*Nodal-Analysis Summary*

## 5.0  Flow-Estimate-Team Bios

*5.1  LANL—Los Alamos National Laboratory*

Dr. Rajesh Pawar is a Senior Project Leader in the Earth & Environmental Sciences Division at Los Alamos National Laboratory. His research interests are in the area of sub-surface fluid flow simulations as applied to oil & gas reservoir simulations, $CO_2$ sequestration, and enhanced oil recovery.

Dr. John Bernardin is a Scientist in the Mechanical and Thermal Engineering Group in the Applied Engineering and Technology Division at Los Alamos National Laboratory. He has a Ph.D. in Mechanical Engineering from Purdue University. His Ph.D. thesis is in the area of boiling heat transfer and two-phase flow. During his 14 years at LANL he has specialized in heat transfer and fluid mechanics including both experimental techniques and numerical modeling. He has over 60 peer-reviewed publications on various topics within the field of Mechanical Engineering. He is currently an Adjunct Professor at the University of New Mexico – Los Alamos and also President of Engineering & Technology Instruction, LLC.

Mr. Richard Kapernick is a Scientist in the Nuclear Design and Risk Analysis Group at Los Alamos National Laboratory. He has worked on the thermal-hydraulic design of nuclear reactors since 1968 at General Atomics and more recently at LANL.  For 20 years, he was the manager of a reactor thermal-hydraulic design group, a reactor internals group and for core startup at the Fort St. Vrain reactor.  At LANL, he has worked primarily on designs for small fast reactors for space and terrestrial applications.

Dr. Bruce Letellier is a Scientist in the Nuclear Design and Risk Analysis Group at Los Alamos National Laboratory. He has a Ph.D. in Nuclear Engineering from Kansas State University. He has performed accident-phenomenology and health-consequence modeling for facility and weapon safety studies, and most recently PAR of geologic CO2 sequestration. His past work has included interior- and atmospheric-transport modeling of aerosols and gases.

Dr. Robert Reid joined the technical staff at Los Alamos National Laboratory in 1986. Over his career he has work in areas such as convective two phase boiling enhancement, high temperature high pipes, thermoacoustic refrigeration, and fission reactor thermal hydraulic design for deep space missions. He received a Ph.D. in Mechanical Engineering from Georgia Tech and is a licensed professional engineer.

*5.2  LBNL—Lawrence Berkeley National Laboratory*

Dr. Curtis M. Oldenburg is a Staff Scientist and Program Lead for LBNL's Geologic Carbon Sequestration Program.  Dr. Oldenburg received his PhD in geology from U.C. Santa Barbara in 1989, and has been working at LBNL since 1990.  His area of expertise is numerical model development and applications for coupled subsurface flow and transport processes.  He has worked in geothermal reservoir modeling, vadose zone hydrology, contaminant hydrology, and for the last ten years in geologic carbon sequestration.   Dr. Oldenburg contributes to the development of the TOUGH codes.

Dr. Barry Freifeld is a Mechanical Engineer at the Lawrence Berkeley National Laboratory, where he is the principal investigator for numerous projects relating to $CO_2$ sequestration and arctic hydrology.  He is an expert in the development of well-based monitoring instrumentation

*Nodal-Analysis Summary*

and techniques.  His recent innovations include the U-tube geochemical sampling methodology, as well as thermal perturbation fiber-optic monitoring techniques for understanding subsurface processes.  He has also received a U.S. patent for a portable whole-core x-ray computed tomography imaging system used at continental drill sites and on drilling vessels.

Dr. Karsten Pruess is a Senior Scientist at LBNL.  He has conducted research in multiphase, non-isothermal, and chemically reactive flows in porous media, including mathematical modeling, analysis of field data, and laboratory experiments.  His interests include geothermal energy recovery, nuclear waste isolation, oil and gas recovery and storage, environmental remediation, and geologic storage of carbon.  He is the chief developer of the TOUGH family of general purpose simulation codes.

Dr. Lehua Pan has been working at LBNL since 1997 and is an expert in computer modeling of Earth systems and processes.  Dr. Pan's research interests are in the area of new approaches to modeling fluid flow and transport in saturated and unsaturated soils, and porous and fractured media.  Dr. Pan develops software to incorporate new approaches in subsurface modeling using cutting-edge IT techniques.

