# Attachment 3

|  |  |
|---|---|
| **From:** | Bartoszek, Peter [peter.bartoszek@kirkland.com] |
| **Sent:** | Friday, February 08, 2013 9:00 PM |
| **To:** | Richard, Gwen; 'Ky.Kirby@bingham.com'; 'Grant.Davis-Denny@mto.com'; *airpino@irpinolaw.com; French, Yates; 'david.taylor@mto.com'; 'Tony.Fitch@bingham.com'; 'aroberts@beckredden.com'; 'ggannaway@beckredden.com'; Martinez, Jenny; Smith, Prescott; 'pthibodeaux@frilot.com'; 'carter.williams@sutherland.com'; O'Rourke, Steve (ENRD); Himmelhoch, Sarah (ENRD); Cross, Anna (ENRD); Pencak, Erica (ENRD); 'd.kraus@kanner-law.com'; 'mrobinson@irpinolaw.com' |
| **Cc:** | Nomellini, Mark J. |
| **Subject:** | RE: MDL 2179: BP's Withdrawn Objection to Phase Two Trial Exhibits |

Counsel,

Pursuant to our Phase II exhibit objection meet-and-confer process, and subject to the same reservations of rights made below by the PSC, Transocean, Anadarko, and HESI, BP withdraws its objections to the following:

TREX-002181
TREX-003218
TREX-005622 (BP is withdrawing only its hearsay objection - this document is admissible only as an admission by Transocean)
TREX-005842 (BP is withdrawing its hearsay objection, but asserting a FRE 401 & 402 relevance objection)
TREX-006135
TREX-009330
TREX-009331
TREX-009333
TREX-009534
TREX-009760

BP notes that the following documents may be impacted by the Court's July 15, 2011 Order as to the admissibility of the Boots & Coots Report, and BP notes objections to these documents for preservation purposes:

TREX-005092
TREX-009250
TREX-009337
TREX-008865
TREX-010346
TREX-010518
TREX-010622

BP additionally asserts a FRE 401 & 402 relevance objection to the following document:

TREX-001651

Regards,
Peter

---

**From:** Richard, Gwen [mailto:Gwen.Richard@GodwinLewis.com]
**Sent:** Friday, February 08, 2013 6:32 PM
**To:** 'Ky.Kirby@bingham.com'; 'Grant.Davis-Denny@mto.com'; *airpino@irpinolaw.com; French, Yates; 'david.taylor@mto.com'; 'Tony.Fitch@bingham.com'; 'aroberts@beckredden.com'; 'ggannaway@beckredden.com'; Martinez, Jenny; Smith, Prescott; 'pthibodeaux@frilot.com'; 'carter.williams@sutherland.com';

1

'Steve.O'Rourke@usdoj.gov'; *Sarah.Himmelhoch@usdoj.gov; 'Anna.Cross@usdoj.gov'; 'Erica.Pencak@usdoj.gov'; 'd.kraus@kanner-law.com'; 'mrobinson@irpinolaw.com'
**Cc:** Nomellini, Mark J.; Bartoszek, Peter
**Subject:** Re: MDL 2179: BP's Withdrawn Objection to Phase Two Trial Exhibits

Subject to the same reservations, Halliburton withdraws its objections to TREX-9224 and TREX-140426.

Regards,
Gwen Richard



Gwen E. Richard, Shareholder
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
In **Houston** Office
Gwen.Richard@GodwinLewis.com



**Direct:** 713.595.8309
**Fax:** 713.595.8341

www.GodwinLewis.com
**Toll Free:**  800-662-8393

| **Dallas** | **Houston** | **Plano -** By Appointment Only |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |
| Dallas, Texas 75270 | Houston, Texas 77010 | Plano, Texas 75024 |
| 214.939.4400 | 713.595.8300 | 214.939.4500 |

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message.  Messages sent to and from us may be monitored.

---

**From**: Kirby, Ky E. [mailto:Ky.Kirby@bingham.com]
**Sent**: Friday, February 08, 2013 04:00 PM
**To**: Davis-Denny, Grant <Grant.Davis-Denny@mto.com>; Anthony Irpino <airpino@irpinolaw.com>; French, Yates <yfrench@kirkland.com>; Taylor, David <david.taylor@mto.com>; Fitch, Warren Anthony <Tony.Fitch@bingham.com>; aroberts@beckredden.com <aroberts@beckredden.com>; ggannaway@beckredden.com <ggannaway@beckredden.com>; Martinez, Jenny; Smith, Prescott; Richard, Gwen; XT Thibodeaux, Paul <pthibodeaux@frilot.com>; XT Williams, Carter <carter.williams@sutherland.com>; O'Rourke, Steve (ENRD) <Steve.O'Rourke@usdoj.gov>; *Sarah.Himmelhoch@usdoj.gov <Sarah.Himmelhoch@usdoj.gov>; Cross, Anna (ENRD) <Anna.Cross@usdoj.gov>; Pencak, Erica (ENRD) <Erica.Pencak@usdoj.gov>; d.kraus@kanner-law.com <d.kraus@kanner-law.com>; Michael Robinson <mrobinson@irpinolaw.com>
**Cc**: Nomellini, Mark J. <mnomellini@kirkland.com>; Bartoszek, Peter <peter.bartoszek@kirkland.com>

**Subject**: RE: MDL 2179: BP's Withdrawn Objection to Phase Two Trial Exhibits

Subject to those same reservations, Anadarko withdraws its objections to TREX 2640 and TREX 9955.

