# Attachment 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL         )  MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )  SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010            )  JUDGE BARBIER
                          )  MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

    Deposition of Clifton Michael Mason, taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 24th day of January, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1   you have to have some basic data to put into this
2   system to make it work.
3       Q.  Okay.  I think that -- that answered my
4   question.  I was -- I just wasn't sure what you
5   meant by "outputs" there, when you first answered
6   it.
7           So I'd like to -- to switch now to the
8   response to the Macondo blowout.  And sort of,
9   you know, take us -- take us slowly, but I'd like
10  to start chronologically with when you began
11  working on Macondo Response-related work as
12  opposed to your previous work as Vice President
13  to Base Management.
14          Could you describe when you started
15  working on the Macondo Response.
16      A.  The -- the first -- the first Monday
17  after the incident, I got a call from Gordon
18  Birrell, and he asked me to find an artificial
19  lift expert for the Top Hat design.  So I did.  I
20  was on vacation on that day.
21      Q.  Okay.
22      A.  So I contacted a guy named Bruce Friesen
23  in North America Gas, who is an ESP Expert, and I
24  got him assigned to support the Top Hat, Top Hat
25  Project.

```
 1                THE COURT REPORTER:  What's his
 2   name?
 3                THE WITNESS:  Bruce Friesen.
 4       Q.  (By Mr. Chakeres) And how do you -- how
 5   do you spell his last name?
 6       A.  I don't know.  I think it's
 7   F-r-i-e-s-e-n.
 8                THE COURT REPORTER:  Thanks.
 9                MR. CHAKERES:  Okay.
10       Q.  (By Mr. Chakeres) After that, what --
11   what was the next step in your involvement in the
12   response?
13       A.  I can't recall exactly, but I think -- I
14   think the next day I called Gordon Birrell and
15   asked him if he had what he needed.  So let me
16   back up just a second.
17       Q.  M-h'm.
18       A.  Right after the Macondo Incident
19   occurred, we -- we had a big Town Hall.  And Andy
20   Inglis lead the Town Hall, and he told us --
21   this was late in the week of the incident, of the
22   initial incident, before I got involved in it --
23   and he told us to do our regular job, and if we
24   got called and asked for support, to provide it
25   immediately.
```

1    So those were the instructions from our
2    CEO of Upstream. So on Tuesday, I called -- I
3    called Birrell back, and I asked him, I said, "Do
4    you need -- do you need anything else?" And he
5    said "Yes."
6        So I -- I got involved with Paul Tooms on
7    the first day, Harry Thierens, Gordon Birrell,
8    and we started looking at the well, the well
9    schematic, the diagram. And that's how I got
10   involved in -- in -- in Macondo.
11   Q.  And was that you, yourself, or did you
12   also pull some other people from the Base
13   Management Team in with you at that point?
14   A.  At first I didn't, but as I looked at
15   this and we thought about it, I -- I made some
16   suggestions to Gordon Birrell about -- about the
17   well. And -- and we were trying to figure out
18   that first week what the flow rate was from that
19   well, and that was sort -- the sort of a thing
20   that Petroleum Engineers do. So we tried to
21   predict the flow rate.
22       I can't remember exactly what happened
23   this first week. It was a -- it was a very, very
24   busy week. But I pulled Tony Liao, Simon Bishop,
25   Frank Sweeney, people -- all people from my Team,

1   and we started -- we started developing -- we
2   started going through numbers, trying to
3   understand properties of the reservoir, the
4   possible flow paths in the well, and we realized
5   fairly quickly that we couldn't predict the flow
6   rate.  We couldn't determine the flow rate.
7          So we were meeting with -- I was meeting
8   with Paul Tooms and Trevor Hill, and I think it
9   was just the three of us -- we had a room that we
10  kind of took over in WestLake Four -- and Trevor
11  Hill was working on the -- the equipment above
12  the well.  He's a -- he was the pipeline guy
13  in -- in BP.  I can't remember his exact -- his
14  exact role.  I think he's -- he's assigned to --
15  to flow assurance.  So Trevor Hill was -- Trevor
16  Hill had -- had a great idea.  He said, "Let's
17  calculate a series of -- of flow rates, and let's
18  see if we can figure out what the ratio of
19  increase of flow rate would be."
20         And the point that is really important
21  here is that as we looked at this well and we
22  thought about it, we -- we realized that we were
23  going to have to take the kinked riser off of
24  that well, or that most likely we were going to
25  have to take the thing off to get control of it.

