# Attachment 5

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


   IN RE:  OIL SPILL        )   MDL NO. 2179
   BY THE OIL RIG           )
   "DEEPWATER HORIZON" IN   )   SECTION "J"
   THE GULF OF MEXICO, ON   )
   APRIL 20, 2010           )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN




                    *****************
                        VOLUME 1
                    *****************


        30(b)(6) Deposition of Adam Lee Ballard,
   Ph.D., BP, Inc., taken at the Pan-American
   Building, 601 Poydras Street, 11th Floor, New
   Orleans, Louisiana, 70130, on the 16th day of
   October, 2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.  You're asking about my personal
2  calculation?
3    Q.  (By Mr. Chakeres) Yes.
4    A.  I don't recall if -- if either of these
5  is what I was using.
6    Q.  Okay.
7    A.  So -- yeah.  I mean, it -- it -- they
8  have the form of -- of a simplified Bernoulli's
9  Equation, and so it would be some form of this,
10 but I'm not positive what form.
11   Q.  Okay.  Thanks.  All right.  I'd like if
12 we can move over to the -- to the other binder,
13 to Binder 2, if you'll look at Tab 113.  Do you
14 have in front of you an E-mail from Ashish
15 Chitale to Tony Liao, Trevor Hill, and Mike
16 Mason, dated June 29th, 2010?
17   A.  Yes.
18         MR. CHAKERES:  Okay.  We'll go ahead
19 and mark this as Exhibit 9455.
20         (Exhibit No. 9455 marked.)
21   Q.  (By Mr. Chakeres) And the E-mail states:
22 "Mike, Trevor, Tony, Here are the findings of our
23 work on the modeling.  Please let me know if you
24 have any feedback for the afternoon session."
25         Did I read that correctly?

1        A.   (Reviewing document.)  Yes.
2        Q.   Okay.  And the attachments, then -- there
3   are two attachments to this E-mail, and the first
4   one is a -- is a spreadsheet, and the second one
5   is a PowerPoint presentation.  And I'd like, if
6   you can, to look at the PowerPoint presentation
7   and tell me if you're at all familiar with --
8   with this work.
9        A.   (Reviewing document.)  I've seen this
10  work before.
11       Q.   Okay.  Great.
12       A.   Well, I've seen this presentation before.
13       Q.   Okay.  Could you -- I'd like to walk
14  through what the -- what the methodology for this
15  work is, then, if -- if possible.
16            So do you know what the objective of --
17  of this study was?
18       A.   From my understanding at this time, we
19  were concerned that the -- there was -- we -- we
20  knew there were burst disks in the -- in the -- I
21  can't recall what casing it was, but I -- I
22  believe it was outside of the production casing.
23            And if we had flow or access -- or not
24  access, but if there was a communication path
25  between the flow and those burst disks, there was

1    concern that they may be burst, which would have
2    implications on a source control action or source
3    control option, which was to put the capping
4    stack on and shut the well in.
5         So my understanding of this work was to
6    try and understand -- to do an -- a -- a modeling
7    study to try and understand if the top kill data
8    could give us a better understanding of flow
9    path, as well as whether there's communication to
10   those burst disks, and to see if it could also
11   give us any information on whether those burst
12   disks could be open or burst.
13        Q.  Okay.  And I'd like to go through the --
14   the methodology for how this Group undertook that
15   analysis.
16        And my first question is:  Does it appear
17   that this Group looked at several different flow
18   path scenarios through the well in the BOP?
19             MR. BREEN:  Objection, scope and
20   form.
21             MR. DRAKE:  The same objections.
22        A.  I'd need to -- to read through the
23   presentation to --
24        Q.  (By Mr. Chakeres) You can do that.
25        A.  -- to interpret it.  (Reviewing

1  document.)  Okay.  Excuse me.
2      Q.  Do you understand what the approach was
3  to try to determine whether any of these
4  scenarios could have occurred?
5           MR. BREEN:  Objection, form and
6  scope.
7           MR. DRAKE:  Objection, form.
8      A.  So what I do know about this work is that
9  they used the GAP model to simulate the top kill
10 in attempts to try to understand the flow path,
11 as well as if there was any information that we
12 can get about whether the burst disks were intact
13 or not.
14     Q.  (By Mr. Chakeres) Okay.  I think we spoke
15 this morning about a -- a study done by Tim
16 Lockett where he tried to recreate pressure
17 readings -- or match pressure readings, I should
18 say, given in -- inputs regarding flow path and
19 productivity index.  Do you remember that?
20          MR. BREEN:  Objection, form.
21          MR. DRAKE:  The same objection.
22     A.  Can you repeat that question?
23     Q.  (By Mr. Chakeres) Yes.  Do you recall
24 that we looked before lunch at a report written
25 by Tim Lockett where he attempted to match

```
 1    Andy Leonard to Ellen Williams and Roger
 2    Humphreville, and I'm going to read a -- a
 3    portion of this E-mail.  It says:  "Ellen/Roger,
 4    A short description of BP activities around flow
 5    rate estimation (slightly updated from the note I
 6    sent to Roger yesterday).  Andy."
 7         Did I read that correctly?
 8       A.   Yes.
 9       Q.   Okay.  And then it says:  "Internally we
10    have: Mike Mason leading effort from the RE/PE
11    perspective on potential well/reservoir
12    performance: inflow performance, flow path
13    scenario modelling (fluid properties, reservoir
14    section, skin, casing and/or annulus, drill
15    pipe/no drill pipe)," then "Bob Merrill depletion
16    modelling," then "Paul Tooms (Trevor Hill and
17    Kate Baker): working on overall 'flow system' and
18    diagnosing flow path scenario likelihood
19    (including pressure measurements, video analysis
20    to locate any effects of actions on flow, BOP
21    status, assessment of rate changes over time
22    associated with different interventions on the
23    BoP/riser," and then several things looked at by
24    BPI.
25         Did I summarize that correctly?
```

