# Attachment 6

From: Lynch, John E Jr. (Jack)
Sent: Sun May 16 20:08:10 2010
To: Rainey, David I
Cc: Suttles, Doug J

REDACTED

Privileged, Redacted

Regards,
Jack

**John E. (Jack) Lynch Jr.**
Global Exploration and Production
Global Supply and Trading
US General Counsel
501 WestLake Park Boulevard
Houston, TX  77079
Tel: +1 281 366 1500
Fax: +1 281 366 4505
Mobile: +1 713 417 0744


EXHIBIT NO. 3229

From: Peijs, Jasper
Sent: Sunday, May 16, 2010 3:02 PM
To: Lynch, John E Jr. (Jack)
Subject: FW: Macondo Oil Rate

From: Mason, Mike C
Sent: 15 May 2010 07:38
To: Inglis, Andy G (UPSTREAM)
Cc: Peijs, Jasper
Subject: Macondo Oil Rate

I just read an article in CNN (May 14, 2010 1:00pm) stating that a researcher at Purdue believes that the Macondo well is leaking up to 70,000bopd and that BP stands by a 5,000bopd figure. With the data and knowledge we currently have available we can not definitively state the oil rate from this well. We should be very cautious standing behind a 5,000 bopd figure as our modelling shows that this well could be making anything up to ~100,000 bopd depending on a number of unknown variables, such as: flow path either through the annulus behind the production casing or through the production casing float shoe, the height of reservoir exposed, if drill pipe is suspended in the BOP and sealed by VBR rams, reservoir skin damage, choking effects and etcetera. We can make the case for 5,000bopd only based on certain assumptions and in the absence of other information, such as a well test.

Mike Mason PE
Vice President, Base Management

BP Exploration & Production Technology
Contact Details
Office - 281 504 2227
Cell - 713 301 3745

CONFIDENTIAL

BP-HZN-2179MDL01458009
BPD183-024677