# Attachment 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Timothy James Lockett, Ph.D., BP, Inc., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 18th day of December, 2012.

```
 1       Q.  Okay.  You mentioned that you supervise a
 2   Team of Engineers.  How many people do you
 3   supervise?
 4             MR. PAVLIS:  You're asking
 5   currently?
 6             MR. BENSON:  Yeah.
 7             MR. PAVLIS:  Okay.
 8       A.  Right now, I supervise three people
 9   directly.
10       Q.  (By Mr. Benson) Okay.  And who are those
11   people?
12       A.  In Sunbury, Ian Hudson.
13             THE WITNESS:  Do I need to spell
14   names?
15             THE COURT REPORTER:  Sure.
16       Q.  (By Mr. Benson) That would be helpful.
17       A.  Hudson, H-u-d-s-o-n.  And Kieron Hopper.
18   That's K-i-e-r-o-n, H-o-p-p-e-r.  And in Houston,
19   Yong Qian Fan.  Yong Qian is Y-o-n-g, Q-i-a-n,
20   surname F-a-n.
21             THE COURT REPORTER:  Thanks.
22       Q.  (By Mr. Benson) And did you say earlier
23   your title was Flow Assurance Engineer?
24       A.  My title at the time I joined BP was Flow
25   Assurance Engineer, and my title now would be
```

```
 1    Discipline Lead for Flow Assurance.
 2        Q.  Okay.  Has the substance of your job
 3    changed since you've joined BP?
 4        A.  The substance was not.  The balance has
 5    changed more in favor of supervisory rather than
 6    delivery.
 7        Q.  Okay.  Who do you report to now at BP?
 8        A.  Can you clarify whether you mean in a
 9    managerial sense or in a technical sense?
10        Q.  I guess both.
11        A.  In a managerial sense, I currently report
12    to John Osborne, who is my Team Leader.  He's the
13    Team Leader for Subsea Floating Systems.  In a
14    technical sense, much of my work is connected
15    with Trevor Hill.  And insofar as it concerns a
16    design project rather than a current operation,
17    then much of my work relates to Farah Saidi.
18        Q.  Okay.
19                THE WITNESS:  Do I need to spell
20    Saidi?
21                THE COURT REPORTER:  No, sir.  I've
22    got it.
23                THE WITNESS:  Thank you.
24        Q.  (By Mr. Benson) You mentioned John
25    Osborne.  Can you briefly describe the management
```

```
 1    work in response to the DEEPWATER HORIZON spill.
 2         A.   (Nodding.)
 3         Q.   When did you first become involved in the
 4    response?
 5         A.   I first became involved in the response
 6    on Tuesday, April the 27th, although I recall
 7    being aware of the incident before that.
 8         Q.   Okay.  And how did you first become
 9    involved?
10         A.   I first became involved with a discussion
11    with Trevor Hill, and the subject of that
12    discussion was the potential to use hydrates and
13    hydrate plug to block the -- the well off.
14         Q.   And what did Mr. Hill ask you to do?
15         A.   I don't recall specifically.  In general
16    terms, support him and his need for modeling
17    assistance, at that time, to do with that
18    particular question of the use of hydrates to
19    blow out the well.
20         Q.   And I take it you said "Yes," that you
21    would help?
22         A.   Yes, I did.
23         Q.   Okay.  Did you have to sort of get
24    permission from anyone?  Did you talk to your
25    Supervisor to say, you know, "Hey, Trevor Hill
```

```
 1    range of experience consistent with the
 2    development towards chartered status.
 3         Q.  Okay.  And you were a BP employee during
 4    the response, I take it?
 5         A.  Yes, I was.
 6         Q.  Okay.  So your work during the response
 7    was as a BP employee?
 8         A.  Yes, it was.
 9         Q.  How did you interact with Farah Saidi
10    during the response?
11         A.  The only time I recall interacting with
12    Farah Saidi during the response was in connection
13    with the collection riser system design led by
14    Norm McMullen.  So she was also working in
15    support of Norm and that Team.
16         Q.  Okay.  Do you know what else Ms. Saidi
17    was doing during the response?
18         A.  Not specifically.
19         Q.  Okay.  Do you have any ideas?
20         A.  I transferred some of the models that I
21    was working on to Farah, and was -- she was aware
22    of what I had been doing and could continue that
23    work, either herself or with others.
24         Q.  Do you know whether she had others
25    working with her who could run the OLGA model?
```

1   a system that's going to stop the flow?
2           MR. DRAKE:  Objection, form.
3       A.  Can you repeat the question?
4       Q.  (By Mr. Benson) Sure.  I think I'm -- I'm
5   just trying to make sure I understood what you
6   said, and it sounded like you were saying it's
7   important to know the flow rate in order to
8   design the system that's going to try to stop the
9   flow?
