# Attachment 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*******************
VOLUME 1
*****************

Deposition of TREVOR J. HILL, taken at Kirkland & Ellis International, 30 St. Mary Axe, 22nd Floor, London EC3A 8AF, England, United Kingdom, on the 14th of January, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1         A.   Last week, three days of last week.
 2         Q.   Okay.  Can you tell me approximately how
 3    much time you spent preparing for your deposition?
 4         A.   Six days.
 5         Q.   Okay.  Six full days?
 6         A.   Variable.  So it was -- it was on six
 7    separate days, parts of those days, yeah.
 8         Q.   Okay.  Fair enough.
 9              Did you review any deposition
10    transcripts in preparing for your deposition?
11         A.   No.
12         Q.   Okay.  Did you speak with any of your BP
13    colleagues regarding their depositions in
14    preparing for your deposition?
15         A.   Only knowing their timing, but no -- no
16    substance.
17         Q.   Okay.  Thank you.  Now, I think we've
18    established that you worked on the -- the
19    DEEPWATER HORIZON response; is that right?
20         A.   Yes.
21         Q.   And to the best of your recollection, on
22    what date did you begin working on the response?
23         A.   Monday, April 26th.
24         Q.   Okay.  So that would be six days after
25    the -- the blowout, correct?
```

1        A.   (Witness nods.)
2        Q.   Do you recall who assigned you to work on
3   the response?
4        A.   That question was asked of me.  I -- I
5   don't actually recall who asked that -- that first
6   question.
7        Q.   Okay.  Do you know if it was Mr. Tooms?
8        A.   I don't believe it was, but...
9        Q.   Mr. Inglis?
10       A.   No.  No.
11       Q.   Okay.  All right.  Can you describe your
12  responsibilities regarding the response to the
13  DEEPWATER HORIZON incident?
14       A.   It was three -- three main areas of work.
15  One was looking at information on the status of --
16  I will say of the well, but principally I mean the
17  surface seabed equipment, which included the
18  riser.  Secondly, some involvement on source
19  control issues and the flow behavior aspects of
20  source control.  And thirdly, the integrity test.
21       Q.   Okay.  To whom did you report during the
22  response?
23       A.   Initially to Gordon Birrell and then to
24  Paul Tooms.
25       Q.   Okay.  And what was Mr. Birrell's role in

```
 1    the response?
 2              MS. KARIS:  Objection to the form.
 3        A.    When I first started involvement, he was
 4    running what was called the engineering team,
 5    looking at mechanical methods for source control.
 6        Q.   (BY MR. CERNICH)  Okay.  Okay.  Do you
 7    recall at what point you started working for
 8    Mr. Tooms during the response?
 9        A.    I -- I don't recall the date, no.
10        Q.    Okay.  Would it have been sometime in May?
11        A.    I would believe, yes.  Yeah.
12        Q.    Would it have been in April?
13        A.    I don't believe so, no.
14        Q.    Okay.  And who reported to you during the
15    response, if anyone did?
16        A.    The -- there was no one directly assigned
17    as a -- as a report in that sense.
18        Q.    Okay.  But you assigned work to Ms. Saidi;
19    is that right?
20        A.    That's correct.
21        Q.    And to Mr. Lockett?
22        A.    That's correct.
23        Q.    Okay.  What about Mr. Nickens?
24        A.    He was involved in related work.  I can't
25    recall specifically whether I used his resource in
```