# Attachment 9

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


    IN RE:  OIL SPILL       )  MDL NO. 2179
    BY THE OIL RIG          )
    "DEEPWATER HORIZON" IN  )  SECTION "J"
    THE GULF OF MEXICO, ON  )
    APRIL 20, 2010          )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN




                    *****************
                         VOLUME 1
                    *****************


        30(b)(6) Deposition of Ole Rygg, Ph.D.,
    Add Energy Group, taken at the Pan-American
    Building, 601 Poydras Street, 11th Floor, New
    Orleans, Louisiana, 70130, on the 3rd day of
    October, 2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    explain in this paragraph is -- is the -- the use
2    of the investigation to enhance the understanding
3    of the problem, yes.
4         Q.  And -- and this -- this article is about
5    using modeling tools to respond to a blowout,
6    control a blowout, as opposed to doing an
7    investigation for the purposes of something like
8    the Bly Report, correct?
9         A.  I can't see the difference.  What do you
10   mean?
11        Q.  Well, my understanding of the Bly Report
12   was BP was attempting to determine the causes of
13   the blowout; what led up to the blowout.  And
14   your work on the Macondo Well was to stop the
15   blowout.
16        A.  My work was to -- to model the -- the --
17   the kill operations is the --
18        Q.  And killing --
19        A.  Yeah, the relief well kill operations.
20        Q.  And killing the well is designed to stop
21   the blowout?
22        A.  Yes.
23        Q.  And -- and just so we're -- we're all
24   clear, you also did modeling related to the top
25   kill?

1      A.   Correct.
2      Q.   So it's -- it's not completely accurate
3  to say that your modeling was related to the
4  relief well operations.  You did do modeling for
5  the relief well operations, but you also did
6  modeling for the -- for the top kill effort.
7      A.   I -- I would put it the other way around.
8  I -- the purpose of me being there was to do the
9  planning for -- for the relief well, but then I
10 was requested to -- to do some work for the top
11 kill operation.
12     Q.   And you also were requested to do work,
13 after the top kill had failed, to try to
14 determine why the top kill had failed; is that
15 right?
16     A.   Yes.
17     Q.   And that was at the same time that you
18 were supposed to be working on the relief well
19 operation?
20     A.   Correct.
21     Q.   All right.  You're -- you're familiar
22 with the issues related to the burst disks that
23 were in the Macondo well; is that right?
24     A.   Yes.
25     Q.   And those disks, as I understand it, are

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )   MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )   SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )   JUDGE BARBIER
                         )   MAG. JUDGE SHUSHAN



                   REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
                     OLE RYGG, PH.D.
                ADD ENERGY GROUP 30(b)(6)
                      OCTOBER 3, 2012
                         VOLUME 1


        I, Emanuel A. Fontana, Jr., Certified
Shorthand Reporter in and for the State of Texas,
hereby certify to the following:

        That the witness, OLE RYGG, PH.D., was duly
sworn by the officer and that the transcript of
the oral deposition is a true record of the
testimony given by the witness;

        That the deposition transcript was submitted
on October 4, 2012, to the witness or to
Attorney Paul H. Schoeman for the witness to
examine, sign, and return to Worldwide Court
Reporters, Inc., by November 18, 2012.

        That the amount of time used by each party
at the deposition is as follows:

        Mr. Cernich - 4 Hours, 26 Minutes
        Mr. Lundy - 43 Minutes
        Mr. Maze - 21 Minutes
        Mr. Davis-Denny - 41 Minutes
        Mr. Hartley - 6 Minutes
        Ms. O'Connor - 8 Minutes
        Mr. Schoeman - 1 Minute
```

1  I further certify that I am neither counsel for, related to, nor employed by any of the
2  parties in the action in which this proceeding was taken, and further that I am not financially
3  or otherwise interested in the outcome of the action.
4
   SUBSCRIBED AND SWORN to by me on this 3rd
5  day of October, 2012.
6
7
8  *Emanuel A. Fontana* (signature)
   Emanuel A. Fontana, Jr., RPR
9  Texas CSR No. 1232
   Expiration Date: 12/31/12
10 Worldwide Court Reporters
   Firm Registration No. 223
11 3000 Weslayan, Suite 235
   Houston, Texas   77027
12 (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1
 2          I, OLE RYGG, PH.D., have read the
 3  foregoing deposition and hereby affix my
 4  signature that same is true and correct, except
 5  as noted on the attached Amendment Sheet.
 6
 7                         _____
 8                              OLE RYGG, PH.D.
```

PURSUANT TO CONFIDENTIALITY ORDER

# APPENDIX A

## Changes and Signature of Ole B. Rygg, Ph.D.

Date of Deposition: October 3, 2012

| Page | Line | Change | Reason |
|---|---|---|---|
| 19 | 15 | "Counselor" to "Counsel" | Correction |
| 19 | 22 | "Mrs." to "Ms." | Correction |
| 21 | 22 | "Mrs." to "Ms." | Correction |
| 24 | 1 | "peer" deleted | Correction |
| 32 | 21 | "company" to "Institute" | Correction |
| 33 | 14 | "long" added after "have" | Correction |
| 38 | 19 | "and oil" deleted | Correction |
| 38 | 19 | "or" added after "Add Wellflow" | Correction |
| 38 | 19 | "well" to "Well" | Correction |
| 38 | 20 | "flow dynamics" to "Flow Dynamics" | Correction |
| 38 | 20 | "then would" deleted | Correction |
| 38 | 21 | "--THE" deleted | Correction |
| 42 | 11 | "older" to "other" | Correction |
| 54 | 25 | "withstood" to "was through" | Correction |
| 65 | 4 | "I" to "We" | Correction |
| 75 | 22 | "Ultraflow" to "Pipeflow" | Correction |
| 80 | 3 | "is" deleted | Correction |
| 80 | 8 | "for them" deleted | Correction |
| 106 | 15 | "ID" to "idea" | Correction |
| 108 | 6 | "1975" to "19.75" | Correction |

| 126 | 19 | "was" added after "also" | Correction |
| --- | --- | --- | --- |
| 129 | 12 | "part" deleted | Correction |
| 134 | 5 | "zones" added after "oil" | Correction |
| 135 | 5 | "assuming" to "zooming in" | Correction |
| 136 | 22 | "mud" to "well" | Correction |
| 142 | 23 | "we" added after "so" | Correction |
| 142 | 24 | "an" added after "shared" | Correction |
| 145 | 4 | "specific" to "specifics" | Correction |
| 153 | 15 | "this with" added after "initiate" | Correction |
| 165 | 17 | "represent" to "represents" | Correction |
| 195 | 16 | "Explosion" to "Exploration" | Correction |
| 209 | 11 | "the" added after "at" | Correction |
| 211 | 24 | "amounts" to "unknowns" | Correction |
| 232 | 21 | "that" deleted | Correction |
| 287 | 19 | "zone" to "zones" | Correction |
| 289 | 1 | "very" deleted | Correction |
| 305 | 15 | "equational" to "equation of" | Correction |
| 315 | 11 | "The other one," deleted | Correction |