# Attachment 10

## to

**UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* FOR ADMISSION OF NINE PHASE II TRIAL EXHIBITS**

[PENDING MOTION TO FILE ATTACHMENT 10 UNDER SEAL]

The United States has moved to append Attachment 10 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.