# Attachment 11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL              )  MDL NO. 2179
BY THE OIL RIG                 )
"DEEPWATER HORIZON" IN         )  SECTION "J"
THE GULF OF MEXICO, ON         )
APRIL 20, 2010                 )  JUDGE BARBIER
                               )  MAG. JUDGE SHUSHAN

*******************

VOLUME 2

*****************

Deposition of Tony T. Liao, Ph.D., taken at Kirkland & Ellis International, 30 St. Mary Axe, 22nd Floor, London EC3A 8AF, England, United Kingdom, on the 11th of January, 2013.

1           For the record, I'm actually just
2 going to introduce a slightly earlier version of
3 the modeling.  It's at Tab 36, and this has been
4 previously introduced as Exhibit 9455.
5     A.   9455.
6     Q.   Okay.  Let me hand you a copy.
7     A.   Okay.
8     Q.   And this -- the front page is an E-mail
9 from Ashish Chitale to you, Tony Liao; Trevor
10 Hill; and Mike Mason, with a cc line to Oktay -- I
11 think it's Metin --
12     A.   Yeah.
13     Q.   -- Gokdemir.
14     A.   Gokdemir.
15     Q.   And the subject is "Top Kill Modeling
16 summary," and the first line of the E-mail reads:
17 "Here are the findings of our work on the
18 modeling."
19           Do you recall receiving this E-mail?
20     A.   Yes.
21     Q.   And from your interpretation of the
22 E-mail -- I'm sorry -- of -- of the presentation
23 attached to this E-mail, it uses additional data
24 from the Top Kill in a model to come to certain
25 conclusions or observations about the flow path;

```
 1    is that correct?
 2         A.  From -- yeah, from the -- from the
 3    conclusion of the model, yes.
 4         Q.  And as far as you know, aside from the
 5    data from the Top Kill, was there any additional
 6    data incorporated into this modeling that did not
 7    exist prior to the Top Kill?
 8              MR. CRAMER:  Object to form.
 9         A.  I do not -- I do not know.
10         Q.  (BY MS. SARGENT)  Do you know how much
11    time it took for your teammates to perform this
12    modelling?
13         A.  I do not know that, either.
14         Q.  Do you know how long it would take to
15    perform a model similar to this from the time that
16    they would have received the request until it was
17    finished?
18              MR. CRAMER:  Object to form.
19         A.  I do not know.
20         Q.  (BY MS. SARGENT)  Do you have any evidence
21    that would indicate that this modeling could not
22    have been done earlier in time if they had been
23    requested to do it?
24              MR. CRAMER:  Object to form.
25         A.  I don't -- I don't know.
```