# Attachment 12

## to

**UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* FOR ADMISSION OF NINE PHASE II TRIAL EXHIBITS**

[PENDING MOTION TO FILE ATTACHMENT 12 UNDER SEAL]

The United States has moved to append Attachment 12 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.