# Attachment 13

| | |
|---|---|
| From: | John Dribus [jdribus@new-orleans.oilfield.slb.com] |
| Sent: | Tuesday, June 15, 2010 3:30 PM |
| To: | Robert Drummond; Bud DeCoste |
| Cc: | William Coates; Mark Riding |
| Subject: | FW: BP plans to collect 40,000-53,000 b/d from gulf oil spill |

All, According to this O&G Journal article below, BP PLC has provided the US Coast Guard with plans to collect 40,000-53,000 b/d of oil by June 30 from the deepwater Macondo blowout well. That appears to be their admission that this well is flowing at a rate of greater than 50,000 b/d! Regards, JD

**From:** Oil & Gas Journal [mailto:news@ogjo-media.com]
**Sent:** Tuesday, June 15, 2010 2:04 PM
**To:** jdribus@slb.com
**Subject:** BP plans to collect 40,000-53,000 b/d from gulf oil spill

OGJ Daily Update |View online| June 15, 2010| Forward to a Friend



- Market Summary
- World Markets
- Major Indices
- OGJ 200 Index
- Oil / Energy Sector
- Market Movers
- Energy Research
- Energy Jobs
- Forward to a Friend

Share On:

### BP plans to collect 40,000-53,000 b/d from gulf oil spill
BP PLC has provided the US Coast Guard with plans to collect 40,000-53,000 b/d of oil by June 30 from the deepwater Macondo blowout well on Mississippi Canyon Block 252 in the Gulf of Mexico.

### Obama to name NRDC president, others to offshore commission
US President Barack Obama plans to appoint Natural Resources Defense Council Pres. Frances G. Beinecke and four other people to the special commission investigating the Gulf of Mexico oil spill and the future of offshore drilling in the US, the White House said on June 14.

### House panel plans to ask BP's Hayward about five key decisions
US House Energy and Commerce Committee leaders plan to ask BP PLC Chief Executive Tony Hayward about five crucial decisions that apparently were made before the company's deepwater Gulf of Mexico well blew out on Apr. 20.

### Helix Energy provides FPU for BP oil spill in gulf
BP Exploration & Production Co. entered a contract with Helix Energy Solutions Group Inc.



10468
Exhibit No. _____
Worldwide Court
Reporters, Inc.

1

STC-MDL-0031373

for the Helix Producer I, a floating production unit, to assist in BP's Gulf of Mexico oil spill response operations. The contract is for a minimum of 60 days.

### MARKET WATCH: Oil climbs above $75/bbl, while gas tops $5/MMbtu
The front-month crude contract rebounded June 14 above $75/bbl, recovering most of its June 11 loss in the New York market while the near-month natural gas contract climbed above $5/MMbtu.

### Shell, PGS eye fiber optic land seismic gains
Royal Dutch Shell PLC and Petroleum Geo-Services will collaborate to develop an ultrahigh channel count fiber optic land seismic system for exploration and reservoir monitoring.

### Appalachian Weir sandstone lateral cased
NGAS Resources Inc., Lexington, Ky., set pipe on its first horizontal well for oil in Mississippian Weir sandstone in Letcher County, Ky., in the southern Appalachian basin.

### Gjoa platform moves to field off Norway
The semisubmersible production and processing platform for Gjoa oil and gas field off Norway has been towed out after delays related to weather and hull modifications.

### KMEP launches Marcellus NGL pipeline open season
Kinder Morgan Energy Partners LP launched a 30-day nonbinding open season June 14 to further gauge shipper interest for its Marcellus lateral project, providing Marcellus shale natural gas liquids transportation to fractionation plants and petrochemical facilities near Sarnia, Ont.

### CenterPoint starts Carthage-to-Perryville open season
CenterPoint Energy Gas Transmission Co. (CEGT), an indirect, wholly owned interstate natural gas pipeline subsidiary of CenterPoint Energy Inc., started a nonbinding, 3-week open season June 14 to gauge market interest in an additional expansion of its nearly 1.9 bcfd, 42-in. OD Carthage-to-Perryville (Line CP) pipeline.

**ADVERTISING OPPORTUNITIES**
To advertise in this newsletter, call advertising sales at 713-963-6214 or jimk@pennwell.com.

View Oil & Gas Journal's **advertiser index** for the current issue.

STC-MDL-0031374

## Subscription Information

To report distribution problems with this newsletter, send an e-mail to: news@ogjo-media.com

OGJ invites you to forward this newsletter to colleagues or associates who might be interested in our weekly news summaries.

If you are a current subscriber, you can unsubscribe from this newsletter by clicking this link: http://ogjo-media.com/portal/unsubscribeconfirm/?kQIPMi8hMYb%2BoHwH0HBOUf3U7N7UvPx8A

You can also reply to the original e-mail and type "Unsubscribe" in the subject line. Or, if you prefer, you can write to us at:
PennWell Corporation
c/o E-mail Unsubscribe
1421 South Sheridan Road
Tulsa, OK 74112
USA

If you do not subscribe to this newsletter and would like to receive it, please visit: http://www.omeda.com/ogjo/

For 100 years, Oil & Gas Journal has been the first place professionals look to for the latest intelligence on every aspect of the petroleum industry. Subscribe today. Succeed tomorrow.
Go to: http://www.ogj.com/index/subscribe/enewslettersubscribe.html.

© 2010 PennWell Corporation. All Rights Reserved.

STC-MDL-0031375