# Attachment 15

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )  SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN




                  *****************
                      VOLUME 1
                  *****************


              Deposition of 30(b)(6)
     DEPOSITION OF BP, BY AND THROUGH CHARLES
     HOLT, taken at Pan-American Building,
     601 Poydras Street, 11th Floor, New Orleans,
     Louisiana, 70130, on the 28th day of
     November, 2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | exactly what the numbers were, but some kind |
| 2 | of worst -- worst case modeling, because if |
| 3 | we can stab it with some worst case numbers, |
| 4 | then, you know, we'll always have lesser |
| 02:37   5 | numbers.  That's the way the modeling -- and |
| 6 | as it turns out, we would have been able to |
| 7 | stab it with some worst case numbers, and so |
| 8 | at the end of the day whatever the flow rate |
| 9 | was wouldn't have affected because we used |
| 02:37  10 | worst case numbers.  I don't remember what |
| 11 | that number was specifically, but... |
| 12 |         Q.   (BY MS. STRIPPOLI)  But put -- |
| 13 | putting the numbers aside and putting the |
| 14 | actual flow rate aside, flow rate in and of |
| 02:37  15 | itself, the stream of flow coming out of the |
| 16 | well impacts whether or not you can exercise |
| 17 | that source control option of putting a |
| 18 | second BOP on that original BOP, correct? |
| 19 |         MR. DRAKE:  Objection; form. |
| 02:37  20 |         MR. CASEY:  Same. |
| 21 |         A.   Yes, there were -- there were |
| 22 | calculations done to determine the impact of |
| 23 | the flow coming out of the first BOP and our |
| 24 | ability to stab a second BOP, because of that |
| 02:38  25 | concern. |

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | e-mail, Chris is writing to William Burch,           |
|       | 2  | who is with Wild Well, correct?                      |
|       | 3  | A.    Yes, it appears that that's who                |
|       | 4  | he works for.  That's what his e-mail address        |
| 02:45 | 5  | is, yes.                                             |
|       | 6  | Q.    And Wild Well is also a                        |
|       | 7  | contractor that BP hired to do work, correct?        |
|       | 8  | A.    That's correct.                                |
|       | 9  | Q.    Okay.  So Chris says to                        |
| 02:45 | 10 | Mr. Burch, "Bill:  Thanks for this data.             |
|       | 11 | This gives us enough geometrical information         |
|       | 12 | to start modeling the Horizon BOP.  We also          |
|       | 13 | have sufficient material data.                       |
|       | 14 | "As we discussed, we will start                      |
| 02:45 | 15 | the modeling effort at 5,000 barrel per day          |
|       | 16 | of flow rate," correct?                              |
|       | 17 | A.    Yes, that's what it says.                      |
|       | 18 | Q.    Okay.  And then let's move on to               |
|       | 19 | the response by Mr. Burch --                         |
| 02:45 | 20 | A.    Uh-huh.                                        |
|       | 21 | Q.    -- to Chris.  On the second                    |
|       | 22 | paragraph down, he says, Rate estimations are        |
|       | 23 | very unknown as we discussed.  5,000 barrels         |
|       | 24 | minimum then run some sensitivities on flow -        |
| 02:46 | 25 | maybe 10,000, 20,000, 40,000, 80,000,                |

```
 1   THE STATE OF LOUISIANA :
     PARISH   OF    ORLEANS :
 2
     I, PHYLLIS WALTZ, a Certified Court Reporter,
 3   Registered Professional Reporter, and
     Certified Realtime Reporter in and for the
 4   State of Louisiana, do hereby certify that
     the facts as stated by me in the caption
 5   hereto are true; that the above and foregoing
     answers of the witness, 30(b)(6) DEPOSITION
 6   OF BP, BY AND THROUGH CHARLES HOLT, to the
     interrogatories as indicated were made before
 7   me by the said witness after being first duly
     sworn to testify the truth, and same were
 8   reduced to typewriting under my direction;
     that the above and foregoing deposition as
 9   set forth in typewriting is a full, true, and
     correct transcript of the proceedings had at
10   the time of taking of said deposition.
11   I further certify that I am not, in any
     capacity, a regular employee of the party in
12   whose behalf this deposition is taken, nor in
     the regular employ of his attorney; and I
13   certify that I am not interested in the
     cause, nor of kin or counsel to either of the
14   parties.
15   GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
     this, the 28TH day of NOVEMBER, 2012.
16
17
                      [signature: Phyllis Waltz]
18                   _____
                     PHYLLIS WALTZ, RPR, CRR
                     TEXAS CSR, TCRR NO. 6813
19                   Expiration Date:  12/31/13
                     LOUISIANA CCR NO. 2011010
20                   Expiration Date:  12/31/12
                     NEW MEXICO CCR NO. 610
21                   Expiration Date:  12/31/12
22
     Worldwide Court Reporters, Inc.
23   Firm Certification No. 223
     3000 Weslayan, Suite 235
24   Houston, Texas   77027
     (713) 572-2000
25
```

```
 1          I, CHARLES HOLT, have read the
    foregoing deposition and hereby affix my
 2  signature that same is true and correct,
    except as noted above.
 3
 4                    [signature]
                      _____
 5                    30(b)(6) DEPOSITION OF BP,
                      BY AND THROUGH
 6                    CHARLES HOLT, VOLUME 1
 7
    STATE OF LOUISIANA    )
 8  PARISH OF _____ )
 9
              Before me, _____,
10  on this day personally appeared CHARLES HOLT,
    known to me, or proved to me under oath or
11  through _____) (description of
    identity card or other document)), to be the
12  person whose name is subscribed to the
    foregoing instrument and acknowledged to me
13  that they executed the same for the purposes
    and consideration therein expressed.
14
              Given under my hand and seal of
15  office on this, the _____ day of _____,
    _____.
16
17
18                    _____
                      NOTARY PUBLIC IN AND FOR THE
19                    STATE OF LOUISIANA
20  My Commission Expires: _____
21
22
23
24
25
```

