# Attachment 17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL           )     MDL NO. 2179
by the OIL RIG,             )
DEEPWATER HORIZON in        )     SECTION "J"
the GULF OF MEXICO,         )
April 20, 2010              )     JUDGE BARBIER
                            )
                            )     MAG.  JUDGE
                            )     SHUSHAN

         Videotaped deposition of
CHRISTOPHER MATICE, taken at Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 28th of
November, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    equipment that was going down that was being
2    caused by the oil plume.
3         Q.   I certainly will have a number of
4    questions for each of the work assignments in
5    a bit.
6              Generally, how did you
7    communicate, or SES communicate, with BP
8    regarding the work that SES completed for the
9    project?
10        A.   We had a -- a main contact at BP,
11   Richard Simpson, and we communicated by
12   telephone and e-mail with him.
13        Q.   Were e-mails a primary form of
14   communication?
15        A.   It was -- of the two, yes.  One
16   of -- yeah.  I -- we got most of our data
17   through e-mail.
18        Q.   Were the e-mails between BP and
19   SES relating to the project -- I'll ask again.
20             MS. ANDERSON:  Strike that.
21        Q.   Were the e-mails relating to this
22   project written contemporaneous to the time of
23   the work items recorded in the e-mails?
24        A.   Yes.
25        Q.   Were there e-mail communication

```
 1      least one BP employee, Richard Simpson; is
 2      that correct?
 3           A.    Yes.
 4           Q.    If we can turn to page 1.
 5           A.    And, actually, Richard was copied
 6      on William's original e-mail, which I'm sure I
 7      replied to all, which is why he's copied on
 8      mine.
 9           Q.    Thanks for that clarity.
10                 If we look at page 1, then,
11      of the same exhibit, exhibit 10122, the next
12      e-mail in the chain that's at the bottom of
13      page 1 -- page 1 has the Bates stamp number of
14      SES 00066315 -- Mr. Simpson of BP responds
15      next in the e-mail chain; is that correct?
16           A.    Yes.
17           Q.    There he writes to you directly
18      and states, Chris, note confidential
19      information.  For the first run, use 70,000
20      barrel per day.  For the second run,
21      35,000 barrel per day.  Third run, 17,500
22      barrel per day.
23                 Thereafter, on page 1 of the
24      e-mail, north -- or at the top of the same
25      page 1, you respond back to all the
```

```
 1      recipients; is that correct?
 2           A.    Yes.
 3           Q.    And your response is one word.
 4      You say, understood.
 5           A.    Yes.
 6           Q.    What did you understand?
 7           A.    I understood the sequence of runs
 8      that Richard was -- was telling us to run, and
 9      I also understood that he was reenforcing our
10      confidentiality agreement with BP.
11           Q.    Let's look, again, at the first
12      report completed by SES for the project
13      entitled CFD Analysis, Cases 1 and 2, which
14      has been identified as exhibit 10091 under
15      tab 7 of the United States binder.
16                      Earlier we were discussing
17      the format of your reports.  I'd like to talk
18      specifically about the first completed CFD
19      case run that appears in this exhibit.
20                      What was the barrel per day
21      oil flow that you ran first for BP under your
22      CFD modeling work?
23           A.    Case 1, the first case that we
24      ran, first case we reported, was
25      70,000 barrels per day.
```