# Attachment 18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of FARAH SAIDI, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 10th day of January, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | A.   Yes, basically, yeah.                               |
|       | 2  | Q.   All right.  So you testified in                     |
|       | 3  | 2005 you started out as the GoM SPU for flow             |
|       | 4  | assurance, and how long were you in that                 |
| 08:56 | 5  | position?                                                |
|       | 6  | A.   That position -- in 2007                            |
|       | 7  | transitioned to a flow assurance technical               |
|       | 8  | authority.                                               |
|       | 9  | Q.   Okay.  And what did that                            |
| 08:56 | 10 | position involve?                                        |
|       | 11 | A.   At that time for that particular                    |
|       | 12 | position, basically, it was the same as what             |
|       | 13 | I was doing before.                                      |
|       | 14 | Q.   And were --                                         |
| 08:57 | 15 | A.   So it was just a name change                        |
|       | 16 | because of the reorganization.                           |
|       | 17 | Q.   I see.  And was it a promotion                      |
|       | 18 | or just a reorganization?                                |
|       | 19 | A.   No, no promotion.                                   |
| 08:57 | 20 | Q.   Okay.  And you were still                           |
|       | 21 | focused mostly on the Gulf of Mexico?                    |
|       | 22 | A.   Yes.                                                |
|       | 23 | Q.   And doing the same kind of                          |
|       | 24 | coordination that you described in your prior            |
| 08:57 | 25 | position?                                                |

|       |    |                                                |
|-------|----|------------------------------------------------|
|       | 1  | engineering technical authority in 2 --        |
|       | 2  | either 2008 or 2009.  I don't exactly          |
|       | 3  | remember the date.                             |
|       | 4  | Q.    Okay.  Okay.  And how did it             |
| 09:05 | 5  | come about that -- post Macondo you did then   |
|       | 6  | interact more with Tim Lockett and Trevor      |
|       | 7  | Hill, correct?                                 |
|       | 8  | A.    Post Macondo, meaning during             |
|       | 9  | incident or --                                 |
| 09:05 | 10 | Q.    During the incident, during              |
|       | 11 | the -- from April 2010 until September 2010.   |
|       | 12 | A.    I had more interaction with them         |
|       | 13 | during that time than before.                  |
|       | 14 | Q.    All right.  How would you                |
| 09:05 | 15 | describe that interaction?                     |
|       | 16 | A.    Trevor Hill would ask me for             |
|       | 17 | support as needed.  And Tim Lockett, both he   |
|       | 18 | and I were supporting Trevor as needed.  So    |
|       | 19 | we were giving 24 hours, almost, you know,     |
| 09:06 | 20 | because he was in London -- I mean, Tim        |
|       | 21 | Lockett was in London, I was here.  If         |
|       | 22 | something needed to be done --                 |
|       | 23 | Q.    Right.                                   |
|       | 24 | A.    -- we could basic --                     |
| 09:06 | 25 | Q.    So between the two of you, you           |

|  |  |
|---|---|
| 1 | could cover almost the whole 24-hour period, |
| 2 | if necessary? |
| 3 | A.     Kind of. |
| 4 | Q.     Okay.  And were you -- during |
| 09:06  5 | that period of time from April 2010 through |
| 6 | until the well was under control, were you |
| 7 | working -- was a hundred percent of your work |
| 8 | devoted to the Macondo -- controlling the |
| 9 | Macondo well? |
| 09:07 10 | MR. POE:  Object to the form. |
| 11 | MS. FLICKINGER:  Let me strike that. |
| 12 | Q.     (BY MS. FLICKINGER)  Were you -- |
| 13 | during that period of time from April 2010 to |
| 14 | September 2010, were you working full time on |
| 09:07 15 | the activities associated with controlling |
| 16 | the Macondo well? |
| 17 | A.     My primary assignment for |
| 18 | Macondo was containment. |
| 19 | Q.     And what -- what does |
| 09:08 20 | containment include? |
| 21 | A.     To contain -- to collect, |
| 22 | basically. |
| 23 | Q.     To collect the flow from the |
| 24 | Macondo well? |
| 09:08 25 | A.     Yes. |

