# Attachment 19

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         )  JUDGE BARBIER
                       )  MAG. JUDGE SHUSHAN
```

*****************
VOLUME 1
*****************

30(b)(6) Deposition of Ellen D. Williams, Ph.D., BP, Inc., taken at the Offices of Kirkland & Ellis, 655 15th Street, N.W., Washington, D.C., 20005, on the 19th day of November, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1              Is that an accurate statement?
2         A.   It's roughly accurate.
3         Q.   Okay.
4         A.   Okay.
5         Q.   Did you hear back from Bob Dudley about
6    whether or not BP would conduct its own
7    independent flow rate analysis using the ROV
8    visual data?
9         A.   I had -- yes, I had asked Bob if it would
10   be appropriate or permissible to provide the data
11   to a -- I think I suggested an external
12   consultant, but I'm not sure, to do some
13   analysis, and he gave me permission to arrange
14   that.
15        Q.   Okay.  Did you arrange that?
16        A.   I -- I did make an arrangement to ask
17   Andy Woods to engage with some video analysis of
18   the plume, in addition to the plume modeling work
19   he was doing.
20        Q.   Okay.  Have you -- do you know whether
21   Dr. Woods did perform the video analysis of the
22   plume?
23        A.   I -- I am aware that he received the
24   videos.  I'm not familiar with what it --
25   precisely he did beyond the plume flow analysis.

```
 1    layer at a certain depth below the surface.
 2         Q.   Okay.
 3         A.   It was as a result, then, of a comparison
 4    that he discovered he -- he could use this to put
 5    a bound on the flow rates.
 6         Q.   Did -- and I'm asking you this as --
 7         A.   M-h'm.
 8         Q.   -- the Corporate Representative of BP:
 9    Did BP ever request that Andy Woods or someone at
10    the BP Institute estimate the rate of flow from
11    the Macondo Well before July 15, 2010?
12         A.   I -- I don't know if that exact wording
13    was used in re -- in the request to Andy Woods.
14         Q.   What's your best recollection of what the
15    wording was?
16         A.   I believe Andy Woods was asked to
17    continue his plume modeling and to look at a
18    video analysis of plumes to understand what
19    you -- what you had to assume and what the
20    parameters were and what the approximations were
21    to determine a flow rate from that type of
22    analysis.  I can't recall whether or not he was
23    actually asked to determine the number.
24         Q.   And you actually personally wanted
25    someone to estimate the flow rate by looking at
```

```
 1   Dr. Woods or the BP Institute to constrain flow
 2   rate calculations?
 3        A.   Well, I don't recall discussing those
 4   specific words.
 5        Q.   Did you ever ask Mr. Leonard what he
 6   meant when he wrote that -- when he asked you if
 7   there was "more data of any form that he/they can
 8   use to constrain the flow rate calcs??"?
 9        A.   I -- I don't recall this -- this line
10   of -- of discussion.
11        Q.   Well, what did you understand that
12   question to mean when you received it in May of
13   2010?
14             MS. KARIS:   Objection --
15             MR. INGLIMA:   Asked and answered.
16             MS. KARIS:   -- asked and answered.
17        A.   I -- I just don't remember.
18        Q.   (By Ms. Greenwald) Can you explain for me
19   a little bit what the relationship is between BP
20   and the BP Institute?
21        A.   The BP Institute was set up more than ten
22   years ago with an endowment from BP to Cambridge.
23   It was a complete gift to Cambridge to set up
24   this Institute to work on issues of Geophysics
25   and -- and Subsurface Behavior.
```

1       Since then, B -- BP Scientists have
2  engaged actively with Scientists at the BP
3  Institute on different Research Projects.
4       Q.  Okay.  Is there a Consultancy Agreement
5  between BP Institute and BP?
6            MS. KARIS:  Object to form and
7  scope.  I'm assuming you're asking her in her --
8            MS. GREENWALD:  Yes.
9            MS. KARIS:  -- personal capacity?
10           MS. GREENWALD:  -- these are all --
11 I'm sorry.
12           MS. KARIS:  Sorry.
13           MS. GREENWALD:  I should -- thank
14 you.
15      Q.  (By Ms. Greenwald) I -- all of these
16 questions are in your individual capacity.
17      A.  Okay.
18      Q.  I understand they're not referenced in
19 the 30(b)(6) --
20      A.  Okay.
21      Q.  -- designated Topics.
22      A.  Okay.  I'm not aware that there's an open
23 or general consultancy, but one could always set
24 up a consultancy.  And -- and to be clear, the
25 consultancy would not be with the BP Institute;

