# Attachment 22

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         )  JUDGE BARBIER
                       )  MAG. JUDGE SHUSHAN




              *****************
                   VOLUME 1
              *****************


     30(b)(6) Deposition of David Arnold
Barnett, Wild Well Control, taken at the
Pan-American Building, 601 Poydras Street, 11th
Floor, New Orleans, Louisiana, 70130, on the 14th
day of December, 2012.
```

```
 1    results of computer simulations that other people
 2    had run?
 3         A.   Yes.
 4         Q.   Okay.  Turning to the Macondo, Wild Well
 5    was involved in a number of the Source Control
 6    Efforts at Macondo, correct?
 7         A.   Yes.
 8         Q.   All right.  And you personally were --
 9    were involved in a number of different areas of
10    Source Control, as well?
11         A.   That's correct.
12         Q.   All right.  What were the ones -- your --
13    your major areas of involvement at Macondo
14    post-spill?
15         A.   Well, the major area that I was involved
16    with was the planning and implementation of the
17    kill operations, both the dynamic kill that was
18    planned for the eventual intercept of the relief
19    well, and the top kill operations, and the
20    eventual static kill that was implemented.
21         Q.   Okay.  And the relief well, was the
22    relief well beling -- being drilled primarily to
23    effect the dynamic kill?
24         A.   Yes.
25         Q.   Okay.  And in connection with that work,
```

```
 1                    EXAMINATION
 2   QUESTIONS BY MR. DAVIS-DENNY:
 3       Q.  Hi, Mr. Barnett.  My name is Grant
 4   Davis-Denny, and I represent Transocean, as I
 5   mentioned at the break.
 6       A.  Yes.
 7       Q.  Thank you for taking the time to testify
 8   today.  I believe you testified earlier that you
 9   had concluded the top kill had failed because the
10   flow path through the BOP was too large.  Do you
11   recall that testimony?
12       A.  Yes.
13       Q.  You did not attribute the top kill's
14   failure to the burst disk.  Is that correct?
15       A.  That's correct.
16       Q.  Okay.  The consensus at Wild Well Control
17   was that the top kill had failed because the flow
18   path through the BOP was too large, rather than
19   because of the burst disk.  Is that correct?
20       A.  I believe that's true, yes.
21       Q.  Okay.  Wild Well Control shared that
22   conclusion with BP, right?
23       A.  In my memo, yes.
24       Q.  Yes.  And that's a memo that you sent in
25   late May of 2010, correct?
```

```
1          A.   Or the -- or the first part of June, yes.
2          Q.   Okay.  Let's -- I'm going to show you
3     what's our Tab 42.  It's Exhibit 10622.
4               (Exhibit No. 10622 marked.)
5          Q.   (By Mr. Davis-Denny) And is this exhibit
6     what you were just referring to as your memo?
7          A.   Yes, it is.
8          Q.   Okay.  This is a memo that you sent to
9     BP's Mark Mazzella and Mark Patteson on May 31st
10    of 2010.  Is that correct?
11         A.   Yes.
12         Q.   You sent this in the course of your work
13    for BP; is --
14         A.   Yes.
15         Q.   -- that right?
16         A.   That's right.
17         Q.   You made every ec -- effort to be as
18    accurate as possible when you wrote this memo,
19    right?
20         A.   That was my intention.
21         Q.   Okay.  If you'll please look at the
22    second page of the memo.
23         A.   (Complying.)
24         Q.   And if you look at three paragraphs from
25    the bottom, this is where you communicated to BP
```

Case 2:10-md-02179-CJB-DPC   Document 8587-25   Filed 02/15/13   Page 6 of 6

239

```
 1    the Wild Well Control consensus view that the top
 2    kill had failed because the flow path through the
 3    BOP was too large, correct?
 4         A.   Yes.
 5         Q.   Okay.  Did you have any subsequent
 6    discussions with BP about your memo?
 7         A.   Not too much, not really.
 8         Q.   Okay.  Did you have any subsequent
 9    discussions with BP about why the top kill had
10    failed?
11         A.   Yes, we had some discussions about it.
12         Q.   When did those discussions occur?
13         A.   Well, when we returned, of course, we
14    were offshore on the rig, implementing this kill
15    operation, so we had some discussions there on
16    the rig after the kill operation failed and then
17    a series of discussions once me and the -- the
18    Team arrived back at the office.
19         Q.   Who from BP was involved in these
20    discussions?
21         A.   Oh, Mark Patteson, Jon Sprague, Mark
22    Mazzella.
23         Q.   Were Patteson, Sprague, and Mazzella all
24    out on the rig during the top kill?
25         A.   Mazzella was.
```

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER