UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

## UNITED STATES' EX PARTE MOTION TO FILE ITS UNREDACTED MEMORANDUM AND EXHIBITS UNDER SEAL REGARDING MOTION *IN LIMINE* FOR ADMISSION OF NINE TRIAL EXHIBITS
[DKT. NO. 8587]

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], the United States respectfully requests leave to file under seal its unredacted "Memorandum in Support of Motion *in Limine* for Admission of Nine Trial Exhibits" and related Attachments, Dkt. No. 8587.  The portions redacted from the publicly-filed Memorandum and Attachments 2, 10, 12, 20, 21, and 23 pertain to claims of confidentiality by BP concerning certain documents produced by BP in this litigation.

Respectfully submitted,

| | |
|---|---|
| /s/ R. Michael Underhill | /s/ Steven O'Rourke |
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone:  202-514-2779 |
| Telephone:  415-436-6648 | Facsimile:  202-514-2583 |
| Facsimile:  415-436-6632 | E-mail:  steve.o'rourke@usdoj.gov |
| E-mail:  mike.underhill@usdoj.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: February 15, 2013.                     /s/ Steve O'Rourke
                                             U.S. Department of Justice