UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal unredacted versions of the memorandum and certain exhibits in support of its Motion *in Limine* for Admission of Nine Trial Exhibits, Dkt. No. 8587.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the memorandum and Exhibits 9, 17-19, and 21 shall be filed under seal.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE