**EXHIBIT A**

**SHORT FORM JOINDERS FILED BY SHER, GARNER, CAHILL, RICHTER, KLEIN, & HILBERT, L.L.C. ON FEBRUARY 15, 2013.**

| Document I.D. (filed in Case No. 10-8888) | Individual / Business Name |
|---|---|
| | |
| 123019 | Michael Kegel |
| 123020 | Laurence E. Best |
| 123021 | Peter S. Koeppel |
| 123022 | Rent-a-Nerd, Inc. |
| 123023 | Darrin Piotrowski |
| 123024 | Timberlane Country Club, Inc. |
| 123025 | Best Koeppel, APLC |
| 123029 | Johnson, Mire & Fernandez PC CPA's |
| 123030 | Rooms to Go Mississippi Corp. |
| 123031 | New Orleans Spring Fiesta Association |
| 123032 | Serenity Place of Bay St. Louis, LLC |
| 123033 | Nancy E. Moynan |
| 123034 | Lulu Eats & Entertains, LLC |
| 123035 | Maggie May's, LLC |
| 123036 | Kyoto Japanese Restaurant & Sushi Bar |
| 123037 | French Quarter Festivals, Inc. |
| 123038 | Lilian P. Stahler |
| 123039 | Teknologi, LLC |
| 123040 | Henry C. Spicer |
| 123041 | Bianca Schouest |
| 123042 | Salon Diversions, Inc. |
| 123043 | Leni T. Sumich, II |
| 123044 | Donald P. Cerise, M.D., APMC |
| 123045 | Eye Laser Institute, LLC |
| 123046 | Conerly Corporation |

| 123047 | Three Brothers Luxury, LLC d/b/a New Orleans Audi |
|--------|---------------------------------------------------|
| 123048 | Three Brothers Imports HY, LLC d/b/a Hyundai of Metairie |
| 123049 | VGB, Inc. d/b/a Toyota of Slidell |
| 123050 | Butch Oustalet Chevrolet-Cadillac, LLC |
| 123051 | Butch Oustalet Motors, LLC |
| 123052 | Butch Oustalet, Inc. |
| 123053 | Quality Auto Sales of Gulfport, Inc. |
| 123054 | Dixie T. Madigan |
| 123055 | Richard P. Richter |
| 123056 | James G. Tucker |