**Exhibit A**   HESI's 2/15/2013 Supplemental Good Faith Combined Phase One and Phase Two Exhibit List

| Exhibit No. | Date Of Exhibit | Description of Exhibit | Bates Nos. (Range) | Phase | Status |
|---|---|---|---|---|---|
| 63208 | 1/30/2013 | US v. BP - Reasons for Accepting Plea Agreement [Doc. 65] 2:12-cr-00292-SSV-DEK | | Phase One; Phase Two | New (Good Cause) |
| 63209 | 1/29/2013 | US v. BP - Judgment [Doc. 66] 2:12-cr-00292-SSV-DEK | | Phase One; Phase Two | New (Good Cause) |
| 63210 | 1/29/2013 | US v. BP - Amended Reasons Accepting Plea Agreement [Doc. 69] 2:12-cr-00292-SSV-DEK | | Phase One; Phase Two | New (Good Cause) |
| 63211 | 1/29/2013 | US v. BP - Plea Agreement and Factual Basis [Docs. 2, 2-1] 2:12-cr-00292-SSV-DEK | | Phase One; Phase Two | New (Good Cause) |
| 63212 | 2/8/2013 | US v. TO - Joint Memorandum in Support of Guilty Plea by Transocean [Doc. 26] 2:13-cr-00001-JTM-SS | | Phase One | New (Good Cause) |
| 63213 | 1/16/2013 | US v. TO - Plea Agreement and Factual Basis [Docs. 3, 3-1, 3-2, 3-3, 3-4, 3-5] 2:13-cr-00001-JTM-SS | | Phase One | New (Good Cause) |
| 63214 | 1/3/2013 | Partial Consent Decree Between the Plaintiff United States of America and Defendants Transocean Offshore Deepwater Drilling inc., and Transocean Deepwater inc. [Doc. 8157-1] 2:10-md-02179-CJB-SS | | Phase One | New (Good Cause) |
| 63215 (Placeholder) | 1/16/2013 | US v. TO - Order RE: Plea Agreement 2:13-cr-00001-JTM-SS | | Phase One | New (Good Cause) |