# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Rudolph, Linda Douglas | 02/05/2013 | 122936 |
| Young, Clifford Bernard Jr. | 02/05/2013 | 122937 |
| James, Michael Marsha | 02/05/2013 | 122938 |
| Harris, Sylvester J. | 02/05/2013 | 122939 |
| Hall, Nakil | 02/08/2013 | 122975 |
| Hudson, Dermicia K. | 02/12/2013 | 123017 |
| J & J Diving Corporation | 02/15/2013 | 123026 |
| Northshore Services, LTD | 02/15/2013 | 123027 |