# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Bondi, Margaret | 02/07/2013 | 122973 |
| Means, Robert J. Jr. | 02/07/2013 | 122974 |
| Marker 23, LLC | 02/15/2013 | 123028 |

1