**EXHIBIT A**

**SHORT FORM JOINDERS FILED BY SHER, GARNER, CAHILL, RICHTER, KLEIN, & HILBERT, L.L.C. ON FEBRUARY 18, 2013.**

| Document I.D. (filed in Case No. 10-8888) | Individual / Business Name |
|---|---|
|  |  |
| 123061 | New Academy Holding Co., L.L.C.; Academy , Ltd. d/b/a Academy Sports + Outdoors |
| 123062 | W2005 New Century Hotel Portfolio, L.P. |
| 123063 | W2007 BRV Realty, L.P. |
| 123064 | W2007 Equity Inns Realty, L.L.C. |
| 123065 | Kevin J. Collins, D.D.S. APDC |
| 123066 | Judith L. Corey M.D. |
| 123067 | Advance Waterproofing Co., Inc. |
| 123068 | Uni Americas, L.L.C. |
| 123069 | Watson Memorial Spiritual Temple of Christ, Inc. |
| 123070 | The Family Center of Hope, Inc. |