UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" | : | |
| in the GULF OF MEXICO, | : | SECTION:  J |
| on APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **Applies to All Cases** | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

## CAMERON INTERNATIONAL CORPORATION'S
## <u>OBJECTIONS TO MDL PARTIES' PHASE I DEMONSTRATIVES</u>

Cameron International Corporation ("Cameron") respectfully submits these objections to the MDL Parties' Phase I Demonstrative Exhibits.

Cameron raises the below general objections and sets forth specific objections in the attached Exhibit A:

(1)    Cameron reserves the right to object to all demonstrative exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

(2)    Cameron objects pursuant to 46 U.S.C. § 6308 to the introduction and/or use of all demonstrative exhibits related to the Marine Board Investigation and/or report(s).

(3)    Cameron objects to the introduction and/or use of all exhibits related to any U.S. Chemical Safety Board investigation and/or report.

(4)      Cameron objects to the introduction and/or use of all demonstrative exhibits that are substantially similar to complete or partial duplicates of TREX exhibits that Cameron has specifically objected to.

(5)      By objecting to certain demonstrative exhibits, Cameron does not waive the right to introduce such exhibits at trial.

(6)      To the extent that Cameron objects to a specific demonstrative exhibit, Cameron also objects to all subsections of that exhibit.

DATE:  February 18, 2013

Respectfully submitted,
/s/ David J. Beck
David J. Beck, T.A.
    dbeck@beckredden.com
Joe W. Redden, Jr.
    jredden@beckredden.com
David W. Jones
    djones@beckredden.com
Geoffrey Gannaway
    ggannaway@beckredden.com

BECK REDDEN, LLP
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Jared A. Davidson, 32419
    jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON
INTERNATIONAL CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron International Corporation's Objections to MDL Parties' Phase I Demonstratives, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of February, 2013.

*/s/ David J. Beck*
David J. Beck

Doc No  383.017/517640.v1

3

# EXHIBIT A

**Cameron Objections to BP Trial Demonstratives**
**2/18/2013**

| Exhibit Number | Filename | Title | Description | CAM Objection |
|---|---|---|---|---|
| D4213-D4255 | D4213-D4255 | | Slide Demonstrative | (1) D4243, D4245, D4248 reference DNV Report, which is barred under 46 USC 6308, and Limine Order Nos. 5448, 5572, 5618.<br>(2) D4242, D4243, D4244, D4245, and D4248 reference exhibits that have not been produced. CAM reserves all objections until seeing all referenced exhibits. |

**CAM OBJECTIONS TO HESI TRIAL DEMONSTRATIVES**

**2/18/2013**

| DEMONSTRATIVE # | TITLE | CAMERON OBJECTIONS |
|---|---|---|
| D-8005 | BOP Model | FRE 403 (Misleading - exhibit states that it is based on TREX-60429, the DNV Final Report, which has been excluded from evidence, but it is actually based on the BP Internal Investigation Report). |
| D-8100 | Amended Expert Report of Glen Stevick, Ph.D., P.E. - Figure 3: Model of the DWH BOP BSR from the Det Norske Veritas ("DNV") report | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8103 | Amended Rebuttal Expert Report of Glen Stevick – Figure 2: Pictures of the drill pipe segment recovered from between the BSR and CSR, taken from the DNV Report | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8104 | Amended Rebuttal Expert Report of Glen Stevick – Figure 4: Pictures of drill pipe segment 39, taken from the DNV Report | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8105 | Amended Rebuttal Expert Report of Glen Stevick – Figure 5: Laser scan images of drill pipe segment 39, taken from the DNV Report | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8106 | Amended Rebuttal Expert Report of Glen Stevick – Figure 6: Pictures of drill pipe segment 1-B-1-E. which is the matching end of 39-E, taken from the DNV Report | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8107 | Amended Rebuttal Expert Report of Glen Stevick – Figure 7: Laser scan images of drill pipe segment 1-B-1-E and matching end 39-E, taken from the DNV Report | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |

