# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>10-3895 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

### *EX PARTE* MOTION TO CANCEL AND RELEASE LETTER OF UNDERTAKING IN CIVIL ACTION NO. 10-3895

NOW INTO COURT, through undersigned counsel, come Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC and Seacor Worldwide, Inc.. as beneficial owner, registered owner and managing owner of M/V SEACOR LEE, and respectfully request that this Honorable Court issue an Order cancelling and releasing the original Letter of Undertaking filed in Civil Action No. 10-3895, for the reasons more fully set forth in the accompanying Memorandum in Support hereof.

1

PD.8227553.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/ Gary A. Hemphill*
GARY A. HEMPHILL, T.A. (#6768)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: hemphilg@phelps.com

Attorneys for Petitioners in Limitation, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine, LLC and Seacor Worldwide, Inc.

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

THEODORE E. TSEKERIDES (NY Bar #2609642)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 18th day of February, 2013.

*s/ Gary A. Hemphill*
Gary A. Hemphill