# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION |
| | MDL NO.:  2179 |
| | SECTION "J"(1) |
| THIS DOCUMENT RELATES TO: 10-3895 | Hon. Carl J. Barbier Mag. Judge Sally Shushan |

### MEMORANDUM IN SUPPORT OF
### *EX PARTE* MOTION TO CANCEL AND RELEASE
### LETTER OF UNDERTAKING IN CIVIL ACTION NO. 10-3895

MAY IT PLEASE THE COURT:

Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Seacor Worldwide, Inc., as beneficial owner, registered owner and managing owner of the M/V SEACOR LEE, respectfully request the Court issue an Order cancelling and instructing the Clerk of Court to release to undersigned counsel the original Letter of Undertaking (Rec. Doc. No. 2, Civil Action No. 10-3895) filed on behalf of the M/V SEACOR LEE in Civil Action No. 10-3895, a member case consolidated into Civil Action MDL 2179.

As the Court will recall, this matter involves various damage claims filed on behalf of Terry Robin and others. The plaintiffs alleged negligence on the part of the petitioners and other

PD.8227630.1

vessels that responded to the MODU DEEPWATER HORIZON explosion and fire. The plaintiffs alleged that the emergency responder vessels caused or contributed to the sinking of the MODU.

Pursuant to a Final Judgment and Decree of Exoneration (Rec. Doc. No. 58, Civil Action No. 10-3895, Rec. Doc. No. 20, Civil Action No. 10-1986,  Rec. Doc. No. 4672, MDL 2179), and an Amended Final Judgment (Rec. Doc. No. 21, Civil Action 10-1986, and Rec. Doc. No. 4693, MDL 2179) entered by this Honorable Court on November 21 and 22, 2011, respectively, exoneration was granted to the M/V SEACOR LEE interests/movants herein, along with the other emergency response vessel interests involved in the *Robin* action, and all claims pending against them in the MDL generally were dismissed.

Only the *Robin, et al.* case claimants appealed the Court's Order. On December 13, 2012, the United States Court of Appeals for the Fifth Circuit, in No. 11-31172, affirmed the Judgment of this Court dismissing the Claims and Answers filed in Civil Action 10-3895 (Rec. Doc. No.61, Civil Action No. 10-3895, Rec. Doc. 24, Civil Action No. 10-1986, Rec. Doc. 8281, MDL 2179).

Accordingly, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Seacor Worldwide, Inc. as beneficial owner, registered owner and managing owner of M/V SEACOR LEE respectfully request the Court grant its Motion to Cancel Letter of Undertaking in Civil Action No. 10-3895 so that the original can be removed from the record and returned to the issuers for cancellation.

Respectfully submitted,

**PHELPS DUNBAR LLP**
BY:    *s/ Gary A. Hemphill*
          GARY A. HEMPHILL, T.A. (#3221)
          Phelps Dunbar, LLP
          Canal Place | 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: 504-566-1311
          Telecopier: 504-568-9130
          Email: hemphilg@phelps.com

Attorneys for Petitioners in Limitation, Seacor
Holdings, Seacor Offshore LLC, Seacor Marine
LLC, and Seacor Worldwide, Inc.

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone:  (202) 682-7157
Facsimile:  (202) 857-0940

THEODORE E. TSEKERIDES (NY Bar #2609642)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY   10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 18th day of February, 2013.

*s/ Gary A. Hemphill*
Gary A. Hemphill