UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>10-3895 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

ORDER CANCELLING AND RELEASING
LETTER OF UNDERTAKING IN CIVIL ACTION NO. 10-3895

Considering the foregoing *Ex Parte* Motion to Cancel and Release Letter of Undertaking in Civil Action No. 10-3895, filed on behalf of Limitation Petitioners, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC and Seacor Worldwide, Inc., as beneficial owner, registered owner and managing owner of M/V SEACOR LEE;

IT IS HEREBY ORDERED that the Motion is GRANTED and the original Letter of Undertaking (Rec. Doc. No. 2, Civil Action No. 10-3895) filed as security by Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC and Seacor Worldwide, Inc., on behalf of the M/V SEACOR LEE in the amount of THIRTY FIVE MILLION SEVEN HUNDRED SIXTY FIVE THOUSAND ONE HUNDRED TWO AND NO/100 ($35,765,102.00) DOLLARS in Civil Action No. 10-3895, is hereby CANCELLED AND RELEASED, and the Clerk of Court is

directed to return the original of the Letter of Undertaking to the enrolled counsel of record for Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC and Seacor Worldwide, Inc., Gary A. Hemphill of Phelps Dunbar LLP, so that the original may be marked "Cancelled."

IT IS FURTHER ORDERED that the issuers of the foregoing Letter of Undertaking shall have no further obligation under said Letter of Undertaking.

New Orleans, Louisiana, this _____ day of February, 2013.

                                                        United States District Judge