UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>10-4168 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

*EX PARTE* MOTION TO CANCEL AND RELEASE
LETTER OF UNDERTAKING IN CIVIL ACTION NO. 10-4168

NOW INTO COURT, through undersigned counsel, comes Island Ventures II, LLC ("Island") owner of M/V JOE GRIFFIN, and respectfully request that this Honorable Court issue an Order cancelling and releasing the original Letter of Undertaking filed in Civil Action No. 10-4168, for the reasons more fully set forth in the accompanying Memorandum in Support hereof.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:   *s/ Robert P. McCleskey, Jr.*
Robert P. McCleskey, Jr. (Bar #9151)
Raymond T. Waid (Bar #31351)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mccleskb@phelps.com
             waidr@phelps.com

Attorneys for Petitioner in Limitation, Island Ventures II, LLC

1

PD.8228269.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 18th day of February, 2013.

*s/ Robert P. McCleskey, Jr.*
Robert P. McCleskey, Jr.