**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-2123 | PSC | Diverter Sequence | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2126 | PSC | Kick Detection | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2129 | PSC | Negative Pressure Test Generally | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2130 | PSC | Negative Pressure Test Specifically | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-21721 | PSC | Sperry Real Time Data: Last Hour | Lack of foundation/lack of support |
| D-2176 | PSC | First Test Failure Second Test Failure | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2179 | PSC | Negative Pressure Test Progress, 4:53pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2180 | PSC | Negative Pressure Test Progress, 4:55pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2181 | PSC | Negative Pressure Test Progress, 4:58pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2182 | PSC | Negative Pressure Test Progress, 5:10pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2183 | PSC | Negative Pressure Test Progress, 5:26pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2184 | PSC | Negative Pressure Test Progress, 5:53pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2185 | PSC | Negative Pressure Test Progress, 6:40pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2187 | PSC | Active Pit Volume in Closed-Loop System | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2189 | PSC | Flow-Out Sensors and Flow Line Camera | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2192 | PSC | Erratic vs. Normal Flow-Out | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2193 | PSC | Typical Flow-Out Signature vs. Spike at 9:08pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2194 | PSC | Drill Pipe Pressure Anomalies, 9:01pm to 9:14pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2195 | PSC | Drill Pipe Pressure and Kill Line Pressure Anomalies, 9:27 -9:40pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2196 | PSC | Last Two Hours of Sperry-Sun Data | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2197 | PSC | Diverter System | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2203 | PSC | BOP's Electrical Schematic | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support |
| D-2211 | PSC | Personnel and Places with Access to Rig's Sperry-Sun Data | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2212 | PSC | Control Pod Battery Replacement (based on available records) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2213 | PSC | Leaks on DWH Blowout Preventer (partial list) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2214 | PSC | Modifications to DWH Blowout Preventer | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2215 | PSC | Modifications to DWH Blowout Preventer (cont) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2220 | PSC | Onshore Organizational Chart | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2221 | PSC | Rig Crew Organizational Chart | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2267 | PSC | Negative-Pressure Test at Macondo | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2276 | PSC | Anomalies in Data Indicate Kick | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-2277 | PSC | Transocean's Time Line of Last Five Hours (*Modified - Order of certain events moved in list*) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2280 | PSC | Lessons Learned From December 2009 Event | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay, Prior incident |
| D-2281 | PSC | Last Two Hours:  Explosion at 21:49 (9:49pm) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2417 | PSC | Fluids Leak Past Annular Preventer | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-2595 | PSC | Predicted Deformation and Resulting Stresses Due to Buckling | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2596 | PSC | Alignment of Pipe Segments with BSR and Buckled Pipe Displacement Comparison | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2597 | PSC | BSR Configuration | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2598 | PSC | FEA Model of BSR Blade Surfaces and Drill Pipe | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2599 | PSC | FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2600 | PSC | Progression of Centered BSR Shear Model – Side View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2601 | PSC | Progression of Centered BSR Shear Model – Isometric View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2602 | PSC | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2603 | PSC | Progression of Off-Center BSR Shear Model – Side View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2604 | PSC | Progression of Off-Center BSR Shear Model – Isometric View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2605 | PSC | Top View Showing Deformation of Drill Pipe Outside Shearing Blade Surfaces | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2606 | PSC | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2607 | PSC | Final Deformation of the Drill Pipe as Predicted by the Off-Centered Pipe Model; Upper BSR Block Shown on the Right | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2608 | PSC | Comparison of Recovered Drill Pipe Segments and Final Model | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2609 | PSC | Final Model Deformation Compared with Recovered Drill Pipe Laser Scans (83-B and 94-B) | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2610 | PSC | Spacing of Upper and Lower BSR Blocks in Partially Closed Position | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2611 | PSC | Alignment of Scan Models – 2 Inch Standoff Between Block | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2612 | PSC | BSR CAD Models – 2 Inch Standoff Between Blocks | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2613 | PSC | FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2614 | PSC | Progression of Off-Center BSR Shear Model – Side View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2615 | PSC | Progression of Off-Center BSR Shear Model  - Isometric View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2616 | PSC | Top View Deformation of Drill Pipe Outside of Shearing Blade Surfaces | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-2617 | PSC | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2618 | PSC | Final Deformation of Drill Pipe as Predicted by Off-Centered Pipe Model; Upper BSR Block Shown on the Right | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2619 | PSC | Comparison of Recovered Drill Pipe Segments and Final Model (Viewed facing Upper BSR Block) | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2620 | PSC | Final Model Deformation Compared with Recovered Drill Pipe Laser Scans (83-B and 94-B) | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2621 | PSC | Spacing of Upper and Lower BSR Blocks in Partially Closed Position | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2622 | PSC | Alignment of Scan Models – 2.8 Inch Standoff Between Blocks | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2623 | PSC | BSR CAD Models – 2.8 Inch Standoff Between Blocks | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-2624 | PSC | Table 2:  Lost Returns and Kicks | Lack of foundation/Lack of proper support, hearsay |
| D-2656 | PSC | Sperry-Sun Logs | Lack of foundation/Lack of proper support, hearsay |
| D-2657 | PSC | Sperry-Sun Logs | Lack of foundation/Lack of proper support, hearsay |
| D-2660 | PSC | Table:  Macondo Design and Implementation Failures | Lack of foundation/Lack of proper support, hearsay |
| D-2666 | PSC | Video – Real-Time Insite Data (Last 59 Minutes) - Interactive Video Clip | Lack of foundation/Lack of proper support, hearsay |
| D-2668 | PSC | Sperry Real Time Data: Last Hour | Lack of foundation/Lack of proper support, hearsay |
| D-3096 | PSC | BOP Emergency Systems | Lack of foundation/Lack of proper support, hearsay, duplicate exhibits |
| D-3097 | PSC | Summary:  DWH Supervisory Well Control & Bridge Crew Members Not Properly Trained | Lack of foundation/Lack of proper support, hearsay, Duplicate exhibits |
| D-3098 | PSC | Summary: Significant Overdue Maintenance on DWH | Lack of foundation/Lack of proper support, hearsay, |
| D-3099 | PSC | Summary:  Audits/Inspections/Surveys of Transocean & DWH | Lack of foundation/Lack of proper support, hearsay, |
| D-3100 | PSC | Summary:  Transocean's Similar Failures in the Past | Lack of foundation/Lack of proper support, hearsay, prior incidents |
| D-3500 | US | Diverter_Sequence | Excluded per 5635, lack of foundation/lack of support, hearsay |
