UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**BP'S OBJECTIONS TO DEMONSTRATIVE AIDS**

Pursuant to the Court's *Amended Pre-Trial Order No. 54 Regarding Pre-Trial Procedures for February 25, 2013* and similar prior Orders, Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") object to certain of the parties' demonstratives exchanged on February 13, 2013 as described generally herein and specifically as attached in Exhibit A.  BP reserves the right to add, remove, or modify its objections and to add or remove objections to (1) any demonstrative revised or newly disclosed after the date of this letter or (2) any demonstrative affected by future rulings of the Court.

**General Objections**

BP objects to any demonstrative:

(1)  that does not accurately represent underlying evidence admissible in this case;

(2) regarding subject matters irrelevant to Phase I of the trial scheduled to begin on February 25, 2013 (including matters related only to Phase II or III issues);

(3) referencing, quoting, or derivative of an exhibit or testimony that is inadmissible[1];

(4) that lacks a citation to an admissible trial exhibit or testimony on the face of the demonstrative, per the Court's 1/28/13 *Order Regarding Working Group Conference on Friday, January 25, 2013*, which requires that all demonstratives "must contain references to the exhibits they are based on."

(4) that is based on or represents evidence that has been excluded by Court rulings or for which admission is barred by statute or regulation (including those discussing or referencing prior accidents or alleged misconduct and/or evidence of prior adverse criminal, civil, and regulatory proceedings in contravention of the Court's February 9, 2012 Order and Reasons Regarding Motions *in Limine* to Exclude Instances of Prior Alleged Improper Conduct and Prior Adverse Criminal, Civil or Regulatory Proceedings or derived from the Presidential Commission and/or the Chief Counsel's Report in contravention of the Court's February 9, 2012 Order and Reasons Regarding Motions *in Limine* to Exclude Other Government Reports and Congressional Testimony);

(5) referencing, quoting, or derivative of expert reports or deposition testimony of expert witnesses that are the subject of Daubert motions submitted by BP;

(6) that contain or consist of animations with narration, as such narration may contain inadmissible hearsay, is potentially misleading and/or inaccurate, and is not subject to cross-examination, and/or

(7) that lacks foundation because no witness or expert has testified in support of the matters presented in the demonstrative.

---

[1] BP understands that, in the case of each trial exhibit cited or used in a demonstrative, the parties will use the cured version that has been received by WorldWide wherever such cured version exists.

**Specific Objections**

In addition to the foregoing general objections, BP objects to specific demonstratives, including, but not limited to those set forth in Exhibit A, attached hereto.

Dated: February 18, 2013                           Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of February, 2013.

                                                  /s/ Don K. Haycraft