UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Transocean's Motion to Join U.S. Motion to Compel (Rec. doc. 8457)]**

On January 30, 2013, the U.S. filed a motion to compel production from BP of previously-withheld documents pursuant to the crime-fraud exception to the attorney-client privilege ("U.S. motion to compel"). Rec. doc. 8417. The deadline for BP's opposition (no more than 25 pages) is **Thursday, February 28.** The deadline for the U.S. reply is **Thursday, March 7.**

On February 1, 2013, Transocean filed a "joinder" to the U.S. motion to compel. The Clerk docketed this as an *ex-parte* motion to join the U.S. motion to compel. Rec. doc. 8457.

IT IS ORDERED that: (1) Transocean's motion to join the U.S. motion to compel (Rec. doc. 8457) is GRANTED; and (2) the deadline for Transocean's reply is ~~Thursday, March 7.~~

New Orleans, Louisiana, this 19th day of February, 2013.

                                                                           SALLY SHUSHAN
                                                                           United States Magistrate Judge