UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010<br><br>These Pleadings apply to:  *All Cases*<br><br>    (Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## ORDER

CONSIDERING the *Ex Parte* Motion for Reimbursement of Shared Expenses, together with the Affidavit of Philip A. Garrett, C.P.A., and the Declaration of Stephen J. Herman, as well as the Economic and Property Damages Class Settlement Agreement, Pre-Trial Order No. 9, and the record in this multi-district litigation proceeding:

IT IS ORDERED that Philip A. Garrett, C.P.A., be and is hereby authorized and directed to arrange for the payment of shared cost reimbursements from the Common Benefit Fee and Cost Fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement to the common benefit attorneys and in the amounts reflected in Exhibit 2 to the Garrett Affidavit dated January 22, 2013.

IT IS FURTHER ORDERED that Mr. Garrett be and is hereby authorized and directed to arrange for the payment of outstanding shared costs from the Common Benefit Fee and Cost

Fund to the vendors and in the amounts reflected in Exhibit 3 to the Garrett Affidavit dated January 22, 2013.

    **SIGNED** at New Orleans, Louisiana this 19th day of February, 2013.

                                                                               _____
                                                                                 United States District Judge