UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179 SECTION: "J" JUDGE BARBIER |
| This Document Relates to: No. 10-4536 | * * * * * * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

AMENDMENT TO:

PARTIAL CONSENT DECREE BEWTEEN THE PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANTS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.

A.  WHEREAS, the proposed Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Partial Consent Decree") was lodged with the Court on January 3, 2013 [Doc. 8157-1].

1

B.  WHEREAS, pursuant to Paragraph 82 of the Partial Consent Decree, the Parties (as defined in the Partial Consent Decree) may modify its terms, and where the terms are material, the Court must approve the amendment. Pursuant to Paragraph 81 the Court retains jurisdiction to implement the Partial Consent Decree.

C.  WHEREAS, the Parties agree to modify Paragraph 13. The second sentence of Paragraph 13 of the Partial Consent Decree shall be modified by the addition of the following: ", or any corporate affiliates of such defendants." Thus, the second sentence of Paragraph 13 shall now read as follows:

> Nor shall the Transocean Defendants use or allow to be used any payments of CWA penalties to the United States made pursuant to this Consent Decree as a basis for indemnity or reimbursement from any other defendant named in paragraph 76 of the Complaint, or any corporate affiliates of such defendants.

D.  WHEREAS, pursuant to Paragraph 87 of the Partial Consent Decree, the undersigned attorneys are authorized to enter into this amendment.

NOW, THEREFORE, IT IS HEREBY ORDERED AND DECREED that:

The Partial Consent Decree is hereby amended. The second sentence of Paragraph 13 shall now read as follows:

> Nor shall the Transocean Defendants use or allow to be used any payments of CWA penalties to the United States made pursuant to this Consent Decree as a basis for indemnity or reimbursement from any other defendant named in paragraph 76 of the Complaint, or any corporate affiliates of such defendants.

So Ordered this 19th day of February, 2013, in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2

THE UNDERSIGNED PARTY ENTERIN TO THIS AMENDMENT TO THE PARTIAL CONSENT DECREE:

FOR THE UNITED STATES:

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division
U.S. Department of Justice

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources
   Division
U.S. Department of Justice

*/s/ R. Michael Underhill (by SO)*

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: (415) 436-6648
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov

Date: 2/5/13

STEVE O'ROURKE
Senior Attorney
Environment and Natural Resources
   Division
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-2779
Facsimile: (202) 514-0097
E-mail: steve.o'rourke@usdoj.gov

Date: 2/5/13

DANA BOENTE
United States Attorney
Eastern District of Louisiana

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail:  Sharon.d.smith@usdoj.gov

FOR THE TRANSOCEAN DEFENDANTS (as defined in the Partial Consent Decree):

*[signature]*

BRAD D. BRIAN
MICHAEL R. DOYAN
LUIS LI
DANIEL B. LEVIN
MUNGER TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com

STEVEN L. ROBERTS
RACHEL GIESBER CLINGMAN
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301

RICHARD SAUBER
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K St NW Ste 411-L
Washington DC 20006-1322
Tel: 202.775.4506
Fax: 202.775.4510