UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| This Document Applies to 10 cv 8888 | * * | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James F. McKenzie of McKenzie Law Firm, P.A., hereby enters his appearance as counsel for Plaintiff Sandra Ann Iames, whose Short Form Joinder Document Number is 86350, in the above cause. Please direct all future correspondence and pleadings to the undersigned at the address shown below.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of February, 2013.

James F. McKenzie
Florida Bar No. 163790
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, Florida 32503
Telephone: (850) 432-2856
Facsimile: (850) 202-2012
Attorney for Sandra Ann Iames
Jmckenzie@mckenzielawfirm.com