**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No.  MDL NO. 2179 |
| | Civil Action No.  2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: | |
| **Case No. 2:10-cv-08888-CJB-SS** | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that Nexsen Pruet, LLC and Douglas M. Schmidt, APLC be allowed

to withdraw as counsel of record for all Plaintiffs as set forth in Attachment A.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No.  MDL NO. 2179 |
| | Civil Action No.  2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>**Case No. 2:10-cv-08888-CJB-SS** | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Client Last | Client First | Termination Date | Document No. |
|---|---|---|---|
| ABSHIRE | CODY | 02/11/2013 | 84754 |
| ALEXANDER | COREY | 02/11/2013 | 56140 |
| ALEXANDER | JERMAINE | 02/11/2013 | 81357 |
| ALLEN | CAROLYN | 02/11/2013 | 61423 |
| ALVES | STEVEN | 02/11/2013 | 82771 |
| ANDERSON | GARY | 02/11/2013 | 82764 |
| ANTOINE | BERTRAND | 02/11/2013 | 83734 |
| ARRINGTON | BREON | 02/11/2013 | 82706 |
| ARROYO | VICTOR | 02/11/2013 | 109891, 55890 |
| ASHFORD | DIVETA | 02/11/2013 | 55856 |
| AUSTIN | SHARON | 02/11/2013 | 83841 |

| | | | |
|---|---|---|---|
| BAHAR | AYMAN | 02/11/2013 | 80848 |
| BAKER | CREON | 02/11/2013 | 56196, 109892 |
| BALL | JAMES | 02/11/2013 | 109898 |
| BANKSTON | HOSEA | 02/11/2013 | 82930 |
| BARGANIER | OLIVER | 02/11/2013 | 61405 |
| BARNETT | JASON | 02/11/2013 | 55887 |
| BAXTER | KENNETH | 02/11/2013 | 82703 |
| BECKHAM | MELVIN | 02/11/2013 | 56276 |
| BELL | SHEREENA | 02/11/2013 | 82919 |
| BIGGS | LORENZO | 02/11/2013 | 82701 |
| BILLIOT, SR | SHANE | 02/11/2013 | 82678 |
| BLACK | STEFAN | 02/11/2013 | 82686, 97750 |
| BLACKWELL | CHARLES | 02/11/2013 | 81695 |
| BLAKLEY | JESSICA | 02/11/2013 | 83924 |
| BLANKS | THOMAS | 02/11/2013 | 82760 |
| BLASH | ANTEIN | 02/11/2013 | 83141 |
| BLAYLOCK | KARMEN | 02/11/2013 | 83922 |
| BOUNDS | NELLIE | 02/11/2013 | 83920 |
| BOYKIN | KAREN | 02/11/2013 | 83139 |

| | | | |
|---|---|---|---|
| BRANDON | WINCE | 02/11/2013 | 81387, 97757 |
| BRIGGS | EVELENE | 02/11/2013 | 55765, 81665 |
| BROWN | ATLAS | 02/11/2013 | 81661 |
| BROWN | ERICA | 02/11/2013 | 81659 |
| BROWN | GLORIA | 02/11/2013 | 80920 |
| BROWN | LANCE | 02/11/2013 | 81655 |
| BROWN | ROY | 02/11/2013 | 81204, 82663 |
| BROWN | SHAWNEIL | 02/11/2013 | 82830, 83122 |
| BROWN | SHAWNTAIL | 02/11/2013 | 83913 |
| BRUCE | BOBBIE | 02/11/2013 | 80838, 94652 |
| BURGETT | TINA | 02/11/2013 | 82756 |
| BURKETT | PAUL | 02/11/2013 | 82757 |
| BURROUGHS | ALVIE | 02/11/2013 | 61631 |