UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) | MDL NO. 2170 |
| | ) ) ) ) | SECTION J; MAG. 1 |
| This Document Relates To: | ) ) | JUDGE BARBIER |
| In RE: 10-8888 Short-Form Joinders | ) ) ) ) | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Short Form Joinders Beyond September 16, 2011 Monition Date filed by the Claimants identified in Exhibit A to that motion:

IT IS ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the Short Form Joinders for the Claimants, identified in Exhibit A to the *Ex Parte* Motion for Leave to File Short Form Joinders Beyond September 16, 2011 Monition Date, shall be deemed timely and filed in the Transocean Limitation Proceeding (Civil Action No. 10-2771).

New Orleans, Louisiana this ___ day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE