**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION:  J |
| | * | JUDGE BARBIER |
| Applies to: ALL CASES | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE JUDGE SHUSHAN'S ORDER REGARDING PHASE ONE EXHIBITS [REC. DOC. 8469] AND ORDER REGARDING TRANSOCEAN'S MOTION FOR CLARIFICATION [REC. DOC. 8549]**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.2, Transocean objects to and moves for review of the Magistrate Judge's Orders entered February 1, 2013 Regarding Phase One Exhibits [Rec. Doc. 8469] and February 14, 2013 Regarding Transocean's Motion for Clarification [Rec. Doc. 8580].  As more fully set forth in the accompanying memorandum, Transocean submits that the Orders are contrary to law to the extent they conclude that TREX-52666 and TREX-52668 are not proper trial exhibits.  Transocean respectfully requests that this Court review and reverse the Magistrate Judge's Orders accordingly.

DATED:  February 19, 2013          Respectfully submitted,

By:  /s/ Brad D. Brian          By: /s/ Steven L. Roberts
Brad D. Brian                  Steven L. Roberts
Michael R. Doyen               Rachel Giesber Clingman
Lisa Demsky                    Sean Jordan
Daniel B. Levin                SUTHERLAND ASBILL & BRENNAN LLP
Susan E. Nash                  1001 Fannin Street, Suite 3700
MUNGER TOLLES & OLSON LLP      Houston, Texas 77002
355 So. Grand Avenue, 35th Floor   Tel:  (713) 470-6100

1

Los Angeles, CA 90071
Tel:  (213) 683-9100
Fax:  (213) 683-5180
Email: brad.brian@mto.com
       michael.doyen@mto.com
       lisa.demsky@mto.com
       daniel.levin@mto.com
       susan.nash@mto.com

By:  /s/  Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
      *and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

Fax:  (713) 354-1301
Email: steven.roberts@sutherland.com
       rachel.clingman@sutherland.com
       sean.jordan@sutherland.com

By:  /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel:  (504) 599-8194
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                           /s/ Kerry J. Miller
                                             Kerry J. Miller