Clerk's office Copy

**COURT RECORD LOAN FORM**
**U.S. DISTRICT COURT**
*This portion remains with Court Records*

Appeal # 12-31155

No. 10-MD-2179 Short Title: In Re: Oil Spill    Date: 2-15-13

To: Clay Garside / Waltzer Wiygul & Garside LLC
Name
14399 Chef Menteur Hwy Ste D
Address
NO, LA 70129
(504) 254-4400
City / State / Zip

**Documents Enclosed:**
- ☑ Record Vols: 26 vols
- ☑ Transcripts: 2 trans.
- ☐ Exhibits ☐ Env. _____
- ☐ Box: _____ ☐ _____
- ☐ Supp. Record Vols. _____
- ☐ Second Supp. Record Vols. _____
- ☑ 1 vol. number close 12-cv-970

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- ☐ Exhibits ☐ _____

Records listed above are returned to Clerk.
ATTORNEY NAME _____
DATE _____

[Filed stamp: 2013 FEB 15 PM 3:27 U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA]

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____  Short Title _____

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- ☐ Exhibits ☐ _____

Records listed above have been received by Clerk
NAME _____
DATE _____

EASTERN DISTRICT OF LOUISIANA

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____  Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- ☐ Exhibits ☐ _____

Records listed above have been forwarded to:
ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____  Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- ☐ Exhibits ☐ _____

Case records listed above received by:
JUDGE/ATTY NAME _____
DATE _____