IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: *ALL CASES* | § § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**HESI'S 2/19/2013 GOOD FAITH PHASE ONE TRIAL EXHIBIT LIST**

Pursuant to the Court's February 19, 2013 Order (Rec. Doc. 8611), Halliburton Energy Services, Inc. ("HESI"), submits its 2/19/2013 Good Faith Phase One Trial Exhibit List (attached hereto as "Exhibit A"). HESI will provide all Liaison Counsel with a copy of Exhibit A in Microsoft Excel format.

HESI reserves the following rights: (1) to amend or supplement its Good Faith Trial Exhibit List in order to add pleadings, consent decrees, orders, or other documents associated with the civil and criminal actions brought by the United States against any BP parties and/or TO parties; (2) to amend or supplement its Good Faith Trial Exhibit List in order to add documents required for deposition designations, for expert and other discovery, due to the unavailability of fact witnesses, and/or due to a witness unexpectedly testifying; (3) to amend or supplement its Good Faith Trial Exhibit List in order to remove or add documents in connection with court rulings on motions *in limine*; (4) to add exhibits to its Good Faith Trial Exhibit List after examining other parties' exhibit lists and demonstratives, as impeachment or rebuttal evidence, or to refresh a witness' recollection; (5) to use documents included on other parties' exhibit lists; (6) to use documents identical to those listed in Exhibit A, but with a different Bates number; and (7) to add attachments or parent documents as necessary.

**HESI'S 2/19/2013 GOOD FAITH PHASE ONE TRIAL EXHIBIT LIST - PAGE 1 OF 4**

The inclusion of an exhibit on its 2/19/2013 Good Faith Trial Exhibit List does not mean that HESI agrees to the exhibit's admission for all purposes, or to its admission against HESI, as some exhibits are offered as party admissions only against others, or as possible impeachment materials.  Accordingly, HESI reserves the right to object to the introduction of certain exhibits for all purposes or against HESI.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing HESI's 2/19/2013 Good Faith Phase One Trial Exhibit List, has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 19th day of February, 2013.

/s/ Donald E. Godwin
Donald E. Godwin