**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Louisiana | 10-md-2179 |

Short Case Title  In re: Deepwater Horizon, et al.  
Court Reporter  Cathy Pepper

Date Notice of Appeal Filed by Clerk of District Court  1/17/2013  
Court of Appeals #  13-30095  
(If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [x] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: (check appropriate box)

  Voir dire [ ];   Opening statement of plaintiff [ ];   defendant [ ];
  Closing argument of plaintiff [ ];   defendant [ ];   Opinion of court [ ];
  Jury instructions [ ];   Sentencing [ ];   Bail hearing [ ];

  HEARING DATE(S)         PROCEEDING         JUDGE/MAGISTRATE

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds;
- [ ] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter;
- [ ] U.S. Government Funds;
- [ ] Other

| Signature | /s/ Joseph Darrell Palmer | Date Transcript Ordered | |
|---|---|---|---|
| Print Name | Joseph Darrell Palmer | Counsel for | Appellants |
| Address | 603 N. Highway 101, Suite A, Solana Beach CA 92075 | Phone Number | +1 (858) 792-5600 |

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received  [ ] Unable to contact ordering party  [ ] Other (Specify) _____

Date _____    Signature of Court Reporter _____    Telephone _____

Address of Court Reporter: _____

* **Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____    Signature of Court Reporter _____

DKT-13 (5/96) modified 01/05 WDTX

**Service List for Case:** 13-30095

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Stanley Paul Baudin<br>Pendley, Baudin & Coffin, L.L.P.<br>24110 Eden Street<br>Plaquemine, LA 70764-0071<br>Email: sbaudin@pbclawfirm.com | 13-30095 | Email | Active |
| Robert C. Mike Brock<br>Covington & Burling, L.L.P.<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-0000 | 13-30095 | US Mail | |
| Brent Wayne Coon<br>215 Orleans<br>Beaumont, TX 77701<br>Email: bcoon@provostumphrey.com | 13-30095 | US Mail | |
| Wesley J. Farrell<br>Farrell & Patel<br>1425 Brickell Avenue, Suite 58C<br>Miami, FL 33131 | 13-30095 | US Mail | |
| Clay Joseph Garside<br>Waltzer Wiygul & Garside, L.L.C.<br>14399 Chef Menteur Highway, Suite D<br>New Orleans, LA 70129<br>Email: clay@waltzerlaw.com | 13-30095 | Email | Active |
| Richard Cartier Godfrey<br>James Andrew Langan<br>Kirkland & Ellis, L.L.P.<br>300 N. LaSalle Street<br>Chicago, IL 60654<br>Email: richard.godfrey@kirkland.com<br>Email: andrew.langan@kirkland.com | 13-30095 | Email | Active |
| Timothy A. Duffy<br>Kirkland & Ellis, L.L.P.<br>300 N. LaSalle Street<br>Chicago, IL 60654<br>Email: tduffy@kirkland.com | 13-30095 | U.S. Mail | |
| Kevin W Grillo<br>Pena & Grillo, P.L.L.C.<br>1240 3rd Street<br>Corpus Christi, TX 78404 | 13-30095 | US Mail | |
| Don Keller Haycraft<br>Liskow & Lewis, P.L.C.<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139-5099<br>Email: dkhaycraft@liskow.com | 13-30095 | Email | Active |

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Stephen Jay Herman<br>Herman Herman & Katz, L.L.C.<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Email: sherman@hhkc.com | 13-30095 | Email | Active |
| Daniel J. Levitan<br>Florida Department of Corrections<br>Santa Rose Correctional Institution<br>5850 E. Milton Road<br>Milton, FL 32583-7914 | 13-30095 | US Mail | |
| Joseph Darrell Palmer<br>Law Offices of Joseph Darrell Palmer<br>603 N. Highway 101, Suite A<br>Solana Beach, CA 92075<br>Email: darrell.palmer@palmerlegalteam.com | 13-30095 | Email | Active |
| John Jacob Pentz III<br>Law Offices of John J. Pentz<br>19 Widow Rites Lane<br>Sudbury, MA 01776<br>Email: jjpentz3@gmail.com | 13-30095 | Email | Active |
| James Parkerson Roy<br>Domengeaux, Wright, Roy & Edwards<br>556 Jefferson Street, Suite 500<br>Lafayette, LA 70501<br>Email: jimr@wrightroy.com | 13-30095 | Email | Active |
| Joel R. Waltzer<br>Waltzer & Wiygul<br>3715 Westbank Expressway, Suite 13<br>Harvey, LA 70058<br>Email: joel@waltzerlaw.com | 13-30095 | Email | Active |
| Robert Baxter Wiygul<br>Waltzer & Wiygul<br>1011 Iberville Drive<br>Ocean Springs, MS 39564<br>Email: robert@waltzerlaw.com | 13-30095 | Email | Active |
| Stuart Cooper Yoes<br>Yoes Law Firm, L.L.P.<br>3535 Calder Avenue, Suite 235<br>Beaumont, TX 77706<br>Email: scy@yoeslawfirm.com | 13-30095 | Email | Active |

$0.460
US POSTAGE
FIRST-CLASS
062S0007974915
92075

Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075

CLERK OF THE COURT
USDC EASTERN DIST LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130