# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL NO. 2179<br>* SECTION: J<br>* |
| THIS DOCUMENT RELATES TO ALL CASES | * JUDGE BARBIER<br>* MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BP'S 2/19/2013 GOOD FAITH PHASE ONE TRIAL EXHIBIT LIST

Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 2/19/2013 Good Faith Phase One Trial Exhibit List (attached hereto as "Exhibit A"). BP will also circulate a version of Exhibit A in Microsoft Excel format.

Pursuant to Amended Pre-Trial Order No. 54, BP has identified all of the new additions to its Phase One Trial Exhibit List. The column titled "Revisions/Additions to Phase One List Since 1/11/2013" denotes each Phase One exhibit that has been identified since BP filed the last version of its Phase One Trial Exhibit List on January 11, 2013; specifically, the attached lists TIMS documents identified on February 13, 2013 pursuant to the Court's February 1, 2013 Order. These TIMS documents are parts of documents that were already on prior iterations of BP's Phase One Exhibit List. While the February 1, 2013 Order does not require BP to list individual documents from the TIMS database on its Phase One Trial Exhibit List, BP is doing so in this instance in an abundance of caution. The attached also includes adjusted date, Bates, or description information for some exhibits stemming from the Halliburton cure process. These changes are all indicated in the column titled "Revisions/Additions to Phase One List Since 1/11/2013."

BP incorporates by reference all of the reservations of rights set forth in the cover pleading accompanying its 1/13/2012 Trial Exhibit List, including but not limited to the right to use documents included on other parties' trial exhibit lists.  By including a document on its Trial Exhibit List, BP does not agree or admit that a document or category of documents is admissible for any or all purposes.

Dated: February 19, 2013                                  Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Robert R. Gasaway
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of February, 2013.



                                              /s/ Don K. Haycraft