UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: ALL CASES | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S COMBINED GOOD FAITH PHASE ONE TRIAL EXHIBIT LIST**

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and pursuant to Amended Pre-Trial Order No. 54 [Doc. 8173], the Order Regarding the January 25, 2013 Working Group Conference [Doc. 8373], and the February 15, 2013 Working Group Conference, and respectfully submit the following Combined Good Faith Phase One Trial Exhibit List for Phase One of the Limitation and Liability Trial (Attached hereto as Exhibit "A") subject to the following statements and reservations:

1. Transocean incorporates by reference all exhibits filed in Transocean's First Supplemental and Amended Exhibit List [Doc. 5208], Transocean's Second Supplemental and Amended Exhibit List [Doc. 5729], Transocean's Third Supplemental and Amended Exhibit List [Doc. 8224], and Transocean's Combined Phase One Trial Exhibit List circulated to all parties on February 13, 2013.

2. Transocean incorporates by reference all Expert Reliance exhibits set forth by the United States of America regarding the expert report of Glen Benge.

3. Transocean incorporates by reference any exhibit set forth in any party's Exhibit

1

List.

4. Transocean reserves the right to amend or supplement its Exhibit List as necessary due to the unavailability of fact witnesses, as well as to remove or add documents in connection with Court rulings on motions in limine.

5. Transocean reserves the right to add exhibits as impeachment or rebuttal evidence or to refresh a witness's recollection.

6. Transocean has not attempted to list separately each copy or version of an exhibit as it was produced or used during discovery. Transocean reserves the right to make use of or object to a different copy or version of the same document at trial, if, for example, the document has been assigned a different Bates number or deposition exhibit number, or if the document is in a different electronic or native format than the version identified.

7. The inclusion of an exhibit on Transocean's Exhibit List does not mean that Transocean agrees to the exhibit's admission for all purposes, as some exhibits are offered as party admissions only against others, or as possible impeachment materials. Transocean reserves the right to object as appropriate to other parties introducing these exhibits into evidence.

8. In addition to the exhibits identified on Transocean's Exhibit List, Transocean reserves the right to use demonstrative exhibits, models, aids, charts, graphs and other presentations at trial.

DATED: February 19, 2013				Respectfully submitted,

By: /s/ Brad D. Brian					By: /s/ Steven L. Roberts
Brad D. Brian						Steven L. Roberts
Michael R. Doyen					Rachel Giesber Clingman
Lisa Demsky						Sean Jordan
Daniel B. Levin						SUTHERLAND ASBILL & BRENNAN LLP

2

Susan E. Nash
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
    michael.doyen@mto.com
    lisa.demsky@mto.com
    daniel.levin@mto.com
    susan.nash@mto.com


By: /s/ Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
   *and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
    rachel.clingman@sutherland.com
    sean.jordan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                /s/ Kerry J. Miller
                  Kerry J. Miller