# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To:<br>*All Cases*<br>*2:10-cv-02771* | § § § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## SUBMISSION OF DEFENDANT M-I L.L.C.'S FINAL PHASE ONE GOOD FAITH TRIAL EXHIBIT LIST

Defendant M-I L.L.C. ("M-I") submits its Final Phase One Good Faith Trial Exhibit List in connection with Phase One of the February 2013 Trial of Liability, Limitation, Exoneration, and Fault Allocation pursuant to the Court's Amended Pre-Trial Order No. 54 [Doc No. 8173] and the Court's Order Regarding Working Group Conference on Friday, February 15, 2013 [Doc. No. 8611].

M-I hereby designates all exhibits included on the attached list. M-I respectfully reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed or designated by any other party, and further reserves the right to seek admission of any documents for purposes of impeachment or rebuttal, or for such other purposes as may be allowed by the Court.

DB1/ 73205121.1

Dated:  February 19, 2013                    Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:** | MORGAN, LEWIS & BOCKIUS LLP |
| MORGAN, LEWIS & BOCKIUS LLP | |
| Denise Scofield | By:  */s/ Hugh E. Tanner* |
| dscofield@morganlewis.com | Hugh E. Tanner |
| Texas Bar No. 00784934 | htanner@morganlewis.com |
| 1000 Louisiana, Suite 4000 | Texas Bar No. 19637400 |
| Houston, Texas  77002 | 1000 Louisiana, Suite 4000 |
| Telephone:    (713) 890-5000 | Houston, Texas  77002 |
| Facsimile:    (713) 890-5001 | Telephone:    (713) 890-5000 |
| | Facsimile:    (713) 890-5001 |
| **ATTORNEY FOR DEFENDANT** **M-I L.L.C.** | |
| | **ATTORNEY FOR DEFENDANT** **M-I L.L.C.** |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant M-I L.L.C.'s Submission of Final Phase One Good Faith Trial Exhibit List has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 19th day of February, 2013.

*/s/ Hugh E. Tanner*
Hugh E. Tanner