M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-000001 | 9/8/2010 | BP-HZN-BLY00000001 - BP-HZN-BLY00000192 | Deepwater Horizon Accident Investigation Report (Bly Report) | |
| TREX-000002 | 9/8/2010 | BP-HZN-BLY00000194 - BP-HZN-BLY00000760 | BP Accident Investigation Report Appendices | **New (35)** |
| TREX-000003 | | BP-HZN-CEC020351 - BP-HZN-CEC020354 | Typewritten notes of Don Vidrine interview | |
| TREX-000003A | | BP-HZN-CEC020351 - BP-HZN-CEC020354 | Typewritten notes of Don Vidrine interview | |
| TREX-000004 | | BP-HZN-CEC020334 - BP-HZN-CEC020340 | Handwritten notes of Don Vidrine interview | |
| TREX-000004A | | BP-HZN-CEC020334 - BP-HZN-CEC020340 | Handwritten notes of Don Vidrine interview | |
| TREX-000005 | | BP-HZN-MBI00021275 - BP-HZN-MBI00021282 | Typewritten notes of Bob Kaluza interview | |
| TREX-000006 | | BP-HZN-MBI00021406 - BP-HZN-MBI00021433 | Handwritten notes of Don Vidrine interview | |
| TREX-000011 | 4/29/2010 | BP-HZN-MBI00021289 - BP-HZN-MBI00021294 | Handwritten meeting notes | |
| TREX-000012 | 5/17/2010 | BP-HZN-MBI00021295 - BP-HZN-MBI00021300 | Typewritten notes of Lee Lambert interview | |
| TREX-000017 | 4/25/2010 | BP-HZN-MBI00021367 - BP-HZN-MBI00021379; BP-HZN-MBI00021381 - BP-HZN-MBI00021386; BP-HZN-MBI00021392; BP-HZN-MBI00021394 - BP-HZN-MBI00021398; BP-HZN-MBI00021387 - BP-HZN-MBI00021389 | Handwritten notes of David Sims interview | |
| TREX-000018 | 4/28/2010 | BP-HZN-CEC020108 - BP-HZN-CEC020115 | Shane Albers interview notes | |
| TREX-000019 | 5/9/2010 | BP-HZN-BLY00061549 - BP-HZN-BLY00061553 | Erick Cunningham interview notes | |
| TREX-000033 | 5/18/2010 | BP-HZN-BLY00061457 - BP-HZN-BLY00061458 and BP-HZN-BLY00061799 | Paul Tooms interview notes | |
| TREX-000040 | 7/22/2010 | BP-HZN-BLY00086472 - BP-HZN-BLY00086476 | Post-meeting notes between Mark Bly and James Wetherbee | |
| TREX-000044 | 5/12/2010 | BP-HZN-BLY00061358 - BP-HZN-BLY00061366 | Jim Wetherbee handwritten notes | |
| TREX-000045 | 4/28/2010 | BP-HZN-BLY00061496 - BP-HZN-BLY00061512 | Bob Kaluza witness interview notes | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-000046 | 4/29/2010 and 5/17/2010 | BP-HZN-BLY00061571 - BP-HZN-BLY00061578 | Lee Lambert interview notes | |
| TREX-000047 | 4/27/2010 | BP-HZN-BLY00061617 - BP-HZN-BLY00061628 | Brian Morel interview notes | |
| TREX-000048 | 5/7/2010 | BP-HZN-BLY00061254 - BP-HZN-BLY00061256 | Don Vidrine interview notes | |
| TREX-000049 | | BP-HZN-MBI00139573 - BP-HZN-MBI00139576 | Handwritten notes of Don Vidrine interview | |
| TREX-000050 | 7/14/2010 | BP-HZN-BLY00093519 - BP-HZN-BLY00093520 | E-Mail from Murry R. Sepulvado | |
| TREX-000052 | | BP-HZN-BLY00094818 | BP/Deepwater Horizon Rheliant Displacement Procedure | |
| TREX-000060 | 7/21/2010 | BP-HZN-BLY00089917 - BP-HZN-BLY00089920 | Post-meeting notes (Steve Robinson and James Wetherbee) | |
| TREX-000061 | 5/5/2010 | BP-HZN-BLY00099032 - BP-HZN-BLY00099033 | Timeline of events | |
| TREX-000063 | 4/28/2010 | BP-HZN-BLY00061487 - BP-HZN-BLY00061495 | Handwritten notes of Bob Kaluza interview | |
| TREX-000064 | 4/29/2010 | BP-HZN-BLY00061563 - BP-HZN-BLY00061568 | Handwritten notes of Lee Lambert interview | |
| TREX-000065 | | BP-HZN-BLY00061738 - BP-HZN-BLY00061742 | Handwritten notes of David Sims interview | |
| TREX-000066 | | BP-HZN-MBI00139613 - BP-HZN-MBI00139614 | Notes of Brian Morel interview | |
| TREX-000093 | October, 2008 | BP-HZN-2179MDL00057261 - BP-HZN-2179MDL00057372 | BP Drilling and Well Operations Practice (E&P Defined Operating Practice GP10-00) | |
| TREX-000096 | 6/22/2010 | BP-HZN-BLY00097030 - BP-HZN-BLY00097033 | Email from Kent Corser regarding John Guide email capture with attachments | |
| TREX-000097 | 4/26/2010 | BP-HZN-2179MDL00060995 | Email from Brian Morel regarding "Ops Notes" | |
