# EXHIBIT A

## SHORT FORM JOINDERS FILED BY SHER, GARNER, CAHILL, RICHTER, KLEIN, & HILBERT, L.L.C. ON FEBRUARY 20, 2013.

| Document I.D. (filed in Case No. 10-8888) | Individual / Business Name |
|---|---|
|  |  |
| 123139 | Southside Café |
| 123140 | DRF Builders, L.L.C. d/b/a Pinnacle Construction Group |
| 123141 | HC Composites, L.L.C. |
| 123142 | Baben Management, L.L.C. f/k/a Benoit Machine, L.L.C. |