UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TRITON ASSET LEASING GMBH, et al | § § § § § | CIVIL ACTION 10-2771 SECTION J MAG. 1 |
| Applies to *Mike Mayfield Only* | | |

## ORDER OF DISMISSAL

CONSIDERING the Agreed Motion to Dismiss with Prejudice of Mike Innis Mayfield,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice of Mike Innis Mayfield is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Mike Innis Mayfield, individually, are hereby dismissed, with prejudice. Each party is to bear their own respective costs.

SIGNED this ____ day of _____, 2013.

_____
U.S. DISTRICT JUDGE CARL J. BARBIER