UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| The City of Bayou La Batre, Alabama v. BP, PLC, et al. | * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:12-cv-1090 and 10-md-2179 | * | |

### NOTICE OF VOLUNTARILY DISMISSAL WITH PREJUDICE OF PLAINTIFF THE CITY OF BAYOU LA BATRE ALABAMA'S CLAIMS AGAINST WEATHERFORD U.S., L.P.

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, The City of Bayou La Batre, Alabama, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, files this Notice of Voluntarily Dismissal with Prejudice of its claims against Weatherford U.S., L.P. asserted in the matter of *The City of Bayou La Batre, Alabama v. BP, PLC, et al.*, Civil Action No. 2:12-cv-1090. As of the filing of this Notice, Weatherford has not filed an Answer in Civil Action No. 2:12-cv-1090.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor. (*See* Rec. Docs. 5652, 5653). In the Court's Order, Rec. Doc. 5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

{N2590483.1}

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 ), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402). There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiff, The City of Bayou La Batre, Alabama, voluntarily dismisses with prejudice its claims, and withdraws all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the matter of *The City of Bayou LaBatre, Alabama v. BP, PLC, et al.*, Civil Action No. 2:12-cv-1090.

This 21st day of February, 2013.

Respectfully submitted:

/s/ Robert R. Riley, Jr.
Robert R. Riley, Jr., Lead Attorney
Kallie Lunsford
Keith Jackson
RILEY & JACKSON, PC
1744 Oxmoor Road
Birmingham, AL 35209
205-879-5000
rob@rileyjacksonlaw.com
kallie@rileyjacksonlaw.com
kj@rileyjacksonlaw.com

Frederick Thurman Kuykendall, III
KUYKENDALL & ASSOCIATES, LLC
23937 US Highway 98
Suite 3
Fairhope, AL 36532
251-928-4008
ftkuykendall@yahoo.com

**Counsel for Plaintiff**
*The City of Bayou La Batre, Alabama*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2013, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ Robert R. Riley, Jr.
ROBERT R. RILEY, JR.

{N2590483.1}

3