UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE A LIMITATION**
**SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes

Gregory Friedlander (BP PRESENTMENT CLAIM NO1001524-01) document: _123137_

Darrell Jones (BP PRESENTMENT CLAIM NO1001526-01) document: _123138_

Lodging and Leisure Development Group, LLC (BP PRESENTMENT CLAIM NO1001532-01) document: _123148_

Gregory Stewart (BP PRESENTMENT CLAIM NO1002210-01) document: _123149_

Storm Reconstruction Services, Inc. (BP PRESENTMENT CLAIM NO1001530-01) document: _123152_

MS Palms, LLC (BP PRESENTMENT CLAIM NO1001527-01) document: _123143_

Flowtec Industrial Services, LLC. (BP PRESENTMENT CLAIM NO1001535-01) document: _123144_

Construction Solutions International, Inc. (BP PRESENTMENT CLAIM NO 1001525-01) document: _123147_

Peggy Vanover (BP PRESENTMENT CLAIM NO not yet assigned) document: _123145_

Whirled Investments, Inc. (BP PRESENTMENT CLAIM NO not yet assigned) document: _123146_

Paradise Holiday Corporation (BP PRESENTMENT CLAIM NO not yet assigned) document: _123150_

EPT, Inc. (BP PRESENTMENT CLAIM NO 1001522-01) document: _123153_

Michael Cazalas (BP PRESENTMENT CLAIM NO not yet assigned) document: _123151_

2056 Corporation (BP PRESENTMENT CLAIM NO1001601-01) document: _123155_

Dauphine Development II, LLC (BP PRESENTMENT CLAIM NO1001604-01) document: _123156_

Belt 98, Inc. (BP PRESENTMENT CLAIM NO1001602-01) document: _123157_

("Movant") who moves this Court for leave to file late a Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011 subject to extensions.

2. Movant contacted counsel or provided information necessary to pursue the claim after the Court-established deadline seeking assistance in filing claims for damages he incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3. Movant did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is filed separate per the ECF provisions for such filing prior to or with this

motion as an attachment. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Movant requests that the Court grant Movant's leave to file the Short Form Joinder attached hereto as Exhibit 1 and that the Court deem said Short Form Joinder as timely filed.

        Respectfully Submitted,

        s/Gregory Friedlander_____
        GREGORY M. FRIEDLANDER

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th Day of February, 2013, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
 I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:    (None).

        s/ Gregory Friedlander
        Gregory Friedlander
        0188 Bar Number
        Attorney for (Plaintiff/Pro Se)
        Gregory M. Friedlander & Associates, P.C.
        11 S. Florida St.
        Mobile, AL 36606-1934
        (251)470-0303
        (888)441-2123

E-Mail Address: Isee3@aol.com