# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * * | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH<br>Case No. 2:10-cv-02771-CJB-SS | | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO: Counsel

PLEASE TAKE NOTICE that subject to Pre-trial Orders Nos. 11 and 25, in which the Court stated that it will set the date of all hearings on motions in this case, the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 deadline and any extensions thereof if necessary.

Respectfully Submitted,

s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

## CERTIFICATE OF SERVICE

I hereby certify that on this 21th Day of February, 2013, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
 I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:   (None).

s/ Gregory Friedlander
Gregory Friedlander
0188 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com