UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

### ORDER
[As to Transocean's Motion *in Limine* to Preclude the Introduction of Evidence Regarding Instances of Prior Alleged Improper Conduct Unrelated to the Macondo Well Incident (Rec. Doc. 8287)]

The Court, having considered Transocean's Motion *in Limine* (Rec. Doc. 8287), as well as the oppositions to same (Rec. Docs. 8352, 8358, 8365, 8369) and reply (Rec. Doc. 8385), hereby **excludes** the following exhibits from the Phase One trial:

From PSC's Exhibit List: TREX Nos.: 26017,[1] 26018,[2] 26029,[3] 26012;[4]

From BP's Exhibit List:  48429,[5] 48200[6]

The other exhibits targeted by Transocean's motion are **admissible**, namely**:**

---

[1] Bates Range: 05880590 - 05880604  (the "TRN-MDL" prefix is omitted from all bates numbers)

[2] Bates Range: 05877808 - 05877859

[3] Bates Range: 04711201 - 04711204

[4] Bates Range: 06099840 - 06099881

[5] Bates Range: 06099840 - 06099881 (duplicate of TREX 26012, *id.*)

[6] Bates Range: 07016932 - 07016999

From PSC's Exhibit List: TREX Nos. 26003,[7] 26009.a,[8] 26009.b,[9] 26009.c,[10] 26009.d,[11] 26014[12], 26023,[13] 26025,[14] 26025.b,[15] 26025.c;[16]

From Halliburton's Exhibit List: TREX Nos. 48183,[17] 63187,[18] 63188,[19] 63189,[20] 63190,[21] 63193[22]

Accordingly,

**IT IS ORDERED** that Transocean's Motion *in Limine* is **GRANTED IN PART** and **DENIED IN PART**. This Order is limited to the Phase One trial.

New Orleans, Louisiana, this 21st day of February, 2013.

_____
United States District Judge

---

[7] Bates Range: 07721310 - 07721311

[8] Bates Range: 06172977 - 06172979

[9] Bates Range: 06172983 - 06172985

[10] Bates Range: 06172989 - 06172991

[11] Bates Range: 06172995 - 06172997

[12] Bates Range: 06172977 - 06172979 (duplicate of TREX 26009.a, *supra* note 8)

[13] Bates Range: 05467036 - 05467038

[14] Bates Range: 01279373 - 01279410

[15] Bates Range: 0440387 - 04403125

[16] Bates Range: 04742161 - 04742196

[17] Bates Range: 06172977 - 06172919 (duplicate of TREX 26009.a, *supra* note 8)

[18] Bates Range: 04448128 - 04448217

[19] Bates Range: 01279373 - 01279410 (duplicate of TREX 26025, *supra* note 14)

[20] Bates Range: 04403087 - 04403125 (duplicate of TREX 26025.b, *supra* note 15)

[21] Bates Range: 05885758 - 05885762

[22] Bates Range:05467036 - 0547038 (duplicate of TREX 26023, *supra* note 13)