# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No. MDL NO. 2179 |
| | Civil Action No. 2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: Case No. 2:10-cv-08888-CJB-SS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Client Last | Client First | Termination Date | Document No. |
|---|---|---|---|
| ABSHIRE | CODY | 02/11/2013 | 84754 |
| ALEXANDER | COREY | 02/11/2013 | 56140 |
| ALEXANDER | JERMAINE | 02/11/2013 | 81357 |
| ALLEN | CAROLYN | 02/11/2013 | 61423 |
| ALVES | STEVEN | 02/11/2013 | 82771 |
| ANDERSON | GARY | 02/11/2013 | 82764 |
| ANTOINE | BERTRAND | 02/11/2013 | 83734 |
| ARRINGTON | BREON | 02/11/2013 | 82706 |
| ARROYO | VICTOR | 02/11/2013 | 109891, 55890 |
| ASHFORD | DIVETA | 02/11/2013 | 55856 |
| AUSTIN | SHARON | 02/11/2013 | 83841 |

| | | | |
|---|---|---|---|
| BAHAR | AYMAN | 02/11/2013 | 80848 |
| BAKER | CREON | 02/11/2013 | 56196, 109892 |
| BALL | JAMES | 02/11/2013 | 109898 |
| BANKSTON | HOSEA | 02/11/2013 | 82930 |
| BARGANIER | OLIVER | 02/11/2013 | 61405 |
| BARNETT | JASON | 02/11/2013 | 55887 |
| BAXTER | KENNETH | 02/11/2013 | 82703 |
| BECKHAM | MELVIN | 02/11/2013 | 56276 |
| BELL | SHEREENA | 02/11/2013 | 82919 |
| BIGGS | LORENZO | 02/11/2013 | 82701 |
| BILLIOT, SR | SHANE | 02/11/2013 | 82678 |
| BLACK | STEFAN | 02/11/2013 | 82686, 97750 |
| BLACKWELL | CHARLES | 02/11/2013 | 81695 |
| BLAKLEY | JESSICA | 02/11/2013 | 83924 |
| BLANKS | THOMAS | 02/11/2013 | 82760 |
| BLASH | ANTEIN | 02/11/2013 | 83141 |
| BLAYLOCK | KARMEN | 02/11/2013 | 83922 |
| BOUNDS | NELLIE | 02/11/2013 | 83920 |
| BOYKIN | KAREN | 02/11/2013 | 83139 |

| | | | |
|---|---|---|---|
| BRANDON | WINCE | 02/11/2013 | 81387, 97757 |
| BRIGGS | EVELENE | 02/11/2013 | 55765, 81665 |
| BROWN | ATLAS | 02/11/2013 | 81661 |
| BROWN | ERICA | 02/11/2013 | 81659 |
| BROWN | GLORIA | 02/11/2013 | 80920 |
| BROWN | LANCE | 02/11/2013 | 81655 |
| BROWN | ROY | 02/11/2013 | 81204, 82663 |
| BROWN | SHAWNEIL | 02/11/2013 | 82830, 83122 |
| BROWN | SHAWNTAIL | 02/11/2013 | 83913 |
| BRUCE | BOBBIE | 02/11/2013 | 80838, 94652 |
| BURGETT | TINA | 02/11/2013 | 82756 |
| BURKETT | PAUL | 02/11/2013 | 82757 |
| BURROUGHS | ALVIE | 02/11/2013 | 61631 |