Clerk of the Court
U.S. District Court
E.D. Louisiana
500 Poydras Street
New Orleans, LA. 70130

2/12/13

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED FEB 15 2013
LORETTA G. WHYTE
Clerk

Re: Deepwater Horizon - Record - Correct Address
2:10-MD-2179
2:10-CV-7777
2:10-CV-970
USCA 5th No. 13-30095

Dear Clerk:

Please take note of the following address for service. Please correct the record as follows:

Daniel J. Levitan, pro se
DC No. 650607 - Legal Mail
c/o Santa Rosa C.I. - Annex
5850 East Milton Road
Milton, FL. 32583-7914

Due to the above appeal I require a court docket in the above referenced cases. Enclosed is my transcript order form.

How is the record on appeal to be transmitted; and in what form will I receive the record?

TENDERED FOR FILING

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

FEB 15 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN RELATION TO HEARINGS BEFORE THE COURT, DOES THE COURT EMPLOY A PARTICULAR PROCESS FOR TELEPHONIC OR AUDIO/VIDEO CONFERENCING; AND FOR THE UPCOMING TRIAL/PART 2. PLEASE SEND INSTRUCTIONS.

COULD YOU ALSO SEND A COURT DIRECTORY, AND HEARING DATES FOR THE ABOVE CASE NOS. I DO NOT PRESENTLY HAVE INTERNET ACCESS.

RESPECTFULLY

*[signature]*
DANIEL J. LEVITAN

REPLY TO:

DANIEL J. LEVITAN, PRO SE
DC No. 650607 - LEGAL MAIL
C/O SANTA ROSA C.I. ANNEX
5850 EAST MILTON ROAD
MILTON, FL. 32583-2914

PROVIDED TO
SANTA ROSA C.I. ON
FEB 12 2013
FOR MAILING

[Stamps: Equality Forever 2012; Liberty Forever 2012]

Clerk, U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA, 70130

Legal Mail

Daniel Levitan 650607
Santa Rosa Correctional
Institutional Annex
5850 E Milton Rd.
Milton, FL 32583

7013 0600 3373