UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J  JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: | | * * * | |
| Case No. 10-8888 | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF

MOTION FOR LEAVE TO FILE A LIMITATION
SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes:

Gregory Friedlander (BP PRESENTMENT CLAIM NO1001524-01) document: _123137_

Darrell Jones (BP PRESENTMENT CLAIM NO1001526-01) document: _123138_

Lodging and Leisure Development Group, LLC (BP PRESENTMENT CLAIM NO1001532-01) document: _123148_

Gregory Stewart (BP PRESENTMENT CLAIM NO1002210-01) document: _123149_

Storm Reconstruction Services, Inc. (BP PRESENTMENT CLAIM NO1001530-01) document: _123152_

MS Palms, LLC (BP PRESENTMENT CLAIM NO1001527-01) document: _123143_

Flowtec Industrial Services, LLC. (BP PRESENTMENT CLAIM NO1001535-01) document: _123144_

Construction Solutions International, Inc. (BP PRESENTMENT CLAIM NO 1001525-01) document: _123147_

Peggy Vanover (BP PRESENTMENT CLAIM NO not yet assigned) document: _123145_

    Whirled Investments, Inc. (BP PRESENTMENT CLAIM NO not yet assigned) document: _123146_

    Paradise Holiday Corporation (BP PRESENTMENT CLAIM NO not yet assigned) document: _123150_

    EPT, Inc. (BP PRESENTMENT CLAIM NO 1001522-01) document: _123153_

    Michael Cazalas (BP PRESENTMENT CLAIM NO not yet assigned) document: _123151_

    2056 Corporation (BP PRESENTMENT CLAIM NO1001601-01) document: _123155_

    Dauphine Development II, LLC (BP PRESENTMENT CLAIM NO1001604-01) document: _123156_

    Belt 98, Inc. (BP PRESENTMENT CLAIM NO1001602-01) document: _123157_

("Movant") who files this Memorandum in Support of Motion for Leave To File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline as follows:

1. Movant contacted counsel after the Court-established deadline seeking assistance in filing claims for damages he incurred as a result of the Deepwater Horizon explosion and resulting oil spill or had documentation for filing only after the deadline had passed.

2. Movant did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit 1 to the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered

by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("so long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); *citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993).

5.  Procedurally provision has been made for the short form joinder process and presentment outside of trial dates and through direct presentment by BP originated process and through the GCCF and allowing these short form joinders is consistent with the reasoning for those exceptions.

For these reasons, Movant requests that the Court grant Movant leave to file the Short Form Joinder Attached as Exhibit 1 to the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline and any extensions and that the Court deems said Short Form Joinder as timely filed.

Respectfully Submitted,

s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21th Day of February, 2013, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
 I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:    (None).

        s/ Gregory Friedlander
        Gregory Friedlander
        0188 Bar Number
        Attorney for (Plaintiff/Pro Se)
        Gregory M. Friedlander & Associates, P.C.
        11 S. Florida St.
        Mobile, AL 36606-1934
        (251)470-0303
        (888)441-2123
        E-Mail Address: Isee3@aol.com