UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * * * | MAG. JUDGE SHUSHAN |
| Case No. 10-8888 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Leave to File a Short Form Joinder beyond the April 20, 2011 Deadline and Supporting Memorandum:

It is ORDERED that Movant(s),

Gregory Friedlander (BP PRESENTMENT CLAIM NO1001524-01) document: _123137_

Darrell Jones (BP PRESENTMENT CLAIM NO1001526-01) document: _123138_

Lodging and Leisure Development Group, LLC (BP PRESENTMENT CLAIM NO1001532-01) document: _123148_

Gregory Stewart (BP PRESENTMENT CLAIM NO1002210-01) document: _123149_

Storm Reconstruction Services, Inc. (BP PRESENTMENT CLAIM NO1001530-01) document: _123152_

MS Palms, LLC (BP PRESENTMENT CLAIM NO1001527-01) document: _123143_

Flowtec Industrial Services, LLC. (BP PRESENTMENT CLAIM NO1001535-01) document: _123144_

Construction Solutions International, Inc. (BP PRESENTMENT CLAIM NO 1001525-01) document: _123147_

Peggy Vanover (BP PRESENTMENT CLAIM NO not yet assigned) document: _123145_

Whirled Investments, Inc. (BP PRESENTMENT CLAIM NO not yet assigned) document: _123146_

Paradise Holiday Corporation (BP PRESENTMENT CLAIM NO not yet assigned) document: _123150_

EPT, Inc. (BP PRESENTMENT CLAIM NO 1001522-01) document: _123153_

Michael Cazalas (BP PRESENTMENT CLAIM NO not yet assigned) document: _123151_

2056 Corporation (BP PRESENTMENT CLAIM NO1001601-01) document: _123155_

Dauphine Development II, LLC (BP PRESENTMENT CLAIM NO1001604-01) document: _123156_

Belt 98, Inc. (BP PRESENTMENT CLAIM NO1001602-01) document: _123157_

are hereby granted leave to file the Short Form Joinder referenced by document number in their motion into the record of Civil Action No. 10-8888, which shall be considered a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this ____ day of _____ , 2013.

_____

Honorable Carl J. Barbier
U.S. District Court Judge