# EXHIBIT A

## SHORT FORM JOINDERS FILED BY SHER, GARNER, CAHILL, RICHTER, KLEIN, & HILBERT, L.L.C. ON FEBRUARY 21, 2013.

| Document I.D. (filed in Case No. 10-8888) | Individual / Business Name |
|---|---|
| | |
| 123173 | Thomas Watson |
| 123174 | Patricia Watson |
| 123176 | Corey Watson |
| 123180 | Melissa T. Watson |
| 123181 | Frederick C. Jensen |
| 123182 | Network Navigators, Inc. |
| 123183 | Express Lien, Inc. |
| 123184 | Wolfe Law Group, L.L.C. |
| 123185 | 803 Arabella, L.L.C. |