UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION: J |
| April 20, 2010 | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| This Document Relates to: 12-2564 | : | |

…………………………………………………………………………………………..

## ANSWER TO COMPLAINT

NOW COMES, defendant, Low Land Construction Co., Inc. who in response to the Complaint filed by plaintiff, John D. Naples, respectfully responds as follows:

### FIRST DEFENSE

The Complaint of John D. Naples fails to state a claim or cause of action against this defendant upon which relief can be granted.

### SECOND DEFENSE

Answering separately the allegations of the Complaint, defendant, Low Land Construction Co., Inc., state as follows:

### I.    PARTIES

I.

The allegations contained in Paragraph 1 are denied for lack of information sufficient to form a reasonable belief therein.

II.

The allegations contained in Paragraph 2 are denied for lack of information sufficient to form a reasonable belief therein.

III.

The allegations contained in Paragraph 3 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 3 are denied.

IV.

The allegations contained in Paragraph 4 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 3 are denied for lack of information sufficient to form a reasonable belief therein.

V.

The allegations contained in Paragraph 5 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 3 are denied for lack of information sufficient to form a reasonable belief therein.

VI.

The allegations contained in Paragraph 6 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 3 are denied for lack of information sufficient to form a reasonable belief therein.

VII.

The allegations contained in Paragraph 7 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 3 are denied for lack of information sufficient to form a reasonable belief therein.

VIII.

The allegations contained in Paragraph 8 do not pertain to this defendant, and as such no answer is required.  However, if an answer is required, the allegations contained in Paragraph 3 are denied.

IX.

The allegations contained in Paragraph 9 are admitted.

X.

The allegations contained in Paragraph 10 do not pertain to this defendant, and as such no answer is required.  However, if an answer is required, the allegations contained in Paragraph 3 are denied for lack of information sufficient to form a reasonable belief therein.

## II.     JURISDICTION AND VENUE

XI.

The allegations contained in Paragraph 11 are denied for lack of information sufficient to form a reasonable belief therein.

XII.

The allegations contained in Paragraph 12 are denied for lack of information sufficient to form a reasonable belief therein.

XIII.

The allegations contained in Paragraph 13 assert conclusions of law, and therefore no response is required.  However, if a response is required, the allegations are denied for lack of information sufficient to form a reasonable belief therein.    Furthermore, the designation of this matter as an admiralty and maritime claim within the meaning of Rule 9(h) expressly precludes a jury.

XIV.

The allegations contained in Paragraph 14 are denied, except to admit that Low Land Construction was registered to do business, does business in Louisiana, and has a registered agent in Louisiana.

XV.

The allegations contained in Paragraph 15 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 15 are denied for lack of information sufficient to form a reasonable belief therein.

XVI.

The allegations contained in Paragraph 16 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 16 are denied for lack of information sufficient to form a reasonable belief therein.

XVII.

The allegations contained in Paragraph 17 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 17 are denied for lack of information sufficient to form a reasonable belief therein.

XVIII.

The allegations contained in Paragraph 18 do not pertain to this defendant, and as such no answer is required. However, if an answer is required, the allegations contained in Paragraph 18 are denied for lack of information sufficient to form a reasonable belief therein.

XIX.

The allegations contained in Paragraph 19 are denied for lack of information sufficient to form a reasonable belief therein.

XX.

The allegations contained in Paragraph 20 are denied.

### III.     FACTUAL ALLEGATIONS

**A. The *Deepwater Horizon* Catastrophe**

XXI.

The allegations contained in Paragraph 21 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 21 are denied for lack of information sufficient to form a reasonable belief therein.

XXII.

The allegations contained in Paragraph 22 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 22 are denied for lack of information sufficient to form a reasonable belief therein.

XXIII.

The allegations contained in Paragraph 23 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 23 are denied for lack of information sufficient to form a reasonable belief therein.

XXIV.

The allegations contained in Paragraph 24 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 24 are denied for lack of information sufficient to form a reasonable belief therein.

XXV.

The allegations contained in Paragraph 25 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 25 are denied for lack of information sufficient to form a reasonable belief therein.

XXVI.

The allegations contained in Paragraph 26 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 26 are denied for lack of information sufficient to form a reasonable belief therein.

XXVII.

The allegations contained in Paragraph 27 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 27 are denied for lack of information sufficient to form a reasonable belief therein.

XXVIII.

The allegations contained in Paragraph 28 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 28 are denied for lack of information sufficient to form a reasonable belief therein.

XXIX.

The allegations contained in Paragraph 29 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 29 are denied for lack of information sufficient to form a reasonable belief therein.

XXX.

The allegations contained in Paragraph 30 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 30 are denied for lack of information sufficient to form a reasonable belief therein.

XXXI.

The allegations contained in Paragraph 31 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 31 are denied for lack of information sufficient to form a reasonable belief therein.

