UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | § § § § § § | MDL 2179 <br><br> SECTION J <br><br> JUDGE BARBIER <br> MAG. SHUSHAN |
| This Document Applies to: <br> 10-2771 | | |

## ORDER OF DISMISSAL

CONSIDERING the Agreed Motion to Dismiss with Prejudice of Mike Innis Mayfield,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice of Mike Innis Mayfield is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Mike Innis Mayfield, individually, are hereby dismissed, with prejudice. Each party is to bear their own respective costs.

SIGNED this 21st day of February, 2013.

_____
United States District Judge