UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 |
| These Pleadings apply to: 2:10-cv-04241 …………………………………………………... | : : : : : | SECTION: J JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendants BP America Inc. ("BPA"), BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc. ("BPPNA"), BP Exploration & Production Inc. ("BPXP"), and BP p.l.c. (collectively, the "BP Parties") hereby respectfully move the Court for leave to file an Amended Answer to the First Amended Complaint of Quintana Roo.  The BP Parties located an error in their answer to paragraph 13 where they misstated the principal place of business for BPPNA.

Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave."  The BP Parties requested consent from counsel for Quintana Roo, Mr. Enrique Serna, but were unable to obtain his consent before this filing. Though leave to amend is not automatic, "[t]he court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  When considering whether to grant leave to amend, the court may consider factors such as undue delay, bad faith, dilatory motive, and undue prejudice to the opposing party. *Jacobsen v. Osborne*, 133 F. 3d 315, 318 (5th Cir. 1998).

This is a simple case of an honest mistake, and will cause absolutely no prejudice to Quintana Roo.  In fact, the BP Parties, despite misstating BPPNA's principal place of business, did deny that BPPNA was a proper party to this suit in their original Answer, and continue to do

so. Rec. Doc. 5340 at 8. The BP Parties are simply seeking to correct an error which could cause an issue in other current or future litigation.

To ensure that no current or future party improperly relies on this erroneous prior statement regarding BPPNA's principal place of business, the BP Parties therefore, respectfully move the Court to allow the attached amended answer attached as Exhibit A.

Dated: February 21, 2013                Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Timothy A. Duffy, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Parties*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of February, 2013.

/s/  Don K. Haycraft