UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

### ORDER

Before the Court is Halliburton's objections to and appeal from the Magistrate Judge's Order of February 1, 2013 (Rec. Doc. 8469), which, among other things, granted in part the PSC's motion to strike certain objections by Halliburton's to Phase One trial exhibits and overruled Halliburton's objections to certain exhibits identified on the PSC's combined Phase One exhibit list. (Rec. Doc. 8581). The Court, having considered the arguments in Halliburton's brief, as well as the briefing submitted to the Magistrate Judge, the relevant record, and the applicable law, finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that Halliburton's objections and appeal (Rec. Doc. 8581) are **OVERRULED** and the Magistrate Judge's Order (Rec. Doc. 8469) is **AFFIRMED.**

New Orleans, Louisiana, this 22nd day of February, 2013.

_____
United States District Judge