UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| This Document Relates To: All Cases | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Transocean's objections to and motion to review the Magistrate Judge's rulings (Rec. Docs. 8580, 8469) that sustained BP's objections to Transocean's summary exhibits, TREX 52666 and TREX 52668.  (Rec. Doc. 8615).  Having considered the arguments presented in Transocean's brief, as well as the briefing previously submitted to the Magistrate Judge, the relevant record, and the applicable law, the Court finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Accordingly,

**IT IS ORDERED** that Transocean's objections and motion to review (Rec. Doc. 8615) are **OVERRULED** and **DENIED**. The Magistrate Judge's Orders (Rec. Docs. 8580, 8469) are **AFFIRMED.**

New Orleans, Louisiana, this 22nd day of February, 2013.

_____
United States District Judge