# CONFERENCE ATTENDANCE RECORD

DATE: 2-22-13   TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeffrey Breit | PSC |
| Scott Falgoust | PSC |
| Michael Robinson | PSC |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Jerry Von Sternberg | " " |
| Gavin Hill | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Gwen Richard | " " |
| Sean Fleming | " " |
| Alison Battiste | " " |
| Erika Toledo | " " |
| Israel Silvas | " " |
| Colby Hodges | " " |
| Melissa Lopez | " " |
| Lauren Mitchell | " " |
| Sarah Trans | Anadarko |
| Tony Fitch | " |
| Cory Maze | Alabama |
| Winfred Sinclair | Alabama |
| BRAD BRIAN | TRANSOCEAN |
| RACHEL CLINGMAN | " " |
| STEVE ROBERTS | " " |
| Floyd Hartley | HALLIBURTON |
| JORDAN RAY | INDATA |

# CONFERENCE ATTENDANCE RECORD

**DATE:** _____   **TIME:** _____

**CASE NAME:** _____

**DOCKET NUMBER & SECTION:** _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Baay | TO |
| Carter Williams | TO |
| Carmelita Butnar | Cameron |
| Steve Luxton | M-I |
| Sean Brennan | M-I |
| Kerry Miller | TO |
| Mike Underhill | DOJ |
| Steve O'Rourke | DOJ |
| Scott Cernich | DOJ |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Brian Barr | PSC |
| Ryan Babwell | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Mark Nomellini | BP |
| Don Hay Craft | BP |
| David Jones | CAM |
| Alex Roberts | " |
| Candice Bertout | " |

## CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Herman | PSC |
| Doug Kraus | La |
| ANTHONY IRPINO | PSC |
| Soren Gisleson | PSC |
| Walter J. Leger, Jr. | PSC |
| Jimmy Williamson | PSC |
| Allan Kanner | LA |
| | |
| | |

# MDL 2179 - Phase Two Discovery Conference

2/22/13     Telephone Participants

Andrew Homer - MOEX

Caroline Raines - Halliburton

Joe Eisert - BP

Abbey Andre - DOJ

Tom Mariani - DOJ

Sarah Himmelhoch - DOJ