UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA

02 / 15 / 2013

H&H Ranch Wildlife Rescue
     Plaintiff    claim no  100041309        HON. Carl J. Barbier
Fed. Lic. No 0353
   & 
Darryl Lee Haan   claim 1123040
     Plaintiff                             Civil Action No.    MDL-2179
vs
                                                  SECTION J

                                   Oil Spill by the Oil Rig Deepwater Horizon
BP OIL inc..
Defendant    Liskow Law Firm


LEGAL    NOTICE


TO THE FEDERAL DISTRICT COURT ,

EASTERN DISTRICT COURT OF LOUISIANA & HON. BARBIER

PLAINTIFF , H&H RANCH WILDLIFE RESCUE & DARRYL LEE HAAN

  IS A MEMBER OF THE

DEEPWATER HORIZON CIVIL SUIT , MDL 2179 SECTION J

---

1. Brett& Coon Lawfirm is , 1 of the Lead Attorneys of this Court Case.

   Hired o 6/15/ 12    &     Fired on July. 19 , 2012

  BY THE H&H RANCH WILDLIFE RESCUE / DARRYL LEE HAAN / CEO

2. The Attorney's Brett & Coon was Council for the

H&H RANCH WILDLIFE RESCUE, and when Fired , the PLAINIFF

Does not lose any RIGHTS to the Court case in the MDL- 2179 Section J .


3. All Motions , Subpeona's , Notices to the District Court, are

all Valid Court Documents filed by a Plaintiff in the Court case no. MDL 2179

Section J , under Federal Law .


4. The Federal District Court , For The Eastern District Court Of Louisiana

Hon. Barbier ,

Has DISMISSED or Refused to File Legal Documents of the Plaintiff ,

Under the Wrong understanding , that the H&H RANCH WILDLIFE RESCUE &

DARRYL LEE HAAN , was not Part of the Deepwater Horizon Oil Spill in the

Gulf Of Mexico,

When , In fact , Both Plaintiffs are in the Deepwater Horizon Class Settlement ,

And has every Legal Right to File any Document in that Court Case.


5. The Plaintiff , understands , that a few Motions where not Valid , because of

Filing , Court Documents by Fax was not Allowed, and does not seek the

Re- Hearing of those Documents by the Federal District Court & , Hon Barbier.

6. The Plaintiff, is Sorry for the Miss- Information the Court had on the Plaintiff And is setting the Court Record Strait .

7 . Attachment  A &  B  are attached

Therefore , The Plaintiff , H&H Ranch Wildlife Rescue & Darryl Lee Haan

Requests, the Court Records , Be Corrected & ruled over again  by Federal Law.

2/ 15/ 2013                               H&H Ranch Wildlife Rescue &    Darryl Lee Haan

*H+H Ranch Wildlife Rescue*

*+*

*Darryl Haan*

# Power of Attorney Form

The Deepwater Horizon Economic and Property Damage Settlement Agreement requires that the claimant sign the Registration Form and Claim Form. An attorney may sign online or on a hard copy for the claimant if the attorney or the attorney's firm has a power of attorney, retainer agreement or other document signed by the claimant authorizing the attorney or the firm to pursue on behalf of the claimant any claims arising out of the Deepwater Horizon Incident. This Form is not required of all attorneys, but an attorney or firm that does not already have such a document may have the claimant sign this Power of Attorney Form to satisfy that requirement. An attorney may not sign this Form. While the Claimant must sign this Form, you may submit this in a PDF image and do not have to submit the original hard copy. A form authorizing an attorney or firm to pursue claims with the GCCF is not sufficient.

