| CLAIMANT NAME | DATE OF FILING |
|---|---|
| Alvarez, Ramon | 2/22/2013 |
| Binger, Jerry | 2/22/2013 |
| Brennan, Michael | 2/22/2013 |
| Bright, David | 2/22/2013 |
| Ciaciura, Justin | 2/22/2013 |
| DeMatteis, Nicholas | 2/22/2013 |
| Foris, Jonathan | 2/22/2013 |
| Gibbons, Donald | 2/22/2013 |
| Gogola, Michael | 2/22/2013 |
| Hartman, Todd | 2/22/2013 |
| Hood, Ryan | 2/22/2013 |
| Hovey, Shannon | 2/22/2013 |
| Humphrey, Samuel | 2/22/2013 |
| Krumm, Samuel | 2/22/2013 |
| Loiseau, Ryan | 2/22/2013 |
| Long, James | 2/22/2013 |
| Montoya, Samson | 2/22/2013 |
| Odeh, Shadai | 2/22/2013 |
| Osborne, Stephen | 2/22/2013 |
| Pantry, Michael | 2/22/2013 |
| Rice, Kyle | 2/22/2013 |
| Roberts, Morgan | 2/22/2013 |
| Scheffsky, David | 2/22/2013 |
| Setera, Anthony | 2/22/2013 |
| Sherman, Michael | 2/22/2013 |
| Sick, Anthony | 2/22/2013 |
| Sullivan, Chad | 2/22/2013 |
| Thompson, Kevin | 2/22/2013 |
| Wallner, Jeff | 2/22/2013 |
| Watson, Kenneth | 2/22/2013 |
| White, Joshua | 2/22/2013 |
| Woodcock, Michael | 2/22/2013 |