IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> Section: J |
| This document relates to: <br> 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

**Honorable Carl J. Barbier**
**U.S. District Court Judge**

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Bank of Commerce Holdings, Inc. & Subsidiary | 02/21/2013 | 123158 |
| Beach House, LLC | 02/21/2013 | 123159 |
| Preserve at Campton, LLC | 02/21/2013 | 123160 |
| Crooked Creek Estate Development | 02/21/2013 | 123161 |
| Emerald Coast Partners, LLC | 02/21/2013 | 123162 |
| First Baldwin Bancshares, Inc. & Subsidiary | 02/21/2013 | 123163 |
| FNBC Financial Corporation | 02/21/2013 | 123164 |
| First Northwest Florida Holding Co. | 02/21/2013 | 123165 |
| Fort Walton Development Partners, LLC | 02/21/2013 | 123166 |
| First State Bank of the Florida Keys Holding Co. | 02/21/2013 | 123167 |
| Hancock Holding Company | 02/21/2013 | 123168 |
| Majestic Oaks Vinyard, LLC | 02/21/2013 | 123169 |
| Park National Corporation | 02/21/2013 | 123170 |
| Pro Financial Holdings | 02/21/2013 | 123171 |
| Terrafirma Properties, LLC | 02/21/2013 | 123172 |
| Trinity Bank | 02/21/2013 | 123175 |
| Union Bancshares, Inc. and Subsidiaries | 02/21/2013 | 123177 |
| Vasta Development | 02/21/2013 | 123179 |
| Sean M. Hickey | 02/21/2013 | 123186 |