**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | Section: J |
| This document relates to: 2:10-cv-09999-CJB-SS | * * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

<u>**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**</u>

Now comes various Claimants as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1.      This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2.      The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3.      Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

1

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-09999-CJB-SS

4.      Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5.      No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Claimants respectfully request that the Court grant Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:


/s/ Brian H. Barr
Brian H. Barr
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7074
Facsimile: 850-436-6074
bbarr@levinlaw.com

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-09999-CJB-SS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February ____22nd____ , 2013, I electronically filed the foregoing
document with the Clerk of the Court for the United States District Court of the Eastern District
of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File &
Serve to all counsel of record.

/s/Brian H. Barr
Brian H. Barr

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This document relates to: 2:10-cv-09999-CJB-SS | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

__MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF
SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE__

Now comes various Claimants, specifically set forth on Exhibit "A", who file this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline. Attached to this Memorandum is a list of all Claimants who filed late short forms and are joint movants for the purpose of this motion (attached as Exhibit "A"). These Claimants seek this Honorable Court's permission to accept Claimants' late filed claims in the limitation proceeding for the following reasons:

1.    All Claimants contacted counsel after the Court-established deadline of September 16, 2011, seeking assistance for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

2.    Because Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-09999-CJB-SS

3.      No prejudice will result from the acceptance of the late filings. Such filings have

been filed in the Court-established filing system under the action 2:10-cv-09999-CJB-SS. No action has

been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4.      Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late

filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the

limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are

shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,* 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as

rights of the parties are not adversely affected, the Court will freely grant permission to file late claims.");

*In re Gladiator Marine, Inc.,* No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) *(citing Golnoy*

*Barge Co. v. M/T Shinoussa,* 980 F.2d 349, 351 (5th Cir, 1993)). Here, there are no indications that any

limitation plaintiff would be adversely affected or suffer any prejudice if these late filed claims are

deemed timely.

5.      Limitation has not been determined; and there is no prejudice to the limiting

parties or other defendants.

For these reasons, Claimants respectfully request that the Court accept their late filed short forms

and grant the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16,

2011 Deadline.

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-09999-CJB-SS

Respectfully submitted:

/s/  B r i a n  H .  B a r r
Brian H. Barr
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7074
Facsimile: 850-436-6074
bbarr@levinlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February ___22nd__, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ Brian H. Barr
Brian H. Barr

**EXHIBIT "A"**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Pensacola Downtown Improvement Board | 2/21/2013 | 200 |
| School District of Escambia County | 2/21/2013 | 201 |
| City of St. Marks | 2/22/2013 | 210 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, on | * | |
| April 20, 2010 | * | Section: J |
| | * | |
|    This document relates to: | * | JUDGE BARBIER |
|    2:10-cv-09999-CJB-SS | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | |

**<u>ORDER</u>**

     Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

     IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-9999, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

     Signed this _____day of _____, 2013.

                                  _____
                                  **Honorable Carl J. Barbier
                                  U.S. District Court Judge**

**EXHIBIT "A"**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Pensacola Downtown Improvement Board | 2/21/2013 | 200 |
| School District of Escambia County | 2/21/2013 | 201 |
| City of St. Marks | 2/22/2013 | 210 |