UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:  *All Cases*<br><br>(**Including No. 10-2771**) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come various claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1.  This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2.  By order of Court, this deadline was subsequently extended to September 16, 2011.

3.  Claimants were unaware of the Court-established deadline and, more importantly, had not yet fully realized the extent of their damages by September 16, 2011.  Thus, they did not timely file in the Transocean limitation proceeding.

4.       No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached hereto as "Exhibit A."  No action has yet been taken in the limitation proceeding that would cause prejudice to another other party in the proceeding should the Court grant this Motion.

For these reasons, Movants respectfully request that the Court grant Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders to be timely filed.

Respectfully submitted,

/s/ Robin L. Greenwald____
ROBIN L. GREENWALD
IL Bar ID #6183798
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212) 558-5500 tel.
(212) 344-5461 fax
rgreenwald@weitzlux.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Robin L. Greenwald_____