UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |
| **This Document Relates to: 12-2338** | |

### RULE 12(b)(6) MOTION TO DISMISS AND ALTERNATIVE 12(E) MOTION FOR MORE DEFINITE STATEMENT

NOW COMES, Coastal Catering, LLC, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), who respectfully requests that this Honorable Court dismiss the plaintiffs' claims against Coastal Catering for failure to state a claim for relief, with prejudice, at plaintiffs' costs, for the reasons more fully explained in the accompanying memorandum.

Alternatively, and only in the event that this Court finds that Coastal Catering is not entitled to a dismissal under FRCP Rule 12(b)(6), Coastal Catering moves this Court to grant its Motion for a More Definite Statement under FRCP Rule 12(e).

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd of February, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Craig W. Brewer*

Respectfully submitted,

/s/ *Craig W. Brewer*
ANTHONY J. STAINES (#12388)
CRAIG W. BREWER (#23665)
ASHLEY E. BOYD (#32509)
Staines & Eppling
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Counsel for Coastal Catering, LLC