UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| **This Document Relates to: 12-2338** | : | |

### ORDER

Considering the foregoing *Rule 12(b)(6) Motion to Dismiss and Alternative 12(e) Motion for More Definite Statement,* filed by Defendant, Coastal Catering, LLC;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted in the captioned action by plaintiffs against Coastal Catering, LLC are hereby dismissed with prejudice, at plaintiffs' costs.

**JUDGMENT READ, RENDERED AND SIGNED** in New Orleans, Louisiana this _____ day of _____, 2013.

_____
**JUDGE**