UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig             MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                     JUDGE BARBIER
                                            MAGISTRATE JUDGE SHUSHAN

### ORDER

**[Regarding Public Access to Trial Materials]**

The public and press will be afforded access to trial materials during the course of the trial through a public FTP site (www.mdl2179trialdocs.com) as follows:

   Expert Reports.  For experts testifying at trial, the report and resume of the expert will be posted to the site after the Court accepts the qualifications of the witness and permits the witness to offer expert testimony.

   Depositions.  Each party will proffer all fact witness depositions to be introduced during its case in chief at the marshaling conferences to be conducted every Thursday afternoon during trial.  The depositions will be posted to the site following the marshaling conference.

   Exhibits.  Those exhibits admitted into evidence by the Court during the course of each week will be posted to the site following the marshaling conference.  That will include demonstrative exhibits which Judge Barbier has admitted into evidence.

   Transcripts.  Certified trial transcripts will be posted to the FTP site on a regular and ongoing basis.  The public and press are reminded that the site is the only means by which trial materials will be made public during the trial.  Inquiries about trial materials should not

be directed to any court staff.  The public and press are reminded that these materials are being made available to them as an accommodation and that this procedure does not normally occur in trial proceedings.

**All parties are instructed that they are prohibited from releasing any trial materials before the times set forth above or as otherwise directed by this Court.**

New Orleans, Louisiana, this 22nd day of February, 2013.

                                                                                   _____
                                                                                   **CARL J. BARBIER**
                                                                                   **United States District Judge**