| dateTimeOrigination [adjusted to CDT] | callingPartyNumber | finalCalledPartyNumber | dateTimeDisconnect [adjusted to CDT] | duration [in min:s] |
|---|---|---|---|---|
| 4/20/2010 12:03 PM 8:08 AM | 64237 [Hafle] | 7741 [WSL] | 4/20/10 12:14 PM 8:19 AM | 640 10:40 |
| 4/20/2010 12:47 PM 8:52 AM | 64237 [Hafle] | 7741 [WSL] | 4/20/10 12:50 PM 8:55 AM | 165 2:45 |
| 4/20/2010 1:31 PM 9:36 AM | 2813662000 [Rig] | #55092813664237 [Hafle] | 4/20/10 1:51 PM 9:56 AM | 1158 19:18 |
| 4/20/2010 2:21 PM 10:26 AM | 2813662000 [Rig] | #55092813664237 [Hafle] | 4/20/10 2:22 PM 10:27 AM | 6 0:06 |
| 4/20/2010 2:22 PM 10:27 AM | 2813662000 [Rig] | #55092816878216 [Hafle] | 4/20/10 2:25 PM 10:30 AM | 157 2:37 |
| 4/20/2010 9:21 PM 5:26 PM | 64237 [Hafle] | 7741 [WSL] | 4/20/10 9:25 PM 5:30 PM | 240 4:00 |
| 4/21/2010 12:47 AM 8:52 PM | 2813662000 [Rig] | #55092816878216 [Hafle] | 4/21/10 12:47 AM 8:52 PM | 2 0:02 |
| 4/21/2010 12:47 AM 8:52 PM | 64237 [Hafle] | 7741 [WSL] | 4/21/10 12:57 AM 9:02 PM | 609 10:09 |

| dateTimeOrigination [adjusted to CDT] | callingPartyNumber | finalCalledPartyNumber | dateTimeDisconnect [adjusted to CDT] | duration [in min:s] |
|---|---|---|---|---|
| 4/20/10 1:52 PM 9:57 AM | 2813662000 [Rig] | #55092813660531 [Guide] | 4/20/10 1:58 PM 10:03 AM | 334 5:34 |
| 4/20/10 5:04 PM 1:09 PM | 60531 [Guide] | 7741 [WSL] | 4/20/10 5:08 PM 1:13 PM | 264 4:24 |
| 4/20/10 9:52 PM 5:57 PM | 7132527918 [Guide] | 7741 [WSL] | 4/20/10 9:56 PM 6:01 PM | 189 3:09 |
| 4/20/10 10:19 PM 6:24 PM | 7132527918 [Guide] | 7741 [WSL] | 4/20/10 10:19 PM 6:24 PM | 2 0:02 |
| 4/20/10 10:31 PM 6:36 PM | 7132527918 [Guide] | 7741 [WSL] | 4/20/10 10:32 PM 6:37 PM | 6 0:06 |
| 4/20/10 10:39 PM 6:44 PM | 7132527918 [Guide] | 7741 [WSL] | 4/20/10 10:43 PM 6:48 PM | 235 3:55 |



3575

Exhibit No. _____

Worldwide Court Reporters, Inc.