UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

[As to BP's Objections to Demonstrative Aids (Rec. Doc. 8602)]

Regarding BP's objections to the PSC's video clip of Kevin Lacy, the Court **OVERRULES** BP's objections.

Regarding BP's objections to the PSC's video clip of Tony Hayward, the Court **SUSTAINS IN PART** BP's objections and **ORDERS** the PSC to remove references to testimony regarding prior incidents previously excluded by the Court. BP's remaining objections to this video clip are **OVERRULED.**

New Orleans, Louisiana, this 22nd day of February, 2013.

_____
United States District Judge