# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION:  J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to:  All Cases | | : | |
| | | : | MAG. JUDGE SHUSHAN |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### Motion of the United States Joining the Plaintiffs' and Transocean's Motions for Adverse Inferences Re:  Donald Vidrine

The United States of America hereby joins the Motion by the Plaintiffs [Doc. 8601] and the Motion by Transocean [Doc. 8672] related to adverse inferences from Donald Vidrine with respect to the specific questions propounded to him in Interrogatory Nos. 1 through 51, said Interrogatories attached as an Exhibit to the foregoing motions.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
E-mail: mike.underhill@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this date: February 22, 2013.

/s/ Steven O'Rourke
STEVEN O'ROURKE

2