UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| IN RE: 10-8888 SHORT FORM JOINDERS | * | MAG. JUDGE SHUSHAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

Now come various claimants ("Claimants," list attached as Exhibit A), through undersigned counsel, who move this court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1.   This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2.   By order of the Court, this deadline was subsequently extended to September 16, 2011.

3.   Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4.   Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5.      No prejudice will result from the acceptance of the late-filed Short Form Joinders for these various claimants, a list of which is attached hereto as "Exhibit A." No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

For these reasons, Claimants respectfully request that the Court grant their Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

                              Respectfully submitted

                              /s/ Lynn E. Swanson
                              GLADSTONE N. JONES, III (# 22221)
                              LYNN E. SWANSON (#22650)
                              H.S. BARTLETT III (# 26795)
                              EMMA ELIZABETH ANTIN DASCHBACH (#27358)
                              CATHERINE E. LASKY (#28652)
                              Jones, Swanson, Huddell & Garrison, L.L.C.
                              601 Poydras Street, Suite 2655
                              New Orleans, Louisiana 70130
                              Telephone: (504) 523-2500
                              Facsimile: (504) 523-2508

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2013, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

                              /s/ Lynn E. Swanson