# Exhibit A

# JONES SWANSON CLAIMS FILED WITH THE BP CLAIMS FACILITY

|     | OPA Presentment Claimant | Sum Certain |
|-----|--------------------------|-------------|
| 1.  | **Simmonds Equipment** | $828,304.00 |
| 2.  | **Louisiana Oilfield Divers** | $146,185,437.00 |
| 3.  | **PLC, Inc.** | $18,151,113.00 |
| 4.  | **Premier Offshore, LLC** | $66,299,682.00 |
| 5.  | **Cajun Circus Offshore, LLC/Silver Bear, Inc.** | $1,315,022.09 |
| 6.  | **Waskey Holding** | $4,900,000.00 |
| 7.  | **L & L** | $22,658,735.00 |