UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| IN RE: 10-8888 SHORT FORM JOINDERS | * * | MAG. JUDGE SHUSHAN |

*******************************************

## ORDER

Considering the foregoing Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline ("Motion") and Memorandum in Support:

IT IS ORDERED that the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline is hereby GRANTED and the late-filed Short Form Joinders filed into the record of Civil Action No. 10-8888 by the claimants listed on Exhibit A to the Motion are hereby considered to be timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as in Joinder in Bundle B1 and/or B3 of the Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE