# EXHIBIT A

## SHORT FORM JOINDERS FILED BY SHER, GARNER, CAHILL, RICHTER, KLEIN, & HILBERT, L.L.C. ON FEBRUARY 22, 2013.

| Document I.D. (filed in Case No. 10-8888) | Individual / Business Name |
|---|---|
| | |
| 123296 | Bewajobe Corp. |
| 123302 | Andrew Max Woitschek Trust |
| 123307 | Christopher W. Sandoz |
| 123309 | Balhoff Orthodontics, L.L.C. |
| 123311 | Express Air Conditioning & Heating, Inc. |
| 123313 | Gentilly Automotive & Tire Co., Inc. |
| 123315 | Montgomery & Associates, Inc. |
| 123319 | Peggy Campbell |
| 123321 | John A. Davis |
| 123324 | The Jakori Inter Vivos Trust |
| 123327 | Jeffrey Ward |
| 123330 | Odette F. Woitschek |