# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |
| Applies to: ALL CASES AND 2:10-CV-2771 | | |

## HALLIBURTON ENERGY SERVICES INC.'S MOTION FOR ADVERSE INFERENCES BASED ON DONALD VIDRINE'S ASSERTION OF THE FIFTH AMENDMENT

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion For Adverse Inferences Based on Donald Vidrine's Assertion of the Fifth Amendment, pursuant to the Court's Order from the Working Group Conference on February 15, 2013, which allows the parties to submit any briefing on adverse inferences for Donald Vidrine ("Vidrine") by February 22, 2013. (Rec. Doc. 8611 at p. 4). HESI previously reserved its right to supplement its Amended Motion for Adverse Inferences in the event that Vidrine invoked the Fifth Amendment. (Rec. Doc. 7644 at p. 1).

HESI respectfully seeks adverse inferences against BP based on Vidrine's Fifth Amendment invocations in his February 8, 2013 Response to Interrogatories propounded by Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively, "Transocean"). The arguments in support of the requested inferences are detailed in the attached Memorandum.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s Motion for Adverse Inferences Based on Donald Vidrine's Assertion of the Fifth Amendment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 22nd day of February, 2013.

      /s/  *Donald E. Godwin*
      Donald E. Godwin