| OFFICE | CLIENT NAME | SSN | DOC# | DATE | WW# |
|---|---|---|---|---|---|
| MS | St. Ann, Byron | 1441 | 112129 | 2/24/2012 | 1161 |
| MS | Finnegan, Martin | 8846 | 118608 | 4/22/2012 | 1215 |
| MS | Waddell, Donald | 9529 | 118619 | 4/22/2012 | 1221 |
| MS | Dodd, Edwin | 2644 | 118617 | 4/22/2012 | 1222 |
| MS | Dodd, Edwin | 2644 | 118617 | 4/22/2012 | 1222 |
| MS | Dodd, Edwin _Dodd Enterprises LLC | 8916 | 123195 | 2/22/2013 | 1222 |
| MS | Minkler, Frederick | O380 | 118983 | 5/13/2012 | 1223 |
| MS | Shepard, Dean | 3213 | 118613 | 4/22/2012 | 1224 |
| MS | Shepard, Dean | 3213 | 118613 | 4/22/2012 | 1224 |
| MS | Weiss, Raymond | 9320 | 118984 | 5/13/2012 | 1225 |
| MS | Shepard, Charles | 1916 | 118609 | 4/22/2012 | 1226 |
| MS | Gautier, David | 2085 | 118612 | 4/22/2012 | 1227 |
| MS | Schaffner, Virginia | 9346 | 118618 | 4/22/2012 | 1228 |
| MS | Crozat, Thomas | 9215 | 118614 | 4/22/2012 | 1229 |
| MS | Lamar, Charlotte | 9227 | 118615 | 4/22/2012 | 1230 |
| MS | Gautier, Donald Henry | 2508 | 118610 | 4/22/2012 | 1231 |
| MS | Gautier, Donald Henry | 2508 | 118610 | 4/22/2012 | 1231 |
| MS | Le, Lam | 5208 | 118174 | 4/4/2012 | 1235 |
| MS | Le, Minh | 4404 | 118175 | 4/4/2012 | 1236 |
| MS | Lobrano, William | O992 | 118981 | 5/13/2012 | 1242 |
| MS | Buckel, Kevin | 5818 | 118607 | 4/22/2012 | 1243 |
| MS | Bui, Chuong | 5325 | 118611 | 4/22/2012 | 1256 |
| MS | Thomas, Quentin | 1504 | 118616 | 4/22/2012 | 1261 |
| MS | Bodin, Jennie | 9491 | 119210 | 6/7/2012 | 1267 |
| MS | Bodin, Paul-Bay Marine Boatworks, Inc. | 8969 | 119214 | 6/7/2012 | 1268 |
| MS | Fahnestock, John | 4251 | 118726 | 4/23/2012 | 1274 |
| MS | Pham, Hoai | 5036 | 118980 | 5/13/2012 | 1287 |
| MS | Nguyen, John | 1931 | 118978 | 5/13/2012 | 1289 |
| MS | Clark, Chris | 3597 | 118977 | 5/13/2012 | 1290 |
| MS | Furr, Rosemary | 5277 | 118979 | 5/13/2012 | 1306 |
| MS | Reynolds, Michael | 4545 | 119206 | 6/7/2012 | 1311 |
| MS | Schumacher, Stephen | 4189 | 123213 | 2/22/2013 | 1313 |

| | | | | | |
|---|---|---|---|---|---|
| MS | Pham, Tho | 3552 | 118982 | 5/13/2012 | 1317 |
| MS | Williams, Gregory | 3959 | 119215 | 6/7/2012 | 1320 |
| MS | Williams, Kimberlee | 7031 | 119207 | 6/7/2012 | 1324 |
| MS | Dang, Jamie | 9922 | 119208 | 6/7/2012 | 1328 |
| MS | Branch, Wesley | 1111 | 119216 | 6/7/2012 | 1330 |
| MS | Garringer, James | O929 | 119209 | 6/7/2012 | 1334 |
| MS | Freeman, Thomas | 4475 | 119211 | 6/7/2012 | 1344 |
| MS | Freeman, Thomas | 4475 | 119211 | 6/7/2012 | 1344 |
| MS | Miner, John | 6273 | 119217 | 6/7/2012 | 1349 |
| MS | Nguyen, Hung Duc | 1458 | 119219 | 6/7/2012 | 1351 |
| MS | Riley, Jack | 9204 | 119218 | 6/7/2012 | 1352 |
| MS | Sekul, Sherman | O293 | 119213 | 6/7/2012 | 1354 |
| MS | Pham, Quang | 3751 | 119212 | 6/7/2012 | 1355 |
| MS | Connor, Ethelyn | 4479 | 119272 | 6/11/2012 | 1367 |
| MS | Joachim, Ethelyn | O486 | 119273 | 6/11/2012 | 1368 |
| MS | Kopszywa, Michael | 2586 | 120147 | 8/20/2012 | 1386 |
| MS | Kopszywa, Stanley | 1819 | 120148 | 8/20/2012 | 1387 |
| MS | Cockrell, Margaret | 4610 | 120145 | 8/20/2012 | 1389 |
| MS | Joachim, Randall Craig | 8517 | 120146 | 8/20/2012 | 1428 |
| MS | St. John, Samuel | 7207 | 123206 | 2/22/2013 | 1464 |
