UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: ALL CASES | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S MOTION FOR LEAVE TO ADD
DOCUMENTS TO ITS PHASE ONE TRIAL EXHIBIT LIST**

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel and subject to their continuing objections to the admissibility of TREX-026023 and TREX-063193, and respectfully file this Motion for Leave, seeking an Order permitting Transocean to add certain documents relating to the *Arctic I*'s Health, Safety, and Environment status to its Phase One Trial Exhibit List. For the reasons set forth in the accompanying Memorandum in Support, Transocean respectfully requests entry of an Order granting its Motion for Leave to Add Documents to its Phase One Trial Exhibit List.

DATED: February 23, 2013                                Respectfully submitted,

| | |
|---|---|
| By: /s/ Brad D. Brian | By: /s/ Steven L. Roberts |
| Brad D. Brian | Steven L. Roberts |
| Michael R. Doyen | Rachel Giesber Clingman |
| Daniel B. Levin | Sean Jordan |
| Susan E. Nash | SUTHERLAND ASBILL & BRENNAN LLP |
| MUNGER TOLLES & OLSON LLP | 1001 Fannin Street, Suite 3700 |
| 355 So. Grand Avenue, 35th Floor | Houston, Texas 77002 |
| Los Angeles, CA 90071 | Tel: (713) 470-6100 |

1

| | |
|---|---|
| Tel: (213) 683-9100 | Fax: (713) 354-1301 |
| Fax: (213) 683-5180 | Email: steven.roberts@sutherland.com |
| Email: brad.brian@mto.com | rachel.clingman@sutherland.com |
|     michael.doyen@mto.com | sean.jordan@sutherland.com |
|     daniel.levin@mto.com | |
|     susan.nash@mto.com | By: /s/ Kerry J. Miller |
| | Kerry J. Miller |
| | FRILOT, LLC |
| | 110 Poydras St., Suite 3700 |
| | New Orleans, LA 70163 |
| By:  /s/ Edwin G. Preis | Tel: (504) 599-8194 |
| Edwin G. Preis, Jr. | Fax: (504) 599-8154 |
| PREIS & ROY PLC | Email: kmiller@frilot.com |
| Versailles Blvd., Suite 400 | |
| Lafayette, LA 70501 | John M. Elsley |
| (337) 237-6062 | ROYSTON, RAYZOR, VICKERY & WILLIAMS |
|     *and* | LLP |
| 601 Poydras Street, Suite 1700 | 711 Louisiana Street, Suite 500 |
| New Orleans, LA 70130 | Houston, TX 77002 |
| (504) 581-6062 | (713) 224-8380 |

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                   /s/ Kerry J. Miller
                                                    Kerry J. Miller