UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| Applies to: ALL CASES | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO ADD DOCUMENTS TO ITS PHASE ONE TRIAL EXHIBIT LIST**

On February 21, 2013, the Court granted in part and denied in part Transocean's motion in limine to preclude evidence of prior events unrelated to the Macondo well. [Docs. 8287, 8648]. One of the documents ruled admissible—listed by the PSC as TREX-026023 and by HESI as TREX-063193—is an email chain concerning conditions on the *Arctic I* rig while working for Shell in Brazil. Magistrate Shushan reviewed this document in connection with the PSC's request to take additional Phase I depositions and determined that it was outside the scope of Phase I discovery: "With some limited exceptions, discovery has been confined to the GOM. The PSC will not be prejudiced by not being permitted to examine someone on this document. It has not demonstrated good cause." [Doc. 7268 at 5].

Notwithstanding that this document related to the conditions aboard a rig operating for a different operator in a different hemisphere than the *Deepwater Horizon* is not responsive to any discovery request or properly within the scope of Phase I discovery, it was ruled admissible in the February 22, 2013 Order and parties will be able to introduce it against Transocean, presumably to demonstrate that alleged "systemic" safety problems led to Macondo. To respond to these allegations, Transocean should be permitted to introduce evidence to defend its conduct and show why TREX-026023 and TREX-063193 do not reflect any systemic process safety

1

issues and are in no way probative of the events of Macondo.  Transocean therefore requests and good cause exists to grant leave to add the following documents to its Phase I Exhibit List:

| | | | | |
|---|---|---|---|---|
| TREX-52686 | TRN-MDL-08077049 | TRN-MDL-08077049 | 10/11/2010 | Letter from Peter Sharpe, Executive Vice President of Shell International, thanking Michael Legrand and the crew of the *Arctic I* for their professionalism and commitment to safety. |
| TREX-52687 | TRN-MDL-08077027 | TRN-MDL-08077036 | March 2010 | *Arctic I* Shell BC-10-Go Forward Plan slide deck. |
| TREX-52688 | TRN-MDL-08077037 | TRN-MDL-08077040 | 6/9/2010 | Action Item Verification Exercise SBEP HSE MS Audit slide deck. |
| TREX-52689 | TRN-MDL-08077041 | TRN-MDL-08077048 | 10/6/2010 | *Arctic I* Business Performance Review Jan 1, 2010 – Sept. 30, 2010 slide deck. |

The four documents identified above will show that Transocean worked with Shell to proactively address the conditions identified in TREX-026023 and TREX-063193.  For example, the June 9, 2010 Action Item Verification Exercise SBEP HSE MS Audit presentation that followed the audit discussed in TREX-026023 and TREX-063193 notes, "Significant progress in all areas evident; Leadership and staff engagement with respect to audit response; Cultural improvements noted by staff."  (Ex. A at TRN-MDL-08077039).  Moreover, by October 2010, the Executive Vice President of Shell International thanked the *Arctic 1* crew for their commitment to safety and for delivering operational performance of the highest quality, noting in part: "I was extremely impressed with the professionalism and safety commitment of everyone onboard.  The management of HSE on the rig has improved markedly over the last year and that is a credit to everyone who works on the *Arctic 1*" and "the *Arctic 1* has provided excellent service to Shell on the BC-10 project."  *Id.* at TRN-MDL-08077049.

For the foregoing reasons, Transocean respectfully requests that it be granted leave to add

the above-referenced documents to its Phase One Trial Exhibit List.

DATED:  February 23, 2013

Respectfully submitted,

By: /s/ Brad D. Brian
Brad D. Brian
Michael R. Doyen
Daniel B. Levin
Susan E. Nash
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel:  (213) 683-9100
Fax:  (213) 683-5180
Email: brad.brian@mto.com
    michael.doyen@mto.com
    daniel.levin@mto.com
    susan.nash@mto.com

By:  /s/ Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
    and
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By: /s/ Steven L. Roberts
Steven L. Roberts
Rachel Giesber Clingman
Sean Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel:  (713) 470-6100
Fax:  (713) 354-1301
Email: steven.roberts@sutherland.com
rachel.clingman@sutherland.com
sean.jordan@sutherland.com

By:  /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel:  (504) 599-8194
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller
Kerry J. Miller