

# ARCTIC 1

## Shell BC-10 - Go Forward Plan

### March 2010



TRN-MDL-08077027

1

*Revision 23*



# Lifting Gear

## » HISTORY

› 2009 3rd Party Survey completed in April 2009 however results and documentation were poor.

› 6 month survey in October 2009 was partially executed leaving multiple colors of lifting gear.  Register was determined to be difficult to use.  Plans were prepared for a major revision but execution of the plan was poor / slow.

› 3rd Party lifting gear inspection company joined the Rig in Mid-January to commence the 2010 survey and transfer all lifting gear to the 2010 Q1-Q2 color of yellow.  Their progress was slow and priorities, with hind sight, were incorrect.

› Crane wires began reaching 2 year service in November.  Starboard, Port and Aft Cranes had some wires that were past 2 years service.

## » CURRENT STATE

› All loose lifting gear in use is now yellow and the register is in the new format with all items listed and certificates verified.

› A rush order has been received onboard for slings and equipment that required replacement.

› Port Crane wires were changed.

› Aft Crane wires were changed.

› Stbd Crane main hoist and wipe line were changed. Luffing wire is overdue to change out since May 7th. Wire is available and decision made to change it by mid July with new mid boom section installation. Exemption in place.



# Lifting Gear

» **FORWARD PLAN**

› Complete change out of aft crane luffing wire. **DONE**

› Starboard main hoist wire was replaced. **DONE**

› Update of the 2010 Lifting gear survey changing the color code to Yellow.  **DONE**

› Move existing quarantine area to a secure, locked position which will be fabricated under the stairway near the #5/6 winch. **DONE**

› Change hang off slings prior to next slip and cut. **DONE**

› Revise lifting register process which will include: (by April 28th – RMA). **DONE**

› Education of crews (To be conducted during weekly safety meetings, by OIM started on April 4th concluding on May 10th (tracked in GMS)): **DONE**

  › Roll out of Shell protocol which includes procedures for transit slings and 3rd party lifting gear.
  › Mechanical lifting policy reviews.

› Audit maintenance history, certification, and condition of tuggers and man riders to address Shell audit concerns. Audit completed, report by April 20th  (RMA). **DONE**

› Manriding tuggers maintenance course to be provided for Chief Mechanics. Supplier was contacted and waiting on both Chief Mechanics to book the dates. (RMP) by June 30th

› Signs ("Up" & "Down") marks on dual language to be completed all Tuggers by Jun 6th (PTP) **DONE**

› New cable for rig floor manriding tugger is onboard. To be installed by Jun 8th. (OIM)

› Lifting Gear Register to be re visited for accuracy. 20% check by Jun 9th. (Barge Sup)

TRN-MDL-08077029



# Pressure vessels

» **HISTORY**

› Pressure vessels were inspected during the shipyard period in late 2007 in accordance with requirement for 5 yearly visual internal inspections.

› Shimmer was on board in late 2008 – early 2009 to work on the Brazilian NR-13 requirements. They left the Rig with the job incomplete due to bed space requirements. They have been on the third party list for return to the rig since August 2009.

» **CURRENT STATE**

› Shimmer currently onboard progressing on the PRVs and NR 13 workscope.

» **FUTURE PLAN**

› Shimmer inspections include PM's on the vessels and their relief valves.  Access to systems will require coordination with Shell. Completion of PRVs assuming manning is available and access to the equipment estimated completion by June 30th (Maint. Supv.). PRVs data to be in RMS by July 10th (RMS Coord.). Shimmer's total scope (NR 13) estimated completion by June 30th. (Maint. Supv.)

› Portions of the register prepared by Shimmer for NR 13 compliance will be transferred to RMS to address company requirements. Final Shimmer report and incorporation of data into RMS will be complete by July 10th (RMS Administrator)

› 10ea MRTs completed during Nautilus Riser Change out and remaining 2ea during BJ-R rig Move. All MRTs PRVs were completed. (Maint Sup.)

