# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG | *   MDL NO. 2179 |
| "DEEPWATER HORIZON" | |
| In the GULF OF MEXICO on | *   SECTION: J |
| April 20, 2010 | |
| | *   JUDGE BARBIER |
| Applies to: ALL CASES | |
| | *   MAG. JUDGE SHUSHAN |

## ORDER

Transocean has made a Motion for Leave to Add Documents to its Phase One Trial Exhibit List relating to the *Artic I*'s Health, Safety, and Environment status.  Having considered the Motion submitted, the Court is of the opinion that its intervention in this case is necessary for good cause shown.  Therefore, it is hereby:

1.    **ORDERED, ADJUDGED, and DECREED** that Transocean's Motion is **GRANTED**, and Transocean may add the following exhibits to its Phase One Trial Exhibit List:

| TREX-52686 | TRN-MDL-08077049 | TRN-MDL-08077049 | 10/11/2010 | Letter from Peter Sharpe, Executive Vice President of Shell International, thanking Michael Legrand and the crew of the *Arctic I* for their professionalism and commitment to safety. |
|---|---|---|---|---|
| TREX-52687 | TRN-MDL-08077027 | TRN-MDL-08077036 | March 2010 | *Arctic I* Shell BC-10-Go Forward Plan slide deck. |
| TREX-52688 | TRN-MDL-08077037 | TRN-MDL-08077040 | 6/9/2010 | Action Item Verification Exercise SBEP HSE MS Audit slide deck. |
| TREX-52689 | TRN-MDL-08077041 | TRN-MDL-08077048 | 10/6/2010 | *Arctic I* Business Performance Review Jan 1, 2010 – Sept. 30, 2010 slide deck. |

2.      **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all relief not expressly granted is denied.

Signed this _____ day of _____, 2013.

_____

UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN