UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | |
| IN RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-cv-2771-CJB-SS | * * * | MAG. JUDGE SUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come various Claimants identified in Exhibit "A" ("Claimants") who move this Court for leave for Court to accept their filed Short Form Joinders that were filed on February 24, 2013 in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

(1) The deadline for filing the claims in the Transocean limitation action was set for April 20, 2011 and extended to September 16, 2011.

(2) Claimants contacted counsel after the deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

(3) Because Claimants were unaware of the Court's deadline, or had not yet fully realized their damages, they did not timely file a Short Form Joinder in the Transocean limitation action.

(4) No prejudice will result from the acceptance of the late filed Short Form Joinders of the Claimants identified in Exhibit "A." No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

For the above reasons, Claimants request that the Court grant Movants' Motion for Acceptance of Short Form Joinders filed Beyond the September 16, 2011 Deadline of the Claimants identified in Exhibit "A," and that the Court deem the Short Form Joinders as timely filed in the Transocean Limitation Proceeding.

February 24, 2013

Respectfully submitted,

COLVIN LAW FIRM
A Professional Law Company

*/s/ David L. Colvin*

DAVID L. COLVIN (#4353)
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
Attorney for Claimants identified in Exhibit "A"

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2013, I electronically filed the foregoing Motion with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Service to all counsel of record.

*/s/ David L. Colvin*
David L. Colvin