**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| | "DEEPWATER HORIZON" in | * | |
| | the GULF OF MEXICO, on | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | * | |
| | | * | MAG. JUDGE SUSHAN |
| IN RE:  TRITON ASSET LEASING, GmbH | | * | |
| Case No. 2:10-cv-2771-CJB-SS | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MEMORANDUM IN SUPPORT OF MOTION**</u>
<u>**FOR ACCEPTANCE OF SHORT FORM JOINDERS**</u>
<u>**FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**</u>

NOW INTO COURT, comes the Claimants, identified in Exhibit "A" who file this Memorandum in Support of Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline.  Exhibit "A" attached hereto lists Claimants who filed Short Form Joinders on February 24, 2013.  Claimants seek to have this Honorable Court accept the Short Form Joinders in the Transocean limitation proceeding for the following reasons:

Claimants listed on Exhbit "A" contacted counsel after the Court's deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

Claimants were unaware of the Court's deadline and did not timely file a Short Form Joinder in the Transocean limitation action.

No prejudice will result from the acceptance of the Short Form Joinders filed in 1:10-cv-0888 & 0999 as established by the Court for such filings.  The Short Form Joinder Document

Numbers are listed on Exhibit "A."  No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding.  Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown.  *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); *citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993).  There is no indication that any plaintiff in the limitation of liability action would be adversely affected or suffer any prejudice if the Short Form Joinders are accepted as filed and deemed timely.

Limitation has not been determined and there is no prejudice to the Limiting Parties or other Defendants.

For the above reasons, Claimants request that the Court grant the Motion for Acceptance of Short Form Joinders beyond the September 16, 2011 Deadline and accept the filed Short Form Joinders as listed on Exhibit "A" as timely filed.

February 24, 2013                    Respectfully submitted,

                                     COLVIN LAW FIRM
                                     A Professional Law Company


                                     **DAVID L. COLVIN**, La. Bar #4353, Trial Attorney
                                     230 Huey P. Long Avenue
                                     Gretna, LA 70053

Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
Attorney for Claimants listed on Exhibit "A"

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2013, I electronically filed the foregoing Memorandum with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

David L. Colvin