In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

## EXHIBIT A

| CLAIMANT NAME | FILING DATE | SHORT FORM DOCUMENT NUMBERS |
|---|---|---|
| Highway Ten Properties, LLC | 2-24-13 | 123452 |
| Marina Jack, Inc. | 2-24-13 | 123453 |
| The McPherson Companies, Inc. | 2-24-13 | 123454 |
| Myrick, Gurosky & Associates | 2-24-13 | 123455 |
| DNM Seafood, Inc. d/b/a Pruitt Seafood | 2-24-13 | 123456 |
| Sandra Stafford Enterprises, Inc. | 2-24-13 | 123457 |
| West Florida Medical Center Clinic, PA | 2-24-13 | 123458 |
| Steam Plant Condominiums, LLC | 2-24-13 | 123459 |
| Inspectronic Corporation | 2-24-13 | 123460 |
| IUC Group, Inc. | 2-24-13 | 123461 |