UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To:<br>2:10-cv-09999-CJB-SS | ) ) | MAG. JUDGE SHUSHAN |

**MOTION FOR ACCEPTANCE OF LOCAL GOVERNMENT SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

COMES NOW, through undersigned counsel, the City of Key West, Florida, who moves this Court to allow the filing of a Local Government Short Form Joinder in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and in the Master Complaint filed in MDL No. 2179, and as grounds shows the court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Movant contacted undersigned counsel after the Court's deadline. Movant sought assistance in filing a claim for damages incurred as a result of the Deepwater Horizon explosion and resultant oil spill.

4.     Movant was unaware of the Court's deadlines, had not yet fully realized their damages, and was unaware of the availability of the Local Government Short Form Joinder generally.  Therfore, Movant did not timely file a Short Form.

5.     Supplemental Admiralty Rule 14(f) allows the Court discretion to permit claims to be filed late in a limitation proceeding. Since no action has been taken in the limitation action which could cause prejudice to any party in the proceeding, Movant respectfully requests the Court allow its Local Government Short Form to be added to the present action.  Therefore, for good cause and without resulting prejudice, Movant submits the Local Government Short Form that has been filed in 2:10-cv-09999 as Document Number 213.

WHEREFORE, Movant requests that the Court grant its motion to include and accept the Local Government Short Form Joinder in the pending limitation action and that the Court deem said Local Government Short Form Joinder as timely filed.

Respectfully submitted,

 /s/ Jeff Friedman
Jeff Friedman (asb-6868-n77j)
Matt Conn (asb-9628-t83c
FRIEDMAN, LEAK
3800 Corporate Woods Drive
Birmingham, Alabama 35243-3219
Phone:  (205) 278-7000
Fax: (205) 278-7001
jfriedman@friedmanleak.com
mconn@friedmanleak.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on February 25, 2013.

/s/ Jeff Friedman