UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>*<br>*   JUDGE BARBIER |
| APPLIES TO: No. 12-311 | *<br>*   MAG. JUDGE SHUSHAN<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LIBERTY INSURANCE UNDERWRITERS, INC.'S MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENA DUCES TECUM ISSUED TO CLYDE & CO. USA LLP AND TO PAUL KOEPFF

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") respectfully moves the Court to quash and/or limit the return on two broad subpoenas duces tecum served upon Liberty's prior counsel, Clyde & Co. USA LLP and Paul Koepff, and enter a protective order to prevent Plaintiff Cameron from obtaining privileged documents.

1.

Cameron's subpoenas seeks wholesale production of the files of Liberty's prior counsel regarding Cameron's coverage claim against Liberty, a blatant invasion of the attorney-client privilege and work product doctrine.

2.

Federal Rule of Civil Procedure 45 expressly requires the court to quash or modify a subpoena that "requires disclosure of privileged or other protected matters." Federal Rules of Civil Procedure 26(b) and 26(c) likewise authorize the Court to issue protective orders forbidding certain discovery or limiting the scope of discovery.

839049_1

**WHEREFORE,** for the reasons discussed herein and in the accompanying Memorandum in Support, Liberty prays that the Court to grant its motion to quash the subpoena duces tecum and motion for protective order.

Respectfully submitted,

_/s/ Judy Y. Barrasso_
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin, Federal I.D. 13515
Gary L. Pate, Federal I.D. 29713
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Quash and Motion for Protective Order Regarding Subpoena Duces Tecum Issued to Clyde & Co. USA LLP and to Paul Koepff has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of February, 2013

_/s/ Judy Y. Barrasso_

839049_1