UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant Liberty Insurance Underwriters, Inc. submits the attached Motion to Quash and Motion for Protective Order Regarding Subpoena Duces Tecum Issued to Clyde & Co. USA LLP and to Paul Koepff for consideration before the Honorable Sally Shushan, United States District Court Magistrate Judge for the Eastern District of Louisiana, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana on Wednesday, March 13, 2013, at 9:00 a.m.

Respectfully submitted,

　　　/s/ Judy Y. Barrasso　　　
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
　FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)
And

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of February, 2013.

                                             /s/ Judy Y. Barrasso

839062_1