UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| APPLIES TO: No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## LIBERTY INSURANCE UNDERWRITERS, INC.'S MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING

Liberty Insurance Underwriters, Inc. ("Liberty"), through undersigned counsel, respectfully requests that the Court set its Motion to Quash and Motion for Protective Order Regarding Subpoena Duces Tecum Issued to Clyde & Co. USA LLP and to Paul Koepff for expedited hearing. The matters contained in Liberty's motion require this Court's immediate attention, given that the return date on the subpoenas is February 28, 2013. Accordingly, Liberty requests that its Motion to Quash and Motion for Protective Order Regarding Subpoeana Duces Tecum Issued to Clyde & Co. USA LLP and to Paul Koepff be heard at this Court's earliest convenience.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion and Incorporated Memorandum for Expedited Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of February, 2013

/s/ Judy Y. Barrasso

839048_1