UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **APPLIES TO: No. 12-311** | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Liberty Insurance Underwriters, Inc.'s Motion for Expediting Hearing and Memorandum in Support:

**IT IS ORDERED** that the Motion for Expedited Hearing be and hereby is **GRANTED**, and that the Motion to Quash and Motion for Protective Order Regarding Subpoena Duces Tecum Issued to Clyde & Co. USA LLP and to Paul Koepff shall be heard at the Court's earliest convenience.

**SIGNED** this ____ day of February, 2013 in New Orleans, Louisiana.

_____
JUDGE

839048_1