UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>10-4169 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

ORDER CANCELLING AND RELEASING
LETTER OF UNDERTAKING IN CIVIL ACTION NO. 10-4169

Considering the foregoing *Ex Parte* Motion to Cancel and Release Letter of Undertaking in Civil Action No. 10-4169, filed on behalf of Limitation Petitioners, Nautical Solutions, LLC ("NS") as owner of the M/V MR. SYDNEY;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that the original Letter of Undertaking (Rec. Doc. No. 4, Civil Action No. 10-4169) filed as security by NS on behalf of the M/V MR. SYDNEY in the amount of THIRTY ONE MILLION NINE HUNDRED SEVENTY SIX THOUSAND AND NO/100 ($31,976,000.00) DOLLARS in Civil Action No. 10-4169, is hereby CANCELLED AND RELEASED, and the Clerk of Court is directed to return the original of thE Letter of Undertaking to the enrolled counsel of record for NS, Robert P. McCleskey, Jr. of Phelps Dunbar LLP, so that the original may be marked "Cancelled."

1

2

IT IS FURTHER ORDERED that the issuers of the foregoing Letter of Undertaking shall have no further obligation under said Letter of Undertaking.

New Orleans, Louisiana, this __25th__ day of February, 2013.

_____
United States District Judge

2