**EXHIBIT "A" TO MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS BEYOND THE APRIL 20, 2011 DEADLINE**

| Claimant | Short Form Joinder Case No. | Short Form Joinder Document No. |
|---|---|---|
| Southeast Louisiana Flood Protection Authority, West (Algiers Levee District) | 10-cv-09999 | 211 |
| Southeast Louisiana Flood Protection Authority, West (WJ Levee District) | 10-cv-09999 | 212 |
| Bridgeside Marina, Inc. | 10-cv-08888 | 123413 |
| Bridgeside Cabins, Inc. | 10-cv-08888 | 123412 |
| Cajun Holiday, Inc. | 10-cv-08888 | 123414 |
| Colvin Law Firm | 10-cv-08888 | 123418 |
| Renee & Robert, Inc. | 10-cv-08888 | 123436 |
| Sand Dollar Marina, Inc. | 10-cv-08888 | 123438 |
| Sand Dollar Motel, Inc. | 10-cv-08888 | 123439 |
| Twin Tire & Auto Care, Inc. | 10-cv-08888 | 123441 |
| Willco, Inc. | 10-cv-08888 | 123446 |
| Sidney Allemand | 10-cv-08888 | 123405 |
| Rebecca Badeaux | 10-cv-08888 | 123406 |
| Jesse Besson | 10-cv-08888 | 123407 |
| Kerry Besson | 10-cv-08888 | 123408 |
| Reginald Black | 10-cv-08888 | 123409 |
| Wayne Boe | 10-cv-08888 | 123410 |
| Angela Boyd | 10-cv-08888 | 123411 |
| Christy Chaisson | 10-cv-08888 | 123415 |
| Isaac Cheramie, minor child of Stacy Cheramie | 10-cv-08888 | 123416 |
| Stacy Cheramie | 10-cv-08888 | 123417 |
| Darlene Delucci | 10-cv-08888 | 123419 |
| Michelle Folse | 10-cv-08888 | 123420 |
| Dudley Gaspard, Jr. | 10-cv-08888 | 123421 |
| Lynn Gray | 10-cv-08888 | 123422 |
| Kenneth Gros | 10-cv-08888 | 123423 |
| Chad Guidry | 10-cv-08888 | 123424 |
| Shane Guidry | 10-cv-08888 | 123425 |
| Lisa Jeansonne | 10-cv-08888 | 123426 |
| Brandon Lefort | 10-cv-08888 | 123427 |
| Scott Lefort | 10-cv-08888 | 123428 |
| Irvin Magri, Jr. | 10-cv-08888 | 123429 |

| | | |
|---|---|---|
| Alex Mitchell | 10-cv-08888 | 123430 |
| Brian Naccari | 10-cv-08888 | 123431 |
| Iris Palmer | 10-cv-08888 | 123432 |
| Michael Paradelas | 10-cv-08888 | 123433 |
| Darla Pitre | 10-cv-08888 | 123434 |
| Hugh Porter | 10-cv-08888 | 123435 |
| Lisa Rhodus | 10-cv-08888 | 123437 |
| Lloyd Sylve | 10-cv-08888 | 123440 |
| Rene Vegas | 10-cv-08888 | 123442 |
| John Vuckovich | 10-cv-08888 | 123443 |
| Edward Wallace | 10-cv-08888 | 123444 |
| Fredrick Wallace | 10-cv-08888 | 123445 |
| Ted Williams, Jr. | 10-cv-08888 | 123447 |
| Ted Williams, Sr. | 10-cv-08888 | 123448 |
| James Worley | 10-cv-08888 | 123449 |