| NO. | CLIENT NAME | SSN | DOC# | DATE |
|---|---|---|---|---|
| 1 | St. Ann, Byron | 1441 | 112129 | 2/24/2012 |
| 2 | Finnegan, Martin | 8846 | 118608 | 4/22/2012 |
| 3 | Waddell, Donald | 9529 | 118619 | 4/22/2012 |
| 4 | Dodd, Edwin | 2644 | 118617 | 4/22/2012 |
| 5 | Dodd, Edwin | 2644 | 118617 | 4/22/2012 |
| 6 | Dodd, Edwin _Dodd Enterprises LLC | 8916 | 123195 | 2/22/2013 |
| 7 | Minkler, Frederick | O380 | 118983 | 5/13/2012 |
| 8 | Shepard, Dean | 3213 | 118613 | 4/22/2012 |
| 9 | Shepard, Dean | 3213 | 118613 | 4/22/2012 |
| 10 | Weiss, Raymond | 9320 | 118984 | 5/13/2012 |
| 11 | Shepard, Charles | 1916 | 118609 | 4/22/2012 |
| 12 | Gautier, David | 2085 | 118612 | 4/22/2012 |
| 13 | Schaffner, Virginia | 9346 | 118618 | 4/22/2012 |
| 14 | Crozat, Thomas | 9215 | 118614 | 4/22/2012 |
| 15 | Lamar, Charlotte | 9227 | 118615 | 4/22/2012 |
| 16 | Gautier, Donald Henry | 2508 | 118610 | 4/22/2012 |
| 17 | Gautier, Donald Henry | 2508 | 118610 | 4/22/2012 |
| 18 | Le, Lam | 5208 | 118174 | 4/4/2012 |
| 19 | Le, Minh | 4404 | 118175 | 4/4/2012 |
| 20 | Lobrano, William | O992 | 118981 | 5/13/2012 |
| 21 | Buckel, Kevin | 5818 | 118607 | 4/22/2012 |
| 22 | Bui, Chuong | 5325 | 118611 | 4/22/2012 |
| 23 | Thomas, Quentin | 1504 | 118616 | 4/22/2012 |
| 24 | Bodin, Jennie | 9491 | 119210 | 6/7/2012 |
| 25 | Bodin, Paul-Bay Marine Boatworks, Inc. | 8969 | 119214 | 6/7/2012 |
| 26 | Fahnestock, John | 4251 | 118726 | 4/23/2012 |
| 27 | Pham, Hoai | 5036 | 118980 | 5/13/2012 |
| 28 | Nguyen, John | 1931 | 118978 | 5/13/2012 |
| 29 | Clark, Chris | 3597 | 118977 | 5/13/2012 |
| 30 | Furr, Rosemary | 5277 | 118979 | 5/13/2012 |
| 31 | Reynolds, Michael | 4545 | 119206 | 6/7/2012 |
| 32 | Schumacher, Stephen | 4189 | 123213 | 2/22/2013 |
| 33 | Pham, Tho | 3552 | 118982 | 5/13/2012 |
| 34 | Williams, Gregory | 3959 | 119215 | 6/7/2012 |
| 35 | Williams, Kimberlee | 7031 | 119207 | 6/7/2012 |
| 36 | Dang, Jamie | 9922 | 119208 | 6/7/2012 |
| 37 | Branch, Wesley | 1111 | 119216 | 6/7/2012 |
| 38 | Garringer, James | O929 | 119209 | 6/7/2012 |
| 39 | Freeman, Thomas | 4475 | 119211 | 6/7/2012 |
| 40 | Freeman, Thomas | 4475 | 119211 | 6/7/2012 |
| 41 | Miner, John | 6273 | 119217 | 6/7/2012 |
| 42 | Nguyen, Hung Duc | 1458 | 119219 | 6/7/2012 |

| | | | | |
|---|---|---|---|---|
| 43 | Riley, Jack | 9204 | 119218 | 6/7/2012 |
| 44 | Sekul, Sherman | O293 | 119213 | 6/7/2012 |
| 45 | Pham, Quang | 3751 | 119212 | 6/7/2012 |
| 46 | Connor, Ethelyn | 4479 | 119272 | 6/11/2012 |
| 47 | Joachim, Ethelyn | O486 | 119273 | 6/11/2012 |
| 48 | Kopszywa, Michael | 2586 | 120147 | 8/20/2012 |
| 49 | Kopszywa, Stanley | 1819 | 120148 | 8/20/2012 |
| 50 | Cockrell, Margaret | 4610 | 120145 | 8/20/2012 |
| 51 | Joachim, Randall Craig | 8517 | 120146 | 8/20/2012 |
| 52 | St. John, Samuel | 7207 | 123206 | 2/22/2013 |
