# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

February 19, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 12-31261    In Re: Deepwater Horizon
    USDC No. 2:10-MD-2179
    USDC No. 2:10-CV-2771
    USDC No. 2:11-CV-925
```

The court has taken the following action in this case: Appellants' motion to reopen the case is GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

Mr. Aditya Bamzai
Mr. Jeffrey Bossert Clark Sr.
Mr. Caleb H. Didriksen III
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Ms. Allyson Newton Ho
Mr. Richard J. Hymel
Mr. Edward F Kohnke IV
Mr. Christopher Landau
Mr. James Andrew Langan
Mr. Daniel Benjamin Levin
Mr. Evans Martin McLeod
Ms. Denise U. Scofield
Mr. Hugh Earl Tanner
Mr. Campbell E. Wallace

[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED FEB 20 2013 LORETTA G. WHYTE CLERK]