# EXHIBIT A

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP, LANGSTON LOTT P.A. AND THE KRELLER LAW FIRM FEBRUARY 8, 2013 AND FEBRUARY 22, 2013

| Document ID | Business Name |
| --- | --- |
| 122976 | Diaz, Kevin |
| 122977 | Tank Sr., Bobby |
| 122978 | CND, Inc. |
| 122979 | Nguyen, Chau Minh |
| 122980 | Nguyen, Vong |
| 122981 | Huynh, Tam |
| 122982 | Huynh, Giang |
| 122983 | Nguyen, Vuong |
| 122984 | Tran, Che |
| 122985 | Tran, Phong |
| 122986 | Nguyen, Hien |
| 122987 | Le, Kiu |
| 122988 | Le, Danny |
| 122989 | Tran, Kristen |
| 122990 | Lam, Mui |
| 122991 | Ly, Men |
| 122992 | Clapham, Jesse |
| 122993 | Hereford, Sr., Rodney |
| 122994 | Reed, Jesse |
| 122995 | White, George |
| 122996 | Dinh, Toan |
| 122997 | Nguyen, Manh |
| 122998 | Le, Tam |
| 122999 | Gerica, Peter |
| 123000 | Gerica, Clara |
| 123001 | Gerica, Christina |
| 123002 | Nguyen, Manh |
| 123003 | Green, Rufus |
| 123004 | Nguyen, Bao |
| 123005 | Washington, Willie |
| 123006 | Kalliainen, Richard |
| 123007 | Blackman, Raymond |
| 123008 | Romano, Wayne |
| 123009 | Gala, George |
| 123010 | Plant Masters, LLC |
| 123011 | Welford, Tim |
| 123012 | Henderson, Dennis |
| 123013 | Luu, Diem |
| 123014 | Yates, John |
| 123015 | Lamb, Lynn |
| 123016 | Dinh, Viet |
| 123391 | Jag's Grill |

# EXHIBIT A

SHORT FORM JOINDERS FILED BY FAEGRE BAKER DANIELS LLP, LANGSTON LOTT P.A. AND THE KRELLER LAW FIRM FEBRUARY 8, 2013 AND FEBRUARY 22, 2013

| Document ID | Business Name |
|---|---|
| 123392 | Dim Athanasakos and Co. LTD |
| 123393 | Pontchartrain Pier & Piling, LLC |
| 123394 | Nguyen, Tiec |
| 123395 | Waaga Construction, LLC |