IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 2 0 2013
LORETTA G. WHYTE
CLERK

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 19, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 12-31261     In Re: Deepwater Horizon
    USDC No. 2:10-MD-2179
    USDC No. 2:10-CV-2771
    USDC No. 2:11-CV-925
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Connie Brown
Connie Brown, Deputy Clerk
504-310-7671

Mr. Aditya Bamzai
Mr. Jeffrey Bossert Clark Sr.
Mr. Caleb H. Didriksen III
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Ms. Allyson Newton Ho
Mr. Richard J. Hymel
Mr. Edward F Kohnke IV
Mr. Christopher Landau
Mr. James Andrew Langan
Mr. Daniel Benjamin Levin
Mr. Evans Martin McLeod
Ms. Denise U. Scofield
Mr. Hugh Earl Tanner
Mr. Campbell E. Wallace
Ms. Loretta Whyte