**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | * | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on APRIL 20, 2010** | * | **SECTION J** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE BARBIER** |
| | * | |
| **IN RE: 10-8888 SHORT FORM JOINDERS** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION**
**SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**</u>

Now come various claimants, through undersigned counsel, who file this Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline.  Attached to this Memorandum is Exhibit A, a list of all claimants who filed late short forms and are joint movants for purposes of this motion ("Claimants").  These Claimants seek this Honorable Court's permission to accept Claimants' late-filed claims in the limitation proceeding for the following reasons:

1.      All Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill

2.      Because Claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

3.      No prejudice will result from the acceptance of the late filings.  Such filings have been filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

4.      Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding.  Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late-filed claims should be allowed where equitable reasons are shown.  *Texas Gulf Sulphur Co. v. Blue Stock Towing Co.*, 313 F.3d 359,362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims,"); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349,351 (5th Cir. 1993)).  Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, Claimants respectfully request that the Court accept their late-filed short forms and grant the accompanying Motion for Acceptance of Limitation Short Form Joinders Beyond the September 16, 2011 Deadline.

Respectfully submitted

/s/ Lynn E. Swanson
GLADSTONE N. JONES, III (# 22221)
LYNN E. SWANSON (#22650)
H.S. BARTLETT III (# 26795)
EMMA ELIZABETH ANTIN DASCHBACH (#27358)
CATHERINE E. LASKY (#28652)
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

2

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I filed the foregoing pleading via Lexis/Nexis

File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the

United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New

Orleans, Louisiana, thereby effecting service on all counsel of record.

/s/ Lynn E. Swanson

3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)