# Exhibit A

# JONES SWANSON CLAIMS FILED WITH THE BP CLAIMS FACILITY

|   | OPA Presentment Claimant | Sum Certain |
|---|---|---|
| 1. | **Simmonds Equipment**<br>Case No. 10-8888; Document No. 123290 | $828,304.00 |
| 2. | **Louisiana Oilfield Divers**<br>Case No. 10-8888; Document No. 123293 | $146,185,437.00 |
| 3. | **PLC, Inc. fka Premier Industries, Inc.**<br>Case No. 10-8888; Document No. 123295 | $18,151,113.00 |
| 4. | **Premier Offshore, LLC**<br>Case No. 10-8888; Document No. 123298 | $66,299,682.00 |
| 5. | **Cajun Circus Offshore, LLC dba Silver Bear, Inc.**<br>Case No. 10-8888; Document No. 123300 | $1,315,022.09 |
| 6. | **Waskey Holding, LLC**<br>Case No. 10-8888; Document No. 123305 | $4,900,000.00 |
| 7. | **L & L Oil & Gas Services**<br>Case No. 10-8888; Document No. 123320 | $22,658,735.00 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)