## Phase Two Trial Preparation Timeline

**<u>Date</u>**              **<u>Deadline/Event</u>**

3/01/13          The moving party must file a reply.[1]

3/01/13          The U.S., the PSC and States ("Plaintiffs") shall submit a <u>joint</u> prioritized deposition cut list (excluding Oceaneering), so that a schedule can be set for the preparation of deposition bundles for Judge Barbier.

3/4-5/13         Oceaneering deposition.

3/05/13          Completion of all fact witness depositions.

3/15/13          The Plaintiffs shall submit joint designations and highlighted exhibits for the first 15 depositions ("Group One") on the Plaintiffs' priority list.

3/22/13          Reports of experts for plaintiffs (except report from Dr. Bea).[2]

3/26/13          Deadline for good faith trial exhibit list - Second Installment.

3/26/13          The parties shall serve a good-faith list of fact deposition exhibits that they intend to use at trial, as well as a good-faith list of other documents not used in fact depositions that they wish to use at trial that were not included on the good faith trial list - first installment (see 12/19/12).  Rec. doc. 7888.

3/27/13          Announce deposition schedule of experts for parties with burden of proof.

3/29/13          All defendants (including Transocean) shall submit their designations and highlighted exhibits for the Group One depositions.

4/01/13          Parties shall submit preliminary *in camera* list of dispositive motions and motions *in limine* they anticipate filing.  A schedule for the resolution of the motions will be prepared.

---

[1]  On February 15, the parties contending that the documents identified on February 1 (and as to which parties did not withdraw objections on February 8) are admissible could file briefs with the Court regarding those documents. Any party may argue that it is premature to rule on a particular document in view of expected future discovery, or may argue that a ruling should be without prejudice to future discovery.  The March 1, 2013 replies are in support of these February 15 briefs.

[2]  If Transocean intends to submit a report from an expert in support of its limitation position, it is required to submit such a report at this time.  All other reports of experts for Transocean will be submitted on the deadline for reports of experts for the defendants.

| | |
|---|---|
| 4/05/13 | All parties shall submit cross-designations and highlighted exhibits for Group One depositions. |
| 4/05/13 | Deadline for report from Dr. Bea. |
| 4/12/13 | All parties shall submit their objections for Group One depositions. |
| 4/16/13 | Objections to good faith trial exhibit list - second installment. |
| 4/19/13 | Reports of experts for defendants. |
| 4/19/13 | inData shall present Group One depositions to Judge Shushan and all counsel.[3] |
| 4/23/13 | Meet-and-confer regarding good faith trial exhibit list - second installment. |
| 4/24/13 | Announce deposition schedule of experts for responding parties. |
| 5/03/13 | Deadline for optional motions addressing the admissibility of a reasonable number of sample documents that parties may seek to have admitted into evidence as to which objections remain from the second installment. |
| 5/03/13 | Reports of experts for defendants concerning Dr. Bea's report. |
| 5/13/13 | Responses to motions filed on May 3, 2013. |
| 5/17/13 | Reports of experts responding to reports served on April 19, 2013. |
| 5/20/13 | Replies in support of motions filed on May 3, 2013. |
| 5/24/13 | Announce deposition schedule of any rebuttal experts. |
| 5/31/13 | Report of Dr. Bea responding to reports served on May 3, 2013. |
| 6/03/13 | Commencement of expert depositions. |
| | Week One of Experts, including Saturday. |
| 6/10/13 | Week Two of Experts, including Saturday. |

---

[3] Deposition bundles for Phase Two will not be presented to Judge Barbier until after the completion of the trial of Phase One.

| | |
|---|---|
| 6/17/13 | Week Three of Experts, including Saturday. |
| 6/24/13 | Week Four of Experts, including Saturday. |
| 7/01/13 | Week Five of Experts, including Saturday. |
| 7/08/13 | Week Six of Experts, including Saturday. |
| 7/15/13 | Week Seven of Experts, including Saturday. |
| 7/15/13 | Deadline for any request for any items at Michoud to be produced at the trial. |
| 7/20/13 | Deadline for completion of expert depositions (including the deposition of Dr. Bea/Dr. Gail). |

7/20/13      The deadline for contesting the authenticity of any document used in a deposition of an expert witness is fourteen (14) calendar days from the email delivery of a final certified electronic copy of the transcript.

8/02/13      Exchange final witness and exhibit lists.

The parties will be required to indicate in good faith those witnesses who <u>will</u> be called in the absence of reasonable notice to the contrary. Each party may designate 1 may call witness. Except for good cause shown, the parties will not be permitted to add exhibits or witnesses after this date.

8/05/13      *Daubert* Motions for Phase Two Trial (limited to 15 pages double spaced).

8/19/13      Oppositions to *Daubert* Motions (limited to 15 pages double spaced).

8/22/13      Submit pre-trial stipulations, witness and exhibit lists.

Each party shall submit a pre-trial statement. It shall be no longer than 5 pages double-spaced. The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial. It may contain summaries of material facts or lists of contested facts or issues of law. The parties shall not submit a formal pre-trial order.

8/26/13      Replies in support of *Daubert* Motions (limited to 3 pages double spaced).

8/28/13      The parties shall exchange all demonstrative aides that they can reasonably anticipate using in the trial.

The parties shall exchange any additional demonstrative aides to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aides are to be used for the first time.  Demonstrative aides to be used in *cross examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time.  Both of these deadlines (*i.e.*, for demonstratives to be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed.

8/29/13        Final Pretrial Conference.  Technical walk through for parties' technical staff only.

9/03/13        Deadline for advance notice of witnesses to testify during first week of trial.

9/03/13        The deadline for objections to demonstrative aides exchanged on 8/28/13.

9/05/13        Resolve all technology issues in courtroom and related space.

9/16/13        Trial of Phase Two Begins.

Revised 2-25-13