**COURT RECORD LOAN FORM**
**U.S. DISTRICT COURT**
*This portion remains with Court Records*

Clerk's Office Copy

(12-31155)  J

No. 10-cv-7777  Short Title In Re: Oil Spill  Date 2-19-13
10-md-2179
To: Clay Garside / Waltzer Wiygul & Garside LLC
Name
14399 Chef Menteur Hwy, Ste D
Address
NO, LA 70129
(504) 254-4400
City          State       Zip

**Documents Enclosed:**
☑ Record Vols. 3 vols.
☐ Transcripts _____
☐ Exhibits ☐ Env. _____
☐ Box: _____ ☐
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____

Complete the area below and return this form along with the documents to 5th Circuit

2013 FEB 19 PM 3:40

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above are returned to Clerk
ATTORNEY NAME _____
DATE _____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above have been received by Clerk
NAME _____
DATE _____

EASTERN DISTRICT OF LOUISIANA

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____ Short Title _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above have been forwarded to:
ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____ Short Title _____

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Case records listed above received by:
JUDGE/ATTY NAME _____
DATE _____