# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Darryl Lee Haan   claim  1123040
       Plaintiff                                    Civil Action

**U. S. DISTRICT COURT**
**Eastern District of Louisiana**          No.  MDL-2179

vs

**FILED   FEB 2 5 2013**          SECTION  " " J " "

**LORETTA G. WHYTE**          Hon. Barbier
**Clerk**

BP OIL inc..
Defendant

## MOTION   TO   ADD   TO   THE   RECORD

1.The State Of  Michigan , Refused to File a Valid Third Party Claim , against

the Plaintiff,  Darryl Lee Haan ,  in the Deepwater Horizon Oil Spill Settlement

for not a Valid Debt of Back Child Support Owed by , the Plaintiff , Darryl Lee Haan.

Thereof, was released from Felony Probation  of  The State Of Michigan.


Attached Documents    =        TABEL OF CONTENTS   A  -  D


Date  Feb. 20,  2013

Certificate of Service
I hereby certify that I have served a copy of this
Document on all councel fo record either in person
Or by mailing it postage prepaid on this

**20**____ day of _February_ , 20 **13**

          Darryl Lee Haan
          6421 Finance A.V.
          Weeki  Wachee,  Florida  34607
          352-596-2753

**TENDERED FOR FILING**

**FEB 2 5 2013**

**U.S. DISTRICT COURT**
**Eastern District of Louisiana**
**Deputy Clerk**

____ Fee _____
____ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
____ Doc No._____

# U.S. District Court
# Eastern District of Louisiana

## Motion Submission and Oral Argument Dates

These dates are subject to change
up to the time the motion is filed.

| Civil Wednesdays - 9:30 AM | Criminal Thursdays - 9:30 AM |
|---|---|
| | March 8, 2013 |
| March 13, 2013 | March 22, 2013 |
| March 27, 2013 | April 5, 2013 |
| April 10, 2013 | April 19, 2013 |
| April 24, 2013 | May 3, 2013 |
| May 8, 2013 | May 17, 2013 |
| May 22, 2013 | May 30, 2013 |
| June 5, 2013 | June 13, 2013 |
| June 19, 2013 | June 27, 2013 |
| July 3, 2013 | July 11, 2013 |
| July 17, 2013 | July 25, 2013 |
| July 31, 2013 | August 8, 2013 |
| August 14, 2013 | August 22, 2013 |
| August 28, 2013 | September 5, 2013 |
| September 11, 2013 | September 19, 2013 |
| September 25, 2013 | October 3, 2013 |
| October 9, 2013 | October 17, 2013 |
| October 23, 2013 | October 31, 2013 |
| November 6, 2013 | November 14, 2013 |
| November 20, 2013 | November 28, 2013 |
| December 4, 2013 | December 12, 2013 |
| December 18, 2013 | December 26, 2013 |

| SECTION | DISTRICT JUDGES |
|---|---|
| A | Jay C. Zainey |
| | |
| C | Helen G. Berrigan |
| | |
| | |
| G | Nannette Jolivette Brown |
| H | Jane Triche Milazzo |
| I | Lance M. Africk |
| **J** | **Carl J. Barbier** |
| K | Stanwood R. Duval, Jr. |
| L | Eldon E. Fallon |
| N | Kurt D. Engelhardt |
| R | Sarah S. Vance, Chief Judge |
| S | Mary Ann Vial Lemmon |
| DIVISION | MAGISTRATE JUDGES |
| 1 | Sally Shushan |
| 2 | Joseph C. Wilkinson, Jr. |
| 3 | Daniel E. Knowles, III |
| 4 | Karen Wells Roby |
| 5 | Alma L. Chasez, Chief Magistrate |
| - | Magistrate Criminal Duty |

Questions or Comments
Last updated on: February 14, 2013 12:01AM

# TABEL OF CONTENTS

1.  NOTICE OF A FEDERAL PROTECTION ORDER & OFFSET NOTICE
-----------------------------------------------------------------------------------
TO THE STATE OF MICHIGAN ON A FELONY BACK CHILD SUPPORT DEBT

IF IT WAS A VALID DEBT.   LABEL  A


2. A COURT ORDER OF NO VALID DEBT FILED BY THE STATE OF MICHIGAN
---------------------------------------------------------------
AS ORDERED BY THE FEDERAL DISTRICT COURTS       LABEL  B
-------------------------------------------------


