UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | JUDGE BARBIER |
| Relates to: No. 10-8888 | * * | MAG. JUDGE SHUSHAN |

*************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SHORT FORM JOINDERS IN LIMITATION

**MAY IT PLEASE THE COURT:**

Movants identified in Exhibit A were unrepresented prior to the deadline for filing claims in the limitation. Movants were unaware of the deadline or its significance and failed to timely file a Short Form Joinder in accordance with the procedures set forth in Pre-Trial Orders 24 and 25. Movants have sought representation from undersigned counsel following the entry of default on September 16, 2011, and have filed Short Form Joinders on the dates and with the document numbers indicated in Exhibit A in the months following September 16, 2011.

Supplemental Admiralty Rule F(4) gives the Court discretion to permit the late filing of a claim in a limitation action. Generally speaking, where the issue of limitation has not been determined, and there is no prejudice to the parties, permission is freely granted by the Court. *See, e.g., In re Gladiator Marine, Inc.,* No.98-2037, 1999 WL 378121 (E.D.La. June 7, 1999); *citing, Golnoy Barge Co. v. M/T Shinoussa,* 980 F.2d 349, 351 (5th Cir.1993); *see also, Texas Gulf Sulphur Company v. Blue Stack Towing Company,* 313 F.2d 359, 362 (5 Cir. 1963) ("so long as the limitation proceeding is pending and undetermined, and the rights of the parties are

not adversely affected, the court will freely grant permission to file late claims"); *quoting*, 3 Benedict, ADMIRALTY §518, p. 542 (Knauth ed. 1940).

Limitation has not been determined, and there is no prejudice to the rights of the Limiting Parties or the other claimants. Recognizing Movants' answers and claims in limitation will not affect the limitation proceeding in any way.

## Conclusion

For foregoing reasons, Movants pray that their late-filed short forms be deemed effective answers and claims in the limitation action (10-2771).

Respectfully submitted,
**WALTZER WIYGUL & GARSIDE, LLP**

_____
Joel Waltzer (LA Bar # 19268)
Clay Garside (LA Bar # 29873)
3715 Westbank Expressway, Ste 13
Harvey, LA 70058
joel@waltzerlaw.com
Tel: (504) 340-6300
Fax: (504) 340-6330
