UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" |
| | § | JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § § | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' (STATES OF TAMAULIPAS', VERACRUZ', AND QUINTANA ROO'S) AMENDED RESPONSE IN OPPOSITION TO MOTION OF DEFENDANT CAMERON INTERNATIONAL CORPORATION FOR LEAVE TO FILE SUMMARY JUDGMENT SUR-REPLY**

COME NOW Plaintiffs, The States of Tamaulipas, Veracruz, and Quintana Roo and file this their Motion for Leave to File Plaintiffs' (States Of Tamaulipas', Veracruz', And Quintana Roo's) Amended Response In Opposition To Motion Of Defendant Cameron International Corporation For Leave To File Summary Judgment Sur-reply and in support thereof, would respectfully show the Court as follows:

1.  Plaintiff's inadvertently filed their initial Response and Opposition to Cameron's Motion for Leave to File Summary Judgment Sur-Reply with the following erroneous language on page 7:

"WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that *Defendants' Joint Motion To Strike Certain Of The Mexican States' Summary Judgment Exhibits* be denied in all respects." (emphasis added).

2.  Plaintiff's Amended Response that was filed inadvertently without leave of court is aimed at correcting the clerical error referencing the wrong Defendants'

1

motion to which the response is addressed. By this Motion for Leave, Plaintiffs seek to correct and replace the foregoing paragraph as follows:

"WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that *Defendant's Motion for Leave to File Summary Judgment Sur-Reply* be denied in all respects."

3. Therefore, in the interests of justice Plaintiffs pray that they be granted leave to file their Motion for Leave to File Plaintiffs' (States Of Tamaulipas', Veracruz', And Quintana Roo's) Amended Response In Opposition To Motion Of Defendant Cameron International Corporation For Leave To File Summary Judgment Sur-replyfor the purpose of curing the clerical mistake made in the Original Opposition and Response to the Motion. A copy of the proposed Amended Response is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Motion for Leave to File Plaintiffs' (States Of Tamaulipas', Veracruz', And Quintana Roo's) Amended Response In Opposition To Motion Of Defendant Cameron International Corporation For Leave To File Summary Judgment Sur-reply be granted in all respects.

Dated: February 26, 2013

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing pleading, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing **MOTION FOR LEAVE TO FILE PLAINTIFFS' (STATES OF TAMAULIPAS', VERACRUZ', AND QUINTANA ROO'S) AMENDED RESPONSE IN OPPOSITION TO MOTION OF DEFENDANT CAMERON INTERNATIONAL CORPORATION FOR LEAVE TO FILE SUMMARY JUDGMENT SUR-REPLY** in accordance with the procedures established in MDL 2179, this the 26th of February 2013.

/s/ Enrique G. Serna
Enrique G. Serna