# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.<br><br>This Document Relates to:<br><br>10-4239<br>10-4240<br>10-4241 | § § § § § § § § § § | MDL No. 2179<br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

On this day came to be heard the Motion For Leave To File Plaintiff's (States Of Tamaulipas', Veracruz', And Quintana Roo's) Amended Response in Opposition to Motion of Defendant Cameron International Corporation For Leave to File Summary Judgment Sur-Reply. This Court having been advised of the premises therefore, is of the opinion that said Motion should be GRANTED. Therefore,

**IT IS ORDERED** that the State of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico, are hereby granted leave to file their Plaintiffs' (States Of Tamaulipas', Veracruz', And Quintana Roo's) Amended Response In Opposition To Motion Of Defendant Cameron International Corporation For Leave To File Summary Judgment Sur-reply.

New Orleans, Louisiana this the _____the day of _____, 2013.

_____
Hon. Carl J. Barbier
United States District Judge

1