IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:10-CV-02771-CJB-SS and<br>Case No. 10-8888 Short Form Joinders | MDL No. 2179<br><br>Section: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

_____

MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE
_____

NOW INTO COURT, through undersigned counsel, comes the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) claimants and the *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint) claimants, identified in Exhibit A, and their undersigned counsel, respectfully request that this Honorable Court accept their late-filed Short Form Joinders, filed on February 8, 2013 and February 22, 2013, in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the *MODU Deepwater Horizon*.

In support of their motion, the Thanh Hai, Inc., et al. claimants and the Hong Van Truong, et al. claimants declare as follows:

1. This Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding which was extended to September 16, 2011.

2. Upon review of Deepwater Horizon Settlement documentation, it was realized that the Thanh Hai, Inc., et al. claimants and the Hong Van Truong, et al. claimants, identified in Exhibit A, had viable claims against defendants.

3. No prejudice will result from the acceptance of the Short Form Joinder filed after September 16, 2011. Moreover, no action has been taken in the limitation proceeding which could have prejudice to any other party to the proceeding.

4. The Transocean limitation proceeding is pending and undetermined.

For these reasons, the Thanh Hai, Inc., et al. claimants and the Hong Van Truong, et al. claimants, identified in Exhibit A, respectfully moves this Honorable Court for an Order granting this Motion for Acceptance of Limitation Short Form Joinders Filed after the September 16, 2011 Deadline, filed on February 8, 2013 and February 22, 2013, and that the Court deem said Short Form Joinders as being timely filed in the Transocean limitation proceeding.

Dated: February 26, 2013.                    Respectfully submitted:


By: /s/Stephen S. Kreller

THE KRELLER LAW FIRM
Stephen Skelly Kreller (LA 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: william.roberts@faegrebd.com
E: craig.coleman@faegrebd.com

LANGSTON & LOTT, PA
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS 38829
T: (662) 728-9733
F: (662) 728-1992
E: clott@langstonlott.com
***Attorneys for Thanh Hai, Inc, et al. and
Hong Van Truong, et al. Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of February, 2013.

            /s/Stephen S. Kreller