IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:10-CV-02771-CJB-SS and<br>Case No. 10-8888 Short Form Joinders | MDL No. 2179<br><br>Section: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

_____

ORDER
_____

**CONSIDERING** the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline of the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) claimants and the *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint) claimants, identified in Exhibit A:

**IT IS HEREBY ORDERED** that the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline of the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) claimants and the *Hong Van Truong, et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-02766 (Vessels of Opportunity Complaint) claimants, identified in Exhibit A, be and is hereby GRANTED.  The Short Form Joinders filed by these claimants shall be deemed timely filed in the Transocean limitation proceeding.

New Orleans, Louisiana, this ____ day of February, 2013.

_____
Hon. Carl J. Barbier