Minute Entry
Barbier, J.
February 25, 2013
JS 10: 6 hr. 38 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL BY THE OIL RIG                    MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                    SECTION J (1)

                                                                JUDGE BARBIER
                                                                MAG. JUDGE SHUSHAN
-------------------------------------------------------------------------------------------------------------
IN RE: THE COMPLAINT AND PETITION        C.A. 10-2771   J(1)
OF TRITON ASSET LEASING GmbH, ET AL
-------------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA                    C.A. 10-4536    J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                                        COURT REPORTER:
STEPHANIE KALL                                        CATHY PEPPER (AM)
                                                                TONI TUSA  (PM)


### NON-JURY TRIAL
(Day one)

### MONDAY, FEBRUARY 25, 2013  8:00 A.M.
### JUDGE CARL J. BARBIER PRESIDING


Case called.
Trial counsel introduce themselves. (see attached)
Opening statement by the Court
Opening statement by the Plaintiffs' Steering Committee.
Opening statement by the United States.
Opening statement by the State of Alabama.
Opening statement by the State of Louisiana.
Opening statement by Transocean.
Opening statement by Halliburton.
Opening statement by BP.
Opening statement by Cameron.

Opening statement by M-I Swaco.

Sequestration of witnesses is ORDERED.

Court recesses at 4:45 p.m.
Court will resume on Tuesday, February 26, 2013 at 8:00 a.m.

Appearances: see attached.