MDL 10-2179            Page 1

IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010

## APPEARANCES OF TRIAL COUNSEL - February 25, 2013

**PSC**
James Roy _[signed]_
Stephen Herman _[signed]_
Paul Sterbcow _[signed]_
Robert Cunningham _[signed]_
Duke Williams _[signed]_
Johnny deGravelles _[signed]_
Mikal Watts _[signed]_
Walter Leger _[signed]_
Jimmy Williamson _[signed]_
Jeff Breit _[signed]_
Tom Thornhill _[signed]_
ANTHONY IRPINO _[signed]_

**U.S.**
R. Michael Underhill _[signed]_
Steven O'Rourke _[signed]_
Deanna Chang _____
Rachel Hankey _____
Scott Cernich _[signed]_
A. Nathaniel Chakeres _____
Michelle Delemarre _____
Jessica Sullivan _____
Jessica McClellan _____
Sharon Shutler _____
Malinda Lawrence _____
Daniel Spiro _____
Kelley Hauser _____
Elizabeth Young _____

**Alabama**
Luther Strange _[signed]_
Corey Maze _[signed]_
Winfield Sinclair _[signed]_

**Louisiana**
James (Buddy) Caldwell _[signed]_
Allan Kanner _[signed]_
Douglas Kraus _[signed]_

MDL 10-2179                                                                                          Page 2

IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010

**APPEARANCES OF TRIAL COUNSEL - February 25, 2013**

**Transocean**
Brad Brian _[signature]_
Michael Doyen _[signature]_
Luis Li _[signature]_
Steve Roberts _[signature]_
Rachel Clingman _[signature]_
Kerry Miller _[signature]_
Richard Hymel _[signature]_
John Kinchen _[signature]_

**Halliburton**
Donald Godwin _[signature]_
Gavin Hill _[signature]_
Floyd Hartley _[signature]_
Jerry Von Sternberg _[signature]_
Bruce Bowman _[signature] — not sporting_

**BP**
Robert (Mike) Brock _[signature]_
Hariklia (Carrie) Karis _[signature]_
Matthew Regan _[signature]_
J. Andrew Langan _[signature]_
Don Haycraft _[signature]_
_Phil Wittmann [signature]_

**Cameron**
David Beck _[signature]_
David Jones _[signature]_
Alex Roberts _[signature]_
Geoff Gannaway _[signature]_

**M-I Swaco**
Hugh Tanner _[signature]_
Denise Scofield _[signature]_

John Funderburk _[signature]_