# EXHIBIT "A"

**As related to Civil Action No: 2:10-cv-08888-CJB-SS**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| LSM Marketing, LLC | 02/25/2013 | 123464 |
| Zinn, Joshua Blaine | 02/25/2013 | 123471 |
| Adams, Michael | 02/25/2013 | 123472 |
| Winston, Quincy Vashun | 02/25/2013 | 123473 |
| Baker, Shannon Shantelle | 02/25/2013 | 123474 |
| Andrews, Rashun D. | 02/25/2013 | 123475 |
| Barnes, Brandon Jamal | 02/25/2013 | 123476 |
| Williams, Justin Nicholas | 02/25/2013 | 123477 |
| Benjamin, Corey Edward | 02/25/2013 | 123478 |
| Biggs, Lorenzo Kim | 02/25/2013 | 123479 |
| Williams, Danny | 02/25/2013 | 123480 |
| Blount, Charles Edward | 02/25/2013 | 123481 |
| West, Lance | 02/25/2013 | 123482 |
| Booth, Roger Dean | 02/25/2013 | 123483 |
| West, Lededrick Jermaine | 02/25/2013 | 123484 |
| Bridges, Jackie Mareese | 02/25/2013 | 123485 |
| Brooks, Jeremy W. | 02/25/2013 | 123486 |
| Wesley, Charles William | 02/25/2013 | 123487 |
| Brown, LaDonna Maria | 02/25/2013 | 123488 |
| Welch, Gennarro, Boyd | 02/25/2013 | 123489 |
| Brundidge, Chancey Wade | 02/25/2013 | 123490 |
| Watson, Charles Pierre | 02/25/2013 | 123491 |
| Burnley, Kenneth Charles | 02/25/2013 | 123493 |
| Campbell, Tamara | 02/25/2013 | 123494 |
| Broussard, Bonnie D. (AMENDED) | 02/25/2013 | 123495 |
| Chapman, Kenneth Jay | 02/25/2013 | 123496 |
| Wallace, Derry Lee | 02/25/2013 | 123498 |
| Taylor Michael Lee | 02/25/2013 | 123499 |
| Clark, Brodgerick Zuntell | 02/25/2013 | 123500 |
| Clifton, Lamar Anton | 02/25/2013 | 123501 |
| Coleman, Karen Denise | 02/25/2013 | 123502 |
| Crumedy, Joe | 02/25/2013 | 123503 |
| Dennis, LaVaughn J. | 02/25/2013 | 123504 |
| Donald, Emma Jean | 02/25/2013 | 123505 |
| Durham, Don | 02/25/2013 | 123506 |
| Fagan, Damon S. | 02/25/2013 | 123507 |
| Harris, Melinda Rae | 02/25/2013 | 123509 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS
2:10-cv-09999-CJB-SS

| Name | Date | Number |
|---|---|---|
| Hope, Jyron | 02/25/2013 | 123510 |
| Horn, Phillip | 02/25/2013 | 123511 |
| Keough, Kevan Ronald | 02/25/2013 | 123512 |
| Staten, Charlie M. | 02/25/2013 | 123513 |
| Key, Alisha Decia | 02/25/2013 | 123515 |
| Key, Aaron O'Neal | 02/25/2013 | 123517 |
| Key, Toshi T. | 02/25/2013 | 123519 |
| Sawyer, Sherrita Tiffany | 02/25/2013 | 123520 |
| Knight, Bobby L. | 02/25/2013 | 123521 |
| Lacombe, Luckner | 02/25/2013 | 123522 |
| Black, Leonard Jerome | 02/25/2013 | 123524 |
| Mack, Lorenzo | 02/25/2013 | 123527 |
| Robison, Jerome T. | 02/25/2013 | 123528 |
| Maye, Carlos M. | 02/25/2013 | 123529 |
| Quinn, Mark | 02/25/2013 | 123530 |
| Bohannon, Ronald Wayne | 02/25/2013 | 123531 |
| Maye, Randy L. | 02/25/2013 | 123532 |
| McCovery, Timothy R. | 02/25/2013 | 123533 |
| Nobles, Peter LaSalle | 02/25/2013 | 123534 |
| Swanier, Anna M. | 02/25/2013 | 123535 |
| Brown, Gwyn L. | 02/25/2013 | 123544 |
| Bright, Candice A. | 02/25/2013 | 123545 |
| Bush, Reynoldo V. | 02/25/2013 | 123546 |
| Chaney, Jamiean T. | 02/25/2013 | 123547 |
| Moffett, Betty Jean | 02/25/2013 | 123550 |
| Jackson, Michael Germaine | 02/25/2013 | 123551 |
| Coats, Robert G. | 02/25/2013 | 123552 |
| Davis, Mario J. | 02/26/2013 | 123562 |
| John E. H. Street Family Trust | 02/26/2013 | 123595 |
| Hall, Will Jr. | 02/26/2013 | 123599 |
| Woods, LaTasha D. | 02/26/2013 | 123600 |
| Williams, Nadina | 02/26/2013 | 123601 |
| Spaulding, William | 02/26/2013 | 123602 |
| Reusser, Charles Raymond | 02/26/2013 | 123603 |
| Payton, Reginald Raymond | 02/26/2013 | 123604 |
| Parker, LaKeisha Jenise | 02/26/2013 | 123605 |
| Miller, Lonzo | 02/26/2013 | 123606 |
| Work, Jack | 02/26/2013 | 123608 |

