IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section:  J |
| This document relates to:<br>2:10-cv-08888-CJB-SS<br>2:10-cv-09999-CJB-SS<br>_____ | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888 and Civil Action No. 10-9999, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.


_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

**As related to Civil Action No: 2:10-cv-08888-CJB-SS**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| LSM Marketing, LLC | 02/25/2013 | 123464 |
| Zinn, Joshua Blaine | 02/25/2013 | 123471 |
| Adams, Michael | 02/25/2013 | 123472 |
| Winston, Quincy Vashun | 02/25/2013 | 123473 |
| Baker, Shannon Shantelle | 02/25/2013 | 123474 |
| Andrews, Rashun D. | 02/25/2013 | 123475 |
| Barnes, Brandon Jamal | 02/25/2013 | 123476 |
| Williams, Justin Nicholas | 02/25/2013 | 123477 |
| Benjamin, Corey Edward | 02/25/2013 | 123478 |
| Biggs, Lorenzo Kim | 02/25/2013 | 123479 |
| Williams, Danny | 02/25/2013 | 123480 |
| Blount, Charles Edward | 02/25/2013 | 123481 |
| West, Lance | 02/25/2013 | 123482 |
| Booth, Roger Dean | 02/25/2013 | 123483 |
| West, Lededrick Jermaine | 02/25/2013 | 123484 |
| Bridges, Jackie Mareese | 02/25/2013 | 123485 |
| Brooks, Jeremy W. | 02/25/2013 | 123486 |
| Wesley, Charles William | 02/25/2013 | 123487 |
| Brown, LaDonna Maria | 02/25/2013 | 123488 |
| Welch, Gennarro, Boyd | 02/25/2013 | 123489 |
| Brundidge, Chancey Wade | 02/25/2013 | 123490 |
| Watson, Charles Pierre | 02/25/2013 | 123491 |
| Burnley, Kenneth Charles | 02/25/2013 | 123493 |
| Campbell, Tamara | 02/25/2013 | 123494 |
| Broussard, Bonnie D. (AMENDED) | 02/25/2013 | 123495 |
| Chapman, Kenneth Jay | 02/25/2013 | 123496 |
| Wallace, Derry Lee | 02/25/2013 | 123498 |
| Taylor Michael Lee | 02/25/2013 | 123499 |
| Clark, Brodgerick Zuntell | 02/25/2013 | 123500 |
| Clifton, Lamar Anton | 02/25/2013 | 123501 |
| Coleman, Karen Denise | 02/25/2013 | 123502 |
| Crumedy, Joe | 02/25/2013 | 123503 |
| Dennis, LaVaughn J. | 02/25/2013 | 123504 |
| Donald, Emma Jean | 02/25/2013 | 123505 |
| Durham, Don | 02/25/2013 | 123506 |
| Fagan, Damon S. | 02/25/2013 | 123507 |
| Harris, Melinda Rae | 02/25/2013 | 123509 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS
2:10-cv-09999-CJB-SS

