# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Bon Maison, LLC | 02/18/2013 | 123058 |
| Your Second Office, L.L.C. | 02/18/2013 | 123059 |
| Jeff Gossen Custom Homes, LLC | 02/18/2013 | 123060 |
| Jurisich, Ida Lee Shaddinger | 02/19/2013 | 123104 |
| Pat's Landing, Inc. | 02/20/2013 | 123134 |
| Farley's A/C & Heating, LLC | 02/25/2013 | 123462 |
| Pearl Aggregate Materials, LLC | 02/25/2013 | 123463 |
| Outboards Plus, LLC | 02/25/2013 | 123465 |
| Bill Woods Consulting, Inc. | 02/25/2013 | 123466 |
| Seafood Internationale, LLC | 02/25/2013 | 123467 |
| Louisiana Seafood Exchange, Inc. | 02/25/2013 | 123468 |
| Barthelemy, Kevin James Sr. (AMENDED) | 02/25/2013 | 123469 |
| Brignac Properties, Inc. (Wateredge Beach Apts) | 02/25/2013 | 123470 |
| Buras, Rodney | 02/25/2013 | 123492 |
| Boudreaux, Brenton | 02/25/2013 | 123508 |
| Boquet, Lawrence Joseph Jr. | 02/25/2013 | 123514 |
| Boquet, Sandra Ann | 02/25/2013 | 123516 |
| Scarabin, Scott Anthony | 02/25/2013 | 123518 |
| LaFrance, Hayven | 02/25/2013 | 123523 |
| Landry, Cody Joseph | 02/25/2013 | 123525 |
| Mackey, Courtney Patrice | 02/25/2013 | 123526 |
| Sanders, Wayne | 02/25/2013 | 123536 |
| Ragas, Cedrick | 02/25/2013 | 123537 |
| Torres, Sophia | 02/25/2013 | 123538 |
| Brown, Thomas | 02/25/2013 | 123539 |
| Jackson, Randy | 02/25/2013 | 123540 |
| Fountain, Karen Marie | 02/25/2013 | 123541 |
| Bartholomew, Jeffrey | 02/25/2013 | 123542 |
| Gallardo, Matthew J. | 02/25/2013 | 123543 |
| Fruge, Ross David | 02/25/2013 | 123548 |
| Hawkins, Letlanua Patrice | 02/25/2013 | 123549 |
| Treadaway, Shane | 02/25/2013 | 123553 |
| SRI Holding, LLC | 02/26/2013 | 123557 |
| Emerald Bay Development Corporation | 02/26/2013 | 123558 |
| M&C Enterprises, LLC | 02/26/2013 | 123559 |
| Seascape Resorts, Inc. | 02/26/2013 | 123560 |
| Avatar Income Fund, LLC | 02/26/2013 | 123561 |
| PM2, LLC | 02/26/2013 | 123563 |
| Trehern Investments, LLC | 02/26/2013 | 123564 |

Order on Motion for Acceptance of Limitations Short Form Joinders
      Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Maritime, LLC | 02/26/2013 | 123565 |
| Bella Rio Development, LLC | 02/26/2013 | 123566 |
| Panama City Beach Hotel, LLC | 02/26/2013 | 123567 |
| dba Grand Cayman Motel | | |
| Wulf, Karl | 02/26/2013 | 123568 |
| Augusta Theodolph F. | 02/26/2013 | 123569 |
| Barnes, Terry Contrell | 02/26/2013 | 123570 |
| Wulf, Maritza | 02/26/2013 | 123571 |
| Eugene, Natasha H. | 02/26/2013 | 123572 |
| J-Bar Sportsmans Lodge | 02/26/2013 | 123573 |
| Wilson, Nacir Mendoza | 02/26/2013 | 123574 |
| Brown, Jon | 02/26/2013 | 123575 |
| Berry, Dalton | 02/26/2013 | 123576 |
| George, Kelli C. | 02/26/2013 | 123577 |
| Brunet, Robert | 02/26/2013 | 123578 |
| George, Naomi | 02/26/2013 | 123579 |
| Deep Sea Fishing, Inc. | 02/26/2013 | 123580 |
| Reel Hot Fishing, Inc. | 02/26/2013 | 123581 |
| Portier, Kaci | 02/26/2013 | 123582 |
| Mindivil, Jesus | 02/26/2013 | 123583 |
| Smothers, Tyrone | 02/26/2013 | 123584 |
| DST Development, LLC | 02/26/2013 | 123585 |
| Acevedo, Marvin | 02/26/2013 | 123586 |
| Evans, Anthony | 02/26/2013 | 123587 |
| Rivera, Rodolfo | 02/26/2013 | 123588 |
| Mesker, Clifford | 02/26/2013 | 123589 |
| General Crane Service, LLC | 02/26/2013 | 123590 |
| Soudy, Carlos | 02/26/2013 | 123591 |
| Rivera, Jesus | 02/26/2013 | 123592 |
| Alvarado, Mario | 02/26/2013 | 123593 |
| C & G Welding, Inc. | 02/26/2013 | 123594 |
| Paradise Bay of Mississippi, LLC | 02/26/2013 | 123596 |
| General Oilfield Trucking, Inc. | 02/26/2013 | 123597 |
| Anthony J. Cutrera Jr. d/b/a Cutrera Trucking Ltd. | 02/26/2013 | 123598 |
| Balliviera, Norman P. Jr. | 02/26/2013 | 123607 |
| Cunningham, Mary Lynn | 02/26/2013 | 123611 |
| Lagarosse, Enola | 02/26/2013 | 123612 |
| Tommy's Seafood, Inc. | 02/26/2013 | 123616 |
| Smith & Sons Seafood, Inc. | 02/26/2013 | 123624 |
| Doran Seafood, LLC | 02/26/2013 | 123643 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Reamy Seafood, Inc. | 02/26/2013 | 123644 |
| Bellinger, Roy | 02/26/2013 | 123645 |
| Gulf Oysters VI, Inc. | 02/26/2013 | 123647 |
| Zarba, Ronald | 02/27/2013 | 123664 |
| Mendivil, Jesus (AMENDED) | 02/27/2013 | 123665 |
| Dakel, Inc. | 02/27/2013 | 123666 |
| Delta Land, L.L.C. | 02/27/2013 | 123667 |
| Minron, Inc. | 02/27/2013 | 123668 |
| Wiley & Minnie Falgout Trust | 02/27/2013 | 123669 |
| Dream Condo Unit 1405, L.L.C. | 02/27/2013 | 123670 |
| Stella Realty, L.L.C. | 02/27/2013 | 123671 |
| S & L Acquisitions, L.L.C. | 02/27/2013 | 123672 |
| Kerr, Frank E. | 02/27/2013 | 123673 |
| Evans, Leigh Ann | 02/27/2013 | 123675 |
| TAD Enterprises, LLC | 02/27/2013 | 123676 |
| DLT Investments, LLC | 02/27/2013 | 123677 |
| Durr, Donald | 02/27/2013 | 123678 |
| The Estate of Oscar and Mary Buras | 02/27/2013 | 123679 |