IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This document relates to:<br>2:10-cv-08888-CJB-SS<br>_____ | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Bon Maison, LLC | 02/18/2013 | 123058 |
| Your Second Office, L.L.C. | 02/18/2013 | 123059 |
| Jeff Gossen Custom Homes, LLC | 02/18/2013 | 123060 |
| Jurisich, Ida Lee Shaddinger | 02/19/2013 | 123104 |
| Pat's Landing, Inc. | 02/20/2013 | 123134 |
| Farley's A/C & Heating, LLC | 02/25/2013 | 123462 |
| Pearl Aggregate Materials, LLC | 02/25/2013 | 123463 |
| Outboards Plus, LLC | 02/25/2013 | 123465 |
| Bill Woods Consulting, Inc. | 02/25/2013 | 123466 |
| Seafood Internationale, LLC | 02/25/2013 | 123467 |
| Louisiana Seafood Exchange, Inc. | 02/25/2013 | 123468 |
| Barthelemy, Kevin James Sr. (AMENDED) | 02/25/2013 | 123469 |
| Brignac Properties, Inc. (Wateredge Beach Apts) | 02/25/2013 | 123470 |
| Buras, Rodney | 02/25/2013 | 123492 |
| Boudreaux, Brenton | 02/25/2013 | 123508 |
| Boquet, Lawrence Joseph Jr. | 02/25/2013 | 123514 |
| Boquet, Sandra Ann | 02/25/2013 | 123516 |
| Scarabin, Scott Anthony | 02/25/2013 | 123518 |
| LaFrance, Hayven | 02/25/2013 | 123523 |
| Landry, Cody Joseph | 02/25/2013 | 123525 |
| Mackey, Courtney Patrice | 02/25/2013 | 123526 |
| Sanders, Wayne | 02/25/2013 | 123536 |
| Ragas, Cedrick | 02/25/2013 | 123537 |
| Torres, Sophia | 02/25/2013 | 123538 |
| Brown, Thomas | 02/25/2013 | 123539 |
| Jackson, Randy | 02/25/2013 | 123540 |
| Fountain, Karen Marie | 02/25/2013 | 123541 |
| Bartholomew, Jeffrey | 02/25/2013 | 123542 |
| Gallardo, Matthew J. | 02/25/2013 | 123543 |
| Fruge, Ross David | 02/25/2013 | 123548 |
| Hawkins, Letlanua Patrice | 02/25/2013 | 123549 |
| Treadaway, Shane | 02/25/2013 | 123553 |
| SRI Holding, LLC | 02/26/2013 | 123557 |
| Emerald Bay Development Corporation | 02/26/2013 | 123558 |
| M&C Enterprises, LLC | 02/26/2013 | 123559 |
| Seascape Resorts, Inc. | 02/26/2013 | 123560 |
| Avatar Income Fund, LLC | 02/26/2013 | 123561 |
| PM2, LLC | 02/26/2013 | 123563 |
| Trehern Investments, LLC | 02/26/2013 | 123564 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Maritime, LLC | 02/26/2013 | 123565 |
| Bella Rio Development, LLC | 02/26/2013 | 123566 |
| Panama City Beach Hotel, LLC    dba Grand Cayman Motel | 02/26/2013 | 123567 |
| Wulf, Karl | 02/26/2013 | 123568 |
| Augusta Theodolph F. | 02/26/2013 | 123569 |
| Barnes, Terry Contrell | 02/26/2013 | 123570 |
| Wulf, Maritza | 02/26/2013 | 123571 |
| Eugene, Natasha H. | 02/26/2013 | 123572 |
| J-Bar Sportsmans Lodge | 02/26/2013 | 123573 |
| Wilson, Nacir Mendoza | 02/26/2013 | 123574 |
| Brown, Jon | 02/26/2013 | 123575 |
| Berry, Dalton | 02/26/2013 | 123576 |
| George, Kelli C. | 02/26/2013 | 123577 |
| Brunet, Robert | 02/26/2013 | 123578 |
| George, Naomi | 02/26/2013 | 123579 |
| Deep Sea Fishing, Inc. | 02/26/2013 | 123580 |
| Reel Hot Fishing, Inc. | 02/26/2013 | 123581 |
| Portier, Kaci | 02/26/2013 | 123582 |
| Mindivil, Jesus | 02/26/2013 | 123583 |
| Smothers, Tyrone | 02/26/2013 | 123584 |
| DST Development, LLC | 02/26/2013 | 123585 |
| Acevedo, Marvin | 02/26/2013 | 123586 |
| Evans, Anthony | 02/26/2013 | 123587 |
| Rivera, Rodolfo | 02/26/2013 | 123588 |
| Mesker, Clifford | 02/26/2013 | 123589 |
| General Crane Service, LLC | 02/26/2013 | 123590 |
| Soudy, Carlos | 02/26/2013 | 123591 |
| Rivera, Jesus | 02/26/2013 | 123592 |
| Alvarado, Mario | 02/26/2013 | 123593 |
| C & G Welding, Inc. | 02/26/2013 | 123594 |
| Paradise Bay of Mississippi, LLC | 02/26/2013 | 123596 |
| General Oilfield Trucking, Inc. | 02/26/2013 | 123597 |
| Anthony J. Cutrera Jr. d/b/a Cutrera Trucking Ltd. | 02/26/2013 | 123598 |
| Balliviera, Norman P. Jr. | 02/26/2013 | 123607 |
| Cunningham, Mary Lynn | 02/26/2013 | 123611 |
| Lagarosse, Enola | 02/26/2013 | 123612 |
| Tommy's Seafood, Inc. | 02/26/2013 | 123616 |
| Smith & Sons Seafood, Inc. | 02/26/2013 | 123624 |
| Doran Seafood, LLC | 02/26/2013 | 123643 |

Order on Motion for Acceptance of Limitations Short Form Joinders
      Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Reamy Seafood, Inc. | 02/26/2013 | 123644 |
| Bellinger, Roy | 02/26/2013 | 123645 |
| Gulf Oysters VI, Inc. | 02/26/2013 | 123647 |
| Zarba, Ronald | 02/27/2013 | 123664 |
| Mendivil, Jesus (AMENDED) | 02/27/2013 | 123665 |
| Dakel, Inc. | 02/27/2013 | 123666 |
| Delta Land, L.L.C. | 02/27/2013 | 123667 |
| Minron, Inc. | 02/27/2013 | 123668 |
| Wiley & Minnie Falgout Trust | 02/27/2013 | 123669 |
| Dream Condo Unit 1405, L.L.C. | 02/27/2013 | 123670 |
| Stella Realty, L.L.C. | 02/27/2013 | 123671 |
| S & L Acquisitions, L.L.C. | 02/27/2013 | 123672 |
| Kerr, Frank E. | 02/27/2013 | 123673 |
| Evans, Leigh Ann | 02/27/2013 | 123675 |
| TAD Enterprises, LLC | 02/27/2013 | 123676 |
| DLT Investments, LLC | 02/27/2013 | 123677 |
| Durr, Donald | 02/27/2013 | 123678 |
| The Estate of Oscar and Mary Buras | 02/27/2013 | 123679 |