| | |
|---|---|
| IN RE: FLSA CLAIMS AGAINST: ] | COLLECTIVE ACTION |
| O'BRIENS, ET AL., ] | **NOTICE OF CONSENT** |

I consent to be a party plaintiff in an action to collect unpaid wages.

*[Signed: Frederick D. Byars]*
Signature

Frederick Dewey Byars
Full Legal Name (print)

**Exhibit 1**