UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## PLAINTIFFS' MOTION FOR LEAVE TO ADD DOCUMENT TO PHASE ONE TRIAL EXHIBIT LIST

**NOW INTO COURT** come Plaintiffs, through Co-Liaison Counsel and the Plaintiffs Steering Committee, and respectfully move this Court for an Order permitting Plaintiffs to add to its Phase One Trial Exhibit List a certain document relating to notification of regulatory violations for Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively, "Transocean"). The arguments in favor of this Motion are detailed in the Memorandum in Support filed contemporaneously herewith.

**WHEREFORE**, for the reasons detailed in the accompanying Memorandum, Plaintiffs respectfully move this Court for leave to add an additional document to its Phase One Trial Exhibit List.

1

This <u>27th</u> day of <u>February</u>, <u>2013</u>.

Respectfully submitted,

| | |
|---|---|
|    /s/   Stephen J. Herman |    /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| | **& EDWARDS   LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklafirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

**PLAINTIFFS' STEERING COMMITTEE**

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707

2

Office:  (415) 956-1000  
Telefax: (415) 956-1008  
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.  
COSSICH, SUMICH, PARSIOLA & TAYLOR  
8397 Highway 23, Suite 100  
Belle Chasse, LA  70037  
Office:  (504) 394-9000  
Telefax: (504) 394-9110  
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham  
CUNNINGHAM BOUNDS, LLC  
1601 Dauphin Street, P. O. Box 66705  
Mobile, AL  36660  
Office:  (251) 471-6191  
Telefax: (251) 479-1031  
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy  
MORGAN & MORGAN, P.A.  
188 East Capitol Street, Suite 777  
Jackson, MS 39201  
Office: (601) 949-3388  
Telefax: (601) 949-3399  
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.  
FAYARD & HONEYCUTT  
519 Florida Avenue, SW  
Denham Springs, LA  70726  
Office:  (225) 664-4193  
Telefax: (225) 664-6925  
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez  
COLSON HICKS EIDSON  
255 Alhambra Circle, Penthouse  
Coral Gables, FL 33134  
Office: (305) 476-7400  
Telefax: (305) 476-7444

Telefax: (337) 439-1029  
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier  
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'  
618 Main Street  
Baton Rouge, LA  70801-1910  
Office:  (225) 344-3735  
Telefax: (225) 344-0522  
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow  
LEWIS, KULLMAN, STERBCOW & ABRAMSON  
601 Poydras Street, Suite 2615  
New Orleans, LA  70130  
Office:  (504) 588-1500  
Telefax:  (504) 588-1514  
E-Mail:  sterbcow@lksalaw.com

Scott Summy  
BARON & BUDD, P.C.  
3102 Oak Lawn Avenue, Suite 1100  
Dallas, TX  75219  
Office:  (214) 521-3605  
Telefax: (214) 599-1172  
E-Mail:  ssummy@baronbudd.com

Mikal C. Watts  
WATTS GUERRA CRAFT, LLP  
Four Dominion Drive, Building 3, Suite 100  
San Antonio, TX 78257  
Office: (210) 447-0500  
Telefax: (210) 447-0501  
E-Mail:  mcwatts@wgclawfirm.com

Conrad S.P. "Duke" Williams  
WILLIAMS LAW GROUP  
435 Corporate Drive, Suite 101  
Maison Grand Caillou

E-Mail:  ervin@colson.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of February, 2013.

                          s/  James Parkerson Roy and Stephen J. Herman