

# United States Department of the Interior

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
New Orleans District
990 N. Corporate Drive, Suite 100
New Orleans, LA 70123-3392

October 12, 2011

Mr. Alan Quintero
Transocean Offshore Deepwater Drilling, Inc.
4 Greenway Plaza
Houston, Texas 77046

Dear Mr. Quintero:

On September 14, 2011, after an extensive investigation, the Joint Investigation Team (JIT) of the Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE), now the Bureau of Safety and Environmental Enforcement (BSEE), and the United States Coast Guard issued its Report of Investigation into the explosion and fire onboard the Mobile Offshore Drilling Unit *Deepwater Horizon* that occurred on April 20, 2010. Volume II of that Report addresses the causes of the blowout and identifies several violations of applicable regulations. These violations occurred while BP and its contractors conducted drilling and temporary abandonment operations at Lease OCS-G 32306, Well No. 1, Mississippi Canyon Block 252 (the Macondo well). The BSEE New Orleans District has reviewed the findings of the JIT and other documentation and has concluded that violations occurred that warrant an enforcement code S (facility shut in).

We accordingly hereby issue this Notification of Incidents of Noncompliance to Transocean Offshore Deepwater Drilling, Inc. ("Transocean") for violating the following regulations:

- **30 CFR § 250.107(a)(1)** – Transocean failed to protect health, safety, property, and the environment by failing to perform all operations in a safe and workmanlike manner. Specifically, Transocean failed to do the following:
    - Detect the influx of hydrocarbons until the hydrocarbons were above the BOP stack (see Volume II of the JIT Report at pages 71, 99-103, 109-112); and
    - Correctly interpret the negative test (see Volume II of the JIT Report at pages 88-97, 109, 111).

- **30 CFR § 250.300** – Transocean did not take measures to prevent unauthorized discharge of pollutants into offshore waters. Specifically, Transocean did not take the following measures:
    - Detect the influx of hydrocarbons until the hydrocarbons were above the BOP stack (see Volume II of the JIT Report at pages 71, 99-103, 109-112); and
    - Correctly interpret the negative test (see Volume II of the JIT Report at pages 88-97, 109, 111).

**30 CFR § 250.401(a)** – Transocean failed to take necessary precautions to keep the well under control at all times. Specifically, Transocean failed to take the following precautions:
- Detect the influx of hydrocarbons until the hydrocarbons were above the BOP stack (see Volume II of the JIT Report at pages 71, 99-103, 109-112); and
- Correctly interpret the negative test (see Volume II of the JIT Report at pages 88-97, 109, 111).

- **30 CFR § 250.446(a)** – Transocean failed to maintain the *Deepwater Horizon* BOP system in accordance with API RP 53 section 18.10.3. The Panel found no evidence that Transocean had subjected the variable bore rams to a major inspection (as defined in API RP 53) at any time since installation in 2000. (See Volume II of the JIT Report at pages 146-151, 167-170)

This list of violations may be supplemented as additional evidence is reviewed.

You are hereby ordered to submit a letter acknowledging receipt of this Notification within 14 days. Because no corrective action is now possible to remedy these violations, no additional action on your part is presently required. You have the right to appeal this Notification in accordance with 30 CFR Part 290. You must file your appeal with the New Orleans District Office, the office issuing this notification.

If you have any questions about this letter, please contact me at (504) 734-6742.

Sincerely,

David J. Trocquet
New Orleans District Manager