UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010  This Document Relates to:  2:10-cv-09999-CJB-SS | MDL No. 2179  SECTION: J  JUDGE BARBIER  MAGISTRATE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come various claimants who file this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline.  Attached to this Memorandum is a list of claimants who filed late short forms and are joint movants for the purposes of this Motion (attached as "Exhibit A").  These claimants seek this Honorable Court's permission to accept claimants' late-filed claims in the limitation proceeding for the following reasons:

Claimants were unaware of the Court-established deadline and, more importantly, had not yet fully realized the extent of their damages by September 16, 2011.  Thus, they did not timely file in the Transocean limitation proceeding.  What is more, no prejudice will result from the acceptance of the late-filed Short Form Joinders that have been filed in the Court-established filing system under the action 2:10-cv-09999-CJB-SS.  No action has yet been taken in the limitation proceeding that would cause prejudice to another other party in the proceeding should the Court grant Movants' Motion.

Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late-filing of claims in a limitation proceeding.  Where no prejudice could be suffered by parties in the limitation proceeding, the acceptance of late-filed claims should be allowed where equitable reasons are shown.  *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999).  Here, there is no indication that any party would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely.  Limitation has not been determined, and there is no prejudice to the limiting parties or the defendants.

For these reasons, Movants respectfully request that the Court accept their late-filed short forms and grant the accompanying Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline.

Respectfully submitted,

/s/ Robin L. Greenwald____
ROBIN L. GREENWALD
IL Bar ID #6183798
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212) 558-5500 tel.
(212) 344-5461 fax
rgreenwald@weitzlux.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Robin L. Greenwald_____