UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>2:10-cv-09999-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**Exhibit A to Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Wakulla County | 2/22/13 | 223 |
| School Board of Wakulla County | 2/22/13 | 224 |
| School Board of Calhoun County | 2/22/13 | 225 |
| Jackson County | 2/22/13 | 226 |
| Town of White Springs | 2/22/13 | 227 |
| City of Cedar Key | 2/22/13 | 228 |