UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**Exhibit A to Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| IMAEX Trading Company | 2/22/13 | 123245 |
| JJ McDonnell Company | 2/22/13 | 123247 |
| Joe Monani Fish Company, Inc. | 2/22/13 | 123249 |
| Nowak Enterprises II, Inc. | 2/22/13 | 123257 |
| M. Slavin & Sons, LTD. | 2/22/13 | 123251 |
| Manny's Enterprise, Inc. | 2/22/13 | 123253 |
| Mayport C&C Fisheries, Inc. | 2/22/13 | 123254 |