**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | **MDL No. 2179** |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | **SECTION J** |
| APRIL 20, 2010 | * | |
| | * | **JUDGE BARBIER** |
| THIS DOCUMENT RELATES: | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ACCEPTANCE OF LIMITATION**
**SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**[1]

NOW INTO COURT, through undersigned counsel, come various claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion

---

[1] This motion was originally filed on February 22, 2013 (Record Doc. No. 8666), but was deemed deficient by the Clerk of Court.  This deficiency was just recently brought to the attention of the filer, and as such, is being re-filed after the Limitation of Liability trial has commenced.  Nonetheless, Claimants maintain that no prejudice will result from the acceptance of these late-filed short-form joinders.

and resulting oil spill.

4. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached hereto as "Exhibit A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Movants respectfully request that the Court grant Movants' Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.[2]

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
(504) 588-1514        Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com

---

[2] These Claimants are asserting their rights as claimants in limitation only. They are not alleging claims under the Oil Pollution Act at this time.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

<u>/s/ Paul M. Sterbcow</u>