| CLAIMANT NAME | DATE OF FILING | Short Form Number |
|---|---|---|
| Alvarez, Ramon | 2/22/2013 | 123266 |
| Binger, Jerry | 2/22/2013 | 123270 |
| Brennan, Michael (MV Brennan) | 2/22/2013 | 123281 |
| Bright, David | 2/22/2013 | 123283 |
| Ciaciura, Justin | 2/22/2013 | 123285 |
| Foris, Jonathan | 2/22/2013 | 123286 |
| Gogola, Michael | 2/22/2013 | 123287 |
| Hartman, Todd | 2/22/2013 | 123288 |
| Hood, Ryan | 2/22/2013 | 123289 |
| Hovey, Shannon | 2/22/2013 | 123291 |
| Humphrey, Samuel | 2/22/2013 | 123291 |
| Krumm, Michael | 2/22/2013 | 123299 |
| Long, James | 2/22/2013 | 123301 |
| Montoya, Samson | 2/22/2013 | 123304 |
| Odeh, Shadai | 2/22/2013 | 123308 |
| Osborne, Stephen | 2/22/2013 | 123310 |
| Pantry, Michael | 2/22/2013 | 123312 |
| Rice, Kyle | 2/22/2013 | 123314 |
| Roberts, Morgan | 2/22/2013 | 123318 |
| Scheffsky, David | 2/22/2013 | 123322 |
| Setera, Anthony | 2/22/2013 | 123325 |
| Sherman, Michael | 2/22/2013 | 123328 |
| Sick, Anthony | 2/22/2013 | 123331 |
| Sullivan, Chadwick | 2/22/2013 | 123333 |
| Thompson, Kevin | 2/22/2013 | 123335 |
| Wallner, Jeff | 2/22/2013 | 123336 |
| Watson, Kenneth | 2/22/2013 | 123339 |
| White, Joshua | 2/22/2013 | 123340 |
| Woodcock, Michael | 2/22/2013 | 123342 |