UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORREY BARLOW | CASE NO:   2:12-cv-02248<br>c/w 10-md-2179 |
| VERSUS | JUDGE CARL J. BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP, PLC, BP AMERICA PRODUCTION COMPANY, GLOBAL FABRICATIONS, LLC, LAWSON ENVIRONMENTAL SERVICE, LLC, ODYSSEA MARINE, INC., *IN PERSONAM*, AND M/V ODYSSEA ATLAS, AND THEIR ENGINES, TACKLE, APPAREL, ETC., *IN REM* | MAGISTRATE SALLY SHUSHAN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of defendant, Global Fabrications, L.L.C., in the above-referenced matter.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT, L.L.C.**

/s/ Robert S. Reich
**ROBERT S. REICH, T.A.  (#11163)**
**FRANCIS A. JUROVICH, III (#31212)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 830-3999
Facsimile:   (504) 830-3950
Email:   rreich@rapllclaw.com
           fjurovich@rapllclaw.com
**Attorneys for Global Fabrications, L.L.C.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 1st day of March, 2013.

/s/ Robert S. Reich
**ROBERT S. REICH**