# BEA EXAM – GRAPHICS / EXHIBITS

*admitted 2/26/13 SK*

| Pg | NUMBER | DESCRIPTION | SOURCE TREX |
|---|---|---|---|
| 1 | D-2731 (TREX-22771) | Dr. Robert Bea | |
| | D-2732 (TREX-22771.001) | Dr. Robert Bea | |
| | D-2745 (TREX-22783) | Major Forensic Engineering Investigations | |
| | D-2746 (TREX-22783.001) | Major Forensic Engineering Investigations | |
| | D-2760 (TREX-22793) | Consulting For BP | |
| 2 | D-2734 (TREX-22773) | Photo – DWH Blowout | |
| | TREX-20001 | Report – Cover | TREX-20001 (Bea/Gale Report) |
| 3 | D-2875 (TREX-22817) | What is Process Safety ? | " |
| | D-2745 (TREX-22783) | Major Forensic Engineering Investigations | |
| | D-2746 (TREX-22783.001) | Major Forensic Engineering Investigations | |
| 5 | D-2771 (TREX-22798) | Root Cause Analysis | |
| | D-2772 (TREX-22799) | Root Cause Analysis | |
| | TREX-01742 | GDP 4.4 – Incident Investigation<br>- Cover<br>- Pg 21 (205102)<br>- Pg 19 (205100) | TREX-01742 (GDP 4.4 Incident Investigation) |
| 6 | TREX-00001 | Bly Report<br>- Cover (Pg 1 of PDF)<br>- Appendix A, Pg 193 of Rpt (Pg 194 of PDF) | TREX-00001 (Bly Report) |
| | D-2729 (TREX-21735) | Process Safety Defenses (Swiss Cheese-Arrow) | |
| 7 | D-2826 (TREX-22802) | Opinion #1 | |
| | D-2735 (TREX-22774) | System Operated by BP – Responsible | |
| | D-2670 (TREX-21722.001) | Org Chart (Overall) | |
| 9 | D-2741 (TREX-22781) | Process Safety – System Reliability | |
| | D-2868 (TREX-22810) | The Highest Risk (Hayward Depo - 196/10-18) | |
| | D-2887 (TREX-22820) | The Highest Risk (Risk Mitigation Plan) | TREX-04171 (Risk Mitigation Plan) |
| | D-2871 (TREX-22813) | OMS: Cornerstone of Safety (Hayward Depo - 145/8-17; 149/10-13; 149/22-150/3) | |
| | D-2675 (TREX-21722.006) | Org Chart (GORC) | Compilation . . . and<br><br>TREX-03848 (GORC Mtg Minutes)<br>TREX-03850 (GORC Mtg Minutes) |

| Pg | NUMBER | DESCRIPTION | SOURCE TREX |
|---|---|---|---|
| 10 | D-2874  (TREX-22816) | OMS Not Applied Across Ops<br>(Baxter Depo - 175/14-15)<br>(O'Bryan Depo - 413/6-9) | |
| | TREX-02352 | OMS Overview<br>- Cover<br>- Pg 2   (Pg 3 of PDF)<br>- Pg 10  (Pg 7 of PDF)<br>- Pg 14  (Pg 9 of PDF) | TREX-02352<br>(OMS Overview) |
| | TREX-01734 | MAR Process | TREX-01734<br>(MAR Process) |
| | D-2920  (TREX-22884) | MAR Process (Pg 2) | |
| | D-2921  (TREX-22884.001) | MAR Process (Pg 6) | |
| 11 | D-2888  (TREX-22821) | No MAR Was Done<br>(Baxter Depo - 175/11-13) | |
| | D-2872  (TREX-22814) | Hayward Knew OMS Not Implemented in GoM<br>(Hayward Depo - 183/3-7; 663/1-4) | |
| | D-2737  (TREX-22776) | OMS at Only One Rig in GoM<br>(Baxter Depo - 175/14-15)<br>(O'Bryan Depo - 413/6-9) | |
| | D-4357<br>D-4358<br>D-4359<br>D-4360 | BP's Demonstratives – Safety Record | NO (BP's graphic) |
| 12 | TREX-02919 | Process Safety Planning 2010<br>- Pg 1  (Bates 76)<br>- Pg 7  (Bates 82)<br>- Pg 8  (Bates 83)<br>- Pg 9  (Bates 84)<br>- Pg 12 (Bates 87)<br>- Pg 13 (Bates 88) | TREX-02919<br>(Process Safety Planning 2010) |
| | D-2829  (TREX-22805) | OMS Not Applied to Macondo – Why Not? | |
| | D-2739  (TREX-22778) | Every Dollar Counts – Global | TREX-06016<br>(Press Release-Hayward AGM Speech)<br><br>TREX-02248<br>(Email w/Telecon Script)<br><br>TREX-05677<br>(Email – 1/9/10 Mtg)<br><br>TREX-05689<br>(PerformanzFest PPT) |
| | D-2895  (TREX-22828) | Every Dollar Counts<br>(OMS Handbook – Pg 5) | TREX-00866<br>(OMS Handbook) |
| | D-2896  (TREX-22829) | Every Dollar Counts<br>(Press Release-Hayward AGM Speech) | TREX-06016<br>(Press Release - Hayward AGM Speech) |
| | D-2898  (TREX-22831) | Every Dollar Counts<br>(Guide Performance Assessment) | TREX-06294<br>(Guide 2009 Performance Assessment) |

