# CONFERENCE ATTENDANCE RECORD

DATE: 3-2-13               TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tom Ganucheau | CAM |
| Jeff Breit | PSC |
| Stev Raber | TO |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Lauren Mitchell | " " |
| Erika Toledo | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Scott Falgoust | PSC |
| Sean Brennan | M-I LLC |
| Steve Luxton | M-I LLC |
| Grant Davis-Denny | TO |
| Tony Fitch | Anadarko |
| Sarah Tiams | " |
| Anthony Irpino | PSC |
| Corey Maze | AL |
| Win Sinclair | AL |
| Steve O'Rorke | USA |
| Nat Chakeres | USA |
| Don Haycraft | BP |
| Carmelite Bertaut | Cameron |
| Sally Pierce | Cameron |
| Andy Langan | BP |
| Mark Nomellini | BP |
| Rob Gasaway | BP |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ryan Babiuch | BP |
| Mike Underhill | DOJ |
| David Baay | TO |
| Carter Williams | TO |
| | |
| | |
| | |
| | |
| | |

## MDL 2179 - Phase Two Discovery Conference

<u>3-1-13 Telephone Participants</u>

Sarah Himmelhoch - DOJ

Abbey Andre - DOJ

Mike Petrino - BP