UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |
| This Document applies to: *All Transocean Answers as Set Forth on the Attached Exhibit "A"* | |

### TRANSOCEAN'S EX PARTE MOTION TO FILE UNDER SEAL ITS UNREDACTED "TRANSOCEAN'S SUPPLEMENTAL ANSWER AND AFFIRMATIVE DEFENSES" AND RELATED ATTACHMENTS

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], Transocean Offshore Deepwater Drilling, Inc. ("TODDI"), Transocean Deepwater Inc. ("TDI"), Transocean Holdings LLC ("TH") and Triton Asset Leasing GmbH ("Triton") (collectively "Transocean" or "Transocean Defendants") respectfully requests leave to file under seal its unredacted "Transocean's Supplemental Answer and Affirmative Defenses" and related attachments. Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), a Producing Party may designate all or any part of a document produced Confidential. Documents designated Confidential must be filed under seal as an appendix to the filing that refers to the Confidential Information. PTO No. 13 ¶ 8.B.

The parts redacted from the publicly filed Supplemental Answer and Affirmative Defenses pertain to documents designated Confidential by parties in this litigation and Exhibits 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,

34, 35, 37, 38, 39, 40, 42, 43, 44, 49, 51, 52, 53, 56, 57, 59, 61, 62, 64, 66, 67, 68, 70, 71, 73, 77, 78, 79, 81, 82, 84, 87, 90, 91, 92, and 93 are designated Confidential.

DATED:  March 1, 2013              Respectfully submitted,

By: /s/ Brad D. Brian                        By: /s/ Steven L. Roberts
Brad D. Brian                                Steven L. Roberts
Michael R. Doyen                             Rachel Giesber Clingman
Daniel B. Levin                              Sean Jordan
Susan E. Nash                                SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                    1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor             Houston, Texas 77002
Los Angeles, CA 90071                        Tel:  (713) 470-6100
Tel:  (213) 683-9100                         Fax:  (713) 354-1301
Fax:  (213) 683-5180                         Email: steven.roberts@sutherland.com
Email: brad.brian@mto.com                    rachel.clingman@sutherland.com
       michael.doyen@mto.com                 sean.jordan@sutherland.com
       daniel.levin@mto.com
       susan.nash@mto.com                    By: /s/ Kerry J. Miller
                                             Kerry J. Miller
                                             FRILOT, LLC
                                             110 Poydras St., Suite 3700
                                             New Orleans, LA 70163
By:  /s/  Edwin G. Preis                     Tel:  (504) 599-8194
Edwin G. Preis, Jr.                          Fax:  (504) 599-8154
PREIS & ROY PLC                              Email: kmiller@frilot.com
Versailles Blvd., Suite 400
Lafayette, LA 70501                          By:  /s/  John M. Elsley
(337) 237-6062                               John M. Elsley
                                             ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
        and                                  711 Louisiana Street, Suite 500
                                             Houston, TX 77002
601 Poydras Street, Suite 1700               (713) 224-8380
New Orleans, LA 70130
(504) 581-6062

*Counsel for Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., Transocean Holdings LLC,  and Triton Asset Leasing GmbH*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller
Kerry J. Miller