|  | § | |
|---|---|---|
| _____ | § | MDL 2179 |
| IN RE: | § | |
|  | § | Section "J" |
| OIL SPILL BY THE OIL RIG "DEEPWATER | § | |
| HORIZON" IN THE GULF OF MEXICO ON | § | JUDGE BARBIER |
| APRIL 20, 2010 | § | |
| _____ | § | MAG. JUDGE SHUSHAN |
|  | § | |

**EXHIBIT "A"**
**TO TRANSOCEAN'S SUPPLEMENTAL ANSWER**
**AND AFFIRMATIVE DEFENSES**

| MDL NO. | FILING DATE | PLEADING SUPPLEMENTED |
|---|---|---|
| 446 (LOL) | 5/20/11 | Answer to the Counterclaim of Nalco Company. |
| 534 | 10/13/10 | Rule 12 Defense, Answer and Affirmative Defenses in Response to Complaint for Declaratory Judgment and Compulsory Counterclaim. |
| 931 | 12/27/10 | Answer and Defenses to Complaint of the State of Alabama. |
| 1156 | 2/11/11 | Answer to Plaintiff Herbert Morales' Original Petition. |
| 1157 | 2/11/11 | Answer to Plaintiffs Oleander Benton and Gregory Meche's Original Petition. |
| 1159 | 2/11/11 | Answer to Michelle M. Jones, et al's Second Amending Complaint. |
| 1160 | 2/11/11 | Answer to Plaintiff Shane Faulk's Original Petition. |
| 1162 | 2/11/11 | Answer to Bill Francis', Tyrone Benton's, and Carlos Ramos' Petition in Intervention. |
| 1163 | 2/11/11 | Answer to Plaintiff Kelli Manuel Taquino, et al's Original Complaint. |
| 1166 | 2/11/11 | Answer to Douglas Brown's First Amended Petition in Intervention. |
| 1167 | 2/11/11 | Answer to Christopher Choy's Third Amended Petition in Intervention. |
| 1168 | 2/11/11 | Answer to Dominique Ussin's Original Petition in Intervention. |
| 1171 | 2/11/11 | Answer to Plaintiff Lance John's Original Petition. |

| MDL NO. | FILING DATE | PLEADING SUPPLEMENTED |
|---|---|---|
| 1177 | 2/11/11 | Answer to Stephen and Sara Stone's Petition in Intervention. |
| 1178 | 2/11/11 | Answer to Plaintiff Michael Williams' First Amended Complaint for Damages Under the Jones Act, Etc. |
| 1188 | 2/11/11 | Answer to Allen Seriale's Petition. |
| 1192 | 2/11/11 | Answer to Plaintiffs Natalie Roshto, et al's Original, First and Second Amended Complaints. |
| 1197 | 2/11/11 | Answer to Plaintiff Joshua Kritzer, et al's Fifth Amended Petition. |
| 1198 | 2/11/11 | Answer to Plaintiff Karl W. Rhodes' Complaint and Firs and Second Supplemental and Amended Complaints. |
| 1200 | 2/11/11 | Answer to Brent Mansfield's Original Petition in Intervention. |
| 1383 | 2/28/11 | Answer to Master Complaint in Accordance with PTO No. 11, Section III.B(3) – (B3 Bundle) |
| 1398 | 2/28/11 | Answer to First Amended Master Claim in Limitation and Answer to First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11, Section III (B1) – (B1 Bundle) |
| 1408 | 2/28/11 | Answer to Master Complaint in Accordance with PTO No. 11, Section III.D(1) – (D1 Bundle) |
| 1412 | 2/28/11 | Answer and Defenses to the State of Tamaulipas' First Amended Complaint. |
| 1413 | 2/28/11 | Answer and Defenses to the State of Quintana Roo's First Amended Complaint. |
| 1417 | 2/28/11 | Answer and Defenses to the State of Veracruz's First Amended Complaint. |
| 1420 | 2/28/11 | Answer to the United States' Complaint. |
| 1425 | 2/28/11 | Answer and Defenses to Complaint City of Greenville, et al. |
| 1685 | 3/18/11 | Answer to Kenneth Roberts' Complaint. |
| 2471 | 5/20/11 | Master Answer to All Claims in Limitation. |

