9628
Exhibit No. _____
Worldwide Court
Reporters, Inc.

1000 bbls          2500 bbls          5000 bbls

|————————————————|————————————|



MeV
Oct 23, 2012