# Exhibit 6

Depo Ex. No. 10855 –

Robert Merrill

Filed Under Seal