# Exhibit 7

Bates Number

BP-HZN-2179MDL04938144

Filed Under Seal