# Exhibit 8

Bates Number

BP-HZN-2179MDL00445569

Filed Under Seal