# Exhibit 9

Depo Ex. No. 5063 –

Trevor Hill

Filed Under Seal