# Exhibit 13

Depo Ex. No. 10180 -

Ronald Dykhuizen

Filed Under Seal