# Exhibit 14

Depo Ex. No. 9439 -

Trevor Hill

Filed Under Seal