# Exhibit 15

Depo Ex. No. 9445 -

Trevor Hill

Filed Under Seal