# Exhibit 16

# Depo Ex. No. 3213 -

# David Rainey

# Filed Under Seal