# Exhibit 17

Depo Ex. No. 8942 -

Charles Henry

Filed Under Seal