# Exhibit 18

Bates Number

BP-HZN-2179MDL05688699

Filed Under Seal