# Exhibit 19

Depo Ex. No. 10489 -

David Barnett

Filed Under Seal