# Exhibit 20

Depo Ex. No. 9155 -

Trevor Hill

Filed Under Seal