# Exhibit 21

# Depo Ex. No. 11160 -

# Tony Liao

# Filed Under Seal