# Exhibit 22

# Depo Ex. No. 11135 -

# Tony Liao

# Filed Under Seal