# Exhibit 23

# Depo Ex. No. 10185 -

# Farah Saidi

# Filed Under Seal