# Exhibit 24

Depo Ex. No. 11136 -

Tony Liao

Filed Under Seal