# Exhibit 25

# Depo Ex. No. 9446 -

# Tim Lockett

# Filed Under Seal