# Exhibit 26

# Depo Ex. No. 9157 - William Lehr

# Filed Under Seal