Exhibit 27

Depo Ex. No. 9158 -

William Lehr

Filed Under Seal