# Exhibit 28

Depo Ex. No. 9294 -

Bryan Ritchie

Filed Under Seal