# Exhibit 29

# Depo Ex. No. 9441 -

# Adam Ballard

# Filed Under Seal