# Exhibit 30

Depo Ex. No. 9266 -

Ole Rygg

Filed Under Seal