# Exhibit 31

Depo Ex. No. 9240 -

Ole Rygg

Filed Under Seal