# Exhibit 32

Depo Ex. No. 9159 -

Clifton Mason

Filed Under Seal