# Exhibit 33

# Depo Ex. No. 8866 - William Lehr

# Filed Under Seal