# Exhibit 34

# Depo Ex. No. 10798 -

# Clifton Mason

# Filed Under Seal