# Exhibit 35

# Depo Ex. No. 9326 - Clifton Mason

# Filed Under Seal