# Exhibit 37

Depo Ex. No. 10793 -

Clifton Mason

Filed Under Seal