# Exhibit 38

# Depo Ex. No. 9267 -

# Ole Rygg

# Filed Under Seal