# Exhibit 39

# Depo Ex. No. 9156 -

# Clifton Mason

# Filed Under Seal