# Exhibit 40

Depo Ex. No. 9448 -

Adam Ballard

Filed Under Seal