# Exhibit 42

Depo Ex. No. 9474 -

Trevor Hill

Filed Under Seal