# Exhibit 43

# Depo Ex. No. 9475 -

# Adam Ballard

# Filed Under Seal