# Exhibit 44

Depo Ex. No. 10655 -

Tim Lockett

Filed Under Seal