# Exhibit 49

Depo Ex. No. 11186 -

Trevor Hill

Filed Under Seal