01-41294
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Charles Holt
### VOLUME 1

NOVEMBER 28, 2012

## *COPY*



Systems Technology for the Litigation World

Litigation Group●Court Reporting●Video Production●Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    operation, broaching would have a consequence

2    of hydrocarbons coming out in multiple areas

3    up to and including potentially impacting

4    relief well efforts.

11:24  5         Q.      Is that a high consequence?

6         A.      In this operation that would be

7    a high consequence.

8         Q.      No. 3, "Junk shots are often not

9    successful," is that what that says?

11:24  10        A.      That's what those words say.

11        Q.      So as of May 6th or when this

12   document was written on May 7th BP was aware

13   that junk shots are often not successful,

14   right?

11:24  15        A.      That's -- that's what was

16   concluded here, yes.

17        Q.      So we're -- we're implementing a

18   procedure that has high consequence risks

19   that we know is often not successful?

11:24  20        MR. DRAKE:  Objection; form.

21        Q.      (BY MR. BARR)  Right?

22        MR. DRAKE:  Objection; form.

23        A.      I was in the -- the review.  I

24   may not have been in the actual team that

11:25  25   discussed this, but as a result of this the

1    document.

2         MR. BARR:  He's the one saying who they

3    work for.

4         A.    Okay.

11:51 5         Q.    (BY MR. BARR)  Whose

6    responsibility was it to provide this

7    information to Admiral Allen?

8         MR. CASEY:  Objection to form and

9    scope.

11:51 10        MR. DRAKE:  Same objections.

11        Q.    (BY MR. BARR)  Was BP not the

12   responsible party?

13        A.    BP was the responsible party.

14        Q.    Okay.  So who -- BP had a

11:51 15   responsibility to inform Admiral Allen of a

16   flow limit on the top kill, right?

17        MR. DRAKE:  Objection; form; objection,

18   scope.

19        A.    BP had a responsibility to

11:52 20   inform Admiral Allen, yes.

21        Q.    (BY MR. BARR)  BP also had a

22   responsibility to inform Admiral Landry; did

23   they not?

24        MR. DRAKE:  Objection; form.

11:52 25        A.    They did.

 1    that?

 2           MS. GRIEF:   Object to the form.

 3           MR. CASEY:  Same objection.

 4           A.     I'm not aware of that, no, sir.

01:03  5    I don't recall that.

 6           Q.     (BY MR. BARR)  Okay.  Then -- so

 7    you don't recall BP putting together a

 8    presentation and then presented it after they

 9    had met on the reasons why the top kill

01:03 10    failed to explain the failure?

11           MR. CASEY:  Object to form.

12           A.     What I don't recall is a meeting

13    that took place where the government was not

14    included, no, sir.

01:03 15           Q.     (BY MR. BARR)  Okay.  So you're

16    not saying that Mr. Herbst is wrong about

17    that; you're just saying you don't remember

18    that?

19           A.     I just don't remember that.

01:04 20           MR. DRAKE:  Objection; foundation.

21           Q.     (BY MR. BARR)  Now, is this

22    PowerPoint that I have in front of you, is

23    this the presentation that was given by BP to

24    explain the failure of the top kill?

01:04 25           MR. CASEY:  Objection to form.

1      A.    Yes, this document was created

2  to identify the various scenarios -- there

3  was an engineering team that worked on

4  this -- as to why the top kill did not work.

01:04  5      Q.    (BY MR. BARR)  Were you

6  personally part of the team that evaluated

7  the data from the top kill and created this

8  presentation to explain why it failed?

9      A.    No, I was not personally

01:04 10  involved in creating the document.

11      Q.    Okay.

12      A.    There was an engineering team

13  that did that.

14      Q.    Did you offer any input?

01:04 15  MR. CASEY:  Objection to form.

16      A.    I -- I don't recall having

17  offered input to this.

18      Q.    (BY MR. BARR)  Okay.  So --

19      A.    Could have, but I don't recall

01:05 20  such.

21      Q.    From the best of your memory,

22  this presentation, when it was presented to

23  you -- well, strike that.

24          Was this presentation presented

01:05 25  to you?

```
 1        A.    I remember seeing this
 2   presentation and -- around this time, and so,
 3   yes, I've seen this presentation.  Was it
 4   presented to me?  I was not in the room
 5   when -- when this was presented to the larger
 6   group, the larger group the like the Command
 7   and others.
 8        Q.    Okay.  So when did you see this
 9   presentation?
10        MR. CASEY:  Objection; form.
11        A.    I don't recall, sir.  That --
12   it -- it would have been within a day or so
13   of this time frame, but I don't recall.
14        Q.    (BY MR. BARR)  Okay.  So it
15   would have been in the late May time frame?
16   This isn't the first time you were seeing
17   this in preparing for this deposition?
18        A.    I've seen it, yes, during that
19   late May time frame.
20        Q.    Okay.  But the information
21   presented in this presentation, when you
22   heard it that was the first time you heard
23   it, correct?
24        MR. DRAKE:  Objection; form.
25        A.    Yes, the -- the -- the -- the
```

Timestamps: 01:05 (line 5), 01:05 (line 10), 01:05 (line 15), 01:05 (line 20), 01:06 (line 25)

1    presentation itself, that would have been the

2    first time that I saw all this put together

3    in -- in one place.

