# Exhibit 51

Depo Ex. No. 8522 -

Charles Holt

Filed Under Seal