# Exhibit 52

Depo Ex. No. 10516 -

Charles Holt

Filed Under Seal