# Exhibit 53

Depo Ex. No. 4405

Charles Holt

Under Seal