IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the ) | |
| GULF OF MEXICO, on ) | SECTION: J |
| APRIL 20, 2010 ) | |
| ) | JUDGE BARBIER |
| ) | |
| ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Geoff Boughton

**VOLUME 1**

JULY 20, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

For U.S. & International Services
800 - 745 - 1101

1    Q.  For the Enterprise.  What do you
2    mean by that?
3    A.  All the equipment was ready.  The
4    connector was on and tested.  We could
5    have had the BOP down there the middle of
6    May, 15th of May.  The slings and the
7    things we needed to recover the LMRP --
8    because that was the plan, to pull off the
9    LMRP and set it on the seabed.  That --
10   that was all ready -- ready to go.
11   Q.  And so you think you could have
12   capped the -- the well mid-May?
13   A.  Yes.
14   Q.  You mentioned a capping team?
15   A.  Yes.
16   Q.  Who was on the capping team?
17   A.  From our guys, it was Ian Sneddon
18   and John Macay, who I mentioned John a
19   minute ago.  He's -- and later, a fellow
20   named Dave Cameron.
21        Dave came to relieve Ian and
22   John, who had been over for like six weeks
23   before they went back home for a rest,
24   because it was very stressful during that
25   time.

**PURSUANT TO CONFIDENTIALITY ORDER**