# Exhibit 56

Depo Ex. No. 10530 -

Charles Holt

Filed Under Seal