# Exhibit 57

Depo Ex. No. 8542 -

Charles Holt

Filed Under Seal