# Sub Sea Capping Stack

## April 28, 2010

Exhibit No. 5385
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

TRN-MDL-00799220

# Timeline – SubSea Capping Stack

| Activity | BP Approved? | April | | | | | May | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **Capping** | No | | | | | | | | | | | | | | | | |
| Prepare procedure | | | | | | | | | | | | | | | | | |
| HAZID | | | | | | | | | | | | | | | | | |
| Approve procedure | | | | | | | | | | | | | | | | | |
| Locate and secure equipment | | | | | | | | | | | | | | | | | |
| Modify Enterprise BOP | | | | | | | | | | | | pending equipment availability | | | | | |
| Modify Enterprise Riser joint | | | | | | | | | | | | | | | | | |
| *Execute Job* | | | | | | | | | | | | | | | | | |
| Move Enterprise to location | | | | | | | | | | | | | | | | | |
| Cut riser | | | | | | | | | | | | | | | | | |
| Remove LMRP | | | | | | | | | | | | | | | | | |
| Run BOP and riser | | | | | | | | | | | | | | | | | |
| Latch up to Horizon BOP | | | | | | | | | | | | | | | | | |
| Close Rams.  Well secure. | | | | | | | | | | | | | | | | | |

2

CONFIDENTIAL

TRN-MDL-00799221

# Initial conditions

- Cut Riser above existing LMRP

- Disconnect LMRP from the Horizon BOP stack with ROV



Cut line #1

Disconnect

Existing LMRP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799222

# Deploying Stack



Existing BOP

CONFIDENTIAL

5

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.



21" Riser

Blind

Perforated Riser Joint



Enterprise LMRP

Enterprise BOP



Existing BOP

CONFIDENTIAL

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.

- Blind flange diverts all flow out of the riser,

- **No wellbore fluids will be taken to the Enterprise**



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799225

6

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.

- Blind flange diverts all flow out of the riser,

- **No wellbore fluids will be taken to the Enterprise**



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799226



# Deploying Stack

Peforation above the blind flange to allow riser to fill while running, and drain while pulling

21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799227

# Deploying Stack

- The internal area of the riser is 283.5 sq in

- 91, 2" OD holes drilled into 30' of riser provides the same flow area

- Removes ~1.5% of the surface area from the 30' section of riser

- 2" holes are 16" center-to-center
  - 23 rows, 4 holes per row



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799228

9

# Concerns

- Stack analysis:
  - Will the Horizon stack support the additional weight of the Enterprise BOP?
  - Address this by minimizing the watch circle.
  - Disconnect at 2 degrees lower ball joint angle
- Surface Plume
  - Do not want to move over the well if the plume is directed straight up
  - Wait for current to take the flow away

CONFIDENTIAL

TRN-MDL-00799229

10

# Stack Comparison



Enterprise Stack – 42.48' to top of LMRP

Horizon Stack – 52.63' to top of LMRP; ~22.57' to top of BOP

CONFIDENTIAL

TRN-MDL-00799230

12

# Combined Stack – 65.05' to top of LMRP

~12.5' taller than existing hook up

~22.57' to top of BOP

Horizon Stack – 52.63' to top of LMRP

Enterprise Stack – 42.48' to top of LMRP



TRN-MDL-00799231

13



Combined Stack ~ 48 28' to top of BOP

~4.5'
SHORTER
than existing
hook up

Horizon Stack ~ 52.63' to top of LMRP

~22.57' to top of BOP



TRN-MDL-00799232

# Procedure

- Land stack.  Close Enterprise blind shear rams.

- Release LMRP.  Leave shut in while drilling relief wells.

OR

- Pump kill fluids down choke and kill into well. Bullhead kill the well.

*Never allow open riser above the Horizon BOP. Keep blind flange in place.*

14

CONFIDENTIAL

TRN-MDL-00799233

15

# Why not kill immediately?

- Well is secured and pollution stopped, kill operations may result in broaching

- DP event mid-way through kill (unlikely)

TRN-MDL-00799234

16

# Backup

CONFIDENTIAL

TRN-MDL-00799235

17

- Path illustrating flow line kill



CONFIDENTIAL

TRN-MDL-00799236

# Watch Circle – Relative to Lower Ball Joint Angle



Green: 0 to 2 degrees
Good to operate

Yellow: 2 to 4 degrees
Caution – prepare to disconnect

Red: Greater than 4 degrees
Need to disconnect prior to damaging subsea equipment

18

CONFIDENTIAL

TRN-MDL-00799237

# Watch Circle – Relative to Lower Ball Joint Angle



Green:  0 to 2 degrees
Good to operate

Yellow: 2 to 4 degrees
Caution – prepare to
disconnect

Red:  Greater than 4 degrees
Need to disconnect prior to
damaging subsea equipment

Waterline

Seafloor

19

CONFIDENTIAL

TRN-MDL-00799238



# Watch Circle Size Relative to Water Depth

Green in 6,000' of water: 0 to 2 degrees 419' across

Green in 3,000' of water: 0 to 2 degrees 208' across

Waterline

Seafloor

20

CONFIDENTIAL

TRN-MDL-00799239