# Exhibit 61

Bates Number

ANA-MDL-000230538Filed Under Seal