# Exhibit 62

Depo Ex. No. 10528 -

Charles Holt

Filed Under Seal