# Exhibit 64

Depo Ex. No. 10542 -

Charles Holt

Filed Under Seal