01-42080
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Secretary of Energy
# Dr. Steven Chu

**VOLUME 1**
JANUARY 24, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
 1        Q.     (BY MR. LI)  Okay.  If -- if
 2   somebody's got information, they should share
 3   it with you, you'd agree with that
 4   proposition?
 5        MR. BROCK:  Object to the form.
 6        A.     If it was relevant to what we
 7   were trying to do; namely, to help BP stop
 8   the leak, yes.
 9        Q.     (BY MR. LI)  And it would not be
10   helpful to you as a scientist or your group
11   to have information concealed from you,
12   correct?
13        MR. CERNICH:  Objection; form.
14        A.     It -- if -- if it was deemed in
15   the -- by the engineers, if you looked
16   especially, it would not be helpful if they
17   withheld information, that is true.
18        Q.     (BY MR. LI)  Now -- and I
19   understand this was an evolving role.
20   Eventually the role of the group, of the team
21   was to provide scientific support to decision
22   makers in assessing how to cap or contain the
23   oil from the Macondo well, correct?
24        A.     Yes, that's correct.  What --
25   what we ended up in many cases doing is BP
```

02:09  5
02:10 10
02:10 15
02:10 20
02:10 25

1        would do an analysis, they would present a

2        plan forward, or there would be data; and

3        then we would try to -- we would certainly

4        discuss the meaning of that with them, but we

02:11  5        would also try to independently evaluate

6        using National Lab people and other

7        scientists around the world, including other

8        oil engineers from other companies.

9              Q.      And in order to assess or to

02:11  10        provide this assistance, you needed data,

11        correct?

12              A.      Correct.

13              Q.      And some of that data was

14        provided to you by BP, correct?

02:11  15              A.      I would say most of the data was

16        provided to us by BP.

17              Q.      And getting complete and

18        accurate information from BP was important to

19        you as a scientist for you to do your job,

02:11  20        correct?

21              A.      Correct.

22              Q.      And, again, your job was to help

23        support decision makers on how to deal with

24        this tragedy, correct?

02:11  25              MR. CERNICH:  Objection; form.

                1       A.      Right.  If -- if that -- if the

                2   information was relevant for helping us both

                3   stop the well and -- and providing the

                4   government, the U.S. government with

02:11           5   knowledge on what the state of affairs was,

                6   correct.

                7       Q.      (BY MR. LI)  Now, I believe

                8   previously you testified when Mr. Brock was

                9   asking you questions that BP had been

02:12          10   cooperative, correct?

               11       A.      Yes.

               12       Q.      But there were times when BP was

               13   not as forthcoming with information, correct?

               14       MR. BROCK:  Object to form.

02:12          15       A.      Well, as I said before, if I

               16   specifically asked for information, you know,

               17   more or less they would provide it; but if

               18   you don't know what to ask for, if there's

               19   information that, you know, that they had, we

02:12          20   didn't know -- for example, as I said in a

               21   specific example, this is the design of the

               22   well and they showed us a blueprint; and what

               23   was discouraging was that in the design of

               24   the well and in the well they had all this

02:12          25   thing and the locking nut in place and

1       A.      Well, again, I think while

2    you're going and -- and -- what we were asked

3    to do -- actually, we were asked by BP to do

4    this, also, is they would come to us -- you

02:14  5    know, as the weeks went but I think there was

6    a -- a mutual respect and trust in that time

7    and in -- in June -- let's say the June-ish

