# Exhibit 66

Depo Ex. No. 11317 -

Steven Chu

Filed Under Seal