# Exhibit 67

Depo Ex. No. 10532 -

Charles Holt

Filed Under Seal