# Exhibit 68

# Depo Ex. No. 10506 - Charles Holt

# Filed Under Seal