# Exhibit 70

Depo Ex. No. 10507 -

Charles Holt

Filed Under Seal