# Exhibit 71

Depo Ex. No. 8537 -

Charles Holt

Filed Under Seal