# Exhibit 73

Depo Ex. No. 9132 -

Tim Lockett

Filed Under Seal