bp

Doug Suttles



Exploration & Production

May 26, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry,

Reference is made to two letters addressed to you dated May 23, 2010 and May 25, 2010, in which the prerequisites, overview of the operations, and significant risks for the Momentum Kill Operation (the "Top Kill Operation") were addressed. BP has completed the Validation of the Momentum Kill Design with the diagnostics data, and the undersigned agree to proceed with the execution of the Momentum Kill Pumping Operation outlined in the procedures approved by the Unified Command.

This decision was reviewed and agreed by the Houston ICP representatives of the Department of Interior, Minerals Management Service, the Department of Energy, the US Coast Guard, and BP.

The undersigned representatives of the Unified Command agree to commence the execution of the "Top Kill Operation" as set forth in the procedure approved by the Unified Command, except as may be amended or revised during the operation by the appropriate delegates in Houston.

Sincerely,

Douglas J. Suttles
BP Exploration & Production Inc.

Page 1 of 2

9353
Exhibit No. _____
Worldwide Court Reporters, Inc.

HCG037-000234

Minerals Management Service

_Lars Herbst_ (signature)

Lars Herbst
By:

United States Coast Guard

_Mary E Landry_ (signature)

By: Rear Admiral Mary Landry

Transocean Offshore Limited

_____

By: Larry McMahan

cc  Dr. Marsha McNutt, Dept of Interior
    Mr. Lars Herbst, MMS
    Secretary Chu, Dept of Energy
    Lt. Commander Rick Brannan, USCG

Page 2 of 2