01-40954
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
### VOLUME 1

OCTOBER 10, 2012

# COPY



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

         1    was not going to be a BOP on BOP attempt?

         2         MR. BARR:  Objection; form.

         3         MR. KRAUS:  Objection; form.

         4         MR. SINCLAIR:  Objection; form.

01:35    5         MR. DAVIS-DENNY:  Objection; form.

         6         MS. RICHARD:  Objection; form.

         7         A.    As I recall, the presentation

         8    that was eventually made by BP on -- on its

         9    analysis of -- of top kill was that that was

01:35   10    the most plausible situation, is that they

        11    were pumping down the backside, potentially

        12    pumping out a rupture disk or the shoe of the

        13    casing.  I do recall at that particular

        14    meeting that I did not necessarily concur

01:35   15    with that -- that assessment, but ultimately

        16    all other parties, science team, and others

        17    up the line had agreed with that assessment.

        18         Q.    (BY MR. FENDLER)  Had you and --

        19    and others in the government decided they

01:36   20    disagreed with that assessment, you would

        21    have kept the option of using the BOP from

        22    the DDII available, perhaps even try to

        23    utilize it, wouldn't you?

        24         MR. KRAUS:  Objection; form.

01:36   25         MR. BARR:  Objection.

1    can -- I can remember one case that I was

2    personally involved with where I didn't

3    believe that the information -- the analysis

4    of information was provided as timely as I

04:00   5    would like, but that was a rare case.

6            MR. FENDLER:  Okay.  I think that's all

7    I have, Mr. Herbst.  Thank you very much for

8    your patience.

9            MR. FLYNN:  Thank you.

04:00  10            THE VIDEOGRAPHER:  The time is

11    4:00 p.m., and we're off the record.

12            (Recess from 4:00 p.m. to 4:08 p.m.)

13            THE VIDEOGRAPHER:  The time is

14    4:08 p.m.  We're back on the record.

04:08  15                E X A M I N A T I O N

16    BY MR. KRAUS:

17            Q.    Mr. Herbst, I previously

18    introduced myself.  I'm Doug Kraus.  I'm here

19    on behalf of the State of Louisiana.  I'm

04:08  20    going to try not to take up too much time of

21    your -- of your time today, but I do have

22    some questions.  First, I need to follow up

23    on an answer you gave to counsel for BP.  You

24    mentioned that you were involved in an

04:09  25    instance of the source control efforts where

         1    BP was not as forthcoming with information as

         2    quickly as you would have like.  Can you tell

         3    me, No. 1, what that pertained to?

         4         A.    In particular that -- that one

04:09    5    incident -- and, really, that's the only

         6    incident I can -- I can recall -- was

         7    following top kill.  It made -- it made a

         8    request to participate in some other the

         9    discussion and ongoing analysis occurred

04:09   10    immediately following those attempts.  I

        11    thought it would -- it would have been better

        12    to be in the same room hearing the discussion

        13    as it occurred.  They -- they had had the

        14    data -- we had access to data realtime as it

04:09   15    was coming -- coming through, but as far as

        16    having the data to go back and -- and

        17    analyze, we didn't have that, and so I

        18    thought it would be better to participate

        19    with -- with them in that analysis or at

04:10   20    least hear their -- their viewpoints as they

        21    were deliberating on that, and we were not

        22    allowed to participate in that -- in that

        23    particular meeting.

        24         Q.    Okay.  And you said "they had

04:10   25    the data."  Are you referring to BP?

1      A.     BP and its contractors that were

2   involved with top kill.

3      Q.     When did you initially make that

4   request to be involved in those discussions?

04:10   5      A.     I can't recall the exact time,

6   but I do recall that top kill was -- was

7   finished up the last attempt which involved

8   the junk shots as well, it would have been

9   shortly after that completion of that that --

04:10   10   that both Admiral Cook and myself attempted

11   to talk to BP to see if we could sit in on

12   those discussions I recall that at the time

13   the answer was no.  I had pretty much gone

14   back to my office there in Houston in BP's

04:11   15   office and worked with staff members and

16   didn't get an invite beyond that point to

17   participate.

18      Q.     You said yourself and

19   Admiral Cook made that request; is that

04:11   20   correct?

21      A.     We attempted to sit in on a

22   meeting that BP was having, and at that time

23   we were -- we were not allowed to -- to enter

24   that meeting.  I don't know exactly what was

04:11   25   going on in that meeting at that time.  They

 1    may have been on a teleconference or

 2    whatever, but at that particular time they

 3    said no, we need -- we need to discuss the

 4    information and -- and that's really the last

04:11  5    I heard of it until we -- we sat down at a

 6    briefing regarding their -- their results and

 7    their analysis of the results.

 8          Q.    Who -- well, No. 1, where did

 9    the meeting take place?

04:11 10          MR. FLYNN:  Objection as to form.

11                Which meeting?  He's talking

12    about two.

13          Q.    (BY MR. KRAUS)  I'm sorry, the

14    meeting in which you asked to sit -- sit in

04:11 15    on and weren't allowed to.

