# Exhibit 77

Depo Ex. No. 9164 -

Thad Allen

Filed Under Seal