# Exhibit 78

# Depo Ex. No. 9084 - Charles Holt

# Filed Under Seal