# Exhibit 79

# Depo Ex. No. 9163 -

# Thomas Hunter

# Filed Under Seal