# Exhibit 81

Depo Ex. No. 11231 -

James Wellings

Filed Under Seal