# Exhibit 82

Depo Ex. No. 11232 -

James Wellings

Filed Under Seal