01-41907
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## James Wellings

**VOLUME 1**

JANUARY 16, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1          MR. BENTSEN:  Objection, form.
2          A.     I don't remember somebody
3     specifically coming to me and -- and stating
4     that.  I seem to remember that the reshuffle
5     there was -- I went to the Q4000 was I was
6     told in a planning meeting.  In a planning
7     meeting.
8          Q.     Turn in your notebook to tab 93.
9          A.     Okay.
10         Q.     And we will mark this as
11    exhibit 11231.
12         (Exhibit Number 11231 marked.)
13         Q.     You see that this an e-mail from
14    David Clarkson?
15         A.     Uh-huh.
16         Q.     Do you know Mr. Clarkson?
17         A.     Yes.
18         Q.     Did he work on the capping
19    effort?
20         A.     No.  He was with -- he was
21    Richard Lynch's deputy, doing the overall
22    coordination and organization of all the
23    different options.
24         Q.     So he had like an oversight role
25    over all of the response efforts?

```
 1        A.    Correct.
 2        Q.    Okay.  And he writes this e-mail
 3   on May 30th, correct?
 4        A.    Correct.
 5        Q.    And you're on this e-mail,
 6   right?
 7        A.    Yes, I am.
 8        Q.    Okay.  And what he writes is,
 9   please note that as we have made the decision
10   not to go BOP on BOP, we will remove that
11   from the next issue of the schedule.
12              Did I read that correctly?
13        A.    Yes.
14        Q.    Does that refresh your memory of
15   being told that you were no longer going to
16   work the BOP-on-BOP option?
17        A.    I guess -- I guess that does.
18        Q.    Did anybody --
19        A.    It was never told to me.  It was
20   sent in an e-mail, I guess.
21        Q.    Okay.
22        A.    This is part of the planning
23   meeting that I would have attended where I
24   found that out.  Yeah.  And he thanked me for
25   my support.
```

1      Q.    Turn to tab 91.  And we're going
2   to mark this as exhibit 11232.
3           (Exhibit Number 11232 marked.)
4      Q.    Is this an e-mail you wrote,
5   sir?
6      A.    Yes, it is.
7      Q.    And this is an e-mail you wrote
8   in your -- within your scope of
9   responsibilities?
10     A.    Yes.
11     Q.    Okay.  And you wrote on May 30th
12  of 2010 to a group of people.
13          Who are these people you've
14  written this to?
15     A.    Let's see.  Some of them were
16  working on the BOP-on-BOP option on my team.
17  Some of them were working on capping option,
18  capping stack option.  And some of them are
19  just being sent for general information.
20  Excuse me.
21     Q.    Did -- was this group primarily
22  your well capping team?
23     A.    Yes.
24     Q.    Okay.
25     A.    Well, that and the DD-II team.

```
1          Q.    Okay.
2          A.    Excuse me.
3          Q.    And you say, subject line,
4    thanks for the good work, BOP on BOP and
5    capping stack team, right?
6          A.    Correct.
7          Q.    And you write, BP has decided to
8    go another route and will not be doing the
9    BOP on BOP for a while.  Eventually, I think
10   a BOP will have to be put on the HORIZON
11   lower BOP to clean out the well after kill
12   operations.  All the good work you guys did
13   will not go for naught.  I'm moving on to the
14   Q4000 team to set up for short-term flaring
15   operations, so we will be disbanding the
16   BOP-on-BOP team for now.
17              Did I read that correctly?
18         A.    Yes.
19         Q.    So you're no longer working the
20   BOP option -- BOP-on-BOP option and you have
21   disbanded the team, correct?
22         A.    Apparently, yes.
23         Q.    Well, that's what you wrote,
24   right?
25         A.    Uh-huh.
```

| | |
|---|---|
| 1 | Q. Who told you to disband the |
| 2 | team? |
| 3 | A. I don't recall. It probably |
| 4 | would have been Dave Clarkson or Richard |
| 5 | Lynch. |
| 6 | Q. Do you agree now that you were |
| 7 | instructed to move on from the BOP-on-BOP |
| 8 | option, to no longer work it? |
| 9 | A. I believe I said it was worked |
| 10 | to fruition, if you will. And they didn't |
| 11 | really see anything else left to do. It was |
| 12 | there ready to go on another rig, if |
| 13 | available. There wasn't any more work to be |
| 14 | done. |
| 15 | Q. Okay. Go to tab 90, and we'll |
| 16 | mark this as exhibit 11233. |
| 17 | (Exhibit Number 11233 marked.) |
| 18 | Q. And you see that this an e-mail |
| 19 | from you to John Schwebel? |
| 20 | A. Schwebel, yep. |
| 21 | Q. And this is an e-mail you wrote? |
| 22 | A. Correct. |
| 23 | Q. On May 30th of 2010, right? |
| 24 | A. Yes. |
| 25 | Q. Within the scope of your |