# Exhibit 84

Depo Ex. No. 9434 -

Richard Brannon

Filed Under Seal