From: Landry, Mary RADM
Sent: Saturday, May 29, 2010 5:21:37 PM
To: Kayyem, Juliette
Subject: FW: BP Briefing On Way Forward//Secretaries Brief



-----Original Message-----
From: Allen, Thad ADM
Sent: Saturday, May 29, 2010 4:50 PM
To: Cook, Kevin RDML
Cc: Landry, Mary RADM; Watson, James RADM; Neffenger, Peter RDML
Subject: RE: BP Briefing On Way Forward//Secretaries Brief

Roger. I just sent to Mary. This is ok. We have control.
TA

Sent with Good (www.good.com)


-----Original Message-----
From:       Cook, Kevin RDML
Sent:       Saturday, May 29, 2010 04:48 PM Eastern Standard Time
To:         Allen, Thad ADM
Cc:         Landry, Mary RADM; Watson, James RADM; Neffenger, Peter RDML
Subject:    RE: BP Briefing On Way Forward//Secretaries Brief

ADM A, FYI. Secretaries concurred. They directed BP to submit timeline to you. I know original intent was BP to FOSC, copy to you. Andy just showed me what they sent to you. It is similar to what I had sent over to Mary (I'll forward that next).

We took the timeline literally from the Gantt chart provided by BP engineers (72-82 hrs). Andy has generalized the timeline and brought out to 96 hours (Wed completion). I think he is being reasonable to throw a fudge factor in.

V/R, Kevin

Sent with Good (www.good.com)


-----Original Message-----
From:       Cook, Kevin RDML
Sent:       Saturday, May 29, 2010 03:50 PM Eastern Standard Time
To:         Allen, Thad ADM
Cc:         Landry, Mary RADM; Watson, James RADM; Neffenger, Peter RDML
Subject:    BP Briefing On Way Forward

ADM A, Sir, this is intentionally limited distribution. I don't want to get ahead of messaging on this critical issue.

Meeting completed. I will quickly write this email to get back in another meeting when BP briefs Secretaries Salazar and Chu.

Tony Hayward said he will await your call. That will be the official BP brief to the NIC.

Doug Suttles will be tasked to do the official brief to the UC, after obtaining the agreement of the 2 secretaries with the way ahead.

The way ahead....
1. Terminate top kill. Analysis shows that a flow path exists (probably thru a rupture disk in the casing) into the formation. Additional pumping could damage the casing further and allow for hydrocarbon to flow into the fomation... A senario which could lead to broaching.

2. Shift to containment. LRMP cap still deemed best interim solution.

3. BOP on BOP not advisable, now or in the future, because of rupture disk issue (as in #1). Potential high pressure created by BOP on BOP could also lead to hydrocarbon flow

into formation... Again a potential broaching senario.

4. BP working on sustainable containment during hurricane. LMRP cap riser would have to be disconneted from the processing ship during a hurricane. (This is not ready yet and recommend that it not be part of approval to terminate the top kill option.)

It was unanamous opinion of USGS, MMS, CG, BP, DOE (on phone), and BP management, engineers & consutants that top kill be terminated.

V/R, -Kevin

Sent with Good (www.good.com)

CONFIDENTIAL

HCG311-001299