# Exhibit 87

Depo Ex. No. 10686 -

Richard Brannon

Filed Under Seal