# Exhibit 90

# Depo Ex. No. 9160 -

# Charles Holt

# Filed Under Seal