# Exhibit 91

Depo Ex. No. 10623 -

David Barnett

Filed Under Seal