# Exhibit 92

Depo Ex. No. 10622 -

Trevor Hill

Filed Under Seal