# Exhibit 93

Depo Ex. No. 9265 -

Thomas Hunter

Filed Under Seal