UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to 11-1051 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S EX PARTE MOTION TO FILE UNDER SEAL ITS UNREDACTED "FIRST AMENDED ANSWER OF TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., AND TRANSOCEAN HOLDINGS LLC TO BP PARTIES' CROSS-CLAIMS" AND RELATED ATTACHMENTS**

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], Transocean Offshore Deepwater Drilling, Inc. ("TODDI"), Transocean Deepwater Inc. ("TDI"), Transocean Holdings LLC ("TH") and Triton Asset Leasing GmbH ("Triton") (collectively "Transocean" or "Transocean Defendants") respectfully requests leave to file under seal its unredacted "Transocean's Supplemental Answer and Affirmative Defenses" and related attachments. Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), a Producing Party may designate all or any part of a document produced Confidential. Documents designated Confidential must be filed under seal as an appendix to the filing that refers to the Confidential Information. PTO No. 13 ¶ 8.B.

The parts redacted from the publicly filed First Amended Answer of Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and Transocean Holdings LLC to BP Parties' Cross-Claims pertain to documents designated Confidential by parties in this litigation and Exhibits 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,

30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 49, 51, 52, 53, 56, 57, 59, 61, 62, 64, 66, 67, 68, 70, 71, 73, 77, 78, 79, 81, 82, 84, 87, 90, 91, 92, and 93 are designated Confidential.

DATED:  March 1, 2013                        Respectfully submitted,

By: /s/ Brad D. Brian                         By: /s/ Steven L. Roberts
Brad D. Brian                                 Steven L. Roberts
Michael R. Doyen                              Rachel Giesber Clingman
Daniel B. Levin                               Sean Jordan
Susan E. Nash                                 SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                     1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor              Houston, Texas 77002
Los Angeles, CA 90071                         Tel:  (713) 470-6100
Tel: (213) 683-9100                           Fax:  (713) 354-1301
Fax: (213) 683-5180                           Email: steven.roberts@sutherland.com
Email: brad.brian@mto.com                            rachel.clingman@sutherland.com
       michael.doyen@mto.com                         sean.jordan@sutherland.com
       daniel.levin@mto.com
       susan.nash@mto.com                     By: /s/ Kerry J. Miller
                                              Kerry J. Miller
                                              FRILOT, LLC
                                              110 Poydras St., Suite 3700
                                              New Orleans, LA 70163
                                              Tel:  (504) 599-8194
By:  /s/  Edwin G. Preis                      Fax:  (504) 599-8154
Edwin G. Preis, Jr.                           Email: kmiller@frilot.com
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501                           By:  /s/  John M. Elsley
(337) 237-6062                                John M. Elsley
                                              ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
     and                                      711 Louisiana Street, Suite 500
                                              Houston, TX 77002
601 Poydras Street, Suite 1700                (713) 224-8380
New Orleans, LA 70130
(504) 581-6062

*Counsel for Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., Transocean Holdings LLC,  and Triton Asset Leasing GmbH*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of March 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                              /s/ Kerry J. Miller_____
                                               Kerry J. Miller