UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to 11-1051 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

CONSIDERING THE *EX PARTE* MOTION of Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and Transocean Holdings LLC (collectively "Transocean") to File Under Seal its Unredacted "First Amended Answer of Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and Transocean Holdings LLC to BP Parties' Cross-Claims" and Related Attachments,

IT IS HEREBY ORDERED that the motion be and hereby is Granted, the parts redacted from Transocean's publicly filed First Amended Answer of Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and Transocean Holdings LLC to BP Parties' Cross-Claims and Exhibits 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 49, 51, 52, 53, 56, 57, 59, 61, 62, 64, 66, 67, 68, 70, 71, 73, 77, 78, 79, 81, 82, 84, 87, 90, 91, 92, and 93 shall be filed under seal.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
JUDGE