9628
Exhibit No. _____
Worldwide Court Reporters, Inc.

1000 bbls         2500 bbls         5000 bbls
|—————————————————|—————————————————|



MEV
Oct 23, 2012