From: Bozeman, Walt
Sent: Wed Apr 21 14:15:28 2010
To: Rainey, David I; Ritchie, Bryan; Rooney, Terry C; Vinson, Graham (Pinky); Thorseth, Jay C
Cc: Epps, David S; Kercho, Debbie A; Gansert, Tanner; Skripnikova, Galina
Subject: RE: WCD - Updated
Importance: Normal
Attachments: WCD plots.ppt

Dave,
We have updated the earlier WCD calculation with new subsurface parameters from the Macondo team and modeled a flow rate at the sea floor (assuming riser falls) in Prosper with the latest wellbore configuration. All the REs in GoMX participated in this evaluation along with numerous members of the Macondo team.
We calculate 100,000 BOPD and 300 MMCFPD based on these parameters. This is shown in the attached PowerPoint.
We have identified several items, however that could impact this rate to keep in consideration.
Items to lessen flow - formation skin, formation collapse, partial restrictions in the wellbore or at the wellhead,
Items to increase flow - riser doesn't fall to seabed, catastrophic failure of wellhead allowing flow-up 9 7/8 X 16", contributions from up-hole zones,
Please let us know if we need to provide further explanation or analysis.
Regards,
Walt and the GoMX REs
<<...>>

---

From: Bozeman, Walt
Sent: Wednesday, April 21, 2010 6:43 AM
To: Rainey, David I; Ritchie, Bryan; Rooney, Terry C
Subject: WCD

Dave,
We made a preliminary estimate of a new WCD for the wellbore. A rate of 162 mbopd was calculated for the EP. Our new rate (preliminary) is 189 mbopd with the better than expected fluid properties out weighing the post liner setting casing design (this is a smaller well bore configuration than used for the EP calculation).
The calculation is greatly influenced by the permeability and we are still using our pre-drill estimate in the above calculation. Bryan has Galina et.al. tasked with re-assessing this and a couple other key subsurface parameters. On the calculation side, Tanner is coming in to provide a more sophisticated analysis of the calculation with Prosper software (versus a spreadsheet calculator that I used).
We expect to report back in a couple hours with an updated assessment.
Regards,
Walt
PS - I am heading home for a shower, my cell number is 281-870-2065



3372
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL02314243



CONFIDENTIAL

1

BP-HZN-2179MDL02314244



CONFIDENTIAL

2

BP-HZN-2179MDL02314245