01-41872
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Trevor J. Hill
Volume 2

JANUARY 15, 2013

## *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    Towards mid-May.

2        Q.  So towards mid -- mid-May, you no longer

3    felt that 5,000 barrels per day was the best

4    estimate of the flow rate?

5        A.  As of that date.

6        Q.  As of that date, yes?

7        A.  Mid-May, yeah.

8        Q.  As of mid-May, what did you feel was the

9    best estimate of the flow rate?

10       A.  That again, in the context of my

11   definitions, I had done a -- a very brief eyeball

12   look at a movement of the fluid, and that had come

13   to an estimate, at that time, of -- of 20 to 25 in

14   the context of a rapid piece of work with no

15   further elaboration of it.

16       Q.  When did you perform the estimate that

17   generated -- let me strike that.

18               When did you perform the analysis

19   that generated an estimate of 20- to 25,000

20   barrels per day?

21       A.  To the best of my recollection, mid-May.

22       Q.  And when you say "20- to 25,000 barrels

23   per day," are you talking about stock tank

24   barrels?

25       A.  Yes.

1      Q.  You came up with this 20,000 to 25,000

2  barrel-per-day estimate in mid-May based on your

3  observations of video from the flowing well; is

4  that correct?

5      A.  One observation of the video.

6      Q.  And your estimate assumed a 10 percent

7  reduction in the diameter of the drill pipe

8  through which the oil was flowing; is that

9  correct?

10     A.  At that stage, it did not.

11     Q.  Did your estimate take into account the

12  best information you had available on the gas/oil

13  ratio?

14     A.  Yes, it did.

15     Q.  Describe for me how you went about

16  calculating in mid-May this estimate of 20,000 to

17  25,000 barrels per day, please.

18     A.  As we said, I looked at a clip of video

19  looking for a feature in the flow that you can see

20  moving out of the end of the riser pipe.  In order

21  to approximate the distance it traveled, I took

22  reference of the view of the end of the pipe --

23  and therefore, its diameter -- to get a distance

24  measurement -- estimate.  And by simple counting,

25  believed it was about a second that it took to --

1    for that feature to make it transition of about a

2    diameter.

3         Q.  A diameter?

4         A.  Yeah.  So the diameter of the pipe was

5    about 20 inches and it's just...

6         Q.  Okay.  Did you inform anyone from the U.S.

7    government of your 20,000 to 25,000 barrel-per-day

8    estimate?

9         A.  I don't recall.

10         Q.  By the point in time when you had

11    developed your 20- to 25,000 barrel-per-day

12    estimate, had you been in contact with scientists

13    from the national labs?

14         A.  I believe so, yes.

15         Q.  And you have no memory of sharing your 20-

16    to 25,000 barrel-per-day estimate with the

17    scientists from the national labs; is that

18    correct?

19         A.  That's correct.

20         Q.  You have no memory of sharing your 20- to

21    25,000 barrel-per-day estimate with any member of

22    the flow rate technical group; is that correct?

23              MS. AVERGUN:  Object to form.

24         A.  I don't recall doing so, no.

25         Q.  (BY MR. DAVIS-DENNY)  In any of the

```
 1    critiques that you wrote up of Professor Wereley's

 2    analysis, did you disclose your 20,000 to 25,000

 3    barrel-per-day estimate?

 4         A.  In the document, no.

 5         Q.  Did you disclose it in some other form,

 6    other than in a document?

 7         A.  I had spoken with Mr. Tooms about it.

 8         Q.  When did you share your 20,000 to 25,000

 9    barrel-per-day estimate with Mr. Tooms?

10         A.  I don't recall specifically.

11         Q.  Was it shortly after you had formulated

12    the estimate?

13               MS. AVERGUN:  Objection to form.

14         A.  Yeah, I can't recall specifically.  But...

15         Q.  (BY MR. DAVIS-DENNY)  Was it less than a

16    week after you had formulated the 20,000 to 25,000

17    barrel-per-day estimate that you shared that

18    estimate with Mr. Tooms?

19         A.  I don't have a specific recollection.

20         Q.  Do you believe that you shared it with

21    Mr. Tooms before the Top Kill was implemented?

22               MS. KARIS:  Object to form.

23         A.  Yes, I do.

24         Q.  (BY MR. DAVIS-DENNY)  Did you share it

25    with Mr. Tooms orally?
```

1      A.  Yes.

2      Q.  Did you share it with Mr. Tooms in a

3  face-to-face meeting?

4      A.  To the extent, yeah, face to face; not a

5  formal meeting, but yes, not a call.

6      Q.  How did Mr. Tooms respond when you told

7  him that you had formulated a 20,000 to 25,000

8  barrel-per-day estimate?

