01-40971
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## WorldwideVIEW ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Marcia Kemper McNutt, Ph.D.
## VOLUME 2

OCTOBER 25. 2012

# COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1   analysis to determine or try to quantify the
 2   impact on a flow rate of the erosion?
 3              MS. CHANG:  Object to form and
 4   scope.
 5       A.  Me, personally?  Absolutely not.
 6              MR. FIELDS:  Okay.  Okay.  I'll
 7   reserve my remaining time.
 8              THE VIDEOGRAPHER:  The time is
 9   9:55 a.m.  We're off the record, ending Tape 11.
10          (Recess from 9:55 a.m. to 10:01 a.m.)
11              MR. DAVIS-DENNY:  I'm ready.
12              THE VIDEOGRAPHER:  All set?
13       The time is 10:01 a.m.  We're back on the
14   record, beginning Tape 12.
15                     EXAMINATION
16   QUESTIONS BY MR. DAVIS-DENNY:
17       Q.  Good morning, Dr. McNutt.  As I mentioned
18   at the break, my name is Grant Davis-Denny, and I
19   represent Transocean.
20          I want to take you back to yesterday and
21   some testimony that you had yesterday.  You were
22   testifying about a comment that you received from
23   a BP Manager in the week leading up to the top
24   kill, do you recall this?  It was about the --
25   whether the top kill was dependent on the flow
```

```
 1   rate or not.
 2              MS. CHANG:  Object to scope.
 3       A.  Yes.
 4       Q.  (By Mr. Davis-Denny) Okay.  And the BP
 5   Manager, in essence, told you that the top kill
 6   was not dependent on the flow rate; is that
 7   correct?
 8              THE VIDEOGRAPHER:  Move your
 9   microphone up, please.
10              MS. CHANG:  Object to scope.
11       A.  Yes.
12       Q.  (By Mr. Davis-Denny) I'm handing you
13   exhibit -- previously marked Exhibit 8553.
14              THE COURT REPORTER:  Tab number?
15       Q.  (By Mr. Davis-Denny) And it's at --
16              MR. APPLEMAN:  This was a hard copy.
17              MR. DAVIS-DENNY:  This one was
18   handed out as a hard copy.
19              MR. APPLEMAN:  It's on our CD.
20              MR. DAVIS-DENNY:  Yeah, but it's on
21   the CD?
22         Hand them the CD.
23         (Discussion off the record.)
24       Q.  (By Mr. Davis-Denny) Okay.  It's
25   referenced as 8553 on the -- on the CD.  This
```

```
 1    exhibit has the title "Summary points from the
 2    Kill the Well on Paper Discussion 18 May, 2010."
 3            Did the BP Manager who told you that flow
 4    rate did not matter to the likelihood of success
 5    of the top kill share this document with you,
 6    Dr. McNutt?
 7            MS. CHANG:  Object to scope.
 8       A.   No.
 9       Q.   (By Mr. Davis-Denny) Did anyone from BP
10    share this document with you?
11            MS. CHANG:  Scope.
12       A.   This is the first time I've ever seen
13    this document.
14       Q.   (By Mr. Davis-Denny) Okay.  If you'll
15    look at the third bullet point under "Summary
16    Points" --
17       A.   Yes.
18       Q.   -- it says:  "Modeling indicates that a
19    dynamic kill cannot be successfully executed if
20    the oil flow rate is 15000" stock tank barrels
21    per day.
22            Did the BP Manager tell you that modeling
23    had put an upper limit of 15,000 stock tank
24    barrels per day on the dynamic kill?
25            MS. CHANG:  Scope.
```

1                MR. FIELDS: Object to form.
2        A.  No.
3        Q.  (By Mr. Davis-Denny) Wouldn't you have
4    liked to have known that fact going into the top
5    kill?
6                MR. FIELDS: Objection, form.
7                MS. CHANG: Scope.
8        A.  I think that would have been helpful.
9        Q.  (By Mr. Davis-Denny) Yeah. Wouldn't you
10   have expected BP to -- BP to share that fact with
11   you going into the top kill?
12               MR. FIELDS: Objection, form.
13               MS. CHANG: Scope.
14       A.  Yes. But I will say that it was only the
15   day before top kill that the Flow Rate Team
16   estimates started approaching this number; so
17   whether there would have been enough impetus to
18   have stopped top kill at that time I think is
19   questionable.
20           The flow rates we had at that time were
21   only lower bounds, from my Team anyway. I don't
22   know if there was other evidence that might have
23   suggested higher flow rates, but we had lower
24   bounds on flow rates from 12 to 25,000 barrels
25   per day, which would have thrown some question

1    Q.  (By Mr. Davis-Denny) And there were also
2  delays that the Plume Team experienced; is that
3  correct?
4    A.  Well, it was primary the -- primarily
5  the -- the Plume Team and the Reservoir Team.
6    Q.  Okay.  Please look at the fourth bullet
7  point on this document.  It says:  "Knowledge of
8  the flow rate is needed to form a view of the
9  probability of success..."
10         Now, that is the exact opposite of what
11 the BP Manager told you prior to the cop -- top
12 kill; is that right?
13             MR. FIELDS:  Object to form.
14             MS. CHANG:  Object to scope.
15   A.  That is true.
16   Q.  (By Mr. Davis-Denny) Did the BP Manager
17 share with you at the May 18th meeting
18 participants at this Kill the Well on Paper
19 discussion had concluded that knowledge of the
20 flow rate was needed to form a view of the
21 probability of success of the dynamic kill
22 effort?
23             MS. CHANG:  Scope.
24             MR. FIELDS:  Objection, form.
25   A.  No.

1   posed a health hazard to hundreds of workers
2   involved in well intervention, was proportional
3   to the flow rate."
4           Do you stand by that statement,
5   Dr. McNutt?
6       A.  Yes.
7       Q.  It then reads:  "The planning for
8   containment of oil at the sea surface while the
9   relief wells were being drilled required a
10  realistic assessment of how much oil needed to be
11  accommodated."
12          Do you also stand by that statement?
13      A.  Yes.
14      Q.  Generally speaking, do you agree that an
15  accurate assessment of the flow rate was
16  important to Source Control efforts?
17              MS. CHANG:  Object to scope.
18      A.  Define "important."
19      Q.  (By Mr. Davis-Denny) Well, the cofferdam
20  effort was sensitive to flow rate efforts?
21      A.  Yes.
22      Q.  The top kill effort was sensitive to flow
23  rate efforts?
24      A.  Yes.
25              MS. CHANG:  Scope.

