01-40982
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert Joseph Turlak
## VOLUME 2

NOVEMBER 7, 2012

## *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1      Q.  And Eddy Redd was copied on that E-mail,

2   correct?

3      A.  Yes, sir.

4      Q.  And that E-mail is dated Monday, May 3rd,

5   and the "Subject" line is "Plumbing error on the

6   Horizon stack (!?)"  Do you see that, sir?

7      A.  Yes, sir.

8      Q.  And I'll just read the E-mail out loud:

9   "Adrian, Larry,

10         "Just tried to get hold of you on your

11   respective mobiles: no success.  FYI, it seems

12   that we may have the ROV stab" (supposed to be

13   lined-up" with -- "(supposed to be lined-up to

14   the pipe rams) lined" -- "lined-up to the test

15   rams.  We are trying to confirm, but it looks

16   like it is really plumbed wrong.

17         "BP is ballistic....  Rightly so...  I am

18   flabbergasted.  Asked Eddy to urgently talk" to

19   "one of our" Hous -- excuse me -- "one of our

20   Horizon subseas, and" have him help -- "have him

21   coming to help us understanding this troubling

22   situation.  Gary Leach is trying to work on a

23   confirmation of the situation.

24         "Best regards, Arnaud."

25         Did I read all of that correctly?

 1    A.  Yes, sir.

 2    Q.  And is that -- is that consistent with

 3  what you testified to yesterday, that -- that

 4  there was a plumbing error that -- that existed

 5  on the BOP that didn't show up in the schematic

 6  drawing?

 7    A.  Yes, sir.

 8    Q.  Still on the topic of the BOP, but not

 9  looking at that particular exhibit -- and we're

10  going to go back to the Notice and look at Topic

11  No. 5 to make sure we're on the same page with

12  this subject matter.  Topic 5 of Exhibit 9986,

13  Binder Ex -- Tab No. 2.

14    A.  Oh.

15    Q.  Okay.  Topic 5, if you could read through

16  that:  "Your...condition" of the kno --

17  "condition and plumbing of the Deepwater Horizon

18  blow-out preventer prior to the incident on April

19  20, 2010..." and I'll -- I'll stop there.  So

20  we're talking about the condition and plumbing of

21  the DEEPWATER HORIZON blowout preventer.

22         What is -- on -- on a BOP or LMRP, do you

23  know what a pressure transmitter's function is, a

24  PT?

25    A.  Pressure transmitter?

 1        Q.   (By Mr. Haycraft) Okay.  And would you --
 2   would you -- wou -- would Transocean agree that
 3   both John MacKay and Iain Sneddon were working as
 4   a Team with Jim Wellings and the other folks to
 5   implement a solution that had both contingency
 6   and redundancy at that point in time?
 7               MR. BAAY:  Object to form.
 8          And I'll just state on the record that
 9   he's not here to answer as Transocean on those
10   kind of questions.  He's here to answer on
11   Transocean's knowledge and information related to
12   the Topics that he's designated for.
13               MR. HAYCRAFT:  What kind of
14   question?
15               MR. BAAY:  The question you just
16   asked.
17               MR. HAYCRAFT:  I just -- for my own
18   benefit, I was wondering what kind of a
19   question --
20               MR. BAAY:  Well, you asked --
21               MR. HAYCRAFT:  -- it was.
22               MR. BAAY:  -- him a question about a
23   May 11th Meeting Minutes, and you said:  "Is
24   Transocean's -- would Transocean agree that both
25   John MacKay and Iain Sneddon were working?"

1    concerned with information they received from

2    the -- from the top kill that the rupture disk

3    was going to rupture, and then a period of time

4    later, we actually landing -- landed a capping

5    stack on that actually sealed the well, I

6    don't -- don't know what changed between then,

7    those two times.

8         I mean, they -- they said based on the

9    information they received, that we'll never put a

10   BOP on top of it, and then sometimes later, we

11   wound up -- wound up closing the well in.

12       Q.  (By Mr. Baay) Have you since learned

13   whether or not it was accurate to say that the

14   top kill procedure ruptured the burst disks?

15              MR. HAYCRAFT:  Same.

16              MS. HANKEY:  Objection, form.

17       A.  Well, it didn't, because we wound up

18   using a BOP on a -- on -- on the -- on the well

19   and shut it in, pressure increased, and the

20   rupture disks didn't cause an underground

21   blowout.

22       Q.  (By Mr. Baay) Do you know, in your

23   personal capacity, whether the BOP-on-BOP

24   presented the same risks of broaching the

25   formation as did the three-ram capping stack?

```
 1              MR. HAYCRAFT:  Objection, form.

 2              MS. HANKEY:  Objection, form.

 3       A.  Well, the same opportunity for venting

 4   for in -- in the event it -- there was concern

 5   about shutting in the BOP, the same opportunity

 6   for venting could have been used on the

 7   BOP-on-BOP as the capping stack.

 8       Q.  (By Mr. Baay) Did both devices, both

 9   source -- Source Control methods, present the

10   same risk of potentially broaching the formation?

11              MR. HAYCRAFT:  Objection, form.

12              MS. HANKEY:  Objection, form.

13       A.  Yes.

14       Q.  (By Mr. Baay) Did it -- does it make

15   sense to you that the BOP-on-BOP was abandoned in

16   place of the capping stack, considering that they

17   both -- they both present the same risk?

18              MR. HAYCRAFT:  Objection, form.

19              MS. HANKEY:  Objection, form.

20       A.  Ask that question again, please.

21       Q.  (By Mr. Baay) Sure.  You've agreed that

22   the BOP-on-BOP presents the same risk of

23   broaching the formation as does a three-ram

24   capping stack?

25              MR. HAYCRAFT:  Same.
```