IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )     MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )     SECTION: J
APRIL 20, 2010 )
)
)     JUDGE BARBIER
)
)     MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW* ™

### **Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Geoff Boughton

**VOLUME 1**

JULY 20, 2011

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
1          Q.  For the Enterprise.  What do you
2     mean by that?
3          A.  All the equipment was ready.  The
4     connector was on and tested.  We could
5     have had the BOP down there the middle of
6     May, 15th of May.  The slings and the
7     things we needed to recover the LMRP --
8     because that was the plan, to pull off the
9     LMRP and set it on the seabed.  That --
10    that was all ready -- ready to go.
11         Q.  And so you think you could have
12    capped the -- the well mid-May?
13         A.  Yes.
14         Q.  You mentioned a capping team?
15         A.  Yes.
16         Q.  Who was on the capping team?
17         A.  From our guys, it was Ian Sneddon
18    and John Macay, who I mentioned John a
19    minute ago.  He's -- and later, a fellow
20    named Dave Cameron.
21              Dave came to relieve Ian and
22    John, who had been over for like six weeks
23    before they went back home for a rest,
24    because it was very stressful during that
25    time.
```

**PURSUANT TO CONFIDENTIALITY ORDER**