# Sub Sea Capping Stack

## April 28, 2010

Exhibit No. 5385
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

TRN-MDL-00799220

# Timeline – SubSea Capping Stack

| Activity | BP Approved? | April 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capping** | No | ▓ | ▓ | ▓ | ▓ | | | | | | | | | ▓ | | | | | |
| Prepare procedure | | | ▓ | ▓ | | | | | | | | | | | | | | | |
| HAZID | | | | | ▓ | | | | | | | | | | | | | | |
| Approve procedure | | | | | | ▓ | | | | | | | | | | | | | |
| Locate and secure equipment | | ▓ | ▓ | | | | ▓ | | | | | | | | | | | | |
| Modify Enterprise BOP | | | | | | ▓ | ▓ | ▓ | ▓ | *pending equipment availability* | | | | | | | | | |
| Modify Enterprise Riser joint | | | | | | | | | | | | | | | | | | | |
| ***Execute Job*** | | | | | | | | | | | | | | | | | | | |
| Move Enterprise to location | | | | | | | | ▓ | ▓ | | | | | | | | | | |
| Cut riser | | | | | | | ▓ | ▓ | | | | | | | | | | | |
| Remove LMRP | | | | | | | | | ▓ | ▓ | | | | | | | | | |
| Run BOP and riser | | | | | | | | | | | ▓ | ▓ | | | | | | | |
| Latch up to Horizon BOP | | | | | | | | | | | | | ▓ | | | | | | |
| Close Rams.  Well secure. | | | | | | | | | | | | | | ▓ | | | | | |

2

CONFIDENTIAL

TRN-MDL-00799221

# Initial conditions

- Cut Riser above existing LMRP

- Disconnect LMRP from the Horizon BOP stack with ROV



TRN-MDL-00799222

# Deploying Stack



Existing BOP

CONFIDENTIAL

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.





TRN-MDL-00799224

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.

- Blind flange diverts all flow out of the riser,

- **No wellbore fluids will be taken to the Enterprise**



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799225

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.

- Blind flange diverts all flow out of the riser,

- **No wellbore fluids will be taken to the Enterprise**



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799226



# Deploying Stack

Peforation above the blind flange to allow riser to fill while running, and drain while pulling

21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

8

CONFIDENTIAL

9

# Deploying Stack

- The internal area of the riser is 283.5 sq in

- 91, 2" OD holes drilled into 30' of riser provides the same flow area

- Removes ~1.5% of the surface area from the 30' section of riser

- 2" holes are 16" center-to-center
  - 23 rows, 4 holes per row



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799228

# Concerns

- Stack analysis:
  - Will the Horizon stack support the additional weight of the Enterprise BOP?
  - Address this by minimizing the watch circle.
  - Disconnect at 2 degrees lower ball joint angle

- Surface Plume
  - Do not want to move over the well if the plume is directed straight up
  - Wait for current to take the flow away

CONFIDENTIAL

TRN-MDL-00799229

# Stack Comparison



CONFIDENTIAL

TRN-MDL-00799230

12

# Combined Stack – 65.05' to top of LMRP

~12.5' taller than existing hook up

~22.57' to top of BOP

Horizon Stack – 52.63' to top of LMRP

Enterprise Stack – 42.48' to top of LMRP



TRN-MDL-00799231

13



Combined Stack ~48'28' to top of BOP

~4.5'
SHORTER
than existing
hook up

Horizon Stack – 52.63' to top of LMRP

~22.57' to top of BOP



# Procedure

- Land stack.  Close Enterprise blind shear rams.
- Release LMRP.  Leave shut in while drilling relief wells.

OR

- Pump kill fluids down choke and kill into well. Bullhead kill the well.

*Never allow open riser above the Horizon BOP. Keep blind flange in place.*

14

CONFIDENTIAL

TRN-MDL-00799233

# Why not kill immediately?

- Well is secured and pollution stopped, kill operations may result in broaching
- DP event mid-way through kill (unlikely)

15

CONFIDENTIAL

TRN-MDL-00799234

# Backup

CONFIDENTIAL

TRN-MDL-00799235

17

- Path illustrating flow line kill



CONFIDENTIAL

TRN-MDL-00799236

# Watch Circle – Relative to Lower Ball Joint Angle

Green:  0 to 2 degrees
Good to operate

Yellow: 2 to 4 degrees
Caution – prepare to disconnect

Red:  Greater than 4 degrees
Need to disconnect prior to damaging subsea equipment



18

CONFIDENTIAL

TRN-MDL-00799237

# Watch Circle – Relative to Lower Ball Joint Angle



Green:  0 to 2 degrees
Good to operate

Yellow: 2 to 4 degrees
Caution – prepare to disconnect

Red:  Greater than 4 degrees
Need to disconnect prior to damaging subsea equipment

Waterline

Seafloor

19

CONFIDENTIAL

TRN-MDL-00799238



# Watch Circle Size Relative to Water Depth

Green in 6,000' of water:
0 to 2 degrees
419' across

Green in 3,000' of water:  0
to 2 degrees
208' across

Waterline

Seafloor

20

CONFIDENTIAL

TRN-MDL-00799239