# Exhibit 59

Depo Ex. No. 10505 -

Charles Holt

Filed Under Seal