01-41513
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## David McWhorter
**VOLUME 2**

NOVEMBER 16, 2012

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1          A.    Absolutely.
2          Q.    -- part of what BP did?
3          A.    That's right.
4          Q.    Okay. If we can turn to the --
5    the Bates label BP-HZN-2179MDL01793909. It's
6    about three pages in. And I'm looking at the
7    second bullet point on that page, which is
8    titled Overall Feedback, BOP on BOP and Ram
9    Valve on Flex Joint.
10                    Do you see that?
11         A.    I do.
12         Q.    And the second bullet point
13   states, key risks had all been identified - no
14   significant additional risks identified by
15   review team.
16                    Do you see that?
17         A.    I do.
18         Q.    And the fourth bullet states,
19   review team believes that the BOP-on-BOP
20   operation is feasible and can be managed
21   safely.
22                    Do you see that?
23         A.    I do.
24         Q.    Does Cameron agree that as of the
25   middle of May 2010, the BOP-on-BOP operation

1  was feasible and could be managed safely?
2          MR. COLLIER: Objection, form.
3     A.   We -- we -- we definitely believe
4  it was feasible because for the -- the reasons
5  I mentioned earlier. It's a -- it's a matter
6  of a simple connection, simple physics, as far
7  as connecting the BOP on top of the -- the
8  HORIZON BOP.
9     Q.   Sure.
10    A.   And assuming that the BOP that you
11 latch up is a fully-functioning BOP, you
12 should be -- you should be in good shape to
13 control the well, all other things considered.
14    Q.   Who is Stuart Nelson?
15    A.   Stuart Nelson at the time, I
16 believe, was the president of the flow control
17 division for Cameron, flow control division
18 being the division that manufactures chokes,
19 choke manifolds.
20    Q.   What does the flow control
21 division do other than manufacturing choke
22 valves?
23    A.   Well, that's their -- that's their
24 primary product, as the name would imply, flow
25 control, so any -- any products that have to

```
 1            Q.    Transocean sourced equipment, we
 2      mentioned that, and provided some equipment to
 3      Cameron to get the capping stack ready,
 4      correct?
 5            A.    They did.
 6            Q.    And do you have any knowledge of
 7      whether Transocean was involved in the design
 8      of the capping stack?
 9            A.    I -- I believe they were, yes.
10            Q.    And was that something that was
11      off the shelf, or was -- did that take time
12      and effort of, you know, Transocean to get
13      that ready?
14            A.    The design of the stack, I
15      think -- I think it took some -- some time and
16      effort.
17            Q.    But as far as you know, Transocean
18      had the same commitment that Cameron did to
19      get this ready to go?
20            A.    Absolutely.
21            Q.    The -- the BOP on BOP, is it fair
22      to say that from Cameron's perspective that
23      could have been implemented May 2010?
24                  MR. COLLIER:  Objection, form.
25            A.    I think that -- that if you're
```

```
 1         talking about just the time to execute an
 2         option, that it would -- it was our opinion at
 3         the time, that that was the -- that was the
 4         quickest option.  That was the quickest.  The
 5         equipment was -- was there.  It was on
 6         station.  The modification was -- was minimal.
 7                      But there were some
 8         significant logistical issues to overcome as,
 9         well.  Had to remove the LMRP, had to remove
10         the riser.  Once again, from our perspective,
11         from an equipment perspective, it was all
12         there.  There are other considerations,
13         undoubtedly, some of which we talked about
14         yesterday, that -- that -- you know, that are
15         outside of our knowledge and scope.
16              Q.    Sure.
17                    And in terms of a -- a
18         capping stack, once you had the equipment,
19         that was something Cameron could have put
20         together quickly?
21              MR. COLLIER:  Objection, form.
22              A.    It can and did, yes.
23              Q.    Had -- had BP not elected to go
24         with a top kill, a capping stack could have
25         been deployed in May, as well?
```