01-42080
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Secretary of Energy
# Dr. Steven Chu

**VOLUME 1**
JANUARY 24, 2013

# *COPY*



Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

187

```
 1        Q.     (BY MR. LI)  Okay.  If -- if
 2   somebody's got information, they should share
 3   it with you, you'd agree with that
 4   proposition?
 5        MR. BROCK:  Object to the form.
 6        A.     If it was relevant to what we
 7   were trying to do; namely, to help BP stop
 8   the leak, yes.
 9        Q.     (BY MR. LI)  And it would not be
10   helpful to you as a scientist or your group
11   to have information concealed from you,
12   correct?
13        MR. CERNICH:  Objection; form.
14        A.     It -- if -- if it was deemed in
15   the -- by the engineers, if you looked
16   especially, it would not be helpful if they
17   withheld information, that is true.
18        Q.     (BY MR. LI)  Now -- and I
19   understand this was an evolving role.
20   Eventually the role of the group, of the team
21   was to provide scientific support to decision
22   makers in assessing how to cap or contain the
23   oil from the Macondo well, correct?
24        A.     Yes, that's correct.  What --
25   what we ended up in many cases doing is BP
```

02:09  5
02:10  10
02:10  15
02:10  20
02:10  25

1    would do an analysis, they would present a

2    plan forward, or there would be data; and

3    then we would try to -- we would certainly

4    discuss the meaning of that with them, but we

02:11  5    would also try to independently evaluate

6    using National Lab people and other

7    scientists around the world, including other

8    oil engineers from other companies.

9         Q.    And in order to assess or to

02:11 10    provide this assistance, you needed data,

11    correct?

12         A.    Correct.

13         Q.    And some of that data was

14    provided to you by BP, correct?

02:11 15         A.    I would say most of the data was

16    provided to us by BP.

17         Q.    And getting complete and

18    accurate information from BP was important to

19    you as a scientist for you to do your job,

02:11 20    correct?

21         A.    Correct.

22         Q.    And, again, your job was to help

23    support decision makers on how to deal with

24    this tragedy, correct?

02:11 25         MR. CERNICH:  Objection; form.

          1        A.      Right.  If -- if that -- if the

          2    information was relevant for helping us both

          3    stop the well and -- and providing the

          4    government, the U.S. government with

02:11     5    knowledge on what the state of affairs was,

          6    correct.

          7        Q.      (BY MR. LI)  Now, I believe

          8    previously you testified when Mr. Brock was

          9    asking you questions that BP had been

02:12    10    cooperative, correct?

         11        A.      Yes.

         12        Q.      But there were times when BP was

         13    not as forthcoming with information, correct?

         14        MR. BROCK:  Object to form.

02:12    15        A.      Well, as I said before, if I

         16    specifically asked for information, you know,

         17    more or less they would provide it; but if

         18    you don't know what to ask for, if there's

         19    information that, you know, that they had, we

02:12    20    didn't know -- for example, as I said in a

         21    specific example, this is the design of the

         22    well and they showed us a blueprint; and what

         23    was discouraging was that in the design of

         24    the well and in the well they had all this

02:12    25    thing and the locking nut in place and

```
         1        A.     Well, again, I think while

         2   you're going and -- and -- what we were asked

         3   to do -- actually, we were asked by BP to do

         4   this, also, is they would come to us -- you

02:14    5   know, as the weeks went but I think there was

         6   a -- a mutual respect and trust in that time

         7   and in -- in June -- let's say the June-ish

         8   time frame that we were genuinely trying to

         9   help them stop the leak.

02:15   10        Q.     (BY MR. LI)  Right.

        11        A.     And we were -- that was what we

        12   were focused on.

        13        Q.     Okay.  Now, one of the things

        14   that you were focusing on is source control

02:15   15   eventually, correct?

        16        A.     Yes.

        17        Q.     And by "source control" I mean

        18   methods to contain or collect oil from the

        19   wellhead, you'd agree with that?

02:15   20        A.     I would --

        21        Q.     I mean, agree with that

        22   definition?

        23        A.     I would agree with that, yes.

        24        Q.     And would you agree with me that

02:15   25   having an accurate flow rate is important --
```

1    a flow rate number, a flow rate estimate is

2    important to providing accurate scientific

3    support to the decision makers in source

4    control strategies?

