01-41219
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ole Rygg, Ph.D.
VOLUME 1

OCTOBER 3, 2012

# COPY



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    A.   As -- as "top kill" as a phrase of the
2  whole operation, yes.
3    Q.   And it also included what, besides the
4  junk shot?  What -- anything else?  I just want
5  to know what your understanding of the entire top
6  kill process included.
7    A.   The top kill included a pumping into the
8  wellhead of the mud, as well as pumping the --
9  the different materials into the wellhead,
10 together with the mud.
11       (Discussion off the record.)
12          MR. LUNDY:  Yeah.  That's what I'm
13 getting to.
14   Q.   (By Mr. Lundy) From this E-mail that's
15 been previously marked as Exhibit 8537, from you
16 to Kurt Mix, when you say:  "Kurt, look at the
17 presentation.  Interesting results.  Looks like
18 the 15 000 bopd, you cannot kill it with 50 bpm,"
19 based upon the subject matter, or in the subject
20 line, you're -- are you saying that -- that with
21 15,000 barrels per day flow rate that the top
22 kill would not work?
23   A.   What I'm saying in this E-mail is that if
24 the flow rate was 15,000, the modeling was
25 showing that with pumping 50 barrels a minute

1   into the wellhead it would not reach the pressure
2   that will stop the flow.
3       Q.  What was going to be pumped -- or what
4   was -- into the wellhead dur -- for the top --
5   during the top kill process?
6       A.  Mud.  The plan was to pump mud into the
7   wellhead.
8       Q.  At -- at what rate?
9       A.  At the time I was informed that the
10  maximum rate was 50 barrels a minute they could
11  pump.
12      Q.  Okay.  And what you're telling them is
13  that the top kill won't work at 50 barrels per
14  minute if the flow rate is 15,000 barrels or
15  greater, correct?
16      A.  What I'm telling here is that a modeling
17  is showing that if the -- it's flowing 15,000
18  barrels of oil per day, and you pump 50 barrels a
19  minute into the wellhead, it will not create the
20  pressure that will stop the flow.
21      Q.  It's the same thing as saying it's not
22  going to work at -- at 50 barrels per minute,
23  correct?
24              MS. O'CONNOR:  Objection, form.
25      A.  Just what I said, that if you don't

```
 1         A.  Yes.
 2         Q.  Okay.  The "Subject" line is "Final top
 3   kill runs."
 4             Is that correct?
 5         A.  Yes.
 6         Q.  What's does "final top kill runs" mean?
 7         A.  I don't know.
 8         Q.  Okay.  Well, it's sent on May 29th.
 9   That's just after the top kill had failed; is
10   that correct?
11         A.  Yeah, that was after the -- the last
12   attempt.
13         Q.  Okay.  If you could please look at the
14   paragraph that follows the bullet points, the one
15   that begins:  "Simulating pumping..."
16             Do you see that?
17         A.  Yes.
18         Q.  He says -- Thomas Selbekk writes:
19   "Simulating pumping at 78 bpm shows a flat
20   pressure curve, fairly low max pressure and
21   hardly any drop in pressure, consistent with a
22   situation where basically no mud enters the
23   wellbore."
24             Is Mr. Selbekk telling Mr. Mix from BP
25   that he was able to construct a model that
```

1  matched the top kill data and that showed no mud
2  entering the wellbore?
3      A.  What he's trying to -- to say, I believe,
4  is that he -- with the assumption of that -- that
5  model he -- he put together and simulating the 78
6  barrels a minute pump rate, he couldn't see in
7  the model that any mud entered down below the
8  injection point.
9      Q.  Okay.  So it was -- in other words, it
10 was possible to construct a model based on the
11 top kill data that came out during the top kill
12 that showed that mud did not go down below the
13 injection point; is that right?
14     A.  Yeah, that this is what he's trying to do
15 here, is -- is to -- to try to match the pressure
16 recordings from the operations --
17     Q.  Okay.  Then he --
18     A.  -- with -- with --
19     Q.  Sorry.
20     A.  -- with -- with a case of the 78 barrels
21 a minute pumping rate.
22     Q.  Okay.  Now, in the next paragraph, he
23 goes on to say:  "There are other combinations
24 that would give the same outcome, e.g. opening
25 around rams etc..."

1              And by that, he means there's other ways
2      you could construct the model and reach that same
3      result, right?
4          A.   Yeah, that's the whole point here, is
5      that there are a number of unknowns so you can
6      change different parameters and still get -- get
7      a comparison with the --
8          Q.   Okay.
9          A.   -- with the pressure points.
10         Q.   And then he goes on, and he says:
11     "...there are strong indications that a curve
12     with this shape is the result of a situation
13     where there is not enough restriction at surface
14     to create enough pressure to force the mud into
15     the well."
16             And so he was saying that there were
17     strong indications that the top kill had failed
18     because the mud had not gone down into the
19     wellbore; is that right?
20         A.   No, that -- this is not what this is
21     saying.  What he's saying is that the shape of
22     the curve of the pressure needs to be a certain
23     way for the indications of the mud going --
24     going -- going down into the wellbore, meaning
25     that the -- the pressure needs to -- to -- to

1    increase for the -- the flow to stop and then the
2    mud to enter down the wellbore.
3        Q.  The pressure curve that he's referring to
4    is the pressure curve that was actually observed
5    during the top kill; is that correct?
6        A.  I believe so.  If that's the last -- the
7    last one here, yes.  That's the -- that's the red
8    dotted lines on that.
9        Q.  So based on the pressure curve that was
10   actually seen during the top kill, there were
11   strong indications that there was not enough
12   pressure created through the top kill to cause
13   the mud down into the well; is that correct?
14       A.  Well, the -- the whole point with the
15   pressure is that you need the pressure increase
16   to stop the flow, and that's what he's referring
17   to in the E-mail.
18       Q.  Is the answer to my question "Yes," sir?
19       A.  I'm not certain.  You have to rephrase
20   it.
21       Q.  Okay.  So I'm just going to read -- read
22   it back to you.  "Based on the pressure curve
23   that was actually observed during the top kill,
24   there was a strong indication that there was not
25   enough pressure created through the top kill to

1   cause the mud to go down into the well."
2         Is that right?
3      A. Yes, yes.
4      Q. Okay. Thank you.
5         And, obviously, if the mud didn't go down
6   into the wellbore, it didn't go out the burst
7   disk, right?
8      A. I'm not sure you can draw that conclusion
9   from this simulation.
10     Q. Well, if -- let me -- let me just break
11  it down. If you assume that the mud did not go
12  down the wellbore, can you make that assumption
13  for me?
14     A. Okay.
15     Q. If you make that assumption, then the mud
16  could not have gone out the burst disk, right?
17     A. Correct.
18     Q. Thank you. All right.
19        I'm going to show you Tab 9 which has
20  previously been marked as Exhibit 8537.
21           THE COURT REPORTER: Doctor, can I
22  have those two exhibits?
23           THE WITNESS: Sure.
24     Q. (By Mr. Davis-Denny) You've seen this
25  E-mail before, sir. I -- I just want to ask you