01-41010
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>)<br>) MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



**Richard Vargo**
VOLUME 1

AUGUST 22, 2012

**COPY**



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
      1            Q.     "Do Not Kill Well, More Oil
      2     Flowing," correct?
      3            A.     Yes.
      4            Q.     So according to this document
09:34 5     from BP, the top kill could make the
      6     situation worse by not killing the well and
      7     more oil would flow primarily due to erosion
      8     in the kink, correct?
      9            A.     Yes.
09:34 10           Q.     And then "People, Pressure,
      11    SIMOPS," correct?
      12           A.     Yes.
      13           Q.     Do you know what that risk is?
      14           A.     The "People, Pressure, SIMOPS,"
09:34 15    certainly risks to people.  Obviously, doing
      16    an operation like this is dangerous, and so
      17    risk to people getting hurt, that was -- that
      18    was definitely a top risk.
      19           Q.     There was a lot of boats moving
09:35 20    around, a lot of things happening out there?
      21           A.     Yes, sir.
      22           Q.     Pressure data reliability,
      23    correct?
      24           A.     Yes.
09:35 25           Q.     Do you know what that risk is?
```