01-41907
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# James Wellings

**VOLUME 1**

JANUARY 16, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1       MR. BENTSEN:  Objection, form.
2       A.    I don't remember somebody
3  specifically coming to me and -- and stating
4  that.  I seem to remember that the reshuffle
5  there was -- I went to the Q4000 was I was
6  told in a planning meeting.  In a planning
7  meeting.
8       Q.    Turn in your notebook to tab 93.
9       A.    Okay.
10      Q.    And we will mark this as
11 exhibit 11231.
12      (Exhibit Number 11231 marked.)
13      Q.    You see that this an e-mail from
14 David Clarkson?
15      A.    Uh-huh.
16      Q.    Do you know Mr. Clarkson?
17      A.    Yes.
18      Q.    Did he work on the capping
19 effort?
20      A.    No.  He was with -- he was
21 Richard Lynch's deputy, doing the overall
22 coordination and organization of all the
23 different options.
24      Q.    So he had like an oversight role
25 over all of the response efforts?

1       A.      Correct.
2       Q.      Okay.  And he writes this e-mail
3   on May 30th, correct?
4       A.      Correct.
5       Q.      And you're on this e-mail,
6   right?
7       A.      Yes, I am.
8       Q.      Okay.  And what he writes is,
9   please note that as we have made the decision
10  not to go BOP on BOP, we will remove that
11  from the next issue of the schedule.
12              Did I read that correctly?
13      A.      Yes.
14      Q.      Does that refresh your memory of
15  being told that you were no longer going to
16  work the BOP-on-BOP option?
17      A.      I guess -- I guess that does.
18      Q.      Did anybody --
19      A.      It was never told to me.  It was
20  sent in an e-mail, I guess.
21      Q.      Okay.
22      A.      This is part of the planning
23  meeting that I would have attended where I
24  found that out.  Yeah.  And he thanked me for
25  my support.

1    Q.    Turn to tab 91.  And we're going
2    to mark this as exhibit 11232.
3         (Exhibit Number 11232 marked.)
4    Q.    Is this an e-mail you wrote,
5    sir?
6    A.    Yes, it is.
7    Q.    And this is an e-mail you wrote
8    in your -- within your scope of
9    responsibilities?
10   A.    Yes.
11   Q.    Okay.  And you wrote on May 30th
12   of 2010 to a group of people.
13        Who are these people you've
14   written this to?
15   A.    Let's see.  Some of them were
16   working on the BOP-on-BOP option on my team.
17   Some of them were working on capping option,
18   capping stack option.  And some of them are
19   just being sent for general information.
20   Excuse me.
21   Q.    Did -- was this group primarily
22   your well capping team?
23   A.    Yes.
24   Q.    Okay.
25   A.    Well, that and the DD-II team.

1		Q.	Okay.
2		A.	Excuse me.
3		Q.	And you say, subject line,
4	thanks for the good work, BOP on BOP and
5	capping stack team, right?
6		A.	Correct.
7		Q.	And you write, BP has decided to
8	go another route and will not be doing the
9	BOP on BOP for a while.  Eventually, I think
10	a BOP will have to be put on the HORIZON
11	lower BOP to clean out the well after kill
12	operations.  All the good work you guys did
13	will not go for naught.  I'm moving on to the
14	Q4000 team to set up for short-term flaring
15	operations, so we will be disbanding the
16	BOP-on-BOP team for now.
17			Did I read that correctly?
18		A.	Yes.
19		Q.	So you're no longer working the
20	BOP option -- BOP-on-BOP option and you have
21	disbanded the team, correct?
22		A.	Apparently, yes.
23		Q.	Well, that's what you wrote,
24	right?
25		A.	Uh-huh.

Case 2:10-md-02179-CJB-DPC   Document 8722-89   Filed 03/01/13   Page 6 of 6

193

```
1        Q.    Who told you to disband the
2   team?
3        A.    I don't recall.  It probably
4   would have been Dave Clarkson or Richard
5   Lynch.
6        Q.    Do you agree now that you were
7   instructed to move on from the BOP-on-BOP
8   option, to no longer work it?
9        A.    I believe I said it was worked
10  to fruition, if you will.  And they didn't
11  really see anything else left to do.  It was
12  there ready to go on another rig, if
13  available.  There wasn't any more work to be
14  done.
15       Q.    Okay. Go to tab 90, and we'll
16  mark this as exhibit 11233.
17       (Exhibit Number 11233 marked.)
18       Q.    And you see that this an e-mail
19  from you to John Schwebel?
20       A.    Schwebel, yep.
21       Q.    And this is an e-mail you wrote?
22       A.    Correct.
23       Q.    On May 30th of 2010, right?
24       A.    Yes.
25       Q.    Within the scope of your
```

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**