01-42041
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## CMDR. RICHARD FERRELL BRANNON
### VOLUME 1

JANUARY 07, 2013

## COPY



Systems Technology for the Litigation World

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

```
 1        Q.  And they also -- and in Attempts 2 and 3,
 2   it looks like they added the -- it's -- when
 3   the -- when it says:  "...15 shots of bridging
 4   material," would that be the junk shot?
 5        A.  Yes.
 6        Q.  Okay.  So the junk shot was attempted in
 7   addition to the dynamic kill in Attempts 2 and 3,
 8   correct?
 9        A.  Correct.
10        Q.  And then you see:  "Conclusions and Path
11   Forward"?
12        A.  Yes.
13        Q.  And -- and Bullet Point No. 2 says:
14   "Shutting the well in" the "(BOP on BOP) will
15   likely lead to broaching."
16            Do you see that?
17        A.  Yes.
18        Q.  Was that -- did BP provide that
19   conclusion to you, as well?
20        A.  Yes.  This -- this information I have
21   here in bold print, I may have copied it directly
22   off of a BP Daily Report.
23        Q.  Okay.  So it was BP that determined
24   shutting in the well will likely lead to
25   broaching, correct?
```

1            MR. BENTSEN:  Objection, form.
2       A.   That -- that was the information that was
3  provided, yes.
4       Q.   (By Mr. Lundy) Okay.  And then you
5  forwarded this on to all those that are listed in
6  the E-mail?
7       A.   Yes.
8       Q.   Okay.  When -- when we talk about "BOP on
9  BOP," are we also talking about the capping stack
10 option?
11      A.   I believe that would be considered part
12 of the capping stack, yes.
13      Q.   Okay.  And it was -- and you know that it
14 was the capping stack that was ultimately used in
15 July successfully to kill the well, correct?
16      A.   I wasn't there, but I believe that's the
17 way it finally ended, yes.
18      Q.   Okay.  When did you leave the Command?
19      A.   July the 1st, I believe it was.
20      Q.   Okay.  So you weren't involved in the
21 discussions about the capping stack at all?
22      A.   If I was, it was very preliminary.  I
23 think that may have been one of the options that
24 were -- was coming up with after the -- the
25 dynamic kill and the top cap was put on or Top