01-41914
RM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert Markham Patteson

**VOLUME 1**

JANUARY 23, 2013

## COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

04:37  1    "Conclusions & Path Forward," right?

04:37  2         A.    Yeah, conclusion path forward.

04:38  3         Q.    The document doesn't list any other

04:38  4    scenarios, right?  It's just those three,

04:38  5    correct?

04:38  6         MR. BREEN:

04:38  7              Objection, form.

04:38  8         A.    Could you repeat the question?  I'm

04:38  9    sorry.

04:38 10    EXAMINATION BY MR. BARR:

04:38 11         Q.    The document only lists the three

04:38 12    scenarios we've looked at, right?

04:38 13         A.    I believe you're right, yes.

04:38 14         Q.    Okay.  There's no scenario on too

04:38 15    much flow, is there?

04:38 16         MR. BREEN:

04:38 17              Objection, form.

04:38 18         MR. BENTSEN:

04:38 19              Form.

04:38 20         A.    Please repeat.

04:38 21    EXAMINATION BY MR. BARR:

04:38 22         Q.    There's not a single scenario that

04:38 23    says the well is flowing at too high a rate, is

04:38 24    there?

04:38 25         MR. BENTSEN:

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

04:38  1                    Objection, form.

04:38  2           MR. BREEN:

04:38  3                    Objection --

04:38  4           A.      There's nothing on the doc --

04:38  5           MR. BREEN:

04:38  6                    -- form.

04:38  7           A.      There's nothing on the document I

04:38  8    saw that said that.

04:38  9    EXAMINATION BY MR. BARR:

04:38  10          Q.      Okay.  Even though Ole Rygg told

04:38  11   Kurt Mix the well -- the top kill cannot work if

04:38  12   the well was flowing at more than 15,000 barrels

04:38  13   per day and we pump mud at 50 barrels per minute,

04:38  14   correct?

04:38  15          MR. BENTSEN:

04:38  16                   Objection, form.

04:38  17          MR. BREEN:

04:38  18                   Objection, form.

04:38  19          A.      We saw the e-mail in which Ole --

04:38  20   Dr. Rygg's model run appeared to indicate that

04:38  21   that was his view.

04:38  22   EXAMINATION BY MR. BARR:

04:38  23          Q.      Don't you think it was inappropriate

04:39  24   that the scenario of too much flow was never

04:39  25   offered as a reason for why the top kill failed?