# <u>Exhibit 93</u>

Depo Ex. No. 9265 -

Thomas Hunter

Filed Under Seal