

**Report**

# Dynamic Simulations

Deepwater Horizon Incident

BP

31 MAY, 2010



add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125334
BPD007-022337

## Dynamic Simulations
## Deepwater Horizon Incident

| DATE:<br>May 31. 2010 | REVISION / REFERENCE ID:<br>0 | | PAGES:<br>48 |
|---|---|---|---|
| CLIENT:<br>BP | | | |
| CONTACT:<br>Kent Corser | | | |
| DISTRIBUTION:<br>BP, add wellflow, Boots & Coots | | | |

| ROLE: | NAME: | SIGNATURE: |
|---|---|---|
| Author | Morten Haug Emilsen | *Morten Haug Emilsen* |
| Author | | |
| Reviewer | | |
| | | |



**add energy**

add wellflow as
Billingstadsletta 19B
P.O.Box 165
1376 Billingstad
Norway

tel +47 66 98 32 90
fax +47 66 98 32 99

org. no. 962 238 742

**addenergy.no**

ABSTRACT:
This report summarizes the modeling and dynamic simulations performed in response to the blowout occurring on well MC252 #1 the 20th of April 2010. The work has been done in the Horizon Incident Investigation Team that was established right after the incident.

Simulations were performed using OLGA-WELL-KILL[1], a software developed for well control applications. Fluid characterization and properties are generated by using PVTsim[2] (from Calsep).

For more information about **add wellflow**, visit www.addenergy.no

KEY WORDS:
Dynamic Simulations, Well Control

REPRODUCTION:
This report is created by **add wellflow as**, Norway. The report may not be altered or edited in any way or otherwise copied for public or private use without written permission from the author.

[1] Powered by OLGA from SPT-Group
[2] From Calsep

CONFIDENTIAL

| BP | Page: | iii |
|---|---|---|
| Dynamic Simulations | Rev.: | 0 |
| Deepwater Horizon Incident | Date: | May 10 |

# Table of Contents

SUMMARY ............................................................................................................................... V

1. BACKGROUND INFORMATION AND INPUT DATA ......................................................... 8
    1.1   General ............................................................................................................... 8
    1.2   Well location ....................................................................................................... 8
    1.3   Water Depth........................................................................................................ 8
    1.4   Drilling Rig ......................................................................................................... 9
    1.5   Reservoir fluid.................................................................................................... 9
    1.6   Mud data .......................................................................................................... 10
    1.7   Reservoir data .................................................................................................. 11
    1.8   Pore and fracture pressure profile.................................................................... 12
    1.9   Temperature profile ......................................................................................... 14
    1.10  Well configuration and casing design............................................................... 16

2. EVENTS LEADING UP THE WELL CONTROL INCIDENT............................................. 19

3. RESULTS ....................................................................................................................... 22
    3.1   Oil density with pressure and temperature....................................................... 22
    3.2   Inflow performance ........................................................................................... 24
    3.3   Compressibility of the 14 ppg mud ................................................................... 25
    3.4   Blowout potentials............................................................................................ 27
    3.5   Shut-in pressures with hydrocarbons in the wellbore....................................... 29
    3.6   Initial simulation with flow through casing and full reservoir exposure.............. 31
    3.7   Initial simulation with flow through outer annulus ............................................ 32
    3.8   Shut-in pressure considerations....................................................................... 34
    3.9   Flow inside casing based on 13 ppg sand and 4 ft net exposure ..................... 36
    3.10  Simulations based on a leaking annular and no influx before circulation .......... 38
    3.11  Pressure drop in surface lines......................................................................... 40
    3.12  Pressure drop across leaking annular.............................................................. 41
    3.13  Sensitivities with respect to potential events after 21:30................................. 43
    3.14  Flow through annulus based on leaking annular and no influx before circ ........ 45

A. APPENDIX A ................................................................................................................... 47

B. REFERENCES ................................................................................................................ 48

CONFIDENTIAL

BP-HZN-BLY00125336
BPD007-022339



BP                                                                          Page:        iv
Dynamic Simulations                                                         Rev.          0
Deepwater Horizon Incident                                                  Date:    May 10

## List of Tables

Table 1.1:   Reservoir fluid composition ........................................................... 9
Table 1.2:   Key fluid data ............................................................................. 10
Table 1.3:   Rheology data for synthetic oil based mud and Form-a-set spacer ............... 11
Table 1.4:   Top sands .................................................................................... 11
Table 1.5:   Outer casing strings ..................................................................... 16
Table 1.6:   Inner casing strings (cemented) ................................................... 16
Table 1.7:   Drillpipe dimensions .................................................................... 16
Table 3.1:   Float conversion attempts ........................................................... 25
Table 3.2:   Casing pressure test .................................................................... 26
Table 3.3:   Blowout potential versus flow path, net pay and exit point ................ 27
Table 3.4:   Distribution of flow for casing scenario to surface ......................... 27
Table 3.5:   Distribution of flow for casing scenario to seabed ......................... 27
Table 3.6:   Pressure fluctuations the last minutes before explosion ................ 43

