UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>This Document applies to:<br>*C.A. No. 10-2771* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S EX PARTE MOTION TO FILE UNDER SEAL ITS UNREDACTED "TRANSOCEAN'S FIRST AMENDED ANSWER TO BP PARTIES' COUNTER-COMPLAINT, CROSS-COMPLAINT, THIRD PARTY COMPLAINT, AND CLAIM IN LIMITATION" AND RELATED ATTACHMENTS [Dkt. 2074]

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], Transocean respectfully requests leave to file under seal its unredacted "Transocean's First Amended Answer to BP Parties' Counter-Complaint, Cross-Complaint, Third Party Complaint, and Claim in Limitation" and related attachments. Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), a Producing Party may designate all or any part of a document produced Confidential. Documents designated Confidential must be filed under seal as an appendix to the filing that refers to the Confidential Information. PTO No. 13 ¶ 8.B.

The parts redacted from the publicly filed First Amended Answer to BP Parties' Counter-Complaint, Cross-Complaint, Third Party Complaint, and Claim in Limitation pertain to documents designated Confidential by parties in this litigation and Exhibits 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40,

42, 43, 44, 49, 51, 52, 53, 56, 57, 59, 61, 62, 64, 66, 67, 68, 70, 71, 73, 77, 78, 79, 81, 82, 84, 87, 90, 91, 92, and 93 are designated Confidential.

DATED: March 1, 2013                           Respectfully submitted,

By: /s/ Brad D. Brian                          By: /s/ Steven L. Roberts
Brad D. Brian                                  Steven L. Roberts
Michael R. Doyen                               Rachel Giesber Clingman
Daniel B. Levin                                Sean Jordan
Susan E. Nash                                  SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                      1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor               Houston, Texas 77002
Los Angeles, CA 90071                          Tel: (713) 470-6100
Tel: (213) 683-9100                            Fax: (713) 354-1301
Fax: (213) 683-5180                            Email: steven.roberts@sutherland.com
Email: brad.brian@mto.com                             rachel.clingman@sutherland.com
       michael.doyen@mto.com                          sean.jordan@sutherland.com
       daniel.levin@mto.com
       susan.nash@mto.com                      By: /s/ Kerry J. Miller
                                               Kerry J. Miller
                                               FRILOT, LLC
                                               110 Poydras St., Suite 3700
                                               New Orleans, LA 70163
                                               Tel: (504) 599-8194
By: /s/ Edwin G. Preis                         Fax: (504) 599-8154
Edwin G. Preis, Jr.                            Email: kmiller@frilot.com
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501                            By: /s/ John M. Elsley
(337) 237-6062                                 John M. Elsley
                                               ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
       and                                     711 Louisiana Street, Suite 500
                                               Houston, TX 77002
601 Poydras Street, Suite 1700                 (713) 224-8380
New Orleans, LA 70130
(504) 581-6062

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller
Kerry J. Miller