9628

Exhibit No. _____
Worldwide Court
Reporters, Inc.

1000 bbls      2500 bbls      5000 bbls

|—————————————|————|



MeV
Oct 23, 2012