From: Bozeman, Walt
Sent: Wed Apr 21 14:15:28 2010
To: Rainey, David I; Ritchie, Bryan; Rooney, Terry C; Vinson, Graham (Pinky); Thorseth, Jay C
Cc: Epps, David S; Kercho, Debbie A; Gansert, Tanner; Skripnikova, Galina
Subject: RE: WCD - Updated
Importance: Normal
Attachments: WCD plots.ppt

Dave,
We have updated the earlier WCD calculation with new subsurface parameters from the Macondo team and modeled a flow rate at the sea floor (assuming riser falls) in Prosper with the latest wellbore configuration. All the REs in GoMX participated in this evaluation along with numerous members of the Macondo team.
We calculate 100,000 BOPD and 300 MMCFPD based on these parameters. This is shown in the attached PowerPoint.
We have identified several items, however that could impact this rate to keep in consideration.
Items to lessen flow - formation skin, formation collapse, partial restrictions in the wellbore or at the wellhead,
Items to increase flow - riser doesn't fall to seabed, catastrophic failure of wellhead allowing flow-up 9 7/8 X 16", contributions from up-hole zones,
Please let us know if we need to provide further explanation or analysis.
Regards,
Walt and the GoMX REs
<<...>>

---

From: Bozeman, Walt
Sent: Wednesday, April 21, 2010 6:43 AM
To: Rainey, David I; Ritchie, Bryan; Rooney, Terry C
Subject: WCD

Dave,
We made a preliminary estimate of a new WCD for the wellbore. A rate of 162 mbopd was calculated for the EP. Our new rate (preliminary) is 189 mbopd with the better than expected fluid properties out weighing the post liner setting casing design (this is a smaller well bore configuration than used for the EP calculation).
The calculation is greatly influenced by the permeability and we are still using our pre-drill estimate in the above calculation. Bryan has Galina et.al. tasked with re-assessing this and a couple other key subsurface parameters. On the calculation side, Tanner is coming in to provide a more sophisticated analysis of the calculation with Prosper software (versus a spreadsheet calculator that I used).
We expect to report back in a couple hours with an updated assessment.
Regards,
Walt
PS - I am heading home for a shower, my cell number is 281-870-2065



5239
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL                                                                                             BP-HZN-2179MDL02314243



CONFIDENTIAL

1

BP-HZN-2179MDL02314244



From: Bozeman, Walt
Sent: Mon Apr 26 14:04:28 2010
To: Douglas, Scherie D; Yeilding, Cindy; Thorseth, Jay C; Ritchie, Bryan; Mix, Kurt; Grant, James R
Cc: Epps, David S; Kercho, Debbie A; McAughan, Kelly
Subject: Worst Case Discharge Update for Macondo Relief Well
Importance: Normal
Attachments: WCD plots-Macando2-42610.ZIP

We have calculated a worst case oil discharge (WCD) rate from an uncontrolled blowout of the Macondo relief well of 240,000 bopd and 718 mmcfpd.
The WCD scenario is a surface oil flow up the riser with drill pipe out of the hole. Flow is from the Macondo M56 sands. Calculation are from a Prosper inflow/outflow model. The model results can be found in the attached file.
The model's assumptions are based on the results of the Macondo well and are:
- Discharge from M56 Sands up the riser without pipe in the well bore. Wellbore casing sizes and depths are shown on attachment.
- 88 ft. of net sand, as encountered in the Macondo exploration well from 18,060 ft. to 18,190 ft. (md)
- Average oil permeability of 300 md (based on Klinkenberg corrected, stressed air permeability measurements from the Macondo sidewall cores, and an assumed relative permeability to oil of 0.85 times the air perm at initial water saturation).
- In situ oil viscosity = 0.17 cp (correlations from initial fluid GOR and API measurements).
- Average reservoir pressure of 11,850 psi.
- Skin = 0
- Casing Roughness = 0.0006

It was assumed that no bridging would occur under these conditions and the rock has " sufficient strength to remain stable, so the bridging tendencies are minimal".

Debbie Kercho, David Epps, and Walt Bozeman,
GoMX Reservoir Engineers

<<...>>

CONFIDENTIAL

BP-HZN-2179MDL03729645




CONFIDENTIAL

1

BP-HZN-2179MDL03729646