From: Caldwell, Jason
Sent: Tue Apr 27 19:18:11 2010
To: Caldwell, Jason; Suttles, Doug J; Morrison, Richard; Rainey, David I; Dupree, James H; Wells, Kent; Thierens, Harry H; Birrell, Gordon Y; Clarkson, David; Lynch, Richard; O'Bryan, Patrick L; Patteson, Mark R; Cavanagh, Ian; Byrd, Michael L.; Imm, Gary R; Hohle, Jeff W; Lynch, John E Jr. (Jack); McKay, Lamar
Cc: Maguire, Niall J; Verchere, Christina C; Price, Bruce; Munn, Chrysanthe; Nitcher, Eric L
Subject: Notes from 4/27 Morning Interface Meeting
Importance: Normal
Attachments: Interface Meeting_4_27 am Notes.doc; Forward plan 26th.ppt

Enclosed are the notes and handout from the call this morning.
Jason Caldwell
Executive Assistant to James Dupree
BP Gulf of Mexico SPU
281-366-1982 (O)
281-366-4300 (F)
713-249-1732 (M)
<<...>> <<...>>

Case 2:10-md-02179-CJB-DPC Document 8723-17 Filed 03/01/13 Page 1 of 4

CONFIDENTIAL

BP-HZN-2179MDL00574169



EXHIBIT # 1626
WIT:

06:30 4/27/10

BOP

- 5000 psi was applied to blind shear rams on 9 occasions last night. No substantial change in the leak rate at either discharge point was observed. The lock is engaged on one side of the rams, indicating that this side should be fully closed. Status of the other side of the rams is unknown.
- ACTION (Harry): Determine possible scenarios that may have led to blind shear rams not stopping or limiting flow.
- ACTION (Gordon): Send Doug a summary of flowrate calculations based on wellhead pressure vs orifice size.
- Next step is to close the super shear rams followed by the upper annular and the lower stripping annular rams. These rams will be hydraulically locked closed.
- ACTION (Harry): Investigate if either annular ram was activated during the incident.
- ACTION (Doug): Once procedures for closing annulars are available, arrange for Charlie to get into room to brief the MMS as a proactive measure, well ahead of procedure execution.
- Mark Patteson to work with wild well control to develop plan for pumping junk shot into choke or kill line to help control well – Mud Line Top Kill work flow.
- ACTION (Executive): Need to develop an internal global communication concerning BOP testing procedures to ensure learnings from incident are shared and incorporated into testing procedures.

Crimped Pipe

- There is a low probability that we can affect the formation of hydrates.
- Based on finite element modeling it is possible that if the riser is subjected to full wellhead pressure it is likely to burst.
- A sample section of riser is in route to a testing facility to be bent and tested. Estimate commencement of testing by the weekend.
- Work stream underway to design and fabricate a clamp for the crimp.
- Work stream underway to design "corks" for both leak points.
- ACTION (Gordon): Provide pipe pressure rating calculations to Doug.

Subsea Collection

- Modifications to the first cofferdam will be completed at 10:00 pm on 4/27. Modifications on the second cofferdam will start immediately afterwards. Expect 72 hours of work needed to complete modifications. A third cofferdam has been located and is in inventory.
- Soil data indicates that installing equipment directly on the seabed may lead to equipment instability. Therefore, the team is working mud mat requirements.
- ACTION (Richard Lynch): Send photographs of modifications to Doug. Action Complete
- Enterprise high pressure flare system is capable of 75 mmscfd.

HIGHLY CONFIDENTIAL

BP-HZN-2179MDL00574170

- ACTION (Richard Lynch): Identify permit waivers that are needed and communicate to Doug so he can work them from his end.
- ACTION (Richard Lynch): Send Gant chart to Doug so that progress can be reviewed at each meeting.
- ACTION (Richard Lynch): Send Morning Status report to Doug.
- ACTION (Doug): Determine permitting needed from MMS for collection equipment.

Relief Wells
- Pat met with Lars (MMS) and discussed the relief well design. There are a couple of issues being worked this morning. Anticipate approval by as early as this afternoon.
- Received MMS approval of exploration plan yesterday.
- DD3 arrived at MC511 staging area last night.
- MMS will witness the deadman and hot stab testing on the DD3 BOP before it splashes.
- Enterprise will be ready to move to MC511 on Thursday, anticipate 24 hours transit time.
- DD2 is an option for the second relief well. SIMOPS feasibility for 3 drilling rigs (DDII, DDIII, Enterprise) in close proximity will need to be worked.
- Doug needs to lead on the positioning of the relief well drilling plan, second rig best used for oil recovery, potential SIMOPS issues with third rig in the field.
- ACTION: James to provide update on time required for seismic processing - a potential critical path item. Action Complete – seismic processing should be complete by the morning of 4/28.
- ACTION (Pat): Provide gant chart to Charlie. Action Complete

HIGHLY CONFIDENTIAL

BP-HZN-2179MDL00574171

## BOP Stack Forward Plan
### April 26, 4:00

Ready Procedure



| Ready | Block | Details | Status |
|---|---|---|---|
| 5 – 6 pm 26th | Intensifier Blind Shear Closure | ·Cat pump to 4,000 psi<br>·Intensifier to 5,000 psi+ | ready |
| 8 -10 hrs | Coil Tbg Super Shear Ram Closure | ·Cut hydraulic 1" hose<br>·Tie-in w/coil tbg<br>·Oceaneering tool on location | working |
| 24 - 36 hrs | Upper Annular Closure (10K) | ·Cut hydraulic 1.5" hose<br>·Tie-in w/coil tbg<br>·Fittings being fabricated | working |
| 30 - 36 hrs | Lower Stripping Annular Closure (5K) | ·Cut hydraulic 1.5" hose<br>·Tie-in w/coil tbg<br>·Fittings being fabricated | working |
| 30 - 36 hrs | Other VBR Ram Closure | ·Cut hydraulic 1" hose<br>·Tie-in w/coil tbg<br>·Fittings being fabricated | planning |
| 36+ hrs | Inverted Test Ram Closure | ·Cut hydraulic 1" hose<br>·Tie-in w/coil tbg<br>·Fittings being fabricated | planning |

HIGHLY CONFIDENTIAL BP-HZN-2179MDL00574172