01-41894
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Timothy James Lockett, Ph.D.

**VOLUME 2**

DECEMBER 19, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1        MR. DAVIS-DENNY: I am.

2    Q. (By Mr. Davis-Denny) We can limit your
3  view to during the response.
4    A. Based on my analysis of Top Kill prior to
5  the events happening, I was ta -- I -- I had
6  developed the view that the Top Kill procedure
7  could be successful or could fail, depending on
8  the flow rate from the well that it was exposed
9  to.
10    Q. (By Mr. Davis-Denny) Did you form the
11  view in May of 2010 that knowledge of the flow
12  rate was needed to form a view of the probability
13  of success of the dynamic kill?
14    A. I did not.
15    Q. Did you form the view in May of 2010 that
16  the Top Kill was sensitive to flow rate?
17        MR. DRAKE: Objection, form.
18    A. I formed the view in May 2010 that Top
19  Kill could be deployed and be either successful
20  in killing the well or not successful in killing
21  the well, depending on the flow rate from the
22  well.
23    Q. (By Mr. Davis-Denny) So it was important
24  for decision-makers evaluating whether to go
25  forward with the Top Kill, to have the best

1     information available about the flow rate, right?
2             MR. DRAKE:  Objection, form.
3         A.  Sitting here today, I would not disagree
4     with that statement.
5         Q.  (By Mr. Davis-Denny) I'd like to show you
6     what's previously been marked as Exhibit 10651.
7             MR. DRAKE:  See mark 3.
8         Q.  (By Mr. Davis-Denny) This was Tab 32 in
9     the United States binder.  Just to reorient
10    ourselves, this is an E-mail that you sent to
11    Mr. Hill on May 21st, 2010, with the "Subject"
12    line "Thoughts on the top kill option."  Correct?
13        A.  Yes, that's correct.
14        Q.  And for purposes of this analysis, you
15    made a number of assumptions; is that correct?
16        A.  Yes, that's correct.
17        Q.  Okay.  All right.  Your first assumption
18    was that the "Fluid density needs to be above
19    1730" kilograms per meter cubed.  Did I interpret
20    that correctly?
21        A.  You interpreted the number correctly, but
22    I don't believe that's an assumption.
23        Q.  Okay.  I'm sorry.  If I look at the end
24    of that paragraph, you say:  "...I have used
25    1800" kilograms per meters cubed.

```
 1   my Counsel on a matter of privilege?
 2        Q.   (By Mr. Davis-Denny) Yes.
 3              MR. DAVIS-DENNY:  Can we please stop
 4   the clock, though.
 5              THE VIDEOGRAPHER:  The time
 6   is two -- going off the record?
 7              MR. DAVIS-DENNY:  Yes.
 8              THE VIDEOGRAPHER:  It's 2:49 p.m.
 9   We're off the record.
10          (Recess from 2:49 p.m. to 2:54 p.m.)
11              MR. DAVIS-DENNY:  Ready.
12              THE VIDEOGRAPHER:  All set?
13          The time is 2:54 p.m.  We're back on the
14   record, beginning Tape 15.
15        A.   Can you repeat the question?
16        Q.   (By Mr. Davis-Denny) Your analysis was
17   that the flow rate had increased during the
18   course of the Top Kill, correct?
19        A.   The opinion I formed at that time, based
20   on the work I had conducted at that time, was
21   that the flow rate had increased between the
22   start of Top Kill 1 and the end of Top Kill 3.
23        Q.   Okay.  Could you please go back to U.S.
24   Tab 13, Exhibit 9446?  This was the one we
25   started to look at earlier.
```