01-40982
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Robert Joseph Turlak
**VOLUME 2**

NOVEMBER 7, 2012

## *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1      Q.  And Eddy Redd was copied on that E-mail,
2   correct?
3      A.  Yes, sir.
4      Q.  And that E-mail is dated Monday, May 3rd,
5   and the "Subject" line is "Plumbing error on the
6   Horizon stack (!?)"  Do you see that, sir?
7      A.  Yes, sir.
8      Q.  And I'll just read the E-mail out loud:
9   "Adrian, Larry,
10          "Just tried to get hold of you on your
11  respective mobiles: no success.  FYI, it seems
12  that we may have the ROV stab" (supposed to be
13  lined-up" with -- "(supposed to be lined-up to
14  the pipe rams) lined" -- "lined-up to the test
15  rams.  We are trying to confirm, but it looks
16  like it is really plumbed wrong.
17          "BP is ballistic....  Rightly so...  I am
18  flabbergasted.  Asked Eddy to urgently talk" to
19  "one of our" Hous -- excuse me -- "one of our
20  Horizon subseas, and" have him help -- "have him
21  coming to help us understanding this troubling
22  situation.  Gary Leach is trying to work on a
23  confirmation of the situation.
24          "Best regards, Arnaud."
25          Did I read all of that correctly?

1  A. Yes, sir.
2  Q. And is that -- is that consistent with
3  what you testified to yesterday, that -- that
4  there was a plumbing error that -- that existed
5  on the BOP that didn't show up in the schematic
6  drawing?
7  A. Yes, sir.
8  Q. Still on the topic of the BOP, but not
9  looking at that particular exhibit -- and we're
10 going to go back to the Notice and look at Topic
11 No. 5 to make sure we're on the same page with
12 this subject matter.  Topic 5 of Exhibit 9986,
13 Binder Ex -- Tab No. 2.
14 A. Oh.
15 Q. Okay.  Topic 5, if you could read through
16 that:  "Your...condition" of the kno --
17 "condition and plumbing of the Deepwater Horizon
18 blow-out preventer prior to the incident on April
19 20, 2010..." and I'll -- I'll stop there.  So
20 we're talking about the condition and plumbing of
21 the DEEPWATER HORIZON blowout preventer.
22      What is -- on -- on a BOP or LMRP, do you
23 know what a pressure transmitter's function is, a
24 PT?
25 A. Pressure transmitter?

1    Q.  (By Mr. Haycraft) Okay.  And would you --
2  would you -- wou -- would Transocean agree that
3  both John MacKay and Iain Sneddon were working as
4  a Team with Jim Wellings and the other folks to
5  implement a solution that had both contingency
6  and redundancy at that point in time?
7         MR. BAAY:  Object to form.
8         And I'll just state on the record that
9  he's not here to answer as Transocean on those
10 kind of questions.  He's here to answer on
11 Transocean's knowledge and information related to
12 the Topics that he's designated for.
13        MR. HAYCRAFT:  What kind of
14 question?
15        MR. BAAY:  The question you just
16 asked.
17        MR. HAYCRAFT:  I just -- for my own
18 benefit, I was wondering what kind of a
19 question --
20        MR. BAAY:  Well, you asked --
21        MR. HAYCRAFT:  -- it was.
22        MR. BAAY:  -- him a question about a
23 May 11th Meeting Minutes, and you said:  "Is
24 Transocean's -- would Transocean agree that both
25 John MacKay and Iain Sneddon were working?"

```
 1   concerned with information they received from
 2   the -- from the top kill that the rupture disk
 3   was going to rupture, and then a period of time
 4   later, we actually landing -- landed a capping
 5   stack on that actually sealed the well, I
 6   don't -- don't know what changed between then,
 7   those two times.
 8           I mean, they -- they said based on the
 9   information they received, that we'll never put a
10   BOP on top of it, and then sometimes later, we
11   wound up -- wound up closing the well in.
12      Q.   (By Mr. Baay) Have you since learned
13   whether or not it was accurate to say that the
14   top kill procedure ruptured the burst disks?
15              MR. HAYCRAFT:  Same.
16              MS. HANKEY:  Objection, form.
17      A.   Well, it didn't, because we wound up
18   using a BOP on a -- on -- on the -- on the well
19   and shut it in, pressure increased, and the
20   rupture disks didn't cause an underground
21   blowout.
22      Q.   (By Mr. Baay) Do you know, in your
23   personal capacity, whether the BOP-on-BOP
24   presented the same risks of broaching the
25   formation as did the three-ram capping stack?
```

```
 1                 MR. HAYCRAFT:  Objection, form.
 2                 MS. HANKEY:  Objection, form.
 3       A.   Well, the same opportunity for venting
 4  for in -- in the event it -- there was concern
 5  about shutting in the BOP, the same opportunity
 6  for venting could have been used on the
 7  BOP-on-BOP as the capping stack.
 8       Q.   (By Mr. Baay) Did both devices, both
 9  source -- Source Control methods, present the
10  same risk of potentially broaching the formation?
11                 MR. HAYCRAFT:  Objection, form.
12                 MS. HANKEY:  Objection, form.
13       A.   Yes.
14       Q.   (By Mr. Baay) Did it -- does it make
15  sense to you that the BOP-on-BOP was abandoned in
16  place of the capping stack, considering that they
17  both -- they both present the same risk?
18                 MR. HAYCRAFT:  Objection, form.
19                 MS. HANKEY:  Objection, form.
20       A.   Ask that question again, please.
21       Q.   (By Mr. Baay) Sure.  You've agreed that
22  the BOP-on-BOP presents the same risk of
23  broaching the formation as does a three-ram
24  capping stack?
25                 MR. HAYCRAFT:  Same.
```