IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Geoff Boughton

**VOLUME 1**

JULY 20, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

For U.S. & International Services
800 - 745 - 1101

1   Q.  For the Enterprise.  What do you
2   mean by that?
3   A.  All the equipment was ready.  The
4   connector was on and tested.  We could
5   have had the BOP down there the middle of
6   May, 15th of May.  The slings and the
7   things we needed to recover the LMRP --
8   because that was the plan, to pull off the
9   LMRP and set it on the seabed.  That --
10  that was all ready -- ready to go.
11  Q.  And so you think you could have
12  capped the -- the well mid-May?
13  A.  Yes.
14  Q.  You mentioned a capping team?
15  A.  Yes.
16  Q.  Who was on the capping team?
17  A.  From our guys, it was Ian Sneddon
18  and John Macay, who I mentioned John a
19  minute ago.  He's -- and later, a fellow
20  named Dave Cameron.
21          Dave came to relieve Ian and
22  John, who had been over for like six weeks
23  before they went back home for a rest,
24  because it was very stressful during that
25  time.

**PURSUANT TO CONFIDENTIALITY ORDER**