# Sub Sea Capping Stack

April 28, 2010

1

5385
Exhibit No.
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

TRN-MDL-00799220

CONFIDENTIAL

# Timeline – SubSea Capping Stack

| Activity | BP Approved? | April | | May | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **Capping** | **No** | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Prepare procedure | | | | | | | | | | | | | | | | | | | |
| HAZID | | | | | | | | | | | | | | | | | | | |
| Approve procedure | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Locate and secure equipment | | | | | | | | | | | | | | | | | | | |
| Modify Enterprise BOP | | | | | | | | | | *pending equipment availability* | | | | | | | | | |
| Modify Enterprise Riser joint | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| ***Execute Job*** | | | | | | | | | | | | | | | | | | | |
| Move Enterprise to location | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Cut riser | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Remove LMRP | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Run BOP and riser | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Latch up to Horizon BOP | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Close Rams. Well secure. | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

# Initial conditions

- Cut Riser above existing LMRP
- Disconnect LMRP from the Horizon BOP stack with ROV

Cut line #1
Existing LMRP
Disconnect
Existing BOP

CONFIDENTIAL

# Deploying Stack



CONFIDENTIAL

TRN-MDL-00799223

# Deploying Stack

21" Riser
Blind
Perforated Riser Joint
Enterprise LMRP
Enterprise BOP
Existing BOP

- Enterprise BOP and LMRP with perforated riser joint and **<u>blanked off</u>** riser to surface.

CONFIDENTIAL

TRN-MDL-00799224

21" Riser
Blind
Perforated Riser Joint
Enterprise LMRP
Enterprise BOP
Existing BOP

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.
- Blind flange diverts all flow out of the riser,
- **No wellbore fluids will be taken to the Enterprise**

CONFIDENTIAL

# Deploying Stack

21" Riser
Blind
Perforated Riser Joint
Enterprise LMRP
Enterprise BOP
Existing BOP

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.
- Blind flange diverts all flow out of the riser,
- **No wellbore fluids will be taken to the Enterprise**

CONFIDENTIAL

Deploying Stack
Peforation above the blind flange to allow riser to fill while running, and drain while pulling
21" Riser
Blind
Perforated Riser Joint
Enterprise LMRP
Enterprise BOP
Existing BOP
8

# Deploying Stack

21" Riser
Blind
Perforated Riser Joint
Enterprise LMRP
Enterprise BOP
Existing BOP

- The internal area of the riser is 283.5 sq in
- 91, 2" OD holes drilled into 30' of riser provides the same flow area
- Removes ~1.5% of the surface area from the 30' section of riser
- 2" holes are 16" center-to-center
  - 23 rows, 4 holes per row

CONFIDENTIAL

# Concerns

- Stack analysis:
  - Will the Horizon stack support the additional weight of the Enterprise BOP?
  - Address this by minimizing the watch circle.
  - Disconnect at 2 degrees lower ball joint angle
- Surface Plume
  - Do not want to move over the well if the plume is directed straight up
  - Wait for current to take the flow away

CONFIDENTIAL

TRN-MDL-00799229

# Stack Comparison



CONFIDENTIAL

TRN-MDL-00799230

# Combined Stack – 65.05' to top of LMRP

**~12.5' taller than existing hook up**

Horizon Stack – 52.63' to top of LMRP

~22.57' to top of BOP

Enterprise Stack – 42.48' to top of LMRP

CONFIDENTIAL

TRN-MDL-00799231

~4.5' SHORTER than existing hook up

Horizon Stack – 52.63' to top of LMRP

~22.57' to top of BOP

CONFIDENTIAL

TRN-MDL-00799232

# Procedure

- Land stack. Close Enterprise blind shear rams.
- Release LMRP. Leave shut in while drilling relief wells.

OR

- Pump kill fluids down choke and kill into well. Bullhead kill the well.

***Never allow open riser above the Horizon BOP. Keep blind flange in place.***

CONFIDENTIAL

# Why not kill immediately?

- Well is secured and pollution stopped, kill operations may result in broaching
- DP event mid-way through kill (unlikely)

CONFIDENTIAL

TRN-MDL-00799234

# Backup

16

CONFIDENTIAL TRN-MDL-00799235

- Path illustrating flow line kill



17

CONFIDENTIAL

TRN-MDL-00799236

# Watch Circle – Relative to Lower Ball Joint Angle

Green: 0 to 2 degrees
Good to operate
Yellow: 2 to 4 degrees
Caution – prepare to disconnect
Red: Greater than 4 degrees
Need to disconnect prior to damaging subsea equipment

# Watch Circle – Relative to Lower Ball Joint Angle

Waterline
Seafloor
Green: 0 to 2 degrees
Good to operate
Yellow: 2 to 4 degrees
Caution – prepare to disconnect
Red: Greater than 4 degrees
Need to disconnect prior to damaging subsea equipment

# Watch Circle Size Relative to Water Depth

Waterline
Green in 6,000’ of water:
0 to 2 degrees
419’ across
Green in 3,000’ of water: 0
to 2 degrees
208’ across
Seafloor

CONFIDENTIAL