01-41887
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )        MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )        SECTION: J
APRIL 20, 2010                           )
                                         )        JUDGE BARBIER
                                         )
                                         )        MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# David Arnold Barnett
### VOLUME 1

DECEMBER 13, 2012

## *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group✦Court Reporting✦Video Production✦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1    will then shut the well in and do a bullhead
 2    kill.
 3          If you reduce the size of the leak path
 4    sufficiently, then you can do essentially a
 5    momentum kill.  You still have some leakage, but
 6    you have enough pressure for the fluid to be
 7    forced back down the well.
 8          Q.  Okay.  And then, finally, the "static
 9    kill"?
10          A.  Well, I have to say that a "static kill,"
11    I've only heard it applied to the Macondo Well,
12    and it's essentially what I would call a bullhead
13    kill.  You -- you stop the flow at the surface,
14    you shut the well in, and you inject fluid down
15    and displace the reservoir fluid into the
16    formation to be replaced with kill mud.
17          Q.  Are any of these techniques more common
18    than others?
19          A.  I would say they're -- that's a good
20    question.  I -- I think probably the bullhead
21    kill is more -- is applied more often than the
22    dynamic kill.
23          The momentum kill, it's very rare.
24    Sometimes it's attempted.  It doesn't have a very
25    high percentage of success.
```

```
 1        A.  You know, I -- I -- not to sound dumb,
 2    but I don't guess I ever really gave it much
 3    thought.
 4        Q.  All right.  Did Wild Well recommend
 5    proceeding with the top kill, do you recall?
 6        A.  We -- we pointed out some of the
 7    potential problems that could be associated with
 8    the -- with the top kill.  As I recall, we
 9    expressed our lack of confidence that the top
10    kill would be successful, but we were in
11    agreement to go implement it, if that was BP's
12    wishes.
13        Q.  All right.  And were -- what were some of
14    the reasons why you weren't confident that it
15    would be successful?
16        A.  Well, as a general rule, I don't have
17    much confidence in being able to control a well
18    in that manner, either this well or -- or any
19    other.  The -- the idea is that you're going to
20    create enough friction through an unknown
21    geometry to essentially effect a shut-in of the
22    well.
23            Well, the first thing that has to happen
24    for this top kill to even start being successful
25    is you have to establish a pressure at the
```

```
 1   wellhead that balances the reservoir with the
 2   reservoir fluid in the well.
 3         That -- that sort of friction pressure at
 4   the surface just seems very difficult to
 5   establish, to me.
 6      Q.  Very difficult to attain that kind of
 7   pressure?
 8      A.  Yes, yes.
 9      Q.  Okay.  Pat Campbell wrote some things
10   saying he thought BP was going forward with the
11   top kill because it was the first thing available
12   to do next.
13         Do you recall any discussions of that
14   nature at -- in Wild Well?
15            MS. MINCE:  Object to the form.
16      A.  I recall that there were lots of
17   discussions on a daily basis about what was the
18   best way to proceed, and it had -- oh, there were
19   so many things that had to be considered about
20   our ability to contain and the risk of capping
21   and the risk of shutting in.
22         I don't recall any conversations that
23   basically said, "Let's do this because it's the
24   only thing available to us at the time."
25      Q.  (By Ms. Flickinger) Okay.  But you had
```

1    said earlier the momentum kill was a more unusual

2    tool to use to kill a well, correct?

3        A.  Yes.

4        Q.  Okay.

5        A.  Very -- very rarely attempted.

6        Q.  Okay.  Let's go to Tab 56.  And this has

7    been previously marked as Exhibit 9250.  It's an

8    E-mail thread.  All right.  And starting -- let's

9    start on the second page.  And Ole Rygg sends to

10   Mr. Trevor Hill, on May 16th, a PowerPoint

11   Presentation that has to do with planning for the

12   dynamic top kill, correct?

13       A.  Yes.

14       Q.  All right.  And then there's an E-mail

15   from a Mr. Tim Lockett to Trevor Hill on

16   May 17th.

17           Now, do you -- do you know who Trevor

18   Hill is?

19       A.  I do not.

20       Q.  Do you know who Mr. Tim Lockett is?

21       A.  I do not.

22       Q.  Okay.  I'll represent to you that they're

23   BP employees --

24       A.  Okay.

25       Q.  -- involved in -- in flow matters.

