01-40954
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
**VOLUME 1**

OCTOBER 10, 2012

# COPY



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    was not going to be a BOP on BOP attempt?

2          MR. BARR:  Objection; form.

3          MR. KRAUS:  Objection; form.

4          MR. SINCLAIR:  Objection; form.

01:35  5          MR. DAVIS-DENNY:  Objection; form.

6          MS. RICHARD:  Objection; form.

7          A.    As I recall, the presentation

8    that was eventually made by BP on -- on its

9    analysis of -- of top kill was that that was

01:35  10   the most plausible situation, is that they

11   were pumping down the backside, potentially

12   pumping out a rupture disk or the shoe of the

13   casing.  I do recall at that particular

14   meeting that I did not necessarily concur

01:35  15   with that -- that assessment, but ultimately

16   all other parties, science team, and others

17   up the line had agreed with that assessment.

18          Q.    (BY MR. FENDLER)  Had you and --

19   and others in the government decided they

01:36  20   disagreed with that assessment, you would

21   have kept the option of using the BOP from

22   the DDII available, perhaps even try to

23   utilize it, wouldn't you?

24          MR. KRAUS:  Objection; form.

01:36  25          MR. BARR:  Objection.

          1    can -- I can remember one case that I was
          2    personally involved with where I didn't
          3    believe that the information -- the analysis
          4    of information was provided as timely as I
04:00     5    would like, but that was a rare case.
          6         MR. FENDLER:  Okay.  I think that's all
          7    I have, Mr. Herbst.  Thank you very much for
          8    your patience.
          9         MR. FLYNN:  Thank you.
04:00    10         THE VIDEOGRAPHER:  The time is
         11    4:00 p.m., and we're off the record.
         12         (Recess from 4:00 p.m. to 4:08 p.m.)
         13         THE VIDEOGRAPHER:  The time is
         14    4:08 p.m.  We're back on the record.
04:08    15              E X A M I N A T I O N
         16    BY MR. KRAUS:
         17         Q.    Mr. Herbst, I previously
         18    introduced myself.  I'm Doug Kraus.  I'm here
         19    on behalf of the State of Louisiana.  I'm
04:08    20    going to try not to take up too much time of
         21    your -- of your time today, but I do have
         22    some questions.  First, I need to follow up
         23    on an answer you gave to counsel for BP.  You
         24    mentioned that you were involved in an
04:09    25    instance of the source control efforts where

1    BP was not as forthcoming with information as

2    quickly as you would have like.  Can you tell

3    me, No. 1, what that pertained to?

4         A.    In particular that -- that one

04:09  5    incident -- and, really, that's the only

6    incident I can -- I can recall -- was

7    following top kill.  It made -- it made a

8    request to participate in some other the

9    discussion and ongoing analysis occurred

04:09 10    immediately following those attempts.  I

11    thought it would -- it would have been better

12    to be in the same room hearing the discussion

13    as it occurred.  They -- they had had the

14    data -- we had access to data realtime as it

04:09 15    was coming -- coming through, but as far as

16    having the data to go back and -- and

17    analyze, we didn't have that, and so I

18    thought it would be better to participate

19    with -- with them in that analysis or at

04:10 20    least hear their -- their viewpoints as they

21    were deliberating on that, and we were not

22    allowed to participate in that -- in that

23    particular meeting.

24         Q.    Okay.  And you said "they had

04:10 25    the data."  Are you referring to BP?

        1        A.      BP and its contractors that were

        2    involved with top kill.

        3        Q.      When did you initially make that

        4    request to be involved in those discussions?

04:10   5        A.      I can't recall the exact time,

        6    but I do recall that top kill was -- was

        7    finished up the last attempt which involved

        8    the junk shots as well, it would have been

        9    shortly after that completion of that that --

04:10  10    that both Admiral Cook and myself attempted

       11    to talk to BP to see if we could sit in on

       12    those discussions I recall that at the time

       13    the answer was no.  I had pretty much gone

       14    back to my office there in Houston in BP's

04:11  15    office and worked with staff members and

       16    didn't get an invite beyond that point to

       17    participate.

       18        Q.      You said yourself and

       19    Admiral Cook made that request; is that

04:11  20    correct?

       21        A.      We attempted to sit in on a

       22    meeting that BP was having, and at that time

       23    we were -- we were not allowed to -- to enter

       24    that meeting.  I don't know exactly what was

04:11  25    going on in that meeting at that time.  They

```
 1    may have been on a teleconference or
 2    whatever, but at that particular time they
 3    said no, we need -- we need to discuss the
 4    information and -- and that's really the last
 5    I heard of it until we -- we sat down at a
 6    briefing regarding their -- their results and
 7    their analysis of the results.
 8         Q.    Who -- well, No. 1, where did
 9    the meeting take place?
10         MR. FLYNN:  Objection as to form.
11              Which meeting?  He's talking
12    about two.
13         Q.    (BY MR. KRAUS)  I'm sorry, the
14    meeting in which you asked to sit -- sit in
15    on and weren't allowed to.
16         A.    That was at BP's headquarters'
17    office in Houston.  It was a room set aside,
18    a conference room set aside from the main
19    room where the witnessing of the top kill
20    operation was taking place.
21         Q.    Do you recall -- tell me
22    everybody that you recall that was in that
23    meeting.
24         A.    I can't really recall all the
25    members.  I do recall Andy Inglis with BP, I
```

04:11   5
04:11  10
04:11  15
04:12  20
04:12  25

1    believe James Dupree was also in that

2    meeting.  Beyond that I -- I don't have a

3    recollection.

