01-41010
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Richard Vargo
VOLUME 1

AUGUST 22, 2012

## COPY



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

|       |     |                                                    |
|-------|-----|----------------------------------------------------|
|       | 1   | Q.    "Do Not Kill Well, More Oil                  |
|       | 2   | Flowing," correct?                                 |
|       | 3   | A.    Yes.                                         |
|       | 4   | Q.    So according to this document                |
| 09:34 | 5   | from BP, the top kill could make the               |
|       | 6   | situation worse by not killing the well and        |
|       | 7   | more oil would flow primarily due to erosion       |
|       | 8   | in the kink, correct?                              |
|       | 9   | A.    Yes.                                         |
| 09:34 | 10  | Q.    And then "People, Pressure,                  |
|       | 11  | SIMOPS," correct?                                  |
|       | 12  | A.    Yes.                                         |
|       | 13  | Q.    Do you know what that risk is?               |
|       | 14  | A.    The "People, Pressure, SIMOPS,"              |
| 09:34 | 15  | certainly risks to people.  Obviously, doing       |
|       | 16  | an operation like this is dangerous, and so        |
|       | 17  | risk to people getting hurt, that was -- that      |
|       | 18  | was definitely a top risk.                         |
|       | 19  | Q.    There was a lot of boats moving              |
| 09:35 | 20  | around, a lot of things happening out there?       |
|       | 21  | A.    Yes, sir.                                    |
|       | 22  | Q.    Pressure data reliability,                   |
|       | 23  | correct?                                           |
|       | 24  | A.    Yes.                                         |
| 09:35 | 25  | Q.    Do you know what that risk is?               |