01-42041
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *Worldwide*VIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# CMDR. RICHARD FERRELL BRANNON
## VOLUME 1

JANUARY 07, 2013

# *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

 1      Q.  And they also -- and in Attempts 2 and 3,

 2   it looks like they added the -- it's -- when

 3   the -- when it says:  "...15 shots of bridging

 4   material," would that be the junk shot?

 5      A.  Yes.

 6      Q.  Okay.  So the junk shot was attempted in

 7   addition to the dynamic kill in Attempts 2 and 3,

 8   correct?

 9      A.  Correct.

10      Q.  And then you see:  "Conclusions and Path

11   Forward"?

12      A.  Yes.

13      Q.  And -- and Bullet Point No. 2 says:

14   "Shutting the well in" the "(BOP on BOP) will

15   likely lead to broaching."

16         Do you see that?

17      A.  Yes.

18      Q.  Was that -- did BP provide that

19   conclusion to you, as well?

20      A.  Yes.  This -- this information I have

21   here in bold print, I may have copied it directly

22   off of a BP Daily Report.

23      Q.  Okay.  So it was BP that determined

24   shutting in the well will likely lead to

25   broaching, correct?

1           MR. BENTSEN:  Objection, form.

2      A.  That -- that was the information that was

3  provided, yes.

4      Q.  (By Mr. Lundy) Okay.  And then you

5  forwarded this on to all those that are listed in

6  the E-mail?

7      A.  Yes.

8      Q.  Okay.  When -- when we talk about "BOP on

9  BOP," are we also talking about the capping stack

10  option?

11      A.  I believe that would be considered part

12  of the capping stack, yes.

13      Q.  Okay.  And it was -- and you know that it

14  was the capping stack that was ultimately used in

15  July successfully to kill the well, correct?

16      A.  I wasn't there, but I believe that's the

17  way it finally ended, yes.

18      Q.  Okay.  When did you leave the Command?

19      A.  July the 1st, I believe it was.

20      Q.  Okay.  So you weren't involved in the

21  discussions about the capping stack at all?

22      A.  If I was, it was very preliminary.  I

23  think that may have been one of the options that

24  were -- was coming up with after the -- the

25  dynamic kill and the top cap was put on or Top