01-41914
RM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Robert Markham Patteson

### VOLUME 1

JANUARY 23, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
04:37  1       "Conclusions & Path Forward," right?
04:37  2            A.    Yeah, conclusion path forward.
04:38  3            Q.    The document doesn't list any other
04:38  4       scenarios, right?  It's just those three,
04:38  5       correct?
04:38  6            MR. BREEN:
04:38  7                  Objection, form.
04:38  8            A.    Could you repeat the question?  I'm
04:38  9       sorry.
04:38 10       EXAMINATION BY MR. BARR:
04:38 11            Q.    The document only lists the three
04:38 12       scenarios we've looked at, right?
04:38 13            A.    I believe you're right, yes.
04:38 14            Q.    Okay.  There's no scenario on too
04:38 15       much flow, is there?
04:38 16            MR. BREEN:
04:38 17                  Objection, form.
04:38 18            MR. BENTSEN:
04:38 19                  Form.
04:38 20            A.    Please repeat.
04:38 21       EXAMINATION BY MR. BARR:
04:38 22            Q.    There's not a single scenario that
04:38 23       says the well is flowing at too high a rate, is
04:38 24       there?
04:38 25            MR. BENTSEN:
```

```
04:38  1                    Objection, form.
04:38  2           MR. BREEN:
04:38  3                    Objection --
04:38  4        A.     There's nothing on the doc --
04:38  5           MR. BREEN:
04:38  6                    -- form.
04:38  7        A.     There's nothing on the document I
04:38  8   saw that said that.
04:38  9   EXAMINATION BY MR. BARR:
04:38 10        Q.     Okay.  Even though Ole Rygg told
04:38 11   Kurt Mix the well -- the top kill cannot work if
04:38 12   the well was flowing at more than 15,000 barrels
04:38 13   per day and we pump mud at 50 barrels per minute,
04:38 14   correct?
04:38 15           MR. BENTSEN:
04:38 16                    Objection, form.
04:38 17           MR. BREEN:
04:38 18                    Objection, form.
04:38 19        A.     We saw the e-mail in which Ole --
04:38 20   Dr. Rygg's model run appeared to indicate that
04:38 21   that was his view.
04:38 22   EXAMINATION BY MR. BARR:
04:38 23        Q.     Don't you think it was inappropriate
04:39 24   that the scenario of too much flow was never
04:39 25   offered as a reason for why the top kill failed?
```