01-40919
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Admiral Thad William Allen
### VOLUME 2

SEPTEMBER 25,, 2012

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1   correct?
 2           MR. BROCK:  Object to the speech in
 3   the premise of the question.
 4       Q.  (By Mr. Li) That's the second day of the
 5   top kill, May 27th?
 6       A.  Correct.
 7       Q.  And the document says:  "Too much
 8   flowrate - over 15000 and too large an orifice.
 9   Pumped over 12800" barrels "of mud today plus 5
10   separate bridging pills.  Tired ... Going home
11   and getting ready for round three tomorrow."
12           Did I read that accurately?
13       A.  You did.
14       Q.  Did anyone from BP tell you on May 27th,
15   2010, that their Engineers' opinion, Kurt Mix's,
16   an Engineer, his opinion was that there was too
17   much flow rate and that it was over 15,000 and
18   too large an orifice?
19           MR. BROCK:  Objection, form.
20           MR. FROST:  Object to form.
21       A.  I have no memory of such a conversation.
22           (Exhibit No. 9161 marked.)
23       Q.  (By Mr. Li) I'm going to ask you to look
24   at Tab 12, which is Exhibit 9161.
25           MS. WIRTH:  (Tendering.)
```

```
 1        A.   No, there's no indication in this E-mail.
 2        Q.   (By Mr. Li) Okay.  I ask you to look at
 3   Tab 16, which is now being marked as Exhibit
 4   9162.
 5             (Exhibit No. 9162 marked.)
 6        Q.   (By Mr. Li) This is an E-mail exchange
 7   between Admiral Landry and Admiral Cook.  And,
 8   essentially, it's just asking for information,
 9   "WHAT ARE YOU HEARING?"
10        A.   (Reviewing document.)
11        Q.   Is there anywhere in this exchange in
12   which any of these Admirals are being told by BP
13   that one of their Engineers believed that the top
14   kill failed because the flow rate was greater
15   than 15,000 barrels a day?
16             MR. BROCK:  Objection, form.
17             MR. FROST:  Object to form.
18        A.   There's no indication in this E-mail.
19        Q.   (By Mr. Li) I'm going to ask you to look
20   at Tab 82, which is now being marked as Exhibit
21   9163.
22             (Exhibit No. 9163 marked.)
23        Q.   (By Mr. Li) This is an E-mail to Tom
24   Hunter, a Member of the Government Science Team.
25        A.   (Reviewing document.)
```

1   Q.  This E-mail purports to set forth the Top
2   Kill Analysis, correct?
3   A.  Correct.
4   Q.  And it lays out various scenarios,
5   correct?
6   A.  Correct.
7   Q.  I ask you to look at Bates number ending
8   in 7447.  This is a, you know, dominant
9   hydrocominant -- hydrocarbon and dominant mud
10  flow up the drill pipe and bypass through the
11  rams.  This is just blowing straight up.  And it
12  concludes on the next page, Page 48, "Conclusion:
13  Possible but not Plausible."  Is that correct?
14  A.  That's what it says, yes.
15  Q.  And it gives another scenario about
16  hydrocarbon flow up the annulus.  This is at Page
17  7450.  And it concludes --
18  A.  Correct.
19  Q.  -- "Possible but not Plausible"?
20  A.  Correct.
21  Q.  And then at the next page, 7451, it sets
22  forth the failed rupture disc scenario, right?
23  A.  Correct.
24  Q.  And it concludes on Page 7452, that it --
25  the conclusion is "Possible and Plausible"?

```
 1        A.   Correct.
 2        Q.   It doesn't say anywhere, though, does it,
 3   that Kurt Mix, one of BP's Engineers, had
 4   concluded that the top kill failed because the
 5   flow rate was greater than 15,000 barrels a day;
 6   is that correct?
 7             MR. BROCK:  Objection, form.
 8        A.   No indication of that in the material.
 9        Q.   (By Mr. Li) Okay.  I'm going to ask you
10   to look at Tab 22 -- Tab 122, which is now being
11   marked as Exhibit 9164.
12             (Exhibit No. 9164 marked.)
13        Q.   (By Mr. Li) This is an E-mail from --
14   E-mail exchange between various folks, including
15   a man named Paul Tooms.  I ask you to look at
16   this E-mail on the second page, the second part
17   of the -- the back of the first page, which is
18   Bates No. nine -- 8996.
19        A.   (Nodding.)
20        Q.   Down here.
21        A.   (Nodding.)
22        Q.   You see it?
23        A.   I do.
24        Q.   So it's from a -- a man named Rupen
25   Doshi, and it's dated May 27th.  It says:
```