UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, OF APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE CARL J. BARBIER |
| THIS DOCUMENT APPLIES TO:<br>*2:10-CV-04536-CJB-SS*<br>(UNITED STATES v. BP EXPLORATION & PRODUCTION INC., ET AL.) | § § § § | <br><br>MAGISTRATE JUDGE SHUSHAN |

**TRANSOCEAN'S EX PARTE MOTION TO FILE UNDER SEAL ITS UNREDACTED "TRANSOCEAN'S SECOND AMENDED ANSWER TO BP PARTIES' COUNTER-COMPLAINT, CROSS-COMPLAINT, THIRD PARTY COMPLAINT, AND CLAIM IN LIMITATION" AND RELATED ATTACHMENTS [Dkt. 2075]**

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], Transocean respectfully requests leave to file under seal its unredacted "Transocean's Second Amended Answer to BP Parties' Counter-Complaint, Cross-Complaint, Third Party Complaint, and Claim in Limitation" and related attachments. Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), a Producing Party may designate all or any part of a document produced Confidential. Documents designated Confidential must be filed under seal as an appendix to the filing that refers to the Confidential Information. PTO No. 13 ¶ 8.B.

The parts redacted from the publicly filed Second Amended Answer to BP Parties' Counter-Complaint, Cross-Complaint, Third Party Complaint, and Claim in Limitation pertain to documents designated Confidential by parties in this litigation and Exhibits 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40,

42, 43, 44, 49, 51, 52, 53, 56, 57, 59, 61, 62, 64, 66, 67, 68, 70, 71, 73, 77, 78, 79, 81, 82, 84, 87, 90, 91, 92, and 93 are designated Confidential.

DATED:  March 1, 2013                                   Respectfully submitted,

By: /s/ Brad D. Brian                                   By: /s/ Steven L. Roberts
Brad D. Brian                                           Steven L. Roberts
Michael R. Doyen                                        Rachel Giesber Clingman
Daniel B. Levin                                         Sean Jordan
Susan E. Nash                                           SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                               1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor                        Houston, Texas 77002
Los Angeles, CA 90071                                   Tel:  (713) 470-6100
Tel:  (213) 683-9100                                    Fax:  (713) 354-1301
Fax:  (213) 683-5180                                    Email: steven.roberts@sutherland.com
Email: brad.brian@mto.com                               rachel.clingman@sutherland.com
         michael.doyen@mto.com                          sean.jordan@sutherland.com
         daniel.levin@mto.com
         susan.nash@mto.com                             By: /s/ Kerry J. Miller
                                                        Kerry J. Miller
                                                        FRILOT, LLC
                                                        110 Poydras St., Suite 3700
                                                        New Orleans, LA 70163
By:  /s/  Edwin G. Preis                                Tel:  (504) 599-8194
Edwin G. Preis, Jr.                                     Fax:  (504) 599-8154
PREIS & ROY PLC                                         Email: kmiller@frilot.com
Versailles Blvd., Suite 400
Lafayette, LA 70501                                     By:  /s/  John M. Elsley
(337) 237-6062                                          John M. Elsley
                                                        ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
       *and*                                            711 Louisiana Street, Suite 500
                                                        Houston, TX 77002
601 Poydras Street, Suite 1700                          (713) 224-8380
New Orleans, LA 70130
(504) 581-6062

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of March 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                              /s/ Kerry J. Miller
                                              Kerry J. Miller