UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, OF APRIL 20, 2010 | § § § § § | MDL NO. 2179<br>SECTION: J<br>JUDGE CARL J. BARBIER |
| THIS DOCUMENT APPLIES TO:<br>*2:10-CV-04536-CJB-SS*<br>(UNITED STATES V. BP EXPLORATION & PRODUCTION INC., ET AL.) | § § § § | MAGISTRATE JUDGE SHUSHAN |

## **ORDER**

CONSIDERING THE *EX PARTE* MOTION of Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH (collectively "Transocean") to File Under Seal its Unredacted "Transocean's Second Amended Answer to BP Parties' Counter-Complaint, Cross-Complaint, Third Party Complaint, and Claim in Limitation" and Related Attachments,

IT IS HEREBY ORDERED that the motion be and hereby is Granted, the parts redacted from Transocean's publicly filed Second Amended Answer to BP Parties' Counter-Complaint, Cross-Complaint, Third Party Complaint, and Claim in Limitation and Exhibits 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 49, 51, 52, 53, 56, 57, 59, 61, 62, 64, 66, 67, 68, 70, 71, 73, 77, 78, 79, 81, 82, 84, 87, 90, 91, 92, and 93 shall be filed under seal.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
JUDGE