01-41920
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )        MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )             SECTION: J
APRIL 20, 2010 )
)                             JUDGE BARBIER
)
)                             MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Clifton Michael Mason

**VOLUME 1**

JANUARY 24, 2013

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1          So you sent your E-mail that is in

2     Exhibit 3220, early in the morning hours of

3     Saturday, May 15th, 2010, correct?

4          A.   I -- and I'm pretty sure that was a

5     Saturday, yes.

6          Q.   Okay.  And you received the phone call

7     from Jasper Peijs on the morning of Saturday, May

8     15th?

9          A.   Yes, later that -- later, after this --

10    well, much later after this time.

11         Q.   Okay.  And then after you received

12    Mr. Peijs's phone call, you went into BP's

13    offices again on the morning of Saturday May

14    15th?

15         A.   Correct.

16         Q.   Okay.  And then you had a meeting with

17    Mr. Peijs on the morning of Saturday, May 15th --

18         A.   Yes.

19         Q.   -- is that correct?

20         A.   Yes, it is.

21         Q.   What do you recall being discussed during

22    that meeting with Mr. Peijs on the morning of

23    Saturday, May 15th?

24         A.   Two things:  One, he said:  "We've got

25    some new pressure data that we would like for you

1    to review, the 3100 psi."  And he also said:

2    "Next time you have an idea or a thought like

3    this E-mail note, we would appreciate it if you

4    would walk over and discuss it with us."

5        Q.  Did he describe to you what he meant by

6    an "idea or a thought like this"?

7        A.  Well, I asked him what the problem

8    with -- was with this note a number of times, and

9    he said:  "It's the big number."

10       Q.  And by the "big number," you're referring

11   to the 100,000 barrel per day number?

12       A.  Yes.

13       Q.  And did he tell you why writing about a

14   100,000 barrel per day number was problematic?

15       A.  No.

16              MS. BROWNE:  Objection, form.

17       A.  Not that I recall.

18       Q.  (By Mr. Davis-Denny) Did you have an

19   understanding of why he thought writing about the

20   100,000 barrel per day number was problematic?

21       A.  He didn't explain to me why.

22       Q.  Okay.

23       A.  So, no.

24       Q.  Okay.  When he said that writing about

25   the 100,000 barrel per day number was

1   problematic, did he say that, by the way, that

2   "writing about the 100,000 barrel per day number,

3   that's problematic"?

4        A.   No, he didn't say that.  He said what I

5   said earlier.  He said:  "It's the big number."

6   That's exactly what he said.

7        Q.   Did you say anything in response?

8        A.   Yes, I did.  I asked if I could speak to

9   Andy Inglis directly.

10       Q.   What did Mr. Peijs say in response to

11  your question?

12       A.   He said he would check.

13       Q.   Did you speak with Andy Inglis directly?

14       A.   No.  Not about this, I didn't.

15       Q.   Did Mr. Peijs ever come back to you about

16  your request to speak with Andy Inglis directly?

17       A.   I believe he did.  I --

18       Q.   And what did Mr. Peijs say when he came

19  back?

20       A.   He said that if I bumped into Andy in the

21  hallway, that I could speak to him, but that they

22  weren't going to set up a -- a specific meeting

23  related to this topic.

24       Q.   Did he explain why they were not going to

25  set up a meeting related to that topic?

1    A.  Not to my memory, I can't recall that he

2  did.

3    Q.  Okay.  When did Mr. Peijs come back to

4  you and tell you that you -- they were not going

5  to set up a meeting on the topic of your E-mail?

6    A.  I -- I believe that it was the same day.

7  It may have been the next day, but it was -- it

8  was fairly soon after I made the request.

9    Q.  Okay.  Did you have any further

10  conversations with Mr. Peijs about the standing

11  behind the 5,000 barrel per day estimate?

12          MS. BROWNE:  Objection, form.

13    A.  Not specifically related to -- no.  No, I

14  didn't.

15    Q.  (By Mr. Davis-Denny) Did you have any

16  further conversations with Mr. Peijs about your

17  May 15th E-mail?

18    A.  Yes.  I told him if -- I asked him if I

19  couldn't speak to Andy Inglis, if I could speak

20  to our Chief of Staff.

21    Q.  Who was your Chief of Staff?

22    A.  I can't remember her name right now.  I

23  think it was Christina Verchere.

24    Q.  Why did you want to speak to --

25    A.  I wanted to --

1      Q.  Okay.  And that certainty, you did not

2  have, correct?

