01-41294
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )      MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )      SECTION: J
APRIL 20, 2010 )
)      JUDGE BARBIER
)
)      MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Charles Holt
### VOLUME 1

NOVEMBER 28, 2012

## *COPY*



Systems Technology for the Litigation World

Litigation Group•Court Reporting•Video Production•Videoconferencing
**For U.S. & International Services
800 - 745 - 1101**

```
 1    operation, broaching would have a consequence
 2    of hydrocarbons coming out in multiple areas
 3    up to and including potentially impacting
 4    relief well efforts.
 5         Q.    Is that a high consequence?
 6         A.    In this operation that would be
 7    a high consequence.
 8         Q.    No. 3, "Junk shots are often not
 9    successful," is that what that says?
10         A.    That's what those words say.
11         Q.    So as of May 6th or when this
12    document was written on May 7th BP was aware
13    that junk shots are often not successful,
14    right?
15         A.    That's -- that's what was
16    concluded here, yes.
17         Q.    So we're -- we're implementing a
18    procedure that has high consequence risks
19    that we know is often not successful?
20         MR. DRAKE:  Objection; form.
21         Q.    (BY MR. BARR)  Right?
22         MR. DRAKE:  Objection; form.
23         A.    I was in the -- the review.  I
24    may not have been in the actual team that
25    discussed this, but as a result of this the
```

(11:24 appears beside lines 5, 10, 15, 20; 11:25 beside line 25)

```
        1    document.
        2          MR. BARR:  He's the one saying who they
        3    work for.
        4          A.    Okay.
11:51   5          Q.    (BY MR. BARR)  Whose
        6    responsibility was it to provide this
        7    information to Admiral Allen?
        8          MR. CASEY:  Objection to form and
        9    scope.
11:51  10          MR. DRAKE:  Same objections.
       11          Q.    (BY MR. BARR)  Was BP not the
       12    responsible party?
       13          A.    BP was the responsible party.
       14          Q.    Okay.  So who -- BP had a
11:51  15    responsibility to inform Admiral Allen of a
       16    flow limit on the top kill, right?
       17          MR. DRAKE:  Objection; form; objection,
       18    scope.
       19          A.    BP had a responsibility to
11:52  20    inform Admiral Allen, yes.
       21          Q.    (BY MR. BARR)  BP also had a
       22    responsibility to inform Admiral Landry; did
       23    they not?
       24          MR. DRAKE:  Objection; form.
11:52  25          A.    They did.
```

185

1   that?

2          MS. GRIEF:   Object to the form.

3          MR. CASEY:  Same objection.

4          A.     I'm not aware of that, no, sir.

01:03  5   I don't recall that.

6          Q.     (BY MR. BARR)  Okay.  Then -- so

7   you don't recall BP putting together a

8   presentation and then presented it after they

9   had met on the reasons why the top kill

01:03  10  failed to explain the failure?

11         MR. CASEY:  Object to form.

12         A.     What I don't recall is a meeting

13  that took place where the government was not

14  included, no, sir.

01:03  15         Q.     (BY MR. BARR)  Okay.  So you're

16  not saying that Mr. Herbst is wrong about

17  that; you're just saying you don't remember

18  that?

19         A.     I just don't remember that.

01:04  20         MR. DRAKE:  Objection; foundation.

21         Q.     (BY MR. BARR)  Now, is this

22  PowerPoint that I have in front of you, is

23  this the presentation that was given by BP to

24  explain the failure of the top kill?

01:04  25         MR. CASEY:  Objection to form.

1    A.    Yes, this document was created

2  to identify the various scenarios -- there

3  was an engineering team that worked on

4  this -- as to why the top kill did not work.

01:04  5    Q.    (BY MR. BARR)  Were you

6  personally part of the team that evaluated

7  the data from the top kill and created this

8  presentation to explain why it failed?

9    A.    No, I was not personally

01:04 10  involved in creating the document.

11    Q.    Okay.

12    A.    There was an engineering team

13  that did that.

14    Q.    Did you offer any input?

01:04 15  MR. CASEY:  Objection to form.

16    A.    I -- I don't recall having

17  offered input to this.

18    Q.    (BY MR. BARR)  Okay.  So --

19    A.    Could have, but I don't recall

01:05 20  such.

21    Q.    From the best of your memory,

22  this presentation, when it was presented to

23  you -- well, strike that.

24    Was this presentation presented

01:05 25  to you?

         1          A.    I remember seeing this

         2   presentation and -- around this time, and so,

         3   yes, I've seen this presentation.  Was it

         4   presented to me?  I was not in the room

01:05    5   when -- when this was presented to the larger

         6   group, the larger group the like the Command

         7   and others.

         8          Q.    Okay.  So when did you see this

         9   presentation?

