IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the ) | |
| GULF OF MEXICO, on ) | SECTION: J |
| APRIL 20, 2010 ) | |
| ) | JUDGE BARBIER |
| ) | |
| ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Geoff Boughton

**VOLUME 1**

JULY 20, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group • Court Reporting • Video Production • Videoconferencing

For U.S. & International Services
800 - 745 - 1101

1  Q. For the Enterprise. What do you
2  mean by that?
3  A. All the equipment was ready. The
4  connector was on and tested. We could
5  have had the BOP down there the middle of
6  May, 15th of May. The slings and the
7  things we needed to recover the LMRP --
8  because that was the plan, to pull off the
9  LMRP and set it on the seabed. That --
10 that was all ready -- ready to go.
11 Q. And so you think you could have
12 capped the -- the well mid-May?
13 A. Yes.
14 Q. You mentioned a capping team?
15 A. Yes.
16 Q. Who was on the capping team?
17 A. From our guys, it was Ian Sneddon
18 and John Macay, who I mentioned John a
19 minute ago. He's -- and later, a fellow
20 named Dave Cameron.
21         Dave came to relieve Ian and
22 John, who had been over for like six weeks
23 before they went back home for a rest,
24 because it was very stressful during that
25 time.

**PURSUANT TO CONFIDENTIALITY ORDER**