# Sub Sea Capping Stack

## April 28, 2010



Exhibit No. 5385
Worldwide Court Reporters, Inc.

CONFIDENTIAL

TRN-MDL-00799220

# Timeline – SubSea Capping Stack

| Activity | BP Approved? | April | | | | | | | May | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **Capping** | No | | | | | | | | | | | | | | | | | | |
| Prepare procedure | | ▓ | ▓ | ▓ | ▓ | | | | | | | | | | | | | | |
| HAZID | | | | ▓ | | | | | | | | | | | | | | | |
| Approve procedure | | | | | | ▓ | | | | | | | | | | | | | |
| Locate and secure equipment | | | | | | ▓ | ▓ | | | | | | | | | | | | |
| Modify Enterprise BOP | | | | | | | | | | | | | | | *pending equipment availability* | | | | |
| Modify Enterprise Riser joint | | | | | | | | | | | | | | | | | | | |
| ***Execute Job*** | | | | | | | | | | | | | | | | | | | |
| Move Enterprise to location | | | | | | | | ▓ | ▓ | | | | | | | | | | |
| Cut riser | | | | | | | | | ▓ | ▓ | | | | | | | | | |
| Remove LMRP | | | | | | | | | | ▓ | ▓ | | | | | | | | |
| Run BOP and riser | | | | | | | | | | | ▓ | ▓ | | | | | | | |
| Latch up to Horizon BOP | | | | | | | | | | | | | ▓ | | | | | | |
| Close Rams. Well secure. | | | | | | | | | | | | | | ▓ | | | | | |

CONFIDENTIAL

TRN-MDL-00799221

# Initial conditions

- Cut Riser above existing LMRP
- Disconnect LMRP from the Horizon BOP stack with ROV



# Deploying Stack

4



Existing BOP

CONFIDENTIAL

TRN-MDL-00799223

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.




21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799224

5

## Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.
- Blind flange diverts all flow out of the riser,
- **No wellbore fluids will be taken to the Enterprise**




21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

6

CONFIDENTIAL

TRN-MDL-00799225

# Deploying Stack

- Enterprise BOP and LMRP with perforated riser joint and **blanked off** riser to surface.
- Blind flange diverts all flow out of the riser,
- **No wellbore fluids will be taken to the Enterprise**



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799226



CONFIDENTIAL

TRN-MDL-00799227

# Deploying Stack

- The internal area of the riser is 283.5 sq in
- 91, 2" OD holes drilled into 30' of riser provides the same flow area
- Removes ~1.5% of the surface area from the 30' section of riser
- 2" holes are 16" center-to-center
  - 23 rows, 4 holes per row



21" Riser

Blind

Perforated Riser Joint

Enterprise LMRP

Enterprise BOP

Existing BOP

CONFIDENTIAL

TRN-MDL-00799228

# Concerns

- **Stack analysis:**
  - Will the Horizon stack support the additional weight of the Enterprise BOP?
  - Address this by minimizing the watch circle.
  - Disconnect at 2 degrees lower ball joint angle
- **Surface Plume**
  - Do not want to move over the well if the plume is directed straight up
  - Wait for current to take the flow away

10

CONFIDENTIAL

TRN-MDL-00799229

# Stack Comparison



CONFIDENTIAL

TRN-MDL-00799230



13





CONFIDENTIAL

TRN-MDL-00799232

# Procedure

- Land stack. Close Enterprise blind shear rams.
- Release LMRP. Leave shut in while drilling relief wells.

OR

- Pump kill fluids down choke and kill into well. Bullhead kill the well.

*Never allow open riser above the Horizon BOP. Keep blind flange in place.*

14

CONFIDENTIAL

TRN-MDL-00799233

# Why not kill immediately?

- Well is secured and pollution stopped, kill operations may result in broaching
- DP event mid-way through kill (unlikely)

CONFIDENTIAL

TRN-MDL-00799234

# Backup

CONFIDENTIAL

TRN-MDL-00799235

17

- Path illustrating flow line kill



CONFIDENTIAL                                                        TRN-MDL-00799236

# Watch Circle – Relative to Lower Ball Joint Angle

- Green: 0 to 2 degrees Good to operate
- Yellow: 2 to 4 degrees Caution – prepare to disconnect
- Red: Greater than 4 degrees Need to disconnect prior to damaging subsea equipment

18

CONFIDENTIAL

TRN-MDL-00799237



## Watch Circle – Relative to Lower Ball Joint Angle

- Green: 0 to 2 degrees Good to operate
- Yellow: 2 to 4 degrees Caution – prepare to disconnect
- Red: Greater than 4 degrees Need to disconnect prior to damaging subsea equipment

Waterline

Seafloor

19

CONFIDENTIAL

TRN-MDL-00799238



# Watch Circle Size Relative to Water Depth

- Green in 6,000' of water: 0 to 2 degrees — 419' across
- Green in 3,000' of water: 0 to 2 degrees — 208' across

Waterline

Seafloor

CONFIDENTIAL

TRN-MDL-00799239