01-41219
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Ole Rygg, Ph.D.
### VOLUME 1

OCTOBER 3, 2012

# COPY



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

1      A.  As -- as "top kill" as a phrase of the

2    whole operation, yes.

3      Q.  And it also included what, besides the

4    junk shot?  What -- anything else?  I just want

5    to know what your understanding of the entire top

6    kill process included.

7      A.  The top kill included a pumping into the

8    wellhead of the mud, as well as pumping the --

9    the different materials into the wellhead,

10   together with the mud.

11            (Discussion off the record.)

12            MR. LUNDY:  Yeah.  That's what I'm

13   getting to.

14     Q.  (By Mr. Lundy) From this E-mail that's

15   been previously marked as Exhibit 8537, from you

16   to Kurt Mix, when you say:  "Kurt, look at the

17   presentation.  Interesting results.  Looks like

18   the 15 000 bopd, you cannot kill it with 50 bpm,"

19   based upon the subject matter, or in the subject

20   line, you're -- are you saying that -- that with

21   15,000 barrels per day flow rate that the top

22   kill would not work?

23     A.  What I'm saying in this E-mail is that if

24   the flow rate was 15,000, the modeling was

25   showing that with pumping 50 barrels a minute

1    into the wellhead it would not reach the pressure

2    that will stop the flow.

3        Q.  What was going to be pumped -- or what

4    was -- into the wellhead dur -- for the top --

5    during the top kill process?

6        A.  Mud.  The plan was to pump mud into the

7    wellhead.

8        Q.  At -- at what rate?

9        A.  At the time I was informed that the

10   maximum rate was 50 barrels a minute they could

11   pump.

12       Q.  Okay.  And what you're telling them is

13   that the top kill won't work at 50 barrels per

14   minute if the flow rate is 15,000 barrels or

15   greater, correct?

16       A.  What I'm telling here is that a modeling

17   is showing that if the -- it's flowing 15,000

18   barrels of oil per day, and you pump 50 barrels a

19   minute into the wellhead, it will not create the

20   pressure that will stop the flow.

21       Q.  It's the same thing as saying it's not

22   going to work at -- at 50 barrels per minute,

23   correct?

24            MS. O'CONNOR:  Objection, form.

25       A.  Just what I said, that if you don't

1      A.  Yes.

2      Q.  Okay.  The "Subject" line is "Final top

3  kill runs."

4          Is that correct?

5      A.  Yes.

6      Q.  What's does "final top kill runs" mean?

7      A.  I don't know.

8      Q.  Okay.  Well, it's sent on May 29th.

9  That's just after the top kill had failed; is

10  that correct?

11      A.  Yeah, that was after the -- the last

12  attempt.

13      Q.  Okay.  If you could please look at the

14  paragraph that follows the bullet points, the one

15  that begins:  "Simulating pumping..."

16          Do you see that?

17      A.  Yes.

18      Q.  He says -- Thomas Selbekk writes:

19  "Simulating pumping at 78 bpm shows a flat

20  pressure curve, fairly low max pressure and

21  hardly any drop in pressure, consistent with a

22  situation where basically no mud enters the

23  wellbore."

24          Is Mr. Selbekk telling Mr. Mix from BP

25  that he was able to construct a model that

1    matched the top kill data and that showed no mud

2    entering the wellbore?

3        A.  What he's trying to -- to say, I believe,

4    is that he -- with the assumption of that -- that

5    model he -- he put together and simulating the 78

6    barrels a minute pump rate, he couldn't see in

7    the model that any mud entered down below the

8    injection point.

9        Q.  Okay.  So it was -- in other words, it

10   was possible to construct a model based on the

11   top kill data that came out during the top kill

12   that showed that mud did not go down below the

13   injection point; is that right?

14       A.  Yeah, that this is what he's trying to do

15   here, is -- is to -- to try to match the pressure

16   recordings from the operations --

17       Q.  Okay.  Then he --

18       A.  -- with -- with --

19       Q.  Sorry.

20       A.  -- with -- with a case of the 78 barrels

21   a minute pumping rate.

22       Q.  Okay.  Now, in the next paragraph, he

23   goes on to say:  "There are other combinations

24   that would give the same outcome, e.g. opening

25   around rams etc..."

```
 1              And by that, he means there's other ways
 2       you could construct the model and reach that same
 3       result, right?
 4           A.  Yeah, that's the whole point here, is
 5       that there are a number of unknowns so you can
 6       change different parameters and still get -- get
 7       a comparison with the --
 8           Q.  Okay.
 9           A.  -- with the pressure points.
10           Q.  And then he goes on, and he says:
11       "...there are strong indications that a curve
12       with this shape is the result of a situation
13       where there is not enough restriction at surface
14       to create enough pressure to force the mud into
15       the well."
16              And so he was saying that there were
17       strong indications that the top kill had failed
18       because the mud had not gone down into the
19       wellbore; is that right?
20           A.  No, that -- this is not what this is
21       saying.  What he's saying is that the shape of
22       the curve of the pressure needs to be a certain
23       way for the indications of the mud going --
24       going -- going down into the wellbore, meaning
25       that the -- the pressure needs to -- to -- to
```

1    increase for the -- the flow to stop and then the

2    mud to enter down the wellbore.

3         Q.  The pressure curve that he's referring to

4    is the pressure curve that was actually observed

5    during the top kill; is that correct?

6         A.  I believe so.  If that's the last -- the

7    last one here, yes.  That's the -- that's the red

8    dotted lines on that.

9         Q.  So based on the pressure curve that was

10   actually seen during the top kill, there were

11   strong indications that there was not enough

12   pressure created through the top kill to cause

13   the mud down into the well; is that correct?

14        A.  Well, the -- the whole point with the

15   pressure is that you need the pressure increase

16   to stop the flow, and that's what he's referring

17   to in the E-mail.

18        Q.  Is the answer to my question "Yes," sir?

19        A.  I'm not certain.  You have to rephrase

20   it.

21        Q.  Okay.  So I'm just going to read -- read

22   it back to you.  "Based on the pressure curve

23   that was actually observed during the top kill,

24   there was a strong indication that there was not

25   enough pressure created through the top kill to

```
1    cause the mud to go down into the well."
2         Is that right?
3         A.  Yes, yes.
4         Q.  Okay.  Thank you.
5         And, obviously, if the mud didn't go down
6    into the wellbore, it didn't go out the burst
7    disk, right?
8         A.  I'm not sure you can draw that conclusion
9    from this simulation.
10        Q.  Well, if -- let me -- let me just break
11   it down.  If you assume that the mud did not go
12   down the wellbore, can you make that assumption
13   for me?
14        A.  Okay.
15        Q.  If you make that assumption, then the mud
16   could not have gone out the burst disk, right?
17        A.  Correct.
18        Q.  Thank you.  All right.
19        I'm going to show you Tab 9 which has
20   previously been marked as Exhibit 8537.
21             THE COURT REPORTER:  Doctor, can I
22   have those two exhibits?
23             THE WITNESS:  Sure.
24        Q.  (By Mr. Davis-Denny) You've seen this
25   E-mail before, sir.  I -- I just want to ask you
```