01-41010
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Richard Vargo
**VOLUME 1**

AUGUST 22, 2012

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1          Q.     "Do Not Kill Well, More Oil
 2    Flowing," correct?
 3          A.     Yes.
 4          Q.     So according to this document
 5    from BP, the top kill could make the
 6    situation worse by not killing the well and
 7    more oil would flow primarily due to erosion
 8    in the kink, correct?
 9          A.     Yes.
10          Q.     And then "People, Pressure,
11    SIMOPS," correct?
12          A.     Yes.
13          Q.     Do you know what that risk is?
14          A.     The "People, Pressure, SIMOPS,"
15    certainly risks to people.  Obviously, doing
16    an operation like this is dangerous, and so
17    risk to people getting hurt, that was -- that
18    was definitely a top risk.
19          Q.     There was a lot of boats moving
20    around, a lot of things happening out there?
21          A.     Yes, sir.
22          Q.     Pressure data reliability,
23    correct?
24          A.     Yes.
25          Q.     Do you know what that risk is?
```

09:34  5
09:34 10
09:34 15
09:35 20
09:35 25