01-42041
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## CMDR. RICHARD FERRELL BRANNON
### VOLUME 1

JANUARY 07, 2013

## COPY



Systems Technology for the Litigation World

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

1  Q.  And they also -- and in Attempts 2 and 3,
2  it looks like they added the -- it's -- when
3  the -- when it says:  "...15 shots of bridging
4  material," would that be the junk shot?
5  A.  Yes.
6  Q.  Okay.  So the junk shot was attempted in
7  addition to the dynamic kill in Attempts 2 and 3,
8  correct?
9  A.  Correct.
10  Q.  And then you see:  "Conclusions and Path
11  Forward"?
12  A.  Yes.
13  Q.  And -- and Bullet Point No. 2 says:
14  "Shutting the well in" the "(BOP on BOP) will
15  likely lead to broaching."
16  Do you see that?
17  A.  Yes.
18  Q.  Was that -- did BP provide that
19  conclusion to you, as well?
20  A.  Yes.  This -- this information I have
21  here in bold print, I may have copied it directly
22  off of a BP Daily Report.
23  Q.  Okay.  So it was BP that determined
24  shutting in the well will likely lead to
25  broaching, correct?

1           MR. BENTSEN:  Objection, form.
2       A.  That -- that was the information that was
3   provided, yes.
4       Q.  (By Mr. Lundy) Okay.  And then you
5   forwarded this on to all those that are listed in
6   the E-mail?
7       A.  Yes.
8       Q.  Okay.  When -- when we talk about "BOP on
9   BOP," are we also talking about the capping stack
10  option?
11      A.  I believe that would be considered part
12  of the capping stack, yes.
13      Q.  Okay.  And it was -- and you know that it
14  was the capping stack that was ultimately used in
15  July successfully to kill the well, correct?
16      A.  I wasn't there, but I believe that's the
17  way it finally ended, yes.
18      Q.  Okay.  When did you leave the Command?
19      A.  July the 1st, I believe it was.
20      Q.  Okay.  So you weren't involved in the
21  discussions about the capping stack at all?
22      A.  If I was, it was very preliminary.  I
23  think that may have been one of the options that
24  were -- was coming up with after the -- the
25  dynamic kill and the top cap was put on or Top