01-41914
RM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert Markham Patteson

## VOLUME 1

JANUARY 23, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
04:37  1      "Conclusions & Path Forward," right?
04:37  2            A.    Yeah, conclusion path forward.
04:38  3            Q.    The document doesn't list any other
04:38  4      scenarios, right?  It's just those three,
04:38  5      correct?
04:38  6            MR. BREEN:
04:38  7                  Objection, form.
04:38  8            A.    Could you repeat the question?  I'm
04:38  9      sorry.
04:38 10      EXAMINATION BY MR. BARR:
04:38 11            Q.    The document only lists the three
04:38 12      scenarios we've looked at, right?
04:38 13            A.    I believe you're right, yes.
04:38 14            Q.    Okay.  There's no scenario on too
04:38 15      much flow, is there?
04:38 16            MR. BREEN:
04:38 17                  Objection, form.
04:38 18            MR. BENTSEN:
04:38 19                  Form.
04:38 20            A.    Please repeat.
04:38 21      EXAMINATION BY MR. BARR:
04:38 22            Q.    There's not a single scenario that
04:38 23      says the well is flowing at too high a rate, is
04:38 24      there?
04:38 25            MR. BENTSEN:
```

```
04:38  1                     Objection, form.
04:38  2          MR. BREEN:
04:38  3                     Objection --
04:38  4      A.    There's nothing on the doc --
04:38  5          MR. BREEN:
04:38  6                     -- form.
04:38  7      A.    There's nothing on the document I
04:38  8  saw that said that.
04:38  9  EXAMINATION BY MR. BARR:
04:38 10      Q.    Okay.  Even though Ole Rygg told
04:38 11  Kurt Mix the well -- the top kill cannot work if
04:38 12  the well was flowing at more than 15,000 barrels
04:38 13  per day and we pump mud at 50 barrels per minute,
04:38 14  correct?
04:38 15          MR. BENTSEN:
04:38 16                     Objection, form.
04:38 17          MR. BREEN:
04:38 18                     Objection, form.
04:38 19      A.    We saw the e-mail in which Ole --
04:38 20  Dr. Rygg's model run appeared to indicate that
04:38 21  that was his view.
04:38 22  EXAMINATION BY MR. BARR:
04:38 23      Q.    Don't you think it was inappropriate
04:39 24  that the scenario of too much flow was never
04:39 25  offered as a reason for why the top kill failed?
```