```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
       IN RE:  OIL SPILL BY    MDL NO. 2179
 3     THE OIL RIG
       "DEEPWATER HORIZON"     SECTION:  J
 4     IN THE GULF OF
       MEXICO, ON APRIL 20,    JUDGE BARBIER
 5     2010                    MAG. JUDGE SHUSHAN

 6
```

12

13

14                     **VOLUME 2 OF 2**

15      Deposition of **DOUG SUTTLES** taken in the

16    Mardi Gras Room, Pan American Life Center,

17    601 Poydras Street, New Orleans, Louisiana,

18    on Friday, May 20, 2011.

19

20    **APPEARANCES:**

21    ON BEHALF OF THE PLAINTIFFS STEERING
      COMMITTEE:
22         LEVIN, PAPANTONIO, THOMAS, MITCHELL,
           ECHSNER, RAFFERTY & PROCTOR, PA
23         (BY:  BRIAN H. BARR, ESQUIRE)
           316 S. Baylen Street, Suite 600
24         Pensacola, Florida 32502

25

1  It's 2:48.  This is Videotape No. 6.
2           (Short recess.)
3       THE VIDEOGRAPHER:
4           We're back on the record.  It's
5  2:52.  This is Videotape No. 6.
6  EXAMINATION BY MS. BRYANT:
7       Q.    Hi, my name is Margaret Bryant,
8  and I represent Drill-Quip.  And I just have
9  a few questions.
10          Did you testify earlier that
11 immediately following the blowout BP believed
12 that the flow path was most likely through
13 the annulus and that you informed the MMS and
14 the Coast Guard of this?
15          (Discussion off the record.)
16      THE REPORTER:
17          What was the end of that?
18      MS. BRYANT:  I'll ask it again.
19 EXAMINATION BY MS. BRYANT:
20      Q.    Did you testify earlier that
21 immediately following the blowout BP believed
22 that the flow path was most likely through
23 the annulus and you informed the MMS and the
24 Coast Guard of this assertion?
25      MS. KARIS:

1               Object to form.
2          A.   The -- the people I spoke to in
3    BP operating in the Houston command post had
4    described to me that their assessment at that
5    point was they thought the flow was up the
6    annulus.  I discussed that and asked the
7    views of the MMS, and I believe at that time
8    they shared that they also had that view, and
9    myself and members from the MMS discussed
10   that with Admiral Landry.
11   EXAMINATION BY MS. BRYANT:
12        Q.   Do you know what evidence that
13   was based upon or -- at that time?
14        A.   I don't -- I don't know what --
15   what evidence they were using to do that, no.
16   That was the -- the drilling experts back in
17   Houston, I think, making that assessment.
18        Q.   And the experts back in Houston,
19   did they state that they -- their degree of
20   certainty in their assertion that the flow
21   path was through the annulus?
22        A.   Well, I -- I -- I think they
23   were -- what they pressed upon me is, of
24   course, we didn't know for certain.  It was
25   just their interpretation of the things they