**EXHIBIT "A" TO MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS BEYOND THE APRIL 20, 2011 DEADLINE**

| Claimant | Short Form Joinder Case No. | Short Form Joinder Document No. |
|---|---|---|
| Degaulle Chiropractic Clinic | 10-cv-08888 | 123713 |
| Elnora Gaspard | 10-cv-08888 | 123714 |
| Susan Gaspard | 10-cv-08888 | 123715 |
| Johnny P. Simon | 10-cv-08888 | 123716 |
| Dodie Vegas | 10-cv-08888 | 123717 |
| Renee C. Vegas | 10-cv-08888 | 123718 |
| Robert Vegas | 10-cv-08888 | 123719 |