UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | | SECTION J |
| | | | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | * * | MAG. JUDGE SUSHAN |
| 2:10-cv-08888-CJB-SS | | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline is hereby granted and all Short Form Joinders filed by Claimants identified in Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered as timely filed in the Transocean Limitation (Civil Action 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of March, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge