IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Kenny Nguyen, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

/s/ Anh Cao
Anh Cao
Attorney for Claimant's Representative
Cao Law Firm
2439 Manhattan Boulevard, Suit 302
Harvey, LA 70058
(504) 367-5001

Date: 12/03/2012

Respectfully submitted,

/s/ Orran Brown
Orran L. Brown
VSB No.: 25832
BrownGreer PLC
115 S. 15th Street, Suite 400
Richmond, Virginia 23219
(804) 521-7200

Date: 2/28/13

1