# Attachment 25

1

```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         )  JUDGE BARBIER
                       )  MAG. JUDGE SHUSHAN
```

```
               *****************
                   VOLUME 1
               *****************
```

30(b)(6) Deposition of Mark Kenneth
Sogge, United States of America, taken at the
Pan-American Building, 601 Poydras Street, 11th
Floor, New Orleans, Louisiana, 70130, on the 18th
day of September, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

80

```
 1    indicate he didn't.
 2         Q.   Do you know if Ms. McNutt wanted anybody
 3    else to resign?
 4         A.   I don't ever recall Dr. McNutt mentioning
 5    anyone that she wanted to resign.
 6         Q.   Okay.  Let's go back to the Final Report,
 7    which was Exhibit 8803.
 8              MR. BENSON:   I think it's 8804.
 9              THE COURT REPORTER:   8804.
10              MS. RODGERS:   8804.
11              MR. ROMAN:   8804.   I blew my first
12    opportunity.
13         Q.   (By Mr. Roman) Okay.  It's -- let's go to
14    Pages 5 and 6 of the Report, please, under he
15    heading "Motivation For Flow Estimates."
16         A.   Yes.
17         Q.   Do you have that in front of you?
18         A.   I do.
19         Q.   Okay.  Starting the lower right-hand
20    corner, where it says:   "On May 14th, 2010" --
21              Do you see that?
22         A.   I do.
23         Q.   It says:   -- "the NIC asked its
24    Interagency Solutions Group (IASG) to provide
25    scientifically based information on the discharge
```

1    rate of oil from the well.  In response, the NIC"

2    IA -- "IASG chartered the Flow Rate Technical

3    Group (FRTG) on May 19th.  Experts from many

4    scientific disciplines were brought together to

5    perform the FRTG's two primary functions:  (1) as

6    soon as possible, generate a preliminary estimate

7    of the flow rate, and (2) within approximately

8    two months, use multiple, peer-reviewed

9    methodologies to generate a final estimate of

10   flow rate and volume of oil released."

11            Do you see that?

12        A.  I do.

13        Q.  And were those, in fact, the FRTG's two

14   primary functions, to issue a preliminary

15   estimate and then a final estimate?

16        A.  Our Charter was to issue a preliminary

17   estimate, as you say, as early as possible, and

18   then to refine that with additional information

19   to come up with a final estimate, which is not

20   in -- necessarily a number.  It could be a range.

21        Q.  But those were the two primary functions

22   of the FRTG?

23        A.  Yes.

24        Q.  Now, the Report, Exhibit 8804, was issued

25   on March 10 of 2011, correct?

82

 1        A.   Correct.   It was -- it was published on

 2   that date, yes.

 3        Q.   Okay.   And that was eight months after it

 4   was due, correct?

 5        A.   Yes.

 6        Q.   What happened?

 7             MR. BENSON:   Wait.   Object to the

 8   scope.   He can answer in his personal capacity.

 9   As we've talked about before, the Report is a

10   Topic that's been designated elsewhere.

11        A.   I think, in essence, two things happened:

12   One is anytime that you bring -- in my

13   experience, anytime you bring together

14   multiple -- in essence, information from multiple

15   different Teams working from different sources of

16   information, there are inherently delays.   So,

17   for example, the -- you know, the Mass Balance

18   Team, you may recall from the record, finished

19   its report relatively early on, and it was done.

20        The Reservoir and the Nodal Analysis

21   Teams took quite a bit longer due to acquisition

22   of data, sensitivities to various business

23   proprietary things, et cetera.   So when you

24   have -- are trying to bring that much information

25   together from that many Teams, you inevit --

256

1    response.  I mean, that was clear from Admiral

2    Allen, that was clear from Dr. McNutt, from Bill

3    Lehr, so I -- I wouldn't agree with the way you

4    characterized that.

5         Q.  Well, the well was controlled in mid

6    July, correct?

7         A.  The capping stack was on on July 15th,

8    right.

9         Q.  Did the FRTG stop its work at the same

10   time that -- that the well was capped?

11        A.  No.

12        Q.  Why did they continue?

13        A.  Well, among other reasons, we were now

14   switching into a mode, as described in the Final

15   Report, where we wanted to do a "Lessons

16   Learned," you know, what have we -- what can we

17   learn about these different techniques and how

18   they performed against a benchmark, which we did

19   not yet have.  So I think they were -- we were

20   still looking to make sure we completed whatever

21   we needed that way.

22        Q.  Did the FRTG get any different

23   directions, told to slow down its analysis, speed

24   up its analysis, do anything different after the

25   well was capped?

