IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179<br>Section: J<br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

-------------------------------------------------------------------------------

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Thomas H. Pritchett, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ Susan Pritchett                              /s/ Orran Brown

Susan I. Pritchett                                Orran L. Brown
Claimant's Representative                         VSB No.: 25832
                                                  BrownGreer PLC
                                                  115 S. 15th Street, Suite 400
                                                  Richmond, Virginia 23219
                                                  (804) 521-7200

Date:  2-11-13                                    Date:  2/28/13

1