UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * * | MDL NO.   2179 <br><br> NUMBER: <br><br> SECTION: <br><br> JUDGE: BARBIER |
| Relates to Case No.: 2:12-cv-02338 Kolian, et al. vs. BP Exploration & Production Inc, et al. | * * * * | MAGISTRATE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS:
STEVE KOLIAN, DAVID LANDRIEU, KIM FLAIR LANDRIEU, MICHAEL BOATRIGHT,CHARLES TAYLOR, CHRISTOPHER GREEN, GREGORY TURNER, DANIEL HATCHER, RICHARD AND JANICE DANOS, JAMES MORGAN, RONALD, SHEARON, PATRICIA RYE, AND DAVID HACKNEY

VERSUS

DEFENDANTS:
BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, NALCO COMPANY, NALCO HOLDINGS, LLC, NALCO FINANCE HOLDINGS, LLC, AIRBORNE SUPPORT, INC, AIRBORNE SUPPORT INTERNATIONAL, INC., ASHLAND SERVICES, L.L.C., FALCK ALFORD,

SHAMROCK MANAGEMENT, L.L.C.,TEAM
LABOR FORCE L.L.C., ES& H, INC., HEPACO,
INC.,T&M BOAT RENTALS, L.L.C., COASTAL
CATERING, L.L.C., NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,
SUPERIOR LABOR SERVICES, INC., ADRIATIC
MARINE, LLC, JULES MELANCON, INC., USA
LABOR, LLC, USA ENVIRONMENTAL
SERVICES, INC., DANOS AND CUROLE
STAFFING, LLC.

## MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who file this Motion for Leave to File Plaintiffs' First Amended Complaint for Damages for the purpose of the addition of a cause of action and the addition of a defendant.

The amending of the petition in this matter will not delay the proceedings or prejudice any parties. Accordingly, Plaintiffs request that this Honorable Court grant leave so that the attached Motion for Leave to File Plaintiffs' First Amended Complaint for Damages may be filed and served pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Catherine B. Cummins
**CATHERINE B. CUMMINS (29558)**
Email: ccummins@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

Attorney for Plaintiffs


Co-Counsel for Plaintiffs

**ROBERT J. McKEE (# 0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick,
Campbell, et al
12 Southeast 7th Street - #801
Fort Lauderdale, Florida 33301

Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the above and foregoing Motion has been filed electronically with the clerk of Court using CM/ECF system and served on all counsel of record through Lexis Nexis File and Serve this 1 day of March 2013.

By: s/Catherine B. Cummins