UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.   2179<br><br>NUMBER:<br><br>SECTION: |
| Relates to Case No.: 2:12-cv-02338 Kolian, et al. vs. BP Exploration & Production Inc, et al. | * * * * * * * * | MAGISTRATE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS:
STEVE KOLIAN, DAVID LANDRIEU, KIM FLAIR LANDRIEU, MICHAEL BOATRIGHT, CHARLES TAYLOR, CHRISTOPHER GREEN, GREGORY TURNER, DANIEL HATCHER, RICHARD AND JANICE DANOS, JAMES MORGAN, RONALD, SHEARON, PATRICIA RYE, AND DAVID HACKNEY

VERSUS

DEFENDANTS:
BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORPORATION, WEATHERFORD U.S. L.P, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, NALCO COMPANY, NALCO HOLDINGS, LLC, NALCO

FINANCE HOLDINGS, LLC, AIRBORNE
SUPPORT, INC, AIRBORNE SUPPORT
INTERNATIONAL, INC., ASHLAND SERVICES,
L.L.C., FALCK ALFORD, SHAMROCK
MANAGEMENT, L.L.C.,TEAM LABOR FORCE
L.L.C., ES& H, INC., HEPACO, INC.,T&M BOAT
RENTALS, L.L.C., COASTAL CATERING,
L.L.C., NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,
SUPERIOR LABOR SERVICES, INC., ADRIATIC
MARINE, LLC, JULES MELANCON, INC., USA
LABOR, LLC, USA ENVIRONMENTAL
SERVICES, INC., DANOS AND CUROLE
STAFFING, LLC.

## ORDER

Considering the above and foregoing Motion for Leave to File Plaintiffs' First Amended Complaint for Damages:

**IT IS HEREBY ORDERED** that Plaintiffs be granted leave to file Plaintiffs' First Amended Complaint for Damages.

**THIS DONE AND SIGNED** on this _____ day of _____, 2013, in New Orleans, Louisiana.

_____
**JUDGE**