UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>Applies to: *All Cases* | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S AGREED MOTION TO AUTHORIZE RISER EXAMINATION

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"), and respectfully submit this, their agreed motion seeking the Court's authorization to perform an examination of a portion of riser from the *Deepwater Horizon*, currently located in Amelia, Louisiana. For the reasons specifically set forth in the accompanying Memorandum in Support of Transocean's Agreed Motion to Authorize Riser Examination, Transocean respectfully requests that the Court grant its motion.

DATED: March 1, 2013                                      Respectfully submitted,

By:   /s/ Brad D. Brian                                        By:   /s/ Steven L. Roberts
      Brad D. Brian                                                          Steven L. Roberts
      Michael R. Doyen                                                    Rachel Giesber Clingman
      Daniel B. Levin                                                          Sean D. Jordan
      MUNGER TOLLES & OLSON LLP                          SUTHERLAND ASBILL & BRENNAN LLP
      355 So. Grand Avenue, 35th Floor                        1001 Fannin Street, Suite 3700
      Los Angeles, CA 90071                                            Houston, Texas 77002
      Tel: (213) 683-9100                                                 Tel: (713) 470-6100
      Fax: (213) 683-5180                                                Fax: (713) 354-1301
      Email: brad.brian@mto.com                                   Email: steven.roberts@sutherland.com
      michael.doyen@mto.com                                          rachel.clingman@sutherland.com
      daniel.levin@mto.com                                               sean.jordan@sutherland.com