UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>Applies to:  *All Cases* | § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S AGREED MOTION TO AUTHORIZE RISER EXAMINATION

The Court having considered Transocean's Agreed Motion to Authorize Riser Examination, and good cause appearing for same,

IT IS HEREBY ORDERED that the motion is hereby granted as follows:

The parties are permitted to examine and conduct necessary testing of the spare section of riser from the *Deepwater Horizon*, which is presently stored in Amelia, Louisiana.

The riser examination and testing will be conducted at an agreed date and time and on mutually agreed terms.

All parties may attend the examination.

Each party shall bear all costs of its attendance, examination, and testing.

IT IS SO ORDERED.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____