UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>Applies to:  *All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S MEMORANDUM IN SUPPORT OF ITS AGREED MOTION TO AUTHORIZE RISER EXAMINATION

In support of its Agreed Motion to Authorize Riser Examination, Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean") submit the following memorandum.

In connection with ongoing investigations into sheens reported in the vicinity of the Macondo well, of which the Court is aware, the U.S. Coast Guard has directed BP and Transocean to perform marine riser and cofferdam recovery, remediation, and / or survivability analyses.  Accordingly, the parties seek an order from the Court authorizing examination and testing of a section of spare riser from the *Deepwater Horizon* that was not onboard the rig at the time of the incident.  This riser section is stored in open air in a warehouse in Amelia, Louisiana.  The logistical details of the examination will be mutually agreed, with examination tentatively scheduled for March 4, 2013.  All parties will be permitted to attend the examination if they so desire, and will bear their respective costs of attendance, examination, and testing.

For the aforementioned reasons, Transocean respectfully requests that the Court grant its Agreed Motion to Authorize Riser Examination.

DATED:  March 1, 2013                                        Respectfully submitted,

| | |
|---|---|
| By: /s/ Brad D. Brian<br>Brad D. Brian<br>Michael R. Doyen<br>Daniel B. Levin<br>MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>michael.doyen@mto.com<br>daniel.levin@mto.com | By: /s/ Steven L. Roberts<br>Steven L. Roberts<br>Rachel Giesber Clingman<br>Sean D. Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com<br>rachel.clingman@sutherland.com<br>sean.jordan@sutherland.com |
| By: /s/ Edwin G. Preis<br>Edwin G. Preis, Jr.<br>PREIS & ROY PLC<br>Versailles Blvd., Suite 400<br>Lafayette, LA 70501<br>Tel: (337) 237-6062<br>*and*<br>601 Poydras Street, Suite 1700<br>New Orleans, LA 70130<br>Tel: (504) 581-6062<br>Fax: (504) 522-9129<br>Email: epreis@pkrlaw.com | /s/ Kerry J. Miller<br>Kerry J. Miller<br>FRILOT, LLC<br>110 Poydras St., Suite 3700<br>New Orleans, LA 70163<br>Tel: (504) 599-8194<br>Fax: (504) 599-8154<br>Email: kmiller@frilot.com<br><br>John M. Elsley<br>ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Tel: (713) 224-8380<br>Fax: (713) 225-9945<br>Email: john.elsley@roystonlaw.com |

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset leasing GmbH.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this ____ day of February, 2013, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/  Kerry J. Miller