U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 26 2013
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-30883

MD 10-2179-J
10-4536

IN RE: DEEPWATER HORIZON

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED; ANADARKO PETROLEUM CORPORATION,

    Defendants - Appellants

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the cross-appeal of the USA is dismissed as of February 21, 2013, pursuant to appellee cross-appellant's motion.

____ Fee ____
____ Process ____
 X  Dkid ____
____ CtRmDep ____
____ Doc. No. ____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _Sabrina B. Short_____
Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B. Short
       Deputy  FEB 2 1 2013
New Orleans, Louisiana

Case No. 12-30883

IN RE: DEEPWATER HORIZON
---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

B.P. EXPLORATION & PRODUCTION , INCORPORATED; ANADARKO PETROLEUM CORPORATION,

        Defendants - Appellants