IN RE: FLSA CLAIMS AGAINST:   ]   COLLECTIVE ACTION
                              ]
O'BRIENS, ET AL.,             ]
                              ]   **NOTICE OF CONSENT**
                              ]

I consent to be a party plaintiff in an action to collect unpaid wages.

_Todd Boudreaux_
Signature

_Todd Allen Boudreaux_
Full Legal Name (print)

**Exhibit 1**