IN RE: FLSA CLAIMS AGAINST:   ] COLLECTIVE ACTION
                              ]
O'BRIENS, ET AL.,             ]
                              ]   **NOTICE OF CONSENT**
                              ]

I consent to be a party plaintiff in an action to collect unpaid wages.

_James D Blake J._
Signature

_James Darroll Blake Jr._
Full Legal Name (print)

**Exhibit 2**