```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 2 6 2013
LYLE W. CAYCE
CLERK

LORETTA G. WHYTE
CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 21, 2013

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

**USCA No. 12-30883,  In Re:  Deepwater Horizon**
    USDC No. 2:10-MD-2179
    USDC No. 2:10-CV-4536

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk
504-310-7817

P.S.: The appeals of Anadarko Petroleum Corp. And BP Exploration and Production, Inc. remain open in this court.  A revised caption is enclosed to all parties, which should be used on all future filings.

cc w/encl:
    Honorable Carl J. Barbier
    Mr. Aditya Bamzai
    Mr. Jeffrey Bossert Clark Sr.
    Ms. Michelle Terry Delemarre
    Mr. James Joseph Dragna
    Ms. Ellen J. Durkee
    Mr. Robert R. Gasaway
    Mr. Richard Cartier Godfrey
    Ms. Judy B. Harvey
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Brian D. Israel
    Mr. Bryan Michael Killian
    Mr. James Andrew Langan
    Mr. Aaron Llyod Nielson
    Mr. Steven O'Rourke
    Mr. David Joseph Pfeffer
    Mr. James Parkerson Roy
    Mr. David Bruce Salmons
    Mr. Stephen Sidney Schwartz
    Ms. Sharon Denise Smith
    Mr. R. Michael Underhill
    Mr. Michael Butler Wigmore

____ Fee ____
____ Process ____
X    Dkd ____
____ CtRmDep ____
____ Doc. No. ____