UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION:  J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAGISTRATE SHUSHAN |

## TRANSOCEAN'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO ADD DOCUMENT TO ITS PHASE ONE TRIAL EXHIBIT LIST

On February 28, 2013, BP elicited testimony from Mark Bly regarding the Bly investigation team's alleged lack of access to information from Transocean. Specifically, Mr. Bly testified that the Bly investigation team did not have an opportunity to interview any Transocean personnel and that this impeded their investigation:

> **Q.** Did you have an opportunity to interview any Transocean personnel?
>
> **A.** No, we didn't.
>
> **Q.** So those 50 witnesses, they would not have been any Transocean personnel; is that correct?
>
> **A.** Yes, that's correct.
>
> **Q.** Did you request to interview Transocean's personnel?
>
> **A.** In the early stages we were making those requests, in the 10 early stages of the investigation, yes.
>
> **Q.** Did Transocean ultimately agree to provide any of its personnel for you to speak to them to understand what happened?
>
> **A.** No, we didn't get to talk to any of their folks.

\*     \*     \*

> **Q.** The limited access to information that you had, what effect did that have on your ability to conduct a root cause investigation into systemic issues?
>
> **A.** As I tried to -- I described earlier, the way you do that is you go from what you have ascertained so far and go ask the next why. And if that next why required input or information from either of those people that we couldn't talk to or the information we couldn't get, it would impede your ability to continue to move down the investigation.

Trial Tr., 2/28/2013, at 1192:2-13, 1193:18-1194.

To respond to the allegation that it impeded BP's investigation, Transocean should be permitted to introduce evidence to show that Transocean requested information from BP and interviews of BP employees in May 2010 in connection with its own investigation of the Macondo incident, but that BP did not provide Transocean's investigative team access to BP employees. Although BP and Transocean exchanged requests for employee interviews, neither BP nor Transocean made their respective employees available for interviews and produced documents instead. Transocean therefore requests, and good cause exists, to grant leave to add the following document to its Phase One Trial Exhibit List: May 13, 2010 email from Bill Ambrose to Mark Bly re Transocean Request to Interview BP Employees and 3rd Party, in which Transocean requests to interview BP employees Mark Hafle, Bob Kaluza, Brian Morel, David Sims, Donald Vidrine, and Shane Albers. (A copy of this email is attached as Exhibit A).

For the foregoing reasons, Transocean respectfully requests that it be granted leave to add the above-referenced documents to its Phase One Trial Exhibit List.

DATED: March 3, 2013                        Respectfully submitted,

By: /s/ Brad D. Brian                       By: /s/ Steven L. Roberts
Brad D. Brian                               Steven L. Roberts
Michael R. Doyen                            Rachel Giesber Clingman
Lisa Demsky                                 Sean Jordan

2

| | |
|---|---|
| Daniel B. Levin | SUTHERLAND ASBILL & BRENNAN LLP |
| Susan E. Nash | 1001 Fannin Street, Suite 3700 |
| MUNGER TOLLES & OLSON LLP | Houston, Texas 77002 |
| 355 So. Grand Avenue, 35th Floor | Tel: (713) 470-6100 |
| Los Angeles, CA 90071 | Fax: (713) 354-1301 |
| Tel: (213) 683-9100 | Email: steven.roberts@sutherland.com |
| Fax: (213) 683-5180 | rachel.clingman@sutherland.com |
| Email: brad.brian@mto.com | sean.jordan@sutherland.com |
| michael.doyen@mto.com | |
| lisa.demsky@mto.com | By: /s/ Kerry J. Miller |
| daniel.levin@mto.com | Kerry J. Miller |
| susan.nash@mto.com | FRILOT, LLC |
| | 110 Poydras St., Suite 3700 |
| | New Orleans, LA 70163 |
| By: /s/ Edwin G. Preis | Tel: (504) 599-8194 |
| Edwin G. Preis, Jr. | Fax: (504) 599-8154 |
| PREIS & ROY PLC | Email: kmiller@frilot.com |
| Versailles Blvd., Suite 400 | |
| Lafayette, LA 70501 | John M. Elsley |
| (337) 237-6062 | ROYSTON, RAYZOR, VICKERY & WILLIAMS |
| and | LLP |
| 601 Poydras Street, Suite 1700 | 711 Louisiana Street, Suite 500 |
| New Orleans, LA 70130 | Houston, TX 77002 |
| (504) 581-6062 | (713) 224-8380 |

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

    /s/ Kerry J. Miller
    Kerry J. Miller