UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | *   MDL NO. 2179 |
| | *   SECTION: J |
| | *   JUDGE BARBIER |
| Applies to: *All Cases* | *   MAG. JUDGE SHUSHAN |

## ORDER

Transocean has made a Motion for Leave to Add Document to its Phase One Exhibit List. Having considered the Motion submitted, the Court is of the opinion that its intervention in this case is necessary for good cause shown. Therefore, it is hereby:

1. **ORDERED, ADJUDGED, and DECREED** that Transocean's Motion is **GRANTED**, and Transocean may add the following exhibits to its Phase One Exhibit List:

| TREX-52690 | TRN-INV-01743410 | TRN-INV-01743410 | 5/13/2010 | Email from Bill Ambrose to Mark Bly regarding Transocean's Request to Interview BP Employees and Third Parties. |
|---|---|---|---|---|

2. **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all relief not expressly granted is denied.

Signed this _____ day of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN