**From:** Ambrose, Bill (Houston) [Bill.Ambrose@deepwater.com]
**Sent:** Thursday, May 13, 2010 10:29 PM
**To:** Bly, Mark R
**Cc:** Sparling, Steven C.
**Subject:** Transocean Request to Interview BP Employees and 3rd Party

Mark,

Following up with our document request last night, below is a list of BP and BP 3rd party personnel that we would like to interview as part of our internal investigation process:

**NAME   Company   Position**

Hafle, Mark E   BP   Drilling Eng.

Kaluza, Robert (Bob)   BP   Well Site Leader

Morel, Brian   BP   Drilling Eng.

Sims, David   BP

Vidrine, Donald   BP   Company Man

Albers, Shane   BP   Subsea Engineer

Credeur, Charles   Dril-Quip   SERVICE TECHNICIAN

Chaisson, Nathaniel   Halliburton   Cement Engineer

Cupit, Anthony   Halliburton   Serv.Supervisor

Lindner, Leo   MI SWACO   Mud Engineer

Keith, Joseph   Sperry Sun   Mudlogger

Willis, Cathleenia M   Sperry Sun   Mudlogger.

Once we have the protocols agreed, I look forward to expediently moving forward with this process.

Thanks,

Bill

**BILL AMBROSE**

TRANSOCEAN | 4 GREENWAY PLAZA, HOUSTON, TX 77046 | OFFICE 713.232.7622 | CELL 713.377.8860 |

Confidential Treatment Requested by Transocean Holdings LLC      TRN-HCJ-00093495

CONFIDENTIAL      TRN-INV-01743410

**TREX-52690**