UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Relates to:  *All Cases* | § § § § | MAG. JUDGE SHUSHAN |

### HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR LEAVE TO ADD EXHIBITS FOR GOOD CAUSE

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion For Leave to Add Exhibits for Good Cause and respectfully shows as follows:

1. During the examination of Mark Bly, TREX 47549 and TREX 47541 were admitted into evidence and Bly was questioned regarding their substance.  TREX 47549 and TREX 47541 ("the admitted Bly Exhibits") imply that HESI failed to respond to BP's requests for cooperation in the Bly investigation and further imply that HESI failed to respond to BP's requests.

2. During trial in this matter, Bly testified that HESI did not cooperate in the investigation and refused to provide rig samples of its cement blend for testing.

3. Based upon the admission of these exhibits and the accompanying testimony of Mark Bly, HESI seeks to admit TREX 63217 and TREX 63218.  TREX 63217 and 63218 provide further context for the admitted Bly Exhibits and specifically counter Bly's testimony.

4. The arguments and authorities in support of this requested relief are detailed in the accompanying Memorandum in Support, filed contemporaneously herewith.

## CONCLUSION

For these reasons, Defendant Halliburton Energy Services, Inc., respectfully requests that the Court grant it leave to add TREX 63217 and TREX 63218 to its exhibit list for good cause, and for such other and further relief to which the Court may deem it justly entitled.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s Motion for Leave to Add Exhibits for Good Cause has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 3rd day of March, 2013.

/s/  *Donald E. Godwin*
Donald E. Godwin