From: Lucari, James L
Sent: Tue Jun 22 21:23:09 2010
To: 'Kelley Green - Legal Litigation'
Cc: Corser, Kent; Brock, Tony
Subject: RE: BP DWH Incident Investigation Team - Follow-up Request to Halliburton
Importance: Normal

Kelley:  Any update on the below set of requests?  This information remains important to our investigation efforts and we would appreciate a response from Halliburton at your first opportunity.
*Best Regards,*

*James L. Lucari*

*Managing Attorney*
*BP America Inc.*
*+1 (630) 815-8973 (M)*

The preceding message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. §§2510-2521, is confidential and may be protected by attorney-client or other privilege. If you believe that it has been sent to you in error, please delete it and notify the sender. Thank you.

From:      Lucari, James L
Sent:      Wednesday, June 16, 2010 6:42 PM
To:        'Kelley Green - Legal Litigation'
Cc:        Corser, Kent (Kent.Corser@bp.com)
Subject:   BP DWH Incident Investigation Team - Follow-up Request to Halliburton
Importance:  High

Kelley:

As a follow-up to my request of June 10 and further to our discussion this morning, I am writing to refine and further focus our request for information from Halliburton relevant to the BP Incident Investigation Team's on-going investigation of the tragic Deepwater Horizon rig incident.

First, we acknowledge receipt of the Sperry Sun well depth series mud-logging data, but request that Halliburton also provide all time series mud logging data available for the period from February through April 20, 2010 for the Macondo well.

Second, as you acknowledged when we spoke this morning, we are still seeking information concerning the flow meter used by the Sperry Sun mud-loggers, including its location on the DWH rig.

Finally, while we acknowledge that we have received the Halliburton April 18 Opticem report, we are still missing the the lab testing report for the final lab test of the 9-7/8 x 7" production casing cement job that was begun on April 18, with test results concerning foam cement, cement, contamination, thickening time and compressive strength.  (This test is described as being in progress in an email from Jesse Gagliano to various parties at 8:58pm on April 18 and again in an email from Jesse Gagliano to Brian Morel at 9:26am on April 19.)  To the best of our knowledge, we have not received the final lab test results for this test.

CONFIDENTIAL

BP-HZN-BLY00196402

TREX-47541

As we discussed, I appreciate that we are all under a great deal of strain and have a number of competing priorities. Nonetheless, I am hopeful that you will be able to free up some time to make the relevant inquiries of your team and locate this information, which remains important to our understanding of events.

Please feel free to contact me if you have any questions.

*Best Regards*,

*James L. Lucari*

*Managing Attorney*
*BP America Inc.*
*+1 (630) 815-8973 (M)*

The preceding message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. §§2510-2521, is confidential and may be protected by attorney-client or other privilege. If you believe that it has been sent to you in error, please delete it and notify the sender. Thank you.

CONFIDENTIAL

BP-HZN-BLY00196403