# HALLIBURTON

2107 City West Blvd., Bldg. 2 • Houston, TX 77042-3051 • P.O. Box 42806 (77242)
Tel: 713/839-3848 • Fax: 713/839-4580 • Stephanie.Bragg@halliburton.com

**Stephanie Bragg**
Chief Litigation Counsel

August 18, 2010

**Via E-Mail and US Mail**

James L. Lucari, Esq.
Managing Attorney, BP Legal
BP America, Inc.
501 West Lake Park Blvd.
Houston, Texas 77079

> Re: Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services Between BP Exploration and Production, Inc. ("BP") and Halliburton Energy Services, Inc. ("HESI") BPM-09-0025 effective April 15, 2009 (the "Contract")

Dear Mr. Lucari:

This letter responds to yours of July 29, 2010, in which you again demand that HESI produce certain lab test results, maintain the security and integrity of "Macondo well cement program samples," and provide "equivalent products."

Initially, I understand certain mail misrouting issues within BP caused a delay in your receipt of my prior correspondence. As you request, I will direct this and future correspondence to you by e-mail to ensure your timely receipt.

With respect to BP's demands for data and information, HESI has, as I explained before, fully cooperated with BP's investigation. Nonetheless, in your July 29 letter, you indicate that BP may be missing certain lab test results for tests conducted from April 16-18, 2010 and, in particular, that BP does not have any HESI lab results dated April 18, 2010. Although BP should already possess all such test results (*e.g.*, Mr. Gagliano provided all April 16-18 laboratory test results to Mr. Morel and other BP personnel in the regular course of business and HESI separately provided those test results to BP on a CD on or about May 2, 2010), HESI will, consistent with the offer in my July 15 letter, provide BP with additional copies of the previously provided information. To avoid BP's mail misrouting issue, please advise at your convenience the address to which I should address that information.

D  1567529 v1-24010/0002 LETTER

**TREX-063218**

James L. Lucari, Esq.
Page 2
August 18, 2010

In your letter, BP also questions the preservation of "Macondo well cement program samples." As I explained in my July 15 letter, several court orders, the US Department of Justice, and numerous state attorneys general have all already advised HESI of its obligations to preserve evidence. Moreover, materials/samples from HESI's Deepwater Horizon job are also subject to subpoena issued by the US Department of Homeland Security and Department of the Interior, Joint Investigation Conducted by United States Coast Guard and Bureau of Ocean Energy Management, Regulation, and Enforcement. Accordingly, independent of – and prior to – your latest demand, HESI has taken steps to maintain the security and integrity of the "Macondo well cement program samples" referenced in your letter. HESI will continue to act in a manner consistent with its obligation to preserve evidence associated with the BP Deepwater Horizon oil spill.

Finally, in respect to BP's demand that HESI immediately provide BP "equivalent products," and as I mentioned in my July 15 letter, HESI is not aware of any Contract provision addressing the production of "equivalent products." Apparently recognizing that fact, your July 29 letter does not identify any such Contract provision. If BP takes the position that HESI is obligated under the Contract to provide "equivalent products," I welcome your direction to the applicable provision(s) of the Contract and will gladly revisit the issue. Alternatively, in my July 15 letter I offered to advise BP of the type of cement and additives that were used. I stand by that offer should BP require HESI's guidance to facilitate the "important simulation tests" referenced in your correspondence.

HESI has cooperated with BP's investigation to date and has provided the information and data requested. HESI remains committed to continuing its cooperation, consistent, of course, with its obligations under the Contract and various evidence preservation orders and requests.

Very truly yours,

Stephanie Bragg
Chief Litigation Counsel
Halliburton Energy Services, Inc.