# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Relates to:  *All Cases* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR LEAVE TO ADD EXHIBITS FOR GOOD CAUSE

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Motion For Leave to Add Exhibits for Good Cause.  The Court, after reviewing the Motion, finds that good cause has been shown, and that Defendant's Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant is permitted to add the following exhibits to its Phase One Exhibit List:

| TREX 63217 | July 15, 2010 | Correspondence from Stephanie Bragg to James Lucari dated July 15, 2010 responding to Lucari's requests for certain information relative to post-incident investigation. |
|---|---|---|
| TREX 63218 | August 18, 2010 | Correspondence from Stephanie Bragg to James Lucari dated August 18, 2010 responding to BP's demand for lab test results and well cement program samples. |

SIGNED on the \_\_\_\_ day of _____, 2013.

                                                _____
                                                JUDGE PRESIDING