# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document applies to: ALL CASES | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## TRANSOCEAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO ADD DOCUMENT TO PHASE ONE TRIAL EXHIBIT LIST [REC. DOC. 8711]

Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, oppose Plaintiffs' Motion for Leave to Add Document to Phase One Trial Exhibit List [Rec. Doc. 8711].

Plaintiffs contend that Transocean "opened the door" to the admission into evidence of an **October 12, 2011** letter from the United States Department of Interior, Bureau of Safety and Environmental Enforcement ("BSEE")[1] during Transocean's opening statement when Transocean's counsel said:

> This crew didn't just meet industry standard. This rig, Your Honor, was what the industry standard should be. **As of April 20, 2010**, that was the view of BP, the MMS, the Coast Guard.[2]

In Plaintiffs' view, this statement broadly raised the issue of the MMS's view of the *Deepwater Horizon*. Plaintiffs are wrong. Transocean's counsel's statement was limited in time to "**[a]s of April 20, 2010.**" The letter at issue, however, contains BSEE's views as of **October 12, 2011**,

---

[1] *See* Exhibit A to Plaintiffs' Motion for Leave to Add Document to Phase One Trial Exhibit List [Rec. Doc. 8711] (emphasis added).

[2] Trial Tr. 2/25/2013, at 119:8-13.

and expressly states that the findings in the letter are based on the **September 14, 2011** report issued by the Joint Investigation Team ("JIT") (which is based on the JIT's post-incident investigation of the April 20, 2010 blowout and explosion).  Nothing in Transocean's statement "opens the door" to the MMS's (now the BSEE) post-incident findings or conclusions regarding Transocean or the *Deepwater Horizon.*

Moreover, the letter at issue is inadmissible evidence.  The Court previously held that the JIT Report, including findings of facts and opinions, and citations and references or citations to the report are inadmissible under Title 46 U.S.C. § 6308(a).[3]  As support for each of the regulatory violations noticed in the October 12, 2011 letter, BSEE exclusively cites findings contained in Volumes I and II of the JIT Report.[4]

Simply put, Transocean did not raise the issue of the MMS's post-incident view of the *Deepwater Horizon* during opening argument and there is no basis for allowing Plaintiffs to add the BSEE letter to its Phase One Trial Exhibit List.

## CONCLUSION

For the foregoing reasons, this Court should deny Plaintiffs' Motion to Add Document to Phase One Trial Exhibit List.

Dated: March 4, 2013                                   Respectfully submitted,


By:  /s/ Brad D. Brian                      By: /s/ Steven L. Roberts
Brad D. Brian                               Steven L. Roberts
Michael R. Doyen                            Rachel Giesber Clingman
Daniel B. Levin                             Sean Jordan
Susan E. Nash                               SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                    1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor            Houston, Texas 77002

---

[3] *See* Rec. Doc. 5448.

[4] *See* Exhibit A to Plaintiffs' Motion.

Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
      michael.doyen@mto.com
      daniel.levin@mto.com
      susan.nash@mto.com

Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
      rachel.clingman@sutherland.com
      sean.jordan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

By: /s/ Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062

*and*

601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By: /s/ John M. Elsley
John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc.,
Transocean Holdings LLC,  and Triton Asset Leasing GmbH*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 4, 2013, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                          /s/ Kerry J. Miller