UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion to Authorize Riser Examination]**

The Court having considered Transocean's Agreed Motion to Authorize Riser Examination, and good cause appearing for same,

IT IS HEREBY ORDERED that the motion is hereby granted as follows:

The parties are permitted to examine and conduct necessary testing of the spare section of riser from the *Deepwater Horizon*, which is presently stored in Amelia, Louisiana.

The riser examination and testing will be conducted at an agreed date and time and on mutually agreed terms.

All parties may attend the examination.

Each party shall bear all costs of its attendance, examination, and testing.

New Orleans, Louisiana, this 4th day of March, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge