1              UNITED STATES DISTRICT COURT

2            THE EASTERN DISTRICT OF LOUISIANA

3                    AT NEW ORLEANS

4

5   IN RE:  OIL SPILL BY THE OIL RIG      *   10-MD-2179 "J"
              *DEEPWATER HORIZON* IN THE   *
6            GULF OF MEXICO ON             *
             APRIL 20, 2010                *   March 1, 2013
7                                          *
                                           *
8   Applies to:   All Cases               *   9:30 a.m.
    *******************************************

9

10

11              DISCOVERY STATUS CONFERENCE

12         BEFORE THE HONORABLE SALLY SHUSHAN

13            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RMR, FCRR
     Official Court Reporter
21   HB 406
     500 Poydras Street
22   New Orleans, Louisiana 70130
     susan_zielie@laed.uscourts.gov
23   504.589.7781

24

25   Proceedings Recorded by Computer-aided Stenography Transcription
     Software.

```
 1   APPEARANCES:

 2   For Plaintiffs              BREIT DRESCHER IMPREVENTO
     Liaison Counsel               & WALKER
 3                               BY:  JEFFREY A. BREIT, ESQ.
                                 1000 Dominion Tower
 4                               999 Waterside Drive
                                 Lafayette LA 70502
 5
     For the Plaintiffs:         IRPINO LAW FIRM
 6                               BY:  ANTHONY IRPINO, ESQ.
                                 One Canal Place
 7                               365 Canal Street
                                 Suite 2990
 8                               New Orleans LA 70130

 9   For the Plaintiffs:         LEVIN PAPANTONIO THOMAS MITCHELL
                                     RAFFERTY & PROCTOR
10                               BY:  BRIAN H. BARR, ESQ.
                                 316 South Baylen Street
11                               Suite 600
                                 Pensacola FL 32502
12
     For the Federal            US DEPARTMENT OF JUSTICE
13   Government Interests:       BY: R. MICHAEL UNDERHILL, ESQ.
                                     NAT CHAKERES, ESQ.
14                               450 Golden Gate Avenue
                                 Room 7-5395
15                               San Francisco CA 94102

16   For the United States       ENVIRONMENTAL ENFORCEMENT SCT.
     Of America:                 US DEPARTMENT OF JUSTICE
17                               BY:  STEVEN O'ROURKE, ESQ.
                                 PO Box 7611
18                               Washington DC 20044

19   For the State Interests:    ATTORNEY GENERAL OF ALABAMA
                                 BY:  COREY L. MAZE, ESQ.
20                               500 Dexter Avenue
                                 Montgomery Al 36130
21
                                 ATTORNEY GENERAL OF ALABAMA
22                               BY:  WINFIELD SINCLAIR, ESQ.
                                 501 Washington Avenue
23                               Montgomery, AL 36130

24

25
```

:56:11 22

```
 1    APPEARANCES:

 2    For the State of              KANNER & WHITELEY, LLC
      Louisiana:                    BY:  DOUGLAS R. KRAUS, ESQ.
 3                                  701 Camp Street
                                    New Orleans LA 70130
 4
      For the Defendant:            LISKOW & LEWIS, APLC
 5                                  BY:  DON K. HAYCRAFT, ESQ.
                                    701 Poydras Street
 6                                  Suite 5000
                                    New Orleans LA 70139
 7
      For the Defendant:            KIRKLAND & ELLIS, LLP
 8                                  BY:  J. ANDREW LANGAN, ESQ.
                                         RYAN BABIUCH, ESQ.
 9                                       MARK NOMILLINI, ESQ.
                                    300 N. Lasalle
10                                  Chicago, IL 60654

11    For the Defendant:            KIRKLAND & ELLIS, LLP
                                    BY:  ROBERT R. GASAWAY, ESQ.
12                                  655 Fifteenth Street NW
                                    Washington DC 20005
13
      For the Defendant:            SUTHERLAND ASBILL & BRENNAN, LLP
14                                  BY:  STEVE ROBERTS, ESQ.
                                         DAVID BAAY, ESQ.
15                                       CARTER WILLIAMS, ESQ.
                                    1001 Fannin Street
16                                  Suite 3700
                                    Houston TX 77002
17
      For the Defendant:            MUNGER TOLLES & OLSON
18                                  BY:  GRANT A. DAVIS-DENNY, ESQ.
                                    355 South Grand Avenue
19                                  35th Floor
                                    Los Angeles CA 90071
20
      For the Defendant:            BECK REDDEN & SECREST
21                                  BY:  TOM GARUCLEAU, ESQ.
                                    One Houston Center
22                                  1221 McKinney Street
                                    Suite 4500
23                                  Houston TX 77010-2010

24

25
```

```
 1    APPEARANCES:

 2    For the Defendant:              STONE PIGMAN WALTHER
                                        & WITTMAN, LLC
 3                                   BY:  CARMELITE M. BERTAUT, ESQ.
                                     546 Carondelet Street
 4                                   New Orleans LA 70130

 5    For the Defendant:              GODWIN RONQUILLO, PC
                                     BY:  DONALD E. GODWIN, ESQ.
 6                                         JENNY L. MARTINEZ, ESQ.
                                           LAUREN MITCHELL, ESQ.
 7                                         ERIKA TOLEDO, ESQ.
                                     1201 Elm Street
 8                                   Suite 1700
                                     Dallas TX 75270
 9
      For the Defendant:              GODWIN RONQUILLO, PC
10                                   BY:  R. ALAN YORK, ESQ.
                                           GWEN E. RICHARD, ESQ.
11                                   1331 Lamar
                                     Suite 1665
12                                   Houston TX 770101

13    For the Defendant:              KUCHLER POLK SCHELL WEINER
                                        & RICHARDSON, LLC
14                                   BY: SARAH IIAMS, ESQ.
                                     1615 Poydras Street
15                                   Suite 1300
                                     New Orleans LA 70112.
16
      For the Defendant:              BINGHAM MCCUTCHEN, LLP
17                                   BY:  WARREN A. FITCH, ESQ.
                                     2020 K Street NW
18                                   Washington DC 20006

19    For the Defendant:              GOLDMAN ISMAIL TOMASELLI BRENNAN
                                        & BAUM, LLP
20                                   SEAN BRENNAN, ESQ.
                                     2828 North Harwood
21                                   Suite 1730
                                     Dallas TX 75201
22
      For the Defendant:              MORGAN LEWIS
23                                   BY:  STEVE LUXTON, ESQ.
                                     1111 Pennsylvania Avenue NW
24                                   Washington DC 20004-2541

25
```

1

2   **APPEARING TELEPHONICALLY:**        SARAH HIMMELHOCH, USDOJ
                                          ABBEY ANDRE, USDOJ
3                                         MIKE PETRINO, BP

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AGENDA**

**MICHOUD**

| | | Page |
|---|---|---|
| | MICHOUD | 8 |
| | | |
| | PHASE ONE ISSUES | |
| | | |
| | EXHIBITS | |
| | | |
| 1. | Marshalling Conference | 10 |
| | | |
| 2. | Phase One Exhibits | |
| | A.  Unlisted Deposition Bundle Exhibits | 32 |
| | B.  Cured Exhibits | 33 |
| | | |
| 3. | FTP Site | 33 |
| | A.  Expert Reports | 54 |
| | B.  Fact Deposition Bundles | 55 |
| | C.  Exhibits and Demonstratives | 25 |
| | D.  Trial Transcripts | 34 |
| | E.  Video Excerpts | |
| | | |
| 4. | Objections to Exhibits | 14 |
| | A.  Exhibits Used With Live Fact Witnesses | 20 |
| | B.  Reliance Exhibits | 40 |
| | C.  Exhibis Other Than Reliance | 14 |
| |     Exhibits Used With Expert Witnesses | |
| | D.  Objections to Expert Reports | |
| | | |
| | DEMONSTRATIVES | |
| | | |
| | A.  Source Material | 33 |
| | B. Callouts | 26 |
| | | |
| | WITNESSES | |
| | | |
| 1. | Gregory Meche | 46 |
| 2. | Richard Coronado | 46 |
| 3. | Donald Vidrine | 47 |
| | | |
| | OTHER PHASE ONE ISSUES | |
| | | |
| 1. | Overflow Courtroom | 47 |
| 2. | Upcoming Phase One Pre-Trial | |
| |   Date Through March 1, 2013 | |

**PHASE TWO PREPARATION**

                                                          <u>Page</u>

1.  Good Faith Phase Two Trial
       Exhibit List (Rec. Doc. 7888)

       A.  First Installment                                50
       B.  Second Installment                               50

2.  Designees for the BP 30(b)(6)                           50
       Depositions

3.  Oceaneering                                             51

4.  Revision of Phase Two Timeline                          52

5.  Two Page Summaries                                      47

6.  Order Regarding Expert
       Witness Evidence Issues

7.  Orders from Phase One Should
       Be Applicable to Phase Two


              **MATTERS NOT RELATED TO PHASE ONE OR PHASE TWO**

```
:27:59   1            NEW ORLEANS, LOUISIANA; FRIDAY, MARCH 1, 2013

:28:15   2                           9:30 A.M.

:30:41   3        THE COURT:  End of week one.  How we doing?

:30:51   4        MR. BRIET:  I'm tired.

:30:52   5        THE COURT:  Nobody wants to comment on my badge?

:30:56   6        MR. LANGAN:  I like it.

:30:57   7            I was pleased to get my own backstage pass.

:31:00   8        THE COURT:  Exactly.  I am 0-80.  So that's good.

:31:03   9            Phone participants, can you hear me?

:31:06  10        MS. HIMMELHOCH:  Yes, Your Honor.

:31:11  11        MR. O'KEEFE:  Should we get a badge for Sarah so she

:31:14  12   can have one up in Washington?

:31:16  13        THE COURT:  Sarah, do you want me to send you a badge?

:31:22  14        MS. HIMMELHOCH:  I've got one my own.  It's a DOJ

:31:26  15   credential.

:31:27  16        THE COURT:  You're right, we've excluded the DOJ from

:31:33  17   our honor system.  But we might give you an honorary one.  We

:31:37  18   might give you 0-79.

:31:40  19            Okay.  Let's roll.

:31:46  20            Let's talk about Michoud.

:31:48  21            Underhill, Michoud, is that how you pronounce it?

:31:53  22        MR. UNDERHILL:  Michoud.

:31:55  23        THE COURT:  Captain Engelbert is working on the list of

:31:59  24   items that will go into the freezer.  She's not finished with

:32:01  25   that yet.
```

:32:03  1          The US was scheduled to take measurements

:32:08  2   yesterday with BP and Halliburton in attendance.

:32:12  3          Did that go forward as scheduled?

:32:13  4          Thank you, Rob.

:32:14  5          Are there any other issues remaining with regard

:32:19  6   to mold impressions and choice?

:32:25  7          MR. O'ROURKE:  Yes.

:32:25  8          This is Steve O'Rourke.

:32:28  9          There it is.  Sorry.  You tricked me.

:32:35  10         It's been a long week.

:32:36  11     THE COURT:  It has been a long week, I agree with you.

:32:39  12     MR. O'ROURKE:  This is Steve O'Rourke for the United

:32:42  13   States.

:32:42  14         We still need to inspect the molds.  I think we

:32:45  15   have got an email from Rob earlier this week saying that they

:32:49  16   had produced the data on the molds.  But the molds themselves --

:32:53  17         Do you know where they are?

:32:56  18     MR. GASAWAY:  They are in Minnesota.

:32:57  19     THE COURT:  And there's a recent snow storm.

:33:01  20     MR. O'ROURKE:  So you we haven't quite finished that

:33:03  21   process.  We're going to find our experts and see if they're

:33:06  22   available to go to Minnesota and what have you.

:33:10  23         But it's going along.

:33:11  24     THE COURT:  And whether any air traffic is landing in

:33:14  25   Minnesota or other.

:33:17  1          MR. O'ROURKE:  Exactly.

:33:17  2          THE COURT:  Thank you.

:33:18  3              Rob?

:33:19  4          MR. GASAWAY:  Morning, Your Honor.

:33:20  5          THE COURT:  Good morning.

:33:22  6          MR. GASAWAY:  Rob Gasaway for BP.

:33:24  7              I just wanted to mention that we're probably going

:33:28  8  to be going back to Michoud to do some more measurements.  We're

:33:33  9  scheduling that with Captain Engelbert.  And any of the parties

:33:37  10  that want to go along for that ride should get in that loop and

:33:42  11  talk to Captain Engelbert.  We're hoping do that Wednesday.

:33:45  12          THE COURT:  This coming Wednesday?

:33:47  13          MR. GASAWAY:  This coming Wednesday.

:33:47  14          THE COURT:  The day selected is?

:33:47  15          MR. GASAWAY:  I think they're working with Captain

:33:52  16  Engelbert on which particular day.

:33:52  17          THE COURT:  Does anyone want any further details?  Or,

:33:55  18  if you want to go, just let Captain Engelbert know you want to

:33:58  19  be on the list.

:33:59  20          MR. GASAWAY:  And David Grassmick also will be our

:34:03  21  liaison, as usual.  So let him know.

:34:04  22          THE COURT:  All right.  Here we go.

:34:07  23              Marshalling conference.  Okay.

:34:15  24              It seems to Mike and me that, next Thursday, the

:34:19  25  7th, we will want to cover yesterday, Monday the 4th, Tuesday

:34:28  1    the 5th, and Wednesday the 6th.

:34:34  2                    Now, do you all just want to cover three days,

:34:41  3    that is, Thursday, Monday and Tuesday, so that you will have

:34:47  4    time on Wednesday to get your lists in order and marshal them on

:34:55  5    Thursday?  Or do you want to try to bring Wednesday the 6th into

:35:02  6    the marshalling?

:35:03  7                    And let's hear from Mr. Nomillini first.  Who beat

:35:06  8    you to standing, but I'm not sure.

:35:11  9                    MR. NOMILLINI:  Let me suggest this, Your Honor.  Why

:35:22  10   don't we start off by going through to Tuesday.

:35:25  11                   And then, once we master that, then we can get

:35:30  12   more ambitious, try a higher degree of difficulty.

:35:34  13                   And the other thing I would say, what we're going

:35:36  14   to try to do is establish a nightly call with Chad, somebody

:35:42  15   from the PSC and from inData, whoever else wants to join, just

:35:46  16   to figure out if we're all on the same page each night.  And I

:35:50  17   think that will help us going forward.

:35:52  18                   THE COURT:  Perfect.

:35:52  19                   So, next week, next Thursday, we will be

:35:55  20   marshalling Thursday, the 28th; Monday, March 4; and Tuesday,

:35:59  21   March 5.

:36:00  22                   Mr. Breit?

:36:01  23                   MR. BREIT:  I have a different idea.

:36:05  24                   THE COURT:  Does that surprise us?

:36:07  25                   Carter, are you surprised?

:36:10  1          MR. BREIT:  May I have something to stand on so she can

:36:13  2  see me?

:36:14  3          THE COURT:  Pull the mike down.

:36:17  4          MR. BREIT:  Judge, Jeffery Breit from the PSC.

:36:22  5          During the course of this past week, I've had the

:36:26  6  pleasure to watch the incomparable Regina, who has done this in

:36:31  7  this courthouse for every major litigation over the last decade.

:36:39  8  She has a list that was very much on point.

:36:41  9          THE COURT:  She and I spoke about that yesterday

:36:43  10  evening.

:36:44  11          MR. BREIT:  And my recommendation is, that, on Monday

:36:46  12  evening, the end of Monday, Regina, PSC-USA-state list will be

:36:56  13  sent around.  Mark will have his list.

:36:59  14          By Tuesday, we'll all be straight on what happened

:37:02  15  on Monday.

:37:03  16          Tuesday evening, we're going to send out what

:37:06  17  we've got straight from the day.

:37:07  18          Wednesday evening we'll send out what we've got.

:37:11  19          We'll get Monday, Tuesday, Wednesday out to

:37:15  20  everybody.  Mark will be able to compare.

:37:17  21          Then, Thursday, during the lunch break, we'll meet

:37:20  22  without you, go over what we've got.

:37:22  23          By the time we get to the marshalling conference,

:37:24  24  we should be 99.9 percent straight.

:37:27  25          She had no errors on her sheet yesterday when Mark

```
:37:31   1    was reading.
:37:31   2              THE COURT:  Not surprising.
:37:34   3              MR. BRIET:  So I know we're capable of doing it.  Just
:37:37   4    a matter of us sending it out on Monday.
:37:37   5              THE COURT:  I know that you are as well, and I know
:37:40   6    that Mark Nomillini is as well, because he had a pretty accurate
:37:47   7    list yesterday.
:37:48   8                   However, I want to get inData into the loop.
:37:52   9              MR. BRIET:  So I intend to send ours to inData as well.
:37:55  10              THE COURT:  So, next week, Jeff, we'll go three days
:37:57  11    and go for the higher degree of difficulty -- which, by the way,
:38:03  12    cracked me up -- the week after.
:38:05  13                   But let's do our three-day marshalling next week
:38:08  14    and make sure that we've got it straight.
:38:10  15                   Once we have it straight, we should be able to do
:38:12  16    four days a week and roll right through.
:38:15  17              MR. BREIT:  And we'll submit yesterday's as well.
:38:17  18              THE COURT:  That's right.
:38:19  19                   And, so, I know I have 100 percent accuracy here.
:38:23  20    I've got 99.9 percent accuracy there.  And so let's see how it
:38:30  21    works this week, and we should be ready to roll.
:38:33  22                   Now, let's talk about some other things that
:38:35  23    occurred to Mike and me since last night.
:38:40  24                   First of all, should our marshalling conference
:38:45  25    conclude with a witness conclusion?  In other words, not marshal
```

:38:53  1    an open witness.

:38:54  2                    Because what we have done is we have gone to

:38:57  3    giving Stephanie and each other exhibits that were introduced

:39:03  4    per witness.  And I don't think we should stop mid-witness,

:39:08  5    because that's going to screw up the system.

:39:11  6                    MR. LANGAN:  We agree.

:39:12  7                    MR. BREIT:  We agree.

:39:13  8                    THE COURT:  Okay.  So, through Tuesday, next week, if

:39:16  9    you all are mid-witness, we are going to stop marshalling at the

:39:21  10   completed witness that day.  And hold the next one over until

:39:25  11   the next marshalling conference.  Okay?

:39:29  12                    So, when you all compile your lists of exhibits

:39:44  13   per witness, do you want to send them to everybody to review?

:39:50  14                    And I think the answer is yes.

:39:53  15                    And it occurs to us that the DSC 2179 distribution

:40:00  16   list does not include inData.  So, it seems to me that, when you

:40:07  17   send your lists per party, you need to have a special

:40:13  18   distribution list that includes inData.  Not in the DSC 2179,

:40:21  19   but just that they are a regular cc recipient, so that they are

:40:26  20   getting all of the same lists that you're providing to each

:40:28  21   other.

:40:29  22                    Any problem with that?  Okay.

:40:38  23                    Since Judge Barbier is taking objections up as an

:40:46  24   exhibit is being used, if he sustains the objection, it should

:40:54  25   not be on the list that we circulate to each other and to

| | |
|---|---|
| :41:00 | 1 |

```
 1    inData.
 2            If he admits it subject to objection, or he admits
 3    it -- Andy doesn't like this -- then it should be on the list
 4    that we send to inData.
 5            Andy?
 6    MR. LANGAN:  Your Honor, I guess my thought was, if the
 7    goal here is to come up with a list of the state of the
 8    evidence, on an exhibit that's been offered and refused, based
 9    on an objection the judge has sustained, that ought to be noted.
10    THE COURT:  Maybe we can put that at the end of the
11    list.
12            So those that are admitted or admitted subject to
13    objection are on our running list; and, at the end of each day
14    or each witness, we can list those exhibits that were offered
15    and objections sustained.
16    MR. LANGAN:  It seems to me they ought to be noted
17    somehow, at the end or whatever.  But we ought to keep track of
18    that.
19    THE COURT:  Mark, what do you think of that?
20    MR. NOMILLINI:  I think that makes sense, at the end of
21    the list.
22            The other thing is, there were a lot of exhibits
23    yesterday where something was used and never offered.
24            Hopefully, that's going to be reduced as people
25    get better offering them.
```

The timestamps in the left margin are:
:41:00 (1), :41:02 (2), :41:07 (3), :41:13 (4), :41:16 (5), :41:17 (6), :41:21 (7), :41:27 (8), :41:32 (9), :41:36 (10), :41:38 (11), :41:39 (12), :41:42 (13), :41:48 (14), :41:54 (15), :42:03 (16), :42:05 (17), :42:08 (18), :42:08 (19), :42:11 (20), :42:13 (21), :42:14 (22), :42:17 (23), :42:20 (24), :42:23 (25)

```
:42:24   1          THE COURT:  Not only better offering them; but,
:42:27   2   remember, if they're on the list at the end of that witness and
:42:30   3   if they haven't been objected to during the use of the exhibit,
:42:34   4   they're going to automatically be admitted.
:42:39   5          MR. NOMILLINI:  Well, if that's true, if something's
:42:42   6   that's used is automatically going to be admitted, then --
:42:46   7   unless objected to -- then Judge Barbier's practice of requiring
:42:51   8   people to provide a list would seem to be unnecessary.
:42:57   9          MR. UNDERHILL:  No.
:42:57  10          THE COURT:  He's not going to ask you to offer and
:43:00  11   introduce everything you use.  And that's the difference.
:43:02  12   That's why the list exists.
:43:06  13              But, if somebody stands and objects to Exhibit 1,
:43:10  14   he is probably going to either overrule the objection or sustain
:43:15  15   the objection.  And so we will be able to log that as in or out.
:43:21  16   Okay?
:43:22  17          MR. NOMILLINI:  Okay.  So let's say somebody uses
:43:27  18   D-1000 or TREX 1000 during cross examination --
:43:32  19          THE COURT:  And it shows up on their list after the
:43:34  20   witness is examined.
:43:37  21          MR. NOMILLINI:  And it shows up on their list.  Okay.
:43:40  22   That's the key thing.
:43:41  23          THE COURT:  That's the key.
:43:42  24          MR. NOMILLINI:  So here's the problem we had.
:43:43  25              We had exhibits that were being used, but had not
```

```
:43:47   1    showed up on anybody's list.
:43:48   2           THE COURT:  If it doesn't show up on your list that is
:43:52   3    tendered following the completion of the witness, I don't
:43:56   4    believe it comes in.
:44:01   5           MR. LANGAN:  The only thing I wanted to add is I think
:44:03   6    -- and this is the conversation Mr. Cunningham and I had with
:44:06   7    Your Honor last night -- I thought the Judge's deputy clerk said
:44:09   8    that the judge would like -- when the list is tendered, for the
:44:13   9    examining party tendering the list say:  I just finished my
:44:15   10   examination of Mr. Jones yesterday, we hereby offer into
:44:19   11   evidence the exhibits on the list that I used with him.  On the
:44:22   12   record.
:44:25   13          MR. BREIT:  With the proviso --
:44:26   14          THE COURT:  I think that's right.
:44:28   15          MR. BREIT:  With the proviso that some of them needed
:44:32   16   to be edited.
:44:32   17               Like, if we're at the end of a cross examination
:44:34   18   or a direct examination:  I'm finished, I may have just used
:44:38   19   four exhibits that I didn't intend to use or I deleted four that
:44:42   20   I thought I was going to use.
:44:45   21          THE COURT:  You will tender that list until you have
:44:46   22   edited it to conform with what you actually did.
:44:49   23          MR. BREIT:  We agree that whatever put on the list is
:44:52   24   the list of exhibits.
:44:53   25               If you leave it off, it's at your own danger.
```

:44:56  1      THE COURT:  That is correct.

:44:57  2      MR. BREIT:  Now here's my other problem with what was

:45:01  3  suggested.

:45:01  4          As of last night, we now have 1,900 plus exhibits

:45:08  5  that have been tendered to the court from the plaintiffs U.S.

:45:11  6  Government and the states with our bundles.

:45:13  7          A lot of those exhibits the defendants might say

:45:17  8  have some foundational issues as a result of not having the full

:45:23  9  group of questions asked for purposes of admissibility of those

:45:27  10  exhibits.

:45:29  11          There are going to be a number of exhibits that

:45:31  12  are going to happen during testimony that will be offered and

:45:36  13  identified subject to another witness's testimony which is in

:45:40  14  the record last night which makes it admissible.  And so there

:45:46  15  will be times where we're going to need to mark, identify that

:45:49  16  exhibit, there will be an objection.  We will note that TREX 37

:45:55  17  was objected to by a party for whatever reason, we mark those

:45:58  18  objections.  And it will be a continuing list.

:46:01  19          Because we will then want to argue at some point

:46:03  20  in time, as will they:  Well, this exhibit comes in because of

:46:07  21  the combination of Witness A, B and C gives you the full

:46:11  22  foundation for purposes of admissible exhibits.

:46:14  23          And, therefore, I think we need to keep them on

:46:16  24  that list, I think we need to mark them.  We have a column that

:46:20  25  we're going to put on the list that we send out every night that

```
:46:22   1    says:  TREX 37 was objected to, BP, Cameron, whoever.
:46:26   2              THE COURT:  Well, but it was admitted subject to
:46:29   3    objection.
:46:29   4              MR. BREIT:  Or not admitted subject to later
:46:34   5    foundation.
:46:34   6                  So it will be a notation on there so that we can
:46:38   7    keep track of the history.  Which I think is going to become
:46:41   8    important to all of us.
:46:43   9              THE COURT:  But I want to make sure that you all agree
:46:46   10   to the same notation; so that, when we provide this information
:46:49   11   to inData, they will know that it's a uniform system and that
:46:54   12   everybody is using it.  So if Mark Nomillini marks it as BP
:47:01   13   objection, no foundation --
:47:03   14                 What did you suggest it would be noted as?
:47:07   15             MR. BREIT:  No foundation.
:47:09   16                 And what we'll have -- and this is why the purpose
:47:11   17   of the evening sending out the list, Mark will say:  Hey,
:47:15   18   Jeffrey, we've got that as something else.  We've got the
:47:18   19   running transcript.  So what we did was pull up the transcript
:47:22   20   and say:  Look, somebody said this, somebody said this.
:47:25   21   Somebody chimed in and said:  We object as well.  So everybody
:47:29   22   will have the record protected.  We'll know by checking our own
:47:34   23   notes compared to the daily transcript this was what the said,
:47:36   24   and we have a column for it in Regina's sheet.
:47:39   25             THE COURT:  Regina, why don't you give us the list of
```

:47:45  1   options that the parties will have:  Admitted, objection

:47:50  2   sustained, which not admitted; admitted subject to objection;

:47:57  3   and I don't know what Jeff is talking about.

:48:06  4              MR. WILLIAMS:  Your Honor, Carter Williams, Transocean.

:48:09  5              Just wanted to clarify, we've all filed objections

:48:11  6   to exhibit lists.  There's not a lot of time in the way this

:48:15  7   trial is going to stand up and raise those.

:48:19  8              Should we make a similar notation with exhibits

:48:22  9   we've objected to previously?

:48:25  10             MR. BREIT:  No.  Definitely not.

:48:28  11             MR. O'ROURKE:  You've got to object when it's being

:48:30  12  used.

:48:30  13             MR. BREIT:  Particularly with the ones that have been

:48:33  14  waived.

:48:33  15             THE COURT:  In the presentation of live evidence, Judge

:48:36  16  Barbier doesn't want to have back at the conclusion and try to

:48:39  17  reconstruct whether this exhibit has written objections.  I

:48:44  18  mean, he's not going to be able to handle that.

:48:47  19             If you've got a real objection that you want to

:48:50  20  lodge, it's got to be done when it's being used.

:48:55  21             MR. WILLIAMS:  Very well, thanks.

:48:58  22             MR. NOMILLINI:  Your Honor, one last category.

:49:00  23             And this isn't supposed to happen but I can see it

:49:03  24  happening.  And that is people forgetting to offer their lists.

:49:06  25  Okay?  Forgetting to offer their lists of what was used.

:49:09  1        THE COURT:  I'm going to talk to Stephanie, because no

:49:11  2  one need forget.

:49:12  3        MR. NOMILLINI:  Right.

:49:14  4        And that's the source of a lot of discrepancy.

:49:17  5        And I think the rule is, if somebody forgets to

:49:20  6  offer their list, it's not going to be part of the marshalling

:49:23  7  conference and we're not going to use the marshalling conference

:49:26  8  to start offer a bunch of new lists that should have been

:49:29  9  offered during the week.

:49:30  10        THE COURT:  Do not have the time to do that.

:49:30  11        MR. O'ROURKE:  Other than saying -- the record's open.

:49:34  12  It will be a matter of me saying:  We finished the examination

:49:36  13  of Mr. Smith on Tuesday, we tender the list, we offer the list.

:49:42  14        THE COURT:  I want it done during trial.

:49:45  15        If you didn't do it, then we can have a clean-up.

:49:50  16  But I want everybody to be able to have looked at each exhibit

:49:56  17  list and make sure that they agree, Steve, with what you've got

:50:00  18  down before we marshal it.  I mean, that's the whole point of

:50:05  19  the marshalling exhibits.  Otherwise, I'll just take everybody's

:50:09  20  lists and that will be that.  Okay?

:50:11  21        MR. UNDERHILL:  Can I be a peace-maker for a change?

:50:14  22        THE COURT:  I don't think there's any war going on.

:50:17  23        MR. UNDERHILL:  Good.

:50:18  24        All I was going to suggest is that we're all under

:50:21  25  stress and strain --

:50:22   1          THE COURT:  Really?

