MINUTE ENTRY
SHUSHAN, M.J.
FEBRUARY 19, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-1978 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating:   Allan Moore; Mark Herman and David Goodwin for BP;

Ed Powers and John Elsey for Transocean; and

Marty McLeod for Underwriters.

The parties described the agreed to protocol for the resolution of the matter. The stipulated case management order submitted on February 11, 2013, will be signed and filed into the record. A hearing with oral argument is set for **Tuesday, March 12, 2013, at 9:30 a.m.** Each party shall have 30 minutes.

                                                                                    _____
                                                                                    **SALLY SHUSHAN**
                                                                                    **United States Magistrate Judge**

MJSTAR 00:30