UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010, | * * * * * * | MDL NO. 2179 |
| This Document Relates To: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *Michael Keegan vs. The State of Louisiana, et al.* 13-cv-0189 | * * * * * | |

**MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION ON GROUNDS OF ELEVENTH AMENDMENT IMMUNITY**

NOW INTO COURT, comes the State of Louisiana, by and through its Attorney General, James D. "Buddy" Caldwell, who appears for the sole purpose of requesting that this Honorable Court sever and remand the claims against the State in the above-captioned proceeding to the Twenty-Fifth Judicial District Court for the Parish of Plaquemines, Louisiana, for the reasons set forth below and as more fully described in the accompanying memorandum.

1.

On December 21, 2012, Plaintiff Michael C. Keegan filed a lawsuit against multiple Defendants, including the State, seeking damages associated with the blowout, fire, and explosion of the *Deepwater Horizon*, and the resulting oil spill and activities associated therewith. Specifically, the Plaintiff claims to own property in Bay Ronquille, Plaquemines Parish, Louisiana and that oil and other pollutants from the *Deepwater Horizon* Oil Spill

damaged his property.  The Plaintiff further alleges that an agreement was entered into between individuals from the State of Louisiana and the Plaintiff for purposes of using the Plaintiff's property during the State's response and removal actions.  The Plaintiff alleges that the State breached the agreement and seeks damages associated with this alleged breach.

2.

On February 1, 2013, BP Exploration & Production Inc., BP Products North America, Inc., and BP America, Inc. filed a Notice of Removal, removing the case to the United States District Court for the Eastern District of Louisiana

3.

The State appears in this matter for the sole purpose of objecting to the jurisdiction of this Honorable Court on the grounds of the State of Louisiana's Eleventh Amendment right to sovereign immunity against suits in federal court.  The filing of this motion, or any other motion, does not waive the State's sovereign immunity defense provided by the Eleventh Amendment to the United States Constitution, and the State specifically reserves all other claims, rights, and defenses under federal and state law.

4.

The State has not waived its sovereign immunity in this matter by any actions and has not done so by any legislative enactment.

5.

On the basis of Eleventh Amendment immunity alone, not having waived its sovereign immunity, the claims against the State should be remanded because the State is entitled to sovereign immunity from suit in federal court.

WHEREFORE, premises considered and for the reasons more fully set forth in the accompanying Memorandum, Mover, THE STATE OF LOUISIANA prays that the claims against the State in this matter be severed and remanded to the Twenty-Fifth Judicial District Court.

Dated this 4th day of March, 2013

Respectfully Submitted,

**JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL**

BY: \_\_/s/ Megan K. Terrell_____
      Megan K. Terrell (La. Bar Roll #28991)
      Steven B. "Beaux" Jones (#33915)
      Assistant Attorneys General
      Louisiana Department of Justice
      Civil Division
      Post Office Box 94005
      Baton Rouge, Louisiana 70804-9005
      TEL: (225) 326-6085
      FAX: (225) 326-6099

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Remand has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of March, 2013.

/s/ Megan K. Terrell
Megan K. Terrell (#29443)

terrellm@ag.state.la.us