UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010, | * * * * * * | MDL NO. 2179 |
|  | * | * |
|  | * | JUDGE BARBIER |
| This Document Relates To: | * | |
|  | * | MAG. JUDGE SHUSHAN |
| *Michael C. Keegan vs.* *The State of Louisiana, et al.* 13-cv-0189 | * * * * | |

_____

**ORDER**
_____

Considering the foregoing Motion For Remand filed by the State of Louisiana:

**IT IS HEREBY ORDERED, ADUJDGED, and DECREED** that the State's Motion be and is hereby GRANTED.

Dated this ____ day of _____, 2013.


_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA