UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO. 2179** |
| | **SECTION "J" (1)** |
| | **JUDGE BARBIER** |
| **APPLIES TO: 12-1978** | **MAGISTRATE SHUSHAN** |

### STIPULATED CASE MANAGEMENT ORDER
### REGARDING SECOND EXCESS LAYER INSURANCE INTERPLEADER

On July 31, 2012, Various Insurance Companies (collectively, "Second Excess Layer Insurers"), which issued and/or subscribed to an excess liability insurance policy (Policy No. ARS4927; the "Second Excess Layer Insurance Policy"), filed a complaint in interpleader in the United States District Court for the Eastern District of Louisiana (Case No. 12-cv-1978; the "Second Excess Layer Insurance Interpleader"). On August 1, 2012, the Second Excess Layer Insurance Interpleader was assigned to this multidistrict proceeding (MDL No. 2179). The Court now orders, with the consent of all parties to the Second Excess Layer Insurance Interpleader, as follows:

1. It is hereby understood and agreed that (a) all parties to the Second Excess Layer Insurance Interpleader consent to the jurisdiction of this Court under 28 U.S.C. § 1333; (b) the Second Excess Layer Insurance Interpleader shall be deemed to have been filed in the Southern District of Texas (Houston Division) and transferred to and consolidated before this Court for all pretrial purposes; and (c) all defendants in the Second Excess Layer Insurance Interpleader are deemed to have appeared in the Second Excess Layer Insurance Interpleader and consent to jurisdiction and venue.

2

2. Going forward, to facilitate a proper and efficient resolution of the Second Excess Layer Insurance Interpleader, and provided that the parties thereto jointly agree on a process for this purpose, the Court will make itself available (a) to authorize any stipulated requests for payment from the Second Excess Layer Insurance Policy; and (b) to review and determine *in camera* any objection made by any party to the Second Excess Layer Insurance Interpleader to the existence of coverage under the Second Excess Layer Insurance Policy for, and/or to the reasonableness of, any other settlement of any claim submitted for coverage under such agreed process by any party to the Second Excess Layer Insurance Interpleader.

3. Upon authorization by any such stipulated request, or upon overruling any such objection, the Court will issue an order for purposes of the Second Excess Layer Insurance Interpleader (a) confirming its determination and authorizing payment from the Second Excess Layer Insurance Policy, but without disclosing any identifying information or confidential settlement details, and (b) discharging the Second Excess Layer Insurers from any further obligation and/or liability under the Second Excess Layer Insurance Policy to the extent of said payment.

New Orleans, Louisiana, this 4th day of March, 2013.

_____
Sally Shushan
United States Magistrate Judge

2