UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 10-8888, Rec. Doc. 104619 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of the law firm of Daniel H. Craven, P.C. for leave to withdraw as counsel (Rec. Doc. 8494), **IT IS ORDERED** that the Motion is **DENIED.**

New Orleans, Louisiana, this 1st day of March, 2013.

_____
United States District Judge