UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 10-2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | |
| on APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | |
| | * | JUDGE BARBIER |
| In Re: The Complaint of Kenneth Roberts | * | |
| MAGISTRATE JUDGE SHUSHAN | | |
| Civil Action No. 10-3815 | * | |

******************************************

## MOTION TO DISMISS CLAIM IN LIMITATION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kenneth Roberts, who submits to this Honorable Court that all issues and claims asserted by him in relation to the HORIZON incident of April 20, 2010 have been compromised and settled. Accordingly, Kenneth Roberts respectfully requests that his claim filed in the above noted limitation proceeding be dismissed, with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ David A. Hilleren
DAVID A. HILLEREN (#06921)
Hilleren & Hilleren, L.L.P.
Post Office Box 210
Evergreen, Louisiana 71333
Telephone: (318) 346-6162
Facsimile: (318) 346-6220

*Counsel for Kenneth Roberts*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of March, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                    /s/ David A. Hilleren