UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 10-2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | |
| on APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | |
| | * | JUDGE BARBIER |
| In Re: The Complaint of Kenneth Roberts | * | |
| MAGISTRATE JUDGE SHUSHAN | | |
| Civil Action No. 10-3815 | * | |

*******************************************

### **ORDER**

CONSIDERING THE FOREGOING MOTION TO DISMISS:

**IT IS HEREBY ORDERED** that the claim of Kenneth Roberts filed in the above noted limitation proceeding is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____

JUDGE, UNITED STATES DISTRICT COURT