UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the<br>         Gulf of Mexico, on April 20, 2010 | *<br>*<br>* | MDL No. 2179<br><br>SECTION "J" |
| | * | |
| **THIS PLEADING APPLIES TO:** | * | JUDGE: BARBIER |
| | * | |
| Coby Esponge, et al. v. BP, PLC, et al. | * | MAGISTRATE: SHUSHAN |
| | * | |
| Civil Action Nos.: | * | |
| 2:12-cv-0988 and 10-md-2179 | * | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS COBY ESPONGE, ET AL.'S CLAIMS AGAINST WEATHERFORD U.S., L.P.

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Coby Esponge, D.J. Landrieu & Company, LLC, Innovation Event Management, LP, RHS Enterprises, KTRSR Cabs, LLC, Michael Kaufmann, Sr., Coastal Product Service, Inc., Pair-A-Dice Charters of Grand Isle, L.L.C., Rigs Reefs & Wrecks, Inc., Southern Way Charters, Inc., Daniel Taddei, The Brylski Company, Coastal Outdoors, Vince's Seafood Corporation, Waterfront Construction, L.L.C., Raymond Dupre, Reginald Jenkins, David Wilkinson, Leonard Caswell McKenzie, III, David Torry, Jr., Marla Wilhelm, Tonci Marevic, Prevlaka, Inc., Cajun Captain Charters, LLC, Strike Zone Charter, L.L.C., Louis Carite, Brenda Chase, Dr. Lawrence N. Frost, III, George Ritchey, and Anthony Marino ("Plaintiffs"), who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, files this Notice of Voluntarily Dismissal without Prejudice of their claims against Weatherford U.S., L.P. asserted in the matter of *Coby Esponge, et al. v. BP, PLC, et al.*, Civil Action No. 2:12-cv-0988.  As of the filing of this Notice, Weatherford has not filed an Answer in Civil Action No. 2:12-cv-0988.

{N2589596.1}

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor. (*See* Rec. Docs. 5652, 5653). In the Court's Order, Rec. Doc. 5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 ), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402). There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiffs, Coby Esponge, D.J. Landrieu & Company, LLC, Innovation Event Management, LP, RHS Enterprises, KTRSR Cabs, LLC, Michael Kaufmann, Sr., Coastal Product Service, Inc., Pair-A-Dice Charters of Grand Isle, L.L.C., Rigs Reefs & Wrecks, Inc., Southern Way Charters, Inc., Daniel Taddei, The Brylski Company, Coastal Outdoors, Vince's Seafood Corporation, Waterfront Construction, L.L.C., Raymond Dupre, Reginald Jenkins, David Wilkinson, Leonard Caswell McKenzie, III, David Torry, Jr., Marla Wilhelm, Tonci Marevic, Prevlaka, Inc., Cajun Captain Charters, LLC, Strike Zone

Charter, L.L.C., Louis Carite, Brenda Chase, Dr. Lawrence N. Frost, III, George Ritchey, and Anthony Marino, voluntarily dismiss without prejudice their claims, and withdraw all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the matter of *Coby Esponge, et al. v. BP, PLC, et al.*, Civil Action No. 2:12-cv-0988.

    This __4th__ day of March, 2013.

Respectfully submitted:

*/s/ Catherine B. Cummins*
STUART HOUSEL SMITH
MICHAEL G. STAG
CATHERINE B. CUMMINS
SMITH STAG, LLC
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA  70130
Ph: 504-593-9600
mail@smithstag.com
mstag@smithstag.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___4th_ day of March, 2013, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Catherine B. Cummins*
CATHERINE B. CUMMINS

{N2589596.1}