U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010. | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| This Document Relates to Margaret L. Barkowski (CA 10-8888 Document No. 43623) and Raymond E. Barkowski (CA 10-8888 Document No, 43624) | ) ) ) ) ) | |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

This cause coming before the Court on Motion of James F. McKenzie, Esquire, for leave to withdraw as Counsel of Record for Margaret L. Barkowski and Raymond E. Barkowski, and the Court having considered the same, is of the opinion that the same should be, and is hereby **GRANTED**.

It is therefore **ORDERED, ADJUDGED and DECREED** as follows:

1. James F. McKenzie, and the McKenzie Law Firm, P.A., formerly known as McKenzie, Hall & De La Piedra, P.A., are hereby granted leave to withdraw as attorney for Margaret L. Barkowski and Raymond E. Barkowski.

Done in chambers, New Orleans, Louisiana this 1st day of March, 2013.

_____
United States District Judge