U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010. | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to Martin H. Field (CA 10-8888 Document No. 43613) and Lori N. Field (CA 10-8888 Document No, 43614) | ) ) ) ) ) | |

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

This cause coming before the Court on Motion of James F. McKenzie, Esquire, for leave to withdraw as Counsel of Record for Martin H. Field and Lori N. Field, and the Court having considered the same, is of the opinion that the same should be, and is hereby **GRANTED**.

It is therefore **ORDERED, ADJUDGED and DECREED** as follows:

1. James F. McKenzie, and the McKenzie Law Firm, P.A., formerly known as McKenzie, Hall & De La Piedra, P.A., are hereby granted leave to withdraw as attorney for Martin H. Field and Lori N. Field

New Orleans, Louisiana this 1st day of March, 2013.

_____
United States District Judge