## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| This Document Relates To: | * | **JUDGE BARBIER** |
| 10-8888, 10-2771 | * | |
| | * | **MAGISTRATE SHUSHAN** |

### ORDER

Considering the Motion to Withdraw by Sheller, P.C.(Rec. Doc. 8031), **IT IS ORDERED**

that Kenneth W. Smith and Sheller, P.C. are hereby withdrawn as counsel for the plaintiffs listed

in Exhibit A to the Motion.


New Orleans, Louisiana, this 1st day of March, 2013.

_____
United States District Judge