UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal unredacted versions of the memorandum and certain exhibits in support of its Motion *in Limine* for Admission of Nine Trial Exhibits, Dkt. No. 8587.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the unredacted memorandum and Attachments 2, 10, 12, 20, 21 and 23 shall be filed under seal.

IT IS SO ORDERED this ___4th___ day of ___March___, 2013, at New Orleans, Louisiana.

_____
United States Magistrate Judge