# API Recommended Practices 59, 2nd Ed. 2006

**Recommended Practice for Well Control Operations**

API RECOMMENDED PRACTICE 59
SECOND EDITION, MAY 2006

AMERICAN PETROLEUM INSTITUTE

## 8.3 Diverter Operation

Following are recommendations for diverter operations and controlling diverted flow. Under no circumstances should diverter lines be closed on a possible kick.

HALLIBURTON

D-8231.1