**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 4, 2013**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010               SECTION J

Applies to: *All Cases*                            JUDGE BARBIER
                                                  MAGISTRATE JUDGE SHUSHAN

A telephone conference was held this date.

Participating:  Matthew Schenk and Angela Mullins for UCSB;

                Tom Benson and Brandon Robers for the United States; and

                Rob Gasaway, Karen DeSantis and Julie Posteraro for BP.

Mr. Schenk described the scope of his representation of the University California at Santa Barbara ("UCSB") as limited to assisting UCSB with the issues raised by BP's claim that the relevant portions of Professor Leifer's audio journal should be produced.  Mr. Schenk was given **until 5:00 p.m. CST on Wednesday, March 6**, **2013** to produce a letter in reply to BP's letter of March 1.  The two letters will be filed into the record.

The undersigned reported that, based on the information before her, her initial view is: (1) the audio journal appears to contain information which is relevant and discoverable; (2) the parties will be allowed to examine the audio journal; (3) a brief continuance of Professor Leifer's deposition may be warranted; and (4) costs will be taxed to UCSB.  Mr. Schenk's letter may change the undersigned's mind regarding this matter, but it will be an uphill road.

MJSTAR  00:20

The U.S. raised the issue of whether, considering Professor Leifer's role in the FRTG and the information available to BP, the burden of production of relevant information from the audio journal outweighs its likely benefit.  That will be considered in the Court's ruling.

SALLY SHUSHAN
United States Magistrate Judge

1) Matthew J. Schenck
   Paul, Plevin, Sullivan & Connaughton LLP
   101 West Broadway, Ninth Floor
   San Diego, California  92101
   mschenck@paulplevin.com

2) Angela T. Mullins
   Paul, Plevin, Sullivan & Connaughton LLP
   101 West Broadway, Ninth Floor
   San Diego, California  92101
   amullins@paulplevin.com

3) Michael R. Goldstein
   Senior Counsel
   University of California - Santa Barbara
   Michael.Goldstein@ucop.edu