UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>This Document applies to:<br>*All Transocean Answers as Set Forth on the Attached Exhibit "A"* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of Transocean Offshore Deepwater Drilling, Inc. ("TODDI"), Transocean Deepwater Inc. ("TDI"), Transocean Holdings LLC ("TH") and Triton Asset Leasing GmbH ("Triton") (collectively "Transocean") to File Under Seal its Unredacted "Transocean's Supplemental Answer and Affirmative Defenses" and Related Attachments,

IT IS HEREBY ORDERED that the motion be and hereby is Granted, the parts redacted from Transocean's publicly filed "Supplemental Answer and Affirmative Defenses and Exhibits 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 49, 51, 52, 53, 56, 57, 59, 61, 62, 64, 66, 67, 68, 70, 71, 73, 77, 78, 79, 81, 82, 84, 87, 90, 91, 92, and 93 shall be filed under seal.

New Orleans, Louisiana, this 4th day of March, 2013.

_____
United States Magistrate Judge