UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:      Oil Spill by the Oil Rig                    ]          MDL No. 2179
            "Deepwater Horizon" in the                  ]
            Gulf of Mexico, on April 20, 2010           ]          SECTION: J
                                                        ]
                                                        ]          Judge Barbier
This Document Relates to: 2:12-cv-1045-CJB-JCW ]                   Mag. Judge Wilkinson
_____ ]


**PLAINTIFF'S MARCH 4, 2013 NOTICE OF FILING CONSENTS**


Pursuant to 29 U.S.C. § 216(b), the following individuals submit a written

Notice of Consent:

1.      Stephen James Bowen;

2.      Joseph Wayne Hebert;

3.      Andrew Denton Rider; and

4.      Douglas Adam Meissner.


Respectfully submitted,

**BRUCKNER BURCH PLLC**


        **/s/ David I. Moulton**
By: _____
        David I. Moulton
        Texas State Bar No. 24051093
        S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

/s/ **David I. Moulton**

_____

David I. Moulton


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's March 4, 2013 Notice of Filing Consents has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of March, 2013.

/s/ **David I. Moulton**

_____

David I. Moulton