IN RE: FLSA CLAIMS AGAINST: ] COLLECTIVE ACTION
]
O'BRIENS, ET AL., ]
] **NOTICE OF CONSENT**
]

I consent to be a party plaintiff in an action to collect unpaid wages.

_Andrew Denton Rider_
Signature

_Andrew Denton Rider_
Full Legal Name (print)

**Exhibit 3**