Minute Entry
Barbier, J.
February 27, 2013
JS 10: 7hr. 45min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION<br>OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

CASE MANAGER:                                    COURT REPORTER:
STEPHANIE KALL                                   CATHY PEPPER (AM)
                                                 TONI TUSA  (PM)

NON-JURY TRIAL
(Day three)

WEDNESDAY, FEBRUARY 27, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

BP's exhibits regarding exam of Robert Bea are offered: ORDERED admitted. (see list attached)

Witness: Lamar McKay, previously sworn and testified.

Transocean offers exhibit Trex 89052 with attachments: ORDERED admitted.

Witnesses: Anthony Hayward by video deposition. Transcript of deposition accepted and filed into the record.
Kevin Lacy by video deposition. Transcript of deposition accepted and filed into the record.
Dr. Alan R. Huffman, sworn and testified. (Expert)

U.S. offers exhibits Trex 7510 and Trex 7511, report and rebuttal report of Dr. Alan R. Huffman offered: ORDERED admitted.

U.S. exhibits regarding exam of Dr. Alan R. Huffman are offered: ORDERED admitted. (see list attached)

Witness: Mark Bly, sworn and testified.

Court recesses at 6:05 p.m.

Court will resume on Thursday, February 28, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield