BP offers the following documents it used during its examination of Dr. Bea into evidence:

2/27/2013
admitted
SK

| Trial Exhibit Number | Description |
|---|---|
| TREX-000571 | Safety Drill Report - Complete Collection |
| TREX-000572 | Email from D. Rainey to D. Sims et al. re Thank You |
| TREX-000866 | Gulf of Mexico SPU Operating Plan (OMS Handbook) |
| TREX-001148 | E-mail from David Sims to John Guide re: "Next Week" |
| TREX-001374 | Email from J Guide to P Johnson; FW: Deepwater Horizon Rig Audit |
| TREX-001694 | Email from J. Guide to D. Sims RE: Discussion - The Way We Work With Engineering |
| TREX-001831 | Email from B. Cocales to DWH OIM, P. Johnson, et al. re: "Audit Report Documents - DWH Sept 2009" |
| TREX-002187 | Major Accident Hazard Risk Assessment - Deepwater Horizon |
| TREX-004170 | Gulf Of Mexico SPU |
| TREX-004261 | Lloyd's Register Safety Management Systems and Safety Culture/Climate Reviews: Deepwater Horizon |
| TREX-004362 | Deepwater Horizon Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009 |
| TREX-005689 | PerformanzFest 2009 |
| TREX-005777 | Transocean Launches Major Evaluation of Safety Processes and Culture |
| TREX-005958 | Safety & Operations Learning Programmes - May 2009 |
| TREX-005959 | Deepwater Horizon Safety Pulse Check - Report & Action Plan |
| TREX-005962 | Minerals Management Service - MMS Recognizes Companies for Safety Excellence |
| TREX-005963 | Letter from A. Verret and T. Sampson to Department of the Interior Minerals Management Service re: OOC and API written comments on proposed rule to add a new Subpart S-Safety and SEMS published June 17 |
| TREX-005965 | Email from J. Guide to P. Johnson, et al. re: HSSE Review - rig/office |

| | |
|---|---|
| TREX-005966 | Email from J. Guide to R. Sepulvado and R. Mcneill re: confernce call attaching GoM Townhall 9-23-09 for WSL telecon - final |
| TREX-005967 | Email from J. Guide to P. Johnson, et al. re: DW Horizon / TOI / BP - HSE conversation Thursday (10/15) 1 - 2 pm |
| TREX-005969 | Email from D. Sims to B. Cocales re: Forward Plan for review |
| TREX-005973 | Email from J. Guide to D. Sims re: Heads up |
| TREX-005974 | Email from J. Guide to D. Sims re: Questions |
| TREX-005976 | Email from J. Guide to R. Lee re: Need Feedback: BHP Mad Dog 08EXP002 EXC 54 |
| TREX-005984 | Letter attaching Safety and Environmental Management Systems for Outer Continental Shelf Oil and Gas Operations |
| TREX-006015 | Speech in article format entitled - Tony Hayward's speech at the 2008 Annual General Meeting |
| TREX-006017 | BP Press Release - BP Annual General Meeting 2010: Speeches - Tony Hayward |
| TREX-006025.c | GoM DC OMS GAP ASSESSMENT |
| TREX-006065 | GoM Drilling and Completions- GoM D&C Operating Plan/ Local OMS Manual |
| TREX-006257 | An overview of OMS GFD 0.0-0001 |
| TREX-007099 | Annual Individual Performance Assessment |
| TREX-008018 | 2006 BP Health, Safety and Environment (HSE) Report |
| TREX-008093 | DW Wells Leadership Houma Leadership Engagement |
| TREX-020198 | Transocean: Transocean - DEEPWATER HORIZON OIM to OIM Handover Report. "shuttle valve on mud boost had slight leak allowing to leak by to yellow pod and have to run in vent and leak stopped." "Decision made to take 6 days BOP maintenance and change all |
| TREX-044024 | Email from P. Johnson to J. Guide re BP Audit Findings |
| TREX-044027 | Email from T. Endicott to J. Guide re FW: DW Horizon Rig Audit Updates and path forward. |
| TREX-045062 | S&O Description |
| TREX-047182 | Email from P. Johnson to J. Guide et al. re FW: Deepwater Horizon Rig Audit |

| | |
|---|---|
| TREX-047221 | Deepwater Horizon Follow Up Audit Report Sept 2009 - Working Copy (Rev Date 11-17-09) |
| TREX-047414 | "Email from J. Neumeyer to J Thibodeaux et al. re Houma Leadership Week - HSSE performance meeting Wednesday 3/31, Attaching Houma Leadership Week - HSSE performance meeting Wednesday 3/31" |
| TREX-048154 | Email from B. Cocales to J. LeBleu et al. re Forward Plan for review, with Attachment |
| TREX-048157 | E & P Telecom 4/2/2010 |
| TREX-048250 | GoM SPU Performance Management Report - Final - January GFO |

## UNITED STATES' LIST OF EXHIBITS SHOWN TO
## DR. ALAN HUFFMAN ON DIRECT AND RE-DIRECT EXAMINATION

D-3553
D-3554
D-3564 (p. 114 from TREX 32000)
TREX-1220
TREX-1311
TREX-1335
TREX-1337
TREX-1343
TREX-1967
TREX-2654
TREX-3727
TREX-3732
TREX-3733
TREX-3734
TREX-3995
TREX-4021
TREX-4022
TREX-4047
TREX-4533
TREX-4535
TREX-4538
TREX-4776
TREX-5837
TREX-6217
TREX-7411
TREX-8186
TREX-32019

*admitted*
*2/27/2013*
*SK*