01-36952
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) | MDL NO. 2179 |
| | ) | SECTION : J |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 2 7 2013
LORETTA G. WHYTE
CLERK

# ANTHONY HAYWARD

VOLUME I

June 6, 2011

# COPY

*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

For U.S. & International Services
800 - 745 - 1101

6023 BP Sustainability Reporting 2009, Safety; 48 pages 155

6024 BP p.l.c. Group results, Second quarter and half year 2010(a); 43 pages 157

6025 Document 7 - From 'BP Parties' database, SPU OMS gaps PowerPoint; eight pages 164

6026 Failure to Learn, the BP Texas City Refinery disaster, by Andrew Hopkins; 200 pages 204

6027 Printout from iWatch News, Renegade Refiner: OSHA says BP "systemic safety problem," by Jim Morris, M.B. Bell, May 17, 2010; three pages 225

6028 Printout from OSHA website, OSHA Fact Sheet, BP History Fact Sheet; two pages 229

6029 Group of E-mails, various dates, among Scherie Douglas, Mark Hafle, Carl Butler, Marty Rinaudo, David Sims, Ian Little, Kevin Lacy, Kevin Guerre, Michael Leary, Jasper Peijs Martin Illingworth, Spencer Howe, Steve Chappell, Mike Daly, Subjects: Casing test extension - GB 873 #001, Update on TO performance, Weekly Drilling Report, marked CONFIDENTIAL; BP-HZN-MBI 00031629-31630, 37507-37508, BP-HZN-2179MDL00004792 277

6030 March 3, 2010 E-mail from Tim Burns to Glenn Nohavitza, David Schilling, George Gray, Subject: Maersk Developer Subsea BOP Report, attaching presentation, Subsea BOP Failures, Maersk Developer, Statoil Gulf of Mexico Experience Transfer, marked CONFIDENTIAL; BP-HZN-2179MDL00281877-281905 285

6031 March 22, 2010 E-mail from Jasper Peijs to Martin Illingworth, others, Subject: Weekly Drilling Report, E-mail from Laura Rumelhart to Fergus Addison, others, Subject: Tucker-2 Daily Update, June 11, 2010 Wilmer Hale letter to Jeff Bingaman from Tonya Robinson, marked CONFIDENTIAL; BP-HZN-2179MDL0004792, 45236-45237, 459-480 290

6032 RB Falcon DEEPWATER HORIZON BOP Assurance Analysis, marked Confidential; BP-HZN-BLY00053046-53194 299

6033 BP Annual Report and Form 20-F 2010; 309 pages 347

6034 Printout from BP website, Fourth Quarter and Full Year 2007 Results; one page 358

6035 Printout from BP website, BP Fourth Quarter and Full-Year 2008 Results; one page 359

6036 Printout from BP website, BP Fourth Quarter and Full-Year 2009 Results; one page 360

6037 Printout from BP website, BP Fourth Quarter and Full-Year 2010 Results; two pages 360

6038 Printout from BP website, First Quarter 2011 Results; one page 361

6039 Profit for Years 7007-2010; one page 361

6040 Printout from BP website, BP Announces Settlement with Moex/Mitsui of Claims Between the Companies Related to the Deepwater Horizon Accident; two pages 365

**MR. CUNNINGHAM: We're ready.**

**THE VIDEOGRAPHER: On the record at 8:41 a.m., beginning the deposition with Tape 1.**

**ANTHONY HAYWARD**

**was called as a witness by the Plaintiffs and, being first duly sworn, testified as follows:**

**DIRECT EXAMINATION**

**QUESTIONS BY MR. CUNNINGHAM:**

**Q. Your name, please?**

A. Anthony Hayward.

**Q. And you hold a Ph.D., correct?**

A. I do, yeah.

**Q. Dr. Hayward, you first went to work for BP as a geologist and worked as a geologist for about eight or nine years.**

