Minute Entry
Barbier, J.
February 28, 2013
JS 10: 6hr. 39min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL BY THE OIL RIG                    MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                         SECTION J (1)

                                                    JUDGE BARBIER
                                                    MAG. JUDGE SHUSHAN
---------------------------------------------------------------------------------------------------------
IN RE: THE COMPLAINT AND PETITION                   C.A. 10-2771   J(1)
OF TRITON ASSET LEASING GmbH, ET AL
---------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA                            C.A. 10-4536   J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                                       COURT REPORTER:
STEPHANIE KALL                                      CATHY PEPPER (AM)
                                                    TONI TUSA  (PM)


NON-JURY TRIAL
(Day four)

THURSDAY, FEBRUARY 28, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

BP offers exhibits regarding exam of Dr. Alan R. Huffman: ORDERED admitted. (see list attached)

Witness: Mark Bly, previously sworn and testified.

Halliburton offers exhibits regarding exam of Lamar McKay: ORDERED admitted: (see list attached)

Transocean offers exhibits regarding exams of Lamar McKay and Dr. Alan R. Huffman:

ORDERED admitted. (see attached)

Court recesses at 4:33 p.m.

Court will resume on Monday, March 4, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield