BP offers the following documents it used during its examination of Dr. Alan R. Huffman into evidence:

| Trial Exhibit Number | Description |
|---|---|
| TREX-003715 | Email from M. Albertin to M. Hafle re "RE: Yumuri LOT @ M66 way above overburden" |
| TREX-003733 | Email from M. Alberty to M. Albertin and R. Sant re "RE: LOT Data from the Cement unit" |
| TREX-004019 | National Office Potential Incident of Noncompliance (Pinc) List |
| TREX-004135 | Minerals Management Service Drilling Inspection PINC List Announced and Unannounced/Surface and Subsea |
| TREX-007520 | Formation Pressure Integrity Test (PIT) Reporting Spreadsheet |
| TREX-041063 | IADC Daily Drilling Report No. 23 (9-Apr-2010) |
| D-4363 | Demonstrative |

admitted
2/28/13
SK

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO LAMAR MCKAY ON CROSS-EXAMINATION

TREX-282
TREX-283
TREX-4160

admitted
2/28/13
SK

## TRANSOCEAN'S LIST OF EXHIBITS FOR
## LAMAR MCKAY'S CROSS-EXAMINATION (2/27/13)

- ~~TREX-89052: Introduced and Admitted – Mr. Miller [2-27-13 AM: 610:7 – 611:8]~~

- ~~D-2737: Introduced by Mr. Cunningham [2-26-13 PM: 351:16 – 352:9]~~

- D-6593: Not Introduced / Admitted 2/28/13 sk

TRANSOCEAN'S LIST OF EXHIBITS FOR
DR. ALAN HUFFMAN'S CROSS-EXAMINATION (2/27/13)

- ~~TREX-07511: Introduced and Admitted - Mr. Spiro [2/27/13 AM: 645:1-2]~~
- TREX-04411: Not Introduced
- TREX-01241: Not Introduced
- TREX-51165 Not Introduced

*Ordered Admitted 2/28/13 SK*