01-42080
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Secretary of Energy
# Dr. Steven Chu

**VOLUME 1**
JANUARY 24, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    Q.    (BY MR. LI)  Okay.  If -- if

2    somebody's got information, they should share

3    it with you, you'd agree with that

4    proposition?

02:09   5        MR. BROCK:  Object to the form.

6        A.    If it was relevant to what we

7    were trying to do; namely, to help BP stop

8    the leak, yes.

9        Q.    (BY MR. LI)  And it would not be

02:10  10    helpful to you as a scientist or your group

11    to have information concealed from you,

12    correct?

13        MR. CERNICH:  Objection; form.

14        A.    It -- if -- if it was deemed in

02:10  15    the -- by the engineers, if you looked

16    especially, it would not be helpful if they

17    withheld information, that is true.

18        Q.    (BY MR. LI)  Now -- and I

19    understand this was an evolving role.

02:10  20    Eventually the role of the group, of the team

21    was to provide scientific support to decision

22    makers in assessing how to cap or contain the

23    oil from the Macondo well, correct?

24        A.    Yes, that's correct.  What --

02:10  25    what we ended up in many cases doing is BP

1    would do an analysis, they would present a

2    plan forward, or there would be data; and

3    then we would try to -- we would certainly

4    discuss the meaning of that with them, but we

02:11  5    would also try to independently evaluate

6    using National Lab people and other

7    scientists around the world, including other

8    oil engineers from other companies.

9         Q.    And in order to assess or to

02:11  10    provide this assistance, you needed data,

11    correct?

12         A.    Correct.

13         Q.    And some of that data was

14    provided to you by BP, correct?

02:11  15         A.    I would say most of the data was

16    provided to us by BP.

17         Q.    And getting complete and

18    accurate information from BP was important to

19    you as a scientist for you to do your job,

02:11  20    correct?

21         A.    Correct.

22         Q.    And, again, your job was to help

23    support decision makers on how to deal with

24    this tragedy, correct?

02:11  25         MR. CERNICH:  Objection; form.

         1          A.      Right.  If -- if that -- if the

         2    information was relevant for helping us both

         3    stop the well and -- and providing the

         4    government, the U.S. government with

02:11    5    knowledge on what the state of affairs was,

         6    correct.

         7          Q.      (BY MR. LI)  Now, I believe

         8    previously you testified when Mr. Brock was

         9    asking you questions that BP had been

02:12   10    cooperative, correct?

        11          A.      Yes.

        12          Q.      But there were times when BP was

        13    not as forthcoming with information, correct?

        14          MR. BROCK:  Object to form.

02:12   15          A.      Well, as I said before, if I

        16    specifically asked for information, you know,

        17    more or less they would provide it; but if

        18    you don't know what to ask for, if there's

        19    information that, you know, that they had, we

02:12   20    didn't know -- for example, as I said in a

        21    specific example, this is the design of the

        22    well and they showed us a blueprint; and what

        23    was discouraging was that in the design of

        24    the well and in the well they had all this

02:12   25    thing and the locking nut in place and

```
 1          A.     Well, again, I think while
 2    you're going and -- and -- what we were asked
 3    to do -- actually, we were asked by BP to do
 4    this, also, is they would come to us -- you
02:14  5    know, as the weeks went but I think there was
 6    a -- a mutual respect and trust in that time
 7    and in -- in June -- let's say the June-ish
 8    time frame that we were genuinely trying to
 9    help them stop the leak.
02:15 10          Q.     (BY MR. LI)  Right.
11          A.     And we were -- that was what we
12    were focused on.
13          Q.     Okay.  Now, one of the things
14    that you were focusing on is source control
02:15 15    eventually, correct?
16          A.     Yes.
17          Q.     And by "source control" I mean
18    methods to contain or collect oil from the
19    wellhead, you'd agree with that?
02:15 20          A.     I would --
21          Q.     I mean, agree with that
22    definition?
23          A.     I would agree with that, yes.
24          Q.     And would you agree with me that
02:15 25    having an accurate flow rate is important --
```

1    a flow rate number, a flow rate estimate is

2    important to providing accurate scientific

3    support to the decision makers in source

4    control strategies?

02:15  5         A.    I would agree with that.  I

6    think early on BP was trying to marshall

7    forces to have the adequate to collect as

8    much of the oil as possible, and in these

9    early days immediately after, you know, top

02:16  10   hat was on they felt that the combination of

11   the Discoverer Enterprise, which was -- had a

12   capability of up -- roughly they were

13   averaging 15,000, up to 19 or something like

14   that thousand barrels a day, but due to other

02:16  15   things, roughly 15,000, and the Q9000 would

16   be adequate to contain -- to capture the oil.

17         Q.    But it wasn't, correct?

18         MR. BROCK:  Object to form.

19         A.    It was not.

02:16  20         Q.    (BY MR. LI)  Now, I'm going to

21   move us back from the collection and just

22   talk for a second about flow rate and how one

23   determines flow rate, creates a flow rate

24   estimate.  Would you agree with me that

02:16  25   getting accurate and complete information

1    from BP is a critical precedent to get -- to

2    creating an accurate flow rate assessment?

3         MR. BROCK:  Object to form.

4         A.    I think I was asked before, but,

02:17   5    yes.

6         Q.    (BY MR. LI)  Okay.  I'm going to

7    ask you to turn to Tab 16, which has been

8    previously marked as Exhibit 9646.  It's an

9    e-mail chain.  And if I could direct your

02:17  10    attention to the subject line -- sorry, if I

11    could direct your attention to -- I'm going

12    to point.  I think it's easiest.  This.  Now,

13    this is an e-mail on May 14th, 2010.  It's

14    from you to a number of people, including

02:17  15    Richard Garwin; is that correct?

16         A.    That's correct.

17         Q.    And, again, Richard Garwin is

18    one of the members of your -- of the team --

19    of the informal team that was going to help

02:18  20    provide advice and analysis to the decision

21    makers who were dealing with this crisis,

22    correct?

23         MR. CERNICH:  Object to form.

24         A.    Correct.

02:18  25         Q.    (BY MR. LI)  And you write -- if

198

1    what to do, they would say this is what we

2    think should be happening.  This -- they said

3    that this -- there is a good probability that

4    this will work, and they would do that.  They

02:21  5    would also tell us what some of the dangers

6    would be, and we would discuss the

7    probabilities of the dangers of all of those.

8        Q.    (BY MR. LI)  Okay.  If I could

9    ask you to turn to Tab 94, which has been

02:21  10   previously marked as Exhibit 9673.  This is

11   an e-mail from Marcia McNutt.  It's actually

12   a chain, but the top e-mail is from Marcia

13   McNutt to a number of folks and it's dated

14   September 7th and the subject line is

02:22  15   "Comments on BP's Report."  She writes, and

16   this is in relation to BP's report, "What

17   appears to be missing is a mention of how an

18   earlier, accurate estimate of flow rate might

19   have accelerated full containment."  Did I

02:22  20   read that correctly?

21        A.    I believe so.

22        Q.    And would you agree with Ms. --

23   Dr. McNutt?

24        MR. BROCK:  Object to form.

02:22  25        A.    I think, yes, that is true.  If

1    one knew earlier the amount of flow, things

2    would have been different, yes.

3         Q.    (BY MR. LI)  And by "different"

4    you -- you mean full containment might have

02:22  5    been accelerated?

6         MR. CERNICH:  Objection; form.

7         A.    Again, I wouldn't go so far as

8    that, but the -- the ability to capture more

9    of the oil would have been done the -- and,

02:23 10    again, depending on what the flows were,

11    again, probabilities of whether dynamic kills

12    would have worked or not would have been

13    folded in.

14         Q.    (BY MR. LI)  Okay.  You would

02:23 15    have had -- the science team would have had a

16    better chance at estimating the probabilities

17    of success of the dynamic kill had you had an

18    accurate flow rate estimate, correct?

19         MR. BROCK:  Object to form.

02:23 20         A.    With the caveats that the BOP

21    geometries weren't known, there are all sorts

22    of what we call fingering issues, things of

23    that nature, but, yes.

24         Q.    (BY MR. LI)  Okay.  So you would

02:23 25    have a better chance of estimating the

1    probabilities of success of the dynamic kill

2    had you had accurate flow rate information?

3            MR. BROCK:  Object to form.

4            A.    Yes.  Again, as I said before,

02:24  5    if the flow is 10 to 15,000 barrels per day

6    rate versus 50 or 60 or 70,000 barrels, it

7    changes the probability that a dynamic kill

8    will work, even just based on all the

9    previous experiences of dynamic kills.

02:24  10           Q.    (BY MR. LI)  Okay.  I'm going to

11   read the next sentence.  "For example, the

12   coffer dam failed because the flow rate was

13   off by an order of magnitude."  Would you

14   agree with that statement?

02:24  15           MR. CERNICH:  Objection; form.

16           MR. BROCK:  Objection; form.

17           A.    I would -- my understanding of

18   the coffer dam failure, the primary reason it

19   failed was when the oil/gas hit the very cold

02:24  20   water, you immediately formed methane

21   hydrates that plugged it up and -- but then

22   flow also is a factor, but my understanding

23   is -- is the methane hydrate formation that's

24   just actually plugging up this big funnel

02:24  25   thing, it just -- well, methane hydrates did

1          that worked at 60,000 barrels.

2               Q.     (BY MR. LI)  And had -- had the

3          science team known that the flow rate was in

4          the 40, 50 --

02:28   5               A.     40, 50.

6               Q.     -- 60,000 barrel range, that

7          would have changed very much the science

8          team's evaluation of whether or not top kill

9          was an advisable strategy, correct?

02:28  10               MR. BROCK:  Object to form.

11               MR. CERNICH:  Object to form.

12               A.     If we knew that flows were in

13          that range, we would have given a lot more

14          thought and calculations, because now you're

02:28  15          talking not only about momentum transfer, you

16          know, some subtleties of fingering, all those

17          other things.  So there would have been more

18          discussion as to whether it would be

19          advisable to go forward with that -- with BP.

02:28  20               Q.     (BY MR. LI)  Okay.  And, I mean,

21          just to sort of try to, as it were, drill

22          down on what you're saying there, the

23          likelihood that you would have advised to

24          pursue the top kill, if you had known that

02:29  25          the flow rate was 40, 50, 60,000 barrels per

205

```
      1    day decreases, correct?

      2         MR. BROCK:  Object to form.

      3         MR. CERNICH:  Object to form.

      4         A.     That's correct.  If the flow

02:29 5    rate were very much higher, the first thing

      6    we would have done was we would have gone

      7    around, asked other oil experts, full control

      8    experts, things of that nature, under worst

      9    circumstances what was the flow in a dynamic

02:29 10   kill, how did it stop, what were the upper

      11   reaches, and -- you know, and been talking

      12   with BP about that, because this was, you

      13   know, a long time in planning, if you -- time

      14   in the sense of, you know, not just one or

02:29 15   two days.  You're -- you're -- there's a lot

      16   of planning just -- just to even do the

      17   logistics and dynamics of this.

      18        Q.     (BY MR. LI)  Of the top kill

      19   operation?

02:29 20        A.     Of the top kill operation.

      21        Q.     You would consider it material

      22   to your analysis to know what BP's own

      23   internal estimates of the flow rate was,

      24   wouldn't you?

02:30 25        A.     Yes.
```

1      MR. BROCK:  Object to form.

2      Q.     (BY MR. LI)  And if BP didn't

3  tell you what its internal estimates of its

4  flow rates were, they would be withholding

02:30  5  from you material information, correct?

6      MR. BROCK:  Object to the form.

7      A.     What I remember them telling us

8  was that they wanted to proceed with the top

9  kill, that they were confident that it was

02:30 10  going to work, that -- and that they were --

11  had the capability of marshalling counter

12  flows that would overwhelm what was coming

13  up.

14      Q.     (BY MR. LI)  But if they -- if

02:30 15  they didn't tell you that they had internal

16  estimates that were significantly higher, in

17  the 40, 50, 60,000 barrel range, you would

18  consider that material information that you

19  did not receive, correct?

02:31 20      MR. BROCK:  Object to the form.

21      A.     Yes, that would have -- we would

22  have had more discussions about the

23  feasibility.

24      Q.     (BY MR. LI)  Okay.  I'm going to

02:31 25  move down to the next paragraph where it

        1    mid May time frame?

        2         MR. CERNICH:  Object to form.

        3         A.    Yes, I would have certainly have

        4    liked to seen how they were estimating flows

02:38   5    as it was relevant to well control such as

        6    top kill.

        7         Q.    (BY MR. LI)  Okay.  I'd ask you

        8    to look at Tab 1, which has previously been

        9    marked Exhibit 5063.  Do you have it in front

02:38  10    of you?

       11         A.    Yes.

       12         Q.    Okay.  This is an e-mail from

       13    BP's Trevor Hill to BP executive Gordon

       14    Birrell, dated April 20th, 2010, attaching a

02:38  15    document called modeling of systems flow --

       16    sorry, system flow behavior.

       17              Do you see the last sentence of

       18    the first paragraph in the e-mail?  We have

       19    modeled the whole system from the reservoir

02:38  20    to sea in order to bound the answers on flow

       21    rate.

       22         MR. BROCK:  Object to form.  The date

       23    is, just for the record, April 28.

       24         MR. LI:  I apologize, April 28.

02:39  25         A.    Yes, I see that e-mail.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

214

```
          1          Q.      (BY MR. LI)  And --

          2          A.      The e-mail of April 28.

          3          Q.      Okay.  Now, if we can look at

          4     the attachment at Page Bates No. 5263.

02:39     5          A.      5261, 62, 63, yes.

          6          Q.      So we'll start at the top.  It

          7     says, Modeling of system flow behaviour

          8     (reservoir to sea).  Do you see that, the

          9     title of the document?

02:39    10          A.      Yes.

         11          Q.      All right.  And then at the

         12     bottom, there is a -- a chart that sets out

         13     various flow rates of stock tank barrels per

         14     day, has differences in orifice size,

02:39    15     difference -- differences in wellhead flowing

         16     pressure, psi, flow paths, and it has other,

         17     you know, graphs and what have you attached

         18     to this?

         19          A.      Yes.

02:40    20          Q.      And it has estimates from 2,523

         21     stock tank barrels per day all the way up to

         22     65,171 barrels per day; is that correct?

         23          A.      That's correct.

         24          Q.      Did you ever get this Modeling

02:40    25     of system flow behaviour (reservoir to sea)
```

1    from BP?

2            MR. BROCK:   Object to form.

3            A.      No.

4            Q.      (BY MR. LI)   Would this type of

02:40  5    data have been helpful to you in doing your

6    analysis?

7            MR. BROCK:   Object to form, foundation.

8            A.      It would have been relevant,

9    again, in evaluating things like dynamic top

02:40  10   kills.

11           Q.      (BY MR. LI)   If you could turn

12   to Tab 14, which has previously been marked

13   as Exhibit 9156.   This is -- it's an e-mail

14   from Mike Mason to a number of folks, all BP,

02:41  15   and it's dated May 11th, 2010.

16                And if I could direct you to

17   page -- well, Slide 4, which is Bates --

18   ending in Bates No. 41.

19           A.      Uh-huh.

02:41  20           Q.      And do you see how this slide is

21   labeled "Maximum Reservoir Exposed, High K"?

22           A.      Uh-huh.

23           Q.      And in the scenario box, it says

24   88 feet reservoir exposed, 30 mD -- sorry,

02:41  25   300 mD and 3800 psi at wellhead?

216

```
 1          A.      Uh-huh.
 2          Q.      So this is an estimate based on
 3     a hypothetical that 88 feet of the reservoir
 4     is exposed with high permeability and the
02:42 5     measured back pressure at the wellhead, and
 6     then it varies the flow rate and the skin
 7     value?
 8          MR. CERNICH:  Object to form.
 9          Q.     (BY MR. LI)  Do you see how it
02:42 10    does that?
11          A.     I have to think about this more,
12     but it's certainly -- those assumptions are
13     there and -- and then the skin -- quote, skin
14     resistive, if you will, yeah.
02:42 15         MR. BROCK:  Sorry, could you speak up
16     just a tad?  I'm sorry.
17          A.     (Continuing) Okay.  I was just
18     commenting -- this is an abbreviated
19     document, and I wasn't -- I wasn't -- didn't
02:42 20    discuss this with BP people.  So, yes, it was
21     a scenario based on a certain reservoir
22     exposure, permeability, all those things.
23     So, yes.
24          Q.     (BY MR. LI)  And I'm going to
02:42 25    represent to you that these figures inside
```

1    the boxes are in thousands.

2         MR. BROCK:  Object to form.

3         A.    I can't comment on that.

4         Q.    (BY MR. LI)  Okay.  And that

02:42  5    they relate to estimated flow rates under all

6    these conditions.

7              Would this document and others

8    like it have been helpful to you in providing

9    advice to the decision makers about source

02:43  10   control decisions?

11        MR. BROCK:  Object to the form,

12   foundation.

13        MR. CERNICH:  Object to form.

14        A.    Again, if I'm looking at some of

02:43  15   these higher values in the 40, 50, 60, up to

16   96, but that's no -- yes, it would have been

17   a factor in the probability of dynamic kill.

18        Q.    (BY MR. LI)  Okay.  Did BP give

19   you this information?

02:43  20        MR. BROCK:  Form.

21        A.    No.

22        Q.    (BY MR. LI)  I'd ask you to turn

23   the page and look at the next chart.  I'm not

24   going to go through it in detail with you,

02:43  25   but this is another chart, it says "Partial

1    Reservoir Exposed, Low K."

2         A.    All right.

3         Q.    And it has a scenario of 44 feet

4    reservoir exposed, 170 mD, and the same

02:43  5   pressure at the wellhead, and then it

6    provides a number of flow rate estimates.

7         A.    Correct.

8         Q.    Would this have been help- --

9    these estimates have been helpful to you in

02:44 10   providing advice to the decision makers about

11   source control decisions?

12        MR. BROCK:  Object to form.

13        MR. CERNICH:  Object to form.

14        A.    Yes, but these are lower

02:44 15  numbers, but, yes.

16        Q.    (BY MR. LI)  And did BP provide

17   these estimates to you?

18        A.    No.

19        Q.    If I could ask you to turn to

02:44 20  Tab 45, which we're going to mark 11315.  So

21   this is an e-mail from James Markowsky to

22   you, dated May 25th, 2010.  Who is

23   Mr. Mar- -- Markowsky?

24        A.    He was the assistant secretary

02:45 25  for fossil energy in the Department of

228

```
          1          A.      Yes.

          2          Q.      Is that correct?

          3          A.      Yes.

          4          Q.      Were you provided with Ole

02:55     5    Rygg's estimate of blowout rates that ranged

          6    from 37,000 to 87,000 barrels per day?

          7          MR. BROCK:  Object to form.

          8          A.      No.

          9          Q.      (BY MR. LI)  Would that have

02:55    10    helped you in providing advice to the

         11    decision makers about source control

         12    strategies?

         13          MR. BROCK:  Object to form.

         14          A.      Yes.

02:55    15          MR. LI:  Okay.  If we could take a

         16    break.

         17          THE VIDEOGRAPHER:  Off the record,

         18    2:56 p.m.

         19          (Recess from 2:55 p.m. to 3:10 p.m.)

03:09    20          THE VIDEOGRAPHER:  Back on the record

         21    at 3:10 p.m., beginning Tape 6.

         22          Q.      (BY MR. LI)  I'm going to ask

         23    you to look at Tab 39, a document that's now

         24    been marked with Exhibit No. 11317.  You can

03:10    25    mark it.  This is an e-mail from
```

```
 1    their estimates of flow in prior -- a week or

 2    two prior to top kill, we would have gotten

 3    into much more serious discussions about the

 4    feasibility of --

 5         Q.    (BY MR. LI)  And it's possible

 6    you would have said that the top kill is not

 7    a strategy that should be pursued?

 8         MR. CERNICH:  Object to form.

 9         MR. BROCK:  Object to form, foundation.

10         A.    It's possible, but I would just

11    go back to saying it would be a discussion

12    with BP about the probability of success or

13    you move on to something else.

14         Q.    (BY MR. LI)  Okay.

15         A.    That -- that discussion would

16    have occurred had we known their range of

17    estimates of flow.

18         Q.    And as you sit here today, you

19    can't say that for sure, with certainty, you

20    would have authorized BP to continue with the

21    top kill procedure?

22         MR. BROCK:  Object -- object to form.

23         MR. CERNICH:  Object to form.

24         A.    That is true in the sense that

25    it would have depended on all the
```

 1    information, how the discussion went forward.

 2         Q.    (BY MR. LI)  And you were not

 3    provided with all the information that I've

 4    shown you today, were you?

03:13  5         MR. BROCK:  Object to form.

 6         A.    I will -- we were not provided

 7    the -- the team or I were not provided with

 8    that.

 9         Q.    (BY MR. LI)  Okay.  Now, I'm

03:13 10    going to read the second paragraph.  Plan B:

11    abandon kill, cut off pipe, install a cap

12    stack that will capture all the pollution and

13    produce oil until well is sealed through

14    relief well-this will control the pollution

03:13 15    but will not kill the well.

16    "Schedule-proceed immediately upon decision

17    that top kill will not work, and complete two

18    days later."

19              At what point in the relief

03:13 20    efforts did you become aware of the

21    availability of a cap stack as a source

22    control option?

23         A.    I can't really say exactly when.

24    In -- in -- whether it was before or after

03:13 25    this.  But, certainly -- I can't really say,

```
 1          MR. CERNICH:  Objection; form.
 2          A.    (Continuing)  I don't recall a
 3     detailed discussion of this at all, in fact.
 4          Q.    (BY MR. BROCK)  All right.  Now,
05:13 5     did you understand that unlike momentum or
 6     dynamic kill, that the technique of junk shot
 7     was not dependent on the initial flow rate?
 8          MR. CERNICH:  Object to form.
 9          A.    I -- no.  All of -- all of these
05:13 10    things are dependent on flow rate.  The idea
 11    of junk shot was it would -- if there were
 12    large holes, if you will, or orifices where a
 13    lot of the oil would be coming out, that the
 14    junk shot would partially clog those
05:13 15    orifices, slow down at least temporarily the
 16    amount of oil coming out that would help in
 17    the dynamic kill.
 18         Q.    (BY MR. BROCK)  Right.
 19         A.    But it would certainly depend on
05:13 20    the flow, because --
 21         Q.    Right.
 22         A.    Right.
 23         Q.    The material that you were
 24    putting into the BOP would serve as bridging
05:14 25    material to assist in the -- in the
```

308

1    killing -- in killing of the well, if it

2    worked as planned?

3         A.    Well, BP was putting that

4    material in, and the idea was that it would

05:14 5    partially clog the big diameter orifices that

6    would, again, temporarily at least slow the

7    flow rate up, and that would give more chance

8    of the mud doing what it was supposed to do.

