UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| This Documents Relates to: 2:12-cv-02004-CJB-SS | Judge Barbier Mag. Judge Shushan |

**MOTION FOR DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, SERGIO VALDIVIESO, moves for the entry of an Order of Dismissal without Prejudice as to EASTERN RESEARCH GROUP, INC. (hereafter sometimes called "ERG") in this cause, based on sworn evidence that ERG has provided which indicates that it is not a proper party.

WHEREFORE PREMISES CONSIDERED, Plaintiff, SERGIO VALDIVIESO, respectfully requests that this Court enter an Order of Dismissal without Prejudice in this cause, based on sworn evidence that ERG has provided which indicates that it is not a proper party.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

By: _____
      W. MARK LANIER
      State Bar No. 11934600
      KEVIN P. PARKER
      State Bar No. 15494040
      CHARLES F. HERD, JR.
      State Bar No. 09504480
      M. MICHELLE CARRERAS
      State Bar No. 24040647
      P.O. Box 691448
      6810 FM 1960 West (77069)
      Houston, Texas 77269-1448
      Telephone: (713) 659-5200
      Fax: (713) 659-2204
      Direct Fax: (281) 866-6963

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of March, 2013, a true and correct copy of the above and foregoing document has been sent to the following counsel of records:

Brittani W. Rollen
George C. Haratsis
McDonald Sanders
777 Main Street, Suite 1300
Fort Worth, TX 76102
**Attorneys for Defendant Eastern Research Group, Inc.**

Thomas W. Taylor
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
**Attorney for BP Defendants**

J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
**Attorney for BP Defendants**

_____
Charles F. Herd, Jr.