UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § All Cases and § 2:10-cv-2771 § § | | MDL No. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE SHUSHAN |

ORDER GRANTING HESI'S *EX PARTE* CONSENT MOTION FOR
LEAVE TO FILE ITS OMNIBUS SUPPLEMENTAL ANSWER
ASSERTING AFFIRMATIVE DEFENSE OF SUPERSEDING CAUSE

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Ex Parte Motion for Leave to File its Omnibus Supplemental Answer Asserting Affirmative Defense of Superseding Cause ("Motion").  The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file its Omnibus Supplemental Answer Asserting Affirmative Defense of Superseding Cause ("Supplemental Answer"), and that this Supplemental Answer is incorporated within, and supplements, the following answers previously filed by HESI:

- Halliburton Energy Services, Inc.'s Answer to Transocean's Rule 13 Cross-Claims/Counterclaims, filed May 20. 2011 [Dkt. No. 2469];

- Halliburton Energy Services, Inc.'s Answer to M-I, L.L.C.'s First Amended Cross-Claims, filed June 20, 2011 [Dkt. No. 2920];

- Halliburton Energy Services, Inc.'s Answer To Transocean's Rule 13 Cross-Claims/Counterclaims and Rule 14 Third Party Complaint, filed June 20, 2011 [Dkt. No. 2932];

**ORDER GRANTING HESI'S *EX PARTE* CONSENT MOTION FOR
LEAVE TO FILE ITS OMNIBUS SUPPLEMENTAL ANSWER
ASSERTING AFFIRMATIVE DEFENSE OF SUPERSEDING CAUSE**

Page 1

- Halliburton Energy Services, Inc.'s Answer to Cameron International Corporation's Counterclaims and Cross-Claims, filed June 20, 2011 [Dkt. No. 2933];

- Halliburton Energy Services, Inc.'s Answer to Nalco Company's Counterclaim, filed July 15, 2011 [Dkt. No. 3337];

- Halliburton Energy Services, Inc.'s Answer to O'Brien's Response Management Inc.'s Counterclaim, filed July 15, 2011 [Dkt. 3339];

- Halliburton Energy Services, Inc.'s Answer to National Response Corporation's Counterclaim, filed July 15, 2011 [Dkt. 3340];

- Halliburton Energy Services, Inc.'s Answer to Class Action Petition for Damages and Crossclaims, filed August 19, 2011 [Dkt. 3784];

- Halliburton Energy Services, Inc.'s Answer to the State of Louisiana's First Amended Complaint, filed December 14, 2011 [Dkt. 4900];

- Halliburton Energy Services, Inc.'s Answer to the State of Alabama's First Amended Complaint, filed December 14, 2011 [Dkt. 4910];

- Halliburton Energy Services, Inc.'s Answer to the State of Veracruz's First Amended Complaint, filed January 1, 2012 [Dkt. 5329];

- Halliburton Energy Services, Inc.'s Answer to the State of Quintana Roo's First Amended Complaint, filed January 23, 2012 [Dkt. No. 5330];

- Halliburton Energy Services, Inc.'s Answer to the State of Tamaulipas' First Amended Complaint, filed January 23, 2012 [Dkt. No. 5331];

- Halliburton Energy Services, Inc.'s Answer to the Local Government Entity Master Voluntary Claim in Limitation (No. 10-2771) (Rule 9(h)) and Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint in Admiralty ("Bundle C Master Complaint") In Accordance With PTO No. 33 [CMO No. 33] Section III (C) ["Pleading Bundle "C""], filed January 23, 2012 [Dkt. 5333];

- Halliburton Energy Services, Inc.'s First Amended Answer to the First Amended Master Claim in Limitation ("First Amended Master Claim") and the First Amended Master Complaint, Cross-Claim, And Third-Party Complaint For Private Economic Losses In Accordance With PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"], filed September 26, 2011 [Dkt. No. 7722];

- Halliburton Energy Services, Inc.'s First Amended Answer To BP's Cross Complaint and Third Party Complaint, filed October 17, 2012 [Dkt. 7723];

- Halliburton Energy Services, Inc.'s First Amended Answer to BP's Third Party Complaint, filed October 17, 2012 [Dkt. No. 7724]; and

**ORDER GRANTING HESI'S *EX PARTE* CONSENT MOTION FOR
LEAVE TO FILE ITS OMNIBUS SUPPLEMENTAL ANSWER
ASSERTING AFFIRMATIVE DEFENSE OF SUPERSEDING CAUSE**

Page 2


- Halliburton Energy Services, Inc.'s Answer to the First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III.B(3) ["B3 Bundle"], filed November 26, 2011 [Dkt. No. 7931].

Signed on the   5th   day of March, 2013.

_____
United States Magistrate Judge