# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-02771, 2:11-cv-00925 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

___

| | |
|---|---|
| GARY AND DEBORAH SELLNO, KERRY AND SANDRA LAURICELLA, WILLIAM AND GEORGIA GIBSON, *ET AL.* | CIVIL ACTION NO. 11-925<br><br>SECTION:  J |
| V. | JUDGE BARBIER |
| B.P. EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION CO.; B.P., P.L.C.; CAMERON INTERNATIONAL CORP.; HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; M-I, L.L.C. | MAG. JUDGE SHUSHAN |

___

## JOINT DESIGNATION OF RECORD ON APPEAL
## IN FIFTH CIRCUIT CASE NO. 12-31261

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|---|---|---|---|---|
| No. 10-2771 | 1 | 5-13-10 | Transocean | Complaint and Petition for Exoneration from or Limitation of Liability |
| MDL 2179 | 2 | 8-10-10 | Court | Pretrial Order No. 1 |
| MDL 2179 | 62 | 8-24-10 | Court | Order [consolidating limitation action with MDL 2179] |
| MDL 2179 | 506 | 10-8-10 | Court | Pretrial Order No. 8 [Appointment of PSC and Plaintiff Executive Committee] |

| | | | | |
|---|---|---|---|---|
| MDL 2179 | 569 | 10-19-10 | Court | Pretrial Order No. 11 [Case Management Order No. 1] |
| MDL 2179 | 879 | 12-15-10 | PSC | Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 982 | 1-12-11 | Court | Pretrial Order No. 24 [Deeming Short-Form Joinders to be filed within the MDL and Limitation] |
| MDL 2179 | 983 | 1-12-11 | Court | Pretrial Order No. 25 [Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints] |
| MDL 2179 | 1128 | 2-9-11 | PSC | First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 1429 | 2-28-11 | HESI | Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint for Economic Losses |
| MDL 2179 | 1440 | 2-28-11 | BP | BP Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) Plaintiffs' First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses Filed in Accordance with PTO No. 11 (CMO No. 1), Section III.B1 ("B1 Bundle") |
| MDL 2179 | 1501 | 3-3-11 | Court | Pretrial Order No. 31 [Clarifying the Master Complaints, Short-Form Joinders, and Responsive Pleadings] |
| MDL 2179 | 1808 | 3-29-11 | PSC | Plaintiffs' Memorandum of Law in Opposition to Motions to Dismiss Plaintiffs' Fraud Claims |
| No. 11-925 | 1 | 4-20-11 | Sellno, *et al.* | Complaint |
| No. 10-2771 | 388 | 4-20-11 | Sellno, *et al.* | Answer to Complaint and Petition of Triton Asset Leasing GmbH, et al for Exoneration from or Limitation of Liability and Claims and Counterclaim, Cross-Claim, and Third Party Complaint |
| No. 11-925 | 3 | 4-27-11 | Court | Pretrial Orders |

| | | | | |
|---|---|---|---|---|
| MDL 2179 | 2298 | 5-9-11 | HESI | Reply in Support of Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint for Economic Losses |
| MDL 2179 | 2312 | 5-9-11 | BP | BP Defendants' Reply Memorandum in Support of BP Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) Plaintiffs' First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses Filed in Accordance with PTO No. 11 [CMO No. 1], Section III.B1 ["B1 Bundle"] and in Response to State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss |
| MDL 2179 | 3830 | 8-26-11 | Court | Order and Reasons [As to Motions to Dismiss B1 Master Complaint] |
| MDL 2179 No. 10-2771 | 4118 | 9-26-11 | HESI | Halliburton Energy Services, Inc.'s Answer to First Amended Master Complaint in Limitation, and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 4130 | 9-27-11 | BP | The BP Parties' Answer to the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 4291 | 10-13-11 | BP | BP Defendants' Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) |
| MDL 2179 | 6418 | 5-2-12 | Court | Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement] |
| MDL 2179 | 6430 | 5-3-12 | PSC & BP | Notice of Filing of the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, and as Preliminarily Approved by the Court on May 2, 2012 |
| MDL 2179 | 6657 | 6-12-12 | Court | Order [Calling for Motions and Briefs on Certain Issues] |

| | | | | |
|---|---|---|---|---|
| MDL 2179 | 6889 | 7-11-12 | HESI, Transocean, & M-I L.L.C. | Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Motions to Dismiss Recreation Claims Included in Plaintiffs' First Amended Bundle B1 Master Complaint |
| MDL 2179 | 6891 | 7-11-12 | HESI, Transocean, & M-I L.L.C. | Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Motions to Dismiss Pure Stigma Claims Included in Plaintiffs' First Amended Bundle B1 Master Complaint |
| MDL 2179 | 6894 | 7-11-12 | BP | BP's Motion to Dismiss Recreation Claims |
| MDL 2179 | 6895 | 7-11-12 | BP | BP's Motion to Dismiss Stigma Claims |
| MDL 2179 | 6921 | 7-17-12 | Cameron | Brief of Defendant Cameron to Confirm Dismissal of "Pure Stigma Claims" |
| MDL 2179 | 6923 | 7-17-12 | Cameron | Brief of Defendant Cameron to Confirm Dismissal of "Recreation Claims" |
| MDL 2179 | 7076 | 8-9-12 | U.S. | Stipulated Facts Concerning Source Control Events |
| MDL 2179 | 7094 | 8-10-12 | PSC | Plaintiffs' Opposition to Defendants' Motion to Dismiss "Recreation Claims" |
| MDL 2179 | 7095 | 8-10-12 | PSC | Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss "Pure Stigma" Claims |
| MDL 2179 | 7096 | 8-10-12 | PSC | Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss BP Dealer Claims |
| MDL 2179 | 7099 | 8-10-12 | Sellno, *et al.* | Plaintiffs' Memorandum in Opposition to Defendants' Rule 12(b)(6) Motions to Dismiss "Pure Stigma Claims" and "Recreation Claims" |
| MDL 2179 | 7100 | 8-10-12 | Sellno, *et al.* | Plaintiffs' Request for Oral Argument |
| MDL 2179 | 7193 | 8-31-12 | BP | BP's Reply in Support of Motion to Dismiss Stigma Claims |
| MDL 2179 | 7195 | 8-31-12 | BP | BP's Reply in Support of Motion to Dismiss Recreation Claims |
| MDL 2179 | 7276 | 9-4-12 | HESI, Transocean, & M-I L.L.C. | Reply in Support of Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Motions |

