

# IN RE: OIL SPILL by "Deepwater Horizon"
## DISMISSAL FORM FOR MDL 2179 PLAINTIFFS AND CLAIMANTS-IN-LIMITATION

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-2771 and 10-8888)

Sep 16 2011
4:09PM

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### DISMISSAL FORM[1]

By submitting this form, you are moving to dismiss all claims asserted in the Short Form identified below and/or the individual Complaint identified below. If you are an attorney representing the plaintiff and/or Claimant-in-Limitation identified in the Short Form identified below and/or in the individual Complaint identified below, you must indicate whether you are moving to dismiss with or without prejudice. If you are not represented by an attorney, the Court will deem your filing of this form as a motion to dismiss without prejudice. Once filed, you or your client will no longer be part of the individual cases, class actions, or Master Complaints against BP or other Defendants in MDL 2179 or the Limitation Action against Transocean.

[✓] I am an attorney representing the individual or entity listed in the Short Form identified below and/or a plaintiff in the individual Complaint identified below.

[ ] I am not an attorney. I am individual, or a person authorized to act for a business, that filed the Short Form identified below and/or the individual Complaint identified below.

| Plaintiff / Claimant Last Name | Plaintiff / Claimant First Name | Plaintiff / Claimant Middle or Maiden Name | Suffix |
|---|---|---|---|
| Bishop | Deborah | P | |

| Phone Number (251) 649-9554 | E-Mail Address debbie@cls-midway.com |
|---|---|
| Address P. O. Box 987 | City / State / Zip Semmes, AL 36575 |

| INDIVIDUAL CLAIM [ ] | BUSINESS CLAIM [✓] |
|---|---|
| Employer Name | Business Name Bishop Enterprises, LLC. |
| Job Title / Description | Type of Business Construction |
| Address | Address P. O. Box 987 |
| City / State / Zip | City / State / Zip Semmes, AL 36575 |
| Last 4 digits of Social Security Number | Last 4 digits of Tax ID Number 6637 |

Short Form filed?   YES [ ]   NO [✓]

If yes, list your Original Short Form Document Number (this is the document filing number provided to you upon filing your Short Form with the Court).

Short Form Document No.: _____ (filed in C.A. No. 10-8888).

If you filed a Complaint other than a Short Form, please provide the following information about your original case:

Original Case Caption: IN RE TRITON ASSET LEASING Gmbh, et al

EDLA Civil Action No.: 2:10-cv-02771 Doc. 341

Originating Court and Action No. (if applicable): U.S.Dist.Ct., Eastern District of Louisiana - 2:10-cv-02771

---

[1] If dismissing a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Form is to be filed in CA No. 10-8888, by prior order of the Court (Rec. Doc. 4043, in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be a simultaneous filing in C.A. 10-2771 and MDL 2179. If dismissing only an individual Complaint, and not a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in MDL 2179, Civil Action No. 10-md-2179.

| | |
|---|---|
| Claim filed with BP?   YES ☐   NO ☐<br>If yes, list BP Claim No.: _____ | Claim Filed with GCCF?   YES ☑   NO ☐<br>If yes, list Claimant Identification No.: 1630084 |

Plaintiff Profile Form served?   YES ☑   NO ☐

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: 38200428

| | |
|---|---|
| Attorney Name (if applicable) E. J. Saad | Firm Name (if applicable) E. J. Saad Law Firm |
| Address 6207 Cottage Hill Road, Suite G | City / State / Zip Mobile, AL 36609 |
| Phone Number (251) 660-0888 | E-Mail Address ejsaad@ejsaadlaw.com |

Dismissing your claims means that you or your business will no longer be part of the individual cases, class actions, or Master Complaints against BP and other Defendants in MDL 2179 or the Limitation Action against Transocean. By dismissing your claims, you may lose rights against Transocean, and may forfeit the ability to be included in the February 2012 Trial. You may be able to file another lawsuit or Short Form in the future, but any and all such future actions or claims may be subject to substantive or procedural requirements or limitations. If you have previously dismissed (and re-filed) your claims, and seek to dismiss them again by submitting this form, you may not be able to file another lawsuit, claim or Short Form in the future in connection with the Macondo Well / Deepwater Horizon incident. You should consult a lawyer if you have previously dismissed your claims, or if you have any questions. However, a lawyer is not required to file this form and there is no filing fee.

Please check the box(es) below regarding why you wish to dismiss your claims:

☑ Resolved Claim with the GCCF (List GCCF Claimant Identification No.: 1630084 )

☐ Pursuing Claim with the GCCF (List GCCF Claimant Identification No.: _____ )

☐ Other: _____

If you are an attorney, check the box identifying the form of dismissal for which you are moving on behalf of your client. If you are not an attorney, do not complete this box:

☑ Dismissal with Prejudice
☐ Dismissal without Prejudice

_[signature]_
Attorney Signature

March 5, 2013
Date

**If you are not an attorney, you must read and sign this box:**

By submitting this form, I, or the business I am authorized to act for, dismiss any claims based in the Short Form identified above and/or any claims in the individual Complaint identified above (if any). This means that I, or my business, will no longer be part of the individual cases, class actions, or Master Complaints against BP and other Defendants in MDL 2179 or the Limitation Action against Transocean.

I acknowledge that I have read and understand the information above, I am signing and submitting this form voluntarily, and I have the authority to submit this form on behalf of the Plaintiff identified in the Short Form or individual Complaint identified above. I understand that I have the right to consult with an attorney of my own choosing prior to submitting this form. However, I understand that an attorney is not required to file this form and there is no filing fee.

_____

Plaintiff Signature

_____

Print Name (and Title, if a Business)

_____

Date