UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J(2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| *12-2857, Bricor, LLC v. BP Exploration* | * | **MAG. JUDGE WILKINSON** |
| *& Production Inc.* | * | |

## ORDER

Case No. 12-2857 was consolidated with this Multidistrict Litigation and assigned to Magistrate Judge Sally Shushan (Division 1). Having considered Plaintiff's Motion to Sever and Re-Assign (Rec. Doc. 8520),

**IT IS ORDERED** that Case No. 12-2857 is **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. The parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

The parties are directed to use the above caption in future filings with this Court.

Signed in New Orleans, Louisiana this 5th day of March, 2013.

_____
United States District Judge

MAR -5 2013
TRANSFERRED TO
MAG