UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, On April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| This Document Relates To: | ) ) ) | SECTION J: MAG. 1 JUDGE BARBIER |
| IN RE; 10-8888 Short-Form Joinders | ) ) | MAG. JUDGE SHUSHAN |

### EX PARTE MOTION FOR LEAVE TO FILE SHORT FORM JOINDER BEYOND SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come various claimants identified in Exhibit A, which have filed their Short Form Joinders in Civil Action No. 10-8888 (the "Claimants") on March 5 and 6, 2013.  Undersigned counsel respectfully requests leave to file Claimants' Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the *MODU Deepwater Horizon*, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").[1]

In support of their motion, the Claimants declare as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding, which was extended to September 16, 2011.

2. Upon review of Deepwater Horizon Settlement documentation, Claimants have viable claims against defendants.

---

[1] To the extent that any Claimants identified in Exhibit A have settled or will settle their respective claims against BP and related entities, those Short Form Joinders shall be construed to relate only to those defendants and/or claims not released under each Claimant's respective settlement agreement.

3. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

4. The Transocean Limitation Proceeding is pending and undetermined.

For these reasons, the Claimants, identified in Exhibit A, respectfully move this Honorable Court for an Order granting this Motion for Leave to File Short Form Joinders and that this Court deem that said Short Form Joinders are timely filed in the Transocean Limitation Proceeding.

RESPECTFULLY SUBMITTED:

s/Matthew Andrews_____
MATTHEW ANDREWS (AL167247)
ATTORNEY FOR CLAIMANTS IN
EXHIBIT A

OF COUNSEL:

E. J. SAAD LAW FIRM
6207 Cottage Hill Road
Suite G
Mobile, Alabama 36609
Tel. No. 251-660-0888
Fax. No. 251-660-0777
mandrews@ejsaadlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013 I filed and served the foregoing pleading via Lexis Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

s/Matthew Andrews_____
Matthew Andrews