UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, On April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| This Document Relates To: | ) ) ) | SECTION J: MAG. 1 JUDGE BARBIER |
| IN RE; 10-8888 Short-Form Joinders | ) ) | MAG. JUDGE SHUSHAN |

## **EXHIBIT A**

1. Stabridg Construction, Inc.                                  Document No. 123723
2. DHS, Inc. d/b/a Roto Rooter                                  Document No. 123722
3. Bunn Brothers Materials, Inc.                                Document No. 123721
4. Apex Construction, LLC                                       Document No. 123720
5. Gulf Coast Air & Hydraulics                                  Document No. 123752
6. Melvin Pierce Painting, Inc.                                 Document No. 123753
7. Melvin Pierce Sandblasting & Special Coatings, Inc.          Document No. 123754
8. Midway Material Sales, Inc.                                  Document No. 123755
9. Trademark Construction, Inc.                                 Document No. 123756
10. Willard Rogers Painting Contractor, Inc.                    Document No. 123757
11. Andrew Davis                                                Document No. 123758
12. Anna Belle Rushing                                          Document No. 123759
13. Charlie Guntharp, Jr.                                       Document No. 123760
14. Kristopher A. Kahalley                                      Document No. 123761
15. Sloan Sandefur                                              Document No. 123762
16. Chestly H. Franklin                                         Document No. 123763