UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, On April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| | ) | SECTION J: MAG. 1 |
| This Document Relates To: | ) ) | JUDGE BARBIER |
| IN RE; 10-8888 Short-Form Joinders | ) ) | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion for Leave to File Short Form Joinders Beyond September 16, 2011 Monition Date filed by the Claimants identified in Exhibit A to that motion:

IT IS ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the Short Form Joinders for the Claimants, identified in Exhibit A to the Ex Parte Motion for Leave to File Short Form Joinders Beyond September 16, 2011 Monition Date, shall be deemed timely and filed in the Transocean Limitation Proceeding (Civil action No. 10-2771).

New Orleans, Louisiana this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE