UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, On April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| This Document Relates To: | ) ) ) | SECTION J: MAG. 1<br>JUDGE BARBIER |
| IN RE; 10-8888 Short-Form Joinders | ) ) | MAG. JUDGE SHUSHAN |

### EXHIBIT A

1. Stabridg Construction, Inc.                             Document No. 123723
2. DHS, Inc. d/b/a Roto Rooter                             Document No. 123722
3. Bunn Brothers Materials, Inc.                           Document No. 123721
4. Apex Construction, LLC                                  Document No. 123720
5. Gulf Coast Air & Hydraulics                             Document No. 123752
6. Melvin Pierce Painting, Inc.                            Document No. 123753
7. Melvin Pierce Sandblasting & Special Coatings, Inc.     Document No. 123754
8. Midway Material Sales, Inc.                             Document No. 123755
9. Trademark Construction, Inc.                            Document No. 123756
10. Willard Rogers Painting Contractor, Inc.               Document No. 123757
11. Andrew Davis                                           Document No. 123758
12. Anna Belle Rushing                                     Document No. 123759
13. Charlie Guntharp, Jr.                                  Document No. 123760
14. Kristopher A. Kahalley                                 Document No. 123761
15. Sloan Sandefur                                         Document No. 123762
16. Chestly H. Franklin                                    Document No. 123763