# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-02771, 2:11-cv-00925 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

---

| | |
|---|---|
| GARY AND DEBORAH  SELLNO, KERRY AND SANDRA LAURICELLA, WILLIAM AND GEORGIA GIBSON, *ET AL.* | CIVIL ACTION NO. 11-925<br><br>SECTION:  J |
| V. | JUDGE BARBIER |
| B.P. EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION CO.; B.P., P.L.C.; CAMERON INTERNATIONAL CORP.; HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; M-I, L.L.C. | MAG. JUDGE SHUSHAN |

---

## AMENDED JOINT DESIGNATION OF RECORD
## ON APPEAL IN FIFTH CIRCUIT CASE NO. 12-31261

1.    **Sellno Plaintiffs' Designations**

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|---|---|---|---|---|
| No. 10-2771 | 1 | 5-13-10 | Transocean | Complaint and Petition for Exoneration from or Limitation of Liability |
| MDL 2179 | 2 | 8-10-10 | Court | Pretrial Order No. 1 |
| MDL 2179 | 62 | 8-24-10 | Court | Order [consolidating limitation action with MDL 2179] |

| MDL 2179 | 569 | 10-19-10 | Court | Pretrial Order No. 11 [Case Management Order No. 1] |
|---|---|---|---|---|
| MDL 2179 | 879 | 12-15-10 | PSC | Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 982 | 1-12-11 | Court | Pretrial Order No. 24 [Deeming Short-Form Joinders to be filed within the MDL and Limitation] |
| MDL 2179 | 983 | 1-12-11 | Court | Pretrial Order No. 25 [Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints] |
| MDL 2179 | 1128 | 2-9-11 | PSC | First Amended  Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 1501 | 3-3-11 | Court | Pretrial Order No. 31 [Clarifying the Master Complaints, Short-Form Joinders, and Responsive Pleadings] |
| No. 11-925 | 1 | 4-20-11 | Sellno, *et al.* | Complaint |
| No. 10-2771 | 388 | 4-20-11 | Sellno, *et al.* | Answer to Complaint and Petition of Triton Asset Leasing GmbH, et al for Exoneration from or Limitation of Liability and Claims and Counterclaim, Cross-Claim, and Third Party Complaint |
| No. 11-925 | 3 | 4-27-11 | Court | Pretrial Orders |
| MDL 2179 | 3830 | 8-26-11 | Court | Order and Reasons [As to Motions to Dismiss B1 Master Complaint] |
| MDL 2179 | 6657 | 6-12-12 | Court | Order [Calling for Motions and Briefs on Certain Issues] |
| MDL 2179 | 6889 | 7-11-12 | HESI, Transocean, & M-I L.L.C. | Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Motions to Dismiss Recreation Claims Included in Plaintiffs' First Amended Bundle B1 Master Complaint |
| MDL 2179 | 6891 | 7-11-12 | HESI, Transocean, & M-I L.L.C. | Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Motions to Dismiss Pure Stigma Claims Included in Plaintiffs' |

| | | | | First Amended Bundle B1 Master Complaint |
|---|---|---|---|---|
| MDL 2179 | 6894 | 7-11-12 | BP | BP's Motion to Dismiss Recreation Claims |
| MDL 2179 | 6895 | 7-11-12 | BP | BP's Motion to Dismiss Stigma Claims |
| MDL 2179 | 6921 | 7-17-12 | Cameron | Brief of Defendant Cameron to Confirm Dismissal of "Pure Stigma Claims" |
| MDL 2179 | 6923 | 7-17-12 | Cameron | Brief of Defendant Cameron to Confirm Dismissal of "Recreation Claims" |
| MDL 2179 | 7076 | 8-9-12 | U.S. | Stipulated Facts Concerning Source Control Events |
| MDL 2179 | 7094 | 8-10-12 | PSC | Plaintiffs' Opposition to Defendants' Motion to Dismiss "Recreation Claims" |
| MDL 2179 | 7095 | 8-10-12 | PSC | Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss "Pure Stigma" Claims |
| MDL 2179 | 7099 | 8-10-12 | Sellno, et al. | Plaintiffs' Memorandum in Opposition to Defendants' Rule 12(b)(6) Motions to Dismiss "Pure Stigma Claims" and "Recreation Claims" |
| MDL 2179 | 7100 | 8-10-12 | Sellno, et al. | Plaintiffs' Request for Oral Argument |
| MDL 2179 | 7276 | 9-4-12 | HESI, Transocean, & M-I L.L.C. | Reply in Support of Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Motions to Dismiss Plaintiffs' Pure Stigma and Recreation Claims |
| MDL 2179 | 7293 | 9-6-12 | U.S. | Memorandum of the United States of America in Response to "BP Defendants' Memorandum in Support of Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement" [Rec. Doc. 7114] |
| MDL 2179 | N/A | 9-11-12 | Court | Tentative Agenda Status Conference September 14, 2012 |
| MDL 2179 | 7384 | 9-12-12 | Sellno, et al. | The Sellno Plaintiffs' Request for Reconsideration Regarding Oral Argument |
| MDL 2179 | 7395 | 9-13-12 | Court | Order [denying Sellno plaintiffs' request for reconsideration] |

