# LAMAR McKAY
## DEMONSTRATIVES / EXHIBITS USED DURING PSC's EXAM

*admitted 2/28/2013 at exh conf. SK*

| Pg | NUMBER | DESCRIPTION | SOURCE TREX |
|---|---|---|---|
| 3 | D-2908  (TREX-22878) | MMS Regs | TREX-00120 (MMS Regs §250.400, §250.401) |
| | D-2875  (TREX-22817) | What is Process Safety | TREX-20001 (Bea Report) |
| 4 | D-2887  (TREX-22820) | Highest Risk (Risk Mitigation Plan) | TREX-04171 (Risk Mitigation Plan) |
| | D-2279  (TREX-00986.263) | Photos | ~~TREX-00986 (Chief Counsel Report)~~ |
| 6 | TREX-05944  *Page 1 | Technical Note (Structures & Floating Systems Network) | TREX-05944 (Technical Note - Structures & Floating Systems Network) |
| | D-2912  (TREX-22880) | Technical Note | |
| | D-2913  (TREX-22880.001) | Technical Note | |
| 7 | D-2914  (TREX-22880.002) | Technical Note | |
| 16 | D-3145 | OMS Not In Effect on DWH (McKay Depo – 214/2-16) | |
| 17 | TREX-45393 | BP Sustainability Reports & Reviews<br><br>- 2006 Rpt, Cover (Bates 04953030)<br>- 2006 Rt,p Pg 9 (Bates ...04953042) | TREX-45393 (BP Sustainability Reports & Reviews) 2006 Rpt, Cover (Bates ...04953030) 2006 Rpt, Pg 9   (Bates ...04953042)<br><br>*(only admit pages shown – not all Sustainability Reports)* |
| 18 | TREX-07346  *Cover page Only* | Congress Hearing - McKay (May 11, 2010) | TREX-07346 (McKay Testimony – May 11, 2010) |
| | D-2915  (TREX-22881) | Congress Testimony  - McKay (May 11, 2010, Pg 58-59  – OMS) | |
| | D-2916  (TREX-22881.001) | Congress Testimony  - McKay (May 11, 2010, Pg 59  – OMS) | |
| 20 | TREX-07364  *Cover page only* | Congress Written Testimony - McKay (May 11, 2010) | TREX-07364 (McKay Statement – May 11, 2010) |
| | D-2917  (TREX-22882) | Congress Written Testimony (May 11, 2010 - Lessons Learned) | |
| | D-2918  (TREX-22882.001) | Congress Written Testimony (May 11, 2010 – Root Cause) | |
| | D-2673  (TREX-21722.004) | Org Chart – Board of Directors | Compilation and . . .<br><br>TREX-45385 (BP Annual Rpt & Accounts, 2009 - **Pg 66; Bates ... 04961491)  Do not need to admit entire Exhibit - only Pg 66.** |

PSC re Lamar McKay

| Pg | NUMBER | DESCRIPTION | SOURCE TREX |
|---|---|---|---|
|  | **D-2672** (TREX-21722.003) | Org Chart – SEEAC | Compilation and . . . <br><br>TREX-03852 <br>(SEEAC Mtg Minutes) <br><br>TREX-45385 <br>(BP Annual Rpt & Accounts, 2009 - Pg 66; Bates … 04961491) Do not need to admit entire Exhibit – only Pg 66. |
|  | **D-2674** (TREX-21722.005) | Org Chart – Exec Mgmt |  |
|  | **D-2675** (TREX-21722.006) | Org Chart – GORC | Compilation and . . . <br><br>TREX-03848 <br>(GORC Mtg Minutes) <br><br>TREX-03850 <br>(GORC Mtg Minutes) |
| 24 | **D-2747** (TREX-22784) | Bly – Current Title (Web Page) |  |
| 25 | **TREX-52673** | BP Guilty Plea <br>- Cover Pg <br>- Order, Pg 20 of 56 <br>- Order, Pg 27 of 56 <br>- Order, Pg 28 of 56 <br>- Order, Pg 29 of 56 <br>- Order, Pg 33 of 56 | TREX-26136 <br>(BP Guilty Plea) |

admitted 2-28-2013 SK
at exh conf