PSC, U.S., State of LA, State of AL

## LIST OF 126 DEPO BUNDLES

admitted 2/28/13 at exh conf SK

| NO. | NAME OF DEPONENT |
|---|---|
| 1 | Abbassian, Fereidoun |
| 2 | Albers, Shane |
| 3 | Albertin, Martin |
| 4 | Alberty, Mark |
| 5 | Anderson, Rex |
| 6 | Armstrong, Ellis |
| 7 | Barron, Daniel |
| 8 | Baxter, John |
| 9 | Beirne, Michael |
| 10 | Beirute, Robert |
| 11 | Bellow, Jonathan |
| 12 | Bodek, Robert |
| 13 | Braniff, Barry |
| 14 | Breazeale, Martin |
| 15 | Breland, Craig |
| 16 | Brock, Tony |
| 17 | Brown, Douglas |
| 18 | Burgess, Mark |
| 19 | Burns, Timothy |
| 20 | Byrd, Michael |
| 21 | Cameron, David |
| 22 | Campbell, Patrick |
| 23 | Canducci, Gerald |
| 24 | Castell, William |
| 25 | Cocales, Brett |
| 26 | Corser, Kent |
| 27 | Cowie, James |
| 28 | Cowlam, Gillian |
| 29 | Cramond, Neil |
| 30 | Cunningham, Erick |
| 31 | Daigle, Keith |
| 32 | Daly, Mike |
| 33 | DeFranco, Samuel |
| 34 | Domangue, Bryan |

PSC, US, St. of LA, St. of AL

admitted 2/28/13 at exh conf st

# LIST OF 126 DEPO BUNDLES

| NO. | NAME OF DEPONENT |
|---|---|
| 35 | Douglas, Scherie |
| 36 | Dugas, Roger |
| 37 | Dupree, James |
| 38 | Durkan, Alaric |
| 39 | Emilsen, Morten |
| 40 | Erwin, Jack Carter |
| 41 | Farr, Daniel |
| 42 | Faul, Ronald |
| 43 | Flynn, Steve |
| 44 | Fontenot, Kevin |
| 45 | Frazelle, Andrew |
| 46 | Gardner, Craig |
| 47 | Garrison, Greg |
| 48 | Gaude, Ed |
| 49 | Gray, Kelly |
| 50 | Grounds, Cheryl |
| 51 | Guillot, Walter |
| 52 | Hackney, David |
| 53 | Hadaway, Troy |
| 54 | Hay, Mark |
| 55 | Hayward, Anthony |
| 56 | Inglis, Andy |
| 57 | Jackson, Curtis |
| 58 | Jassal, Kalwant |
| 59 | Johnson, Paul |
| 60 | Keeton, Jonathan |
| 61 | Kellingray, Daryl |
| 62 | Kent, James |
| 63 | Keplinger, Yancy |
| 64 | Lacy, Kevin |
| 65 | Lacy, Stuart |
| 66 | LeBleu, John |
| 67 | Lee, Philip |
| 68 | LeNormand, William |

PSC, US, St. of LA, St. of AL

# LIST OF 126 DEPO BUNDLES

admitted 2/28/13 at exh conf SK

| NO. | NAME OF DEPONENT |
|---|---|
| 69 | Little, Ian |
| 70 | Little, Ian - 30(b)(6) |
| 71 | Lucas, Matt |
| 72 | Lynch, Richard |
| 73 | Mansfield, James |
| 74 | Martin, Brian |
| 75 | Maxie, Doyle |
| 76 | Mazella, Mark |
| 77 | McKay, Jim |
| 78 | McWhorter, Jim |
| 79 | Meinhart, Paul |
| 80 | Miller, Richard |
| 81 | Mogford, John |
| 82 | Moore, Jimmy |
| 83 | Morgan, Rickey |
| 84 | Nguyen, Quang |
| 85 | Paine, Kate |
| 86 | Patton, Frank |
| 87 | Pleasant, Christopher |
| 88 | Powell, Heather |
| 89 | Quitzau, Robert |
| 90 | Rainey, David |
| 91 | Rich, David |
| 92 | Richard, Benjamin |
| 93 | Robinson, Steve |
| 94 | Rodriguez, Angel |
| 95 | Roller, Perrin |
| 96 | Rose, Adrian |
| 97 | Sannan, Stuart |
| 98 | Saucier, Michael |
| 99 | Schneider, Alan |
| 100 | Serio, Michael |
| 101 | Shaughnessy, John |
| 102 | Sierdsma, Peter |

MDL 2179

PSC, US, St. of LA, St. of AL

admitted 2/28/13 at exh conf sk

## LIST OF 126 DEPO BUNDLES

| NO. | NAME OF DEPONENT |
|---|---|
| 103 | Simonsen, Jan |
| 104 | Sims, David |
| 105 | Skelton, Cindi |
| 106 | Skidmore, Ross |
| 107 | Skripnikova, Galina |
| 108 | Smith, Newton |
| 109 | Sprague, John |
| 110 | Sprague, John - 30(b)(6) |
| 111 | Stelly, Phyllis |
| 112 | Strife, Stuart |
| 113 | Stringfellow, William |
| 114 | Suttles, Doug |
| 115 | Thierens, Henry |
| 116 | Thorseth, Jay |
| 117 | Tiano, Robert |
| 118 | Tooms, Paul |
| 119 | Trahan, Buddy |
| 120 | Trocquet, David |
| 121 | Wall, David |
| 122 | Walz, Gregory |
| 123 | Wetherbee, James |
| 124 | Whitby, Melvin |
| 125 | Winters, Warren |
| 126 | Yilmaz, Barbara |