Minute Entry
Barbier, J.
March 4, 2013
JS 10: 8 hr. 8 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

CASE MANAGER:             COURT REPORTER:
STEPHANIE KALL              KAREN IBOS (AM)
                            JODI SIMCOX  (PM)


NON-JURY TRIAL
(Day five)

MONDAY, MARCH 4, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

BP offers exhibits and flash drive regarding exam of Mark Bly: ORDERED admitted. (see list attached)

Transocean's MOTION for Leave to File Additional Document to Its Phase One Trial Exhibit List [8756]; ORDERED DENIED.

Halliburton Energy Services, Inc.'s MOTION for Leave to File To Add Exhibits for Good Cause [8757]; ORDERED DENIED.

Witness: Mark Bly, previously sworn and testified.

Cameron offers exhibits regarding exam of Mark Bly: ORDERED admitted. (see attached)

US offers exhibits and CD regarding exam of Mark Bly: ORDERED admitted. (see list attached)

State of LA offers exhibits regarding exam of Mark Bly: ORDERED admitted. (see list attached)

Witnesses: Andrew Hurst, sworn and testified. (Expert)
        Michael Williams by video deposition.
        Miles Randal Ezell; sworn and tesitfied.

Court recesses at 6:03 p.m.

Court will resume on Tuesday, March 5, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael
Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon
Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield