BP offers the following documents it used during its examination of Mr. Mark Bly into evidence:

admitted 3-4-13 SK

| Trial Exhibit/ Demonstrative Number | Description |
|---|---|
| TREX-000911 | Casing Hanger Seal Assembly Photo (IMG_1709 MACONDO) |
| TREX-000912 | Casing Hanger Seal Assembly Photo (IMG_1722 MACONDO) |
| TREX-002913 | Risk Mitigation Plan |
| TREX-003851 | Minutes of a meeting of the Safety, Ethics & Environment Assurance Committee in London |
| TREX-007210 | The International Magazine of the BP Group; Perfecting the Blend Interview: M Bly |
| TREX-045002 | Part 2 of OMS, Elements of Operating including Group Essentials |
| TREX-045005 | GDP 4.4-0002, Incident Investigation |
| TREX-045006 | OMS Part 4, OMS Governance and Implementation |
| TREX-045008 | OMS Part 1, An overview of OMS |
| TREX-045013 | OMS Part 3, OMS Performance Improvement Cycle |
| TREX-047647 | deepwater_horizon_accident_investigation_report.mp4 |
| TREX-091382 | BP Deepwater Horizon Accident Investigation Report, Presentation Slides |
| D-4307A | A BP's Internal Investigation - Initiated 4/22/2010 |
| D-4342 | Potential Flow Paths as of 4/20/2010 |
| D-4364 | BP Safety Leadership Examples |
| D-4367 | Status of Bly Recommendations |

Cameron offers the following documents it used during its examination of Mr. Mark Bly into evidence:

| Trial Exhibit / Demonstrative Number | Description |
|---|---|
| TREX-1893 | Appendix H to the Bly Report - Description of the BOP Stack and Control System |
| D-4213 | Depiction of DWH rig to BOP |

admitted 3/4/2013
SK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| ALL ACTIONS | : | MAGISTRATE JUDGE |
| | : | SHUSHAN |

## UNITED STATES' EXHIBITS FOR MARK BLY

Attached as "Exhibit A" is the United States' List of Exhibits for its examination of Mark Bly on February 28, 2013.

//

//

//

//

//

//

1

U.S. re Mark Bly

# Exhibit A

U.S. Re Mark Bly          admitted 3-4-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title |
|---|---|---|
| D-3514.006 | TREX-41587 | September 2010 BP Deepwater Horizon Incident Investigation Report Animation |
| D-3568 | | James Cowie Deposition Volume 1 dated June 29, 2011 Video - pp. 151:15-152:7 |
| D-3569 | | James Cowie Deposition Volume 2 dated June 30, 2011 Video - pp. 356:21-357:1; pp. 357:11-359:20 and pp. 361:3-362:20 |
| D-3571 | | Keith Daigle Deposition Volume 1 dated July 19, 2011 Video - pp. 218:22-219:23 and pp. 220:5-222:10 |
| D-3574 | | Chris Pleasant Deposition Volume 2 dated March 15, 2011 Video -  pp. 511:7-512:21; and pp. 543:11-544:15 |
| D-3584 | TREX-00001.18 | September 2010 BP Deepwater Horizon Incident Investigation Report |
| D-3584.001 | TREX-00001.18 | September 2010 BP Deepwater Horizon Incident Investigation Report |
| TREX-00001 | | September 2010 BP Deepwater Horizon Incident Investigation Report |
| TREX-00001_PAGE 25 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 25 |
| TREX-00001_PAGE 27 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 27 |
| TREX-00001_PAGE 34 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 34 |
| TREX-00001_PAGE 67 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 67 |
| TREX-00001_PAGE 68 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 68 |
| TREX-00001_PAGE 70 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 70 |
| TREX-00001_PAGE 89 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 89 |
| TREX-00001_PAGE 106 | | September 2010 BP Deepwater Horizon Incident Investigation Report, page 106 |
| TREX-00001.094_KEY FINDING 1 | | September 2010 BP Deepwater Horizon Incident Investigation Report |
| TREX-00001.097_KEY FINDING 2 | | September 2010 BP Deepwater Horizon Incident Investigation Report |
| TREX-00001.107_KEY FINDING 4 | | September 2010 BP Deepwater Horizon Incident Investigation Report |
| TREX-00001.108_KEY FINDING 5 | | September 2010 BP Deepwater Horizon Incident Investigation Report |
| TREX-00296 | | BP Incident Investigation Team - Notes of Interview with Mark Hafle dated July 8, 2010, page 6 |
| TREX-02584 | | Email from Brian Morel to Bryan Clawson dated April 19, 2010 Subject: RE: Circulation |

# KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
FAX: (504) 524-5763

March 4, 2013

Honorable Judge Carl Barbier
USDC, Eastern District of Louisiana
U.S. Courthouse Rm. C268
500 Poydras Street
New Orleans, Louisiana 70130

Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 MDL 2179

Please see below the list of trial exhibits that the State of Louisiana would request be admitted into the record related to its questioning of Mark Bly which on Thursday, February 28, 2013:

TREX 2701
TREX 0860
TREX 0861

*[handwritten: admitted 3/4/2013 SK]*

Should you have any questions please do not hesitate to contact me.

Sincerely,

KANNER & WHITELEY, L.L.C.

By: _____
Allan Kanner

AK/kbc
cc: Liaison, Coordinating and Steering Committee Counsel.