Minute Entry
Barbier, J.
March 5, 2013
JS 10: 7 hr. 55 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS (AM)<br>JODI SIMCOX  (PM) |

NON-JURY TRIAL
(Day six)

TUESDAY, MARCH 5, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

PSC offers exhibits regarding exam of Andrew Hurst: ORDERED admitted. (see list attached)

BP offers exhibits regarding exam of Andrew Hurst: ORDERED admitted. (see list attached)

Transocean offers exhibits regarding exam of Mark Bly: ORDERED admitted. (see list attached)

Transocean's MOTION for Leave to Add Documents to Its Phase One Trial Exhibit List [8680]; ORDERED GRANTED.

PSC's MOTION for Leave to Add Document to Plaintiffs Phase One Trial Exhibit List [8711]; ORDERED DENIED.

Witness: Miles Randal Ezell; previously sworn and tesitfied.

State of LA offers exhibits regarding exam of M. Randal Ezell: ORDERED admitted. (see list attached)

PSC offers exhibits regarding exam of Mark Bly: ORDERED admitted. (see list attached)

US confirms that there are no objections to exhibits admitted 3/4/13 regarding Mark Bly exam.

Halliburton offers exhibits regarding exam of Mark Bly: ORDERED admitted. (see list attached)

Witness: Ronald Sepulvado, sworn and testified.

Court recesses at 6:12 p.m.

Court will resume on Wednesday, March 6, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield