# DR. ANDREW HURST EXAM – GRAPHICS / EXHIBITS

PSC list

March 4, 2013

admitted
3/5/2013
SK

| NUMBER | DESCRIPTION |
|---|---|
| TREX-07500 | Expert Report of Dr. Andrew Hurst |
| TREX-07501 | Appendix B of Expert Report of Dr. Andrew Hurst |
| TREX-20003.004-DEM / D-2457 | The Gulf of Mexico, A Major Hazardous Area |
| TREX-20003.005-DEM / D-2458 | GoM's Mississippi Canyon, Has a Geologically-Active "Unstable" Seafloor |
| TREX-22944 / D-3146 | Rock containing hydrocarbon, from CA, exactly the same age as the reservoir |
| TREX-20133-DEM / D-2500 | "Schematic Depth v. Pressure Plot Showing Hydrostatic Gradient and Global Leak-Off Pressure (LOP) Trend  (Fig. 11)" |
| TREX-07502 | Shallow Hazards Assessment |
| TREX-20003.013-DEM / D-2466 | Golden Zone, Fundamental Changes in the Porosity and Permeability of Mudstone and Sandstone are Driven by Temperature Increase |
| TREX-03375 | BP Technical Memorandum |
| TREX-20003.017 | Defining HPHT Conditions in US GoM Reservoirs |
| TREX-07508 | High-Pressure, High-Temperature. |
| TREX-20093 | Nadeau, P.H.: Nadeau, P.H. 2011a. Earth's energy (Golden Zone: a synthesis from mineralogical research. Clay Minerals 46. |
| TREX-07506 | Lessons Learned from the Golden Zone Concept for Understanding Overpressure |

1

PSC - Andrew Hurst

|  | Development, and Drilling Safety in Energy Exploration. |
|---|---|

admitted 3/5/2013 SK

BP offers the following documents it used during its examination of Professor Andrew Hurst into evidence:

admitted 3/5/2013 SK

| Trial Exhibit/ Demonstrative Number | Description |
|---|---|
| TREX-001532 | GP 10-15 Pore Pressure Prediction- BP Group Engineering Technical Practices |
| TREX-001533 | GP 10-16 Pore Pressure Detection During Well Operations- BP Group Engineering Technical Practices |
| TREX-003375 | Technical Memo: Post Well Subsurface Description of Macondo Well, 25th May 2010 |
| TREX-007508 | High-Pressure, High-Temperature Technologies article in Oilfield Review |
| TREX-020003.017 | BP Bly Report (Sec 2, Fig 3): Actual Casing Run |
| D-4368 | Paul Nadeau's Articles |

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF MARK BLY (3/4/2013)

Transocean offers the following documents it used during its March 4, 2013 cross-examination of Mr. Mark Bly into evidence:

*admitted 3/5/2013 SK*

**Trial Exhibits**

- TREX-000001 (previously admitted)
    - TREX-000001-25
    - TREX-000001-34
    - TREX-000001-41B
    - TREX-000001-56
    - TREX-000001-58
    - TREX-000001-64
    - TREX-000001-64A
    - TREX-000001-67
    - TREX-000001-68
    - TREX-000001-77
    - TREX-000001-85A
    - TREX-000001-85B
    - TREX-000001-87
    - TREX-000001-89
    - TREX-000001-93A
    - TREX-000001-101
    - TREX-000001-107B
    - TREX-000001-156

- TREX-000526A

- TREX-051133
    - TREX-051133-2

- TREX-000295
    - TREX-000295-1
    - TREX-000295-17
    - TREX-000295-18
    - TREX-000295-21
    - TREX-000295-21A
    - TREX-000295-40
    - TREX-000295-41
    - TREX-000295-42
    - TREX-000295-47
    - TREX-000295-104
    - TREX-000295-105
    - TREX-000295-156

*Transocean re Mark Bly*
*admitted 3/5/2013 SK*

- TREX-050963
    - TREX-050963-1
    - TREX-050963-5
    - TREX-050963-5A

- TREX-004447
    - TREX-004447-1
    - TREX-004447-6

- TREX-000620
    - TREX-000620-1
    - TREX-000620-1B
    - TREX-000620-1C

- TREX-050964
    - TREX-050964-3

- TREX-000302
    - TREX-000302-1
    - TREX-000302-2

- TREX-000657
    - TREX-000657-2

- TREX-000153
    - TREX-000153-12

- TREX-000676
    - TREX-000676-1
    - TREX-000676-2

- TREX-001074
    - TREX-001074-1
    - TREX-001074-2

- TREX-000571 (previously admitted)
    - TREX-000571-37

- TREX-005946

- TREX-004514
    - TREX-004514-2

- TREX-001144
    - TREX-001144-1

Transocean re Mark Bly
admitted 3/5/2013

- TREX-003773
    - TREX-003773-4
    - TREX-003773-6

- TREX-000640
    - TREX-000640-16

- TREX-003058
    - TREX-003058-1
    - TREX-003058-14

- TREX-000267
    - TREX-000267-1

- TREX-002210
    - TREX-002210-2
    - TREX-002210-17
    - TREX-002210-17A

**Demonstratives**
- D-2671
- D-6606
- D-6619
- D-6620

# KANNER & WHITELEY, L.L.C.
### 701 Camp Street
### New Orleans, Louisiana 70130
### (504) 524-5777
### FAX: (504) 524-5763

March 5, 2013

Honorable Judge Carl Barbier
USDC, Eastern District of Louisiana
U.S. Courthouse Rm. C268
500 Poydras Street
New Orleans, Louisiana 70130

*admitted*
*3/5/2013*
*SK*

      Re:    *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* MDL 2179

Please see below the list of trial exhibits that the State of Louisiana would request be admitted into the record related to its questioning of Randy Ezell on Tuesday, March 5, 2013:

      TREX 0929
      TREX 0687
      TREX 1887

Should you have any questions please do not hesitate to contact me.

