IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| *Applies to:* Civil Action 10-2771 Only | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRANSOCEAN DEEPWATER, INC., AS OWNER, MANAGING OWNER, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | |

## MOTION TO WITHDRAW

Come now E. J. Saad and the E. J. Saad Law Firm, and move the Court for permission to withdraw as counsel for Claimant, Hughes Plumbing & Utility Contractors, Inc., (Doc. 350) and as grounds therefor state that they no longer represent the Claimant in the above-styled civil action.

Respectfully submitted,

/s/E. J. Saad
E.J. Saad (AL861451)
Attorney for Claimant, Hughes Plumbing & Utility Contractors, Inc.
ejsaad@ejsaadlaw.com

1

OF COUNSEL:

E. J. SAAD LAW FIRM
6207 Cottage Hill Road
Suite G
Mobile, Alabama 36609
Tel. No. (251) 660-0888
Fax No. (251) 660-0777

## CERTIFICATE OF SERVICE

    I do hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 5th day of March, 2013.

                                                    /s/ E. J. Saad
                                                    E. J. Saad (AL861451)