IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § § § § § § § § § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| *Applies to:* Civil Action 10-2771 Only | |
| IN RE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRANSOCEAN DEEPWATER, INC., AS OWNER, MANAGING OWNER, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

## ORDER ON MOTION TO WITHDRAW

Considering the above and foregoing Motion to Withdraw,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion to Withdraw is granted, and E. J. Saad and the E. J. Saad Law Firm are hereby allowed to withdraw as counsel for Sparcole Enterprises, Inc. (Doc. 359) in the above-styled civil action.

Signed in New Orleans, Louisiana this ____ day of _____, 2013.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE

1