IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

*Applies to:* Civil Action 10-2771 Only

IN RE COMPLAINT AND PETITION
OF TRITON ASSET LEASING GmbH,
TRANSOCEAN HOLDINGS LLC,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., AND TRANSOCEAN
DEEPWATER, INC., AS OWNER,
MANAGING OWNER, OWNERS PRO-HAC
VICE, AND/OR OPERATORS OF THE
MODU DEEPWATER HORIZON, IN A
CAUSE FOR EXONERATION FROM OR
LIMITATION OF LIABILITY

## ORDER ON MOTION TO WITHDRAW

Considering the above and foregoing Motion to Withdraw,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion to Withdraw is granted, and E. J. Saad and the E. J. Saad Law Firm are hereby allowed to withdraw as counsel for Empire Concrete Pumping, LLC, (Doc. 387) in the above-styled civil action.

Signed in New Orleans, Louisiana this ____ day of _____, 2013.

Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE