IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § *Applies to:* Civil Action 10-2771 Only § § IN RE COMPLAINT AND PETITION § OF TRITON ASSET LEASING GmbH, § TRANSOCEAN HOLDINGS LLC, § TRANSOCEAN OFFSHORE DEEPWATER § DRILLING, INC., AND TRANSOCEAN § DEEPWATER, INC., AS OWNER, § MANAGING OWNER, OWNERS PRO-HAC § VICE, AND/OR OPERATORS OF THE § MODU DEEPWATER HORIZON, IN A § CAUSE FOR EXONERATION FROM OR § LIMITATION OF LIABILITY § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER ON MOTION TO WITHDRAW

Considering the above and foregoing Motion to Withdraw,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion to Withdraw is granted, and E. J. Saad and the E. J. Saad Law Firm are hereby allowed to withdraw as counsel for Empire Construction, LLC, (Doc. 391) in the above-styled civil action.

Signed in New Orleans, Louisiana this ____ day of _____, 2013.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE

1