UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAMERON INTERNATIONAL CORPORATION'S UNOPPOSED MOTION
FOR TWO WEEK EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Plaintiff Cameron International Corporation ("Cameron") moves the Court for a two-week extension of time, until March 25, 2013, to respond to the First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents propounded by Liberty Insurance Underwriters, Inc. ("Liberty"), on the following grounds:

1.

On February 7, 2013, Liberty propounded on Cameron its First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents (collectively, "Discovery Requests"). *See* Discovery Requests, attached as Exhibit A. Pursuant to Rules 33(b)(2), 34(b)(2)(A), and 36(a)(3) of the Federal Rules of Civil Procedure, Cameron's responses to the Discovery Requests are due on March 11, 2013.

2.

Cameron requires additional time to collect responsive materials and adequately respond to Liberty's Discovery Requests, which include five requests for admission, fifteen

1119615v1

interrogatories, and twelve requests for production of documents. Counsel for Liberty has confirmed that Liberty has no objection and consents to this extension.

3.

Accordingly, Cameron requests that the Court grant its Motion for Extension and extend the deadline for Cameron to respond to Liberty's Discovery Requests until March 25, 2013.

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
   pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
   cbertaut@stonepigman.com
Jared Davidson, 32419
   jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

*Attorneys for Cameron International Corporation*

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, NY  10019
(212) 728-8000
mauslander@willkie.com

1119615v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed Motion for Two-Week Extension of Time to Respond to Discovery has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of March, 2013.

*/s/ Phillip A. Wittmann*

1119615v1