UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion for Two-Week Extension of Time to Respond to Discovery;

IT IS HEREBY ORDERED that the motion is GRANTED, and Plaintiff Cameron International Corporation be and is hereby granted an extension of time until March 25, 2013 within which to respond to Liberty's First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents.

New Orleans, Louisiana, this ___ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

-4-

1119615v1