UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document applies to:<br>*All Cases* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S *EX PARTE* MOTION TO FILE UNDER SEAL ITS UNREDACTED "REPLY IN SUPPORT OF THE UNITED STATES' MOTION TO COMPEL PRODUCTION OF PREVIOUSLY-WITHHELD DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE" AND RELATED EXHIBITS**

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], Transocean respectfully requests leave to file under seal its unredacted "Reply in Support of the United States' Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege" and related exhibits.  Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), a Producing Party may designate all or any part of a document produced Confidential.  Documents designated Confidential must be filed under seal as an appendix to the filing that refers to the Confidential Information.  PTO No. 13 ¶ 8.B.

The parts redacted from the attached Reply in Support of the United States' Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege pertain to documents designated Confidential by parties in this litigation, namely, Exhibits 1, 2, and 3 to the reply brief.

| | |
|---|---|
| DATED:  March 7, 2013 | Respectfully submitted, |
| By:   /s/ Brad D. Brian<br>Brad D. Brian<br>Michael R. Doyen | By:   /s/ Steven L. Roberts<br>Steven L. Roberts<br>Rachel Giesber Clingman |

Grant A. Davis-Denny
David A. Taylor
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel:  (213) 683-9100
Fax:  (213) 683-5180
Email: brad.brian@mto.com
       michael.doyen@mto.com
       grant.davis-denny@mto.com
       david.taylor@mto.com

Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel:  (713) 470-6100
Fax:  (713) 354-1301
Email: steven.roberts@sutherland.com,
       rachel.clingman@sutherland.com
       sean.jordan@sutherland.com

By:   /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel:  (504) 599-8194
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller
Kerry J. Miller