# Exhibit 1
# Excerpts of Depo Testimony – Rear Admiral Mary Ellen Landry
# Filed Under Seal