# Exhibit 2

# Depo Exhibit 9628 –

# Filed Under Seal