# Exhibit 3

# Depo Exhibit 3213 –

# Filed Under Seal