UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Bricor, LLC v. BP Exploration and Production, Inc.</u>; 12-2857 | SECTION "J" (2) |

## ORDER

The captioned case has recently been reassigned and referred to me by Judge Barbier. Record Doc. No. 8824. Accordingly,

**IT IS ORDERED** that a status conference is hereby SCHEDULED in this matter on **MARCH 21, 2013 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss possible consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c), scheduling and to select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 12-2857.

New Orleans, Louisiana, this ___7th___ day of March, 2013.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE