# CONFERENCE ATTENDANCE RECORD

DATE: 3-8-13       TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS    CONFERENCE

 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sarah Tiams | Anadarko |
| Tony Fitch | Anadarko |
| Alex Roberts | Cameron |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Sean Flenning | " " |
| Lauren Mitchell | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
| --- | --- |
| Anthony Irpino | PSC |
| Erika Toledo | HESI |
| Corey Maze | AL |
| David Baay | TO |
| Brian Barr | PSC |
| Carmelite Bertaut | Cameron |
| Scott Cernich | USA |
| Nat Chakeres | USA |
| Abby Andre | USA |
| Karyn Seidell | USA |
| Douglas Kraus | LA |
| Mike Harney | PSC |
| Don Haycraft | BP |
| Ryan Babiuch | BP |
| Joe Russell | BP |
| Andy Langan | BP |
| Mark Nomellini | BP |

# CONFERENCE ATTENDANCE RECORD

DATE: _____     TIME: _____

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS     CONFERENCE

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Rob Gasaway | BP |
| Steve Herman | PSC |
| Carter Williams | TO |
| Scott Falgoust | PSC |
| Robin Greenwald | PSC |
| Steve Luxton | M-I |
| Brad Nes | M-I |
| Jimmy Williamson | PSC |
| | |

## MDL 2179 - Phase Two Discovery Conference

<u>3-8-13 Telephone Participants</u>

Grant Davis-Deny - TO

Jed Mestayer - Airborne Support

Sarah Himmelhoch - US

Bill Stradley - 2185 plaintiffs

Jeremy Rush - National Response Corp

Tom Benson - DOJ