Minute Entry
Barbier, J.
March 6, 2013
JS 10: 8 hr. 26 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS (AM)<br>JODI SIMCOX  (PM) |

NON-JURY TRIAL
(Day six)

WEDNESDAY, MARCH 6, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

BP offers exhibits/demonstratives regarding exam of Miles Randal Ezell: ORDERED admitted. (see list attached)

Cameron offers exhibits/demonstratives regarding exam of Miles Randal Ezell: ORDERED admitted. (see list attached)

Halliburton offers exhibits/demonstratives regarding exam of Miles Randal Ezell: ORDERED admitted. (see list attached)

PSC offers exhibits/demonstratives regarding exam of Miles Randal Ezell: ORDERED admitted. (see list attached)

PSC offers transcript and video regarding deposition excerpt of Michael Williams: ORDERED admitted. (see list attached)

Transocean offers exhibits/demonstratives regarding exam of Miles Randal Ezell: ORDERED admitted. (see list attached)

Witnesses:  Ronald Sepulvado, previously sworn and testified.
  Richard Heenan, sworn and testified. (Expert)
  Glen Benge, sworn and testified (Expert)

Court recesses at 6:03 p.m.

Court will resume on Thursday, March 7, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael
Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon
Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield