BP offers the following documents it used during its examination of Mr. Miles Randal Ezell into evidence:

*Admitted 3-6-2013 SK*

| Trial Exhibit/ Demonstrative Number | Description |
|---|---|
| TREX-003326 | 1/28/2010 Email from Deepwater Horizon Assistant Driller to Deepwater Horizon Toolpusher re Emailing: NEGATIVE TEST WHILE DISPLACING (w/ attachment) |
| TREX-003465 | MC 727 #2 IADC Daily Drilling Report for 1/28/2010 |
| TREX-007652 | MC 727 #2 IADC Daily Drilling Report for 1/29/2010 |
| TREX-022347 | Transocean: Driller OJT Module (1/1/2005) |
| TREX-041053 | MC 252 #1 ST00 BP01 IADC Daily Drilling Report for 3/22/2010 |
| TREX-048153 | 10/19/2005 Email from Toolpusher to G. Coltrin re Proposed Negative Text Procedure (w/ attachment) |
| TREX-052652 | Fundamental Well Control Course - Content and Objectives |
| D-4365 | The Transocean Deepwater Horizon Team - Organization Chart |

Cameron offers the following documents it referenced during its examination of Mr. Miles Randall Ezell into evidence:

Admitted 3-6-2013 SK

| Trial Exhibit / Demonstrative Number | Description |
|---|---|
| TREX-596 | Transocean Well Control Handbook (BP-HZN-2179MDL00330768 - BP-HZN-2179MDL00331163) |
| TREX-1527 | BP Incident Report - Drift Off and Emergency Riser Disconnect, Transocean Deepwater Horizon, June 30, 2003 (BP-HZN-CEC029558 - BP-HZN-CEC029635) |
| TREX-1452 | Transocean Field Operations Handbook (TRN-HCEC-00011574 - TRN-HCEC-00012001) |
| TREX-1453 | Transocean Deepwater Horizon Emergency Response Manual, Volume 1 of 2 (TRN-MDL-00048160 - TRN-MDL-00048520) |

**HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO RANDY EZELL ON CROSS-EXAMINATION**

HESI offers the following documents it used during its March 5, 2013 cross-examination of Randy Ezell into evidence:

3-6-2013 SK

TREX 1454
TREX 1453
D-8179
D-8180
TREX 1523
TREX 926

## RANDY EZELL – PSC EXHIBITS/DEMONSTRATIVES USED

admitted 3-6-2013
SK

1. D-2150

2. D-3100

3. TREX 929 – pp. 1,29,82,98,101,103

4. TREX 5618

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF RANDY EZELL (3/5/13)

Transocean offers the following documents it used in its March 5, 2013 examination of Randy Ezell into evidence:

*admitted 3-6-2013 SK*

**Trial Exhibits**

- TREX-00571-07
- TREX-00571-08
- TREX-00571-13
- TREX-03591.b
- TREX-04447-7
- TREX-07774a
- TREX-36656
- TREX-41034
- TREX-41225 (Confidential and not to be included in any public release/posting)
- TREX-52647
- TREX-52649
- TREX-52658
    - TREX-01450
    - TREX-02184
    - TREX-03464
    - TREX-04804
    - TREX-50132-37
- TREX-52661
    - TREX-01412
    - TREX-01418
    - TREX-01421
    - TREX-01430
    - TREX-02342
    - TREX-29893

Transocean re Ezell

admitted 3-6-2013
SK

- - TREX-41028
  - TREX-41030
  - TREX-41032
  - TREX-41034
  - TREX-41040-42
  - TREX-41044
  - TREX-41050
  - TREX-41053-54
  - TREX-41057
  - TREX-43004
  - TREX-43009-17
  - TREX-43020
  - TREX-43029-31
  - TREX-50335
  - TREX-50967
  - TREX-50969-70
  - TREX-51151
  - TREX-51219
  - TREX-51277-78
  - TREX-51330
  - TREX-51332
  - TREX-51336-37
  - TREX-51342
  - TREX-60743

- TREX-04603

**Demonstratives**

- D6588
- D6597
- D6569
- D6572
- D6572B
- D6573
- D6576
- D6591
- D6595
- D6597
- D6599
- D6604
- D6607
- D6608
- D6609
- D6615

*Transocean re Ezell*
*admitted 3-6-2013*
*SK*

- D6616
- D6617