UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle

Signed this _____ day of _____, 2013

_____
JUDGE

1

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM |
|---|---|---|
| Fumero, Lazaro | 03/06/13 | 123731 |
| Harper Hull Construction | 03/06/13 | 123732 |
| Daniel, Donna | 03/06/13 | 123733 |
| Nicole, Douglas | 03/06/13 | 123734 |
| Jambon, Lettie | 03/06/13 | 123735 |
| Hughes, Bennie | 03/06/13 | 123737 |
| Guille, Charles | 03/06/13 | 123738 |
| Dauzat, Chelsea | 03/06/13 | 123739 |
| Walter Mason Tour Company | 03/06/13 | 123740 |
| Loupe' Welding Service | 03/06/13 | 123741 |
| Lamothe, Diane | 03/06/13 | 123742 |
| Lamothe, Joseph | 03/06/13 | 123743 |
| Deepwater Mooring | 03/06/13 | 123744 |
| Griffin, Danny | 03/06/13 | 123746 |
| Docet, James | 03/06/13 | 123747 |
| Trosclair, Keith | 03/06/13 | 123748 |
| Johnson, Clarence | 03/06/13 | 123749 |
| Bruce, Michael | 03/06/13 | 123750 |
| Slaton, Hershel | 03/06/13 | 123751 |
| Clipper Doodles | 03/06/13 | 123764 |
| Ledet, Maryet | 03/06/13 | 123765 |
| Johnson, Hiram | 03/06/13 | 123766 |
| Pitre, Yvette | 03/06/13 | 123767 |
| Louisiana Leisure Resort | 03/06/13 | 123768 |
| Cajun Shack Laundromat, LLP | 03/06/13 | 123769 |
| Fisherman's Wash, LLP | 03/06/13 | 123770 |
| Pitre's Fur Company | 03/06/13 | 123771 |
| Pitre's Fireworks | 03/06/13 | 123772 |
| Smith, Dwaine | 03/06/13 | 123773 |
| Gross, Jerome | 03/06/13 | 123774 |
| Anselmi, Ali | 03/06/13 | 123775 |
| Ronquille, Bruce | 03/06/13 | 123776 |

1

| | | |
|---|---|---|
| Lonesome Development, LLC | 03/06/13 | 123779 |
| Billiot, Blair | 03/06/13 | 123780 |
| Lara-Billiot, Roxana | 03/06/13 | 123781 |
| Neveu, Linda | 03/06/13 | 123783 |
| Wiggins, Attries | 03/06/13 | 123785 |
| Gray, Kyle | 03/06/13 | 123786 |
| Matthews, Jessie | 03/06/13 | 123787 |
| Todd, Brandon | 03/06/13 | 123788 |
| B & L Transport | 03/06/13 | 123789 |
| Westside Development | 03/06/13 | 123790 |
| BAM Construction | 03/06/13 | 123791 |
| Gautier's Trucking | 03/06/13 | 123793 |
| Vides Ventures, LLC | 03/07/13 | 123806 |
| Advantage Nursing Services | 03/07/13 | 123807 |