UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle

Signed this _____ day of _____, 2013

_____
JUDGE

1

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM |
|---|---|---|
| Reed Custom Builders | 03/07/13 | 123808 |
| Himel Group, LLC | 03/07/13 | 123809 |
| National Sheetmetal | 03/07/13 | 123810 |
| Wells, Albert | 03/07/13 | 123811 |
| Paris Electric Inc. | 03/07/13 | 123812 |
| Thibodeaux, Devin | 03/07/13 | 123814 |
| Prestige Customs & Autosound | 03/07/13 | 123815 |
| Maizia, Mohamed | 03/08/13 | 123821 |
| Volion, Henley | 03/08/13 | 123822 |
| Gardella, Patricia | 03/08/13 | 123823 |
| James Rental | 03/08/13 | 123824 |
| Blanchard, Anna | 03/08/13 | 123825 |
| Hodmett, Dynele | 03/08/13 | 123826 |
| Haak, Nicholas | 03/08/13 | 123827 |
| Lewis Parker Masonry | 03/08/13 | 123840 |
| Jenkins, Homer | 03/08/13 | 123841 |
| Kimbroughs Pool & Plastering | 03/08/13 | 123842 |
| Gott Gourmet | 03/08/13 | 123852 |
| Mendow Construction | 03/08/13 | 123888 |
| Farve, Joseph | 03/08/13 | 123892 |
| Thibodeaux, Edward | 03/08/13 | 123896 |
| Lumpkins, Robert | 03/08/13 | 123897 |
| Danco Truck & Dozer | 03/08/13 | 123898 |
| Herbert, Darren | 03/08/13 | 123899 |
| Ultra Marine | 03/08/13 | 123930 |
| Bingham, Tim | 03/08/13 | 123931 |
| Pichon, Corey | 03/08/13 | 123932 |
| Touzet, Leon | 03/08/13 | 123933 |
| Sycamore House | 03/08/13 | 123934 |
| Water's Edge Land Development | 03/08/13 | 123935 |
| Uptown Premier | 03/08/13 | 123936 |
| Chrio Med Health | 03/08/13 | 123937 |

| | | |
|---|---|---|
| Campbell, Tony | 03/08/13 | 123938 |
| Big Easy Mardi Gras | 03/08/13 | 123939 |
| Van Electric, Inc | 03/08/13 | 123940 |
| BJN Enterprises, LLC | 03/08/13 | 123941 |
| Louisiana Lubricants, LLC | 03/08/13 | 123942 |
| Westbank Body Works, LLC | 03/08/13 | 123943 |
| Faul, Tammie | 03/08/13 | 123944 |
| Spurgeon, Tammie | 03/08/13 | 123945 |
| Korman Real Estate, LLC | 03/08/13 | 123946 |
| Café Rani | 03/08/13 | 123947 |
| Mon Couer | 03/08/13 | 123948 |
| In Exchange | 03/08/13 | 123949 |
| Café Zen | 03/08/13 | 123950 |
| Jacques Enterprises, Inc. | 03/08/13 | 123951 |
| Stein's Deli | 03/08/13 | 123952 |
| Kaszowski, Jonathan | 03/08/13 | 123953 |
| Rosie's Photography LLC | 03/08/13 | 123954 |
| Flory, Robert | 03/08/13 | 123955 |
| Hart, Iona | 03/08/13 | 123956 |
| Reid, Jeffery | 03/08/13 | 123957 |