Minute Entry
Barbier, J.
March 7 2013
JS 10: 7hr. 3min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

CASE MANAGER:                                COURT REPORTER:
STEPHANIE KALL                                KAREN IBOS (AM)
                                              JODI SIMCOX  (PM)


NON-JURY TRIAL
(Day eight)

THURSDAY, MARCH 7, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

PSC offers exhibits/demonstratives regarding exam of Ronald Sepulvado: ORDERED admitted. (see list attached)

Halliburton offers exhibits/demonstratives regarding exam of Richard Heenan: ORDERED admitted. (see list attached)

State of LA offers exhibits/demonstratives regarding exam of Ronald Sepulvado: ORDERED admitted. (see list attached)

Witness: Glen Benge, previously sworn and testified. (Expert)

US offers exhibits/demonstratives regarding exam of Richard Heenan: ORDERED admitted. (see list attached)

Halliburton offers exhibits/demonstratives regarding exam of Ronald Sepulvado: ORDERED admitted. (see list attached)

Transocean offers exhibits/demonstratives regarding exam of Richard Heenan: ORDERED admitted.

Transocean offers revised exhibits/demonstratives regarding exam of Mark Bly: ORDERED admitted.

BP offers exhibits/demonstratives regarding exam of Richard Heenan: ORDERED admitted. (see list attached)

Witnesses:  David Calvert, sworn and testified. (Expert)
            Rory Davis, sworn and testified. (Expert)

Court recesses at 4:50 p.m.

Court will resume on Monday, March 11, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield