## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO RONALD SEPULVADO ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 6, 2013 cross-examination of Ronald Sepulvado into evidence:

TREX 0545
TREX 0546

admitted 3-7-2013
SK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| ALL ACTIONS | : | MAGISTRATE JUDGE |
| | : | SHUSHAN |

UNITED STATES' EXHIBITS FOR RICHARD HEENAN

Attached as "Exhibit A" is the United States' List of Exhibits for its examination of Richard Heenan on March 5, 2013.

//

//

//

//

//

//

1

# Exhibit A

US re R. Heenan

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title |
|---|---|---|
| D-3561 | TREX-41587 & TREX-04248 | Animation: Negative Pressure Test - Specific |
| TREX-22694 | | Richard Heenan Expert Report dated 08/26/2011 |
| TREX-00296 | | BP Incident Investigation Team - Notes of Interview with Mark Hafle - July 8 2010 at BP WEstlake 1 offices - 2:00pm CDT |

admitted 3-7-2013
SK

# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF RICHARD HEENAN (3/6/13)

Transocean offers the following documents it used in its March 6, 2013 examination of Richard Heenan into evidence:

*admitted 3-7-2013 SK*

**Trial Exhibits**

- TREX-00003-2a (callout)
- TREX-00296-6a (callout)
- TREX-03505h-1c (callout)
- TREX-04906a-1a (callout)
- TREX-04906a-1b (callout)
- TREX-04906a-1c (callout)
- TREX-04906b-1d (callout)
- TREX-04906b-1e (callout)
- TREX-04906b-1f (callout)

**Demonstratives**

- D6582
- D6629

*REVISED LIST*

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF MARK BLY (3/4/2013)

Transocean offers the following documents it used during its March 4, 2013 cross-examination of Mr. Mark Bly into evidence:

**Trial Exhibits**

- TREX-000001 (previously admitted)
    - TREX-000001-25 (callout)
    - TREX-000001-34 (callout)
    - TREX-000001-41B (callout)
    - TREX-000001-56 (callout)
    - TREX-000001-58 (callout)
    - TREX-000001-64 (callout)
    - TREX-000001-64A (callout)
    - TREX-000001-67 (callout)
    - TREX-000001-68 (callout)
    - TREX-000001-77 (callout)
    - TREX-000001-85A (callout)
    - TREX-000001-85B (callout)
    - TREX-000001-87 (callout)
    - TREX-000001-89 (callout)
    - TREX-000001-93A (callout)
    - TREX-000001-101 (callout)
    - TREX-000001-107B (callout)
    - TREX-000001-156 (callout)

- TREX-000526A-1 (callout)

- TREX-000526A-4 (callout)

- TREX-051133-2 (callout)

- TREX-051133-3 (callout)

- TREX-000295-1 (callout)

- TREX-000295-17 (callout)

- TREX-000295-18 (callout)

- TREX-000295-21 (callout)

- TREX-000295-21A (callout)

*Transocean Revised List re Mark Bly admitted 3-7-2013 SK*

- TREX-000295-40 (callout)
- TREX-000295-41 (callout)
- TREX-000295-42 (callout)
- TREX-000295-47 (callout)
- TREX-000295-104 (callout)
- TREX-000295-105 (callout)
- TREX-000295-156 (callout)
- TREX-050963-1 (callout)
- TREX-050963-5A (callout)
- TREX-004447-1 (callout)
- TREX-004447-6 (callout)
- TREX-000620 (exhibit)
- TREX-000620-1 (exhibit)
- TREX-000620-1A (callout)
- TREX-050964-1 (callout)
- TREX-050964-3 (callout)
- TREX-000302-1 (callout)
- TREX-000302-2 (callout)
- TREX-000657 (exhibit)
- TREX-000657-2 (callout)
- TREX-000153-12 (callout)
- TREX-000676-1 (callout)
- TREX-000676-2 (callout)

*Transocean Revised List re exam of Mark Bly admitted 3-7-2013 SK*

- TREX-001074 (exhibit)
- TREX-001074-1 (callout)
- TREX-001074-3 (callout)
- TREX-000571 (previously admitted)
  - TREX-000571-37 (callout)
- TREX-004514-2 (callout)
- TREX-001144-1 (callout)
- TREX-003773-4 (page)
- TREX-003773-6 (callout)
- TREX-000640-1 (page)
- TREX-000640-16 (callout)
- TREX-003058-1 (page)
- TREX-003058-13 - 14 (callout)
- TREX-000267-1 (callout)
- TREX-002210-2 (page)
- TREX-002210-17 (callout)
- TREX-002210-17A (callout)

**Demonstratives**
- D-2671
- D-6606.1
- D-6606.2
- D-6619
- D-6620

BP offers the following documents it used during its examination of Mr. Richard Heenan into evidence:

admitted 3-7-2013 SK

| Trial Exhibit/ Demonstrative Number | Description |
|---|---|
| TREX-000097 | 4/26/2010 Email from B. Morel to C. Holik & G. Walz et al. re FW: re OpsNote |
| TREX-001454 | 3/31/2009 Transocean Well Control Handbook |
| TREX-007651 | 9/30/2004 Email from J. Keeton to Rig DWH, Oim re: Green Team - we're a drilling contractor - #3 Supplement A |
| D-4319 | Well Flow and Monitoring Slides April 20, 2010 20:52 - 21:08 |
| D-4320 | Well Flow and Monitoring Slides April 20, 2010 21:08 - 21:14 |
| D-4321 | Well Flow and Monitoring Slides April 20, 2010 21:31 - 21:38 |

PSC's TREX Exhibits for Ronnie Sepulvado                                March 5-6, 2013

The Plaintiff's Steering Committee (PSC) will like to offer and introduce into evidence the following exhibits it used in conjunction with Ronnie's Sepulvado's ~~direct~~ examination:

1) TREX-48116
2) D-2143
3) TREX-48109
4) TREX-48110
5) TREX-48103
6) TREX-48113

admitted 3-7-2013
SK

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO RICHARD HEENAN ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 6, 2013 cross-examination of Richard Heenan into evidence:

TREX 60110
D-8165
TREX 1523
TREX-4906A
D-8167
TREX-60105
TREX-607
TREX-606
TREX-60999
D-8007

*admitted 3/7/2013 SK*

# KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
FAX: (504) 524-5763

March 5, 2013

Honorable Judge Carl Barbier
USDC, Eastern District of Louisiana
U.S. Courthouse Rm. C268
500 Poydras Street
New Orleans, Louisiana 70130

       Re:    *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* MDL 2179

Please see below the list of trial exhibits that the State of Louisiana would request be admitted into the record related to its questioning of Ronald Sepulvado on Tuesday, March 5, 2013:

    TREX 0529
    TREX 0533     } Admitted
    TREX 0537     3/7/2013 SK

Should you have any questions please do not hesitate to contact me.

Sincerely,

KANNER & WHITELEY, L.L.C.

By: _____
Doug Kraus

DRK/kbc
cc: Liaison, Coordinating and Steering Committee Counsel.