UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 10-3815 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Considering that the referenced member case was recently dismissed with prejudice (Rec. Doc. 8794),

**IT IS ORDERED** that the following motions are **DENIED AS MOOT**:

1. Halliburton's Motion to Dismiss under Rule 12(b)(6) (Rec. Doc. 1170)

2. Anadarko and MOEX's Motion to Dismiss under Rule 12(b)(6) (Rec. Doc. 1223)

Signed in New Orleans, Louisiana, this 11th day of March, 2013.

United States District Judge