# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section:  J |
| This Documents Relates to: 2:12-cv-02004-CJB-SS | Judge Barbier Mag. Judge Shushan |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the _____11th_____ day of _____March_____, 2013, the Court considered Plaintiff, SERGIO VALDIVIESO'S request for the entry of an Order of Dismissal without Prejudice as to EASTERN RESEARCH GROUP, INC. (hereafter sometimes called "ERG") of all claims in this cause. The Court, being fully advised, is of the opinion that the interest of justice would be served by granting the request of the Plaintiff. It is, therefore

ORDERED, ADJUDGED and DECREED that all claims which have been asserted by Plaintiff in this cause against Defendant EASTERN RESEARCH GROUP, INC. (hereafter sometimes called "ERG"), be, and hereby are, dismissed without prejudice. Costs are taxed against the party incurring same.

New Orleans, Louisiana, this 11th day of March, 2013.

_____
United States District Judge