# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Bolton, Reuben Jr. | 03/08/2013 | 123816 |