# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Mull & Associates, P.A. | 03/01/2013 | 123708 |
| Marino, Jayne M. | 03/01/2013 | 123712 |
| Coach's Half-Time, Inc., dba Coach's Pub & Eatery | 03/07/2013 | 123794 |
| Rodrigue, Dewey J. III | 03/07/2013 | 123795 |
| Forgotten Coast Realty of NW Florida | 03/08/2013 | 123909 |
| Mull & Associates, LLC | 03/11/2013 | 123973 |