

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** ***All Cases*** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

# REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW

| STATUS REPORT NO. | 7 | DATE | March 11, 2013 |
|---|---|---|---|



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2012** | **MDL NO. 2179** <br> **SECTION J** |
| **Applies to:** ***All Cases*** | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

**STATUS REPORT NO. 7, DATED MARCH 11, 2013**

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement Agreement (the "Settlement Agreement") submits this Report to inform the Court of the current status of the implementation of the Settlement Agreement. The Claims Administrator will provide any other information in addition to this Report as requested by the Court.

## I. STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS

### A. Claim Submissions.

#### 1. Registration and Claim Forms.

The Claims Administrator opened the Settlement Program with needed functions staffed and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment. We have received 128,432 Registration Forms and 139,593 Claim Forms since the Program opened, as shown in the Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement ("Public Report") attached as Appendix A. Claimants have begun but not fully completed and submitted 11,833 Claim Forms. The Forms are available online, in hard copy, or at Claimant Assistance Centers located throughout the Gulf. Of the total Claim Forms submitted, 16% of claimants filed in the Seafood Program, 22% filed Individual Economic Loss

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

(IEL) Claims, and 30% filed Business Economic Loss (BEL) Claims (including Start-up and Failed BEL Claims). *See* App. A, Table 2. DWH staff at the Claimant Assistance Centers assisted in completing 26,799 of these Claim Forms. *See* App. A, Table 3. The nineteen Claimant Assistance Centers also provide other forms, including Personal Representative Forms, Subsistence Interview Forms and Sworn Written Statements and Authorizations.

### 2. Minors, Incompetents and Deceased Claimants.

The table below describes the claims filed on behalf of minors, incompetents and deceased claimants in the Settlement Program. To date we have submitted and the Court has approved 53 settlements on behalf of deceased or incompetent claimants.

**Table 1. Minors, Incompetents and Deceased Claimants**

| | | Minor Claimants | | Incompetent Claimants | | Deceased Claimants | |
|---|---|---|---|---|---|---|---|
| | | Total | Change Since Last Report | Total | Change Since Last Report | Total | Change Since Last Report |
| 1. | Claims Filed | 38 | +2 | 50 | +6 | 193 | +24 |
| 2. | Referred to GADL | 22 | +4 | 14 | +1 | N/A | N/A |
| 3. | Eligible for Payment | 1 | 0 | 19 | +5 | 74 | +15 |
| 4. | Approval Orders Filed | 0 | 0 | 10 | +8 | 43 | +25 |

### 3. Third Party Claims.

Court Approved Procedure No. 1 defines the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement ("Third Party Claims"). We do not honor an asserted Third Party Claim unless the Third Party Claimant provides us with sufficient documentation to support a valid Claim. We issued 1,487 Acknowledgement/ Enforcement Notices to Third Party Claimants this month. In addition to formally

acknowledging receipt of an attempted lien assertion, this Notice sets a deadline by which we must receive additional documentation to support a valid Third Party Claim. We also issued 37 Notices to Claimants and Third Party Claimants advising them that we have received sufficient documentation to support a valid Third Party Claim.

We continue to process and pay Third Party Claims as reflected in Table 2 below.

**Table 2. Third Party Claims**

| | Type of Third Party Claim ("TPC") | TPCs Asserted | TPCs Asserted Against Claimants With a DHCC ID | TPCs[1] Asserted Against Payable Claims | Valid TPCs Asserted Against Payable Claims | TPCs Paid/ Ready for Payment (TPClmt) | Claims with TPCs Paid/ Ready for Payment (Clmt) |
|---|---|---|---|---|---|---|---|
| **1.** | **Attorney's Fees** | 2,229 | 1,256 | 263 | 137 | 50 | 222 |
| **2.** | **IRS Levies** | 388 | 258 | 32 | 29 | 18 | 24 |
| **3.** | **Individual Domestic Support Obligations** | 242 | 131 | 61 | 47 | 27 | 40 |
| **4.** | **Blanket State-Asserted Multiple Domestic Support Obligations** | 4 states | N/A | N/A | N/A | 0 | 0 |
| **5.** | **3rd Party Lien/Writ of Garnishment** | 1,266 | 768 | 9 | 3 | 1 | 6 |
| **6.** | **Other** | 19 | 9 | 1 | 0 | 0 | 0 |
| **7.** | **TOTAL** | **4,144** | **2,422** | **366** | **216** | **96** | **292**[2] |

