UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Answers to Pleading Bundle A Complaints]**

IT IS ORDERED that the parties are not required to serve and file answers to Pleading Bundle A complaints until further order of the Court.

New Orleans, Louisiana, this 11th day of March, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**