# Exhibit 1

## to

**UNITED STATES' REPLY TO BP EXPLORATION & PRODUCTION INC.'S OPPOSITION TO THE UNITED STATES' MOTION TO COMPEL PRODUCTION OF PREVIOUSLY-WITHHELD DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE**

[PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to attach Exhibit 1 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.