# Exhibit 3

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL       )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )  SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )  JUDGE BARBIER
                        )  MAG. JUDGE SHUSHAN
```

*****************
VOLUME 1
*****************

Deposition of Timothy James Lockett, Ph.D., BP, Inc., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 18th day of December, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.  Okay.  You mentioned that you supervise a
 2   Team of Engineers.  How many people do you
 3   supervise?
 4             MR. PAVLIS:  You're asking
 5   currently?
 6             MR. BENSON:  Yeah.
 7             MR. PAVLIS:  Okay.
 8        A.  Right now, I supervise three people
 9   directly.
10        Q.  (By Mr. Benson) Okay.  And who are those
11   people?
12        A.  In Sunbury, Ian Hudson.
13             THE WITNESS:  Do I need to spell
14   names?
15             THE COURT REPORTER:  Sure.
16        Q.  (By Mr. Benson) That would be helpful.
17        A.  Hudson, H-u-d-s-o-n.  And Kieron Hopper.
18   That's K-i-e-r-o-n, H-o-p-p-e-r.  And in Houston,
19   Yong Qian Fan.  Yong Qian is Y-o-n-g, Q-i-a-n,
20   surname F-a-n.
21             THE COURT REPORTER:  Thanks.
22        Q.  (By Mr. Benson) And did you say earlier
23   your title was Flow Assurance Engineer?
24        A.  My title at the time I joined BP was Flow
25   Assurance Engineer, and my title now would be
```

1  Discipline Lead for Flow Assurance.
2      Q.  Okay.  Has the substance of your job
3  changed since you've joined BP?
4      A.  The substance was not.  The balance has
5  changed more in favor of supervisory rather than
6  delivery.
7      Q.  Okay.  Who do you report to now at BP?
8      A.  Can you clarify whether you mean in a
9  managerial sense or in a technical sense?
10     Q.  I guess both.
11     A.  In a managerial sense, I currently report
12 to John Osborne, who is my Team Leader.  He's the
13 Team Leader for Subsea Floating Systems.  In a
14 technical sense, much of my work is connected
15 with Trevor Hill.  And insofar as it concerns a
16 design project rather than a current operation,
17 then much of my work relates to Farah Saidi.
18     Q.  Okay.
19              THE WITNESS:  Do I need to spell
20 Saidi?
21              THE COURT REPORTER:  No, sir.  I've
22 got it.
23              THE WITNESS:  Thank you.
24     Q.  (By Mr. Benson) You mentioned John
25 Osborne.  Can you briefly describe the management

```
 1      Q.  Okay.  Well, let's go as you understood
 2   it in May of 2010.
 3           MR. DRAKE:  The same objection.
 4           MR. PAVLIS:  I'll join in the
 5   objection.
 6      A.  Well, in -- in May 2010, I would have
 7   understood that higher resistance to flow would
 8   drive a higher differential pressure.  And you
 9   don't know what the size of that restriction is,
10   so all you're talking about there is a scale of
11   how resistance would play against other
12   parameters that you don't know.
13           MR. BENSON:  Let's go off the
14   record.
15           THE VIDEOGRAPHER:  The time is
16   10:46 a.m.  We're off the record, ending Tape 2.
17        (Recess from 10:46 a.m. to 11:00 a.m.)
18           MR. BENSON:  Ready.
19           THE VIDEOGRAPHER:  All set?
20        The time is 11:00 o'clock a.m.  We're
21   back on the record, beginning Tape 3.
22      Q.  (By Mr. Benson) Okay.  Dr. Lockett, could
23   you turn to Tab 1 in your book.  This is an
24   exhibit that's been previously marked as 9445.
25   Can you take a look at this?  And I want to ask
```

```
 1    you a few questions about it.
 2         A.   (Reviewing document.)  Okay.
 3         Q.   Have you reviewed it?
 4         A.   I'm comfortable with it, yes.
 5         Q.   Okay.  Now, this -- the cover is an
 6    E-mail that you sent to Farah Saidi, Trevor Hill,
 7    and Ian Stilwell on April 27th, 2010; is that
 8    right?
 9         A.   That is correct.
10         Q.   Okay.  And what analysis were you
11    providing here?
12         A.   We were starting to develop a -- an
13    analysis tool which would describe the system of
14    well, BOP stack, and riser for the purpose of
15    evaluating the option of using hydrates to block
16    the top of the well.
17         Q.   Okay.  I take it this is something that
18    Trevor Hill had asked you to work on?
19         A.   Yes, it is.
20         Q.   Okay.  And this is sort of your initial
21    report to Mr. Hill and others about what you've
22    found so far?
23         A.   Yes, it is.
24         Q.   Okay.  And this is sort of what we talked
25    about earlier, that after you do a modeling run
```

