# Exhibit 7



**U.S. Department of Justice**

Environment and Natural Resource Division

---

*P.O. Box 7611*
*Washington, DC 20044*
*202-514-5261*
*Thomas.Benson@usdoj.gov*

March 1, 2013

**BY ELECTRONIC MAIL**

Don K. Haycraft
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA
dkhaycraft@liskow.com

      Re:    MDL 2179: BP's Opposition to the United States' Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege

Dear Mr. Haycraft:

      We received the opposition to the United States' Motion to Compel Pursuant to the Crime-Fraud Exception that BP filed last night. In BP's brief, the company states that it will "soon submit privilege logs under seal, together with a submission, made for purposes of *in camera* review, of all documents appearing on the logs relating to May 24 and June 25 letters and May 19 note, respectively." BP Brief at 8; *see also* BP Brief at 24.

      We have two serious concerns with BP's proposal. First, to the extent BP decides to provide privilege logs to the Court, those logs should be served on all counsel, rather than filed under seal with the Court.[1] The logs themselves are not privileged, and we note that BP offered to provide privilege logs to the United States in the meet-and-confer process before changing its mind once a briefing schedule was set. *See* February 13, 2013 R. Gasaway Letter; February 26, 2013 M. Petrino Email.

---

[1] As stated in our brief and previous correspondence, we do not believe *in camera* review is necessary in this situation. *In camera* review is only necessary when needed to determine whether a crime or fraud has occurred. Here, that fact is established by BP's own admissions.

1

Second, we object to BP providing any *in camera* submission to the Court with the privilege logs. The Court set a schedule for BP to file its brief on this matter, and BP has done so. There is no reason for BP to get a second, secret brief on the issue.

Given these objections, we trust that if BP opts to proceed with its stated intention to provide privilege logs to the Court, it will (1) provide those logs to counsel at the same time and (2) not provide any *in camera* submission on the issue. If you do not agree to these parameters, please advise, and we will raise the issue with the Court.

          Sincerely,

          /s/ *Thomas A. Benson*
          Thomas A. Benson

cc:    Counsel of Record via Lexis File & Serve