# Exhibit 8

| From: | Benson, Thomas (ENRD) |
|---|---|
| Sent: | Tuesday, March 05, 2013 5:07 PM |
| To: | 'Petrino, Michael A.'; 'Sally Shushan' |
| Cc: | 'Michael O'Keefe'; '*airpino@irpinolaw.com'; 'James Parkerson Roy'; '*sherman@hhkc.com'; 'Brian Barr'; 'Jimmy Williamson'; '*lstrange@ago.state.al.us'; '*CMaze@ago.state.al.us'; 'Terrell, Megan'; 'Trey Phillips'; 'dsc2179@liskow.com'; 'Phase2US@liskow.com'; '*Joel.Gross@aporter.com'; 'Gasaway, Robert R.'; 'Langan, Andrew'; 'Nomellini, Mark J.'; 'Eisert, Joseph A.'; 'Babiuch, Ryan S'; 'Davis-Denny, Grant'; Donnellan, Michael (ENRD); 'XT Roberts, Steven' |
| Subject: | RE: MDL 2179 -- BP's in Camera Submission re US Motion to Compel |
| Attachments: | ENV_ENFORCEMENT-#2337945-v1-dwh_c-f_letter_3_1_2013_served.pdf |

| Tracking: | Recipient | Read |
|---|---|---|
| | 'Petrino, Michael A.' | |
| | 'Sally Shushan' | |
| | 'Michael O'Keefe' | |
| | '*airpino@irpinolaw.com' | |
| | 'James Parkerson Roy' | |
| | '*sherman@hhkc.com' | |
| | 'Brian Barr' | |
| | 'Jimmy Williamson' | |
| | '*lstrange@ago.state.al.us' | |
| | '*CMaze@ago.state.al.us' | |
| | 'Terrell, Megan' | |
| | 'Trey Phillips' | |
| | 'dsc2179@liskow.com' | |
| | 'Phase2US@liskow.com' | |
| | '*Joel.Gross@aporter.com' | |
| | 'Gasaway, Robert R.' | |
| | 'Langan, Andrew' | |
| | 'Nomellini, Mark J.' | |
| | 'Eisert, Joseph A.' | |
| | 'Babiuch, Ryan S' | |
| | 'Davis-Denny, Grant' | |
| | Donnellan, Michael (ENRD) | Read: 3/5/2013 6:52 PM |
| | 'XT Roberts, Steven' | |

Dear Judge Shushan,

We ask that you take no action on BP's letter or its in camera submission until we have a chance to discuss the matter via conference call.

As you know, BP filed an opposition to our crime-fraud motion to compel on Thursday, Feb. 28. In that brief, BP stated its intention to provide the Court with certain privilege logs and an in camera submission related to those logs. The United States responded Friday by saying that such a course would be inappropriate. We asked that BP either alter its plans or reach out to the United States to discuss the issue. *See* Attached Letter. Transocean served a similar letter.

Instead, BP provided no response except to cc counsel on the letter the Court below. In that letter, BP proposes to do precisely what the United States and TO had said was improper. To state the matter briefly, we believe it is the Court's

1

prerogative – not BP's – to decide whether in camera review of documents is necessary or appropriate. We believe that any purportedly privileged privilege logs BP wants to provide to the Court should be served on all Parties – just as is the practice in every case. Finally, we believe BP should not be submitting letters purportedly on process that rehash the substantive arguments of its brief, essentially granting itself another opportunity for argument.

Given the circumstances, we agree that a call is necessary, and we are available at the times proposed by Mr. Petrino. Until we have the opportunity to be heard, we ask that the Court not read BP's letter or review the in camera submission BP is delivering today.

Respectfully submitted,

Tom

---

**From:** Petrino, Michael A. [mailto:michael.petrino@kirkland.com]
**Sent:** Tuesday, March 05, 2013 4:11 PM
**To:** Sally Shushan
**Cc:** Michael O'Keefe; *airpino@irpinolaw.com; James Parkerson Roy; *sherman@hhkc.com; Brian Barr; Jimmy Williamson; *lstrange@ago.state.al.us; *CMaze@ago.state.al.us; Terrell, Megan; Trey Phillips; dsc2179@liskow.com; Phase2US@liskow.com; *Joel.Gross@aporter.com; Gasaway, Robert R.; Langan, Andrew; Nomellini, Mark J.; Eisert, Joseph A.; Babiuch, Ryan S
**Subject:** MDL 2179 -- BP's in Camera Submission re US Motion to Compel

Dear Judge Shushan,

Please see the attached correspondence from Rob Gasaway regarding the *in camera* submission BP described in its Opposition to the United States motion to compel, which will be delivered to Chambers this afternoon.

As you will see from the attached letter, both the United States and Transocean object to this submission. Should the Court wish to have a conference call with the United States and BP to discuss this submission, BP is available tomorrow (Wednesday) after 2pm CT or Thursday after 1:30pm CT.

Respectfully submitted,

**Michael A. Petrino**
Associate

Kirkland & Ellis LLP
655 Fifteenth St. NW   Washington, D.C. 20005
Tel +1-202-879-5170    Fax +1-202-654-9638

Michael.Petrino@kirkland.com

**************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
****************************************************************