UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| **THIS DOCUMENT RELATES:** | |
| *2:10-CV-08888-CJB-SS* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle

Signed this _____ day of _____, 2013

_____

JUDGE

1

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM |
|---|---|---|
| Fumero, Lazaro | 03/11/13 | 124014 |
| Harper Hull Construction | 03/06/13 | 123732 |
| Daniel, Donna | 03/11/13 | 124015 |
| Nicole, Douglas | 03/11/13 | 124016 |
| Jambon, Lettie | 03/11/13 | 124017 |
| Hughes, Bennie | 03/06/13 | 123737 |
| Guille, Charles | 03/06/13 | 123738 |
| Dauzat, Chelsea | 03/06/13 | 123739 |
| Walter Mason Tour Company | 03/11/13 | 124020 |
| Loupe' Welding Service | 03/11/13 | 124022 |
| Lamothe, Diane | 03/06/13 | 123742 |
| Lamothe, Joseph | 03/06/13 | 123743 |
| Guidry, John | 03/11/13 | 124023 |
| Griffin, Danny | 03/11/13 | 124034 |
| Docet, James | 03/11/13 | 124024 |
| Trosclair, Keith | 03/11/13 | 124047 |
| Johnson, Clarence | 03/11/13 | 124033 |
| Bruce, Michael | 03/11/13 | 124043 |
| Slaton, Hershel | 03/11/13 | 124044 |
| Clipper Doodles | 03/11/13 | 121045 |
| Ledet, Maryet | 03/06/13 | 123765 |
| Johnson, Hiram | 03/11/13 | 124046 |
| Pitre, Yvette | 03/11/13 | 124050 |
| Louisiana Leisure Resort | 03/11/13 | 124051 |
| Cajun Shack Laundromat, LLP | 03/11/13 | 124052 |
| Fisherman's Wash, LLP | 03/11/13 | 124053 |
| Pitre's Fur Company | 03/11/13 | 124054 |
| Pitre's Fireworks | 03/11/13 | 124055 |
| Smith, Dwaine | 03/11/13 | 124056 |
| Gross, Jerome | 03/11/13 | 124057 |
| Anselmi, Ali | 03/11/13 | 124058 |
| Ronquille, Bruce | 03/11/13 | 124059 |

| | | |
|---|---|---|
| Lonesome Development, LLC | 03/11/13 | 124060 |
| Billiot, Blair | 03/11/13 | 124061 |
| Lara-Billiot, Roxana | 03/11/13 | 124062 |
| Wiggins, Attries | 03/11/13 | 124063 |
| Gray, Kyle | 03/11/13 | 124064 |
| Matthews, Jessie | 03/11/13 | 124065 |
| Westside Development | 03/06/13 | 124066 |
| BAM Construction | 03/06/13 | 124067 |
| Gautier's Trucking | 03/06/13 | 124069 |
| Vides Ventures, LLC | 03/07/13 | 124070 |
| Advantage Nursing Services | 03/07/13 | 124071 |