Dr. Stefan Finsterle is a Staff Scientist with research interests in inverse modeling of nonisosthermal multiphase flow systems; fracture and unsaturated zone hydrology; hydrogeophysics; test design and data analysis; optimization; error and uncertainty analysis; and geostatistics.  He is currently the Platform and Integrated Toolsets Deputy for Advanced Simulation Capability for Environmental Management (ASCEM) and is the main developer of the iTOUGH2 nonisothermal multiphase inverse modeling code.

Dr. George J. Moridis is a Staff Scientist at LBNL and is the Deputy Program Lead for Energy Resources and is in charge of the LBNL research programs on (a) hydrates and (b) tight gas, and (c) leads the development of the new generation of LBNL codes for the simulation of flow and transport in the subsurface.  He is the author and co-author of over 45 papers in peer-reviewed journals, of over 145 LBNL reports and book articles, and of three patents.  He is a SPE Distinguished Lecturer for the 2009-2010 period.

Dr. Matthew T. Reagan is a Geological Research Scientist with research focus on the thermodynamics, transport, and chemistry of aqueous systems in the subsurface, including research on the thermodynamics of gas hydrates, gas production from methane hydrate systems, the coupling of methane hydrates and global climate, carbon sequestration via subsurface $CO_2$ injection, data reduction and uncertainty quantification using statistical methods, and "tight gas" simulation and engineering. Built and maintain online tools for physical property estimation and numerical simulation.

## 5.3  LLNL—Lawrence Livermore National Laboratory

Dr. Todd Weisgraber is a staff engineer in the Center for Micro and Nano Technology at Lawrence Livermore National Laboratory. His research interests in computational physics span a variety of application disciplines, including underground coal gasification, rheology, polymer physics, and microfluidic systems.

Dr. Thomas Buscheck is the Group Leader of Geochemical, Hydrological, and Environmental Sciences in the Atmospheric, Earth, and Energy Division at Lawrence Livermore National Laboratory (LLNL).  His research involves scientific/engineering model analyses of nonisothermal reactive flow and transport phenomena in fractured porous media, applied across a

*Nodal-Analysis Summary*

range of energy and environmental challenges, including underground coal gasification, geologic $CO_2$ storage, enhanced geothermal energy systems, and radioactive waste management.

Dr. Christopher Spadaccini is a member of the technical staff in the Engineering Directorate and the Center for Micro and Nano Technology at Lawrence Livermore National Laboratory. His primary research interests are thermal and fluid aspects of microsystems and porous media, microsensors for detection applications, and advanced transport phenomena.

Dr. Roger Aines leads LLNL's Carbon Fuel Cycle Program, which takes an integrated view of the energy, climate, and environmental aspects of carbon-based fuel production and use. It supports DOE projects in sequestration technology development for capture, and underground coal gasification.

## 5.4 NETL—National Energy Technology Laboratory

Brian J. Anderson has served as the Energy Resources Thrust Area Leader of the NETL Institute for Advanced Energy Solutions. He is the Verl Purdy Faculty Fellow and an Assistant Professor in the Department of Chemical Engineering at West Virginia University. He holds Masters and PhD degrees in Chemical Engineering from the Massachusetts Institute of Technology and a BS from West Virginia University. Dr. Anderson's research experience includes sustainable energy and development, economic modeling of energy systems, and geothermal energy development as well as molecular and reservoir modeling of energy-relevant systems such as natural-gas hydrates.

Dr. Grant S. Bromhal is the Research Group Leader of the Sequestration, Hydrocarbons, and Related Projects group in NETL's Geosciences Division. As such, he leads a team of researchers focused on modeling, experiments, and field research related to carbon sequestration and hydrocarbon recovery. Dr. Bromhal received his PhD in civil and environmental engineering from Carnegie-Mellon University and his BS/BA in civil engineering and math from West Virginia University. He is the recipient of the 2007 Hugh Guthrie Award for Innovation at NETL.

Dr. George Guthrie is the focus area leader for geological and environmental systems at the National Energy Technology Laboratory (NETL). Dr. Guthrie received his PhD in mineralogy from Johns Hopkins and his AB in geology from Harvard before working at Los Alamos National Laboratory for 19 years. Since joining NETL, he leads research activities across a range of fossil-energy related challenges, including $CO_2$ storage and unconventional fossil fuels (including environmental aspects related to oil/gas production).

Dr. W. Neal Sams joined NETL in 1987 and designs reservoir simulators and has extensive experience utilizing them in a wide range of applications, including carbon sequestration/enhanced coal bed methane production. He is the author of MASTER, a miscible flood simulator, and NFFLOW, a discrete fracture gas reservoir simulator. Sams holds B.S and Ph.D. degrees in physics from the University of Houston.