Regards,

Ky Kirby

---

**From:** Davis-Denny, Grant [mailto:Grant.Davis-Denny@mto.com]
**Sent:** Friday, February 08, 2013 4:55 PM
**To:** Anthony Irpino; French, Yates; Taylor, David; Fitch, Warren Anthony; Kirby, Ky E.; aroberts@beckredden.com; ggannaway@beckredden.com; jenny.martinez@godwinlewis.com; prescott.smith@godwinlewis.com; gwen.richard@godwinlewis.com; XT Thibodeaux, Paul; XT Williams, Carter; O'Rourke, Steve (ENRD); *Sarah.Himmelhoch@usdoj.gov; Cross, Anna (ENRD); Pencak, Erica (ENRD); d.kraus@kanner-law.com; Michael Robinson
**Cc:** Nomellini, Mark J.; Bartoszek, Peter
**Subject:** RE: MDL 2179: BP's Withdrawn Objection to Phase Two Trial Exhibits

Subject to the reservations in Anthony's email below, Transocean withdraws its objection to TREX-09172.

Regards,
**Grant A. Davis-Denny** | **Munger, Tolles & Olson LLP**
355 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9225 | Fax: 213.593.2925 |
Grant.Davis-Denny@mto.com | www.mto.com

***NOTICE***

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Thank you.*

---

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Friday, February 08, 2013 1:27 PM
**To:** French, Yates; Taylor, David; tony.fitch@bingham.com; Ky.Kirby@bingham.com; aroberts@beckredden.com; ggannaway@beckredden.com; jenny.martinez@godwinlewis.com; prescott.smith@godwinlewis.com; gwen.richard@godwinlewis.com; XT Thibodeaux, Paul; XT Williams, Carter; Davis-Denny, Grant; O'Rourke, Steve (ENRD); *Sarah.Himmelhoch@usdoj.gov; Cross, Anna (ENRD); Pencak, Erica (ENRD); d.kraus@kanner-law.com; Michael Robinson
**Cc:** Nomellini, Mark J.; Bartoszek, Peter
**Subject:** RE: MDL 2179: BP's Withdrawn Objection to Phase Two Trial Exhibits

Counselors:

Subject to the reservation of objecting to hearsay within hearsay (and objections which become apparent at a later date), the PSC hereby withdraws its objections to the below list of exhibits:

TREX-008511
TREX-008619
TREX-009368
TREX-010232

Please let me know if anyone has any questions. Have a good weekend, and happy Mardi Gras.

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine St.
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

---

**From:** French, Yates [mailto:yfrench@kirkland.com]
**Sent:** Monday, January 28, 2013 6:44 PM
**To:** Taylor, David; Anthony Irpino; tony.fitch@bingham.com; Ky.Kirby@bingham.com; aroberts@beckredden.com; ggannaway@beckredden.com; jenny.martinez@godwinlewis.com; prescott.smith@godwinlewis.com; gwen.richard@godwinlewis.com; XT Thibodeaux, Paul; XT Williams, Carter; Davis-Denny, Grant; O'Rourke, Steve (ENRD); *Sarah.Himmelhoch@usdoj.gov; Cross, Anna (ENRD); Pencak, Erica (ENRD); d.kraus@kanner-law.com; Michael Robinson
**Cc:** Nomellini, Mark J.; Bartoszek, Peter
**Subject:** MDL 2179: BP's Withdrawn Objection to Phase Two Trial Exhibits

Counsel, please see the attached list of Phase Two Trial Exhibits to which BP is withdrawing or limiting its objections. The excel file contains two tabs. The first tab, titled "BP Withdraws All Objections" identifies the 31 Phase Two Trial Exhibits to which BP is withdrawing all objections.

The second tab, titled "Only Admissible as an Admission" identifies the 70 Phase Two Trial Exhibits to which BP withdraws all objections except hearsay, and objects to the extent the document is used other than as an admission by the listed party.

BP incorporates by reference the reservation of rights set forth in BP's 1/14/2013 Objections to Good Faith Phase Two Trial Exhibit Lists - First Installment.

BP will, of course, continue reviewing to determine where objections are appropriate or can be whittled down.


*****************************
Yates M. French
Kirkland & Ellis LLP
300 N LaSalle Street
Chicago, Illinois 60654
Direct Line: (312) 862-7055



IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.



***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by

e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************