1    So although Trevor Hill did try to find a way to
2    isolate the flow rate from the well by designing
3    a special piece of equipment to go over the kink,
4    nonetheless, we were still trying to figure out
5    how to get this thing off the well so that we
6    could do something with it.
7          And there's two important points here:
8    No. 1, hydrates are easily formed in a -- in a
9    cold environment like this.  It's 40 degrees
10   Fahrenheit on the seabed, 5,000 feet of water.
11   So any -- in the presence of that temperature,
12   hydrocarbons will -- will form hydrates fairly
13   quickly.  And we were concerned that if we pulled
14   that -- we were concerned about two things:  We
15   were concerned about hydrate formation, and we
16   were concerned about what was going to happen to
17   that flow rate if we pulled that kinked riser
18   off, because we -- we believed at the time that
19   it was giving us some restriction.  It was acting
20   like a choke.
21         So we were afraid that we could double or
22   triple the flow rate, and we had to know what
23   kind of ratio of increase of flow rate we would
24   see, and so we calculated a series of numbers
25   that week.  I think -- I can't remember the exact

```
 1    number.  And -- and I had a team of people -- the
 2    ones I've just mentioned plus others, I can't
 3    recall their names right now -- and we worked
 4    until Sunday till nine -- 9:00 p.m. Sunday night.
 5    I remember it, because when we left, Tony -- Tony
 6    Liao looked around, and he said, "Enjoy the rest
 7    of your weekend," as we walked out the door.
 8            But what -- it's important to note that
 9    we -- we -- we knew very early on that we could
10    not predict the flow rate from this well with any
11    certainty.  And what we were trying to do was
12    figure out how to kill the well, because anything
13    coming out of this well was -- was bad news for
14    us, and we wanted to get it killed as quickly as
15    we could.
16            We were concerned about hydrate
17    formation, and we were concerned that we could
18    make it worse than what it already was if we took
19    anything off the well.
20        Q.  (By Mr. Chakeres) Okay.  Thank you.
21        A.  In addition to that -- so let me finish.
22    In -- in addition to that, we had some
23    temperature data that was available to us.  We
24    had a -- a temperature probe that we installed on
25    an ROV -- the first time this had ever been done,
```

1   to my knowledge -- so we -- we contacted this
2   temperature probe to different sections of the
3   pipe.
4           And Gordon Birrell asked me, he said,
5   "Can you take this temperature data and figure
6   out what the -- what the flow rate is from this
7   well?"  And I looked at it, we looked at it --
8   myself and other people on my Team -- and we
9   could not determine what the -- we -- we could
10  not make heads or tails of the data.
11          And I think it's because, you know,
12  the -- the thickness of the pipe is variable,
13  and, you know, the water is cold -- the -- the --
14  the fluid around the -- the BOP was at about 40
15  degrees Fahrenheit.  We didn't know some of the
16  heat capacity, some of the factors, some of the
17  data that we would need to know in this
18  particular well, which we knew -- we had data
19  from other parts of the Gulf of Mexico, but
20  they -- they're always different.  You have to --
21  you have to do this empirically.
22          So I -- I told Gordon Birrell that I did
23  not trust the data, and I did not want to make a
24  prediction on flow rate based on that.  But it's
25  important to note, the first week we were trying

1  to figure how to kill the well, we were trying to
2  figure out the flow rate.
3      Q.  Okay.
4      A.  First ten days, not first week.  It
5  was -- so that was on a Monday.  I started on
6  Monday.  On Tuesday, we were -- we were going at
7  it straightaway full stream, and we finished our
8  first series of work, as I recall, that Sunday.
9      Q.  Okay.  I want to make sure I -- I
10 understand what you're saying about who was
11 asking for what.  So Gordon Birrell -- I've seen
12 in a document, apparently he was Head of
13 something called the Engineering Team?  Does that
14 ring a bell to you?
15     A.  I can't remember.
16     Q.  Okay.
17     A.  He was -- he was the guy that I was
18 reporting to at this particular stage.
19     Q.  Okay.
20     A.  He -- he and -- he and Paul Tooms.
21     Q.  Okay.  Did you see Gordon Birrell and
22 Paul Tooms as sort of both filling a similar role
23 within their --
24     A.  No.
25     Q.  -- responsi --

1     A.   No.  But I went back to what Andy Inglis
2  told us on the first day that we had a Town Hall.
3  He said whatever is required, you know, we want
4  to figure out how to -- what to do about this.  I
5  didn't ask questions about who I was working for.
6  I just took instructions from individuals --
7     Q.   Okay.
8     A.   -- in those roles.
9     Q.   Okay.  And Trevor Hill, were you taking
10 instructions from him?
11    A.   No.  Trevor and I were peers working on
12 this -- this together.
13    Q.   Okay.  Were you asked to try and come up
14 with a flow rate by Gordon Birrell when you
15 initially pulled in your -- your modelers?
16    A.   I can't recall.  I -- I -- I think so,
17 but I can't recall.
18    Q.   Okay.  Did he explain why they wanted to
19 know the flow rate?
20    A.   Yeah.  We wanted to know.  We -- we -- we
21 felt like it was an important aspect of how to --
22 how we would kill the well.  Again, you know, if
23 we knew what the flow rate was, we knew what
24 would happen if we -- we could pre -- we might be
25 able to predict what would happen if we took the

```
 1         A.   Some of these people were.
 2         Q.   (By Mr. Chakeres)  Okay.  Which ones were
 3   not?
 4         A.   I'm not sure that Bob Merrill was.
 5         Q.   Okay.
 6         A.   I can't -- I can't remember.
 7         Q.   Okay.  Was Metin Gokdemir working at your
 8   direction at some point during the Macondo
 9   response?
10         A.   Very -- very late in the incident, to the
11   best of my memory.
12         Q.   Okay.  What is his -- what is his role in
13   BP, if you know?
14         A.   He's not in BP now.  His role at that
15   time was he was -- he was -- he was an expert
16   with Prosper, with flow rate modeling.
17         Q.   Okay.  And Ashish Chitale, what was his
18   role with BP at the time?
19         A.   Ashish Chitale, also, was a -- an expert
20   with Prosper.
21         Q.   Okay.  Were they part of the Technology
22   Group, under Frank Sweeney?
23         A.   Some of these people were.
24         Q.   Well, I was just asking about those two.
25   Sorry --
```