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )   SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6

 7

 8

 9            REPORTER'S CERTIFICATION
       TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10              ADAM LEE BALLARD, PH.D.
                  BP, INC. 30(b)(6)
11                 OCTOBER 16, 2012
                      VOLUME 1
12

13

14        I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:

16        That the witness, ADAM LEE BALLARD, PH.D.,
     was duly sworn by the officer and that the
17   transcript of the oral deposition is a true
     record of the testimony given by the witness;
18
          That the deposition transcript was submitted
19   on October 17, 2012, to the witness or to
     Attorney Frank Siamek         for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by December 1       , 2012.
21
          That the amount of time used by each party
22   at the deposition is as follows:

23        Mr. Chakeres - 7 Hours, 37 Minutes

24

25
```

1   I further certify that I am neither counsel for, related to, nor employed by any of the
2   parties in the action in which this proceeding was taken, and further that I am not financially
3   or otherwise interested in the outcome of the action.
4
    SUBSCRIBED AND SWORN to by me on this 16th
5   day of October, 2012.

6

7

8   _____
    Emanuel A. Fontana, Jr., RPR
9   Texas CSR No. 1232
    Expiration Date: 12/31/12
10  Worldwide Court Reporters
    Firm Registration No. 223
11  3000 Weslayan, Suite 235
    Houston, Texas   77027
12  (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25

I, **ADAM LEE BALLARD, PH.D.**, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted on the attached Amendment Sheet.

_____
ADAM LEE BALLARD, PH.D.

THE STATE OF Texas )
COUNTY OF Harris )

Before me, Esthela Garza, on this day personally appeared **ADAM LEE BALLARD, PH.D.**, known to me (or proved to me under oath or through Texas DL 01976919 ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.
Given under my hand and seal of office this 26 day of November, 2012.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF Texas
COMMISSION EXPIRES: March 30, 2015

ESTHELA GARZA
My Commission Expires
March 30, 2015

**PURSUANT TO CONFIDENTIALITY ORDER**

WITNESS NAME:   Adam Lee Ballard, Ph.D.

DATE TAKEN:   October 16-17, 2012

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

**Volume 1**

| PAGE: | LINE: | CHANGE: | |
|---|---|---|---|
| 36 | 23 | | "a large" to "the large" (wrong word) |
| 57 | 14 | | "Vincent" to "Vinson" (wrong word) |
| 69 | 24 | | "So, Counsel" to "Okay. So, Counsel" (missing word) |
| 71 | 13 | | "this is the position" to "is that this is the position" (missing word) |
| 78 | 13 | | "that as 9444" to "that as Exhibit 9444" (missing word) |
| 80 | 19 | | "suggests that that" to "suggests that -- that" (missing punctuation) |
| 81 | 16-17 | | "3,800 pounds psi" to "3,800 pounds -- psi" (missing punctuation) |
| 83 | 6 | | "an another set" to "an -- another set" (missing punctuation) |
| 87 | 6 | | "upstream, it's the" to "upstream of the" (wrong words) |
| 96 | 4 | | "of the A2" to "it the A2" (wrong word) |
| 99 | 25 | | "And in the next paragraph, it says" to "And then next paragraph he says" (wrong word) |
| 115 | 14 | | "your question" to "your question, please" (missing word) |
| 120 | 21 | | "is that he" to "is who he" (wrong word) |
| 122 | 7 | | "free to read" to "free to review" (wrong word) |
| 134 | 19 | | "read you" to "refer you to" (wrong word) |

SIGNED: _____   DATE: 11/26/2012

Page | 1

WITNESS NAME:   Adam Lee Ballard, Ph.D.

DATE TAKEN:   October 16-17, 2012

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE | |
|---|---|---|---|
| 135 | 19 | CHANGE: | "in post" to "in his post" (missing word) |
| 135 | 25 | CHANGE: | "understand what the" to "understand where the" (wrong word) |
| 148 | 22 | CHANGE: | "assuming" to "assumed" (wrong word) |
| 152 | 10 | CHANGE: | "stock standing" to "stock tank" (wrong word) |
| 188 | 13 | CHANGE: | "this -- to perform" to "this -- "to perform" (missing punctuation) |
| 238 | 12 | CHANGE: | "shot" to "shut" (wrong word) |
| 255 | 12 | CHANGE: | "Yes" to "You did" (wrong word) |
| 255 | 20 | CHANGE: | "grouped" to "ground" (wrong word) |
| 256 | 7 | CHANGE: | "on this stuff" to "on most of this stuff" (missing word) |
| 256 | 14 | CHANGE: | "do a little" to "do have a little" (missing word) |
| 278 | 5 | CHANGE: | "that meter model" to "the meter model" (wrong word) |
| 283 | 12 | CHANGE: | "document" to "documents" (wrong word) |
| 290 | 19 | CHANGE: | "to as narrative processes, 52,000" to "to as an iterative process, is 52,000" (wrong word) |
| 308 | 1 | CHANGE: | "From --" to "Yeah." (wrong word) |
| 321 | 12 | CHANGE: | "this all in" to "this is all in" (missing word) |
| 321 | 13 | CHANGE: | "point" to "capacity" (wrong word) |

SIGNED: _____   DATE: 11/20/2012