10          MR. DRAKE:  The same objection.
11      A.  I believe you're making too strong a
12  connection there between knowing the flow rate
13  and designing the engineering solution to stop
14  the flow, but -- and there is a "but" -- it is --
15  there will be areas which are better informed by
16  having a view of the flow rate in order to better
17  align those engineering solutions.
18      Q.  (By Mr. Benson) Okay.  It's certainly
19  relevant information.  Is that fair?
20          MR. DRAKE:  Objection, form.
21      A.  I don't know what relevant information
22  would be needed in out working those engineering
23  solutions, but I was looking to bring the
24  expertise I had and the discipline I had to play
25  a part in those engineering deci -- decisions.

```
 1      Q.  (By Mr. Benson) Okay.  And it's fair to
 2  say a lot of the work that you were doing was
 3  around trying to establish what the flow rate was
 4  during the response, right?
 5           MR. DRAKE:  Objection, form.
 6      A.  I think it was a passing aspect of the
 7  work I was doing in a lot of respects, and the
 8  major part of my work was actually to do with the
 9  engineering solutions.
10      Q.  (By Mr. Benson) But in developing your
11  work on engineering solutions, you also were
12  looking at the flow rate.  Is that fair?
13      A.  In order to have a fully defined modeling
14  capability, then flow rate is an implicit part of
15  what we do, and, thereby, in -- in certain
16  instances, the flow rate can be viewed as either
17  an input or an output from that study work.
18           So it was a -- the majority of the work I
19  was involved with, it was what I would call a
20  passing output, an aspect of what I was doing.
21  The major part of what I was doing was to inform
22  engineering solutions.
23      Q.  Okay.  We'll talk about that more.
24           What was -- what's your understanding of
25  what Doug Wood was doing during the response?
```

```
 1        A.  Well, I recall interacting with Doug
 2   Wood, either directly or indirectly, in regard to
 3   the planning of top kill.
 4        Q.  Okay.  Anything else you recall in terms
 5   of Mr. Wood?
 6        A.  No, I don't recall interacting with
 7   Mr. Wood on any other items.
 8        Q.  Let me ask you to turn back to Tab 50,
 9   which is -- we marked previously as an ex -- I'm
10   sorry.  It's been taken out.  It's 10635.
11            And if you could turn -- we talked
12   earlier about the PDP.  If you could turn to the
13   second attachment to that E-mail, which is the
14   "Annual Individual Performance Assessment."
15        A.  (Complying.)
16        Q.  Do you see that?
17        A.  Yes, I do.
18        Q.  Okay.  And I think you said this is
19   something that you put together?
20        A.  There are elements of this that are
21   commented on by my Line Manager.  So from the
22   earlier discussion in the year, there are
23   elements of this that are not my words.  They are
24   words of my Line Manager.
25        Q.  Okay.  Let me ask you to turn to the
```

1   third page of the Assessment, and there's a
2   heading with the No. 6, "Additional Special
3   Assignments 50%."
4           Do you see that?
5       A.  Yes, I do.
6       Q.  Okay. And then under that, there's a
7   heading: "Mid-year performance conversation."
8           Do you see that?
9       A.  Yes, I do.
10      Q.  Okay. And I want to turn your attention
11  to that. Is this something that you wrote up,
12  the -- the text under the "Mid-year performance
13  conversation"?
14      A.  I believe it is, yes.
15      Q.  Okay. It says: "Work in Q2" --
16          I assume that's Quarter 2?
17      A.  Yes, it would be.
18      Q.  -- "was dominated by multiphase flow
19  response to Deepwater Horizon Incident (MC252) in
20  GOM."
21          I assume that's right, your work was
22  dominated by the response?
23      A.  Yes, it was.
24      Q.  Okay. "Work involved proof of concept
25  for collection riser systems (steady state flow

```
 1    limits, start-up, restart, hydrate limits)
 2    evaluation of flow/hydrate issues with BOP stack
 3    placement, flowrate estimation and change
 4    estimation in support of key decisions, technical
 5    comment on selected items from the 'ideas
 6    database'."
 7            Do you see that?
 8       A.   Yes, I do.
 9       Q.   Okay.  Is that an accurate description of
10    what you were doing during the response?
11       A.   (Reviewing document.)  I believe it to be
12    an accurate description of my involvement in the
13    response up to the 16th of June.
14       Q.   Okay.  As you say here, a part of that
15    work was doing flow rate estimation?
16       A.   Part of that work, yes.
17       Q.   Okay.  And the flow rate estimation was
18    done in support of key decisions?