### Page 366

05:06

1  those are all the questions I have.
2      MR. CASEY: Thank you, sir.
3      THE WITNESS: Thank you, Doug.
4      THE VIDEOGRAPHER: The time is
5  5:06 p.m., and we're off the record.
6      (The deposition recessed at 5:06 p.m.)

### Page 367

1    WITNESS CORRECTIONS AND SIGNATURE
2    30(b)(6) DEPOSITION OF    NOVEMBER 28, 2012
     BP, BY AND THROUGH
3    CHARLES HOLT
4    Please indicate changes on this sheet of
     paper, giving the change, page number, line
5    number and reason for the change. Please
     sign each page of changes.
6
     PAGE/LINE    CORRECTION    REASON FOR CHANGE

24   30(b)(6) DEPOSITION OF BP,
     BY AND THROUGH
25   CHARLES HOLT, VOLUME 1

### Page 368

1   I, CHARLES HOLT, have read the
    foregoing deposition and hereby affix my
2   signature that same is true and correct,
    except as noted above.

5       30(b)(6) DEPOSITION OF BP,
        BY AND THROUGH
6       CHARLES HOLT, VOLUME 1

    STATE OF LOUISIANA  )
8   PARISH OF _____  )

        Before me, _____,
10  on this day personally appeared CHARLES HOLT,
    known to me, or proved to me under oath or
11  through _____ ) (description of
    identity card or other document)), to be the
12  person whose name is subscribed to the
    foregoing instrument and acknowledged to me
13  that they executed the same for the purposes
    and consideration therein expressed.

        Given under my hand and seal of
15  office on this, the ____ day of _____,
    _____.

        _____
        NOTARY PUBLIC IN AND FOR THE
19      STATE OF LOUISIANA
20  My Commission Expires: _____

### Page 369

1   THE STATE OF LOUISIANA :
    PARISH  OF  ORLEANS :
2
    I, PHYLLIS WALTZ, a Certified Court Reporter,
3   Registered Professional Reporter, and
    Certified Realtime Reporter in and for the
4   State of Louisiana, do hereby certify that
    the facts as stated by me in the caption
5   hereto are true; that the above and foregoing
    answers of the witness, 30(b)(6) DEPOSITION
6   OF BP, BY AND THROUGH CHARLES HOLT, to the
    interrogatories as indicated were made before
7   me by the said witness after being first duly
    sworn to testify the truth, and same were
8   reduced to typewriting under my direction;
    that the above and foregoing deposition as
9   set forth in typewriting is a full, true, and
    correct transcript of the proceedings had at
10  the time of taking of said deposition.
11  I further certify that I am not, in any
    capacity, a regular employee of the party in
12  whose behalf this deposition is taken, nor in
    the regular employ of his attorney; and I
13  certify that I am not interested in the
    cause, nor of kin or counsel to either of the
14  parties.
15  GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
    this, the 28TH day of NOVEMBER, 2012.

18      PHYLLIS WALTZ, RPR, CRR
        TEXAS CSR, TCRR NO. 6813
19      Expiration Date: 12/31/13
        LOUISIANA CCR NO. 2011010
20      Expiration Date: 12/31/12
        NEW MEXICO CCR NO. 610
21      Expiration Date: 12/31/12
22
    Worldwide Court Reporters, Inc.
23  Firm Certification No. 223
    3000 Weslayan, Suite 235
24  Houston, Texas 77027
    (713) 572-2000