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | Q.   Okay.  And for containment, what                            |
|       | 2  | particular projects did you work on?                             |
|       | 3  | A.   The ones that come to my mind, a                            |
|       | 4  | little bit on coffer dam, RIT tool, top hat,                     |
| 09:09 | 5  | hot tap and supported few other projects that                    |
|       | 6  | I wasn't fully involved, but if they had a                       |
|       | 7  | flow assurance question, I would do whatever                     |
|       | 8  | they were asking me to do.                                       |
|       | 9  | Q.   Okay.  What were those projects?                            |
| 09:09 | 10 | A.   I think one was called                                      |
|       | 11 | freestanding riser.  Don't know the details.                     |
|       | 12 | And I had a little bit of interaction with                       |
|       | 13 | the project, I believe called CDP.                               |
|       | 14 | Q.   And how about a tieback                                     |
| 09:10 | 15 | proposal, was that -- was that part of CDP?                      |
|       | 16 | A.   Oh, I think the tieback that                                |
|       | 17 | we -- we were -- I was -- I mean, the tieback                    |
|       | 18 | that I looked into was tieback to Na Kika and                    |
|       | 19 | a tieback to a disposal well, I believe.  The                    |
| 09:10 | 20 | names escape me.                                                 |
|       | 21 | Q.   And is -- is that -- was that                               |
|       | 22 | part of CDP, or is that a separate way --                        |
|       | 23 | A.   No, that was a separate.                                    |
|       | 24 | Q.   All right.  Anything else that                              |
| 09:10 | 25 | you recall?                                                      |

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | Q.    Or replaced?  Okay.  If you                               |
|       | 2  | could turn to Tab 128.                                          |
|       | 3  | MR. POE:  Sorry, Counsel, the number.                           |
|       | 4  | MS. FLICKINGER:  Tab 128.                                       |
| 02:37 | 5  | Q.    (BY MS. FLICKINGER)  Okay.  And                           |
|       | 6  | this has been previously marked as                              |
|       | 7  | Exhibit 9453.  Have you seen this document                      |
|       | 8  | before?                                                         |
|       | 9  | A.    Yes.                                                      |
| 02:37 | 10 | Q.    Okay.  And are these the                                  |
|       | 11 | calculations that you performed or one of the                   |
|       | 12 | calculations you performed for Trevor Hill in                   |
|       | 13 | response to his request to calculate the flow                   |
|       | 14 | rate at the capping stack using differential                    |
| 02:38 | 15 | pressure?                                                       |
|       | 16 | MR. POE:  Object to the form.                                   |
|       | 17 | MR. DRAKE:  Same objection.                                     |
|       | 18 | Q.    (BY MS. FLICKINGER)  Let's break                          |
|       | 19 | it.  What are these?                                            |
| 02:38 | 20 | A.    This is explanation of                                    |
|       | 21 | methodology that I use to calculate the flow                    |
|       | 22 | rate based on capping stack and data.                           |
|       | 23 | Q.    Okay.  So why don't we -- and                             |
|       | 24 | you prepared these, correct?                                    |
| 02:38 | 25 | A.    Yes.                                                      |

|  |  |
|---|---|
| 1 | Q.    You prepared this explanation, |
| 2 | and it was based on work that you did? |
| 3 |     MR. POE:  Object to the form. |
| 4 | Q.    (BY MS. FLICKINGER)  It was |
| 02:38  5 | based on the calculation that you had done? |
| 6 | A.    Yes. |
| 7 | Q.    All right.  And you did that as |
| 8 | part of your work at BP? |
| 9 | A.    Yes. |
| 02:39 10 | Q.    Okay. All right.  So do you |
| 11 | want to describe your methodology? |
| 12 |     MR. DRAKE:  Objection; form. |
| 13 |     MR. POE:  Same objection. |
| 14 | A.    Here I am describing the |
| 02:39 15 | information that I had at the time, |
| 16 | describing the geometry and describing what |
| 17 | the system pressure drop comprises of and |
| 18 | describing some of these losses I can get |
| 19 | from PIPESIM and some of the losses I need to |
| 02:39 20 | hand -- manually calculate those. |
| 21 | Q.    (BY MS. FLICKINGER)  Okay.  So |
| 22 | let's -- let's slow down a little bit and |
| 23 | back up.  Okay. |
| 24 |     You refer in your -- in your |
| 02:40 25 | write-up, you refer to the well integrity |