```
1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  OIL SPILL          )   MDL NO. 2179
    BY THE OIL RIG             )
4   "DEEPWATER HORIZON" IN     )   SECTION "J"
    THE GULF OF MEXICO, ON     )
5   APRIL 20, 2010             )   JUDGE BARBIER
                               )   MAG. JUDGE SHUSHAN
6
```

                    REPORTER'S CERTIFICATION
            TO THE ORAL AND VIDEOTAPED DEPOSITION OF
                    ELLEN D. WILLIAMS, PH.D.
                        BP, INC. 30(b)(6)
                        NOVEMBER 19, 2012
                            VOLUME 1

    I, Emanuel A. Fontana, Jr., Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

    That the witness, **ELLEN D. WILLIAMS, PH.D.**, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

    That the deposition transcript was submitted on _November 26_, 2012, to the witness or to Attorney _Frank Sramek_ for the witness to examine, sign, and return to Worldwide Court Reporters, Inc., by _January 10_, 2012.

    That the amount of time used by each party at the deposition is as follows:

    Ms. Chang - 3 Hours, 26 Minutes
    Mr. Maze - 1 Hour, 3 Minutes
    Ms. Greenwald - 1 Hour, 16 Minutes

1     I further certify that I am neither counsel for, related to, nor employed by any of the
2 parties in the action in which this proceeding was taken, and further that I am not financially
3 or otherwise interested in the outcome of the action.
4
5     SUBSCRIBED AND SWORN to by me on this 19th day of November, 2012.
6
7
8 _____
  Emanuel A. Fontana, Jr., RPR
9   Texas CSR No. 1232
  Expiration Date: 12/31/12
10   Worldwide Court Reporters
  Firm Registration No. 223
11   3000 Weslayan, Suite 235
  Houston, Texas  77027
12   (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

I, **ELLEN D. WILLIAMS, PH.D.**, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted on the attached Amendment Sheet.

_____
**ELLEN D. WILLIAMS, PH.D.**

THE STATE OF ~~_____~~ DISTRICT OF COLUMBIA )
COUNTY OF ~~_____~~ )

Before me, CHARLESETTA C. CLARK, on this day personally appeared **ELLEN D. WILLIAMS, PH.D.**, known to me ~~(or proved to me under oath or through _____)~~ to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 4th day of January, ~~2012~~ 2013.

_Charlesetta C. Clark_
NOTARY PUBLIC IN AND FOR
~~THE STATE OF~~ _____
COMMISSION EXPIRES: _____

Charlesetta C. Clark
Notary Public, District of Columbia
My Commission Expires 1/31/2017

**PURSUANT TO CONFIDENTIALITY ORDER**


## CHANGES AND SIGNATURE

**WITNESS NAME:** ELLEN D. WILLIAMS, PH.D.

**DATE OF DEPOSITION:** NOVEMBER 19-20, 2012

| Page | Line | Change | Reason |
| --- | --- | --- | --- |
| 2 | 23 | Change "Crowell Moring" to "Crowell & Moring LLP" | Correcting spelling of firm name. |
| 21 | 22 | Change "IP" to "initial assessment" | "IP" does not mean anything in this context; "initial assessment" describes the work discussed in the paragraph. |
| 161 | 9 | Change "Object on to form" to "Objection to form" | Wrong word. |
| 183 | 9 | Change "survwey" to "survey" | Wrong word. |
| 187 | 2 | Change "U" to "view" | Wrong word. |
| 199 | 18 | Change "run" to "form" | Wrong word. |
| 224 | 15, 18, 22, 25 | Change "Krone" to "Crone" | Name misspelled. |
| 225 | 4, 6, 8, 13, 23, 25 | Change "Krone" to "Crone" | Name misspelled. |
| 226 | 4, 5, 19, 25 | Change "Krone" to "Crone" | Name misspelled. |
| 226 | 5 | Change "Mr. Kro--" to "Mr. Cro--" | Name misspelled. |
| 227 | 2 | Change "Krone" to "Crone" | Name misspelled. |
| 240 | 2 | Change "it" to "he" | Wrong word. |
| 256 | 17, 18 | Change "George" to "Jörg" | Name misspelled. |
| 260 | 8 | Change "George" to "Jörg" | Name misspelled. |
| 293 | 23 | Change "Crowell Moring" to "Crowell & Moring LLP" | Correcting spelling of firm name. |
| 356 | 8 | Change "froming" to "flowing" | Wrong word. |