**CAM OBJECTIONS TO HESI TRIAL DEMONSTRATIVES**
**2/18/2013**

| DEMONSTRATIVE # | TITLE | CAMERON OBJECTIONS |
|---|---|---|
| D-8108 | Amended Rebuttal Expert Report of Glen Stevick – Figure 8: Diagram of sequence of drill pipe segment movement taken from the DNV Report | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8109 | Amended Rebuttal Expert Report of Glen Stevick – Figure 9: Pictures of drill pipe segment 83 taken from the DNV Report | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8110 | Amended Rebuttal Expert Report of Glen Stevick – Figure 10: Laser scan model of drill pipe segment 83, taken from the DNV Report | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8171 | DWH BOP v Appropriate BOP-2010 | FRE 403 (Misleading - exhibit does not explain for what the BOP was to be "appropriate"). |
| D-8172 | DWH BOP v Appropriate BoP-1999 | FRE 403 (Misleading - exhibit does not explain for what the BOP was to be "appropriate"). |
| D-8185 | Compare DWH & BAST BOP | FRE 403 (Misleading - exhibit is not supported by cited references). |
| D-8193 | The BOP is a Blowout Stopper | FRE 403, 701, 702, and 802 (Exhibit is based on a hearsay document without foundation and was prepared by an unknown author after the Macondo incident and offers opinion testimony by an undesignated expert). |

**CAM OBJECTIONS TO HESI TRIAL DEMONSTRATIVES**

**2/18/2013**

| DEMONSTRATIVE # | TITLE | CAMERON OBJECTIONS |
|---|---|---|
| D-8200 | Inadequate BSR Did Not Do the Job | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8201 | Inadequate BSR Did Not Do the Job | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| D-8209 | Double "V" Shear Rams (DVS) | FRE 403 (Misleading - Cameron EB702D shear calculation guidelines address both SBR and DVS rams). |
| D-8212 | Tandem Boosters Cut Required Shear Pressure In Half | FRE 403 (Misleading - Exhibit shows data for SBR rams). |
| D-8214 | Single BSR = Single Point of Failure | FRE 403 (Misleading - Exhibit mischaracterizes the document. The report was done for Cameron at the request of Vastar (BP) and RB Falcon (TO).) |
| D-8224 | BP Determined the BOP Configuration | FRE 403 (Misleading - Bracketed words are incorrect. Should be "Non" and "only"). |

**Cameron's Objections to TO's Demonstrative Exhibits**

**2/18/2013**

| Date Exchanged | Exhibit number | Filename | Type of Exhibit | CAM Objection |
|---|---|---|---|---|
| 2/13/2013 | D6584 | D6584.pdf *and* D6584.wmv | Animation | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| 2/13/2013 | D6585 | D6585.pdf *and* D6585.wmv | Animation | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618. |
| 2/13/2013 | D6586 | D6586.pdf *and* D6586.wmv | Animation | Exhibit references DNV Report, which is barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618; FRE 403 - misleading (exhibit depicts conditions that are inconsistent descriptions of events and opinions offered by Transocean fact and expert witnesses.  As such, it is not "undisputed" as stated in the exhibit.). |

**Cameron's Objections to US's Demonstratives**

**2/18/2013**

| Exhibit Number | Filename | Title | Description | Related Trial Exhibit | Cameron Objections |
|---|---|---|---|---|---|
| D-3000 | D-3000.wmv | Diverter_Sequence | Animation | TREX 30031 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3001 | D-3001.wmv | Drilling_A_Deepwater_Well_3D | Animation | TREX 30032 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3002 | D-3002.wmv | Kick_Detection | Animation | TREX 30033 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014 | D-3014.mov | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.001 | D-3014.001.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.002 | D-3014.002.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.003 | D-3014.003.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.004 | D-3014.004.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.005 | D-3014.005.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.006 | D-3014.006.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.007 | D-3014.007.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.008 | D-3014.008.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.009 | D-3014.009.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.010 | D-3014.010.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.011 | D-3014.011.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |

**Cameron's Objections to US's Demonstratives**

**2/18/2013**

| Exhibit Number | Filename | Title | Description | Related Trial Exhibit | Cameron Objections |
|---|---|---|---|---|---|
| D-3014.012 | D-3014.012.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.013 | D-3014.013.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.014 | D-3014.014.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.015 | D-3014.015.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.016 | D-3014.016.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.017 | D-3014.017.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.018 | D-3014.018.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.019 | D-3014.019.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.020 | D-3014.020.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.021 | D-3014.021.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.022 | D-3014.022.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.023 | D-3014.023.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.024 | D-3014.024.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.025 | D-3014.025.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.026 | D-3014.026.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |

**Cameron's Objections to US's Demonstratives**

**2/18/2013**

| Exhibit Number | Filename | Title | Description | Related Trial Exhibit | Cameron Objections |
|---|---|---|---|---|---|
| D-3014.027 | D-3014.027.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.028 | D-3014.028.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| D-3014.029 | D-3014.029.wmv | September 2010 BP Deepwater Horizon Incident Investigation Report | Animation | TREX 41587 | FRE 802 - Hearsay; narration is not proper demonstrative; not admissible against Cameron |
| TREX-00001.018-DEM | D-00001.018.pdf | September 2010 BP Deepwater Horizon Incident Investigation Report | Image | TREX 00001.18 | FRE 802 - Hearsay; not admissible against Cameron |

**Cameron's Objections to PSC's Demonstrative Exhibits**
**2/18/2013**

| DEMONSTRATIVE # | DESCRIPTION | SOURCE CITES | CAMERON OBJECTION |
|---|---|---|---|
| D-2120 | BOP Stack | TREX-00986 (Chief Counsel's Report, Animations) (Time – 2:50) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2121 | Cement Job Sequence | TREX-00986 (Chief Counsel's Report, Animations) (Time – 4:50) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2122 | Centralizers | TREX-00986 (Chief Counsel's Report, Animations) (Time – 2:00) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2123 | Diverter Sequence | TREX-00986 (Chief Counsel's Report, Animations) (Time – 1:20) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2124 | Drilling a Well 2D | TREX-00986 (Chief Counsel's Report, Animations) (Time – 1:55) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2125 | Float Conversion | TREX-00986 (Chief Counsel's Report, Animations) (Time – 4:40) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2126 | Kick Detection | TREX-00986 (Chief Counsel's Report, Animations) (Time – 9:10) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2127 | Lost Returns | TREX-00986 (Chief Counsel's Report, Animations) (Time – 2:35) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2128 | Macondo Well | TREX-00986 (Chief Counsel's Report, Animations) (Time – 3:05) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2129 | Negative Pressure Test Generally | TREX-00986 (Chief Counsel's Report, Animations) (Time – 2:50) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2130 | Negative Pressure Test Specifically | TREX-00986 (Chief Counsel's Report, Animations) (Time – 7:15) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2131 | Pore Pressure and Facture Gradient | TREX-00986 (Chief Counsel's Report, Animations) (Time – 4:50) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2132 | Porosity of Rock Formation | TREX-00986 (Chief Counsel's Report, Animations) (Time – 1:00) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2133 | Temporary Abandonment | TREX-00986 (Chief Counsel's Report, Animations) (Time – 6:40) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2203 | BOP's Electrical Schematic | TREX-00986 (Chief Counsel's Report, Fig 4.9.8) | Incomplete.  (Text at bottom is not visible) |
| D-2226 | Blowout Preventer  "BOP" | TREX-00986 (Chief Counsel's Report, Bartlit Slides) | Animation will not play.  Cameron reserves all objections |
| D-2298 | BOP Video | TREX-04248 (Transocean Report, Animation) (Time - 8:00) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2299 | AMF Video (Automatic Mode Function) | TREX-04248 (Transocean Report, Animation) (Time - 3:20) | FRE 802 - Hearsay; narration is not proper demonstrative |
| D-2595 | Predicted Deformation and Resulting Stresses Due to Buckling | TREX-20499 (DNV Report, Fig 129) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2596 | Alignment of Pipe Segments with BSR and Buckled Pipe Displacement Comparison | TREX-20499 (DNV Report, Fig 131) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2597 | BSR Configuration | TREX-20499 (DNV Report, Fig 132) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2598 | FEA Model of BSR Blade Surfaces and Drill Pipe | TREX-20499 (DNV Report, Fig 133) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |

**Cameron's Objections to PSC's Demonstrative Exhibits**
**2/18/2013**

| D-2599 | FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe | TREX-20499 (DNV Report, Fig 134) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
|---|---|---|---|
| D-2600 | Progression of Centered BSR Shear Model – Side View | TREX-20499 (DNV Report, Fig 135) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2601 | Progression of Centered BSR Shear Model – Isometric View | TREX-20499 (DNV Report, Fig 136) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2602 | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | TREX-20499 (DNV Report, Fig 138) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2603 | Progression of Off-Center BSR Shear Model – Side View | TREX-20499 (DNV Report, Fig 139) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2604 | Progression of Off-Center BSR Shear Model – Isometric View | TREX-20499 (DNV Report, Fig 140) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2605 | Top View Showing Deformation of Drill Pipe Outside Shearing Blade Surfaces | TREX-20499 (DNV Report, Fig 141) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2606 | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | TREX-20499 (DNV Report, Fig 142) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2607 | Final Deformation of the Drill Pipe as Predicted by the Off-Centered Pipe Model; Upper BSR Block Shown on the Right | TREX-20499 (DNV Report, Fig 143) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2608 | Comparison of Recovered Drill Pipe Segments and Final Model | TREX-20499 (DNV Report, Fig 144) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2609 | Final Model Deformation Compared with Recovered Drill Pipe Laser Scans (83-B and 94-B) | TREX-20499 (DNV Report, Fig 145) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2610 | Spacing of Upper and Lower BSR Blocks in Partially Closed Position | TREX-20499 (DNV Report, Fig 146) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2611 | Alignment of Scan Models – 2 Inch Standoff Between Block | TREX-20499 (DNV Report, Fig 147) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2612 | BSR CAD Models – 2 Inch Standoff Between Blocks | TREX-20499 (DNV Report, Fig 148) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2613 | FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe | TREX-20501 (DNV Report Addendum, Fig 134 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2614 | Progression of Off-Center BSR Shear Model – Side View | TREX-20501 (DNV Report Addendum, Fig 139 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2615 | Progression of Off-Center BSR Shear Model  - Isometric View | TREX-20501 (DNV Report Addendum, Fig 140 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2616 | Top View Deformation of Drill Pipe Outside of Shearing Blade Surfaces | TREX-20501 (DNV Report Addendum, Fig 141 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2617 | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | TREX-20501 (DNV Report Addendum, Fig 142 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2618 | Final Deformation of Drill Pipe as Predicted by Off-Centered Pipe Model; Upper BSR Block Shown on the Right | TREX-20501 (DNV Report Addendum, Fig 143 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |

**Cameron's Objections to PSC's Demonstrative Exhibits**
**2/18/2013**

| D-2619 | Comparison of Recovered Drill Pipe Segments and Final Model (Viewed facing Upper BSR Block) | TREX-20501 (DNV Report Addendum, Fig 144 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
|---|---|---|---|
| D-2620 | Final Model Deformation Compared with Recovered Drill Pipe Laser Scans (83-B and 94-B) | TREX-20501 (DNV Report Addendum, Fig 145 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2621 | Spacing of Upper and Lower BSR Blocks in Partially Closed Position | TREX-20501 (DNV Report Addendum, Fig 146 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2622 | Alignment of Scan Models – 2.8 Inch Standoff Between Blocks | TREX-20501 (DNV Report Addendum, Fig 147 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2623 | BSR CAD Models – 2.8 Inch Standoff Between Blocks | TREX-20501 (DNV Report Addendum, Fig 148 Rev) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2630 | BOP | TREX-20511 (Perkin Expert Report - Pg 11) | FRE 403 - Misleading - Components mislabeled |
| D-2636 | Exemplar: Hydril Annular BOP | TREX-20511 (Perkin Expert Report App. - Fig D.2; Pg 14) | FRE 402, 403 - Irrelevant; depicts annular BOP manufactured by Hydril |
| D-2637 | Exemplar:  Cameron Ram-Type BOP | TREX-20511 (Perkin Expert Report App. - Fig D.3; Pg 14) | FRE 402, 403 - Irrelevant; depicts ram bop model not at issue |
| D-2647 | Accumulator Bottles on Lower BOP Stack | TREX-20511 (Perkin Expert Report App. - Fig G.7; Pg 45) gcaptain.com | Incomplete (Text at bottom of exhibit is not visible) |
| D-2650 | Shear Cut Showing Strain Concentration at Inner Bend | TREX-20511 (Perkin Expert Report App. - Fig G.10; Pg 62) TREX-01164 (DNV Report) | Contains DNV analysis; barred under 46 USC 6308 and Limine Order Nos. 5448, 5572, 5618 |
| D-2666 | Video – Real-Time Insite Data (Last 59 Minutes) - Interactive Video Clip | TREX-22687 (Beck Report, App D - Sperry Real-Time Video of Mudlogging Data) | Unable to open demonstrative; Cameron reserves all objections |
| D-2669 | BP Organizational Chart  - Interactive Chart | Compilation of fact witness testimony, documents and research | Unable to open demonstrative; Cameron reserves all objections |