| D-3502 | US | Kick_Detection | Excluded per 5635, lack of foundation/lack of support, hearsay |
| D-3504 | US | Flash Animation Still 033 | Excluded per 5635, lack of foundation/lack of support, hearsay |
| D-3505 | US | Flash Animation Still 035 | Excluded per 5635, lack of foundation/lack of support, hearsay |
| D-3509 | US | Flash Animation Still 147 | Excluded per 5635, lack of foundation/lack of support, hearsay |
| D-3514 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.005 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.006 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.007 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.008 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-3514.009 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.010 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.011 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.012 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.013 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.015 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.016 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.017 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.020 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.021 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.022 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.023 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.024 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.025 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.026 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.027 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.028 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3514.029 | US | September 2010 BP Deepwater Horizon Incident Investigation Report | Lack of foundation/lack of support, hearsay |
| D-3560 | US | Negative_Pressure_Test _Generally | Excluded per 5635, lack of foundation/lack of support, hearsay |
| D-3561 | US | Negative_Pressure_Test_Specific | Excluded per 5635, lack of foundation/lack of support, hearsay |
| D-3583 | US | Deepwater Horizon Technical Rig Audit, January 2005 | Prior Incident, lack of foundation/lack of support, hearsay |
| D-3585.001 | US | Slide:  Negative Pressure Tests at Macondo Well | Lack of Foundation/lack of support, hearsay |
| D-3585.002 | US | Slide:  Negative Pressure Tests at Macondo Well | Lack of Foundation/lack of support, hearsay |
| D4001 | BP | Magnet Board | Misleading, lack of foundation/lack of support |
| D4011 | BP | DWH Animation: Movie demonstration of animation; animation not included | Lack of foundation/lack of support |
| D4110-4114 | BP | Slide Demonstratives | Misleading, lack of foundation/lack of support |
| D4110A-D4112A | BP | Revised Slide Demonstratives | Misleading, lack of foundation/lack of support |
| D4115-D4207 | BP | Slide Demonstratives | Slide 4205: lack of foundation/lack of support, hearsay |
| D4208-D4211 | BP | Slide Demonstratives | Lack of foundation/lack of support, hearsay |
| D4213-D4255 | BP | Slide Demonstratives | Lack of foundation/lack of support, hearsay |
| D4270A | BP | Revised Slide Demonstrative | Revised Slide Not Available |
| D4307 | BP | Slide Demonstrative | Lack of foundation/lack of support, hearsay |
| D4308 | BP | Slide Demonstrative & Animation | Lack of foundation/lack of support, hearsay |
| D4319-D4322 | BP | Slide Demonstratives | Lack of foundation/lack of support, hearsay |
| D4325-D4336 | BP | Slide Demonstratives | Lack of foundation/lack of support, hearsay |
| D4337 | BP | Slide Demonstrative | Lack of foundation/lack of support, hearsay |
| D4354-D4356 | BP | Slide Demonstratives | Lack of foundation/lack of support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D4360 | BP | Slide Demonstrative | Lack of foundation/lack of support, misleading |
| D-8007 | HESI | Well Control Clock | Misleading, lack of foundation/lack of support |
| D-8049 | HESI | Revised Beck Expert Report:  App. C Figure 5:  Active Pit System Explained | Lack of foundation/lack of support |
| D-8050 | HESI | Revised Beck Expert Report:  App. C Figure 6:  Active Pit System Explained | Lack of foundation/lack of support |
| D-8051 | HESI | Revised Beck Expert Report:  App. C Figure 7:  Normal closed loop well configuration | Lack of foundation/lack of support |