| TREX-000102 | 5/21/2010 | BP-HZN-BLY00094096 - BP-HZN-BLY00094143 | Boots/Coots - Incident Investigation of Well MC252#1 - Review of 9-7/8" x 7" Casing Negative Test | New (35) |
| TREX-000103 | 5/7/2010 | BP-HZN-MBI00021427 - BP-HZN-MBI00021429 | Typewritten interview notes | |
| TREX-000104 | 5/17/2010 | BP-HZN-CEC 020226 - BP-HZN-CEC 020228 | Typewritten notes of Lee Lambert interview | |
| TREX-000112 | 5/7/2010 | BP-HZN-BLY00104358 - BP-HZN-BLY00104394 | Notebook with handwritten notes of Don Vidrine interview | |
| TREX-000114 | 5/3/2010 | BP-HZN-BLY00061711 - BP-HZN-BLY00061714 | Handwritten notes of Ronnie Sepulvado interview | |
| TREX-000116 | 3/7/2010 [sic] | BP-HZN-BLY00061254 - BP-HZN-BLY00061256 | Handwritten notes of Don Vidrine interview | |
| TREX-000184 | April, 2008 | BP-HZ-2179MDL00269659 - BP-HZ-2179MDL00269673 | BP Zonal Isolation Requirements during Drilling Operations and Well Abandonment and Suspension GP10-60 | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-000193 | 4/27/2010 | BP-HZN-MBI00139555 - BP-HZN-MBI00139559 | Handwritten notes of feedback from Don Vidrine | |
| TREX-000194 | 4/31/2010 | BP-HZN-BLY00061459 - BP-HZN-BLY00061467 | Handwritten notes of John Guide interview | |
| TREX-000195 | 5/12/2010 | BP-HZN-BLY00104234 - BP-HZN-BLY00104239 | Handwritten notes of John Guide interview | |
| TREX-000219 | 4/27/2010 | N/A | Trancription of Brian Morel interview notes | |
| TREX-000223 | 8/25/2010 | BP-HZN-BLY00112077 - BP-HZN-BLY00112079 | Email from Warren Winters to Kent Corser regarding Fills in the Blanks - Script for full animation COB Thur | |
| TREX-000232 | 1/13/2011 | BP-HZN-BLY00124040 - BP-HZN-BLY00124057 | "Deepwater Horizon Investigation Findings" slideshow | |
| TREX-000299 | 5/2/2010 | BP-HZN-BLY00061367 - BP-HZN-BLY00061371; BP-HZN-BLY00085685 - BP-HZN-BLY00085686 | Handwritten and typed notes of Mark Hafle interview | |
| TREX-000301 | 1/27/2010 | BP-HZN-BLY00061810 - BP-HZN-BLY00061813 | Handwritten notes of Don Vidrine interview | |
| TREX-000302 | 4/27/2010 | BP-HZN-CEC020346 - BP-HZN-CEC020350 | Typed notes of Don Vidrine interview | |
| TREX-000303 | | BP-HZN-BLY00143650 - BP-HZN-BLY00143655 | Typed compilation of various notes associated with Brian Martin deposition | |
| TREX-000304 | | BP-HZN-BLY00061656 - BP-HZN-BLY00061657 | Handwritten notes of Pat O'Bryan interview | |
| TREX-000305 | 5/12/2010 | BP-HZN-BLY00161935 - BP-HZN-BLY00161639 | Handwritten notes of John Guide interview | |
| TREX-000306 | 5/11/2010 | BP-HZN-BLY00062033 - BP-HZN-BLY00062037 | Handwritten notes of Dave Walz interview | |
| TREX-000307 | 5/14/2010 | BP-HZN-BLY00061946 - BP-HZN-BLY00061951 | Handwritten notes of Jesse Gagliano interview | |
| TREX-000308 | 5/15/2010 | BP-HZN-BLY00062038 - BP-HZN-BLY00062040 | Handwritten notes of Brett Cocales interview | |
| TREX-000309 | 5/6/2010 | BP-HZN-BLY00061924 - BP-HZN-BLY00061925 | Handwritten notes of Cathleenia Willis interview | |
| TREX-000310 | 5/13/2010 | BP-HZN-BLY00061595 - BP-HZN-BLY00061596 | Handwritten notes of Leo Linder interview | |
| TREX-000311 | 5/7/2010 | BP-HZN-BLY00061926 - BP-HZN-BLY00061929 | Handwritten notes of Charles Credeur interview | |
| TREX-000312 | 5/6/2010 | BP-HZN-BLY00061922 - BP-HZN-BLY00061923 | Handwritten notes of Christopher Haire interview | |
| TREX-000319 | | BP-HZN-BLY00061376 - BP-HZN-BLY00061380 | Handwritten notes of Mark Hafle interview | |
| TREX-000320 | 5/12/2010 | N/A | Typed notes of John Guide | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-000323 | 5/5/2010 | BP-HZN-BLY00061840 - BP-HZN-BLY00061843 | Handwritten notes of James Wilson interview | |
| TREX-000324 | 5/12/2010 | N/A | Typewritten compilation of John Guide interview notes | |
| TREX-000325 | 4/29/2010 | N/A | Typewritten notes of Alvin Landry and Anthony Gervasio interviews | |