**B.  The Response Effort and the Use of Chemical Dispersants**

XXXII.

The allegations contained in Paragraph 32 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 32 are denied for lack of information sufficient to form a reasonable belief therein.

XXXIII.

The allegations contained in Paragraph 33 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 33 are denied for lack of information sufficient to form a reasonable belief therein.

XXXIV.

The allegations contained in Paragraph 34 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 34 are denied for lack of information sufficient to form a reasonable belief therein.

XXXV.

The allegations contained in Paragraph 35 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 35 are denied for lack of information sufficient to form a reasonable belief therein.

XXXVI.

The allegations contained in Paragraph 36 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 36 are denied for lack of information sufficient to form a reasonable belief therein.

XXXVII.

The allegations contained in Paragraph 37 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 37 are denied for lack of information sufficient to form a reasonable belief therein.

XXXVIII.

The allegations contained in Paragraph 38 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 38 are denied for lack of information sufficient to form a reasonable belief therein.

XXXIX.

The allegations contained in Paragraph 39 do not pertain to this defendant, and as such no response is required.  However, if a response is required, the allegations contained in Paragraph 39 are denied for lack of information sufficient to form a reasonable belief therein.

**C. Plaintiff's Exposure to Oil and Harmful Chemicals and their Resulting Injuries and Damages**

XL.

The allegations contained in Paragraph 40 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 40 are denied for lack of information sufficient to form a reasonable belief therein.

XLI.

The allegations contained in Paragraph 41 do not pertain to this defendant, and as such no response is required. However, if a response is required, the allegations contained in Paragraph 41 are denied for lack of information sufficient to form a reasonable belief therein.

XLII.

The allegations contained in Paragraph 42 are denied for lack of information sufficient to form a reasonable belief therein.

XLIII.

The allegations contained in Paragraph 43 are denied, except to admit that Low Land Construction owned the Low Land 5.

XLIV.

The allegations contained in Paragraph 44 are denied.

XLV.

The allegations contained in Paragraph 45 are denied.

XLVI.

The allegations contained in Paragraph 46 are denied.

**D. BP's Willful and Wanton Conduct**

XLVII.

The allegations contained in Paragraph 47 do not pertain to this defendant, and as such, no response is required. However, if an answer is required, the allegations contained in Paragraph 47 are denied for lack of information sufficient to form a reasonable belief therein.

XLVIII.

The allegations contained in Paragraph 48 do not pertain to this defendant, and as such, no response is required. However, if an answer is required, the allegations contained in Paragraph 48 are denied for lack of information sufficient to form a reasonable belief therein.

XLIX.

The allegations contained in Paragraph 49 do not pertain to this defendant, and as such, no response is required. However, if an answer is required, the allegations contained in Paragraph 49 are denied for lack of information sufficient to form a reasonable belief therein.

L.

The allegations contained in Paragraph 50 do not pertain to this defendant, and as such, no response is required. However, if an answer is required, the allegations contained in Paragraph 50 are denied for lack of information sufficient to form a reasonable belief therein.

**IV.   CAUSES OF ACTION**

**A. FOR A FIRST CAUSE OF ACTION AS TO LARRY GRIFFIN TOWING AND LOW LAND CONSTRUCTION (THE JONES ACT)**

LI.

Paragraph 51 does not contain any allegations which require a response. However, if a response is required, the allegations contained in Paragraph 51 are denied.

LII.

The allegations of Paragraph 52 contain conclusions of law and require no response. However, if a response is required, the allegations of Paragraph 52 are denied for lack of information sufficient to form a reasonable belief therein.

LIII.

The allegations of Paragraph 53, in part, do not refer to this defendant, and require no response. However, insofar as the allegations of Paragraph 53 refer to Lowland, the allegations are conclusions of law and also require no response.  However, if a response is required, the allegations of Paragraph 53 are denied for lack of information sufficient to form a reasonable belief therein, except to admit that the plaintiff worked aboard the Lowland 5, which was engaged in navigation upon the navigable waters of the United States of America, and that his job duties contributed to the function and mission of the Lowland 5.

LIV.

The allegations contained in Paragraph 54 in part do not refer to this defendant, but insofar as the allegations of Paragraph 54 refer to Lowland, the allegations are denied for lack of information sufficient to form a reasonable belief therein.

LV.

The allegations contained in Paragraph 55 in part do not refer to this defendant, but insofar as the allegations of Paragraph 55 refer to Lowland, the allegations are denied.

**B. FOR A SECOND CAUSE OF ACTION AS TO LARRY GRIFFIN TOWING AND LOW LAND CONSTRUCTION (BREACH OF WARRANTY OF SEAWORTHINESS *IN PERSONAM* AGAINST LARRY GRIFFIN TOWING AND LOW LAND CONSTRUCTION)**

LVI.