## A. Claimant Information

**Name (Last Name or Full Name of Business):** H+H Ranch Wildlife Rescue
**First Name:**
**Middle Initial:**

**Deepwater Horizon Settlement Program Claimant Number:** 3 2 0 3 6 2 2

**Social Security Number or Individual Taxpayer Identification Number or Employer Identification Number:**
SSN or ITIN: 
EIN: 87-0810353

**Current Address:**
Street: 6421 Finance AV
City: Weeki Wachee
State: FL
Zip Code: 34607

## B. Attorney Information

**Law Firm Name:** Brent Coon and Associates
**Attorney Name:** Last Name: Coon   First Name: Brent   Middle Initial: W
**Law Firm Address:** Street: 215 Orleans   City: Beaumont   State: TX   Zip Code: 77701
**Attorney Phone Number:** (409) 835-2666
**Attorney Email Address:** BCADeepWater@bcoonlaw.com

## C. Signature

I certify to the Deepwater Horizon Economic and Property Damage Settlement Program that the attorney(s) at the law firm identified in Section B are authorized to pursue on my behalf any claims arising out of the Deepwater Horizon Incident and to execute on my behalf any Registration Form and/or Claim Form that must be submitted on my behalf under penalty of perjury in support of a claim and I understand that the Claims Administrator will treat such signature as my signature. I authorize the Claims Administrator to communicate directly with such attorney(s) and other representatives of the law firm and understand that the Claims Administrator will not communicate with me in any manner without express written permission from the attorney(s) at the law firm.

**Signature:** /s/ Darryl Haan
**Date:** 6/5/12
**Name:** Last Name: HAAN   First Name: Darryl   Middle Initial: L
**Title (If a Business):** H+H Ranch Wildlife Rescue

POA-1
v.1



# BRENT COON & ASSOCIATES

215 Orleans • Beaumont, TX 77701 • 409.835.2666 • 409.835.1912 Facsimile

July 19, 2012

Claims Administrator          Via Email:     savery@dhecc.com
Deepwater Horizon Claims Center

Re: **Attorney Withdrawal – No Attorney Lien Notification**
Claimant Name: H & H RANCH WILDLIFE RESCUE – DARRYL HAAN
Claimant ID Nos.: 3203622/100041309
SS# or Tax ID#: 87-0810353

Please be advised that Brent Coon & Associates, LLP, and Biskobing Law, PC no longer represent the above claimant.

At this time, neither firm wishes to assert an attorney lien. All future payments should be sent directly to the claimant.

Thank you in advance for your assistance in this matter.

Sincerely,

Brent W. Coon

/js
Cc: DARRYL HAAN
H & H RANCH WILDLIFE RESCUE
6421 FINANCE AVENUE
WEEKI WACHEE FL 34607

Beaumont, TX · Austin, TX · Corpus Christi, TX · Dallas, TX · Houston, TX · San Francisco, CA

New Orleans, LA · Baton Rouge, LA · Boston, MA · Jackson, MS

St. Louis, MO · Cleveland, OH · Philadelphia, PA

I, H&H Ranch Wildlife Rescue & Darryl Lee Haan have Served all Party's listed By U.S. First Class Mail on Feb. 15, 2013

Plaintiffs Liaison Counsel

| | |
|---|---|
| James Parkerson Roy | Stephen J. Herman |
| Domengeaux Wright Roy & Edwards L.L.C. / | Herman, Herman Katz & Cotlar L.L.C. |
| 556 Jefferson St Suite 500 | 820 O' Keefe Av |
| Lafayette LA, 70501 | New Orleans LA. 70113 |

## Claims Administrator of the Court.Supervised Settlement Program

Patrick A. Juneau
    Deepwater Horizon Claims Center
    P. O. Box 1439
    Hammond, LA  70404-1439

ATTORNEY for BP OIL inc.

Don K. Haycraft
    Liskow & Lewis
    701 Poydras Street
    Suite 5000
    New Orleans, LA 70139

Feb. 15, 2013        H&H Ranch Wildlife Rescue & Darryl Lee Haan

*[signature: H+H Ranch Wildlife Rescue + Darryl Haan]*

Marye Deen
6421 Finance Av
Weeki Wachee, FL 34607

Clerk of The Court
US District Court
500 Poydras St
Room C-151
New Orleans, LA
70130

Case no. MDL-2179 Section J

UNITED STATES POSTAL SERVICE
J006
70130
U.S. POSTAGE PAID
SPRING HILL, FL
34606
FEB 15 '13
AMOUNT
$1.32
00088676-10