| MS | Thorne, Bryan | 8460 | 123199 | 2/22/2013 | 1475 |
| MS | Bodin, Paul S. | 5895 | 123207 | 2/22/2013 | 1494 |
| MS | Herron, William Joel | 2475 | 123190 | 2/22/2013 | 1495 |
| MS | Broussard, Paul N. | O102 | 123193 | 2/22/2013 | 1505 |
| MS | Dickson, Richard-Dickson Living Trust | 1176 | 123189 | 2/22/2013 | 1535 |
| MS | Smith, Susan | 5761 | 123197 | 2/22/2013 | 1544 |
| MS | Beckman, Mary Marr | 3664 | 123192 | 2/22/2013 | 1545 |
| MS | Baxter, Lloyd M | 4240 | 123187 | 2/22/2013 | 1553 |
| MS | Nguyen, Tommy Tai-Sally Kim IV Sally Kim IV, INC. | 8012 / 1993 | 123220/ 123221 | 2/22/2013 | 1593 |
| MS | Nguyen, Phuong | 8600 | 123196 | 2/22/2013 | 1608 |
| MS | Bodin, Rodney | 1867 | 123188 | 2/22/2013 | 1621 |
| MS | Bodin, Arthur | 2059 | 123201 | 2/22/2013 | 1622 |

| | | | | | |
|---|---|---|---|---|---|
| MS | Butirich, Patti | 5161 | 123203 | 2/22/2013 | 1624 |
| MS | Herron, Debra | 3456 | 123209 | 2/22/2013 | 1625 |
| MS | Crapon, Harry | 4061 | 123208 | 2/22/2013 | 1644 |
| MS | Werner, Lawrence-LJ's Body Shop | 3461 | 123212 | 2/22/2013 | 1678 |
| NOE | Tran, Hoang Quoc | 6089 | 112834 | 3/2/2012 | 1162 |
| NOE | Tran, Sen | 8702 | 112843 | 3/2/2012 | 1163 |
| NOE | Varner, Audrey | 1863 | 117973 | 3/15/2012 | 1168 |
| NOE | Latapie, Eurilda | 8036 | 117974 | 3/15/2012 | 1179 |
| NOE | Latapie, Charlotte | o484 | 117972 | 3/15/2012 | 1181 |
| NOE | Latapie, Crystal | 9959 | 118122 | 3/29/2012 | 1189 |
| NOE | Nguyen, Hue T. - Loy-N-Vet Food Market, Inc. | 3883 | 107030 | 7/11/2011 | 1192 |
| NOE | Battle, Cierra | 8723 | 118113 | 3/28/2012 | 1207 |
| NOE | Ha, Tran Van - F/V Sea Horse | 2582 | 118173 | 4/4/2012 | 1233 |
| NOE | Nguyen, Phu Thi | 6118 | 40324 | 5/15/2012 | 1234 |
| NOE | Sercovich, George A Jr | 3737 | 119255 | 6/10/2012 | 1237 |
| NOE | Tran, Thien Tim | 4248 | 118750 | 4/25/2012 | 1241 |
| NOE | Maxwell, Barbara B | 5071 | 118753 | 4/25/2012 | 1248 |
| NOE | Alfonso, Anthony E Jr. | 4724 | 123222 | 2/22/2013 | 1251 |
| NOE | Mankin, Donald | 6128 | 119263 | 6/10/2012 | 1254 |
| NOE | Attaway, Ronald | 4656 | 118747 | 4/25/2012 | 1255 |
| NOE | Watson, Steven | 7807 | 118752 | 4/25/2012 | 1259 |
| NOE | Falgout, Robert | 4062 | 118751 | 4/25/2012 | 1263 |
| NOE | Daspit, James E Jr. | 4864 | 118749 | 4/25/2012 | 1271 |
| NOE | Arbo, Craig | 1694 | 119253 | 6/10/2012 | 1272 |
| NOE | Pittman, Jerret | 4314 | 118748 | 4/25/2012 | 1286 |
| NOE | Baillio, Letitia | 3402 | 118754 | 4/25/2012 | 1291 |
| NOE | Watkins, Jo | O849 | 118986 | 5/13/2012 | 1296 |
| NOE | Gonzalez, Alejandro | O452 | 118985 | 5/13/2012 | 1299 |
| NOE | Nguyen, Cuc Thi | 6099 | 55101 | 5/16/2012 | 1302 |
| NOE | Nguyen, Dan T | 6088 | 54119 | 5/16/2012 | 1303 |
| NOE | Nguyen, Su N | O683 | 119259 | 6/10/2012 | 1304 |
| NOE | Tran, Francis Toan | 5809 | 119252 | 6/10/2012 | 1305 |

| | | | | | |
|---|---|---|---|---|---|
| NOE | Ngo, Hung Manh | OO29 | 119251 | 6/10/2012 | 1315 |
| NOE | Nguyen, Kathy Nhung - Chiropractic Care Clinic, LLC | 7902 | 123230 | 2/22/2013 | 1323 |
| NOE | Dargis, George D | O122 | 119254 | 6/10/2012 | 1326 |
| NOE | Bertucci, Pamela Ann | 9500 | 119262 | 6/10/2012 | 1331 |
| NOE | Steilberg, Beryl F | 6764 | 119260 | 6/10/2012 | 1332 |
| NOE | Arbo, Susan | 8916 | 119257 | 6/10/2012 | 1336 |