TRN-MDL-08077030



# Maintenance System (RMS)

» **HISTORY**

› RMS has become "cluttered" with erroneous information, duplication of tasks, poor integration between systems and poor maintenance onboard and ashore.  This has led to a general lack of attention to the system.

› The deferral process has not been correctly applied and training on the process needs to be revisited.

» **CURRENT STATE**

› Emphasis has been placed on cleaning up the Daily Report which is leading to the overall purging of the RMS system and producing a manageable document.

» **FUTURE PLAN**

› Update of all Overdue jobs and Jobs waiting on parts will be completed by June 15th (Maint. Supv.) **On Going**

› RMS team in Houston will assist in reduction of duplicate tasks. Paul Janes to join the rig by mid June. (OMA) **In Planning**

  › Follow up with RMS Support in Houston to be sure change requests and deferral requests are action on an urgent basis to expedite the clean up progress.

  › Daily report to be reviewed by rig supervision and RMA daily. Operations Manager Asset to provide at least a weekly review.

› Enhanced MPI meeting will be held twice per month by April 20th (RMA). **DONE.**

› RMS support (Marcelo Ribeiro) currently assisting with clean up of data and provide on the job coaching to crews. Schedule 14x14 days onboard. **On Going**

› Reinforce  the use of the deferral process to manage overdue jobs and ensure relevant notes on the job status are included on daily report. Done for the crew currently onboard. **On Going**

› Interim control measures to be in place for Open Bulletins. (RMA) **DONE.**

› Some Overdue PMs to be closed during shutdowns. (RMA) **DONE**

TRN-MDL-08077031



# DROPS

» **HISTORY**

› A DROPS survey was completed in April 2008 by SSI

› DROPS PM's have been completed in a timely manner.  However, the standards of these inspections are suspect based on the new 3rd party inspection

» **CURRENT STATE**

› A new 3rd party drops survey has been completed by ADC in late January with a list of 1426 items to be addressed.

› All high critical items were closed out during the DROPs survey by the ADC team.

» **FUTURE**

› Priority listing of survey to ensure focus – deliver final prioritized with planned completion dates. **DONE**

› Implementation of the Inspection books and revision of the RMS tasks. **On Going**
  › Pictures books are currently being used.
  › RMS Support working on inclusion of these books and revision of the tasks on RMS. (OMA)

› Invite John Cook with Shell to participate in the Quarterly Drops steering committee meeting since he is the Shell DROPS chairman by June 14th. (RMP) **In Planning**

› Continue the education of the crew in hazard identification as it relates to potential dropped objects. (Coaching, Secondary Retention handbook, Prompt Cards) **On Going**

› Baseline survey (PMAA) by HSE Advisor to evaluate effectiveness of plan by May 31st . (RMP) **DONE**

› Red Zone Management to be addressed with the crew and sings checked. May 12th (RMP) **DONE**

› Focus on DROPs list A1 items during weeks # 22 / 23 (RMP/RMA). **16 A1 open on June 6th.**

› **66% of the 1426 items already completed (723) or deferred (215).**

› A1 priority classification to be re visited by Jun 9th. (RMP & PTP) **In Planning**

TRN-MDL-08077032



# Accommodation/Housekeeping Improvement

» **CURRENT STATE**
  › Change Room and 11ea Cabins requiring refurbishment to enhance living conditions onboard.
  › Survey has been performed and proposed workscope is defined for these tasks.

» **FUTURE**
  › Change Room is going to be completely refurbished. We had to release crew on May 18th (POB Issue). 95% Completed. Toilet and urinal to be completed. (OIM) **On Going.** Crew planned to return on Jun 4th.
  › Once Change Room is complete, cabins will be refurbished one at a time on the following sequence: 1.2, 1.8, 2.20, 1.10, 1.14, 2.29, 1.3, 1.5, 1.13, 1.19 and 1.1 by Dec 31st. (OIM) **In Planning. 4 men crew planned to embarked on Jun 4th.**
  › Assistance will be required to allow project company to stay onboard and allow continuity. Weekly review. (RMP & Shell Drilling Sup.) **On Going**