| 53 | Thorne, Bryan | 8460 | 123199 | 2/22/2013 |
| 54 | Bodin, Paul S. | 5895 | 123207 | 2/22/2013 |
| 55 | Herron, William Joel | 2475 | 123190 | 2/22/2013 |
| 56 | Broussard, Paul N. | O102 | 123193 | 2/22/2013 |
| 57 | Dickson, Richard-Dickson Living Trust | 1176 | 123189 | 2/22/2013 |
| 58 | Smith, Susan | 5761 | 123197 | 2/22/2013 |
| 59 | Beckman, Mary Marr | 3664 | 123192 | 2/22/2013 |
| 60 | Baxter, Lloyd M | 4240 | 123187 | 2/22/2013 |
| 61 | Nguyen, Tommy Tai-Sally Kim IV Sally Kim IV, INC. | 8012 / 1993 | 123220/ 123221 | 2/22/2013 |
| 62 | Nguyen, Phuong | 8600 | 123196 | 2/22/2013 |
| 63 | Bodin, Rodney | 1867 | 123188 | 2/22/2013 |
| 64 | Bodin, Arthur | 2059 | 123201 | 2/22/2013 |
| 65 | Butirich, Patti | 5161 | 123203 | 2/22/2013 |
| 66 | Herron, Debra | 3456 | 123209 | 2/22/2013 |
| 67 | Crapon, Harry | 4061 | 123208 | 2/22/2013 |
| 68 | Werner, Lawrence-LJ's Body Shop | 3461 | 123212 | 2/22/2013 |
| 69 | Tran, Hoang Quoc | 6089 | 112834 | 3/2/2012 |
| 70 | Tran, Sen | 8702 | 112843 | 3/2/2012 |
| 71 | Varner, Audrey | 1863 | 117973 | 3/15/2012 |
| 72 | Latapie, Eurilda | 8036 | 117974 | 3/15/2012 |
| 73 | Latapie, Charlotte | o484 | 117972 | 3/15/2012 |
| 74 | Latapie, Crystal | 9959 | 118122 | 3/29/2012 |
| 75 | Nguyen, Hue T. - Loy-N-Vet Food Market, Inc. | 3883 | 107030 | 7/11/2011 |
| 76 | Battle, Cierra | 8723 | 118113 | 3/28/2012 |
| 77 | Ha, Tran Van - F/V Sea Horse | 2582 | 118173 | 4/4/2012 |
| 78 | Nguyen, Phu Thi | 6118 | 40324 | 5/15/2012 |
| 79 | Sercovich, George A Jr | 3737 | 119255 | 6/10/2012 |
| 80 | Tran, Thien Tim | 4248 | 118750 | 4/25/2012 |
| 81 | Maxwell, Barbara B | 5071 | 118753 | 4/25/2012 |
| 82 | Alfonso, Anthony E Jr. | 4724 | 123222 | 2/22/2013 |
| 83 | Mankin, Donald | 6128 | 119263 | 6/10/2012 |

| | | | | |
|---|---|---|---|---|
| 84 | Attaway, Ronald | 4656 | 118747 | 4/25/2012 |
| 85 | Watson, Steven | 7807 | 118752 | 4/25/2012 |
| 86 | Falgout, Robert | 4062 | 118751 | 4/25/2012 |
| 87 | Daspit, James E Jr. | 4864 | 118749 | 4/25/2012 |
| 88 | Arbo, Craig | 1694 | 119253 | 6/10/2012 |
| 89 | Pittman, Jerret | 4314 | 118748 | 4/25/2012 |
| 90 | Baillio, Letitia | 3402 | 118754 | 4/25/2012 |
| 91 | Watkins, Jo | O849 | 118986 | 5/13/2012 |
| 92 | Gonzalez, Alejandro | O452 | 118985 | 5/13/2012 |
| 93 | Nguyen, Cuc Thi | 6099 | 55101 | 5/16/2012 |
| 94 | Nguyen, Dan T | 6088 | 54119 | 5/16/2012 |
| 95 | Nguyen, Su N | O683 | 119259 | 6/10/2012 |
| 96 | Tran, Francis Toan | 5809 | 119252 | 6/10/2012 |
| 97 | Ngo, Hung Manh | OO29 | 119251 | 6/10/2012 |
| 98 | Nguyen, Kathy Nhung - Chiropractic Care Clinic, LLC | 7902 | 123230 | 2/22/2013 |
| 99 | Dargis, George D | O122 | 119254 | 6/10/2012 |
| 100 | Bertucci, Pamela Ann | 9500 | 119262 | 6/10/2012 |
| 101 | Steilberg, Beryl F | 6764 | 119260 | 6/10/2012 |
| 102 | Arbo, Susan | 8916 | 119257 | 6/10/2012 |