3. FEDERAL DISTRICT COURTS VALID CHILD SUPPORT CLAIMS

LABEL  C


4. STATE OF MICHIGAN COURT ORDER  DISCHARGED FROM
-----------------------------------------------------------------------------
FELONY PROBATION  DUE TO  FALSE CHARGES OF BACK CHILD SUPPORT
-----------------------------    -----------------------------------------------------

LABEL D



17th Circuit Court of Grand Rapids , Michigan

The People of the State of Michigan
180 Ottawa  AV  NW ,  Grand Rapids , Michigan, 49503-2751

         Plaintiff          case 0712238 - FH

V                   HONORABLE ,   REDFORD

Darryl Lee Haan
6421 FINANCE AV
WEEKI WACHEE , FLORIDA, 34607     OCT.2, 2012
         Defendant

## NOTIFICATION OF A FEDERAL DISTRICT COURT  PROTECTION

## ORDER & PROCEDURE OF COLLECTING THE OFFSET OF

CHILD  SUPPORT  MONEY ,  BY THE  ORDER OF

UNITED STATES DISTRICT COURT ,

FOR THE EASTERN DISTRICT OF LOUISIANA

Notice to the Court & HON. Redford ,

To,  State of Michigan /  MSIDU

To , Kent County Friend Of The Court

To , Michigan Probation Department

To, Florida Probation Department

Reasons there of,   The loss of the Defendants Job and has a  BP inc.

Settlement Offer with the Federal District Court Of  Louisiana

The  Defendant , Darryl Lee Haan has a Claim and was Notified by

The  FEDERAL DISTRICT COURT of  a Settlement Offer and is

Instructed to NOTFY all COURTS and Party's as such to be able to

File for and Offer the OFFSET of Money owed.


Defendant , Darryl Lee Haan , claim no.   BP / GCCF   1123040


COPY"S of    COURT ORDER  &  PROCEDURES

 Are Attached

And    letter from the Federal District Court  to  Defendant , Darryl Lee Haan

Copy attached of   World –Wide  Masters Degree in  Ship Building

There of the Reason for the Settlement and offer  because of LOSS OF JOB.



DARRYL LEE HAAN

OCT. 2  2012

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * MDL No. 2179 |
| | | * Section: J |
| | This filing relates to: *All Cases* | * District Judge Carl J. Barbier |
| | (Including Civil Action No. 12-970) | * Magistrate Judge Shushan |

-----------------------------------------------------------------------------------

## ORDER

**[APPROVING PROCEDURE FOR THE PROCESSING BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT OF THIRD PARTY CLAIMS AGAINST CLAIMANT RECOVERIES]**

CONSIDERING the request by Patrick A. Juneau, the Claims Administrator of the Economic and Property Damages Settlement (the "Claims Administrator") for entry of an Order in aid of implementation of the Court Supervised Settlement Program, pursuant to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement and Paragraph 37 of the May 2, 2012 Preliminary Approval Order (Document No. 6418), and being fully apprised, IT IS HEREBY ORDERED as follows:

1.    The Procedure submitted by the Claims Administrator is approved as Court-Approved Procedure No. 1, to govern the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible Claimants under the Settlement Agreement.

2.    This Court retains continuing and exclusive jurisdiction over the interpretation, implementation and enforcement of this Order and of Court Approved Procedure No. 1.

SIGNED at New Orleans, Louisiana, this 11th day of September, 2012.

_____
United States District Court Judge

| DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT COURT APPROVED PROCEDURE | | | |
|---|---|---|---|
| **Court Approved Procedure Number** | **1** | **Effective Date** | **September      , 2012** |
| **Subject** | Third Party Claims and/or Liens Against Claimant Settlement Payments | | |

1. **Defined Terms.** All undefined terms used in this Procedure shall have the same meanings given to such terms in the Economic and Property Damages Settlement Agreement (as amended on May 2, 2012) ("Settlement Agreement").

2. **The Purpose of this Procedure.** This Procedure defines the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties ("Third Party Claimants") against the payments to be made by the Claims Administrator to eligible Claimants under the Settlement Agreement ("Third Party Claims").

3. **Service of Third Party Claims.** The Third Party Claimant shall serve Third Party Claims on the Claims Administrator, and the Claims Administrator shall accept service of process of such Third Party Claims, by email to thirdpartyclaims@dhecc.com or by mail to Patrick A. Juneau, Claims Administrator, Deepwater Horizon Economic Claims Center, P.O. Box 1439, Hammond, LA 70404-1439, ATTN: Third Party Claim Documents. This method of accepted service is in addition to any other legal form of service under applicable law.