Order on Motion for Acceptance of Limitations Short Form Joinders
     Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS
2:10-cv-09999-CJB-SS

| Claimant Name | Date | Short Form Document # |
|---|---|---|
| Patterson (Manninen), Judith K. | 02/26/2013 | 123609 |
| Morrisette, Mario | 02/26/2013 | 123610 |
| Bozeman, Mario | 02/26/2013 | 123613 |
| Franks, Mario Lavon | 02/26/2013 | 123614 |
| Clark, Latarshia | 02/26/2013 | 123615 |
| Eldridge, Teneshia Sharta | 02/26/2013 | 123617 |
| Forrest, Jamya S. | 02/26/2013 | 123618 |
| Grissett, Leonard R. Jr. | 02/26/2013 | 123619 |
| Haywood, DonJuan D. | 02/26/2013 | 123620 |
| Haywood, Raymond L. | 02/26/2013 | 123621 |
| James, Stephanie | 02/26/2013 | 123622 |
| January, Felicia L. | 02/26/2013 | 123623 |
| Harrington, Stephen McKinney | 02/26/2013 | 123625 |
| Knight, Toyrione Janece | 02/26/2013 | 123626 |
| Knight, Tylisha Monique | 02/26/2013 | 123627 |
| Lewis, Tiara Chenelle | 02/26/2013 | 123628 |
| Nelson, Larry L. Jr. | 02/26/2013 | 123633 |
| Paige, Roderick | 02/26/2013 | 123634 |
| Sledge, Antonia | 02/26/2013 | 123635 |
| Shaw, Derrick L. | 02/26/2013 | 123636 |
| Wheeler, Willie Warren | 02/26/2013 | 123637 |
| Whisenhunt, Melvin | 02/26/2013 | 123638 |
| Taylor, Charles V. | 02/26/2013 | 123639 |
| Blackmon, Kevin | 02/26/2013 | 123640 |
| Holloway, Sarah Jo | 02/26/2013 | 123641 |
| Blanks, Willie Jr. | 02/26/2013 | 123642 |
| Grossley, John Angus | 02/27/2013 | 123648 |
| Winger, Norman | 02/27/2013 | 123674 |

**As related to Civil Action No:   2:10-cv-09999-CJB-SS**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| City of Anna Maria | 02/25/2013 | 214 |
| City of Holmes Beach | 02/25/2013 | 215 |
| City of Monticello | 02/25/2013 | 216 |
| School Board of Polk County | 02/25/2013 | 217 |
| Collier County | 02/25/2013 | 218 |
| Jefferson County | 02/25/2013 | 219 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS
2:10-cv-09999-CJB-SS

| | | |
|---|---|---|
| Manatee County | 02/25/2013 | 220 |
| City of Palmetto | 02/25/2013 | 221 |
| Okaloosa Gas District | 02/26/2013 | 222 |