| Name | Date | Number |
|---|---|---|
| Hope, Jyron | 02/25/2013 | 123510 |
| Horn, Phillip | 02/25/2013 | 123511 |
| Keough, Kevan Ronald | 02/25/2013 | 123512 |
| Staten, Charlie M. | 02/25/2013 | 123513 |
| Key, Alisha Decia | 02/25/2013 | 123515 |
| Key, Aaron O'Neal | 02/25/2013 | 123517 |
| Key, Toshi T. | 02/25/2013 | 123519 |
| Sawyer, Sherrita Tiffany | 02/25/2013 | 123520 |
| Knight, Bobby L. | 02/25/2013 | 123521 |
| Lacombe, Luckner | 02/25/2013 | 123522 |
| Black, Leonard Jerome | 02/25/2013 | 123524 |
| Mack, Lorenzo | 02/25/2013 | 123527 |
| Robison, Jerome T. | 02/25/2013 | 123528 |
| Maye, Carlos M. | 02/25/2013 | 123529 |
| Quinn, Mark | 02/25/2013 | 123530 |
| Bohannon, Ronald Wayne | 02/25/2013 | 123531 |
| Maye, Randy L. | 02/25/2013 | 123532 |
| McCovery, Timothy R. | 02/25/2013 | 123533 |
| Nobles, Peter LaSalle | 02/25/2013 | 123534 |
| Swanier, Anna M. | 02/25/2013 | 123535 |
| Brown, Gwyn L. | 02/25/2013 | 123544 |
| Bright, Candice A. | 02/25/2013 | 123545 |
| Bush, Reynoldo V. | 02/25/2013 | 123546 |
| Chaney, Jamiean T. | 02/25/2013 | 123547 |
| Moffett, Betty Jean | 02/25/2013 | 123550 |
| Jackson, Michael Germaine | 02/25/2013 | 123551 |
| Coats, Robert G. | 02/25/2013 | 123552 |
| Davis, Mario J. | 02/26/2013 | 123562 |
| John E. H. Street Family Trust | 02/26/2013 | 123595 |
| Hall, Will Jr. | 02/26/2013 | 123599 |
| Woods, LaTasha D. | 02/26/2013 | 123600 |
| Williams, Nadina | 02/26/2013 | 123601 |
| Spaulding, William | 02/26/2013 | 123602 |
| Reusser, Charles Raymond | 02/26/2013 | 123603 |
| Payton, Reginald Raymond | 02/26/2013 | 123604 |
| Parker, LaKeisha Jenise | 02/26/2013 | 123605 |
| Miller, Lonzo | 02/26/2013 | 123606 |
| Work, Jack | 02/26/2013 | 123608 |

Order on Motion for Acceptance of Limitations Short Form Joinders
     Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS
2:10-cv-09999-CJB-SS

| Claimant | Date | Doc # |
|---|---|---|
| Patterson (Manninen), Judith K. | 02/26/2013 | 123609 |
| Morrisette, Mario | 02/26/2013 | 123610 |
| Bozeman, Mario | 02/26/2013 | 123613 |
| Franks, Mario Lavon | 02/26/2013 | 123614 |
| Clark, Latarshia | 02/26/2013 | 123615 |
| Eldridge, Teneshia Sharta | 02/26/2013 | 123617 |
| Forrest, Jamya S. | 02/26/2013 | 123618 |
| Grissett, Leonard R. Jr. | 02/26/2013 | 123619 |
| Haywood, DonJuan D. | 02/26/2013 | 123620 |
| Haywood, Raymond L. | 02/26/2013 | 123621 |
| James, Stephanie | 02/26/2013 | 123622 |
| January, Felicia L. | 02/26/2013 | 123623 |
| Harrington, Stephen McKinney | 02/26/2013 | 123625 |
| Knight, Toyrione Janece | 02/26/2013 | 123626 |
| Knight, Tylisha Monique | 02/26/2013 | 123627 |
| Lewis, Tiara Chenelle | 02/26/2013 | 123628 |
| Nelson, Larry L. Jr. | 02/26/2013 | 123633 |
| Paige, Roderick | 02/26/2013 | 123634 |
| Sledge, Antonia | 02/26/2013 | 123635 |
| Shaw, Derrick L. | 02/26/2013 | 123636 |
| Wheeler, Willie Warren | 02/26/2013 | 123637 |
| Whisenhunt, Melvin | 02/26/2013 | 123638 |
| Taylor, Charles V. | 02/26/2013 | 123639 |
| Blackmon, Kevin | 02/26/2013 | 123640 |
| Holloway, Sarah Jo | 02/26/2013 | 123641 |
| Blanks, Willie Jr. | 02/26/2013 | 123642 |
| Grossley, John Angus | 02/27/2013 | 123648 |
| Winger, Norman | 02/27/2013 | 123674 |

**As related to Civil Action No:   2:10-cv-09999-CJB-SS**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| City of Anna Maria | 02/25/2013 | 214 |
| City of Holmes Beach | 02/25/2013 | 215 |
| City of Monticello | 02/25/2013 | 216 |
| School Board of Polk County | 02/25/2013 | 217 |
| Collier County | 02/25/2013 | 218 |
| Jefferson County | 02/25/2013 | 219 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS
2:10-cv-09999-CJB-SS

| | | |
|---|---|---|
| Manatee County | 02/25/2013 | 220 |
| City of Palmetto | 02/25/2013 | 221 |
| Okaloosa Gas District | 02/26/2013 | 222 |