| Pg | NUMBER | DESCRIPTION | SOURCE TREX |
|---|---|---|---|
| | D-2897 (TREX-22830) | Every Dollar Counts (Guide Email, 5/8/09) | TREX-07062 (Guide 5/8/09 Email) |
| 13 | D-2738 (TREX-22777) | Production & Cost Cutting | TREX-20001 Bea Report, Pg 60, FN 191 and App. D which includes 27 source cites) |
| 14 | D-2445 (TREX-20001.020) | Key Decisions at Macondo | TREX-20001 (Bea/Gale Report, Pg 58 and 64; FNs 216-222) TREX-20381 (Schlumberger Estimated vs Actual Costs, SLB-EC-000909) TREX-20382 (Spacer Slide Packet, BP-HZN-BLY-00098875-76) TREX-20383 (Gullion Email, BP-HZN-2179MDL02534871-75) TREX-20380 (Morel Email re: Opticem Report - BP-HZN-CEC022690) TREX-20384 (BP Drilling & Completions MOC Initiate & Review - BP-HZN-BLY-00246658) TREX-20395 (Coltrin Email re: Test Rams MOC Tasks - BP-HZN-BLY-00116658) TREX-06094 (Transocean 10/11/04 Ltr to BP - TRN-MDL-00027625) |
| | D-2730 (TREX-22770) | Over Budget, Over Schedule | ~~TREX-00986 (Chief Counsel's Rpt, Pg 59, Fig. 4.2.8)~~ TREX-2372 (Liu Email) TREX-2379 (Beirne Email) TREX-2380 (Rainey Email) TREX-2381 (Piejs Email) |
| 15 | D-2827 (TREX-22803) | Opinion #2 | |
| | D-2828 (TREX-22804) | Opinion #3 | |
| 16 | D-2759 (TREX-22792) | Macondo Spear | |
| | D-2873 (TREX-22815) | EFFECT of Failure to Implement | |

| Pg | NUMBER | DESCRIPTION | SOURCE TREX |
|---|---|---|---|
|  |  | OMS<br>(Hayward Depo - 782/13-21; 793/25-794/8) |  |
|  | D-2750  (TREX-22786) | Root Cause – Protection vs Production |  |
| 17 | TREX-05950 | Implementation of HRO Developments in BP/Amoco | TREX-05950<br>(Implementation of HRO Developments in BP/Amoco) |
|  | D-2833  (TREX-22809) | Warning – Look for problems | " |
|  | D-2835  (TREX-22809.002) | Warning – Understand risk and stay vigilant | " |
|  | D-2837  (TREX-22809.004) | Warning – Sr Mgmt must have control and command | " |
|  | D-2839  (TREX-22809.006) | Warning – Experience Matters | " |
| 18 | TREX-20308 | 2003: Managing Rapidly Developing Crisis: Real-Time Prevention of System Accidents | TREX-20308<br>(Managing Rapidly Developing Crisis: Real-Time Prevention of System Accidents) |
|  | D-2841  (TREX-22809.008) | Warning – No surprises | " |
|  | D-2843  (TREX-22809.010) | Warning – Money isn't everything | " |
|  | D-2845  (TREX-22809.012) | Warning – Plan for crisis | " |
|  | D-2847  (TREX-22809.014) | Warning – Don't blame workers | " |
|  | D-2849  (TREX-22809.016) | Warning – Investigate Mgmt | " |
|  | D-2851  (TREX-22809.018) | Warning – Culture is key | " |
| 19 | TREX-20309 | 2003: Human & Organizational Factors in Design & Operation of Deepwater Structures | TREX-20309<br>(Human & Organizational Factors in Design & Operation of Deepwater Structures) |
|  | TREX-20403 | 2005: Organizational Factors Presentation | TREX-20403<br>(Organizational Factors Presentation) |
|  | D-2853  (TREX-22809.020) | Warning – Reward right decisions | " |
|  | D-2855  (TREX-22809.022) | Warning – You still don't get it<br>(Bea Depo – Pg 83-84) |  |
| 20 | D-2856  (TREX-22809.023) | Warnings Summary – All | TREX-05950<br>TREX-20308<br>TREX-20403 |
|  | D-2750  (TREX-22786) | Root Causes – Protection vs Production |  |