| MDL NO. | FILING DATE | PLEADING SUPPLEMENTED |
|---|---|---|
| 2476 | 5/20/11 | Answer to Dril-Quip's Cross-Claim. |
| 2485 | 5/20/11 | Answer to Cameron's Claims, Counter-Claims, and Cross Claims. |
| 2486 | 5/20/11 | Answer to MOEX Offshore 2007's Claim and Cross-Claims. |
| 2487 | 5/20/11 | Answer to Halliburton's Original Claim in Limitation (Cross-Claim). |
| 2488 | 5/20/11 | Answer to Halliburton's Original Cross-Claims. |
| 2489 | 5/20/11 | Answer to International Air Response's Claims in the Limitation Proceeding. |
| 2490 | 5/20/11 | Answer to Lynden's Claim in Limitation Proceeding. |
| 2491 | 5/20/11 | Answer to Marine Spill Response Corp.'s Counterclaim. |
| 2492 | 5/20/11 | Answer to M-I's Cross-Claim. |
| 2493 | 5/20/11 | Answer to MOEX Offshore 2007's Cross-Claims. |
| 2494 | 5/20/11 | Answer to Nalco's Counterclaim. |
| 2495 | 5/20/11 | Answer to National Response Corp.'s Claim/Counter-Claim. |
| 2496 | 5/20/11 | Answer to O'Brien's Response Management's Claim/Counterclaim. |
| 2497 | 5/20/11 | Answer to Anadarko's Claim and Cross-Claims. |
| 2498 | 5/20/11 | Answer to Weatherford's Claim/Cross-Claim. |
| 2640 | 6/3/11 | Answer and Defenses to the State of Louisiana's First Amended Complaint. |
| 2641 | 6/3/11 | Answer to Local Government Entities' Master Complaint, Cross-Claim, and Third Party Complaint in Accordance with PTO No. 11, Section III.C – (C Bundle). |
| 2643 | 6/3/11 | Answer and Defenses to the State of Alabama's First Amended Complaint. |
| 2831 | 6/20/11 | Answer to Cameron's Cross-Claims. |
| 2832 | 6/20/11 | Answer to Cameron's Counterclaims. |

| MDL NO. | FILING DATE | PLEADING SUPPLEMENTED |
|---|---|---|
| 2833 | 6/20/11 | Answer to Halliburton's First Amended Cross-Claims. |
| 2834 | 6/20/11 | Answer to Nalco's Amended Counterclaim. |
| 2835 | 6/20/11 | Answer to Weatherford's Counter-Claim/Cross-Claim (Dkt. 2483) |
| 2935 | 6/20/11 | Answer to M-I's First Amended Cross-Claims. |
| 3223 | 7/11/11 | Answer to Weatherford's Counter-Claim/Cross-Claim (Dkt. 2974) |
| 3224 | 7/11/11 | Answer to Cameron's Cross-Claims (Dkt. 2872) |
| 3225 | 7/11/11 | Answer to Cameron's Cross-Claims (Dkt. 2868) |
| 3226 | 7/11/11 | Answer to Cameron's Cross-Claims (Dkt. 2867) |
| 3227 | 7/11/11 | Answer to Cameron's Cross-Claims (Dkt. 2865) |
| 3923 | 9/6/11 | Answer to Guy Adams' Class Action Petition for Damages. |
| 3929 | 9/6/11 | Answer to Cameron's Crossclaims (Dkt. 3768) |
| 4605 | 11/15/11 | Answer to MOEX Offshore 2007's Amended Cross-Claims. |
| 7934 | 11/17/12 | Answer to First Amended Master Complaint in Accordance with PTO No. 11, Section III.B(3) – (B3 Bundle) |
| 8700 | 2/26/13 | Answer to Plaintiffs Albert Andry, III, Ryan Chaisson, and Dustin King's Complaint for Damages. |