4        Q.    (BY MR. BARR)   Okay.   And do you

01:06  5    recall who gave the presentation?

6        A.    As I recall, Paul Tooms was --

7    was one of the engineers that actually

8    prepared this, and I believe that he

9    presented the presentation.

01:06  10        Q.    And for the record, Mr. Tooms

11    works for BP, correct?

12        A.    Yes, he does.

13        Q.    All right.   So let's look at

14    this.   First you have -- first slide is

01:06  15    "Summary of Operations," correct?

16        A.    Summary of Operations.

17        Q.    And it talks about "3 separate

18    attempts over 3 days," right?

19        A.    Yes, it does.

01:06  20        Q.    And it talks about firing the 16

21    different bridging materials, right?

22        A.    Yes, "16 different bridging

23    material shots."

24        Q.    So between -- if you look on the

01:07  25    right hand side you see, top kill No. 1,

1   No. 2, and No. 3, correct?

2          A.     Yes.

3          Q.     Okay.  So we attempted, sorry,

4   BP attempted this on the 26th, 27th, and

01:07   5   28th, right?

6          A.     Three different attempts on

7   three different days.

8          Q.     Right, one attempt per day?

9          A.     Uh-huh.

01:07   10          Q.     Okay.  Go to the -- it's the

11   fourth slide, if you look on the -- you'll

12   see the 457 Bates number.

13          A.     457, yeah.  It's backwards here.

14          Q.     Sorry.

01:07   15          A.     All right.

16          Q.     It says, "Scenarios to Explain

17   Top Kill Results," right?

18          A.     Yes.

19          Q.     And it lists some observations,

01:07   20   right?

21          A.     There are five observations

22   listed here.

23          Q.     Okay.  And then it goes on the

24   next slide, starts talking about the

01:07   25   scenarios, right?

190

```
 1              A.      It says scenario 1.
 2              Q.      And you remembered three
 3      scenarios being presented, right?
 4              MR. CASEY:  Objection to the form.
01:07  5        MR. DRAKE:  Same objection.
 6              A.      Yeah, to my recollection there
 7      was -- there was three scenarios.
 8              Q.      (BY MR. BARR)  And that's what's
 9      presented in this PowerPoint, right?
01:08 10        MR. DRAKE:  Objection; form.  You can
11      read the whole slide.
12              A.      This has three slides -- this
13      has three scenarios in it, yes.
14              Q.      (BY MR. BARR)  Okay.  So you've
01:08 15   now had a chance to look at the PowerPoint,
16      and there's three scenarios in it, right?
17              A.      Uh-huh.
18              Q.      You don't recall any other
19      scenarios other than these three being
01:08 20   presented as a reason for why the top kill
21      failed, do you?
22              MR. CASEY:  Objection to form.
23              MR. DRAKE:  Same objection.
24              A.      I don't recall any other than
01:08 25   this presentation.
```

```
 1              Q.      (BY MR. BARR)  Okay.  So if
 2      there was some other reasons to why the top
 3      kill failed, that explanation, as far as you
 4      are aware, was not given -- I don't want to
01:08  5      say publicly, but was not given to Unified
 6      Command?
 7              MR. DRAKE:  Objection; form.
 8              MR. CASEY:  Objection to form.
 9              A.      To my recollection, this
01:08 10      presentation was the summary --
11              Q.      (BY MR. BARR)  Okay.
12              A.      -- that was provided as to
13      the -- the top kill outcome.
14              Q.      Okay.  And so the first scenario
01:09 15      is hydrocarbons and dominant mud flow up
16      drill pipe and bypass through rams, right?
17              A.      Yes, it does.
18              Q.      Do you know what that scenario
19      is describing?
01:09 20              A.      That's describing the drill pipe
21      that was in the BOP stack still existed and
22      that the flow of the hydrocarbons was coming
23      through that drill pipe and the rams had not
24      severed or sealed around that -- not around,
01:09 25      but across the drill pipe in the BOP stack.
```

1      Q.     Okay.  And -- and the conclusion

2   for that was that -- if you go to the next

3   page -- it was "Possible but not Plausible,"

4   right?

01:09  5      A.     The evidence presented,

6   that's -- that's what was concluded.

7      Q.     So BP did not believe that was

8   the reason why the top kill failed?

9      MR. CASEY:  Objection to form.

01:09 10      MR. DRAKE:  Same objection.