8    time frame that we were genuinely trying to

9    help them stop the leak.

02:15  10        Q.      (BY MR. LI)  Right.

11        A.      And we were -- that was what we

12    were focused on.

13        Q.      Okay.  Now, one of the things

14    that you were focusing on is source control

02:15  15    eventually, correct?

16        A.      Yes.

17        Q.      And by "source control" I mean

18    methods to contain or collect oil from the

19    wellhead, you'd agree with that?

02:15  20        A.      I would --

21        Q.      I mean, agree with that

22    definition?

23        A.      I would agree with that, yes.

24        Q.      And would you agree with me that

02:15  25    having an accurate flow rate is important --

1     a flow rate number, a flow rate estimate is

2     important to providing accurate scientific

3     support to the decision makers in source

4     control strategies?

02:15   5          A.     I would agree with that.  I

6     think early on BP was trying to marshall

7     forces to have the adequate to collect as

8     much of the oil as possible, and in these

9     early days immediately after, you know, top

02:16  10     hat was on they felt that the combination of

11     the Discoverer Enterprise, which was -- had a

12     capability of up -- roughly they were

13     averaging 15,000, up to 19 or something like

14     that thousand barrels a day, but due to other

02:16  15     things, roughly 15,000, and the Q9000 would

16     be adequate to contain -- to capture the oil.

17          Q.     But it wasn't, correct?

18          MR. BROCK:  Object to form.

19          A.     It was not.

02:16  20          Q.     (BY MR. LI)  Now, I'm going to

21     move us back from the collection and just

22     talk for a second about flow rate and how one

23     determines flow rate, creates a flow rate

24     estimate.  Would you agree with me that

02:16  25     getting accurate and complete information

1       from BP is a critical precedent to get -- to

2       creating an accurate flow rate assessment?

3            MR. BROCK:  Object to form.

4            A.     I think I was asked before, but,

02:17  5       yes.

6            Q.     (BY MR. LI)  Okay.  I'm going to

7       ask you to turn to Tab 16, which has been

8       previously marked as Exhibit 9646.  It's an

9       e-mail chain.  And if I could direct your

02:17  10      attention to the subject line -- sorry, if I

11      could direct your attention to -- I'm going

12      to point.  I think it's easiest.  This.  Now,

13      this is an e-mail on May 14th, 2010.  It's

14      from you to a number of people, including

02:17  15      Richard Garwin; is that correct?

16           A.     That's correct.

17           Q.     And, again, Richard Garwin is

18      one of the members of your -- of the team --

19      of the informal team that was going to help

02:18  20      provide advice and analysis to the decision

21      makers who were dealing with this crisis,

22      correct?

23           MR. CERNICH:  Object to form.

24           A.     Correct.

02:18  25           Q.     (BY MR. LI)  And you write -- if

what to do, they would say this is what we

think should be happening.  This -- they said

that this -- there is a good probability that

this will work, and they would do that.  They

02:21 5   would also tell us what some of the dangers

would be, and we would discuss the

probabilities of the dangers of all of those.

Q.    (BY MR. LI)  Okay.  If I could

ask you to turn to Tab 94, which has been

02:21 10  previously marked as Exhibit 9673.  This is

an e-mail from Marcia McNutt.  It's actually

a chain, but the top e-mail is from Marcia

McNutt to a number of folks and it's dated

September 7th and the subject line is

02:22 15  "Comments on BP's Report."  She writes, and

this is in relation to BP's report, "What

appears to be missing is a mention of how an

earlier, accurate estimate of flow rate might

have accelerated full containment."  Did I

02:22 20  read that correctly?

A.    I believe so.

Q.    And would you agree with Ms. --

Dr. McNutt?

MR. BROCK:  Object to form.

02:22 25  A.    I think, yes, that is true.  If

1    one knew earlier the amount of flow, things

2    would have been different, yes.

3         Q.    (BY MR. LI)  And by "different"