16          A.    That was at BP's headquarters'

17    office in Houston.  It was a room set aside,

18    a conference room set aside from the main

19    room where the witnessing of the top kill

04:12 20    operation was taking place.

21          Q.    Do you recall -- tell me

22    everybody that you recall that was in that

23    meeting.

24          A.    I can't really recall all the

04:12 25    members.  I do recall Andy Inglis with BP, I

```
 1    believe James Dupree was also in that

 2    meeting.  Beyond that I -- I don't have a

 3    recollection.

 4         Q.    Do you have any specific

 5    recollection of anybody outside of BP being

 6    in that meeting?

 7         A.    I do not other than there may

 8    have been contractors.  I'm not -- not aware.

 9         Q.    But as you sit here today you're

10    not aware -- you have no recollection of

11    anybody outside of the three BP individuals

12    that you named being present at that meeting?

13         A.    I don't recall any government

14    participants being in -- in that meeting that

15    they were having at that time.

16         Q.    And to the best of your

17    recollection what specifically did they say

18    when you asked to participate?

19         A.    Basically, the -- that they

20    needed their own time to assess the

21    information.

22         Q.    Okay.  Do you have any idea how

23    long that meeting lasted?

24         A.    I -- I don't really know.  I

25    know that we were not called on to
```

1    participate until the eventual meeting which

2    I believe occurred later that -- that night

3    or the next day.  I'm not sure.

4         Q.    Okay.  And tell me about that

04:13  5    second meeting.

6         A.    That second meeting is where BP

7    presented to all parties.  I believe, the

8    science team folks were there, Coast Guard

9    was there, I was there.  All the members of

04:13 10    my team were there, I believe.  And it went

11    through a PowerPoint presentation on the

12    analysis of the top kill.

13         Q.    Okay.  If you turn to Tab 4 in

14    your binder, and I've already marked that as

04:14 15    Exhibit 9084.  Can you look at that and tell

16    me if that looks familiar to you and if that

17    is the PowerPoint that you're speaking of?

18         A.    That's correct.

19         Q.    So this PowerPoint is dated

04:14 20    May 29th, 2010; is that correct?

21         A.    Yes.

22         Q.    Okay.  So would that likely --

23    based upon the fact that this is dated

24    May 29, 2010, would that mean the meeting

04:14 25    that you requested to sit on -- sit in on and

                    As you sit here today do you
have any knowledge as to why you may have
underlined that word "may"?
          A.     If -- if that was my underline
04:16   of that word "may" it's just words like that
generally relate to uncertainty versus some
concrete fact.
          Q.     Do you know which uncertainty
you -- you found interesting?
04:16   A.     Well, that -- again, some of
this -- my analysis of what was being
presented was -- was not having all -- all
the facts in front of me for a length of time
to be able to determine how they came up with
04:16   any one of these assumptions of facts as
they're presented here.
          Q.     Okay.
          A.     So my -- I can't really testify
as to what questions I may have asked, if I
04:16   asked a follow-up question related to that or
not, but it would have been a point that I
wanted more information on what was the data
that supported that.
          Q.     Who else from the U.S.
04:17   government was present at this meeting on

1    May 29th, 2010, if you recall?

2         A.    All I can recall specifically

3    from our office was Brian Domangue there

4    was -- you know, he was working in Houston

04:17  5    most of the time.  I can't recall

6    specifically who was there from the -- from

7    the science team.  I believe also that

8    Admiral Cook was -- was in this meeting.  I

9    know, he was participating all the way up

04:17 10    through -- through this point.

11         Q.    Okay.  Mr. Domangue is with MMS;

12    is that correct?

13         A.    That's correct.

14         Q.    Can you turn to Page 10?  Do you

04:18 15    see the handwriting "all six, question mark"?

16         A.    Yes.

17         Q.    Is that your handwriting?

18         A.    Yes.

19         Q.    Okay.  And if you read the

04:18 20    bullet point next to it, it says, "Max flow

21    rate through 7/8s-inch rupture disc openings

22    ca. 60 bpm (six discs failed)."  Did I read

23    that correctly?

24         A.    Yes.

04:18 25         Q.    Is the all six question mark

01-40957
PW/comp

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    )     MDL NO.  2179
"DEEPWATER HORIZON" in the    )
GULF OF MEXICO, on    )    SECTION: J
APRIL 20, 2010    )
   )    JUDGE BARBIER
   )
   )    MAG. JUDGE SHUSHAN

# CONFIDENTIAL

# WorldwideVIEW ™
## Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
### VOLUME 2

OCTOBER 11, 2012

# COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1       that these were all approved plans that were

2       identical, correct?

3              A.      I don't specifically recall

4       how -- how it was portrayed, but --

11:49  5              Q.      Well, if you want to look

6       through these, it's 8962 through 8973, you

7       can confirm that none of these at least

8       indicate they've been approved, correct?

9              A.      As -- as the documents are

11:51  10      depicted, that's -- that's correct, these are

11      all repre- -- represented as submitted, not

12      approved documents.

13             Q.      Okay.  Now, very quickly in the

14      last little bit of time I have left with you,

11:51  15      I want to talk to you about the top kill.