9      A.  I don't recall.

10      Q.  Did you tell Mr. Tooms in this meeting

11  that 20,000 to 25,000 barrels per day was your

12  best estimate at that time of the flow rate?

13              MS. KARIS:  Object to the form.

14      A.  I -- I don't believe I would have called

15  it a "best estimate."

16      Q.  (BY MR. DAVIS-DENNY)  But it was your best

17  estimate of the flow rate at the time; is that

18  correct?

19      A.  It was a -- it was a piece of data, one --

20  one -- say one time of flight.  I don't believe I

21  would have called it a "best estimate."

22      Q.  At that point in time in mid-May, what was

23  your best estimate of the flow rate?

24      A.  I had made that measurement, and from that

25  measurement, come up with 20 to 25.

```
 1        Q.  And so was 20- to 25,000 your best
 2   estimate of the flow rate at that time?
 3                MS. AVERGUN:  Objection, asked and
 4   answered.
 5        A.  All I can say is I don't believe I would
 6   have called it that.
 7        Q.  (BY MR. DAVIS-DENNY)  Did you share your
 8   20,000 to 25,000 barrel-per-day estimate with
 9   anyone else besides Mr. Tooms?
10        A.  I believe so, but I don't have a specific
11   recollection of -- of who.  But in -- around his
12   team.
13        Q.  So other BP employees on Mr. Tooms' team?
14        A.  I believe so, yes.
15        Q.  Do you believe you shared it with Robbie
16   Goudamata?
17        A.  Not sure to what extent I described it,
18   but the number, yes.
19        Q.  Did you share the 20,000 to 25,000
20   barrel-per-day estimate with Adam Ballard?
21        A.  I don't recall specifically, no.
22        Q.  Don't you think the 20,000 to 25,000
23   barrel-per-day estimate is a piece of information
24   that the national lab scientists would have liked
25   to have known?
```

1          A.   I don't believe I do, no.

2          Q.   Did anyone at BP critique your 20- to

3     25,000 barrel-per-day estimate that you know of?

4          A.   No, I don't believe so.

5          Q.   By -- in mid-May 2010, did you know of

6     anyone within BP who believed that the best

7     estimate of the flow rate was 5,000 barrels per

8     day?

9                    MS. AVERGUN:   Objection to form.

10         A.   Personally, no, I didn't.

11         Q.   (BY MR. DAVIS-DENNY)   Okay.  Let's first

12    look at an exhibit that you saw yesterday.  I'll

13    show you Exhibit 9459.  It was U.S. Tab 114 and

14    it's TransOcean Tab 87 if that's easier.

15                    I'd like to look at the second E-mail

16    on the page first.

17         A.   Second in chronology?

18         Q.   Second one going down the page.

19         A.   Down the page, right.

20         Q.   Yes.  This is an E-mail that you sent to

21    Gordon Birrell, Paul Tooms, and Cheryl Grounds in

22    July 2010; is that correct?

23         A.   That's correct.

24         Q.   And you sent it in the normal course of

25    your work for BP; is that correct?

```
 1    of area, yes.
 2          Q.  (BY MR. DAVIS-DENNY)  And what did that --
 3    what estimate did that generate?
 4          A.  It generated a number of 15- to 20,000.
 5          Q.  Do you recall exactly when in May you
 6    determined that the -- you determined this flow
 7    rate estimate of 15- to 20,000 barrels per day?
 8          A.  Not the exact date.
 9          Q.  Did you communicate your estimate of
10    15,000 to 20,000 barrels per day to anyone?
11          A.  I believe in discussions with Mr. Tooms.
12          Q.  Did you communicate your estimate of
13    15,000 to 20,000 barrels per day with any employee
14    or official of the United States Government?
15          A.  I don't recall.
16          Q.  You have no memory of doing so?
17          A.  I don't remember doing so or specifically
18    not doing so, no.
19          Q.  Doesn't it stand to reason that if you
20    have a memory of communicating it to Mr. Tooms, if
21    you had, in fact, communicated it to a United
22    States Government employee or official, that you
23    would also remember that communication?
24                    MS. KARIS:  Object to form.
25                    MS. AVERGUN:  Objection; form.
```

1     A.  Okay.

2     Q.  And the first E-mail I'm going to focus on

3  is the second E-mail down on Page 1.  This is an

4  E-mail that you received from Julian Austin on

5  April 28th of 2010; is that correct?

6     A.  Yes, it is.  But I'll just follow up

7  through the trail to that E-mail, please.

8     Q.  Well, actually, I'm glad you said that.  I

9  want to start someplace else, which is -- let's

10  start at the bottom, since that's where you're

11  reading right now.