```
 1       Q.  (By Mr. Davis-Denny) The containment
 2   effort was sensitive to flow rate estimates?
 3           MS. CHANG:  Scope.
 4       A.  Yes.
 5       Q.  (By Mr. Davis-Denny) And what do you
 6   mean -- what do you understand the word
 7   "sensitive" to mean there?
 8           MS. CHANG:  Object to scope.
 9       A.  It was a parameter that was one of
10   several that should be accounted for in any
11   engineering design.
12       Q.  (By Mr. Davis-Denny) Okay.  I'd like to
13   show you another document.  I don't believe this
14   one has been previously marked.  It's Tab 139.
15           MR. DAVIS-DENNY:  Oh, I'm sorry,
16   Tom.
17       Q.  (By Mr. Davis-Denny) This will be Exhibit
18   9673.
19           (Exhibit No. 9673 marked.)
20       A.  Okay.
21       Q.  (By Mr. Davis-Denny) Sorry.  (Tendering.)
22       A.  Got it.
23       Q.  Did you send the E-mail that's at the top
24   of the page to Raya Bakalov on September 7th of
25   2010?
```

1      Q.   (By Mr. Davis-Denny) I'm going to show
2  you Exhibit 9163, this is at Tab 76.  There you
3  are.
4      A.   (Nodding.)
5      Q.   And if you could look at the -- you're
6  not on the E-mail, but I -- if you wouldn't mind
7  looking at the PowerPoint Presentation?
8      A.   M-h'm.
9      Q.   Does this PowerPoint Presentation look at
10 all -- once you've had a chance to review it, my
11 question for you will be whether this
12 Presentation looks familiar to you.
13           MS. CHANG:  Object to scope.
14     A.   (Reviewing document.)  Yes, it looks
15 familiar.
16     Q.   (By Mr. Davis-Denny) Okay.  Is -- is this
17 the Presentation that BP presented to you shortly
18 after the top kill?
19           MS. CHANG:  Scope.
20           MR. FIELDS:  Objection, form.
21     A.   Yes.
22     Q.   (By Mr. Davis-Denny) Okay.  And did they
23 present three scenarios for why the top kill
24 might have failed --
25           MS. CHANG:  Objection, scope.

1     Q.  (By Mr. Davis-Denny) -- in this
2  Presentation?
3     A.  Yes.
4     Q.  And for the first scenario, the one
5  that's at Page No. 6, am I correct that they
6  labeled that scenario "Possible but not
7  Plausible"?
8          MS. CHANG:  Object to scope.
9     A.  "Possible but not Plausible" is what it
10 says.
11    Q.  (By Mr. Davis-Denny) Okay.  And if you
12 look at the second scenario on Page 8 of the
13 PowerPoint Presentation --
14    A.  M-h'm.
15    Q.  -- did they label this scenario as also
16 being "Possible but not Plausible"?
17    A.  Yes.
18    Q.  Okay.  And then if you look at the third
19 scenario on -- on Page 10, this is the scenario
20 where they describe this theory that mud flow
21 from the top kill had gone through the failed
22 16-inch rupture disk.  Is that correct?
23          MS. CHANG:  Object to scope.
24    A.  Yes.
25    Q.  (By Mr. Davis-Denny) And they labeled