02:15  5         A.    I would agree with that.  I

6    think early on BP was trying to marshall

7    forces to have the adequate to collect as

8    much of the oil as possible, and in these

9    early days immediately after, you know, top

02:16 10    hat was on they felt that the combination of

11    the Discoverer Enterprise, which was -- had a

12    capability of up -- roughly they were

13    averaging 15,000, up to 19 or something like

14    that thousand barrels a day, but due to other

02:16 15    things, roughly 15,000, and the Q9000 would

16    be adequate to contain -- to capture the oil.

17         Q.    But it wasn't, correct?

18         MR. BROCK:  Object to form.

19         A.    It was not.

02:16 20         Q.    (BY MR. LI)  Now, I'm going to

21    move us back from the collection and just

22    talk for a second about flow rate and how one

23    determines flow rate, creates a flow rate

24    estimate.  Would you agree with me that

02:16 25    getting accurate and complete information

1    from BP is a critical precedent to get -- to

2    creating an accurate flow rate assessment?

3           MR. BROCK:  Object to form.

4           A.    I think I was asked before, but,

02:17  5    yes.

6           Q.    (BY MR. LI)  Okay.  I'm going to

7    ask you to turn to Tab 16, which has been

8    previously marked as Exhibit 9646.  It's an

9    e-mail chain.  And if I could direct your

02:17  10   attention to the subject line -- sorry, if I

11   could direct your attention to -- I'm going

12   to point.  I think it's easiest.  This.  Now,

13   this is an e-mail on May 14th, 2010.  It's

14   from you to a number of people, including

02:17  15   Richard Garwin; is that correct?

16          A.    That's correct.

17          Q.    And, again, Richard Garwin is

18   one of the members of your -- of the team --

19   of the informal team that was going to help

02:18  20   provide advice and analysis to the decision

21   makers who were dealing with this crisis,

22   correct?

23          MR. CERNICH:  Object to form.

24          A.    Correct.

02:18  25          Q.    (BY MR. LI)  And you write -- if

```
 1    what to do, they would say this is what we
 2    think should be happening.  This -- they said
 3    that this -- there is a good probability that
 4    this will work, and they would do that.  They
 5    would also tell us what some of the dangers
 6    would be, and we would discuss the
 7    probabilities of the dangers of all of those.
 8         Q.    (BY MR. LI)  Okay.  If I could
 9    ask you to turn to Tab 94, which has been
10    previously marked as Exhibit 9673.  This is
11    an e-mail from Marcia McNutt.  It's actually
12    a chain, but the top e-mail is from Marcia
13    McNutt to a number of folks and it's dated
14    September 7th and the subject line is
15    "Comments on BP's Report."  She writes, and
16    this is in relation to BP's report, "What
17    appears to be missing is a mention of how an
18    earlier, accurate estimate of flow rate might
19    have accelerated full containment."  Did I
20    read that correctly?
21         A.    I believe so.
22         Q.    And would you agree with Ms. --
23    Dr. McNutt?
24         MR. BROCK:  Object to form.
25         A.    I think, yes, that is true.  If
```

1    one knew earlier the amount of flow, things

2    would have been different, yes.

3         Q.    (BY MR. LI)  And by "different"

4    you -- you mean full containment might have

02:22  5    been accelerated?

6         MR. CERNICH:  Objection; form.

7         A.    Again, I wouldn't go so far as

8    that, but the -- the ability to capture more

9    of the oil would have been done the -- and,

02:23  10    again, depending on what the flows were,

11    again, probabilities of whether dynamic kills

12    would have worked or not would have been

13    folded in.

14         Q.    (BY MR. LI)  Okay.  You would

02:23  15    have had -- the science team would have had a

16    better chance at estimating the probabilities

17    of success of the dynamic kill had you had an

18    accurate flow rate estimate, correct?