## List of Figures

Figure 1.1:   Field location ................................................................................. 8
Figure 1.2:   Deepwater Horizon ....................................................................... 9
Figure 1.3:   Phase envelope ............................................................................ 10
Figure 1.4:   Reservoir zones ........................................................................... 12
Figure 1.5:   Pore and fracture pressure profile ............................................... 13
Figure 1.6:   Pore and fracture pressure, EMW ............................................... 14
Figure 1.7:   Temperature profile ..................................................................... 15
Figure 1.8:   Well schematic, tvd to scale ....................................................... 17
Figure 1.9:   Well schematic with capacities ................................................... 18
Figure 2.1:   Recorded drillpipe pressures from 16:00 to 21:49 ....................... 20
Figure 2.2:   Drillpipe pressures from 16:50 to 17:20 ..................................... 20
Figure 2.3:   Drillpipe pressures from 17:20 to 18:40 ..................................... 21
Figure 2.4:   Drillpipe pressures from 20:00 to 21:49 ..................................... 21
Figure 3.1:   Oil density versus pressure, temperature = 239 °F ....................... 22
Figure 3.2:   Oil density versus temperature, pressure = 11 600 psia ............... 23
Figure 3.3:   Volume expansion for a 40 bbl oil kick migrating to surface through 14 ppg mud ... 23
Figure 3.4:   Inflow performance curves based on 4 ft and 86 ft of 300 mD sand ........ 24
Figure 3.5:   In-situ IPR curves based on 4 ft and 86 ft of 300 mD sand ............ 25
Figure 3.6:   Casing pressure test from 234 psi to 2617 psi (6.0 bbl) ............... 26
Figure 3.7:   Blowout potential with flow from shoe through drillpipe and annulus ......... 28
Figure 3.8:   Blowout potential with flow from shoe through drillpipe only ........ 28
Figure 3.9:   Blowout potential through casing shoe versus FWHP ................... 29
Figure 3.10:  Examples of dynamic shut-in pressures, shut-in at seabed ........... 30
Figure 3.11:  Simulated versus logged pressure for casing scenario, initial run ....... 31
Figure 3.12:  Simulated flow rates at surface for casing scenario, initial run ........ 32
Figure 3.13:  Simulated versus logged pressure for outer annulus scenario, initial run ... 33
Figure 3.14:  Rates at surface for outer annulus scenario, initial run ............... 33
Figure 3.15:  Kick and shut-in pressures ........................................................ 35
Figure 3.16:  Shut-in pressures with no hydrocarbons and water in drillpipe ...... 36
Figure 3.17:  Stand pipe pressures casing scenario, 13 ppg pore pressure ........ 37
Figure 3.18:  Rates at surface for casing scenario, 13 ppg pore pressure .......... 37
Figure 3.19:  Pump schedule, 20:00 – 21:30, from data log and input to model ... 39
Figure 3.20:  Stand pipe pressure, casing scenario, no pressure buildups .......... 39
Figure 3.21:  Flow rates, casing scenario ....................................................... 40
Figure 3.22:  Frictional pressure loss in 500 ft pipe with 14 ppg mud ............... 41
Figure 3.23:  Annular preventer ...................................................................... 42
Figure 3.24:  Pressure drop across leaking annular ......................................... 42
Figure 3.25:  Pressure response for a sudden shut-in at surface (no flow) ......... 44
Figure 3.26:  Simulations of circulation with flow through shoe, pressure buildups ...... 45
Figure 3.27:  Pressure profile in outer annulus to balance 13 ppg sand ............ 46

æ add energy                                                               add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125337
BPD007-022340

## Summary

This report summarizes the dynamic simulations and evaluations performed in response to the Deepwater Horizon blowout that occurred 20th of April 2010. The incident occurred during a negative test performed to check the integrity of the well barriers (cement, float, casing and seal assembly).

The evaluations and findings made during this work (to the date of this report) are based on witness statements, printouts from the SDL fast data set and cement unit log in addition to the well MC252's design, reservoir properties and reservoir fluid composition. A detailed dynamic OLGA-WELL-KILL network model has been build, used and found as a valuable tool to analyze and understand the transients occurring in the wellbore right before the explosion. The model includes the casing, the tapered drillpipe, kill line, outer annulus, riser, surface piping, mud degas separator, pumps, valves and control systems. The fluids include seawater, the Form-A-Set spacer, 14 ppg mud and hydrocarbons. The start time of the simulation model has been 15:00 when the entire wellbore was filled with 14 ppg mud. Simulations have been performed following the operations for the entire period until the last data recording at 21:49.

The main reservoir in the MC252 well consists of two oil bearing sands, the Upper and the Lower M56. Both sands have a pore pressure of 12.6 ppg. The top of the Upper M56 is at 18086 ft tvd rkb  and only few feet separates the upper ant the lower sands. An analysis of the specified reservoir fluid composition reveals an under-saturated oil with a bubble point at 6500 psi at reservoir temperature. The density of the oil will, above the bubble point pressure, decrease with decreasing pressure and increase with decreasing temperature.

The properties of the oil are of such a character that a potential influx will maintain the volume when migrating through the mud towards seabed. This will challenge kick detection after a kick is taken as pit gains will be limited before the kick is right below the BOP. The crew will have less time to react, and once a well control problem is apparent, a late detection can mean that gas is already inside the riser before the BOP is closed. This behavior is different from a gas kick, but still not uncommon for deepwater drilling operations. Awareness and knowledge of these mechanisms are important.

The target reservoir sands are very prolific. Based on 300 mD and 86 feet net pay, the inflow performance curve indicates a productivity index of 49 stb/d/psi for pressures above the bubble point pressure. This contributes to a fast unloading of the well if it is left open to flow in an underbalanced condition. For example will a drawdown of only 1000 psi result in an influx of 73 bpm of oil from the reservoir into the wellbore. This is equivalent to a rate of 34 stb/m at surface conditions, the oil formation volume factor is 2.14 bbl/stb.

The well's blowout potentials are calculated to get an idea of the maximum flowrate. The worst case blowout rate to surface is calculated to be 68 000 stb/d assuming flow through the casing shoe and 47 000 stb/d assuming flow through the outer annulus.

CONFIDENTIAL

The release rates to seabed are somewhat lower. The blowout potential through the drillpipe to seabed is 40 000 stb/d without any restrictions and fully exposed reservoir.

The well's shut-in pressure is calculated to be 6800 psi if the well is shut-in at surface using the IBOP, and 8250 psi if it is shut-in at seabed using the BOP. Both pressures are above the bubble point pressure, and no gas will be present after a long shut-in period and equilibrium is obtained.

Changes in witness statements have challenged the job of determining the conditions in the wellbore prior to and during the period where influx from the reservoir was taken. Due to a poor volume control on the rig during the negative test and the spacer displacement, these statements were important inputs to the Investigation Team. During the bleed downs, the pressure at down hole conditions dropped below the pore pressure, and initially, a gain of 60 - 85 bbl was believed to be taken. Simulations were performed assuming influx in the outer annulus due to a failed seal assembly, and through the casing shoe.

Later it become evident that the riser was filled up with 50-60 bbls during this period due to a leaking annular preventer and hence no, or only a small influx was taken during these bleed downs. This information changed the premises quite a lot with respect to the evaluations and flow path determinations. First of all, the new information indicates barrier integrity during the bleed down, since the conditions were underbalanced during these operations. The equivalent down hole pressure inside the casing was 11.5 ppg at this time with zero pressure on the drillpipe and influx would be taken if the reservoir was open to flow. The pressure in the outer annulus was 12.0 ppg, also at underbalanced conditions.