```
 1        A.   Yes, especially -- excuse me, especially
 2    the upper portion of the BOP, as I recall.
 3        Q.   Okay.  So that was your conclusion at the
 4    time?
 5        A.   Yeah.
 6        Q.   All right.  Do you recall what BP
 7    announced was the reason for the failure of the
 8    top kill?
 9                 MR. BENTSEN:  Objection, form.
10        A.   I honestly don't.
11        Q.   (By Ms. Flickinger) Do you recall them
12    saying that burst rupture disks were the reasons
13    the top kill failed?
14                 MR. BENTSEN:  Objection, form.
15        A.   Well, I remember that there was some
16    speculation that some of the kill fluid went down
17    the well and that that could be an indication
18    that the burst disks were ruptured.  I do recall
19    that.
20        Q.   (By Ms. Flickinger) And do you recall
21    that Wild Well did not agree with that assessment
22    of that analysis of the reason for the top kill
23    failure?
24                 MR. BENTSEN:  Objection, form.
25        A.   I do.  I -- I personally didn't agree
```

```
1   with it, and I think that was the consensus among
2   Wild Well Control.
3       Q.  (By Ms. Flickinger) All right.  That's
4   correct.
5           So I'm just going to go ahead and mark a
6   couple of exhibits to that effect, that -- that
7   corroborate that.
8           If you could turn to Tab 80.  And it's
9   going to be Exhibit 10600.  And this is a Memo
10  from Fred Ng to Pat Campbell, dated May 29th,
11  WW-MDL-0064837.  That's probably all I'm going
12  to -- that's enough.
13              THE COURT REPORTER:  For those of
14  you keeping up, we skipped to 10600 from 14 --
15  10499.
16          (Exhibit No. 10600 marked.)
17      Q.  (By Ms. Flickinger) Okay.  So after
18  the -- after the top kill, BP started to focus on
19  other Source Control measures, correct?
20      A.  Yes.
21              MR. BENTSEN:  Objection, form.
22      Q.  (By Ms. Flickinger) And do you recall
23  what the next -- I guess they then turned to
24  collecting oil and gas through the -- through the
25  riser insertion tool?
```

```
 1    that the dynamic kill would be done from the
 2    bottom of the well, and the momentum kill or
 3    dy -- or top kill would be done by point --
 4    pumping into the exit point.
 5         Q.  Okay.  So the top kill procedure that was
 6    utilized in this one was trying to pump in from
 7    the top?
 8         A.  Yes.
 9         Q.  And that was the one you said that's
10    rarely successful?
11         A.  Yeah.
12         Q.  How do you know?  What makes -- what --
13    what, in your experience, makes you know that top
14    kills, or what's called "momentum kills," are
15    rare -- rarely successful?
16         A.  Well, they are rarely attempted.
17         Q.  Fair enough.  Why not?
18         A.  Because it's obvious that their chances
19    of success are not very high.
20         Q.  And, in fact, the top kill/momentum kill
21    here did not work?
22         A.  It did not.
23         Q.  And, in fact, Mr. Campbell and Wild Well
24    predicted the top kill/momentum kill would
25    probably not work?
```

```
 1                     EXAMINATION
 2   QUESTIONS BY MR. DAVIS-DENNY:
 3        Q.  Hi, Mr. Barnett.  My name is Grant
 4   Davis-Denny, and I represent Transocean, as I
 5   mentioned at the break.
 6        A.  Yes.
 7        Q.  Thank you for taking the time to testify
 8   today.  I believe you testified earlier that you
 9   had concluded the top kill had failed because the
10   flow path through the BOP was too large.  Do you
11   recall that testimony?
12        A.  Yes.
13        Q.  You did not attribute the top kill's
14   failure to the burst disk.  Is that correct?
15        A.  That's correct.
16        Q.  Okay.  The consensus at Wild Well Control
17   was that the top kill had failed because the flow
18   path through the BOP was too large, rather than
19   because of the burst disk.  Is that correct?
20        A.  I believe that's true, yes.
21        Q.  Okay.  Wild Well Control shared that
22   conclusion with BP, right?
23        A.  In my memo, yes.
24        Q.  Yes.  And that's a memo that you sent in
25   late May of 2010, correct?
```