4         Q.    Do you have any specific

04:12  5    recollection of anybody outside of BP being

6    in that meeting?

7         A.    I do not other than there may

8    have been contractors.  I'm not -- not aware.

9         Q.    But as you sit here today you're

04:12 10    not aware -- you have no recollection of

11    anybody outside of the three BP individuals

12    that you named being present at that meeting?

13         A.    I don't recall any government

14    participants being in -- in that meeting that

04:12 15    they were having at that time.

16         Q.    And to the best of your

17    recollection what specifically did they say

18    when you asked to participate?

19         A.    Basically, the -- that they

04:13 20    needed their own time to assess the

21    information.

22         Q.    Okay.  Do you have any idea how

23    long that meeting lasted?

24         A.    I -- I don't really know.  I

04:13 25    know that we were not called on to

 1   participate until the eventual meeting which

 2   I believe occurred later that -- that night

 3   or the next day.  I'm not sure.

 4        Q.    Okay.  And tell me about that

04:13  5   second meeting.

 6        A.    That second meeting is where BP

 7   presented to all parties.  I believe, the

 8   science team folks were there, Coast Guard

 9   was there, I was there.  All the members of

04:13 10   my team were there, I believe.  And it went

11   through a PowerPoint presentation on the

12   analysis of the top kill.

13        Q.    Okay.  If you turn to Tab 4 in

14   your binder, and I've already marked that as

04:14 15   Exhibit 9084.  Can you look at that and tell

16   me if that looks familiar to you and if that

17   is the PowerPoint that you're speaking of?

18        A.    That's correct.

19        Q.    So this PowerPoint is dated

04:14 20   May 29th, 2010; is that correct?

21        A.    Yes.

22        Q.    Okay.  So would that likely --

23   based upon the fact that this is dated

24   May 29, 2010, would that mean the meeting

04:14 25   that you requested to sit on -- sit in on and

1               As you sit here today do you

2    have any knowledge as to why you may have

3    underlined that word "may"?

4         A.    If -- if that was my underline

04:16  5    of that word "may" it's just words like that

6    generally relate to uncertainty versus some

7    concrete fact.

8         Q.    Do you know which uncertainty

9    you -- you found interesting?

04:16 10         A.    Well, that -- again, some of

11    this -- my analysis of what was being

12    presented was -- was not having all -- all

13    the facts in front of me for a length of time

14    to be able to determine how they came up with

04:16 15    any one of these assumptions of facts as

16    they're presented here.

17         Q.    Okay.

18         A.    So my -- I can't really testify

19    as to what questions I may have asked, if I

04:16 20    asked a follow-up question related to that or

21    not, but it would have been a point that I

22    wanted more information on what was the data

23    that supported that.

24         Q.    Who else from the U.S.

04:17 25    government was present at this meeting on

```
 1    May 29th, 2010, if you recall?
 2          A.    All I can recall specifically
 3    from our office was Brian Domangue there
 4    was -- you know, he was working in Houston
 5    most of the time.  I can't recall
 6    specifically who was there from the -- from
 7    the science team.  I believe also that
 8    Admiral Cook was -- was in this meeting.  I
 9    know, he was participating all the way up
10    through -- through this point.
11          Q.    Okay.  Mr. Domangue is with MMS;
12    is that correct?
13          A.    That's correct.
14          Q.    Can you turn to Page 10?  Do you
15    see the handwriting "all six, question mark"?
16          A.    Yes.
17          Q.    Is that your handwriting?
18          A.    Yes.
19          Q.    Okay.  And if you read the
20    bullet point next to it, it says, "Max flow
21    rate through 7/8s-inch rupture disc openings
22    ca. 60 bpm (six discs failed)."  Did I read
23    that correctly?
24          A.    Yes.
25          Q.    Is the all six question mark
```

01-40957
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    )    MDL NO.  2179
"DEEPWATER HORIZON" in the    )
GULF OF MEXICO, on    )    SECTION: J
APRIL 20, 2010    )
    )    JUDGE BARBIER
    )
    )    MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
**VOLUME 2**

OCTOBER 11, 2012

# COPY



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

 1    that these were all approved plans that were

 2    identical, correct?

 3         A.     I don't specifically recall

 4    how -- how it was portrayed, but --

11:49  5         Q.     Well, if you want to look

 6    through these, it's 8962 through 8973, you

 7    can confirm that none of these at least

 8    indicate they've been approved, correct?

 9         A.     As -- as the documents are

11:51 10    depicted, that's -- that's correct, these are

 11    all repre- -- represented as submitted, not

 12    approved documents.

 13         Q.     Okay.  Now, very quickly in the

 14    last little bit of time I have left with you,

11:51 15    I want to talk to you about the top kill.