3      A.  I didn't feel comfortable with it.

4      Q.  And as far as you knew, BP didn't have

5  that certainty that standing behind 5,000 barrels

6  per day conveyed, correct?

7           MS. BROWNE:  Objection, form.

8  Foundation.

9      A.  I -- I -- I'll just speak for myself.

10  I -- I didn't feel comfortable with standing

11  behind 5,000 barrels per day.

12      Q.  (By Mr. Davis-Denny) Are there any other

13  conversations that you had with Mr. Peijs that

14  you haven't described to us so far about the

15  5,000 barrel per day estimate?

16      A.  Ah --

17           MS. BROWNE:  Objection, form.

18      A.  So could you ask your question again,

19  please?

20      Q.  (By Mr. Davis-Denny) Are there any other

21  conversations that you had with Mr. Peijs about

22  the 5,000 barrel per day estimate, other than

23  those you've already told us about?

24      A.  Yes, because it -- at least one other

25  one.  I -- I -- he did come back and tell me that

1    our Chief of Staff didn't want to talk about

2    this, and told me it was time to move on with

3    respect to this letter, this E-mail note.  And

4    we -- Jasper helped -- helped us pull together a

5    Slide Pack for Andy Inglis, and I'm sure we

6    talked about 5,000 barrels of oil per day in that

7    preparation.  So, yes, there was another

8    conversation at that time.

9        Q.  Okay.

10       A.  I can't recall any other conversations.

11       Q.  Did Mr. Peijs tell you why the Chief of

12   Staff did not want to talk about your E-mail?

13       A.  No.

14       Q.  Were you disappointed when you learned

15   that the Chief of Staff had told Mr. Peijs that

16   she did not want to talk with you about your

17   E-mail?

18           MS. BROWNE:  Objection, form.

19       A.  She told Jasper to move on, and I was

20   disappointed.

21       Q.  (By Mr. Davis-Denny) Did you have

22   conversations with anyone else at BP about the

23   series of interactions you had with Mr. Peijs

24   around May 15th regarding the 5,000 barrel per

25   day estimate?

```
 1    barrel per day rate?
 2         A.  I don't recall.  I'd point out, though,
 3    at Point 12, here, Sheldon, from the National
 4    Laboratories, which is Sheldon Tiezen, agreed
 5    with Chris, in this document, that they would use
 6    that.
 7         Q.  Sir, I'm not asking you about that now
 8    so --
 9         A.  Well, that's a real -- a real per day
10    number, as we had requested originally.
11              MR. DAVIS-DENNY:  Move to strike
12    everything after "I don't recall" as
13    nonresponsive.
14         Q.  (By Mr. Davis-Denny) So you don't have
15    any recollection of talking with Chris Cecil
16    about his statement, at this May 13th meeting,
17    that BP could not provide a case which supported
18    a 72,000 barrel per day rate for the annular flow
19    cases?
20         A.  I don't recall --
21              MS. BROWNE:  Objection, form,
22    foundation.
23         A.  -- if I did or not.
24         Q.  (By Mr. Davis-Denny) You would agree with
25    me, that if you deleted the last five words of
```

```
 1    that sentence, in other words, the words that say
 2    "for the annular flow cases," that that sentence
 3    would then become inaccurate.  Correct?
 4             MS. BROWNE:  Objection, form,
 5    foundation.
 6        A.  Yes.  We've -- we could have provided a
 7    case up the tubing string --
 8        Q.  (By Mr. Davis-Denny) Okay.
 9        A.  -- for 70,000, or roughly 70,000 barrels
10    a day.
11        Q.  Sir, could you turn to Tab 14 in the
12    notebook that's in front of you, or -- I'm sorry.
13    Could you give -- is that from the notebook with
14    the --
15             MR. ALDEN:  Yes.
16        A.  Is it this one?
17        Q.  (By Mr. Davis-Denny) Tab 14, uh-huh.
18             MR. DAVIS-DENNY:  Should I go back?
19             THE COURT REPORTER:  Yes.
20             MR. DAVIS-DENNY:  And I'm going to
21    ask you to mark Tab 14 as Exhibit 10793.
22         (Exhibit No. 10793 marked.)
23             THE COURT REPORTER:  We're filling
24    in that gap, Maureen.  We -- we missed 93.  We're
25    filling in that gap.
```

1      A.  Yes, I do.

2      Q.  You were the one who suggested inserting

3   "for the annular flow case," correct?

4      A.  I -- I believe that's correct.

5      Q.  And you were not at the meeting where

6   Mr. Cecil made this statement; is that correct?

7      A.  I don't believe I was.

8      Q.  So you don't know whether, when Mr. Cecil

9   made this statement to the National Lab, he

10   limited his response to an annular flow case,

11   right?