01:05   10          MR. CASEY:  Objection; form.

        11          A.    I don't recall, sir.  That --

        12   it -- it would have been within a day or so

        13   of this time frame, but I don't recall.

        14          Q.    (BY MR. BARR)  Okay.  So it

01:05   15   would have been in the late May time frame?

        16   This isn't the first time you were seeing

        17   this in preparing for this deposition?

        18          A.    I've seen it, yes, during that

        19   late May time frame.

01:05   20          Q.    Okay.  But the information

        21   presented in this presentation, when you

        22   heard it that was the first time you heard

        23   it, correct?

        24          MR. DRAKE:  Objection; form.

01:06   25          A.    Yes, the -- the -- the -- the

1  presentation itself, that would have been the

2  first time that I saw all this put together

3  in -- in one place.

4      Q.    (BY MR. BARR)  Okay.  And do you

01:06  5  recall who gave the presentation?

6      A.    As I recall, Paul Tooms was --

7  was one of the engineers that actually

8  prepared this, and I believe that he

9  presented the presentation.

01:06  10      Q.    And for the record, Mr. Tooms

11  works for BP, correct?

12      A.    Yes, he does.

13      Q.    All right.  So let's look at

14  this.  First you have -- first slide is

01:06  15  "Summary of Operations," correct?

16      A.    Summary of Operations.

17      Q.    And it talks about "3 separate

18  attempts over 3 days," right?

19      A.    Yes, it does.

01:06  20      Q.    And it talks about firing the 16

21  different bridging materials, right?

22      A.    Yes, "16 different bridging

23  material shots."

24      Q.    So between -- if you look on the

01:07  25  right hand side you see, top kill No. 1,

1    No. 2, and No. 3, correct?

2           A.    Yes.

3           Q.    Okay.  So we attempted, sorry,

4    BP attempted this on the 26th, 27th, and

01:07 5    28th, right?

6           A.    Three different attempts on

7    three different days.

8           Q.    Right, one attempt per day?

9           A.    Uh-huh.

01:07 10          Q.    Okay.  Go to the -- it's the

11   fourth slide, if you look on the -- you'll

12   see the 457 Bates number.

13          A.    457, yeah.  It's backwards here.

14          Q.    Sorry.

01:07 15          A.    All right.

16          Q.    It says, "Scenarios to Explain

17   Top Kill Results," right?

18          A.    Yes.

19          Q.    And it lists some observations,

01:07 20   right?

21          A.    There are five observations

22   listed here.

23          Q.    Okay.  And then it goes on the

24   next slide, starts talking about the

01:07 25   scenarios, right?

```
 1              A.      It says scenario 1.

 2              Q.      And you remembered three

 3      scenarios being presented, right?

 4              MR. CASEY:  Objection to the form.

 5              MR. DRAKE:  Same objection.

 6              A.      Yeah, to my recollection there

 7      was -- there was three scenarios.

 8              Q.      (BY MR. BARR)  And that's what's

 9      presented in this PowerPoint, right?

10              MR. DRAKE:  Objection; form.  You can

11      read the whole slide.

12              A.      This has three slides -- this

13      has three scenarios in it, yes.

14              Q.      (BY MR. BARR)  Okay.  So you've

15      now had a chance to look at the PowerPoint,

16      and there's three scenarios in it, right?

17              A.      Uh-huh.

18              Q.      You don't recall any other

19      scenarios other than these three being

20      presented as a reason for why the top kill

21      failed, do you?

22              MR. CASEY:  Objection to form.

23              MR. DRAKE:  Same objection.

24              A.      I don't recall any other than

25      this presentation.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

191