257

1          A.   Well, I think we all felt an obligation

2     to follow through with what we were given the

3     charter for, to provide that -- that final

4     estimate.

5          From a practical standpoint, I think by

6     the time we realized that the well was, indeed,

7     going to be remained closed, because that wasn't

8     evident necessarily on the 15th, yeah, I think we

9     all realized that maybe we have a little bit more

10    breathing room here, and people could stop

11    working 18-hour days.

12         Q.   Okay.  But was -- were you told to do

13    anything different?  Did anything change in the

14    FRTG's work, other than possibly slowing down a

15    little bit, once the well was capped?

16         A.   Not that I can recall.  I think

17    Dr. McNutt still emphasized the importance of

18    continuing through and fulfilling our charter.

19         Q.   Were there any communications involving

20    the FRTG or among Members of the FRTG about the

21    implications of the well-being capped on the

22    FRTG's work going forward?

23         A.   I don't recall any specifics, but I would

24    suspect so, yeah.

25         Q.   But you don't recall anything about

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:   OIL SPILL      )    MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )    SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )    JUDGE BARBIER
                             )    MAG. JUDGE SHUSHAN
 6

 7

 8

 9             REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10                MARK KENNETH SOGGE
          UNITED STATES OF AMERICA 30(b)(6)
11                 SEPTEMBER 18, 2012
                       VOLUME 1
12

13

14        I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:

16        That the witness, MARK KENNETH SOGGE, was
     duly sworn by the officer and that the transcript
17   of the oral deposition is a true record of the
     testimony given by the witness;
18
          That the deposition transcript was submitted
19   on September 19   , 2012, to the witness or to
     Attorney R. Michael Underhill for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by November 5        , 2012.
21
          That the amount of time used by each party
22   at the deposition is as follows:

23        Mr. Roman - 6 Hours, 43 Minutes

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1      I further certify that I am neither counsel
for, related to, nor employed by any of the
2  parties in the action in which this proceeding
was taken, and further that I am not financially
3  or otherwise interested in the outcome of the
action.

4
       SUBSCRIBED AND SWORN to by me on this 18th
5  day of September, 2012.

6

7

8  _____
Emanuel A. Fontana, Jr., RPR
9  Texas CSR No. 1232
Expiration Date: 12/31/12
10  Worldwide Court Reporters
Firm Registration No. 223
11  3000 Weslayan, Suite 235
Houston, Texas   77027
12  (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

330 a

| | | | | |
|---|---|---|---|---|
| 1 | | CHANGES AND SIGNATURE | | |
| 2 | WITNESS NAME: | MARK KENNETH SOGGE | | |
| 3 | DATE OF DEPOSITION: | SEPTEMBER 18, 2012 | | |

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 14 | 23 | Insert "McNutt" after "Doctor" | (to clarify who is being referenced) |
| 16 | 17 | Change "wa" to "was" | |
| 16 | 19 | Change "Parks" to "Park" | |
| 24 | 9 | Change "at" to "on" | |
| 26 | 5 | Put a period after the word "later". | |
| 26 | 12 | Insert "clear" after "that's" | |
| 30 | 7 | Change "or" to "are" | |
| 33 | 7 | Change "BP Lead" to "BP-led" | |
| 34 | 7 | Insert "and" after "Scientists" | |
| 36 | 2 | Insert of" after "know" | |
| 36 | 12 | Delete word "with". | |
| 49 | 12 | Replace the comma after "McNutt" with a period | |
| 54 | 5 | Insert "release" after "well" | |
| 54 | 10 | Delete "that" | |
| 54 | 12 | Change "unprecedented at being" to "unprecedented, but being" | |
| 56 | 13 | Change "was the having" to "was having" | |
| 60 | 2 | Insert a period after "past", and then capitalize the following "with" | |
| 65 | 15 | Change "a complete, same" to "the exact same" | (to clarify meaning) |
| 79 | 25 | Delete "that" | |
| 83 | 14 | Change "worked a" to "worked at" | |
| 86 | 23 | Delete "a sign" | |