:50:24   2          MR. UNDERHILL:  -- and under time pressure.

:50:26   3               Other than me.  I had a good Italian meal, way

:50:29   4   more glasses of wine than I should, a good night's sleep.  I'm

:50:29   5   in good shape.

:50:34   6               By the way, if Joe Segretti's listening, 1179,

:50:39   7   fine Italian food.  And he's a friend of Tony Bennett's and you

:50:41   8   get to hear good music in the background.

:50:41   9          THE COURT:  That's true.

:50:41  10               And, if you go in, on any given night, you will

:50:43  11   meet a man by the name of Wright, as in Jim Roy's partner.

:50:53  12          MR. UNDERHILL:  I met him there.  But you've got to go

:50:54  13   there before they open up.

:50:55  14          THE COURT:  He's there almost any time you walk into

:51:00  15   1179.  So everybody who goes there, look around for Bob Wright

:51:03  16   and introduce yourself.

:51:05  17          MR. UNDERHILL:  Actually, I met him the first time at

:51:07  18   the front part of the establishment.  That's where I met Jim's

:51:11  19   partner.

:51:11  20          THE COURT:  That would be the bar?

:51:12  21          MR. UNDERHILL:  That would be the bar.

:51:14  22               As opposed to the bar that we practice.

:51:17  23               All I'm going to ask Your Honor is, instead -- as

:51:20  24   Mr. Nomillini appears to suggest -- we have a firm rule -- that

:51:25  25   is, we've got a lot of rules in this case -- is that we try to

:51:28   1   be practical and reasonable with each other and the Court.

:51:30   2   There will be some times when we can get a witness list in

:51:33   3   pretty darn fast after.  There's some times -- could be somebody

:51:37   4   drops the ball, forgets -- that we be practical and reasonable

:51:41   5   and try to, you know, work with the Court.  So that, if somebody

:51:45   6   really screws up and forgets something on a Wednesday, when we

:51:49   7   do the marshalling conference, hopefully that's going to be the

:51:51   8   exception.

:51:52   9            THE COURT:  Absolutely.  This is a work in progress.

:51:56  10   Have you all figured that out?

:51:59  11            MR. BREIT:  Your Honor, I just had one other thing that

:52:02  12   concerned me.  And I apologize for it.

:52:05  13            We have a very long and detailed list that we've

:52:08  14   all kept for a couple of years.  We have made objections based

:52:13  15   on late-filed objections.  The Court has ruled some of those are

:52:18  16   waived.  There are a number of exhibits that do not have

:52:20  17   objections.

:52:21  18            I want to make sure that it's crystal clear that,

:52:23  19   if the deadline passed, which was January 1 of 2012 for all of

:52:27  20   those old exhibits, no new objections are going to be heard in

:52:33  21   the courtroom just because they've decided it's a live witness

:52:36  22   and it's a live exhibit.

:52:38  23            Because I intend to be able to show the judge next

:52:40  24   week on a number of my witnesses:  Let me show you witness TREX

:52:45  25   37, this is unobjected to by the parties.  I don't want to hear

:52:48  1    a bunch of people jump up and say:  Oh, I've now thought of

:52:53  2    something just because it's live.  That ruling applied to

:52:57  3    Halliburton on waived objections.

:52:59  4            We want to make sure that, just because it's live,

:53:01  5    doesn't mean we get all new stuff.

:53:02  6            THE COURT:  Andy.

:53:05  7            MR. LANGAN:  I'm sorry, Don, you go ahead.

:53:05  8            MR. GODWIN:  Don Goodwin for Halliburton.

:53:11  9            Just so Mr. Breit understands, Halliburton has

:53:15  10   waived nothing in this case and does not intend to.  So to set

:53:15  11   the record straight.

:53:16  12           I'll make objections as I deem appropriate.  And

:53:18  13   Judge Barbier and as with Judge Shushan will rule on them as I

:53:22  14   make them.  And, if they're sustained, fine.  And, if they're

:53:24  15   overruled, I'll sit down and shut up.

:53:27  16           But I don't want Jeffrey to say again in open

:53:30  17   court or here that Halliburton has waived anything, because it's

:53:35  18   untrue.

:53:36  19           MR. BREIT:  Well, other than what you said last Friday,

:53:39  20   I'm not going to raise any new objections based on the Court's

:53:40  21   ruling in fact you have waived 123 exhibit objections.  I don't

:53:41  22   want to hear that again next week.

:53:44  23           MR. GODWIN:  That's a lot different, though.  The fact

:53:44  24   that I say that I may not object to something, Mr. Breit, is one

:53:44  25   thing.

:53:50  1        The fact for you to stand up here and incorrectly

:53:52  2   state here in court on the record that anything has been waived

:53:52  3   is something else.

:53:56  4        I don't want to hear that again, if you please.

:53:58  5        THE COURT:  I think the objection is the word waiver.

:54:00  6   And, if you wouldn't mind, would you use the term unobjected to

:54:06  7   instead of waiver?  I'd appreciate it.

:54:10  8        MR. BREIT:  Yes.

:54:10  9        And those issues where he says he now wants to

:54:14  10  object, I'll raise the fact that the Court has ruled that his

:54:18  11  objection has been waived.

:54:19  12        THE COURT:  All right, Andy.

:54:21  13        MR. LANGAN:  I don't know if you were at the end of

:54:23  14  your list, but I had a crazy idea that I wanted to raise.

:54:26  15        THE COURT:  Listen, I'm open.  I have a couple more

:54:29  16  crazy ideas, but let's hear yours.

:54:29  17        MR. LANGAN:  All right.

:54:32  18        So, before I advance the idea, let me set the

:54:35  19  table a little bit.  I understand, it's a bench trial.  I

:54:37  20  understand, it's a work in progress.  I get all that.

:54:40  21        My crazy idea is to revisit the principle that the

:54:46  22  demonstrative aids or demonstratives go into evidence.

:54:53  23        I know that the Court, a few weeks ago, said

:54:57  24  that's what Judge Barbier wants to do.

:55:01  25        I frankly think that proceeding in that fashion --

| | |
|---|---|
| :55:04 | 1 |

which I think is really contrary to the traditional way of doing

things -- creates unintended consequences that I don't think

anybody really is interested in.

        I completely understand giving the Court copies of

the demonstratives for his use and his chamber's use to figure

things out and to help write opinions.  That's fine.

        But going down the road of demonstratives being in

evidence, it just creates issues.  It creates incentives.

        Just, again, I don't want to retread old ground;

and, if that's the way it's going to be, fine.  But I just want

to raise one time whether or not we really want to do that.

Because that isn't how trials usually work.  I mean, trials are

usually witness's testimony and documents, contemporaneously

created documents or business records that go into evidence.

Demonstratives don't.

        And I -- you know, because now we have call-outs

that are going to be evidence.  We have -- it's just strange.

And I don't think it's the way things ought to be.

        THE COURT:  Okay.

        MR. LANGAN:  So, anyway, if it has to be, we'll live

with it.  But I really question if that's really where we want

to go.

        THE COURT:  And that's your crazy idea?

        MR. LANGAN:  That's my crazy idea, is to go back to the

Rules of Evidence.

:56:17   1                    THE COURT:  Andy, really.

:56:23   2                    MR. UNDERHILL:  Judge, hey, Judge, could you duck?

:56:25   3                    THE COURT:  No.  Because that's not my ruling.

:56:36   4                    Steve, are you standing because of your knee, or

:56:38   5   because of you have something to say?

:56:41   6                    MR. ROBERTS:  Both.

:56:42   7                    But may I approach?  I need to advise the Court of

:56:44   8   something, and then I'm leaving.

:56:53   9                    MR. BREIT:  Can we do it in reverse order?

:56:57  10                    MR. ROBERTS:  This is a rough crowd today.  The love is

:57:01  11   gone, clearly.

:57:03  12                    MR. O'KEEFE:  No kumbaya.

:57:07  13                    MR. ROBERTS:  Truly, I'm going to catch a plane and

:57:10  14   leave.

:57:10  15                    Judge, this is a Phase One issue that I wanted to

:57:13  16   bring to the Court's attention and the parties.

:57:15  17                    We have pending hold orders on materials that were

:57:18  18   associated with the Deepwater Horizon.  One of the materials

:57:23  19   that we have been holding is the off-rig riser system.

:57:27  20                    In connection with the Phase One US Coast Guard

:57:35  21   leakage ongoing clean-up issues, BP has requested to examine the

:57:38  22   riser, the secondary riser, that we've always had in our yard.

:57:42  23   We have no objection to that, but these are still under hold

:57:45  24   orders.  So we're advising the government here, and we're

:57:48  25   advising all the parties, we're going to submit a proposed

:57:50    1   ordered today allowing BP to come examine it.

:57:53    2               The purpose of the examination is so we can all

:57:56    3   determine whether the riser can be raised from the ocean floor,

:58:02    4   or whether it's more likely to break apart and create more

:58:07    5   leakage from the materials that may still be in the riser.

:58:11    6               So, unless there's any objection, we're going to

:58:13    7   file an unopposed order and then submit it to the Court later

:58:16    8   today.

:58:17    9               THE COURT:  Okay.  We're going to go ahead and submit

:58:19   10   the motion.  But, if there is an objection, would you let me

:58:22   11   know by Monday whether it is truly unopposed or not?

:58:31   12               MR. ROBERTS:  The examination is taking place for

:58:34   13   Monday.  That's why I came today.

:58:36   14               THE COURT:  Would you let me know by the close of

:58:38   15   business today whether there's an objection -- I guess the

:58:42   16   people I'm talking to is the United States.

:58:45   17               MR. UNDERHILL:  Yeah.

:58:45   18               May I?

:58:46   19               I was just going to say --

:58:49   20               I take back all the nice things I just said about

:58:51   21   you.

:58:52   22               I think this is probably not much a DOJ civil

:58:57   23   issue.  I'm not sure it's a DOJ criminal issue.  Probably not.

:59:01   24   I suspect it's more of a Coast Guard issue for us.

:59:04   25               So the question I have is for Steve and

:59:06  1  Transocean, for that matter BP.  If they could try to work this

:59:09  2  out with the Coast Guard and find out their position, it would

:59:13  3  make my life easier, Judge Shushan's life easier.

:59:17  4              If there's no objection from them, great.

:59:19  5              If there is, I still think that's probably going

:59:22  6  to be a Coast Guard operational issue that may not be this

:59:28  7  Court's jurisdiction.  Maybe.  I don't think so, though.

:59:30  8          THE COURT:  Rob, should we try to get Captain Engelbert

:59:35  9  to help you with that?

:59:37  10          MR. GASAWAY:  Yes.  I think that's a good idea.

:59:39  11          MR. ROBERTS:  All right.  So BP will take care of the

:59:41  12  Coast Guard end of things, and we'll just get the order in

:59:44  13  motion or on file at least today?

:59:47  14          MR. GASAWAY:  So you're asking us if we can contact the

:59:50  15  Coast Guard?

:59:50  16          MR. ROBERTS:  You're the one requesting to look at our

:59:53  17  riser.  I'm sure this is not a problem.

:59:55  18          THE COURT:  I don't think it's going to be a problem,

:59:57  19  but I'm thinking that maybe Captain Engelbert can facilitate

:00:01  20  getting to the Coast Guard and making sure that there's no

:00:05  21  problem with an inspection as we've discussed it.

:00:10  22          MR. GASAWAY:  Okay.

:00:11  23          MR. UNDERHILL:  And I think I've got it clarified.

:00:13  24              So, to the extent that it's in the yard, I don't

:00:15  25  think it's either a Coast Guard or a DOJ civil issue.

:00:22  1              I'll consult with my criminal colleagues.

:00:24  2              To the extent it might lead to something

:00:28  3  off-shore, then that's a Coast Guard operational issue.

:00:31  4         THE COURT:  That's for another day.

:00:32  5         MR. GASAWAY:  But, for these purposes, though, right, I

:00:35  6  don't know if we need to contact the Coast Guard for these

:00:38  7  purposes.  Because this is just preliminary; right?

:00:41  8         MR. UNDERHILL:  But I probably will contact the Coast

:00:44  9  Guard so I keep my clients informed.

:00:45  10         MR. GASAWAY:  Okay.  That's fine.

:00:48  11         THE COURT:  It's merely a yard inspection at this

:00:50  12  point.

:00:52  13         MR. UNDERHILL:  They don't like surprises.  That's all.

:00:54  14         THE COURT:  And, if it goes further, then obviously the

:00:58  15  Coast Guard will be involved.

:00:59  16              So no need to get Captain Engelbert involved,

:01:02  17  other than if you want to let her know that it's happening and

:01:05  18  it may lead to Coast Guard involvement later on.

:01:08  19         MR. GASAWAY:  If there's an off-shore follow-up.

:01:11  20         THE COURT:  Implication, right.

:01:14  21              Jimmy?

:01:16  22         MR. WILLIAMSON:  No objection from the PSC, of course,

:01:16  23  Your Honor.

:01:19  24              But we would like the opportunity to know when and

:01:21  25  where so we can send someone --

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| :01:21  | 1  | THE COURT:  Okay, Monday --                                   |
| :01:23  | 2  | MR. WILLIAMSON:  If we choose to.                            |
| :01:25  | 3  | THE COURT:  Okay.  Monday in the yard in --                  |
| :01:28  | 4  | MR. ROBERTS:  I think it's Morgan City, but we will get      |
| :01:31  | 5  | to that.                                                     |
| :01:31  | 6  | THE COURT:  Lovely downtown Morgan City.                     |
| :01:40  | 7  | Okay.  The last thing I had on my marshalling was            |
| :01:45  | 8  | that I would like inData to please run their chronological lists |
| :01:52  | 9  | every week as well as numerical orders.  So that, if we're   |
| :01:57  | 10 | searching for any particular exhibit, we'll be able to just  |
| :02:02  | 11 | numerically find whether its been covered or not.  Okay?     |
| :02:06  | 12 | Thanks, guys.                                                |
| :02:09  | 13 | MR. WILLIAMS:  Your Honor, Carter Williams for               |
| :02:12  | 14 | Transocean.                                                  |
| :02:12  | 15 | I understand what said Andy earlier, but don't we            |
| :02:16  | 16 | have an open issue on the call-out demonstrative?            |
| :02:18  | 17 | THE COURT:  We do.  I'm going to get to that a little        |
| :02:20  | 18 | later.  We definitely do.                                    |
| :02:23  | 19 | I don't think that's marshalling.  I think that's            |
| :02:26  | 20 | call-out.                                                    |
| :02:27  | 21 | MR. WILLIAMS:  Fair enough.                                  |
| :02:29  | 22 | MR. O'KEEFE:  Your Honor, one more thing on the              |
| :02:32  | 23 | marshalling conference.                                      |
| :02:33  | 24 | We discussed having the parties rerun a list of             |
| :02:36  | 25 | what was covered in yesterday's conference.  And agree on that. |

:02:42  1          THE COURT:  Yeah.  I think that's right.

:02:43  2                Then we can go ahead and put that into the record

:02:46  3     for the final marshalling list for the week.

:02:51  4                So how do you all want to do that?

:02:55  5          MR. NOMILLINI:  We can do that and share with the PSC

:02:58  6     and everybody, and get that into the Court.

:03:00  7          THE COURT:  Okay.  That would be helpful.  Because

:03:02  8     yesterday was not as smooth as we hope it will be in the future.

:03:06  9                Okay.  Last but not least, the lists are kept in

:03:13  10    somewhat different format, and I'm not going to make you all

:03:17  11    keep them in the same format.  But, if they would be more

:03:21  12    similar, it would be helpful for each of you all to review each

:03:25  13    other's lists and to check them.

:03:30  14                And so, if you all want to think about that and

:03:33  15    come up with the same fields in the same order, that might be

:03:38  16    helpful to you all.  Not to me so much, but to you all.

:03:45  17          MR. BREIT:  We'll do that discussion, Your Honor.

:03:53  18          THE COURT:  Transocean reported to us that some of the

:04:00  19    deposition bundles contained exhibits that were not listed on

:04:05  20    anyone's exhibit list.

:04:07  21                Did we take care of that, Carter?

:04:10  22          MR. WILLIAMS:  I believe that the PSC added them to

:04:14  23    their trial exhibit list.  And, after we had de-duped with the

:04:19  24    final exhibit list filed a couple weeks ago, it was only a

:04:24  25    dozen, dozen and a half documents.  And, from our perspective,

:04:28  1  we did not have objections to those documents.

:04:30  2          THE COURT:  Terrific.

:04:31  3              If anybody else has objections, please speak now.

:04:35  4              Otherwise, as the PSC uses them, in they come.

:04:41  5          MR. NOMILLINI:  Your Honor, we'll take a look at those.

:04:44  6          THE COURT:  Yeah.

:04:46  7              Not a rush, but that's a clean-up item.

:04:51  8              Status report on cured exhibits.

:04:57  9              Are we done, Alan?

:04:59  10         MR. YORK:  As far as I know, Your Honor, we're as done

:05:02  11  as we're going to be.

:05:04  12         THE COURT:  That's coming off the agenda.  Okay.

:05:13  13              Anthony, the FTP site is looking really good.

:05:17  14              If you all have not gone online to see it, it's

:05:21  15  good.  It's plain vanilla, which is what we wanted.  And looks

:05:28  16  fine.

:05:29  17              Are there any issues that we need to cover with

:05:32  18  the FTP site?

:05:40  19              (No response.)

:05:41  20         THE COURT:  We cautioned you all about this this week.

:05:45  21  But, just in case you missed it, because there was a lot of

:05:48  22  email flying around, when you all are using exhibits, refer to

:05:54  23  them as exhibit number.  When you're using demonstratives,

:05:57  24  either demonstrative or D number.  So that we can distinguish

:06:02  25  between the two.  Please try to be careful about that when

:06:06   1   you're presenting.  Because that could lead to problems at the

:06:10   2   marshalling conference, which we want to avoid.

:06:14   3                  Mr. Underhill.

:06:16   4            MR. UNDERHILL:  I just got an email from some phone

:06:20   5   people saying they're having a hard time hearing you.

:06:22   6            THE COURT:  I thought my volume on my mike was low.

:06:36   7            MR. BREIT:  Try singing.

:06:38   8            THE COURT:  You don't want that.

:06:45   9                  That sounds better.  Thank you.

:06:47   10                  Phone people, hopefully you're happier.

:06:50   11            MS. HIMMELHOCH:  Yes, Your Honor, that's much clearer.

:06:52   12            THE COURT:  Thank you.

:06:53   13                  Sorry about that.

:06:57   14                  Okay.  We took care of the problem with

:06:59   15   transcripts.  Every transcript you all get should either reflect

:07:05   16   UNOFFICIAL REALTIME -- and you know what the restrictions on

:07:08   17   that are -- or OFFICIAL TRIAL TRANSCRIPT on each page as a

:07:12   18   footer.  So there should be no problem with that.  That should

:07:15   19   be taken care of.

:07:18   20                  We talked yesterday at the marshalling conference,

:07:21   21   when you all are playing depositions in lieu of live testimony,

:07:30   22   that's not being transcribed.  Those will need to be provided to

:07:37   23   Stephanie, labeled with what the deposition or depositions are

:07:43   24   and the date they were played.

:08:10   25                  I think we've cleared up the source material issue

```
:08:14   1   with regard to the demonstratives.  Is there anything else that
:08:17   2   we need to talk about on that issue?
:08:21   3                   (No response.)
:08:23   4               THE COURT:  Coming off the agenda.
:08:31   5               Call-outs.  Let's talk about call-outs.
:08:34   6               We covered that last night at the marshalling
:08:36   7   conference, and I sort of made the call that those should be
:08:42   8   provided to all counsel at some point.  And let's have a
:08:51   9   discussion about that and make a decision.
:08:55  10               MR. NOMILLINI:  Your Honor, Mark Nomillini.
:08:58  11               If, you know -- Andy stated the position that of
:09:04  12   re-thinking demonstratives.
:09:06  13               But, in the alternative, on the call-out issue,
:09:09  14   I'm going to hand Your Honor an example of a call-out from
:09:13  15   Halliburton.
:09:14  16               We don't have the PSC call-outs yet, including the
:09:19  17   ones that are in evidence, so I can't give you an example of
:09:23  18   that.
:09:23  19               But this is just to try to illustrate the point.
:09:26  20   And I'm not saying there's any problem with the Halliburton
:09:29  21   call-out.  This is just for illustrative purposes.  So I'm not
:09:33  22   picking on them.
:09:34  23               Now, the issue is, so these are not disclosed in
:09:38  24   advance.  They're labeled as Demonstratives by the PSC.  I don't
:09:44  25   think they really are, given that they're call-outs.  But let's
```

:09:48   1    put that issue aside.

:09:49   2             They are not disclosed in advance.  They come up on

:09:52   3    the screen at trial.  And, in realtime, the attorneys there --

:09:57   4    because they're not disclosed in advance -- it is very difficult

:10:00   5    to figure out if it's out of context, if Judge Barbier is going

:10:05   6    to be getting something out of content.  They don't have the

:10:08   7    hard copies there.  There's a few seconds.  And there might be

:10:11   8    something in the next line which is totally different and which

:10:16   9    is not displayed there or the next page or the next couple of

:10:21   10   pages.

:10:21   11            And so, if these are going to be admitted as

:10:24   12   substantive evidence, we think there should be a rule that they

:10:29   13   have to be -- in lieu of the actual documents -- you know, one

:10:34   14   solution is to admit the actual document instead of call-out.

:10:37   15            The other is, if they are going to be admitted as

:10:40   16   substantive evidence, we think there should be a rule whereby

:10:44   17   they have to be disclosed in advance so that we can figure out

:10:48   18   whether they're out of context or not, and object.

:10:51   19            Because, if they're not going to be disclosed in

:10:53   20   advance, and they just appear on the screen, you know, in an

:11:02   21   abundance of caution, people may say:  Well, I can't tell

:11:04   22   whether this is out of context or not, so I'm just going to

:11:06   23   object for now.  And I don't think that's really what we want,

:11:10   24   is just to be larding up the record with objections.

:11:12   25            THE COURT:  Yeah.  I agree, Mark, we are certainly

:11:15   1   don't want to do that.  But we've got to reach a solution.

:11:19   2           Jeff.

:11:20   3       MR. BREIT:  Your Honor, again, I can't tell you how

:11:22   4   many times the PSC has mentioned that.

:11:24   5           We are not going to disclose our cross examination

:11:27   6   in advance.  This is just another attempt to do that.

:11:30   7           The latest court rule with regard to

:11:37   8   demonstrative, which was issued on January 28th, once again

:11:40   9   discusses the difference between demonstrative aids, bullets,

:11:44  10   exhibits, portions of exhibits, portions of transcripts or

:11:48  11   depositions, which need not be exchanged in advance of trial.

:11:52  12           PSC strongly resists any effort by any party to

:11:56  13   see what our cross examination points are in advance.

:12:00  14           However, PSC discussed this at some length last

:12:04  15   night after our conference, as to what is a way to allow

:12:07  16   whatever the objection that Mark has with potential for

:12:10  17   out-of-context issues.  And we felt that the best way to handle

:12:14  18   this is to go back to old-school, and that would be:  Let me

:12:19  19   show you page so and so from your deposition, here's a cutout.

:12:23  20   Have someone from our staff turn around and hand out that page

:12:26  21   to as many as people who want it.  There will be 25 pages of

:12:30  22   that cut-out.

:12:32  23           The next cut-out's not going to be shown to them

:12:35  24   until it goes up on the screen.

:12:37  25           They can then see exactly where it came from.

| | | |
|---|---|---|
| :12:40 | 1 | It is going to be a laborious process.  But it |
| :12:42 | 2 | will allow them to see the page, without us having to disclose |
| :12:46 | 3 | in advance our cross examination.  It's just a simple matter of |
| :12:50 | 4 | saying:  Here's the page, that's the cut-out. |
| :12:52 | 5 | Now, the problem becomes when a page goes up on |
| :12:56 | 6 | the screen, page 37.  We hand it back.  And then of course the |
| :13:01 | 7 | courtroom assistants then do a cut-out by using their yellow |
| :13:06 | 8 | cut-out bar and say:  Let me show you this paragraph.  It's on |
| :13:09 | 9 | that page. |
| :13:10 | 10 | The resolution that happened yesterday with regard |
| :13:13 | 11 | to Bobo's congressional testimony, page 1 and the page that was |
| :13:17 | 12 | used, that gets shown to them. |
| :13:20 | 13 | So there will be a moment.  Hopefully, it won't be |
| :13:22 | 14 | the lawyer that has to do it in advance.  Someone else on our |
| :13:26 | 15 | staff will say:  Here's the page that Jeffrey's going to use for |
| :13:30 | 16 | this witness at this moment.  They'll have it.  They'll have |
| :13:32 | 17 | page 37.  They'll see it comes from TREX No. 90.  And they'll be |
| :13:36 | 18 | able to look at it in realtime. |
| :13:39 | 19 | But we strongly resist any effort, either |
| :13:42 | 20 | electronically or otherwise, to turn it over to them until it's |
| :13:45 | 21 | happened. |
| :13:45 | 22 | THE COURT:  Okay. |
| :13:46 | 23 | MR. BREIT:  It is cross examination. |
| :13:48 | 24 | MR. NOMILLINI:  Your Honor -- |
| :13:50 | 25 | MR. GODWIN:  May I go real quick about this very issue? |

:13:50   1   Go ahead.

:13:54   2          MR. NOMILLINI:  Just a couple of quick points.

:13:55   3              We're not talking about impeachment of a witness

:13:58   4   with his own testimony.  That's a different issue.  We're

:14:02   5   talking about the kind of thing Your Honor asked.

:14:04   6              Mr. Breit just made the point that these are not

:14:07   7   demonstratives.  So yet another reason -- the Court talked about

:14:15   8   demonstratives coming into evidence.  Hasn't yet said that

:14:19   9   call-outs come into evidence.  So this is a separate threshold.

:14:22   10             So I think there are really two solutions.

:14:25   11             One is put the document into evidence so it's not

:14:28   12   out of context.

:14:29   13             Or, if we're going to have a discussion about

:14:32   14   whether it's out of context or not, and be informed, needs to be

:14:36   15   disclosed in advance.

:14:39   16      MR. BREIT:  But the judge made it clear that he didn't

:14:41   17   want 450 pages of that exhibit.

:14:44   18      MR. NOMILLINI:  That's why I offered the alternative.

:14:46   19      MR. BREIT:  Your alternative is it doesn't come in at

:14:50   20   all.  That's not the point either.

:14:51   21             As we have done for done for the first four of

:14:53   22   trial, that exhibit comes in on that list.  If you don't put it

:14:56   23   on your list at the end of day, end of witness, it's not going

:14:59   24   to make it into the exhibit list.

:15:01   25             So the restriction of us not using testimony from

:15:04  1    someone else, on an expert, a president, someone else, those are

:15:08  2    all parts of his reliance or should have been relied on

:15:11  3    documents.  The Court has let those into evidence at this point.

:15:14  4            The Court's going to decide whether to use them or

:15:16  5    not use them in the finding of facts.  We want those into

:15:20  6    evidence.

:15:20  7            I know the Court doesn't want the 700 page

:15:24  8    document.

:15:24  9        THE COURT:  And one of the issues, Jeff, that Mark

:15:27  10   raises -- you're leaving the podium.

:15:30  11       MR. BREIT:  No.  I'll be glad to.

:15:33  12           I didn't know if you wanted to me to stand up

:15:36  13   there.  You couldn't see me from there anyway.

:15:36  14       THE COURT:  Is whether or not you're using it as a

:15:38  15   demonstrative or whether or not you're using this as an exhibit.

:15:42  16   So let's complicate matters a little bit.

:15:45  17       MR. BREIT:  And there will be times when it is a

:15:47  18   demonstrative, and there will be times when it is an exhibit.

:15:50  19   And I can't represent to the Court that each and every time that

:15:53  20   there is a cut-out that it is one or the other, until it is

:15:56  21   happening in realtime.

:15:57  22           The reason it goes on the list is because,

:16:00  23   depending on how the witness answers, it may be a document from

:16:03  24   him, may be a document from his company.  Clearly, the Court

:16:05  25   would say, based on admission against interest or whatever,

:16:08  1   other kind of legal foundation, that comes in.

:16:13  2              The Court may say:  No, I'm going to use it as

:16:17  3   impeachment so it comes in for purposes of impeachment only, but

:16:19  4   it's not necessarily an exhibit for purposes of the truth of the

:16:22  5   matter asserted.

:16:23  6              THE COURT:  Right now you are on direct examination.

:16:26  7              MR. BREIT:  But we are using our -- half of our

:16:28  8   witnesses next week will be people called as adverse witnesses,

:16:32  9   so it will be cross examination.

:16:33  10             THE COURT:  This week, you were on direct examination.

:16:37  11             MR. BREIT:  Except for Bly, except for McKay.

:16:39  12             So those were all issues.  And --

:16:42  13             And that's the same mix that we have next week.

:16:44  14   Some from fact witnesses, some are adverse witnesses, some are

:16:47  15   expert witness.  So there's no blanket rule that I could

:16:50  16   represent to the Court that covers all of these bases.

:16:52  17             I think the cutouts -- I mean, BP doesn't want

:16:55  18   those cutouts going into evidence.

:16:57  19             There are many times and many occasions where

:16:59  20   clearly they would come in without any question.  AND so we

:17:01  21   can't come up with a blanket rule only a Friday, out of context,

:17:05  22   pulling Halliburton --

:17:06  23             By the way, Mark, we sent all of our exhibits last

:17:08  24   night to you that were used.