A. That's correct.

**Q. Correct?**

A. That's correct.

**Q. And then in 1990 or 1991, you were asked to become the Executive Assistant to John Browne, right?**

A. That's right.

**Q. Was he the CEO then?**

A. No. He was the CEO of Exploration and Production.

**Q. All right.**

A. The CEO of the company was a gentleman called Robert Horton.

**Q. And John Browne later became the CEO, correct?**

A. That's right.

**Q. The position of Executive Assistant was a new position at BP, correct --**

A. That's right.

**Q. -- at that point in time.**

**Where was your office physically located?**

A. It was in Queen Victoria Street.

**Q. And where was John Browne's office physically located?**

A. He had two. He had one in Queen Victoria Street and one in Britannic House across the city.

**Q. All right. The one at Queen Victoria Street, where was it physically located relative to your office?**

A. It was adjacent.

**Q. Adjacent?**

A. M-h'm.

**Q. All right, sir. And until the late 1990s, BP was a relatively small, regional oil and gas company, correct?**

A. No, it was -- it was one of the world's seven largest oil companies at the time. Relative to today,

PURSUANT TO CONFIDENTIALITY ORDER

**before 2007, during which you were part of the top leadership at BP, the Board of Directors promoted you to CEO in 2007, didn't they?**
A. They did.
**Q. In fact, the entire time that you were the CEO of BP, BP was on probation for criminal conduct, true?**
A. For incidents that had occurred prior to my becoming the CEO, that is true.
**Q. Is it true that the entire time you were CEO of BP, BP was on probation for criminal conduct?**
**MR. GODFREY: Objection as to form.**
A. As I said, BP was on probation for criminal conduct during my time as CEO for incidents that had occurred prior to me becoming the CEO.
**Q. (By Mr. Cunningham) They occurred while you were in the top leadership of BP, though, didn't they?**
A. I was -- I was in the senior leadership.
**Q. You were in the senior leadership, weren't you?**
A. I was.
**Q. And it's true, isn't it, that the culture of an organization is shaped by the leaders in it?**
**MR. WEBB: Object to form.**
**Q. (By Mr. Cunningham) That people do what leaders do?**

**MR. WEBB: Object to form.**
**Q. (By Mr. Cunningham) That's true, isn't it?**
**MR. WEBB: Object to form.**
A. I believe that the role of leaders is very important in shaping the culture of an organization.
**Q. (By Mr. Cunningham) Is it true that the culture of an organization is shaped by the leaders in it, and that people do what leaders do, and that that's been proven --**
A. I believe the role --
**Q. Excuse me. Let me finish.**
A. I'm sorry. I'm sorry. I thought you had. I apologize.
**Q. And that that's been proven time and time again? That's true, isn't it?**
**MR. WEBB: Object to form.**
**MR. GODFREY: Objection, form.**
A. As I said, I believe that the role of leaders is very important in shaping the culture of an organization. It's not unique, it's not the only thing, but it's an important thing.
**Q. (By Mr. Cunningham) Is the following statement true, quote, "The culture of an organization is shaped by the leaders in it. People do what leaders do. That's been proven time and time again," end quote, is**

**that true or not?**
**MR. WEBB: Object to the form.**
A. As I've said to you, there are -- there is more -- leaders are very, very important. Very important. They take a major role in shaping the culture of an organization.
There are other things that you need to put in place besides having the right leadership to shape the culture of an organization.
**Q. Turn to Tab 2, Page 22.**
**MR. GODFREY: Which exhibit is that?**
**Q. (By Mr. Cunningham) Exhibit 6000.**
**MR. BONNER: (Nodding.)**
**MR. GODFREY: Oh, this is -- is this earlier?**
**MR. CUNNINGHAM: Yes.**
**MR. GODFREY: What page number again?**
**MR. CUNNINGHAM: 22.**
**Q. (By Mr. Cunningham) This is a speech you gave --**
A. Yeah.
**Q. -- to the Business School at Stanford, and did you or did you not say, quote, "...what I'm very certain about is that a culture of an organization is shaped by the leaders in it. People do what leaders**