9         Q.    Do you have a judgment or a view

05:14 10   as to what flow rate the junk shot part of

11   top kill would effectively shut-in?

12        MR. CERNICH:  Object to form.

13        A.    No, I don't.  When BP came to us

14   later, they were arguing that they felt

05:14 15   confident it would work.  I believe the words

16   Kent Wells used, that this is a slam dunk.

17        Q.    (BY MR. BROCK)  Did you think it

18   was a slam dunk?

19        MR. CERNICH:  Object to form.

05:15 20        A.    In the early part of May there

21   was a -- we were listening and trying to

22   evaluate based on that, but certainly after

23   the event and after the postmortem, that's

24   where we began to be much more critical about

05:15 25   what BP planned to do, because I think there

# Exhibit 66

# Depo Ex. No. 11317 -

# Steven Chu

# Filed Under Seal

# Exhibit 67

Depo Ex. No. 10532 -

Charles Holt

Filed Under Seal

# <u>Exhibit 68</u>

Depo Ex. No. 10506 -

Charles Holt

Filed Under Seal

01-41887
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# David Arnold Barnett
## VOLUME 1

DECEMBER 13, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1    will then shut the well in and do a bullhead
 2    kill.
 3           If you reduce the size of the leak path
 4    sufficiently, then you can do essentially a
 5    momentum kill.  You still have some leakage, but
 6    you have enough pressure for the fluid to be
 7    forced back down the well.
 8       Q.  Okay.  And then, finally, the "static
 9    kill"?
10       A.  Well, I have to say that a "static kill,"
11    I've only heard it applied to the Macondo Well,
12    and it's essentially what I would call a bullhead
13    kill.  You -- you stop the flow at the surface,
14    you shut the well in, and you inject fluid down
15    and displace the reservoir fluid into the
16    formation to be replaced with kill mud.
17       Q.  Are any of these techniques more common
18    than others?
19       A.  I would say they're -- that's a good
20    question.  I -- I think probably the bullhead
21    kill is more -- is applied more often than the
22    dynamic kill.
23           The momentum kill, it's very rare.
24    Sometimes it's attempted.  It doesn't have a very
25    high percentage of success.
```

1      A.  You know, I -- I -- not to sound dumb,

2    but I don't guess I ever really gave it much

3    thought.

4      Q.  All right.  Did Wild Well recommend

5    proceeding with the top kill, do you recall?

6      A.  We -- we pointed out some of the

7    potential problems that could be associated with

8    the -- with the top kill.  As I recall, we

9    expressed our lack of confidence that the top

10   kill would be successful, but we were in

11   agreement to go implement it, if that was BP's

12   wishes.

13     Q.  All right.  And were -- what were some of

14   the reasons why you weren't confident that it

15   would be successful?

16     A.  Well, as a general rule, I don't have

17   much confidence in being able to control a well

18   in that manner, either this well or -- or any

19   other.  The -- the idea is that you're going to

20   create enough friction through an unknown

21   geometry to essentially effect a shut-in of the

22   well.

23          Well, the first thing that has to happen

24   for this top kill to even start being successful

25   is you have to establish a pressure at the

106

```
1    wellhead that balances the reservoir with the
2    reservoir fluid in the well.
3          That -- that sort of friction pressure at
4    the surface just seems very difficult to
5    establish, to me.
6       Q.  Very difficult to attain that kind of
7    pressure?
8       A.  Yes, yes.
9       Q.  Okay.  Pat Campbell wrote some things
10   saying he thought BP was going forward with the
11   top kill because it was the first thing available
12   to do next.
13         Do you recall any discussions of that
14   nature at -- in Wild Well?
15              MS. MINCE:  Object to the form.
16      A.  I recall that there were lots of
17   discussions on a daily basis about what was the
18   best way to proceed, and it had -- oh, there were
19   so many things that had to be considered about
20   our ability to contain and the risk of capping
21   and the risk of shutting in.
22         I don't recall any conversations that
23   basically said, "Let's do this because it's the
24   only thing available to us at the time."
25      Q.  (By Ms. Flickinger) Okay.  But you had
```

1    said earlier the momentum kill was a more unusual

2    tool to use to kill a well, correct?

3        A.  Yes.

4        Q.  Okay.

5        A.  Very -- very rarely attempted.

6        Q.  Okay.  Let's go to Tab 56.  And this has

7    been previously marked as Exhibit 9250.  It's an

8    E-mail thread.  All right.  And starting -- let's

9    start on the second page.  And Ole Rygg sends to

10   Mr. Trevor Hill, on May 16th, a PowerPoint

11   Presentation that has to do with planning for the

12   dynamic top kill, correct?

13       A.  Yes.

14       Q.  All right.  And then there's an E-mail

15   from a Mr. Tim Lockett to Trevor Hill on

16   May 17th.

17           Now, do you -- do you know who Trevor

18   Hill is?

19       A.  I do not.

20       Q.  Do you know who Mr. Tim Lockett is?

21       A.  I do not.

22       Q.  Okay.  I'll represent to you that they're

23   BP employees --

24       A.  Okay.

25       Q.  -- involved in -- in flow matters.

```
 1        A.  Yes, especially -- excuse me, especially
 2   the upper portion of the BOP, as I recall.
 3        Q.  Okay.  So that was your conclusion at the
 4   time?
 5        A.  Yeah.
 6        Q.  All right.  Do you recall what BP
 7   announced was the reason for the failure of the
 8   top kill?
 9             MR. BENTSEN:  Objection, form.
10        A.  I honestly don't.
11        Q.  (By Ms. Flickinger) Do you recall them
12   saying that burst rupture disks were the reasons
13   the top kill failed?
14             MR. BENTSEN:  Objection, form.
15        A.  Well, I remember that there was some
16   speculation that some of the kill fluid went down
17   the well and that that could be an indication
18   that the burst disks were ruptured.  I do recall
19   that.
20        Q.  (By Ms. Flickinger) And do you recall
21   that Wild Well did not agree with that assessment
22   of that analysis of the reason for the top kill
23   failure?
24             MR. BENTSEN:  Objection, form.
25        A.  I do.  I -- I personally didn't agree
```

 1    with it, and I think that was the consensus among

 2    Wild Well Control.

 3         Q.   (By Ms. Flickinger) All right.  That's

 4    correct.

 5              So I'm just going to go ahead and mark a

 6    couple of exhibits to that effect, that -- that

 7    corroborate that.

 8              If you could turn to Tab 80.  And it's

 9    going to be Exhibit 10600.  And this is a Memo

10    from Fred Ng to Pat Campbell, dated May 29th,

11    WW-MDL-0064837.  That's probably all I'm going

12    to -- that's enough.

13                   THE COURT REPORTER:  For those of

14    you keeping up, we skipped to 10600 from 14 --

15    10499.

16              (Exhibit No. 10600 marked.)

17         Q.   (By Ms. Flickinger) Okay.  So after

18    the -- after the top kill, BP started to focus on

19    other Source Control measures, correct?

20         A.   Yes.

21                   MR. BENTSEN:  Objection, form.

22         Q.   (By Ms. Flickinger) And do you recall

23    what the next -- I guess they then turned to

24    collecting oil and gas through the -- through the

25    riser insertion tool?

180

1    that the dynamic kill would be done from the

2    bottom of the well, and the momentum kill or

3    dy -- or top kill would be done by point --

4    pumping into the exit point.

5         Q.  Okay.  So the top kill procedure that was

6    utilized in this one was trying to pump in from

7    the top?

8         A.  Yes.

9         Q.  And that was the one you said that's

10   rarely successful?

11        A.  Yeah.

12        Q.  How do you know?  What makes -- what --

13   what, in your experience, makes you know that top

14   kills, or what's called "momentum kills," are

15   rare -- rarely successful?

16        A.  Well, they are rarely attempted.

17        Q.  Fair enough.  Why not?

18        A.  Because it's obvious that their chances

19   of success are not very high.

20        Q.  And, in fact, the top kill/momentum kill

21   here did not work?

22        A.  It did not.

23        Q.  And, in fact, Mr. Campbell and Wild Well

24   predicted the top kill/momentum kill would

25   probably not work?

```
 1                    EXAMINATION
 2   QUESTIONS BY MR. DAVIS-DENNY:
 3        Q.  Hi, Mr. Barnett.  My name is Grant
 4   Davis-Denny, and I represent Transocean, as I
 5   mentioned at the break.
 6        A.  Yes.
 7        Q.  Thank you for taking the time to testify
 8   today.  I believe you testified earlier that you
 9   had concluded the top kill had failed because the
10   flow path through the BOP was too large.  Do you
11   recall that testimony?
12        A.  Yes.
13        Q.  You did not attribute the top kill's
14   failure to the burst disk.  Is that correct?
15        A.  That's correct.
16        Q.  Okay.  The consensus at Wild Well Control
17   was that the top kill had failed because the flow
18   path through the BOP was too large, rather than
19   because of the burst disk.  Is that correct?
20        A.  I believe that's true, yes.
21        Q.  Okay.  Wild Well Control shared that
22   conclusion with BP, right?
23        A.  In my memo, yes.
24        Q.  Yes.  And that's a memo that you sent in
25   late May of 2010, correct?
```

238

```
 1        A.  Or the -- or the first part of June, yes.
 2        Q.  Okay.  Let's -- I'm going to show you
 3   what's our Tab 42.  It's Exhibit 10622.
 4            (Exhibit No. 10622 marked.)
 5        Q.  (By Mr. Davis-Denny) And is this exhibit
 6   what you were just referring to as your memo?
 7        A.  Yes, it is.
 8        Q.  Okay.  This is a memo that you sent to
 9   BP's Mark Mazzella and Mark Patteson on May 31st
10   of 2010.  Is that correct?
11        A.  Yes.
12        Q.  You sent this in the course of your work
13   for BP; is --
14        A.  Yes.
15        Q.  -- that right?
16        A.  That's right.
17        Q.  You made every ec -- effort to be as
18   accurate as possible when you wrote this memo,
19   right?
20        A.  That was my intention.
21        Q.  Okay.  If you'll please look at the
22   second page of the memo.
23        A.  (Complying.)
24        Q.  And if you look at three paragraphs from
25   the bottom, this is where you communicated to BP
```

1    the Wild Well Control consensus view that the top

2    kill had failed because the flow path through the

3    BOP was too large, correct?

4        A.  Yes.

5        Q.  Okay.  Did you have any subsequent

6    discussions with BP about your memo?

7        A.  Not too much, not really.

8        Q.  Okay.  Did you have any subsequent

9    discussions with BP about why the top kill had

10   failed?

11       A.  Yes, we had some discussions about it.

12       Q.  When did those discussions occur?

13       A.  Well, when we returned, of course, we

14   were offshore on the rig, implementing this kill

15   operation, so we had some discussions there on

16   the rig after the kill operation failed and then

17   a series of discussions once me and the -- the

18   Team arrived back at the office.

19       Q.  Who from BP was involved in these

20   discussions?

21       A.  Oh, Mark Patteson, Jon Sprague, Mark

22   Mazzella.

23       Q.  Were Patteson, Sprague, and Mazzella all

24   out on the rig during the top kill?

25       A.  Mazzella was.

240

```
1        Q.  Mazzella.  Okay.  And so when you talked
2    about having conversations on the rig about why
3    the top kill had failed, that was with
4    Mr. Mazzella?
5        A.  Well, he was the only -- the -- the BP
6    Representative, yes.  There were others.
7        Q.  Okay.  Who were the others involved in
8    that conversation?
9        A.  Oh, Bob Grace, Jace Larrison, who was
10   also a BP employee.  Primarily, that was it.
11       Q.  Okay.  Did anyone in those conversations
12   on the rig express a view as to why they thought
13   the top kill may have failed?
14       A.  As far as I recall, everyone was in
15   fairly close agreement that it was simply a
16   matter of the flow path was too big.
17       Q.  Okay.  So Mr. Mazzella agreed with that
18   view?
19       A.  I believe that was -- yes.
20       Q.  Mr. Grace agreed with that view?
21       A.  Yes.
22       Q.  And Mr. Larrison agreed with that view?
23       A.  Yes.
24       Q.  Okay.  All right.  Then you returned to
25   shore, and you said that there were some
```

1    conversations that occurred back onshore.  Is

2    that correct?

3         A.  Yes.

4         Q.  All right.  About why the top kill had

5    failed?

6         A.  Yes.  Well, mind you, we -- we were --

7    the -- the Kill Team was working in a room

8    generally half of the size of this one.  And we

9    were all around a very large table.  So these

10   kinds of discussions went on over the course of

11   the day quite regularly.

12        Q.  Is this table discussion that you're

13   talking about, is this something that occurs back

14   onshore?

15        A.  Yes.

16        Q.  Okay.  And who -- who was involved in

17   those discussions about why the top kill failed

18   back --

19        A.  Oh --

20        Q.  -- onshore?

21        A.  -- gosh.  A number of people.  Just

22   whoever happened to be in the room at the time.

23        Q.  Okay.  Who from BP specifically do you

24   recall having conversations with onshore about

25   why the top kill had failed?

242

1      A.  Well, I -- I seem to remember Mark
2  Patteson and Jon Sprague.
3      Q.  Okay.  And did you express to
4  Mr. Patteson and Mr. Sprague, in conversations
5  around the table onshore, the view that the top
6  kill had failed because the flow path was too
7  large?
8      A.  Yes.  Most of the discussion was around
9  the ideas that were being expressed by certain
10  other folks that some of the mud went down the
11  well, and there were wellbore integrity issues
12  that were being expressed.  And so most of the
13  conversations with the Group that I'm referring
14  to had to do with those topics.
15      Q.  Did any of the BP employees that you
16  spoke with about why the top kill had failed ever
17  express the view to you that the notion that the
18  top kill had failed because the flow path was too
19  large was an inplausible view --
20      A.  I --
21      Q.  An implausible view.  In other words, did
22  anyone ever say to you that your view of why the
23  top kill had failed was an implausible one?
24      A.  No.
25      Q.  Okay.  I'm going to hand you a -- another

1    document.  It's Tab 22, and it is Exhibit 10623.

2         (Exhibit No. 10623 marked.)

3         Q.  (By Mr. Davis-Denny) And I'd actually

4    like to start at the bottom of the E-mail chain,

5    so if you'll flip to the -- I think it's four

6    pages back.  It's the E-mail from William Burch

7    that's sent on May 29th.  The --

8         A.  Okay.

9         Q.  Got it?

10        A.  M-h'm.

11        Q.  Okay.  And Mr. Burch, we've established,

12   was one of your colleagues at Wild Well Control,

13   correct?

14        A.  Correct.

15        Q.  And you were copied on this E-mail.  Is

16   that correct?

17        A.  That's correct.

18        Q.  It was sent on May 29th.  Is that right?

19        A.  Right.

20        Q.  That's just one day after the top kill

21   effort had concluded?

22        A.  Right.

23        Q.  Okay.  And it was directed to Fred Ng,

24   who we've spoken about earlier, correct?

25        A.  M-h'm, right.

244

```
1        Q.  He was a colleague of yours at Wild Well
2   Control?
3        A.  Yes.
4        Q.  He was General Manager of Engineering?
5   Is that correct?
6        A.  That's correct.
7        Q.  And you and ten other colleagues from
8   Wild Well Control were copied on this E-mail,
9   right?
10       A.  Yes.
11       Q.  And do you know Mr. Burch to be a
12  generally -- to have been generally truthful and
13  accurate in his E-mail communications?
14            MR. BENTSEN:  Objection, form.
15       A.  I'm not sure that I'd go that far.
16       Q.  (By Mr. Davis-Denny) Okay.
17       A.  Bill was -- is prone to dramatize things
18  a bit.
19       Q.  Okay.  Did -- did you read this E-mail at
20  the time?
21       A.  I'm sure I did.
22       Q.  Did you have any reason to doubt the
23  accuracy of this E-mail when you received it?
24       A.  Well, in -- insofar as that the burst
25  disks were gone, I -- I had reason to believe
```

1    that that was inaccurate.

2        Q.  That's right.  And that -- that's a view

3    that Mr. Burch agreed with, as well?  In other

4    words, he held the same view that you did?

5        A.  I believe so, yes.

6        Q.  Okay.  Now, in this E-mail, he's

7    referring to a -- actually, I want to start by

8    reading the second paragraph real quick, and then

9    we'll -- we'll -- I have a few questions for you

10   about it.

11       He says:  "I've talked with Kurt Mix to

12   confirm the story.  He was in communication with

13   Jon Sprague earlier and is chasing down with Phil

14   Pattillo.  If I'm gathering my information

15   correctly, the analysis was made from the data

16   from pumping yesterday with Dr. Steve Willson and

17   Phil early this afternoon (I just so happened to

18   stumble in to their conversation while I was

19   talking with Thomas.)  Kurt" is -- or "Kurt

20   agrees with me that this data could be very

21   misleading and limiting options on uncertain data

22   is not prudent."

23       Now, first question for you is:  Kurt Mix

24   is the same BP employee, Mr. Mix, that you

25   referred to earlier in -- in your testimony,

246

 1    correct?

 2         A.  Yes.

 3         Q.  Okay.  And Bill Burch was your colleague

 4    who wrote the E-mail on about May 28th, I believe

 5    it was, that said he and Kurt Mix were being

 6    excluded from BP's brain trust.  Do you recall

 7    that?

 8         A.  I do.

 9         Q.  Okay.  Bill Burch also had written in

10    that E-mail that on -- on May 28th that BP

11    apparently did not want to hear the truth.  Is

12    that correct?

13              MS. MINCE:  Object to form.

14         A.  I believe he did say that.

15         Q.  (By Mr. Davis-Denny) Okay.  Now,

16    Mr. Burch and Mr. Mix had a conversation on -- on

17    May 29th that's detailed here in this -- this

18    E-mail, correct?

19         A.  Yes.

20         Q.  And that conversation related to data

21    that had come out of the top kill operation,

22    correct?

23         A.  Correct.

24         Q.  Mr. Burch and Mr. Mix had discussed

25    certain analysis of that data, right?

247

```
1        A.  Yes, evidently so.

2        Q.  And the analysis that they had discussed

3   was this claim that the top kill had failed

4   because the burst disks were gone, right?

5        A.  I don't know that they're expressing that

6   that was the reason for failure.  I think that

7   they are saying that that was a diagnostic result

8   of the top kill operation.

9        Q.  I -- I had the same read.  I -- I didn't

10  mean to suggest otherwise.

11            They're discussing the idea that some

12  people had that the burst disks had been the

13  reason why the top kill had failed, right?

14       A.  Yeah.  There was a certain amount of

15  pressure decline at a constant pump rate, as

16  stated in my memo, that led some people to

17  believe that mud was being injected down the

18  annulus and into the failed burst disk.

19       Q.  Okay.  Now, if we look at the first

20  paragraph of this E-mail, he says:  "Mike Cargol

21  heard from his containment group that the latest

22  is that the burst disks are gone.  According to

23  his sources, the only option forward is

24  containment until the relief well gets done.

25  Capping is out of the question."
```

```
 1          And so what he was saying was, based on
 2    this notion that the top kill had failed because
 3    of the burst disk, capping the well was being
 4    taken off the table as an option for Source
 5    Control, right?
 6          A.  Well, yeah --
 7               MR. BENTSEN:  Objection, form.
 8          A.  -- but, look.  I mean, this is the whole
 9    problem with some of Bill Burch's communications,
10    is, "Well, so-and-so heard from such-and-such,"
11    and "I think," and "If I got this right."
12          So, you know, I -- I just -- I just don't
13    put a lot of importance to all that.
14          Q.  (By Mr. Davis-Denny) Well, he went and
15    confirmed that story with BP's Kurt Mix, correct?
16          A.  H'm --
17          Q.  That's what he describes in that second
18    paragraph.
19          A.  Well, to -- the way he's interpreting all
20    his conversations is that now -- that the focus
21    is going to be on the relief well and that
22    capping is no longer an option.
23          Q.  Well, it's true, isn't it, that --
24          A.  Obviously, that --
25          Q.  -- after the top kill failed, the BOP on
```

1    BOP strategy was abandoned.

2        A.  Yes.

3        Q.  Is that correct?

4        A.  That's correct.

5        Q.  Okay.  And that was because BP had

6    attributed the failure of the top kill to the

7    burst disk, correct?

8              MR. BENTSEN:  Objection, form.

9        A.  That was my understanding, that at -- at

10   least that had a -- a huge influence on the

11   decision.

12       Q.  (By Mr. Davis-Denny) Okay.  Now,

13   Mr. Burch was expressing in this E-mail his

14   concern that the top kill data could be very

15   misleading.  Is that correct?

16       A.  That's correct.

17       Q.  And BP's Kurt Mix had told him that he

18   agreed with that concern, correct?

19       A.  Correct.

20             MR. BENTSEN:  Objection, form.

21       Q.  (By Mr. Davis-Denny) Okay.  And Mr. Mix,

22   from BP, had also told Wild Well Control's Bill

23   Burch that limiting Source Control options based

24   on uncertain data was not prudent, correct?

25       A.  That is correct.

1        Q.  Okay.  And was one of -- one of those

2   options, one of those Source Control options that

3   Mix appears to have been referring to, was the

4   BOP on BOP strategy that was abandoned, correct?

5               MR. BENTSEN:  Object to form.

6        A.  That is probably correct, yes.

7        Q.  (By Mr. Davis-Denny) Okay.  Okay.  I'd

8   like to have you look at the first page --

9        A.  All right.

10       Q.  -- of this E-mail.  And I -- I want to

11  start at the bottom.  And you may recognize this.

12  A version of this E-mail was shown to you

13  earlier, but we didn't really get a chance to --

14  to dive into it very far.

15       A.  M-h'm.

16       Q.  But this is an E-mail that Mr. Ng sent on

17  the night of Saturday, May 29th, 2010, correct?

18       A.  Correct.

19       Q.  And you were copied on this E-mail,

20  correct?

21       A.  Yes.

22       Q.  Okay.  And in the second paragraph of

23  this E-mail, which was discussed earlier with

24  you, he's commenting on the problems with relying

25  on the top kill modeling to conclude that the

1    burst disks are gone, correct?

2        A.  That is correct.

3        Q.  And when he uses the abbreviation in the

4    last sentence of that paragraph, "BDs are gone,"

5    you understand he's referring to burst disks,

6    correct?

7        A.  Yes, m-h'm.

8        Q.  Okay.  So Mr. Ng had the same concern

9    that BP's Kurt Mix had about the -- the

10   interpretation of the top kill data?

11       A.  Yes.

12            MR. BENTSEN:  Objection, form.

13       Q.  (By Mr. Davis-Denny) And he had the same

14   concern that you had about the interpretation of

15   the top kill data?

16            MR. BENTSEN:  Objection, form.

17       A.  Well, we had a difference of opinion,

18   yes.

19       Q.  (By Mr. Davis-Denny) Okay.  I'd like you

20   to look at the third paragraph of that E-mail,

21   where he says:  "May be these guys need to look

22   at the video data besides the pressure data."

23            And by "these guys," you understood him

24   to mean the -- BP.  Is that correct?

25       A.  I would interpret it that way, yes.

1    Q.  Okay.  And then he says:  "It is quite

2    apparent from the" bid -- "video that most, if

3    not all, the mud pumped in these operations went

4    out the DWH riser and now down the hole."

5         Now, when he says "now" there, you

6    understand he meant -- means "not"?

7    A.  Not.

8    Q.  Correct?

9    A.  Yes.

10   Q.  Okay.  And the importance of Mr. Ng's

11   sentence there is that if the top kill mud went

12   out the DEEPWATER HORIZON's riser and not down

13   the hole, it did not exit out the burst disks,

14   correct?

15   A.  Correct.

16   Q.  Okay.  And then he goes on and writes:

17   "In spite of increasing pump rate, junk shot,

18   cubes and balls, et cetera, there was little

19   change in the mud plume exiting the riser.  The

20   pressure data simply shows that the surface leaks

21   are too large to be sealed by the materials

22   introduced and therefore there was no backstop to

23   build up enough injection pressure for the top

24   kill.  Maybe I am missing something, but I fail

25   to see how that can be any indication of the

```
1    integrity of the 16 inch before or after the top
2    kill."
3            Did I read that correctly?
4       A.  You did.
5       Q.  And "the 16 inch" was the 16-inch casing
6    where the burst disks were at?  Is that correct?
7       A.  That's correct.
8       Q.  Okay.  And then if you'll look at the
9    E-mail at the top of the page, there's an E-mail
10   from Christopher Murphy, sent on May 30th of
11   2010, correct?
12      A.  Yes.
13      Q.  And you were copied on this E-mail, as
14   well?
15      A.  Yeah.
16      Q.  Okay.  And it was sent back to Mr. Ng?
17      A.  Right.
18      Q.  And he writes -- the -- the sum total of
19   his E-mail is:  "Fred, you have captured
20   precisely what we all think.  Well said.
21   Regards, Chris Murphy."
22           Did I get that correct?
23      A.  Yes.
24      Q.  Okay.  And that's consistent with your
25   testimony earlier about the consensus that
```

```
1    existed at Wild Well Control about why -- why

2    the top kill had failed?