| | | | | |
|---|---|---|---|---|
| | | | | to Dismiss Plaintiffs' Pure Stigma and Recreation Claims |
| MDL 2179 | 7293 | 9-6-12 | U.S. | Memorandum of the United States of America in Response to "BP Defendants' Memorandum in Support of Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement" [Rec. Doc. 7114] |
| MDL 2179 | N/A | 9-11-12 | Court | Tentative Agenda Status Conference September 14, 2012 |
| MDL 2179 | 7384 | 9-12-12 | Sellno, *et al.* | The Sellno Plaintiffs' Request for Reconsideration Regarding Oral Argument |
| MDL 2179 | 7395 | 9-13-12 | Court | Order [denying Sellno plaintiffs' request for reconsideration] |
| MDL 2179 | 7458 | 9-21-12 | Court | Transcript of Hearing/Status Conference on September 14, 2012 |
| MDL 2179 | 7526 | 10-1-12 | Court | Order and Reasons [As to the Motions to Dismiss the Pure Stigma, BP Dealer, and Recreation Claims] |
| MDL 2179 | 7722 | 10-17-12 | HESI | Halliburton Energy Services, Inc.'s First Amended Answer to Plaintiffs' First Amended Master Claim in Limitation, and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |
| MDL 2179 | 7770 | 10-29-12 | Sellno, *et al.* | Sellno Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing "Pure Stigma Claims" and "Recreation Claims" |
| MDL 2179 | 7771 | 10-29-12 | Sellno, *et al.* | Request for Oral Argument |
| MDL 2179 | 7791 | 10-31-12 | Court | Order [denying Sellno plaintiffs' request for oral argument] |
| MDL 2179 | 7962 | 11-20-12 | BP | BP's Opposition to *Sellno* Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing "Pure Stigma Claims" and "Recreation Claims" |
| MDL 2179 | 7973 | 11-21-12 | Cameron | Brief of Defendant Cameron Opposing the Sellno Plaintiffs' Alternative |

| | | | | |
|---|---|---|---|---|
| | | | | Motions for Reconsideration or Immediate Appeal of Order Dismissing Stigma and Recreation Claims |
| MDL 2179 | 7992 | 11-21-12 | HESI, Transocean, & M-I L.L.C. | Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Opposition to the Sellno Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing Pure Stigma Claims and Recreation Claims |
| MDL 2179 | 8049 | 11-29-12 | Court | Order [denying Sellno plaintiffs' motion for reconsideration] |
| MDL 2179 | 8089 | 12-11-12 | Sellno, *et al.* | Notice of Appeal |
| MDL 2179 | 8138 | 12-21-12 | Court | Order and Reasons [Granting Final Approval of the Economic and Property Damages Settlement Agreement] |
| MDL 2179 | 8139 | 12-21-12 | Court | Order and Judgment Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class |
| MDL 2179 | 8516 | 2-4-13 | USCA Clerk | Order [dismissing Sellno plaintiffs' appeal] |
| MDL 2179 | 8528 | 2-8-13 | Sellno, *et al.* | Appeal Transcript Request |
| MDL 2179 | 8693 | 2-20-13 | USCA | Order [granting Sellno plaintiffs' request to resinstate appeal] |
| MDL 2179 | 8695 | 2-20-13 | USCA | Order [re: joint designation of record on appeal] |

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*/s/ Caleb H. Didriksen*_____
**CALEB H. DIDRIKSEN**, La. Bar No. 1334
**DIANE R. COSENZA**, La. Bar No. 4419
**MICHAEL D. LANE**, La. Bar No. 30364
3114 Canal Street
New Orleans, LA 70119

Telephone:  (504) 586-1600
Facsimile:   (504) 822-3119
Email: caleb@didriksenlaw.com
       diane@didriksenlaw.com
       mike@didriksenlaw.com

*Attorneys for Appellants*

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL   60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

/s/  *Christopher Landau*
Christopher Landau, P.C.
Jeffrey Bossert Clark
Aditya Bamzai
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC   20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA   70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC   20004-2401
Telephone:  202-662-5985
Facsimile:  202-662-6291

*Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**GODWIN LEWIS PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com

Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone:  (214) 939-4400
Facsimile:   (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:   (713) 425-7594

***Attorneys for Defendant Halliburton Energy Services, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of March, 2013.

/s/ Caleb H. Didriksen