| MDL 2179 | 7458 | 9-21-12 | Court | Transcript of Hearing/Status Conference on September 14, 2012 |
|---|---|---|---|---|
| MDL 2179 | 7526 | 10-1-12 | Court | Order and Reasons [As to the Motions to Dismiss the Pure Stigma, BP Dealer, and Recreation Claims] |
| MDL 2179 | 7770 | 10-29-12 | Sellno, *et al.* | Sellno Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing "Pure Stigma Claims" and "Recreation Claims" |
| MDL 2179 | 7771 | 10-29-12 | Sellno, *et al.* | Request for Oral Argument |
| MDL 2179 | 7791 | 10-31-12 | Court | Order [denying Sellno plaintiffs' request for oral argument] |
| MDL 2179 | 7962 | 11-20-12 | BP | BP's Opposition to *Sellno* Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing "Pure Stigma Claims" and "Recreation Claims" |
| MDL 2179 | 7973 | 11-21-12 | Cameron | Brief of Defendant Cameron Opposing the Sellno Plaintiffs' Alternative Motions for Reconsideration or Immediate Appeal of Order Dismissing Stigma and Recreation Claims |
| MDL 2179 | 7992 | 11-21-12 | HESI, Transocean, & M-I L.L.C. | Defendants Halliburton Energy Services, Inc., Transocean, and M-I L.L.C.'s Opposition to the Sellno Plaintiffs' Motion for New Trial, Motion to Alter or Amend Judgment, and Motion for Certification of Interlocutory Appeal of Judgment Dismissing Pure Stigma Claims and Recreation Claims |
| MDL 2179 | 8049 | 11-29-12 | Court | Order [denying Sellno plaintiffs' motion for reconsideration] |
| MDL 2179 | 8089 | 12-11-12 | Sellno, *et al.* | Notice of Appeal |
| MDL 2179 | 8516 | 2-4-13 | USCA Clerk | Order [dismissing Sellno plaintiffs' appeal] |
| MDL 2179 | 8528 | 2-8-13 | Sellno, *et al.* | Appeal Transcript Request |
| MDL 2179 | 8693 | 2-20-13 | USCA | Order [granting Sellno plaintiffs' request to resinstate appeal] |

| MDL 2179 | 8695 | 2-20-13 | USCA | Order [re: joint designation of record on appeal] |

The Sellno plaintiffs object to the designation on appeal of any part of the district court record other than original pleadings, responses thereto, 12(b)(6) motions to dismiss, memoranda in support and in opposition, oral argument, and related court rulings/orders.   The Sellno plaintiffs specifically object to the designation of any documents related to the Economic and Property Damage Class Action Settlement, including Rec. Docs. 6418, 6430, 8138, and 8139 (marked by an asterisk below).  The settlement is not admissible or relevant to this appeal.

This appeal is from the district court's order granting the defendants-appellees' Rule 12(b)(6) motions to dismiss certain types of claims on the pleadings.  Rule 12(b)(6) motions are based on the pleadings of the parties; they are not intended to address the merits of the claims or weigh any evidence.  The settlement documents do not have any bearing on or connection to the pleadings that are the subject of the motions to dismiss; thus, they are not and should not be admissible for any purpose in this appeal.  Additionally, any settlement negotiations (none of which included the Sellno plaintiffs or their lawyers) or references to what is, is not, or could have been included in the settlement are not admissible or relevant.