                      Sincerely,

                      KANNER & WHITELEY, L.L.C.

                      By: *[signature]*
                      Doug Kraus

AK/kbc
cc: Liaison, Coordinating and Steering Committee Counsel.

## PSC MARK BLY EXAMINATION – GRAPHICS / EXHIBITS

### Graphics/Exhibits Used in the 2/27/13 PSC Examination of Mark Bly

admitted
3/5/2013
SK

| NUMBER | DESCRIPTION | DEM Disclosed |
|---|---|---|
| D-2747 (TREX-22784) | Bly Bio Page Demonstrative | Aid |
| TREX-22784 | Bly Bio Page | Exhibit |
| D-2670 (TREX-21722.001) | BP Executive Management Chart | ✓ |
| D-2675 (TREX-21722.006) | GORC Chart | ✓ |
| D-2671 (TREX-21722.002) | Bly Investigation Team Chart | ✓ |
| TREX-00001 | Bly Report | Exhibit |
| TREX-00002 | Bly Report App A | Exhibit |
| D-2017 (TREX-00001.18) | Critical Factor "Holes" Chart | ✓ |
| D-2024 (TREX-00001.025) | Planned Cement Fluid Locations | ✓ |
| D-2023 (TREX-00001.024) | Planned Cement Slurry Placement | ✓ |
| TREX-47541 | Lucari Email to Green 6/16/10 | Exhibit |
| TREX-47549 | Lucari Letter re HESI w/ Bly CC | Exhibit |
| D-2029 (TREX-00001.030) | HESI Cement Slurry Densities Table | ✓ |
| D-2022 (TREX-00001.023) | Hydro Carbon Zones & Potential Flow Paths | ✓ |

### Graphics/Exhibits Used in the 2/28/13 PSC Examination of Mark Bly

| NUMBER | DESCRIPTION | DEM Disclosed |
|---|---|---|
| D-2025 (TREX-00001.026) | Shoe Track Barrier | ✓ |
| D-2023 (TREX-00001.024) | Planned Cement Slurry Placement | ✓ |
| D-2019 (TREX-00001.020) | Movement of Spacer to Kill Line | ✓ |
| D-2174 (TREX-0096.057) | End of Cement to TA fro Chief Counsel Report | ✓ |
| D-2185 (TREX-00986.068) | Neg Pressure Test at 6:40 | ✓ |
| D-2194 (TREX-00986.077) | Pressure Anomalies | ✓ |
| D-2195 (TREX-00986.078) | Pressure Anomalies from 9:27-9:40 | ✓ |
| D-2020 (TREX-00001.021) | Hydro Carbon Enter Riser | ✓ |
| D-2123 (TREX-00986.004) | Diverter Sequence Video | ✓ |
| D-2066 (TREX-00001.067) | Photo of Aft Deck | ✓ |
| D-2067 (TREX-00001.068) | Vapor Dispersion | ✓ |
| D-2670 (TREX-21722.001) | BP Executive Management Chart | ✓ |
| TREX-01742 | GDP 4.4-0002 Incident Investigation | Exhibit |
| TREX-1919 | AFE | Exhibit |
| TREX-25002 | Lacy Depo Testimony | Depo |
| TREX-6090 | Email: Kevin Lacy Re Safety | Exhibit |

1

PSC - Re Mark Bly

| TREX-06086 | GoM D&C Risk Management Plan | Exhibit |
|---|---|---|
| TREX-00268 | GoM OMS Manual | Exhibit |
| TREX-4188 | Rich Email | Exhibit |
| TREX-1975 | D&C Rec. Practice for Risk Management | Exhibit |
| TREX-04220 | RAT Email | Exhibit |
| TREX-1734 | Major Accident Risk Process 6/5/08 | Exhibit |
| TREX-1741 | Macondo Risk Register | Exhibit |
| D-2916 | McKay DEM | ✓ |
| TREX-00093 | Drilling Well Operations Practice | Exhibit |
| TREX-52673 | Criminal Plea | Exhibit |

admitted 3/5/2013 SK

2

# HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO MARK BLY ON CROSS-EXAMINATION

Except as indicated below, HESI offers the following documents it used during its March 4, 2013 cross-examination of Mark Bly into evidence:

*admitted 3/5/2013 SK*

TREX-0001  (used but not offered)
TREX-282
TREX-283
TREX-4477
TREX-32
D-4342  (used but not offered)
TREX-1709
TREX-60413