To date, we have removed 813 lien holds due to parties releasing their claims or resolving disputes.

[1] Validity assessed after affected Claimant receives an Eligibility Notice and submits a signed Release. The streamlined enforcement requirements allow us to assess validity earlier in the process, although we will not know if a valid TPC is asserted against a payable claim until the Eligibility Notice goes out.

[2] If the TPC amount is in dispute, we pay the Claimant the undisputed portion of his/her/its Settlement Payment. A Third Party Claim can be asserted against one or more Settlement Program Claims.

**B. Claims Review.**

We completed our first reviews and issued our first outcome notices on July 15, 2012, and Payments on July 31, 2012. There are many steps involved in reviewing a claim so that it is ready for a notice.

**1. Identity Verification.**

The Tax Identity Number (TIN) Verification review is the first step in the DWH claims review process. The table below contains information on the total number of claimants reviewed in the Program, the outcome of those reviews, and the percentage of claimants that receive Verification Notices after review.

| Table 3. Identity Verification Review Activity. | | | | | |
|---|---|---|---|---|---|
| | **Outcome** | **Claimants Reviewed Since Last Report** | **Monthly Percentage** | **Total Claimants Reviewed** | **Total Percentage** |
| **1.** | **Verified During Review** | 2,856 | 72.43% | 33,970 | 79% |
| **2.** | **SSN Notice Issued** | 93 | 2.46% | 2,102 | 5% |
| **3.** | **ITIN Notice Issued** | 5 | .01% | 384 | 1% |
| **4.** | **EIN Notice Issued** | 989 | 25.1% | 6,724 | 15% |
| **5.** | **Total Reviewed** | 3,943 | 100% | 43,180 | 100% |

The table below contains information on the number of TIN Verification Notices issued, how many have been cured after the claimant responded to the Notice, and the average time to cure in days.

| Table 4. Identity Incompleteness Activity. | | | | | |
|---|---|---|---|---|---|
| | **Notice Type** | **Notices Issued** | **Number Cured** | **Percentage Cured** | **Average Time to Cure in Days** |
| **1.** | **SSN Notice** | 2,102 | 1,513 | 72% | 114 |
| **2.** | **ITIN Notice** | 384 | 311 | 81% | 136 |
| **3.** | **EIN Notice** | 6,724 | 4,841 | 72% | 73 |
| **4.** | **Total Issued** | 9,210 | 6,665 | 73% | 107 |

**2. Employer Verification Review ("EVR").**

The EVR process ensures that all employees of the same business are treated uniformly and that each business is placed in the proper Zone. The review also walks through the intricate analysis necessary to assign the right NAICS code to a business. The EVR team has completed the EVR analysis for over 120,000 businesses and rental properties.

From February 11, 2013 through March 10, 2013, the team completed the EVR step for 11,065 businesses and properties. We identified an average of 417 new businesses and properties to review each day and completed the EVR review for an average of 395 businesses and properties each day. We continue to review new businesses and rental properties on a first-in, first-out basis.