1  or modeling analysis, you would summarize it in
2  some kind of document to the person who asked for
3  that run?
4      A.   This is the start of -- of that, yeah,
5  continuing that process of how it would normally
6  work, yes.
7      Q.   Okay.  Let me ask you to wor -- look at
8  the E-mail, the cover E-mail here.  You say:
9  "This is from this morning and has as series of
10 key points landing at the identification that we
11 must either have a restriction to inflow
12 (formation collapse) or restriction to outflow
13 (crimp) in order to have realistic" flow --
14 "flowrates in the range 5000" to "20000" barrels
15 per day.
16          Did I read that correctly?
17     A.   You did.
18     Q.   Okay.  And so that was your conclusion on
19 April 27th, correct?
20     A.   You used the word "conclusion."  I've
21 used the word "identification."  There may be
22 a -- a difference in our interpretation of those
23 words, but in general form, that -- that's a
24 summary of where this work takes me or took me.
25     Q.   Okay.  When you say "(formation

```
 1        A.   (Reviewing document.)
 2        Q.   If we could mark this as 10646.
 3        A.   It's already marked.
 4             MR. PAVLIS:  It's already marked.
 5        Q.   (By Mr. Benson)  Oh, yes.  Thank you.
 6   Okay.  So this has been previously marked as
 7   9446.
 8             Dr. Lockett, do you recognize this
 9   document and the attachments?
10        A.   Yes, I do.
11        Q.   Okay.  Describe what this analysis was.
12        A.   (Reviewing document.)  This E-mail
13   discusses methods of estimating flow rate from
14   quantities that are measurable or could be
15   measurable in the system as it existed at that
16   time and explores how those methods would play
17   out given certain assumptions about the system in
18   order to provide -- to provide scales for
19   velocity, thermal, and pressure measurements, to
20   link those back to flow rates.
21        Q.   Okay.  And why -- why was this something
22   you were working on on May 3rd?
23        A.   My recollection is that I was asked to
24   prepare a summary of methods that could be used
25   by a phone call to Trevor.
```

1    Q.  And so this was your response?

2    A.  And this is my response.

3    Q.  Okay.  And you -- you've titled the

4  E-mail, you've given it the "Subject:  Best

5  estimate."  It's fair to say this is your best

6  estimate at the time?

7         MR. DRAKE:  Objection, form.

8    A.  I've titled the E-mail "Best estimate"

9  for the purposes of conveying the view that we

10  have a number of different methods that can be

11  deployed to provide an estimate of flow, and any

12  one of them on their own constitutes an estimate,

13  when a fact is used to interpret the scales that

14  I've explored here.  And a best estimate can be

15  derived when we have corroboration between those

16  different methods.

17    Q.  (By Mr. Benson) Okay.  And let's turn

18  to -- I think you should have a spreadsheet that

19  looks sort of like this (indicating), with three

20  plots and three tables.

21    A.  Yes, I do.

22    Q.  Okay.  And is this the guts of the

23  analysis that you were just referring to?