Dr. Doug Wyatt is the Focus Area Manager for Geological and Environmental Sciences for NETL and has ~30 years of experience in fossil energy exploration and production, the management of multidisciplinary teams responsible for energy research and policy support, and the geoscience and environmental evaluation of high hazard facilities. Wyatt is currently on the Executive Committee of the Division of Environmental Geology for the American Association of Petroleum Geologists. He is a Certified Petroleum Geophysicist. Wyatt holds an appointment as Research Professor and Lecturer in the Department of Biology and Geology at the University of South Carolina - Aiken and is an Adjunct Assistant Professor of Environmental Engineering and

*Nodal-Analysis Summary*

Earth Sciences at Clemson University.  Dr. Wyatt has over 150 papers, presentations, and federal research reports.

Roy Long is NETL's Technology Manager for its Ultra-Deepwater and Unconventional Resources Program. He is a published Petroleum Engineer and well known within industry and the geoscientific community from his long association with technology development related to drilling and completion technologies.  He is a 1970 graduate of the US Air Force Academy and received his MSc in Petroleum Engineering from the Colorado School of Mines. He is a member of many professional societies in the geosciences and has been a member of the Society of Petroleum Engineers for over 30 years.

## 5.5  PNNL—Pacific Northwest National Laboratory

Dr. Gauglitz joined PNNL in 1992 and is currently a project manager in the Fluid and Computational Engineering group in the Energy and Environment Directorate.  He has led a variety of research and technology development projects, represented the laboratory to major clients, and has served as a technical group manager in the Environmental Technology Directorate for the Electrical and Chemical Processing and Thermal Processing groups and served as a technical group manager in National Security Directorate for the Radiation Detection and Nuclear Sciences group.  A primary theme of his research interests has been the behavior of bubbles in non-Newtonian slurries, pastes, and porous media.  Prior to joining PNNL, Dr. Gauglitz spent more than ten years investigating bubble behavior in porous media for enhanced oil recovery and in other oil field applications and worked for Chevron Oil Field Research Company.  Dr. Gauglitz received a Ph.D. in 1986 from the University of California at Berkeley and a B.S. in 1981 from the University of Washington, both in Chemical Engineering.

Ms. Mahoney joined PNNL in 1989 and is a research engineer in the Fluid and Computational Engineering group in the Energy and Environment Directorate.  She has played a central role in studies of waste retrieval through dissolution, flammable gas retention by in-tank waste, interpretation of data from waste pre-treatment processes in the test vitrification plant, definition of simulant compositions for a variety of tank waste studies, and computational modeling of chemical and flow systems.

Ms. Bamberger is a senior research engineer II in the Fluid and Computational Engineering group.  Her research in multi-phase flow has focused on development and application of in-situ real-time instrumentation to characterize physical and rheological properties of particulate-laden fluids and multi-phase suspensions in both vessels and pipelines and developing fluids based technologies for remediating waste tanks.  Ms Bamberger has an MS in Mechanical Engineering from The Pennsylvania State University and is a licensed Professional Engineer in the State of Washington.

Jeremy Blanchard joined PNNL in 2009 as a member of the Fluid and Computational Engineering group in the Energy and Environment Directorate. He has been involved in a number of diverse research projects including aerosol transport, multiphase pipe flow, flow in porous media, heat cycle analysis and building energy efficiency. His research interests are in experimental fluid mechanics and heat transfer applied to energy related projects. Specifically, he is focused on research relating to alternative energy and increasing building energy efficiency. Mr. Blanchard received a M.S. and B.S. in Mechanical Engineering from the University of New Hampshire in 2008 and 2006, respectively.

*Nodal-Analysis Summary*

Dr. Bontha is a Senior Research Engineer and a team-lead within the Radiochemical Science and Engineering group at PNNL. He has over 15 years experience in fluid dynamics, multi-phase slurry transport and mixing, and separations. Dr. Bontha has a Ph.D. in Chemical Engineering from Tulane University, New Orleans.