1  but I believe I was asked to -- to do this.  And
2  I can't remember who asked me to do this.  My
3  Group -- again, my Group.
4     Q.  Okay.
5     A.  We were -- I -- and I believe we were
6  trying to learn as much as we could about the
7  well from the Top Kill Operations.
8     Q.  Okay.  Who asked you in your Group to do
9  things during the response?
10          MS. BROWNE:  Objection, form.
11     A.  So I was requested by Gordon Birrell,
12  Paul Tooms, Andy Inglis, Bernard Looney, and
13  Jasper Peijs during the -- during this time
14  period.  And Kate Baker and I -- she's also a
15  Consultant at this time -- worked together.  I
16  stayed in WestLake One, and she was in WestLake
17  Four.  We worked together to try to anticipate
18  the questions that we would want to answer.  So
19  she would also ask me to do things, but it was
20  a -- it was a conversation.
21          Trevor Hill, on occasion, had asked me to
22  do some things, as well.
23          Harry Thierens may have asked me to do
24  some things, as well.
25     Q.  (By Mr. Chakeres) So there wasn't a rigid

```
 1    hierarchy where you're -- you would get your
 2    assignments from one -- for one person --
 3         A.   So -- so I'll go back to the very first
 4    Town Hall that we had led by Andy Inglis right
 5    after the incident, when he told us, "Our job is
 6    to kill this well, and we will ask for your help
 7    if we need it, and please respond immediately."
 8    So I assumed, based on his comment to the Group,
 9    his Town Hall, that, if somebody needed
10    something, that I should try to -- to -- to -- to
11    get it.
12         Q.   Okay.  What did he ask for specifically
13    from you?
14         A.   Andy Inglis?
15         Q.   Yes.
16         A.   He asked -- to the best of my memory, he
17    asked us to -- he asked me and others, Debbie
18    Kercho particularly, Cindy Yeilding, to
19    prepare -- to put our thoughts and ideas together
20    and plan a -- prepare a presentation for
21    Secretary Salazar to describe ratios of increase
22    of flow rate so that we could -- so that he could
23    present that -- he, I believe -- I recall him
24    telling us that he was going to discuss this
25    with -- with the Secretary.
```

1     Q.  And that was the presentation we spoke
2  about earlier this morning?
3     A.  It was one of the -- yes.  It was -- yes,
4  it was, it was the PowerPoint Slide Pack.
5     Q.  Okay.  Was there anything else that you
6  can recall that Andy Inglis asked you to provide
7  to him?
8     A.  I can't remember at this moment if he
9  asked me to do anything else or not --
10    Q.  Okay.
11    A.  -- other than, you know, to support the
12 response, where he asked all of us to do that --
13    Q.  All right.
14    A.  -- as -- as required.
15    Q.  Okay.
16    A.  Okay, then.
17    Q.  How about Bernard Looney, what did he ask
18 you for, if you recall?
19    A.  When we met with Andy Inglis, Debbie
20 Kercho, myself, Cindy Yeilding, Andy Inglis, and
21 Bernard Looney, and I can't remember if there was
22 anyone else in the room or not, we were trying to
23 decide how to describe the ratios of increase of
24 flow rate.  At that time, I had a series of work
25 that we had done for Gordon Birrell earlier.  We

```
 1    called them scenarios.  They were Scenarios A's
 2    and B's.  And he asked us -- we -- we talked
 3    about how to present this in a -- in a simple,
 4    clearly -- clear to understand way, knowing full
 5    well that we couldn't calculate the actual flow
 6    rate.  So Bernard Looney actually sketched out
 7    how he wanted the presentation to look.  So I
 8    took that as an instruction.
 9         Q.  Okay.  And this was in -- this was a
10    presentation, again, about the ratios of
11    increases of flow rate?
12         A.  Correct.
13         Q.  Okay.
14         A.  With --
15         Q.  Any --
16         A.  -- with calculated values so that we
17    could -- we could then calculate the -- the
18    ratios of increase of flow rate.  We subsequently
19    called those percentage increase in flow rate.
20         Q.  Do you recall anything else that Bernard
21    Looney asked you to do?
22         A.  At this moment in time, I can't.  I can't
23    recall anything else.
24         Q.  Okay.  How about Jasper Peijs, do you
25    recall what he asked you to do?
```