19       A.   Yes, it was.
20       Q.   Okay.  You also had -- you have the
21    phrase "technical comment on selected items from
22    the 'ideas database'."
23            What's the "ideas database"?
24       A.   At one point during the response, BP
25    opened a -- an external facilitation for people
```

1   considered a time to be a more appropriate top
2   bound than 77,000.
3       Q.  (By Mr. Benson) Okay.  And I take it
4   you're not aware of any other Flow Rate Estimates
5   that you think would be more accurate than what
6   you've put forward here in the PI 12 case?
7           MR. DRAKE:  Objection, form.
8       A.  I'm not aware of any other Flow Rate
9   Estimate work that looked at the top kill and may
10  have taken a different view of flow rate, come to
11  a different conclusion about flow rate.
12      Q.  (By Mr. Benson) Okay.  And I guess that's
13  not my question.  My question is:  Are you aware
14  of any other flow rate estimation work that you
15  would consider more accurate than what you've
16  done here?
17          MR. DRAKE:  Objection, form.
18      A.  Can you clarify whether you're referring
19  to the date range May 25, -6 -7 -8, or are you
20  referring to the entire period?
21      Q.  (By Mr. Benson) The entire period.
22          MR. DRAKE:  The same objection.
23      A.  I'm aware of flow rate estimation that is
24  connected to the act of closing in the well, and
25  given that that is a better defined fluid and

```
 1   flow path, I would consider that work would be
 2   more likely to capture the flow rate from the
 3   well, as it was on 15th of July.  I don't know
 4   quite how that would relate to the timeline of
 5   May 26, -7, -8, that this top kill relates to.
 6        Q.  Any other estimates that you are aware of
 7   that you would consider more accurate than the
 8   June 29th est -- work that we've been talking
 9   about that you did?
10              MR. DRAKE:  Objection to form.
11              MR. PAVLIS:  Objection as to form.
12        A.  Can you repeat the question, please?
13        Q.  (By Mr. Benson) Sure.  Are you aware of
14   any other estimates that you would consider more
15   accurate than the June 29th work that we've been
16   talking about that you did?
17              MR. PAVLIS:  The same objection.
18              MR. DRAKE:  The same objection.
19        A.  I'm not aware of any more accurate work
20   or more consistent work with the top kill events.
21        Q.  (By Mr. Benson) Okay.  That's not the
22   question.  The question is:  Are you aware of any
23   other work that you consider more accurate,
24   whether or not it's associated with top kill?
25              MR. PAVLIS:  Objection as to form.
```

1     MR. DRAKE:  The same objection.
2     MR. PAVLIS:  I feel that you're
3  readi -- you're readily apparent in
4  mischaracterizing his answers.
5     A.  I guess I don't understand the question.
6     Q.  (By Mr. Benson) Okay.  I'm trying to find
7  out if you're aware of any another estimates of
8  the flow rate that you consider more accurate
9  than the analysis you did on June 29th?
10     MR. PAVLIS:  Objection.  He's
11  already given you the answer.
12     MR. BENSON:  I've heard your
13  objection.
14     MR. DRAKE:  Objection to form.
15     A.  I refer to Counsel's and my previous
16  answer, which I think does address the question.
17     Q.  (By Mr. Benson) Okay.  I'm asking you:
18  Anything else that you haven't said already, and
19  if you're saying "No" that's fine, we're done.
20     A.  Can I reread my answers?
21     Q.  Sure.
22     THE WITNESS:  Can I just read here?
23     MR. PAVLIS:  You can just look here.
24     A.  (Reviewing iPad screen.)
25     MR. PAVLIS:  You just tell me when

```
 1    you're ready.
 2         A.   (Reviewing iPad screen.)
 3              (Discussion off the record.)
 4         A.   I am aware of flow rate --
 5              MR. PAVLIS:  Whoops, sorry.
 6         A.   I am aware of flow rate estimation that
 7    is connected with the act of closing in the well,
 8    and given that that is the best defined fluid and
 9    flow path, I would consider that work to be more
10    likely to capture the flow rate from the well as
11    it was on the 15th of July.
12         Q.   (By Mr. Benson) Okay.  You've -- you've
13    already mentioned that.  I understand that.
14    Anything else that you consider to be more
15    accurate than the work that you did in the June
16    29th Report?
17              MR. DRAKE:  Objection, form.
18              MR. PAVLIS:  Objection, the same
19    objection.
20         A.   Well, let me clarify whether I understand
21    the question, then, because I'm not sure how what
22    I've said doesn't answer your question.
23              Okay.  So you've made it clear that
24    you're not just referring to the top kill event
25    sequence, and you've made it clear, that although
```