**Cameron's Objections to PSC's Demonstrative Exhibits**
**2/18/2013**

| | | | |
|---|---|---|---|
| D-2774 | MODEL: BSR (with base showing 18 ¾ "wellbore" opening) Scale model of DHW BSR. Model built using Cameron detail drawings. (Representative photos produced) | CAM_CIV_0070301 - 0070314; CAM_CIV_0070317 - 0070318; CAM_CIV_0070322 - 0070328; CAM_CIV_0070333; CAM_CIV_0070336 - 0070337; CAM_CIV_0070343; CAM_CIV_0070349; CAM_CIV_0070480 - 0070481; CAM_CIV_0070483 - 0070484; CAM_CIV_0070488 - 0070494; CAM_CIV_0070506 - 0070533; CAM_CIV_0070540 - 0070570; CAM_CIV_0070595 - 0070597; CAM_CIV_0070599; CAM_CIV_0070604 - 0070619; CAM_CIV_0018181 - 0018182; CAM_CIV_0070301 - 0070313; CAM_CIV_0018195 - 0018199 | Demonstrative not produced; Cameron reserves all objections |
| D-2775 | MODEL: DVS (with base showing 18 ¾ "wellbore" opening) Scale model of Double "V" shear rams offered by Cameron. Models built using Cameron detail drawings. (Representative photos produced) | CAM_CIV_0070301 - 0070314; CAM_CIV_0070317 - 0070318; CAM_CIV_0070322 - 0070328; CAM_CIV_0070333; CAM_CIV_0070336 - 0070337; CAM_CIV_0070343; CAM_CIV_0070349; CAM_CIV_0070480 - 0070481; CAM_CIV_0070483 - 0070484; CAM_CIV_0070488 - 0070494; CAM_CIV_0070506 - 0070533; CAM_CIV_0070540 - 0070570; CAM_CIV_0070595 - 0070597; CAM_CIV_0070599; CAM_CIV_0070604 - 0070619; CAM_CIV_0018181 - 0018182; CAM_CIV_0070301 - 0070313; CAM_CIV_0018195 - 0018199 | Demonstrative not produced; Cameron reserves all objections |
| D-2776 | Exemplar: Drill pipe / Tool joint – 33 inch section (including tool joint) 2 ¾ inch (inner diameter) drill pipe. (Representative photos produced) | | Demonstrative not produced; Cameron reserves all objections |
| D-2777 | Exemplar: 2 foot section – 9 7/8 casing. (Representative photos produced) | | Demonstrative not produced; Cameron reserves all objections |
| D-2811 | BOP Stack | | Demonstrative not produced; Cameron reserves all objections |

**Cameron's Objections to PSC's Demonstrative Exhibits**
**2/18/2013**

| D-2813 | BOP Stack | TREX-00986 (Chief Counsel Rpt, Fig 3.7) | FRE 403 - Misleading - Components mislabeled |
|---|---|---|---|
| D-2926 | The Holistic (Triggering≈ Failures of the Macondo Catastrophe | TREX-20002 (Pritchard Expert Report - Fig 1; Pg 30) TREX-20434 (Deepwater Horizon Study Group Final Report) | FRE 802 Hearsay, misconstrues evidence |
| D-3087 | Risk Assessment of Barrier Removal via Displacement: Case 1-BOP Closes, Case 2-BOP Fails to Close | TREX-20002 (Pritchard Expert Report - Table 50; Pg 329) | Incomplete (Text at bottom of exhibit is not visible) |
| D-3096 | BOP Emergency Systems | McWhorter Depo (Pg 695/Ln 9 - Pg 696/Ln 7) Ambrose Depo (Pg 156/Ln 6 - Pg 157/Ln 4) | FRE 403 - Mischaracterizes placement of equipment and testimony |
| D-3101 | EDS BOP Emergency Disconnect System | TREX-5094 (BOP Stack Design, Tech Position Paper) TREX-7581 (BOP Failure Modes Effect Analysis: Development Driller 1 & 2) TREX-8049 (Email - Deepwater Horizon) William LeNormand Depo (Pg 46/Ln 21 - Pg 58/Ln 17) | FRE 403 - Mischaracterizes placement of equipment and testimony |