| D-8052 | HESI | Revised Beck Expert Report:  App. C Figure 8:  Detection of a kick in a closed loop system | Lack of foundation/lack of support |
| D-8053 | HESI | Revised Beck Expert Report:  App. C Figure 9:  Detection of losses in a closed loop system | Lack of foundation/lack of support |
| D-8054 | HESI | Revised Beck Expert Report:  App. C Figure 10:  Crane movement complicates pit volume monitoring | Lack of foundation/lack of support |
| D-8055 | HESI | Revised Beck Expert Report:  App. C Figure 11:  Well monitoring in an open loop system | Lack of foundation/lack of support |
| D-8056 | HESI | Revised Beck Expert Report:  App. C. Figure 11(2):  Pumping seawater in and diverting spacer overboard bypasses the pit system | Lack of foundation/lack of support |
| D-8057 | HESI | Revised Beck Expert Report:  App. C Figure 12:  Rig movement introduces noise in flow out data | Lack of foundation/lack of support |
| D-8059 | HESI | Revised Beck Expert Report:  App. C Figure 14:  Typical paddle flow sensor, likely similar to Transocean's flow-out sensor | Lack of foundation/lack of support |
| D-8060 | HESI | Revised Beck Expert Report:  App. C Figure 15:  When diverting overboard, Sperry's flow sensor was bypassed; TO's was not | Misleading, lack of foundation/lack of support |
| D-8061 | HESI | Revised Beck Expert Report:  App. C Figure 16:  Impact of losses on flow-out | Lack of foundation/lack of support |
| D-8062 | HESI | Revised Beck Expert Report:  App. C Figure 17:  Impact of a kick on flow out | Lack of foundation/lack of support |
| D-8063 | HESI | Revised Beck Expert Report:  App. C Figure 18:  Gas increase of about 2900 units on the Deepwater Horizon on February 17, 2010 | Lack of foundation/lack of support |
| D-8064 | HESI | Revised Beck Expert Report:  App. C Figure 18(2):  Standpipe pressure typically decreases in response to a kick | Lack of foundation/lack of support |
| D-8086 | HESI | Rebuttal Expert Report of Dr. Frederick "Gene" Beck - Figure 1: BP's OLGA's simulation of mud pit gains | Hearsay, lack of foundation/lack of support |
| D-8098 | HESI | Amended Expert Report of Glen Stevick, Ph.D., P.E. - Figure 1: The DWH BOP | Missing |
| D-8165 | HESI | Sedco_Macondo Comparison (PPTX) | Prior Incident |
| D-8167 | HESI | SIMOPS (Joe Keith) | Misleading, lack of foundation/lack of proper support, Hearsay |
| D-8169 | HESI | BOP Rams Defined | Misleading, lack of foundation/lack of support |
| D-8171 | HESI | DWH BOP v Appropriate BOP-2010 | Misleading, lack of foundation/lack of proper support |
| D-8172 | HESI | DWH BOP v Appropriate BoP-1999 | Misleading, lack of foundation/lack of proper support |

**EXHIBIT A**
## Transocean's Phase One Demonstrative Objections

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-8175 | HESI | BAST Equipment / Actual Operation | Misleading, speculative, lack of foundation/lack of support |
| D-8177 | HESI | BOP Components Tutorial | Misleading, lack of foundation/lack of support |
| D-8184 | HESI | MGS Routes Gas to Rig | Misleading, lack of foundation/lack of support |
| D-8185 | HESI | Compare DWH & BAST BOP | Misleading, lack of foundation/lack of support |
| D-8190 | HESI | The BOP is Critical Equipment for Well Control | Lack of foundation/lack of support, hearsay |
| D-8191 | HESI | The BOP is Critical Equipment for Well Control | Lack of foundation/lack of support, hearsay |
| D-8192 | HESI | The BOP is Critical Equipment for Well Control | Lack of foundation/lack of support, hearsay |
| D-8193 | HESI | The BOP is a Blowout Stopper | Lack of foundation/lack of support, hearsay |
| D-8194 | HESI | Mini Shear Study | Lack of foundation/lack of support, hearsay |
| D-8197 | HESI | BP Determined the Unseaworthy BOP Configuration | Lack of foundation/lack of support, misleading |
| D-8200 | HESI | Inadequate BSR Did Not Do the Job | Lack of foundation/lack of support, misleading |
| D-8201 | HESI | Inadequate BSR Did Not Do the Job | Lack of foundation/lack of support, misleading |
| D-8202 | HESI | Available Hydraulic Pressure: 3,382 psi | Misleading, lack of foundation/lack of support |
| D-8203 | HESI | Safety Factor | Misleading, lack of foundation/lack of support |
| D-8204 | HESI | Safety Margin | Misleading, lack of foundation/lack of support |
| D-8206 | HESI | The BSR Could Not Shear the Pipe | Misleading, lack of foundation/lack of support |