| TREX-000326 | 5/13/2010 | N/A | Typewritten notes of Leo Linder interview | |
| TREX-000327 | 4/25/2010 | BP-HZN-BLY00061727 - BP-HZN-BLY00061737 | Handwritten notes of David Sims interview | |
| TREX-000328 | 5/8/2010 | BP-HZN-BLY00162026 - BP-HZN-BLY00162032 | Handwritten notes of Team Briefing | |
| TREX-000329 | | BP-HZN-BLY00061207 - BP-HZN-BLY00061208 | Handwritten notes of Brandon Boullion interview | |
| TREX-000330 | 5/4/2010 | BP-HZN-BLY00061520 - BP-HZN-BLY00061521 | Handwritten notes of Joseph Keith interview | |
| TREX-000331 | 5/13/2010 | BP-HZN-BLY00061611 - BP-HZN-BLY00061612 | Handwritten notes of Greg Meche interview | |
| TREX-000332 | 5/13/2010 | BP-HZN-BLY00061690 - BP-HZN-BLY00061691 | Handwritten notes of John Quibodeaux interview | |
| TREX-000333 | 5/4/2010 | BP-HZN-MBI00139581 - BP-HZN-MBI00139582 | Handwritten notes of Vincent Tabler interview | |
| TREX-000515 | 4/29/2010 | N/A | Typewritten notes of John LeBleu interview | |
| TREX-000516 | 4/25/2010 | BP-HZN-CEC020295 - BP-HZN-CEC020326 | Handwritten and typewritten notes from various interviews | |
| TREX-000553 | 4/18/2010 | BP-HZN-MBI00128655 - BP-HZN-MBI00128657 | Email from Brian Morel regarding lab tests | |
| TREX-000564 | 4/16/2010 | BP-HZN-2179MDL00249965 - BP-HZN-2179MDL00249987 | Email from Brian Morel re: Updated Procedure | New (35) |
| TREX-000567 | | BP-HZN-MBI00170827 | BP/Deepwater Horizon Rheliant Displacement Procedure | |
| TREX-000570 | 4/16/2010 | BP-HZN-MBI00127907 - BP-HZN-MBI00127910 | Form MMS-124 - Electronic Version: Application for Permit to Modify | New (35) |
| TREX-000596 | 3/31/2009 | BP-HZN-2179MDL00330768 - BP-HZN-2179MDL00331163 | Tranocean Well Control Handbook | |
| TREX-000607 | | HAL 0266303 | Deepwater Horizon Flow Diagram | |
| TREX-000638 | | BP-HZN-2179MDL03350510 - BP-HZN-2179MDL03350535 | Excerpt from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling Chief Counsel's Report | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-000667 | 3/31/2009 | TRN-USCG_MMS-00043810; TRN-USCG_MMS-00043816 - TRN-USCG_MMS-00043817; TRN-USCG_MMS-00043819 - TRN-USCG_MMS-00043820; TRN-USCG_MMS-00043822 - TRN-USCG_MMS-00043824; TRN-USCG_MMS-00043862; TRN-USCG_MMS-00043864; TRN-USCG_MMS-00043888; TRN-USCG_MMS-00043941 - TRN-USCG_MMS-00043943; TRN-USCG_MMS-00043951 - TRN-USCG_MMS-00043952; TRN-USCG_MMS-00043994 - TRN-USCG_MMS-00043995; TRN-USCG_MMS-00044006; TRN-USCG_MMS-00044014 - TRN-USCG_MMS-00044016; TRN-USCG_MMS-00044116; | Tranocean Well Control Handbook | |
| TREX-000673 | 11/1/2004 | TRN-HCEC-00004639 - TRN-HCEC-00004726 | Tranocean Operations Policies and Procedures Manual | |
| TREX-000690 | 4/24/2009 | BP-HZN-2179MDL00768549 - BP-HZN-2179MDL00768561 | BP Revised GOM Drilling Fluids Engineer Role | |
| TREX-000692 | 1/5/2010 | BP-HZN-2179MDL00235667 | Email from John LeBleu regarding mud program | |
| TREX-000693 | 1/11/2010 | BP-HZN-2179MDL00235906 - BP-HZN-2179MDL00235907 | Email from John LeBleu regarding Macondo potentially depleted sand - contingency plan for massive losses | |
| TREX-000694 | 1/26/2010 | BP-HZN-2179MDL00270159 - BP-HZN-2179MDL00270161 | Email from John LeBleu regarding Macondo recap | |
| TREX-000718 | 4/16/2010 - 4/20/2010 | HAL-CG 0000515 - HAL-CG 0000527 and last page with no Bates No. | Tally book of Nathan Chaisson | |
| TREX-000759 | 4/27/2010 | BP-HZN-2179MDL0032187 | Email from Patrick O'Bryan regarding bladder effect | |
| TREX-000794 | 4/20/2010 | BP-HZN-MBI00129108 | Email from Brian Morel re: Ops Note | **New (35)** |
| TREX-000816 | 5/14/2010 | BP-HZN-BLY00061275 - BP-HZN-BLY00061280 | Handwritten notes of Jesse Gagliano interview | |
| TREX-000817 | 5/14/2010 | BP-HZN-BLY00061292 - BP-HZN-BLY00061298 | Handwritten notes of Jesse Gagliano interview | |