Paragraph 56 does not contain any allegations which require a response. However, if a response is required, the allegations contained in Paragraph 56 are denied.

LVII.

The allegations of Paragraph 57 contain conclusions of law and require no response. However, if a response is required, the allegations of Paragraph 57 are denied for lack of information sufficient to form a reasonable belief therein.

LVIII.

The allegations of Paragraph 58, in part, do no refer to this defendant, and as such no answer is required. Furthermore, the allegations contained in Paragraph 58 contain conclusions of law and require no response. However, if a response is required, the allegations of Paragraph 58 pertaining to Lowland are denied.

LIX.

The allegations of Paragraph 59 contain conclusions of law and require no response. However, if a response is required, the allegations of Paragraph 59 are denied.

**C. FOR A THIRD CAUSE OF ACTION AS TO BY (NEGLIGENCE UNDER GENERAL MARITIME LAW).**

LX.

The allegations contained in Paragraph 60 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 60 are denied for lack of information sufficient to form a reasonable belief therein.

LXI.

The allegations contained in Paragraph 61 do not pertain to this defendant, and as such, no answer is required.  However, if an answer is required, the allegations contained in Paragraph 61 are denied for lack of information sufficient to form a reasonable belief therein.

LXII.

The allegations contained in Paragraph 62 do not pertain to this defendant, and as such, no answer is required.  However, if an answer is required, the allegations contained in Paragraph 66 are denied for lack of information sufficient to form a reasonable belief therein.

LXIII.

The allegations contained in Paragraph 63 do not pertain to this defendant, and as such, no answer is required.  However, if an answer is required, the allegations contained in Paragraph 63 are denied for lack of information sufficient to form a reasonable belief therein.

LXIV.

The allegations contained in Paragraph 64 do not pertain to this defendant, and as such, no answer is required.  However, if an answer is required, the allegations contained in Paragraph 64 are denied for lack of information sufficient to form a reasonable belief therein.

LXV.

The allegations contained in Paragraph 65 do not pertain to this defendant, and as such, no answer is required.  However, if an answer is required, the allegations contained in Paragraph 65 are denied for lack of information sufficient to form a reasonable belief therein.

LXVI.

The allegations contained in Paragraph 66 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 66 are denied for lack of information sufficient to form a reasonable belief therein.

LXVII.

The allegations contained in Paragraph 67 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 67 are denied for lack of information sufficient to form a reasonable belief therein.

LXVIII.

The allegations contained in Paragraph 68 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 68 are denied for lack of information sufficient to form a reasonable belief therein.

**D. FOR A FOURTH CAUSE OF ACTION AS TO BP (BROSS NEGLIGENCE UNDER GENERAL MARITIME LAW)**

LXIX.

The allegations contained in Paragraph 69 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 66 are denied for lack of information sufficient to form a reasonable belief therein.

LXX.

The allegations contained in Paragraph 70 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 70 are denied for lack of information sufficient to form a reasonable belief therein.

LXXI.

The allegations contained in Paragraph 71 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 71 are denied for lack of information sufficient to form a reasonable belief therein.

LXXII.

The allegations contained in Paragraph 72 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 72 are denied for lack of information sufficient to form a reasonable belief therein.

LXXIII.

The allegations contained in Paragraph 73 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 73 are denied for lack of information sufficient to form a reasonable belief therein.

**E. FOR A FIFTH CAUSE OF ACTION AS TO BP (NEGLIGENCE PR SE UNDER GENERAL MARITIME LAW AND FEDERAL LAW)**

LXXIV.

The allegations contained in Paragraph 74 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 74 are denied for lack of information sufficient to form a reasonable belief therein.

LXXV.

The allegations contained in Paragraph 75 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 75 are denied for lack of information sufficient to form a reasonable belief therein.

LXXVI.

The allegations contained in Paragraph 76 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 76 are denied for lack of information sufficient to form a reasonable belief therein.

LXXVII.

The allegations contained in Paragraph 77 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 77 are denied for lack of information sufficient to form a reasonable belief therein.

LXXVIII.

The allegations contained in Paragraph 78 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 78 are denied for lack of information sufficient to form a reasonable belief therein.

LXXIX.

The allegations contained in Paragraph 79 do not pertain to this defendant, and as such, no answer is required. However, if an answer is required, the allegations contained in Paragraph 79 are denied for lack of information sufficient to form a reasonable belief therein.

## V.  PRAYER FOR RELIEF

Section V does not assert any allegations, and as such no response is required. However, if a response is required, any allegations contained in Section V are denied for lack of information sufficient to form a reasonable belief therein.