| NOE | Tran, Theresa Sac - F/V Captain Andy | 7708 | 119261 | 6/10/2012 | 1339 |
| NOE | Tran, Le Van | 7719 | 119256 | 6/10/2012 | 1340 |
| NOE | Carrone, Ronald | 9970 | 54029 / 119268 | 6/11/2012 | 1341 |
| NOE | Duplessis, Andrew J., Jr. | 6020 | 57359 / 119266 | 6/11/2012 | 1342 |
| NOE | Nguyen, Tinh Van | 5205 | 123224 | 2/22/2013 | 1343 |
| NOE | Veade, Danell S | 3114 | 119265 | 6/10/2012 | 1346 |
| NOE | Blanchard, Timothy S | O162 | 119250 | 6/10/2012 | 1347 |
| NOE | Pham, Tuyet - Orient Dong Phuong Restaurant, Inc. | 4150 | 123229 | 2/22/2013 | 1348 |
| NOE | Tran, Cuong Quoc | O130 | 119264 | 6/10/2012 | 1350 |
| NOE | Copling, Cindy B. | 7499 | 123226 | 2/22/2013 | 1353 |
| NOE | Landry, Janelle L | 2138 | 123356 | 2/22/2013 | 1372 |
| NOE | Phan, Thuy Thi | 4382 | 25225 | 3/9/2011 | 1382 |
| NOE | Tran, Ba Quan | 1760 | 123388 | 2/22/2013 | 1383 |
| NOE | Tran, Peter | 1659 | 42608 | 2/14/2012 | 1390 |
| NOE | Gordon, Christopher J | 1146 | 123357 | 2/22/2013 | 1392 |
| NOE | Parks, Lester J Jr. | 3851 | 123227 | 2/22/2013 | 1393 |
| NOE | Nguyen, Hung Manh | 7521 | 123386 | 2/22/2013 | 1413 |
| NOE | Vo, Charlie Lan | 3553 | 123369 | 2/22/2013 | 1424 |
| NOE | Radosta, Marcel T Jr. | 9566 | 123358 | 2/22/2013 | 1440 |
| NOE | Nagim, Ernest J Jr. | O270 | 123372 | 2/22/2013 | 1441 |
| NOE | Nagim, Ernest J Jr. | 3908 | 123383 | 2/22/2013 | 1442 |
| NOE | Ruggiero, Cathie A | 4618 | 123402 | 2/22/2013 | 1457 |
| NOE | Charbonnet, David - F/V Cat's Meow | 9543 | 123370 | 2/22/2013 | 1470 |

| | | | | | |
|---|---|---|---|---|---|
| NOE | Siebenkittel, Paul H | 8512 | 123375 | 2/22/2013 | 1473 |
| NOE | Charbonnet, Robert J | 5374 | 123368 | 2/22/2013 | 1474 |
| NOE | Wiener, Gary obo Three Burgers, LLC | 5998 | 123366 | 2/22/2013 | 1484 |
| NOE | Whites, Neely | 1020 | 123374 | 2/22/2013 | 1507 |
| NOE | Whites, Neely_Neely Whites Tax & Financials LLC | 8566 | 123373 | 2/22/2013 | 1508 |
| NOE | Le, Tri Q. | 1069 | 123376 | 2/22/2013 | 1511 |
| NOE | Le, Tuan Q. - Francis VI Inc. - F/V Sea Queen | 8166 | 76424 | 4/19/2011 | 1512 |
| NOE | Le, Tuan Q. | 1270 | 76421 | 4/19/2011 | 1513 |
| NOE | Cuccia, Lucas dba Louisiana Fresh Produce, LLC | 4559 | 120936 | 11/1/2012 | 1517 |
| NOE | Tran, Dao Thi | 7706 | 53674 | 4/13/2011 | 1528 |
| NOE | Nguyen, Cuong Van | 7011 | 123377 | 2/22/2013 | 1534 |
| NOE | Do, Jimmy | | 123378 | 2/22/2013 | 1538 |
| NOE | Nguyen, Loc Phuoc | 9421 | 123385 | 2/22/2013 | 1540 |
| NOE | Nguyen, Peter Trung - Huyen's Inc. - F/V Blue Crystal | 5655 | 123387 | 2/22/2013 | 1541 |
| NOE | Lopez, Stephen Richard Jr. | 7314 | 76499 | 4/20/2011 | 1564 |
| NOE | Martin, Melanie - New Orleans Celebrations, Inc | 1525 | 123381 | 2/22/2013 | 1573 |
| NOE | Robert, Jason - Po-Boy's Seafood #3 | O481 | 123382 | 2/22/2013 | 1584 |
| NOE | Nguyen, Son H | 2625 | 47070 | 4/8/2011 | 1587 |
| NOE | Booth, J Tracy | 3611 | 123404 | 2/22/2013 | 1588 |
| NOE | Bland, Dudley Clay Jr. | 3763 | 123389 | 2/22/2013 | 1592 |
| NOE | Bland, Wiley C Jr. | | 123399 | 2/22/2013 | 1594 |
| NOE | Sullivan, Deborah | 5804 | 123390 | 2/22/2013 | 1598 |
| NOE | Ha, Hai - Hai Huong, Inc. dba Johnny Food Mart | 3464 | 123384 | 2/22/2013 | 1611 |
| NOE | Tran, Trung Van | O634 | 108648 | 9/27/2011 | 1627 |