» **HOUSEKEEPING**
  › Area vs Responsibility List to be posted onboard. By May 20th (OIM). **DONE**

 **Transocean**

## CULTURE ONBOARD

» # Education and Training History

› **The following personnel changes were made since June 2009 to foster a cultural change:**

› **June '09 Maint Supv - Kare Paus**

› **July '09 Rig Managers - Arthur Russi & Philip O'Keeffe**

› **Aug '09 OIM - Bob Russell**

› **Aug '09 Perf TP - Carlos Espinoza**

› **Sept '09 RSTC - Ana Costa**

› **Sept '09 Barge Supv - Bruce Thompson**

› **Nov '09 Barge Supv - Ian Carmichael**

› **Dec'09 Subsea Eng - Harry Bhinder**

**EQUILIBRIA coaches were used since October 2009 to assist coaching and training rig team members on HSE fundamental processes – START – THINK – TOFS and Prompt cards.**

TRN-MDL-08077034



# CULTURE ONBOARD

» **Education and Training plan forward:**
  › HSE Coach Claude Thomas spent 4 (2 hitches of 14 days) weeks onboard coaching on fundamentals – THINK, START, TOFS & prompt card. **DONE**
  › An emphasis will be placed on Priorities between Critical Maintenance and Operations. Weekly review. (RMP & Shell Drilling Sup.) **On Going**
  › SLF (Safety Leadership Foundation) Seminar planned for the July to cover the entire crew. **In Planning**

» **Additional personnel changes**
  › **Performance Toolpusher (Ricky Parrie by Thierry Heudes, May 5th)** - changes required to freshen up drilling department. **DONE.**
  › **Snr Materials Coordinator (Mitch McRaney by Robson Batista, May 5th)** – This addresses warehouse management issues that are clogging RMS at the moment. **DONE**
  › **Snr Subsea Supervisor (John Janway by TBD) –** The intent is to improve reporting in the maintenance system and improve the communication of issues within the operational team.
  › **Assistant Barge Supervisor (Randall Starrett by Steve Hannar)** – Strengthening of marine department with experience. **DONE.**
  › **Additional Chief Mechanic (Nilton Clemente, April 10th)** – Temporary addition of experienced Mechanic to address overdue PM's. **DONE.**



# Additional Actions

» A repeat of the Shell Wells Audit is scheduled for June 9th.
» Conduct a Safety Critical Spares Review by Jun 15th. (RMA) **50% complete**
» Weekly meeting to be held with Shell management to review progress. **DONE**
» One Rig Manager will visit the Rig every other week to maintain momentum on the priorities leading up to the audit. **DONE**
» HSE Adv, OMA and OMP will conduct additional rig visits to gauge progress rate. **DONE**
» Planned rig shut down (s) will be conducted with specific objectives. Time and duration to be agreed with SHELL local management.
  › 1st Shutdown. **DONE**
  › 2nd Shutdown ongoing during riser change out, scope includes as minimum: MRTs NR13, MRT Slip & Cut, SID and SBOP Tests and Drilling Equipment PMs. **DONE**
» Starboard Crane Boom to have mid section installed and boom luffing wire replaced by Mid July (BJ-R Pilot Hole) (RMA). Boom is in Brazil since April 19th.
» Cement Lines from Cmt Unit to Rig Floor to be checked (wall thickness)(Maint. Supv.) **DONE**
» PMAA to be conducted onboard to check progress of specific key areas. By May 31st (RMP). **DONE**
» It has been agreed that Standpipe Manifold replacement will be done during BOP change out.
» In house EX Survey have been conducted and all the items addressed. **DONE**
» Suheyl and Ben visited the rig on April 27th. **DONE**
» Arnaud Bobillier and Martin Vos planning a rig visit by end of June. Martin in Brazil on Jun 28th. Rig visit planning for Jun 29th (Arthur/Guilherme)
» BPR Meeting planned for June 30th (Arthur/John)
» Decision made by Shell to leave existing Pod/Guidelines winches onboard – Refurbishment or removal will be done at direction from John Cook.