| 103 | Tran, Theresa Sac - F/V Captain Andy | 7708 | 119261 | 6/10/2012 |
| 104 | Tran, Le Van | 7719 | 119256 | 6/10/2012 |
| 105 | Carrone, Ronald | 9970 | 54029 / 119268 | 6/11/2012 |
| 106 | Duplessis, Andrew J., Jr. | 6020 | 57359 / 119266 | 6/11/2012 |
| 107 | Nguyen, Tinh Van | 5205 | 123224 | 2/22/2013 |
| 108 | Veade, Danell S | 3114 | 119265 | 6/10/2012 |
| 109 | Blanchard, Timothy S | O162 | 119250 | 6/10/2012 |
| 110 | Pham, Tuyet - Orient Dong Phuong Restaurant, Inc. | 4150 | 123229 | 2/22/2013 |
| 111 | Tran, Cuong Quoc | O130 | 119264 | 6/10/2012 |
| 112 | Copling, Cindy B. | 7499 | 123226 | 2/22/2013 |
| 113 | Landry, Janelle L | 2138 | 123356 | 2/22/2013 |
| 114 | Phan, Thuy Thi | 4382 | 25225 | 3/9/2011 |
| 115 | Tran, Ba Quan | 1760 | 123388 | 2/22/2013 |
| 116 | Tran, Peter | 1659 | 42608 | 2/14/2012 |
| 117 | Gordon, Christopher J | 1146 | 123357 | 2/22/2013 |
| 118 | Parks, Lester J Jr. | 3851 | 123227 | 2/22/2013 |
| 119 | Nguyen, Hung Manh | 7521 | 123386 | 2/22/2013 |
| 120 | Vo, Charlie Lan | 3553 | 123369 | 2/22/2013 |
| 121 | Radosta, Marcel T Jr. | 9566 | 123358 | 2/22/2013 |
| 122 | Nagim, Ernest J Jr. | O270 | 123372 | 2/22/2013 |

| | | | | |
|---|---|---|---|---|
| 123 | Nagim, Ernest J Jr. | 3908 | 123383 | 2/22/2013 |
| 124 | Ruggiero, Cathie A | 4618 | 123402 | 2/22/2013 |
| 125 | Charbonnet, David - F/V Cat's Meow | 9543 | 123370 | 2/22/2013 |
| 126 | Siebenkittel, Paul H | 8512 | 123375 | 2/22/2013 |
| 127 | Charbonnet, Robert J | 5374 | 123368 | 2/22/2013 |
| 128 | Wiener, Gary obo Three Burgers, LLC | 5998 | 123366 | 2/22/2013 |
| 129 | Whites, Neely | 1020 | 123374 | 2/22/2013 |
| 130 | Whites, Neely_Neely Whites Tax & Financials LLC | 8566 | 123373 | 2/22/2013 |
| 131 | Le, Tri Q. | 1069 | 123376 | 2/22/2013 |
| 132 | Le, Tuan Q. - Francis VI Inc. - F/V Sea Queen | 8166 | 76424 | 4/19/2011 |
| 133 | Le, Tuan Q. | 1270 | 76421 | 4/19/2011 |
| 134 | Cuccia, Lucas dba Louisiana Fresh Produce, LLC | 4559 | 120936 | 11/1/2012 |
| 135 | Tran, Dao Thi | 7706 | 53674 | 4/13/2011 |
| 136 | Nguyen, Cuong Van | 7011 | 123377 | 2/22/2013 |
| 137 | Do, Jimmy | | 123378 | 2/22/2013 |
| 138 | Nguyen, Loc Phuoc | 9421 | 123385 | 2/22/2013 |
| 139 | Nguyen, Peter Trung - Huyen's Inc. - F/V Blue Crystal | 5655 | 123387 | 2/22/2013 |
| 140 | Lopez, Stephen Richard Jr. | 7314 | 76499 | 4/20/2011 |
| 141 | Martin, Melanie - New Orleans Celebrations, Inc | 1525 | 123381 | 2/22/2013 |
| 142 | Robert, Jason - Po-Boy's Seafood #3 | O481 | 123382 | 2/22/2013 |
| 143 | Nguyen, Son H | 2625 | 47070 | 4/8/2011 |
| 144 | Booth, J Tracy | 3611 | 123404 | 2/22/2013 |
| 145 | Bland, Dudley Clay Jr. | 3763 | 123389 | 2/22/2013 |
| 146 | Bland, Wiley C Jr. | | 123399 | 2/22/2013 |
| 147 | Sullivan, Deborah | 5804 | 123390 | 2/22/2013 |
| 148 | Ha, Hai - Hai Huong, Inc. dba Johnny Food Mart | 3464 | 123384 | 2/22/2013 |