4. **Tracking and Inventory of Third Party Claims.** The Claims Administrator will record in its database application for the Settlement Program each Third Party Claim received by the Claims Administrator and will maintain in such database information on the events relating to each such Third Party Claim.

5. **Form of Third Party Claims.** The Third Party Claimant shall be responsible for serving the Claims Administrator with the type of order, garnishment or pleading required under all applicable state and federal laws to enforce a valid Third Party Claim against an affected Claimant's Settlement Payment before the affected Claimant receives a Settlement Payment.

6. **Notices to Third Party Claimants and Affected Claimants.** After receiving a Third Party Claim, the Claims Administrator will issue an acknowledgment and a request for more complete third party claim information, if necessary, to the Third Party Claimant. The Claims Administrator will not provide the Third Party Claimant with any information on the claim status of the affected Claimant's Settlement Program Claim unless authorized to do so in accordance with the June 29, 2012 Order Regarding Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement. If the Third Party Claimant fails to respond to the request for more complete information within 20 days or fails to provide the type of order, garnishment or pleading required under all applicable state and federal laws, the Claims Administrator will disallow the attempted Third Party Claim and will not withhold funds or take any other action relating to it. The Claims

Administrator will provide notice to the Claimant of any valid Third Party Claim(s) asserted against his/her/its Settlement Payment and allow the Claimant 20 days from the date of the notice to object to the Third Party Claim.

7.      *Payment of Third Party Claims.*  If there is no dispute as to the Third Party Claim, the Claims Administrator will deduct the Third Party Claim amount from any Settlement Payment otherwise due to the affected Claimant under the Settlement Agreement and, to the extent that there are sufficient funds in the Claimant's Settlement Payment, transmit such amount to the Third Party Claimant in accordance with the payment instructions and/or applicable state and federal law.  The Claims Administrator will pay the balance of the Settlement Payment to the affected Claimant according to the provisions of the Settlement Agreement and Court Orders regarding settlement implementation.  If there is a dispute as to the Third Party Claim, the Claims Administrator will withhold the disputed Third Party Claim amount until it receives either: (1) written confirmation from the Claimant and/or the Claimant's attorney and the Third Party Claimant that the dispute is resolved, or (2) a copy of a final, non-appealable order from a court determining the amount, if any, to be paid to the Third Party Claimant, in which case the Claims Administrator will make further payments as required by such order and to the extent that there are Settlement Payment funds available.  The Claims Administrator will pay the balance of the Settlement Payment to the affected Claimant according to the provisions of the Settlement Agreement and Court Orders regarding settlement implementation.

8.      *Implementation of this Procedure.*  The Claims Administrator has the discretion to administer any steps necessary to implement this process.

9.      *Amendments to this Procedure.*  Any amendments to this procedure shall be subject to Court approval.

2

**Subject:**   Court-Directed Legal Notice about Deepwater Horizon Economic and Property Damages Settlement

**From:**   Notice Administrator for U.S. District Court (administrator@deepwaterhorizoneconomicsettlement.com)

**To:**   DARRYLH0418@YAHOO.COM;

**Date:**   Friday, May 25, 2012 4:40 PM

Para obtener una notificación en español, póngase en contacto con nosotros o visite nuestro sitio web DeepwaterHorizonSettlements.com.

Để được thông báo bằng tiếng Việt, xin gọi điện thoại hoặc vào trang mạng DeepwaterHorizonSettlements.com.

Legal Notice

# If you had economic loss or property damage because of the Deepwater Horizon oil spill, you could get money from a class action settlement.

If you have economic loss or property damage because of the Deepwater Horizon oil spill, you could get money from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to DeepwaterHorizonSettlements.com for more information, including information on how to file a claim.

**Who is Included in the Economic & Property Damages Settlement?**
You have received this notice because you have been identified as a potential Economic and Property Damages Settlement Class Member. The Economic and Property Damages ("E&PD") Settlement Class includes people, businesses, and other entities, in the states of Louisiana, Alabama and Mississippi, and certain counties in Texas and Florida, that were harmed by the oil spill. The website has detailed descriptions and maps to help you determine whether a geographic location may be included in the E&PD Settlement. Additionally, you can call 1-866-992-6174 or e-mail questions@DeepwaterHorizonEconomicSettlement.com to find out if a geographic location is included. The Detailed Notice has more information on who is included.