11      Q.     (BY MR. BARR)  Let me -- let me

12   state it a little differently.  BP did not

13   believe that was the most likely reason why

14   the top kill failed?

01:10 15      MR. DRAKE:  At the -- at -- objection;

16   form.  At this point in time, Counsel?

17      MR. BARR:  I'll restate it one more

18   time --

19      MR. DRAKE:  Okay.

01:10 20      MR. BARR:  -- to cure that objection.

21      Q.     (BY MR. BARR)  BP did not

22   believe that scenario No. 1 was the most

23   likely reason why the top kill failed at the

24   point in time in which this presentation was

01:10 25   given?

```
  1        A.    As these three scenarios were
  2   evaluated, this scenario was -- was not the
  3   leading candidate as to why it failed.
  4        Q.    Okay.  So then you have scenario
  5   No. 2.  Hydrocarbon flow was up annulus and
  6   casing and dominant mud flow into casing,
  7   correct?
  8        A.    That's what scenario 2 was
  9   described as.
 10        Q.    Okay.  And could you provide
 11   some background as to what that -- what that
 12   is describing?
 13        MR. CASEY:  Objection to form.
 14        A.    This is describing that the
 15   hydrocarbons are flowing through the 9 and
 16   7/8s casing and then also between the 9 and
 17   7/8s and the 16-inch casing.
 18        Q.    (BY MR. BARR)  Okay.  And why
 19   would that cause the top kill to fail?
 20        A.    This has to do with the flow
 21   path by having multiple annuli open to where
 22   that we may have been able to move fluid into
 23   one annuli, but not both annuli.
 24        Q.    And if you go to the conclusion,
 25   that's also listed as "Possible but not
```

01:10  (line 5)
01:10  (line 10)
01:11  (line 15)
01:11  (line 20)
01:11  (line 25)

194

```
 1    Plausible," right?
 2         A.    That's -- that's what's written
 3    here, yes.
 4         Q.    Okay.  So scenario No. 2, like
 5    scenario No. 1, BP did not believe was the
 6    most likely reason why the top kill failed at
 7    the point in time it gave this presentation,
 8    correct?
 9         A.    That's correct.
10         Q.    Then we go to scenario No. 3.
11    Hydrocarbon flow was up the 9 and 7/8s casing
12    (and possibly annulus as well) dominant mud
13    flow through failed 16-inch rupture disks,
14    correct?
15         A.    That's what it says here.
16         Q.    Okay.  And could you describe
17    what that scenario is -- is -- is about?
18         A.    Well, that scenario was
19    describing that there has been a lost
20    wellbore integrity and that the -- as stated
21    here, that -- that the rupture disks could
22    have possibly failed.
23         Q.    Okay.  That was one of the risks
24    we had talked about of the top kill, right?
25         MR. DRAKE:  Objection; form.
```

01:11 5
01:11 10
01:12 15
01:12 20
01:12 25

|  |  |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 01:12 | 5 |

1    A.    It was one of the risks, yes.

2    Q.    (BY MR. BARR)  And BP's ultimate

3 conclusion for the scenario No. 3 was that it

4 was possible and plausible, correct?

5    MR. DRAKE:  Objection; form.

6    A.    Yes, that's what's here.

7    Q.    (BY MR. BARR)  Okay.  So of the

8 three scenarios, at the point in time this

9 presentation was given BP believed that a

10 failure of the rupture disks was the most

11 likely reason why the top kill failed,

12 correct?

13    MR. CASEY:  Objection to form.

14    A.    Of these three scenarios, this

15 was the possible and plausible scenario.

16    Q.    (BY MR. BARR)  So it's the most

17 likely reason, correct?

18    MR. DRAKE:  Objection; form.

19    A.    Comparing these three, the most

20 likely, yes.

21    Q.    (BY MR. BARR)  Okay.  Well,

22 there weren't any other scenarios other than

23 these three offered, right?

24    MR. DRAKE:  Objection; form.

25    A.    That's correct.

01:13  10
01:13  15
01:13  20
01:13  25

196

1      Q.     (BY MR. BARR)  So of the only

2    scenarios offered, the one that was most

3    likely was a rupture of the burst disks,

4    correct?

01:13  5      MR. DRAKE:  Objection; form.

6      A.     That's correct.

7      Q.     (BY MR. BARR)  We know today

8    that the rupture disks did not fail, right?

9      A.     We believed that we had wellbore

01:13  10   integrity whenever we did eventually use a

11   bullhead to kill the well.

12     Q.     You would agree with me -- well,

13   strike that.

14          BP would agree with me that

01:14  15   you -- that it knows today that failure of

16   the rupture disks was most likely not the

17   reason why the top kill failed, correct?

18     MR. DRAKE:  Objection; form and scope.

19     A.     In knowledge of the wellbore

01:14  20   integrity that we had with the eventual kill,

21   the rupture disks did not contribute to the

22   failure of the top kill effort.