4    you -- you mean full containment might have

02:22  5    been accelerated?

6         MR. CERNICH:  Objection; form.

7         A.    Again, I wouldn't go so far as

8    that, but the -- the ability to capture more

9    of the oil would have been done the -- and,

02:23 10    again, depending on what the flows were,

11    again, probabilities of whether dynamic kills

12    would have worked or not would have been

13    folded in.

14         Q.    (BY MR. LI)  Okay.  You would

02:23 15    have had -- the science team would have had a

16    better chance at estimating the probabilities

17    of success of the dynamic kill had you had an

18    accurate flow rate estimate, correct?

19         MR. BROCK:  Object to form.

02:23 20         A.    With the caveats that the BOP

21    geometries weren't known, there are all sorts

22    of what we call fingering issues, things of

23    that nature, but, yes.

24         Q.    (BY MR. LI)  Okay.  So you would

02:23 25    have a better chance of estimating the

1    probabilities of success of the dynamic kill

2    had you had accurate flow rate information?

3         MR. BROCK:  Object to form.

4         A.    Yes.  Again, as I said before,

02:24 5    if the flow is 10 to 15,000 barrels per day

6    rate versus 50 or 60 or 70,000 barrels, it

7    changes the probability that a dynamic kill

8    will work, even just based on all the

9    previous experiences of dynamic kills.

02:24 10        Q.    (BY MR. LI)  Okay.  I'm going to

11   read the next sentence.  "For example, the

12   coffer dam failed because the flow rate was

13   off by an order of magnitude."  Would you

14   agree with that statement?

02:24 15        MR. CERNICH:  Objection; form.

16        MR. BROCK:  Objection; form.

17        A.    I would -- my understanding of

18   the coffer dam failure, the primary reason it

19   failed was when the oil/gas hit the very cold

02:24 20   water, you immediately formed methane

21   hydrates that plugged it up and -- but then

22   flow also is a factor, but my understanding

23   is -- is the methane hydrate formation that's

24   just actually plugging up this big funnel

02:24 25   thing, it just -- well, methane hydrates did

1      that worked at 60,000 barrels.

2           Q.     (BY MR. LI)  And had -- had the

3      science team known that the flow rate was in

4      the 40, 50 --

02:28  5           A.     40, 50.

6           Q.     -- 60,000 barrel range, that

7      would have changed very much the science

8      team's evaluation of whether or not top kill

9      was an advisable strategy, correct?

02:28  10          MR. BROCK:  Object to form.

11          MR. CERNICH:  Object to form.

12          A.     If we knew that flows were in

13      that range, we would have given a lot more

14      thought and calculations, because now you're

02:28  15     talking not only about momentum transfer, you

16      know, some subtleties of fingering, all those

17      other things.  So there would have been more

18      discussion as to whether it would be

19      advisable to go forward with that -- with BP.

02:28  20          Q.     (BY MR. LI)  Okay.  And, I mean,

21      just to sort of try to, as it were, drill

22      down on what you're saying there, the

23      likelihood that you would have advised to

24      pursue the top kill, if you had known that

02:29  25     the flow rate was 40, 50, 60,000 barrels per

         1    day decreases, correct?

         2         MR. BROCK:  Object to form.

         3         MR. CERNICH:  Object to form.

         4         A.    That's correct.  If the flow

02:29    5    rate were very much higher, the first thing

         6    we would have done was we would have gone

         7    around, asked other oil experts, full control

         8    experts, things of that nature, under worst

         9    circumstances what was the flow in a dynamic

02:29   10    kill, how did it stop, what were the upper

        11    reaches, and -- you know, and been talking

        12    with BP about that, because this was, you

        13    know, a long time in planning, if you -- time

        14    in the sense of, you know, not just one or

02:29   15    two days.  You're -- you're -- there's a lot

        16    of planning just -- just to even do the