16             A.      Okay.

17             Q.      Were you ever told prior to the

18      top kill that there was discussion within BP

19      that the top kill would not work if the flow

11:51  20      was more than 15,000 barrels per day?

21             A.      I do not recall that discussion.

22             Q.      Is that the type of information

23      that you believe you should receive when

24      you're making decisions of whether or not you

11:52  25      would recommend such a procedure?

```
       1           MR. DIAZ:  Object to form.

       2           A.     It would be very helpful in --

       3    in the discussion.  It wouldn't be the only

       4    item that I would look at.  We were looking

11:52  5    at the entirety of -- of that effort.

       6           Q.     (BY MR. BARR) But if I recall

       7    correctly, you're the person that signed off

       8    on the top kill procedure, correctly?

       9           A.     Yes.

11:52 10           Q.     And you were not told that that

      11    contingency existed, correct?

      12           A.     As far as I know, that's

      13    correct.

      14           Q.     Let's look at Tab 31 in your

11:52 15    notebook, and this has been previously marked

      16    as Exhibit 8537.  Do you see that, sir?

      17           A.     Yes, uh-huh.

      18           Q.     Okay.  This is an e-mail from

      19    Ole Rygg.  Do you know who that gentleman is?

11:53 20           A.     No, I do not.

      21           Q.     You didn't have any experience

      22    with him?

      23           A.     Not that I recall.

      24           Q.     Okay.  I'll represent to you he

11:53 25    was a person that was providing information
```

| | |
|---|---|
| 1 | A.     This one looks similar, but -- |
| 2 | MR. SINCLAIR:  May 29 we're looking |
| 3 | for?  9084. |
| 4 | MR. BARR:  See if you can find it real |
| 11:58   5 | quick, if you don't mind. |
| 6 | Q.     (BY MR. BARR)  Let's go ahead |
| 7 | and look at this one.  This is attached to an |
| 8 | e-mail from Trevor Hill, referencing that |
| 9 | this is a -- a PowerPoint intended for |
| 11:58  10 | Secretary Salazar, correct? |
| 11 | A.     That appears correct. |
| 12 | Q.     Okay.  And I think we may have |
| 13 | found it.  Here is the one you were actually |
| 14 | shown, May 29th, 2010, which is 9084.  The -- |
| 11:58  15 | the presentation you were given was |
| 16 | explaining why the top kill failed, correct? |
| 17 | A.     BP's interpretation of why -- |
| 18 | why it failed, yes. |
| 19 | Q.     Okay.  And the primary reason BP |
| 11:59  20 | gave for the failure of the top kill in it -- |
| 21 | in its belief was a failure of rupture disks, |
| 22 | correct? |
| 23 | MR. DIAZ:  Object to form. |
| 24 | A.     That is correct. |
| 11:59  25 | Q.     (BY MR. BARR)  Okay.  That was |

1      the only possibility that BP called likely,

2      right?

3            A.    I think they used the term

4      plaus- -- "plausible."  Their conclusions

12:00  5      were possible and plausible.

6            Q.    Okay.  In all of the other

7      potential that BP set out, it didn't believe

8      they were either possible or plausible --

9      possible or plausible, correct?

12:00  10           A.    In the scenarios that they

11     discussed, Scenarios 1 and 2, which were the

12     other scenarios, they described their

13     conclusion as possible, but not probable --

14     not plausible.

12:00  15           Q.    Okay.  And in those other

16     scenarios, the one that was not given to you

17     was that the well -- the flow rate may be too

18     high, correct?

19           MR. DIAZ:  Object to form.

12:00  20           A.    I do not see where they gave

21     that explanation.

22           Q.    (BY MR. BARR)  The first time

23     you were ever told that was during this

24     deposition, correct?

12:01  25           MR. DIAZ:  Object to the form.