12          Do you see the bottom E-mail is an

13  E-mail from David Petruska, on April 26th of 2010.

14  Do you know David Petruska?

15     A.  Yes, I do.

16     Q.  Who is he?

17     A.  He's a BP employee, riser engineer.

18     Q.  Okay.  And do you see next to Paragraph 1

19  in Mr. Petruska's E-mail, it says:  "Andy had

20  concern if flow rates are wrong and are really

21  much higher."

22          Do you think the "Andy" there is Andy

23  Inglis?

24     A.  That's my understanding.

25     Q.  Why would that be your understanding?

```
1              Is that consistent with your

2     recollection of what Ole Rygg told you?

3         A.  Yes, it is.

4         Q.  And by May 18th, 2010, you had calculated

5     that the flow rate could be 15- to 20,000 barrels

6     per day, correct?

7              MS. AVERGUN:  Objection to form

8     misstates the testimony.

9         A.  Yeah, I had made one preliminary

10    measurement that was interpreted as 15- to 20,000.

11        Q.  (BY MR. DAVIS-DENNY)  If you look at the

12    fourth bullet point, it says:  "Knowledge of the

13    flow rate is needed to form a view of the

14    probability of success as is knowledge of the

15    position of flow restrictions."

16             It was consistent with your

17    understanding that knowledge of the flow rate was

18    needed to form a view of the probability of

19    success of the Top Kill, right?

20             MS. KARIS:  Object to form.

21        A.  Yeah, I can't recall the exact timing of

22    when my knowledge was, but sitting here, that's

23    correct.

24        Q.  (BY MR. DAVIS-DENNY)  Did you understand

25    in May of 2010 that understanding the flow rate
```

```
1    was needed to form a view of the probability of

2    success of the Top Kill?

3         A.  In May, yes.

4         Q.  Okay.  You just don't remember when in

5    May?

6         A.  Correct.

7         Q.  Okay.  Do -- you reached that conclusion

8    after you spoke with Ole Rygg; is that correct?

9         A.  I -- I can't recall the exact sequence of

10   receiving, speaking, and being in the UK and

11   forming any conclusion.

12        Q.  Okay.  I'm going to hand you a new

13   exhibit, Exhibit 11209.

14             (Marked Exhibit No. 11209.)

15        Q.  (BY MR. DAVIS-DENNY)  Which is TransOcean

16   Tab 24.

17             MS. KARIS:  What tab is it?

18             MR. DAVIS-DENNY:  24.

19             MS. KARIS:  Thank you.

20        Q.  (BY MR. DAVIS-DENNY)  This is an E-mail

21   that you received from your colleague at BP, W.

22   Lee McDonald, on May 14th, 2010; is that correct?

23        A.  That's correct.

24        Q.  And the subject of the E-mail was

25   "Observations on Flow Coming From the Macondo
```

518

1    Rygg sent on May 29th of 2010 and you're not a

2    named recipient on this E-mail, but my question

3    is:  Have you seen Exhibit 9265 before?

4         A.  I can't state explicitly one way or the

5    other whether I've -- I've seen this document in

6    its entirety.  I do recall seeing something

7    presented like this that's -- that's similar, at

8    least, to that form.

9         Q.  Do you recall receiving the analysis

10   that's contained in Mr. Selbekk's E-mail?

11        A.  Again, whether it was specifically that

12   there or the general analysis, I do recall

13   discussions about the general work he was doing,

14   yes.

15        Q.  Okay.  If you look at the paragraph that's

16   just below the bullet points, it reads:

17   "Simulating pumping at 78 bpm shows a flat

18   pressure curve, fairly low max pressure, and

19   hardly any drop in pressure consistent with a

20   situation where basically no mud enters the

21   wellbore."

22             If no mud had entered the wellbore,

23   the mud could not have escaped through the burst

24   disks; is that correct?

25        A.  In terms of that statement, that's

1    correct.

2        Q.  Okay.  And this statement that I've just

3    read to you, do you recall having seen this

4    analysis in late May or early June of 2010?

5        A.  No, I don't.

6        Q.  Okay.  He continues in the last paragraph

7    saying:  "There are other combinations that would

8    give the same outcome; e.g., opening around rams,

9    etc..  nonetheless, comparing the actual pressure

10   curve with the simulations, there are strong

11   indications that a curve with this shape is the

12   result of a situation where there is not enough

13   restriction at surface to create enough pressure

14   to force the mud into the well."

15            Do you recall seeing that analysis in

16   late May or early June of 2010?

17       A.  I don't recall seeing that statement.

18       Q.  Mr. Selbekk's analysis here would support

19   the plausibility of the view that the Top Kill

20   failed because the flow rate was too high and the

21   restrictions were too large in the BOP; is that

22   correct?