```
 1    this conclusion "Possible and Plausible."  Is
 2    that right?
 3         A.  Yes.
 4              MS. CHANG:  Form and scope.
 5         Q.  (By Mr. Davis-Denny) And this was the
 6    only scenario that they presented in this
 7    Presentation as being "Plausible."  Is that
 8    right?
 9              MS. CHANG:  Object to scope.  Sorry.
10              MR. FIELDS:  Objection, form.
11         A.  You've read that appropriately.  This was
12    their Presentation.
13         Q.  (By Mr. Davis-Denny) Okay.  And this is
14    what they presented to you at that meeting
15    immediately after the top kill; is that correct?
16              MS. CHANG:  Objection, scope.
17              MR. FIELDS:  Objection, form.
18         A.  This was BP's presentation.
19         Q.  (By Mr. Davis-Denny) Okay.
20              (Discussion off the record.)
21         Q.  (By Mr. Davis-Denny) I'd like to hand you
22    what's previously been marked as Exhibit 9160.
23    It's at Tab 75.  And I'll represent to you,
24    Dr. McNutt, that this is a text message that was
25    sent by BP's Kurt Mix to BP's Jon Sprague on May
```

1  27th of 2010.
2      A.  M-h'm.
3      Q.  I take it you didn't receive this text
4  message from BP; is that correct?
5          MS. CHANG:  Objection, scope.
6      A.  No, I was not on this particular text
7  message.
8      Q.  (By Mr. Davis-Denny) Okay.  And in the
9  first sentence it reads:  "Too much flowrate -
10 over 15000 and too large an orifice."
11         Do you see that?
12     A.  Yes, I do.
13     Q.  Did anyone from BP share with you that
14 the top kill was failing because the flow rate
15 was too high, it was over 15,000 barrels of oil
16 per day, or words to that effect?
17         MR. FIELDS:  Objection, form.
18         MS. CHANG:  Scope.
19     A.  Not in those words.
20     Q.  (By Mr. Davis-Denny) Did they say that to
21 you in -- in words that were at all close to
22 that?
23     A.  Oh, no.
24     Q.  Okay.
25     A.  Oh, no.

1     Q.  And they didn't -- they certainly did not
2    raise this with you at the meeting where they
3    presented the failed rupture disk as being the
4    only plausible scenario for the top kill's
5    failure; is that right?
6              MR. FIELDS:  Objection, form.
7              MS. CHANG:  Object to scope.
8     A.  No.
9     Q.  (By Mr. Davis-Denny) I'd like to --
10             MR. DAVIS-DENNY:  How much time do I
11   have left?
12             THE VIDEOGRAPHER:  (Indicating.)
13    Q.  (By Mr. Davis-Denny) I'd like to show you
14   what's been previously marked as Exhibit 9164.
15             (Discussion off the record.)
16             MR. DAVIS-DENNY:  My apologies to
17   the audience, but this is on the first CD that we
18   had given you.
19    Q.  (By Mr. Davis-Denny) I'm sure you've seen
20   this E-mail before.
21             (Discussion off the record.)
22    Q.  (By Mr. Davis-Denny) If you start at the
23   beginning of the second page, this is E-mail
24   correspondence from a BP employee named Rupen
25   Doshi.

Case 2:10-md-02179-CJB-DPC   Document 8722-53   Filed 03/01/13   Page 14 of 18

599