19         MR. BROCK:  Object to form.

02:23  20         A.    With the caveats that the BOP

21    geometries weren't known, there are all sorts

22    of what we call fingering issues, things of

23    that nature, but, yes.

24         Q.    (BY MR. LI)  Okay.  So you would

02:23  25    have a better chance of estimating the

 1    probabilities of success of the dynamic kill

 2    had you had accurate flow rate information?

 3         MR. BROCK:  Object to form.

 4         A.    Yes.  Again, as I said before,

02:24  5    if the flow is 10 to 15,000 barrels per day

 6    rate versus 50 or 60 or 70,000 barrels, it

 7    changes the probability that a dynamic kill

 8    will work, even just based on all the

 9    previous experiences of dynamic kills.

02:24  10    Q.    (BY MR. LI)  Okay.  I'm going to

11    read the next sentence.  "For example, the

12    coffer dam failed because the flow rate was

13    off by an order of magnitude."  Would you

14    agree with that statement?

02:24  15         MR. CERNICH:  Objection; form.

16         MR. BROCK:  Objection; form.

17         A.    I would -- my understanding of

18    the coffer dam failure, the primary reason it

19    failed was when the oil/gas hit the very cold

02:24  20    water, you immediately formed methane

21    hydrates that plugged it up and -- but then

22    flow also is a factor, but my understanding

23    is -- is the methane hydrate formation that's

24    just actually plugging up this big funnel

02:24  25    thing, it just -- well, methane hydrates did

204

1    that worked at 60,000 barrels.

2         Q.    (BY MR. LI)  And had -- had the

3    science team known that the flow rate was in

4    the 40, 50 --

02:28 5         A.    40, 50.

6         Q.    -- 60,000 barrel range, that

7    would have changed very much the science

8    team's evaluation of whether or not top kill

9    was an advisable strategy, correct?

02:28 10        MR. BROCK:  Object to form.

11        MR. CERNICH:  Object to form.

12        A.    If we knew that flows were in

13    that range, we would have given a lot more

14    thought and calculations, because now you're

02:28 15   talking not only about momentum transfer, you

16    know, some subtleties of fingering, all those

17    other things.  So there would have been more

18    discussion as to whether it would be

19    advisable to go forward with that -- with BP.

02:28 20        Q.    (BY MR. LI)  Okay.  And, I mean,

21    just to sort of try to, as it were, drill

22    down on what you're saying there, the

23    likelihood that you would have advised to

24    pursue the top kill, if you had known that

02:29 25   the flow rate was 40, 50, 60,000 barrels per

1    day decreases, correct?

2         MR. BROCK:  Object to form.

3         MR. CERNICH:  Object to form.

4         A.    That's correct.  If the flow

02:29  5    rate were very much higher, the first thing

6    we would have done was we would have gone

7    around, asked other oil experts, full control

8    experts, things of that nature, under worst

9    circumstances what was the flow in a dynamic

02:29 10    kill, how did it stop, what were the upper

11    reaches, and -- you know, and been talking

12    with BP about that, because this was, you

13    know, a long time in planning, if you -- time

14    in the sense of, you know, not just one or

02:29 15    two days.  You're -- you're -- there's a lot

16    of planning just -- just to even do the

17    logistics and dynamics of this.

18         Q.    (BY MR. LI)  Of the top kill

19    operation?

02:29 20         A.    Of the top kill operation.

21         Q.    You would consider it material

22    to your analysis to know what BP's own

23    internal estimates of the flow rate was,

24    wouldn't you?

02:30 25         A.    Yes.

```
 1              MR. BROCK:  Object to form.
 2         Q.    (BY MR. LI)  And if BP didn't
 3    tell you what its internal estimates of its
 4    flow rates were, they would be withholding
 5    from you material information, correct?
 6              MR. BROCK:  Object to the form.
 7         A.    What I remember them telling us
 8    was that they wanted to proceed with the top
 9    kill, that they were confident that it was
10    going to work, that -- and that they were --
11    had the capability of marshalling counter
12    flows that would overwhelm what was coming
13    up.
14         Q.    (BY MR. LI)  But if they -- if
15    they didn't tell you that they had internal
16    estimates that were significantly higher, in
17    the 40, 50, 60,000 barrel range, you would
18    consider that material information that you
19    did not receive, correct?
20              MR. BROCK:  Object to the form.
21         A.    Yes, that would have -- we would
22    have had more discussions about the
23    feasibility.
24         Q.    (BY MR. LI)  Okay.  I'm going to
25    move down to the next paragraph where it
```

02:30 — line 5
02:30 — line 10
02:30 — line 15
02:31 — line 20
02:31 — line 25

1    mid May time frame?