The constant shut-in pressure of 1400 psi measured on the drillpipe between 18:35 and 20:00 is not possible to explain based on a pore pressure of 12.6 ppg, observations and witness statements. With only mud in the wellbore and seawater in the drillpipe, the shut-in pressure should be 1030 psi if communication to the reservoir was through the casing shoe, and only 600 psi if communication was through the seal assembly. The pressure difference cannot be explained by an influx through the shoe as this requires a volume much higher than the logged and reported as gains. A sand pressurized at 13.0 ppg will however match the observed 1400 psi shut-in if the reservoir pressure is communicated through the shoe. If the pressure is communicated from a 13.0 ppg sand through the outer annulus, the resulting shut-in pressure is still too low.

During the spacer displacement, the drillpipe pressure was reading 1000 psi and increasing after the pumps were shut down for the sheen test at 21:08. This pressure increase was most likely caused by an influx. At this time, 1300 bbl of water had been pumped and both the drillpipe and the annulus (between the drillpipe and the casing) were fully displaced to water. At this point in time, the pressure at the formation is underbalanced only if the communication is through the casing shoe. A kick of more than 25 bbl is required from a 13.0 ppg pressurized sand in order to become underbalanced in the outer annulus at this time.

CONFIDENTIAL

Based on the simulations, evidence and evaluations performed it is believed that the initial flow path was through a leaking casing shoe and up inside the casing. Further it is believed that when the pumps were shut in at 21:30, the crew was trying to close the BOP, most likely one of the annular preventers. This was obviously not sealing 100 % and the flow continued. At 21:36:25 it is believed that the drillpipe was opened and bled down to the cement unit until 21:38:05. The leak in the BOP continued until 21:47, where a dramatic pressure response is observed on the drillpipe. This response can be explained by finally establishing a 100% seal at the BOP. It is believed that one of the pipe rams was closed at this time.

The last pressure recording on the drillpipe is 5730 psi. According to the simulations, this pressure corresponds to a shut-in pressure with only hydrocarbons in the wellbore. Further, it is believed that this pressure is above the design pressure of the surface equipment and the ECD set points of the pumps were probably reached with that consequence that the blowout continued through the drillpipe to surface. The volume of the drillpipe is 207 bbls, initially filled with water and some hydrocarbons from the short bleed down, and this will be unloaded in 2 minutes according to the simulations. After closing the BOP, the riser will still flow and unload due to the presence of hydrocarbons above the BOP. The blowout rate through the drillpipe to surface is estimated to 28 000 stb/d. This will also be the blowout rate to seabed.



add energy                                                                                    add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125340

BPD007-022343

# 1.   Background Information and Input Data

## 1.1   General

On April 20th 2010, a fire and explosion occurred onboard the Deepwater Horizon rig while it was working on the HPHT well MC252 #1 offshore Louisiana. The rig had cemented the casing and complications occurred during and after performing a negative test (standard procedure to test the cement job). Explosions occurred with subsequent fire and uncontrolled flow of hydrocarbons and a total loss of well control. The rig sank April 22nd.

An investigation team was established immediately to evaluate the causes of the accident. Add wellflow was asked to contribute to the engineering support team with dynamic analysis, simulations and evaluations, and this report summarizes the work performed.

## 1.2   Well location

The well is located on the Macondo prospect situated on Mississippi Canyon block 252 (MC 252), offshore Louisiana, Gulf of Mexico, 52 miles southeast of the Louisiana port of Venice.



*Figure 1.1:  Field location*

## 1.3   Water Depth

The water depth at the spud location is 4992 ft MSL.

CONFIDENTIAL

## 1.4   Drilling Rig

The Deepwater Horizon was a dynamic positioned semi-submersible drilling unit capable of operating in harsh environments and water depths up to 8 000 ft using 18 ¾" 15 000 psi BOP and 21" OD (19 ½" ID) marine riser. The air gap (rkb – MSL) is 75 ft.



*Figure 1.2:  Deepwater Horizon*

## 1.5   Reservoir fluid

The reservoir fluid is an under-saturated oil with a GOR of 2824 scf/stb. The fluid composition is shown in Table 1.1. Some key fluid parameters are shown in Table 1.2 and the phase envelope is shown in Figure 1.3.

*Table 1.1:   Reservoir fluid composition*

| Component | Mole frac | mole wt. | liq. dens |
|-----------|-----------|----------|-----------|
| N2        | 0.624     | 28.01    |           |
| CO2       | 0.974     | 44.01    |           |
| C1        | 65.918    | 16.04    |           |
| C2        | 6.374     | 30.07    |           |
| C3        | 4.439     | 44.1     |           |
| iC4       | 0.92      | 58.12    |           |
| nC4       | 2.083     | 58.12    |           |
| iC5       | 0.845     | 72.15    |           |
| nC5       | 1.024     | 72.15    |           |
| C6        | 1.341     | 86.18    | 0.664     |
| C7        | 1.934     | 93.26    | 0.7081    |
| C8        | 2.092     | 107.8    | 0.8675    |
| C9        | 1.536     | 120.54   | 0.852     |
| C10       | 1.285     | 134.22   | 0.7569    |
| C11-13    | 2.542     | 159.97   | 0.9395    |
| C14-19    | 2.904     | 222.64   | 0.9074    |
| C20-28    | 1.758     | 321.86   | 0.9296    |
| C29+      | 1.407     | 604.5    | 0.8165    |

CONFIDENTIAL

BP                                                              Page:      10 : 48
Dynamic Simulations                                            Rev.:         0
Deepwater Horizon Incident                                    Date:     May 10

*Table 1.2:   Key fluid data*

| Property | Value |
|---|---|
| Gas Oil Ratio | 2824 scf/stb |
| Bubble point @ 273 °F | 6500 psi |
| Bubble point @ 40 °F | 4400 psi |
| Oil formation volume factor, Bo | 2.14 Rb³/stb |
| Oil density at standard conditions | 7.09 ppg |
| Oil density at standard conditions | 35 °API |
| Oil density at reservoir conditions | 5.17 ppg |
| Gas density at standard conditions | 0.059 lb/ft³ |



*Figure 1.3:  Phase envelope*

## 1.6  Mud data

The dynamic simulations reproduce the trends shown by the data logs. For operations involving flow of the Form-A-Set spacer, the pressure drop in the system was higher than what was estimated by the model. A non-Newtonian Bingham viscosity model was but could still not reproduce the viscous behavior of the Form-A-Set. This effect was compensated by introducing additional pressure drop at the outlet of the wellbore. Rheology tests performed using a viscometer after the incident showed off scale readings and indicated very high viscosity and this is believed to be casing this discrepancy. Figure 1.1 shows the numbers used for the Form-A-Set and for the 14 ppg synthetic oil based mud.