```
 1        A.  Or the -- or the first part of June, yes.
 2        Q.  Okay.  Let's -- I'm going to show you
 3   what's our Tab 42.  It's Exhibit 10622.
 4            (Exhibit No. 10622 marked.)
 5        Q.  (By Mr. Davis-Denny) And is this exhibit
 6   what you were just referring to as your memo?
 7        A.  Yes, it is.
 8        Q.  Okay.  This is a memo that you sent to
 9   BP's Mark Mazzella and Mark Patteson on May 31st
10   of 2010.  Is that correct?
11        A.  Yes.
12        Q.  You sent this in the course of your work
13   for BP; is --
14        A.  Yes.
15        Q.  -- that right?
16        A.  That's right.
17        Q.  You made every ec -- effort to be as
18   accurate as possible when you wrote this memo,
19   right?
20        A.  That was my intention.
21        Q.  Okay.  If you'll please look at the
22   second page of the memo.
23        A.  (Complying.)
24        Q.  And if you look at three paragraphs from
25   the bottom, this is where you communicated to BP
```

239

1    the Wild Well Control consensus view that the top

2    kill had failed because the flow path through the

3    BOP was too large, correct?

4        A.  Yes.

5        Q.  Okay.  Did you have any subsequent

6    discussions with BP about your memo?

7        A.  Not too much, not really.

8        Q.  Okay.  Did you have any subsequent

9    discussions with BP about why the top kill had

10   failed?

11       A.  Yes, we had some discussions about it.

12       Q.  When did those discussions occur?

13       A.  Well, when we returned, of course, we

14   were offshore on the rig, implementing this kill

15   operation, so we had some discussions there on

16   the rig after the kill operation failed and then

17   a series of discussions once me and the -- the

18   Team arrived back at the office.

19       Q.  Who from BP was involved in these

20   discussions?

21       A.  Oh, Mark Patteson, Jon Sprague, Mark

22   Mazzella.

23       Q.  Were Patteson, Sprague, and Mazzella all

24   out on the rig during the top kill?

25       A.  Mazzella was.

1    Q.  Mazzella.  Okay.  And so when you talked

2    about having conversations on the rig about why

3    the top kill had failed, that was with

4    Mr. Mazzella?

5    A.  Well, he was the only -- the -- the BP

6    Representative, yes.  There were others.

7    Q.  Okay.  Who were the others involved in

8    that conversation?

9    A.  Oh, Bob Grace, Jace Larrison, who was

10   also a BP employee.  Primarily, that was it.

11   Q.  Okay.  Did anyone in those conversations

12   on the rig express a view as to why they thought

13   the top kill may have failed?

14   A.  As far as I recall, everyone was in

15   fairly close agreement that it was simply a

16   matter of the flow path was too big.

17   Q.  Okay.  So Mr. Mazzella agreed with that

18   view?

19   A.  I believe that was -- yes.

20   Q.  Mr. Grace agreed with that view?

21   A.  Yes.

22   Q.  And Mr. Larrison agreed with that view?

23   A.  Yes.

24   Q.  Okay.  All right.  Then you returned to

25   shore, and you said that there were some