 16         A.     Okay.

 17         Q.     Were you ever told prior to the

 18    top kill that there was discussion within BP

 19    that the top kill would not work if the flow

11:51 20    was more than 15,000 barrels per day?

 21         A.     I do not recall that discussion.

 22         Q.     Is that the type of information

 23    that you believe you should receive when

 24    you're making decisions of whether or not you

11:52 25    would recommend such a procedure?

442

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | MR. DIAZ:  Object to form.                          |
|       | 2  | A.     It would be very helpful in --              |
|       | 3  | in the discussion.  It wouldn't be the only         |
|       | 4  | item that I would look at.  We were looking         |
| 11:52 | 5  | at the entirety of -- of that effort.               |
|       | 6  | Q.     (BY MR. BARR) But if I recall               |
|       | 7  | correctly, you're the person that signed off        |
|       | 8  | on the top kill procedure, correctly?               |
|       | 9  | A.     Yes.                                         |
| 11:52 | 10 | Q.     And you were not told that that             |
|       | 11 | contingency existed, correct?                       |
|       | 12 | A.     As far as I know, that's              |
|       | 13 | correct.                                            |
|       | 14 | Q.     Let's look at Tab 31 in your                |
| 11:52 | 15 | notebook, and this has been previously marked       |
|       | 16 | as Exhibit 8537.  Do you see that, sir?             |
|       | 17 | A.     Yes, uh-huh.                                 |
|       | 18 | Q.     Okay.  This is an e-mail from               |
|       | 19 | Ole Rygg.  Do you know who that gentleman is?        |
| 11:53 | 20 | A.     No, I do not.                               |
|       | 21 | Q.     You didn't have any experience              |
|       | 22 | with him?                                           |
|       | 23 | A.     Not that I recall.                          |
|       | 24 | Q.     Okay.  I'll represent to you he             |
| 11:53 | 25 | was a person that was providing information         |

```
     1          A.    This one looks similar, but --
     2          MR. SINCLAIR:  May 29 we're looking
     3      for?  9084.
     4          MR. BARR:  See if you can find it real
11:58 5      quick, if you don't mind.
     6          Q.    (BY MR. BARR)  Let's go ahead
     7      and look at this one.  This is attached to an
     8      e-mail from Trevor Hill, referencing that
     9      this is a -- a PowerPoint intended for
11:58 10     Secretary Salazar, correct?
    11          A.    That appears correct.
    12          Q.    Okay.  And I think we may have
    13      found it.  Here is the one you were actually
    14      shown, May 29th, 2010, which is 9084.  The --
11:58 15     the presentation you were given was
    16      explaining why the top kill failed, correct?
    17          A.    BP's interpretation of why --
    18      why it failed, yes.
    19          Q.    Okay.  And the primary reason BP
11:59 20     gave for the failure of the top kill in it --
    21      in its belief was a failure of rupture disks,
    22      correct?
    23          MR. DIAZ:  Object to form.
    24          A.    That is correct.
11:59 25         Q.    (BY MR. BARR)  Okay.  That was
```

1    the only possibility that BP called likely,

2    right?

3              A.    I think they used the term

4    plaus- -- "plausible."  Their conclusions

12:00  5    were possible and plausible.

6              Q.    Okay.  In all of the other

7    potential that BP set out, it didn't believe

8    they were either possible or plausible --

9    possible or plausible, correct?

12:00  10             A.    In the scenarios that they

11    discussed, Scenarios 1 and 2, which were the

12    other scenarios, they described their

13    conclusion as possible, but not probable --

14    not plausible.

12:00  15             Q.    Okay.  And in those other

16    scenarios, the one that was not given to you

17    was that the well -- the flow rate may be too

18    high, correct?

19             MR. DIAZ:  Object to form.

12:00  20             A.    I do not see where they gave

21    that explanation.

22             Q.    (BY MR. BARR)  The first time

23    you were ever told that was during this

24    deposition, correct?

12:01  25             MR. DIAZ:  Object to the form.

```
 1        A.    As far as seeing physical
 2   documentation of it, that'd be correct.
 3        MR. BARR:  Mr. Herbst, I appreciate
 4   your time.  I don't have any other questions.
 5        THE VIDEOGRAPHER:  Time is 12:01 p.m.,
 6   and we're off the record.
 7        (Recess from 12:01 p.m. to 1:04 p.m.)
 8        THE VIDEOGRAPHER:  Time is 1:04 p.m.,
 9   and we're back on the record.
10               E X A M I N A T I O N
11   BY MR. DAVIS-DENNY:
12        Q.    Good afternoon, Mr. Herbst.  As
13   I told you at the break, my name is Grant
14   Davis-Denny, and I represent Transocean.  A
15   question for you to start with --
16        THE VIDEOGRAPHER:  Excuse me.  We got a
17   audio.  Something's going on with your mike.
18        MS. SARGENT:  Can we stop the clock?
19        THE VIDEOGRAPHER:  Time is 1:05 p.m.,
20   and we're off the record.
21        (Recess from 1:05 p.m. to 1:06 p.m.)
22        THE VIDEOGRAPHER:  Time is 1:06 p.m.,
23   and we're back on the record.
24        Q.    (BY MR. DAVIS-DENNY)  Good
25   afternoon again.  You were asked some
```