12          MS. BROWNE:  Objection, form.

13      A.  No, but we believed it would -- it was an

14   annular case, at that time.

15          MR. DAVIS-DENNY:  Move to strike as

16   nonresponsive.

17      Q.  (By Mr. Davis-Denny) You don't know,

18   whether when Mr. Cecil made this statement to the

19   National Lab, he limited his response to an

20   annular flow case.

21      A.  I don't --

22      Q.  Is that correct?

23      A.  I don't -- I don't know.

24      Q.  Okay.  But you did know, at the time that

25   you suggested this edit, that BP could provide a

```
1   casing flow case that supported this 72,000

2   barrel per day estimate.  Correct?

3        A.  Yes.

4        Q.  And so you wanted to change BP's record

5   from the meeting to make Mr. Cecil's statement

6   seem accurate, correct?

7                 MS. BROWNE:  Objection, form,

8   foundation.

9        A.  I can't remember why I made these

10  comments.

11                MR. DAVIS-DENNY:  I think this is a

12  good place to stop.

13                THE VIDEOGRAPHER:  The time is

14  6:10 p.m.  We're off the record, ending Tape 11.

15           (Deposition recessed at 6:10 p.m.,

16  resuming on Friday, January 25, 2013, at

17  8:30 a.m.)

18

19

20

21

22

23

24

25
```

 1      A.   Okay.

 2      Q.   Is that correct?

 3      A.   Yes.

 4      Q.   Okay.  I want to ask you about the very

 5   last phrase in this E-mail, where you say

 6   "...therefore unless pushed I am holding off with

 7   any other data until afterwards."

 8           When you said "unless pushed," who were

 9   you referring to that might be doing the pushing?

10              MS. BROWNE:  Objection, form.

11   Foundation.

12      A.   (Reviewing document.)  I -- I can't

13   recall the reason I put that phrase in there.

14      Q.   (By Mr. Davis-Denny) You meant the

15   National Labs personnel, right?

16              MS. BROWNE:  Objection, form.

17   Foundation.

18      A.   I may have meant data from the National

19   Labs to -- to Jasper.  I don't know.

20      Q.   (By Mr. Davis-Denny) May 13th was the

21   first day of your meetings with the National

22   Labs, correct?

23      A.   I don't know if it was the first day or

24   not.

25      Q.   Okay.  If you need to, you can look back

1    at those meeting notes.

2        A.  Yeah.

3        Q.  They -- they're for meetings that

4    occurred between May 13th and May 16th of 2010,

5    correct?

6        A.  Yes, but I don't believe that those are

7    all the meetings we had with the National Labs.

8        Q.  Okay.  You did meet with the National

9    Labs on May 13th of 2010, correct?

10       A.  Correct.

11       Q.  Okay.  And Chris Cecil sent them an

12   information package on May 13th of 2010, correct?

13       A.  I believe that's correct.

14       Q.  Okay.  And then you wrote to your

15   Superior, Jasper Peijs, that same day:

16   "...therefore unless pushed I'm holding off with

17   any other data until afterwards," correct?

18       A.  That's what it says here, yes.

19       Q.  Okay.  And when you wrote "holding off,"

20   you meant you were not going to provide the Labs

21   with any further data at that time, right?

22       A.  I don't know --

23              MS. BROWNE:  Objection, form.

24   Foundation.

25       A.  I don't know what I meant.  Today, as I

1    sit here, I don't know what I meant.

2        Q.  (By Mr. Davis-Denny) When you referred to

3    "any other data," you were referring to the flow

4    rate ranges that you had calculated, correct?

5        A.  I don't know.

6                MS. BROWNE:  Objection, form.

7        Q.  (By Mr. Davis-Denny) When you said

8    "afterwards," after what were you referring to?

9        A.  I don't know.  I can't recall.

10       Q.  Why did you not want to provide further

11   data -- any other data until afterwards?

12       A.  I don't --

13               MS. BROWNE:  Objection, form.

14       A.  I can't recall.

15       Q.  (By Mr. Davis-Denny) Having seen this

16   line, does it change your testimony about my

17   question on whether you withheld from the

18   National Labs any flow rate data?

19               MS. BROWNE:  Objection, form.

20   Foundation.

21       A.  I can't recall why I wrote that, and I

22   don't think that it would change my -- what I've

23   stated previously.

24       Q.  (By Mr. Davis-Denny) Okay.  I'm going to

25   ask you to turn to Transocean -- the Transocean