```
 1          Q.     (BY MR. BARR)  Okay.  So if
 2    there was some other reasons to why the top
 3    kill failed, that explanation, as far as you
 4    are aware, was not given -- I don't want to
 5    say publicly, but was not given to Unified
 6    Command?
 7          MR. DRAKE:  Objection; form.
 8          MR. CASEY:  Objection to form.
 9          A.     To my recollection, this
10    presentation was the summary --
11          Q.     (BY MR. BARR)  Okay.
12          A.     -- that was provided as to
13    the -- the top kill outcome.
14          Q.     Okay.  And so the first scenario
15    is hydrocarbons and dominant mud flow up
16    drill pipe and bypass through rams, right?
17          A.     Yes, it does.
18          Q.     Do you know what that scenario
19    is describing?
20          A.     That's describing the drill pipe
21    that was in the BOP stack still existed and
22    that the flow of the hydrocarbons was coming
23    through that drill pipe and the rams had not
24    severed or sealed around that -- not around,
25    but across the drill pipe in the BOP stack.
```

01:08  (line 5)
01:08  (line 10)
01:09  (line 15)
01:09  (line 20)
01:09  (line 25)

        1          Q.     Okay.  And -- and the conclusion

        2     for that was that -- if you go to the next

        3     page -- it was "Possible but not Plausible,"

        4     right?

01:09   5          A.     The evidence presented,

        6     that's -- that's what was concluded.

        7          Q.     So BP did not believe that was

        8     the reason why the top kill failed?

        9          MR. CASEY:  Objection to form.

01:09  10          MR. DRAKE:  Same objection.

       11          Q.     (BY MR. BARR)  Let me -- let me

       12     state it a little differently.  BP did not

       13     believe that was the most likely reason why

       14     the top kill failed?

01:10  15          MR. DRAKE:  At the -- at -- objection;

       16     form.  At this point in time, Counsel?

       17          MR. BARR:  I'll restate it one more

       18     time --

       19          MR. DRAKE:  Okay.

01:10  20          MR. BARR:  -- to cure that objection.

       21          Q.     (BY MR. BARR)  BP did not

       22     believe that scenario No. 1 was the most

       23     likely reason why the top kill failed at the

       24     point in time in which this presentation was

01:10  25     given?

1      A.      As these three scenarios were
2  evaluated, this scenario was -- was not the
3  leading candidate as to why it failed.
4      Q.      Okay.  So then you have scenario
01:10  5  No. 2.  Hydrocarbon flow was up annulus and
6  casing and dominant mud flow into casing,
7  correct?
8      A.      That's what scenario 2 was
9  described as.
01:10 10     Q.      Okay.  And could you provide
11  some background as to what that -- what that
12  is describing?
13     MR. CASEY:  Objection to form.
14     A.      This is describing that the
01:11 15  hydrocarbons are flowing through the 9 and
16  7/8s casing and then also between the 9 and
17  7/8s and the 16-inch casing.
18     Q.      (BY MR. BARR)  Okay.  And why
19  would that cause the top kill to fail?
01:11 20     A.      This has to do with the flow
21  path by having multiple annuli open to where
22  that we may have been able to move fluid into
23  one annuli, but not both annuli.
24     Q.      And if you go to the conclusion,
01:11 25  that's also listed as "Possible but not

1    Plausible," right?

2         A.     That's -- that's what's written

3    here, yes.

4         Q.     Okay.  So scenario No. 2, like

01:11  5    scenario No. 1, BP did not believe was the

6    most likely reason why the top kill failed at

7    the point in time it gave this presentation,

8    correct?

9         A.     That's correct.

01:11  10        Q.     Then we go to scenario No. 3.

11   Hydrocarbon flow was up the 9 and 7/8s casing

12   (and possibly annulus as well) dominant mud

13   flow through failed 16-inch rupture disks,

14   correct?

01:12  15        A.     That's what it says here.

16        Q.     Okay.  And could you describe

17   what that scenario is -- is -- is about?

18        A.     Well, that scenario was

19   describing that there has been a lost

01:12  20   wellbore integrity and that the -- as stated

21   here, that -- that the rupture disks could

22   have possibly failed.

23        Q.     Okay.  That was one of the risks

24   we had talked about of the top kill, right?

01:12  25        MR. DRAKE:  Objection; form.

1        A.     It was one of the risks, yes.

2        Q.     (BY MR. BARR)  And BP's ultimate

3    conclusion for the scenario No. 3 was that it

4    was possible and plausible, correct?

01:12  5        MR. DRAKE:  Objection; form.

6        A.     Yes, that's what's here.

7        Q.     (BY MR. BARR)  Okay.  So of the

8    three scenarios, at the point in time this

9    presentation was given BP believed that a

01:13 10   failure of the rupture disks was the most

11   likely reason why the top kill failed,

12   correct?

13       MR. CASEY:  Objection to form.

14       A.     Of these three scenarios, this

01:13 15   was the possible and plausible scenario.

16       Q.     (BY MR. BARR)  So it's the most

17   likely reason, correct?

18       MR. DRAKE:  Objection; form.

19       A.     Comparing these three, the most

01:13 20   likely, yes.

21       Q.     (BY MR. BARR)  Okay.  Well,

22   there weren't any other scenarios other than

23   these three offered, right?

24       MR. DRAKE:  Objection; form.

01:13 25       A.     That's correct.

```
 1          Q.      (BY MR. BARR)  So of the only

 2     scenarios offered, the one that was most

 3     likely was a rupture of the burst disks,

 4     correct?

 5          MR. DRAKE:  Objection; form.

 6          A.      That's correct.

 7          Q.      (BY MR. BARR)  We know today

 8     that the rupture disks did not fail, right?

 9          A.      We believed that we had wellbore

10     integrity whenever we did eventually use a

11     bullhead to kill the well.

12          Q.      You would agree with me -- well,

13     strike that.