PURSUANT TO CONFIDENTIALITY ORDER

330b

| | | CHANGES AND SIGNATURE | |
|---|---|---|---|

1    CHANGES AND SIGNATURE

2    WITNESS NAME:   MARK KENNETH SOGGE

3    DATE OF DEPOSITION:   SEPTEMBER 18, 2012

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 89 | 1 | Change "is out" to "is not" | |
| 99 | 13 | Change "they" to "the" | |
| 108 | 5 | Change "Group, the" to "Group, not the" | |
| 109 | 25 | Insert "that" after "measurements" | |
| 111 | 10 | Change "Team" to "time" | |
| 115 | 20 | Insert "call" after "would" | |
| 129 | 13 | Change "19," to "19,000" | |
| 131 | 16 | Insert "Top Hat" after "but the" | |
| 136 | 22-23 | Change "over the figure" to "in Figure 6" | |
| 141 | 14 | Change "doing like to be" to "taking" | |
| 144 | 24 | Change "the estimates of" to "the essence of" | |
| 149 | 8 | Change "approach" to "approached" | |
| 149 | 24 | Insert "the" after "Because" | |
| 155 | 3 | Change "I" to "you" | |
| 157 | 23 | Change "was a times" to "was at times" | |
| 162 | 13 | Change "in Administration" to "in the Administration" | |
| 170 | 23 | Change "interested" to "interest" | |
| 175 | 13 | Insert "and" after "communications" | |
| 181 | 24 | Delete "and" | |
| 183 | 14 | Insert a period after "meant" | |
| 191 | 4 | Delete "in" | |

PURSUANT TO CONFIDENTIALITY ORDER

330c

```
1                     CHANGES AND SIGNATURE

2    WITNESS NAME:   MARK KENNETH SOGGE

3    DATE OF DEPOSITION:   SEPTEMBER 18, 2012

4    PAGE   LINE        CHANGE              REASON
```

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 194 | 10 | Change "formally that occurred" to "formally occurred" | |
| 198 | 17 | Change "just given" to "have been" | |
| 206 | 13 | Insert "that" after "entity" | |
| 206 | 14 | Change "ranges for" to "ranges were" | |
| 206 | 16 | Change "considerable" to "comfortable" | |
| 207 | 11 | Change "I'm" to "I" | |
| 209 | 10 | Change "has -- has" to "have -- have" | |
| 212 | 1 | Change "number" to "memo" | |
| 214 | 10 | Change "when that" to "when it" | |
| 223 | 12 | Change "information's" to "information was" | |
| 224 | 14 | Delete "was" | |
| 225 | 7 | Insert a period and end-quotes after "response" | |
| 225 | 8 | Start new sentence with "You", and delete the end-quotes following "that" | |
| 230 | 16 | Change "dest" to "best" | |
| 232 | 15 | Change "call kind of" to "call a kind of" | |
| 234 | 17 | Insert period after "litigation".  Start new sentence at "These were.." | |
| 250 | 19 | Change "came with" to "came up with" | |
| 251 | 20 | Change "reiterate --" to "reiterated --" | |
| 253 | 22 | Change "simply" to "simplify" | |
| 260 | 21 | Change "we working" to "we were working" | |
| 271 | 19 | Change "immigration" to "emigration" | |

PURSUANT TO CONFIDENTIALITY ORDER

330d

```
 1                  CHANGES AND SIGNATURE

 2      WITNESS NAME:   MARK KENNETH SOGGE

 3      DATE OF DEPOSITION:   SEPTEMBER 18, 2012

 4      PAGE  LINE          CHANGE              REASON

 5      284    7      Change "there was" to "this was"

 6      304    22     Change "techni --" to "technique --"

 7      317    14     Change "12.62 to" to "12.6 to"

                      Change "in terms as an answer to me, to relating" to
 8      325    8         "in terms of an answer to me, relating to"

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PURSUANT TO CONFIDENTIALITY ORDER

331

1

2          I, **MARK KENNETH SOGGE**, have read the

3    foregoing deposition and hereby affix my

4    signature that same is true and correct, except

5    as noted on the attached Amendment Sheet.

6

7    _____
                          MARK KENNETH SOGGE

8

9

10   THE STATE OF Arizona )
     COUNTY OF Coconino )

11        Before me, Mark Kenneth Sogge , on
12   this day personally appeared MARK KENNETH SOGGE,
     known to me (or proved to me under oath or
13   through Arizona Drivers License ) to be the
     person whose name is subscribed to the foregoing
14   instrument and acknowledged to me that they
     executed the same for the purposes and
15   consideration therein expressed.
          Given under my hand and seal of office this
16   27th    day of September _____, 2012.

17

18

19   NOTARY PUBLIC IN AND FOR
     THE STATE OF Arizona
20   COMMISSION EXPIRES: 07/15/2016

21

22                    OFFICIAL SEAL
                      JAKE PEARCE
23            NOTARY PUBLIC – STATE OF ARIZONA
                   COCONINO COUNTY
24          My commission expires July 15, 2016.

25

PURSUANT TO CONFIDENTIALITY ORDER