:17:11  25             So he has them there.  I know we all have lots of

:17:14  1   emails, but he does have what we used.  And if Regina tells me

:17:18  2   it was done --

:17:18  3              MR. LANGAN:  I don't think so.

:17:19  4              MR. NOMILLINI:  We didn't get them.

:17:19  5              MR. GODWIN:  We don't have them either, Judge.

:17:22  6              THE COURT:  Regina?

:17:25  7              MS. VALENTI:  I didn't send them, but I was told they

:17:27  8   were sent before the end of the conference, actually.

:17:31  9              MR. BREIT:  That must be Sterbcow's fault.

:17:31  10             THE COURT:  So Sterbcow's not in the room, so let's

:17:34  11  blame it on him, okay?

:17:37  12             MR. BREIT:  Do you still need me up here?

:17:39  13             MR. LANGAN:  Your Honor, and I'm sorry to tag-team with

:17:44  14  my valued partner Mr. Nomillini here.

:17:47  15                  But, again, I go back to my idea, demonstratives

:17:50  16  should not go into evidence.

:17:52  17             THE COURT:  You come back to the federal rules?

:17:55  18             MR. LANGAN:  Because they're hearsay, and there's no

:17:57  19  exception to the hearsay rule.

:17:58  20                  So -- I understand what Mr. Breit is saying, they

:18:05  21  need not disclose in advance impeachment materials of the

:18:08  22  witness's own testimony.  Completely agree.  That's fair.

:18:11  23  That's the way things are done.

:18:14  24                  But we should not have demonstratives go into

:18:16  25  evidence.

| | | |
|---|---|---|
| :18:17 | 1 | And therefore -- and we all know, that's a |
| :18:19 | 2 | demonstrative, doesn't go into evidence.  The underlying |
| :18:23 | 3 | document might if somebody offers it.  But demonstratives don't |
| :18:27 | 4 | go into evidence. |
| :18:28 | 5 | And, if we adopt that principle, it's going to |
| :18:30 | 6 | solve a lot of these problems, I guarantee it. |
| :18:33 | 7 | The Judge have can a copy of the cutout.  Fine, he |
| :18:36 | 8 | can look at it.  Everyone can hand up their copies.  But it |
| :18:38 | 9 | should not go into evidence. |
| :18:39 | 10 | And, if we do that, I'm hereby assuring Your Honor |
| :18:42 | 11 | we're going to solve a lot of these problems. |
| :18:44 | 12 | THE COURT:  Okay. |
| :18:46 | 13 | MR. GODWIN:  Judge, briefly, if I might.  Don Godwin |
| :18:49 | 14 | for Halliburton. |
| :18:50 | 15 | Two points, Judge. |
| :18:52 | 16 | One is, Jeff said -- and I think may be just some |
| :18:57 | 17 | misunderstanding -- but, in terms of having to give our witness |
| :19:01 | 18 | list, the exhibit lists that we've used with a witness at the |
| :19:05 | 19 | end of that witness's testimony -- |
| :19:07 | 20 | THE COURT:  No.  You're going to have a pause period. |
| :19:10 | 21 | MR. GODWIN:  Judge Barbier gives us like a day this |
| :19:13 | 22 | week for all of us -- |
| :19:13 | 23 | THE COURT:  We discussed that at the marshalling |
| :19:16 | 24 | conference. |
| :19:17 | 25 | MR. GODWIN:  We'd gotten that in by the next day and we |

:19:18  1   were okay.  Whereas Jeff said by the end of the witness, we've

:19:18  2   got to give the list.

:19:18  3              MR. BREIT:  I didn't mean it that way.

:19:24  4              MR. GODWIN:  I thought it was a misunderstanding.  I

:19:25  5   wanted to be clear on that.

:19:26  6              Because, by the next day, we'll definitely have it

:19:30  7   in.

:19:30  8              Secondly, as to this only point, I'm going to

:19:34  9   agree with Andy on something.  Because I don't think

:19:36  10  demonstratives ought to be evidence because that is something we

:19:39  11  are creating.  Evidence, to me, under the rules, is something

:19:41  12  that exists.

:19:42  13             So I would suggest that we not allow

:19:44  14  demonstratives into evidence.  And, if Judge Barbier has looked

:19:48  15  at that, perhaps we could ask the Court to have him reconsider

:19:51  16  it.

:19:52  17             Secondly, Halliburton, I believe in keeping with

:19:55  18  what Andy's saying as well for BP, we would be very opposed to

:19:58  19  demonstrative aids being going into evidence because they could

:20:02  20  be very misleading.  Not to suggest anybody would intentionally

:20:05  21  do that.  But if you take one word or one paragraph or one

:20:09  22  sentence out of a document, and you throw it up on the screen,

:20:12  23  it could be totally out of context.  One is, you don't have

:20:16  24  optional completeness and all the things you'd want to bring in.

:20:20  25             So we would be opposed to -- Halliburton would be

:20:23    1    opposed to demonstratives or demonstrative aids being in

:20:26    2    evidence.

:20:26    3              I do agree with what Jeff has said, as well Andy,

:20:29    4    impeachment materials, you don't have to disclose that ahead of

:20:33    5    time.

:20:33    6              But, as to the others, we think demonstratives, we

:20:35    7    ought to see it ahead of time.

:20:37    8         THE COURT:  And, again, back to the complicating

:20:40    9    factor, I think, based on our conversation last night, Bobo

:20:45   10    would say that this is an exhibit.  And he'd say that page 1,

:20:53   11    which is the recommended practice for well control operations,

:20:58   12    and the page from which this section comes out of that manual,

:21:03   13    would be introduced into evidence as an exhibit.

:21:07   14              Does anybody remember that discussion last night?

:21:10   15         MR. UNDERHILL:  Painfully.

:21:12   16         MR. GODWIN:  We would be opposed to that, Judge, for

:21:14   17    Halliburton.

:21:15   18         THE COURT:  Mr. Breit?

:21:17   19         MR. BREIT:  I apologize.

:21:18   20              Judge Barbier, in many conferences, before we got

:21:23   21    to this trial, tried to limit what we were providing to the

:21:28   22    Court, this avalanche of paper.

:21:30   23         THE COURT:  You did not listen to me, Jeff.  I did not

:21:33   24    say that the manual came in.  I said page 1 and the one page

:21:37   25    from which this section is taken would come in, according to

:21:40  1    Bobo.

:21:41  2          MR. BREIT:  So that would be our position.

:21:43  3          THE COURT:  So you didn't listen to me.

:21:45  4          MR. BREIT:  I did not understand you.

:21:46  5          THE COURT:  Thank you.

:21:46  6          So I'm going to have to review this in detail and

:21:49  7    then go have a little conference with Judge Barbier.  I will try

:21:53  8    to give you clarification ASAP on this.

:21:58  9          MR. GODWIN:  Thank you, Your Honor.

:21:59  10          THE COURT:  Okay?

:22:00  11          So, moving right along, have we completed the Greg

:22:08  12    Meche deposition bundle and gotten it to Judge Barbier?  Does

:22:12  13    anybody know?

:22:14  14          InData, do you know?

:22:14  15          MR. THOMPSON:  I don't know.

:22:17  16          Our bundle expert, Jordan Ray, is on a plane back

:22:21  17    to Phoenix.  But I can find out as soon as he lands.

:22:24  18          THE COURT:  I appreciate that.  I want to make sure

:22:26  19    that's taken care of.

:22:28  20          You all are working on Coronado.

:22:33  21          MR. LANGAN:  And Mr. Cavanaugh sent a note clarifying

:22:35  22    the schedule about Coronado.

:22:36  23          THE COURT:  Yes.  Friday, March 8th everyone except

:22:41  24    Cameron will give counter and cross designations.

:22:45  25          By Friday, March 15th, all parties' objections,

| | | |
|---|---|---|
| :22:50 | 1 | highlighted exhibits and two-page summaries are due. |
| :22:54 | 2 | MR. LANGAN:  Thank you. |
| :22:55 | 3 | THE COURT:  You're welcome. |
| :23:00 | 4 | You all are also in the process of finishing up |
| :23:03 | 5 | the briefing on adverse inferences for Don Vidrine. |
| :23:10 | 6 | MR. BAAY:  Your Honor, sorry to interrupt.  Dave Baay |
| :23:13 | 7 | for Transocean. |
| :23:13 | 8 | Going back to Coronado for moment.  My memory from |
| :23:17 | 9 | last week is that you said that you wanted to take up any |
| :23:20 | 10 | objections to the fact that we're even submitting Coronado |
| :23:23 | 11 | designations. |
| :23:24 | 12 | THE COURT:  Correct. |
| :23:26 | 13 | MR. BAAY:  Are we going to do that the 15th? |
| :23:28 | 14 | THE COURT:  Yeah.  We'll put it on the agenda for the |
| :23:31 | 15 | 15th. |
| :23:32 | 16 | MR. BAAY:  Thank you. |
| :23:33 | 17 | THE COURT:  Phase One overflow courtrooms. |
| :23:38 | 18 | The numbers for Monday morning were 118; afternoon |
| :23:45 | 19 | 141.  By Tuesday, we were down to 75.  Wednesday a.m., 63. |
| :23:54 | 20 | Wednesday p.m., 54.  Thursday a.m., 50.  Yesterday afternoon, |
| :24:02 | 21 | 38. |
| :24:04 | 22 | MR. LANGAN:  We don't even need a demonstrative at this |
| :24:07 | 23 | point. |
| :24:07 | 24 | THE COURT:  You all are welcome to use my courtroom for |
| :24:12 | 25 | another week. |

:24:14　1　　　　　　　We're going to be using Judge Duval's courtroom

:24:19　2　across -- I'm sorry -- on the third floor of the courthouse.

:24:22　3　That will be for press and public only next week.  I don't think

:24:29　4　we're going to need it, but press and public only.  If we look

:24:33　5　at it and we see that it's not being used, we can allow at that

:24:37　6　point some attorneys to go in.

:24:40　7　　　　　　　Judge Milazzo's courtroom is off the list, she's

:24:44　8　got a trial next week.

:24:45　9　　　　　　　And I think we should talk about trying to

:24:48　10　consolidate the seating at tables into Judge Moore and Judge

:24:57　11　Sear's courtrooms.  I think it's time to turn our attention to

:25:01　12　that.  Because mine is going off-line after next week.

:25:07　13　　　　　　　MR. LANGAN:  I guess this is our department, Your

:25:10　14　Honor.

:25:10　15　　　　　　　So, perhaps for next Friday's conference, we'll

:25:13　16　produce a draft map for Judge Moore, Judge Sear, to accommodate

:25:16　17　the PSC and the United States, assuming this is not going to be

:25:21　18　available, and come up with a proposal.  Does that make sense?

:25:23　19　　　　　　　THE COURT:  That sounds good.

:25:25　20　　　　　　　And I'll look at my calender.  If I can continue

:25:28　21　to make it available, I will.  But, at some point, I'm on

:25:31　22　criminal duty.  And, at some point, I'm going to have a trial.

:25:34　23　And so I need it back.

:25:47　24　　　　　　　That's it for Phase One.  If you're only here for

:25:50　25　Phase One, unless you've got anything else, you may vacate the

```
:25:54   1   premises.

:26:01   2              Good-bye, Mr. Jones.

:26:04   3         MR. BREIT:  Thank you, Your Honor.  Have a nice

:26:06   4   weekend.

:26:46   5         THE COURT:  Nat, next week, if you're here, I want you

:26:49   6   to wear your costume.

:26:51   7         MR. CHAKERES:  Next week, I'll do my best to get the

:26:55   8   costume back from Washington, DC.

:26:59   9         MR. O'KEEFE:  I think, on the 15th, we should have a

:27:01  10   preliminary St. Patrick's Day.

:27:04  11         THE COURT:  That would work for St. Patrick's day.

:27:07  12   Just the right color.

:27:10  13              Off the record, please.

:27:45  14              (Discussion held off the record.)

:27:46  15         THE COURT:  Back on the record.

:27:51  16         MR. GODWIN:  Judge --

:27:53  17         MR. BREIT:  We would like to insert something into

:27:56  18   Phase One.

:27:56  19         THE COURT:  Phase One is closed.

:27:58  20              We're reopening Phase One.

:28:01  21         MR. GODWIN:  Not discovery.

:28:02  22         THE COURT:  No, no.

:28:04  23              We're reopening --

:28:06  24         MS. HIMMELHOCH:  Allow me to get up off the floor.

:28:09  25         THE COURT:  No.  We are reopening our discussion with
```

| | | |
|---|---|---|
| :28:11 | 1 | regard to the presentation of evidence during Phase One. |
| :28:17 | 2 | MR. GODWIN:  Only. |
| :28:17 | 3 | THE COURT:  Only. |
| :28:19 | 4 | MR. BREIT:  And I had made a poor use of language, and |
| :28:24 | 5 | I wanted to clarify it for the record. |
| :28:25 | 6 | When I discussed waiver, there were objections |
| :28:29 | 7 | made, objections overruled.  I never intended to suggest at any |
| :28:34 | 8 | time that Mr. Godwin or the Halliburton team had waived their |
| :28:38 | 9 | rights to -- |
| :28:38 | 10 | THE COURT:  I thought I clarified that for the record. |
| :28:41 | 11 | MR. BRIET:  I wanted to make sure that I clarified it |
| :28:43 | 12 | as well, Your Honor. |
| :28:44 | 13 | MR. GODWIN:  Thank you, Your Honor. |
| :28:45 | 14 | We spoke. |
| :28:45 | 15 | THE COURT:  Phase One now closed again. |
| :28:47 | 16 | MR. GODWIN:  Thank you, Your Honor. |
| :28:48 | 17 | THE COURT:  You're welcome, Don. |
| :28:51 | 18 | MR. GODWIN:  See you later. |
| :28:51 | 19 | THE COURT:  Okay, Phase Two. |
| :28:54 | 20 | We should be finishing up the first installment of |
| :29:01 | 21 | exhibits.  US's reply due today.  Then we'll start working on |
| :29:09 | 22 | second installments. |
| :29:15 | 23 | We've taken care of the designee for BP's 30(b)(6) |
| :29:19 | 24 | deposition for Bottom Kill, Mr. Louis Romo.  So that's done. |
| :29:25 | 25 | You've also agreed to allocation of time, as I |

:29:29 1    understand it.

:29:30 2                    Good.   Thank you.   I appreciate that.

:29:33 3                    Oceaneering.   Did BP get that final --

:29:37 4        MR. YORK:   I apologize.   I think we may have gotten out

:29:41 5    of the loop on that.

:29:43 6                    Just, I recognize we probably don't have any, but

:29:46 7    could the allocation of time be shared with all of the parties,

:29:50 8    just so we're aware.

:29:52 9        THE COURT:   Alan, you're so picky sometimes.

:29:55 10       MR. YORK:   Sometimes I get asked questions and I like

:29:57 11   to have answers.

:29:58 12       THE COURT:   They'll be glad to share it with you.

:30:02 13       MR. YORK:   Thank you.

:30:03 14       MR. GASAWAY:   Your Honor, just to clarify, this is an

:30:07 15   additional two hours that the United States asked for.   So that

:30:10 16   the rules apply, where if any other party wants time, they have

:30:15 17   to go to the United States.

:30:16 18                    So the allocation that we've decided on has time

:30:20 19   for the United States' examination, limits on reservation of

:30:24 20   time and BP's redirect.

:30:26 21       THE COURT:   Okay.   Thank you.

:30:28 22       MS. HIMMELHOCH:   And I can provide those right now if

:30:30 23   people are curious.

:30:31 24       THE COURT:   Go ahead, Sarah.

:30:33 25       MS. HIMMELHOCH:   It's a two hour deposition.   Of those

| | | |
|---|---|---|
| :30:34 | 1 | two hours, BP has 18 minutes for redirect.  And the United |
| :30:38 | 2 | States can reserve up to 12 minutes for rebuttal. |
| :30:41 | 3 | THE COURT:  Good.  Thank you. |
| :30:44 | 4 | Okay.  Back to Oceaneering, did you all get that |
| :30:47 | 5 | final batch of 1,500 documents? |
| :30:50 | 6 | MR. GASAWAY:  Yes, Your Honor.  We're all set to go |
| :30:52 | 7 | forward next week.  No complaints. |
| :30:54 | 8 | THE COURT:  Good.  Thank you.  Isn't that nice. |
| :30:57 | 9 | MS. HIMMELHOCH:  There's one note to make on |
| :30:58 | 10 | Oceaneering, and I don't know if my colleague Mr. Pensac is on |
| :31:02 | 11 | the phone. |
| :31:03 | 12 | There is an outstanding issue with respect to |
| :31:05 | 13 | privilege logs.  We're not asking to postpone the deposition, |
| :31:08 | 14 | but we still are in discussions with Oceaneering over that one |
| :31:12 | 15 | issue. |
| :31:13 | 16 | MR. O'ROURKE:  This is O'Rourke's fault for failing to |
| :31:16 | 17 | call since 9:08 a.m. when I got an email from Sarah saying we |
| :31:22 | 18 | got the privilege logs yesterday.  So not an issue. |
| :31:26 | 19 | THE COURT:  So Oceaneering hopefully will go forward as |
| :31:32 | 20 | scheduled. |
| :31:33 | 21 | All right.  We sent out the revised Phase Two |
| :31:37 | 22 | trial preparation timeline.  And, if you all wanted to discuss |
| :31:44 | 23 | anything today, we're prepared to do so.  If you'd like to put |
| :31:47 | 24 | it over until next week, that would be fine as well.  Name your |
| :31:51 | 25 | poison. |

:31:52  1          MR. GASAWAY:  Your Honor, I had one suggestion for a

:31:57  2   part of the timeline that came up a little bit, and this was the

:31:59  3   idea of deposition designations.  There was originally a date of

:32:03  4   today on that.

:32:05  5          We kicked it a little bit, and I wanted to throw

:32:08  6   out some dates and a process point.

:32:11  7          Joe Russell, our partner, is here.  He's going to

:32:14  8   be working with us, as well as Brian Cavanaugh, on deposition

:32:17  9   designations.

:32:19  10          As Your Honor knows, this was a heroic task in

:32:22  11  Phase One.

:32:23  12          THE COURT:  It was.

:32:24  13          MR. GASAWAY:  There were a lot of readjustments along

:32:27  14  the way.

:32:28  15          And I guess our take-aways from that is it's a lot

:32:32  16  of work and it's probably better to get started.

:32:34  17          I wanted to just throw out some dates, proposed

:32:37  18  dates.

:32:37  19          THE COURT:  That will be fine.

:32:38  20          But what you're telling me is Joe is your next

:32:41  21  hero.

:32:41  22          MR. GASAWAY:  Joe is your next hero.

:32:44  23          MS. HIMMELHOCH:  And Your Honor the United States has

:32:46  24  some thoughts on this as well.

:32:47  25          MR. GASAWAY:  Just real quick, we were thinking what we

:32:50  1   might do is kick things off with the United States, the PSC and

:32:53  2   so forth, next week on March 8th, just for making designations.

:32:56  3                 Have our side come back on March 15th.

:33:00  4                 Have the sides try to put together a combined list

:33:03  5   on March 22nd, the next week.

:33:06  6                 And then resolve anything on the March 29th

:33:10  7   working group conference.

:33:11  8                 Try to start the actual designation process on

:33:15  9   April 5th.

:33:16  10                And then we would have the same sort of what I

:33:19  11  would call for-trans schedule for the designation process where

:33:24  12  you have a designation from the non- presenting party one week,

:33:29  13  counter-designations the following week, cross designations the

:33:32  14  third week and then objections the fourth week.

:33:35  15                We also thought that it might make sense if Joseph

:33:39  16  and Brian and our side would like to talk to Sarah about this,

:33:42  17  try to be a little bit scientific if we can and take advantage

:33:45  18  of some of the structuring in Phase Two.  So the bundles could

:33:49  19  be balanced as between let's say BP and US witnesses, which are

:33:56  20  the provider in Phase Two.  And maybe also thematic.  So you

:33:59  21  would have source control witnesses together.  You would have

:34:02  22  what we would call reservoir witnesses together.  That type of

:34:05  23  thing.

:34:05  24                So that's just ideas for exploration.  Given we've

:34:11  25  got Mr. Russell, Mr. Cavanaugh, that we'd like to engage with

:34:15  1   Sarah and her team to see if a process like this might work for

:34:19  2   the United States and the other parties.

:34:20  3               THE COURT:  Good.  Okay.  I like the idea of doing it

:34:23  4   by category or topic.  I think that would be very helpful.

:34:28  5                    And, Sarah, think on that.  And think if you can

:34:31  6   improve or refine.  But that's a good start.

:34:36  7               MS. HIMMELHOCH:  I will definitely think on that, and I

:34:38  8   look forward to receiving a call from BP to talk these things

:34:42  9   through.

:34:43  10                   The one thing I will note is, our thought that is

:34:47  11  we'd like to finish the depositions and the Phase Two

:34:50  12  installment before we begin deposition designations.  I mean,

:34:55  13  the second installment of the Exhibit list.  Because knowing

:34:58  14  what those last two depositions have and what everybody's got on

:35:03  15  their exhibit lists and where the objections are following will

:35:06  16  affect the strategies with respect to deposition designations.

:35:11  17                   So our thought was, we agree it needs to get

:35:14  18  started.  We agree it needs to be done in phase.

:35:17  19                   I am intrigued by the notion of thematic grouping

:35:20  20  of deposition designations because it means I can be mean to

:35:24  21  only part of my team any particular week.

:35:26  22              THE COURT:  There you go.

:35:28  23              MS. HIMMELHOCH:  But we do think that it makes sense to

:35:30  24  get the lay of the land from all of the fact depositions and the

:35:33  25  second installment of exhibit lists before we actually begin the

:35:37   1    designation process.

:35:38   2            THE COURT:  So that would not happen, according to this

:35:42   3    timeline, until mid-April?

:35:46   4            MS. HIMMELHOCH:  Something like that, yes.

:35:51   5            MR. GASAWAY:  Well, let us follow-up with Sarah.

:35:53   6            THE COURT:  Okay.

:35:54   7            MR. GASAWAY:  What we're basically proposing on that is

:35:57   8    early April, April 5th.

:35:59   9            And, again, Your Honor knows only too well what

:36:02  10    happened in Phase One and the need, I think, to having it go

:36:06  11    early.  But let us see if we can have a conversation with her

:36:09  12    this week and come back next week with some common ground.

:36:14  13            MS. HIMMELHOCH:  And I'll just note we are in a very

:36:16  14    different position than Phase One in terms of numbers that we're

:36:21  15    dealing with.

:36:21  16            Still a daunting number, but not the kind of

:36:24  17    numbers we were talking about in Phase One.

:36:27  18            THE COURT:  Daunting but not overwhelming.

:36:30  19            MS. HIMMELHOCH:  Exactly.  The fine line between the

:36:33  20    two.

:36:33  21            MR. BARR:  Brain Barr, PSC.

:36:36  22            Generally, the United States agrees on the timing.

:36:38  23    We'd like to see everything and see what the exhibits are before

:36:40  24    we start this process.

:36:42  25            And I tend to agree, that we are dealing with much

```
:36:44  1  lower numbers of depositions here.  So it will be burdensome,
:36:47  2  but not nearly to the level of Phase One.
:36:50  3          And I think we've learned a lot in Phase One on
:36:54  4  how to do this, so we can certainly make it more efficient
:36:56  5  hopefully.
:36:57  6          THE COURT:  I would hope you've learned a lot.
:36:59  7          MR. BARR:  I need to think about the team issue,
:37:01  8  because I am a little concerned.  I mean, it sounds like a great
:37:04  9  idea.  But I'm worried about, it's one of those ideas that
:37:07 10  sounds good but in practice it would be very difficult to do.
:37:11 11          THE COURT:  You're a naysayer.
:37:14 12          MR. BARR:  I think that, if you're going to have the
:37:16 13  parties come up with a joint group, the parties should be able
:37:19 14  to pick their top 15 or whatever the number is when we do the
:37:23 15  waves.
:37:23 16          There's certainly going to be more than 15
:37:26 17  depositions for each side to be doing here.  And I'd just get
:37:31 18  concerned about, okay, I've got to think about this is in my top
:37:34 19  15 and it's on source control or it's on quantification.
:37:38 20          I just think we're complicating the issue.  Just
:37:41 21  let the parties decide who are going to be in their groups and
:37:44 22  we roll forward.  I think we can work that out amongst
:37:48 23  ourselves.  Rather than having to take another step and trying
:37:51 24  to figure whatever team it falls into.
:37:53 25          THE COURT:  I do think it's worth discussion.  I'm not
```

:37:59   1    telling you we're going to group them thematically, but I do

:38:02   2    think it's an intriguing idea, as Sarah said.

:38:05   3              So let's run it out and see how the discussion

:38:07   4    plays out.

:38:08   5              Nat.

:38:09   6         MR. CHAKERES:  Your Honor, Nat Chakeres for the United

:38:11   7    States.

:38:11   8              Like Sarah said, we're going to want to chew on

:38:15   9    this a little bit.

:38:15   10             The one thing that Brian was probably a super hero

:38:20   11   in terms of number of depositions he did here.

:38:24   12             Some of the other parties have various teams that

:38:26   13   are doing different themes.  So there's some logic to

:38:30   14   considering issues, at least from an efficiency perspective.

:38:36   15             There's also some logic to making sure that one

:38:38   16   small number of attorneys doesn't have 15 designations to do in

:38:42   17   one week.

:38:42   18        THE COURT:  Correct.

:38:43   19        MR. CHAKERES:  So we'll welcome having that

:38:46   20   conversation with Brian and with BP.

:38:48   21        THE COURT:  Good.  All right.  Thank you.

:38:51   22             All right.  Last week, I raised the issue of the

:38:56   23   two-page summaries for the depositions and tossed out an idea.

:39:02   24   We don't need to discuss it today if you all are not prepared.

:39:05   25   But, if you want to give me some comments on my suggestion, all

:39:10  1   ears.

:39:11  2          MR. O'ROURKE:  Your Honor, Steve O'Rourke for the

:39:15  3   United States.

:39:16  4              Could you articulate what was wrong with the first

:39:19  5   batch?

:39:19  6          THE COURT:  Yes.

:39:21  7          MR. O'ROURKE:  Thank you.

:39:21  8          THE COURT:  I certainly may.

:39:23  9              Each party submitted a two-page summary of one

:39:28  10  witness.  And so how many parties did we then have in Phase One

:39:32  11  before Anadarko was no longer in Phase One, et cetera?

:39:38  12              And so Judge Barbier got multiple two-paged

:39:42  13  summaries with regard to every witness.  And there was a lot of

:39:46  14  repetition.  And there was a lot of argument.  Neither of which

:39:52  15  is he interested in.

:39:57  16         MR. O'ROURKE:  I suppose, if I'm not allowed to argue

:40:00  17  why the witness is relevant, why am I bothering summarizing it,

:40:04  18  is one question.

:40:04  19              But perhaps an idea would be this.  You make the

:40:09  20  parties agree amongst themselves on some sort of form of data

:40:13  21  about this witness:  Name, age, employer, which track is he

:40:19  22  relevant to.

:40:20  23         THE COURT:  Responsibility.

:40:21  24         MR. O'ROURKE:  What did he do to earn the response, or

:40:23  25  she.  And that would be a half a page, perhaps.

| | | |
|---|---|---|
| :40:26 | 1 | THE COURT:  Right. |
| :40:27 | 2 | MR. O'ROURKE:  The party from whom the witness comes or |
| :40:30 | 3 | the party requested it would write that up, distribute it, it's |
| :40:33 | 4 | agreed to.  And then the judge would know, okay, this is who |
| :40:36 | 5 | this guy is.  Then that wouldn't be repeated in the summaries. |
| :40:40 | 6 | That would cut something out.  That's one idea. |
| :40:45 | 7 | I do think the idea of you getting 20 pages of |
| :40:49 | 8 | summaries and then you have to summarize is just switching the |
| :40:52 | 9 | work from one part of the courthouse to the other. |
| :40:55 | 10 | THE COURT:  It makes Judge Barbier happier. |
| :41:00 | 11 | MR. O'ROURKE:  So that was one thing we thought of. |
| :41:03 | 12 | THE COURT:  That's very interesting, where we at least |
| :41:05 | 13 | agree to the format and who the person is and what their job was |
| :41:10 | 14 | during the period of the response and then working from there. |
| :41:16 | 15 | So that's helpful.  Thanks, Steve. |
| :41:22 | 16 | Andy. |
| :41:22 | 17 | MR. LANGAN:  I think we can live with something like |
| :41:25 | 18 | what Mr. O'Rourke said. |
| :41:26 | 19 | I guess what I'm trying to avoid is a lot of |
| :41:28 | 20 | unnecessary work that -- in other words, if we introduce a |
| :41:33 | 21 | document that we all have to agree on, that becomes a |
| :41:37 | 22 | negotiation and a process and emails flying around. |
| :41:41 | 23 | THE COURT:  Yeah.  I'm not suggesting that. |
| :41:43 | 24 | MR. LANGAN:  What Steve's talking about sounds like it |
| :41:47 | 25 | could be done in five minutes. |

:41:48    1          THE COURT:  What my thought was, is that Mike O'Keefe

:41:52    2    and I are capable of doing a plain vanilla summary.  Maybe we're

:41:58    3    not.  But that was kind of my thought.

:42:03    4              I am not wedded to the idea.  But that was the

:42:07    5    first thing that occurred to us.

:42:09    6              I do like Steve's idea.