**do...that's been proven time and time again"? Did you or did you not say that?**
A. I did say that. I did say that.
**Q. You would agree, wouldn't you, Dr. Hayward, that there were a couple of common threads running through the various investigations by various parties both inside and outside BP of Grangemouth, Texas City, and Prudhoe Bay? There were a couple of common threads running through those, weren't they?**
**MR. GODFREY: Objection as to form.**
A. I would like you to elaborate as to which common threads you might be referring to --
**Q. All right.**
A. -- then I can --
**Q. Well, let me refer you to two. Those investigations focused, one after the other, on issues including one, cost-cutting, and two, process safety, correct?**
A. I certainly believe that process safety was a common theme. I think there is certainly no evidence in the case of Alaska that it was anything to do with cost-cutting.
**Q. Well, then --**
A. It was to do with the assessment of risk, but it wasn't about cost-cutting.

PURSUANT TO CONFIDENTIALITY ORDER

101

lawyers, great lawyers, they can ask you to explain any answer that they feel you need to explain. Okay?

My question was real simple: Did you or did you not? And as I understand your answer, it's "No, I didn't."

A. I categorically did not.

Q. You categorically did not. All right.

MR. CUNNINGHAM: Oh, I got it.

(Discussion off the record.)

Q. (By Mr. Cunningham) Exhibit 6000. Tab 1, Page 37.

THE COURT REPORTER: 6000.

Q. (By Mr. Cunningham) It's a -- it's the -- it's to your right. To your right. There.

MR. WEBB: I got it.

MR. CUNNINGHAM: Oh, it's -- that's not it.

MR. WEBB: This is 6000? Tony's speech?

MR. CUNNINGHAM: Okay. Excuse me. 6001. I'm sorry.

MR. WEBB: 6001.

MR. GODFREY: 6001.

MR. WEBB: Do you have 6001 in front of you? That's --

THE WITNESS: I do.

102

MR. WEBB: Okay.

THE WITNESS: I do.

MR. WEBB: Go ahead.

MR. GODFREY: No. I think --

MR. WEBB: No, he's got 6000, too. You -- you're looking at the Congressional testimony?

MR. CUNNINGHAM: Right.

MR. GODWIN: Tab what?

MR. CUNNINGHAM: Tab 1, Page 37.

MR. GODFREY: 37?

MR. CUNNINGHAM: Yes.

Q. (By Mr. Cunningham) Did you give this testimony in Congress in the middle of the page? "SULLIVAN: Do you think the other companies have different or stricter or -- stricter guidelines with their safety and spend more money on it? Because you probably compare yourself to other companies, I'm sure."

Was your -- was your answer: "I can't make a detailed comparison. But I can be clear that what we've done. We've invested billions of dollars, we've recruited thousands of people, and we've changed significantly our processes, systems and procedures in the course of the last three years."

A. I did.

103

Q. Did you say that?

A. And I stand absolutely by it.

Q. You stated, quote, "We've invested billions of dollars" and "we've recruited thousands of people," right?

A. Right.

Q. And it is true that when you took over in 2007, BP's financial performance, as you said, was appalling, wasn't it?

A. Correct.

Q. All right. And you had two years to fix it, didn't you?

MR. WEBB: Object to the form.

Q. (By Mr. Cunningham) You said that, too, didn't you?

A. I said that in this speech.

Q. And one of the things you did, if we look at Tab 2, Page 19, that's the speech, Exhibit 6000.

MR. WEBB: I'm sorry, what page number?

MR. CUNNINGHAM: 19.

MR. WEBB: Page 19, Tony.

Q. (By Mr. Cunningham) And tell me whether or not I read this correctly, at Line 13: We had "lost track of the competition. And we reinstated very" vigor -- "rigorous competitive benchmarking across the" country. The most profound level or the most rudimentary level actually, it was looking at our performance as a company against our principal competitor, Shell.