3         A.  It is consistent.  I -- it seems a little

4    strong to say that it is precise and applicable

5    to everyone at Wild Well, but the general

6    consensus was that there was no indication of

7    damage to the burst disks.

8         Q.  Okay.  Did you have any conversations

9    with Kurt Mix about why the top kill had failed?

10        A.  None that I recall, but it's very likely

11   that we at least had a conversation in the room

12   where we were all working.

13        Q.  Okay.  That's all I have for you on that

14   subject.  I want to move on to a different Topic

15   now.

16             You testified earlier about some

17   discussions that were -- that occurred regarding

18   5,000 barrels per day as a Flow Rate Estimate

19   erring on the low side.  Do you recall that --

20        A.  Yes.

21        Q.  -- testimony?

22        A.  Yes.

23        Q.  Were BP employees involved in those

24   discussions?

25                  MS. MINCE:  Wait.  Object to the
```

# Exhibit 70

Depo Ex. No. 10507 -

Charles Holt

Filed Under Seal

# Exhibit 71

Depo Ex. No. 8537 -

Charles Holt

Filed Under Seal

01-41219
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Ole Rygg, Ph.D.
**VOLUME 1**

OCTOBER 3, 2012

# COPY



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

205

```
1        A.  As -- as "top kill" as a phrase of the
2   whole operation, yes.
3        Q.  And it also included what, besides the
4   junk shot?  What -- anything else?  I just want
5   to know what your understanding of the entire top
6   kill process included.
7        A.  The top kill included a pumping into the
8   wellhead of the mud, as well as pumping the --
9   the different materials into the wellhead,
10  together with the mud.
11            (Discussion off the record.)
12             MR. LUNDY:  Yeah.  That's what I'm
13  getting to.
14       Q.  (By Mr. Lundy) From this E-mail that's
15  been previously marked as Exhibit 8537, from you
16  to Kurt Mix, when you say:  "Kurt, look at the
17  presentation.  Interesting results.  Looks like
18  the 15 000 bopd, you cannot kill it with 50 bpm,"
19  based upon the subject matter, or in the subject
20  line, you're -- are you saying that -- that with
21  15,000 barrels per day flow rate that the top
22  kill would not work?
23       A.  What I'm saying in this E-mail is that if
24  the flow rate was 15,000, the modeling was
25  showing that with pumping 50 barrels a minute
```

1    into the wellhead it would not reach the pressure
2    that will stop the flow.
3         Q.  What was going to be pumped -- or what
4    was -- into the wellhead dur -- for the top --
5    during the top kill process?
6         A.  Mud.  The plan was to pump mud into the
7    wellhead.
8         Q.  At -- at what rate?
9         A.  At the time I was informed that the
10   maximum rate was 50 barrels a minute they could
11   pump.
12        Q.  Okay.  And what you're telling them is
13   that the top kill won't work at 50 barrels per
14   minute if the flow rate is 15,000 barrels or
15   greater, correct?
16        A.  What I'm telling here is that a modeling
17   is showing that if the -- it's flowing 15,000
18   barrels of oil per day, and you pump 50 barrels a
19   minute into the wellhead, it will not create the
20   pressure that will stop the flow.
21        Q.  It's the same thing as saying it's not
22   going to work at -- at 50 barrels per minute,
23   correct?
24             MS. O'CONNOR:  Objection, form.
25        A.  Just what I said, that if you don't

1      A.  Yes.

2      Q.  Okay.  The "Subject" line is "Final top

3  kill runs."

4          Is that correct?

5      A.  Yes.

6      Q.  What's does "final top kill runs" mean?

7      A.  I don't know.

8      Q.  Okay.  Well, it's sent on May 29th.

9  That's just after the top kill had failed; is

10  that correct?

11     A.  Yeah, that was after the -- the last

12  attempt.

13     Q.  Okay.  If you could please look at the

14  paragraph that follows the bullet points, the one

15  that begins:  "Simulating pumping..."

16         Do you see that?

17     A.  Yes.

18     Q.  He says -- Thomas Selbekk writes:

19  "Simulating pumping at 78 bpm shows a flat

20  pressure curve, fairly low max pressure and

21  hardly any drop in pressure, consistent with a

22  situation where basically no mud enters the

23  wellbore."

24         Is Mr. Selbekk telling Mr. Mix from BP

25  that he was able to construct a model that

1   matched the top kill data and that showed no mud

2   entering the wellbore?

3        A.  What he's trying to -- to say, I believe,

4   is that he -- with the assumption of that -- that

5   model he -- he put together and simulating the 78

6   barrels a minute pump rate, he couldn't see in

7   the model that any mud entered down below the

8   injection point.

9        Q.  Okay.  So it was -- in other words, it

10  was possible to construct a model based on the

11  top kill data that came out during the top kill

12  that showed that mud did not go down below the

13  injection point; is that right?

14       A.  Yeah, that this is what he's trying to do

15  here, is -- is to -- to try to match the pressure

16  recordings from the operations --

17       Q.  Okay.  Then he --

18       A.  -- with -- with --

19       Q.  Sorry.

20       A.  -- with -- with a case of the 78 barrels

21  a minute pumping rate.

22       Q.  Okay.  Now, in the next paragraph, he

23  goes on to say:  "There are other combinations

24  that would give the same outcome, e.g. opening

25  around rams etc..."

259

 1          And by that, he means there's other ways

 2     you could construct the model and reach that same

 3     result, right?

 4          A.   Yeah, that's the whole point here, is

 5     that there are a number of unknowns so you can

 6     change different parameters and still get -- get

 7     a comparison with the --

 8          Q.   Okay.

 9          A.   -- with the pressure points.

10          Q.   And then he goes on, and he says:

11     "...there are strong indications that a curve

12     with this shape is the result of a situation

13     where there is not enough restriction at surface

14     to create enough pressure to force the mud into

15     the well."

16          And so he was saying that there were

17     strong indications that the top kill had failed

18     because the mud had not gone down into the

19     wellbore; is that right?

20          A.   No, that -- this is not what this is

21     saying.  What he's saying is that the shape of

22     the curve of the pressure needs to be a certain

23     way for the indications of the mud going --

24     going -- going down into the wellbore, meaning

25     that the -- the pressure needs to -- to -- to

1    increase for the -- the flow to stop and then the

2    mud to enter down the wellbore.

3        Q.   The pressure curve that he's referring to

4    is the pressure curve that was actually observed

5    during the top kill; is that correct?

6        A.   I believe so.  If that's the last -- the

7    last one here, yes.  That's the -- that's the red

8    dotted lines on that.

9        Q.   So based on the pressure curve that was

10   actually seen during the top kill, there were

11   strong indications that there was not enough

12   pressure created through the top kill to cause

13   the mud down into the well; is that correct?

14       A.   Well, the -- the whole point with the

15   pressure is that you need the pressure increase

16   to stop the flow, and that's what he's referring

17   to in the E-mail.

18       Q.   Is the answer to my question "Yes," sir?

19       A.   I'm not certain.  You have to rephrase

20   it.

21       Q.   Okay.  So I'm just going to read -- read

22   it back to you.  "Based on the pressure curve

23   that was actually observed during the top kill,

24   there was a strong indication that there was not

25   enough pressure created through the top kill to

1    cause the mud to go down into the well."

2        Is that right?

3    A.  Yes, yes.

4    Q.  Okay.  Thank you.

5        And, obviously, if the mud didn't go down

6    into the wellbore, it didn't go out the burst

7    disk, right?

8    A.  I'm not sure you can draw that conclusion

9    from this simulation.

10   Q.  Well, if -- let me -- let me just break

11   it down.  If you assume that the mud did not go

12   down the wellbore, can you make that assumption

13   for me?

14   A.  Okay.

15   Q.  If you make that assumption, then the mud

16   could not have gone out the burst disk, right?

17   A.  Correct.

18   Q.  Thank you.  All right.

19        I'm going to show you Tab 9 which has

20   previously been marked as Exhibit 8537.

21           THE COURT REPORTER:  Doctor, can I

22   have those two exhibits?

23           THE WITNESS:  Sure.

24   Q.  (By Mr. Davis-Denny) You've seen this

25   E-mail before, sir.  I -- I just want to ask you

# Exhibit 73

# Depo Ex. No. 9132 -

# Tim Lockett

# Filed Under Seal

bp

Doug Suttles



Exploration & Production

May 26, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry,

Reference is made to two letters addressed to you dated May 23, 2010 and
May 25, 2010, in which the prerequisites, overview of the operations, and
significant risks for the Momentum Kill Operation (the "Top Kill Operation")
were addressed. BP has completed the Validation of the Momentum Kill
Design with the diagnostics data, and the undersigned agree to proceed with
the execution of the Momentum Kill Pumping Operation outlined in the
procedures approved by the Unified Command.

This decision was reviewed and agreed by the Houston ICP representatives of
the Department of Interior, Minerals Management Service, the Department of
Energy, the US Coast Guard, and BP.

The undersigned representatives of the Unified Command agree to commence
the execution of the "Top Kill Operation" as set forth in the procedure
approved by the Unified Command, except as may be amended or revised
during the operation by the appropriate delegates in Houston.

Sincerely,

Douglas J. Suttles
BP Exploration & Production Inc.

Page 1 of 2

9353

Exhibit No. _____
Worldwide Court
Reporters, Inc.

Minerals Management Service

*Lars Herbst*

Lars Herbst
By:

United States Coast Guard

*Mary E Landry*

By: Rear Admiral Mary Landry

Transocean Offshore Limited

_____

By: Larry McMahan

cc  Dr. Marsha McNutt, Dept of Interior
    Mr. Lars Herbst, MMS
    Secretary Chu, Dept of Energy
    Lt. Commander Rick Brannan, USCG

Page 2 of  2

01-40954
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
### VOLUME 1

OCTOBER 10, 2012

# COPY



Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services
800 - 745 - 1101**

```
 1    was not going to be a BOP on BOP attempt?
 2              MR. BARR:  Objection; form.
 3              MR. KRAUS:  Objection; form.
 4              MR. SINCLAIR:  Objection; form.
01:35  5        MR. DAVIS-DENNY:  Objection; form.
 6              MS. RICHARD:  Objection; form.
 7              A.    As I recall, the presentation
 8    that was eventually made by BP on -- on its
 9    analysis of -- of top kill was that that was
01:35 10   the most plausible situation, is that they
11    were pumping down the backside, potentially
12    pumping out a rupture disk or the shoe of the
13    casing.  I do recall at that particular
14    meeting that I did not necessarily concur
01:35 15   with that -- that assessment, but ultimately
16    all other parties, science team, and others
17    up the line had agreed with that assessment.
18              Q.    (BY MR. FENDLER)  Had you and --
19    and others in the government decided they
01:36 20   disagreed with that assessment, you would
21    have kept the option of using the BOP from
22    the DDII available, perhaps even try to
23    utilize it, wouldn't you?
24              MR. KRAUS:  Objection; form.
01:36 25        MR. BARR:  Objection.
```

1    can -- I can remember one case that I was

2    personally involved with where I didn't

3    believe that the information -- the analysis

4    of information was provided as timely as I

04:00   5    would like, but that was a rare case.

6              MR. FENDLER:  Okay.  I think that's all

7    I have, Mr. Herbst.  Thank you very much for

8    your patience.

9              MR. FLYNN:  Thank you.

04:00  10             THE VIDEOGRAPHER:  The time is

11   4:00 p.m., and we're off the record.

12             (Recess from 4:00 p.m. to 4:08 p.m.)

13             THE VIDEOGRAPHER:  The time is

14   4:08 p.m.  We're back on the record.

04:08  15                   E X A M I N A T I O N

16   BY MR. KRAUS:

17        Q.    Mr. Herbst, I previously

18   introduced myself.  I'm Doug Kraus.  I'm here

19   on behalf of the State of Louisiana.  I'm

04:08  20   going to try not to take up too much time of

21   your -- of your time today, but I do have

22   some questions.  First, I need to follow up

23   on an answer you gave to counsel for BP.  You

24   mentioned that you were involved in an

04:09  25   instance of the source control efforts where

          1    BP was not as forthcoming with information as

          2    quickly as you would have like.  Can you tell

          3    me, No. 1, what that pertained to?

          4          A.    In particular that -- that one

04:09     5    incident -- and, really, that's the only

          6    incident I can -- I can recall -- was

          7    following top kill.  It made -- it made a

          8    request to participate in some other the

          9    discussion and ongoing analysis occurred

04:09    10    immediately following those attempts.  I

         11    thought it would -- it would have been better

         12    to be in the same room hearing the discussion

         13    as it occurred.  They -- they had had the

         14    data -- we had access to data realtime as it

04:09    15    was coming -- coming through, but as far as

         16    having the data to go back and -- and

         17    analyze, we didn't have that, and so I

         18    thought it would be better to participate

         19    with -- with them in that analysis or at

04:10    20    least hear their -- their viewpoints as they

         21    were deliberating on that, and we were not

         22    allowed to participate in that -- in that

         23    particular meeting.

         24          Q.    Okay.  And you said "they had

04:10    25    the data."  Are you referring to BP?

241

```
 1        A.     BP and its contractors that were

 2   involved with top kill.

 3        Q.     When did you initially make that

 4   request to be involved in those discussions?

 5        A.     I can't recall the exact time,

 6   but I do recall that top kill was -- was

 7   finished up the last attempt which involved

 8   the junk shots as well, it would have been

 9   shortly after that completion of that that --

10   that both Admiral Cook and myself attempted

11   to talk to BP to see if we could sit in on

12   those discussions I recall that at the time

13   the answer was no.  I had pretty much gone

14   back to my office there in Houston in BP's

15   office and worked with staff members and

16   didn't get an invite beyond that point to

17   participate.

18        Q.     You said yourself and

19   Admiral Cook made that request; is that

20   correct?

21        A.     We attempted to sit in on a

22   meeting that BP was having, and at that time

23   we were -- we were not allowed to -- to enter

24   that meeting.  I don't know exactly what was

25   going on in that meeting at that time.  They
```

04:10  5
04:10  10
04:11  15
04:11  20
04:11  25

242

1    may have been on a teleconference or

2    whatever, but at that particular time they

3    said no, we need -- we need to discuss the

4    information and -- and that's really the last

04:11  5    I heard of it until we -- we sat down at a

6    briefing regarding their -- their results and

7    their analysis of the results.

8          Q.    Who -- well, No. 1, where did

9    the meeting take place?

04:11 10          MR. FLYNN:  Objection as to form.

11                Which meeting?  He's talking

12    about two.

13          Q.    (BY MR. KRAUS)  I'm sorry, the

14    meeting in which you asked to sit -- sit in

04:11 15    on and weren't allowed to.

16          A.    That was at BP's headquarters'

17    office in Houston.  It was a room set aside,

18    a conference room set aside from the main

19    room where the witnessing of the top kill

04:12 20    operation was taking place.

21          Q.    Do you recall -- tell me

22    everybody that you recall that was in that

23    meeting.

24          A.    I can't really recall all the

04:12 25    members.  I do recall Andy Inglis with BP, I

243

1    believe James Dupree was also in that

2    meeting.  Beyond that I -- I don't have a

3    recollection.

4         Q.    Do you have any specific

04:12  5    recollection of anybody outside of BP being

6    in that meeting?

7         A.    I do not other than there may

8    have been contractors.  I'm not -- not aware.

9         Q.    But as you sit here today you're

04:12  10   not aware -- you have no recollection of

11   anybody outside of the three BP individuals

12   that you named being present at that meeting?

13        A.    I don't recall any government

14   participants being in -- in that meeting that

04:12  15   they were having at that time.

16        Q.    And to the best of your

17   recollection what specifically did they say

18   when you asked to participate?

19        A.    Basically, the -- that they

04:13  20   needed their own time to assess the

21   information.

22        Q.    Okay.  Do you have any idea how

23   long that meeting lasted?

24        A.    I -- I don't really know.  I

04:13  25   know that we were not called on to

244

 1    participate until the eventual meeting which

 2    I believe occurred later that -- that night

 3    or the next day.  I'm not sure.

 4         Q.    Okay.  And tell me about that

04:13   5    second meeting.

 6         A.    That second meeting is where BP

 7    presented to all parties.  I believe, the

 8    science team folks were there, Coast Guard

 9    was there, I was there.  All the members of

04:13  10    my team were there, I believe.  And it went

11    through a PowerPoint presentation on the

12    analysis of the top kill.

13         Q.    Okay.  If you turn to Tab 4 in

14    your binder, and I've already marked that as

04:14  15    Exhibit 9084.  Can you look at that and tell

16    me if that looks familiar to you and if that

17    is the PowerPoint that you're speaking of?

18         A.    That's correct.

19         Q.    So this PowerPoint is dated

04:14  20    May 29th, 2010; is that correct?

21         A.    Yes.

22         Q.    Okay.  So would that likely --

23    based upon the fact that this is dated

24    May 29, 2010, would that mean the meeting

04:14  25    that you requested to sit on -- sit in on and

246

```
 1              As you sit here today do you
 2    have any knowledge as to why you may have
 3    underlined that word "may"?
 4         A.    If -- if that was my underline
 5    of that word "may" it's just words like that
 6    generally relate to uncertainty versus some
 7    concrete fact.
 8         Q.    Do you know which uncertainty
 9    you -- you found interesting?
10         A.    Well, that -- again, some of
11    this -- my analysis of what was being
12    presented was -- was not having all -- all
13    the facts in front of me for a length of time
14    to be able to determine how they came up with
15    any one of these assumptions of facts as
16    they're presented here.
17         Q.    Okay.
18         A.    So my -- I can't really testify
19    as to what questions I may have asked, if I
20    asked a follow-up question related to that or
21    not, but it would have been a point that I
22    wanted more information on what was the data
23    that supported that.
24         Q.    Who else from the U.S.
25    government was present at this meeting on
```

04:16  5
04:16 10
04:16 15
04:16 20
04:17 25

247

1    May 29th, 2010, if you recall?

2         A.    All I can recall specifically

3    from our office was Brian Domangue there

4    was -- you know, he was working in Houston

04:17  5    most of the time.  I can't recall

6    specifically who was there from the -- from

7    the science team.  I believe also that

8    Admiral Cook was -- was in this meeting.  I

9    know, he was participating all the way up

04:17  10   through -- through this point.

11        Q.    Okay.  Mr. Domangue is with MMS;

12   is that correct?

13        A.    That's correct.

14        Q.    Can you turn to Page 10?  Do you

04:18  15   see the handwriting "all six, question mark"?

16        A.    Yes.

17        Q.    Is that your handwriting?

18        A.    Yes.

19        Q.    Okay.  And if you read the

04:18  20   bullet point next to it, it says, "Max flow

21   rate through 7/8s-inch rupture disc openings

22   ca. 60 bpm (six discs failed)."  Did I read

23   that correctly?

24        A.    Yes.

04:18  25        Q.    Is the all six question mark

01-40957
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
**VOLUME 2**

OCTOBER 11, 2012

# COPY



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    that these were all approved plans that were

2    identical, correct?

3         A.    I don't specifically recall

4    how -- how it was portrayed, but --

11:49  5         Q.    Well, if you want to look

6    through these, it's 8962 through 8973, you

7    can confirm that none of these at least

8    indicate they've been approved, correct?

9         A.    As -- as the documents are

11:51  10   depicted, that's -- that's correct, these are

11   all repre- -- represented as submitted, not

12   approved documents.

13        Q.    Okay.  Now, very quickly in the

14   last little bit of time I have left with you,

11:51  15   I want to talk to you about the top kill.

16        A.    Okay.

17        Q.    Were you ever told prior to the

18   top kill that there was discussion within BP

19   that the top kill would not work if the flow

11:51  20   was more than 15,000 barrels per day?

21        A.    I do not recall that discussion.

22        Q.    Is that the type of information

23   that you believe you should receive when

24   you're making decisions of whether or not you

11:52  25   would recommend such a procedure?

1          MR. DIAZ:  Object to form.

2          A.    It would be very helpful in --

3    in the discussion.  It wouldn't be the only

4    item that I would look at.  We were looking

11:52  5    at the entirety of -- of that effort.

6          Q.    (BY MR. BARR) But if I recall

7    correctly, you're the person that signed off

8    on the top kill procedure, correctly?

9          A.    Yes.

11:52  10          Q.    And you were not told that that

11    contingency existed, correct?

12          A.    As far as I know, that's

13    correct.

14          Q.    Let's look at Tab 31 in your

11:52  15    notebook, and this has been previously marked

16    as Exhibit 8537.  Do you see that, sir?

17          A.    Yes, uh-huh.

18          Q.    Okay.  This is an e-mail from

19    Ole Rygg.  Do you know who that gentleman is?

11:53  20          A.    No, I do not.

21          Q.    You didn't have any experience

22    with him?

23          A.    Not that I recall.

24          Q.    Okay.  I'll represent to you he

11:53  25    was a person that was providing information

447