Accordingly, the Sellno plaintiffs expressly reserve the right to object to the introduction, reference, or use of any part of the record related to the Economic and Property Damage Class Action Settlement in this appeal.  The Sellno plaintiffs object to the designated documents marked with an asterisk.

**2.      BP's Supplemental Designations**

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|---|---|---|---|---|
| MDL 2179 | 506 | 10-8-10 | Court | Pretrial Order No. 8 [Appointment of PSC and Plaintiff Executive Committee] |
| MDL 2179 | 1440 | 2-28-11 | BP | BP Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) Plaintiffs' First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses Filed in Accordance with PTO No. 11 (CMO No. 1), Section III.B1 ("B1 Bundle") |
| MDL 2179 | 2312 | 5-9-11 | BP | BP Defendants' Reply Memorandum in Support of BP Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) Plaintiffs' First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses Filed in Accordance |

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|---|---|---|---|---|
| | | | | with PTO No. 11 [CMO No. 1], Section III.B1 ["B1 Bundle"] and in Response to State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss |
| MDL 2179 | 4130 | 9-27-11 | BP | The BP Parties' Answer to the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 4291 | 10-13-11 | BP | BP Defendants' Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) |
| MDL 2179 | 6418* | 5-2-12 | Court | Preliminary Approval Order [As to the Proposed Economic and Property Damages Class Action Settlement] |
| MDL 2179 | 6430* | 5-3-12 | PSC & BP | Notice of Filing of the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, and as Preliminarily Approved by the Court on May 2, 2012 |
| MDL 2179 | 7096 | 8-10-12 | PSC | Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss BP Dealer Claims |
| MDL 2179 | 7193 | 8-31-12 | BP | BP's Reply in Support of Motion to Dismiss Stigma Claims |
| MDL 2179 | 7195 | 8-31-12 | BP | BP's Reply in Support of Motion to Dismiss Recreation Claims |
| MDL 2179 | 8138* | 12-21-12 | Court | Order and Reasons [Granting Final Approval of the Economic and Property Damages Settlement Agreement] |
| MDL 2179 | 8139* | 12-21-12 | Court | Order and Judgment Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class |

### 3.    Transocean's Supplemental Designations

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|---|---|---|---|---|
| MDL 2179 | 1390 | 2-28-11 | Transocean | Transocean's Rule 12(b)(6) Motion to Dismiss the First Amended B1 Master |

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|---|---|---|---|---|
| | | | | Claim in Limitation And First Amended Master Complaint |
| MDL 2179 | 1398 | 2-28-11 | Transocean | Answer to First Amended Master Claim in Limitation [No. 10-2771] and Answer to First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"] |
| MDL 2179 | 2188 | 4-28-11 | Transocean | Reply Brief in Support of Transocean's Rule 12(b)(6) Motion to Dismiss the First Amended  B1 Master Claim in Limitation And First Amended B1 Master Answer |

**4.      HESI's Supplemental Designations**

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|---|---|---|---|---|
| MDL 2179 | 1429 | 2-28-11 | HESI | Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint for Economic Losses |
| MDL 2179 | 1808 | 3-29-11 | PSC | Plaintiffs' Memorandum of Law in Opposition to Motions to Dismiss Plaintiffs' Fraud Claims |
| MDL 2179 | 2298 | 5-9-11 | HESI | Reply in Support of Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint for Economic Losses |
| MDL 2179 No. 10-2771 | 4118 | 9-26-11 | HESI | Halliburton Energy Services, Inc.'s Answer to First Amended Master Complaint in Limitation, and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] |
| MDL 2179 | 7722 | 10-17-12 | HESI | Halliburton Energy Services, Inc.'s First Amended Answer to Plaintiffs' First Amended Master Claim in Limitation, and the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |

**5.     M-I L.L.C.'s Supplemental Designations**

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|----------|----------|------------|--------------|------------------|
| MDL 2179 | 1597 | 3-11-11 | M-I | Defendant M-I L.L.C.'s Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |
| MDL 2179 | 2216 | 4-29-11 | M-I | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |
| MDL 2179 | 4119 | 9-26-11 | M-I | Defendant M-I L.L.C.'s Answer and Affirmative Defenses to First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) [("B1 Bundle)] |