**3. Exclusions.**

The Exclusions review process ensures that claims and claimants excluded under the Settlement Agreement are appropriately denied. The Exclusions team guides the reviewers and the EVR team when questions arise during the exclusion determination. Table 5 below shows the number of Denial Notices issued to date for each Exclusion Reason and the team responsible:

**Table 5. Exclusions**

| | Exclusion Reason | Team Responsible | Denial Notices Since Last Report | Total Denial Notices |
|---|---|---|---|---|
| 1. | GCCF Release | Exclusions | 677 | 3,698 |
| 2. | BP/MDL 2179 Defendant | | 106 | 161 |
| 3. | US District Court for Eastern District of LA | | 21 | 21 |
| 4. | Not a Member of the Economic Class | Claims Reviewers | 18 | 59 |
| 5. | Bodily Injury | | 1 | 2 |
| 6. | BP Shareholder | | 1 | 6 |
| 7. | Transocean/Halliburton Claim | | 0 | 0 |
| 8. | Governmental Entity | Claims Reviewers/ | 176 | 480 |
| 9. | Oil and Gas Industry | | 38 | 193 |

| Table 5. Exclusions | | | | |
|---|---|---|---|---|
| | **Exclusion Reason** | **Team Responsible** | **Denial Notices Since Last Report** | **Total Denial Notices** |
| **10.** | **BP-Branded Fuel Entity** | **EVR** | 3 | 20 |
| **11.** | **Menhaden Claim** | **EVR** | 2 | 8 |
| **12.** | **Financial Institution** | | 19 | 103 |
| **13.** | **Gaming Industry** | | 67 | 386 |
| **14.** | **Insurance Industry** | | 17 | 74 |
| **15.** | **Defense Contractor** | | 107 | 151 |
| **16.** | **Real Estate Developer** | | 0 | 0 |
| **17.** | **Trust, Fund, Financial Vehicle** | | 0 | 3 |
| **18.** | **Total Denial Notices from Exclusions** | | **1,253** | **5,365** |

**4. Claimant Accounting Support Reviews.**

A special team handles Claimant Accounting Support ("CAS") reviews. CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim is returned from the Accountants or BrownGreer's reviewers as payable and the Compensation Amount is known, the CAS team reviews accounting invoices and CAS Sworn Written Statements. Table 6 includes information on the number of CAS reviews we have completed to date, whether the Accounting Support documentation was complete or incomplete, and the amounts reimbursed.

| Table 6. Claimant Accounting Support Reviews | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Claim Type** | **CAS Review Result** | | | | **Total CAS Reviews** | | **CAS $ Amount Reimbursed** | |
| | | **Complete** | | **Incomplete** | | | | | |
| | | **Since Last Report** | **Total to Date** | **Since Last Report** | **Total to Date** | **Since Last Report** | **Total to Date** | **Since Last Report** | **Total to Date** |
| **1.** | **BEL** | 899 | 4,649 | 79 | 477 | 978 | 5,126 | $1,387,792.97 | $5,432,316.18 |
| **2.** | **IEL** | 85 | 599 | 6 | 145 | 91 | 744 | $7,157.75 | $39,380.31 |
| **3.** | **Seafood** | 504 | 2,585 | 49 | 418 | 553 | 3,003 | $240,408.25 | $913,901.81 |
| **4.** | **TOTAL** | 1,488 | 7,833 | 134 | 1,040 | 1,622 | 8,873 | **$1,635,358.97** | **$6,385,598.30** |

**5. QA Review.**

The Quality Assurance ("QA") process addresses three fundamental needs of the Settlement Program, which are to: (a) ensure that all claims are reviewed in accordance with the policies of the Settlement Agreement by targeting anomalous claims results through data metrics analysis; (b) provide a mechanism to monitor reviewer performance and the necessary tools to efficiently and effectively provide feedback to reviewers; and (c) identify areas of review resulting in high error rates that require retraining or refined review procedures and data validations.

We have implemented a reviewer follow-up process for all claim types. We provide daily follow-up to reviewers whose claims resulted in different results after a QA review the day before. We also have a report that identifies specific reviewers who require re-training, and reveals whether there are issues that warrant refresher training for all reviewers. Table 7 shows, by Claim Type, the number of claims identified for QA review through the database QA process, as well as how many QA reviews have been completed, how many are in progress, and how many are awaiting review.