24    A.  The guts of the analysis really exist

25  on -- on the pages behind this, and this is a

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )  SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN
```

*****************
VOLUME 2
*****************

Continuation of the Deposition of Timothy James Lockett, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 19th day of December, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    my Counsel on a matter of privilege?
 2         Q.   (By Mr. Davis-Denny) Yes.
 3              MR. DAVIS-DENNY:  Can we please stop
 4    the clock, though.
 5              THE VIDEOGRAPHER:  The time
 6    is two -- going off the record?
 7              MR. DAVIS-DENNY:  Yes.
 8              THE VIDEOGRAPHER:  It's 2:49 p.m.
 9    We're off the record.
10           (Recess from 2:49 p.m. to 2:54 p.m.)
11              MR. DAVIS-DENNY:  Ready.
12              THE VIDEOGRAPHER:  All set?
13         The time is 2:54 p.m.  We're back on the
14    record, beginning Tape 15.
15         A.   Can you repeat the question?
16         Q.   (By Mr. Davis-Denny) Your analysis was
17    that the flow rate had increased during the
18    course of the Top Kill, correct?
19         A.   The opinion I formed at that time, based
20    on the work I had conducted at that time, was
21    that the flow rate had increased between the
22    start of Top Kill 1 and the end of Top Kill 3.
23         Q.   Okay.  Could you please go back to U.S.
24    Tab 13, Exhibit 9446?  This was the one we
25    started to look at earlier.
```

1      A.   Okay.
2      Q.   This is your May 3rd E-mail to Trevor
3 Hill with the "Subject" line "Best estimate"?
4      A.   That's correct.
5      Q.   Okay.  Now if you'll please turn to the
6 attachment, and I believe there's an attachment
7 in there that's a long, legal-size piece of
8 paper, correct?
9      A.   (Nodding.)
10     Q.   And you're looking at that right now?
11     A.   Yes, I am.
12     Q.   Okay.  And I'd like to focus your
13 attention on the numbers that are in the tables
14 on the -- towards the left-hand side of that
15 legal-size piece of paper.
16          Do you see that?
17     A.   Yes, I do.
18     Q.   Okay.  And the second column in each of
19 your tables, is that a flow rate number in stock
20 tank barrels per day that you are estimating?
21          MR. DRAKE:  Objection, form.
22     A.   It's a flow rate in stock tank barrels
23 per day of the OilPhase, and I'm using it in a
24 parametric study, so it is an output from that
25 study as a function of hole size.

1   Q.  (By Mr. Davis-Denny) Okay.  And explain
2   to me, you have three different tables here, one
3   of which says "Outlet of Riser," one of which
4   says "BOP," one of which says Downstream "of
5   Crimp."  But there does not appear to be a
6   tremendous amount of difference between the flow
7   rates in these tables, or what is the difference
8   between these tables, or among these tables, I
9   should say?
10          MR. DRAKE:  Objection, form.
11   A.  I believe these three tables index a
12  common set of OLGA calculations, and what I'm
13  doing in the three tables is pulling out
14  information that's three different places,
15  "Outlet of Riser," "BOP," downstream "of crimp,"
16  in order to form the three graphs that's shown on
17  the right-hand side of the page.
18   Q.  (By Mr. Davis-Denny) Okay.  So at "Outlet
19  of Riser," you have seven cases that vary based
20  on the size of the hole; is that correct?
21   A.  That's correct.
22   Q.  And six of those seven cases yield flow
23  rates higher than 5,000 barrels of oil per day,
24  correct?
25          MR. DRAKE:  Objection, form.

1    A.   Six of those cases have flow rates higher
2    than 5,000 barrels per day in them, yes.
3        Q.   (By Mr. Davis-Denny) And four of the
4    seven cases, more than half, have flow rates
5    higher than 20,000 barrels of oil per day,
6    correct?
7             MR. DRAKE:  Objection, form.
8        A.   Four of the seven cases have flow rates
9    higher than 20,000 barrels per day, yes.
10       Q.   (By Mr. Davis-Denny) And to arrive at a
11   flow rate under 20,000 barrels of oil per day,
12   you have to assume that the hole size through
13   which the oil is flowing is less than one inch;
14   is that correct?
15            MR. DRAKE:  Objection, form.
16       A.   Subject to the validity of the rest of
17   the modeling assumptions implicit in this work,
18   yes, that's correct.
19       Q.   (By Mr. Davis-Denny) Okay.  Did you have
20   any evidence that it was more likely than not
21   that the hole size was less than one inch in
22   May -- let's say in May of 2010?
23            MR. DRAKE:  Objection, form.
24       A.   No, I did not.
25       Q.   (By Mr. Davis-Denny) I'd like to show you