Mr. Enderlin has a Bachelor and Master's in Mechanical Engineering. Mr. Enderlin has a broad variety of project work experience including, experimental multi-phase fluid mechanics design and testing of systems, equipment for the mobilization mixing, transport, sampling of slurries as well as complex fluids and numerical simulation of thermal hydraulic systems. He has had International collaborations for spent fuel analyses equipment design and testing, performed analyses in the areas of: heat transfer and fluid mechanics, mechanical and system design, experimental design, data analysis, course development, and equipment evaluations. Mr. Enderlin has also developed test strategies, designed test setups, and directed test programs with both Newtonian and non-Newtonian fluids.

Dr. Fort is a staff engineer in the Fluid and Computational Engineering group at Pacific Northwest National Laboratory. His research activities are primarily in the area of computational modeling of fluid flow and heat transfer, with projects including natural convection cooling spent nuclear fuel storage casks, mixing of nuclear waste, Joule-heated glass melters, induction heated melters for reactive metals, and drag-reducing fairings for drill string risers suspended from off-shore oil drilling platforms. His dissertation research was a model of a supersonic propulsion application using hydrogen-air combustion.

Dr. Perry Meyer is a Staff Scientist in the Fluids & Computational Engineering Group with 18 years experience at PNNL. His academic area of specialization was high speed flow and nonequilibrium thermodynamics. He is an expert in areas of fluid mechanics including jet mixing, gas dynamics, multiphase flow, energy conversion, computational and experimental fluid dynamics, and mathematical modeling. While at PNNL, Dr. Meyer has been a principle investigator on projects relating to jet mixing, safety-related accident and hazard analysis, micro-scale energy conversion, liquid metal magnetohydrodynamics, and aerodynamic testing and design. Dr. Meyer has made significant contribution to the Hanford site in resolving key technical issues associated with tank waste physics and closure of the Tank Waste Safety Issue. Dr. Meyer received a Ph.D. from the University of Washington in 1992 in Aeronautics and Astronautics.

Dr. Yasuo Onishi works at the Pacific Northwest National Laboratory and is an Adjunct Professor of Civil and Environmental Engineering Department, Washington State University. He was a member of the National Academy of Sciences' committee on oil spill and the oil dispersant use, and is an adjunct member of the National Council of Radiation Protection and Measurements. He has conducted field, laboratory flume, and modeling studies of the heated water and contaminants released to surface waters.

Dr. David M. Pfund is a Senior Research Engineer at the Pacific Northwest National Laboratory. He has a Ph.D. (1989) in Chemical Engineering from the University of Oklahoma, where he applied liquid structure theories to the study of solvation in supercritical fluids. At PNNL he applied X-ray, NMR and IR spectroscopies to similar problems. His recent work has focused on the development of anomaly detection methods for low-count gamma sources. He has publications in the Journal of Chemical Physics, the Journal of Physical Chemistry, Langmuir, the AIChE Journal, Ultrasonics, Applied Radiation and Isotopes and the IEEE Transactions on Nuclear Science.

*Nodal-Analysis Summary*

Dr. Rector is a staff scientist in the Fluid and Computational Engineering group. He has had 30 years of experience in the computational simulation of fluid systems using such methods as lattice-Boltzmann, lattice kinetics and conventional computational fluid dynamics.  Dr. Rector is currently involved in the development of computer programs, based on the PNNL developed implicit lattice kinetics methods, for predicting the flow behavior of multiphase systems, most notably the ParaFlow program for large-scale parallel computers.

Mr. Mark Stewart joined PNNL in 2003.  His previous work experience has ranged from process simulation at a startup consulting business to process design at a large engineering/construction firm.  Although broadly interested in engineering design and analysis, his focus has been the use of computational methods to solve practical problems, particularly involving fluid dynamics and heat transfer.  Mark has recently been engaged in the application of the lattice-Boltzmann method to fluid flow through complex geometries.

Mr. Beric E. Wells joined PNNL in 1998 and has participated in and led many Hanford waste storage, mobilization, retrieval and treatment investigations including topics of gas retention and release, waste dilution and jet mixing of chemically reacting Newtonian and Non-Newtonian fluids, and liquid and solid pipeline transport phenomena.  He has also investigated Loss of Coolant Accident scenarios for the Nuclear Regulatory Commission.  Mr. Wells received both a B.S. and M.S. in Mechanical Engineering from Washington State University.

Dr. Yokuda is a Senior Research Engineer in the Fluid and Computational group at the Pacific Northwest National Laboratory (PNNL).  His primary role at PNNL is analysis of both experimental and computational fluid dynamics including multi component and multi phase flow.  His experience also includes application of a Monte Carlo N-Particle transport code for radiation detector analysis.