| D-8207 | HESI | BP Was Ignorant of BSR Shear Capacity | Misleading, lack of foundation/lack of support |
| D-8208 | HESI | To Didn't Know If the BSR Could Properly Shear | Misleading, lack of foundation/lack of support |
| D-8214 | HESI | Single BSR = Single Point of Failure | Misleading, lack of foundation/lack of support |
| D-8220 | HESI | Another Example of Shear Pressure Chart Showing DVS/TB Would Have Easily Sheared the Drill Pipe | Speculative, lack of foundation/lack of support |
| D-8222 | HESI | Deadman - BSR Only | Misleading, lack of foundation/lack of support |
| D-8226 | HESI | Most of TO's Fleet Has Two Shear Rams | Misleading, lack of foundation/lack of support |
| D-8228 | HESI | BP Downgrades Made Emergency Well Control Improbable | Misleading, lack of foundation/lack of support |
| D-8229 | HESI | BP's Money-Saving Digital BOP Testing Program | Misleading, lack of foundation/lack of support |
| D-8230 | HESI | Transocean's Failed Maintenance Program Lead to Their Investigation Approach | Misleading, lack of foundation/lack of support |
| D-8232 | HESI | The Bly Report's Findings Concerning Diverter use | Hearsay, lack of foundation/lack of support |
| D-8233 | HESI | Diverter Procedures: Chevron (CVX) | Hearsay, lack of foundation/lack of support |
| CAMERON Demonstrative | CAM | *(exchanged February 2012)* | Lack of foundation/lack of support |
| MI Demonstrative | MI | *(exchanged February 2012)* | Lack of foundation/lack of support |
| D-00001.009 | PSC | Table: Positive-Pressure and Negative-Pressure Test | Lack of foundation/lack of support, hearsay |
| D-00001.010 | PSC | Table: Positive-Pressure and Negative-Pressure Test  (cont.) | Lack of foundation/lack of support, hearsay |
| D-00001.011 | PSC | Table: Well Monitoring and Simultaneous Operations | Lack of foundation/lack of support, hearsay |
| D-00001.012 | PSC | Table: Well Monitoring and Simultaneous Operations (cont.) | Lack of foundation/lack of support, hearsay |
| D-00001.013 | PSC | Table: Well Monitoring and Simultaneous Operations (cont.) | Lack of foundation/lack of support, hearsay |
| D-00001.014 | PSC | Table: Well Control Response | Lack of foundation/lack of support, hearsay |
| D-00001.015 | PSC | Table: Well Control Response (cont.) | Lack of foundation/lack of support, hearsay |
| D-00001.016 | PSC | Table: Explosion and Fire | Lack of foundation/lack of support, hearsay |
| D-00001.017 | PSC | Table: BOP Emergency Operations | Lack of foundation/lack of support, hearsay |
| D-00001.022 | PSC | Mud Gas Separator | Misleading, lack of foundation/lack of support, hearsay |
| D-00001.034 | PSC | Real-time Data Recording During Negative-Pressure Test (Pressure and Flow) | Lack of foundation/lack of support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-00001.035 | PSC | Flow Indication Graph Showing Anomalies (Real-time Data) | Lack of foundation/lack of support, hearsay |
| D-00001.036 | PSC | Pressure Increase During Sheen Test (Real-time Data) | Lack of foundation/lack of support, hearsay |
| D-00001.037 | PSC | Normal Versus Abnormal Flow Out Signature as Pumps Shut Off (Real-time Data) | Lack of foundation/lack of support, hearsay |
| D-00001.038 | PSC | Flow Path Before and After Routing the Spacer Overboard | Lack of foundation/lack of support, hearsay |
| D-00001.039 | PSC | Mud Pump #2 Pressure Increase at 21:17 Hours (Real-time Data) | Lack of foundation/lack of support, hearsay |
| D-00001.040 | PSC | OLGA Well Flow Modeling for Flow Condition with an Open Annular Preventer | Lack of foundation/lack of support, hearsay |
| D-00001.041 | PSC | Investigation of Pressure Response After Shutting Down Pumps (Real-time Data) | Lack of foundation/lack of support, hearsay |
| D-00001.042 | PSC | Modeled Pressure Responses Resulting from Hydrostatic Changes in Wellbore | Lack of foundation/lack of support, hearsay |
| D-00001.043 | PSC | Interpretation of Well Control Response (Real-time Data) | Lack of foundation/lack of support, hearsay |
| D-00001.044 | PSC | OLGA Well Flow Modeling Prediction of Cumulative Gain Excluding Pumped Volumes (20:52 Hours-21:49 Hours) | Lack of foundation/lack of support, hearsay |
| D-00001.045 | PSC | Table: Information Available Based on Activities Being Conducting | Lack of foundation/lack of support, hearsay, misleading |
| D-00001.046 | PSC | Table: Final 9 Minutes Prior to Explosion | Lack of foundation/lack of support, hearsay |