| TREX-000963 | 4/10/2010 | BP-HZN-2179MDL00032495 | Sperry Drilling Services email regarding Release of Data to John LeBleu | |
| TREX-000964 | 4/11/2010 | BP-HZN-2179MDL00042476 | John LeBleu email requesting data from Sperry Drilling Services | |
| TREX-000965 | 4/11/2010 | BP-HZN-2179MDL00039500 | Brian Morel email regarding Release of Data | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-000966 | 4/12/2010 | BP-HZN-2179MDL00045083 - BP-HZN-2179MDL00045084 | John Guide email regarding Release of Data | |
| TREX-000967 | 4/20/2010 | BP-HZN-2179MDL00015195 | BP/Deepwater Horizon Rheliant Displacement Procedure | |
| TREX-001009 | 4/16/2010 | BP-HZN-MBI 00129286 | Email from Doyle Maxie regarding waterbased FAS pills | |
| TREX-001010 | 4/16/2010 | BP-HZN-MBI 00129279 - BP-HZN-MBI 00129280 | Email from John LeBleu regarding waterbased FAS pills | |
| TREX-001011 | 4/16/2010 | BP-HZN-MBI 00129268 | Email from John LeBleu regarding waterbased FAS pills | |
| TREX-001015 | 4/16/2010 | BP-HZN-MBI 00129261 | Email from Doyle Maxie regarding FAS and FAS AK | |
| TREX-001017 | 4/17/2010 | BP-HZN-MBI 00129251 | Email from John LeBleu regarding disposal | |
| TREX-001018 | 6/16/2010 | BP-HZN-BLY00038424 - BP-HZN-BLY00038461 | Project Spacer:  Results of the Investigation at the Screening Level of the Spacer used for Displacement of the Riser to Seawater on MC 252 | |
| TREX-001026 | | BP-HZN-2179MDL00016162 - BP-HZN-2179MDL00016226 | Drilling Fluids Program "Macondo Prospect" | |
| TREX-001037 | 4/29/2010 | BP-HZN-BLY00061587 | Notes of John LeBleu interview | |
| TREX-001039 | 4/16/2010 | BP-HZN-BLY0069239 - BP-HZN-BLY0069241 | Email from Don Vidrine regarding waterbased FAS pills | |
| TREX-001040 | 4/17/2010 | M-I 00016425 - M-I 00016427 | Email from Leo Lindner regarding waterbased FAS pills | |
| TREX-001041 | 2/23/2010 | BP-HZN-MBI 00104424; BP-HZN-MBI 00104426 - BP-HZN-MBI 00104428 | Email from Mark Hafle regarding the agreed pumping procedure for Form-A-Set AK | |
| TREX-001043 | 5/4/2010 | BP-HZN-MBI 00129240 - BP-HZN-MBI 00129241 | Email from John LeBleu regarding riser displacement spacer | |
| TREX-001061 | 2/25/2010 | BP-HZN-2179MDL00006206 - BP-HZN-2179MDL00006216 | Email from John LeBleu regarding LWD memory data from Macondo trip out/loss zone | |
| TREX-001084 | 3/24/2010 | BP-HZN-2179MDL00890037 | Email from Robert Bodek regarding Macondo LCM | |
| TREX-001219 | 4/5/2010 | N/A | Email from Robert Quitzau regarding Macondo update | |
| TREX-001220 | 4/13/2010 | BP-HZN-2179MDL00044347 - BP-HZN-2179MDL00044348 | Email from Robert Bodek regarding Macondo TD | |
| TREX-001236 | 2/23/2010 | BP-HZN-MBI 00104421 - BP-HZN-MBI 00104423 | Email from Mark Hafle regarding Macondo Lost Circulation/Fracture modeling | |
| TREX-001237 | 5/20/2010 | BP-HZN-2179MDL00765359 - BP-HZN-2179MDL00765363 | Macondo 20" Open Hole Mud Loss Event Summary | |
| TREX-001313 | | N/A | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling report | |
| TREX-001390 | 4/18/2010 | BP-HZN-MBI00128655 - BP-HZN-MBI00128657 | Email from Brian Morel regarding requirements for MMS regulations for negative test | |
| TREX-001425 | 4/19/2010 | BP-HZN-MBI00191720 - BP-HZN-MBI00191726 | Daily Operations Report – Partners | |
| TREX-001426 | 4/20/2010 | TRN-MDL-00466859 - TRN-MDL-00466863 | Daily Drilling Report | |
| TREX-001427 | 6/4/2010 | N/A | Handwritten notes of Cathleenia Williams interview | |
| TREX-001474 | 4/19/2010 | TRN-MDL-00607004 - TRN-MDL-00607267 | Transocean Performance and Operations Policies and Procedures Manual (FIQ-OPS-PP-01) | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-001526 | 4/16/2010 | BP-HZN-CEC020166 | Temporary Abandonment Procedure Macondo-MC 252 #1 Deepwater Horizon | New (35) |
| TREX-001806 | 4/16/2010 | BP-HZN-MBI00127489 | Series of E-mails from Mark Hafle re: Negative Test | New (35) |