## THIRD DEFENSE

Defendant denies that the plaintiff sustained any injury or damage as alleged in the Complaint; however, should it be found that plaintiff was injured under the circumstances

outlined in the Complaint, which is denied, defendant shows that such injury or damage or injuries or damages were caused by the plaintiff's sole fault and/or negligence and/or inattention and/or omissions, which contributory or comparative negligence and comparative fault of plaintiff, is specifically pled as a complete and total bar to, or in diminution of, any recovery by plaintiff in this action.  It is specifically denied that defendant was negligent in any way, or in any way caused or contributed to any injuries/damages allegedly sustained by plaintiff in this action.

### FOURTH DEFENSE

Defendant denies that plaintiff sustained any injury or damage as alleged in the Complaint; however, should it be found that plaintiff was injured or damaged under the circumstances outlined in the Complaint, which is denied, defendant affirmatively shows that plaintiff's injury or damage or injuries/damages were caused solely and completely by persons, parties or entities for whom defendant is not legally responsible.

### FIFTH DEFENSE

Defendant denies that plaintiff sustained any injury or damage as alleged in the Complaint; however, should it be found that plaintiffs were injured under the circumstances outlined in the Complaint, which is denied, defendant affirmatively shows that plaintiff's injury/damage or injuries/damages were caused by an unavoidable accident for which defendant do not be held legally responsible.

### SIXTH DEFENSE

Defendant denies that plaintiff sustained any injuries or damages as alleged in the Complaint; however, should it be found that plaintiff was injured under the circumstances outlined in the Complaint, which is denied, defendant shows that plaintiff failed to exercise

reasonable care and diligence to prevent avoidable consequences of his injuries, resulting in a failure to mitigate his damages, which failure on the part of the plaintiff is specifically pled as a complete and total bar to, or in diminution of, any recovery by plaintiff in this action.

### SEVENTH DEFENSE

Defendant denies that plaintiff sustained any injuries/damages as alleged in the Complaint; however, should it be found that plaintiff was injured/damaged under the circumstances outlined in the Complaint, which is denied, defendant affirmatively shows that plaintiff's injury/damage or injuries/damages was caused by the risks and hazards of plaintiff's employment which plaintiff voluntarily assumed, and for which defendant do not be held legally responsible.

### EIGHTH DEFENSE

Defendant avers that the amount of damages claimed in the Complaint far exceeds the value of defendant's interest in the Low Land 5 at the time of the alleged accident referred to in the Complaint; and defendant claims the benefit of the Statutes of the United States regarding Limitation of Liability of Shipowners, 46 U.S.C. § 30505, *et seq.,* and further avers that should judgment be rendered herein against defendant, Low Land Construction Co., Inc., that it is entitled to have its liability limited to the amount or value of its interest in the vessel and her pending freight, if any, as of the date of the alleged accident in question.

### NINTH DEFENSE

Defendant denies that plaintiff sustained any injury as alleged in the Complaint. However, should it be found that plaintiff was injured under the circumstances outlined in the Complaint, which is specifically denied, defendant shows that such alleged injury or injuries were caused by the superseding and/or intervening fault and/or negligence and/or inattention

and/or omissions, which superseding and/or intervening fault, negligence inattention and/or omissions were caused solely and completely by persons, parties or entities for whom this defendant is not legally responsible. It is specifically denied that defendant was negligent in any way, or in any way caused or contributed to the alleged injury sustained by the plaintiff in this action.

### TENTH DEFENSE

Defendant shows that the Low Land 5 and all appurtenances thereto were at all times strong, staunch, sturdy, well-maintained and reasonably fit for their intended purposes.

### ELEVENTH DEFENSE

Defendant denies that the plaintiff sustained any injury as alleged in the Complaint; however, should it be found that plaintiff was injured under the circumstances outlined in the Complaint, which is denied, defendant would show that the injuries and damages complained of by plaintiff were not caused by the incident made the basis of this lawsuit and, further, in the alternative, the injuries and damages complained of by plaintiff are the result of pre-existing conditions of plaintiff which predated his employment with Low Land Construction Co., Inc.

### LXXX.

Any allegations which may have been made in any un-numbered, prefatory, ancillary, or conclusory paragraphs or articles are categorically denied.

**WHEREFORE,** Low Land Construction Co., Inc. prays that this Answer be deemed good and sufficient, and that after due proceedings are had that there be judgment in favor of Low Land Construction Co., Inc. and against plaintiff, John D. Naples, and that his Complaint be dismissed at his cost.

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via the service method indicated below:

  [ ] U.S. Mail
  [ ] Facsimile
  [ ] Hand Delivery
  [X] Electronic Filing

This 21st day of February, 2013.

*/s/Corey P. Parenton*

Respectfully submitted,

**STAINES & EPPLING**

*/s/Corey P. Parenton*
**ANTHONY J. STAINES** (#12388)
**COREY P. PARENTON (**#32918)
**JASON R. KENNEY** (#29933)
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
*Counsel for Low Land Construction Co.,, Inc.*