| NOE | Vo, Lien | 1784 | 48020 | 4/11/2011 | 1628 |
| NOE | Dargis, George D - Dargis Electric, Inc. | 3997 | 123379 | 2/22/2013 | 1652 |

| | | | | | |
|---|---|---|---|---|---|
| NOE | Nguyen, Bui - Westbank Investment Group, LLC | 4028 | 123403 | 2/22/2013 | 1655 |
| NOE | Walker, Jimmy - J.Walker Transportation, Inc. | 6725 | 123380 | 2/22/2013 | 1662 |
| NOE | Berger, Frederick J., Sr | 5250 | 123367 | 2/22/2013 | 1677 |
| NOE | Wiener, Gary obo NOHSC Management, LLC | 8207 | 123363 | 2/22/2013 | 1680 |
| NOE | Thigpen, Larry E., Jr_Thigpen Poultry Farm, Inc. | 9724 | 123398 | 2/22/2013 | 1682 |
| NOE | Verdun, Kelly | 9128 | 123397 | 2/22/2013 | 1684 |
| NOE | Richard, Michel | 7295 | 123225 | 2/22/2013 | 1401A |
| NOE | Richard, Chelsea | 4233 | 123231 | 2/22/2013 | 1401B |
| NOE | Davis, Scott A | 9973 | 123371 | 2/22/2013 | 1595A |
| NOE | Tran, Johnny Phuong | 6229 | 123400 | 2/22/2013 | 1090 |
| PACIT | Billiot, Laurencia | 326 | 117937 | 3/12/2012 | 1167 |
| PACIT | Dardar, Ernest | 3414 | 117939 | 3/12/2012 | 1172 |
| PACIT | Dardar, Eugene | 3469 | 123260 | 2/22/2013 | 1180 |
| PACIT | Verdin, John Jr. | 5225 | 123234 | 2/22/2013 | 1203 |
| PACIT | Hotard, Lawrence | 2083 | 123237 | 2/22/2013 | 1205 |
| PACIT | Dardar, Rusty Jim_LA-3292-BP | 3468 | 118183 | 4/5/2012 | 1240 |
| PACIT | Plaisance, Alvin | 2584 | 123240 | 2/22/2013 | 1247 |
| PACIT | Verdun, Christopher Jake | 4252 | 123232 | 2/22/2013 | 1250 |
| PACIT | Griffin, Billy | 2612 | 123235 | 2/22/2013 | 1265 |
| PACIT | Naquin, Collins | O479 | 123238 | 2/22/2013 | 1266 |
| PACIT | Dardar, Ronald | 3470 | 123/242 | 2/22/2013 | 1269 |
| PACIT | Verdin, Richard | 5856 | 123252 | 2/22/2013 | 1275 |
| PACIT | Billiot, Robin | 7445 | 123239 | 2/22/2013 | 1277 |
| PACIT | Guidry, James | 6751 | 123236 | 2/22/2013 | 1288 |
| PACIT | Verdin, Charles A. | 1551 | 123233 | 2/22/2013 | 1294 |
| PACIT | Naquin, Henry | 4513 | 123241 | 2/22/2013 | 1322 |
| PACIT | Neil, Geraldine | 1741 | 123258 | 2/22/2013 | 1362 |
| PACIT | Billiot, Mary Ann | O772 | 123261 | 2/22/2013 | 1371 |
| PACIT | Verdin, Christopher Anthony | 8149 | 123246 | 2/22/2013 | 1374 |

| | | | | | |
|---|---|---|---|---|---|
| PACIT | Naquin, Leonard | 2114 | 123248 | 2/22/2013 | 1375 |
| PACIT | Billiot, Forest | 6934 | 123255 | 2/22/2013 | 1377 |
| PACIT | Autin, Paul | OO86 | 123259 | 2/22/2013 | 1378 |
| PACIT | Dardar, Andrew | O418 | 123242 | 2/22/2013 | 1411 |
| PACIT | Neal, Carles | 1367 | 123250 | 2/22/2013 | 1523 |
| PACIT | Naquin, Keith | 2714 | 123256 | 2/22/2013 | 1531 |
| PACIT | Pitre, Emily | 1052 | 123244 | 2/22/2013 | 1651 |
| PACIT | Verdin, Rodney | 6505 | 60640 | 4/18/2011 | 306A |
| PACIT | Verdin, Rodney & Mary | 6505 | 60628 | 4/18/2011 | 306B |
| PACIT | Verdin, Charles E., Sr. | 8221 | 73445 / 72043 | 4/25/2011 | 7A |
| PACIT | Verdin, Charles E., Sr. - F/V Capt. Dickie | 1398 | 73442/72055 | 4/25/2011 | 7B |
| SLONE | Vallaire, Milton | 6062 | 123264 | 2/22/2013 | BP0612-01 |
| SLONE | Finch, Daniel | 2349 | 123265 | 2/22/2013 | BP0612-02 |
| SLONE | Stumpf, Janice S | 8652 | 123355 | 2/22/2013 | BP0612-03 |
| SLONE | Mathew, John M | 7872 | 123276 | 2/22/2013 | BP0612-04 |
| SLONE | Natal, Michael | 6470 | 123267 | 2/22/2013 | BP0612-05 |