TRN-MDL-08077036



# Action Item Verification Exercise SBEP HSE MS Audit

**Joseph Murphy**

**7-9 June 2010**

Copyright of Royal Dutch Shell plc

CONFIDENTIAL

# Verification Focus Areas and Comments

- **Asset Integrity**
  - Significant progress made in RMS IT tool and PM backlog
    - RMS IT improvements and user competency improvements
    - High priority past due maintenance jobs reduced by 65% (366 to 129)
    - Past due jobs now include "Overdue Reason" in column of RMS Report
    - RMS actively being used to manage rig maintenance
    - HSE Case is approved by TO Case Owner

- **Lifting and Hoisting**
  - Significant progress made with respect to lifting gear, equipment and lift planning
    - Lifting gear register, certified lifting gear, transit gear protocol, fiber slings storage
    - Hoist and tugger repair and labeling, SWL labeling
    - Lift planning (10 questions)
  - DROPS
    - 66% of DROPS inspection items (1,426 items) completed, is a risk based approach

- **Well Delivery Management**
    - Progress in all areas, many pending completion
    - Cultural improvements, leadership commitment
    - BPR strategy
    - Document control improvements

CONFIDENTIAL

TRN-MDL-08077038

# Verification Observations and Opportunities

- Observations:

 —Significant progress in all areas evident

 —Leadership and staff engagement with respect to audit response

 —Cultural improvements noted by staff

- Opportunities

 Keep momentum!!!

 —Continue cultural improvement efforts (GPA engagements, Cultural surveys, leadership training)

 —Competency and alignment (training and onboarding)

   — Implementation and sustainability of newly developed protocols

 —No Go Zone management below elevated riser skate

 —Barricading protocols, inconsistent use and compliance to red/yellow tape - no signage, etc.

 —Pressure differential monitoring in pit rooms, fan alarm protocols

 —Deviation protocol (FBR vs. HSE0045)

CONFIDENTIAL

TRN-MDL-08077039



CONFIDENTIAL



# ARCTIC 1
# Business Performance Review

*Jan 1st 2010 – Sep 30th 2010*

**October 6th 2010 – Rio de Janeiro**



TRN-MDL-08077041





# HSE Rig Scorecard *(2010 YTD – Sep 30th)*

|  | 2009* | / | 2010 |  |
|---|---|---|---|---|
| First Aid Case ........................ | 14 | | 7 | ↓ |
| MTC .................................... | 0 | | 2 | ↑ |
| RWC ................................... | 1 | | 0 | ↓ |
| SIC .................................... | 3 | | 1 | ↓ |
| Environmental Loss ............... | 3 | | 1 | ↓ |
| Dropped Objects (Pot Sev ≥ SIC)....... | 5 | | 4 | ↓ |
| TRIR (goal < 0.73)...................... | 2.63 | | 2.90 | ↑ |
| Perfect Days ........................ | 299/365 | | 216/273 | ↓ |
| Days Since Last Recordable...... | 116 (Last SIC Jun 6) | | | |

* *2009 data is for 12 months*



CONFIDENTIAL

TRN-MDL-08077042





# Downtime



**Arctic 1 - 2010 Q1, Q2 & Q3 Downtime**

*175 hrs (2.67 %)*

*\* Human Error (Riser Space Out 9.5 hrs / Rotary Hose Change out 16 hrs / Wrong pipe drift 49 hrs / Anchor winch # 4 pay out 45.5 hrs)*



CONFIDENTIAL

TRN-MDL-08077043



# Achievements / Highlights

- QHSE:
    - Implementation of Transocean and Shell DROPs policies;
    - PMAA conducted and significant improvements were noticed since 2009 PMAA;
    - 83 % of the 2010 HSE Plan Top Tier actions completed;
    - Good response to March Shell HSE MS Audit. 'Go Forward Plan";
    - HSE Case finalized.