| 149 | Tran, Trung Van | O634 | 108648 | 9/27/2011 |
| 150 | Vo, Lien | 1784 | 48020 | 4/11/2011 |
| 151 | Dargis, George D - Dargis Electric, Inc. | 3997 | 123379 | 2/22/2013 |
| 152 | Nguyen, Bui - Westbank Investment Group, LLC | 4028 | 123403 | 2/22/2013 |
| 153 | Walker, Jimmy - J.Walker Transportation, Inc. | 6725 | 123380 | 2/22/2013 |
| 154 | Berger, Frederick J., Sr | 5250 | 123367 | 2/22/2013 |
| 155 | Wiener, Gary obo NOHSC Management, LLC | 8207 | 123363 | 2/22/2013 |

| | | | | |
|---|---|---|---|---|
| 156 | Thigpen, Larry E., Jr_Thigpen Poultry Farm, Inc. | 9724 | 123398 | 2/22/2013 |
| 157 | Verdun, Kelly | 9128 | 123397 | 2/22/2013 |
| 158 | Richard, Michel | 7295 | 123225 | 2/22/2013 |
| 159 | Richard, Chelsea | 4233 | 123231 | 2/22/2013 |
| 160 | Davis, Scott A | 9973 | 123371 | 2/22/2013 |
| 161 | Tran, Johnny Phuong | 6229 | 123400 | 2/22/2013 |
| 162 | Billiot, Laurencia | 326 | 117937 | 3/12/2012 |
| 163 | Dardar, Ernest | 3414 | 117939 | 3/12/2012 |
| 164 | Dardar, Eugene | 3469 | 123260 | 2/22/2013 |
| 165 | Verdin, John Jr. | 5225 | 123234 | 2/22/2013 |
| 166 | Hotard, Lawrence | 2083 | 123237 | 2/22/2013 |
| 167 | Dardar, Rusty Jim_LA-3292-BP | 3468 | 118183 | 4/5/2012 |
| 168 | Plaisance, Alvin | 2584 | 123240 | 2/22/2013 |
| 169 | Verdun, Christopher Jake | 4252 | 123232 | 2/22/2013 |
| 170 | Griffin, Billy | 2612 | 123235 | 2/22/2013 |
| 171 | Naquin, Collins | O479 | 123238 | 2/22/2013 |
| 172 | Dardar, Ronald | 3470 | 123/242 | 2/22/2013 |
| 173 | Verdin, Richard | 5856 | 123252 | 2/22/2013 |
| 174 | Billiot, Robin | 7445 | 123239 | 2/22/2013 |
| 175 | Guidry, James | 6751 | 123236 | 2/22/2013 |
| 176 | Verdin, Charles A. | 1551 | 123233 | 2/22/2013 |
| 177 | Naquin, Henry | 4513 | 123241 | 2/22/2013 |
| 178 | Neil, Geraldine | 1741 | 123258 | 2/22/2013 |
| 179 | Billiot, Mary Ann | O772 | 123261 | 2/22/2013 |
| 180 | Verdin, Christopher Anthony | 8149 | 123246 | 2/22/2013 |
| 181 | Naquin, Leonard | 2114 | 123248 | 2/22/2013 |
| 182 | Billiot, Forest | 6934 | 123255 | 2/22/2013 |
| 183 | Autin, Paul | OO86 | 123259 | 2/22/2013 |
| 184 | Dardar, Andrew | O418 | 123242 | 2/22/2013 |
| 185 | Neal, Carles | 1367 | 123250 | 2/22/2013 |
| 186 | Naquin, Keith | 2714 | 123256 | 2/22/2013 |
| 187 | Pitre, Emily | 1052 | 123244 | 2/22/2013 |
| 188 | Verdin, Rodney | 6505 | 60640 | 4/18/2011 |
| 189 | Verdin, Rodney & Mary | 6505 | 60628 | 4/18/2011 |
| 190 | Verdin, Charles E., Sr. | 8221 | 73445 / 72043 | 4/25/2011 |
| 191 | Verdin, Charles E., Sr. - F/V Capt. Dickie | 1398 | 73442/72055 | 4/25/2011 |
| 192 | Vallaire, Milton | 6062 | 123264 | 2/22/2013 |
| 193 | Finch, Daniel | 2349 | 123265 | 2/22/2013 |
| 194 | Stumpf, Janice S | 8652 | 123355 | 2/22/2013 |
| 195 | Mathew, John M | 7872 | 123276 | 2/22/2013 |

| | | | | |
|---|---|---|---|---|
| 196 | Natal, Michael | 6470 | 123267 | 2/22/2013 |