**What does the Economic & Property Damages Settlement Provide?**
The E&PD Settlement makes payments for the following types of claims: (1) Seafood Compensation, (2) Economic Damage, (3) Loss of Subsistence, (4) Vessel Physical Damage, (5) Vessels of Opportunity Charter Payment, (6) Coastal Real Property Damage, (7) Wetlands Real Property Damage, and (8) Real Property Sales Damage. There is no limit on the total dollar amount of the E&PD Settlement; all qualified claims will be paid. The Detailed Notice has more information on E&PD Settlement benefits.

**How to Get Benefits from the Economic & Property Damages Settlement**
You need to submit a Claim Form to request a payment. You can get a copy of the various Claim Forms by visiting the website or by calling 1-866-992-6174. Claims can be submitted online or by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline to submit most E&PD claims will be April 22, 2014 or six months after the E&PD Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are

resolved), whichever is later. There will be an earlier deadline to submit E&PD Seafood Compensation claims. The earlier deadline to submit Seafood Compensation claims will be 30 days after final approval of the Settlement by the United States District Court for the Eastern District of Louisiana (regardless of appeals). Actual claim filing deadlines will be posted on the website as they become available. Valid claims will be paid as they are approved, beginning shortly after the Court-Supervised Settlement Program commences. It is highly recommended that E&PD Settlement Class Members complete and submit their Claim Forms promptly. Please read the Medical Benefits Settlement Notice because you may also be eligible for benefits from that settlement.

**Your Other Options**
If you do not want to be legally bound by the E&PD Settlement, you must Opt Out or exclude yourself by **October 1, 2012** or you won't be able to sue BP over certain economic and property damages claims. If you stay in the E&PD Settlement, you may object to it by **August 31, 2012**. The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **November 8, 2012** to consider whether to approve the E&PD Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. The Court will also consider Class Counsel fees, costs, and expenses including an interim payment of $75 million and additional awards equal to 6% of class claims and benefits paid. Class Counsel fees, costs and expenses under the Economic and Property Damages Settlement Agreement and the Medical Benefits Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

For more information and a Claim Form, visit DeepwaterHorizonSettlements.com or call toll-free: 1-866-992-6174.

This notice does not provide any information related to the separate Medical Benefits Settlement also reached related to the Deepwater Horizon oil spill. For more information about the Medical Benefits Settlement, and to determine whether your rights are affected by that settlement, or whether you are eligible for benefits under that settlement, visit DeepwaterHorizonSettlements.com or call 1-866-992-6174.

SOURCE: United States District Court for the Eastern District of Louisiana

---

The United States District Court for the Eastern District of Louisiana has directed this email notice be sent. If you wish to UNSUBSCRIBE from future email messages from the Notice Administrator with regard to this Settlement, please click on this link.

17th Circuit Court of Grand Rapids , Michigan

The People of the State of Michigan
180 Ottawa   AV  NW ,  Grand Rapids , Michigan, 49503-2751

                    Plaintiff                    case 0712238 - FH

V                                        HONORABLE ,   REDFORD

Darryl Lee Haan
6421 FINANCE  AV
WEEKI WACHEE , FLORIDA, 34607              OCT.2,  2012
              Defendant


   I, Darryl lee Haan  , has served a COPY  to all listed here on OCT . 2 , 2012

By first class mail ,


    Notice to the Court & HON. Redford ,

    To,  State of Michigan /  MSIDU

    To , Kent County Friend Of The Court

    To , Michigan Probation Department

    To, Florida Probation Department




    DARRYL HAAN

        OCT . 2 , 2012

Spring Hill Branch Post Office
Spring Hill, Florida
346069998
1189290131 -0098
10/03/2012   (352)696-6638   11:46:50 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| GRAND RAPIDS MI 49503 Zone-6 First-Class Letter 2.30 oz. | | | $0.85 |
| Issue PVI: | | | $0.85 |
| LANSING MI 48909 Zone-6 First-Class Letter 2.30 oz. | | | $0.85 |
| Issue PVI: | | | $0.85 |
| GRAND RAPIDS MI 49503 Zone-6 First-Class Letter 2.20 oz. | | | $0.85 |
| Issue PVI: | | | $0.85 |
| GRAND RAPIDS MI 49503 Zone-6 First-Class Letter 2.20 oz. | | | $0.85 |
| Issue PVI: | | | $0.85 |
| Total: | | | $3.40 |