23     Q.     (BY MR. BARR)  Okay.  So --

24     A.     What we know today, not on May

01:14  25   the 28th.

```
 1          Q.      What does BP believe today is
 2     the reason why the top kill failed?
 3          MR. DRAKE:  Objection; scope.
 4          A.      At the time of the -- the -- the
 5     effort we were using a momentum kill combined
 6     with -- with bridging material to bridge this
 7     off, and so today one would say that the --
 8     the top kill was unsuccessful because we
 9     couldn't restrict the size of the -- the leak
10     path --
11          Q.      (BY MR. BARR)  Does it --
12          A.      -- during that operation.
13          Q.      Does --
14          MR. DRAKE:  Let him finish his answers.
15          MR. BARR:  No, I was.  I didn't mean to
16     cut him off there.
17          Q.      (BY MR. BARR)  Does BP believe
18     today that the top kill failed because the
19     flow from the well was too high?
20          MR. DRAKE:  Objection; scope.
21          A.      That is a possible scenario as
22     to why it -- it did fail at that time.
23          Q.      (BY MR. BARR)  Sitting here
24     today as BP, do you know if BP believes that
25     is the most likely reason why the top kill
```

01:14  5
01:15 10
01:15 15
01:15 20
01:15 25

1    failed?

2         MR. DRAKE:  Same objection, scope.

3         MR. CASEY:  And form.

4         A.     The -- the -- the flow rate,

01:16  5    although not known at the time that all this

6    was occurring, as we have described

7    previously, anything above 15,000 barrels a

8    day in the modeling that had been done, said

9    that -- that it was going to be very

01:16  10   difficult, if not impossible, to use the

11   dynamic kill to kill this well.  And so the

12   answer to your question is is that flow rate

13   contributed to the success or the lack of

14   success for the top kill.

01:16  15        MR. BARR:  Okay.  Could I have one

16   second off the record?  We can keep the

17   videotape rolling.

18         (Off the record.)

19         Q.     (BY MR. BARR)  All right.  Would

01:17  20   you turn in your notebook to Tab 61?

21         MR. CASEY:  60 what?  Sorry.

22         MR. BARR:  61.

23         Q.     (BY MR. BARR)  I'm going to hand

24   you what's been previously marked as

01:17  25   Exhibit 9160.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              A.      Mr. Sprague was too.
 2              Q.      Did Mr. Sprague ever tell you,
 3      hey, one of the reasons top kill may not have
 4      worked is the well's flowing at too high a
 5      rate?
 6              MR. CASEY:  Objection; form.
 7              A.      I don't recall Mr. Sprague
 8      telling me that.
 9              Q.      (BY MR. BARR)  Sitting here
10      today, if BP was ranking -- well, strike
11      that.
12              Let me ask you this way:  If BP
13      was evaluating the most likely reason why the
14      top kill failed today as compared to the
15      three scenarios offered and the 15,000 flow
16      rate was the fourth scenario, which is
17      more -- most likely?
18              MR. DRAKE:  Objection; form.
19              MR. CASEY:  Objection; form and scope.
20              A.      Today, knowing more that we
21      know -- we know a lot today.  We know about
22      the wellbore integrity.  We know from later
23      production that came from the well that --
24      that the production from the well was in
25      excess of -- of these numbers that were being
```

```
         1    estimated at that time.  And so a flow rate
         2    was a large contributing factor to the top
         3    kill and the ability of the top kill to be
         4    successful, yes, knowing that today.
01:22    5         Q.    (BY MR. BARR)  Today flow rate
         6    is much more likely to be the reason top kill
         7    failed than any of the three scenarios
         8    offered, correct?
         9         MR. CASEY:  Objection; form.
01:22   10         MR. DRAKE:  Objection to scope.
        11         MR. CASEY:  Form, scope.
        12         A.    The information that we have
        13    today, flow rate would have been a -- or is a
        14    most likely reason why top kill didn't --
01:23   15    wasn't successful.
        16         Q.    (BY MR. BARR)  And there are --
        17    you've seen now at least one communication
        18    where people within BP believed that at the
        19    time the top kill was ongoing, correct?
01:23   20         MR. CASEY:  Objection to form.
        21         MR. DRAKE:  Same objection.
        22         A.    What I know is -- is an opinion
        23    of an individual working on the team
        24    communicated to another individual working on
01:23   25    the team that he believed that flow rate was
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    too high.  That's what I gather out of this

2    text.

3            Q.     (BY MR. BARR)   Okay.  So

4    certainly some people within BP at the time

01:23  5    these three scenarios were presented believed

6    that there is actually a fourth scenario that

7    meant -- that said flow rate's too high,

8    right?

9            MR. DRAKE:  Objection; form.

01:23 10            MR. CASEY:  Objection to the form of

11    that question.

12            A.     What I know is is that an

13    engineer had an opinion, and his opinion was

14    is is that the flow rate was too high and

01:24 15    that that was stated on the 27th of May.