        17    logistics and dynamics of this.

        18         Q.    (BY MR. LI)  Of the top kill

        19    operation?

02:29   20         A.    Of the top kill operation.

        21         Q.    You would consider it material

        22    to your analysis to know what BP's own

        23    internal estimates of the flow rate was,

        24    wouldn't you?

02:30   25         A.    Yes.

1        MR. BROCK:  Object to form.

2        Q.    (BY MR. LI)  And if BP didn't

3   tell you what its internal estimates of its

4   flow rates were, they would be withholding

02:30  5   from you material information, correct?

6        MR. BROCK:  Object to the form.

7        A.    What I remember them telling us

8   was that they wanted to proceed with the top

9   kill, that they were confident that it was

02:30 10  going to work, that -- and that they were --

11   had the capability of marshalling counter

12   flows that would overwhelm what was coming

13   up.

14        Q.    (BY MR. LI)  But if they -- if

02:30 15  they didn't tell you that they had internal

16   estimates that were significantly higher, in

17   the 40, 50, 60,000 barrel range, you would

18   consider that material information that you

19   did not receive, correct?

02:31 20       MR. BROCK:  Object to the form.

21        A.    Yes, that would have -- we would

22   have had more discussions about the

23   feasibility.

24        Q.    (BY MR. LI)  Okay.  I'm going to

02:31 25  move down to the next paragraph where it

1    mid May time frame?

2         MR. CERNICH:  Object to form.

3         A.    Yes, I would have certainly have

4    liked to seen how they were estimating flows

02:38  5    as it was relevant to well control such as

6    top kill.

7         Q.    (BY MR. LI)  Okay.  I'd ask you

8    to look at Tab 1, which has previously been

9    marked Exhibit 5063.  Do you have it in front

02:38 10    of you?

11         A.    Yes.

12         Q.    Okay.  This is an e-mail from

13    BP's Trevor Hill to BP executive Gordon

14    Birrell, dated April 20th, 2010, attaching a

02:38 15    document called modeling of systems flow --

16    sorry, system flow behavior.

17              Do you see the last sentence of

18    the first paragraph in the e-mail?  We have

19    modeled the whole system from the reservoir

02:38 20    to sea in order to bound the answers on flow

21    rate.

22         MR. BROCK:  Object to form.  The date

23    is, just for the record, April 28.

24         MR. LI:  I apologize, April 28.

02:39 25         A.    Yes, I see that e-mail.

         1              Q.      (BY MR. LI)  And --

         2              A.      The e-mail of April 28.

         3              Q.      Okay.  Now, if we can look at

         4     the attachment at Page Bates No. 5263.

02:39    5              A.      5261, 62, 63, yes.

         6              Q.      So we'll start at the top.  It

         7     says, Modeling of system flow behaviour

         8     (reservoir to sea).  Do you see that, the

         9     title of the document?

02:39   10              A.      Yes.

        11              Q.      All right.  And then at the

        12     bottom, there is a -- a chart that sets out

        13     various flow rates of stock tank barrels per

        14     day, has differences in orifice size,

02:39   15     difference -- differences in wellhead flowing

        16     pressure, psi, flow paths, and it has other,

        17     you know, graphs and what have you attached

        18     to this?

        19              A.      Yes.

02:40   20              Q.      And it has estimates from 2,523

        21     stock tank barrels per day all the way up to

        22     65,171 barrels per day; is that correct?

        23              A.      That's correct.

        24              Q.      Did you ever get this Modeling

02:40   25     of system flow behaviour (reservoir to sea)

           1    from BP?

           2         MR. BROCK:  Object to form.

           3         A.    No.

           4         Q.    (BY MR. LI)  Would this type of

02:40      5    data have been helpful to you in doing your

           6    analysis?

           7         MR. BROCK:  Object to form, foundation.

           8         A.    It would have been relevant,