449

```
 1        A.     As far as seeing physical
 2   documentation of it, that'd be correct.
 3        MR. BARR:  Mr. Herbst, I appreciate
 4   your time.  I don't have any other questions.
12:01 5        THE VIDEOGRAPHER:  Time is 12:01 p.m.,
 6   and we're off the record.
 7        (Recess from 12:01 p.m. to 1:04 p.m.)
 8        THE VIDEOGRAPHER:  Time is 1:04 p.m.,
 9   and we're back on the record.
01:04 10              E X A M I N A T I O N
11   BY MR. DAVIS-DENNY:
12        Q.     Good afternoon, Mr. Herbst.  As
13   I told you at the break, my name is Grant
14   Davis-Denny, and I represent Transocean.  A
01:05 15   question for you to start with --
16        THE VIDEOGRAPHER:  Excuse me.  We got a
17   audio.  Something's going on with your mike.
18        MS. SARGENT:  Can we stop the clock?
19        THE VIDEOGRAPHER:  Time is 1:05 p.m.,
01:05 20   and we're off the record.
21        (Recess from 1:05 p.m. to 1:06 p.m.)
22        THE VIDEOGRAPHER:  Time is 1:06 p.m.,
23   and we're back on the record.
24        Q.     (BY MR. DAVIS-DENNY)  Good
01:06 25   afternoon again.  You were asked some
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    the top kill itself; is that right?

2         A.    That's correct.

3         Q.    After the top kill failed, BP

4    employees had a meeting by themselves; is

01:45   5    that correct?

6         A.    Yes.

7         Q.    You and Admiral Cook were not

8    invited to that meeting; is that correct?

9         A.    We were not invited, that's

01:45  10    correct.

11         Q.    And you believe based on who was

12    in that meeting and its proximity to the top

13    kill having just finished that that meeting

14    was about the top kill's failure; is that

01:46  15    correct?

16         A.    I believe that to be true.

17         Q.    At some point you two decided

18    that it was important that you be part of

19    those discussions that BP was having about

01:46  20    the top kill; is that correct?

21         A.    That's correct.

22         Q.    Why was that important?  Why did

23    you feel that was important?

24         A.    Well, there were -- there was a

01:46  25    lot of data to be -- to be analyzed and

1    understood.  I personally thought it would be

2    helpful to understand the -- any analysis

3    that was going on with it, get other -- other

4    people's input and what their understanding

01:46  5    was and not try to just solely do that

6    independently, but to -- but to listen to any

7    and all parties that were available and what

8    their input was.

9         Q.    You made a comment yesterday

01:47 10    about having had access to certain top kill

11    data in realtime, but not having received the

12    data to analyze.  Do you remember that

13    comment?

14         A.    Yes, yes.

01:47 15         Q.    Now, what I took you to mean

16    there is that you saw the data flash across

17    the screen as the top kill was going on, but

18    you didn't have the top kill data in some

19    computer file that you could go sit down and

01:47 20    analyze; is that correct?

21         A.    Yes, that's correct.

22         Q.    Okay.  So after BP had met by

23    its -- you know, the BP employees had had

24    this private meeting without you and

01:47 25    Admiral Cook, the two of you knocked on the

1    door of this room; is that right?

2              A.     That's correct.

3              Q.     And you asked the people inside

4    if you could join the meeting; is that right?

01:47 5              A.     That's correct.

6              Q.     But BP did not allow you to

7    enter that meeting; is that right?

8              A.     That's correct.

9              Q.     BP told you to wait?

01:48 10              A.     I don't remember the -- the

11    exact language, but we -- we were not allowed

12    entry at that time.

13              Q.     Did BP give you a reason?

14              A.     The only thing from my

01:48 15    recollection is, is that they -- they wanted

16    time to -- to review the operations.

17              Q.     Did they explain to you why they

18    couldn't review the operations with you or

19    Admiral Cook in the room?

01:48 20              A.     I don't recall any explanation.

21              Q.     There weren't any members of the

22    government science team in that meeting; is

23    that correct?

24              A.     I cannot be certain, but I don't

01:48 25    believe there were.

```
 1          Q.     You also didn't see anyone in
 2     that meeting who you recognized to be a
 3     Transocean employee, did you?
 4          A.     I do not recall.
 5          Q.     I'd like to show you
 6     Exhibit 9084.  This was the State of
 7     Louisiana's Tab 4.  This is a May 29th, 2010,
 8     PowerPoint presentation that was entitled
 9     "Top Kill Analysis"; is that correct?
10          A.     That's correct.
11          Q.     The presentation has BP's logo
12     on it?
13          A.     That's correct.
14          Q.     And Exhibit 9084, we determined
15     yesterday, is the copy of the presentation
16     that was in your files; is that right?
17          A.     That's correct.
18          Q.     BP presented this PowerPoint to
19     you on or about May 29th of 2010; is that --
20          A.     That's correct.
21          Q.     And you understood it to be BP's
22     analysis of why the top kill had failed?
23          A.     That's correct.
24          Q.     Did you expect that BP would
25     share with you all of the facts relevant to
```

01:48  5
01:49 10
01:49 15
01:49 20
01:50 25

1      the top kill analysis when it gave you this

2      presentation?

3              A.     I'm not certain of -- of that,

4      no.  It's just -- it was whatever they were

01:50  5      going to present was what we were going to

6      get.

7              Q.     Would you expect that the

8      responsible party would share with you, MMS'

9      representative at the Unified Area Command,

01:50  10     all of the relevant information it had about

11     the top kill's failure?

12             MR. DIAZ:  Object to form.

13             A.     Yes, I would.

14             Q.     (BY MR. DAVIS-DENNY)  If you'll

01:50  15     turn to Slide 6.  BP describes a scenario

16     here where the hydrocarbons and mud flow went

17     up the drill pipe and bypassed through the

18     rams; is that correct?

19             A.     Yes.

01:50  20             Q.     When BP described this scenario,

21     did they mention that one of their

22     contractors had concluded prior to the top

23     kill that the dynamic kill could not succeed

24     if the flow rate was above 15,000 barrels of

01:51  25     oil per day?

         1          MR. DIAZ:  Object; form.

         2          A.     Are you referencing language in

         3     the --

         4          Q.     (BY MR. DAVIS-DENNY)  I am not

01:51    5     referencing language.

         6          A.     Okay.

         7          Q.     I'm asking if they told you a

         8     particular fact that is not on the

         9     PowerPoint, and that's why I'm asking you

01:51   10     that.

        11          A.     I do not recall that statement.

        12          Q.     When BP described this scenario,

        13     did BP mention that one of its own employees

        14     had concluded that the top kill was failing

01:51   15     because the flow rate was too high; in other

        16     words, because it was over 15,000 barrels of

        17     oil per day?

        18          MR. DIAZ:  Object to form.

        19          A.     I do not recall that.

01:51   20          Q.     (BY MR. DAVIS-DENNY)  BP said in

        21     the last bullet point on this slide about

        22     this first scenario that there was an

        23     inconsistency with Scenario 1, correct?

        24          A.     Yes.

01:51   25          Q.     And the inconsistency that BP

1    identified was that with massive flow past

2    the rams, you would expect significant

3    erosion; is that right?

4           A.    That's what it states, yes.

01:52  5           Q.    Did BP present any evidence that

6    there had not been significant erosion as a

7    result of the top kill?

8           A.    Not that I recall, no.

9           Q.    BP represented to you that this

01:52  10   first scenario was possible, but not

11   plausible; is that right?

12          A.    That was their conclusion, yes.

13          Q.    If you'll look at Slide 8.  This

14   is the second scenario that BP presented to

01:52  15   you on May 29th, 2010, as a possible scenario

16   to explain the top kill failure; is that

17   right?

18          A.    That's correct.

19          Q.    That scenario was that

01:52  20   hydrocarbon flow would be up the annulus and

21   casing and that dominant mud flow was in the

22   casing; is that right?

23          A.    That's correct.

24          Q.    And BP also labeled this second

01:52  25   scenario possible, but not plausible?