23            MS. AVERGUN:  Objection; form.

24            MS. KARIS:  Object to form and

25   foundation.

522

```
1    you that the likely case was that flow was up the

2    casing rather than up the annulus?

3         A.  Yes.  I believe that's the -- that's the

4    recollection.

5         Q.  When did Mr. Tooms tell you that the

6    likely case was that the flow was at the casing

7    rather than up the annulus?

8         A.  I don't recall dates.

9         Q.  Do you recall approximately when it was?

10        A.  No, I don't.

11        Q.  Was it shortly after the Top Kill failed?

12             MS. KARIS:  Object to form.

13        A.  I don't recall.

14        Q.  (BY MR. DAVIS-DENNY)  Do you think it was

15   within a week of the Top Kill failing?

16        A.  I don't recall.

17             MR. DAVIS-DENNY:  We can take a

18   break.  Thank you.

19             THE VIDEOGRAPHER:  The time is

20   3:12 p.m.  We're off the record.

21             (Break from 3:12 p.m. to 3:31 p.m.)

22             THE VIDEOGRAPHER:  The time is

23   3:31 p.m.  We're back on the record, beginning

24   Tape 14.

25        Q.  (BY MR. DAVIS-DENNY)  Welcome back from
```

1       the break.  We're handing you an exhibit that's

2       been previously marked as Exhibit 10622.  This is

3       a memo dated May 31st of 2010, from D. Barnett of

4       Wild Well Control to Mark Mazzella and Mark

5       Patteson.  My question for you is just if you have

6       seen this memo before.

7              A.  I don't believe so, no.

8              Q.  Okay.  If you can look at the third

9       paragraph from the bottom of the second page --

10      sorry, turn to Page 2 first.  And if you go up

11      three paragraphs from the bottom, that one that

12      begins, "Given the lack of," it says:  "Given the

13      lack of response while pumping very large bridging

14      material (as large as 2-1/2 inch diameter), it is

15      apparent that the geometry of the pathway(s)

16      inside the BOP is quite large.  One of the most

17      discouraging signs was the reappearance of oil in

18      the flow stream at the riser kink within only a

19      few minutes of pumping several thousand barrels of

20      mud at very high rates.  This is a strong

21      indication that the mud is either being expelled

22      from the top of the BOP, or at least not being

23      injected into and moving downward through any of

24      the flow paths between the BOP and the flowing

25      reservoir."

1          Now I'm unquoting and asking you this

2     question:  Is this an analysis that you would have

3     liked to have had in connection with your work on

4     the Top Kill?

5               MS. KARIS:  Object to form.

6          A.  So if I can just clarify.  You said about

7     my work on the Top Kill.

8          Q.  (BY MR. DAVIS-DENNY)  Uh-huh.

9          A.  There was some reflections on Top Kill

10    undertaken with Mr. Tooms, not -- not necessarily

11    an in-depth analysis, that was not in the Top Kill

12    team.

13         Q.  In terms of your, as you describe them,

14    reflections --

15         A.  Yeah.

16         Q.  -- with Mr. Tooms on Top Kill, would you

17    have liked to have had this analysis from Wild

18    Well Control when you had your discussions with

19    Paul Tooms about why the Top Kill failed?

20         A.  With hindsight from now, yes.

21         Q.  And that's because this analysis here

22    would suggest that the mud was not going out the

23    burst disks, but rather it was going up and out of

24    the BOP and the riser; is that right?

25         A.  It -- it doesn't compare those

1    possibilities in the way I'm -- I'm reading it.

2    It describes one -- one scenario.

3         Q.  Okay.  And the scenario that it describes

4    here is consistent with a scenario in which the

5    mud was simply being pushed out the riser?

6         A.  That's my understanding of what it says.

7         Q.  I'm going to hand you another exhibit,

8    Exhibit 9450, Tab 71 in TransOcean's binder.  This

9    is an E-mail that you received from Douglas Wood

10   on June 11th of 2010; is that correct?

11        A.  Yes.

12        Q.  And the only other person who received

13   this E-mail was Paul Tooms, your colleague at BP,

14   right?

15                  MS. AVERGUN:  Object to form.

16        A.  This -- this version, yes, is Paul Tooms,

17   yeah.

18        Q.  (BY MR. DAVIS-DENNY)  Okay.  And the

19   subject is "Well Kill Analysis Technical

20   Note.doc."

21                  Do you see that?

22        A.  Yes.

23        Q.  And the cover E-mail says:  "Trevor, Paul,

24   my technical note approaching its final draft

25   before I leave, Doug."