```
1    the well explosion, and that would -- they would
2    not fail during the top kill operation," that
3    certainly would have eliminated some of your
4    concerns about well integrity, correct?
5              MR. FIELDS:  Objection, form.
6              MS. CHANG:  Object to form and
7    scope.
8         Q.  (By Mr. Lundy) "Yes"?
9         A.  I -- it would have been reassuring to
10   have known, prior to top kill, that there was
11   already a Well Integrity Test.
12        Q.  All right.  Look at Tab 43.  It's
13   previously marked as Exhibit 9084.  It's called
14   the "Top Kill Analysis."  I think you've briefly
15   looked at it earlier today.
16        A.  H'm.  Okay.  Yes, this is the one we
17   looked at before.
18        Q.  Okay.  And -- and you see it's sort of
19   a -- a postmortem on the top kill procedure,
20   correct?
21             MS. CHANG:  Object to form and
22   scope.
23        A.  Yes.
24        Q.  (By Mr. Lundy) Okay.
25        A.  That's what it appears to be.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.  And if you turn to what's Bates-stamped
2    as IMU010-000459, you'll see "Scenario...1:
3    Supporting Evidence HC and dominant mud flow up
4    drill pipe and bypass through rams."  Do you see
5    that?
6         A.  Bypass at rams, yes.
7         Q.  Okay.  And -- and it says that this
8    "Conclusion" is "Possible but not Plausible,"
9    right?
10        A.  That's what it says.
11        Q.  Okay.  And if you turn to the next page,
12   you'll see "Scenario...2:"  And you'll see that
13   scenario contained on actually the next two
14   pages.
15        A.  M-h'm.
16        Q.  And it's this "HC" flow -- hydrocarbon
17   "flow is up" the "annulus and casing, dominant
18   mud flow into casing."  Do you see that?
19        A.  H'm.  Yes.  Dominant -- yes.  Okay.
20        Q.  Okay.
21        A.  Right.
22        Q.  All right.  And then you see where it
23   says:  "Conclusion:  Possible but not Plausible,"
24   right?
25        A.  That's what it says.

1     Q.  Okay.  Then the next scenario, if you
2  turn the page, is "Scenario...3:"  Where it says:
3  "HC" or hydrocarbon "flow is up" a nine and seven
4  inch "casing," and then, in parens, it says:
5  (and possibly annulus as well) dominant mud flow
6  through failed 16 inch rupture discs."  Correct?
7  Did I read that correctly?
8     A.  You read that correctly.
9     Q.  And then the next page says:
10 "Conclusion:  Possible and Plausible," right?
11    A.  Yes.
12    Q.  So BP, in this Top Kill Analysis, is
13 opining that a failure of the rupture disk is not
14 only a possible conclusion, but a plausible
15 conclusion, correct?
16             MR. FIELDS:  Objection, form.
17             MS. CHANG:  Form and scope.
18    A.  That's what they write in this document.
19    Q.  (By Mr. Lundy) Okay.  And based upon all
20 of the modeling documents that you've seen today,
21 that were performed by Mr. Ole Rygg with Add
22 Energy, would you agree that the failure of the
23 top kill was as likely caused, or -- or actually
24 caused by too high of a flow rate, as opposed to
25 the failure of the rupture disk?

1           MR. FIELDS:  Objection, form.
2           MS. CHANG:  Form and scope.
3      A.  Well, I had, even before you showed me
4  documents today, concluded that I did not think
5  mud flowing out of the rupture disks caused the
6  failure of top kill.  DOE Engineers had shown
7  that the rupture disks were too small to
8  accommodate the mud from top kill, they -- but
9  they could not rule out that the rupture disks
10  could be opened, but they couldn't explain the
11  failure of top kill.
12      Q.  (By Mr. Lundy) Okay.  Well, based upon
13  the flow rate documents, the -- the flow rate
14  modeling you've seen --
15      A.  Yes.
16      Q.  -- BP should have considered the flow
17  rate as a plausible cause of the top kill
18  failure, along with these other scenarios listed
19  in Exhibit 9084, the "Top Kill Analysis,"
20  shouldn't it?
21           MR. FIELDS:  Objection, form.
22           MS. CHANG:  Form and scope.
23      A.  And perhaps they did.
24      Q.  (By Mr. Lundy) Well, if they did, it
25  should have been contained in this Top Kill

```
1    Analysis, correct?
2              MR. FIELDS:  Objection, form.
3              MS. CHANG:  Form and scope.
4        A.  The documents that I have seen today lead
5    me to believe that the Government was not to be
6    shown flow rate information, and that may be one
7    reason why it was not included in this analysis.
8        Q.  (By Mr. Lundy) All right.
9        A.  We were not in the circle of trust.
10             (Discussion off the record.)
11             MR. LUNDY:  I think that may be all
12   I have.  If you'll give me just a few minutes,
13   let me go through my notes, let's take just a
14   quick break, and I may be finished.
15             THE WITNESS:  Okay.
16             THE VIDEOGRAPHER:  The time is 11 --
17   3:11 p.m.  We're off the record.
18             (Recess from 3:11 p.m. to 3:20 p.m.)
19             (On the stenographic record only:)
20             MR. LUNDY:  Kym, I don't have any
21   further questions.
22             THE COURT REPORTER:  Fair enough.
23             (Discussion off the record.)
24             MS. CHANG:  Kym, I don't have any
25   questions.
```