2        MR. CERNICH:  Object to form.

3        A.    Yes, I would have certainly have

4    liked to seen how they were estimating flows

02:38  5    as it was relevant to well control such as

6    top kill.

7        Q.    (BY MR. LI)  Okay.  I'd ask you

8    to look at Tab 1, which has previously been

9    marked Exhibit 5063.  Do you have it in front

02:38 10    of you?

11        A.    Yes.

12        Q.    Okay.  This is an e-mail from

13    BP's Trevor Hill to BP executive Gordon

14    Birrell, dated April 20th, 2010, attaching a

02:38 15    document called modeling of systems flow --

16    sorry, system flow behavior.

17            Do you see the last sentence of

18    the first paragraph in the e-mail?  We have

19    modeled the whole system from the reservoir

02:38 20    to sea in order to bound the answers on flow

21    rate.

22        MR. BROCK:  Object to form.  The date

23    is, just for the record, April 28.

24        MR. LI:  I apologize, April 28.

02:39 25        A.    Yes, I see that e-mail.

```
        1            Q.      (BY MR. LI)  And --
        2            A.      The e-mail of April 28.
        3            Q.      Okay.  Now, if we can look at
        4       the attachment at Page Bates No. 5263.
02:39   5            A.      5261, 62, 63, yes.
        6            Q.      So we'll start at the top.  It
        7       says, Modeling of system flow behaviour
        8       (reservoir to sea).  Do you see that, the
        9       title of the document?
02:39  10            A.      Yes.
       11            Q.      All right.  And then at the
       12       bottom, there is a -- a chart that sets out
       13       various flow rates of stock tank barrels per
       14       day, has differences in orifice size,
02:39  15       difference -- differences in wellhead flowing
       16       pressure, psi, flow paths, and it has other,
       17       you know, graphs and what have you attached
       18       to this?
       19            A.      Yes.
02:40  20            Q.      And it has estimates from 2,523
       21       stock tank barrels per day all the way up to
       22       65,171 barrels per day; is that correct?
       23            A.      That's correct.
       24            Q.      Did you ever get this Modeling
02:40  25       of system flow behaviour (reservoir to sea)
```

1    from BP?

2         MR. BROCK:  Object to form.

3         A.    No.

4         Q.    (BY MR. LI)  Would this type of

02:40  5    data have been helpful to you in doing your

6    analysis?

7         MR. BROCK:  Object to form, foundation.

8         A.    It would have been relevant,

9    again, in evaluating things like dynamic top

02:40  10   kills.

11        Q.    (BY MR. LI)  If you could turn

12   to Tab 14, which has previously been marked

13   as Exhibit 9156.  This is -- it's an e-mail

14   from Mike Mason to a number of folks, all BP,

02:41  15   and it's dated May 11th, 2010.

16            And if I could direct you to

17   page -- well, Slide 4, which is Bates --

18   ending in Bates No. 41.

19        A.    Uh-huh.

02:41  20        Q.    And do you see how this slide is

21   labeled "Maximum Reservoir Exposed, High K"?