CONFIDENTIAL

BP-HZN-BLY00125343
BPD007-022346

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:        11 : 48
Rev.:             0
Date:        May 10

*Table 1.3:   Rheology data for synthetic oil based mud and Form-a-set spacer*

|  | SOBM | Form-a-Set |
|---|---|---|
| Density, ppg | 14 | 16 |
| Plastic viscosity, cP | 28 | 324 |
| Yield Point, lbf/100 ft² | 14 | 34 |
| 10 sec gel, lbf/100 ft² | 14 | 31 |
| 10 min gel, lbf/100 ft² | 23 | 38 |

## 1.7   Reservoir data

The target reservoir sands consist of two main pay zones, M56 upper and M56 lower. The combined net pay is 86 ft with an average permeability of 300 mD and MDT samples indicate a pore pressure of 12.6 ppg.

Table 1.4 lists some key information while Figure 1.4 shows a geological column and lists depths and pressures for the reservoir sands.

*Table 1.4:   Top sands*



Only 2 main lobes

CONFIDENTIAL

BP-HZN-BLY00125344
BPD007-022347



| Depth (ft MD) | Pressure (psi) | Temperature (°F) | GOR (scf/stb) | API (°) |
|---|---|---|---|---|
| 18086 | 11841 | 234 | 3017 | 34.9 |
| 18124 | 11850 | 236 | 2920 | 34.7 |
| 18142 | 11856 | 236 | 2845 | 35 |

*Figure 1.4: Reservoir zones*

## 1.8   Pore and fracture pressure profile

The pore and fracture pressure profiles are shown in Figure 1.5 and Figure 1.6.

CONFIDENTIAL



*Figure 1.5:  Pore and fracture pressure profile*

CONFIDENTIAL

BP-HZN-BLY00125346
BPD007-022349

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:   14 : 48
Rev. :   0
Date:   May 10



*Figure 1.6:  Pore and fracture pressure, EMW*

## 1.9   Temperature profile

The temperature profile is shown in Figure 1.7.

CONFIDENTIAL

BP-HZN-BLY00125347
BPD007-022350



Figure 1.7:  Temperature profile

CONFIDENTIAL

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:      16 : 48
Rev.:           0
Date:      May 10

## 1.10 Well configuration and casing design

The pipe dimensions are listed in the following tables. The total volume inside the casing up to seabed is 746 bbl. The volume in the outer annulus 1180 bbl. The volume in the annulus between the riser and the drillpipe is 1640 bbl. The volume inside the drillpipe is 207 bbl. Figure 1.8 shows a schematic of the well with depths at scale while Figure 1.9 shows the wellbore capacities.

Table 1.5:   Outer casing strings

|  | Weight lb/ft | OD in | ID in | Top ft | Bottom ft | Length ft | Capacity bbl/ft |
|---|---|---|---|---|---|---|---|
| Choke/Kill |  | 3.0625 | 1.5 | 0 | 5067 | 5067 | 0.002186 |
| Riser |  | 21 | 19.5 | 0 | 5001 | 5001 | 0.369390 |
| BOP |  |  | 18.75 | 5001 | 5054 | 53 | 0.341522 |
| Wellhead |  |  | 18.5 | 5054 | 5057 | 3 | 0.332475 |
| 22" Casing |  | 22 | 18.375 | 5057 | 5227 | 170 | 0.327998 |
| 16 " Casing | 97 | 16 | 14.85 | 5227 | 11153 | 5926 | 0.214224 |
| 13 ¾" Liner | 88.2 | 13.375 | 12.375 | 11153 | 12803 | 1650 | 0.148767 |
| 11 ¾" Liner | 71.8 | 11.875 | 10.711 | 12803 | 14759 | 1956 | 0.111449 |
| 9 ⅞" Liner | 62.8 | 9.875 | 8.625 | 14759 | 17157 | 2398 | 0.072266 |
| Open Hole |  |  | 9.875 | 17157 | 18130 | 973 | 0.094731 |
| Rat Hole |  |  | 8.5 | 18130 | 18360 | 230 | 0.070187 |

Table 1.6:   Inner casing strings (cemented)

|  | Weight lb/ft | OD in | ID in | Top ft | Bottom ft | Length ft | Capacity bbl/ft |
|---|---|---|---|---|---|---|---|
| 7" x 9 ⅞" Tapered Csg | 62.8 | 9.875 | 8.625 | 5067 | 12484 | 7417 | 0.072266 |
| 7" x 9 ⅞" Tapered Csg | 32 | 7 | 6.094 | 12484 | 18303 | 5819 | 0.036076 |

Table 1.7:   Drillpipe dimensions

|  | Weight lb/ft | OD in | ID in | Top ft | Bottom ft | Length ft | Capacity bbl/ft |
|---|---|---|---|---|---|---|---|
| 6 ⅝" DP | 32 | 6.625 | 5.426 | 0 | 4177 | 4177 | 0.028601 |
| 5 ½" DP | 21.9 | 5.5 | 4.78 | 4177 | 7567 | 3390 | 0.022196 |
| 3 ½" DP | 9.3 | 3.5 | 2.992 | 7567 | 8367 | 800 | 0.008696 |

CONFIDENTIAL

BP-HZN-BLY00125349

BPD007-022352



Figure 1.8:  Well schematic, tvd to scale

CONFIDENTIAL



*Figure 1.9:  Well schematic with capacities*

æ add energy                                                        add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125351
BPD007-022354

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     19 : 48
Rev.:         0
Date:    May 10

## 2.  Events leading up the well control incident

The well was drilled to TD at 18350 ft tvd and the 7 x 9 ⅞" production casing was run and cemented. It took nine attempts to convert the float equipment before it opened and the cementing could start. 14 ppg mud was in the wellbore.

After cementing, the 9 ⅞" seal assembly was set and tested to 6500 psi followed by a casing test to 2500 psi. It took 6.7 bbls to pressurize the casing from 0 to 2500 psi.

A tapered drillpipe (6 ⅝" – 5 ½" – 3 ½") was run to 8367 ft before the negative test. The boost, choke and kill lines were displaced to seawater. A batch of 454 bbl of 16 ppg Form-a-set spacer was pumped followed by 352 bbl of seawater. The plan was to pump the spacer above the annular but incorrect volume was pumped and hence, the spacer was left across the BOP. The pressure on the drillpipe was 2400 psi after the water was pumped. The annular preventer was then closed.