```
1    conversations that occurred back onshore.  Is
2    that correct?
3         A.  Yes.
4         Q.  All right.  About why the top kill had
5    failed?
6         A.  Yes.  Well, mind you, we -- we were --
7    the -- the Kill Team was working in a room
8    generally half of the size of this one.  And we
9    were all around a very large table.  So these
10   kinds of discussions went on over the course of
11   the day quite regularly.
12        Q.  Is this table discussion that you're
13   talking about, is this something that occurs back
14   onshore?
15        A.  Yes.
16        Q.  Okay.  And who -- who was involved in
17   those discussions about why the top kill failed
18   back --
19        A.  Oh --
20        Q.  -- onshore?
21        A.  -- gosh.  A number of people.  Just
22   whoever happened to be in the room at the time.
23        Q.  Okay.  Who from BP specifically do you
24   recall having conversations with onshore about
25   why the top kill had failed?
```

     1          A.  Well, I -- I seem to remember Mark

     2     Patteson and Jon Sprague.

     3          Q.  Okay.  And did you express to

     4     Mr. Patteson and Mr. Sprague, in conversations

     5     around the table onshore, the view that the top

     6     kill had failed because the flow path was too

     7     large?

     8          A.  Yes.  Most of the discussion was around

     9     the ideas that were being expressed by certain

    10     other folks that some of the mud went down the

    11     well, and there were wellbore integrity issues

    12     that were being expressed.  And so most of the

    13     conversations with the Group that I'm referring

    14     to had to do with those topics.

    15          Q.  Did any of the BP employees that you

    16     spoke with about why the top kill had failed ever

    17     express the view to you that the notion that the

    18     top kill had failed because the flow path was too

    19     large was an inplausible view --

    20          A.  I --

    21          Q.  An implausible view.  In other words, did

    22     anyone ever say to you that your view of why the

    23     top kill had failed was an implausible one?

    24          A.  No.

    25          Q.  Okay.  I'm going to hand you a -- another

1      document.  It's Tab 22, and it is Exhibit 10623.

2             (Exhibit No. 10623 marked.)

3      Q.  (By Mr. Davis-Denny) And I'd actually

4      like to start at the bottom of the E-mail chain,

5      so if you'll flip to the -- I think it's four

6      pages back.  It's the E-mail from William Burch

7      that's sent on May 29th.  The --

8      A.  Okay.

9      Q.  Got it?

10     A.  M-h'm.

11     Q.  Okay.  And Mr. Burch, we've established,

12     was one of your colleagues at Wild Well Control,

13     correct?

14     A.  Correct.

15     Q.  And you were copied on this E-mail.  Is

16     that correct?

17     A.  That's correct.

18     Q.  It was sent on May 29th.  Is that right?

19     A.  Right.

20     Q.  That's just one day after the top kill

21     effort had concluded?

22     A.  Right.

23     Q.  Okay.  And it was directed to Fred Ng,

24     who we've spoken about earlier, correct?

25     A.  M-h'm, right.

```
 1        Q.  He was a colleague of yours at Wild Well
 2   Control?
 3        A.  Yes.
 4        Q.  He was General Manager of Engineering?
 5   Is that correct?
 6        A.  That's correct.
 7        Q.  And you and ten other colleagues from
 8   Wild Well Control were copied on this E-mail,
 9   right?
10        A.  Yes.
11        Q.  And do you know Mr. Burch to be a
12   generally -- to have been generally truthful and
13   accurate in his E-mail communications?
14             MR. BENTSEN:  Objection, form.
15        A.  I'm not sure that I'd go that far.
16        Q.  (By Mr. Davis-Denny) Okay.
17        A.  Bill was -- is prone to dramatize things
18   a bit.
19        Q.  Okay.  Did -- did you read this E-mail at
20   the time?
21        A.  I'm sure I did.
22        Q.  Did you have any reason to doubt the
23   accuracy of this E-mail when you received it?
24        A.  Well, in -- insofar as that the burst
25   disks were gone, I -- I had reason to believe
```

245

 1   that that was inaccurate.

 2       Q.  That's right.  And that -- that's a view

 3   that Mr. Burch agreed with, as well?  In other

 4   words, he held the same view that you did?

 5       A.  I believe so, yes.

 6       Q.  Okay.  Now, in this E-mail, he's

 7   referring to a -- actually, I want to start by

 8   reading the second paragraph real quick, and then

 9   we'll -- we'll -- I have a few questions for you

10   about it.

11            He says:  "I've talked with Kurt Mix to

12   confirm the story.  He was in communication with

13   Jon Sprague earlier and is chasing down with Phil

14   Pattillo.  If I'm gathering my information

15   correctly, the analysis was made from the data

16   from pumping yesterday with Dr. Steve Willson and

17   Phil early this afternoon (I just so happened to

18   stumble in to their conversation while I was

19   talking with Thomas.)  Kurt" is -- or "Kurt

20   agrees with me that this data could be very

21   misleading and limiting options on uncertain data

22   is not prudent."

23            Now, first question for you is:  Kurt Mix

24   is the same BP employee, Mr. Mix, that you

25   referred to earlier in -- in your testimony,

246

 1    correct?

 2         A.  Yes.

 3         Q.  Okay.  And Bill Burch was your colleague

 4    who wrote the E-mail on about May 28th, I believe

 5    it was, that said he and Kurt Mix were being

 6    excluded from BP's brain trust.  Do you recall

 7    that?

 8         A.  I do.

 9         Q.  Okay.  Bill Burch also had written in

10    that E-mail that on -- on May 28th that BP

11    apparently did not want to hear the truth.  Is

12    that correct?

13              MS. MINCE:  Object to form.

14         A.  I believe he did say that.

15         Q.  (By Mr. Davis-Denny) Okay.  Now,

16    Mr. Burch and Mr. Mix had a conversation on -- on

17    May 29th that's detailed here in this -- this

18    E-mail, correct?

19         A.  Yes.

20         Q.  And that conversation related to data

21    that had come out of the top kill operation,

22    correct?

23         A.  Correct.

24         Q.  Mr. Burch and Mr. Mix had discussed

25    certain analysis of that data, right?

1    A.  Yes, evidently so.

2    Q.  And the analysis that they had discussed

3  was this claim that the top kill had failed

4  because the burst disks were gone, right?

5    A.  I don't know that they're expressing that

6  that was the reason for failure.  I think that

7  they are saying that that was a diagnostic result

8  of the top kill operation.

9    Q.  I -- I had the same read.  I -- I didn't

10  mean to suggest otherwise.

11      They're discussing the idea that some

12  people had that the burst disks had been the

13  reason why the top kill had failed, right?

14    A.  Yeah.  There was a certain amount of

15  pressure decline at a constant pump rate, as

16  stated in my memo, that led some people to

17  believe that mud was being injected down the

18  annulus and into the failed burst disk.

19    Q.  Okay.  Now, if we look at the first

20  paragraph of this E-mail, he says:  "Mike Cargol

21  heard from his containment group that the latest

22  is that the burst disks are gone.  According to

23  his sources, the only option forward is

24  containment until the relief well gets done.

25  Capping is out of the question."