12:01  (line 5)
01:04  (line 10)
01:05  (line 15)
01:05  (line 20)
01:06  (line 25)

487

```
 1      the top kill itself; is that right?
 2            A.     That's correct.
 3            Q.     After the top kill failed, BP
 4      employees had a meeting by themselves; is
 5      that correct?
 6            A.     Yes.
 7            Q.     You and Admiral Cook were not
 8      invited to that meeting; is that correct?
 9            A.     We were not invited, that's
10      correct.
11            Q.     And you believe based on who was
12      in that meeting and its proximity to the top
13      kill having just finished that that meeting
14      was about the top kill's failure; is that
15      correct?
16            A.     I believe that to be true.
17            Q.     At some point you two decided
18      that it was important that you be part of
19      those discussions that BP was having about
20      the top kill; is that correct?
21            A.     That's correct.
22            Q.     Why was that important?  Why did
23      you feel that was important?
24            A.     Well, there were -- there was a
25      lot of data to be -- to be analyzed and
```

01:45   5
01:45   10
01:46   15
01:46   20
01:46   25

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    understood.  I personally thought it would be

2    helpful to understand the -- any analysis

3    that was going on with it, get other -- other

4    people's input and what their understanding

01:46   5    was and not try to just solely do that

6    independently, but to -- but to listen to any

7    and all parties that were available and what

8    their input was.

9        Q.    You made a comment yesterday

01:47   10   about having had access to certain top kill

11   data in realtime, but not having received the

12   data to analyze.  Do you remember that

13   comment?

14       A.    Yes, yes.

01:47   15       Q.    Now, what I took you to mean

16   there is that you saw the data flash across

17   the screen as the top kill was going on, but

18   you didn't have the top kill data in some

19   computer file that you could go sit down and

01:47   20   analyze; is that correct?

21       A.    Yes, that's correct.

22       Q.    Okay.  So after BP had met by

23   its -- you know, the BP employees had had

24   this private meeting without you and

01:47   25   Admiral Cook, the two of you knocked on the

489

1        door of this room; is that right?

2                A.      That's correct.

3                Q.      And you asked the people inside

4        if you could join the meeting; is that right?

01:47 5          A.      That's correct.

6                Q.      But BP did not allow you to

7        enter that meeting; is that right?

8                A.      That's correct.

9                Q.      BP told you to wait?

01:48 10         A.      I don't remember the -- the

11       exact language, but we -- we were not allowed

12       entry at that time.

13               Q.      Did BP give you a reason?

14               A.      The only thing from my

01:48 15     recollection is, is that they -- they wanted

16       time to -- to review the operations.

17               Q.      Did they explain to you why they

18       couldn't review the operations with you or

19       Admiral Cook in the room?

01:48 20         A.      I don't recall any explanation.

21               Q.      There weren't any members of the

22       government science team in that meeting; is

23       that correct?

24               A.      I cannot be certain, but I don't

01:48 25     believe there were.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

490

```
 1          Q.     You also didn't see anyone in

 2   that meeting who you recognized to be a

 3   Transocean employee, did you?

 4          A.     I do not recall.

 5          Q.     I'd like to show you

 6   Exhibit 9084.  This was the State of

 7   Louisiana's Tab 4.  This is a May 29th, 2010,

 8   PowerPoint presentation that was entitled

 9   "Top Kill Analysis"; is that correct?

10          A.     That's correct.

11          Q.     The presentation has BP's logo

12   on it?

13          A.     That's correct.

14          Q.     And Exhibit 9084, we determined

15   yesterday, is the copy of the presentation

16   that was in your files; is that right?

17          A.     That's correct.

18          Q.     BP presented this PowerPoint to

19   you on or about May 29th of 2010; is that --

20          A.     That's correct.

21          Q.     And you understood it to be BP's

22   analysis of why the top kill had failed?

23          A.     That's correct.

24          Q.     Did you expect that BP would

25   share with you all of the facts relevant to
```

01:48  5
01:49 10
01:49 15
01:49 20
01:50 25

491

1    the top kill analysis when it gave you this

2    presentation?

3         A.    I'm not certain of -- of that,

4    no.  It's just -- it was whatever they were

01:50  5    going to present was what we were going to

6    get.

7         Q.    Would you expect that the

8    responsible party would share with you, MMS'

9    representative at the Unified Area Command,

01:50 10    all of the relevant information it had about

11    the top kill's failure?

12         MR. DIAZ:  Object to form.

13         A.    Yes, I would.

14         Q.    (BY MR. DAVIS-DENNY)  If you'll

01:50 15    turn to Slide 6.  BP describes a scenario

16    here where the hydrocarbons and mud flow went

17    up the drill pipe and bypassed through the

18    rams; is that correct?

19         A.    Yes.

01:50 20         Q.    When BP described this scenario,

21    did they mention that one of their

22    contractors had concluded prior to the top

23    kill that the dynamic kill could not succeed

24    if the flow rate was above 15,000 barrels of

01:51 25    oil per day?

1          MR. DIAZ:  Object; form.

2          A.     Are you referencing language in

3     the --

4          Q.     (BY MR. DAVIS-DENNY)  I am not

01:51  5     referencing language.