14              BP would agree with me that

15     you -- that it knows today that failure of

16     the rupture disks was most likely not the

17     reason why the top kill failed, correct?

18          MR. DRAKE:  Objection; form and scope.

19          A.      In knowledge of the wellbore

20     integrity that we had with the eventual kill,

21     the rupture disks did not contribute to the

22     failure of the top kill effort.

23          Q.      (BY MR. BARR)  Okay.  So --

24          A.      What we know today, not on May

25     the 28th.
```

01:13  5
01:13 10
01:14 15
01:14 20
01:14 25

1    Q.    What does BP believe today is
2    the reason why the top kill failed?
3         MR. DRAKE:  Objection; scope.
4         A.    At the time of the -- the -- the
01:14 5   effort we were using a momentum kill combined
6    with -- with bridging material to bridge this
7    off, and so today one would say that the --
8    the top kill was unsuccessful because we
9    couldn't restrict the size of the -- the leak
01:15 10  path --
11        Q.    (BY MR. BARR)  Does it --
12        A.    -- during that operation.
13        Q.    Does --
14        MR. DRAKE:  Let him finish his answers.
01:15 15  MR. BARR:  No, I was.  I didn't mean to
16   cut him off there.
17        Q.    (BY MR. BARR)  Does BP believe
18   today that the top kill failed because the
19   flow from the well was too high?
01:15 20  MR. DRAKE:  Objection; scope.
21        A.    That is a possible scenario as
22   to why it -- it did fail at that time.
23        Q.    (BY MR. BARR)  Sitting here
24   today as BP, do you know if BP believes that
01:15 25  is the most likely reason why the top kill

1    failed?

2            MR. DRAKE:  Same objection, scope.

3            MR. CASEY:  And form.

4            A.      The -- the -- the flow rate,

01:16  5    although not known at the time that all this

6    was occurring, as we have described

7    previously, anything above 15,000 barrels a

8    day in the modeling that had been done, said

9    that -- that it was going to be very

01:16  10   difficult, if not impossible, to use the

11   dynamic kill to kill this well.  And so the

12   answer to your question is is that flow rate

13   contributed to the success or the lack of

14   success for the top kill.

01:16  15           MR. BARR:  Okay.  Could I have one

16   second off the record?  We can keep the

17   videotape rolling.

18           (Off the record.)

19           Q.     (BY MR. BARR)  All right.  Would

01:17  20   you turn in your notebook to Tab 61?

21           MR. CASEY:  60 what?  Sorry.

22           MR. BARR:  61.

23           Q.     (BY MR. BARR)  I'm going to hand

24   you what's been previously marked as

01:17  25   Exhibit 9160.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1          A.     Mr. Sprague was too.
 2          Q.     Did Mr. Sprague ever tell you,
 3    hey, one of the reasons top kill may not have
 4    worked is the well's flowing at too high a
 5    rate?
 6          MR. CASEY:  Objection; form.
 7          A.     I don't recall Mr. Sprague
 8    telling me that.
 9          Q.     (BY MR. BARR)  Sitting here
10    today, if BP was ranking -- well, strike
11    that.
12          Let me ask you this way:  If BP
13    was evaluating the most likely reason why the
14    top kill failed today as compared to the
15    three scenarios offered and the 15,000 flow
16    rate was the fourth scenario, which is
17    more -- most likely?
18          MR. DRAKE:  Objection; form.
19          MR. CASEY:  Objection; form and scope.
20          A.     Today, knowing more that we
21    know -- we know a lot today.  We know about
22    the wellbore integrity.  We know from later
23    production that came from the well that --
24    that the production from the well was in
25    excess of -- of these numbers that were being
```

204

1    estimated at that time.  And so a flow rate

2    was a large contributing factor to the top

3    kill and the ability of the top kill to be

4    successful, yes, knowing that today.

01:22  5        Q.    (BY MR. BARR)  Today flow rate

6    is much more likely to be the reason top kill

7    failed than any of the three scenarios

8    offered, correct?

9        MR. CASEY:  Objection; form.

01:22 10        MR. DRAKE:  Objection to scope.

11        MR. CASEY:  Form, scope.

12        A.    The information that we have

13    today, flow rate would have been a -- or is a

14    most likely reason why top kill didn't --

01:23 15    wasn't successful.

16        Q.    (BY MR. BARR)  And there are --

17    you've seen now at least one communication

18    where people within BP believed that at the

19    time the top kill was ongoing, correct?

01:23 20        MR. CASEY:  Objection to form.

21        MR. DRAKE:  Same objection.

22        A.    What I know is -- is an opinion

23    of an individual working on the team

24    communicated to another individual working on

01:23 25    the team that he believed that flow rate was

1    too high.  That's what I gather out of this

2    text.