:42:12    7          MR. LANGAN:  I do, too.

:42:13    8              Is there any prospect for simply doing away with

:42:18    9    the two-page process all together?  Which I think was suggested

:42:22   10    at some point, just bag it.

:42:25   11          MR. FITCH:  I was the one who may have suggested that.

:42:27   12              Tony Fitch for Anadarko.

:42:28   13              I had in mind, it must be said, more the

:42:31   14    quantification related deposition than the source control

:42:34   15    depositions.

:42:36   16              The source control depositions, A, are not my

:42:41   17    battle.  But they present issues more like the issues in Phase

:42:47   18    One.

:42:47   19          THE COURT:  That's right.

:42:49   20          MR. FITCH:  The quantification issue, even though we've

:42:52   21    had 15 or 20 fact depositions, they've been of engineers and

:42:57   22    scientists and mathematicians who have been delving in what

:43:01   23    generally is the kind of expert areas.  And those are going to

:43:09   24    be hard to summarize.  It might be worth doing so, but I think

:43:13   25    there's a different range of considerations to be factored in.

```
:43:18   1              THE COURT:  Okay.  Good, Tony.  Thank you.
:43:21   2                   Alan.
:43:22   3              MR. YORK:  Alan York for Halliburton.
:43:24   4                   Having lived through the first process --
:43:26   5              THE COURT:  I was going to ask you, how do you feel
:43:29   6    about that, Alan?
:43:30   7              MR. YORK:  Number one, I will tell everyone who hasn't
:43:33   8    been involved with it, once you get involved with it it simply
:43:36   9    becomes your life.  So you will learn how to get it all through.
:43:40  10                   But one thought, trying to build on what Steve had
:43:42  11    mentioned it, it might make sense, having read some of the first
:43:46  12    Phase Two page summaries, like he said, use that objective data
:43:50  13    to start with and then limit each party to here are
:43:55  14    Halliburton's three or five key points.
:43:58  15              THE COURT:  For that witness.
:44:00  16              MR. YORK:  Where we're not having to make sure it's
:44:02  17    drafted well and reads well.  It's just a bullet point 1, 2, 3,
:44:06  18    4, 5.
:44:07  19                   And then the Court to take those submissions, and
:44:09  20    then instead of having to do the work, fold that into a single
:44:13  21    document.
:44:14  22              THE COURT:  Cut and paste.  Cut and paste.
:44:16  23                   Mr. Barr.
:44:17  24              MR. BARR:  I mean, I guess the first question I would
:44:19  25    have is, did Judge Barbier find these useful.
```

| | | |
|---|---|---|
| :44:22 | 1 | And I tend to agree to a degree -- |
| :44:24 | 2 | THE COURT:  He did except -- he did find them useful. |
| :44:27 | 3 | Except to the extent that they were repetitive times X amount of |
| :44:33 | 4 | party, okay?  And that was a problem. |
| :44:38 | 5 | So, yes, did he find them helpful. |
| :44:40 | 6 | MR. BARR:  I'd be hopeful that we could at least cut |
| :44:43 | 7 | out -- I mean, if we get these down to one page, like Alan is |
| :44:46 | 8 | suggesting.  I think that's a great idea. |
| :44:48 | 9 | And then, if we can get the combined efforts of |
| :44:51 | 10 | the PSC and the United States and the states, and we submit a |
| :44:55 | 11 | combined one for that witness maybe.  That at least cuts a lot |
| :44:58 | 12 | of it down.  So we're all just submitting one page from each of |
| :45:02 | 13 | the witnesses that we're offering. |
| :45:06 | 14 | I think, on a source control witness, it's |
| :45:08 | 15 | probably going to be more information than the PSC and the |
| :45:11 | 16 | states want to point out. |
| :45:12 | 17 | I think, on the quantification witnesses, I |
| :45:14 | 18 | probably won't even have a summary.  I mean, there's probably |
| :45:18 | 19 | going to be something the United States wants to point out to. |
| :45:21 | 20 | Me that makes some sense maybe. |
| :45:24 | 21 | MR. O'ROURKE:  There is Steve O'Rourke for the United |
| :45:25 | 22 | States. |
| :45:25 | 23 | We'll be fine to with no summary, just so that's |
| :45:28 | 24 | clear.  Or doing just a little dance sheet. |
| :45:31 | 25 | THE COURT:  I think Tony makes a good point on the |

| | |
|---|---|
| :45:35 | 1 |

technical nature of some of these witnesses.  You know, the

summary for them might be more difficult.  And, the United

States, for example, might want to say Dr. So-and-so says that X

amount of barrels spilled into the Gulf of Mexico.

        MR. O'ROURKE:  We have to include the equations.

        MR. FITCH:  Well, I think you can't do a quantification

summary in one page.  Because a given witness, Camilli, there

are arguably two dozen issues with his methodology.  All of

which the United States can support, and all of which we

potentially may challenge.

            But it may, on the other hand, because this is

complicated stuff, be useful to Judge Barbier to receive, after

some number of steps, a summary for you that says that the

Camilli work appears to raise and it appears that you're going

to hear about and need to concentrate on certain factors, how he

got to his gas oil rig, validity of the complement, why he

changed during some of the iterations and various publications,

whatever it may be with the Camilli.  Or Flume or Guy, if

they're going to reply on the Flume stuff or the others.

            So I do think it's useful.  But it's a little more

nuanced.

        THE COURT:  Okay.  I'm with you.

            Keeping in mind that I'm not sitting in trial and

I'm not sitting in these depositions, and I'm very grateful for

both of those things.

:47:22   1          MR. FITCH:  I can certainly understand that.

:47:24   2          THE COURT:  Okay.

:47:25   3              Rob.

:47:26   4          MR. GASAWAY:  Your Honor, only the premise that Judge

:47:29   5     Barbier finds this helpful, I think there are three things that

:47:31   6     we've agreed on and one open item.

:47:33   7              Three things, is I think the comment of intro is

:47:38   8     good.  That won't be repetitive.

:47:40   9              Second thing, I think a limited number of

:47:43   10    submissions to you.  And I would suggest three in all cases, if

:47:46   11    we can do it:  BP-Anadarko, Halliburton-Transocean and

:47:50   12    PSC-states-United States.  So, if there's only three documents

:47:54   13    coming at you in Word, then you would just have to cut and paste

:48:00   14    those three documents.

:48:01   15             The third thing is, I think your idea of being a

:48:05   16    buffer, a filter, between us advocates and the trier of fact is

:48:09   17    brilliant.  Because what that's going to do is it's going to

:48:13   18    make sure that there is an editor that's editing out whatever is

:48:17   19    deemed as overly-argumentative.

:48:19   20         THE COURT:  Well, it's going to be vanilla.

:48:23   21         MR. GASAWAY:  And it's going to be make parties be more

:48:27   22    vanilla.  Because obviously, if the trier of fact is the editor,

:48:30   23    they'd say well, in the process of editing out, my advocacy is

:48:35   24    going.  So, although it puts the burden on Your Honor and on

:48:38   25    Mike, I do think that is going to solve a lot of problems.

|  |  |  |
|---|---|---|
| :48:40 | 1 | I think the remaining problem to be solved is this |
| :48:43 | 2 | issue of the highly technical depositions.  In some sense, those |
| :48:50 | 3 | are the very depositions that, if we're going to go through this |
| :48:52 | 4 | process, you would think that that could be most helpful for. |
| :48:56 | 5 | As opposed to Judge Barbier diving into the Camilli deposition |
| :49:02 | 6 | and saying:  Okay, the gas oil ratio and how it was adjusted |
| :49:06 | 7 | over time, the first value, the second value, was it moved, you |
| :49:10 | 8 | know, to get to a result or was it moved due to further |
| :49:16 | 9 | analysis.  That's probably the type of thing that's going to be |
| :49:18 | 10 | hard for him to figure out from one deposition to the next to |
| :49:23 | 11 | the next. |
| :49:23 | 12 | So I do think that, if Judge Barbier wants to go |
| :49:27 | 13 | through the process, and if Your Honor and Mike are going to |
| :49:31 | 14 | spend all the time, if we have use as a filter, if we limit the |
| :49:35 | 15 | number to three, if we have the common module, maybe we can work |
| :49:39 | 16 | with within those parameters and talk a little bit more about |
| :49:44 | 17 | the best way to convey the technical information. |
| :49:46 | 18 | THE COURT:  Let's continue to brainstorm it. |
| :49:48 | 19 | And the fact that Cameron was not included in the |
| :49:53 | 20 | three groupings, Cameron gets to chose which of those groupings |
| :49:59 | 21 | they'd like to be in. |
| :50:02 | 22 | MR. O'ROURKE:  Your Honor -- |
| :50:04 | 23 | THE COURT:  You don't want Cameron? |
| :50:07 | 24 | MR. O'ROURKE:  Yeah, we don't want Cameron. |
| :50:09 | 25 | I almost think we've just eliminated the part |

:50:11  1  where you and Mike have to narrow down summaries, if we're doing

:50:17  2  a joint data sheet about who this person is and what track it

:50:21  3  fits in.  And then we're doing three one-pagers.  You guys

:50:28  4  probably don't have to do anything.

:50:29  5          THE COURT:  What we might do is combine the three

:50:32  6  one-pagers into a one three-pager.  But I hear you.

:50:42  7          MR. O'ROURKE:  You mean, with a staple?

:50:44  8          THE COURT:  We'll staple it.

:50:46  9              So let's see.  Let's continue to talk about that

:50:49  10  and see.  But that's a good working idea to proceed from.

:50:53  11              Okay.  Let's hear --

:50:59  12          MR. BAAY:  David Baay from Transocean.

:51:02  13              This probably comes from my lack of listening.

:51:03  14              I wanted to make clear on the dates that Rob laid

:51:06  15  out, March 5th, March 8th and March 15th.  Are those going to be

:51:12  16  each parties' -- just the designation of the deposition, just

:51:17  17  their cuts?

:51:18  18          MR. GASAWAY:  No, no.

:51:19  19              That was the idea of they would start and say

:51:22  20  these are the deponents that we think we should do designations

:51:31  21  for.

:51:31  22          MR. BAAY:  Just the names of the witnesses.

:51:33  23          MR. GASAWAY:  Just the names of the witnesses.

:51:34  24              And they would have a list of witnesses on March

:51:36  25  8th.

:51:37  1      March 15th, we could come back and say:  No, we

:51:41  2   think the designation should include the following witness.

:51:42  3           So that was just their initial list.

:51:44  4           What I thought was contemplated, Your Honor,

:51:47  5   originally, for today, on your timeline was just a list of

:51:50  6   depositions.

:51:51  7           THE COURT:  Correct.

:51:52  8           MR. GASAWAY:  Not starting the actual designation

:51:54  9   process.  That was my thought.

:51:55  10           MR. BAAY:  Got it.  Thank you.

:51:57  11           THE COURT:  Okay.

:51:58  12           All right.  Tony, anything to report on the agreed

:52:07  13   to order?  With the hopefully agreed to order

:52:13  14           MR. FITCH:  I know you're thinking to yourself

:52:15  15   promises, promises.

:52:17  16           THE COURT:  I'm really not.

:52:18  17           MR. FITCH:  Sarah sent Rob and me some additional

:52:22  18   editing suggestions, and I think defendants find those to be

:52:27  19   fine.

:52:28  20           Sarah, I apologize for my radio silence.  I got

:52:35  21   grabbed by a bug a little bit earlier this week, among other

:52:38  22   things.

:52:39  23           So I don't mean to spring this on Sarah, but I

:52:43  24   really don't have much that I am springing.

:52:46  25           As Sarah knows -- well, I think there's agreement

:52:49   1   on 99 percent of the wording.

:52:51   2            And there is additional wording, as I mentioned a

:52:55   3   week or so ago to you, to take into account -- much of it

:53:00   4   suggested by Sarah -- to take into account the different

:53:04   5   circumstances in Phase Two and the expectations as to what these

:53:12   6   expert reports are going to consist of.

:53:14   7            There is one substantive disagreement.  And that

:53:17   8   is the issue of, when a party, as it tenders and serves its

:53:24   9   expert reports, will also be providing non-publically or

:53:29  10   otherwise -- non-publically available or otherwise unavailable

:53:35  11   consideration materials.

:53:37  12            The United States and Sarah will argue this

:53:39  13   whenever you want to hear it, wants a material amount of time to

:53:44  14   lapse between the service of the reports and the service of any

:53:49  15   other consideration materials that need to be provided.

:53:54  16            The defendants have concerns about that.  Sure,

:53:57  17   one has to balance the fact that we're working -- going to be

:54:01  18   working like crazy to get these reports in, and then you have to

:54:04  19   worry about marshalling the consideration materials also.

:54:08  20            This defendant thinks that the marshalling

:54:11  21   shouldn't be that big a deal when you're doing your -- as you're

:54:17  22   work along on your report.

:54:20  23            This defendant notes also that a lapse -- a

:54:25  24   material lapse of time between report and service consideration

:54:29  25   materials, any given amount of time affects the amount of time

:54:32  1   remaining before our reports are due or next date reply reports

:54:38  2   are due to look over those materials.

:54:40  3            Now, the United States has had several months,

:54:43  4   years, in which to get its reports together.

:54:46  5            Are we working with our experts and our reports?

:54:49  6   Of course.  But what we're going to be doing in a month's time

:54:53  7   depends hugely on what the decisions the United States has made,

:54:57  8   as we've discussed a little bit before, about which

:55:00  9   methodologies are going to continue to be supported.  Maybe they

:55:05  10  all are.  Maybe Plume is going to disappear.  Maybe something

:55:11  11  else is going to come along.  There seems to be given a

:55:15  12  privilege assertions.  Apparently there's going to be

:55:17  13  modification of some of the other reports that have already been

:55:21  14  deposed and so on.  There going to be additional expert reports.

:55:25  15           The United States has a big job of getting its

:55:29  16  reports in, we recognize.  We have a bigger job and we have a

:55:33  17  tighter frame.  Therefore, we're very concerned -- at least,

:55:36  18  this defendant is very concerned not to have a material amount

:55:39  19  of time between submission of report and submission of

:55:42  20  consideration material.  Either no time -- three or four or five

:55:46  21  days is what makes sense to us.

:55:48  22           Sarah has a different view, and Rob may have a

:55:51  23  different view.

:55:52  24           You may want to hear -- now that I've had my two

:55:55  25  cents worth, you probably should hear their two cents worth.

:56:00   1   You may want to decide now, you may want us to get on the

:56:03   2   telephone again, you may want us to see all this other wording

:56:05   3   before you decide.  Whatever you want to do.  But that's where

:56:08   4   we are.

:56:08   5            THE COURT:  Okay.

:56:09   6                Sarah, do you want to comment on that issue?

:56:11   7        MS. HIMMELHOCH:  I'm happy to, or is Mr. O'Rourke

:56:14   8   already at the podium?

:56:16   9            THE COURT:  No, he's not.  As a matter of fact, he

:56:18   10  nodded off.

:56:19   11       MS. HIMMELHOCH:  I feel a little bit -- here's where we

:56:24   12  are coming from.

:56:25   13               We have been working with the draft order as

:56:29   14  proposed by Mr. Fitch as sort of what we expected the timeframes

:56:34   15  to be since nobody talked about the timeframes being altered in

:56:39   16  all of the discussions up until this last week.  Is what we had

:56:45   17  expected from Phase One, that we would have some time between

:56:47   18  the issuance of the report and the delivery of consideration

:56:51   19  materials.

:56:52   20               We're giving up rebuttal time to the other side to

:56:55   21  give them the same amount of time that we're asking for.  For

:56:58   22  us, it's ten days.

:57:01   23               And, ultimately, if the defendants feel they're

:57:05   24  going to be prejudiced by those ten days, I think the resolution

:57:09   25  at this point, given that it's been raised so late into the

:57:11  1    United State's preparation process, is to give the defendants

:57:14  2    another ten days to provide their response reports and us

:57:18  3    another ten days to provide our reply reports.  Rather than to

:57:22  4    deprive us of a meaningful opportunity that we've been relying

:57:26  5    on based on the Phase One precedent and what everybody's

:57:29  6    comments on Tony's draft order were up until just the last few

:57:32  7    days.

:57:33  8            THE COURT:  Okay.  Thank you, Sarah.

:57:35  9                 Rob?

:57:38  10           MR. GASAWAY:  Just two points, Your Honor.  Or maybe

:57:43  11   three points.

:57:44  12                The relevant time period in Phase One was 38 days

:57:49  13   from when we got the consideration materials to our reports.  If

:57:52  14   there were no time, it would be 28 days here.

:57:56  15                Now, obviously, Sarah just suggested a ten day

:58:01  16   extension of that period.  If they were simultaneous, that would

:58:03  17   mean you were back to 38 days.  If Sarah gets her ten days,

:58:08  18   then, you know, it's back to 28.

:58:11  19                So maybe we can live with her suggestion of more

:58:14  20   time between reports, that would certainly solve the problem.

:58:18  21   That's a first idea here.

:58:22  22                But, if we don't lengthen that time, we can't go

:58:26  23   from 38 days of Phase One to 18 days now.  That just won't work.

:58:32  24                In terms of the fact that they've been doing this,

:58:35  25   remember, they got a one-week extension.  And so, if they were

:58:39  1     working under the assumption they got ten days, well they just

:58:43  2     got seven of those ten days.  So I suppose, if they want to make

:58:46  3     the reliance argument, we'd be happy with five.

:58:51  4             So I think where we should be on this is we were

:58:55  5     saying zero, they were saying ten.  They got a one-week

:58:58  6     extension down to three.  I think we should go down to five or

:59:01  7     go with the extension that Sarah just throwed out, and maybe we

:59:04  8     can agree on the extension.  But one or the other, I think we

:59:06  9     should do that.

:59:07  10            THE COURT:  Okay.

:59:08  11            MS. HIMMELHOCH:  And I'll just note, Your Honor, we

:59:09  12    didn't get an extension for no reason at all.  We got an

:59:11  13    extension because there are two depositions that are outstanding

:59:15  14    that could affect our expert's opinion and could affect what we

:59:18  15    need to provide in terms of considered materials and opinions.

:59:23  16            We didn't get the extension because nothing's

:59:24  17    happening; we got the extension because we have to retake part

:59:28  18    of the BP 30(b)(6) depositions, and because BP's contractor

:59:31  19    Oceaneering deposition kept getting delayed as a result of

:59:36  20    document production issues.  It's not because we don't -- we are

:59:39  21    not going to be using new information coming in.

:59:42  22            THE COURT:  I'm with you.  Thank you.

:59:46  23            Okay.  We're going to look at the calender and try

:59:48  24    to resolve that so Tony can get his agreed-to order out.

:59:53  25            Okay.  Sarah, anything to report on the order

:00:03  1    clarifying communications between US and the states?

:00:07  2              MS. HIMMELHOCH:  Yes.  I have got a response from the

:00:09  3    BP I think yesterday or the day before, and I'm now running my

:00:12  4    track lines here at the US and with the states, and I'll report

:00:15  5    back next week on where we are.

:00:17  6              THE COURT:  Good.  Thank you.

:00:18  7                   That's all of I have on the agenda; but, Andy, you

:00:21  8    obviously have something else.

:00:22  9              MR. LANGAN:  Yeah.  It's had a housekeeping thing, Your

:00:24  10   Honor.

:00:25  11                  Does everybody remember Pleading Bundle A?

:00:28  12   Personal injury claims.

:00:29  13             THE COURT:  Yes.

:00:30  14             MR. LANGAN:  So, going back in time, we answered

:00:34  15   several Pleading Bundle A complaints per Pretrial Order Rule 11,

:00:40  16   I think, as it told us to do.

:00:42  17                  At the same time, back in May of 2011, there was

:00:45  18   an order of the Court that said do not -- you don't need to

:00:51  19   answer any more Pleading Bundle A complaints until Judge Barbier

:00:54  20   resolves motion practice related to other bundles.

:00:57  21                  He may have -- I guess he's done that now.  But

:01:00  22   we've never set a new date for answers.

:01:02  23                  And so, it seems to me, Your Honor, we could do a

:01:04  24   couple of things, just to make sure the record's clear.  Maybe

:01:09  25   we set a new date for answers, or maybe we just generally say

:01:14   1   parties don't have to answer until further order of the Court.

:01:20   2           But the last note we have on this is a May 4, 2011

:01:25   3   working group order, paragraph 10, that says:  No party required

:01:29   4   to respond a Bundle A complaint until after the motions pending

:01:35   5   in other bundles are solved by Judge Barbier.

:01:38   6           I think we've got like nine or so cases that we

:01:40   7   haven't answered, and we just want to make sure that we're doing

:01:42   8   the right thing

:01:43   9           THE COURT:  We'll take care of that, Andy.  Thank you.

:01:46   10          Alan.

:01:47   11      MR. YORK:  Actually, this issue came up this week, and

:01:49   12   I actually looked at it, and think I might have the answer or an

:01:51   13   answer, Andy.

:01:53   14          PTO 25 defines with an exhibit spreadsheet the

:01:58   15   cases that are designated as Bundle A cases.

:02:01   16          If a case is designated as a Bundle A case, then

:02:05   17   answers or motions to dismiss were required.  And if motions to

:02:10   18   dismiss to dismiss -- you didn't have to answer until the Court

:02:12   19   has ruled on the motion to dismiss.

:02:14   20          Anything that wasn't on Exhibit A and defined as a

:02:17   21   Bundle A case was deemed to be a Bundle B-1 or B-3 case, and

:02:21   22   therefore subject to the Court's general stay order.

:02:24   23          So unless -- our reading of the orders is that,

:02:28   24   unless and until any subsequently filed case is officially

:02:32   25   designated as a Bundle A case, there is no answer that is due in

| | | |
|---|---|---|
| :02:36 | 1 | that case and it's subject to the Court's general stay. |
| :02:40 | 2 | THE COURT:  Okay.  We'll look at it. |
| :02:44 | 3 | MR. LANGAN:  Thank you. |
| :02:45 | 4 | THE COURT:  What else have we got? |
| :02:48 | 5 | Uh-oh, Rob's up. |
| :02:52 | 6 | MR. GASAWAY:  I've got one yawn and one eye roll. |
| :02:56 | 7 | Would you like to hear the yawn first or the eye roll? |
| :02:59 | 8 | THE COURT:  The eye roll.  I want to end the meeting on |
| :03:02 | 9 | a yawn. |
| :03:03 | 10 | MR. GASAWAY:  Can anybody guess the deposition that an |
| :03:07 | 11 | eye roll agenda item would relate to? |
| :03:11 | 12 | THE COURT:  Professor Leifer, University of California |
| :03:15 | 13 | Santa Barbara. |
| :03:16 | 14 | MR. GASAWAY:  There is an issue that is remarkable that |
| :03:21 | 15 | came up in the course of his deposition. |
| :03:24 | 16 | I made a representation to counsel that I would |
| :03:27 | 17 | not foreshadow what the issue is, because it is truly |
| :03:32 | 18 | remarkable. |
| :03:35 | 19 | There is good news I think for everybody in the |
| :03:37 | 20 | sense that instead of handling this case and the discovery |
| :03:41 | 21 | issues in this case in-house, as the University of California |
| :03:44 | 22 | had done, now that this remarkable issue came up, they have |
| :03:51 | 23 | retained outside counsel, litigation counsel.  Which, |
| :03:53 | 24 | ordinarily, when your opponent lawyers-up, you might have a |
| :03:57 | 25 | problem.  But we think this is a positive development. |

:04:00  1           And, if the Court wouldn't mind, without

:04:02  2  foreshadowing in any way the substance of the development, what

:04:06  3  we'd like to do is just impose on the Court to set a time where

:04:09  4  we can talk to the new outside counsel, USCB, BP, United States

:04:15  5  if they'd like to participate, and just have a little

:04:19  6  discussion.

:04:19  7           THE COURT:  Outside counsel for the university?

:04:21  8           MR. GASAWAY:  Yeah.  And if inside counsel wants to

:04:23  9  participate.

:04:24  10          I'm not sure if they want to have just the

:04:26  11 outside.  But there is new outside counsel.

:04:27  12          And the only importance of that is we'll need to

:04:30  13 supply new names to Marie.

:04:32  14          THE COURT:  That's not a problem.

:04:34  15          Although, if the professor now has outside

:04:36  16 counsel, I'd like to deal with outside counsel.  That's what

:04:38  17 this attorney has been retained to do.

:04:42  18          MR. GASAWAY:  Okay.

:04:43  19          THE COURT:  And so I'd rather uncomplicate matters by

:04:47  20 dealing with the person that has been retained to deal with the

:04:50  21 issue that we've discussed.

:04:55  22          MR. GASAWAY:  Okay.

:04:56  23          Just to clarify, I think the outside counsel has

:04:58  24 been retained by the University of California, as opposed to

:05:03  25 Professor Leifer.

:05:04  1            THE COURT:  On behalf of --

:05:06  2            MR. GASAWAY:  On behalf of this whole deposition.

:05:08  3            THE COURT:  That's fine.  And I'm happy to talk to that

:05:11  4  person.  But I would like to keep it simple and just have that

:05:16  5  person participate, because that person has been specially

:05:19  6  retained for that reason.

:05:21  7            MR. GASAWAY:  Understood.

:05:22  8            MS. HIMMELHOCH:  And, Your Honor, I recognize your

:05:25  9  desire to keep things simple, but I think the US would at least

:05:29  10  to listen in.  We'll try not to interfere or complicate.

:05:33  11            THE COURT:  You're welcome to listen in, Sarah, and

:05:35  12  we'll include you.

:05:37  13            I am fine on Monday morning, if that works for

:05:42  14  them.  I know they're on Pacific Time, and I'm tired of

:05:46  15  discussing Pacific Time with them.  I want to do it on Monday

:05:50  16  morning, and I'm sorry if they have to get up early.

:05:56  17            MR. GASAWAY:  Is there a specific time, Your Honor?

:05:58  18            THE COURT:  No.  I'm open on Monday morning.

:06:00  19            MR. GASAWAY:  We'll arrange it.

:06:01  20            THE COURT:  Can you hear the frustration?

:06:03  21            MR. GASAWAY:  I can hear the frustration, Your Honor.

:06:06  22            THE COURT:  So I don't want anybody telling me that

:06:09  23  it's two hours earlier there.  If they have a problem, they want

:06:14  24  to call it to the Court's attention, then they participate with

:06:18  25  the conference Central Standard Time.  And I'm not accommodating

:06:23  1    them, they're going to accommodate me.

:06:26  2           Now let's get the yawn.

:06:28  3        MR. GASAWAY:  The yawn is just, several weeks ago, the

:06:31  4    United States had come forward with a proposed order for a bunch

:06:36  5    of parties having to do with sample extracts.

:06:39  6          We've talked to them and we've decided that that's

:06:41  7    a good idea, we'd like BP to be able to take advantage of that.

:06:45  8    So we've convinced them to morph that into a joint order, a

:06:48  9    joint motion.  And we'll be re-raising that with the Court

:06:52  10    shortly on a consensual basis.

:06:53  11        THE COURT:  Good.  That sounds good.

:06:55  12          Anything else we need to cover?

:06:55  13        (No response.)

:06:59  14        THE COURT:  All right.  Everybody, thank you very much.

:07:01  15    Congratulations on Week One.

:07:03  16        MR. WILLIAMS:  I apologize, Your Honor.  One final

:07:05  17    question.

:07:05  18          We'd discussed last night the issue of when

:07:08  19    Transocean or other parties should designate their bundles for

:07:14  20    their case in chief.  Should we do that at the Thursday

:07:17  21    marshalling conference that closely corresponds with our case in

:07:22  22    chief?

:07:25  23        THE COURT:  I thought about that last night, and then

:07:28  24    decided not to think about it anymore.

:07:32  25        MR. WILLIAMS:  As long as I know what to tell my team

| | |
|---|---|
| :07:36 | 1 |
| :07:41 | 2 |
| :07:41 | 3 |
| :07:43 | 4 |
| :07:45 | 5 |
| :07:46 | 6 |
| :07:50 | 7 |
| :07:56 | 8 |
| :08:00 | 9 |
| :08:02 | 10 |
| :08:03 | 11 |
| :08:09 | 12 |
| :08:13 | 13 |
| :08:22 | 14 |
| :08:24 | 15 |
| :08:28 | 16 |
| :08:31 | 17 |
| :08:32 | 18 |
| :08:33 | 19 |
| :08:34 | 20 |
| :08:36 | 21 |

in advance, I'm happy with that.  We can defer that.

THE COURT:  No, no.

You're next up.

MR. KRAUSE:  Doug Krause on behalf of the State of Louisiana.

After reviewing the PSC's list of 126, we may have identified a couple that we wish to submit for the plaintiffs to collectively close their case.  We're probably be prepared to do so Thursday.

THE COURT:  Okay.

And Carter, getting back to you, I don't know how long your presentation is projected to take, and neither do you. And so, if you want to do it the Thursday after you start, that seems reasonable to me.

MR. WILLIAMS:  Very good.  We'll be prepared for next Thursday.  But, if it's not our time, we'll do it the week after.

THE COURT:  Exactly.  Okay?  And we'll just roll from there the same way.

Thank you very much.