"And in the second quarter of 2007 on an annualized basis, we had a gap of 8 billion dollars relative to Shell in terms of what we should have been generating from our asset base versus what they were. And we" use "that as a burning platform. You know, we" use "that as" a "rallying cry behind this big change that we" have..."we have subsequently been driving through...BP."

Did I read that correctly?

A. You did. Am I allowed to state the context in which it was said? As to completeness --

Q. If your lawyers want to ask you about the context, they can ask you about the --

A. Well --

Q. -- context. I asked you whether or not you said it.

A. And I said prior to --

Q. Did you say it?

A. -- saying that in the speech. We created something called -- which we refer to as the forward agenda, which was a focus on safe, reliable operations. Having the right people with the right skills in the

104

PURSUANT TO CONFIDENTIALITY ORDER

105

right place. That was --
**Q. Did you also say the words I just read?**
A. I did.
**Q. All right.**
A. After I had said what I just said.
**Q. And then BP had a very bad fourth quarter in 2007 after you became CEO, didn't it?**
A. I think that's probably right.
**Q. And you sought help. You called in the investment bank, Morgan Stanley, didn't you, and specifically, someone named Neil Perry, who was an oil and gas specialist, correct?**
A. I -- I didn't seek help from Morgan Stanley. I asked --
**Q. Did you seek advice?**
A. -- Neil -- no. I asked Neil Perry to do one thing and one thing only: To come to a management conference and give an unblemished assessment of the performance of BP at that time, and that is what he did.
**Q. And did he recommend cost-cutting --**
A. He recommended --
**Q. -- and austerity measures?**
A. He recommended nothing. It wasn't a case of --

106

**Q. He recommended nothing?**
A. -- asking Mr. Perry to make recommendations. I asked him to come to a management conference for a couple of hours and give an objective, independent assessment of how he saw the industry and how he saw BP in the industry at that time. He was in no position to make any recommendations about anything.
**Q. Did he make any suggestions about cost-cutting?**
A. He may have done, but they were of no consequence.
**Q. All right.**
A. And they -- they were not something that anyone was going to listen to, because he had no standing to make that sort of recommenda --
**Q. So you invited him to come to make a speech at a BP meeting, and he had no standing to make any suggestions?**
A. I didn't -- I -- I -- like I said, I asked him to come and give an objective assessment of the industry and where BP stood in the industry. I did not ask him for recommendations. If he gave recommendations, very interesting. But they weren't asked for, and they weren't acted on.
**Q. Did he give a recommendation related to**

107

**cost-cutting and austerity measures?**
A. I don't recall. Because as I said --
**Q. But what you know is that you --**
A. -- we weren't listening for that.
**Q. Yeah. What you know is that you did not engage in cost-cutting --**
**MR. GODFREY: Objection as to form.**
**Q. (By Mr. Cunningham) -- and austerity measures --**
A. Well --
**Q. -- because of BP's financial condition as of 2007?**
**MR. GODFREY: Objection as to form.**
A. Am I going to be allowed to explain what I did?
**Q. (By Mr. Cunningham) No --**
A. In the course --
**Q. -- you just get to answer the questions.**
A. Well, the answer to the question is: I engaged in what -- investment into the operations, in terms of investment into people and investment into plant. And I engaged in cost reductions above the operations.
**MR. CUNNINGHAM: (Indicating.)**
**MR. BONNER: (Tendering.)**

108

**MR. CUNNINGHAM: Tab 25.**
**(Exhibit No. 6014 marked.)**
**THE COURT REPORTER: 6014.**
Q. **(By Mr. Cunningham) (Tendering.) This is your copy. The other one is --**
A. Oh, I'm sorry.
**Q. -- your counsel's.**
A. Thank you.
**Q. You gave a speech that was reported in the Guardian on September the 26th of 2007, correct?**
A. Correct.
**Q. It states in the first sentence: "Tony Hayward, the new Chief Executive of BP, is to instigate a thorough Management shakeup in an attempt to refocus the group following a dreadful third quarter." Is that true?**
A. Correct.
**Q. And it says in Paragraph 3: "Mr. Hayward outlined new plans to slash management layers from 11 to 7, redeploying some staff and removing others to kick start an oil group that he believes has become overcautious, despite the fatal Texas City refinery fire and other major accidents in the U.S."**
**Did I read that correctly?**
A. You did.