```
     1           A.     This one looks similar, but --
     2           MR. SINCLAIR:  May 29 we're looking
     3      for?  9084.
     4           MR. BARR:  See if you can find it real
11:58 5    quick, if you don't mind.
     6           Q.     (BY MR. BARR)  Let's go ahead
     7      and look at this one.  This is attached to an
     8      e-mail from Trevor Hill, referencing that
     9      this is a -- a PowerPoint intended for
11:58 10   Secretary Salazar, correct?
    11           A.     That appears correct.
    12           Q.     Okay.  And I think we may have
    13      found it.  Here is the one you were actually
    14      shown, May 29th, 2010, which is 9084.  The --
11:58 15   the presentation you were given was
    16      explaining why the top kill failed, correct?
    17           A.     BP's interpretation of why --
    18      why it failed, yes.
    19           Q.     Okay.  And the primary reason BP
11:59 20   gave for the failure of the top kill in it --
    21      in its belief was a failure of rupture disks,
    22      correct?
    23           MR. DIAZ:  Object to form.
    24           A.     That is correct.
11:59 25        Q.     (BY MR. BARR)  Okay.  That was
```

448

1   the only possibility that BP called likely,

2   right?

3         A.     I think they used the term

4   plaus- -- "plausible."  Their conclusions

12:00  5   were possible and plausible.

6         Q.     Okay.  In all of the other

7   potential that BP set out, it didn't believe

8   they were either possible or plausible --

9   possible or plausible, correct?

12:00  10        A.     In the scenarios that they

11  discussed, Scenarios 1 and 2, which were the

12  other scenarios, they described their

13  conclusion as possible, but not probable --

14  not plausible.

12:00  15        Q.     Okay.  And in those other

16  scenarios, the one that was not given to you

17  was that the well -- the flow rate may be too

18  high, correct?

19        MR. DIAZ:  Object to form.

12:00  20        A.     I do not see where they gave

21  that explanation.

22        Q.     (BY MR. BARR)  The first time

23  you were ever told that was during this

24  deposition, correct?

12:01  25        MR. DIAZ:  Object to the form.

449

         1        A.     As far as seeing physical
         2    documentation of it, that'd be correct.
         3        MR. BARR:  Mr. Herbst, I appreciate
         4    your time.  I don't have any other questions.
12:01    5        THE VIDEOGRAPHER:  Time is 12:01 p.m.,
         6    and we're off the record.
         7        (Recess from 12:01 p.m. to 1:04 p.m.)
         8        THE VIDEOGRAPHER:  Time is 1:04 p.m.,
         9    and we're back on the record.
01:04   10              E X A M I N A T I O N
        11    BY MR. DAVIS-DENNY:
        12        Q.     Good afternoon, Mr. Herbst.  As
        13    I told you at the break, my name is Grant
        14    Davis-Denny, and I represent Transocean.  A
01:05   15    question for you to start with --
        16        THE VIDEOGRAPHER:  Excuse me.  We got a
        17    audio.  Something's going on with your mike.
        18        MS. SARGENT:  Can we stop the clock?
        19        THE VIDEOGRAPHER:  Time is 1:05 p.m.,
01:05   20    and we're off the record.
        21        (Recess from 1:05 p.m. to 1:06 p.m.)
        22        THE VIDEOGRAPHER:  Time is 1:06 p.m.,
        23    and we're back on the record.
        24        Q.     (BY MR. DAVIS-DENNY)  Good
01:06   25    afternoon again.  You were asked some

487

```
 1      the top kill itself; is that right?
 2              A.      That's correct.
 3              Q.      After the top kill failed, BP
 4      employees had a meeting by themselves; is
 5      that correct?
 6              A.      Yes.
 7              Q.      You and Admiral Cook were not
 8      invited to that meeting; is that correct?
 9              A.      We were not invited, that's
10      correct.
11              Q.      And you believe based on who was
12      in that meeting and its proximity to the top
13      kill having just finished that that meeting
14      was about the top kill's failure; is that
15      correct?
16              A.      I believe that to be true.
17              Q.      At some point you two decided
18      that it was important that you be part of
19      those discussions that BP was having about
20      the top kill; is that correct?
21              A.      That's correct.
22              Q.      Why was that important?  Why did
23      you feel that was important?
24              A.      Well, there were -- there was a
25      lot of data to be -- to be analyzed and
```

01:45  5
01:45 10
01:46 15
01:46 20
01:46 25

488

1    understood.  I personally thought it would be

2    helpful to understand the -- any analysis

3    that was going on with it, get other -- other

4    people's input and what their understanding

01:46  5    was and not try to just solely do that

6    independently, but to -- but to listen to any

7    and all parties that were available and what

8    their input was.

9        Q.    You made a comment yesterday

01:47  10   about having had access to certain top kill

11   data in realtime, but not having received the

12   data to analyze.  Do you remember that

13   comment?

14       A.    Yes, yes.

01:47  15       Q.    Now, what I took you to mean

16   there is that you saw the data flash across

17   the screen as the top kill was going on, but

18   you didn't have the top kill data in some

19   computer file that you could go sit down and

01:47  20   analyze; is that correct?

21       A.    Yes, that's correct.

22       Q.    Okay.  So after BP had met by

23   its -- you know, the BP employees had had

24   this private meeting without you and

01:47  25   Admiral Cook, the two of you knocked on the

489

```
  1    door of this room; is that right?
  2            A.      That's correct.
  3            Q.      And you asked the people inside
  4    if you could join the meeting; is that right?
01:47  5        A.      That's correct.
  6            Q.      But BP did not allow you to
  7    enter that meeting; is that right?
  8            A.      That's correct.
  9            Q.      BP told you to wait?
01:48 10        A.      I don't remember the -- the
 11    exact language, but we -- we were not allowed
 12    entry at that time.
 13            Q.      Did BP give you a reason?
 14            A.      The only thing from my
01:48 15    recollection is, is that they -- they wanted
 16    time to -- to review the operations.
 17            Q.      Did they explain to you why they
 18    couldn't review the operations with you or
 19    Admiral Cook in the room?
01:48 20        A.      I don't recall any explanation.
 21            Q.      There weren't any members of the
 22    government science team in that meeting; is
 23    that correct?
 24            A.      I cannot be certain, but I don't
01:48 25    believe there were.
```

490

```
          1        Q.      You also didn't see anyone in
          2   that meeting who you recognized to be a
          3   Transocean employee, did you?
          4        A.      I do not recall.
01:48     5        Q.      I'd like to show you
          6   Exhibit 9084.  This was the State of
          7   Louisiana's Tab 4.  This is a May 29th, 2010,
          8   PowerPoint presentation that was entitled
          9   "Top Kill Analysis"; is that correct?
01:49    10        A.      That's correct.
         11        Q.      The presentation has BP's logo
         12   on it?
         13        A.      That's correct.
         14        Q.      And Exhibit 9084, we determined
01:49    15   yesterday, is the copy of the presentation
         16   that was in your files; is that right?
         17        A.      That's correct.
         18        Q.      BP presented this PowerPoint to
         19   you on or about May 29th of 2010; is that --
01:49    20        A.      That's correct.
         21        Q.      And you understood it to be BP's
         22   analysis of why the top kill had failed?
         23        A.      That's correct.
         24        Q.      Did you expect that BP would
01:50    25   share with you all of the facts relevant to
```

1    the top kill analysis when it gave you this

2    presentation?

3         A.    I'm not certain of -- of that,

4    no.  It's just -- it was whatever they were

01:50  5    going to present was what we were going to

6    get.

7         Q.    Would you expect that the

8    responsible party would share with you, MMS'

9    representative at the Unified Area Command,

01:50  10   all of the relevant information it had about

11   the top kill's failure?

12        MR. DIAZ:  Object to form.

13        A.    Yes, I would.

14        Q.    (BY MR. DAVIS-DENNY)  If you'll

01:50  15   turn to Slide 6.  BP describes a scenario

16   here where the hydrocarbons and mud flow went

17   up the drill pipe and bypassed through the

18   rams; is that correct?

19        A.    Yes.

01:50  20        Q.    When BP described this scenario,

21   did they mention that one of their

22   contractors had concluded prior to the top

23   kill that the dynamic kill could not succeed

24   if the flow rate was above 15,000 barrels of

01:51  25   oil per day?

492

```
 1              MR. DIAZ:  Object; form.
 2         A.    Are you referencing language in
 3    the --
 4         Q.    (BY MR. DAVIS-DENNY)  I am not
 5    referencing language.
 6         A.    Okay.
 7         Q.    I'm asking if they told you a
 8    particular fact that is not on the
 9    PowerPoint, and that's why I'm asking you
10    that.
11         A.    I do not recall that statement.
12         Q.    When BP described this scenario,
13    did BP mention that one of its own employees
14    had concluded that the top kill was failing
15    because the flow rate was too high; in other
16    words, because it was over 15,000 barrels of
17    oil per day?
18              MR. DIAZ:  Object to form.
19         A.    I do not recall that.
20         Q.    (BY MR. DAVIS-DENNY)  BP said in
21    the last bullet point on this slide about
22    this first scenario that there was an
23    inconsistency with Scenario 1, correct?
24         A.    Yes.
25         Q.    And the inconsistency that BP
```

           1    identified was that with massive flow past

           2    the rams, you would expect significant

           3    erosion; is that right?

           4           A.     That's what it states, yes.

01:52      5           Q.     Did BP present any evidence that

           6    there had not been significant erosion as a

           7    result of the top kill?

           8           A.     Not that I recall, no.

           9           Q.     BP represented to you that this

01:52     10    first scenario was possible, but not

          11    plausible; is that right?

          12           A.     That was their conclusion, yes.

          13           Q.     If you'll look at Slide 8.  This

          14    is the second scenario that BP presented to

01:52     15    you on May 29th, 2010, as a possible scenario

          16    to explain the top kill failure; is that

          17    right?

          18           A.     That's correct.

          19           Q.     That scenario was that

01:52     20    hydrocarbon flow would be up the annulus and

          21    casing and that dominant mud flow was in the

          22    casing; is that right?

          23           A.     That's correct.

          24           Q.     And BP also labeled this second

01:52     25    scenario possible, but not plausible?

494

```
         1          A.      That's correct.
         2          Q.      Then if you turn to Slides 9 and
         3     10 for me, please.  Here BP identifies the
         4     third scenario, correct?
01:53    5          A.      That's correct.
         6          Q.      Does that third scenario claim
         7     that the dominant mud flow from the top kill
         8     was through failed rupture disks in the
         9     16-inch casing?
01:53   10          A.      That's correct.
        11          Q.      BP presented this failed rupture
        12     disk scenario to you as a plausible scenario
        13     for explaining the top kill's failure; is
        14     that correct?
01:53   15          A.      That's correct.
        16          Q.      In fact, BP presented this
        17     failed rupture disks scenario as the only
        18     plausible scenario for explaining the top
        19     kill's failure; is that right?
01:53   20          A.      From what I recall, that was the
        21     only one, yes.
        22          Q.      And so BP presented this failed
        23     rupture disk scenario as the most likely
        24     scenario for explaining the top kill's
01:53   25     failure; is that right?
```

495

```
        1        A.     I can only go by what -- what
        2   they stated was that it was plausible, the
        3   others were not.  I don't know if the "most
        4   likely" language was used.
01:54   5        Q.     They didn't present any other
        6   scenario that they la- -- labeled even
        7   plausible; is that correct?
        8        A.     That's correct.
        9        Q.     If you'll turn to Slide 12.  Did
01:54  10   BP inform the group that because the top kill
       11   had likely failed because of the rupture
       12   disks that shutting in the well through use
       13   of a BOP on BOP method would likely lead to
       14   broaching?
01:54  15        A.     Yes, that is one of the bullets
       16   here.
       17        Q.     And broaching in that context
       18   meant that oil could flow into the formation
       19   and possibly up through the seafloor; is that
01:54  20   correct?
       21        A.     That's correct.
       22        Q.     This conclusion that BP
       23   presented about the burst disks being
       24   responsible for the top kill's failure caused
01:54  25   decision makers to turn away from the BOP on
```

```
  1    BOP option at the end of May; is that right?
  2           A.      I believe that to be correct,
  3    yes.
  4           Q.      When BP presented this
01:55  5    conclusion to you about the burst disks being
  6    responsible for the top kill's failure, had
  7    you had an opportunity to analyze the top
  8    kill data that might support or detract from
  9    that conclusion?
01:55 10           A.      I didn't have the -- the
 11    opportunity.  There were other decision
 12    makers in- -- involved in the process at that
 13    time.  I agreed with the decision, but for a
 14    different reason.
01:55 15           Q.      You had not had the opportunity,
 16    though, yourself, to analyze the top kill
 17    data files at the point of this May 29th
 18    presentation; is that right?
 19           A.      That's correct.
01:55 20           Q.      Okay.  I'm going to show you a
 21    different document now.  This is Tab 33.
 22           MS. SARGENT:  It's been marked 9354.
 23           Q.      (BY MR. DAVIS-DENNY)  Is the --
 24    if you look at the first page of
01:56 25    Exhibit 9354, is this an e-mail that you
```

499

```
          1        A.     Yes.

          2        Q.     Did anyone from BP share with

          3    you the view that the top kill had failed

          4    because the flow rate was too high because it

01:59     5    was over 15,000 or words to that effect?

          6        MR. DIAZ:  Object; form.

          7        A.     I do not recall that.

          8        Q.     (BY MR. DAVIS-DENNY)  Would it

          9    have been important to the government's

01:59    10    analysis of the top kill's failure and

         11    whether to go forward with the BOP on BOP

         12    option to have known that a BP employee had

         13    concluded the top kill was failing because

         14    the flow rate was over 15,000 barrels of oil

01:59    15    per day?

         16        MR. DIAZ:  Object; form.

         17        A.     I'm sorry, could you repeat that

         18    question?

         19        Q.     (BY MR. DAVIS-DENNY)  Sure.

01:59    20    Wouldn't it have been important to the

         21    government's analysis of whether to go

         22    forward with the BOP on BOP option to have

         23    known that a BP employee had concluded that

         24    the top kill was failing because the flow

01:59    25    rate was over 15,000 barrels of oil per day?
```

```
 1              MR. DIAZ:  Same objection.

 2         A.     Yes, that would be important.

 3         Q.     (BY MR. DAVIS-DENNY)  Okay.  I'd

 4    like to show you another document.  This is

 5    Exhibit 9265.

 6              MS. SARGENT:  Our Tab 105.

 7         Q.     (BY MR. DAVIS-DENNY)  It's --

 8    yes, it's our Tab 105.

 9              Do you know someone named Thomas

10    Selbekk in connection with the response?

11         A.     I do not recall that name.

12         Q.     Did you know Ole Rygg?

13         A.     No.

14         Q.     Okay.  I'll represent to you

15    that Mr. Selbekk and Mr. Rygg work for a BP

16    contractor named Add Energy.

17         A.     Okay.

18         Q.     Have you seen this e-mail

19    before?

20         A.     I do not recall seeing it, no.

21         Q.     You're not -- you're not copied

22    on this e-mail?  You're not a recipient of

23    this e-mail, correct?

24         A.     No.

25         Q.     Okay.  Do you see the subject
```

505

1    and the annular space?

2         A.    That appears what he's referring

3    to, is that either one of those scenarios

4    are -- are possible.

02:16    5         Q.    Okay.  So if you had known that

6    the mud had not gone down into the well, that

7    would have been important to the analysis of

8    whether the mud had exited through the burst

9    disks; is that correct?

02:16   10         MR. DIAZ:  Object; form.

11         A.    I'm sorry, I'm going to have to

12    ask you to repeat one more time.

13         Q.    (BY MR. DAVIS-DENNY)  Sure.  If

14    you had known that the mud had not gone down

02:16   15    into the well, that would have been a

16    relevant fact in your analysis of whether the

17    mud had exited through the burst disks; is

18    that correct?

19         MR. DIAZ:  Same objection.

02:17   20         A.    Again, it's important to know

21    where -- where the mud is -- is going,

22    whether it's going down the backside or if

23    it's going down the main casing bore.

24         Q.    (BY MR. DAVIS-DENNY)  But if you

02:17   25    had known that the mud had not gone down into

```
 1      the well at all, that would have been an

 2      important fact to your analysis of whether

 3      the mud had gone out the burst disks; is that

 4      correct?

 5           MR. DIAZ:  Object to form.

 6           A.    Yes, I believe so.

 7           Q.    (BY MR. DAVIS-DENNY)  And if you

 8      had known that the mud had not exited through

 9      the burst disks, that would have been

10      important to you because it would have

11      reduced the risk that might have been

12      associated with the capping stack; is that

13      correct?

14           MR. DIAZ:  Object to form.

15           A.    That's correct.

16           Q.    (BY MR. DAVIS-DENNY)  And it

17      might have reduced the risk that could have

18      been associated with the BOP on BOP option;

19      is that correct?

20           MR. DIAZ:  Object; form.

21           A.    It -- it could have reduced one

22      of the risks, yes.

23           Q.    (BY MR. DAVIS-DENNY)  Okay.  I

24      want to show you a new exhibit.  This is

25      Exhibit 7270 and it's Tab 129 and it's a
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    on the simulations, evidence, and evaluations
 2    performed" --
 3         A.    I'm sorry, I must be on the
 4    wrong.  Can you give me the Bates
 5    number again?
 6         Q.    Maybe I gave you the wrong
 7    number.
 8         A.    There are two Bates numbers on
 9    here.
10         MS. SARGENT:  I believe it's the larger
11    set of Bates numbers.
12         Q.    (BY MR. DAVIS-DENNY)  You know
13    what --
14         A.    That's the smaller one.
15         Q.    Let me point you to Roman
16    numeral Page VII, if you see the very small
17    numbers up in the top right.  Not -- if you
18    wouldn't mind, could I see that version of
19    the exhibit you have?
20         A.    Yeah.  I don't see Romans.
21         Q.    I think there may have been a
22    mix-up on our side.
23         MS. SARGENT:  Roman numeral VII
24    BP-HZN-BLY00125340.  Sorry.  Back together.
25         Q.    (BY MR. DAVIS-DENNY)  Okay.  If
```

509

```
 1    you'll look at the line at the top of the
 2    page that's near your right hand there, it
 3    reads, "Based on the simulations, evidence,
 4    and evaluations performed it is believed that
 5    the initial flow path was through a leaking
 6    casing shoe and up inside the casing."  Did
 7    BP inform you in late May or early June of
 8    2010 that one of its contractors had
 9    concluded that the flow path with -- was up
10    the inside of the casing?
11         MR. DIAZ:  Object; form.
12         A.    I'm not re- -- sure which casing
13    they're referring to in this sentence, but I
14    don't re- -- I don't recall that statement
15    being made.
16         Q.    (BY MR. DAVIS-DENNY)  Would
17    knowing that there was evidence that the flow
18    was up the inside of the casing have been
19    important to you in connection with your
20    analysis of the top kill's failure?
21         MR. DIAZ:  Object; form.
22         A.    I really don't understand the
23    context in which they're saying "up inside
24    the casing," I don't know which casing
25    they're referring to here.
```

```
 1        Q.      (BY MR. DAVIS-DENNY)  Assume for

 2   a moment it's the innermost casing rather

 3   than the flow being up the annular space.

 4   Would that have been an important fact for

 5   you to know in connection with your analysis

 6   of the top kill's failure?

 7        MR. DIAZ:  Object to form.

 8        A.      Again, read -- reading this

 9   sentence, I'm uncertain at what they're --

10   what they're trying to -- what they're trying

11   to state.

12        Q.      (BY MR. DAVIS-DENNY)  If flow

13   was upside -- up the in side of the interior

14   casing, would you agree with me that the top

15   kill mud could not have exited through the --

16   the first disk in the 16-inch external

17   casing?

18        MR. DIAZ:  Object; form.

19        A.      Okay.  I believe I see what

20   they're saying.  So they're talking about the

21   flow path of the -- of the -- of the

22   blowout --

23        Q.      (BY MR. DAVIS-DENNY)  I'm

24   sorry --

25        A.      -- not the pumping.
```

511

```
           1          Q.     I'm sorry, I should have

           2   explained that.  Yes, they're talking about

           3   the flow path of the hydrocarbons up the well

           4   being inside the casing.

02:23      5          A.     And, I'm sorry, I'm going to ask

           6   you for more time to question now.

           7          Q.     Yeah, so let me -- with that

           8   context in mind let me ask you the question I

           9   was trying to get at initially.  Would

02:23     10   understanding that fact have been important

          11   to your -- to you in your analysis of why the

          12   top kill had failed?

          13          MR. DIAZ:  Object to form.

          14          A.     Fully understanding and knowing

02:23     15   for certain the flow path would be important,

          16   and if it was confirmed that that was the

          17   only flow path, it would be important.

          18          Q.     (BY MR. DAVIS-DENNY)  And the

          19   reason why it would be important to -- to

02:24     20   understand that the flow path was up the

          21   inside of the casing was that that would mean

          22   that the mud from the top kill could not have

          23   gone out the burst disks; is that right?

          24          A.     If -- if it was stated that that

02:24     25   was the only flow path, in other words, there
```

512

1    wasn't a combined flow path, then, yes, that

2    would be correct.

3        Q.    Okay.  Sir, I'm going to ask you

4    about a different topic now.  I'd like to

02:24  5    show you Exhibit 8980, which was Tab 45 in

6    BP's binder.  This is that "Summary points

7    from the Kill the Well on Paper Discussion"

8    that you've been asked about.  Do you recall

9    this?

02:25 10        A.    Yes.

11        Q.    I just wanted to clarify a

12    couple of things.  You -- you testified that

13    you had never seen the "Summary points from

14    the Kill the Well on Paper Discussion"

02:25 15    before; is that correct?

16        A.    I do not recall seeing this

17    exact summary.

18        Q.    Okay.  And there is no one

19    listed on the meeting attendees on the kill

02:25 20    the well on paper discussion who was from the

21    MMS; is that correct?

22        A.    I do not see any names that they

23    have listed here as MMS employees.

24        Q.    And you were pointed to the --

02:25 25    the third bullet point a couple of times.  Do

547

1      came from an estimate from NOAA?

2           A.     I believe it was actually a

3      number from BP.

4           Q.     A number from BP, okay.  And so

03:10  5      in this letter, BP is again representing to

6      you that 5,000 barrels a day is the most

7      likely model; is that correct?

8           MR. DIAZ:  Object to form.

9           A.     That's correct.

03:11 10           Q.     (BY MS. SARGENT)  And this is a

11      reservoir model, that's what it says at the

12      top, a reservoir model that BP has run using

13      its proprietary information about the well;

14      is that right?

03:11 15           MR. DIAZ:  Object; form.

16           A.     Yes, that appears to be correct.

17           Q.     (BY MS. SARGENT)  Now, did UAC

18      otherwise have access to BP's proprietary

19      well information?

03:11 20           MR. DIAZ:  Object; form.

21           A.     I can't say, per se, at what

22      point we would have -- obviously, I think we

23      did have inputs.  When the flow rate team

24      started working, I'm sure they gathered well

03:12 25      specific information.

548

```
 1          Q.      (BY MS. SARGENT)   And the -- the

 2     flow rate team was stood up on approximately

 3     May 18th; is that correct?

 4          A.      I believe that's about the

 5     approximate date, yes.