**6.     Cameron's Supplemental Designations**

| Case No. | Doc. No. | Date Filed | Filing Party | Name of Document |
|----------|----------|------------|--------------|------------------|
| MDL 2179 | 1395 | 2-28-11 | Cameron | Motion of Cameron International Corporation to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] for Failure to State a Claim and Demand for Trial by Jury |
| MDL 2179 | 1804 | 3-29-11 | PSC | Plaintiffs' Memorandum of Law in Opposition to Defendants Cameron's and Weatherford's Motions to Dismiss Products Liability Claims |
| MDL 2179 | 1822 | 3-30-11 | PSC | Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss Bundle B1 First Amended Master Complaint, Cross-Claim, and Third-Party Complaint |
| MDL 21179 | 2191 | 4-29-11 | Cameron | Reply Brief of Defendant Cameron International Corporation in Support of its Motion to Dismiss the First |

| | | | | |
|---|---|---|---|---|
| | | | | Amended Master B1 Complaint |
| MDL 2179 | 2400 | 5-18-11 | PSC | Supplement to Opposition to Motions to Dismiss the Amended B1 Master Complaint |
| MDL 2179 | 2702 | 5-26-11 | Court | Transcript of Motion Hearing held on May 26, 2011 before Judge Carl J. Barbier |
| MDL 2179 | 4114 | 9-26-11 | Cameron | Answer of Defendant/Third-Party Defendant Cameron to First Amended B1 Master Claim and Complaint, Together with Cross-Claims |
| MDL 2179 | 6592 | 5-30-12 | Court | Second Amended Pretrial Order No. 41 [Case Management Order No. 4] |

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*/s/ Caleb H. Didriksen*
**CALEB H. DIDRIKSEN**, La. Bar No. 1334
**DIANE R. COSENZA**, La. Bar No. 4419
**MICHAEL D. LANE**, La. Bar No. 30364
3114 Canal Street
New Orleans, LA 70119
Telephone:  (504) 586-1600
Facsimile:  (504) 822-3119
Email:  caleb@didriksenlaw.com
         diane@didriksenlaw.com
         mike@didriksenlaw.com

*Attorneys for Appellants*

*/s/  Christopher Landau*
Christopher Landau, P.C.
Jeffrey Bossert Clark
Aditya Bamzai
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC   20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA   70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW

Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL   60654
Telephone:  312-862-2000
Facsimile:  312-862-2200


GODWIN LEWIS PC

**By:**  /s/  Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone:  (214) 939-4400
Facsimile:   (214) 760-7332



   s/  Brad D. Brian
Brad D. Brian
Daniel B. Levin
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180
brad.brian@mto.com
daniel.levin@mto.com

Washington, DC   20004-2401
Telephone:  202-662-5985
Facsimile:  202-662-6291

***Attorneys for BP Exploration &
Production Inc., BP America
Production Company, and BP p.l.c.***


*and*

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:   (713) 425-7594

***Attorneys for Defendant Halliburton
Energy Services, Inc.***

Steven L. Roberts
Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
600 Congress Avenue, Suite 2000
Austin, Texas  78701-3232
Telephone: (512) 721-2679
Facsimile: (512) 721-2656
steven.roberts@sutherland.com
sean.jordan@sutherland.com

Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
john.elsley@roystonlaw.com

***Counsel for Transocean Offshore Deepwater
Drilling Inc. and Transocean Deepwater Inc.***


 /s/ Allyson N. Ho
Allyson N. Ho
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
T.  214.466.4000
F.  214.466.4001
aho@morganlewis.com

Hugh E. Tanner
Denise U. Scofield
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
T.  713.890.5000
F.  713.890.5001

***Attorneys for M-I L.L.C.***


BECK REDDEN, L.L.P.

By: /s/ David J. Beck
      David J. Beck
      Joe W. Redden, Jr.
      Russell S. Post
      David W. Jones
      Geoffrey Gannaway
      B.D. Daniel
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)

STONE PIGMAN WALTHER
      WITTMANN L.L.C.
Phillip A. Wittmann
Carmelite M. Bertaut
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200
(504) 581-3361 (Fax)

***Counsel for Cameron International
Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of March, 2013.


*/s/ Caleb H. Didriksen*