**Table 7. Quality Assurance Reviews**

| | Claim Type | Total Claims Needing QA To Date | QA Reviews Completed | % Completed | QA Reviews in Progress | Claims Awaiting QA | QA Reviews Completed Since Last Report |
|---|---|---|---|---|---|---|---|
| 1. | Seafood | 13,219 | 10,026 | 76% | 810 | 2,383 | 3,213 |
| 2. | IEL | 9,179 | 6,242 | 68% | 513 | 2,424 | 945 |
| 3. | BEL | 4,390 | 3,678 | 84% | 143 | 569 | 828 |
| 4. | Start-Up BEL | 455 | 389 | 85% | 21 | 45 | 105 |
| 5. | Failed BEL | 1,069 | 975 | 91% | 18 | 76 | 142 |
| 6. | Coastal Real Property | 11,306 | 10,477 | 93% | 150 | 679 | 1,759 |
| 7. | Real Property Sales | 569 | 565 | 99% | 1 | 3 | 23 |
| 8. | VoO Charter | 6,837 | 6,809 | 100% | 21 | 7 | 389 |
| 9. | Subsistence | 3,034 | 684 | 23% | 51 | 2,299 | 642 |

DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 7. Quality Assurance Reviews | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Claim Type | Total Claims Needing QA To Date | QA Reviews Completed | % Completed | QA Reviews in Progress | Claims Awaiting QA | QA Reviews Completed Since Last Report |
| **10.** | **Wetlands** | 1,465 | 1,350 | 92% | 67 | 48 | 410 |
| **11.** | **TOTAL** | **51,523** | **41,195** | **80%** | **1,795** | **8,533** | **8,456** |

### 6. Claim Type Review Details.

Table 8 provides information on the number of claims filed, how many claims have been reviewed to Notice, the claims remaining to review, and how many claims were reviewed to either a Notice or "Later Notice" to date, by claim type. Table 8 splits the claims reviewed to a "Later Notice" into separate sections distinguishing claims receiving Notices after we conduct a Reconsideration review from claims reviewed for additional materials submitted by a claimant in response to an Incompleteness Notice.

| Table 8. Throughput Analysis of Claims Filed and Notices Issued | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. Claims Reviewed to First Notice | | | | | | | | | | |
| | | Status of All Claims Filed | | | | | Productivity Since Last Report on 2/11/13 | | | |
| | Claim Type | Total Claims Filed To Date | Reviews Completed to Notice | | Claims Remaining to Review | | New Claims Filed | Avg Daily Claims Filed | Reviews Completed to First Notice | Avg Daily Reviews to First Notice |
| **1.** | **Seafood** | 23,558 | 13,000 | 55% | 10,558 | 45% | 21 | 1 | 4,347 | 155 |
| **2.** | **IEL** | 27,899 | 18,589 | 67% | 9,310 | 33% | 1,100 | 39 | 1,962 | 70 |
| **3.** | **IPV/FV** | 205 | 162 | 79% | 43 | 21% | 11 | 0 | 21 | 1 |
| **4.** | **BEL** | 36,476 | 18,294 | 50% | 18,182 | 50% | 4,742 | 169 | 1,883 | 67 |
| **5.** | **Start-Up BEL** | 2,636 | 1,600 | 61% | 1,036 | 39% | 184 | 7 | 201 | 7 |
| **6.** | **Failed BEL** | 2,228 | 1,445 | 65% | 783 | 35% | 162 | 6 | 192 | 7 |
| **7.** | **Coastal RP** | 19,691 | 17,007 | 86% | 2,684 | 14% | 1,981 | 71 | 2,641 | 94 |
| **8.** | **Wetlands RP** | 3,778 | 2,079 | 55% | 1,699 | 45% | 425 | 15 | 434 | 16 |
| **9.** | **RPS** | 985 | 801 | 81% | 184 | 19% | 58 | 2 | 62 | 2 |
| **10.** | **Subsistence** | 13,248 | 777 | 6% | 12,471 | 94% | 2,426 | 87 | 509 | 18 |
| **11.** | **VoO** | 8,065 | 7,815 | 97% | 250 | 3% | 197 | 7 | 301 | 11 |
| **12.** | **Vessel** | 824 | 683 | 83% | 141 | 17% | 123 | 4 | 109 | 4 |
| **13.** | **TOTAL** | **139,593** | **82,252** | **59%** | **57,341** | **41%** | **11,430** | **408** | **12,662** | **452** |