| D-00001.047 | PSC | OLGA Well Flow Modeling Prediction of Fluid Outflow from Riser | Lack of foundation/lack of support, hearsay |
| D-00001.048 | PSC | Simplified Process Flow Diagram of Selected DWH Surface Equipment | Lack of foundation/lack of support, hearsay |
| D-00001.049 | PSC | Simplified Drawing of MGS | Lack of foundation/lack of support, hearsay |
| D-00001.050 | PSC | OLGA Well Flow Modeling Prediction of Backpressure and Flow at Diverter Packer | Lack of foundation/lack of support, hearsay |
| D-00001.051 | PSC | Photo of 6 in. Vacuum Breaker Line Gooseneck Vent | Lack of foundation/lack of support, hearsay |
| D-00001.053 | PSC | Photo of DWH Starboard Jet Flame | Lack of foundation/lack of support, hearsay |
| D-00001.058 | PSC | Drill Pipe Pressure Measured at Cement Pump PI and Mud Pump PI | Lack of foundation/lack of support, hearsay |
| D-00001.059 | PSC | Mud Pump #2 Pressure Plot Showing Line Test During Negative-Pressure Test | Lack of foundation/lack of support, hearsay |
| D-00001.060 | PSC | Mud Pump #2 Pressure Plot Showing Lift Pressure of PRV | Lack of foundation/lack of support, hearsay |
| D-00001.061 | PSC | Illustration of Wellbore and Position of Hydrocarbons at 21:38 Hours if BOP Was Closed | Lack of foundation/lack of support, hearsay, speculative |
| D-00001.062 | PSC | Vapor Dispersion Case for Diverting to Starboard Diverter | Lack of foundation/lack of support, hearsay, speculative |
| D-00001.070 | PSC | Table: Timeline of Events Leading Up to DWH Accident | Lack of foundation/Lack of support, hearsay |
| D-00001.072 | PSC | Drill Pipe Pressure – OLGA Well Flow Modeling of Drill Pipe Pressure for Closed BOP Versus Recorded Data | Lack of foundation, lack of support, hearsay |
| D-00001.076 | PSC | Hydraulic Analyses of Annular Preventer | Lack of foundation/lack of support, hearsay |
| D-00001.080 | PSC | Discharge Curve for 27-volt AMF Battery Bank | Lack of foundation/lack of support, hearsay |
| D-00001.082 | PSC | Hydraulic Analyses of BSR Closure Response | Lack of foundation/lack of support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-00001.084 | PSC | Likely Status of BOP Rams Immediately After Autoshear Initiation | Lack of foundation/lack of support, hearsay |
| D-00001.086 | PSC | Schematic of Drill Pipe Configuration Across BOP Over Time | Lack of foundation/lack of support, hearsay |
| D-00001.087 | PSC | ROV Video Stills of Leaking Hose Fitting on Shuttle Valve in ST Lock Hydraulic Circuit | Lack of foundation/lack of support, hearsay |
| D-00001.102 | PSC | Key Finding #3 – Negative Pressure Test Was Accepted Although Well Integrity Had Not Been Established | Lack of foundation/lack of support, hearsay |
| D-00001.103 | PSC | Well Monitoring – Driller's Console and Mudlogging Unit | Lack of foundation/lack of support, hearsay |
| D-00001.104 | PSC | Undetected Flowing Conditions | Lack of foundation/lack of support, hearsay |
| D-00001.105 | PSC | Key Finding #4 – Influx Was Not Recognized Until Hydrocarbons Were in Riser | Lack of foundation/lack of support, hearsay |
| D-00001.106 | PSC | Key Finding #4 – Influx Was Not Recognized Until Hydrocarbons Were in Riser | Lack of foundation/lack of support, hearsay |
| D-00001.107 | PSC | Key Finding #4 – Influx Was Not Recognized Until Hydrocarbons Were in Riser | Lack of foundation/lack of support, hearsay |
| D-00001.108 | PSC | Key Finding #5 – Well Control Response Actions Failed To Gain Control of Well | Lack of foundation/lack of support, hearsay |
| D-00001.109 | PSC | Diverting Mud Gas Separator at About 21:42 | Lack of foundation/lack of support, hearsay |
| D-00001.110 | PSC | Gas Flow to Surface at High Rate – 21:46 to 22:00 | Lack of foundation/lack of support, hearsay |
| D-00001.111 | PSC | Gas Dispersion Across DWH 21:46 to 21:50 Hrs | Lack of foundation/lack of support, hearsay |
| D-00001.112 | PSC | Secondary Protective Systems Did Not Prevent Ignition | Lack of foundation/lack of support, hearsay |
| D-00001.113 | PSC | Key Finding #6 – Diversion to Mud Gas Separator Resulted in Gas Venting Onto Rig | Lack of foundation/lack of support, hearsay |
| D-00001.114 | PSC | Key Finding #7 – Fire and Gas System Did Not Prevent Hydrocarbon Ignition | Lack of foundation/lack of support, hearsay |