| TREX-001814 | 4/20/2010 | BP-HZN-MBI 00129100 | Email from Doyle Maxie regarding VH modeling | |
| TREX-001816 | 4/18/2010 | BP-HZN-BLY00070087 | Email from Brian Morel re: Negative Test | New (35) |
| TREX-001990 | 4/13/2010 | BP-HZN-MBI00126320 | Email regarding "Rev 1 Procedure" | |
| TREX-001991 | 4/13/2010 | BP-HZN-MBI 00126585 - BP-HZN-MBI 00126586 | Email from Murry Sepulvado to Brian Morel and Ronald Sepulvado regarding Rev 1 procedure | |
| TREX-001992 | 4/20/2010 | BP-HZN-BLY00071107 | Email regarding "Ops Note" | |
| TREX-001993 | 9/8/2010 | N/A | BP Deepwater Horizon Accident Investigation Report | |
| TREX-001999 | 4/16/2010 | BP-HZN-2179MDL00096758; BP-HZN-2179MDL00161671 - BP-HZN-2179MDL00161674 | Email from Don Vidrine to Robert Kaluza forwarding modification of permit to bypass at location surface lease | |
| TREX-002301 | 4/19/2010 | TRN-USCG-MMS-00011638 - TRN-USCG-MMS-00011643 | Daily Drilling Report | |
| TREX-002803 | | M-I 00079488 - M-I 00079489 | Brad Billon Curriculum Vitae | |
| TREX-002804 | 2/1/2009 | M-I00000795- M-I00000997; M-I00032095 - M-I00032106; M-I00014306 - M-I00014307 | Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services | |
| TREX-002809 | 4/8/2010 | M-I 00002352 - M-I 00002356 | Email from Doyle Maxie regarding LCM requirements and initial order | |
| TREX-002810 | 4/16/2010 | M-I 00016419 - M-I 00016422 | Email from Jamie Manuel regarding waterbased FAS pills | |
| TREX-002811 | | BP-HZN-2179MDL00427686 | BP/ Deepwater Horizon Rheliant Displacement Procedure | |
| TREX-002812 | 5/11/2010 | M-I 00013724 - M-I 00013725 | Email from Doyle Maxie regarding FAS and FAS AK | |
| TREX-002813 | 5/11/2010 | M-I 00015962 - M-I 00016047 | Form-A-Set AK and Form-A-Squeeze document and BP- Response to Questions with water-base mud report | |
| TREX-002814 | 5/11/2010 | M-I 00013743 - M-I 00013746 | Email from Doyle Maxie regarding waterbased FAS pills | |
| TREX-002815 | 4/16/2010 | M-I 00003186 - M-I 00003189; M-I 00016425 - M-I 00016427 | Email from Timothy Armand regarding waterbased FAS pills | |
| TREX-002816 | 4/18/2010 | BP-HZN 2179MDL00250997 - BP-HZN-2179MDL 00250999 | Email from James L. Hoggan re: Disposal | New (35) |
| TREX-002817 | 4/17/2010 | M-I 00015966 - M-I-00015972 | Email from Leo Lindner regarding waterbased FAS pills | |
| TREX-002820 | 4/23/2010 | BP-HZN-2179MDL00427687 - BP-HZN-2179MDL00427688 | Email from Doyle Maxie re: Macondo displacement to seawater | New (35) |
| TREX-002821 | 4/20/2010 | BP-HZN-2179MDL01329154 | Email from Robert Kaluza regarding Ops Note | |
| TREX-003033 | 6/10/2010 | HAL 0577477 | Email from Christopher Haire regarding negative tests | |
| TREX-003188 | 4/28/2010 | BP-HZN-BLY00061514 - BP-HZN-BLY0061517 | Interview notes for Robert Kaluza | New (35) |
| TREX-003196 | 4/20/2010 | BP-HZN-2179MDL00015194 - BP-HZN-2179MDL00015195 | Email from Leo Lindner regarding Macondo displacement procedure | |
| TREX-003217 | | BP-HZN-2179MDL00574166 - BP-HZN-2179MDL00574168 | Macondo #1 Timeline and Fact Sheet (Draft) | |
| TREX-003326 | 1/28/2010 | TRN-MDL-01323431 - TRN-MDL-01323432 | Email from DWH Asst. Driller re: Negative Test While Displacing | New (35) |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-003474 | 6/22/2010 | TRN-INV-00003447 - TRN-INV-00003450 | Interview form for Patrick Morgan | **New (35)** |
| TREX-003566 | 4/16/2010 | BP-HZN-MBI00127901 - BP-HZN-MBI0027905 | Email from Brian Morel re: Macondo Temporary Abandonment Procedure for MMS | **New (35)** |
| TREX-003574 | 10/6/2010 | N/A | SI-10-0573-I Transcribed Interview of Robert Kaluza | **New (35)** |
| TREX-003576 | | BP-HZN-BLY00045995 - BP-HZN-BLY00045999 | Handwritten notes including teleconference notes with Bob Kaluza | |
| TREX-003648 | | BP-HZN-BLY00061401 - BP-HZN-BLY00061402 | Handwritten notes of Jim Cowie | |