| SLONE | Breeding, Henry B_Breeding Realty | 5290 | 123268 | 2/22/2013 | BP0612-06 |
| SLONE | Bowman, Janet R | 9964 | 123277 | 2/22/2013 | BP0612-07 |
| SLONE | Boudreau, John D. | 6450 | 123269 | 2/22/2013 | BP0612-08 |
| SLONE | Jean, Chris_CJS Real Estate | 9830 | 123271 | 2/22/2013 | BP0612-09 |
| SLONE | Jean, Chris_Marlstone, Inc. | 3895 | 123272 | 2/22/2013 | BP0612-10 |
| SLONE | Slone, Randolph C | 4113 | 123273 | 2/22/2013 | BP0612-11 |
| SLONE | Hildebrandt, David J, DDS | 7300 | 123278 | 2/22/2013 | BP0612-12 |
| SLONE | Cortez, Wilfred E, Jr._Will Cortez Insurance Agency, Inc. | 5595 | 123263 | 2/22/2013 | BP0612-13 |
| SLONE | Touchette, Danny B | 7218 | 123275 | 2/22/2013 | BP0612-14 |
| SLONE | Denham, Dwight | 3351 | 123279 | 2/22/2013 | BP0612-15 |
| SLONE | Natal, Ronald Sr. | 3311 | 123353 | 2/22/2013 | BP0612-16 |
| SLONE | McKelroy, Rita H | 7572 | 123401 | 2/22/2013 | BP0612-17 |
| SLONE | Hurley, Kevin J | 9590 | 123282 | 2/22/2013 | BP0612-18 |
| SLONE | Yost, William Frank | 4957 | 123284 | 2/22/2013 | BP0612-19 |

| | | | | | |
|---|---|---|---|---|---|
| SLONE | Krodinger, Carl M | 3796 | 123292 | 2/22/2013 | BP0612-20 |
| SLONE | Flattmann, Alan R | 6370 | 123351 | 2/22/2013 | BP0612-21 |
| SLONE | Jarrett, Mark A | 5190 | 123297 | 2/22/2013 | BP0612-22 |
| SLONE | Hildebrandt, David J, DDS | 8592 | 123303 | 2/22/2013 | BP0612-23 |
| SLONE | Dammon, Emmett G | 5648 | 123306 | 2/22/2013 | BP0612-24 |
| SLONE | Monnin, Todd S | 2093 | 123316 | 2/22/2013 | BP0612-26 |
| SLONE | Rodrigue, Derrell Paul_The Computer People, LLC | 2512 | 123323 | 2/22/2013 | BP0612-27 |
| SLONE | Starling, Barbara_Barbara's Victorian Closet | 6205 | 123326 | 2/22/2013 | BP0612-28 |
| SLONE | Moreau, Shane M | 5365 | 123329 | 2/22/2013 | BP0612-30 |
| SLONE | Moreau, Aaron J | 1184 | 123332 | 2/22/2013 | BP0612-31 |
| SLONE | Moreau, Lorie A_Lorie A Moreau, DDS A Prof Dental Corp | 5228 | 123334 | 2/22/2013 | BP0612-32 |
| SLONE | Quick, Robert_Quick Maintance Services, LLC | O874 | 123337 | 2/22/2013 | BP0612-36 |
| SLONE | Abney, Jack_Pinewood Country Club | 6124 | 123338 | 2/22/2013 | BP0612-37 |
| SLONE | Senkowski, Jack_Superior Door Company, LLC | 3710 | 123349 | 2/22/2013 | BP0612-38 |
| SLONE | Dudenhefer, Joseph | 3104 | 123359 | 2/22/2013 | BP0612-39 |
| SLONE | Lamarque, Jim C | | 123396 | 2/22/2013 | BP0612-40 |
| SLONE | Cassisa, John J_Trinity's Catering & Reception, LLC | 8482 | 123343 | 2/22/2013 | BP0612-41 |
| SLONE | Williams, Thomas B_Williams & Company, Inc. | 4450 | 123344 | 2/22/2013 | BP0612-42 |
| SLONE | Burvant, Doris T | 7906 | 123345 | 2/22/2013 | BP0612-43 |
| SLONE | Allen, Karen | O836 | 123346 | 2/22/2013 | BP0612-44 |
| SLONE | Moreau, Aaron J | 8357 | 123354 | 2/22/2013 | BP0612-45 |
| SLONE | Miller, Nathan_Northlake Lawn & Landscaping, LLC | O355 | 123347 | 2/22/2013 | BP0612-46 |
| SLONE | Lewis, Wilfred E Jr_Lewis Air Conditioning, LLC | 2248 | 123348 | 2/22/2013 | BP0612-47 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| SLONE | Barkemeyer, Sheri_K & S Industrial Supply, Inc. | 7113 | 123350 | 2/22/2013 | BP0612-48 |
| WB | Sylve, Dennis Anthony | 5118 | 115731 | 3/5/2012 | 1165 |
| WB | Nguyen, Su Thi | 8870 | 117393 | 3/6/2012 | 1166 |