- Operations:
    - Successful use of 10 ¾" HP Riser/Stress Joints;
    - Delivery of BC 10 phase 1 close to original schedule time and under budget;
    - Nautilus well - Brazil presalt top quartile performance. (excluding WOW/PMs)
    - Successful Open Water Upper Completion on BJ-R; (1st in Brazil)

- Personnel:
    - Average SSE of 20% since Jan 1st.
    - Training Compliance of 90% from the Training Matrix;
    - Key personnel changes to freshen up and reinforce the departments (2 Snr Mat. Coordinators, Toolpusher, PTP, Assist. Barge Sup, Snr Subsea Sup);
    - English/Portuguese teacher kept onboard during the entire Q1/Q2 period;
    - Accommodation improvement project is ongoing. (Change Room and Cabins);
    - Safety Leadership Foundation (SLF) seminar conducted in July in Buzios.



TRN-MDL-08077044





# "Arctic 1 – Go Forward Plan"

- **DROPs**
  - 82.1% of 1426 items from 3rd party survey already completed (997) or deferred (210). No A1 items open;
  - Red Zone around Myrex implemented;
  - Pictures books implemented in RMS.

- **Lifting/Handling**
  - Annual lifting gear survey conducted, new lifting gear register implemented;
  - All cranes wires replaced.
  - Stbd crane mid boom section to be installed;
  - All rig tuggers surveyed and non conformities rectified;
  - 20% of the lifting gear register to be re visited for accuracy every quarter.

- **Maintenance System (RMS)**
  - RMS Morning Report "cleaned" and updated, this is now being used by the rig and RMA to manage maintenance tasks;
  - MPI meeting enhanced and scheduled for twice per month;
  - Assistance from RMS team onboard the rig;
  - Deferral process is now being correctly used by the crafts.

- **Pressure Containment**
  - All PRVs are now updated on RMS;
  - There are no Pressure Vessel or PRVs PMs overdue in RMS;
  - NR 13 scope to be completed after Massa 1.



TRN-MDL-08077045





# Key Performance Indicators











TRN-MDL-08077046





# Improvement Opportunities/Challenges

- Continue working on effective START Conversation and THINK Planning mentoring;
- Close remaining items from "Go Forward Plan";
- Subsea BOP conversion project;
- 2011 SPS Plan;
- End of Shell contract;
- Reduce DBO.



CONFIDENTIAL

TRN-MDL-08077047





# *Incident Free Operations...All The Time...Everywhere*





CONFIDENTIAL

TRN-MDL-08077048





October 11th 2010

**Michel Legrand and Crew of Arctic I**

Thank you for the opportunity to visit the Arctic I on October 6th.

I was extremely impressed with the professionalism and safety commitment of everyone onboard. The management of HSE on the rig has improved markedly over the last year and that is a credit to everyone who works on the Arctic 1.

The Arctic 1 may not compare with the latest 6th Generation semi submersible rigs in terms of equipment specification but it has delivered operational performance of the highest quality on Shell's BC10 project and set a large number of industry technology firsts such this can only be a reflection of the quality, attitude and commitment of the all of the people who work on the Arctic 1.

During my visit I was particularly impressed with focus and progress on the dropped objects prevention programme in areas such as control of lifting equipment, preventative maintenance, and remediation of the 1400 action items from the DROPs audit.  As I highlighted during my visit Shell drilling operations world-wide suffered 2 potential fatalities per week from dropped objects in the first half of 2010. Further over the last few years all of our actual fatalities in drilling operations have been as a result of dropped objects. The only obvious gap on the Arctic 1 against the joint Shell / Transocean standard is an enhancement of the rig floor red zone management through provision of a fall protected area and possibly signs that make clear all the entry points to red zones.

Finally, the Arctic 1 has provided excellent service to Shell on the BC-10 project and as the contract draws to an end I would like to thank everyone involved.

Once again thanks for the opportunity to visit.


Best Regards

Peter Sharpe

Executive Vice President

Shell International


CC:   Steve Newman; Willy Brandt, Suhail Ozygit