| 197 | Breeding, Henry B_Breeding Realty | 5290 | 123268 | 2/22/2013 |
| 198 | Bowman, Janet R | 9964 | 123277 | 2/22/2013 |
| 199 | Boudreau, John D. | 6450 | 123269 | 2/22/2013 |
| 200 | Jean, Chris_CJS Real Estate | 9830 | 123271 | 2/22/2013 |
| 201 | Jean, Chris_Marlstone, Inc. | 3895 | 123272 | 2/22/2013 |
| 202 | Slone, Randolph C | 4113 | 123273 | 2/22/2013 |
| 203 | Hildebrandt, David J, DDS | 7300 | 123278 | 2/22/2013 |
| 204 | Cortez, Wilfred E, Jr._Will Cortez Insurance Agency, Inc. | 5595 | 123263 | 2/22/2013 |
| 205 | Touchette, Danny B | 7218 | 123275 | 2/22/2013 |
| 206 | Denham, Dwight | 3351 | 123279 | 2/22/2013 |
| 207 | Natal, Ronald Sr. | 3311 | 123353 | 2/22/2013 |
| 208 | McKelroy, Rita H | 7572 | 123401 | 2/22/2013 |
| 209 | Hurley, Kevin J | 9590 | 123282 | 2/22/2013 |
| 210 | Yost, William Frank | 4957 | 123284 | 2/22/2013 |
| 211 | Krodinger, Carl M | 3796 | 123292 | 2/22/2013 |
| 212 | Flattmann, Alan R | 6370 | 123351 | 2/22/2013 |
| 213 | Jarrett, Mark A | 5190 | 123297 | 2/22/2013 |
| 214 | Hildebrandt, David J, DDS | 8592 | 123303 | 2/22/2013 |
| 215 | Dammon, Emmett G | 5648 | 123306 | 2/22/2013 |
| 216 | Monnin, Todd S | 2093 | 123316 | 2/22/2013 |
| 217 | Rodrigue, Derrell Paul_The Computer People, LLC | 2512 | 123323 | 2/22/2013 |
| 218 | Starling, Barbara_Barbara's Victorian Closet | 6205 | 123326 | 2/22/2013 |
| 219 | Moreau, Shane M | 5365 | 123329 | 2/22/2013 |
| 220 | Moreau, Aaron J | 1184 | 123332 | 2/22/2013 |
| 221 | Moreau, Lorie A_Lorie A Moreau, DDS A Prof Dental Corp | 5228 | 123334 | 2/22/2013 |
| 222 | Quick, Robert_Quick Maintance Services, LLC | O874 | 123337 | 2/22/2013 |
| 223 | Abney, Jack_Pinewood Country Club | 6124 | 123338 | 2/22/2013 |
| 224 | Senkowski, Jack_Superior Door Company, LLC | 3710 | 123349 | 2/22/2013 |
| 225 | Dudenhefer, Joseph | 3104 | 123359 | 2/22/2013 |
| 226 | Lamarque, Jim C | | 123396 | 2/22/2013 |
| 227 | Cassisa, John J_Trinity's Catering & Reception, LLC | 8482 | 123343 | 2/22/2013 |
| 228 | Williams, Thomas B_Williams & Company, Inc. | 4450 | 123344 | 2/22/2013 |
| 229 | Burvant, Doris T | 7906 | 123345 | 2/22/2013 |
| 230 | Allen, Karen | O836 | 123346 | 2/22/2013 |

| | | | | |
|---|---|---|---|---|
| 231 | Moreau, Aaron J | 8357 | 123354 | 2/22/2013 |
| 232 | Miller, Nathan_Northlake Lawn & Landscaping, LLC | O355 | 123347 | 2/22/2013 |
| 233 | Lewis, Wilfred E Jr_Lewis Air Conditioning, LLC | 2248 | 123348 | 2/22/2013 |
| 234 | Barkemeyer, Sheri_K & S Industrial Supply, Inc. | 7113 | 123350 | 2/22/2013 |
| 235 | Sylve, Dennis Anthony | 5118 | 115731 | 3/5/2012 |
| 236 | Nguyen, Su Thi | 8870 | 117393 | 3/6/2012 |
| 237 | Monteiro, Anne | 1727 | 117918 | 3/9/2012 |
| 238 | Sylve, Curtis | 9783 | 117927 | 3/12/2012 |
| 239 | Rodriguez, Santos | 1473 | 118001 | 3/20/2012 |
| 240 | Flores-Vega, Jose | 9813 | 117952 | 3/14/2012 |