Paid by:
Cash                                  $4.00
Change Due:                          -$0.60
*********************************************
*********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*********************************************
*********************************************

Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*********************************************
*********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************

Bill#: 1000201733
Clerk: 02

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*********************************************
*********************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

LaBEL B

17th Circuit Court of Grand Rapids , Michigan

The People of the State of Michigan
180 Ottawa  AV  NW , Grand Rapids , Michigan, 49503-2751

Plaintiff                    case 0712238 - FH

V                                          HONORABLE ,   REDFORD

Darryl Lee Haan
6421 FINANCE  AV
WEEKI WACHEE , FLORIDA, 34607            JAN, 2 ,2013
            Defendant

## MOTION  TO  RELEASE  DEFENDANT  FROM  PROBATION

1. On  Oct.2 ,2012  ,  the Defendant  gave Notice of a Federal Protection Order &

   Procedures of a Federal Offset Notice from  ,  The Federal District Court ,

   Eastern District Court Of Louisiana ,  .  As Directed ,  Notified to,

   17th  Circuit Court of Grand Rapids , Michigan,  HON. Redford

   To,  State of Michigan / MSIDU   ,   To , Kent County Friend Of The Court

   To , Michigan Probation Department ,  To, Florida Probation Department

2. As of  Jan 2, 2013 ,  over 90 Days Filed

   No Offset has been Filed  from any Plaintiffs  listed above ,

   As such is a  Admission to,

   The Federal District Court ,  Eastern District Court Of Louisiana

   And     17th  Circuit Court of Grand Rapids , Michigan,  HON. Redford

   That No Back Child Support is owed to the State Of Michigan , $ 0.00

   by the Defendant , DARRYL LEE HAAN.

There of ,

By Federal & State Laws ,  the Defendant should be  Released from Probation

For the Admission  to , both ,

 Federal District Court  ,  Eastern District Court Of Louisiana  &

   17th  Circuit Court of Grand Rapids , Michigan,  HON. Redford


   that  No Back or Current Child Support is Owed by the Defendant ,

   Darryl Lee Haan ,   to the State Of Michigan .

   17th  Circuit Court of Grand Rapids , Michigan,  HON. Redford

    must by Law Release the Defendant , Darryl Lee Haan  from Probation.


Under the Federal District Court , Eastern District Court Of Louisiana ,

Federal Protection Order filed on Sept . 11, 2012  and filed with ,

17th  Circuit Court of Grand Rapids , Michigan,  HON. Redford

and all Plaintiffs Listed ,  On Oct 2 , 2012 by the Defendant , Darryl Lee Haan.



     Respectfully    Submitted  by ,  the Defendant , Darryl Lee Haan


Jan. 2 , 2013

I, Darryl Lee Haan , Defendant , served all listed by US First Class Mail on  Jan .2 , 2013

To,

17ᵗʰ Circuit Court Of Kent County
**Kent County** Courthouse 180 Ottawa Avenue NW Grand Rapids, MI 49503

Florida Department Of Probation

Inperson  to Probation

Kent County Friend Of the Court
82 Ionia Avenue NW, Suite 200 Grand Rapids, MI 49503

MISDU unit
Michigan SDU
Po.Box 30351
Lansing , Michigan, 48909-7851

James Bergman  , Officer

Kent County Circuit  Court Probation
82 Ionia A.V. N.W. Suite 100
Grand Rapids , Michigan, 49503