16            Q.     (BY MR. BARR)   And he used the

17    same 15,000, that Dr. Rygg offered to say the

18    top kill cannot -- well, I'm sorry, the

19    dynamic kill cannot work if the flow is more

01:24 20    than 15,000, right?

21            MR. DRAKE:  Objection; form.

22            A.     He's quoting the same number,

23    the 15,000.  Those numbers were simply flow

24    analysis that was being done to determine the

01:24 25    effectiveness of the -- the top kill.  And

|       |    |                                                |
|-------|----|------------------------------------------------|
|       | 1  | remember -- remember, when we say top kill,    |
|       | 2  | there's two pieces.  Two pieces is is the      |
|       | 3  | dynamic or momentum kill and then the          |
|       | 4  | bridging material.  And by getting bridging    |
| 01:25 | 5  | material in place you can affect that flow     |
|       | 6  | area and you can affect the ability to be      |
|       | 7  | able to kill the well.                         |
|       | 8  | Q.     (BY MR. BARR)  Okay.  Did               |
|       | 9  | Mr. Mix talk about bridging material in his    |
| 01:25 | 10 | text message?                                  |
|       | 11 | A.      Three separate bridging material       |
|       | 12 | pills.                                         |
|       | 13 | Q.     So he's talking about that              |
|       | 14 | infor- -- that -- he's talking about a junk    |
| 01:25 | 15 | shot as well, isn't he?                        |
|       | 16 | MR. CASEY:  Objection to the form.             |
|       | 17 | A.      He's referencing the --               |
|       | 18 | MR. CASEY:  Objection to the form of           |
|       | 19 | that question.                                 |
| 01:25 | 20 | A.     (Continuing)  He's referencing          |
|       | 21 | the bridging pills, yes.                       |
|       | 22 | Q.     (BY MR. BARR)  Okay.  So he's           |
|       | 23 | considering that when he's making -- when      |
|       | 24 | he's offering this text message, correct?      |
| 01:25 | 25 | MR. DRAKE:  Objection; form.                   |

207

```
       1          MR. CASEY:  Objection to form.
       2          A.    I don't know what Mr. Mix -- you
       3    know, this is a text between Mr. Mix and
       4    Mr. Sprague that I hadn't seen until today,
01:25  5    and so the words are is that we've pumped
       6    five separate bridging pills.
       7          Q.    (BY MR. BARR)  Okay.  But these
       8    are both employees of BP at the time of the
       9    top kill, right?
01:25 10          A.    They were both employees of BP.
      11          Q.    And so you as BP should be aware
      12    of what they're discussing, correct?
      13          MR. DRAKE:  Objection to form and
      14    scope.
01:25 15          A.    I -- I'm not aware of all the
      16    things that everybody writes down there, that
      17    everybody sends to everybody via text message
      18    or an e-mail.  I don't think BP expects for
      19    me to know all of the things that are texted
01:26 20    or that are e-mailed.
      21          Q.    (BY MR. BARR)  You don't think
      22    BP should be expected to know the most likely
      23    reason why the top kill failed?
      24          MR. CASEY:  Objection to form.
01:26 25          MR. DRAKE:  And objection to scope.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

208

```
 1          A.     An engineering team of -- of --
 2    that was led by Paul Tooms looked at all the
 3    data and analyzed the data and prepared the
 4    presentation that we were reviewing here as
01:26  5    to the most likely reasons for failure.
 6          Q.     (BY MR. BARR)  And just missed
 7    the actual most likely reason?
 8          MR. CASEY:  Objection to form.
 9          MR. DRAKE:  And scope.
01:26 10          A.     Knowing where we are today, more
11    information coming in, then they did miss;
12    but at the time this occurred they believed
13    that to be true.
14          Q.     (BY MR. BARR)  But they were
01:26 15    told prior to the top kill that it won't --
16    the dynamic kill won't work at more than
17    15,000.  That's not new information, is it?
18          MR. DRAKE:  Objection; form.
19          MR. CASEY:  Yeah, objection to form.
01:27 20          A.     No, that's not new information.
21    But you didn't know what the flow rate was.
22          Q.     (BY MR. BARR)  So BP just didn't
23    account for that in the scenarios?
24          MR. DRAKE:  Objection; form.
01:27 25          A.     Yeah, the -- that was not
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    included in the scenarios.

2         Q.    (BY MR. BARR)  And as a result

3    of what BP offered at the time as the most

4    likely reason, the BOP on BOP option was

01:27  5    removed as an option, correct?

6         MR. DRAKE:  Objection; form.

7         A.    Yes, that was -- that's correct.

8         Q.    (BY MR. BARR)  If BP had said

9    the most likely reason is the flow of oil

01:27 10    from the well, do you believe as BP today

11    that the BOP on BOP option would have still

12    been available?