           9    again, in evaluating things like dynamic top

02:40     10    kills.

          11         Q.    (BY MR. LI)  If you could turn

          12    to Tab 14, which has previously been marked

          13    as Exhibit 9156.  This is -- it's an e-mail

          14    from Mike Mason to a number of folks, all BP,

02:41     15    and it's dated May 11th, 2010.

          16              And if I could direct you to

          17    page -- well, Slide 4, which is Bates --

          18    ending in Bates No. 41.

          19         A.    Uh-huh.

02:41     20         Q.    And do you see how this slide is

          21    labeled "Maximum Reservoir Exposed, High K"?

          22         A.    Uh-huh.

          23         Q.    And in the scenario box, it says

          24    88 feet reservoir exposed, 30 mD -- sorry,

02:41     25    300 mD and 3800 psi at wellhead?

          1          A.      Uh-huh.

          2          Q.      So this is an estimate based on

          3    a hypothetical that 88 feet of the reservoir

          4    is exposed with high permeability and the

02:42     5    measured back pressure at the wellhead, and

          6    then it varies the flow rate and the skin

          7    value?

          8          MR. CERNICH:  Object to form.

          9          Q.      (BY MR. LI)  Do you see how it

02:42    10    does that?

         11          A.      I have to think about this more,

         12    but it's certainly -- those assumptions are

         13    there and -- and then the skin -- quote, skin

         14    resistive, if you will, yeah.

02:42    15          MR. BROCK:  Sorry, could you speak up

         16    just a tad?  I'm sorry.

         17          A.      (Continuing) Okay.  I was just

         18    commenting -- this is an abbreviated

         19    document, and I wasn't -- I wasn't -- didn't

02:42    20    discuss this with BP people.  So, yes, it was

         21    a scenario based on a certain reservoir

         22    exposure, permeability, all those things.

         23    So, yes.

         24          Q.      (BY MR. LI)  And I'm going to

02:42    25    represent to you that these figures inside

1    the boxes are in thousands.

2         MR. BROCK:  Object to form.

3         A.    I can't comment on that.

4         Q.    (BY MR. LI)  Okay.  And that

02:42  5  they relate to estimated flow rates under all

6    these conditions.

7              Would this document and others

8    like it have been helpful to you in providing

9    advice to the decision makers about source

02:43 10  control decisions?

11        MR. BROCK:  Object to the form,

12   foundation.

13        MR. CERNICH:  Object to form.

14        A.    Again, if I'm looking at some of

02:43 15  these higher values in the 40, 50, 60, up to

16   96, but that's no -- yes, it would have been

17   a factor in the probability of dynamic kill.

18        Q.    (BY MR. LI)  Okay.  Did BP give

19   you this information?

02:43 20        MR. BROCK:  Form.

21        A.    No.

22        Q.    (BY MR. LI)  I'd ask you to turn

23   the page and look at the next chart.  I'm not

24   going to go through it in detail with you,

02:43 25  but this is another chart, it says "Partial

1    Reservoir Exposed, Low K."

2         A.    All right.

3         Q.    And it has a scenario of 44 feet

4    reservoir exposed, 170 mD, and the same

02:43  5    pressure at the wellhead, and then it

6    provides a number of flow rate estimates.

7         A.    Correct.

8         Q.    Would this have been help- --

9    these estimates have been helpful to you in

02:44 10    providing advice to the decision makers about

11    source control decisions?

12         MR. BROCK:  Object to form.

13         MR. CERNICH:  Object to form.

14         A.    Yes, but these are lower

02:44 15    numbers, but, yes.

16         Q.    (BY MR. LI)  And did BP provide

17    these estimates to you?

18         A.    No.

19         Q.    If I could ask you to turn to

02:44 20    Tab 45, which we're going to mark 11315.  So

21    this is an e-mail from James Markowsky to

22    you, dated May 25th, 2010.  Who is

23    Mr. Mar- -- Markowsky?

24         A.    He was the assistant secretary

02:45 25    for fossil energy in the Department of