```
        1          A.      That's correct.
        2          Q.      Then if you turn to Slides 9 and
        3     10 for me, please.  Here BP identifies the
        4     third scenario, correct?
01:53   5          A.      That's correct.
        6          Q.      Does that third scenario claim
        7     that the dominant mud flow from the top kill
        8     was through failed rupture disks in the
        9     16-inch casing?
01:53  10          A.      That's correct.
       11          Q.      BP presented this failed rupture
       12     disk scenario to you as a plausible scenario
       13     for explaining the top kill's failure; is
       14     that correct?
01:53  15          A.      That's correct.
       16          Q.      In fact, BP presented this
       17     failed rupture disks scenario as the only
       18     plausible scenario for explaining the top
       19     kill's failure; is that right?
01:53  20          A.      From what I recall, that was the
       21     only one, yes.
       22          Q.      And so BP presented this failed
       23     rupture disk scenario as the most likely
       24     scenario for explaining the top kill's
01:53  25     failure; is that right?
```

495

           1        A.     I can only go by what -- what

           2     they stated was that it was plausible, the

           3     others were not.  I don't know if the "most

           4     likely" language was used.

01:54      5        Q.     They didn't present any other

           6     scenario that they la- -- labeled even

           7     plausible; is that correct?

           8        A.     That's correct.

           9        Q.     If you'll turn to Slide 12.  Did

01:54     10     BP inform the group that because the top kill

          11     had likely failed because of the rupture

          12     disks that shutting in the well through use

          13     of a BOP on BOP method would likely lead to

          14     broaching?

01:54     15        A.     Yes, that is one of the bullets

          16     here.

          17        Q.     And broaching in that context

          18     meant that oil could flow into the formation

          19     and possibly up through the seafloor; is that

01:54     20     correct?

          21        A.     That's correct.

          22        Q.     This conclusion that BP

          23     presented about the burst disks being

          24     responsible for the top kill's failure caused

01:54     25     decision makers to turn away from the BOP on

496

1    BOP option at the end of May; is that right?

2         A.    I believe that to be correct,

3    yes.

4         Q.    When BP presented this

01:55  5    conclusion to you about the burst disks being

6    responsible for the top kill's failure, had

7    you had an opportunity to analyze the top

8    kill data that might support or detract from

9    that conclusion?

01:55  10         A.    I didn't have the -- the

11    opportunity.  There were other decision

12    makers in- -- involved in the process at that

13    time.  I agreed with the decision, but for a

14    different reason.

01:55  15         Q.    You had not had the opportunity,

16    though, yourself, to analyze the top kill

17    data files at the point of this May 29th

18    presentation; is that right?

19         A.    That's correct.

01:55  20         Q.    Okay.  I'm going to show you a

21    different document now.  This is Tab 33.

22         MS. SARGENT:  It's been marked 9354.

23         Q.    (BY MR. DAVIS-DENNY)  Is the --

24    if you look at the first page of

01:56  25    Exhibit 9354, is this an e-mail that you

```
 1          A.      Yes.
 2          Q.      Did anyone from BP share with
 3    you the view that the top kill had failed
 4    because the flow rate was too high because it
 5    was over 15,000 or words to that effect?
 6          MR. DIAZ:  Object; form.
 7          A.      I do not recall that.
 8          Q.      (BY MR. DAVIS-DENNY)  Would it
 9    have been important to the government's
10    analysis of the top kill's failure and
11    whether to go forward with the BOP on BOP
12    option to have known that a BP employee had
13    concluded the top kill was failing because
14    the flow rate was over 15,000 barrels of oil
15    per day?
16          MR. DIAZ:  Object; form.
17          A.      I'm sorry, could you repeat that
18    question?
19          Q.      (BY MR. DAVIS-DENNY)  Sure.
20    Wouldn't it have been important to the
21    government's analysis of whether to go
22    forward with the BOP on BOP option to have
23    known that a BP employee had concluded that
24    the top kill was failing because the flow
25    rate was over 15,000 barrels of oil per day?
```

500