22        A.    Uh-huh.

23        Q.    And in the scenario box, it says

24   88 feet reservoir exposed, 30 mD -- sorry,

02:41  25   300 mD and 3800 psi at wellhead?

```
 1            A.      Uh-huh.

 2            Q.      So this is an estimate based on

 3      a hypothetical that 88 feet of the reservoir

 4      is exposed with high permeability and the

02:42 5      measured back pressure at the wellhead, and

 6      then it varies the flow rate and the skin

 7      value?

 8            MR. CERNICH:  Object to form.

 9            Q.      (BY MR. LI)  Do you see how it

02:42 10     does that?

 11           A.      I have to think about this more,

 12     but it's certainly -- those assumptions are

 13     there and -- and then the skin -- quote, skin

 14     resistive, if you will, yeah.

02:42 15          MR. BROCK:  Sorry, could you speak up

 16     just a tad?  I'm sorry.

 17           A.      (Continuing) Okay.  I was just

 18     commenting -- this is an abbreviated

 19     document, and I wasn't -- I wasn't -- didn't

02:42 20     discuss this with BP people.  So, yes, it was

 21     a scenario based on a certain reservoir

 22     exposure, permeability, all those things.

 23     So, yes.

 24           Q.      (BY MR. LI)  And I'm going to

02:42 25     represent to you that these figures inside
```

1    the boxes are in thousands.

2         MR. BROCK:  Object to form.

3         A.    I can't comment on that.

4         Q.    (BY MR. LI)  Okay.  And that

02:42   5    they relate to estimated flow rates under all

6    these conditions.

7              Would this document and others

8    like it have been helpful to you in providing

9    advice to the decision makers about source

02:43  10    control decisions?

11         MR. BROCK:  Object to the form,

12    foundation.

13         MR. CERNICH:  Object to form.

14         A.    Again, if I'm looking at some of

02:43  15    these higher values in the 40, 50, 60, up to

16    96, but that's no -- yes, it would have been

17    a factor in the probability of dynamic kill.

18         Q.    (BY MR. LI)  Okay.  Did BP give

19    you this information?

02:43  20         MR. BROCK:  Form.

21         A.    No.

22         Q.    (BY MR. LI)  I'd ask you to turn

23    the page and look at the next chart.  I'm not

24    going to go through it in detail with you,

02:43  25    but this is another chart, it says "Partial

218

1    Reservoir Exposed, Low K."

2         A.    All right.

3         Q.    And it has a scenario of 44 feet

4    reservoir exposed, 170 mD, and the same

02:43  5    pressure at the wellhead, and then it

6    provides a number of flow rate estimates.

7         A.    Correct.

8         Q.    Would this have been help- --

9    these estimates have been helpful to you in

02:44 10    providing advice to the decision makers about

11    source control decisions?

12         MR. BROCK:  Object to form.

13         MR. CERNICH:  Object to form.

14         A.    Yes, but these are lower

02:44 15    numbers, but, yes.

16         Q.    (BY MR. LI)  And did BP provide

17    these estimates to you?

18         A.    No.

19         Q.    If I could ask you to turn to

02:44 20    Tab 45, which we're going to mark 11315.  So

21    this is an e-mail from James Markowsky to

22    you, dated May 25th, 2010.  Who is

23    Mr. Mar- -- Markowsky?

24         A.    He was the assistant secretary

02:45 25    for fossil energy in the Department of

228

```
         1              A.      Yes.

         2              Q.      Is that correct?

         3              A.      Yes.

         4              Q.      Were you provided with Ole

02:55    5      Rygg's estimate of blowout rates that ranged

         6      from 37,000 to 87,000 barrels per day?

         7              MR. BROCK:  Object to form.

         8              A.      No.

         9              Q.      (BY MR. LI)  Would that have

02:55   10      helped you in providing advice to the

        11      decision makers about source control

        12      strategies?

        13              MR. BROCK:  Object to form.

        14              A.      Yes.

02:55   15              MR. LI:  Okay.  If we could take a

        16      break.

        17              THE VIDEOGRAPHER:  Off the record,

        18      2:56 p.m.

        19              (Recess from 2:55 p.m. to 3:10 p.m.)

03:09   20              THE VIDEOGRAPHER:  Back on the record

        21      at 3:10 p.m., beginning Tape 6.

        22              Q.      (BY MR. LI)  I'm going to ask

        23      you to look at Tab 39, a document that's now

        24      been marked with Exhibit No. 11317.  You can

03:10   25      mark it.  This is an e-mail from
```

1    their estimates of flow in prior -- a week or

2    two prior to top kill, we would have gotten

3    into much more serious discussions about the

4    feasibility of --

03:12  5        Q.    (BY MR. LI)  And it's possible

6    you would have said that the top kill is not

7    a strategy that should be pursued?