The pressure was bled down from 2400 psi to 1200 psi through the drillpipe and high bleed back volumes were observed. The bleed down was continued, but the pressure did not decrease below 250 psi, and the well was subsequently shut in. Witness statements vary with respect to bleed back volumes. The pressure increased to 1250 psi during a period of 7 minutes. According to witness statements, the riser was filled up with 50 – 60 bbl.

Another attempt to bleed down was performed, and the pressure dropped to zero. Additional volumes were recovered from the well, but it is unknown how much.

The pressure gradually increased to 1400 psi over a 30 minutes period before it stabilized. At 20:02, the pumps were started to displace the spacer with seawater. The pumps were shut down for a sheen test at 21:08 and the test indicated that the fluids could be dumped overboard. The pressure then builds on the drillpipe and it is suspected that the annular preventer is closed and that the flow is routed on diverters through the gas buster. The mud was raining down from derrick, most likely due to an overfilled gas buster and vent line. The back pressure was building up. The flow was observed coming from the vent line up the derrick – estimated 4 minutes before the explosion. Approximately 21:48, the first explosion occurred and lights went almost simultaneously. Approximately one minute later, the second explosion occurred.

The following plots show the stand pipe pressure recorded from 16:00 till the explosions occurred.



æ add energy                                                                                      add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125352
BPD007-022355

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     20 : 48
Rev.:          0
Date:     May 10



*Figure 2.1:  Recorded drillpipe pressures from 16:00 to 21:49*



*Figure 2.2:  Drillpipe pressures from 16:50 to 17:20*

æ add energy                                      add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125353

BPD007-022356

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:      21 : 48
Rev.:           0
Date:      May 10



*Figure 2.3:  Drillpipe pressures from 17:20 to 18:40*



*Figure 2.4:  Drillpipe pressures from 20:00 to 21:49*

æ add energy                                                                   add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125354

BPD007-022357

BP                                                                      Page:      22 : 48
Dynamic Simulations                                                     Rev.         0
Deepwater Horizon Incident                                              Date:    May 10

# 3.  Results

### 3.1  Oil density with pressure and temperature

The reservoir fluid is an under-saturated oil with a bubble point at 6500 psi at reservoir temperature. The density of the oil phase will decrease with decreasing pressure (see Figure 3.1) and increase with decreasing temperature (see Figure 3.2). These two effects will almost balance each other when an oil kick is taken and slowly migrates towards surface through the mud. The resulting volume expansion is almost zero, see Figure 3.3.

This density behavior will challenge kick detection after a kick is taken as pit gains will be limited before the kick is right below the BOP. The crew will have less time to react, and once a well control problem is confirmed, a late detection can mean that gas is already inside the riser before the BOP is closed. This behavior is different from a gas kick, but still not uncommon for deepwater drilling operations. Awareness and knowledge of these mechanisms are important.



*Figure 3.1:  Oil density versus pressure, temperature = 239 °F*

CONFIDENTIAL

BP-HZN-BLY00125355

BPD007-022358

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:      23 : 48
Rev.:           0
Date:      May 10



*Figure 3.2:  Oil density versus temperature, pressure = 11 600 psia*



*Figure 3.3:  Volume expansion for a 40 bbl oil kick migrating to surface through 14 ppg mud.*

CONFIDENTIAL

BP-HZN-BLY00125356
BPD007-022359

## 3.2 Inflow performance

The 12.6 ppg pressured oil sands have an estimated average permeability of 300 mD over 86 ft of net pay. This will together with the fluid properties result in a productivity index of 49 stb/d/psi from reservoir pressure down to the bubble point pressure at 6500 psi. For pressures below the bubble point, gas will flash out of solution, and turbulent skin effects will limit the flow potential. Figure 3.4 shows the resulting IPR based on 4 ft reservoir exposure and 86 ft reservoir exposure. As can be seen, the reservoir is very prolific.

Due to the high oil formation volume factor (shrinkage factor) of 2.14 Rbbl/Stb, the volumetric inflow rate at reservoir conditions is more than twice as high as those reported at standard conditions. Figure 3.5 shows the inflow performance at reservoir conditions (in-situ conditions).



*Figure 3.4:  Inflow performance curves based on 4 ft and 86 ft of 300 mD sand*

æ add energy                                                                add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125357
BPD007-022360



*Figure 3.5:  In-situ IPR curves based on 4 ft and 86 ft of 300 mD sand*

## 3.3  Compressibility of the 14 ppg mud

Two observations are made with respect to the compressibility of the 14 ppg mud. The first was during the attempts to convert the float on April 19th between 14:30 and 17:30. It took nine attempts before the float was opened, and pressures and volumes were recorded, see Table 3.1.

*Table 3.1:   Float conversion attempts*

| Attempt No | Total volume [bbl] | From [psi] | To [psi] | Volume [bbl] | Comp. [1/psi] |
|---|---|---|---|---|---|
| #4 | 886 | 0 | 2000 | 6.7 | 3.78E-06 |
| #5 | 886 | 0 | 2000 | 6.6 | 3.72E-06 |
| #7 | 886 | 0 | 2250 | 7.3 | 3.66E-06 |
| #8 | 886 | 0 | 2500 | 7.8 | 3.52E-06 |
| Average | | | | | 3.67E-06 |

In addition to these attempts, a casing pressure test was performed April 20th between 11:06 and 11:17.

æ add energy                                                                              add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125358
BPD007-022361

*Table 3.2:   Casing pressure test*

| Test | Total volume [bbl] | From [psi] | To [psi] | Volume [bbl] | Comp. [1/psi] |
|------|--------------------|-----------|----------|--------------|----------------|
| Casing | 758 | 234 | 2617 | 6.1 | 3.13E-06 |



*Figure 3.6:   Casing pressure test from 234 psi to 2617 psi (6.0 bbl)*

The compressibility is a measure of how much volume is required to pressurize a certain volume of the fluid a certain amount of psi.

$$k = \frac{\partial V}{V \cdot \partial P}$$

The outer annulus measures approximately 1100 bbl, and by using the average number from the float conversion attempts (3.67E-06), approximately 10 bbl will be expected to be bled back from this volume when decreasing the pressure form 2400 to 250 psi.

The reported gains during this bleed down were higher than what could be expected due to the compressibility of the mud.