```
 1            And so what he was saying was, based on
 2    this notion that the top kill had failed because
 3    of the burst disk, capping the well was being
 4    taken off the table as an option for Source
 5    Control, right?
 6         A.  Well, yeah --
 7              MR. BENTSEN:  Objection, form.
 8         A.  -- but, look.  I mean, this is the whole
 9    problem with some of Bill Burch's communications,
10    is, "Well, so-and-so heard from such-and-such,"
11    and "I think," and "If I got this right."
12         So, you know, I -- I just -- I just don't
13    put a lot of importance to all that.
14         Q.  (By Mr. Davis-Denny) Well, he went and
15    confirmed that story with BP's Kurt Mix, correct?
16         A.  H'm --
17         Q.  That's what he describes in that second
18    paragraph.
19         A.  Well, to -- the way he's interpreting all
20    his conversations is that now -- that the focus
21    is going to be on the relief well and that
22    capping is no longer an option.
23         Q.  Well, it's true, isn't it, that --
24         A.  Obviously, that --
25         Q.  -- after the top kill failed, the BOP on
```

```
 1    BOP strategy was abandoned.

 2         A.   Yes.

 3         Q.   Is that correct?

 4         A.   That's correct.

 5         Q.   Okay.  And that was because BP had

 6    attributed the failure of the top kill to the

 7    burst disk, correct?

 8              MR. BENTSEN:  Objection, form.

 9         A.   That was my understanding, that at -- at

10    least that had a -- a huge influence on the

11    decision.

12         Q.   (By Mr. Davis-Denny) Okay.  Now,

13    Mr. Burch was expressing in this E-mail his

14    concern that the top kill data could be very

15    misleading.  Is that correct?

16         A.   That's correct.

17         Q.   And BP's Kurt Mix had told him that he

18    agreed with that concern, correct?

19         A.   Correct.

20              MR. BENTSEN:  Objection, form.

21         Q.   (By Mr. Davis-Denny) Okay.  And Mr. Mix,

22    from BP, had also told Wild Well Control's Bill

23    Burch that limiting Source Control options based

24    on uncertain data was not prudent, correct?