6          A.     Okay.

7          Q.     I'm asking if they told you a

8     particular fact that is not on the

9     PowerPoint, and that's why I'm asking you

01:51 10     that.

11          A.     I do not recall that statement.

12          Q.     When BP described this scenario,

13     did BP mention that one of its own employees

14     had concluded that the top kill was failing

01:51 15     because the flow rate was too high; in other

16     words, because it was over 15,000 barrels of

17     oil per day?

18          MR. DIAZ:  Object to form.

19          A.     I do not recall that.

01:51 20          Q.     (BY MR. DAVIS-DENNY)  BP said in

21     the last bullet point on this slide about

22     this first scenario that there was an

23     inconsistency with Scenario 1, correct?

24          A.     Yes.

01:51 25          Q.     And the inconsistency that BP

```
 1    identified was that with massive flow past

 2    the rams, you would expect significant

 3    erosion; is that right?

 4           A.     That's what it states, yes.

 5           Q.     Did BP present any evidence that

 6    there had not been significant erosion as a

 7    result of the top kill?

 8           A.     Not that I recall, no.

 9           Q.     BP represented to you that this

10    first scenario was possible, but not

11    plausible; is that right?

12           A.     That was their conclusion, yes.

13           Q.     If you'll look at Slide 8.  This

14    is the second scenario that BP presented to

15    you on May 29th, 2010, as a possible scenario

16    to explain the top kill failure; is that

17    right?

18           A.     That's correct.

19           Q.     That scenario was that

20    hydrocarbon flow would be up the annulus and

21    casing and that dominant mud flow was in the

22    casing; is that right?

23           A.     That's correct.

24           Q.     And BP also labeled this second

25    scenario possible, but not plausible?
```

01:52  5
01:52  10
01:52  15
01:52  20
01:52  25

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1          A.      That's correct.

 2          Q.      Then if you turn to Slides 9 and

 3    10 for me, please.  Here BP identifies the

 4    third scenario, correct?

 5          A.      That's correct.

 6          Q.      Does that third scenario claim

 7    that the dominant mud flow from the top kill

 8    was through failed rupture disks in the

 9    16-inch casing?

10          A.      That's correct.

11          Q.      BP presented this failed rupture

12    disk scenario to you as a plausible scenario

13    for explaining the top kill's failure; is

14    that correct?

15          A.      That's correct.

16          Q.      In fact, BP presented this

17    failed rupture disks scenario as the only

18    plausible scenario for explaining the top

19    kill's failure; is that right?

20          A.      From what I recall, that was the

21    only one, yes.

22          Q.      And so BP presented this failed

23    rupture disk scenario as the most likely

24    scenario for explaining the top kill's

25    failure; is that right?
```

495

         1        A.     I can only go by what -- what

         2    they stated was that it was plausible, the

         3    others were not.  I don't know if the "most

         4    likely" language was used.

01:54    5        Q.     They didn't present any other

         6    scenario that they la- -- labeled even

         7    plausible; is that correct?

         8        A.     That's correct.

         9        Q.     If you'll turn to Slide 12.  Did

01:54   10    BP inform the group that because the top kill

        11    had likely failed because of the rupture

        12    disks that shutting in the well through use

        13    of a BOP on BOP method would likely lead to

        14    broaching?

01:54   15        A.     Yes, that is one of the bullets

        16    here.

        17        Q.     And broaching in that context

        18    meant that oil could flow into the formation

        19    and possibly up through the seafloor; is that

01:54   20    correct?

        21        A.     That's correct.

        22        Q.     This conclusion that BP

        23    presented about the burst disks being

        24    responsible for the top kill's failure caused

01:54   25    decision makers to turn away from the BOP on

1    BOP option at the end of May; is that right?

2         A.     I believe that to be correct,

3    yes.

4         Q.     When BP presented this

01:55  5    conclusion to you about the burst disks being

6    responsible for the top kill's failure, had

7    you had an opportunity to analyze the top

8    kill data that might support or detract from

9    that conclusion?

01:55  10        A.     I didn't have the -- the

11    opportunity.  There were other decision

12    makers in- -- involved in the process at that

13    time.  I agreed with the decision, but for a

14    different reason.

01:55  15        Q.     You had not had the opportunity,

16    though, yourself, to analyze the top kill

17    data files at the point of this May 29th

18    presentation; is that right?

19        A.     That's correct.

01:55  20        Q.     Okay.  I'm going to show you a

21    different document now.  This is Tab 33.

22        MS. SARGENT:  It's been marked 9354.

23        Q.     (BY MR. DAVIS-DENNY)  Is the --

24    if you look at the first page of

01:56  25    Exhibit 9354, is this an e-mail that you

         1          A.      Yes.

         2          Q.      Did anyone from BP share with

         3     you the view that the top kill had failed

         4     because the flow rate was too high because it

01:59    5     was over 15,000 or words to that effect?

         6          MR. DIAZ:  Object; form.

         7          A.      I do not recall that.

         8          Q.      (BY MR. DAVIS-DENNY)  Would it

         9     have been important to the government's

01:59   10     analysis of the top kill's failure and

        11     whether to go forward with the BOP on BOP

        12     option to have known that a BP employee had

        13     concluded the top kill was failing because

        14     the flow rate was over 15,000 barrels of oil

01:59   15     per day?

        16          MR. DIAZ:  Object; form.

        17          A.      I'm sorry, could you repeat that

        18     question?

        19          Q.      (BY MR. DAVIS-DENNY)  Sure.

01:59   20     Wouldn't it have been important to the

        21     government's analysis of whether to go

        22     forward with the BOP on BOP option to have

        23     known that a BP employee had concluded that

        24     the top kill was failing because the flow

01:59   25     rate was over 15,000 barrels of oil per day?