3            Q.    (BY MR. BARR)   Okay.  So

4    certainly some people within BP at the time

01:23  5    these three scenarios were presented believed

6    that there is actually a fourth scenario that

7    meant -- that said flow rate's too high,

8    right?

9            MR. DRAKE:  Objection; form.

01:23  10           MR. CASEY:  Objection to the form of

11   that question.

12           A.    What I know is is that an

13   engineer had an opinion, and his opinion was

14   is is that the flow rate was too high and

01:24  15   that that was stated on the 27th of May.

16           Q.    (BY MR. BARR)  And he used the

17   same 15,000, that Dr. Rygg offered to say the

18   top kill cannot -- well, I'm sorry, the

19   dynamic kill cannot work if the flow is more

01:24  20   than 15,000, right?

21           MR. DRAKE:  Objection; form.

22           A.    He's quoting the same number,

23   the 15,000.  Those numbers were simply flow

24   analysis that was being done to determine the

01:24  25   effectiveness of the -- the top kill.  And

1    remember -- remember, when we say top kill,

2    there's two pieces.  Two pieces is is the

3    dynamic or momentum kill and then the

4    bridging material.  And by getting bridging

01:25  5    material in place you can affect that flow

6    area and you can affect the ability to be

7    able to kill the well.

8         Q.     (BY MR. BARR)  Okay.  Did

9    Mr. Mix talk about bridging material in his

01:25  10   text message?

11        A.     Three separate bridging material

12   pills.

13        Q.     So he's talking about that

14   infor- -- that -- he's talking about a junk

01:25  15   shot as well, isn't he?

16        MR. CASEY:  Objection to the form.

17        A.     He's referencing the --

18        MR. CASEY:  Objection to the form of

19   that question.

01:25  20        A.     (Continuing)  He's referencing

21   the bridging pills, yes.

22        Q.     (BY MR. BARR)  Okay.  So he's

23   considering that when he's making -- when

24   he's offering this text message, correct?

01:25  25        MR. DRAKE:  Objection; form.

1          MR. CASEY:  Objection to form.

2          A.     I don't know what Mr. Mix -- you

3     know, this is a text between Mr. Mix and

4     Mr. Sprague that I hadn't seen until today,

01:25  5     and so the words are is that we've pumped

6     five separate bridging pills.

7          Q.     (BY MR. BARR)  Okay.  But these

8     are both employees of BP at the time of the

9     top kill, right?

01:25  10         A.     They were both employees of BP.

11         Q.     And so you as BP should be aware

12    of what they're discussing, correct?

13         MR. DRAKE:  Objection to form and

14    scope.

01:25  15         A.     I -- I'm not aware of all the

16    things that everybody writes down there, that

17    everybody sends to everybody via text message

18    or an e-mail.  I don't think BP expects for

19    me to know all of the things that are texted

01:26  20    or that are e-mailed.

21         Q.     (BY MR. BARR)  You don't think

22    BP should be expected to know the most likely

23    reason why the top kill failed?

24         MR. CASEY:  Objection to form.

01:26  25         MR. DRAKE:  And objection to scope.

1          A.      An engineering team of -- of --

2    that was led by Paul Tooms looked at all the

3    data and analyzed the data and prepared the

4    presentation that we were reviewing here as

01:26  5    to the most likely reasons for failure.

6          Q.      (BY MR. BARR)  And just missed

7    the actual most likely reason?

8          MR. CASEY:  Objection to form.

9          MR. DRAKE:  And scope.

01:26  10          A.      Knowing where we are today, more

11    information coming in, then they did miss;

12    but at the time this occurred they believed

13    that to be true.

14          Q.      (BY MR. BARR)  But they were

01:26  15    told prior to the top kill that it won't --

16    the dynamic kill won't work at more than

17    15,000.  That's not new information, is it?

18          MR. DRAKE:  Objection; form.

19          MR. CASEY:  Yeah, objection to form.

01:27  20          A.      No, that's not new information.

21    But you didn't know what the flow rate was.

22          Q.      (BY MR. BARR)  So BP just didn't

23    account for that in the scenarios?

24          MR. DRAKE:  Objection; form.

01:27  25          A.      Yeah, the -- that was not

1        included in the scenarios.

2              Q.    (BY MR. BARR)  And as a result

3        of what BP offered at the time as the most

4        likely reason, the BOP on BOP option was

01:27   5        removed as an option, correct?

6              MR. DRAKE:  Objection; form.

7              A.    Yes, that was -- that's correct.

8              Q.    (BY MR. BARR)  If BP had said

9        the most likely reason is the flow of oil

01:27  10        from the well, do you believe as BP today

11        that the BOP on BOP option would have still

12        been available?