(11:07 a.m., proceedings concluded.)

```
 1                          CERTIFICATE

 2


 3
             I, Susan A. Zielie, Official Court Reporter, do hereby
 4   certify that the foregoing transcript is correct.

 5


 6
                              /S/ SUSAN A. ZIELIE, FCRR
 7                        _____

 8                            Susan A. Zielie, FCRR

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## 0

**0-79** [1] - 8:18
**0-80** [1] - 8:8

## 1

**1** [13] - 1:6, 6:6, 6:20, 6:23, 6:24, 7:2, 8:1, 16:13, 23:19, 38:11, 45:10, 45:24, 62:17
**1,500** [1] - 52:5
**1,900** [1] - 18:4
**10** [2] - 6:6, 75:3
**10-MD-2179** [1] - 1:5
**100** [1] - 13:19
**1000** [2] - 2:3, 16:18
**1001** [1] - 3:15
**11** [1] - 74:15
**1111** [1] - 4:24
**1179** [2] - 22:6, 22:15
**118** [1] - 47:18
**11:07** [1] - 80:21
**12** [1] - 52:2
**1201** [1] - 4:7
**1221** [1] - 3:22
**123** [1] - 24:21
**126** [1] - 80:6
**1300** [1] - 4:15
**1331** [1] - 4:11
**14** [2] - 6:12, 6:14
**141** [1] - 47:19
**15** [5] - 57:14, 57:16, 57:19, 58:16, 61:21
**15th** [7] - 46:25, 47:13, 47:15, 49:9, 54:3, 67:15, 68:1
**1615** [1] - 4:15
**1665** [1] - 4:11
**1700** [1] - 4:8
**1730** [1] - 4:21
**18** [2] - 52:1, 72:23

## 2

**2** [5] - 6:7, 6:20, 6:23, 7:5, 62:17
**20** [4] - 1:6, 6:13, 60:7, 61:21
**20004-2541** [1] - 4:24
**20005** [1] - 3:12
**20006** [1] - 4:18
**20044** [1] - 2:19
**2010** [1] - 1:6
**2011** [2] - 74:17, 75:2
**2012** [1] - 23:19
**2013** [3] - 1:6, 6:24, 8:1
**2020** [1] - 4:18
**2179** [2] - 14:15, 14:18

**22nd** [1] - 54:5
**25** [3] - 6:10, 37:21, 75:14
**26** [1] - 6:18
**28** [2] - 72:14, 72:18
**2828** [1] - 4:21
**28th** [2] - 11:20, 37:8
**2990** [1] - 2:9
**29th** [1] - 54:6

## 3

**3** [4] - 6:9, 6:21, 7:6, 62:17
**30(b)(6** [3] - 7:5, 50:23, 73:18
**300** [1] - 3:9
**316** [1] - 2:12
**32** [1] - 6:7
**32502** [1] - 2:13
**33** [3] - 6:8, 6:9, 6:17
**34** [1] - 6:11
**355** [1] - 3:18
**35th** [1] - 3:19
**36130** [2] - 2:22, 2:24
**365** [1] - 2:8
**37** [5] - 18:16, 19:1, 23:25, 38:6, 38:17
**3700** [1] - 3:16
**38** [4] - 47:21, 72:12, 72:17, 72:23

## 4

**4** [5] - 6:12, 7:7, 11:20, 62:18, 75:2
**40** [1] - 6:13
**406** [1] - 1:21
**450** [2] - 2:15, 39:17
**4500** [1] - 3:22
**46** [2] - 6:20, 6:20
**47** [3] - 6:21, 6:23, 7:8
**4th** [1] - 10:25

## 5

**5** [3] - 7:8, 11:21, 62:18
**50** [4] - 7:3, 7:4, 7:5, 47:20
**500** [2] - 1:21, 2:21
**5000** [1] - 3:6
**501** [1] - 2:24
**504.589.7781** [1] - 1:23
**51** [1] - 7:6
**52** [1] - 7:7
**54** [2] - 6:9, 47:20
**546** [1] - 4:3
**55** [1] - 6:10

**5th** [4] - 11:1, 54:9, 56:8, 67:15

## 6

**6** [1] - 7:9
**600** [1] - 2:12
**60654** [1] - 3:10
**63** [1] - 47:19
**655** [1] - 3:12
**6th** [2] - 11:1, 11:5

## 7

**7** [1] - 7:11
**7-5395** [1] - 2:16
**700** [1] - 40:7
**701** [2] - 3:3, 3:5
**70112** [1] - 4:16
**70130** [4] - 1:22, 2:9, 3:3, 4:4
**70139** [1] - 3:6
**70502** [1] - 2:4
**75** [1] - 47:19
**75201** [1] - 4:22
**75270** [1] - 4:8
**7611** [1] - 2:19
**77002** [1] - 3:16
**77010-2010** [1] - 3:23
**770101** [1] - 4:12
**7888** [1] - 7:2
**7th** [1] - 10:25

## 8

**8** [1] - 6:3
**8th** [4] - 46:23, 54:2, 67:15, 67:25

## 9

**90** [1] - 38:17
**90071** [1] - 3:19
**94102** [1] - 2:16
**99** [1] - 69:1
**99.9** [2] - 12:24, 13:20
**999** [1] - 2:4
**9:08** [1] - 52:17
**9:30** [2] - 1:8, 8:2

## A

**A.M** [1] - 8:2
**a.m** [5] - 1:8, 47:19, 47:20, 52:17, 80:21
**ABBEY** [1] - 5:2
**able** [10] - 12:20, 13:15, 16:15, 20:18, 21:16, 23:23, 31:10, 38:18, 57:13, 79:7

**absolutely** [1] - 23:9
**abundance** [1] - 36:21
**accommodate** [2] - 48:16, 79:1
**accommodating** [1] - 78:25
**according** [2] - 45:25, 56:2
**account** [2] - 69:3, 69:4
**accuracy** [2] - 13:19, 13:20
**accurate** [1] - 13:6
**actual** [4] - 36:13, 36:14, 54:8, 68:8
**add** [1] - 17:5
**added** [1] - 32:22
**additional** [4] - 51:15, 68:17, 69:2, 70:14
**adjusted** [1] - 66:6
**admissibility** [1] - 18:9
**admissible** [2] - 18:14, 18:22
**admission** [1] - 40:25
**admit** [1] - 36:14
**admits** [2] - 15:2
**admitted** [11] - 15:12, 16:4, 16:6, 19:2, 19:4, 20:1, 20:2, 36:11, 36:15
**adopt** [1] - 43:5
**advance** [4] - 25:18, 35:24, 36:2, 36:4, 36:17, 36:20, 37:6, 37:11, 37:13, 38:3, 38:14, 39:15, 42:21, 80:1
**advantage** [2] - 54:17, 79:7
**adverse** [3] - 41:8, 41:14, 47:5
**advise** [1] - 27:7
**advising** [2] - 27:24, 27:25
**advocacy** [1] - 65:23
**advocates** [1] - 65:16
**affect** [3] - 55:16, 73:14
**affects** [1] - 69:25
**afternoon** [2] - 47:18, 47:20
**age** [1] - 59:21
**agenda** [5] - 33:12, 35:4, 47:14, 74:7, 76:11
**AGENDA** [1] - 6:1
**ago** [4] - 25:23, 32:24, 69:3, 79:3
**agree** [19] - 9:11, 14:6,

14:7, 17:23, 19:9, 21:17, 31:25, 36:25, 42:22, 44:9, 45:3, 55:17, 55:18, 56:25, 59:20, 60:13, 60:21, 63:1, 73:8
**agreed** [6] - 50:25, 60:4, 65:6, 68:12, 68:13, 73:24
**agreed-to** [1] - 73:24
**agreement** [1] - 68:25
**agrees** [1] - 56:22
**ahead** [7] - 24:7, 28:9, 32:2, 39:1, 45:4, 45:7, 51:24
**aided** [1] - 1:25
**aids** [4] - 25:22, 37:9, 44:19, 45:1
**air** [1] - 9:24
**Al** [1] - 2:22
**AL** [1] - 2:24
**ALABAMA** [2] - 2:20, 2:23
**ALAN** [1] - 4:10
**Alan** [7] - 33:9, 51:9, 62:2, 62:3, 62:6, 63:7, 75:10
**allocation** [2] - 50:25, 51:7, 51:18
**allow** [5] - 37:15, 38:2, 44:13, 48:5, 49:24
**allowed** [1] - 59:16
**allowing** [1] - 28:1
**almost** [2] - 22:14, 66:25
**altered** [1] - 71:15
**alternative** [3] - 35:13, 39:18, 39:19
**ambitious** [1] - 11:12
**America** [1] - 2:18
**amount** [7] - 63:3, 64:4, 69:13, 69:25, 70:18, 71:21
**Anadarko** [3] - 59:11, 61:12, 65:11
**analysis** [1] - 66:9
**AND** [1] - 41:20
**ANDRE** [1] - 5:2
**ANDREW** [1] - 3:8
**Andy** [13] - 15:3, 15:5, 24:6, 25:12, 27:1, 31:15, 35:11, 44:9, 45:3, 60:16, 74:7, 75:9, 75:13
**Andy's** [1] - 44:18
**Angeles** [1] - 3:19
**answer** [7] - 14:14, 74:19, 75:1, 75:12, 75:13, 75:18, 75:25
**answered** [2] - 74:14,

75:7
**answers** [5] - 40:23, 51:11, 74:22, 74:25, 75:17
**Anthony** [1] - 33:13
**ANTHONY** [1] - 2:7
**anyway** [2] - 26:20, 40:13
**apart** [1] - 28:4
**APLC** [1] - 3:4
**apologize** [5] - 23:12, 45:19, 51:4, 68:20, 79:16
**appear** [1] - 36:20
**APPEARANCES** [3] - 2:1, 3:1, 4:1
**APPEARING** [1] - 5:2
**Applicable** [1] - 7:11
**applied** [1] - 24:2
**applies** [1] - 1:8
**apply** [1] - 51:16
**appreciate** [3] - 25:7, 46:18, 51:2
**approach** [1] - 27:7
**appropriate** [1] - 24:12
**APRIL** [1] - 1:6
**April** [4] - 54:9, 56:3, 56:8
**areas** [1] - 61:23
**arguably** [1] - 64:8
**argue** [3] - 18:19, 59:16, 69:12
**argument** [2] - 59:14, 73:3
**argumentative** [1] - 65:19
**arrange** [1] - 78:19
**articulate** [1] - 59:4
**ASAP** [1] - 46:8
**ASBILL** [1] - 3:13
**aside** [1] - 36:1
**asserted** [1] - 41:5
**assertions** [1] - 70:12
**assistants** [1] - 38:7
**associated** [1] - 27:18
**assuming** [1] - 48:17
**assumption** [1] - 73:1
**assuring** [1] - 43:10
**AT** [1] - 1:3
**attempt** [1] - 37:6
**attendance** [1] - 9:2
**attention** [3] - 27:16, 48:11, 78:24
**attorney** [1] - 77:17
**ATTORNEY** [2] - 2:20, 2:23
**attorneys** [3] - 36:3, 48:6, 58:16

**automatically** [2] - 16:4, 16:6
**available** [4] - 9:22, 48:18, 48:21, 69:10
**avalanche** [1] - 45:22
**Avenue** [5] - 2:15, 2:21, 2:24, 3:18, 4:24
**avoid** [2] - 34:2, 60:19
**aware** [1] - 51:8
**aways** [1] - 53:15

## B

**B-1** [1] - 75:21
**B-3** [1] - 75:21
**BAAY** [7] - 3:14, 47:6, 47:13, 47:16, 67:12, 67:22, 68:10
**Baay** [2] - 47:6, 67:12
**BABIUCH** [1] - 3:8
**background** [1] - 22:8
**backstage** [1] - 8:7
**badge** [3] - 8:5, 8:11, 8:13
**bag** [1] - 61:10
**balance** [1] - 69:17
**balanced** [1] - 54:19
**ball** [1] - 23:4
**bar** [4] - 22:20, 22:21, 22:22, 38:8
**Barbara** [1] - 76:13
**Barbier** [19] - 14:23, 20:16, 24:13, 25:24, 36:5, 43:21, 44:14, 45:20, 46:7, 46:12, 59:12, 60:10, 62:25, 64:12, 65:5, 66:5, 66:12, 74:19, 75:5
**Barbier's** [1] - 16:7
**Barr** [2] - 56:21, 62:23
**BARR** [6] - 2:11, 56:21, 57:7, 57:12, 62:24, 63:6
**barrels** [1] - 64:4
**based** [6] - 15:8, 23:14, 24:20, 40:25, 45:9, 72:5
**bases** [1] - 41:16
**basis** [1] - 79:10
**batch** [2] - 52:5, 59:5
**battle** [1] - 61:17
**BAUM** [1] - 4:20
**Baylen** [1] - 2:12
**beat** [1] - 11:7
**BECK** [1] - 3:20
**become** [1] - 19:7
**becomes** [3] - 38:5, 60:21, 62:9
**BEFORE** [1] - 1:12

**begin** [2] - 55:12, 55:25
**behalf** [3] - 78:1, 78:2, 80:4
**bench** [1] - 25:19
**Bennett's** [1] - 22:7
**BERTAUT** [1] - 4:3
**best** [3] - 37:17, 49:7, 66:17
**better** [4] - 15:25, 16:1, 34:9, 53:16
**between** [11] - 33:25, 37:9, 54:19, 56:19, 65:16, 69:14, 69:24, 70:19, 71:17, 72:20, 74:1
**big** [2] - 69:21, 70:15
**bigger** [1] - 70:16
**BINGHAM** [1] - 4:17
**bit** [10] - 25:19, 40:16, 53:2, 53:5, 54:17, 58:9, 66:16, 68:21, 70:8, 71:11
**blame** [1] - 42:11
**blanket** [2] - 41:15, 41:21
**Bly** [1] - 41:11
**Bob** [1] - 22:15
**Bobo** [2] - 45:9, 46:1
**Bobo's** [1] - 38:11
**bothering** [1] - 59:17
**Bottom** [1] - 50:24
**Box** [1] - 2:19
**BP** [22] - 5:3, 7:5, 9:2, 10:6, 19:1, 19:12, 27:21, 28:1, 29:1, 29:11, 41:17, 44:18, 51:3, 52:1, 54:19, 55:8, 58:20, 65:11, 73:18, 74:3, 77:4, 79:7
**BP's** [3] - 50:23, 51:20, 73:18
**BP-Anadarko** [1] - 65:11
**brain** [1] - 56:21
**brainstorm** [1] - 66:18
**break** [2] - 12:21, 28:4
**bREIT** [2] - 17:13, 32:17
**Breit** [7] - 11:22, 12:4, 24:9, 24:24, 39:6, 42:20, 45:18
**BREIT** [37] - 2:2, 2:3, 11:23, 12:1, 12:4, 12:11, 13:17, 14:7, 17:15, 17:23, 18:2, 19:4, 19:15, 20:10, 20:13, 23:11, 24:19, 25:8, 27:9, 34:7,

37:3, 38:23, 39:16, 39:19, 40:11, 40:17, 41:7, 41:11, 42:9, 42:12, 44:3, 45:19, 46:2, 46:4, 49:3, 49:17, 50:4
**BRENNAN** [3] - 3:13, 4:19, 4:20
**BRIAN** [1] - 2:11
**Brian** [4] - 53:8, 54:16, 58:10, 58:20
**briefing** [1] - 47:5
**briefly** [1] - 43:13
**BRIET** [4] - 8:4, 13:3, 13:9, 50:11
**brilliant** [1] - 65:17
**bring** [3] - 11:5, 27:16, 44:24
**buffer** [1] - 65:16
**bug** [1] - 68:21
**build** [1] - 62:10
**bullet** [1] - 62:17
**bullets** [1] - 37:9
**bunch** [3] - 21:8, 24:1, 79:4
**bundle** [2] - 46:12, 46:16
**Bundle** [10] - 6:7, 74:11, 74:15, 74:19, 75:4, 75:15, 75:16, 75:21, 75:25
**bundles** [6] - 18:6, 32:19, 54:18, 74:20, 75:5, 79:19
**Bundles** [1] - 6:10
**burden** [1] - 65:24
**burdensome** [1] - 57:1
**business** [2] - 26:14, 28:15
**BY** [20] - 1:5, 2:3, 2:7, 2:11, 2:14, 2:18, 2:21, 2:23, 3:2, 3:5, 3:8, 3:11, 3:14, 3:18, 3:21, 4:3, 4:5, 4:14, 4:17, 4:23
**bye** [1] - 49:2

## C

**CA** [2] - 2:16, 3:19
**calender** [2] - 48:20, 73:23
**California** [3] - 76:12, 76:21, 77:24
**call-out** [6] - 31:16, 31:20, 35:13, 35:14, 35:21, 36:14
**call-outs** [6] - 26:16, 35:5, 35:16, 35:25,

39:9
**Callouts** [1] - 6:18
**Cameron** [4] - 19:1, 46:24, 66:19, 66:20, 66:23, 66:24
**Camilli** [4] - 64:7, 64:14, 64:18, 66:5
**Camp** [1] - 3:3
**Canal** [2] - 2:8, 2:8
**capable** [2] - 13:3, 61:2
**Captain** [8] - 8:23, 10:9, 10:11, 10:15, 10:18, 29:8, 29:19, 30:16
**care** [7] - 29:11, 32:21, 34:14, 34:19, 46:19, 50:23, 75:9
**careful** [1] - 33:25
**CARMELITE** [1] - 4:3
**Carondelet** [1] - 4:3
**Carter** [5] - 11:25, 20:4, 31:13, 32:21, 80:11
**CARTER** [1] - 3:15
**case** [15] - 22:25, 24:10, 33:21, 75:16, 75:21, 75:24, 75:25, 76:1, 76:20, 76:21, 79:20, 79:21, 80:8
**Cases** [1] - 1:8
**cases** [4] - 65:10, 75:6, 75:15
**catch** [1] - 27:13
**category** [2] - 20:22, 55:4
**caution** [1] - 36:21
**cautioned** [1] - 33:20
**Cavanaugh** [3] - 46:21, 53:8, 54:25
**cc** [1] - 14:19
**Center** [1] - 3:21
**Central** [1] - 78:25
**cents** [2] - 70:25
**certain** [1] - 64:15
**certainly** [6] - 36:25, 57:4, 57:16, 59:8, 65:1, 72:20
**cetera** [1] - 59:11
**Chad** [1] - 11:14
**CHAKERES** [4] - 2:15, 49:7, 58:6, 58:19
**Chakeres** [1] - 58:6
**challenge** [1] - 64:10
**chamber's** [1] - 26:5
**change** [1] - 21:21
**changed** [1] - 64:17
**check** [1] - 32:13
**checking** [1] - 19:22
**chew** [1] - 58:8

**Chicago** [1] - 3:10
**chief** [2] - 79:20, 79:22
**chimed** [1] - 19:21
**choose** [1] - 31:2
**chose** [1] - 66:20
**chronological** [1] - 31:8
**circulate** [1] - 14:25
**circumstances** [1] - 69:5
**City** [2] - 31:4, 31:6
**civil** [2] - 28:22, 29:25
**claims** [1] - 74:12
**clarification** [1] - 46:8
**clarified** [3] - 29:23, 50:10, 50:11
**clarify** [4] - 20:5, 50:5, 51:14, 77:23
**clarifying** [2] - 46:21, 74:1
**clean** [3] - 21:15, 27:21, 33:7
**clean-up** [3] - 21:15, 27:21, 33:7
**clear** [6] - 23:18, 39:16, 44:5, 63:24, 67:14, 74:24
**cleared** [1] - 34:25
**clearer** [1] - 34:11
**clearly** [3] - 27:11, 40:24, 41:20
**clerk** [1] - 17:7
**clients** [1] - 30:9
**close** [2] - 28:14, 80:8
**closed** [2] - 49:19, 50:15
**closely** [1] - 79:21
**Coast** [13] - 27:20, 28:24, 29:2, 29:6, 29:12, 29:15, 29:20, 29:25, 30:3, 30:6, 30:8, 30:15, 30:18
**colleague** [1] - 52:10
**colleagues** [1] - 30:1
**collectively** [1] - 80:8
**color** [1] - 49:12
**column** [2] - 18:24, 19:24
**combination** [1] - 18:21
**combine** [1] - 67:5
**combined** [3] - 54:4, 63:9, 63:11
**coming** [8] - 10:12, 10:13, 33:12, 35:4, 39:8, 65:13, 71:12, 73:21
**comment** [3] - 8:5, 65:7, 71:6
**comments** [2] - 58:25,

72:6
**common** [2] - 56:12, 66:15
**communications** [1] - 74:1
**company** [1] - 40:24
**compare** [1] - 12:20
**compared** [1] - 19:23
**compile** [1] - 14:12
**complaint** [1] - 75:4
**complaints** [3] - 52:7, 74:15, 74:19
**complement** [1] - 64:16
**completed** [2] - 14:10, 46:11
**completely** [2] - 26:4, 42:22
**completeness** [1] - 44:24
**completion** [1] - 17:3
**complicate** [2] - 40:16, 78:10
**complicated** [1] - 64:12
**complicating** [2] - 45:8, 57:20
**Computer** [1] - 1:25
**Computer-aided** [1] - 1:25
**concentrate** [1] - 64:15
**concerned** [5] - 23:12, 57:8, 57:18, 70:17, 70:18
**concerns** [1] - 69:16
**conclude** [1] - 13:25
**concluded** [1] - 80:21
**conclusion** [2] - 13:25, 20:16
**conference** [20] - 10:23, 12:23, 13:24, 14:11, 21:7, 23:7, 31:23, 31:25, 34:2, 34:20, 35:7, 37:15, 42:8, 43:24, 46:7, 48:15, 54:7, 78:25, 79:21
**Conference** [1] - 6:6
**CONFERENCE** [1] - 1:11
**conferences** [1] - 45:20
**conform** [1] - 17:22
**congratulations** [1] - 79:15
**congressional** [1] - 38:11
**connection** [1] - 27:20
**consensual** [1] -

79:10
**consequences** [1] - 26:2
**consideration** [7] - 69:11, 69:15, 69:19, 69:24, 70:20, 71:18, 72:13
**considerations** [1] - 61:25
**considered** [1] - 73:15
**considering** [1] - 58:14
**consist** [1] - 69:6
**consolidate** [1] - 48:10
**consult** [1] - 30:1
**contact** [3] - 29:14, 30:6, 30:8
**contained** [1] - 32:19
**contemplated** [1] - 68:4
**contemporaneously** [1] - 26:13
**content** [1] - 36:6
**context** [8] - 36:5, 36:18, 36:22, 37:17, 39:12, 39:14, 41:21, 44:23
**continue** [4] - 48:20, 66:18, 67:9, 70:9
**continuing** [1] - 18:18
**contractor** [1] - 73:18
**contrary** [1] - 26:1
**control** [6] - 45:11, 54:21, 57:19, 61:14, 61:16, 63:14
**conversation** [4] - 17:6, 45:9, 56:11, 58:20
**convey** [1] - 66:17
**convinced** [1] - 79:8
**copies** [3] - 26:4, 36:7, 43:8
**copy** [1] - 43:7
**COREY** [1] - 2:21
**Coronado** [5] - 6:20, 46:20, 46:22, 47:8, 47:10
**correct** [4] - 18:1, 47:12, 58:18, 68:7
**corresponds** [1] - 79:21
**costume** [2] - 49:6, 49:8
**counsel** [11] - 35:8, 76:16, 76:23, 77:4, 77:7, 77:8, 77:11, 77:16, 77:23
**Counsel** [2] - 2:2, 2:6
**counter** [2] - 46:24,

54:13
**counter-designations** [1] - 54:13
**couple** [7] - 23:14, 25:15, 32:24, 36:9, 39:2, 74:24, 80:7
**course** [5] - 12:5, 30:22, 38:6, 70:6, 76:15
**court** [4] - 18:5, 24:17, 25:2, 37:7
**COURT** [187] - 1:1, 8:3, 8:5, 8:8, 8:13, 8:16, 8:23, 9:11, 9:19, 9:24, 10:2, 10:5, 10:12, 10:14, 10:17, 10:22, 11:18, 11:24, 12:3, 12:9, 13:2, 13:5, 13:10, 13:18, 14:8, 15:10, 15:19, 16:1, 16:10, 16:19, 16:23, 17:2, 17:14, 17:21, 18:1, 19:2, 19:9, 19:25, 20:15, 21:1, 21:10, 21:14, 21:22, 22:1, 22:9, 22:14, 22:20, 23:9, 24:6, 25:5, 25:12, 25:15, 26:19, 26:23, 27:1, 27:3, 28:9, 28:14, 29:8, 29:18, 30:4, 30:11, 30:14, 30:20, 31:1, 31:3, 31:6, 31:17, 32:1, 32:7, 32:18, 33:2, 33:6, 33:12, 33:20, 34:6, 34:8, 34:12, 35:4, 36:25, 38:22, 40:9, 40:14, 41:6, 41:10, 42:6, 42:10, 42:17, 43:12, 43:20, 43:23, 45:8, 45:18, 45:23, 46:3, 46:5, 46:10, 46:18, 46:23, 47:3, 47:12, 47:14, 47:17, 47:24, 48:19, 49:5, 49:11, 49:15, 49:19, 49:22, 49:25, 50:3, 50:10, 50:15, 50:17, 50:19, 51:9, 51:12, 51:21, 51:24, 52:3, 52:8, 52:19, 53:12, 53:19, 55:3, 55:22, 56:2, 56:6, 56:18, 57:6, 57:11, 57:25, 58:18, 58:21, 59:6, 59:8, 59:23, 60:1, 60:10, 60:12, 60:23, 61:1,

61:19, 62:1, 62:5, 62:15, 62:22, 63:2, 63:25, 64:22, 65:2, 65:20, 66:18, 66:23, 67:5, 67:8, 68:7, 68:11, 68:16, 71:5, 71:9, 72:8, 73:10, 73:22, 74:6, 74:13, 75:9, 76:2, 76:4, 76:8, 76:12, 77:7, 77:14, 77:19, 78:1, 78:3, 78:11, 78:18, 78:20, 78:22, 79:11, 79:14, 79:23, 80:2, 80:10, 80:18