PURSUANT TO CONFIDENTIALITY ORDER

Q. It then states: "He told a staff meeting of American workers in Houston that the company share price performance compared with that of its peers was now at its lowest ebb since 1992." Is that true?

A. Correct.

Q. And then at the bottom, quote: "Assurance is killing us," quote, "Mr. Hayward told U.S. staff noting that too many people were engaged in decision-making leading to excessive cautiousness."

Did you say that?

A. I said that assurance is killing us because there was lack of clarity as to who was accountable for what. And when you don't have clarity of accountability, no one is accountable for anything.

Q. The -- the article goes on to say: "The speech in Houston builds on comments made at his first press conference for BP's half yearly results in July that the operating performance was not good enough and he wanted change, including a 25 percent cut in staff at the St. James Square Headquarters." Is that true?

A. That is correct, and in sharp contrast to cutting staff in the operations.

MR. GODWIN: Object to form.

Q. (By Mr. Cunningham) And did you also say on the next page, quote: "We can be more efficient,

leaner, and fitter by ensuring we have a common and consistent way of doing things by reducing our overheads and doing a better job at managing our third party spend." Did you say that?

A. I did. By reducing the overheads, not reducing the money we invest into our operations --

MR. GODWIN: Objection, form.

A. -- or anything to do with our operations.

MR. CUNNINGHAM: Tab 24.

(Exhibit No. 6015 marked.)

THE COURT REPORTER: 6015.

MR. CUNNINGHAM: (Tendering.)

MR. WEBB: Thank you.

Q. (By Mr. Cunningham) I'll hand you a document which purports to be your speech that you gave on the 17th of April 2008 at the Annual General Meeting. Is that what that document is?

A. It is.

Q. Turn to Page 3 at the top. Tell me whether or not you said this in the speech you gave: "Corporate simplification: There is a significant competitive gap with our peers. If we are going to close that gap, BP needs to undergo a process of change as big as anything it has achieved in the last 20 years. Our way of doing business is too complex. We are overly bureaucratic,

not consistent enough, and our costs are too high. In October last year, we announced a forward agenda to simplify BP and to fundamentally change the company culture in our way of operating."

Did I read that correctly?

A. That's correct.

Q. And then dropping down to the next -- to the two paragraphs below that, did you say: "Our objective is to reduce the corporate overhead by between" 20 -- "15 and 20 percent"?

A. That's correct.

Q. All right.

A. A very significant difference in redu -- reducing the corporate overhead to reducing operating costs.

MR. GODWIN: Object to form.

Q. (By Mr. Cunningham) I didn't ask you that.

A. Well, I --

Q. I asked you whether or not you said what I read.

See, your lawyers will get a chance, Mr. Hayward, to explain anything. You can give any self-serving explanation you want to give later.

A. I just want to make certain --

MR. GODFREY: Objection to form.

A. -- that the statements made here are not taken out of context.

Q. (By Mr. Cunningham) You don't have the option for making self-serving statements every time you have to answer a question you don't like. Okay?

MR. GODFREY: Objection as to form.

A. I'm not making self-serving statements.

Q. (By Mr. Cunningham) The question is real simple. Did you say, quote: "Our objective is to reduce the corporate overhead by between 15 to 20 percent," end quote? Now, either you said it or you didn't.

MR. WEBB: Well, you didn't read the rest of the paragraph.