 6          Q.      So before that period of time,

 7     you are not aware that UAC would have access

 8     to BP's proprietary well information?

 9          A.      Certain well information we --

10     we would have.  If you're asking about this

11     specific information that was used in their

12     reservoir model, I would say that no, we did

13     not have that level of detail.

14          Q.      I'd like to turn quickly to our

15     Tab 114.  It's been previously marked as

16     Exhibit 9226.  And this is an e-mail between

17     a person named Ole Rygg -- we've seen his

18     name before -- to Kurt Mix at BP and dated

19     May 9, 2010.  And I'll just ask you to flip

20     to the next page.  And do you see the range

21     of oil rates represented there?

22          A.      Yes, I do.

23          Q.      And they range from

24     approximately 37,000 barrels per day to

25     87,000 barrels per day; do you see that?
```

03:12  5
03:12  10
03:12  15
03:13  20
03:13  25

549

```
          1        A.      Yes.
          2        Q.      And this is the day before BP
          3   had sent its May 10th letter to you stating
          4   that the most likely case was 5,000 barrels
03:13     5   per day; is that right?
          6        MR. FLYNN:  Objection as to form.
          7        A.      It appears to be correct, yes.
          8        Q.      (BY MS. SARGENT)  And some of
          9   these cases say "current restrictions
03:13    10   measured" and give a back pressure of
         11   3800 psi; do you see that?
         12        A.      Yes.
         13        Q.      Were you -- are you aware that
         14   there was a pressure measurement of 3800 psi
03:14    15   below the BOP test ram?
         16        A.      I'm not sure when I became aware
         17   of that, but at -- at some point, yes, we
         18   were aware of that.
         19        Q.      And as we discussed earlier,
03:14    20   that back-pressure reading can give you an
         21   idea of the restrictions in the BOP, that's
         22   what it says here when it says "current
         23   restrictions"?
         24        A.      Yes.
03:14    25        Q.      Now, these aren't worst-case
```

550

1    scenario numbers, then, correct, because they

2    purport to model current restrictions?

3         MR. FLYNN:  Objection as to form.

4         A.    It -- it appears that all of

03:14    5    them have some restrictions, with potentially

6    the -- the second to last one, it says

7    unrestricted to -- to seabed, but it looks

8    like it -- it's taken into account some

9    back-pressure.  I don't know if that's the

03:15    10    water column or something in the stack.

11         Q.    (BY MS. SARGENT)  So all of

12    these cases take into account some

13    restrictions, and so they're, therefore, not

14    worst-case scenario flow -- discharge rates;

03:15    15    is that right?

16         MR. FLYNN:  Object as to form.

17         MR. DIAZ:  Objection; form.

18         A.    Actual worst -- worst-case

19    scenario would have it flowing to surface

03:15    20    and -- and not just the mud line.

21         Q.    (BY MS. SARGENT)  Now, did BP

22    ever represent to you the data or the ranges

23    contained in this chart, up to 87,000 barrels

24    per day?

03:15    25         A.    I do not recall seeing that.

551

```
          1         Q.     Let's look briefly at Tab 93,

          2    8865.  This is an internal BP e-mail thread

          3    between Ole Rygg and Add Energy, and it's

          4    dated May 16 and May 17.  There's a number of

03:16     5    e-mails.

          6               And if you flip to the second

          7    page, there is an e-mail from Ole Rygg to

          8    Trevor Hill on May 16, and it's cop- --

          9    carbon copied to Kurt Mix and Thomas Selbekk.

03:16    10    And I'll just represent for you that Dr. Rygg

         11    is a BP contractor, as we said before, and

         12    he -- he's involved here in modeling for the

         13    top kill effort.

         14         A.     Okay.

03:16    15         Q.     And about halfway down the page,

         16    he says, "Be aware that we are working on the

         17    5,000 barrel per day case.  That could be too

         18    optimistic."

         19               Do you see that line?

03:16    20         A.     Yes.

         21         Q.     Did BP ever tell you that its

         22    contractor had warned it that a 5,000 barrel

         23    per day flow rate could be too optimistic?

         24         MR. DIAZ:  Object to form.

03:17    25         A.     Not that I recall.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

552

```
 1          Q.      (BY MS. SARGENT)  And if you go
 2      to the front of the document, there is an
 3      e-mail from -- just from Tim Lockett to
 4      Trevor Hill, and at the -- at the paragraph
03:17  5  labeled 1 it says, "The apparent reliance on
 6      Ole's e-mail on the 5 mbd number, which has
 7      little if no origin, is concerning.  From all
 8      the different ways we have looked at
 9      flowrate, 5 mbd would appear to err on the
03:17 10  low side."
11                  Do you see that?
12          A.      Yes.
13          Q.      Did BP ever communicate to you
14      that 5,000 barrel a day number had little if
03:17 15  no origin?
16          A.      No, I don't recall that.
17          Q.      Did BP ever tell you that 5,000
18      barrels day -- the 5,000 barrel per day flow
19      rate erred on the low side?
03:18 20          MR. DIAZ:  Object to form.
21          A.      I don't recall him saying that.
22          Q.      (BY MS. SARGENT)  And, in fact,
23      in the May 10th letter that we had just
24      looked at, the official letter, it
03:18 25  represented 5,000 barrels a day to you as the
```

01-41010
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO. 2179
"DEEPWATER HORIZON" in the          )
GULF OF MEXICO, on          )          SECTION: J
APRIL 20, 2010          )
          )          JUDGE BARBIER
          )
          )          MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Richard Vargo
## VOLUME 1

AUGUST 22, 2012

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

59

```
 1              Q.     "Do Not Kill Well, More Oil

 2       Flowing," correct?

 3              A.     Yes.

 4              Q.     So according to this document

09:34 5  from BP, the top kill could make the

 6       situation worse by not killing the well and

 7       more oil would flow primarily due to erosion

 8       in the kink, correct?

 9              A.     Yes.

09:34 10             Q.     And then "People, Pressure,

11       SIMOPS," correct?

12             A.     Yes.

13             Q.     Do you know what that risk is?

14             A.     The "People, Pressure, SIMOPS,"

09:34 15 certainly risks to people.  Obviously, doing

16       an operation like this is dangerous, and so

17       risk to people getting hurt, that was -- that

18       was definitely a top risk.

19             Q.     There was a lot of boats moving

09:35 20 around, a lot of things happening out there?

21             A.     Yes, sir.

22             Q.     Pressure data reliability,

23       correct?

24             A.     Yes.

09:35 25             Q.     Do you know what that risk is?
```

# Exhibit 77

Depo Ex. No. 9164 -

Thad Allen

Filed Under Seal

# Exhibit 78

Depo Ex. No. 9084 -

Charles Holt

Filed Under Seal

# Exhibit 79

Depo Ex. No. 9163 -

Thomas Hunter

Filed Under Seal

01-40977
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

# CONFIDENTIAL

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Thomas O. Hunter, Ph.D.

## VOLUME 2

OCTOBER 31, 2012

# *COPY*



Systems Technology for the Litigation World

Litigation Group ● Court Reporting ● Video Production ● Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

601

```
1    tell the Labs to instead assume a flow rate of
2    30,000 barrels of oil per day?
3         A.  For that particular assessment, it -- it
4    wasn't about flow rate, so he -- the answer is
5    "No," he never came back.
6         Q.  Okay.
7         A.  That was a flow path analysis.
8         Q.  Could we please look at Tab 144.  We're
9    now moving into a -- a different timeframe --
10        A.  Okay.
11        Q.  -- which is immediately after the top
12   kill --
13        A.  Top kill, yeah.
14        Q.  -- had been attempted.
15        A.  Right.
16             MR. CHAKERES:  (Indicating.)
17        A.  Yes.
18        Q.  (By Mr. Davis-Denny) And Tab 144 has
19   previously been marked as Exhibit 9163.
20        A.  Yes.
21        Q.  This is an E-mail from Ruban Chandran to
22   you sent on May 29th; is that correct?
23        A.  That's correct.
24        Q.  And it's copying Kent Wells?
25        A.  That's also correct.
```

602

```
 1        Q.  And Kent Wells was one of your main
 2   points of contact at BP; is that correct?
 3        A.  Yes.  That's also correct, yes.
 4        Q.  Okay.  And it says:  "Tom, please find
 5   attached the presentation for the 1pm...call
 6   today."
 7            Is that right?
 8        A.  Yes.
 9        Q.  Okay.  Do you recognize the attached
10   presentation?
11        A.  I do, yes.
12        Q.  Okay.  This is a presentation that BP
13   made to you and others from the Government on
14   May 29th of 2010; is that correct?
15        A.  I can't -- I can't be sure of that
16   because there were two.  One presentation was
17   with me alone --
18        Q.  Oh, okay.
19        A.  -- and this could be that.  And then
20   subsequently, the same day, the -- virtually the
21   same information was transmitted to the broader
22   Science Team.
23        Q.  Okay.
24        A.  So I don't know which this is, but I -- I
25   remember the presentation.
```

603

1      Q.   I understand.

2      A.   It was shared with me first.

3      Q.   Okay.  And the purpose of the

4  presentation was -- as -- as you understood it,

5  was for BP to communicate its analysis of why the

6  top kill had failed; is that correct?

7      A.   And to provide the basis for the decision

8  of continuing or not.

9      Q.   Okay.  Now, BP presented three scenarios

10  in -- in your meeting with them; is that

11  correct --

12      A.   That's corr --

13      Q.   -- for why the top kill had failed?

14      A.   That's correct, yeah.

15      Q.   Okay.  And if you turn to Scenario 1,

16  which begins on the Bates number that ends in

17  447, and it carries over to the Bates number that

18  ends on 448.

19      A.   Got it.  Yes, I have it.

20      Q.   Scenario 1 was:  "HC" -- which I assume

21  stands for hydrocarbons?

22      A.   M-h'm.

23      Q.   -- "and dominant mud flow up drill pipe

24  and bypass through rams."

25           Is that correct?

1      it -- the -- do you see that slide?

2          A.  I -- if it's No. 12, I see it.

3          Q.  Yes, it is.  Thank you.

4              Second bullet point is:  "If there is a

5      path open to formation then containment is the

6      preferred option."

7              Does that essentially mean -- did you

8      understand BP to be saying that if the flow was

9      out the burst disk, then containment on the

10     surface was the preferred path forward?

11         A.  If -- if there was a flow out the burst

12     disk and then subsequently out through the shoe,

13     the 18-inch shoe, then that -- that's exactly

14     what they said.

15         Q.  Okay.  And then the third bullet point

16     says:  "Shutting the well in (via BOP on BOP) is

17     likely to lead to broaching."

18             Is that correct?

19         A.  That's what it says.

20         Q.  That's what it says?

21         A.  Yeah.

22         Q.  And -- and by that, you understood BP to

23     be saying that if the well was shut in using a

24     BOP-on-BOP, it could lead to flow going out the

25     burst disk and broaching into the seabed; is that

```
1    correct?
2        A.  And it -- and the statement is
3    independent of whether its BOP-on-BOP.  They just
4    basically shut-in the well would lead likely to
5    broaching.  That's what they said.
6        Q.  Okay.  And after this, the decision was
7    made to turn away from the BOP-on-BOP option; is
8    that correct?
9        A.  If you define that option as pulling the
10   LMRP, putting the BOP on at the lower connect, it
11   was -- it was not considered after that.
12       Q.  And it had been carefully considered
13   before this; is that correct?
14       A.  It had.
15       Q.  Okay.
16       A.  It -- yes.
17       Q.  I'd like to you turn to Tab 143 --
18       A.  H'm.
19       Q.  -- which is Exhibit 9160.
20       A.  Yes.
21       Q.  And I'll represent to you that this is a
22   text message that BP's Kurt Mix sent to BP's Jon
23   Sprague on May 27th of 2010.
24       A.  I'm sorry, would you repeat the date?
25   It's very hard to read.
```

608

```
 1        Q.  Sure.  May 27th, 2010.
 2        A.  Okay.
 3        Q.  It says that in between the text time
 4   stamp.
 5        A.  I -- I -- I see it, yes.
 6        Q.  And then the text reads:  "Too much
 7   flowrate - over 15000 and too large an orifice."
 8            Do you see that?
 9        A.  I do.
10        Q.  I take it you never received this text
11   message, correct?
12        A.  I did not receive a text message.
13        Q.  And -- and you would -- would believe
14   that the Labs' personnel would not have received
15   this text message?
16        A.  I believe that also to be true, that they
17   did not receive it.
18        Q.  Okay.  And did BP ever inform you that
19   Mr. Mix had thought that the top kill was failing
20   because it was too much flow rate over 15,000?
21        A.  No ref -- I -- I recall no reference to
22   Mr. Mix's work.
23        Q.  Okay.  You were asked some questions
24   yesterday about top kill data and information
25   that BP may have shared with you.
```

609

```
 1              Do you recall those questions?
 2        A.   Yeah, I -- yes, I think so.
 3        Q.   I take it this is information right here
 4   in Mr. Mix's text message that was not shared
 5   with you by BP; is that correct?
 6              MR. REGAN:  Object to form.
 7        A.   Well, it's a fact that it's -- was not
 8   shared.  I believe my statements yesterday were
 9   about having access to information.
10        Q.   (By Mr. Davis-Denny) Okay.
11        A.   But this one was not shared.
12        Q.   Okay.  And just to clarify, you didn't
13   have access to this text message, did you?
14        A.   I did not.
15        Q.   All right.  I'd like to have you look at
16   Tab 120.
17        A.   120?
18        Q.   Yes.  And it's Exhibit 7270, a document
19   we looked at briefly yesterday afternoon, I think
20   it was.
21        A.   I believe it's that one there.
22        Q.   Yes.
23              MR. CHAKERES:  (Indicating.)
24        Q.   (By Mr. Davis-Denny) That's right.  It's
25   that one right -- right up there.  You're welcome
```

1    because there would, then, not be a risk that

2    installing a capping stack or any other capping

3    mechanism would lead to flow out the rupture disk

4    and into the seabed; is that correct?

5        A.   That would be a bit of a stretch.  But

6    it's primarily true.  In other words, if -- if

7    you -- we knew the casing hanger was not locked,

8    and you have to account for any subsequent action

9    of the casing hanger if you put a capping stack

10   on.

11       Q.   M-h'm.

12       A.   And -- and so it -- but the first order,

13   if you knew it was central casing flow only, it

14   would -- it would greatly limit the possibility

15   that there was a broaching that initiated with

16   the rupture disks.

17       Q.   Okay.  If you knew it was central casing

18   flow only, it would greatly lower the risk that

19   installing a capping stack would cause flow out

20   the burst disk?

21       A.   That's correct.

22       Q.   Okay.  Okay.  I'd ask you to take a look

23   at Tab 146, which has previously been marked as

24   Exhibit 9265.

25       A.   Yes.

615

```
 1          Q.   This is an E-mail from Thomas Selbekk.
 2     I'll represent to you that Mr. Selbekk
 3     works with Ole Rygg at Add Energy, so he's a BP
 4     Contractor.
 5          A.   Okay.
 6          Q.   To Kurt Mix --
 7          A.   M-h'm.
 8          Q.   -- dated May 29th 2010, with the
 9     "Subject" line "Final top kill runs."
10          A.   M-h'm.
11          Q.   Do you see that?
12          A.   I do.
13          Q.   And I'm going to move down to the -- the
14     third paragraph.  It says:  "Simulating pumping
15     at 78" barrels per minute "shows a flat pressure
16     curve, fairly low max pressure and hardly any
17     drop in pressure, consistent with" the "situation
18     where basically no mud enters the wellbore."
19          A.   I see that.
20          Q.   "There are other combinations that would
21     give the same outcome, e.g., opening around rams
22     etc., nonetheless, comparing the actual pressure
23     curve with the simulations, there are strong
24     indications that a curve with this shape is the
25     result of a situation where there is not enough
```

616

1    restriction at surface to create enough pressure
2    to force the mud into the well."  All the -- "all
3    simulations indicate that in order to get mud
4    down, a fairly steep pressure increase must be
5    observed early in the process, followed by a
6    pressure decline as the hydrostatic head
7    increases."
8         Sir, did you receive this E-mail from BP?
9         A.  No, I did not.
10        Q.  Were you informed of Mr. Selbekk's
11   analysis by BP?
12        A.  Not attributed to Mr. Selbekk.
13        Q.  Okay.  Were you informed of -- of this
14   analysis in -- in any other way, even if it
15   wasn't attributed to Mr. Selbekk?
16        A.  I -- I don't recall any way in which it
17   was represented to us that at the highest pumping
18   rate, there was not enough pressure to induce
19   flow down.
20        Q.  Okay.  This would be a piece of
21   information you would have liked to have had
22   around May 29th; is that correct?
23             MR. REGAN:  Object to form.
24        A.  On May 29, we were trying to decide the
25   path forward --

617

```
 1         Q.   (By Mr. Davis-Denny) M-h'm.
 2         A.   -- and the most reasonable path forward.
 3    Any information, particularly if strong
 4    conclusions could be drawn from that information,
 5    would be helpful.
 6         Q.   Okay.  And an analysis that took the top
 7    kill data and concluded that there were strong
 8    indications that the shape is a result of a
 9    situation where there is not enough restriction
10    at surface to create enough pressure to force the
11    mud into the well, that would have been an
12    important fact for you to have been informed of;
13    is that correct?
14                   MR. REGAN:   Form.
15         A.   I'd have to go back to what you said
16    about the difference between a fact is the actual
17    physical situation versus the fact that someone
18    said it.
19         Q.   (By Mr. Davis-Denny) Okay.
20         A.   But certainly, in either case it would be
21    important information to have.
22         Q.   Okay.  You were -- do you still have BP's
23    binders available, or do you have the exhibits
24    that were introduced yesterday?
25         A.   I don't have them.  I'm sure we can get
```

# Exhibit 81

Depo Ex. No. 11231 -

James Wellings

Filed Under Seal

# Exhibit 82

Depo Ex. No. 11232 -

James Wellings

Filed Under Seal

01-41907
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )    MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )    SECTION: J
APRIL 20, 2010 )
)    JUDGE BARBIER
)
)    MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# James Wellings

## VOLUME 1

JANUARY 16, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1            MR. BENTSEN:  Objection, form.
 2         A.     I don't remember somebody
 3    specifically coming to me and -- and stating
 4    that.  I seem to remember that the reshuffle
 5    there was -- I went to the Q4000 was I was
 6    told in a planning meeting.  In a planning
 7    meeting.
 8         Q.     Turn in your notebook to tab 93.
 9         A.     Okay.
10         Q.     And we will mark this as
11    exhibit 11231.
12         (Exhibit Number 11231 marked.)
13         Q.     You see that this an e-mail from
14    David Clarkson?
15         A.     Uh-huh.
16         Q.     Do you know Mr. Clarkson?
17         A.     Yes.
18         Q.     Did he work on the capping
19    effort?
20         A.     No.  He was with -- he was
21    Richard Lynch's deputy, doing the overall
22    coordination and organization of all the
23    different options.
24         Q.     So he had like an oversight role
25    over all of the response efforts?
```

```
 1          A.     Correct.

 2          Q.     Okay.  And he writes this e-mail

 3     on May 30th, correct?

 4          A.     Correct.

 5          Q.     And you're on this e-mail,

 6     right?

 7          A.     Yes, I am.

 8          Q.     Okay.  And what he writes is,

 9     please note that as we have made the decision

10     not to go BOP on BOP, we will remove that

11     from the next issue of the schedule.

12              Did I read that correctly?

13          A.     Yes.

14          Q.     Does that refresh your memory of

15     being told that you were no longer going to

16     work the BOP-on-BOP option?

17          A.     I guess -- I guess that does.

18          Q.     Did anybody --

19          A.     It was never told to me.  It was

20     sent in an e-mail, I guess.

21          Q.     Okay.

22          A.     This is part of the planning

23     meeting that I would have attended where I

24     found that out.  Yeah.  And he thanked me for

25     my support.
```

191

1        Q.      Turn to tab 91.  And we're going

2    to mark this as exhibit 11232.

3            (Exhibit Number 11232 marked.)

4        Q.      Is this an e-mail you wrote,

5    sir?

6        A.      Yes, it is.

7        Q.      And this is an e-mail you wrote

8    in your -- within your scope of

9    responsibilities?

10       A.      Yes.

11       Q.      Okay.  And you wrote on May 30th

12   of 2010 to a group of people.

13           Who are these people you've

14   written this to?

15       A.      Let's see.  Some of them were

16   working on the BOP-on-BOP option on my team.

17   Some of them were working on capping option,

18   capping stack option.  And some of them are

19   just being sent for general information.

20   Excuse me.

21       Q.      Did -- was this group primarily

22   your well capping team?

23       A.      Yes.

24       Q.      Okay.

25       A.      Well, that and the DD-II team.

1          Q.      Okay.

2          A.      Excuse me.

3          Q.      And you say, subject line,

4    thanks for the good work, BOP on BOP and

5    capping stack team, right?

6          A.      Correct.

7          Q.      And you write, BP has decided to

8    go another route and will not be doing the

9    BOP on BOP for a while.  Eventually, I think

10   a BOP will have to be put on the HORIZON

11   lower BOP to clean out the well after kill

12   operations.  All the good work you guys did

13   will not go for naught.  I'm moving on to the

14   Q4000 team to set up for short-term flaring

15   operations, so we will be disbanding the

16   BOP-on-BOP team for now.

17             Did I read that correctly?

18         A.      Yes.

19         Q.      So you're no longer working the

20   BOP option -- BOP-on-BOP option and you have

21   disbanded the team, correct?

22         A.      Apparently, yes.

23         Q.      Well, that's what you wrote,

24   right?

25         A.      Uh-huh.