**Table 8. Throughput Analysis of Claims Filed and Notices Issued**

**B. Claims Reviewed to Later Notice**

| | Claim Type | Initial or Preliminary Incompleteness Response | | | Follow-Up Incompleteness Responses | | | Requests for Reconsideration | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Responses | Claims with Later Notice | Remaining Claims | Total Responses | Claims with Later Notice | Remaining Claims[2] | Total Requests | Claims with Later Notice | Remaining Claims[2] |
| 1. | Seafood | 2,555 | 911 | 1,644 | 485 | 136 | 349 | 1,056 | 512 | 544 |
| 2. | IEL | 9,393 | 4,345 | 5,048 | 1,804 | 785 | 1,019 | 1,006 | 464 | 542 |
| 3. | IPV/FV | 58 | 42 | 16 | 6 | 0 | 6 | 6 | 0 | 6 |
| 4. | BEL | 9,815 | 4,676 | 5,139 | 2,563 | 894 | 1,669 | 1,121 | 426 | 695 |
| 5. | Start-Up BEL | 864 | 487 | 377 | 294 | 106 | 188 | 85 | 24 | 61 |
| 6. | Failed BEL | 451 | 245 | 206 | 159 | 58 | 101 | 155 | 78 | 77 |
| 7. | Coastal RP | 2,708 | 1,966 | 742 | 537 | 245 | 292 | 661 | 366 | 295 |
| 8. | Wetlands RP | 130 | 81 | 49 | 15 | 9 | 6 | 245 | 77 | 168 |
| 9. | RPS | 135 | 121 | 14 | 29 | 26 | 3 | 106 | 85 | 21 |
| 10. | Subsistence | 131 | 8 | 123 | 0 | 0 | 0 | 18 | 3 | 15 |
| 11. | VoO | 753 | 705 | 48 | 254 | 221 | 33 | 444 | 321 | 123 |
| 12. | Vessel | 435 | 349 | 86 | 149 | 94 | 55 | 55 | 35 | 20 |
| 13. | **TOTAL** | **27,428** | **13,936** | **13,492** | **6,295** | **2,574** | **3,721** | **4,958** | **2,391** | **2,567** |

### C. Claim Payments.

We issued our first payments to claimants on July 31, 2012. Tables 4 and 5 of the Public Report attached at Appendix A provide detail on the notices and payments issued to date. As of March 10, 2013, we have issued 30,589 Eligibility Notices with Payment Offers totaling $2,402,351,747 billion. As of that date, we also have made over $1.66 billion in payments on 23,640 claims.

### D. Reconsiderations and Appeals.

#### 1. Reconsideration Reviews and Outcomes.

To date, there have been 48,062 Eligibility, Denial and Incompleteness Denial Notices issued from which claimants can seek Reconsideration. Of those, 8,182 are still within the 30 day window to seek Reconsideration and have not yet done so, leaving 39,880 that have passed

the window for seeking Reconsideration. Of those, claimants have asked for Reconsideration of 4,907 claims. Thus, the rate of Reconsideration from all final determinations is 12.3%. The rate of Reconsideration from Eligibility Notices is 7% and the rate of Reconsideration from Denial and Incompleteness Denial Notices is 29%.