| D-00001.115 | PSC | Blowout Preventer (BOP) | Lack of foundation/lack of support, hearsay |
| D-00001.116 | PSC | BOP Response (Before Explosions) | Lack of foundation/lack of support, hearsay |
| D-00001.117 | PSC | BOP Response (Impact of Explosions) | Lack of foundation/lack of support, hearsay |
| D-00001.118 | PSC | BOP Response (After Explosions) | Lack of foundation/lack of support, hearsay |
| D-00001.119 | PSC | Key Finding #8 – BOP Emergency Mode Did Not Seal Well | Lack of foundation/lack of support, hearsay |
| D-00001.120 | PSC | Recommendations | Lack of foundation/lack of support, hearsay |
| D-00001.121 | PSC | Summary of Key Findings | Lack of foundation/lack of support, hearsay |
| D-00986.058 | PSC | Preparations for Negative Pressure Test | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.059 | PSC | First Test Failure Second Test Failure | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.060 | PSC | Negative Pressure Test Progress, 3pm (April 20, 2010) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.061 | PSC | Negative Pressure Test Progress, 4pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.062 | PSC | Negative Pressure Test Progress, 4:53pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.063 | PSC | Negative Pressure Test Progress, 4:55pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.064 | PSC | Negative Pressure Test Progress, 4:58pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.065 | PSC | Negative Pressure Test Progress, 5:10pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-00986.066 | PSC | Negative Pressure Test Progress, 5:26pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.067 | PSC | Negative Pressure Test Progress, 5:53pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.068 | PSC | Negative Pressure Test Progress, 6:40pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.070 | PSC | Active Pit Volume in Closed-Loop System | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.071 | PSC | Hitec Data Display Sperry-Sun Display | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.072 | PSC | Flow-Out Sensors and Flow Line Camera | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.073 | PSC | Transocean's DWH Emergency Response Manual | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.074 | PSC | Rig Personnel on Duty During Final Displacement | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.075 | PSC | Erratic vs. Normal Flow-Out | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.076 | PSC | Typical Flow-Out Signature vs. Spike at 9:08pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.077 | PSC | Drill Pipe Pressure Anomalies, 9:01pm to 9:14pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.078 | PSC | Drill Pipe Pressure and Kill Line Pressure Anomalies, 9:27 -9:40pm | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.079 | PSC | Last Two Hours of Sperry-Sun Data | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.080 | PSC | Diverter System | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.086 | PSC | BOP's Electrical Schematic | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.094 | PSC | Personnel and Places with Access to Rig's Sperry-Sun Data | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.095 | PSC | Control Pod Battery Replacement (based on available records) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.096 | PSC | Leaks on DWH Blowout Preventer (partial list) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay, prior incidents |
| D-00986.097 | PSC | Modifications to DWH Blowout Preventer | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.098 | PSC | Modifications to DWH Blowout Preventer (cont) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.202 | PSC | Onshore Organizational Chart | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.203 | PSC | Rig Crew Organizational Chart | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.251 | PSC | Negative-Pressure Test at Macondo | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.260 | PSC | Anomalies in Data Indicate Kick | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.261 | PSC | Transocean's Time Line of Last Five Hours (Modified) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-00986.264 | PSC | Lessons Learned From December 2009 Event | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay, prior incidents |