| TREX-003652 | 6/10/2010 | HAL 0576891 | Email from Christopher Haire regarding tests | |
| TREX-003800 | 5/20/2010 | TRN-INV-00001865 - TRN-INV-00001876 | Drawing Indicating Movement (from Jimmy Harrell interview) | |
| TREX-003801 | 10/13/2010 | TRN-INV-00001861 - TRN-INV-00001864 | Jimmy Harrell telephone interview form | |
| TREX-003807 | 4/30/2010 | BP-HZN-BLY00080391 - BP-HZN-BLY00080392 | Email from Kevin Fontenot regarding Lee Lambert interview | |
| TREX-003808 | July, 2011 | N/A | Macondo Well Incident Transocean Investigation Report, Volume 1 | **New (35)** |
| TREX-004032 | | BP-HZN-SNR00000944 - BP-HZN-SNR00000947 | Form MMS-124 - Electronic Version with Temporary Abandonment Procedure | |
| TREX-004052 | | IMS021-008823 - IMS021-008825 | MC 252 OCS-G32306 Well Number 1 History BP Macondo prospect | |
| TREX-004063 | | IMS0I7-004747 - IMS0I7-004764 | Answers to Commission questions of Frank Patton | |
| TREX-004447 | 7/8/2010 | N/A | Interview notes for Mark Hafle | **New (35)** |
| TREX-004502 | 4/27/2010 | BP-HZN-CEC020232 - BP-HZN-CEC020235 | Transcript of Brian Morel interview | |
| TREX-004504 | 4/27/2010 | BP-HZN-CEC020236 - BP-HZN-CEC020247 | Handwritten notes from interview panel | |
| TREX-004505 | 5/10/2010 | BP-HZN-CEC020251 - BP-HZN-CEC020265 | Handwritten notes of Brian Morel interview | |
| TREX-004640 | | TRN-MDL-01995569 - TRN-MDL-01995570 | Transocean Deepwater Horizon Task Specific Think Procedure | |
| TREX-004941 | January, 2011 | N/A | Deep Water: The Gulf Oil Disaster and The Future of Offshore Drilling | **New (35)** |
| TREX-004960 | 5/28/2010 | TRN-INV-00001422 - TRN-INV-00001428 | Interview form for Randy Ezell | |
| TREX-005141 | 1/27/2010 | BP-HZN-2179MDL01407580 - BP-HZN-2179MDL01407581 | Emails between Don Vidrine and Leo Lindner re: Displacement to seawater | **New (35)** |
| TREX-005143 | 5/12/2010 | BP-HZN-BLY00076265 - BP-HZN-BLY00076343 | Letter from James Webster regarding BP Deepwater Horizon Matter – Response to Request for Information | |
| TREX-005145 | 4/19/2010 | M-I 00003698 - M-I 00003699 | E-mails between Leo Lindner and Doyle Maxie re: Displacement | **New (35)** |
| TREX-005146 | 4/19/2010 | M-I 00034215 - M-I 00034216 | Email from Leo Lindner regarding Form-A-Set AK and Form-A-Squeeze pills | **Removed** |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-005782 | 3/31/2010 | N/A | E-mail from Barry Braniff re: Potential Advisory from 711 Event | New (35) |
| TREX-006155 | 3/29/2010 - 7/20/2010 | BP-HZN-BLY00360427 - BP-HZN-BLY00360485 | Notebook of Norman Wong with handwritten notes of Deepwater Horizon incident investigation | |
| TREX-006156 | 5/14/2010 | BP-HZN-BLY00366044 - BP-HZN-BLY00366045 | Email from Ray Fleming attaching excerpt from BOP Immediate Recommendations document | |
| TREX-006157 | 5/23/2010 | BP-HZN-BLY00367004 - BP-HZN-BLY00367006 | Email from Norman Wong attaching excerpt from Interim Recommendations | |
| TREX-006220 | April, 2010 | BP-HZN-2179MDL00640467 - BP-HZN-2179MDL00640494 | E&P Segment Recommended Practice Drilling and Completions Cementing Manual- HPHT Cementing Section | |
| TREX-006221 | 7/29/2010 | BP-HZN-2179MDL0222007 | Email from Daryl Kellingray regarding investigation team | |
| TREX-006230 | 4/8/2010 | BP-HZN-2179MDL00712772 - BP-HZN-2179MDL00712797 | Email from Erick Cunningham regarding SRP cement placement manual | |
| TREX-006234 | 8/11/2010 | N/A | Appendix K. Laboratory Analysis of Cementing Operations on the Deepwater Horizon (from CSI Technologies) | |
| TREX-006236 | 6/28/2010 | BP-HZN-BLY00121376 - BP-HZN-BLY00121433 | Email from Daryl Kellingray regarding proposal for slurry tests | |
| TREX-007113 | 12/23/2009 | TRN-MDL-00607268 - TRN-MDL-00607306 | Shell U.K. Exploration and Production, Incident Investigation Report, Bardolino Well Control Incident, Transocean Sedco 711 | New (35) |