| WB | Monteiro, Anne | 1727 | 117918 | 3/9/2012 | 1169 |
| WB | Sylve, Curtis | 9783 | 117927 | 3/12/2012 | 1170 |
| WB | Rodriguez, Santos | 1473 | 118001 | 3/20/2012 | 1182 |
| WB | Flores-Vega, Jose | 9813 | 117952 | 3/14/2012 | 1183 |
| WB | Phillips, Anthony | 9430 | 117953 | 3/15/2012 | 1184 |
| WB | Lopez, Devin | 3169 | 117995 | 3/19/2012 | 1186 |
| WB | Lim, Suor | 6665 | 121367 | 12/12/2012 | 1187 |
| WB | Ford, Jamaal | 9051 | 118033 | 3/20/2012 | 1190 |
| WB | Dang, Quang | 4748 | 118160 | 4/3/2012 | 1191 |
| WB | Tran, Ly | 4835 | 118071 | 3/23/2012 | 1193 |
| WB | Singley, Glenn | O638 | 118060 | 3/23/2012 | 1195 |
| WB | Vongrith, Richard | 2396 | 118046 | 3/21/2012 | 1196 |
| WB | Leboeuf, Dwayne | 1863 | 118520 | 4/19/2012 | 1197 |
| WB | Mao, Kim | 7804 | 107308/118074 | 8/15/2011 | 1200 |
| WB | Kang, Sambo | 8345 | 107309/118075 | 8/16/2011 | 1204 |
| WB | Arnoult, Joshua | 2118 | 118097 | 3/27/2012 | 1209 |
| WB | Tabor, Krystle | 9072 | 118098 | 3/27/2012 | 1210 |
| WB | Sylve, Roy | 7080 | 118112 | 3/28/2012 | 1214 |
| WB | Thach, Phuong | 3128 | 118124 | 3/29/2012 | 1216 |
| WB | Nguyen, Tam Van | 1740 | 118129 | 6/2/2011 | 1220 |
| WB | Tran, Cong | 2747 | 118144 | 4/2/2012 | 1232 |
| WB | Palmisano, Dwayne Jr. | 5286 | 118184 | 4/5/2012 | 1239 |
| WB | Do, Dan | 8121 | 118350 | 4/10/2012 | 1244 |
| WB | Phillippe, John | 1743 | 118365 | 4/11/2012 | 1245 |
| WB | Phillippe, Jenna | 5026 | 118366 | 4/11/2012 | 1249 |
| WB | Watson, Frank | 3391 | 118378 | 4/12/2012 | 1253 |
| WB | Huynh, Hau | 4034 | 118448 | 4/17/2012 | 1264 |

| | | | | | |
|---|---|---|---|---|---|
| WB | Hoang, Tien | 8198 | 118746 | 4/25/2012 | 1273 |
| WB | Nguyen, Luc Van | 1541 | 118742 | 4/24/2012 | 1276 |
| WB | Nguyen, Nhat Van | 4765 | 118624 | 4/23/2012 | 1278 |
| WB | Palmisano, Dwayne Sr. | 5527 | 118628 | 4/23/2012 | 1279 |
| WB | Lu, Trang | 8570 | 118734 | 4/23/2012 | 1281 |
| WB | Creppel, Nathan | 4060 | 118737 | 4/24/2012 | 1282 |
| WB | Pham, Jessica | 1236 | 118735 | 4/23/2012 | 1283 |
| WB | Creppel, Deborah | 2374 | 118732 | 4/23/2012 | 1285 |
| WB | Brunet, Melvin | 1310 | 118768 | 4/26/2012 | 1293 |
| WB | Nguyen, Nam Van | 1417 | 118824 | 5/1/2012 | 1300 |
| WB | Tran, Thoi Cong | 4443 | 118886 | 5/8/2012 | 1308 |
| WB | Kien, Thau | 4492 | 118928 | 5/10/2012 | 1310 |
| WB | Phan, Ngoc | 2207 | 118885 | 5/8/2012 | 1312 |
| WB | Bourgeois, Trinity | 2549 | 118953 | 5/10/2012 | 1316 |
| WB | Sutro, Sean | 5147 | 119008 | 5/14/2012 | 1318 |
| WB | Cao, Sonny | 7444 | 119009 | 5/15/2012 | 1319 |
| WB | Hoang, Kimberly | 4924 | 119097 | 5/21/2012 | 1327 |
| WB | Nguyen, Duc Van | 2679 | 119113 | 5/23/2012 | 1329 |
| WB | Nguyen, Jonathan | 8503 | 119120 | 5/24/2012 | 1333 |
| WB | Dufrene, Carla | 1769 | 119183 | 6/4/2012 | 1357 |
| WB | Pham, Nhan | 3792 | 119196 | 6/5/2012 | 1358 |
| WB | Ngo, Son | 7949 | 119758 | 7/16/2012 | 1359 |
| WB | Billiot, Alexandre | | 123274 | 2/22/2013 | 1360 |
| WB | Muniz, J Roberto | O460 | 120345 | 9/4/2012 | 1361 |
| WB | Benoit, Nicholas | 1623 | 119285 | 6/12/2012 | 1363 |
| WB | Manuel, Nelson | O257 | 119228 | 6/7/2012 | 1364 |
| WB | Ancar, Derwin Anthony | 5636 | 119270 | 6/11/2012 | 1370 |
| WB | Do, Tri | 5263 | 119415 | 6/19/2012 | 1380 |