| 241 | Phillips, Anthony | 9430 | 117953 | 3/15/2012 |
| 242 | Lopez, Devin | 3169 | 117995 | 3/19/2012 |
| 243 | Lim, Suor | 6665 | 121367 | 12/12/2012 |
| 244 | Ford, Jamaal | 9051 | 118033 | 3/20/2012 |
| 245 | Dang, Quang | 4748 | 118160 | 4/3/2012 |
| 246 | Tran, Ly | 4835 | 118071 | 3/23/2012 |
| 247 | Singley, Glenn | O638 | 118060 | 3/23/2012 |
| 248 | Vongrith, Richard | 2396 | 118046 | 3/21/2012 |
| 249 | Leboeuf, Dwayne | 1863 | 118520 | 4/19/2012 |
| 250 | Mao, Kim | 7804 | 107308/118074 | 8/15/2011 |
| 251 | Kang, Sambo | 8345 | 107309/118075 | 8/16/2011 |
| 252 | Arnoult, Joshua | 2118 | 118097 | 3/27/2012 |
| 253 | Tabor, Krystle | 9072 | 118098 | 3/27/2012 |
| 254 | Sylve, Roy | 7080 | 118112 | 3/28/2012 |
| 255 | Thach, Phuong | 3128 | 118124 | 3/29/2012 |
| 256 | Nguyen, Tam Van | 1740 | 118129 | 6/2/2011 |
| 257 | Tran, Cong | 2747 | 118144 | 4/2/2012 |
| 258 | Palmisano, Dwayne Jr. | 5286 | 118184 | 4/5/2012 |
| 259 | Do, Dan | 8121 | 118350 | 4/10/2012 |
| 260 | Phillippe, John | 1743 | 118365 | 4/11/2012 |
| 261 | Phillippe, Jenna | 5026 | 118366 | 4/11/2012 |
| 262 | Watson, Frank | 3391 | 118378 | 4/12/2012 |
| 263 | Huynh, Hau | 4034 | 118448 | 4/17/2012 |
| 264 | Hoang, Tien | 8198 | 118746 | 4/25/2012 |
| 265 | Nguyen, Luc Van | 1541 | 118742 | 4/24/2012 |
| 266 | Nguyen, Nhat Van | 4765 | 118624 | 4/23/2012 |
| 267 | Palmisano, Dwayne Sr. | 5527 | 118628 | 4/23/2012 |
| 268 | Lu, Trang | 8570 | 118734 | 4/23/2012 |

| 269 | Creppel, Nathan | 4060 | 118737 | 4/24/2012 |
|---|---|---|---|---|
| 270 | Pham, Jessica | 1236 | 118735 | 4/23/2012 |
| 271 | Creppel, Deborah | 2374 | 118732 | 4/23/2012 |
| 272 | Brunet, Melvin | 1310 | 118768 | 4/26/2012 |
| 273 | Nguyen, Nam Van | 1417 | 118824 | 5/1/2012 |
| 274 | Tran, Thoi Cong | 4443 | 118886 | 5/8/2012 |
| 275 | Kien, Thau | 4492 | 118928 | 5/10/2012 |
| 276 | Phan, Ngoc | 2207 | 118885 | 5/8/2012 |
| 277 | Bourgeois, Trinity | 2549 | 118953 | 5/10/2012 |
| 278 | Sutro, Sean | 5147 | 119008 | 5/14/2012 |
| 279 | Cao, Sonny | 7444 | 119009 | 5/15/2012 |
| 280 | Hoang, Kimberly | 4924 | 119097 | 5/21/2012 |
| 281 | Nguyen, Duc Van | 2679 | 119113 | 5/23/2012 |
| 282 | Nguyen, Jonathan | 8503 | 119120 | 5/24/2012 |
| 283 | Dufrene, Carla | 1769 | 119183 | 6/4/2012 |
| 284 | Pham, Nhan | 3792 | 119196 | 6/5/2012 |
| 285 | Ngo, Son | 7949 | 119758 | 7/16/2012 |
| 286 | Billiot, Alexandre | | 123274 | 2/22/2013 |
| 287 | Muniz, J Roberto | O460 | 120345 | 9/4/2012 |
| 288 | Benoit, Nicholas | 1623 | 119285 | 6/12/2012 |
| 289 | Manuel, Nelson | O257 | 119228 | 6/7/2012 |
| 290 | Ancar, Derwin Anthony | 5636 | 119270 | 6/11/2012 |
| 291 | Do, Tri | 5263 | 119415 | 6/19/2012 |
| 292 | Nguyen, Lam | 3960 | 119420 | 6/20/2012 |
| 293 | Nguyen, Manh Tan | 2636 | 119423 | 6/21/2012 |
| 294 | Le, Nhan | 9126 | 119510 | 6/25/2012 |