Michigan Attorney General Office

G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

Jan . 2, 2013                         Darryl  Lee Haan ,   Defendant

```
         Spring Hill Branch Post Office
              Spring Hill, Florida
                   346069998
               1189290131 -0098
12/31/2012      (352)686-6638      12:04:11 PM

                 Sales Receipt
Product           Sale  Unit          Final
Description        Qty  Price         Price

GRAND RAPIDS MI 49503                 $0.90
Zone-6 First-Class
Large Env
  1.00 oz.
                                     ========
  Issue PVI:                          $0.90

LANSING MI 48909 Zone-6              $0.90
First-Class Large Env
  1.00 oz.
                                     ========
  Issue PVI:                          $0.90

GRAND RAPIDS MI 49503                 $0.90
Zone-6 First-Class
Large Env
  1.00 oz.
                                     ========
  Issue PVI:                          $0.90

LANSING MI 48909 Zone-6             $0.90
First-Class Large Env
  1.00 oz.
                                     ========
  Issue PVI:                          $0.90

GRAND RAPIDS MI 49503                 $0.90
Zone-6 First-Class
Large Env
  1.00 oz.
                                     ========
  Issue PVI:                          $0.90
                                     --------
Total:                                $4.50

Paid by:
Debit Card                            $4.50
  Account #:       XXXXXXXXXXXX4018
  Approval #:        652667
  Transaction #:     161
  23 903570075
  Receipt#:          004392
********************************************
********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
********************************************
********************************************
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
********************************************
********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.

LaBEL C

LaBEL D

Approved, SCAO

| STATE OF MICHIGAN JUDICIAL CIRCUIT 17th Circuit Court - Kent County | MOTION AND ORDER FOR DISCHARGE FROM PROBATION | CASE NO. (1)0712238-FH |
|---|---|---|

| ORI MI-MI410025J | Court Address Courthouse, 180 Ottawa Avenue NW Suite 2400 Grand Rapids, Michigan 49503 | Court Telephone No. (616) 632-5480 |
|---|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN Kent County | V | Defendant's name, address and telephone no. Haan, Darryl Lee 6421 Finance Ave Weeki Wachee, Florida 34607 (352) 293-3038 |
|---|---|---|

| CTN 94-07900677-01 | TCN | SID 3225272J | DOB 4/18/1965 |
|---|---|---|---|

| Date of Probation 1/14/2008 | Offense |
|---|---|
| Term of Probation 3 years | (1) 750.165 - Child Support - Failing to Pay |

COPY

I respectfully move this court to discharge the defendant from probation for the following reasons: The defendant has been under courtesy supervision in Florida since sentencing. He has completed his full term of probation that he was sentenced to and the extention that was ordered due to non-payment. He has now been on probation for a total of 5 years. He has paid all court costs and CVA in full, but has failed to pay his child support obligations. According to the Attorney General, there is over $73,000.00 that is still due. It is requested that his probation be terminated as unsuccessful and that any monies associated with this case that are unpaid remain due and owing.

1/9/13
Date

Probation Officer    JAMES D BERGMAN

REC'D & FILED
JAN 0 9 2013
Judge Redford
17th Circuit Court

### ORDER OF PROBATION DISCHARGE

1. **THE COURT FINDS** that all conditions of probation [ ] were [X] were not successfully completed.

   [ ] a. The Defendant was ordered to drug treatment court and [ ] did [ ] did not successfully complete the program.

**IT IS ORDERED:**

2. The defendant is discharged from probation supervision. Any unfulfilled financial obligations or conditions of the sentence imposed by this court can be pursued according to law.

3. [ ] The plea or finding of guilt under the:

   [ ] Controlled Substance Act (MCL 333.7411)          [ ] Parental Kidnapping Act (MCL 750.350a)

   [ ] Drug Treatment Court (MCL 600.1076)              [ ] Spouse Abuse Act (MCL 769.4a)

   [ ] Penal Code; Practicing under the Influence (MCL 750.430)

   is set aside and the case is dismissed. The records of arrest and discharge or dismissal in this case shall be retained as a nonpublic record according to law.

4. [ ] The defendant is released from the status of Youthful Trainee under the Holmes Youthful Trainee Act (MCL 762.14) and the case is dismissed. The record of arrest and discharge or dismissal in this case shall be retained as a nonpublic record according to law.

5. [ ] The plea or finding of guilt under the Michigan Liquor Control Code; Minor in Possession (MCL 436.1703) is set aside and the case is dismissed. The court shall maintain a nonpublic record of the matter according to law.

1/9/13
Date

Judge/Magistrate James Robert Redford

P38462
Bar No.

If item 1a, 3, or 4 is checked, the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 769.16a.

MC 245 (5/07) MOTION AND ORDER FOR DISCHARGE FROM PROBATION
MCL 769.1j, MCL 769.1k, MCL 771.5, MCL 780.766(13), MCL 780.794(13), MCL 780.826(13), MCL 780.905, MCL 791.225A(6)

Haan, Darryl Lee - 674791
01/09/2013  13:37:36

Page 1 of 2

Clerk of the Court

US District Court

500 Poydras St

Room C-151

New Orleans, LA.

70130

Section J

U.S. POSTAGE
SPRING HILL, FL
FEB 20 13
AMOUNT
$1.72
00057020-03
34120
1000