13         MR. DRAKE:  Objection; form and scope.

14         A.    We didn't know that at the time.

01:28 15    We were still concerned about the maximum

16    shut-in pressures and the impact on the --

17    the integrity of the well with the BOP on

18    BOP, and the concern being that we could

19    create broaching with that.

01:28 20         Q.    (BY MR. BARR)  Okay.  But you

21    could create broaching with the dynamic kill

22    as well, correct?

23         A.    The dynamic kill, when

24    implemented, by managing the pressures, which

01:28 25    were managed as -- as we were doing the

01-41295
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

# CONFIDENTIAL

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Charles Holt
## VOLUME 2

NOVEMBER 29, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

         1    didn't end up working, did it?

         2         A.     No, the bridging material did

         3    not have a large impact on the -- on the --

         4    where we placed it on the -- in the flow.

02:21    5         Q.     So theoretically that could

         6    work, but in this given situation wouldn't

         7    knowing the flow rate be helpful to designing

         8    the top kill?  That's all I'm asking.

         9         MR. CASEY:  Objection to form.

02:21   10         MR. DRAKE:  Same objection.

        11         A.     The -- the flow rate is a --

        12    a -- a -- what potentially is coming out of

        13    the well.  The knowledge of that would --

        14    would contribute to the -- the -- the success

02:21   15    or how effective that would be.  We --  but

        16    again, we always -- we always looked at it --

        17    we said, yes, the bridging material did not

        18    work, but we didn't know that to begin with.

        19    What we didn't know is is you'll see a term

02:21   20    also in documents called an orifice size.

        21    But what we didn't know is is how big the

        22    area this was flowing through.  And so by

        23    using bridge material, we could shrink the

        24    size of that.

02:22   25         Q.     (BY MS. STRIPPOLI)  So would you

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   agree with me that flow rate does impact top

 2   kill?

 3         A.    Yeah, flow rate does impact top

 4   kill.

 5         Q.    And that flow rate is relevant

 6   to top kill?

 7         MR. CASEY:  Objection to form.

 8         MR. DRAKE:  Same objection.

 9         A.    Flow rate is relative to top

10   kill from a dynamic kill scenario.

11         Q.    (BY MS. STRIPPOLI)  So you're

12   saying that flow rate isn't relevant to top

13   kill?

14         MR. CASEY:  Objection to form.

15         MR. DRAKE:  Same objection.  I'm just

16   stuck on the word "relevant," I think.

17         A.    Yeah, I'm in a place where

18   it's -- you know, if you can impact that flow

19   rate, then the flow rate doesn't have the

20   same relevance.  Now, we were not able to do

21   that.  That was -- that's not what occurred.

22   But our -- in our efforts that was what our

23   plan was.  And I say "our plan."  Our plan

24   was to be able to go bridge some of the flow

25   area, if necessary, because we didn't know
```

```
  1    e-mail with some context in it.
  2         Q.    (BY MS. STRIPPOLI)  If you turn
  3    back to the page that says, "Source Control -
  4    Forward Plan" - 9th of May, do you see that?
02:35  5         A.    I do.
  6         Q.    And the second bullet point down
  7    with the first dash, it says, "Reprioritises
  8    'Junk Shot/Top Kill/Cement option."  Do you
  9    see that?
02:35 10         A.    I do.
 11         Q.    Does that refresh your
 12    recollection of when top kill was
 13    re-prioritized over BOP on BOP?
 14         A.    It appears here that on May the
02:35 15    9th that was when at least this group was --
 16    was re-prioritizing that, yes.
 17         Q.    Okay.  And then can you go down
 18    to point 2, it says, "Junk Shot/Top
 19    Kill/Cement - Preferred Option"; do you see
02:35 20    that?
 21         A.    I see that, yes.
 22         Q.    And then the bullet beneath that
 23    says, "Preferred Option - plan prioritised
 24    accordingly"?
02:36 25         A.    Uh-huh, I see that.
```

         1          MR. CASEY:  Objection to form.

         2          MR. DRAKE:  Same objection.

         3          A.     No, sir, the exact date with the

         4    documents that are here was generally in this

04:10    5    time frame, but the exact date and that

         6    conversation, I don't have recollection of.

         7          Q.     (BY MR. MAZE)  Was that decision

         8    made by Doug Suttles?

         9          MR. DRAKE:  Objection; form.

04:11   10          A.     All the decisions that were made

        11    before we move things forward -- and I say

        12    "decisions" -- before we moved anything

        13    forward was reviewed with and -- and approved

        14    by the Unified Command, and so Doug Suttles

04:11   15    would have been included in that along with

        16    Admiral Landry and others, in a conversation

        17    of some sort.  I was not party to those

        18    conversations.

        19          Q.     (BY MR. MAZE)  But it was BP who

04:11   20    made the primary recommendation to choose top

        21    kill over BOP on BOP, correct?

        22          A.     The engineering was being worked

        23    by BP and then brought forth as

        24    recommendations to Unified Command.

04:11   25          Q.     Did you speak with Mark Patteson

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

08:42

1    don't know.  I don't know what the -- all of

2    those that were there.  But those gentlemen

3    were a part of the leadership of BP that were

4    reviewing recommendations that were coming

5    from -- from the teams.

6         Q.    And it's your understanding,

7    though, that the BOP on BOP option at that

8    time was discontinued because of the risk of

9    breach of formation, right?

08:42 10         MR. DRAKE:  Objection; form.

11         A.    Yes, sir, my -- my -- my

12    understanding of that was that we were

13    concerned about the integrity of the --

14    the -- the wellbore and that based upon data

08:43 15    analyzed from the top kill, that we did not

16    have full integrity and that BOP on BOP could

17    make the situation worse.

18         Q.    (BY MR. BAAY)  Mr. Holt, you

19    understand and agree that the risk of breach

08:43 20    to the formation existed not only with the

21    BOP on BOP, but existed with the 3 ram

22    capping stack, didn't it?

23         MR. CASEY:  Objection to form.

24         MR. DRAKE:  Objection to form and

08:43 25    scope.