```
 1              A.      Yes.

 2              Q.      Is that correct?

 3              A.      Yes.

 4              Q.      Were you provided with Ole

02:55  5   Rygg's estimate of blowout rates that ranged

 6   from 37,000 to 87,000 barrels per day?

 7              MR. BROCK:  Object to form.

 8              A.      No.

 9              Q.      (BY MR. LI)  Would that have

02:55 10   helped you in providing advice to the

11   decision makers about source control

12   strategies?

13              MR. BROCK:  Object to form.

14              A.      Yes.

02:55 15              MR. LI:  Okay.  If we could take a

16   break.

17              THE VIDEOGRAPHER:  Off the record,

18   2:56 p.m.

19              (Recess from 2:55 p.m. to 3:10 p.m.)

03:09 20              THE VIDEOGRAPHER:  Back on the record

21   at 3:10 p.m., beginning Tape 6.

22              Q.      (BY MR. LI)  I'm going to ask

23   you to look at Tab 39, a document that's now

24   been marked with Exhibit No. 11317.  You can

03:10 25   mark it.  This is an e-mail from
```

1      their estimates of flow in prior -- a week or

2      two prior to top kill, we would have gotten

3      into much more serious discussions about the

4      feasibility of --

03:12  5          Q.      (BY MR. LI)  And it's possible

6      you would have said that the top kill is not

7      a strategy that should be pursued?

8          MR. CERNICH:  Object to form.

9          MR. BROCK:  Object to form, foundation.

03:12 10         A.      It's possible, but I would just

11     go back to saying it would be a discussion

12     with BP about the probability of success or

13     you move on to something else.

14         Q.      (BY MR. LI)  Okay.

03:12 15         A.      That -- that discussion would

16     have occurred had we known their range of

17     estimates of flow.

18         Q.      And as you sit here today, you

19     can't say that for sure, with certainty, you

03:12 20    would have authorized BP to continue with the

21     top kill procedure?

22         MR. BROCK:  Object -- object to form.

23         MR. CERNICH:  Object to form.

24         A.      That is true in the sense that

03:12 25    it would have depended on all the

1       information, how the discussion went forward.

2              Q.      (BY MR. LI)  And you were not

3       provided with all the information that I've

4       shown you today, were you?

03:13  5              MR. BROCK:  Object to form.

6              A.      I will -- we were not provided

7       the -- the team or I were not provided with

8       that.

9              Q.      (BY MR. LI)  Okay.  Now, I'm

03:13  10      going to read the second paragraph.  Plan B:

11      abandon kill, cut off pipe, install a cap

12      stack that will capture all the pollution and

13      produce oil until well is sealed through

14      relief well-this will control the pollution

03:13  15      but will not kill the well.

16      "Schedule-proceed immediately upon decision

17      that top kill will not work, and complete two

18      days later."

19              At what point in the relief

03:13  20      efforts did you become aware of the

21      availability of a cap stack as a source

22      control option?

23              A.      I can't really say exactly when.

24      In -- in -- whether it was before or after

03:13  25      this.  But, certainly -- I can't really say,

1          MR. CERNICH:  Objection; form.

2          A.     (Continuing)  I don't recall a

3     detailed discussion of this at all, in fact.

4          Q.     (BY MR. BROCK)  All right.  Now,

05:13  5     did you understand that unlike momentum or

6     dynamic kill, that the technique of junk shot

7     was not dependent on the initial flow rate?

8          MR. CERNICH:  Object to form.

9          A.     I -- no.  All of -- all of these

05:13  10     things are dependent on flow rate.  The idea

11     of junk shot was it would -- if there were

12     large holes, if you will, or orifices where a

13     lot of the oil would be coming out, that the

14     junk shot would partially clog those

05:13  15     orifices, slow down at least temporarily the

16     amount of oil coming out that would help in

17     the dynamic kill.

18          Q.     (BY MR. BROCK)  Right.

19          A.     But it would certainly depend on

05:13  20     the flow, because --

21          Q.     Right.

22          A.     Right.

23          Q.     The material that you were

24     putting into the BOP would serve as bridging

05:14  25     material to assist in the -- in the

        1   killing -- in killing of the well, if it

        2   worked as planned?

        3        A.    Well, BP was putting that

        4   material in, and the idea was that it would

05:14   5   partially clog the big diameter orifices that

        6   would, again, temporarily at least slow the

        7   flow rate up, and that would give more chance

        8   of the mud doing what it was supposed to do.

        9        Q.    Do you have a judgment or a view

05:14  10   as to what flow rate the junk shot part of

       11   top kill would effectively shut-in?

       12        MR. CERNICH:  Object to form.

       13        A.    No, I don't.  When BP came to us

       14   later, they were arguing that they felt

05:14  15   confident it would work.  I believe the words

       16   Kent Wells used, that this is a slam dunk.

       17        Q.    (BY MR. BROCK)  Did you think it

       18   was a slam dunk?

       19        MR. CERNICH:  Object to form.

05:15  20        A.    In the early part of May there

       21   was a -- we were listening and trying to

       22   evaluate based on that, but certainly after

       23   the event and after the postmortem, that's

       24   where we began to be much more critical about

05:15  25   what BP planned to do, because I think there

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**