```
 1              MR. DIAZ:  Same objection.
 2         A.    Yes, that would be important.
 3         Q.    (BY MR. DAVIS-DENNY)  Okay.  I'd
 4    like to show you another document.  This is
 5    Exhibit 9265.
 6              MS. SARGENT:  Our Tab 105.
 7         Q.    (BY MR. DAVIS-DENNY)  It's --
 8    yes, it's our Tab 105.
 9              Do you know someone named Thomas
10    Selbekk in connection with the response?
11         A.    I do not recall that name.
12         Q.    Did you know Ole Rygg?
13         A.    No.
14         Q.    Okay.  I'll represent to you
15    that Mr. Selbekk and Mr. Rygg work for a BP
16    contractor named Add Energy.
17         A.    Okay.
18         Q.    Have you seen this e-mail
19    before?
20         A.    I do not recall seeing it, no.
21         Q.    You're not -- you're not copied
22    on this e-mail?  You're not a recipient of
23    this e-mail, correct?
24         A.    No.
25         Q.    Okay.  Do you see the subject
```

02:00 (lines 5, 10, 15, 20, 25)

1    and the annular space?

2        A.    That appears what he's referring

3    to, is that either one of those scenarios

4    are -- are possible.

02:16  5        Q.    Okay.  So if you had known that

6    the mud had not gone down into the well, that

7    would have been important to the analysis of

8    whether the mud had exited through the burst

9    disks; is that correct?

02:16  10        MR. DIAZ:  Object; form.

11        A.    I'm sorry, I'm going to have to

12    ask you to repeat one more time.

13        Q.    (BY MR. DAVIS-DENNY)  Sure.  If

14    you had known that the mud had not gone down

02:16  15    into the well, that would have been a

16    relevant fact in your analysis of whether the

17    mud had exited through the burst disks; is

18    that correct?

19        MR. DIAZ:  Same objection.

02:17  20        A.    Again, it's important to know

21    where -- where the mud is -- is going,

22    whether it's going down the backside or if

23    it's going down the main casing bore.

24        Q.    (BY MR. DAVIS-DENNY)  But if you

02:17  25    had known that the mud had not gone down into

the well at all, that would have been an

important fact to your analysis of whether

the mud had gone out the burst disks; is that

correct?

02:17    MR. DIAZ:  Object to form.

A.     Yes, I believe so.

Q.     (BY MR. DAVIS-DENNY)  And if you

had known that the mud had not exited through

the burst disks, that would have been

02:17    important to you because it would have

reduced the risk that might have been

associated with the capping stack; is that

correct?

MR. DIAZ:  Object to form.

02:17    A.     That's correct.

Q.     (BY MR. DAVIS-DENNY)  And it

might have reduced the risk that could have

been associated with the BOP on BOP option;

is that correct?

02:17    MR. DIAZ:  Object; form.

A.     It -- it could have reduced one

of the risks, yes.

Q.     (BY MR. DAVIS-DENNY)  Okay.  I

want to show you a new exhibit.  This is

02:18    Exhibit 7270 and it's Tab 129 and it's a

|     |                                                             |
| --- | ----------------------------------------------------------- |
| 1   | on the simulations, evidence, and evaluations               |
| 2   | performed" --                                               |
| 3   |     A.    I'm sorry, I must be on the |

1   on the simulations, evidence, and evaluations

2   performed" --

3        A.     I'm sorry, I must be on the

4   wrong.  Can you give me the Bates

02:19   5   number again?

6        Q.     Maybe I gave you the wrong

7   number.

8        A.     There are two Bates numbers on

9   here.

02:20   10        MS. SARGENT:  I believe it's the larger

11   set of Bates numbers.

12        Q.     (BY MR. DAVIS-DENNY)  You know

13   what --

14        A.     That's the smaller one.

02:20   15        Q.     Let me point you to Roman

16   numeral Page VII, if you see the very small

17   numbers up in the top right.  Not -- if you

18   wouldn't mind, could I see that version of

19   the exhibit you have?

02:20   20        A.     Yeah.  I don't see Romans.

21        Q.     I think there may have been a

22   mix-up on our side.

23        MS. SARGENT:  Roman numeral VII

24   BP-HZN-BLY00125340.  Sorry.  Back together.

02:21   25        Q.     (BY MR. DAVIS-DENNY)  Okay.  If

1    you'll look at the line at the top of the

2    page that's near your right hand there, it

3    reads, "Based on the simulations, evidence,

4    and evaluations performed it is believed that

02:21  5    the initial flow path was through a leaking

6    casing shoe and up inside the casing."  Did

7    BP inform you in late May or early June of

8    2010 that one of its contractors had

9    concluded that the flow path with -- was up

02:21 10    the inside of the casing?

11         MR. DIAZ:  Object; form.

12         A.    I'm not re- -- sure which casing

13    they're referring to in this sentence, but I

14    don't re- -- I don't recall that statement

02:21 15    being made.

16         Q.    (BY MR. DAVIS-DENNY)  Would

17    knowing that there was evidence that the flow

18    was up the inside of the casing have been

19    important to you in connection with your

02:21 20    analysis of the top kill's failure?

21         MR. DIAZ:  Object; form.

22         A.    I really don't understand the

23    context in which they're saying "up inside

24    the casing," I don't know which casing

02:22 25    they're referring to here.

       1          Q.     (BY MR. DAVIS-DENNY)  Assume for

       2   a moment it's the innermost casing rather

       3   than the flow being up the annular space.

       4   Would that have been an important fact for

02:22  5   you to know in connection with your analysis

       6   of the top kill's failure?

       7          MR. DIAZ:  Object to form.

       8          A.     Again, read -- reading this

       9   sentence, I'm uncertain at what they're --

02:22  10  what they're trying to -- what they're trying

       11  to state.

       12         Q.     (BY MR. DAVIS-DENNY)  If flow

       13  was upside -- up the in side of the interior

       14  casing, would you agree with me that the top

02:22  15  kill mud could not have exited through the --

       16  the first disk in the 16-inch external

       17  casing?

       18         MR. DIAZ:  Object; form.

       19         A.     Okay.  I believe I see what

02:23  20  they're saying.  So they're talking about the

       21  flow path of the -- of the -- of the

       22  blowout --

       23         Q.     (BY MR. DAVIS-DENNY)  I'm

       24  sorry --

02:23  25         A.     -- not the pumping.

        1          Q.     I'm sorry, I should have

        2     explained that.  Yes, they're talking about

        3     the flow path of the hydrocarbons up the well

        4     being inside the casing.

02:23   5          A.     And, I'm sorry, I'm going to ask

        6     you for more time to question now.

        7          Q.     Yeah, so let me -- with that

        8     context in mind let me ask you the question I

        9     was trying to get at initially.  Would

02:23  10     understanding that fact have been important

       11     to your -- to you in your analysis of why the

       12     top kill had failed?

       13          MR. DIAZ:  Object to form.

       14          A.     Fully understanding and knowing

02:23  15     for certain the flow path would be important,

       16     and if it was confirmed that that was the

       17     only flow path, it would be important.

       18          Q.     (BY MR. DAVIS-DENNY)  And the

       19     reason why it would be important to -- to

02:24  20     understand that the flow path was up the

       21     inside of the casing was that that would mean

       22     that the mud from the top kill could not have

       23     gone out the burst disks; is that right?

       24          A.     If -- if it was stated that that

02:24  25     was the only flow path, in other words, there

         1    wasn't a combined flow path, then, yes, that

         2    would be correct.

         3         Q.    Okay.  Sir, I'm going to ask you

         4    about a different topic now.  I'd like to

02:24    5    show you Exhibit 8980, which was Tab 45 in

         6    BP's binder.  This is that "Summary points

         7    from the Kill the Well on Paper Discussion"

         8    that you've been asked about.  Do you recall

         9    this?

02:25   10         A.    Yes.

        11         Q.    I just wanted to clarify a

        12    couple of things.  You -- you testified that

        13    you had never seen the "Summary points from

        14    the Kill the Well on Paper Discussion"

02:25   15    before; is that correct?

        16         A.    I do not recall seeing this

        17    exact summary.

        18         Q.    Okay.  And there is no one

        19    listed on the meeting attendees on the kill

02:25   20    the well on paper discussion who was from the

        21    MMS; is that correct?

        22         A.    I do not see any names that they

        23    have listed here as MMS employees.

        24         Q.    And you were pointed to the --

02:25   25    the third bullet point a couple of times.  Do