8        MR. CERNICH:  Object to form.

9        MR. BROCK:  Object to form, foundation.

03:12  10       A.    It's possible, but I would just

11    go back to saying it would be a discussion

12    with BP about the probability of success or

13    you move on to something else.

14       Q.    (BY MR. LI)  Okay.

03:12  15       A.    That -- that discussion would

16    have occurred had we known their range of

17    estimates of flow.

18       Q.    And as you sit here today, you

19    can't say that for sure, with certainty, you

03:12  20    would have authorized BP to continue with the

21    top kill procedure?

22       MR. BROCK:  Object -- object to form.

23       MR. CERNICH:  Object to form.

24       A.    That is true in the sense that

03:12  25    it would have depended on all the

1    information, how the discussion went forward.

2         Q.    (BY MR. LI)  And you were not

3    provided with all the information that I've

4    shown you today, were you?

03:13  5         MR. BROCK:  Object to form.

6         A.    I will -- we were not provided

7    the -- the team or I were not provided with

8    that.

9         Q.    (BY MR. LI)  Okay.  Now, I'm

03:13  10   going to read the second paragraph.  Plan B:

11   abandon kill, cut off pipe, install a cap

12   stack that will capture all the pollution and

13   produce oil until well is sealed through

14   relief well-this will control the pollution

03:13  15   but will not kill the well.

16   "Schedule-proceed immediately upon decision

17   that top kill will not work, and complete two

18   days later."

19        At what point in the relief

03:13  20   efforts did you become aware of the

21   availability of a cap stack as a source

22   control option?

23        A.    I can't really say exactly when.

24   In -- in -- whether it was before or after

03:13  25   this.  But, certainly -- I can't really say,

307

```
 1              MR. CERNICH:  Objection; form.
 2         A.    (Continuing)  I don't recall a
 3    detailed discussion of this at all, in fact.
 4         Q.    (BY MR. BROCK)  All right.  Now,
 5    did you understand that unlike momentum or
 6    dynamic kill, that the technique of junk shot
 7    was not dependent on the initial flow rate?
 8              MR. CERNICH:  Object to form.
 9         A.    I -- no.  All of -- all of these
10    things are dependent on flow rate.  The idea
11    of junk shot was it would -- if there were
12    large holes, if you will, or orifices where a
13    lot of the oil would be coming out, that the
14    junk shot would partially clog those
15    orifices, slow down at least temporarily the
16    amount of oil coming out that would help in
17    the dynamic kill.
18         Q.    (BY MR. BROCK)  Right.
19         A.    But it would certainly depend on
20    the flow, because --
21         Q.    Right.
22         A.    Right.
23         Q.    The material that you were
24    putting into the BOP would serve as bridging
25    material to assist in the -- in the
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    killing -- in killing of the well, if it

2    worked as planned?

3         A.    Well, BP was putting that

4    material in, and the idea was that it would

05:14  5    partially clog the big diameter orifices that

6    would, again, temporarily at least slow the

7    flow rate up, and that would give more chance

8    of the mud doing what it was supposed to do.

9         Q.    Do you have a judgment or a view

05:14 10    as to what flow rate the junk shot part of

11    top kill would effectively shut-in?

12         MR. CERNICH:  Object to form.

13         A.    No, I don't.  When BP came to us

14    later, they were arguing that they felt

05:14 15    confident it would work.  I believe the words

16    Kent Wells used, that this is a slam dunk.

17         Q.    (BY MR. BROCK)  Did you think it

18    was a slam dunk?

19         MR. CERNICH:  Object to form.

05:15 20         A.    In the early part of May there

21    was a -- we were listening and trying to

22    evaluate based on that, but certainly after

23    the event and after the postmortem, that's

24    where we began to be much more critical about

05:15 25    what BP planned to do, because I think there