æ add energy                                                   add wellflow as

CONFIDENTIAL

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     27 : 48
Rev.:     0
Date:     May 10

## 3.4  Blowout potentials

The blowout potential for different scenarios are listed in Table 3.3, all based on comingled flow from the 12.6 ppg oil reservoirs with an average permeability of 300 mD over the 86 feet pay zone. It is assumed that the flow is exiting through both the riser and through the drillpipe without any restrictions.

The highest flow potential is through the casing. The outer annulus has some narrow sections (between the 9 ⅞" casing and the 7" casing) and the will thus create more frictional forces and higher pressure drop.

Table 3.4 and Table 3.5 show the flow distribution between the drillpipe and the annulus for the casing scenario. In addition, the total flow potential based on a blocked drillpipe and flow in annulus only, is included.

Simulations were also performed for the blowouts to seabed with restrictions in the BOP. By including a restriction resulting in a flowing wellhead pressure of 3800 psi, the flow potential decrease by approximately 10 %. From 61 000 stb/d to 54 000 stb/d inside the casing using 86 ft pay zone and assuming flow through the casing shoe. By using a wellhead pressure of 3000 psi, the flow rate reduces to 58 000 stb/d. See Figure 3.9.

*Table 3.3:   Blowout potential versus flow path, net pay and exit point*

| Flow path | Outer annulus [stb/d] | | Casing [stb/d] | |
|---|---|---|---|---|
| Exit point | Surface | Seabed | Surface | Seabed |
| 4 ft net pay | 17 500 | 14 000 | 18 000 | 15 000 |
| 86 ft net pay | 47 000 | 43 000 | 68 000 | 67 000 |

*Table 3.4:   Distribution of flow for casing scenario to surface*

| Flow path | Casing [stb/d] | | | | |
|---|---|---|---|---|---|
| Exit point | In drillpipe | In annulus | Total | Only Ann. | Only DP |
| 4 ft net pay | 4 500 | 13 500 | 18 000 | 18 000 | 15 000 |
| 86 ft net pay | 21 000 | 47 000 | 68 000 | 61 000 | 36 000 |

*Table 3.5:   Distribution of flow for casing scenario to seabed*

| Flow path | Casing [stb/d] | | | | |
|---|---|---|---|---|---|
| Exit point | In drillpipe | In annulus | Total | Only Ann. | Only DP |
| 4 ft net pay | 3 800 | 11 200 | 15 000 | 15 000 | 13 500 |
| 86 ft net pay | 19 500 | 47 500 | 67 000 | 61 000 | 40 000 |



æ add energy                                                                add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125360
BPD007-022363



*Figure 3.7:  Blowout potential with flow from shoe through drillpipe and annulus*



*Figure 3.8:  Blowout potential with flow from shoe through drillpipe only*

æ add energy                                                                                    add wellflow as

CONFIDENTIAL                                                                    BP-HZN-BLY00125361

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:        29 : 48
Rev.:           0
Date:       May 10



*Figure 3.9: Blowout potential through casing shoe versus FWHP*

### 3.5 Shut-in pressures with hydrocarbons in the wellbore

The calculated settle out shut-in pressures are 6800 psi when a hydrocarbon filled well is shut-in at surface and 8250 psi when shut-in at the BOP.

Depending on the flowrate and temperature profile in the well prior to the shut-in, the simulations indicate that the peak pressures can be slightly higher than the reported settle out pressures. Examples of a subsea shut-in are shown in Figure 3.10. For a potential shut-in at surface (IBOP) the pressure buildups will be slower due to more gas in the wellbore.

æ add energy

add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125362

BPD007-022365

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     30 : 48
Rev.          0
Date:     May 10



Figure 3.10:Examples of dynamic shut-in pressures, shut-in at seabed

æ add energy                                                  add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125363
BPD007-022366

### 3.6   Initial simulation with flow through casing and full reservoir exposure

The initial simulations were based on the initial observations of an 85 bbl gain and full reservoir exposure. These simulations revealed that the general trends are in line with the observations. The unloading of the wellbore is occurring quite fast, and simulations how that this can take less than one hour. However, there are a couple of discrepancies. First, the shut-in pressures do not match with the data log. According to the simulations, the shut-in pressure at 17:20 is 200 psi lower than the reported.

The second discrepancy is when the oil and gas are surfacing. Based on the full reservoir exposure, the trends show a fair match until about 21:00. At this point in time the simulations predict that hydrocarbons will reach surface at approximately 21:15 and this is too early compared to the observations.



*Figure 3.11: Simulated versus logged pressure for casing scenario, initial run*

CONFIDENTIAL

BP-HZN-BLY00125364

BPD007-022367



*Figure 3.12: Simulated flow rates at surface for casing scenario, initial run*

### 3.7   Initial simulation with flow through outer annulus

The same initial simulation was performed assuming that the flow path is in the outer annulus. Again, 85 bbl gain was used together with 86 feet of pay sand and 12.6 ppg reservoir pressure. For this scenario, the calculated shut-in pressures are higher than the observations. At the very end of the unloading sequence, this scenario shows a better match with the observations compared to the casing scenario. As the outer annulus will be exposed to higher pressures during the circulation job than the casing, the unloading is slower.

CONFIDENTIAL

BP                                                     Page:      33 : 48
Dynamic Simulations                                    Rev.:         0
Deepwater Horizon Incident                             Date:     May 10



**Flow throug annulus - 85 bbl gain**

*Figure 3.13: Simulated versus logged pressure for outer annulus scenario, initial run*

**Flow through annulus - 85 bbl gain**

*Figure 3.14: Rates at surface for outer annulus scenario, initial run*

æ add energy                                          add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125366

BPD007-022369

BP
Dynamic Simulations
Deepwater Horizon Incident

Page: 34 : 48
Rev.: 0
Date: May 10

## 3.8  Shut-in pressure considerations

Two shut-in conditions exist and these can be used to estimate the downhole conditions and size of a potential kick by static considerations. However, due to uncertainties with respect to several fluids, mixing zones etc. these calculations have to be based on assumptions. Between 17:10 and 17:25, the pressure reads 1200 psi. From 18:34 to 19:57, the pressure reads 1400 psi.

The initial interpretations of the bleed-downs through the drillpipe suggested an 85 bbl gain caused by an influx from the reservoir. This would force mud or water up in the drillpipe and volume calculations can determine the mud water/level in the drillpipe.