25         A.   That is correct.
```

```
 1          Q.  Okay.  And was one of -- one of those
 2     options, one of those Source Control options that
 3     Mix appears to have been referring to, was the
 4     BOP on BOP strategy that was abandoned, correct?
 5               MR. BENTSEN:  Object to form.
 6          A.  That is probably correct, yes.
 7          Q.  (By Mr. Davis-Denny) Okay.  Okay.  I'd
 8     like to have you look at the first page --
 9          A.  All right.
10          Q.  -- of this E-mail.  And I -- I want to
11     start at the bottom.  And you may recognize this.
12     A version of this E-mail was shown to you
13     earlier, but we didn't really get a chance to --
14     to dive into it very far.
15          A.  M-h'm.
16          Q.  But this is an E-mail that Mr. Ng sent on
17     the night of Saturday, May 29th, 2010, correct?
18          A.  Correct.
19          Q.  And you were copied on this E-mail,
20     correct?
21          A.  Yes.
22          Q.  Okay.  And in the second paragraph of
23     this E-mail, which was discussed earlier with
24     you, he's commenting on the problems with relying
25     on the top kill modeling to conclude that the
```

1    burst disks are gone, correct?

2        A.  That is correct.

3        Q.  And when he uses the abbreviation in the

4    last sentence of that paragraph, "BDs are gone,"

5    you understand he's referring to burst disks,

6    correct?

7        A.  Yes, m-h'm.

8        Q.  Okay.  So Mr. Ng had the same concern

9    that BP's Kurt Mix had about the -- the

10   interpretation of the top kill data?

11       A.  Yes.

12           MR. BENTSEN:  Objection, form.

13       Q.  (By Mr. Davis-Denny) And he had the same

14   concern that you had about the interpretation of

15   the top kill data?

16           MR. BENTSEN:  Objection, form.

17       A.  Well, we had a difference of opinion,

18   yes.

19       Q.  (By Mr. Davis-Denny) Okay.  I'd like you

20   to look at the third paragraph of that E-mail,

21   where he says:  "May be these guys need to look

22   at the video data besides the pressure data."

23           And by "these guys," you understood him

24   to mean the -- BP.  Is that correct?

25       A.  I would interpret it that way, yes.

1      Q.  Okay.  And then he says:  "It is quite

2    apparent from the" bid -- "video that most, if

3    not all, the mud pumped in these operations went

4    out the DWH riser and now down the hole."

5         Now, when he says "now" there, you

6    understand he meant -- means "not"?

7      A.  Not.

8      Q.  Correct?

9      A.  Yes.

10     Q.  Okay.  And the importance of Mr. Ng's

11   sentence there is that if the top kill mud went

12   out the DEEPWATER HORIZON's riser and not down

13   the hole, it did not exit out the burst disks,

14   correct?

15     A.  Correct.

16     Q.  Okay.  And then he goes on and writes:

17   "In spite of increasing pump rate, junk shot,

18   cubes and balls, et cetera, there was little

19   change in the mud plume exiting the riser.  The

20   pressure data simply shows that the surface leaks

21   are too large to be sealed by the materials

22   introduced and therefore there was no backstop to

23   build up enough injection pressure for the top

24   kill.  Maybe I am missing something, but I fail

25   to see how that can be any indication of the

```
1    integrity of the 16 inch before or after the top

2    kill."

3            Did I read that correctly?

4        A.  You did.

5        Q.  And "the 16 inch" was the 16-inch casing

6    where the burst disks were at?  Is that correct?

7        A.  That's correct.

8        Q.  Okay.  And then if you'll look at the

9    E-mail at the top of the page, there's an E-mail

10   from Christopher Murphy, sent on May 30th of

11   2010, correct?

12       A.  Yes.

13       Q.  And you were copied on this E-mail, as

14   well?

15       A.  Yeah.

16       Q.  Okay.  And it was sent back to Mr. Ng?

17       A.  Right.

18       Q.  And he writes -- the -- the sum total of

19   his E-mail is:  "Fred, you have captured

20   precisely what we all think.  Well said.

21   Regards, Chris Murphy."

22           Did I get that correct?

23       A.  Yes.

24       Q.  Okay.  And that's consistent with your

25   testimony earlier about the consensus that
```

1    existed at Wild Well Control about why -- why

2    the top kill had failed?

3         A.  It is consistent.  I -- it seems a little

4    strong to say that it is precise and applicable

5    to everyone at Wild Well, but the general

6    consensus was that there was no indication of

7    damage to the burst disks.

8         Q.  Okay.  Did you have any conversations

9    with Kurt Mix about why the top kill had failed?

10        A.  None that I recall, but it's very likely

11   that we at least had a conversation in the room

12   where we were all working.

13        Q.  Okay.  That's all I have for you on that

14   subject.  I want to move on to a different Topic

15   now.

16            You testified earlier about some

17   discussions that were -- that occurred regarding

18   5,000 barrels per day as a Flow Rate Estimate

19   erring on the low side.  Do you recall that --

20        A.  Yes.

21        Q.  -- testimony?

22        A.  Yes.

23        Q.  Were BP employees involved in those

24   discussions?

25                 MS. MINCE:  Wait.  Object to the