```
 1          MR. DIAZ:  Same objection.

 2          A.     Yes, that would be important.

 3          Q.     (BY MR. DAVIS-DENNY)  Okay.  I'd

 4   like to show you another document.  This is

 5   Exhibit 9265.

 6          MS. SARGENT:  Our Tab 105.

 7          Q.     (BY MR. DAVIS-DENNY)  It's --

 8   yes, it's our Tab 105.

 9              Do you know someone named Thomas

10   Selbekk in connection with the response?

11          A.     I do not recall that name.

12          Q.     Did you know Ole Rygg?

13          A.     No.

14          Q.     Okay.  I'll represent to you

15   that Mr. Selbekk and Mr. Rygg work for a BP

16   contractor named Add Energy.

17          A.     Okay.

18          Q.     Have you seen this e-mail

19   before?

20          A.     I do not recall seeing it, no.

21          Q.     You're not -- you're not copied

22   on this e-mail?  You're not a recipient of

23   this e-mail, correct?

24          A.     No.

25          Q.     Okay.  Do you see the subject
```

1    and the annular space?

2         A.    That appears what he's referring

3    to, is that either one of those scenarios

4    are -- are possible.

02:16  5         Q.    Okay.  So if you had known that

6    the mud had not gone down into the well, that

7    would have been important to the analysis of

8    whether the mud had exited through the burst

9    disks; is that correct?

02:16  10         MR. DIAZ:  Object; form.

11         A.    I'm sorry, I'm going to have to

12    ask you to repeat one more time.

13         Q.    (BY MR. DAVIS-DENNY)  Sure.  If

14    you had known that the mud had not gone down

02:16  15    into the well, that would have been a

16    relevant fact in your analysis of whether the

17    mud had exited through the burst disks; is

18    that correct?

19         MR. DIAZ:  Same objection.

02:17  20         A.    Again, it's important to know

21    where -- where the mud is -- is going,

22    whether it's going down the backside or if

23    it's going down the main casing bore.

24         Q.    (BY MR. DAVIS-DENNY)  But if you

02:17  25    had known that the mud had not gone down into

```
 1    the well at all, that would have been an

 2    important fact to your analysis of whether

 3    the mud had gone out the burst disks; is that

 4    correct?

 5         MR. DIAZ:  Object to form.

 6         A.    Yes, I believe so.

 7         Q.    (BY MR. DAVIS-DENNY)  And if you

 8    had known that the mud had not exited through

 9    the burst disks, that would have been

10    important to you because it would have

11    reduced the risk that might have been

12    associated with the capping stack; is that

13    correct?

14         MR. DIAZ:  Object to form.

15         A.    That's correct.

16         Q.    (BY MR. DAVIS-DENNY)  And it

17    might have reduced the risk that could have

18    been associated with the BOP on BOP option;

19    is that correct?

20         MR. DIAZ:  Object; form.

21         A.    It -- it could have reduced one

22    of the risks, yes.