13              MR. DRAKE:  Objection; form and scope.

14              A.    We didn't know that at the time.

01:28  15        We were still concerned about the maximum

16        shut-in pressures and the impact on the --

17        the integrity of the well with the BOP on

18        BOP, and the concern being that we could

19        create broaching with that.

01:28  20              Q.    (BY MR. BARR)  Okay.  But you

21        could create broaching with the dynamic kill

22        as well, correct?

23              A.    The dynamic kill, when

24        implemented, by managing the pressures, which

01:28  25        were managed as -- as we were doing the

01-41295
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Charles Holt
## VOLUME 2

NOVEMBER 29, 2012

## *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    didn't end up working, did it?

2         A.    No, the bridging material did

3    not have a large impact on the -- on the --

4    where we placed it on the -- in the flow.

02:21 5        Q.    So theoretically that could

6    work, but in this given situation wouldn't

7    knowing the flow rate be helpful to designing

8    the top kill?  That's all I'm asking.

9         MR. CASEY:  Objection to form.

02:21 10       MR. DRAKE:  Same objection.

11        A.    The -- the flow rate is a --

12   a -- a -- what potentially is coming out of

13   the well.  The knowledge of that would --

14   would contribute to the -- the -- the success

02:21 15 or how effective that would be.  We --  but

16   again, we always -- we always looked at it --

17   we said, yes, the bridging material did not

18   work, but we didn't know that to begin with.

19   What we didn't know is is you'll see a term

02:21 20 also in documents called an orifice size.

21   But what we didn't know is is how big the

22   area this was flowing through.  And so by

23   using bridge material, we could shrink the

24   size of that.

02:22 25       Q.    (BY MS. STRIPPOLI)  So would you

```
 1   agree with me that flow rate does impact top

 2   kill?

 3         A.    Yeah, flow rate does impact top

 4   kill.

 5         Q.    And that flow rate is relevant

 6   to top kill?

 7         MR. CASEY:  Objection to form.

 8         MR. DRAKE:  Same objection.

 9         A.    Flow rate is relative to top

10   kill from a dynamic kill scenario.

11         Q.    (BY MS. STRIPPOLI)  So you're

12   saying that flow rate isn't relevant to top

13   kill?

14         MR. CASEY:  Objection to form.

15         MR. DRAKE:  Same objection.  I'm just

16   stuck on the word "relevant," I think.

17         A.    Yeah, I'm in a place where

18   it's -- you know, if you can impact that flow

19   rate, then the flow rate doesn't have the

20   same relevance.  Now, we were not able to do

21   that.  That was -- that's not what occurred.

22   But our -- in our efforts that was what our

23   plan was.  And I say "our plan."  Our plan

24   was to be able to go bridge some of the flow

25   area, if necessary, because we didn't know
```

1    e-mail with some context in it.

2          Q.    (BY MS. STRIPPOLI)  If you turn

3    back to the page that says, "Source Control -

4    Forward Plan" - 9th of May, do you see that?

02:35  5          A.    I do.

6          Q.    And the second bullet point down

7    with the first dash, it says, "Reprioritises

8    'Junk Shot/Top Kill/Cement option."  Do you

9    see that?

02:35 10          A.    I do.

11          Q.    Does that refresh your

12    recollection of when top kill was

13    re-prioritized over BOP on BOP?

14          A.    It appears here that on May the

02:35 15    9th that was when at least this group was --

16    was re-prioritizing that, yes.

17          Q.    Okay.  And then can you go down

18    to point 2, it says, "Junk Shot/Top

19    Kill/Cement - Preferred Option"; do you see

02:35 20    that?

21          A.    I see that, yes.

22          Q.    And then the bullet beneath that

23    says, "Preferred Option - plan prioritised

24    accordingly"?

02:36 25          A.    Uh-huh, I see that.

1          MR. CASEY:  Objection to form.

2          MR. DRAKE:  Same objection.

3          A.    No, sir, the exact date with the

4     documents that are here was generally in this

04:10  5     time frame, but the exact date and that

6     conversation, I don't have recollection of.

7          Q.    (BY MR. MAZE)  Was that decision

8     made by Doug Suttles?

9          MR. DRAKE:  Objection; form.

04:11 10         A.    All the decisions that were made

11     before we move things forward -- and I say

12     "decisions" -- before we moved anything

13     forward was reviewed with and -- and approved

14     by the Unified Command, and so Doug Suttles

04:11 15     would have been included in that along with

16     Admiral Landry and others, in a conversation

17     of some sort.  I was not party to those

18     conversations.

19         Q.    (BY MR. MAZE)  But it was BP who

04:11 20     made the primary recommendation to choose top

21     kill over BOP on BOP, correct?

22         A.    The engineering was being worked

23     by BP and then brought forth as

24     recommendations to Unified Command.