**Court** [26] - 1:20, 23:1, 23:5, 23:15, 25:10, 25:23, 26:4, 27:7, 28:7, 32:6, 39:7, 40:3, 40:7, 40:19, 40:24, 41:2, 41:16, 44:15, 45:22, 62:19, 74:18, 75:1, 75:18, 77:1, 77:3, 79:9
**Court's** [7] - 24:20, 27:16, 29:7, 40:4, 75:22, 76:1, 78:24
**courthouse** [3] - 12:7, 48:2, 60:9
**courtroom** [5] - 23:21, 38:7, 47:24, 48:1, 48:7
**Courtroom** [1] - 6:23
**courtrooms** [2] - 47:17, 48:11
**cover** [4] - 10:25, 11:2, 33:17, 79:12
**covered** [3] - 31:11, 31:25, 35:6
**covers** [1] - 41:16
**cracked** [1] - 13:12
**crazy** [6] - 25:14, 25:16, 25:21, 26:23, 26:24, 69:18
**create** [1] - 28:4
**created** [1] - 26:14
**creates** [3] - 26:2, 26:8
**creating** [1] - 44:11
**credential** [1] - 8:15
**criminal** [3] - 28:23, 30:1, 48:22
**cross** [9] - 16:18, 17:17, 37:5, 37:13, 38:3, 38:23, 41:9, 46:24, 54:13
**crowd** [1] - 27:10
**crystal** [1] - 23:18
**Cunningham** [1] - 17:6
**cured** [1] - 33:8

**Cured** [1] - 6:8
**curious** [1] - 51:23
**cut** [11] - 37:22, 37:23, 38:4, 38:7, 38:8, 40:20, 60:6, 62:22, 63:6, 65:13
**cut-out** [5] - 37:22, 38:4, 38:7, 38:8, 40:20
**cut-out's** [1] - 37:23
**cutout** [1] - 37:19, 43:7
**cutouts** [2] - 41:17, 41:18
**cuts** [2] - 63:11, 67:17

**D**

**D-1000** [1] - 16:18
**daily** [1] - 19:23
**Dallas** [2] - 4:8, 4:22
**dance** [1] - 63:24
**danger** [1] - 17:25
**darn** [1] - 23:3
**data** [5] - 9:6, 9:16, 59:20, 62:12, 67:2
**Date** [1] - 6:24
**date** [5] - 34:24, 53:3, 70:1, 74:22, 74:25
**dates** [4] - 53:6, 53:17, 53:18, 67:14
**daunting** [2] - 56:16, 56:18
**Dave** [1] - 47:6
**DAVID** [1] - 3:14
**David** [2] - 10:20, 67:12
**DAVIS** [1] - 3:18
**DAVIS-DENNY** [1] - 3:18
**days** [17] - 11:2, 13:10, 13:16, 70:21, 71:22, 71:24, 72:2, 72:3, 72:7, 72:12, 72:14, 72:17, 72:23, 73:1, 73:2
**DC** [5] - 2:19, 3:12, 4:18, 4:24, 49:8
**de** [1] - 32:23
**de-duped** [1] - 32:23
**deadline** [1] - 23:19
**deal** [3] - 69:21, 77:16, 77:20
**dealing** [3] - 56:15, 56:25, 77:20
**decade** [1] - 12:7
**decide** [4] - 40:4, 57:21, 71:1, 71:3
**decided** [4] - 23:21, 51:18, 79:6, 79:24

**decision** [1] - 35:9
**decisions** [1] - 70:7
**deem** [1] - 24:12
**deemed** [2] - 65:19, 75:21
**DEEPWATER** [1] - 1:5
**Deepwater** [1] - 27:18
**Defendant** [13] - 3:4, 3:7, 3:11, 3:13, 3:17, 3:20, 4:2, 4:5, 4:9, 4:13, 4:17, 4:19, 4:23
**defendant** [3] - 69:20, 69:23, 70:18
**defendants** [5] - 18:7, 68:18, 69:16, 71:23, 72:1
**defer** [1] - 80:1
**defined** [1] - 75:20
**defines** [1] - 75:14
**definitely** [4] - 20:10, 31:18, 44:6, 55:7
**degree** [3] - 11:12, 13:11, 63:1
**delayed** [1] - 73:19
**deleted** [1] - 17:19
**delivery** [1] - 71:18
**delving** [1] - 61:22
**demonstrative** [11] - 25:22, 31:16, 33:24, 37:8, 37:9, 40:15, 40:18, 43:2, 44:19, 45:1, 47:22
**Demonstratives** [2] - 6:10, 35:24
**demonstratives** [16] - 25:22, 26:5, 26:7, 26:15, 33:23, 35:1, 35:12, 39:7, 39:8, 42:15, 42:24, 43:3, 44:10, 44:14, 45:1, 45:6
**DEMONSTRATIVES** [1] - 6:16
**DENNY** [1] - 3:18
**DEPARTMENT** [2] - 2:14, 2:18
**department** [1] - 48:13
**deponents** [1] - 67:20
**deposed** [1] - 70:14
**deposition** [20] - 32:19, 34:23, 37:19, 46:12, 50:24, 51:25, 52:13, 53:3, 53:8, 55:12, 55:16, 55:20, 61:14, 66:5, 66:10, 67:16, 73:19, 76:10, 76:15, 78:2
**Deposition** [2] - 6:7, 6:10

**depositions** [20] - 7:5, 34:21, 34:23, 37:11, 55:11, 55:14, 55:24, 57:1, 57:17, 58:11, 58:23, 61:15, 61:16, 61:21, 64:24, 66:2, 66:3, 68:6, 73:13, 73:18
**deprive** [1] - 72:4
**deputy** [1] - 17:7
**designate** [1] - 79:19
**designated** [3] - 75:15, 75:16, 75:18
**designation** [7] - 54:8, 54:11, 54:12, 56:1, 67:16, 68:2, 68:8
**designations** [12] - 46:24, 47:11, 53:3, 53:9, 54:2, 54:13, 55:12, 55:16, 55:20, 58:16, 67:20
**designee** [1] - 50:23
**Designees** [1] - 7:5
**desire** [1] - 78:9
**detail** [1] - 46:6
**detailed** [1] - 23:13
**details** [1] - 10:17
**determine** [1] - 28:3
**development** [2] - 76:25, 77:2
**Dexter** [1] - 2:21
**difference** [2] - 16:11, 37:9
**different** [11] - 11:23, 24:23, 32:10, 36:8, 39:4, 56:14, 58:13, 61:25, 69:4, 70:22, 70:23
**difficult** [3] - 36:4, 57:10, 64:2
**difficulty** [2] - 11:12, 13:11
**direct** [3] - 17:18, 41:6, 41:10
**disagreement** [1] - 69:7
**disappear** [1] - 70:10
**disclose** [4] - 37:5, 38:2, 42:21, 45:4
**disclosed** [6] - 35:23, 36:2, 36:4, 36:17, 36:19, 39:15
**discovery** [2] - 49:21, 76:20
**DISCOVERY** [1] - 1:11
**discrepancy** [1] - 21:4
**discuss** [2] - 52:22, 58:24
**discussed** [8] - 29:21, 31:24, 37:14, 43:23,

50:6, 70:8, 77:21, 79:18
**discusses** [1] - 37:9
**discussing** [1] - 78:15
**Discussion** [1] - 49:14
**discussion** [8] - 32:17, 35:9, 39:13, 45:14, 49:25, 57:25, 58:3, 77:6
**discussions** [2] - 52:14, 71:16
**dismiss** [4] - 75:17, 75:18, 75:19
**displayed** [1] - 36:9
**distinguish** [1] - 33:24
**distribute** [1] - 60:3
**distribution** [2] - 14:15, 14:18
**DISTRICT** [2] - 1:1, 1:2
**diving** [1] - 66:5
**doc** [1] - 7:2
**document** [10] - 36:14, 39:11, 40:8, 40:23, 40:24, 43:3, 44:22, 60:21, 62:21, 73:20
**documents** [9] - 26:13, 26:14, 32:25, 33:1, 36:13, 40:3, 52:5, 65:12, 65:14
**DOJ** [5] - 8:14, 8:16, 28:22, 28:23, 29:25
**Dominion** [1] - 2:3
**DON** [1] - 3:5
**Don** [5] - 24:7, 24:8, 43:13, 47:5, 50:17
**DONALD** [1] - 4:5
**Donald** [1] - 6:21
**done** [15] - 12:6, 14:2, 20:20, 21:14, 33:9, 33:10, 39:21, 42:2, 42:23, 50:24, 55:18, 60:25, 74:21, 76:22
**Doug** [1] - 80:4
**DOUGLAS** [1] - 3:2
**down** [10] - 12:3, 21:18, 24:15, 26:7, 47:19, 63:7, 63:12, 67:1, 73:6
**downtown** [1] - 31:6
**dozen** [3] - 32:25, 64:8
**Dr** [1] - 64:3
**draft** [3] - 48:16, 71:13, 72:6
**drafted** [1] - 62:17
**DRESCHER** [1] - 2:2
**Drive** [1] - 2:4
**drops** [1] - 2:14
**DSC** [2] - 14:15, 14:18
**duck** [1] - 27:2

**due** [6] - 47:1, 50:21, 66:8, 70:1, 70:2, 75:25
**duped** [1] - 32:23
**during** [10] - 12:5, 12:21, 16:3, 16:18, 18:12, 21:9, 21:14, 50:1, 60:14, 64:17
**duty** [1] - 48:22
**Duval's** [1] - 48:1

**E**

**early** [3] - 56:8, 56:11, 78:16
**earn** [1] - 59:24
**ears** [1] - 59:1
**easier** [2] - 29:3
**EASTERN** [1] - 1:2
**edited** [2] - 17:16, 17:22
**editing** [3] - 65:18, 65:23, 68:18
**editor** [2] - 65:18, 65:22
**efficiency** [1] - 58:14
**efficient** [1] - 57:4
**effort** [2] - 37:12, 38:19
**efforts** [1] - 63:9
**either** [8] - 16:14, 29:25, 33:24, 34:15, 38:19, 39:20, 42:5, 70:20
**electronically** [1] - 38:20
**eliminated** [1] - 66:25
**ELLIS** [2] - 3:7, 3:11
**Elm** [1] - 4:7
**email** [4] - 9:15, 33:22, 34:4, 52:17
**emails** [2] - 42:1, 60:22
**employer** [1] - 59:21
**end** [16] - 8:3, 12:12, 15:10, 15:13, 15:17, 15:20, 16:2, 17:17, 25:13, 29:12, 39:23, 42:8, 43:19, 44:1, 76:8
**ENFORCEMENT** [1] - 2:17
**engage** [1] - 54:25
**Engelbert** [8] - 8:23, 10:9, 10:11, 10:16, 10:18, 29:8, 29:19, 30:16
**engineers** [1] - 61:21
**ENVIRONMENTAL** [1] - 2:17

equations [1] - 64:5
ERIKA [1] - 4:7
errors [1] - 12:25
ESQ [31] - 2:3, 2:6,
2:7, 2:11, 2:14, 2:15,
2:18, 2:21, 2:23, 3:2,
3:5, 3:8, 3:8, 3:9,
3:11, 3:14, 3:14,
3:15, 3:18, 3:21, 4:3,
4:5, 4:6, 4:6, 4:7,
4:10, 4:10, 4:14,
4:17, 4:20, 4:23
establish [1] - 11:14
establishment [1] -
22:18
et [1] - 59:11
evening [5] - 12:10,
12:12, 12:16, 12:18,
19:17
Evidence [2] - 7:10,
26:25
evidence [28] - 15:8,
17:11, 20:15, 25:22,
26:8, 26:14, 26:17,
35:17, 36:12, 36:16,
39:8, 39:9, 39:11,
40:3, 40:6, 41:18,
42:16, 42:25, 43:2,
43:4, 43:9, 44:10,
44:11, 44:14, 44:19,
45:2, 45:13, 50:1
exactly [5] - 8:8, 10:1,
37:25, 56:19, 80:18
examination [15] -
16:18, 17:10, 17:17,
17:18, 21:12, 28:2,
28:12, 37:5, 37:13,
38:3, 38:23, 41:6,
41:9, 41:10, 51:19
examine [2] - 27:21,
28:1
examined [1] - 16:20
examining [1] - 17:9
example [3] - 35:14,
35:17, 64:3
except [5] - 41:11,
46:23, 63:2, 63:3
exception [2] - 23:8,
42:19
Excerpts [1] - 6:11
exchanged [1] - 37:11
excluded [1] - 8:16
Exhibis [1] - 6:14
exhibit [28] - 14:24,
15:8, 16:3, 18:16,
18:20, 20:6, 20:17,
21:16, 23:22, 24:21,
31:10, 32:20, 32:23,
32:24, 33:23, 39:17,
39:22, 39:24, 40:15,

40:18, 41:4, 43:18,
45:10, 45:13, 55:13,
55:15, 55:25, 75:14
Exhibit [3] - 7:2,
16:13, 75:20
exhibits [26] - 14:3,
14:12, 15:14, 15:22,
16:25, 17:11, 17:19,
17:24, 18:4, 18:7,
18:10, 18:11, 18:22,
20:8, 21:19, 23:16,
23:20, 32:19, 33:8,
33:22, 37:10, 41:23,
47:1, 50:21, 56:23
Exhibits [8] - 6:7, 6:7,
6:8, 6:10, 6:12, 6:13,
6:13, 6:14
EXHIBITS [1] - 6:5
exists [2] - 16:12,
44:12
expectations [1] -
69:5
expected [2] - 71:14,
71:17
Expert [4] - 6:9, 6:14,
6:15, 7:9
expert [7] - 40:1,
41:15, 46:16, 61:23,
69:6, 69:9, 70:14
expert's [1] - 73:14
experts [2] - 9:21,
70:5
exploration [1] - 54:24
extension [9] - 72:16,
72:25, 73:6, 73:7,
73:8, 73:12, 73:13,
73:16, 73:17
extent [3] - 29:24,
30:2, 63:3
extracts [1] - 79:5
eye [4] - 76:6, 76:7,
76:8, 76:11

F

facilitate [1] - 29:19
fact [14] - 24:21,
24:23, 25:1, 25:10,
41:14, 47:10, 55:24,
61:21, 65:16, 65:22,
66:19, 69:17, 71:9,
72:24
Fact [2] - 6:10, 6:13
factor [1] - 45:9
factored [1] - 61:25
factors [1] - 64:15
facts [1] - 40:5
failing [1] - 52:16
fair [2] - 31:21, 42:22
Faith [1] - 7:2

FALGOUST [1] - 2:6
falls [1] - 57:24
Fannin [1] - 3:15
far [1] - 33:10
fashion [1] - 25:25
fast [1] - 23:3
fault [2] - 42:9, 52:16
FCRR [1] - 1:20
Federal [1] - 2:14
federal [1] - 42:17
felt [1] - 37:17
few [3] - 25:23, 36:7,
72:6
fields [1] - 32:15
Fifteenth [1] - 3:12
figure [6] - 11:16,
26:5, 36:5, 36:17,
57:24, 66:10
figured [1] - 23:10
file [2] - 28:7, 29:13
filed [2] - 23:15, 23:16,
32:24, 75:24
filter [2] - 65:16, 66:14
final [5] - 32:3, 32:24,
51:3, 52:5, 79:16
fine [14] - 22:7, 24:14,
26:6, 26:10, 30:10,
33:16, 43:7, 52:24,
53:19, 56:19, 63:23,
68:19, 78:3, 78:13
finish [1] - 55:11
finished [5] - 8:24,
9:20, 17:9, 17:18,
21:12
finishing [2] - 47:4,
50:20
FIRM [1] - 2:7
firm [1] - 22:24
first [13] - 11:7, 13:24,
22:17, 39:21, 50:20,
59:4, 61:5, 62:4,
62:11, 62:24, 66:7,
72:21, 76:7
First [1] - 7:3
FITCH [7] - 4:17,
61:11, 61:20, 64:6,
65:1, 68:14, 68:17
Fitch [2] - 61:12,
71:14
fits [1] - 67:3
five [5] - 60:25, 62:14,
70:20, 73:3, 73:6
FL [1] - 2:13
Floor [1] - 3:19
floor [3] - 28:3, 48:2,
49:24
Flume [2] - 64:18,
64:19
flying [1] - 33:22,
60:22

fold [1] - 62:20
follow [2] - 30:19, 56:5
follow-up [2] - 30:19,
56:5
following [4] - 17:3,
54:13, 55:15, 68:2
food [1] - 22:7
footer [1] - 34:18
for-trans [1] - 54:11
foreshadow [1] -
76:17
foreshadowing [1] -
77:2
forget [1] - 21:2
forgets [3] - 21:5,
23:4, 23:6
forgetting [2] - 20:24,
20:25
form [1] - 59:20
format [3] - 32:10,
32:11, 60:13
forth [1] - 54:2
forward [7] - 9:3,
11:17, 52:7, 52:19,
55:8, 57:22, 79:4
foundation [5] -
18:22, 19:5, 19:13,
19:15, 41:1
foundational [1] -
18:8
four [3] - 13:16, 17:19,
39:21, 70:20
fourth [1] - 54:14
frame [1] - 70:17
Francisco [1] - 2:16
frankly [1] - 25:25
freezer [1] - 8:24
FRIDAY [1] - 8:1
Friday [4] - 24:19,
41:21, 46:23, 46:25
Friday's [1] - 48:15
friend [1] - 22:7
front [1] - 22:18
frustration [2] - 78:20,
78:21
FTP [3] - 6:9, 33:13,
33:18
full [2] - 18:8, 18:21
future [1] - 32:8

G

GARUCLEAU [1] -
3:21
gas [2] - 64:16, 66:6
Gasaway [1] - 10:6
GASAWAY [39] - 3:11,
9:18, 10:4, 10:6,
10:13, 10:15, 10:20,
29:10, 29:14, 29:22,

30:5, 30:10, 30:19,
51:14, 52:6, 53:1,
53:13, 53:22, 53:25,
56:5, 56:7, 65:4,
65:21, 67:18, 67:23,
68:8, 72:10, 76:6,
76:10, 76:14, 77:8,
77:18, 77:22, 78:2,
78:7, 78:17, 78:19,
78:21, 79:3
Gate [1] - 2:15
general [2] - 75:22,
76:1
GENERAL [2] - 2:20,
2:23
generally [3] - 56:22,
61:23, 74:25
given [7] - 22:10,
35:25, 54:24, 64:7,
69:25, 70:11, 71:25
glad [2] - 40:11, 51:12
glasses [1] - 22:4
goal [1] - 15:7
Godwin [2] - 43:13,
50:8
GODWIN [19] - 4:5,
4:5, 4:9, 24:8, 24:23,
38:25, 42:5, 43:13,
43:21, 43:25, 44:4,
45:16, 46:9, 49:16,
49:21, 50:2, 50:13,
50:16, 50:18
Golden [1] - 2:15
GOLDMAN [1] - 4:19
good-bye [1] - 49:2
Goodwin [1] - 24:8
Government [2] -
2:14, 18:6
government [1] -
27:24
grabbed [1] - 68:21
Grand [1] - 3:18
GRANT [1] - 3:18
Grassmick [1] - 10:20
grateful [1] - 64:24
great [3] - 29:4, 57:8,
63:8
Greg [1] - 46:11
gregory [1] - 6:20
ground [2] - 26:9,
56:12
group [5] - 18:9, 54:7,
57:13, 58:1, 75:3
grouping [1] - 55:19
groupings [2] - 66:20
groups [1] - 57:21
guarantee [1] - 43:6
Guard [13] - 27:20,
28:24, 29:2, 29:6,
29:12, 29:15, 29:20,

29:25, 30:3, 30:6, 30:9, 30:15, 30:18
**guess** [8] - 15:6, 28:15, 48:13, 53:15, 60:19, 62:24, 74:21, 76:10
**gULF** [1] - 1:6
**Gulf** [1] - 64:4
**guy** [1] - 60:5
**Guy** [1] - 64:18
**guys** [2] - 31:12, 67:3
**GWEN** [1] - 4:10

# H

**half** [3] - 32:25, 41:7, 59:25
**Halliburton** [15] - 9:2, 24:3, 24:8, 24:9, 24:17, 35:15, 35:20, 41:22, 43:14, 44:17, 44:25, 45:17, 50:8, 62:3, 65:11
**Halliburton's** [1] - 62:14
**Halliburton-Transocean** [1] - 65:11
**hand** [5] - 35:14, 37:20, 38:6, 43:8, 64:11
**handle** [2] - 20:18, 37:17
**handling** [1] - 76:20
**happier** [1] - 34:10, 60:10
**happy** [4] - 71:7, 73:3, 78:3, 80:1
**hard** [4] - 34:5, 36:7, 61:24, 66:10
**Harwood** [1] - 4:21
**HAYCRAFT** [1] - 3:5
**HB** [1] - 1:21
**hear** [16] - 8:9, 11:7, 22:8, 23:25, 24:22, 25:4, 25:16, 64:15, 67:6, 67:11, 69:13, 70:24, 70:25, 76:7, 78:20, 78:21
**heard** [1] - 23:20
**hearing** [1] - 34:5
**hearsay** [2] - 42:18, 42:19
**held** [1] - 49:14
**help** [3] - 11:17, 26:6, 29:9
**helpful** [8] - 32:7, 32:12, 32:16, 54:4, 60:15, 63:5, 65:5, 66:4

**hereby** [2] - 17:10, 43:10
**hero** [3] - 53:21, 53:22, 58:10
**heroic** [1] - 53:10
**higher** [2] - 11:12, 13:11
**highlighted** [1] - 47:1
**highly** [1] - 66:2
**HIMMELHOCH** [19] - 5:2, 8:10, 8:14, 34:11, 49:24, 51:22, 51:25, 52:9, 53:23, 55:7, 55:23, 56:4, 56:13, 56:19, 71:7, 71:11, 73:11, 74:2, 78:8
**history** [1] - 19:7
**hold** [3] - 14:10, 27:17, 27:23
**holding** [1] - 27:19
**Honor** [51] - 8:10, 10:4, 11:9, 15:6, 17:7, 20:4, 20:22, 22:23, 23:11, 30:23, 31:13, 31:22, 32:17, 33:5, 33:10, 34:11, 35:10, 35:14, 37:3, 38:24, 39:5, 42:13, 43:10, 46:9, 47:6, 48:14, 49:3, 50:12, 50:13, 50:16, 51:14, 52:6, 53:1, 53:10, 53:23, 56:9, 58:6, 59:2, 65:4, 65:24, 66:13, 66:22, 68:4, 72:10, 73:11, 74:10, 74:23, 78:8, 78:17, 78:21, 79:16
**honor** [1] - 8:17
**HONORABLE** [1] - 1:12
**honorary** [1] - 8:17
**hope** [2] - 32:8, 57:6
**hopeful** [1] - 63:6
**hopefully** [7] - 15:24, 23:7, 34:10, 38:13, 52:19, 57:5, 68:13
**hoping** [1] - 10:11
**HORIZON** [1] - 1:5
**Horizon** [1] - 27:18
**hour** [1] - 51:25
**hours** [3] - 51:15, 52:1, 78:23
**house** [1] - 76:21
**housekeeping** [1] - 74:9
**Houston** [4] - 3:16, 3:21, 3:23, 4:12
**hugely** [1] - 70:7

# I

**idea** [24] - 11:23, 25:14, 25:18, 25:21, 26:23, 26:24, 29:10, 42:15, 53:3, 55:3, 57:9, 58:2, 58:23, 59:19, 60:6, 60:7, 61:4, 61:6, 63:8, 65:15, 67:10, 67:19, 72:21, 79:7
**ideas** [3] - 25:16, 54:24, 57:9
**identified** [2] - 18:13, 80:7
**identify** [1] - 18:15
**IIAMS** [1] - 4:14
**IL** [1] - 3:10
**illustrate** [1] - 35:19
**illustrative** [1] - 35:21
**impeachment** [5] - 39:3, 41:3, 42:21, 45:4
**implication** [1] - 30:20
**importance** [1] - 77:12
**important** [1] - 19:8
**impose** [1] - 77:3
**impressions** [1] - 9:6
**IMPREVENTO** [1] - 2:2
**improve** [1] - 55:6
**IN** [2] - 1:5, 1:5
**in-house** [1] - 76:21
**incentives** [1] - 26:8
**include** [4] - 14:16, 64:5, 68:2, 78:12
**included** [1] - 66:19
**includes** [1] - 14:18
**including** [1] - 35:16
**incomparable** [1] - 12:6
**incorrectly** [1] - 25:1
**inData** [10] - 11:15, 13:8, 13:9, 14:16, 14:18, 15:1, 15:4, 19:11, 31:8, 46:14
**inferences** [1] - 47:5
**information** [4] - 19:10, 63:15, 66:17, 73:21
**informed** [2] - 30:9, 39:14
**initial** [1] - 68:3
**injury** [1] - 74:12
**insert** [1] - 49:17
**inside** [1] - 77:8
**inspect** [1] - 9:14
**inspection** [2] - 29:21, 30:11
**Installment** [2] - 7:3,

7:4
**installment** [4] - 50:20, 55:12, 55:13, 55:25
**installments** [1] - 50:22
**instead** [5] - 22:23, 25:7, 36:14, 62:20, 76:20
**intend** [4] - 13:9, 17:19, 23:23, 24:10
**intended** [1] - 50:7
**intentionally** [1] - 44:20
**interest** [1] - 40:25
**interested** [2] - 26:3, 59:15
**interesting** [1] - 60:12
**Interests** [2] - 2:14, 2:20
**interfere** [1] - 78:10
**interrupt** [1] - 47:6
**intrigued** [1] - 55:19
**intriguing** [1] - 58:2
**intro** [1] - 65:7
**introduce** [3] - 16:11, 22:16, 60:20
**introduced** [2] - 14:3, 45:13
**involved** [4] - 30:15, 30:16, 62:8
**involvement** [1] - 30:18
**IRPINO** [2] - 2:7, 2:7
**ISMAIL** [1] - 4:19
**issuance** [1] - 71:18
**issue** [31] - 27:15, 28:23, 28:24, 29:6, 29:25, 30:3, 31:16, 34:25, 35:2, 35:13, 35:23, 36:1, 38:25, 39:4, 52:12, 52:15, 52:18, 57:7, 57:20, 58:22, 61:20, 66:2, 69:8, 71:6, 75:11, 76:14, 76:17, 76:22, 77:21, 79:18
**issued** [1] - 37:8
**Issues** [1] - 7:10
**ISSUES** [2] - 6:4, 6:22
**issues** [15] - 9:5, 18:8, 25:9, 26:8, 27:21, 33:17, 37:17, 40:9, 41:12, 58:14, 61:17, 64:8, 73:20, 76:21
**Italian** [2] - 22:3, 22:7
**item** [3] - 33:7, 65:6, 76:11
**items** [1] - 8:24
**iterations** [1] - 64:17

# J

**January** [2] - 23:19, 37:8
**Jeff** [8] - 13:10, 20:3, 37:2, 40:9, 43:16, 44:1, 45:3, 45:23
**Jeffery** [1] - 12:4
**JEFFREY** [1] - 2:3
**Jeffrey** [2] - 19:18, 24:16
**Jeffrey's** [1] - 38:15
**jENNY** [1] - 4:6
**Jim** [1] - 22:11
**Jim's** [1] - 22:18
**jimmy** [1] - 30:21
**job** [3] - 60:13, 70:15, 70:16
**Joe** [4] - 22:6, 53:7, 53:20, 53:22
**join** [1] - 11:15
**joint** [4] - 57:13, 67:2, 79:8, 79:9
**Jones** [2] - 17:10, 49:2
**Jordan** [1] - 46:16
**Joseph** [1] - 54:15
**JUDGE** [1] - 1:13
**Judge** [32] - 14:23, 16:7, 20:15, 24:13, 25:24, 27:2, 29:3, 36:5, 42:5, 43:7, 43:15, 43:21, 44:14, 45:16, 45:20, 46:7, 46:12, 48:1, 48:10, 48:16, 59:12, 60:10, 62:25, 64:12, 65:4, 66:5, 66:12, 74:19, 75:5
**judge** [11] - 12:4, 15:9, 17:8, 23:23, 27:2, 27:15, 39:16, 43:13, 48:7, 49:16, 60:4
**Judge's** [1] - 17:7
**jump** [1] - 24:1
**jurisdiction** [1] - 29:7
**JUSTICE** [2] - 2:14, 2:18

# K

**KANNER** [1] - 3:2
**keep** [7] - 15:17, 18:23, 19:7, 30:9, 32:11, 78:4, 78:9
**keeping** [2] - 44:17, 64:23
**kept** [3] - 23:14, 32:9, 73:19
**key** [3] - 16:22, 16:23, 62:14

**kick** [1] - 54:1
**kicked** [1] - 53:5
**Kill** [1] - 50:24
**kind** [5] - 39:5, 41:1, 56:16, 61:3, 61:23
**KIRKLAND** [2] - 3:7, 3:11
**knee** [1] - 27:4
**knowing** [1] - 55:13
**knows** [3] - 53:10, 56:9, 68:25
**KRAUS** [1] - 3:2
**KRAUSE** [1] - 80:4
**Krause** [1] - 80:4
**KUCHLER** [1] - 4:13
**kumbaya** [1] - 27:12

## L

**LA** [6] - 2:4, 2:9, 3:3, 3:6, 4:4, 4:16
**labeled** [2] - 34:23, 35:24
**laborious** [1] - 38:1
**lafayette** [1] - 2:4
**laid** [1] - 67:14
**Lamar** [1] - 4:11
**land** [1] - 55:24
**landing** [1] - 9:24
**lands** [1] - 46:17
**LANGAN** [24] - 3:8, 8:6, 14:6, 15:6, 15:16, 17:5, 24:7, 25:13, 25:17, 26:20, 26:24, 42:3, 42:13, 42:18, 46:21, 47:2, 47:22, 48:13, 60:17, 60:24, 61:7, 74:9, 74:14, 76:3
**language** [1] - 50:4
**lapse** [3] - 69:14, 69:23, 69:24
**larding** [1] - 36:24
**Lasalle** [1] - 3:9
**last** [22] - 12:7, 13:23, 17:7, 18:4, 18:14, 20:22, 24:19, 31:7, 32:9, 35:6, 37:14, 41:23, 45:9, 45:14, 47:9, 55:14, 58:22, 71:16, 72:6, 75:2, 79:18, 79:23
**late** [2] - 23:15, 71:25
**late-filed** [1] - 23:15
**latest** [1] - 37:7
**LAUREN** [1] - 4:6
**LAW** [1] - 2:7
**lawyer** [1] - 38:14
**lawyers** [1] - 76:24

**lawyers-up** [1] - 76:24
**lay** [1] - 55:24
**lead** [3] - 30:2, 30:18, 34:1
**leakage** [2] - 27:21, 28:5
**learn** [1] - 62:9
**learned** [2] - 57:3, 57:6
**least** [8] - 29:13, 32:9, 58:14, 60:12, 63:6, 63:11, 70:17, 78:9
**leave** [2] - 17:25, 27:14
**leaving** [2] - 27:8, 40:10
**legal** [1] - 41:1
**Leifer** [2] - 76:12, 77:25
**length** [1] - 37:14
**lengthen** [1] - 72:22
**level** [1] - 57:2
**LEVIN** [1] - 2:10
**LEWIS** [2] - 3:4, 4:23
**Liaison** [1] - 2:2
**liaison** [2] - 2:6, 10:21
**lieu** [2] - 34:21, 36:13
**life** [3] - 29:3, 62:9
**likely** [1] - 28:4
**limit** [3] - 45:21, 62:13, 66:14
**limited** [1] - 65:9
**limits** [1] - 51:19
**line** [3] - 36:8, 48:12, 56:19
**lines** [1] - 74:4
**LISKOW** [1] - 3:4
**list** [58] - 8:23, 10:19, 12:8, 12:12, 12:13, 13:7, 14:16, 14:18, 14:25, 15:3, 15:7, 15:11, 15:13, 15:14, 15:21, 16:2, 16:8, 16:12, 16:19, 16:21, 17:1, 17:2, 17:8, 17:9, 17:11, 17:21, 17:23, 17:24, 18:18, 18:24, 18:25, 19:17, 19:25, 21:6, 21:13, 21:17, 23:2, 23:13, 25:14, 31:24, 32:3, 32:20, 32:23, 32:24, 39:22, 39:23, 39:24, 40:22, 43:18, 44:2, 48:7, 54:4, 55:13, 67:24, 68:3, 68:5, 80:6
**List** [1] - 7:2
**listed** [1] - 32:19
**listen** [5] - 25:15,

45:23, 46:3, 78:10, 78:11