MR. CUNNINGHAM: I know I didn't. I don't intend to read the rest of the paragraph. I asked him if he said what it said in the sentence.

MR. GODFREY: Objection as to the form. He answered the question already.

Q. (By Mr. Cunningham) This is your speech, right?

A. It is, yes.

Q. Okay. And then in 2009 --

MR. CUNNINGHAM: Tab 26.

MR. BONNER: (Tendering.)

PURSUANT TO CONFIDENTIALITY ORDER

(Exhibit No. 6016 marked.)
THE COURT REPORTER: 6016.
Q. (By Mr. Cunningham) (Tendering.)
MR. GODWIN: Excuse me.
Q. (By Mr. Cunningham) Is that document a speech that you gave on April 16th of 2009 --
A. It is.
Sorry.
Q. And did you say when you gave in that speech on Page 2, second paragraph: "We set out a plan to deliver safe and reliable operations to restore revenues and to reduce the complexity and cost structure of BP. We've done" --
A. Yes.
Q. -- "exactly that," end quote --
A. I did.
Q. -- is that what you said?
A. It is.
Q. All right. And then on the next page, did you say in the middle paragraph, quote: "At a corporate level, we began to reduce the complexity and cost base of our overheads. By the end of 2008, we had reduced our organization by around 3,000 people and are on track to exceed our original target of 5,000 by the middle of 2009. We have also eliminated nearly 20

percent of the senior positions." Did you say that?
A. I did.
Q. And then on Page 5, third paragraph down --
MR. GODFREY: Hold on a second, please.
MR. WEBB: I don't see -- I just don't see page numbers. Are they here or --
MR. CUNNINGHAM: All right. It's the third page from the back of the speech portion of the exhibit.
MR. WEBB: Three, four, five.
MR. GODFREY: Is this --
MR. CUNNINGHAM: Not the bullet point.
MR. GODFREY: Is this the fifth page in?
MR. CUNNINGHAM: I think it is.
MR. GODFREY: All right. I think I have it.
MR. CUNNINGHAM: Yeah, it's the fifth page in from the front.
MR. GODFREY: Thank you.
MR. WEBB: I don't think you're on the same page he's on. I just -- you want me to just make sure he's on the same page you're on? You want five pages from the beginning; is that correct?
MR. CUNNINGHAM: Right. It starts at the top, "But so not only..."

Q. (By Mr. Cunningham) You got that?
A. Yeah.
Q. Okay. And did you say on the fourth paragraph -- or third paragraph down: "At BP, we started our drive to counter cost inflation some 18 months ago and managed to halt that inflationary trend in 2008 despite the continued rise in oil prices for most of the year"?
Did I read that correctly?
A. I did.
Q. Did you then say: "The challenge for the industry now is to bring this cost base down - and to do this fast, to align with new market conditions"?
A. I did.
Q. Did you say that?
A. I did.
Q. And then at the bottom of the next --
A. And then I went to on say: "We've been working with our suppliers to improve" --
Q. I didn't ask you what you went on to say.
A. -- efficienty...with one important caveat - safe and" reliable -- "reliable operations come first whatever" the "cost."
Q. Mr. Hayward, I didn't --
MR. GODWIN: Objection, form.

Q. (By Mr. Cunningham) -- ask you to read anything. I asked you whether or not you said what I read to you. Okay? Can you follow the rules and read or answer the question I ask you?
MR. GODFREY: Objection to form.
Q. (By Mr. Cunningham) You understand this isn't a press conference where you get to say anything you want?
MR. GODFREY: Objection to form.
MR. WEBB: Object to the form.
MR. GODFREY: The colloquies are inappropriate.
Q. (By Mr. Cunningham) Did you say at the bottom of the next paragraph, quote: "We expect our cost to fall by around $2 billion in 2009," end quote?
Did you say that?
A. Yes.
Q. And did you say at the bottom paragraph, first sentence, quote: "At BP we have a mantra, every dollar counts, every seat counts, and we intend to follow it through"?
Did you say that?
A. And I did in the context of one important caveat --
Q. The question was --