```
 1          Q.     Who told you to disband the
 2    team?
 3          A.     I don't recall.  It probably
 4    would have been Dave Clarkson or Richard
 5    Lynch.
 6          Q.     Do you agree now that you were
 7    instructed to move on from the BOP-on-BOP
 8    option, to no longer work it?
 9          A.     I believe I said it was worked
10    to fruition, if you will.  And they didn't
11    really see anything else left to do.  It was
12    there ready to go on another rig, if
13    available.  There wasn't any more work to be
14    done.
15          Q.     Okay.  Go to tab 90, and we'll
16    mark this as exhibit 11233.
17          (Exhibit Number 11233 marked.)
18          Q.     And you see that this an e-mail
19    from you to John Schwebel?
20          A.     Schwebel, yep.
21          Q.     And this is an e-mail you wrote?
22          A.     Correct.
23          Q.     On May 30th of 2010, right?
24          A.     Yes.
25          Q.     Within the scope of your
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

# Exhibit 84

Depo Ex. No. 9434 -

Richard Brannon

Filed Under Seal

01-42041
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# CMDR. RICHARD FERRELL BRANNON
## VOLUME 1

JANUARY 07, 2013

# *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

146

```
 1         Q.  And they also -- and in Attempts 2 and 3,
 2    it looks like they added the -- it's -- when
 3    the -- when it says:  "...15 shots of bridging
 4    material," would that be the junk shot?
 5         A.  Yes.
 6         Q.  Okay.  So the junk shot was attempted in
 7    addition to the dynamic kill in Attempts 2 and 3,
 8    correct?
 9         A.  Correct.
10         Q.  And then you see:  "Conclusions and Path
11    Forward"?
12         A.  Yes.
13         Q.  And -- and Bullet Point No. 2 says:
14    "Shutting the well in" the "(BOP on BOP) will
15    likely lead to broaching."
16             Do you see that?
17         A.  Yes.
18         Q.  Was that -- did BP provide that
19    conclusion to you, as well?
20         A.  Yes.  This -- this information I have
21    here in bold print, I may have copied it directly
22    off of a BP Daily Report.
23         Q.  Okay.  So it was BP that determined
24    shutting in the well will likely lead to
25    broaching, correct?
```

1          MR. BENTSEN:  Objection, form.

2      A.  That -- that was the information that was

3  provided, yes.

4      Q.  (By Mr. Lundy) Okay.  And then you

5  forwarded this on to all those that are listed in

6  the E-mail?

7      A.  Yes.

8      Q.  Okay.  When -- when we talk about "BOP on

9  BOP," are we also talking about the capping stack

10  option?

11     A.  I believe that would be considered part

12  of the capping stack, yes.

13     Q.  Okay.  And it was -- and you know that it

14  was the capping stack that was ultimately used in

15  July successfully to kill the well, correct?

16     A.  I wasn't there, but I believe that's the

17  way it finally ended, yes.

18     Q.  Okay.  When did you leave the Command?

19     A.  July the 1st, I believe it was.

20     Q.  Okay.  So you weren't involved in the

21  discussions about the capping stack at all?

22     A.  If I was, it was very preliminary.  I

23  think that may have been one of the options that

24  were -- was coming up with after the -- the

25  dynamic kill and the top cap was put on or Top

From: Landry, Mary RADM
Sent: Saturday, May 29, 2010 5:21:37 PM
To: Kayyem, Juliette
Subject: FW: BP Briefing On Way Forward//Secretaries Brief



9633
Exhibit No.
Worldwide Court
Reporters, Inc.

-----Original Message-----
From: Allen, Thad ADM
Sent: Saturday, May 29, 2010 4:50 PM
To: Cook, Kevin RDML
Cc: Landry, Mary RADM; Watson, James RADM; Neffenger, Peter RDML
Subject: RE: BP Briefing On Way Forward//Secretaries Brief

Roger. I just sent to Mary. This is ok. We have control.
TA

Sent with Good (www.good.com)


 -----Original Message-----
From:       Cook, Kevin RDML
Sent:       Saturday, May 29, 2010 04:48 PM Eastern Standard Time
To:         Allen, Thad ADM
Cc:         Landry, Mary RADM; Watson, James RADM; Neffenger, Peter RDML
Subject:       RE: BP Briefing On Way Forward//Secretaries Brief

ADM A, FYI. Secretaries concurred. They directed BP to submit timeline to you. I know
original intent was BP to FOSC, copy to you. Andy just showed me what they sent to you.
It is similar to what I had sent over to Mary (I'll forward that next).

We took the timeline literally from the Gantt chart provided by BP engineers (72-82 hrs).
Andy has generalized the timeline and brought out to 96 hours (Wed completion). I think he
is being reasonable to throw a fudge factor in.

V/R, Kevin

Sent with Good (www.good.com)


 -----Original Message-----
From:       Cook, Kevin RDML
Sent:       Saturday, May 29, 2010 03:50 PM Eastern Standard Time
To:         Allen, Thad ADM
Cc:         Landry, Mary RADM; Watson, James RADM; Neffenger, Peter RDML
Subject:       BP Briefing On Way Forward

ADM A, Sir, this is intentionally limited distribution. I don't want to get ahead of
messaging on this critical issue.

Meeting completed. I will quickly write this email to get back in another meeting when BP
briefs Secretaries Salazar and Chu.

Tony Hayward said he will await your call. That will be the official BP brief to the NIC.

Doug Suttles will be tasked to do the official brief to the UC, after obtaining the
agreement of the 2 secretaries with the way ahead.

The way ahead....
1. Terminate top kill. Analysis shows that a flow path exists (probably thru a rupture disk
in the casing) into the formation. Additional pumping could damage the casing further and
allow for hydrocarbon to flow into the fomation... A senario which could lead to broaching.

2. Shift to containment. LRMP cap still deemed best interim solution.

3. BOP on BOP not advisable, now or in the future, because of rupture disk issue (as in
#1). Potential high pressure created by BOP on BOP could also lead to hydrocarbon flow

CONFIDENTIAL                          HCG311-001298

into formation... Again a potential broaching senario.

4. BP working on sustainable containment during hurricane. LMRP cap riser would have to be disconneted from the processing ship during a hurricane. (This is not ready yet and recommend that it not be part of approval to terminate the top kill option.)

It was unanamous opinion of USGS, MMS, CG, BP, DOE (on phone), and BP management, engineers & consutants that top kill be terminated.

V/R, -Kevin

Sent with Good (www.good.com)

CONFIDENTIAL

HCG311-001299

# Exhibit 87

Depo Ex. No. 10686 -

Richard Brannon

Filed Under Seal

01-41914
RM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert Markham Patteson

## VOLUME 1

JANUARY 23, 2013

## *COPY*



Systems Technology for the Litigation World

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

355

04:37  1      "Conclusions & Path Forward," right?

04:37  2           A.      Yeah, conclusion path forward.

04:38  3           Q.      The document doesn't list any other

04:38  4      scenarios, right?  It's just those three,

04:38  5      correct?

04:38  6           MR. BREEN:

04:38  7                   Objection, form.

04:38  8           A.      Could you repeat the question?  I'm

04:38  9      sorry.

04:38  10     EXAMINATION BY MR. BARR:

04:38  11          Q.      The document only lists the three

04:38  12     scenarios we've looked at, right?

04:38  13          A.      I believe you're right, yes.

04:38  14          Q.      Okay.  There's no scenario on too

04:38  15     much flow, is there?

04:38  16          MR. BREEN:

04:38  17                   Objection, form.

04:38  18          MR. BENTSEN:

04:38  19                   Form.

04:38  20          A.      Please repeat.

04:38  21     EXAMINATION BY MR. BARR:

04:38  22          Q.      There's not a single scenario that

04:38  23     says the well is flowing at too high a rate, is

04:38  24     there?

04:38  25          MR. BENTSEN:

356

04:38  1              Objection, form.

04:38  2         MR. BREEN:

04:38  3              Objection --

04:38  4    A.    There's nothing on the doc --

04:38  5         MR. BREEN:

04:38  6              -- form.

04:38  7    A.    There's nothing on the document I

04:38  8  saw that said that.

04:38  9  EXAMINATION BY MR. BARR:

04:38  10    Q.    Okay.  Even though Ole Rygg told

04:38  11  Kurt Mix the well -- the top kill cannot work if

04:38  12  the well was flowing at more than 15,000 barrels

04:38  13  per day and we pump mud at 50 barrels per minute,

04:38  14  correct?

04:38  15         MR. BENTSEN:

04:38  16              Objection, form.

04:38  17         MR. BREEN:

04:38  18              Objection, form.

04:38  19    A.    We saw the e-mail in which Ole --

04:38  20  Dr. Rygg's model run appeared to indicate that

04:38  21  that was his view.

04:38  22  EXAMINATION BY MR. BARR:

04:38  23    Q.    Don't you think it was inappropriate

04:39  24  that the scenario of too much flow was never

04:39  25  offered as a reason for why the top kill failed?

01-40919
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Admiral Thad William Allen
## VOLUME 2

SEPTEMBER 25,, 2012

## *COPY*



Systems Technology for the Litigation World

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

588

```
1    correct?

2                MR. BROCK:  Object to the speech in

3    the premise of the question.

4        Q.  (By Mr. Li) That's the second day of the

5    top kill, May 27th?

6        A.  Correct.

7        Q.  And the document says:  "Too much

8    flowrate - over 15000 and too large an orifice.

9    Pumped over 12800" barrels "of mud today plus 5

10   separate bridging pills.  Tired ...  Going home

11   and getting ready for round three tomorrow."

12              Did I read that accurately?

13       A.  You did.

14       Q.  Did anyone from BP tell you on May 27th,

15   2010, that their Engineers' opinion, Kurt Mix's,

16   an Engineer, his opinion was that there was too

17   much flow rate and that it was over 15,000 and

18   too large an orifice?

19              MR. BROCK:  Objection, form.

20              MR. FROST:  Object to form.

21       A.  I have no memory of such a conversation.

22              (Exhibit No. 9161 marked.)

23       Q.  (By Mr. Li) I'm going to ask you to look

24   at Tab 12, which is Exhibit 9161.

25              MS. WIRTH:  (Tendering.)
```

```
 1          A.   No, there's no indication in this E-mail.

 2          Q.   (By Mr. Li) Okay.   I ask you to look at

 3     Tab 16, which is now being marked as Exhibit

 4     9162.

 5               (Exhibit No. 9162 marked.)

 6          Q.   (By Mr. Li) This is an E-mail exchange

 7     between Admiral Landry and Admiral Cook.   And,

 8     essentially, it's just asking for information,

 9     "WHAT ARE YOU HEARING?"

10          A.   (Reviewing document.)

11          Q.   Is there anywhere in this exchange in

12     which any of these Admirals are being told by BP

13     that one of their Engineers believed that the top

14     kill failed because the flow rate was greater

15     than 15,000 barrels a day?

16               MR. BROCK:   Objection, form.

17               MR. FROST:   Object to form.

18          A.   There's no indication in this E-mail.

19          Q.   (By Mr. Li) I'm going to ask you to look

20     at Tab 82, which is now being marked as Exhibit

21     9163.

22               (Exhibit No. 9163 marked.)

23          Q.   (By Mr. Li) This is an E-mail to Tom

24     Hunter, a Member of the Government Science Team.

25          A.   (Reviewing document.)
```

1      Q.  This E-mail purports to set forth the Top

2   Kill Analysis, correct?

3      A.  Correct.

4      Q.  And it lays out various scenarios,

5   correct?

6      A.  Correct.

7      Q.  I ask you to look at Bates number ending

8   in 7447.  This is a, you know, dominant

9   hydrocominant -- hydrocarbon and dominant mud

10   flow up the drill pipe and bypass through the

11   rams.  This is just blowing straight up.  And it

12   concludes on the next page, Page 48, "Conclusion:

13   Possible but not Plausible."  Is that correct?

14      A.  That's what it says, yes.

15      Q.  And it gives another scenario about

16   hydrocarbon flow up the annulus.  This is at Page

17   7450.  And it concludes --

18      A.  Correct.

19      Q.  -- "Possible but not Plausible"?

20      A.  Correct.

21      Q.  And then at the next page, 7451, it sets

22   forth the failed rupture disc scenario, right?

23      A.  Correct.

24      Q.  And it concludes on Page 7452, that it --

25   the conclusion is "Possible and Plausible"?

1      A.  Correct.

2      Q.  It doesn't say anywhere, though, does it,

3    that Kurt Mix, one of BP's Engineers, had

4    concluded that the top kill failed because the

5    flow rate was greater than 15,000 barrels a day;

6    is that correct?

7             MR. BROCK:  Objection, form.

8      A.  No indication of that in the material.

9      Q.  (By Mr. Li) Okay.  I'm going to ask you

10   to look at Tab 22 -- Tab 122, which is now being

11   marked as Exhibit 9164.

12            (Exhibit No. 9164 marked.)

13     Q.  (By Mr. Li) This is an E-mail from --

14   E-mail exchange between various folks, including

15   a man named Paul Tooms.  I ask you to look at

16   this E-mail on the second page, the second part

17   of the -- the back of the first page, which is

18   Bates No. nine -- 8996.

19     A.  (Nodding.)

20     Q.  Down here.

21     A.  (Nodding.)

22     Q.  You see it?

23     A.  I do.

24     Q.  So it's from a -- a man named Rupen

25   Doshi, and it's dated May 27th.  It says:

# Exhibit 90

Depo Ex. No. 9160 -

Charles Holt

Filed Under Seal

# Exhibit 91

Depo Ex. No. 10623 -

David Barnett

Filed Under Seal

# Exhibit 92

Depo Ex. No. 10622 -

Trevor Hill

Filed Under Seal

# Exhibit 93

Depo Ex. No. 9265 -

Thomas Hunter

Filed Under Seal

**Report**



# Dynamic Simulations

Deepwater Horizon Incident

BP

31 MAY, 2010



add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125334
BPD007-022337

---

## Dynamic Simulations
## Deepwater Horizon Incident

| DATE:<br>May 31. 2010 | REVISION / REFERENCE ID:<br>0 | | PAGES:<br>48 |
|---|---|---|---|
| CLIENT:<br>BP | | | |
| CONTACT:<br>Kent Corser | | | |
| DISTRIBUTION:<br>BP, add wellflow, Boots & Coots | | | |

| ROLE: | NAME: | SIGNATURE: |
|---|---|---|
| Author | Morten Haug Emilsen | *Morten Haug Emilsen* |
| Author | | |
| Reviewer | | |
| | | |



**add energy**

add wellflow as
Billingstadsletta 19B
P.O.Box 165
1376 Billingstad
Norway

tel +47 66 98 32 90
fax +47 66 98 32 99

org. no. 962 238 742

addenergy.no

ABSTRACT:
This report summarizes the modeling and dynamic simulations performed in response to the blowout occurring on well MC252 #1 the 20th of April 2010. The work has been done in the Horizon Incident Investigation Team that was established right after the incident.

Simulations were performed using OLGA-WELL-KILL[1], a software developed for well control applications. Fluid characterization and properties are generated by using PVTsim[2] (from Calsep).

For more information about **add wellflow**, visit www.addenergy.no

KEY WORDS:
Dynamic Simulations, Well Control

REPRODUCTION:
This report is created by **add wellflow as**, Norway. The report may not be altered or edited in any way or otherwise copied for public or private use without written permission from the author.

[1] Powered by OLGA from SPT-Group
[2] From Calsep

CONFIDENTIAL

BP-HZN-BLY00125335
BPD007-022338

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:      iii
Rev.:       0
Date:      May 10

# Table of Contents

SUMMARY ......................................................................................................................... V

1.  BACKGROUND INFORMATION AND INPUT DATA ................................................. 8
    1.1    General ......................................................................................................... 8
    1.2    Well location ................................................................................................. 8
    1.3    Water Depth .................................................................................................. 8
    1.4    Drilling Rig .................................................................................................... 9
    1.5    Reservoir fluid .............................................................................................. 9
    1.6    Mud data ..................................................................................................... 10
    1.7    Reservoir data ............................................................................................ 11
    1.8    Pore and fracture pressure profile ............................................................. 12
    1.9    Temperature profile .................................................................................... 14
    1.10   Well configuration and casing design ........................................................ 16

2.  EVENTS LEADING UP THE WELL CONTROL INCIDENT .................................... 19

3.  RESULTS ............................................................................................................... 22
    3.1    Oil density with pressure and temperature ................................................ 22
    3.2    Inflow performance ..................................................................................... 24
    3.3    Compressibility of the 14 ppg mud ........................................................... 25
    3.4    Blowout potentials ...................................................................................... 27
    3.5    Shut-in pressures with hydrocarbons in the wellbore ................................ 29
    3.6    Initial simulation with flow through casing and full reservoir exposure ..... 31
    3.7    Initial simulation with flow through outer annulus .................................... 32
    3.8    Shut-in pressure considerations ................................................................ 34
    3.9    Flow inside casing based on 13 ppg sand and 4 ft net exposure ............. 36
    3.10   Simulations based on a leaking annular and no influx before circulation ..... 38
    3.11   Pressure drop in surface lines ................................................................... 40
    3.12   Pressure drop across leaking annular ....................................................... 41
    3.13   Sensitivities with respect to potential events after 21:30 ......................... 43
    3.14   Flow through annulus based on leaking annular and no influx before circ ..... 45

A.  APPENDIX A ........................................................................................................... 47

B.  REFERENCES ........................................................................................................ 48

 add energy                                         add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125336
BPD007-022339

| BP | Page: | iv |
|---|---|---|
| Dynamic Simulations | Rev. | 0 |
| Deepwater Horizon Incident | Date: | May 10 |

## List of Tables

Table 1.1:  Reservoir fluid composition ................................................................. 9
Table 1.2:  Key fluid data ...................................................................................... 10
Table 1.3:  Rheology data for synthetic oil based mud and Form-a-set spacer ......... 11
Table 1.4:  Top sands ............................................................................................ 11
Table 1.5:  Outer casing strings ............................................................................. 16
Table 1.6:  Inner casing strings (cemented) ........................................................... 16
Table 1.7:  Drillpipe dimensions ............................................................................. 16
Table 3.1:  Float conversion attempts ..................................................................... 25
Table 3.2:  Casing pressure test ............................................................................. 26
Table 3.3:  Blowout potential versus flow path, net pay and exit point .................... 27
Table 3.4:  Distribution of flow for casing scenario to surface ................................. 27
Table 3.5:  Distribution of flow for casing scenario to seabed ................................. 27
Table 3.6:  Pressure fluctuations the last minutes before explosion ........................ 43

## List of Figures

Figure 1.1:   Field location ........................................................................................ 8
Figure 1.2:   Deepwater Horizon ................................................................................ 9
Figure 1.3:   Phase envelope ..................................................................................... 10
Figure 1.4:   Reservoir zones ..................................................................................... 12
Figure 1.5:   Pore and fracture pressure profile ......................................................... 13
Figure 1.6:   Pore and fracture pressure, EMW .......................................................... 14
Figure 1.7:   Temperature profile ............................................................................... 15
Figure 1.8:   Well schematic, tvd to scale .................................................................. 17
Figure 1.9:   Well schematic with capacities .............................................................. 18
Figure 2.1:   Recorded drillpipe pressures from 16:00 to 21:49 ................................. 20
Figure 2.2:   Drillpipe pressures from 16:50 to 17:20 ................................................ 20
Figure 2.3:   Drillpipe pressures from 17:20 to 18:40 ................................................ 21
Figure 2.4:   Drillpipe pressures from 20:00 to 21:49 ................................................ 21
Figure 3.1:   Oil density versus pressure, temperature = 239 °F ................................. 22
Figure 3.2:   Oil density versus temperature, pressure = 11 600 psia .......................... 23
Figure 3.3:   Volume expansion for a 40 bbl oil kick migrating to surface through 14 ppg mud ........ 23
Figure 3.4:   Inflow performance curves based on 4 ft and 86 ft of 300 mD sand ......... 24
Figure 3.5:   In-situ IPR curves based on 4 ft and 86 ft of 300 mD sand ..................... 25
Figure 3.6:   Casing pressure test from 234 psi to 2617 psi (6.0 bbl) .......................... 26
Figure 3.7:   Blowout potential with flow from shoe through drillpipe and annulus .......... 28
Figure 3.8:   Blowout potential with flow from shoe through drillpipe only .................... 28
Figure 3.9:   Blowout potential through casing shoe versus FWHP ............................... 29
Figure 3.10:  Examples of dynamic shut-in pressures, shut-in at seabed ....................... 30
Figure 3.11:  Simulated versus logged pressure for casing scenario, initial run .............. 31
Figure 3.12:  Simulated flow rates at surface for casing scenario, initial run ................. 32
Figure 3.13:  Simulated versus logged pressure for outer annulus scenario, initial run ....... 33
Figure 3.14:  Rates at surface for outer annulus scenario, initial run ........................... 33
Figure 3.15:  Kick and shut-in pressures ................................................................... 35
Figure 3.16:  Shut-in pressures with no hydrocarbons and water in drillpipe .................. 36
Figure 3.17:  Stand pipe pressures casing scenario, 13 ppg pore pressure ................... 37
Figure 3.18:  Rates at surface for casing scenario, 13 ppg pore pressure ...................... 37
Figure 3.19:  Pump schedule, 20:00 – 21:30, from data log and input to model ............... 39
Figure 3.20:  Stand pipe pressure, casing scenario, no pressure buildups ...................... 39
Figure 3.21:  Flow rates, casing scenario ................................................................... 40
Figure 3.22:  Frictional pressure loss in 500 ft pipe with 14 ppg mud ........................... 41
Figure 3.23:  Annular preventer ................................................................................. 42
Figure 3.24:  Pressure drop across leaking annular ..................................................... 42
Figure 3.25:  Pressure response for a sudden shut-in at surface (no flow) ...................... 44
Figure 3.26:  Simulations of circulation with flow through shoe, pressure buildups .......... 45
Figure 3.27:  Pressure profile in outer annulus to balance 13 ppg sand ......................... 46

CONFIDENTIAL                                                  BP-HZN-BLY00125337
                                                                    BPD007-022340

BP                                                              Page:        v
Dynamic Simulations                                             Rev.:        0
Deepwater Horizon Incident                                      Date:    May 10

## Summary

This report summarizes the dynamic simulations and evaluations performed in response to the Deepwater Horizon blowout that occurred 20th of April 2010. The incident occurred during a negative test performed to check the integrity of the well barriers (cement, float, casing and seal assembly).

The evaluations and findings made during this work (to the date of this report) are based on witness statements, printouts from the SDL fast data set and cement unit log in addition to the well MC252's design, reservoir properties and reservoir fluid composition. A detailed dynamic OLGA-WELL-KILL network model has been build, used and found as a valuable tool to analyze and understand the transients occurring in the wellbore right before the explosion. The model includes the casing, the tapered drillpipe, kill line, outer annulus, riser, surface piping, mud degas separator, pumps, valves and control systems. The fluids include seawater, the Form-A-Set spacer, 14 ppg mud and hydrocarbons. The start time of the simulation model has been 15:00 when the entire wellbore was filled with 14 ppg mud. Simulations have been performed following the operations for the entire period until the last data recording at 21:49.