Table 9 summarizes the Reconsideration Reviews we have completed, the number of Post-Reconsideration Notices we have issued, and whether the outcome of the Reconsideration review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Reconsideration. The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 9. Reconsideration | | | | | |
|---|---|---|---|---|---|
| A. Reconsideration Requests and Reviews | | | | | |
| | Claim Type | Requests Received To Date | Reviews Completed To Date | | |
| | | | Total | Completed Since Last Report | Average Weekly Reviews |
| 1. | **Seafood** | 1,048 | 608 | 77 | 43 |
| 2. | **IEL** | 992 | 679 | 115 | 49 |
| 3. | **IPV/FV** | 6 | 0 | 0 | 0 |
| 4. | **BEL** | 1,105 | 821 | 212 | 59 |
| 5. | **Start-Up BEL** | 81 | 54 | 26 | 4 |
| 6. | **Failed BEL** | 154 | 127 | 35 | 9 |
| 7. | **Coastal** | 653 | 477 | 332 | 34 |
| 8. | **Wetlands** | 245 | 243 | 117 | 17 |
| 9. | **Real Property Sales** | 106 | 102 | 12 | 7 |
| 10. | **Subsistence** | 17 | 3 | 0 | 0 |
| 11. | **VoO** | 444 | 415 | 69 | 30 |
| 12. | **Vessel** | 56 | 45 | 7 | 3 |
| 13. | **TOTAL** | **4,907** | **3,574** | **1,002** | **255** |

| Table 9. Reconsideration | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B. Reconsideration Notices Issued | | | | | | | | |
| | Claim Type | Notices Issued | | Outcome of Review | | | | |
| | | Total Issued to Date | Weekly Average | Compensation Amount for Eligible Claims | | | Exclusion/Denials | |
| | | | | ↑ | ↓ | ↔ | Confirmed | Overturned |
| 1. | **Seafood** | 501 | 18 | 260 | 38 | 130 | 71 | 2 |
| 2. | **IEL** | 489 | 18 | 49 | 3 | 13 | 424 | 0 |
| 3. | **IPV/FV** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4. | **BEL** | 428 | 16 | 148 | 18 | 64 | 187 | 11 |
| 5. | **Start-Up BEL** | 24 | 1 | 6 | 1 | 4 | 12 | 1 |
| 6. | **Failed BEL** | 78 | 3 | 0 | 0 | 0 | 78 | 0 |
| 7. | **Coastal** | 370 | 15 | 48 | 9 | 155 | 153 | 5 |
| 8. | **Wetlands** | 78 | 3 | 11 | 1 | 16 | 50 | 0 |
| 9. | **Real Property Sales** | 88 | 3 | 0 | 0 | 2 | 85 | 1 |
| 10. | **Subsistence** | 3 | 0 | 0 | 0 | 0 | 3 | 0 |
| 11. | **VoO** | 382 | 0 | 56 | 2 | 102 | 188 | 34 |
| 12 | **Vessel** | 35 | 0 | 22 | 0 | 6 | 7 | 0 |
| 13. | **TOTAL** | **2,476** | **77** | **600** | **72** | **492** | **1,258** | **54** |

**2. Appeals.**

**(a) *BP Appeals.***

To date, we have issued 11,187 Eligibility Notices that meet or exceed the threshold amounts rendering them eligible for BP to appeal. Of those, 538 are still within the time for BP to appeal, leaving 10,649 that have passed the window for BP to consider whether to appeal. Of those 10,649, BP has appealed 713, or only 6.6%. However, out of the 713 BP has appealed, they have subsequently withdrawn 87 appeals, and another 23 have been resolved for the same amount of the Eligibility Notice. Thus, out of the 713 claims BP has appealed, 110 have either been withdrawn or resolved, confirming that the outcome of the review was correct. If we remove those 110 from the 713 BP has appealed to arrive at a more realistic "rate of

disagreement" BP has with our results, that leaves 603 claims out of 10,649, or a 5.6% rate of disagreement.