| D-00986.265 | PSC | Last Two Hours:  Explosion at 21:49 (9:49pm) | Excluded per Rec. Doc. 5635, Lack of foundation/Lack of proper support, hearsay |
| D-20499.001 | PSC | Predicted Deformation and Resulting Stresses Due to Buckling | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.002 | PSC | Alignment of Pipe Segments with BSR and Buckled Pipe Displacement Comparison | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-20499.003 | PSC | BSR Configuration | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.004 | PSC | FEA Model of BSR Blade Surfaces and Drill Pipe | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.005 | PSC | FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.006 | PSC | Progression of Centered BSR Shear Model – Side View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.007 | PSC | Progression of Centered BSR Shear Model – Isometric View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.008 | PSC | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.009 | PSC | Progression of Off-Center BSR Shear Model – Side View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.010 | PSC | Progression of Off-Center BSR Shear Model – Isometric View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.011 | PSC | Top View Showing Deformation of Drill Pipe Outside Shearing Blade Surfaces | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.012 | PSC | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.013 | PSC | Final Deformation of the Drill Pipe as Predicted by the Off-Centered Pipe Model; Upper BSR Block Shown on the Right | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.014 | PSC | Comparison of Recovered Drill Pipe Segments and Final Model | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.015 | PSC | Final Model Deformation Compared with Recovered Drill Pipe Laser Scans (83-B and 94-B) | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.016 | PSC | Spacing of Upper and Lower BSR Blocks in Partially Closed Position | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.017 | PSC | Alignment of Scan Models – 2 Inch Standoff Between Block | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20499.018 | PSC | BSR CAD Models – 2 Inch Standoff Between Blocks | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.001 | PSC | FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.002 | PSC | Progression of Off-Center BSR Shear Model – Side View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.003 | PSC | Progression of Off-Center BSR Shear Model  - Isometric View | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.004 | PSC | Top View Deformation of Drill Pipe Outside of Shearing Blade Surfaces | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.005 | PSC | Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.006 | PSC | Final Deformation of Drill Pipe as Predicted by Off-Centered Pipe Model; Upper BSR Block Shown on the Right | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.007 | PSC | Comparison of Recovered Drill Pipe Segments and Final Model (Viewed facing Upper BSR Block) | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.008 | PSC | Final Model Deformation Compared with Recovered Drill Pipe Laser Scans (83-B and 94-B) | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.009 | PSC | Spacing of Upper and Lower BSR Blocks in Partially Closed Position | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20501.010 | PSC | Alignment of Scan Models – 2.8 Inch Standoff Between Blocks | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |

**EXHIBIT A**

**Transocean's Phase One Demonstrative Objections**

| Demonstrative # | Party | Description | TO's Objection |
|---|---|---|---|
| D-20501.011 | PSC | BSR CAD Models – 2.8 Inch Standoff Between Blocks | Excluded per Rec. Doc. 5448, Lack of foundation/Lack of proper support, hearsay |
| D-20503 | PSC | Table 2:  Lost Returns and Kicks | Lack of foundation/lack of support. |
| D-20511.027 | PSC | Sperry-Sun Logs | Lack of foundation/lack of support. |
| D-20511.028 | PSC | Sperry-Sun Logs | Lack of foundation/lack of support. |
| D-20511.031 | PSC | Table:  Macondo Design and Implementation Failures | Lack of foundation/lack of support |
| D-20515.001 | PSC | Video – Real-Time Insite Data (Last 59 Minutes) - Interactive Video Clip | Lack of foundation/lack of support, hearsay |