| TREX-007114 | 4/15/2010 | TRN-USCG_MMS-00043226 - TRN-USCG_MMS-00043228 | E-mail from Barry Braniff with attachments | New (35) |
| TREX-007282 | 8/22/2010 | BP-HZN-BLY00094477 - BP-HZN-BLY00094478 | Email from Kent Corser to Steve Robinson and Dave Wall regarding Action - Appendix on initial flow | |
| TREX-007312 | | BP-HZN-BLY00096591 - BP-HZN-BLY00096593 | Horizon-Onshore/Offshore Communication Process | New (35) |
| TREX-007324 | 5/20/2010 - 5/21/2010 | BP-HZN-BLY00094093 - BP-HZN-BLY00094143 | Series of E-mails from John Wright and Kent Corser | New (35) |
| TREX-007532 | 6/4/2010 | TRN-INV-00004991 - TRN-INV-00004997 | Interview form for Wyman Wheeler | New (35) |
| TREX-007574 | | N/A | Expert report of George H. Medley, Jr. | |
| TREX-007575 | 11/7/2011 | N/A | Rebuttal expert report of George H. Medley, Jr. | |
| TREX-007588 | 7/1/2010 | TRN-INV-00004239 - TRN-INV-00004243 | Interview form for Rodney Ryan | New (35) |
| TREX-007602 | | M-I 00002391 - M-I 00002455 | Drilling Fluids Program "Macondo Prospect" OCS-G 32306 #1 Mississippi Canyon 252 | |
| TREX-007605 | 4/16/2010 | M-I 00079985 - M-I 00079987 | Email from Brian Morel regarding circulating time | |
| TREX-007607 | 4/19/2010 | M-I 00003704 - M-I 00003705 | Email from Leo Lindner regarding Displacement | |
| TREX-007612 | | M-I 00018282 | BP/ Deepwater Horizon Rheliant Displacement Procedure "Macondo" OSC-G 32306 | |
| TREX-007613 | 4/16/2010 | M-I 00003186 - M-I 00003189 | Email from Timothy Armand regarding waterbased FAS pills | |
| TREX-007614 | 4/16/2010 | BP-HZN-BLY 00069131 - BP-HZN-BLY 00069132 | Email from Brian Morel regarding FAS and FAS AK | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-007656 | 6/11/2010 | N/A | Email from David Pritchard regarding real time data and virtual monitoring | |
| TREX-007679 | | N/A | Excerpt from Overview of Events during the Negative Pressure Test | |
| TREX-007696 | | N/A | Appendix G Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010 | New (35) |
| TREX-007752 | 9/16/2010 | TRN-INV-01824082 | Email from TSC Controls to Perrin Roller regarding flow line sensor | |
| TREX-007794 | | N/A | M-I Swaco data sheet on Duo-Vis | New (35) |
| TREX-007828 | 11/7/2011 | N/A | Expert report of Martin E. Chenevert | |
| TREX-007834 | 4/11/2010 | M-I 00000041 - M-I 00000045 | Synthetic-Mud Report No. 71 | |
| TREX-008103 | | BP-HZNN-BLY-00061828 | Don Vidrine interview summary notes | |
| TREX-008191 | 10/17/2011 | N/A | James Friedheim disclosure | |
| TREX-008192 | 11/7/2011 | N/A | James Friedheim supplemental disclosure | |
| TREX-089000 | | N/A | A Primer of Oilwell Drilling, Sixth Edition, Petroleum Extension Service | |
| TREX-089001 | 1991 | N/A | Applied Drilling Engineering -Bourgoyne, Jr., Adam T., Millheim, Keith K., Chenevert, Martin E., and Young, Jr., F.S., SPE Textbook Series No. 2, Society of Petroleum Engineers, Richardson, Texas, 1991. | |
| TREX-089002 | 9/14/2011 | N/A | The Bureau of Ocean Energy Management, Regulation and Enforcement, "Report Regarding the Cause of the April 20, 2010 Macondo Well Blowout." | |
| TREX-089004 | 2011 | N/A | Macondo:  The Gulf Oil Disaster, Chief Counsel's Report, 2011, National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | |
| TREX-089015 | 6/9/2010 | BP-HZN-BLY00315249 - BP-HZN-BLY00315273 | Intertek Westport Technology Center Report on Potential for Settlement of Form-A-Squeeze & Form-A-Set Blends | |
| TREX-089016 | 4/19/2010 | M-I 00000003 – M-I 00000006 | Daily Mud Report | |
| TREX-089017 | 4/18/2010 | M-I 00000007 – M-I 00000010 | Daily Mud Report | |
| TREX-089018 | 4/17/2010 | M-I 00000011 – M-I 00000015 | Daily Mud Report | |
| TREX-089019 | 4/16/2010 | M-I 00000016 – M-I 00000020 | Daily Mud Report | |