| WB | Nguyen, Lam | 3960 | 119420 | 6/20/2012 | 1388 |
| WB | Nguyen, Manh Tan | 2636 | 119423 | 6/21/2012 | 1391 |
| WB | Le, Nhan | 9126 | 119510 | 6/25/2012 | 1397 |
| WB | Le, Danh | 9239 | 119511 | 6/25/2012 | 1399 |
| WB | Hoang, Kimberly | 7677 | 119731 | 7/13/2012 | 1404 |

| | | | | | |
|---|---|---|---|---|---|
| WB | Ferrara, Jonathan | 1289 | 119759 | 7/16/2012 | 1405 |
| WB | Ferrara, Jonathan | 9495 | 119736 | 7/16/2012 | 1406 |
| WB | Hoang, Kimberly | 6056 | 119657 | 7/9/2012 | 1407 |
| WB | Pham, Phi | 2286 | 119656 | 7/9/2012 | 1412 |
| WB | Suong, Sieng | 9999 | 119733 | 7/16/2012 | 1418 |
| WB | Sylve, Danny Monty | 1156 | 119760 | 7/16/2012 | 1423 |
| WB | Ancar, William Jr. | 4893 | 120114 | 8/16/2012 | 1443 |
| WB | Gonzales-Bautista, Mario Luis | 8959 | 120344 | 9/4/2012 | 1451 |
| WB | Nguyen, Duong Hoang | 9230 | 120223 | 8/23/2012 | 1462 |
| WB | Montecino, Clifford Joseph | 3070 | 120615 | 9/20/2012 | 1479 |
| WB | Jaspriza, Warren Vincent Jr. | 5332 | 120633 | 9/26/2012 | 1481 |
| WB | Johnson, Randy | 4873 | 120754 | 10/8/2012 | 1483 |
| WB | Ronquille, Julie_ LA Coastal Marine Services, LLC | 8322 | 120652 | 9/26/2012 | 1486 |
| WB | Ronquille, Julie_ Pro Bush Hog Services, LLC | 5178 | 120651 | 9/26/2012 | 1487 |
| WB | Thompson, Louis Gerald | 9161 | 120785 | 10/10/2012 | 1498 |
| WB | Illg, David Jr. | 6841 | 120802 | 10/16/2012 | 1502 |
| WB | Williamson, Kevin Sr. | 1493 | 120803 | 10/17/2012 | 1503 |
| WB | US Biennial, Inc. | 4608 | 122613 | 1/4/2013 | 1504 |
| WB | Bui, Thu | 6625 | 120818 | 10/22/2012 | 1509 |
| WB | Tu, Thuy Thi Kim | 2096 | 120845 | 10/25/2012 | 1516 |
| WB | Johnson, Albert Daniel | 5781 | 120856 | 10/26/2012 | 1520 |
| WB | Duplessis, Clarence_Triple C Seafood, INC. | 4385 | 120898 | 10/31/2012 | 1525 |
| WB | Johnson, Martin Daniel | 9022 | 120894 | 10/30/2012 | 1530 |
| WB | Landry, Michael | 5298 | 120895 | 10/30/2012 | 1532 |
| WB | Peneguy, Mark | 6892 | 123262 | 2/22/2013 | 1536 |
| WB | Peneguy, Mark_The Marais Company, LLC | 6259 | 123280 | 2/22/2013 | 1537 |
| WB | Nguyen, Cao_Collison Depot, LLC | 3499 | 121000 | 11/8/2012 | 1547 |
| WB | Jourdan, Leonard Jr._ LA Marine Service, LLC | 7938 | 121181 | 11/14/2012 | 1552 |

| | | | | | |
|---|---|---|---|---|---|
| WB | Jourdan, Leonard Jr._Bonvillian Marine Service, INC | 8441 | 121182 | 11/14/2012 | 1554 |
| WB | Kennedy, Steven Paul | 5805 | 121246 | 11/28/2012 | 1560 |
| WB | Cervantes-Olvera, Pablo | 9509 | 121244 | 11/27/2012 | 1561 |
| WB | Pham, Van V | 5231 | 121245 | 11/27/2012 | 1562 |
| WB | Rodriguez-Cervantes, Jluz | 3177 | 121249 | 11/29/2012 | 1565 |
| WB | Parks Manufacturing, Inc dba Blue Wave Boats | OO55 | 121325 | 12/5/2012 | 1566 |
| WB | Rodriguez-Saldana, Roque | 1019 | 121267 | 11/29/2012 | 1567 |
| WB | Rodriguez-Cardenas, Jose de Jesus | 8695 | 121269 | 11/29/2012 | 1568 |
| WB | Rodriguez-Flores, Jose Miguel | 6005 | 121268 | 11/29/2012 | 1569 |
| WB | Cervantes-Muniz, Gerardo Jesus | 1271 | 121270 | 11/29/2012 | 1571 |
| WB | Lincoln, Timothy_Bucks & Boars Bar, LLC | 9291 | 122604 | 1/2/2013 | 1575 |
| WB | Tran, Khanh Hoang | 9842 | 121322 | 12/3/2012 | 1577 |
| WB | Cao, Tuong Van | 7306 | 121271 | 12/3/2012 | 1578 |