| 295 | Le, Danh | 9239 | 119511 | 6/25/2012 |
| 296 | Hoang, Kimberly | 7677 | 119731 | 7/13/2012 |
| 297 | Ferrara, Jonathan | 1289 | 119759 | 7/16/2012 |
| 298 | Ferrara, Jonathan | 9495 | 119736 | 7/16/2012 |
| 299 | Hoang, Kimberly | 6056 | 119657 | 7/9/2012 |
| 300 | Pham, Phi | 2286 | 119656 | 7/9/2012 |
| 301 | Suong, Sieng | 9999 | 119733 | 7/16/2012 |
| 302 | Sylve, Danny Monty | 1156 | 119760 | 7/16/2012 |
| 303 | Ancar, William Jr. | 4893 | 120114 | 8/16/2012 |
| 304 | Gonzales-Bautista, Mario Luis | 8959 | 120344 | 9/4/2012 |
| 305 | Nguyen, Duong Hoang | 9230 | 120223 | 8/23/2012 |
| 306 | Montecino, Clifford Joseph | 3070 | 120615 | 9/20/2012 |
| 307 | Jaspriza, Warren Vincent Jr. | 5332 | 120633 | 9/26/2012 |
| 308 | Johnson, Randy | 4873 | 120754 | 10/8/2012 |
| 309 | Ronquille, Julie_ LA Coastal Marine Services, LLC | 8322 | 120652 | 9/26/2012 |

| | | | | |
|---|---|---|---|---|
| 310 | Ronquille, Julie_ Pro Bush Hog Services, LLC | 5178 | 120651 | 9/26/2012 |
| 311 | Thompson, Louis Gerald | 9161 | 120785 | 10/10/2012 |
| 312 | Illg, David Jr. | 6841 | 120802 | 10/16/2012 |
| 313 | Williamson, Kevin Sr. | 1493 | 120803 | 10/17/2012 |
| 314 | US Biennial, Inc. | 4608 | 122613 | 1/4/2013 |
| 315 | Bui, Thu | 6625 | 120818 | 10/22/2012 |
| 316 | Tu, Thuy Thi Kim | 2096 | 120845 | 10/25/2012 |
| 317 | Johnson, Albert Daniel | 5781 | 120856 | 10/26/2012 |
| 318 | Duplessis, Clarence_Triple C Seafood, INC. | 4385 | 120898 | 10/31/2012 |
| 319 | Johnson, Martin Daniel | 9022 | 120894 | 10/30/2012 |
| 320 | Landry, Michael | 5298 | 120895 | 10/30/2012 |
| 321 | Peneguy, Mark | 6892 | 123262 | 2/22/2013 |
| 322 | Peneguy, Mark_The Marais Company, LLC | 6259 | 123280 | 2/22/2013 |
| 323 | Nguyen, Cao_Collison Depot, LLC | 3499 | 121000 | 11/8/2012 |
| 324 | Jourdan, Leonard Jr._ LA Marine Service, LLC | 7938 | 121181 | 11/14/2012 |
| 325 | Jourdan, Leonard Jr._Bonvillian Marine Service, INC | 8441 | 121182 | 11/14/2012 |
| 326 | Kennedy, Steven Paul | 5805 | 121246 | 11/28/2012 |
| 327 | Cervantes-Olvera, Pablo | 9509 | 121244 | 11/27/2012 |
| 328 | Pham, Van V | 5231 | 121245 | 11/27/2012 |
| 329 | Rodriguez-Cervantes, Jluz | 3177 | 121249 | 11/29/2012 |
| 330 | Parks Manufacturing, Inc dba Blue Wave Boats | OO55 | 121325 | 12/5/2012 |
| 331 | Rodriguez-Saldana, Roque | 1019 | 121267 | 11/29/2012 |
| 332 | Rodriguez-Cardenas, Jose de Jesus | 8695 | 121269 | 11/29/2012 |
| 333 | Rodriguez-Flores, Jose Miguel | 6005 | 121268 | 11/29/2012 |
| 334 | Cervantes-Muniz, Gerardo Jesus | 1271 | 121270 | 11/29/2012 |
| 335 | Lincoln, Timothy_Bucks & Boars Bar, LLC | 9291 | 122604 | 1/2/2013 |
| 336 | Tran, Khanh Hoang | 9842 | 121322 | 12/3/2012 |
| 337 | Cao, Tuong Van | 7306 | 121271 | 12/3/2012 |
| 338 | Dupuy, Homer III_The HJD Corporation dba The Dupuy | 4165 | 121324 | 12/5/2012 |