```
 1    I said.  I didn't write these words, but,
 2    yes, sir.
 3           Q.    Right.  Someone was taking
 4    notes.  You spoke some words and -- and
 5    they -- they shorthanded what you were
 6    saying?
 7           A.    That's what it appears, yes.
 8           Q.    What you and others in the
 9    meeting were saying; is that right?
10           A.    Yes, sir.
11           Q.    Okay.  And you made the comment
12    here that "the 'BOP on BOP' story should gain
13    traction and exposure...may become Critical
14    Path soon."  Do you recall making those
15    statements?
16           A.    Yes, sir, we were considering a
17    number of options during that time frame and
18    as we were considering those, BOP on BOP
19    was -- was in that mix.
20           Q.    So it's fair to say that as of
21    May 5th, 2010 you felt optimistic about the
22    BOP on BOP option?
23           MR. DRAKE:  Objection; form.
24           A.    Yes, sir, in that time frame and
25    with the information that we had, that was
```

1    one of the -- as I've identified here, one of

2    the front runner options.

3          Q.    (BY MR. BAAY)  If you remember,

4    what at the time was giving you a sense of

09:00 5    encouragement about that as an option to

6    accomplish your mission of stopping the flow?

7          MR. DRAKE:  Objection; form.

8          A.    Well, at that time we -- we were

9    still early in trying to figure out where --

09:00 10   which -- which option was -- was -- was going

11   to be a front runner and -- and at that time,

12   we were -- we were still analyzing and

13   identifying, you know, what would we do that

14   wouldn't make it worse.

09:00 15         Q.    (BY MR. BAAY)  Right.  My

16   question, though, is specifically what gave

17   you a sense of encouragement about the BOP on

18   BOP as an option?

19         A.    Sir, I don't --

09:00 20         MR. DRAKE:  Objection; form.

21         A.    (Continuing)  Sir, I don't

22   recall that at that time as to what that was.

23   That was -- that was just a communication to

24   the team that, hey, guess what, guys, you

09:00 25   know, we need to continue to -- to work this

1    testified yesterday that the Enterprise was

2    pulled for containment options.

3         A.    Yes, it was.  But I'm just --

4    I'm saying with this e-mail here, because in

09:07  5    the conversation with -- with the -- as

6    options were being looked at, because the

7    Enterprise was the only vessel in the field

8    that was handy at that time, "handy," meaning

9    immediately on location to be able to produce

09:07  10   hydrocarbons, a decision was made to use it

11   to capture initially with the RIT tool, later

12   with the top hats.

13        Q.    Okay.  So if Andy Inglis made

14   the decision or someone else within BP,

09:08  15   you're not disputing the fact that as of

16   May 11th, the Enterprise was pulled and was

17   no longer used for the BOP on BOP option?

18        MR. CASEY:  Objection to form.

19        A.    In that time frame, which --

09:08  20   which -- which is -- is indicated by this

21   e-mail, decisions were being made where --

22   where vessels were going to be used, yes,

23   sir.

24        Q.    (BY MR. BAAY)  I'm asking you

09:08  25   specifically about the decision for the

1    Enterprise, Mr. Holt.  Was the decision made

2    as of May 11th for the Enterprise BOP on --

3    for the Enterprise rig to be used for

4    containment?

09:08   5          MR. DRAKE:  Objection; scope.

6          A.     In that time frame, I -- this

7    e-mail from Jim Wellings indicates that, yes.

8          Q.     (BY MR. BAAY)  And because it

9    was pulled for containment, it's fair to

09:08  10   assume that it was no longer available to be

11   sourced for the BOP on BO -- BOP option?

12         A.     Yes, sir, that's correct.

13         Q.     And you would agree that that

14   decision obviously delayed how quickly the

09:09  15   BOP on BOP could have been deployed, didn't

16   it?

17         MR. DRAKE:  Objection; form.

18         A.     I -- with regard to the -- the

19   preparedness of the Enterprise BOP stack, as

09:09  20   I recall sitting here today, when we were

21   working up the Enterprise BOP stack, there

22   were still a number of -- of maintenance and

23   tests that still needed to be done with that

24   stack.  We were not ready to splash that

09:09  25   stack during this time.

1    was applied as to what those risks would

2    imply.

3          Q.    (BY MR. BAAY)  Did you testify

4    yesterday, Mr. Holt, that BP determined that

09:50  5    the risk of broach was greater with the BOP

6    on BOP option than it was with top kill?

7          A.    I believe my words yesterday

8    were that -- that we were going to be able to

9    manage the pressures, which would reduce the

09:51 10    risk to broach with the top kill versus the

11    BOP on BOP is what I said.

12          Q.    Does BP believe that the risk of

13    broach pre-top kill was greater with the BOP

14    on BOP option than it was for the top kill?

09:51 15          MR. DRAKE:  Objection; form.

16          A.    Yes, as I recall, that would

17    have been part of the conversation and -- and

18    the discussion.

19          Q.    (BY MR. BAAY)  What analysis is

09:51 20    that based on?

21          A.    That's based upon the surface

22    pressures or the pressures at the BOP stack

23    and how those pressures are being managed.

24          Q.    Okay.  What document did you see

09:51 25    that drew the conclusion that the BOP on BOP

         1    option presented a greater risk of broach

         2    than did top kill?

         3            MR. CASEY:  Objection to form.

         4            MR. DRAKE:  Same objection.

09:52    5            Q.     (BY MR. BAAY)  Or who did you

         6    talk to that said that?

         7            MR. CASEY:  Same objection.

         8            MR. DRAKE:  Same objection.

         9            A.     There were engineering teams

09:52   10    that were generating shut-in numbers, that

        11    were generating modeled values for in the

        12    event that the well was -- was shut-in, what

        13    the surface pressures might be depending upon

        14    the various scenarios.  And -- and so those

09:52   15    analysis -- and I don't recall which ones

        16    where, by who were being incorporated into

        17    the decision-making.

        18            Q.     (BY MR. BAAY)  So if I'm

        19    understanding, you can't recall any specific

09:52   20    document or conversation that confirmed that

        21    the BOP on BOP option presented a greater

        22    risk of broach than did top kill?

        23            MR. DRAKE:  Objection; form.

        24            A.     Can I go to my reference

09:53   25    material here?