```
 1    came from an estimate from NOAA?
 2         A.     I believe it was actually a
 3    number from BP.
 4         Q.     A number from BP, okay.  And so
03:10  5    in this letter, BP is again representing to
 6    you that 5,000 barrels a day is the most
 7    likely model; is that correct?
 8         MR. DIAZ:  Object to form.
 9         A.     That's correct.
03:11 10         Q.     (BY MS. SARGENT)  And this is a
11    reservoir model, that's what it says at the
12    top, a reservoir model that BP has run using
13    its proprietary information about the well;
14    is that right?
03:11 15         MR. DIAZ:  Object; form.
16         A.     Yes, that appears to be correct.
17         Q.     (BY MS. SARGENT)  Now, did UAC
18    otherwise have access to BP's proprietary
19    well information?
03:11 20         MR. DIAZ:  Object; form.
21         A.     I can't say, per se, at what
22    point we would have -- obviously, I think we
23    did have inputs.  When the flow rate team
24    started working, I'm sure they gathered well
03:12 25    specific information.
```

         1          Q.      (BY MS. SARGENT)   And the -- the
         2   flow rate team was stood up on approximately
         3   May 18th; is that correct?
         4          A.      I believe that's about the
03:12    5   approximate date, yes.
         6          Q.      So before that period of time,
         7   you are not aware that UAC would have access
         8   to BP's proprietary well information?
         9          A.      Certain well information we --
03:12   10   we would have.  If you're asking about this
        11   specific information that was used in their
        12   reservoir model, I would say that no, we did
        13   not have that level of detail.
        14          Q.      I'd like to turn quickly to our
03:12   15   Tab 114.  It's been previously marked as
        16   Exhibit 9226.  And this is an e-mail between
        17   a person named Ole Rygg -- we've seen his
        18   name before -- to Kurt Mix at BP and dated
        19   May 9, 2010.  And I'll just ask you to flip
03:13   20   to the next page.  And do you see the range
        21   of oil rates represented there?
        22          A.      Yes, I do.
        23          Q.      And they range from
        24   approximately 37,000 barrels per day to
03:13   25   87,000 barrels per day; do you see that?

549

1      A.      Yes.

2      Q.      And this is the day before BP

3   had sent its May 10th letter to you stating

4   that the most likely case was 5,000 barrels

03:13    5   per day; is that right?

6      MR. FLYNN:  Objection as to form.

7      A.      It appears to be correct, yes.

8      Q.      (BY MS. SARGENT)  And some of

9   these cases say "current restrictions

03:13   10   measured" and give a back pressure of

11   3800 psi; do you see that?

12      A.      Yes.

13      Q.      Were you -- are you aware that

14   there was a pressure measurement of 3800 psi

03:14   15   below the BOP test ram?

16      A.      I'm not sure when I became aware

17   of that, but at -- at some point, yes, we

18   were aware of that.

19      Q.      And as we discussed earlier,

03:14   20   that back-pressure reading can give you an

21   idea of the restrictions in the BOP, that's

22   what it says here when it says "current

23   restrictions"?

24      A.      Yes.

03:14   25      Q.      Now, these aren't worst-case

1   scenario numbers, then, correct, because they

2   purport to model current restrictions?

3        MR. FLYNN:  Objection as to form.

4        A.    It -- it appears that all of

03:14  5   them have some restrictions, with potentially

6   the -- the second to last one, it says

7   unrestricted to -- to seabed, but it looks

8   like it -- it's taken into account some

9   back-pressure.  I don't know if that's the

03:15 10   water column or something in the stack.

11        Q.    (BY MS. SARGENT)  So all of

12   these cases take into account some

13   restrictions, and so they're, therefore, not

14   worst-case scenario flow -- discharge rates;

03:15 15   is that right?

16        MR. FLYNN:  Object as to form.

17        MR. DIAZ:  Objection; form.

18        A.    Actual worst -- worst-case

19   scenario would have it flowing to surface

03:15 20   and -- and not just the mud line.

21        Q.    (BY MS. SARGENT)  Now, did BP

22   ever represent to you the data or the ranges

23   contained in this chart, up to 87,000 barrels

24   per day?

03:15 25        A.    I do not recall seeing that.