Based on the 12.6 ppg pore pressure, there is a significant difference between the kick volume required to create these shut-in pressures. It will take 190 bbl inside the casing to end up with 1200 psi shut-in drillpipe pressure whilst it will only take 25 bbl in the outer annulus. This is observed from the initial simulation runs where the inside casing scenario ended up with a shut-in pressure of 1000 psi based on a 85 bbl kick see Figure 3.11.

For the outer annulus scenario, simulations showed a shut-in pressure of 1400 psi based on an 85 bbl kick, compared to the recorded 1200 psi, see Figure 3.13. Unknown conditions down hole also challenges these calculations as the capacity in around the inflow zones depend on the quality and quantity of cement.

The difference in shut-in pressures for the two flow path scenarios is caused by the different fluids present in the two paths. For the casing scenario, there is initially water in the drillpipe to 8367 ft, and 14 ppg mud from this point to TD. For the outer annulus, there is 14 ppg mud from the bottom and up to the seal assembly at mudline, 16 ppg spacer and water in the annulus, and water in the drillpipe, see Figure 3.15.

If it is assumed that no influx was taken during the negative test, the resulting drillpipe shut-in pressure should be 1030 psi based on a 12.6 ppg sand. To reach 1400 psi, the pore pressure should be 13 ppg, see Figure 3.17.

æ add energy

add wellflow as

CONFIDENTIAL



*Figure 3.15: Kick and shut-in pressures*

CONFIDENTIAL

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     36 : 48
Rev.          0
Date:      May 10



*Figure 3.16: Shut-in pressures with no hydrocarbons and water in drillpipe*

### 3.9   Flow inside casing based on 13 ppg sand and 4 ft net exposure

The shut-in pressure based on a 12.6 ppg pressurized sand was too low based on the reported 85 bbl gain, and a new simulation was performed assuming that a 13 ppg sand was exposed to the wellbore. This sand has however only 4 ft of net pay and the oil and gas rates will therefore be lower and it is expected that the hydrocarbons will surface later than what was simulated using the 86 ft of the 12.6 ppg scenario.

For this simulation, the estimated gain based on the simulations was approximately 60 bbl. The calculated shut-in pressure after the 2400 – 250 psi bleed down was above the observed pressure of 1200 psi, but showed a good match with the 1400 psi shut-in pressure. The estimated unloading sequence was in relative good agreement with the observations.

Remark:
*Mud is displaced up inside the drillpipe and influx is required to match the 1400 psi pressure compared to the simulations assuming leaking annular preventer.*

CONFIDENTIAL

BP-HZN-BLY00125369
BPD007-022372



*Figure 3.17: Stand pipe pressures casing scenario, 13 ppg pore pressure*



*Figure 3.18: Rates at surface for casing scenario, 13 ppg pore pressure*

CONFIDENTIAL

BP-HZN-BLY00125370
BPD007-022373

### 3.10 Simulations based on a leaking annular and no influx before circulation

From witness statements, the gains reported initially was most likely caused by a leaking annular as it was reported that the riser was filled up with approximately 50 bbl between 17:12 and 17:22. If no influx was taken during this initial bleed down from 2400 psi to 250 psi, it must be assumed that the cement was holding the formation fluids back at this time, as the conditions down hole is underbalanced during this operation.

Simulations were based on no influx taken before the circulation job starting at 20:02. When the circulation is started, the pump pressure and the bottom hole pressure will increase. At 21:08, the pumps are stopped for a sheen test, and the stand pipe pressure is 1000 psi, but increasing. At this point in time, 1200 bbl of water has been pumped, and both the drillpipe and the annulus between drillpipe and 9 ⅞" casing up to the seabed is be filled with water. The pump rate has ranged between 500 and 1250 gpm and this is sufficient to obtain an effective transportation of the fluids in this annulus (between drillpipe and 9 ⅞"). This annulus is thus fully displaced to seawater at this point in time. Hence, the pressure at the formation in the outer annulus is 13.6 ppg, and no influx can be taken. Inside the casing, however, the pressure is lower, and influx can be taken.

Simulations were performed assuming that no influx was taken prior to this period, and the well was fully filled with water, spacer and mud before the circulation operation starting at 20:00. The flow path of potential hydrocarbons is inside the casing from the casing shoe.

The simulations show a fairly good match with the recorded stand pipe pressure during the circulation job, until the pumps are shut down at 21:30. From this point in time the simulations predicts a decreasing stand pipe pressure in contrast to the recordings showing several pressure peaks. The decrease in pressure is caused by lighter fluid in the annulus as mud and water is being replaced by hydrocarbons.

The following figures show plots of various variables, flow rates and pressures during the unloading sequence. The simulations are based on a constant influx of 300 mD and 15 m net pay. The casing is open to flow at surface.

CONFIDENTIAL

BP-HZN-BLY00125371
BPD007-022374



*Figure 3.19: Pump schedule, 20:00 – 21:30, from data log and input to model*



*Figure 3.20: Stand pipe pressure, casing scenario, no pressure buildups*

æ add energy                                                          add wellflow as



Figure 3.21:Flow rates, casing scenario

### 3.11 Pressure drop in surface lines

In order to investigate whether the surface piping can create enough backpressure on the system to blow the diverter, several simulations were performed for a 500 ft horizontal line. The liquid flow capacity is high for the larger dimensions (see Figure 3.22), but as soon as gas is flowing together with the liquid, high frictional pressure drop can be observed.

The vent line from the gas buster is 245 ft high, and this will create a hydrostatic head of 180 psi based on the 14 ppg mud. A burst disk is installed to protect the gas separator, and is supposed to pop open at 60 psi. The flow will then be routed through a 6" line overboard with the vent line still open.

CONFIDENTIAL



Figure 3.22:Frictional pressure loss in 500 ft pipe with 14 ppg mud

## 3.12 Pressure drop across leaking annular

Simulations were performed to investigate the pressure drop that would occur in a situation with mud flow through a leaking annular between the riser and the 5 ½" drillpipe. The total flow area of a fully open annular is 252 in², and Figure 3.24 shows the pressure drop versus opening for two fixed flow rates of 14 ppg mud. As can bee seen from the figure, only minor pressure drops occur before the annular preventer is more than in a 97 % closed position.