23         Q.    (BY MR. DAVIS-DENNY)  Okay.  I

24    want to show you a new exhibit.  This is

25    Exhibit 7270 and it's Tab 129 and it's a
```

02:17  5
02:17 10
02:17 15
02:17 20
02:18 25

          1   on the simulations, evidence, and evaluations
          2   performed" --
          3         A.    I'm sorry, I must be on the
          4   wrong.  Can you give me the Bates
02:19     5   number again?
          6         Q.    Maybe I gave you the wrong
          7   number.
          8         A.    There are two Bates numbers on
          9   here.
02:20    10         MS. SARGENT:  I believe it's the larger
         11   set of Bates numbers.
         12         Q.    (BY MR. DAVIS-DENNY)  You know
         13   what --
         14         A.    That's the smaller one.
02:20    15         Q.    Let me point you to Roman
         16   numeral Page VII, if you see the very small
         17   numbers up in the top right.  Not -- if you
         18   wouldn't mind, could I see that version of
         19   the exhibit you have?
02:20    20         A.    Yeah.  I don't see Romans.
         21         Q.    I think there may have been a
         22   mix-up on our side.
         23         MS. SARGENT:  Roman numeral VII
         24   BP-HZN-BLY00125340.  Sorry.  Back together.
02:21    25         Q.    (BY MR. DAVIS-DENNY)  Okay.  If

1    you'll look at the line at the top of the

2    page that's near your right hand there, it

3    reads, "Based on the simulations, evidence,

4    and evaluations performed it is believed that

02:21  5    the initial flow path was through a leaking

6    casing shoe and up inside the casing."  Did

7    BP inform you in late May or early June of

8    2010 that one of its contractors had

9    concluded that the flow path with -- was up

02:21  10   the inside of the casing?

11        MR. DIAZ:  Object; form.

12        A.    I'm not re- -- sure which casing

13   they're referring to in this sentence, but I

14   don't re- -- I don't recall that statement

02:21  15   being made.

16        Q.    (BY MR. DAVIS-DENNY)  Would

17   knowing that there was evidence that the flow

18   was up the inside of the casing have been

19   important to you in connection with your

02:21  20   analysis of the top kill's failure?

21        MR. DIAZ:  Object; form.

22        A.    I really don't understand the

23   context in which they're saying "up inside

24   the casing," I don't know which casing

02:22  25   they're referring to here.

1      Q.      (BY MR. DAVIS-DENNY)  Assume for

2  a moment it's the innermost casing rather

3  than the flow being up the annular space.

4  Would that have been an important fact for

02:22  5  you to know in connection with your analysis

6  of the top kill's failure?

7      MR. DIAZ:  Object to form.

8      A.      Again, read -- reading this

9  sentence, I'm uncertain at what they're --

02:22  10  what they're trying to -- what they're trying

11  to state.

12      Q.      (BY MR. DAVIS-DENNY)  If flow

13  was upside -- up the in side of the interior

14  casing, would you agree with me that the top

02:22  15  kill mud could not have exited through the --

16  the first disk in the 16-inch external

17  casing?

18      MR. DIAZ:  Object; form.

19      A.      Okay.  I believe I see what

02:23  20  they're saying.  So they're talking about the

21  flow path of the -- of the -- of the

22  blowout --

23      Q.      (BY MR. DAVIS-DENNY)  I'm

24  sorry --

02:23  25      A.      -- not the pumping.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.    I'm sorry, I should have

2  explained that.  Yes, they're talking about

3  the flow path of the hydrocarbons up the well

4  being inside the casing.

02:23  5    A.    And, I'm sorry, I'm going to ask

6  you for more time to question now.

7    Q.    Yeah, so let me -- with that

8  context in mind let me ask you the question I

9  was trying to get at initially.  Would

02:23  10  understanding that fact have been important

11  to your -- to you in your analysis of why the

12  top kill had failed?

13    MR. DIAZ:  Object to form.

14    A.    Fully understanding and knowing

02:23  15  for certain the flow path would be important,

16  and if it was confirmed that that was the

17  only flow path, it would be important.

18    Q.    (BY MR. DAVIS-DENNY)  And the

19  reason why it would be important to -- to

02:24  20  understand that the flow path was up the

21  inside of the casing was that that would mean

22  that the mud from the top kill could not have

23  gone out the burst disks; is that right?

24    A.    If -- if it was stated that that

02:24  25  was the only flow path, in other words, there

```
 1    wasn't a combined flow path, then, yes, that

 2    would be correct.

 3         Q.    Okay.  Sir, I'm going to ask you

 4    about a different topic now.  I'd like to

 5    show you Exhibit 8980, which was Tab 45 in

 6    BP's binder.  This is that "Summary points

 7    from the Kill the Well on Paper Discussion"

 8    that you've been asked about.  Do you recall

 9    this?

10         A.    Yes.

11         Q.    I just wanted to clarify a

12    couple of things.  You -- you testified that

13    you had never seen the "Summary points from

14    the Kill the Well on Paper Discussion"

15    before; is that correct?

16         A.    I do not recall seeing this

17    exact summary.

18         Q.    Okay.  And there is no one

19    listed on the meeting attendees on the kill

20    the well on paper discussion who was from the

21    MMS; is that correct?

22         A.    I do not see any names that they

23    have listed here as MMS employees.

24         Q.    And you were pointed to the --

25    the third bullet point a couple of times.  Do
```

02:24  5
02:25 10
02:25 15
02:25 20
02:25 25

1    came from an estimate from NOAA?

2         A.    I believe it was actually a

3    number from BP.

4         Q.    A number from BP, okay.  And so

03:10  5    in this letter, BP is again representing to

6    you that 5,000 barrels a day is the most

7    likely model; is that correct?

8         MR. DIAZ:  Object to form.

9         A.    That's correct.

03:11 10         Q.    (BY MS. SARGENT)  And this is a

11    reservoir model, that's what it says at the

12    top, a reservoir model that BP has run using

13    its proprietary information about the well;

14    is that right?

03:11 15         MR. DIAZ:  Object; form.

16         A.    Yes, that appears to be correct.

17         Q.    (BY MS. SARGENT)  Now, did UAC

18    otherwise have access to BP's proprietary

19    well information?

03:11 20         MR. DIAZ:  Object; form.

21         A.    I can't say, per se, at what

22    point we would have -- obviously, I think we

23    did have inputs.  When the flow rate team

24    started working, I'm sure they gathered well

03:12 25    specific information.

548

         1          Q.     (BY MS. SARGENT)  And the -- the

         2     flow rate team was stood up on approximately

         3     May 18th; is that correct?

         4          A.     I believe that's about the

03:12    5     approximate date, yes.

         6          Q.     So before that period of time,

         7     you are not aware that UAC would have access

         8     to BP's proprietary well information?

         9          A.     Certain well information we --

03:12   10     we would have.  If you're asking about this

        11     specific information that was used in their

        12     reservoir model, I would say that no, we did

        13     not have that level of detail.

        14          Q.     I'd like to turn quickly to our

03:12   15     Tab 114.  It's been previously marked as

        16     Exhibit 9226.  And this is an e-mail between

        17     a person named Ole Rygg -- we've seen his

        18     name before -- to Kurt Mix at BP and dated

        19     May 9, 2010.  And I'll just ask you to flip

03:13   20     to the next page.  And do you see the range

        21     of oil rates represented there?

        22          A.     Yes, I do.

        23          Q.     And they range from

        24     approximately 37,000 barrels per day to

03:13   25     87,000 barrels per day; do you see that?