04:11 25         Q.    Did you speak with Mark Patteson

08:42

1       don't know.  I don't know what the -- all of
2       those that were there.  But those gentlemen
3       were a part of the leadership of BP that were
4       reviewing recommendations that were coming
5       from -- from the teams.
6            Q.      And it's your understanding,
7       though, that the BOP on BOP option at that
8       time was discontinued because of the risk of
9       breach of formation, right?
10           MR. DRAKE:  Objection; form.
11           A.      Yes, sir, my -- my -- my
12      understanding of that was that we were
13      concerned about the integrity of the --
14      the -- the wellbore and that based upon data
15      analyzed from the top kill, that we did not
16      have full integrity and that BOP on BOP could
17      make the situation worse.
18           Q.      (BY MR. BAAY)  Mr. Holt, you
19      understand and agree that the risk of breach
20      to the formation existed not only with the
21      BOP on BOP, but existed with the 3 ram
22      capping stack, didn't it?
23           MR. CASEY:  Objection to form.
24           MR. DRAKE:  Objection to form and
25      scope.

407

```
 1    I said.  I didn't write these words, but,
 2    yes, sir.
 3          Q.    Right.  Someone was taking
 4    notes.  You spoke some words and -- and
 5    they -- they shorthanded what you were
 6    saying?
 7          A.    That's what it appears, yes.
 8          Q.    What you and others in the
 9    meeting were saying; is that right?
10          A.    Yes, sir.
11          Q.    Okay.  And you made the comment
12    here that "the 'BOP on BOP' story should gain
13    traction and exposure...may become Critical
14    Path soon."  Do you recall making those
15    statements?
16          A.    Yes, sir, we were considering a
17    number of options during that time frame and
18    as we were considering those, BOP on BOP
19    was -- was in that mix.
20          Q.    So it's fair to say that as of
21    May 5th, 2010 you felt optimistic about the
22    BOP on BOP option?
23          MR. DRAKE:  Objection; form.
24          A.    Yes, sir, in that time frame and
25    with the information that we had, that was
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1    one of the -- as I've identified here, one of

2    the front runner options.

3         Q.     (BY MR. BAAY)  If you remember,

4    what at the time was giving you a sense of

09:00  5    encouragement about that as an option to

6    accomplish your mission of stopping the flow?

7         MR. DRAKE:  Objection; form.

8         A.     Well, at that time we -- we were

9    still early in trying to figure out where --

09:00 10   which -- which option was -- was -- was going

11   to be a front runner and -- and at that time,

12   we were -- we were still analyzing and

13   identifying, you know, what would we do that

14   wouldn't make it worse.

09:00 15        Q.     (BY MR. BAAY)  Right.  My

16   question, though, is specifically what gave

17   you a sense of encouragement about the BOP on

18   BOP as an option?

19        A.     Sir, I don't --

09:00 20        MR. DRAKE:  Objection; form.

21        A.     (Continuing)  Sir, I don't

22   recall that at that time as to what that was.

23   That was -- that was just a communication to

24   the team that, hey, guess what, guys, you

09:00 25   know, we need to continue to -- to work this

1    testified yesterday that the Enterprise was

2    pulled for containment options.

3         A.    Yes, it was.  But I'm just --

4    I'm saying with this e-mail here, because in

09:07  5    the conversation with -- with the -- as

6    options were being looked at, because the

7    Enterprise was the only vessel in the field

8    that was handy at that time, "handy," meaning

9    immediately on location to be able to produce

09:07 10   hydrocarbons, a decision was made to use it

11   to capture initially with the RIT tool, later

12   with the top hats.

13        Q.    Okay.  So if Andy Inglis made

14   the decision or someone else within BP,

09:08 15   you're not disputing the fact that as of

16   May 11th, the Enterprise was pulled and was

17   no longer used for the BOP on BOP option?

18        MR. CASEY:  Objection to form.

19        A.    In that time frame, which --

09:08 20   which -- which is -- is indicated by this

21   e-mail, decisions were being made where --

22   where vessels were going to be used, yes,

23   sir.

24        Q.    (BY MR. BAAY)  I'm asking you

09:08 25   specifically about the decision for the

1    Enterprise, Mr. Holt.  Was the decision made

2    as of May 11th for the Enterprise BOP on --

3    for the Enterprise rig to be used for

4    containment?

09:08    5         MR. DRAKE:  Objection; scope.

6         A.    In that time frame, I -- this

7    e-mail from Jim Wellings indicates that, yes.

8         Q.    (BY MR. BAAY)  And because it

9    was pulled for containment, it's fair to

09:08   10    assume that it was no longer available to be

11    sourced for the BOP on BO -- BOP option?

12         A.    Yes, sir, that's correct.

13         Q.    And you would agree that that

14    decision obviously delayed how quickly the

09:09   15    BOP on BOP could have been deployed, didn't

16    it?

17         MR. DRAKE:  Objection; form.

18         A.    I -- with regard to the -- the

19    preparedness of the Enterprise BOP stack, as

09:09   20    I recall sitting here today, when we were

21    working up the Enterprise BOP stack, there

22    were still a number of -- of maintenance and

23    tests that still needed to be done with that

24    stack.  We were not ready to splash that

09:09   25    stack during this time.

441

1    was applied as to what those risks would

2    imply.

3              Q.      (BY MR. BAAY)  Did you testify

4    yesterday, Mr. Holt, that BP determined that

09:50  5    the risk of broach was greater with the BOP

6    on BOP option than it was with top kill?

7              A.      I believe my words yesterday

8    were that -- that we were going to be able to

9    manage the pressures, which would reduce the

09:51  10    risk to broach with the top kill versus the

11    BOP on BOP is what I said.

12              Q.      Does BP believe that the risk of

13    broach pre-top kill was greater with the BOP

14    on BOP option than it was for the top kill?

09:51  15              MR. DRAKE:  Objection; form.

16              A.      Yes, as I recall, that would

17    have been part of the conversation and -- and

18    the discussion.

19              Q.      (BY MR. BAAY)  What analysis is

09:51  20    that based on?

21              A.      That's based upon the surface

22    pressures or the pressures at the BOP stack

23    and how those pressures are being managed.

24              Q.      Okay.  What document did you see

09:51  25    that drew the conclusion that the BOP on BOP

442