**listening** [2] - 22:6, 67:13
**lists** [15] - 11:4, 14:12, 14:17, 14:20, 20:6, 20:24, 20:25, 21:8, 21:20, 31:8, 32:9, 32:13, 43:18, 55:15, 55:25
**litigation** [2] - 12:7, 76:23
**Live** [1] - 6:13
**live** [9] - 20:15, 23:21, 23:22, 24:2, 24:4, 26:20, 34:21, 60:17, 72:19
**lived** [1] - 62:4
**LLC** [3] - 3:2, 4:2, 4:14
**LLP** [5] - 3:7, 3:11, 3:13, 4:17, 4:20
**lodge** [1] - 20:20
**log** [1] - 16:15
**logic** [2] - 58:13, 58:15
**logs** [2] - 52:13, 52:18
**look** [12] - 19:20, 22:15, 29:16, 33:5, 38:18, 43:8, 48:4, 48:20, 55:8, 70:2, 73:23, 76:2
**looked** [3] - 21:16, 44:14, 75:12
**looking** [1] - 33:13
**looks** [1] - 33:15
**loop** [3] - 10:10, 13:8, 51:5
**Los** [1] - 3:19
**Louis** [1] - 50:24
**LOUISIANA** [2] - 1:2, 8:1
**Louisiana** [3] - 1:22, 3:2, 80:5
**love** [1] - 27:10
**lovely** [1] - 31:6
**low** [1] - 34:6
**lower** [1] - 57:1
**lunch** [1] - 12:21
**LUXTON** [1] - 4:23

## M

**MAGISTRATE** [1] - 1:13
**major** [1] - 12:7
**maker** [1] - 21:21
**man** [1] - 22:11
**manual** [2] - 45:12, 45:24
**map** [1] - 48:16
**march** [1] - 68:1

**MARCH** [1] - 8:1
**March** [14] - 1:6, 6:24, 11:20, 11:21, 46:23, 46:25, 54:2, 54:3, 54:5, 54:6, 67:15, 67:24
**Marie** [1] - 77:13
**mark** [3] - 18:15, 18:17, 18:24
**MARK** [1] - 3:9
**Mark** [12] - 12:13, 12:20, 12:25, 13:6, 15:19, 19:12, 19:17, 35:10, 36:25, 37:16, 40:9, 41:23
**marks** [1] - 19:12
**marshal** [3] - 11:4, 13:25, 21:18
**marshalling** [23] - 10:23, 11:6, 11:20, 12:23, 13:13, 13:24, 14:9, 14:11, 21:6, 21:7, 21:19, 23:7, 31:7, 31:19, 31:23, 32:3, 34:2, 34:20, 35:6, 43:23, 69:19, 69:20, 79:21
**Marshalling** [1] - 6:6
**MARTINEZ** [1] - 4:6
**master** [1] - 11:11
**material** [5] - 34:25, 69:13, 69:24, 70:18, 70:20
**Material** [1] - 6:17
**materials** [13] - 27:17, 27:18, 28:5, 42:21, 45:4, 69:11, 69:15, 69:19, 69:25, 70:2, 71:19, 72:13, 73:15
**mathematicians** [1] - 61:22
**matter** [6] - 13:4, 21:12, 29:1, 38:3, 41:5, 71:9
**matters** [2] - 40:16, 77:19
**MATTERS** [1] - 7:13
**MAZE** [1] - 2:21
**MCCUTCHEN** [1] - 4:17
**McKay** [1] - 41:11
**McKinney** [1] - 3:22
**meal** [1] - 22:3
**mean** [15] - 20:18, 21:18, 24:5, 26:12, 41:17, 44:3, 55:12, 55:20, 57:8, 62:24, 63:7, 63:18, 67:7, 68:23, 72:17
**meaningful** [1] - 72:4

**means** [1] - 55:20
**measurements** [2] - 9:1, 10:8
**Meche** [2] - 6:20, 46:12
**meet** [2] - 12:21, 22:11
**meeting** [1] - 76:8
**memory** [1] - 47:8
**mention** [1] - 10:7
**mentioned** [3] - 37:4, 62:11, 69:2
**merely** [1] - 30:11
**met** [3] - 22:12, 22:17, 22:18
**methodologies** [1] - 70:9
**methodology** [1] - 64:8
**MEXICO** [1] - 1:6
**Mexico** [1] - 64:4
**MICHAEL** [1] - 2:14
**Michoud** [4] - 8:20, 8:21, 8:22, 10:8
**MICHOUD** [1] - 6:2
**mid** [3] - 14:4, 14:9, 56:3
**mid-April** [1] - 56:3
**mid-witness** [2] - 14:4, 14:9
**might** [18] - 8:17, 8:18, 18:7, 30:2, 32:15, 36:7, 43:3, 43:13, 54:1, 54:15, 55:1, 61:24, 62:11, 64:2, 64:3, 67:5, 75:12, 76:24
**Mike** [6] - 10:24, 13:23, 61:1, 65:25, 66:13, 67:1
**MIKE** [1] - 5:3
**mike** [2] - 12:3, 34:6
**Milazzo's** [1] - 48:7
**mind** [4] - 25:6, 61:13, 64:23, 77:1
**mine** [1] - 48:12
**Minnesota** [3] - 9:18, 9:22, 9:25
**minutes** [3] - 52:1, 52:2, 60:25
**misleading** [1] - 44:20
**missed** [1] - 33:21
**misunderstanding** [2] - 43:17, 44:4
**MITCHELL** [2] - 2:10, 4:6
**mix** [1] - 41:13
**modification** [1] - 70:13
**module** [1] - 66:15
**mold** [1] - 9:6

**molds** [3] - 9:14, 9:16
**moment** [3] - 38:13, 38:16, 47:8
**Monday** [16] - 10:25, 11:3, 11:20, 12:11, 12:12, 12:15, 12:19, 13:4, 28:11, 28:13, 31:1, 31:3, 47:18, 78:13, 78:15, 78:18
**Montgomery** [2] - 2:22, 2:24
**month's** [1] - 70:6
**months** [1] - 70:3
**Moore** [2] - 48:10, 48:16
**MORGAN** [1] - 4:23
**Morgan** [2] - 31:4, 31:6
**morning** [6] - 10:4, 10:5, 47:18, 78:13, 78:16, 78:18
**morph** [1] - 79:8
**most** [1] - 66:4
**motion** [5] - 28:10, 29:13, 74:20, 75:19, 79:9
**motions** [3] - 75:4, 75:17
**moved** [2] - 66:7, 66:8
**moving** [1] - 46:11
**MR** [217] - 8:4, 8:6, 8:11, 8:22, 9:7, 9:12, 9:18, 9:20, 10:1, 10:4, 10:6, 10:13, 10:15, 10:20, 11:9, 11:23, 12:1, 12:4, 12:11, 13:3, 13:9, 13:17, 14:6, 14:7, 15:6, 15:16, 15:20, 16:5, 16:9, 16:17, 16:21, 16:24, 17:5, 17:13, 17:15, 17:23, 18:2, 19:4, 19:15, 20:4, 20:10, 20:11, 20:13, 20:21, 20:22, 21:3, 21:11, 21:21, 21:23, 22:2, 22:12, 22:17, 22:21, 23:11, 24:7, 24:8, 24:19, 24:23, 25:8, 25:13, 25:17, 26:20, 26:24, 27:2, 27:6, 27:9, 27:10, 27:12, 27:13, 28:12, 28:17, 29:10, 29:11, 29:14, 29:16, 29:22, 29:23, 30:5, 30:8, 30:10, 30:13, 30:19, 30:22, 31:2, 31:4, 31:13, 31:21, 31:22, 32:5, 32:17,
32:22, 33:5, 33:10, 34:4, 34:7, 35:10, 37:3, 38:23, 38:24, 38:25, 39:2, 39:16, 39:18, 39:19, 40:11, 40:17, 41:7, 41:11, 42:3, 42:4, 42:5, 42:9, 42:12, 42:13, 42:18, 43:13, 43:21, 43:25, 44:3, 44:4, 45:15, 45:16, 45:19, 46:2, 46:4, 46:9, 46:15, 46:21, 47:2, 47:6, 47:13, 47:16, 47:22, 48:13, 49:3, 49:7, 49:9, 49:16, 49:17, 49:21, 50:2, 50:4, 50:11, 50:13, 50:16, 50:18, 51:4, 51:10, 51:13, 51:14, 52:6, 52:16, 53:1, 53:13, 53:22, 53:25, 56:5, 56:7, 56:21, 57:7, 57:12, 58:6, 58:19, 59:2, 59:7, 59:16, 59:24, 60:2, 60:11, 60:17, 60:24, 61:7, 61:11, 61:20, 62:3, 62:7, 62:16, 62:24, 63:6, 63:21, 64:5, 64:6, 65:1, 65:4, 65:21, 66:22, 66:24, 67:7, 67:12, 67:18, 67:22, 67:23, 68:8, 68:10, 68:14, 68:17, 72:10, 74:9, 74:14, 75:11, 76:3, 76:6, 76:10, 76:14, 77:8, 77:18, 77:22, 78:2, 78:7, 78:17, 78:19, 78:21, 79:3, 79:16, 79:25, 80:4, 80:15
**MS** [19] - 8:10, 8:14, 34:11, 42:7, 49:24, 51:22, 51:25, 52:9, 53:23, 55:7, 55:23, 56:4, 56:13, 56:19, 71:7, 71:11, 73:11, 74:2, 78:8
**multiple** [1] - 59:12
**MUNGER** [1] - 3:17
**music** [1] - 22:8
**must** [2] - 42:9, 61:13

## N

**name** [3] - 22:11, 52:24, 59:21
**names** [3] - 67:22, 67:23, 77:13
**narrow** [1] - 67:1
**NAT** [1] - 2:15
**Nat** [3] - 49:5, 58:5, 58:6
**nature** [1] - 64:1
**naysayer** [1] - 57:11
**nearly** [1] - 57:2
**necessarily** [1] - 41:4
**need** [27] - 9:14, 14:17, 18:15, 18:23, 18:24, 21:2, 27:7, 30:6, 30:16, 33:17, 34:22, 35:2, 37:11, 42:12, 42:21, 47:22, 48:4, 48:23, 56:10, 57:7, 58:24, 64:15, 69:15, 73:15, 74:18, 77:12, 79:12
**needed** [1] - 17:15
**needs** [3] - 39:14, 55:17, 55:18
**negotiation** [1] - 60:22
**never** [3] - 15:23, 50:7, 74:22
**NEW** [2] - 1:3, 8:1
**new** [10] - 21:8, 23:20, 24:5, 24:20, 73:21, 74:22, 74:25, 77:4, 77:11, 77:13
**New** [6] - 1:22, 2:9, 3:3, 3:6, 4:4, 4:16
**news** [1] - 76:19
**next** [37] - 10:24, 11:19, 13:10, 13:13, 14:8, 14:10, 14:11, 23:23, 24:22, 36:8, 36:9, 37:23, 41:8, 41:13, 43:25, 44:6, 48:3, 48:8, 48:12, 48:15, 49:5, 49:7, 52:7, 52:24, 53:20, 53:22, 54:2, 54:5, 56:12, 66:10, 66:11, 70:1, 74:5, 80:3, 80:15
**nice** [3] - 28:20, 49:3, 52:8
**night** [14] - 11:16, 13:23, 17:7, 18:4, 18:14, 18:25, 22:10, 35:6, 37:15, 41:24, 45:9, 45:14, 79:18, 79:23
**night's** [1] - 22:4
**nightly** [1] - 11:14
**nine** [1] - 75:6
**nobody** [2] - 8:5, 71:15
**NOMILLINI** [16] - 3:9, 11:9, 15:20, 16:5,
16:17, 16:21, 16:24, 20:22, 21:3, 32:5, 33:5, 35:10, 38:24, 39:2, 39:18, 42:4
**Nomillini** [6] - 11:7, 13:6, 19:12, 22:24, 35:10, 42:14
**non** [3] - 54:12, 69:9, 69:10
**non-publically** [2] - 69:9, 69:10
**North** [1] - 4:21
**NOT** [1] - 7:13
**notation** [1] - 19:6, 19:10, 20:8
**note** [7] - 18:16, 46:21, 52:9, 55:10, 56:13, 73:11, 75:2
**noted** [2] - 15:9, 15:16, 19:14
**notes** [2] - 19:23, 69:23
**nothing** [1] - 24:10
**nothing's** [1] - 73:16
**notion** [1] - 55:19
**nuanced** [1] - 64:21
**number** [13] - 18:11, 23:16, 23:24, 33:23, 33:24, 56:16, 57:14, 58:11, 58:16, 62:7, 64:13, 65:9, 66:15
**numbers** [4] - 47:18, 56:14, 56:17, 57:1
**numerical** [1] - 31:9
**numerically** [1] - 31:11
**NW** [3] - 3:12, 4:18, 4:24

## O

**O'Keefe** [1] - 61:1
**O'KEEFE** [4] - 8:11, 27:12, 31:22, 49:9
**O'ROURKE** [19] - 2:18, 9:7, 9:12, 9:20, 10:1, 20:11, 21:11, 52:16, 59:2, 59:7, 59:16, 59:24, 60:2, 60:11, 63:21, 64:5, 66:22, 66:24, 67:7
**O'Rourke** [6] - 9:8, 9:12, 59:2, 60:18, 63:21, 71:7
**O'Rourke's** [1] - 52:16
**object** [6] - 19:21, 20:11, 24:24, 25:10, 36:18, 36:23
**objected** [5] - 16:3, 16:7, 18:17, 19:1,
20:9
**objection** [21] - 14:24, 15:2, 15:9, 15:13, 16:14, 16:15, 18:16, 19:3, 19:13, 20:1, 20:2, 20:19, 25:5, 25:11, 27:23, 28:6, 28:10, 28:15, 29:4, 30:22, 37:16
**Objections** [2] - 6:12, 6:15
**objections** [22] - 14:23, 15:15, 18:18, 20:5, 20:17, 23:14, 23:15, 23:17, 23:20, 24:3, 24:12, 24:20, 24:21, 33:1, 33:3, 36:24, 46:25, 47:10, 50:6, 50:7, 54:14, 55:15
**objective** [1] - 62:12
**objects** [1] - 16:13
**obviously** [4] - 30:14, 65:22, 72:15, 74:8
**occasions** [1] - 41:19
**occurred** [2] - 13:23, 61:5
**occurs** [1] - 14:15
**ocean** [1] - 28:3
**Oceaneering** [7] - 7:6, 51:3, 52:4, 52:10, 52:14, 52:19, 73:19
**OF** [6] - 1:2, 1:6, 2:14, 2:18, 2:20, 2:23
**off-line** [1] - 48:12
**off-rig** [1] - 27:19
**off-shore** [2] - 30:3, 30:19
**offer** [7] - 16:10, 17:10, 20:24, 20:25, 21:6, 21:8, 21:13
**offered** [6] - 15:8, 15:14, 15:23, 18:12, 21:9, 39:18
**offering** [3] - 15:25, 16:1, 63:13
**offers** [1] - 43:3
**Official** [1] - 1:20
**OFFICIAL** [1] - 34:17
**officially** [1] - 75:24
**oil** [3] - 1:5, 64:16, 66:6
**OIL** [1] - 1:5
**old** [3] - 23:20, 26:9, 37:18
**old-school** [1] - 37:18
**OLSON** [1] - 3:17
**ON** [1] - 1:6
**once** [4] - 11:11, 13:15, 37:8, 62:8

**ONE** [3] - 6:4, 6:22, 7:13
**one** [57] - 8:3, 8:12, 8:14, 8:17, 14:10, 20:22, 21:2, 23:11, 24:24, 26:11, 27:18, 29:16, 31:22, 36:13, 39:11, 40:9, 40:20, 43:16, 44:21, 44:23, 45:24, 52:9, 52:14, 53:1, 54:12, 55:10, 57:9, 58:10, 58:15, 58:17, 59:9, 59:18, 60:6, 60:9, 60:11, 61:11, 62:7, 62:10, 63:7, 63:11, 63:12, 64:7, 65:6, 66:10, 67:3, 67:6, 69:7, 69:17, 72:25, 73:5, 73:8, 76:6, 79:16
**One** [29] - 2:8, 3:21, 6:7, 6:23, 7:11, 27:15, 27:20, 47:17, 48:24, 48:25, 49:18, 49:19, 49:20, 50:1, 50:15, 53:11, 56:10, 56:14, 56:17, 57:2, 57:3, 59:10, 59:11, 61:18, 71:17, 72:5, 72:12, 72:23, 79:15
**one-pagers** [2] - 67:3, 67:6
**one-week** [2] - 72:25, 73:5
**ones** [2] - 20:13, 35:17
**ongoing** [1] - 27:21
**online** [1] - 33:14
**open** [8] - 14:1, 21:11, 22:13, 24:16, 25:15, 31:16, 65:6, 78:18
**operational** [2] - 29:6, 30:3
**operations** [1] - 45:11
**opinion** [1] - 73:14
**opinions** [2] - 26:6, 73:15
**opponent** [1] - 76:24
**opportunity** [2] - 30:24, 72:4
**opposed** [7] - 22:22, 44:18, 44:25, 45:1, 45:16, 66:5, 77:24
**optional** [1] - 44:24
**options** [1] - 20:1
**OR** [1] - 7:13
**order** [17] - 11:4, 27:9, 28:7, 29:12, 32:15, 68:13, 71:13, 72:6, 73:24, 73:25, 74:18, 75:1, 75:3, 75:22,

79:4, 79:8
**Order** [2] - 7:9, 74:15
**ordered** [1] - 28:1
**Orders** [1] - 7:11
**orders** [4] - 27:17, 27:24, 31:9, 75:23
**ordinarily** [1] - 76:24
**originally** [2] - 53:3, 68:5
**ORLEANS** [2] - 1:3, 8:1
**Orleans** [6] - 1:22, 2:9, 3:3, 3:6, 4:4, 4:16
**OTHER** [1] - 6:22
**otherwise** [5] - 21:19, 33:4, 38:20, 69:10
**ought** [6] - 15:9, 15:16, 15:17, 26:18, 44:10, 45:7
**ourselves** [1] - 57:23
**out's** [1] - 37:23
**out-of-context** [1] - 37:17
**outs** [6] - 26:16, 35:5, 35:16, 35:25, 39:9
**outside** [8] - 76:23, 77:4, 77:7, 77:11, 77:15, 77:16, 77:23
**outstanding** [2] - 52:12, 73:13
**overflow** [1] - 47:17
**Overflow** [1] - 6:23
**overly** [1] - 65:19
**overly-argumentative** [1] - 65:19
**overrule** [1] - 16:14
**overruled** [2] - 24:15, 50:7
**overwhelming** [1] - 56:18
**own** [6] - 8:7, 8:14, 17:25, 19:22, 39:4, 42:22

**P**

**p.m** [1] - 47:20
**Pacific** [2] - 78:14, 78:15
**page** [29] - 6:2, 11:16, 34:17, 36:9, 37:19, 37:20, 38:2, 38:4, 38:5, 38:6, 38:9, 38:11, 38:15, 38:17, 40:7, 45:10, 45:12, 45:24, 47:1, 58:23, 59:9, 59:25, 61:9, 62:12, 63:7, 63:12, 64:7

**Page** [2] - 7:1, 7:8
**paged** [1] - 59:12
**pager** [1] - 67:6
**pagers** [2] - 67:3, 67:6
**pages** [4] - 36:10, 37:21, 39:17, 60:7
**painfully** [1] - 45:15
**PAPANTONIO** [1] - 2:10
**paper** [1] - 45:22
**paragraph** [2] - 38:8, 44:21, 75:3
**parameters** [1] - 66:16
**part** [7] - 21:6, 22:18, 53:2, 55:21, 60:9, 66:25, 73:17
**participants** [1] - 8:9
**participate** [4] - 77:5, 77:9, 78:5, 78:24
**particular** [3] - 10:16, 31:10, 55:21
**particularly** [1] - 20:13
**parties** [18] - 10:9, 20:1, 23:25, 27:16, 27:25, 31:24, 51:7, 55:2, 57:13, 57:21, 58:12, 59:10, 59:20, 65:21, 75:1, 79:5, 79:19
**parties'** [2] - 46:25, 67:16
**partner** [4] - 22:11, 22:19, 42:14, 53:7
**parts** [1] - 40:2
**party** [13] - 14:17, 17:9, 18:17, 37:12, 51:16, 54:12, 59:9, 60:2, 60:3, 62:13, 63:4, 69:8, 75:3
**pass** [1] - 8:7
**passed** [1] - 23:19
**past** [1] - 12:5
**paste** [3] - 62:22, 65:13
**Patrick's** [2] - 49:10, 49:11
**pause** [1] - 43:20
**PC** [2] - 4:5, 4:9
**peace** [1] - 21:21
**peace-maker** [1] - 21:21
**pending** [2] - 27:17, 75:4
**Pennsylvania** [1] - 4:24
**pensac** [1] - 52:10
**Pensacola** [1] - 2:13
**people** [11] - 15:24, 16:8, 20:24, 24:1, 28:16, 34:5, 34:10,

36:21, 37:21, 41:8, 51:23
**per** [4] - 14:4, 14:13, 14:17, 74:15
**percent** [4] - 12:24, 13:19, 13:20, 69:1
**perfect** [1] - 11:18
**perhaps** [4] - 44:15, 48:15, 59:19, 59:25
**period** [4] - 43:20, 60:14, 72:12, 72:16
**person** [6] - 60:13, 67:2, 77:20, 78:4, 78:5
**personal** [1] - 74:12
**perspective** [2] - 32:25, 58:14
**PETRINO** [1] - 5:3
**Phase** [36] - 6:7, 6:23, 7:2, 7:7, 7:11, 7:11, 27:15, 27:20, 47:17, 48:24, 48:25, 49:18, 49:19, 49:20, 50:1, 50:15, 50:19, 52:21, 53:11, 54:18, 54:20, 55:11, 56:10, 56:14, 56:17, 57:2, 57:3, 59:10, 59:11, 61:17, 62:12, 69:5, 71:17, 72:5, 72:12, 72:23
**PHASE** [5] - 6:4, 6:22, 7:1, 7:13
**phase** [1] - 55:18
**Phoenix** [1] - 46:17
**phone** [4] - 8:9, 34:4, 34:10, 52:11
**pick** [1] - 57:14
**picking** [1] - 35:22
**picky** [1] - 51:9
**PIGMAN** [1] - 4:2
**Place** [1] - 2:8
**place** [1] - 28:12
**plain** [2] - 33:15, 61:2
**Plaintiff's** [1] - 2:5
**plaintiffs** [2] - 18:5, 80:7
**Plaintiffs** [3] - 2:2, 2:7, 2:10
**plane** [2] - 27:13, 46:16
**played** [1] - 34:24
**playing** [1] - 34:21
**plays** [1] - 58:4
**Pleading** [3] - 74:11, 74:15, 74:19
**pleased** [1] - 8:7
**pleasure** [1] - 12:6
**Plume** [1] - 70:10
**plus** [1] - 18:4
**PO** [1] - 2:19

**podium** [2] - 40:10, 71:8
**point** [21] - 12:8, 18:19, 21:18, 30:12, 35:8, 35:19, 39:6, 39:20, 40:3, 44:8, 47:23, 48:6, 48:21, 48:22, 53:6, 61:10, 62:17, 63:16, 63:19, 63:25, 71:25
**points** [6] - 37:13, 39:2, 43:15, 62:14, 72:10, 72:11
**poison** [1] - 52:25
**POLK** [1] - 4:13
**poor** [1] - 50:4
**portions** [1] - 37:10
**position** [4] - 29:2, 35:11, 46:2, 56:14
**positive** [1] - 76:25
**postpone** [1] - 52:13
**potential** [1] - 37:16
**potentially** [1] - 64:10
**Poydras** [3] - 1:21, 3:5, 4:15
**practical** [2] - 23:1, 23:4
**practice** [5] - 16:7, 22:22, 45:11, 57:10, 74:20
**Pre** [1] - 6:23
**Pre-Trial** [1] - 6:23
**precedent** [1] - 72:5
**prejudiced** [1] - 71:24
**preliminary** [2] - 30:7, 49:10
**premise** [1] - 65:4
**premises** [1] - 49:1
**PREPARATION** [1] - 7:1
**preparation** [2] - 52:22, 72:1
**prepared** [4] - 52:23, 58:24, 80:8, 80:15
**present** [1] - 61:17
**presentation** [3] - 20:15, 50:1, 80:12
**presenting** [2] - 34:1, 54:12
**president** [1] - 40:1
**press** [2] - 48:3, 48:4
**pressure** [1] - 22:2
**Pretrial** [1] - 74:15
**pretty** [2] - 13:6, 23:3
**previously** [1] - 20:9
**principle** [2] - 25:21, 43:5
**privilege** [3] - 52:13, 52:18, 70:12
**problem** [16] - 14:22,

16:24, 18:2, 29:17,
29:18, 29:21, 34:14,
34:18, 35:20, 38:5,
63:4, 66:1, 72:20,
76:25, 77:14, 78:23
**problems** [4] - 34:1,
43:6, 43:11, 65:25
**proceed** [1] - 67:10
**proceeding** [1] - 25:25
**proceedings** [1] -
80:21
**Proceedings** [1] -
1:25
**process** [17] - 9:21,
38:1, 47:4, 53:6,
54:8, 54:11, 55:1,
56:1, 56:24, 60:22,
61:9, 62:4, 65:23,
66:4, 66:13, 68:9,
72:1
**PROCTOR** [1] - 2:11
**produce** [1] - 48:16
**produced** [1] - 9:16
**production** [1] - 73:20
**professor** [2] - 76:12,
77:15
**Professor** [1] - 77:25
**progress** [2] - 23:9,
25:20
**projected** [1] - 80:12
**promises** [2] - 68:15
**pronounce** [1] - 8:21
**proposal** [1] - 48:18
**proposed** [4] - 27:25,
53:17, 71:14, 79:4
**proposing** [1] - 56:7
**prospect** [1] - 61:8
**protected** [1] - 19:22
**provide** [6] - 16:8,
19:10, 51:22, 72:2,
72:3, 73:15
**provided** [3] - 34:22,
35:8, 69:15
**provider** [1] - 54:20
**providing** [3] - 14:20,
45:21, 69:9
**proviso** [2] - 17:13,
17:15
**PSC** [18] - 11:15, 12:4,
12:12, 30:22, 32:5,
32:22, 33:4, 35:16,
35:24, 37:4, 37:12,
37:14, 48:17, 54:1,
56:21, 63:10, 63:15,
65:12
**PSC's** [1] - 80:6
**PSC-states-United** [1]
- 65:12
**PSC-USA-state** [1] -
12:12

**PTO** [1] - 75:14
**public** [2] - 48:3, 48:4
**publically** [2] - 69:9,
69:10
**publications** [1] -
64:17
**pull** [2] - 12:3, 19:19
**pulling** [1] - 41:22
**purpose** [2] - 19:16,
28:2
**purposes** [7] - 18:9,
18:22, 30:5, 30:7,
35:21, 41:3, 41:4
**put** [10] - 15:10, 17:23,
18:25, 32:2, 36:1,
39:11, 39:22, 47:14,
52:23, 54:4
**puts** [1] - 65:24

## Q

**quantification** [5] -
57:19, 61:14, 61:20,
63:17, 64:6
**questions** [2] - 18:9,
51:10
**quick** [3] - 38:25, 39:2,
53:25
**quite** [1] - 9:20

## R

**radio** [1] - 68:20
**RAFFERTY** [1] - 2:11
**raise** [6] - 20:7, 24:20,
25:10, 25:14, 26:11,
64:14
**raised** [3] - 28:3,
58:22, 71:25
**raises** [1] - 40:10
**raising** [1] - 79:9
**range** [1] - 61:25
**rather** [5] - 57:23,
72:3, 77:19
**ratio** [1] - 66:6
**Ray** [1] - 46:16
**RE** [1] - 1:5
**re** [2] - 35:12, 79:9
**re-raising** [1] - 79:9
**re-thinking** [1] - 35:12
**reach** [1] - 37:1
**read** [1] - 62:11
**reading** [2] - 13:1,
75:23
**readjustments** [1] -
76:11
**reads** [1] - 62:17
**ready** [1] - 13:21
**real** [3] - 20:19, 38:25,
53:25

**really** [14] - 22:1, 23:6,
26:1, 26:3, 26:11,
26:21, 27:1, 33:13,
35:25, 36:23, 39:10,
68:16, 68:24
**REALTIME** [1] - 34:16
**realtime** [3] - 36:3,
38:18, 40:21
**reason** [5] - 18:17,
39:7, 40:22, 73:12,
78:6
**reasonable** [3] - 23:1,
23:4, 80:14
**rebuttal** [2] - 52:2,
71:20
**Rec** [1] - 7:2
**receive** [1] - 64:12
**receiving** [1] - 55:8
**recent** [1] - 9:19
**recipient** [1] - 14:19
**recognize** [3] - 51:6,
70:16, 78:8
**recommendation** [1] -
12:11
**recommended** [1] -
45:11
**reconsider** [1] - 44:15
**reconstruct** [1] -
20:17
**record** [12] - 17:12,
18:14, 19:22, 24:11,
25:2, 32:2, 36:24,
49:13, 49:14, 49:15,
50:5, 50:10
**record's** [2] - 21:11,
74:24
**Recorded** [1] - 1:25
**records** [1] - 26:14
**REDDEN** [1] - 3:20
**redirect** [2] - 51:20,
52:1
**reduced** [1] - 15:24
**refer** [1] - 33:22
**refine** [1] - 55:6
**reflect** [1] - 34:15
**refused** [1] - 15:8
**regard** [6] - 9:5, 35:1,
37:7, 38:10, 50:1,
59:13
**Regarding** [1] - 7:9
**Regina** [5] - 12:6,
12:12, 19:25, 42:1,
42:6
**Regina's** [1] - 19:24
**regular** [1] - 14:19
**relate** [1] - 76:11
**RELATED** [1] - 7:13
**related** [2] - 61:14,
74:20
**relevant** [3] - 59:17,

59:22, 72:12
**reliance** [2] - 40:2,
73:3
**Reliance** [2] - 6:13,
6:14
**relied** [1] - 40:2
**relying** [1] - 72:4
**remaining** [3] - 9:5,
66:1, 70:1