PURSUANT TO CONFIDENTIALITY ORDER

A. -- safe and reliable operations --
Q. -- did you say that?
A. -- come first whatever cost efficiency measures we undertake.
MR. GODWIN: Object to form.
Q. (By Mr. Cunningham) And you have repeated multiple times that the first words out of your mouth when you talk about BP are always "safe and reliable." You've said that, haven't you?
A. I have.
Q. That that's your emphasis always that whenever you give a speech, whenever you talk about -- the emphasis is safe -- the first words are "safe and reliable," right?
A. Correct.
Q. Correct. Well, Mr. Hayward, if -- if the first words out of your mouth every time you open it were "I am Superman," that wouldn't make you Superman, would it?
MR. GODFREY: Objection to the form.
MR. WEBB: Object to form.
Q. (By Mr. Cunningham) Would it?
MR. GODFREY: Object to form.
A. I'm not going to answer that question.
THE COURT REPORTER: Three minutes.

MR. CUNNINGHAM: Tab 29.
(Exhibit No. 6017 marked.)
THE COURT REPORTER: 6017.
Q. (By Mr. Cunningham) (Tendering.)
MR. CUNNINGHAM: I'll start on this exhibit when we come back. Time's up.
MR. GODFREY: Let's take a break now.
THE VIDEOGRAPHER: Off the record at 10:54 a.m. Ending Tape 2.
(Recess from 10:54 a.m. to 11:10 a.m.)
MR. CUNNINGHAM: Ready.
THE VIDEOGRAPHER: All set. On the record at 11:10 a.m., beginning Tape 3.
Q. (By Mr. Cunningham) Dr. Hayward, you have before you Exhibit 6017, correct?
A. Correct.
Q. And that is a speech you gave to the General Meeting of BP on April the 15th of 2010?
A. Correct.
Q. Correct?
A. (Nodding.)
Q. That was five days before the DEEPWATER HORIZON blowout, correct?
A. Correct.
Q. I'll ask you to turn to Page 3, please, the

third page down. Tell me whether or not I read this correctly. I'm looking at the fourth or fifth paragraph down: "The drive to increase efficiency and reduce costs remains a key focus for everyone at BP." Did I read that correctly?
A. You did.
Q. And the next paragraph: "In the upstream, we are leading our peer group and driving down production costs, with BP's unit cost in 2009, 12 percent lower than in 2008. We will maintain this momentum through activity choice and in the way we manage the supply chain. In the downstream, our efficiency initiatives have reduced cash costs by more than 15 percent in 2009, and our goal over the next two to three years is to return costs to 2004 levels. For the group as a whole, we reduced our cash costs last year by more than $4 billion." Did I read that correctly?
A. You did.
Q. And in the last paragraph, quote: "...and we have furthered our corporate simplification agenda, reducing head count by around 7,500," end quote. Did I read that correctly?
A. Correct.
Q. And did you then or did you in conjunction with your speech use a PowerPoint that's attached to

this speech?
A. I did.
Q. All right. And if you'll turn to Page 16, those numbers in the bottom right-hand corner of the PowerPoint, titled "Strategic Progress in 2009." Do you have that page?
A. I do.
Q. As part of your PowerPoint, did you state under "Corporate Simplification," "Head count: Reduced by 7500 to date. Cash costs: Down by more than 4 billion in 2009"? Did you say that in your PowerPoint?
A. I did. These are all corporate overhead reductions. And as I've said many times, the context was I had spent a lot of time in the speech talking about safe, reliable operations before I talked about any of this.
MR. GODWIN: Object to form.
Q. (By Mr. Cunningham) You understood when you just answered that question that all I asked you was whether or not you said that in the PowerPoint, didn't you?
A. I did.
Q. Okay. But you went on and made an explanation anyway that you weren't asked for, didn't you?
A. I did.