The main reservoir in the MC252 well consists of two oil bearing sands, the Upper and the Lower M56. Both sands have a pore pressure of 12.6 ppg. The top of the Upper M56 is at 18086 ft tvd rkb and only few feet separates the upper ant the lower sands. An analysis of the specified reservoir fluid composition reveals an under-saturated oil with a bubble point at 6500 psi at reservoir temperature. The density of the oil will, above the bubble point pressure, decrease with decreasing pressure and increase with decreasing temperature.

The properties of the oil are of such a character that a potential influx will maintain the volume when migrating through the mud towards seabed. This will challenge kick detection after a kick is taken as pit gains will be limited before the kick is right below the BOP. The crew will have less time to react, and once a well control problem is apparent, a late detection can mean that gas is already inside the riser before the BOP is closed. This behavior is different from a gas kick, but still not uncommon for deepwater drilling operations. Awareness and knowledge of these mechanisms are important.

The target reservoir sands are very prolific. Based on 300 mD and 86 feet net pay, the inflow performance curve indicates a productivity index of 49 stb/d/psi for pressures above the bubble point pressure. This contributes to a fast unloading of the well if it is left open to flow in an underbalanced condition. For example will a drawdown of only 1000 psi result in an influx of 73 bpm of oil from the reservoir into the wellbore. This is equivalent to a rate of 34 stb/m at surface conditions, the oil formation volume factor is 2.14 bbl/stb.

The well's blowout potentials are calculated to get an idea of the maximum flowrate. The worst case blowout rate to surface is calculated to be 68 000 stb/d assuming flow through the casing shoe and 47 000 stb/d assuming flow through the outer annulus.

ӕ add energy                                                    add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125338

BPD007-022341

The release rates to seabed are somewhat lower. The blowout potential through the drillpipe to seabed is 40 000 stb/d without any restrictions and fully exposed reservoir.

The well's shut-in pressure is calculated to be 6800 psi if the well is shut-in at surface using the IBOP, and 8250 psi if it is shut-in at seabed using the BOP. Both pressures are above the bubble point pressure, and no gas will be present after a long shut-in period and equilibrium is obtained.

Changes in witness statements have challenged the job of determining the conditions in the wellbore prior to and during the period where influx from the reservoir was taken. Due to a poor volume control on the rig during the negative test and the spacer displacement, these statements were important inputs to the Investigation Team. During the bleed downs, the pressure at down hole conditions dropped below the pore pressure, and initially, a gain of 60 - 85 bbl was believed to be taken. Simulations were performed assuming influx in the outer annulus due to a failed seal assembly, and through the casing shoe.

Later it become evident that the riser was filled up with 50-60 bbls during this period due to a leaking annular preventer and hence no, or only a small influx was taken during these bleed downs. This information changed the premises quite a lot with respect to the evaluations and flow path determinations. First of all, the new information indicates barrier integrity during the bleed down, since the conditions were underbalanced during these operations. The equivalent down hole pressure inside the casing was 11.5 ppg at this time with zero pressure on the drillpipe and influx would be taken if the reservoir was open to flow. The pressure in the outer annulus was 12.0 ppg, also at underbalanced conditions.

The constant shut-in pressure of 1400 psi measured on the drillpipe between 18:35 and 20:00 is not possible to explain based on a pore pressure of 12.6 ppg, observations and witness statements. With only mud in the wellbore and seawater in the drillpipe, the shut-in pressure should be 1030 psi if communication to the reservoir was through the casing shoe, and only 600 psi if communication was through the seal assembly. The pressure difference cannot be explained by an influx through the shoe as this requires a volume much higher than the logged and reported as gains. A sand pressurized at 13.0 ppg will however match the observed 1400 psi shut-in if the reservoir pressure is communicated through the shoe. If the pressure is communicated from a 13.0 ppg sand through the outer annulus, the resulting shut-in pressure is still too low.

During the spacer displacement, the drillpipe pressure was reading 1000 psi and increasing after the pumps were shut down for the sheen test at 21:08. This pressure increase was most likely caused by an influx. At this time, 1300 bbl of water had been pumped and both the drillpipe and the annulus (between the drillpipe and the casing) were fully displaced to water. At this point in time, the pressure at the formation is underbalanced only if the communication is through the casing shoe. A kick of more than 25 bbl is required from a 13.0 ppg pressurized sand in order to become underbalanced in the outer annulus at this time.

---

æ add energy                                                            add wellflow as

CONFIDENTIAL                                             BP-HZN-BLY00125339
                                                                        BPD007-022342

BP                                                    Page:     vii
Dynamic Simulations                                Rev.:      0
Deepwater Horizon Incident                       Date:     May 10

Based on the simulations, evidence and evaluations performed it is believed that the initial flow path was through a leaking casing shoe and up inside the casing. Further it is believed that when the pumps were shut in at 21:30, the crew was trying to close the BOP, most likely one of the annular preventers. This was obviously not sealing 100 % and the flow continued. At 21:36:25 it is believed that the drillpipe was opened and bled down to the cement unit until 21:38:05. The leak in the BOP continued until 21:47, where a dramatic pressure response is observed on the drillpipe. This response can be explained by finally establishing a 100% seal at the BOP. It is believed that one of the pipe rams was closed at this time.

The last pressure recording on the drillpipe is 5730 psi. According to the simulations, this pressure corresponds to a shut-in pressure with only hydrocarbons in the wellbore. Further, it is believed that this pressure is above the design pressure of the surface equipment and the ECD set points of the pumps were probably reached with that consequence that the blowout continued through the drillpipe to surface. The volume of the drillpipe is 207 bbls, initially filled with water and some hydrocarbons from the short bleed down, and this will be unloaded in 2 minutes according to the simulations. After closing the BOP, the riser will still flow and unload due to the presence of hydrocarbons above the BOP. The blowout rate through the drillpipe to surface is estimated to 28 000 stb/d. This will also be the blowout rate to seabed.

                      add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125340
BPD007-022343

BP                                                        Page:       8 : 48
Dynamic Simulations                                       Rev.:          0
Deepwater Horizon Incident                                Date:     May 10

# 1.   Background Information and Input Data

## 1.1   General

On April 20th 2010, a fire and explosion occurred onboard the Deepwater Horizon rig while it was working on the HPHT well MC252 #1 offshore Louisiana. The rig had cemented the casing and complications occurred during and after performing a negative test (standard procedure to test the cement job). Explosions occurred with subsequent fire and uncontrolled flow of hydrocarbons and a total loss of well control. The rig sank April 22nd.

An investigation team was established immediately to evaluate the causes of the accident. Add wellflow was asked to contribute to the engineering support team with dynamic analysis, simulations and evaluations, and this report summarizes the work performed.

## 1.2   Well location

The well is located on the Macondo prospect situated on Mississippi Canyon block 252 (MC 252), offshore Louisiana, Gulf of Mexico, 52 miles southeast of the Louisiana port of Venice.



*Figure 1.1: Field location*

## 1.3   Water Depth

The water depth at the spud location is 4992 ft MSL.

æ add energy                                         add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125341

BPD007-022344

## 1.4   Drilling Rig

The Deepwater Horizon was a dynamic positioned semi-submersible drilling unit capable of operating in harsh environments and water depths up to 8 000 ft using 18 ¾" 15 000 psi BOP and 21" OD (19 ½" ID) marine riser. The air gap (rkb – MSL) is 75 ft.



*Figure 1.2: Deepwater Horizon*

## 1.5   Reservoir fluid

The reservoir fluid is an under-saturated oil with a GOR of 2824 scf/stb. The fluid composition is shown in Table 1.1. Some key fluid parameters are shown in Table 1.2 and the phase envelope is shown in Figure 1.3.

*Table 1.1:   Reservoir fluid composition*

| Component | Mole frac | mole wt. | liq. dens |
|---|---|---|---|
| N2 | 0.624 | 28.01 | |
| CO2 | 0.974 | 44.01 | |
| C1 | 65.918 | 16.04 | |
| C2 | 6.374 | 30.07 | |
| C3 | 4.439 | 44.1 | |
| iC4 | 0.92 | 58.12 | |
| nC4 | 2.083 | 58.12 | |
| iC5 | 0.845 | 72.15 | |
| nC5 | 1.024 | 72.15 | |
| C6 | 1.341 | 86.18 | 0.664 |
| C7 | 1.934 | 93.26 | 0.7081 |
| C8 | 2.092 | 107.8 | 0.8675 |
| C9 | 1.536 | 120.54 | 0.852 |
| C10 | 1.285 | 134.22 | 0.7569 |
| C11-13 | 2.542 | 159.97 | 0.9395 |
| C14-19 | 2.904 | 222.64 | 0.9074 |
| C20-28 | 1.758 | 321.86 | 0.9296 |
| C29+ | 1.407 | 604.5 | 0.8165 |

CONFIDENTIAL

*Table 1.2:   Key fluid data*

| Property | Value |
|---|---|
| Gas Oil Ratio | 2824 scf/stb |
| Bubble point @ 273 °F | 6500 psi |
| Bubble point @ 40 °F | 4400 psi |
| Oil formation volume factor, Bo | 2.14 Rb³/stb |
| Oil density at standard conditions | 7.09 ppg |
| Oil density at standard conditions | 35 °API |
| Oil density at reservoir conditions | 5.17 ppg |
| Gas density at standard conditions | 0.059 lb/ft³ |



*Figure 1.3:  Phase envelope*

## 1.6   Mud data

The dynamic simulations reproduce the trends shown by the data logs. For operations involving flow of the Form-A-Set spacer, the pressure drop in the system was higher than what was estimated by the model. A non-Newtonian Bingham viscosity model was but could still not reproduce the viscous behavior of the Form-A-Set. This effect was compensated by introducing additional pressure drop at the outlet of the wellbore. Rheology tests performed using a viscometer after the incident showed off scale readings and indicated very high viscosity and this is believed to be casing this discrepancy. Figure 1.1 shows the numbers used for the Form-A-Set and for the 14 ppg synthetic oil based mud.

CONFIDENTIAL

*Table 1.3: Rheology data for synthetic oil based mud and Form-a-set spacer*

|  | SOBM | Form-a-Set |
|---|---|---|
| Density, ppg | 14 | 16 |
| Plastic viscosity, cP | 28 | 324 |
| Yield Point, lbf/100 ft² | 14 | 34 |
| 10 sec gel, lbf/100 ft² | 14 | 31 |
| 10 min gel, lbf/100 ft² | 23 | 38 |

## 1.7 Reservoir data

The target reservoir sands consist of two main pay zones, M56 upper and M56 lower. The combined net pay is 86 ft with an average permeability of 300 mD and MDT samples indicate a pore pressure of 12.6 ppg.

Table 1.4 lists some key information while Figure 1.4 shows a geological column and lists depths and pressures for the reservoir sands.

*Table 1.4: Top sands*

|  |  | Net | Pay | Por | Sw | Perm ar | Perm geo |
|---|---|---|---|---|---|---|---|
|  | TOPS SAND LOGS FORMATION 3 | S SAND U NET SAN | S SAND U PAY SAN | S SAND U POR SA | S SAND U S SW SAN | S SAND U RM ARITH | S SAND U RM GEO |
| 17790.000 | Upper Lobe | 3.00000 | 1.00000 | 21.45833 | 22.52214 | 155.707 | 18.1521 |
| 18225.000 | Below Lower Lobe | 5.50000 | 5.50000 | 22.23788 | 19.84553 | 2046.812 | 483.5124 |
|  | SAND BOTH 1 FORMATION 3 | SAND BOTH NET SAN | SAND BOTH PAY SAN | SAND BOTH POR SA | SAND BOTH S SW SAN | SAND BOTH RM ARITH | SAND BOTH RM GEO |
|  |  |  |  |  |  |  |  |

Only 2 main lobes

CONFIDENTIAL

BP-HZN-BLY00125344
BPD007-022347

BP
Dynamic Simulations
Deepwater Horizon Incident

Page: 12 : 48
Rev.: 0
Date: May 10



| Depth (ft MD) | Pressure (psi) | Temperature (°F) | GOR (scf/stb) | API (°) |
|---|---|---|---|---|
| 18086 | 11841 | 234 | 3017 | 34.9 |
| 18124 | 11850 | 236 | 2920 | 34.7 |
| 18142 | 11856 | 236 | 2845 | 35 |

*Figure 1.4: Reservoir zones*

## 1.8   Pore and fracture pressure profile

The pore and fracture pressure profiles are shown in Figure 1.5 and Figure 1.6.

æ add energy                              add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125345
BPD007-022348



*Figure 1.5:  Pore and fracture pressure profile*

CONFIDENTIAL

BP-HZN-BLY00125346
BPD007-022349

| BP | | Page: | 14 : 48 |
|----|---|-------|---------|
| Dynamic Simulations | | Rev.: | 0 |
| Deepwater Horizon Incident | | Date: | May 10 |



*Figure 1.6:  Pore and fracture pressure, EMW*

## 1.9   Temperature profile

The temperature profile is shown in Figure 1.7.

æ add energy                                                        add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125347

BPD007-022350



Figure 1.7:  Temperature profile

CONFIDENTIAL

BP-HZN-BLY00125348
BPD007-022351

## 1.10 Well configuration and casing design

The pipe dimensions are listed in the following tables. The total volume inside the casing up to seabed is 746 bbl. The volume in the outer annulus 1180 bbl. The volume in the annulus between the riser and the drillpipe is 1640 bbl. The volume inside the drillpipe is 207 bbl. Figure 1.8 shows a schematic of the well with depths at scale while Figure 1.9 shows the wellbore capacities.

Table 1.5:   Outer casing strings

|  | Weight lb/ft | OD in | ID in | Top ft | Bottom ft | Length ft | Capacity bbl/ft |
|---|---|---|---|---|---|---|---|
| Choke/Kill |  | 3.0625 | 1.5 | 0 | 5067 | 5067 | 0.002186 |
| Riser |  | 21 | 19.5 | 0 | 5001 | 5001 | 0.369390 |
| BOP |  |  | 18.75 | 5001 | 5054 | 53 | 0.341522 |
| Wellhead |  |  | 18.5 | 5054 | 5057 | 3 | 0.332475 |
| 22" Casing |  | 22 | 18.375 | 5057 | 5227 | 170 | 0.327998 |
| 16 " Casing | 97 | 16 | 14.85 | 5227 | 11153 | 5926 | 0.214224 |
| 13 ⅜" Liner | 88.2 | 13.375 | 12.375 | 11153 | 12803 | 1650 | 0.148767 |
| 11 ⅞" Liner | 71.8 | 11.875 | 10.711 | 12803 | 14759 | 1956 | 0.111449 |
| 9 ⅞" Liner | 62.8 | 9.875 | 8.625 | 14759 | 17157 | 2398 | 0.072266 |
| Open Hole |  |  | 9.875 | 17157 | 18130 | 973 | 0.094731 |
| Rat Hole |  |  | 8.5 | 18130 | 18360 | 230 | 0.070187 |

Table 1.6:   Inner casing strings (cemented)

|  | Weight lb/ft | OD in | ID in | Top ft | Bottom ft | Length ft | Capacity bbl/ft |
|---|---|---|---|---|---|---|---|
| 7" x 9 ⅞" Tapered Csg | 62.8 | 9.875 | 8.625 | 5067 | 12484 | 7417 | 0.072266 |
| 7" x 9 ⅞" Tapered Csg | 32 | 7 | 6.094 | 12484 | 18303 | 5819 | 0.036076 |

Table 1.7:   Drillpipe dimensions

|  | Weight lb/ft | OD in | ID in | Top ft | Bottom ft | Length ft | Capacity bbl/ft |
|---|---|---|---|---|---|---|---|
| 6 ⅝" DP | 32 | 6.625 | 5.426 | 0 | 4177 | 4177 | 0.028601 |
| 5 ½" DP | 21.9 | 5.5 | 4.78 | 4177 | 7567 | 3390 | 0.022196 |
| 3 ½" DP | 9.3 | 3.5 | 2.992 | 7567 | 8367 | 800 | 0.008696 |

æ add energy                                        add wellflow as

BP-HZN-BLY00125349
BPD007-022352



*Figure 1.8: Well schematic, tvd to scale*

 æ add energy                                                                    add wellflow as

BP-HZN-BLY00125350
BPD007-022353



*Figure 1.9: Well schematic with capacities*

CONFIDENTIAL

BP-HZN-BLY00125351
BPD007-022354

BP                                              Page:        19 : 48
Dynamic Simulations                             Rev.:           0
Deepwater Horizon Incident                      Date:      May 10

## 2.  Events leading up the well control incident

The well was drilled to TD at 18350 ft tvd and the 7 x 9 ⅞" production casing was run and cemented. It took nine attempts to convert the float equipment before it opened and the cementing could start. 14 ppg mud was in the wellbore.

After cementing, the 9 ⅞" seal assembly was set and tested to 6500 psi followed by a casing test to 2500 psi. It took 6.7 bbls to pressurize the casing from 0 to 2500 psi.

A tapered drillpipe (6 ⅝" – 5 ½" – 3 ½") was run to 8367 ft before the negative test. The boost, choke and kill lines were displaced to seawater. A batch of 454 bbl of 16 ppg Form-a-set spacer was pumped followed by 352 bbl of seawater. The plan was to pump the spacer above the annular but incorrect volume was pumped and hence, the spacer was left across the BOP. The pressure on the drillpipe was 2400 psi after the water was pumped. The annular preventer was then closed.

The pressure was bled down from 2400 psi to 1200 psi through the drillpipe and high bleed back volumes were observed. The bleed down was continued, but the pressure did not decrease below 250 psi, and the well was subsequently shut in. Witness statements vary with respect to bleed back volumes. The pressure increased to 1250 psi during a period of 7 minutes. According to witness statements, the riser was filled up with 50 – 60 bbl.

Another attempt to bleed down was performed, and the pressure dropped to zero. Additional volumes were recovered from the well, but it is unknown how much.

The pressure gradually increased to 1400 psi over a 30 minutes period before it stabilized. At 20:02, the pumps were started to displace the spacer with seawater. The pumps were shut down for a sheen test at 21:08 and the test indicated that the fluids could be dumped overboard. The pressure then builds on the drillpipe and it is suspected that the annular preventer is closed and that the flow is routed on diverters through the gas buster. The mud was raining down from derrick, most likely due to an overfilled gas buster and vent line. The back pressure was building up. The flow was observed coming from the vent line up the derrick – estimated 4 minutes before the explosion. Approximately 21:48, the first explosion occurred and lights went almost simultaneously. Approximately one minute later, the second explosion occurred.

The following plots show the stand pipe pressure recorded from 16:00 till the explosions occurred.



CONFIDENTIAL

BP-HZN-BLY00125352
BPD007-022355



*Figure 2.1:  Recorded drillpipe pressures from 16:00 to 21:49*



*Figure 2.2:  Drillpipe pressures from 16:50 to 17:20*

CONFIDENTIAL

BP-HZN-BLY00125353
BPD007-022356



*Figure 2.3: Drillpipe pressures from 17:20 to 18:40*



*Figure 2.4: Drillpipe pressures from 20:00 to 21:49*

æ add energy                                                                     add wellflow as

CONFIDENTIAL                                       BP-HZN-BLY00125354

BPD007-022357

## 3.  Results

### 3.1  Oil density with pressure and temperature

The reservoir fluid is an under-saturated oil with a bubble point at 6500 psi at reservoir temperature. The density of the oil phase will decrease with decreasing pressure (see Figure 3.1) and increase with decreasing temperature (see Figure 3.2). These two effects will almost balance each other when an oil kick is taken and slowly migrates towards surface through the mud. The resulting volume expansion is almost zero, see Figure 3.3.

This density behavior will challenge kick detection after a kick is taken as pit gains will be limited before the kick is right below the BOP. The crew will have less time to react, and once a well control problem is confirmed, a late detection can mean that gas is already inside the riser before the BOP is closed. This behavior is different from a gas kick, but still not uncommon for deepwater drilling operations. Awareness and knowledge of these mechanisms are important.



*Figure 3.1:  Oil density versus pressure, temperature = 239 °F*

CONFIDENTIAL

BP-HZN-BLY00125355

BPD007-022358

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     23 : 48
Rev.:          0
Date:     May 10



Figure 3.2:  *Oil density versus temperature, pressure = 11 600 psia*



Figure 3.3:  *Volume expansion for a 40 bbl oil kick migrating to surface through 14 ppg mud.*

æ addenergy                                                              add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125356
BPD007-022359

## 3.2   Inflow performance

The 12.6 ppg pressured oil sands have an estimated average permeability of 300 mD over 86 ft of net pay. This will together with the fluid properties result in a productivity index of 49 stb/d/psi from reservoir pressure down to the bubble point pressure at 6500 psi. For pressures below the bubble point, gas will flash out of solution, and turbulent skin effects will limit the flow potential. Figure 3.4 shows the resulting IPR based on 4 ft reservoir exposure and 86 ft reservoir exposure. As can be seen, the reservoir is very prolific.

Due to the high oil formation volume factor (shrinkage factor) of 2.14 Rbbl/Stb, the volumetric inflow rate at reservoir conditions is more than twice as high as those reported at standard conditions. Figure 3.5 shows the inflow performance at reservoir conditions (in-situ conditions).



*Figure 3.4:  Inflow performance curves based on 4 ft and 86 ft of 300 mD sand*

CONFIDENTIAL

BP-HZN-BLY00125357
BPD007-022360



*Figure 3.5:  In-situ IPR curves based on 4 ft and 86 ft of 300 mD sand*

### 3.3   Compressibility of the 14 ppg mud

Two observations are made with respect to the compressibility of the 14 ppg mud. The first was during the attempts to convert the float on April 19th between 14:30 and 17:30. It took nine attempts before the float was opened, and pressures and volumes were recorded, see Table 3.1.

*Table 3.1:   Float conversion attempts*

| Attempt No | Total volume [bbl] | From [psi] | To [psi] | Volume [bbl] | Comp. [1/psi] |
|---|---|---|---|---|---|
| #4 | 886 | 0 | 2000 | 6.7 | 3.78E-06 |
| #5 | 886 | 0 | 2000 | 6.6 | 3.72E-06 |
| #7 | 886 | 0 | 2250 | 7.3 | 3.66E-06 |
| #8 | 886 | 0 | 2500 | 7.8 | 3.52E-06 |
| Average | | | | | 3.67E-06 |

In addition to these attempts, a casing pressure test was performed April 20th between 11:06 and 11:17.