Table 10 provides summary information on the status of BP's appeals.

| **Table 10. Status of BP Appeals** | | | | |
|---|---|---|---|---|
| **A. Appeal Filing/Resolution** | | | | |
| | **Status** | **As of 3/11/13** | **Since Last Report** | **Total** |
| **1.** | **BP Appeals Filed** | **668** | 45 | **713** |
| **2.** | **Appeals Resolved** | **289** | 11 | **300** |
| **(a)** | **Withdrawn** | 85 | 2 | 87 |
| **(b)** | **Panel Decided** | 22 | 0 | 22 |
| **(c)** | **Settled by Parties** | 148 | 9 | 157 |
| **(d)** | **Administratively Closed** | 8 | 0 | 8 |
| **(e)** | **Closed for Reconsideration Review** | 26 | 0 | 26 |
| **B. Pending Appeals** | | | | |
| **3.** | **In Pre-Panel Baseball Process** | 400 | | |
| **4.** | **Currently Before Panel** | 13 | | |
| **5.** | **TOTAL PENDING** | **413** | | |

**(b) *Claimant Appeals.***

Before a claimant may appeal, he must seek Reconsideration and receive a Post-Reconsideration Notice. To date, we have issued 2,476 Post-Reconsideration Notices. Of those, 640 are still within the time for the Claimant to appeal, leaving 1,836 that have passed the window for the claimant to consider whether to appeal. Of those 1,836, claimants have appealed 328, or 17.8%. Of the 328 Claimant Appeals, 218 are appeals of Post-Reconsideration Denial Notices and 110 are appeals of Post-Reconsideration Eligibility Notices.

Table 11 provides summary information on the status of Claimant appeals:

| Table 11. Status of Claimant Appeals | | | | |
|---|---|---|---|---|
| **A. Appeal Filing/Resolution** | | | | |
| | **Status** | **As of 3/11/13** | **Since Last Report** | **Total** |
| **1.** | **Claimant Appeals Filed** | **311** | 17 | **328** |
| **2.** | **Appeals Resolved** | **57** | 3 | **60** |
| **(a)** | Withdrawn | 7 | 1 | 8 |
| **(b)** | Panel Decided | 23 | 2 | 25 |
| **(c)** | Settled by Parties | 20 | 0 | 20 |
| **(d)** | Administratively Closed | 7 | 0 | 7 |
| **B. Pending Appeals** | | | | |
| **3.** | **In Pre-Panel Baseball Process** | 75 | | |
| **4.** | **In Pre-Panel Non-Baseball Process** | 170 | | |
| **5.** | **Currently Before Panel** | 23 | | |
| **6.** | **TOTAL PENDING** | **268** | | |

**(c)** ***Resolved Appeals.***

As reported in the tables above, 360 Claimant and BP appeals have been resolved. Table 12 provides a summary of these resolved appeals, by Claim Type. The Panel decided to award BP's Final Proposal on 18 appeals (13 VoO claims, one IEL claim, two Seafood claims, and two BEL claims). The Panel decided to award the Claimant's Final Proposal on ten claims (four VoO claims, one BEL claim, one IEL claim, one VPD claim, and three Seafood claims). The Panel decided to uphold the denial on 16 claims and overturn the denial on nine claims.

| Table 12. Outcome After Appeal | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Type | Appeals Settled or Decided by Panel | | | | | Withdrawn | Admin. Closed | Closed Because Claimant Asked For Reconsideration | Total |
| | | Award Amount after Appeal, Compared to Original Notice | | | | | | | | |
| | | Higher | Lower | Same | Denial Upheld | Denial Over-turned | | | | |
| 1. | Seafood | 2 | 65 | 13 | 1 | 0 | 34 | 3 | 8 | 126 |
| 2. | BEL | 4 | 60 | 1 | 3 | 3 | 35 | 4 | 18 | 128 |
| 3. | Wetlands Real Property | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 3 |
| 4. | Coastal Real Property | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 5. | Real Property Sales | 0 | 0 | 2 | 4 | 0 | 2 | 1 | 0 | 9 |
| 6. | VoO Charter Payment | 7 | 24 | 13 | 3 | 5 | 17 | 1 | 0 | 70 |
| 7. | IEL | 1 | 3 | 1 | 3 | 1 | 3 | 6 | 0 | 18 |
| 8. | VPD | 1 | 1 | 0 | 0 | 0 | 3 | 0 | 0 | 5 |
| 9. | **Total** | **15** | **154** | **30** | **16** | **9** | **95** | **15** | **26** | **360** |