| TREX-089020 | 4/15/2010 | M-I 00000021 – M-I 00000026 | Daily Mud Report | |
| TREX-089021 | 4/14/2010 | M-I 00000027 – M-I 00000030 | Daily Mud Report | |
| TREX-089022 | 4/13/2010 | M-I 00000031 – M-I 00000035 | Daily Mud Report | |
| TREX-089023 | 4/12/2010 | M-I 00000036 – M-I 00000040 | Daily Mud Report | |
| TREX-089024 | 4/11/2010 | M-I 00000041 – M-I 00000045 | Daily Mud Report | |
| TREX-089025 | 4/10/2010 | M-I 00000046 – M-I 00000050 | Daily Mud Report | |
| TREX-089026 | 4/9/2010 | M-I 00000051 – M-I 00000055 | Daily Mud Report | |
| TREX-089027 | 4/8/2010 | M-I 00000056 – M-I 00000060 | Daily Mud Report | |
| TREX-089028 | 4/7/2010 | M-I 00000061 – M-I 00000065 | Daily Mud Report | |
| TREX-089029 | 4/6/2010 | M-I 00000066 – M-I 00000070 | Daily Mud Report | |
| TREX-089030 | 4/5/2010 | M-I 00000071 – M-I 00000075 | Daily Mud Report | |
| TREX-089031 | 4/4/2010 | M-I 00000076 – M-I 00000080 | Daily Mud Report | |
| TREX-089032 | 4/3/2010 | M-I 00000081 – M-I 00000085 | Daily Mud Report | |
| TREX-089033 | 4/2/2010 | M-I 00000086 – M-I 00000090 | Daily Mud Report | |
| TREX-089034 | 4/1/2010 | M-I 00000091 – M-I 00000095 | Daily Mud Report | |

M-I L.L.C's Final Phase One Good Faith Trial Exhibit List
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION | ADDED PER AMENDED PTO NO. 54 |
|---|---|---|---|---|
| TREX-089035 | 5/12/2010 | M-I 00012924 - M-I 00013002 | M-I's response to BP's request for information | |
| TREX-089036 | 4/16/2010 | BP-HZN-MBI 00129256 - BP-HZN-MBI 00129257 | E-mail from Doyle Maxie regarding LCM | |
| TREX-089037 | 4/17/2010 | BP-HZN-MBI 00129043 - BP-HZN-MBI 00129046 | E-mail chain with Doyle Maxie, John LeBleu, and Leo Lindner regarding pills | |
| TREX-089038 | 4/16/2010 | M-I 00016383 - M-I 00016384 | E-mail from Doyle Maxie regarding pills | |
| TREX-089039 | 4/6/2010 | BP-HZN-MBI 00118417 - BP-HZN-MBI 00118418 | E-mail chain regarding pill procedure | |
| TREX-089040 | 2/20/2010 | M-1 00001915 | E-mail from Doyle Maxie regarding mud weight | |
| TREX-089041 | 3/18/2010 | BP-HZN-MBI 00113032 - BP-HZN-MBI 00113033 | E-mail from Doyle Maxie regarding mud weight | |
| TREX-089042 | | BP-HZN-2179MDL00973528 - BP-HZN-2179MDL00973542 | Attachment 2: BP's Bases for Certain Decisions on the Macondo Well | |
| TREX-089043 | 1/12/2010 | BP-HZN-2179MDL01290022 - BP-HZN-2179MDL01290023 | Email from John LeBleu regarding displacement and LCM pill | |
| TREX-089044 | 9/16/2010 | TRN-INV-01824082 | Email from TSC Controls to Perrin Roller regarding flow line sensor | |
| TREX-089045 | 1/13/2010 | M-I 00002189 - M-I 00002191 | Email from Tab Haygood regarding VSST | |
| TREX-089047 | 4/21/2010 | BP-HZN-BLY00043868 | Macondo BP Pits Log | |
| TREX-089048 | 4/21/2010 | HAL 0243170 | Macondo BP Pits Log | |
| TREX-089049 | | BP-HZN-2179MDL00437875 | Macondo BP Pits Log | |
| TREX-089051 | 1981 | N/A | Lost Circulation by Joseph U. Messenger (PennWell Publishing Company, 1981; 112 pages) | |
| TREX-089052 | | N/A | Guilty Plea Agreement [Doc 2-1], *United States v. BP Exploration and Production Inc.*, 2:12-cr-00292-SSV-DEK (E.D. La Nov. 15, 2012) | New (35) |
| TREX-089053 | | N/A | Guilty Plea Agreement [Doc 3-1], *United States v. Transocean Deepwater Inc.*, 2:13-cr-00001-JTM-SS (E.D. La Jan. 3, 2013) | New (35) |
| TREX-089054 | | N/A | Transocean Sedco DWH Task Specific Think Procedure | New (35) |
| TREX-089055 | 9/14/2011 | N/A | Bureau of Ocean Energy Management , Regulation and Enforcement Report Regarding the Causes of the April 20, 2010 Macondo Well Blowout, Appendix G: Negative Test Protocols | New (35) |

**M-I reserves the right to rely on or introduce any exhibit listed on any of the other parties' Final Exhibit List.  M-I also reserves the right to amend its exhibit list as necessary subject to this Court's orders.**