| WB | Dupuy, Homer III_The HJD Corporation dba The Dupuy | 4165 | 121324 | 12/5/2012 | 1582 |
| WB | Blondiau, Gregory | 8462 | 121362 | 12/7/2012 | 1585 |
| WB | Galt, Giles | 7535 | 122620 | 1/4/2013 | 1586 |
| WB | Lincoln, Timothy_Reliable Vending, LLC. | 2538 | 122621 | 1/7/2013 | 1589 |
| WB | Smith, Brenda_Gator Boat Rental, Inc. | 3649 | 121368 | 12/12/2012 | 1590 |
| WB | Vega, Salvador Almaguer | 9947 | 121531 | 12/18/2012 | 1597 |
| WB | Vu, Mao_Mutual Co., LLC | 1605 | 121657 | 12/19/2012 | 1599 |
| WB | Cardenas, Laurentino Montezuma | 5748 | 122610 | 1/3/2013 | 1612 |
| WB | Cardenas, Juvenal A. | 9616 | 122608 | 1/3/2013 | 1613 |
| WB | Cervantes-Morales, Fernando | 6708 | 122618 | 1/4/2013 | 1614 |
| WB | Nguyen, Khuong Duy | 6254 | 122617 | 1/4/2013 | 1615 |
| WB | Hudson, Michel John | 3620 | 122612 | 1/4/2013 | 1616 |
| WB | Nguyen, Hung Manh | OO48 | 122615 | 1/4/2013 | 1617 |
| WB | Nguyen, Tony Nghi | 7122 | 122624 | 1/8/2013 | 1618 |
| WB | Dang, Thuc Van | 9652 | 122616 | 1/4/2013 | 1619 |
| WB | Nguyen, Jimmy | O371 | 122619 | 1/5/2013 | 1620 |
| WB | Quevedo-Badillo, Federico | 8224 | 122628 | 1/8/2013 | 1623 |

| | | | | | |
|---|---|---|---|---|---|
| WB | Garcia, Pamela Ann | 1797 | 122623 | 1/7/2013 | 1626 |
| WB | Couvillion, Christina_Quality First Construction,LLC dba Quality First Marine | 4341 | 122649 | 1/15/2013 | 1629 |
| WB | Rodriguez-Cervantes, Isaac | 8324 | 122625 | 1/8/2013 | 1630 |
| WB | Rodriguez-Cardenas, Jorge | 7580 | 122626 | 1/8/2013 | 1632 |
| WB | Vega-Rodriguez, Fermin | 7579 | 122627 | 1/9/2013 | 1633 |
| WB | Rivas, Jose Rene | O678 | 122639 | 1/9/2013 | 1635 |
| WB | Nguyen, Tuan Huu | 3268 | 122643 | 1/14/2013 | 1637 |
| WB | Badillo-Ramirez, Casar | 2103 | 122645 | 1/14/2013 | 1638 |
| WB | Rodriguez, Jose Francisco | 5606 | 122642 | 1/14/2013 | 1639 |
| WB | Cervantes, Jose Aurelio | O126 | 122646 | 1/14/2013 | 1640 |
| WB | Olivier, Pierre | 8918 | 123317 | 2/22/2013 | 1642 |
| WB | Huynh, Van | 1836 | 122647 | 1/14/2013 | 1643 |
| WB | Cervantes-Olvera, Gerardo Jesus | 3134 | 122644 | 1/14/2013 | 1645 |
| WB | Mendez-Trejo, Cristobal | 2947 | 222648 | 1/14/2013 | 1646 |
| WB | Swift, Jonathan Timothy | 9696 | 122713 | 1/16/2013 | 1647 |
| WB | Duplessis, Clarence | 3118 | 122651 | 1/15/2013 | 1648 |
| WB | Cuellar-Hernandez, Jose Abel | 8664 | 122728 | 1/17/2013 | 1654 |
| WB | Church Streeet Properties, LLC. | 5267 | 123341 | 2/22/2013 | 1656 |
| WB | Raoul Olivier Trust No. 1 | 4204 | 123352 | 2/22/2013 | 1657 |
| WB | Brown, Jules | 2263 | 122926 | 1/31/2013 | 1659 |
| WB | Dufrene, Todd_Todd's Fiberglass Kustomizing | 9509 | 122737 | 1/21/2013 | 1663 |
| WB | Menge, Mart Ellen_Bacom Communications, LLC | 7697 | 122812 | 1/24/2013 | 1664 |
| WB | Porcari, Laurel_LA Porcari, LLC. | | 123223 | 2/22/2013 | 1665 |
| WB | Sylve, Shantell | 2066 | 122738 | 1/22/2013 | 1666 |
| WB | Sylve, Destiny | 2290 | 122743 | 1/22/2013 | 1667 |
| WB | Butler, Natalie | 8039 | 122744 | 1/22/2013 | 1668 |
| WB | Sylve, Noel | 3585 | 122745 | 1/22/2013 | 1669 |
| WB | Badillo-Campozano, Marcos | 8565 | 122813 | 1/25/2013 | 1670 |
| WB | Champagne, Clarence J. | 8747 | 123057 | 2/18/2013 | 1672 |
| WB | Barthelemy, Andria Sylve | 9285 | 122935 | 2/4/2013 | 1681 |