| 339 | Blondiau, Gregory | 8462 | 121362 | 12/7/2012 |
| 340 | Galt, Giles | 7535 | 122620 | 1/4/2013 |
| 341 | Lincoln, Timothy_Reliable Vending, LLC. | 2538 | 122621 | 1/7/2013 |
| 342 | Smith, Brenda_Gator Boat Rental, Inc. | 3649 | 121368 | 12/12/2012 |
| 343 | Vega, Salvador Almaguer | 9947 | 121531 | 12/18/2012 |
| 344 | Vu, Mao_Mutual Co., LLC | 1605 | 121657 | 12/19/2012 |
| 345 | Cardenas, Laurentino Montezuma | 5748 | 122610 | 1/3/2013 |
| 346 | Cardenas, Juvenal A. | 9616 | 122608 | 1/3/2013 |
| 347 | Cervantes-Morales, Fernando | 6708 | 122618 | 1/4/2013 |

| | | | | |
|---|---|---|---|---|
| 348 | Nguyen, Khuong Duy | 6254 | 122617 | 1/4/2013 |
| 349 | Hudson, Michel John | 3620 | 122612 | 1/4/2013 |
| 350 | Nguyen, Hung Manh | OO48 | 122615 | 1/4/2013 |
| 351 | Nguyen, Tony Nghi | 7122 | 122624 | 1/8/2013 |
| 352 | Dang, Thuc Van | 9652 | 122616 | 1/4/2013 |
| 353 | Nguyen, Jimmy | O371 | 122619 | 1/5/2013 |
| 354 | Quevedo-Badillo, Federico | 8224 | 122628 | 1/8/2013 |
| 355 | Garcia, Pamela Ann | 1797 | 122623 | 1/7/2013 |
| 356 | Couvillion, Christina_Quality First Construction,LLC dba Quality First Marine | 4341 | 122649 | 1/15/2013 |
| 357 | Rodriguez-Cervantes, Isaac | 8324 | 122625 | 1/8/2013 |
| 358 | Rodriguez-Cardenas, Jorge | 7580 | 122626 | 1/8/2013 |
| 359 | Vega-Rodriguez, Fermin | 7579 | 122627 | 1/9/2013 |
| 360 | Rivas, Jose Rene | O678 | 122639 | 1/9/2013 |
| 361 | Nguyen, Tuan Huu | 3268 | 122643 | 1/14/2013 |
| 362 | Badillo-Ramirez, Casar | 2103 | 122645 | 1/14/2013 |
| 363 | Rodriguez, Jose Francisco | 5606 | 122642 | 1/14/2013 |
| 364 | Cervantes, Jose Aurelio | O126 | 122646 | 1/14/2013 |
| 365 | Olivier, Pierre | 8918 | 123317 | 2/22/2013 |
| 366 | Huynh, Van | 1836 | 122647 | 1/14/2013 |
| 367 | Cervantes-Olvera, Gerardo Jesus | 3134 | 122644 | 1/14/2013 |
| 368 | Mendez-Trejo, Cristobal | 2947 | 222648 | 1/14/2013 |
| 369 | Swift, Jonathan Timothy | 9696 | 122713 | 1/16/2013 |
| 370 | Duplessis, Clarence | 3118 | 122651 | 1/15/2013 |
| 371 | Cuellar-Hernandez, Jose Abel | 8664 | 122728 | 1/17/2013 |
| 372 | Church Streeet Properties, LLC. | 5267 | 123341 | 2/22/2013 |
| 373 | Raoul Olivier Trust No. 1 | 4204 | 123352 | 2/22/2013 |
| 374 | Brown, Jules | 2263 | 122926 | 1/31/2013 |
| 375 | Dufrene, Todd_Todd's Fiberglass Kustomizing | 9509 | 122737 | 1/21/2013 |
| 376 | Menge, Mart Ellen_Bacom Communications, LLC | 7697 | 122812 | 1/24/2013 |
| 377 | Porcari, Laurel_LA Porcari, LLC. | | 123223 | 2/22/2013 |
| 378 | Sylve, Shantell | 2066 | 122738 | 1/22/2013 |
| 379 | Sylve, Destiny | 2290 | 122743 | 1/22/2013 |
| 380 | Butler, Natalie | 8039 | 122744 | 1/22/2013 |
| 381 | Sylve, Noel | 3585 | 122745 | 1/22/2013 |
| 382 | Badillo-Campozano, Marcos | 8565 | 122813 | 1/25/2013 |
| 383 | Champagne, Clarence J. | 8747 | 123057 | 2/18/2013 |
| 384 | Barthelemy, Andria Sylve | 9285 | 122935 | 2/4/2013 |