```
      1    was a number that was on the order of 5,000

      2    barrels a day that Unified Command had

      3    communicated, is what I recall.

      4         Q.    (BY MR. BAAY)  Mr. Holt, didn't

10:34 5    you just tell me that flow rate was

      6    considered by BP when engaging in the first

      7    dynamic kill?

      8         MR. DRAKE:  Objection; form.

      9         MR. CASEY:  Objection to form.

10:34 10        Q.    (BY MR. BAAY)  Did you say that

     11    or not?

     12         A.    Some estimations of flow rate

     13    based upon various scenarios were generated

     14    by Add Energy.

10:35 15        Q.    And what estimates was BP

     16    relying on?  What was the number?

     17         MR. DRAKE:  Objection; form.

     18         A.    5,000 barrels a day.

     19         Q.    (BY MR. BAAY)  And that was

10:35 20   based off whose model?

     21         MR. CASEY:  Objection; form.

     22         MR. DRAKE:  Objection; form.

     23         Q.    (BY MR. BAAY)  Or whose

     24    estimate?

10:35 25        MR. DRAKE:  Objection to form.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1          MR. DRAKE:  Objection; form.

 2          A.     The concepts of these are -- are

 3     the same.

 4          Q.     (BY MR. BARR)  Okay.  Do you

02:26  5     know why BP elected not to do that?

 6          MR. CASEY:  Object to form.

 7          MR. DRAKE:  Objection; form.

 8          A.     At the time that this was all

 9     taking place all ideas and suggestions were

02:26 10     being considered and discussed and reviewed,

11     and the decision at the time of during the

12     middle of May was that the -- the next option

13     for us was to go with the top kill.

14          MR. KRAUS:  Objection; responsiveness.

02:26 15     MR. PRESCOTT SMITH:  Same.

16          Q.     (BY MR. BARR)  I asked why -- do

17     you know why BP elected not to pursue what

18     Mr. Fleece was proposing?

19          A.     And I responded, as I will

02:27 20     respond again, that all considerations were

21     brought into the room and -- and -- and

22     discussed and -- and -- and this -- this

23     recommendation wasn't taken forward because

24     of -- and I don't recall what all the reasons

02:27 25     were at that time.
```