```
          1        Q.    Let's look briefly at Tab 93,

          2   8865.  This is an internal BP e-mail thread

          3   between Ole Rygg and Add Energy, and it's

          4   dated May 16 and May 17.  There's a number of

03:16     5   e-mails.

          6              And if you flip to the second

          7   page, there is an e-mail from Ole Rygg to

          8   Trevor Hill on May 16, and it's cop- --

          9   carbon copied to Kurt Mix and Thomas Selbekk.

03:16    10   And I'll just represent for you that Dr. Rygg

         11   is a BP contractor, as we said before, and

         12   he -- he's involved here in modeling for the

         13   top kill effort.

         14        A.    Okay.

03:16    15        Q.    And about halfway down the page,

         16   he says, "Be aware that we are working on the

         17   5,000 barrel per day case.  That could be too

         18   optimistic."

         19              Do you see that line?

03:16    20        A.    Yes.

         21        Q.    Did BP ever tell you that its

         22   contractor had warned it that a 5,000 barrel

         23   per day flow rate could be too optimistic?

         24        MR. DIAZ:  Object to form.

03:17    25        A.    Not that I recall.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

                    Q.     (BY MS. SARGENT)  And if you go

 1

 2     to the front of the document, there is an

 3     e-mail from -- just from Tim Lockett to

 4     Trevor Hill, and at the -- at the paragraph

03:17   5     labeled 1 it says, "The apparent reliance on

 6     Ole's e-mail on the 5 mbd number, which has

 7     little if no origin, is concerning.  From all

 8     the different ways we have looked at

 9     flowrate, 5 mbd would appear to err on the

03:17  10     low side."

11              Do you see that?

12         A.     Yes.

13         Q.     Did BP ever communicate to you

14     that 5,000 barrel a day number had little if

03:17  15     no origin?

16         A.     No, I don't recall that.

17         Q.     Did BP ever tell you that 5,000

18     barrels day -- the 5,000 barrel per day flow

19     rate erred on the low side?

03:18  20         MR. DIAZ:  Object to form.

21         A.     I don't recall him saying that.

22         Q.     (BY MS. SARGENT)  And, in fact,

23     in the May 10th letter that we had just

24     looked at, the official letter, it

03:18  25     represented 5,000 barrels a day to you as the