æ addenergy                                          add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125374
BPD007-022377



*Figure 3.23: Annular preventer*





*Figure 3.24: Pressure drop across leaking annular*

æ add energy                                                    add wellflow as

CONFIDENTIAL

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:    43 : 48
Rev.:        0
Date:    May 10

### 3.13 Sensitivities with respect to potential events after 21:30

The actual pressure readings show fluctuations in pressure between 21:30 and 21:50. These fluctuations are believed to be caused by restrictions in the flow path (partly sealing annular preventers) and/or additional back pressure caused by surface piping and equipment. They cannot be explained by the transient effects such as inflow, changes in wellbore fluids, flashing, flow regime, swapping etc.



*Table 3.6:    Pressure fluctuations the last minutes before explosion*

A simulation was run where the well was shut in at surface at 21:30. The pressure response indicates a quicker pressure buildup than shown by the data, see Figure 3.25.

æ addenergy                                                                                         add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125376
BPD007-022379

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:      44 : 48
Rev.:             0
Date:      May 10



**Figure 3.25: Pressure response for a sudden shut-in at surface (no flow)**

The first pressure build-up after 21:30 cannot be reproduced by closing in the well 100 %. Another simulation was performed where it is assumed that the annular is leaking. In addition to a leaking annular, the sudden drop and buildup occurring between 21:36 and 21:37 match very well with the assumption of a short bleed off to the cement unit. This sudden drop and build-up cannot be explained by a closing opening annular, as gas is already in the system and will dampen the pressure response on the drillpipe side.

CONFIDENTIAL

BP-HZN-BLY00125377
BPD007-022380



Figure 3.26: Simulations of circulation with flow through shoe, pressure buildups

## 3.14 Flow through annulus based on leaking annular and no influx before circ

As stated in the previous section, it is not possible to get an influx from the outer annulus right after the sheen test if no kick was taken before 20:00. Figure 3.27 shows a linear static pressure profile in the well with 1000 psi drillpipe pressure, seawater in drillpipe, seawater in annulus up to the seal assembly and 14 ppg mud down to the top of a potential influx. In order to balance a 13 ppg sand at 17800 ft based on this condition, the top of the hydrocarbon influx should be at 16700 ft, see Figure 3.27. This requires a 25 bbl kick assuming that the top of the cement is at 17450 ft, with only smaller channels below to the 13 ppg sand.

CONFIDENTIAL



*Figure 3.27: Pressure profile in outer annulus to balance 13 ppg sand*

CONFIDENTIAL

BP-HZN-BLY00125379
BPD007-022382

# A.  Appendix A



For the dynamic simulations, OLGA-WELL-KILL, (powered by OLGA from SPT Group) was applied. The simulator is tailor-made for well kill simulations and has been used in a number of on-site applications for blowout and well control. The development started in 1989 (during an underground blowout in the North Sea) based on the OLGA pipeline simulator. The model is a fully dynamic simulator that is capable of handling three different fluid phases simultaneously. The model is capable of handling non-Newtonian fluids; i.e. the viscosity is depending on the shear-rate. The OWK simulator handles a number of different flow configurations, e.g. annular flow, flow through bit nozzles, valves, pipe joints etc. See www.addenergy.no for more information.

The base core Olga code was presented in 1991 [ref. 14]. The original version of the OLGA-WELL-KILL model is described in a paper from 1996 [ref. 10]. Application of the model have been presented in a number of papers [ref. 1, 2, 4, 8, 11, 12 and 13].



Reservoir fluid characterization and property generation was performed by PVTsim. This is the market leading fluid characterization and simulation software. See www.calsep.com for more info.

æ add energy                                                          add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125380

BPD007-022383

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:      48 : 48
Rev.:            0
Date:      May 10

## B. References

1. Oskarsen, Wright, Rygg, Selbekk & Allcorn: "A Case Study in Relief-Well Drilling Using a Modified Driller's Method as a Well-Intervention Alternative to Bullheading." IADC Well Control Middle East 2008 Conference & Exhibition, 2-3 December 2008, Muscat, Oman
2. Rygg, O.B.: "Well control evaluation as an integral part of well design." IADC Well Control Conference Europe, Amsterdam 9-10 April 2008.
3. Scandpower, "Blowout and well release frequencies – BlowFAM Edition.", April 2008.
4. Rygg, O.B.: "The necessity of modelling in contingency planning and emergency well control response." IADC International Well Control Conference & Exhibition, Singapore 8-9 November 2005.
5. OLF "Retningslinjer for beregning av utblåsningsrater og –varigheter til bruk ved analyse av miljørisiko", Nov 2004, Rev.2. Jan. 2007.
6. Reed, M., Emilsen, M. H., Hetland, B. Johansen, Ø, Buffington, S., "Numerical Model for Estimation of Pipeline Oil Spill Volumes", 2003 International Oil Spill Conference, Vancouver, British Colombia, Canada
7. Rygg, O, Emilsen, M. H., "Analysis Of The Hazardous Consequences Of Pipeline Ruptures", PSIG Annual Meeting, October 23-25, 2002, Portland, Oregon
8. Hartmann, R., Møllerstad, H., Bysveen, J. and Rygg, O.B. "Blowout Contingency for Deep Water High Rate Subsea Gas Wells" IADC International Deepwater Drilling Conference, Rio de Janeiro, Brazil, Nov. 2003
9. Holand, Per, "Offshore Blowouts, Causes and Control", Gulf Publishing Company, Houston Texas, 1997.
10. Rygg, O.B. Friedemann, J.D. and Nossen, J., "Advanced well flow model used for production, drilling and well control applications." IADC Well Control Conference for Europe, Aberdeen, May 1996
11. Rygg, O.B. and Smestad, P., "Blowout Control Hydraulics applied to Critical well Planning." IADC Well Control Conference for Europe, Stavanger, June 1994
12. Smestad, P., O.B. Rygg and J.W. Wright, "Blowout control: response, intervention and management, Part 5, Hydraulics modelling," World Oil, pp 75-80, April 1994
13. Rygg, O.B.; Smestad, P, and Wright, J.W.: "Dynamic Two-Phase Flow Simulator, a Powerful Tool for Blowout and Relief Well Kill Analysis." SPE 24578, Presented at the 67th SPE Annual Technical Conference and Exhibition, Washington DC, Oct. 1992.
14. Bendiksen, K., Malnes, D., Moe, R. and Nuland, S.: "The Dynamic Two-Fluid Model OLGA: Theory and Application." SPE Production Engineering, May 1991.

æ add energy                                    add wellflow as

CONFIDENTIAL                          BP-HZN-BLY00125381
                                                BPD007-022384