```
 1          A.     Yes.
 2          Q.        And this is the day before BP
 3     had sent its May 10th letter to you stating
 4     that the most likely case was 5,000 barrels
 5     per day; is that right?
 6          MR. FLYNN:  Objection as to form.
 7          A.        It appears to be correct, yes.
 8          Q.     (BY MS. SARGENT)  And some of
 9     these cases say "current restrictions
10     measured" and give a back pressure of
11     3800 psi; do you see that?
12          A.     Yes.
13          Q.        Were you -- are you aware that
14     there was a pressure measurement of 3800 psi
15     below the BOP test ram?
16          A.     I'm not sure when I became aware
17     of that, but at -- at some point, yes, we
18     were aware of that.
19          Q.        And as we discussed earlier,
20     that back-pressure reading can give you an
21     idea of the restrictions in the BOP, that's
22     what it says here when it says "current
23     restrictions"?
24          A.     Yes.
25          Q.        Now, these aren't worst-case
```

03:13  5
03:13  10
03:14  15
03:14  20
03:14  25

1    scenario numbers, then, correct, because they

2    purport to model current restrictions?

3          MR. FLYNN:  Objection as to form.

4          A.    It -- it appears that all of

03:14   5    them have some restrictions, with potentially

6    the -- the second to last one, it says

7    unrestricted to -- to seabed, but it looks

8    like it -- it's taken into account some

9    back-pressure.  I don't know if that's the

03:15  10    water column or something in the stack.

11          Q.    (BY MS. SARGENT)  So all of

12    these cases take into account some

13    restrictions, and so they're, therefore, not

14    worst-case scenario flow -- discharge rates;

03:15  15    is that right?

16          MR. FLYNN:  Object as to form.

17          MR. DIAZ:  Objection; form.

18          A.    Actual worst -- worst-case

19    scenario would have it flowing to surface

03:15  20    and -- and not just the mud line.

21          Q.    (BY MS. SARGENT)  Now, did BP

22    ever represent to you the data or the ranges

23    contained in this chart, up to 87,000 barrels

24    per day?

03:15  25          A.    I do not recall seeing that.

551

1          Q.     Let's look briefly at Tab 93,

2     8865.  This is an internal BP e-mail thread

3     between Ole Rygg and Add Energy, and it's

4     dated May 16 and May 17.  There's a number of

03:16   5     e-mails.

6                And if you flip to the second

7     page, there is an e-mail from Ole Rygg to

8     Trevor Hill on May 16, and it's cop- --

9     carbon copied to Kurt Mix and Thomas Selbekk.

03:16  10     And I'll just represent for you that Dr. Rygg

11     is a BP contractor, as we said before, and

12     he -- he's involved here in modeling for the

13     top kill effort.

14          A.     Okay.

03:16  15          Q.     And about halfway down the page,

16     he says, "Be aware that we are working on the

17     5,000 barrel per day case.  That could be too

18     optimistic."

19                Do you see that line?

03:16  20          A.     Yes.

21          Q.     Did BP ever tell you that its

22     contractor had warned it that a 5,000 barrel

23     per day flow rate could be too optimistic?

24          MR. DIAZ:  Object to form.

03:17  25          A.     Not that I recall.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

 1      Q.      (BY MS. SARGENT)   And if you go

 2   to the front of the document, there is an

 3   e-mail from -- just from Tim Lockett to

 4   Trevor Hill, and at the -- at the paragraph

03:17   5   labeled 1 it says, "The apparent reliance on

 6   Ole's e-mail on the 5 mbd number, which has

 7   little if no origin, is concerning.  From all

 8   the different ways we have looked at

 9   flowrate, 5 mbd would appear to err on the

03:17  10   low side."

11              Do you see that?

12      A.      Yes.

13      Q.      Did BP ever communicate to you

14   that 5,000 barrel a day number had little if

03:17  15   no origin?

16      A.      No, I don't recall that.

17      Q.      Did BP ever tell you that 5,000

18   barrels day -- the 5,000 barrel per day flow

19   rate erred on the low side?

03:18  20      MR. DIAZ:  Object to form.

21      A.      I don't recall him saying that.

22      Q.      (BY MS. SARGENT)   And, in fact,

23   in the May 10th letter that we had just

24   looked at, the official letter, it

03:18  25   represented 5,000 barrels a day to you as the