```
 1    option presented a greater risk of broach
 2    than did top kill?
 3            MR. CASEY:  Objection to form.
 4            MR. DRAKE:  Same objection.
 5            Q.      (BY MR. BAAY)  Or who did you
 6    talk to that said that?
 7            MR. CASEY:  Same objection.
 8            MR. DRAKE:  Same objection.
 9            A.      There were engineering teams
10    that were generating shut-in numbers, that
11    were generating modeled values for in the
12    event that the well was -- was shut-in, what
13    the surface pressures might be depending upon
14    the various scenarios.  And -- and so those
15    analysis -- and I don't recall which ones
16    where, by who were being incorporated into
17    the decision-making.
18            Q.      (BY MR. BAAY)  So if I'm
19    understanding, you can't recall any specific
20    document or conversation that confirmed that
21    the BOP on BOP option presented a greater
22    risk of broach than did top kill?
23            MR. DRAKE:  Objection; form.
24            A.      Can I go to my reference
25    material here?
```

1   was a number that was on the order of 5,000

2   barrels a day that Unified Command had

3   communicated, is what I recall.

4       Q.   (BY MR. BAAY)  Mr. Holt, didn't

10:34  5   you just tell me that flow rate was

6   considered by BP when engaging in the first

7   dynamic kill?

8       MR. DRAKE:  Objection; form.

9       MR. CASEY:  Objection to form.

10:34 10      Q.   (BY MR. BAAY)  Did you say that

11   or not?

12      A.   Some estimations of flow rate

13   based upon various scenarios were generated

14   by Add Energy.

10:35 15      Q.   And what estimates was BP

16   relying on?  What was the number?

17      MR. DRAKE:  Objection; form.

18      A.   5,000 barrels a day.

19      Q.   (BY MR. BAAY)  And that was

10:35 20   based off whose model?

21      MR. CASEY:  Objection; form.

22      MR. DRAKE:  Objection; form.

23      Q.   (BY MR. BAAY)  Or whose

24   estimate?

10:35 25      MR. DRAKE:  Objection to form.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1          MR. DRAKE:  Objection; form.
 2          A.     The concepts of these are -- are
 3     the same.
 4          Q.     (BY MR. BARR)  Okay.  Do you
 5     know why BP elected not to do that?
 6          MR. CASEY:  Object to form.
 7          MR. DRAKE:  Objection; form.
 8          A.     At the time that this was all
 9     taking place all ideas and suggestions were
10     being considered and discussed and reviewed,
11     and the decision at the time of during the
12     middle of May was that the -- the next option
13     for us was to go with the top kill.
14          MR. KRAUS:  Objection; responsiveness.
15          MR. PRESCOTT SMITH:  Same.
16          Q.     (BY MR. BARR)  I asked why -- do
17     you know why BP elected not to pursue what
18     Mr. Fleece was proposing?
19          A.     And I responded, as I will
20     respond again, that all considerations were
21     brought into the room and -- and -- and
22     discussed and -- and -- and this -- this
23     recommendation wasn't taken forward because
24     of -- and I don't recall what all the reasons
25     were at that time.
```

02:26  5
02:26 10
02:26 15
02:27 20
02:27 25