**remarkable** [3] -
76:14, 76:18, 76:22
**remember** [4] - 16:2,
45:14, 72:25, 74:11
**reopening** [3] - 49:20,
49:23, 49:25
**repeated** [1] - 60:5
**repetition** [1] - 59:14
**repetitive** [2] - 63:3,
65:8
**reply** [4] - 50:21,
64:19, 70:1, 72:3
**report** [8] - 33:8,
68:12, 69:22, 69:24,
70:19, 71:18, 73:25,
74:4
**reported** [1] - 32:18
**Reporter** [1] - 1:20
**reports** [15] - 69:6,
69:9, 69:14, 69:18,
70:1, 70:4, 70:5,
70:13, 70:14, 70:16,
72:2, 72:3, 72:13,
72:20
**Reports** [2] - 6:9, 6:15
**represent** [2] - 40:19,
41:16
**representation** [1] -
76:16
**requested** [2] - 27:21,
60:3
**requesting** [1] - 29:16
**required** [2] - 75:3,
75:17
**requiring** [1] - 16:7
**rerun** [1] - 31:24
**reservation** [1] - 51:19
**reserve** [1] - 52:2
**reservoir** [1] - 54:22
**resist** [1] - 38:19
**resists** [1] - 37:12
**resolution** [2] - 38:10,
71:24
**resolve** [2] - 54:6,
73:24
**resolves** [1] - 74:20
**respect** [2] - 52:12,
55:16
**respond** [1] - 75:4
**response** [7] - 33:19,
35:3, 59:24, 60:14,

72:2, 74:2, 79:13
**responsibility** [1] -
59:23
**restriction** [1] - 39:25
**restrictions** [1] - 34:16
**result** [3] - 18:8, 66:8,
73:19
**retained** [5] - 76:23,
77:17, 77:20, 77:24,
78:6
**retake** [1] - 73:17
**retread** [1] - 26:9
**reverse** [1] - 27:9
**review** [3] - 14:13,
32:12, 46:6
**reviewing** [1] - 80:6
**revised** [1] - 52:21
**Revision** [1] - 7:7
**revisit** [1] - 25:21
**Richard** [1] - 6:20
**RICHARD** [1] - 4:10
**RICHARDSON** [1] -
4:14
**ride** [1] - 10:10
**RIG** [1] - 1:5
**rig** [2] - 27:19, 64:16
**rights** [1] - 50:9
**riser** [6] - 27:19,
27:22, 28:3, 28:5,
29:17
**RMR** [1] - 1:20
**road** [1] - 26:7
**Rob** [10] - 9:4, 9:15,
10:3, 10:6, 29:8,
65:3, 67:14, 68:17,
70:22, 72:9
**Rob's** [1] - 76:5
**ROBERT** [1] - 3:11
**ROBERTS** [8] - 3:14,
27:6, 27:10, 27:13,
28:12, 29:11, 29:16,
31:4
**roll** [9] - 8:19, 13:16,
13:21, 57:22, 76:6,
76:7, 76:8, 76:11,
80:18
**Romo** [1] - 50:24
**RONQUILLO** [2] - 4:5,
4:9
**Room** [1] - 2:16
**room** [1] - 42:10
**rough** [1] - 27:10
**Roy's** [1] - 22:11
**rule** [9] - 21:5, 22:24,
24:13, 36:12, 36:16,
37:7, 41:15, 41:21,
42:19
**Rule** [1] - 74:15
**ruled** [3] - 23:15,
25:10, 75:19

**Rules** [1] - 26:25
**rules** [4] - 22:25,
  42:17, 44:11, 51:16
**ruling** [3] - 24:2,
  24:21, 27:3
**run** [2] - 31:8, 58:3
**running** [3] - 15:13,
  19:19, 74:3
**rush** [1] - 33:7
**Russell** [2] - 53:7,
  54:25
**RYAN** [1] - 3:8

## S

**SALLY** [1] - 1:12
**sample** [1] - 79:5
**San** [1] - 2:16
**Santa** [1] - 76:13
**SARAH** [2] - 4:14, 5:2
**Sarah** [23] - 8:11, 8:13,
  51:24, 52:17, 54:16,
  55:1, 55:5, 56:5,
  58:2, 58:8, 68:17,
  68:20, 68:23, 68:25,
  69:4, 69:12, 70:22,
  71:6, 72:8, 72:15,
  72:17, 73:7, 78:11
**sarah** [1] - 73:25
**schedule** [2] - 46:22,
  54:11
**scheduled** [3] - 9:1,
  9:3, 52:20
**scheduling** [1] - 10:9
**SCHELL** [1] - 4:13
**school** [1] - 37:18
**scientific** [1] - 54:17
**scientists** [1] - 61:22
**SCOTT** [1] - 2:6
**screen** [5] - 36:3,
  36:20, 37:24, 38:6,
  44:22
**screw** [1] - 14:5
**screws** [1] - 23:6
**SCT** [1] - 2:17
**SEAN** [1] - 4:20
**Sear** [1] - 48:16
**Sear's** [1] - 48:11
**searching** [1] - 31:10
**seating** [1] - 48:10
**Second** [1] - 7:4
**second** [5] - 50:22,
  55:13, 55:25, 65:9,
  66:7
**secondary** [1] - 27:22
**secondly** [2] - 44:8,
  44:17
**seconds** [1] - 36:7
**SECREST** [1] - 3:20
**section** [2] - 45:12,

45:25
**see** [21] - 9:21, 12:2,
  13:20, 20:23, 33:14,
  37:13, 37:25, 38:2,
  38:17, 40:13, 45:7,
  48:5, 50:18, 55:1,
  56:11, 56:23, 58:3,
  67:9, 67:10, 71:2
**seem** [1] - 16:8
**Segretti's** [1] - 22:6
**selected** [1] - 10:14
**send** [10] - 8:13,
  12:16, 12:18, 13:9,
  14:13, 14:17, 15:4,
  18:25, 30:25, 42:7
**sending** [2] - 13:4,
  19:17
**sense** [9] - 15:20,
  48:18, 54:15, 55:23,
  62:11, 63:20, 66:2,
  70:21, 76:20
**sent** [6] - 12:13, 41:23,
  42:8, 46:21, 52:21,
  68:17
**sentence** [1] - 44:22
**separate** [1] - 39:9
**serves** [1] - 69:8
**service** [3] - 69:14,
  69:24
**set** [6] - 24:10, 25:18,
  52:6, 74:22, 74:25,
  77:3
**seven** [1] - 73:2
**several** [3] - 70:3,
  74:15, 79:3
**shape** [1] - 22:5
**share** [2] - 32:5, 51:12
**shared** [1] - 51:7
**sheet** [4] - 12:25,
  19:24, 63:24, 67:2
**shore** [2] - 30:3, 30:19
**shortly** [1] - 79:10
**show** [5] - 17:2, 23:23,
  23:24, 37:19, 38:8
**showed** [1] - 17:1
**shown** [2] - 37:23,
  38:12
**shows** [2] - 16:19,
  16:21
**Shushan** [1] - 24:13
**SHUSHAN** [1] - 1:12
**Shushan's** [1] - 29:3
**shut** [1] - 24:15
**side** [4] - 54:3, 54:16,
  57:17, 71:20
**sides** [1] - 54:4
**silence** [1] - 68:20
**similar** [2] - 20:8,
  32:12
**simple** [2] - 38:3, 78:4,

78:9
**simply** [2] - 61:8, 62:8
**simultaneous** [1] -
  72:16
**SINCLAIR** [1] - 2:23
**singing** [1] - 34:7
**single** [1] - 62:20
**sit** [1] - 24:15
**Site** [1] - 6:9
**site** [2] - 33:13, 33:18
**sitting** [2] - 64:23,
  64:24
**sleep** [1] - 22:4
**small** [1] - 58:16
**Smith** [1] - 21:13
**smooth** [1] - 32:8
**snow** [1] - 9:19
**so-and-so** [1] - 64:3
**Software** [1] - 1:25
**solution** [2] - 36:14,
  37:1
**solutions** [1] - 39:10
**solve** [4] - 43:6, 43:11,
  65:25, 72:20
**solved** [2] - 66:1, 75:5
**someone** [5] - 30:25,
  37:20, 38:14, 40:1
**something's** [1] - 16:5
**sometimes** [2] - 51:9,
  51:10
**somewhat** [1] - 32:10
**soon** [1] - 46:17
**sorry** [7] - 9:9, 24:7,
  34:13, 42:13, 47:6,
  48:2, 78:16
**sort** [4] - 35:7, 54:10,
  59:20, 71:14
**sounds** [6] - 34:9,
  48:19, 57:8, 57:10,
  60:24, 79:11
**source** [7] - 21:4,
  34:25, 54:21, 57:19,
  61:14, 61:16, 63:14
**Source** [1] - 6:17
**South** [2] - 2:12, 3:18
**special** [1] - 14:17
**specially** [1] - 78:5
**specific** [1] - 78:17
**spend** [1] - 66:14
**SPILL** [1] - 1:5
**spilled** [1] - 64:4
**spreadsheet** [1] -
  75:14
**spring** [1] - 68:23
**springing** [1] - 68:24
**St** [2] - 49:10, 49:11
**staff** [2] - 37:20, 38:15
**stand** [4] - 12:1, 20:7,
  25:1, 40:12

**Standard** [1] - 78:25
**standing** [2] - 11:8,
  27:4
**stands** [1] - 16:13
**staple** [2] - 67:7, 67:8
**start** [9] - 11:10, 21:8,
  50:21, 54:8, 55:6,
  56:24, 62:13, 67:19,
  80:13
**started** [2] - 53:16,
  55:18
**starting** [1] - 68:8
**state** [3] - 12:12, 15:7,
  25:2
**State** [2] - 2:20, 3:2,
  80:4
**State's** [1] - 72:1
**states** [4] - 18:6,
  63:10, 63:16, 65:12,
  74:1, 74:4
**States** [25] - 2:17,
  9:13, 28:16, 48:17,
  51:15, 51:17, 52:2,
  53:23, 54:1, 55:2,
  56:22, 58:7, 59:3,
  63:10, 63:19, 63:22,
  64:3, 64:9, 65:12,
  69:12, 70:3, 70:7,
  70:15, 77:4, 79:4
**STATES** [2] - 1:1, 1:13
**States'** [1] - 51:19
**status** [1] - 33:8
**STATUS** [1] - 1:11
**stay** [2] - 75:22, 76:1
**Stenography** [1] -
  1:25
**step** [1] - 57:23
**Stephanie** [3] - 14:3,
  21:1, 34:23
**steps** [1] - 64:13
**Sterbcow's** [2] - 42:9,
  42:10
**STEVE** [2] - 3:14, 4:23
**Steve** [9] - 9:8, 9:12,
  21:17, 27:4, 28:25,
  59:2, 60:15, 62:10,
  63:21
**Steve's** [2] - 60:24,
  61:6
**STEVEN** [1] - 2:18
**still** [9] - 9:14, 27:23,
  28:5, 29:5, 42:12,
  52:14, 56:16
**STONE** [1] - 4:2
**stop** [2] - 14:4, 14:9
**storm** [1] - 9:19
**straight** [6] - 12:14,
  12:17, 12:24, 13:14,
  13:15, 24:11
**strain** [1] - 21:25

**strange** [1] - 26:17
**strategies** [1] - 55:16
**Street** [12] - 1:21, 2:8,
  2:12, 3:3, 3:5, 3:12,
  3:15, 3:22, 4:3, 4:7,
  4:15, 4:18
**stress** [1] - 21:25
**strongly** [2] - 37:12,
  38:19
**structuring** [1] - 54:18
**stuff** [3] - 24:5, 64:12,
  64:19
**subject** [8] - 15:2,
  15:12, 18:13, 19:2,
  19:4, 20:2, 75:22,
  76:1
**submission** [2] -
  70:19
**submissions** [2] -
  62:19, 65:10
**submit** [6] - 13:17,
  27:25, 28:7, 28:9,
  63:10, 80:7
**submitted** [1] - 59:9
**submitting** [2] - 47:10,
  63:12
**subsequently** [1] -
  75:24
**substance** [1] - 77:2
**substantive** [3] -
  36:12, 36:16, 69:7
**suggest** [8] - 11:9,
  19:14, 21:24, 22:24,
  44:13, 44:20, 50:7,
  65:10
**suggested** [5] - 18:3,
  61:9, 61:11, 69:4,
  72:15
**suggesting** [2] -
  60:23, 63:8
**suggestion** [3] - 53:1,
  58:25, 72:19
**suggestions** [1] -
  68:18
**Suite** [9] - 2:9, 2:12,
  3:6, 3:16, 3:22, 4:8,
  4:11, 4:15, 4:21
**summaries** [7] - 47:1,
  58:23, 59:13, 60:5,
  60:8, 62:12, 67:1
**Summaries** [1] - 7:8
**summarize** [2] - 60:8,
  61:24
**summarizing** [1] -
  59:17
**summary** [7] - 59:9,
  61:2, 63:18, 63:23,
  64:2, 64:7, 64:13
**super** [1] - 58:10
**supply** [1] - 77:13

**support** [1] - 64:9
**supported** [1] - 70:9
**suppose** [2] - 59:16, 73:2
**supposed** [1] - 20:23
**surprise** [1] - 11:24
**surprised** [1] - 11:25
**surprises** [1] - 30:13
**surprising** [1] - 13:2
**SUSAN** [1] - 1:20
susan_zielie@laed.
   uscourts.gov [1] -
   1:22
**suspect** [1] - 28:24
**sustain** [1] - 16:14
**sustained** [4] - 15:9,
   15:15, 20:2, 24:14
**sustains** [1] - 14:24
**SUTHERLAND** [1] -
   3:13
**switching** [1] - 60:8
**system** [4] - 8:17,
   14:5, 19:11, 27:19

## T

**table** [1] - 25:19
**tables** [1] - 48:10
**tag** [1] - 42:13
**tag-team** [1] - 42:13
**take-aways** [1] - 53:15
**task** [1] - 53:10
**team** [7] - 42:13, 50:8,
   55:1, 55:21, 57:7,
   57:24, 79:25
**teams** [1] - 58:12
**technical** [3] - 64:1,
   66:2, 66:17
**telephone** [1] - 71:2
**TELEPHONICALLY**
   [1] - 5:2
**ten** [9] - 71:22, 71:24,
   72:2, 72:3, 72:15,
   72:17, 73:1, 73:2,
   73:5
**tend** [2] - 56:25, 63:1
**tender** [2] - 17:21,
   21:13
**tendered** [3] - 17:3,
   17:8, 18:5
**tendering** [1] - 17:9
**tenders** [1] - 69:8
**term** [1] - 25:6
**terms** [5] - 43:17,
   56:14, 58:11, 72:24,
   73:15
**terrific** [1] - 33:2
**testimony** [9] - 18:12,
   18:13, 26:13, 34:21,
   38:11, 39:4, 39:25,

42:22, 43:19
**THE** [190] - 1:2, 1:5,
   1:5, 1:12, 8:3, 8:5,
   8:8, 8:13, 8:16, 8:23,
   9:11, 9:19, 9:24,
   10:2, 10:5, 10:12,
   10:14, 10:17, 10:22,
   11:18, 11:24, 12:3,
   12:9, 13:2, 13:5,
   13:10, 13:18, 14:8,
   15:10, 15:19, 16:1,
   16:10, 16:19, 16:23,
   17:2, 17:14, 17:21,
   18:1, 19:2, 19:9,
   19:25, 20:15, 21:1,
   21:10, 21:14, 21:22,
   22:1, 22:9, 22:14,
   22:20, 23:9, 24:6,
   25:5, 25:12, 25:15,
   26:19, 26:23, 27:1,
   27:3, 28:9, 28:14,
   29:8, 29:18, 30:4,
   30:11, 30:14, 30:20,
   31:1, 31:3, 31:6,
   31:17, 32:1, 32:7,
   32:18, 33:2, 33:6,
   33:12, 33:20, 34:6,
   34:8, 34:12, 35:4,
   36:25, 38:22, 40:9,
   40:14, 41:6, 41:10,
   42:6, 42:10, 42:17,
   43:12, 43:20, 43:23,
   45:8, 45:18, 45:23,
   46:3, 46:5, 46:10,
   46:18, 46:23, 47:3,
   47:12, 47:14, 47:17,
   47:24, 48:19, 49:5,
   49:11, 49:15, 49:19,
   49:22, 49:25, 50:3,
   50:10, 50:15, 50:17,
   50:19, 51:9, 51:12,
   51:21, 51:24, 52:3,
   52:8, 52:19, 53:12,
   53:19, 55:3, 55:22,
   56:2, 56:6, 56:18,
   57:6, 57:11, 57:25,
   58:18, 58:21, 59:6,
   59:8, 59:23, 60:1,
   60:10, 60:12, 60:23,
   61:1, 61:19, 62:1,
   62:5, 62:15, 62:22,
   63:2, 63:25, 64:22,
   65:2, 65:20, 66:18,
   66:23, 67:5, 67:8,
   68:6, 68:11, 68:16,
   71:5, 71:9, 72:8,
   73:10, 73:22, 74:6,
   74:13, 75:9, 76:2,
   76:4, 76:8, 76:12,
   77:7, 77:14, 77:19,
   78:1, 78:3, 78:11,

78:18, 78:20, 78:22,
   79:11, 79:14, 79:23,
   80:2, 80:10, 80:18
**thematic** [1] - 54:20,
   55:19
**thematically** [1] - 58:1
**themes** [1] - 58:13
**themselves** [2] - 9:16,
   59:20
**therefore** [4] - 18:23,
   43:1, 70:17, 75:22
**they've** [3] - 23:21,
   61:21, 72:24
**thinking** [4] - 29:19,
   35:12, 53:25, 68:14
**thinks** [1] - 69:20
**third** [3] - 48:2, 54:14,
   65:15
**THOMAS** [1] - 2:10
**THOMPSON** [1] -
   46:15
**thoughts** [1] - 53:24
**three** [17] - 11:2,
   13:10, 13:13, 62:14,
   65:5, 65:7, 65:10,
   65:12, 65:14, 66:15,
   66:20, 67:3, 67:5,
   67:6, 70:20, 72:11,
   73:6
**three-day** [1] - 13:13
**three-pager** [1] - 67:6
**threshold** [1] - 39:9
**throw** [3] - 44:22,
   53:5, 53:17
**throwed** [1] - 73:7
**Thursday** [11] - 10:24,
   11:3, 11:5, 11:19,
   11:20, 12:21, 47:20,
   79:20, 80:9, 80:13,
   80:16
**tighter** [1] - 70:17
**timeframes** [2] -
   71:14, 71:15
**timeline** [4] - 52:22,
   53:2, 56:3, 68:5
**Timeline** [1] - 7:7
**timing** [1] - 56:22
**tired** [2] - 8:4, 78:14
**TO** [1] - 7:13
**today** [11] - 27:10,
   28:1, 28:8, 28:13,
   28:15, 29:13, 50:21,
   52:23, 53:4, 58:24,
   68:5
**together** [5] - 54:4,
   54:21, 54:22, 61:9,
   70:4
**TOLEDO** [1] - 4:7
**TOLLES** [1] - 3:17
**TOM** [1] - 3:21

**TOMASELLI** [1] - 4:19
**Tony** [6] - 22:7, 61:12,
   62:1, 63:25, 68:12,
   73:24
**Tony's** [1] - 72:6
**took** [1] - 34:14
**top** [2] - 57:14, 57:18
**topic** [1] - 55:4
**tossed** [1] - 58:23
**totally** [2] - 36:8, 44:23
**Tower** [1] - 2:3
**track** [5] - 15:17, 19:7,
   59:21, 67:2, 74:4
**traditional** [1] - 26:1
**traffic** [1] - 9:24
**trans** [1] - 54:11
**transcribed** [1] - 34:22
**transcript** [4] - 19:19,
   19:23, 34:15
**TRANSCRIPT** [1] -
   34:17
**Transcription** [1] -
   1:25
**Transcripts** [1] - 6:11
**transcripts** [2] - 34:15,
   37:10
**Transocean** [8] - 20:4,
   29:1, 31:14, 32:18,
   47:7, 65:11, 67:12,
   79:19
**TREX** [5] - 16:18,
   18:16, 19:1, 23:24,
   38:17
**TRIAL** [1] - 34:17
**trial** [12] - 20:7, 21:14,
   25:19, 32:23, 36:3,
   37:11, 39:22, 45:21,
   48:8, 48:22, 52:22,
   64:23
**Trial** [3] - 6:11, 6:23,
   7:2
**trials** [2] - 26:12
**tricked** [1] - 9:9
**tried** [1] - 45:21
**trier** [2] - 65:16, 65:22
**true** [2] - 16:5, 22:9
**truly** [2] - 27:13,
   28:11, 76:17
**truth** [1] - 41:4
**try** [17] - 11:5, 11:12,
   11:14, 20:16, 22:25,
   23:5, 29:1, 29:8,
   33:25, 34:7, 35:19,
   46:7, 54:4, 54:8,
   54:17, 73:23, 78:10
**trying** [4] - 48:9,
   57:23, 60:19, 62:10
**Tuesday** [10] - 10:25,
   11:3, 11:10, 11:20,
   12:14, 12:16, 12:19,

14:8, 21:13, 47:19
**turn** [3] - 37:20, 38:20,
   48:11
**two** [19] - 33:25,
   39:10, 43:15, 47:1,
   51:15, 51:25, 52:1,
   55:14, 56:20, 58:23,
   59:9, 59:12, 61:9,
   64:8, 70:24, 70:25,
   72:10, 73:13, 78:23
**TWO** [2] - 7:1, 7:13
**Two** [11] - 7:2, 7:7,
   7:8, 7:11, 50:19,
   52:21, 54:18, 54:20,
   55:11, 62:12, 69:5
**two-page** [4] - 47:1,
   58:23, 59:9, 61:9
**two-paged** [1] - 59:12
**TX** [5] - 3:16, 3:23,
   4:8, 4:12, 4:22
**type** [1] - 54:22, 66:9

## U

**U.S** [1] - 18:5
**uh-oh** [1] - 76:5
**ultimately** [1] - 71:23
**unavailable** [1] -
   69:10
**uncomplicate** [1] -
   77:19
**under** [5] - 21:24,
   22:2, 27:23, 44:11,
   73:1
**UNDERHILL** [16] -
   2:14, 8:22, 16:9,
   21:21, 21:23, 22:2,
   22:12, 22:17, 22:21,
   27:2, 28:17, 29:23,
   30:8, 30:13, 34:4,
   45:15
**Underhill** [2] - 8:21,
   34:3
**underlying** [1] - 43:2
**understood** [1] - 78:7
**uniform** [1] - 19:11
**unintended** [1] - 26:2
**United** [27] - 2:17,
   9:12, 28:16, 48:17,
   51:15, 51:17, 51:19,
   52:1, 53:23, 54:1,
   55:2, 56:22, 58:6,
   59:3, 63:10, 63:19,
   63:21, 64:2, 64:9,
   65:12, 69:12, 70:3,
   70:7, 70:15, 72:1,
   77:4, 79:4
**UNITED** [2] - 1:1, 1:13
**University** [3] - 76:12,
   76:21, 77:24

**university** [1] - 77:7
**unless** [5] - 16:7, 28:6, 48:25, 75:23, 75:24
**Unlisted** [1] - 6:7
**unnecessary** [2] - 16:8, 60:20
**unobjected** [2] - 23:25, 25:6
**UNOFFICIAL** [1] - 34:16
**unopposed** [2] - 28:7, 28:11
**untrue** [1] - 24:18
**up** [51] - 8:12, 13:12, 14:5, 14:23, 15:7, 16:19, 16:21, 17:1, 17:2, 19:19, 20:7, 21:15, 22:13, 23:6, 24:1, 24:15, 25:1, 27:21, 30:19, 32:15, 33:7, 34:25, 36:2, 36:24, 37:24, 38:5, 40:12, 41:21, 42:12, 43:8, 44:22, 47:4, 47:9, 48:18, 49:24, 50:20, 52:2, 53:2, 56:5, 57:13, 60:3, 71:16, 71:20, 72:6, 75:11, 76:5, 76:15, 76:22, 76:24, 78:16, 80:3
**Upcoming** [1] - 6:23
**US** [8] - 2:14, 2:18, 9:1, 27:20, 54:19, 74:1, 74:4, 78:9
**US's** [1] - 50:21
**USA** [1] - 12:12
**USCB** [1] - 77:4
**USDOJ** [2] - 5:2, 5:2
**useful** [4] - 62:25, 63:2, 64:12, 64:20
**uses** [2] - 16:17, 33:4
**usual** [1] - 10:21

## V

**vacate** [1] - 48:25
**VALENTI** [1] - 42:7
**validity** [1] - 64:16
**value** [2] - 66:7
**valued** [1] - 42:14
**vanilla** [4] - 33:15, 61:2, 65:20, 65:22
**various** [2] - 58:12, 64:17
**Video** [1] - 6:11
**Vidrine** [2] - 6:21, 47:5
**view** [2] - 70:22, 70:23
**volume** [1] - 34:6

## W

**waived** [9] - 20:14, 23:16, 24:3, 24:10, 24:17, 24:21, 25:2, 25:11, 50:8
**waiver** [3] - 25:5, 25:7, 50:6
**walk** [1] - 22:14
**WALKER** [1] - 2:2
**WALTHER** [1] - 4:2
**wants** [9] - 8:5, 11:15, 25:9, 25:24, 51:16, 63:19, 66:12, 69:13, 77:8
**war** [1] - 21:22
**WARREN** [1] - 4:17
**Washington** [7] - 2:19, 2:24, 3:12, 4:18, 4:24, 8:12, 49:8
**watch** [1] - 12:6
**Waterside** [1] - 2:4
**waves** [1] - 57:15
**wear** [1] - 49:6
**wedded** [1] - 61:4
**Wednesday** [11] - 10:11, 10:12, 10:13, 11:1, 11:4, 11:5, 12:18, 12:19, 23:6, 47:19, 47:20
**Week** [1] - 79:15
**week** [50] - 8:3, 9:10, 9:11, 9:15, 11:19, 12:5, 13:10, 13:12, 13:13, 13:16, 13:21, 14:8, 21:9, 23:24, 24:22, 31:9, 32:3, 33:20, 41:8, 41:10, 41:13, 43:22, 47:9, 47:25, 48:3, 48:8, 48:12, 49:5, 49:7, 52:7, 52:24, 54:2, 54:5, 54:12, 54:13, 54:14, 55:21, 56:12, 58:17, 58:22, 68:21, 69:3, 71:16, 72:25, 73:5, 74:5, 75:11, 80:16
**weekend** [1] - 49:4
**weeks** [3] - 25:23, 32:24, 79:3
**WEINER** [1] - 4:13
**welcome** [5] - 47:3, 47:24, 50:17, 58:19, 78:11
**whereas** [1] - 44:1
**whereby** [1] - 36:16
**WHITELEY** [1] - 3:2
**whole** [2] - 21:18, 78:2

**WILLIAMS** [9] - 3:15, 20:4, 20:21, 31:13, 31:21, 32:22, 79:16, 79:25, 80:15
**Williams** [2] - 20:4, 31:13
**WILLIAMSON** [2] - 30:22, 31:2
**wine** [1] - 22:4
**WINFIELD** [1] - 2:23
**wish** [1] - 80:7
**Witness** [2] - 7:10, 18:21
**witness** [32] - 13:25, 14:1, 14:4, 14:9, 14:10, 14:13, 15:14, 16:2, 16:20, 17:3, 23:2, 23:21, 23:24, 38:16, 39:3, 39:23, 40:23, 41:15, 43:17, 43:18, 44:1, 59:10, 59:13, 59:17, 59:21, 60:2, 62:15, 63:11, 63:14, 64:7, 68:2
**witness's** [4] - 18:13, 26:13, 42:22, 43:19
**Witnesses** [2] - 6:13, 6:14
**witnesses** [14] - 23:24, 41:8, 41:14, 54:19, 54:21, 54:22, 63:13, 63:17, 64:1, 67:22, 67:23, 67:24
**WITNESSES** [1] - 6:19
**WITTMAN** [1] - 4:2
**Word** [1] - 65:13
**word** [2] - 25:5, 44:21
**wording** [3] - 69:1, 69:2, 71:2
**words** [2] - 13:25, 60:20
**works** [2] - 13:21, 78:13
**worried** [1] - 57:9
**worry** [1] - 69:19
**worth** [4] - 57:25, 61:24, 70:25
**Wright** [2] - 22:11, 22:15
**write** [2] - 26:6, 60:3
**written** [1] - 20:17

## Y

**yard** [4] - 27:22, 29:24, 30:11, 31:3
**yawn** [5] - 76:6, 76:7, 76:9, 79:2, 79:3
**years** [2] - 23:14, 70:4
**yellow** [1] - 38:7

**yesterday** [13] - 9:2, 10:25, 12:9, 12:25, 13:7, 15:23, 17:10, 32:8, 34:20, 38:10, 47:20, 52:18, 74:3
**yesterday's** [2] - 13:17, 31:25
**YORK** [9] - 4:10, 33:10, 51:4, 51:10, 51:13, 62:3, 62:7, 62:16, 75:11
**York** [1] - 62:3
**yourself** [2] - 22:16, 68:14

## Z

**zero** [1] - 73:5
**ZIELIE** [1] - 1:20