PURSUANT TO CONFIDENTIALITY ORDER

121

**Q. All right. Well, that's not the way the Rules work. We have Rules that govern this process, and they're not made by you or by me. And I would ask you to answer the question I ask you and only the question I ask you. Would you do that?**

**MR. GODFREY: Objection as to the colloquy. Ask your questions and move on.**

**Q. (By Mr. Cunningham) Would you do that?**

A. I'll answer your questions.

**Q. All right. So it is your testimony that your cost-cutting initiatives and your philosophy, as set out in these multiple speeches we've looked at, did not flow down to drilling operations; is that your testimony?**

A. That is my testimony.

**Q. That is your testimony. Do you know last week that testimony was given under oath that there were cost cuts in 2009 between $250 million and $300 million in the Gulf of Mexico drilling and completion operations? Do you know that?**

**MR. WEBB: Object to the form.**

A. I didn't know that.

**Q. (By Mr. Cunningham) Okay. Is that testimony that was given, false?**

A. I don't --

122

**MR. WEBB: Object to the form.**

A. I'm sure it was true.

**Q. (By Mr. Cunningham) You're sure it was true?**

A. But I -- I was not aware of the testimony. Would you like -- in fact, could you show me the testimony, so I can see it?

**Q. No, I'm not going to show you the testimony.**

A. Well, how can you --

**Q. Is it --**

A. -- expect me to --

**Q. Do you deny --**

A. With respect, sir --

**Q. Forget the testimony. Do you deny that cost cuts in 2009 in the Gulf of Mexico drilling and completion operations were in the range of 250 to $300 million?**

A. I do not know what the Gulf --

**Q. All right.**

A. -- reductions in drilling and completions were in 2009. If you can provide me with some material that demonstrates it, then I can form a view, but I honestly do not know.

**Q. Well, we know what the two thousand tren -- '10 Drilling Excellence Plan had to say about costs. Have you ev -- you've seen that document?**

123

A. No, I haven't.

**MR. CUNNINGHAM: Tab 33.**

**(Exhibit No. 6018 marked.)**

**THE COURT REPORTER: 6018.**

**Q. (Tendering) I'll hand you 6018. Is that a 2010 Drilling Excellence Plan?**

A. That's what it said it is. I haven't seen this document prior to today.

**Q. And do you see where it says on the next page under "Performance Focus," "Every rig minute counts"?**

A. I do.

**Q. Turn to the next page. Do you see the bullet point at the top that says "Time is Money"?**

A. I do.

**Q. And do you see the one at the bottom that says "Every minute matters"?**

A. And the one in between, "Efficient Wells are Safer Wells." I do.

**Q. Dr. Hayward, your cost-cutting -- your cost-cutting in the wake of the Grangemouth investigation and the Texas City investigation flowed right down to the drill rigs, didn't it?**

A. There was no cost-cutting conducted by me in the wake of Grangemouth or Texas City. The cost-cutting conducted by me upon bec -- upon becoming

124

the CEO of BP in 2007 was to reduce the corporate complexity of the company and reduce the overhead.

**Q. It --**

A. That is a very different focus than operations.

**Q. Is it your testimony that your cost-cutting initiatives did not flow right down to the rigs?**

A. I -- I --

**MR. WEBB: Objection, asked and answered --**

A. I do not know --

**MR. WEBB: Objection, form.**

A. -- whether they flowed down to the rig, no --

**Q. (By Mr. Cunningham) You don't know?**

A. No, I don't, because my focus was on reducing the corporate overhead of the company.

**Q. Your --**

A. That's the thing that I could most easily and obviously focus on.

**Q. Your -- your cost-cutting flowed right down to the Gulf of Mexico in general and the DEEPWATER HORIZON specifically, didn't it?**

A. I do not believe that --

**MR. WEBB: Objection, form. Objection, form.**

PURSUANT TO CONFIDENTIALITY ORDER