æ add energy                                                                    add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125358

BPD007-022361

*Table 3.2:  Casing pressure test*

| Test | Total volume [bbl] | From [psi] | To [psi] | Volume [bbl] | Comp. [1/psi] |
|------|--------------------|-----------|---------|-------------|---------------|
| Casing | 758 | 234 | 2617 | 6.1 | 3.13E-06 |



*Figure 3.6:  Casing pressure test from 234 psi to 2617 psi (6.0 bbl)*

The compressibility is a measure of how much volume is required to pressurize a certain volume of the fluid a certain amount of psi.

$$k = \frac{\partial V}{V \cdot \partial P}$$

The outer annulus measures approximately 1100 bbl, and by using the average number from the float conversion attempts (3.67E-06), approximately 10 bbl will be expected to be bled back from this volume when decreasing the pressure form 2400 to 250 psi.

The reported gains during this bleed down were higher than what could be expected due to the compressibility of the mud.

CONFIDENTIAL

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:   27 : 48
Rev.:       0
Date:    May 10

## 3.4  Blowout potentials

The blowout potential for different scenarios are listed in Table 3.3, all based on comingled flow from the 12.6 ppg oil reservoirs with an average permeability of 300 mD over the 86 feet pay zone. It is assumed that the flow is exiting through both the riser and through the drillpipe without any restrictions.

The highest flow potential is through the casing. The outer annulus has some narrow sections (between the 9 ⅞" casing and the 7" casing) and the will thus create more frictional forces and higher pressure drop.

Table 3.4 and Table 3.5 show the flow distribution between the drillpipe and the annulus for the casing scenario. In addition, the total flow potential based on a blocked drillpipe and flow in annulus only, is included.

Simulations were also performed for the blowouts to seabed with restrictions in the BOP. By including a restriction resulting in a flowing wellhead pressure of 3800 psi, the flow potential decrease by approximately 10 %. From 61 000 stb/d to 54 000 stb/d inside the casing using 86 ft pay zone and assuming flow through the casing shoe. By using a wellhead pressure of 3000 psi, the flow rate reduces to 58 000 stb/d. See Figure 3.9.

Table 3.3:   Blowout potential versus flow path, net pay and exit point

| Flow path | Outer annulus [stb/d] | | Casing [stb/d] | |
|---|---|---|---|---|
| Exit point | Surface | Seabed | Surface | Seabed |
| 4 ft net pay | 17 500 | 14 000 | 18 000 | 15 000 |
| 86 ft net pay | 47 000 | 43 000 | 68 000 | 67 000 |

Table 3.4:   Distribution of flow for casing scenario to surface

| Flow path | Casing [stb/d] | | | | |
|---|---|---|---|---|---|
| Exit point | In drillpipe | In annulus | Total | Only Ann. | Only DP |
| 4 ft net pay | 4 500 | 13 500 | 18 000 | 18 000 | 15 000 |
| 86 ft net pay | 21 000 | 47 000 | 68 000 | 61 000 | 36 000 |

Table 3.5:   Distribution of flow for casing scenario to seabed

| Flow path | Casing [stb/d] | | | | |
|---|---|---|---|---|---|
| Exit point | In drillpipe | In annulus | Total | Only Ann. | Only DP |
| 4 ft net pay | 3 800 | 11 200 | 15 000 | 15 000 | 13 500 |
| 86 ft net pay | 19 500 | 47 500 | 67 000 | 61 000 | 40 000 |

 add energy

add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125360
BPD007-022363

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:    28 : 48
Rev..        0
Date:    May 10



Figure 3.7:  Blowout potential with flow from shoe through drillpipe and annulus



Figure 3.8:  Blowout potential with flow from shoe through drillpipe only

æ add energy                                          add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125361
BPD007-022364



Figure 3.9:  Blowout potential through casing shoe versus FWHP

## 3.5   Shut-in pressures with hydrocarbons in the wellbore

The calculated settle out shut-in pressures are 6800 psi when a hydrocarbon filled well is shut-in at surface and 8250 psi when shut-in at the BOP.

Depending on the flowrate and temperature profile in the well prior to the shut-in, the simulations indicate that the peak pressures can be slightly higher than the reported settle out pressures. Examples of a subsea shut-in are shown in Figure 3.10. For a potential shut-in at surface (IBOP) the pressure buildups will be slower due to more gas in the wellbore.

CONFIDENTIAL

BP-HZN-BLY00125362
BPD007-022365

BP                                                                    Page:    30 : 48
Dynamic Simulations                                                   Rev.         0
Deepwater Horizon Incident                                            Date:    May 10



*Figure 3.10:Examples of dynamic shut-in pressures, shut-in at seabed*

CONFIDENTIAL

BP-HZN-BLY00125363
BPD007-022366

### 3.6  Initial simulation with flow through casing and full reservoir exposure

The initial simulations were based on the initial observations of an 85 bbl gain and full reservoir exposure. These simulations revealed that the general trends are in line with the observations. The unloading of the wellbore is occurring quite fast, and simulations how that this can take less than one hour. However, there are a couple of discrepancies. First, the shut-in pressures do not match with the data log. According to the simulations, the shut-in pressure at 17:20 is 200 psi lower than the reported.

The second discrepancy is when the oil and gas are surfacing. Based on the full reservoir exposure, the trends show a fair match until about 21:00. At this point in time the simulations predict that hydrocarbons will reach surface at approximately 21:15 and this is too early compared to the observations.



Figure 3.11: Simulated versus logged pressure for casing scenario, initial run

CONFIDENTIAL

BP-HZN-BLY00125364
BPD007-022367

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     32 : 48
Rev.:         0
Date:     May 10



*Figure 3.12: Simulated flow rates at surface for casing scenario, initial run*

### 3.7   Initial simulation with flow through outer annulus

The same initial simulation was performed assuming that the flow path is in the outer annulus. Again, 85 bbl gain was used together with 86 feet of pay sand and 12.6 ppg reservoir pressure. For this scenario, the calculated shut-in pressures are higher than the observations. At the very end of the unloading sequence, this scenario shows a better match with the observations compared to the casing scenario. As the outer annulus will be exposed to higher pressures during the circulation job than the casing, the unloading is slower.

æ add energy                                                          add wellflow as

CONFIDENTIAL

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     33 : 48
Rev.:          0
Date:     May 10



*Figure 3.13:Simulated versus logged pressure for outer annulus scenario, initial run*

*Figure 3.14:Rates at surface for outer annulus scenario, initial run*

æ add energy

add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125366

BPD007-022369

## 3.8   Shut-in pressure considerations

Two shut-in conditions exist and these can be used to estimate the downhole conditions and size of a potential kick by static considerations. However, due to uncertainties with respect to several fluids, mixing zones etc. these calculations have to be based on assumptions. Between 17:10 and 17:25, the pressure reads 1200 psi. From 18:34 to 19:57, the pressure reads 1400 psi.

The initial interpretations of the bleed-downs through the drillpipe suggested an 85 bbl gain caused by an influx from the reservoir. This would force mud or water up in the drillpipe and volume calculations can determine the mud water/level in the drillpipe.

Based on the 12.6 ppg pore pressure, there is a significant difference between the kick volume required to create these shut-in pressures. It will take 190 bbl inside the casing to end up with 1200 psi shut-in drillpipe pressure whilst it will only take 25 bbl in the outer annulus. This is observed from the initial simulation runs where the inside casing scenario ended up with a shut-in pressure of 1000 psi based on a 85 bbl kick see Figure 3.11.

For the outer annulus scenario, simulations showed a shut-in pressure of 1400 psi based on an 85 bbl kick, compared to the recorded 1200 psi, see Figure 3.13. Unknown conditions down hole also challenges these calculations as the capacity in around the inflow zones depend on the quality and quantity of cement.

The difference in shut-in pressures for the two flow path scenarios is caused by the different fluids present in the two paths. For the casing scenario, there is initially water in the drillpipe to 8367 ft, and 14 ppg mud from this point to TD. For the outer annulus, there is 14 ppg mud from the bottom and up to the seal assembly at mudline, 16 ppg spacer and water in the annulus, and water in the drillpipe, see Figure 3.15.

If it is assumed that no influx was taken during the negative test, the resulting drillpipe shut-in pressure should be 1030 psi based on a 12.6 ppg sand. To reach 1400 psi, the pore pressure should be 13 ppg, see Figure 3.17.

CONFIDENTIAL                                              BP-HZN-BLY00125367
                                                                    BPD007-022370

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     35 : 48
Rev.:            0
Date:       May 10



*Figure 3.15: Kick and shut-in pressures*

CONFIDENTIAL

BP-HZN-BLY00125368
BPD007-022371



*Figure 3.16: Shut-in pressures with no hydrocarbons and water in drillpipe*

### 3.9   Flow inside casing based on 13 ppg sand and 4 ft net exposure

The shut-in pressure based on a 12.6 ppg pressurized sand was too low based on the reported 85 bbl gain, and a new simulation was performed assuming that a 13 ppg sand was exposed to the wellbore. This sand has however only 4 ft of net pay and the oil and gas rates will therefore be lower and it is expected that the hydrocarbons will surface later than what was simulated using the 86 ft of the 12.6 ppg scenario.

For this simulation, the estimated gain based on the simulations was approximately 60 bbl. The calculated shut-in pressure after the 2400 – 250 psi bleed down was above the observed pressure of 1200 psi, but showed a good match with the 1400 psi shut-in pressure. The estimated unloading sequence was in relative good agreement with the observations.

Remark:
*Mud is displaced up inside the drillpipe and influx is required to match the 1400 psi pressure compared to the simulations assuming leaking annular preventer.*



*Figure 3.17: Stand pipe pressures casing scenario, 13 ppg pore pressure*



*Figure 3.18: Rates at surface for casing scenario, 13 ppg pore pressure*

CONFIDENTIAL

BP-HZN-BLY00125370

BPD007-022373

## 3.10 Simulations based on a leaking annular and no influx before circulation

From witness statements, the gains reported initially was most likely caused by a leaking annular as it was reported that the riser was filled up with approximately 50 bbl between 17:12 and 17:22. If no influx was taken during this initial bleed down from 2400 psi to 250 psi, it must be assumed that the cement was holding the formation fluids back at this time, as the conditions down hole is underbalanced during this operation.

Simulations were based on no influx taken before the circulation job starting at 20:02. When the circulation is started, the pump pressure and the bottom hole pressure will increase. At 21:08, the pumps are stopped for a sheen test, and the stand pipe pressure is 1000 psi, but increasing. At this point in time, 1200 bbl of water has been pumped, and both the drillpipe and the annulus between drillpipe and 9 ⅞" casing up to the seabed is be filled with water. The pump rate has ranged between 500 and 1250 gpm and this is sufficient to obtain an effective transportation of the fluids in this annulus (between drillpipe and 9 ⅞"). This annulus is thus fully displaced to seawater at this point in time. Hence, the pressure at the formation in the outer annulus is 13.6 ppg, and no influx can be taken. Inside the casing, however, the pressure is lower, and influx can be taken.

Simulations were performed assuming that no influx was taken prior to this period, and the well was fully filled with water, spacer and mud before the circulation operation starting at 20:00. The flow path of potential hydrocarbons is inside the casing from the casing shoe.

The simulations show a fairly good match with the recorded stand pipe pressure during the circulation job, until the pumps are shut down at 21:30. From this point in time the simulations predicts a decreasing stand pipe pressure in contrast to the recordings showing several pressure peaks. The decrease in pressure is caused by lighter fluid in the annulus as mud and water is being replaced by hydrocarbons.

The following figures show plots of various variables, flow rates and pressures during the unloading sequence. The simulations are based on a constant influx of 300 mD and 15 m net pay. The casing is open to flow at surface.

æ add energy                                                                                      add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125371
BPD007-022374

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:    39 : 48
Rev.:         0
Date:    May 10



Figure 3.19: Pump schedule, 20:00 – 21:30, from data log and input to model



Figure 3.20: Stand pipe pressure, casing scenario, no pressure buildups

æ add energy                                                                    add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125372
BPD007-022375



Figure 3.21:Flow rates, casing scenario

### 3.11 Pressure drop in surface lines

In order to investigate whether the surface piping can create enough backpressure on the system to blow the diverter, several simulations were performed for a 500 ft horizontal line. The liquid flow capacity is high for the larger dimensions (see Figure 3.22), but as soon as gas is flowing together with the liquid, high frictional pressure drop can be observed.

The vent line from the gas buster is 245 ft high, and this will create a hydrostatic head of 180 psi based on the 14 ppg mud. A burst disk is installed to protect the gas separator, and is supposed to pop open at 60 psi. The flow will then be routed through a 6" line overboard with the vent line still open.

CONFIDENTIAL

BP-HZN-BLY00125373

BPD007-022376

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     41 : 48
Rev.:         0
Date:     May 10



*Figure 3.22: Frictional pressure loss in 500 ft pipe with 14 ppg mud*

## 3.12 Pressure drop across leaking annular

Simulations were performed to investigate the pressure drop that would occur in a situation with mud flow through a leaking annular between the riser and the 5 ½" drillpipe. The total flow area of a fully open annular is 252 in², and Figure 3.24 shows the pressure drop versus opening for two fixed flow rates of 14 ppg mud. As can bee seen from the figure, only minor pressure drops occur before the annular preventer is more than in a 97 % closed position.

CONFIDENTIAL

BP-HZN-BLY00125374
BPD007-022377

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:      42 : 46
Rev.:          0
Date:      May 10



*Figure 3.23: Annular preventer*





*Figure 3.24: Pressure drop across leaking annular*

---

æ add energy                                                         add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125375
BPD007-022378

## 3.13 Sensitivities with respect to potential events after 21:30

The actual pressure readings show fluctuations in pressure between 21:30 and 21:50. These fluctuations are believed to be caused by restrictions in the flow path (partly sealing annular preventers) and/or additional back pressure caused by surface piping and equipment. They cannot be explained by the transient effects such as inflow, changes in wellbore fluids, flashing, flow regime, swapping etc.



Flow through casing - No influx before circulation

*Table 3.6:  Pressure fluctuations the last minutes before explosion*

A simulation was run where the well was shut in at surface at 21:30. The pressure response indicates a quicker pressure buildup than shown by the data, see Figure 3.25.

CONFIDENTIAL

BP-HZN-BLY00125376
BPD007-022379

BP                                                           Page:      44 : 48
Dynamic Simulations                                          Rev.:          0
Deepwater Horizon Incident                                   Date:     May 10



Figure 3.25: *Pressure response for a sudden shut-in at surface (no flow)*

The first pressure build-up after 21:30 cannot be reproduced by closing in the well 100 %. Another simulation was performed where it is assumed that the annular is leaking. In addition to a leaking annular, the sudden drop and buildup occurring between 21:36 and 21:37 match very well with the assumption of a short bleed off to the cement unit. This sudden drop and build-up cannot be explained by a closing opening annular, as gas is already in the system and will dampen the pressure response on the drillpipe side.

æ add energy                                                 add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125377
BPD007-022380

BP
Dynamic Simulations
Deepwater Horizon Incident

Page:     45 : 48
Rev.:         0
Date:    May 10



*Figure 3.26: Simulations of circulation with flow through shoe, pressure buildups*

### 3.14 Flow through annulus based on leaking annular and no influx before circ

As stated in the previous section, it is not possible to get an influx from the outer annulus right after the sheen test if no kick was taken before 20:00. Figure 3.27 shows a linear static pressure profile in the well with 1000 psi drillpipe pressure, seawater in drillpipe, seawater in annulus up to the seal assembly and 14 ppg mud down to the top of a potential influx. In order to balance a 13 ppg sand at 17800 ft based on this condition, the top of the hydrocarbon influx should be at 16700 ft, see Figure 3.27. This requires a 25 bbl kick assuming that the top of the cement is at 17450 ft, with only smaller channels below to the 13 ppg sand.

æ add energy                                      add wellflow as

BP-HZN-BLY00125378
BPD007-022381

BP                                          Page:    46 : 48
Dynamic Simulations                         Rev.        0
Deepwater Horizon Incident                  Date:   May 10



*Figure 3.27: Pressure profile in outer annulus to balance 13 ppg sand*

æ add energy                              add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125379
BPD007-022382

# A.  Appendix A



For the dynamic simulations, OLGA-WELL-KILL, (powered by OLGA from SPT Group) was applied. The simulator is tailor-made for well kill simulations and has been used in a number of on-site applications for blowout and well control. The development started in 1989 (during an underground blowout in the North Sea) based on the OLGA pipeline simulator. The model is a fully dynamic simulator that is capable of handling three different fluid phases simultaneously. The model is capable of handling non-Newtonian fluids; i.e. the viscosity is depending on the shear-rate. The OWK simulator handles a number of different flow configurations, e.g. annular flow, flow through bit nozzles, valves, pipe joints etc. See www.addenergy.no for more information.

The base core Olga code was presented in 1991 [ref. 14]. The original version of the OLGA-WELL-KILL model is described in a paper from 1996 [ref. 10]. Application of the model have been presented in a number of papers [ref. 1, 2, 4, 8, 11, 12 and 13].



Reservoir fluid characterization and property generation was performed by PVTsim. This is the market leading fluid characterization and simulation software. See www.calsep.com for more info.

   add energy                           add wellflow as

CONFIDENTIAL

BP-HZN-BLY00125380
BPD007-022383

# B. References

1. Oskarsen, Wright, Rygg, Selbekk & Allcorn: "A Case Study in Relief-Well Drilling Using a Modified Driller's Method as a Well-Intervention Alternative to Bullheading." IADC Well Control Middle East 2008 Conference & Exhibition, 2-3 December 2008, Muscat, Oman

2. Rygg, O.B.: "Well control evaluation as an integral part of well design." IADC Well Control Conference Europe, Amsterdam 9-10 April 2008.

3. Scandpower, "Blowout and well release frequencies – BlowFAM Edition.", April 2008.

4. Rygg, O.B.: "The necessity of modelling in contingency planning and emergency well control response." IADC International Well Control Conference & Exhibition, Singapore 8-9 November 2005.

5. OLF "Retningslinjer for beregning av utblåsningsrater og –varigheter til bruk ved analyse av miljørisiko", Nov 2004, Rev.2. Jan. 2007.

6. Reed, M., Emilsen, M. H., Hetland, B. Johansen, Ø, Buffington, S., "Numerical Model for Estimation of Pipeline Oil Spill Volumes", 2003 International Oil Spill Conference, Vancouver, British Colombia, Canada

7. Rygg, O, Emilsen, M. H., "Analysis Of The Hazardous Consequences Of Pipeline Ruptures", PSIG Annual Meeting, October 23-25, 2002, Portland, Oregon

8. Hartmann, R., Møllerstad, H., Bysveen, J. and Rygg, O.B. "Blowout Contingency for Deep Water High Rate Subsea Gas Wells" IADC International Deepwater Drilling Conference, Rio de Janeiro, Brazil, Nov. 2003

9. Holand, Per, "*Offshore Blowouts, Causes and Control*", Gulf Publishing Company, Houston Texas, 1997.

10. Rygg, O.B. Friedemann, J.D. and Nossen, J., "Advanced well flow model used for production, drilling and well control applications." IADC Well Control Conference for Europe, Aberdeen, May 1996

11. Rygg, O.B. and Smestad, P., "Blowout Control Hydraulics applied to Critical well Planning." IADC Well Control Conference for Europe, Stavanger, June 1994

12. Smestad, P., O.B. Rygg and J.W. Wright, "Blowout control: response, intervention and management, Part 5. Hydraulics modelling," World Oil, pp 75-80, April 1994

13. Rygg, O.B.; Smestad, P, and Wright, J.W.: "Dynamic Two-Phase Flow Simulator, a Powerful Tool for Blowout and Relief Well Kill Analysis." SPE 24578, Presented at the 67th SPE Annual Technical Conference and Exhibition, Washington DC, Oct. 1992.

14. Bendiksen, K., Malnes, D., Moe, R. and Nuland, S.: "The Dynamic Two-Fluid Model OLGA: Theory and Application." SPE Production Engineering, May 1991.

CONFIDENTIAL

BP-HZN-BLY00125381

BPD007-022384

1           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2

   IN RE:  OIL SPILL BY   MDL NO. 2179
3   THE OIL RIG
   "DEEPWATER HORIZON"    SECTION:  J
4   IN THE GULF OF
   MEXICO, ON APRIL 20,  JUDGE BARBIER
5   2010                  MAG. JUDGE SHUSHAN

6



12

13

14             **VOLUME 2 OF 2**

15    Deposition of **DOUG SUTTLES** taken in the

16  Mardi Gras Room, Pan American Life Center,

17  601 Poydras Street, New Orleans, Louisiana,

18  on Friday, May 20, 2011.

19

20  **APPEARANCES:**

21  ON BEHALF OF THE PLAINTIFFS STEERING
   COMMITTEE:
22      LEVIN, PAPANTONIO, THOMAS, MITCHELL,
       ECHSNER, RAFFERTY & PROCTOR, PA
23      (BY:  BRIAN H. BARR, ESQUIRE)
       316 S. Baylen Street, Suite 600
24      Pensacola, Florida 32502

25

```
 1    It's 2:48.  This is Videotape No. 6.
 2              (Short recess.)
 3         THE VIDEOGRAPHER:
 4              We're back on the record.  It's
 5    2:52.  This is Videotape No. 6.
 6    EXAMINATION BY MS. BRYANT:
 7         Q.    Hi, my name is Margaret Bryant,
 8    and I represent Drill-Quip.  And I just have
 9    a few questions.
10              Did you testify earlier that
11    immediately following the blowout BP believed
12    that the flow path was most likely through
13    the annulus and that you informed the MMS and
14    the Coast Guard of this?
15              (Discussion off the record.)
16         THE REPORTER:
17              What was the end of that?
18         MS. BRYANT:  I'll ask it again.
19    EXAMINATION BY MS. BRYANT:
20         Q.    Did you testify earlier that
21    immediately following the blowout BP believed
22    that the flow path was most likely through
23    the annulus and you informed the MMS and the
24    Coast Guard of this assertion?
25         MS. KARIS:
```

1           Object to form.
2      A.      The -- the people I spoke to in
3  BP operating in the Houston command post had
4  described to me that their assessment at that
5  point was they thought the flow was up the
6  annulus.  I discussed that and asked the
7  views of the MMS, and I believe at that time
8  they shared that they also had that view, and
9  myself and members from the MMS discussed
10  that with Admiral Landry.
11  EXAMINATION BY MS. BRYANT:
12      Q.      Do you know what evidence that
13  was based upon or -- at that time?
14      A.      I don't -- I don't know what --
15  what evidence they were using to do that, no.
16  That was the -- the drilling experts back in
17  Houston, I think, making that assessment.
18      Q.      And the experts back in Houston,
19  did they state that they -- their degree of
20  certainty in their assertion that the flow
21  path was through the annulus?
22      A.      Well, I -- I -- I think they
23  were -- what they pressed upon me is, of
24  course, we didn't know for certain.  It was
25  just their interpretation of the things they