## II. CLAIMANT OUTREACH EFFORTS

We have continued our Claimant Outreach efforts since the previous Court Status Report:

### A. Law Firm Contacts.

The Law Firm Contacts team continued to work with the accountants to coordinate outreach calls with law firms representing claimants with Seafood Compensation Program claims that were still incomplete. This collaboration allowed the accountants and Law Firm Contacts to efficiently address Program questions and documentation requirements.

The Law Firm Contacts expanded their outreach efforts to include calls related to claimants who were denied for incomplete documents, but provided Reconsideration comments

either directly requesting contact or seeming to require contact. Firm Contacts discussed the denials with the law firms, answered questions, and provided law firms with options on how to respond to the Denial Notice.

**B. Communications Center (CCC).**

The primary purpose of the CCC is to provide consistent, accurate information regarding the claims process. Our supervisory team implemented several measures to ensure that our agents are providing excellent customer service and assistance to all callers. These measures include monitoring and recording agent calls for skill assessment, and supervisor review of Global Notes entries. We assigned agents to a monitoring and feedback schedule so that each agent's call fluency is assessed on a regular basis. This schedule requires supervisors to provide feedback and goals for improvement in a timely manner so that any errors are quickly corrected.

In addition, common issues are tracked and addressed in team meetings and refresher trainings. Based on our analysis this week, we provided refresher trainings and materials on call escalation policies and claimant communication practices. We will continue to perform these quality assurance processes for the duration of the Program as we constantly identify ways to improve our communication efforts.

The CCC expanded outreach efforts to include claimants who emailed the Deepwater Horizon Settlement Program with questions or claim status update requests. Claimants responded positively to this outreach, and we were able to quickly resolve most inquiries in one call. We continued to call claimants regarding missing payment documents, Seafood Compensation Program claims with missing documents, double payment issues and Incompleteness questions. This week we began to see the success of our outreach efforts, specifically with missing payment document outreach.

**C. Claimant Assistance Centers (CACs).**

The Claimant Outreach Program (COP) continues at the CACs. Between February 11, 2013, and March 10, 2013, the COP Team completed over 2,300 calls to claimants. The CACs continued to reach out to claimants with incomplete claims across all damage categories. In addition to these outreach efforts, the team called claimants who filed claims of all claim types in a CAC.

**D. Summary of Outreach Calls.**

The table below summarizes some of the Claimant Outreach Program efforts:

**Table 13. Outreach Call Volume**
(As of 3/10/13)

| Row | Location | Calls Made | Incomplete Claims Affected | Claims With New Docs After Call | % of Claims With New Docs After Call | Claimants Visiting CAC After Call | % of Claimants Visiting CAC |
|---|---|---|---|---|---|---|---|
| **1.** | BrownGreer | 26,340 | 13,336 | 9,027 | 68% | 4,537 | 34% |
| **2.** | Garden City Group | 30,720 | 5,290 | 3,547 | 67% | 3152 | 6% |
| **3.** | P & N | 4,477 | 1,602 | 1,194 | 75% | 50 | 3% |
| **4.** | PWC | 569 | 242 | 205 | 85% | 7 | 3% |
| **5.** | **Totals** | **62,106** | **20,470** | **13,973** | **68%** | **4,906** | **24%** |

## III. CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March 2013.

/s/ Patrick M. Juneau
Claims Administrator