# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Working Group Conference on Friday, March 8, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

### EQUIPMENT AT MICHOUD AND OTHER LOCATIONS

1. **Evidence Freeze Plan and Michoud Audit**.

   Captain Englebert submitted an evidence freeze plan for which there was no objection.

   BP will report at the March 15 conference on whether the information for the Michoud audit can be presented to the Court.

2. **Mold Impressions**.

   In July 2012 mold impressions were produced and analyzed.  The U.S. wants to conduct scanning electron microscopy ("SEM") testing of the molds.  BP objects that the testing is not timely.  It asserts that, because the data from the analysis of the molds is not good, it will not rely on the data.  It will not know whether it will use the molds until it serves its expert reports.  It has no objection to visual objection of the molds by the U.S., but is concerned about destructive testing.

The U.S. will not know whether the SEM testing is destructive until after it inspects the molds.  The U.S. shall proceed with the visual inspection of the molds and  report on the proposed SEM testing.

3.      **Chain of Custody for Cement Materials**.

At Judge Barbier's request, the U.S. is obtaining the chain of custody on the cement materials from Captain Englebert.  BP, Halliburton and the PSC may submit chronologies (4 pages double-spaced) related to the submission of the cement samples to the custody of the U.S.

4.      **Riser Inspection**.

The inspection of the riser at the Transcoean Amelia yard is tentatively set for March 19.  Transocean will distribute a notice of the inspection and determine the parties planning to attend.

5.      **Coflexip Pipes and Braces**.

Cameron has Coflexip pipes that were used in source control that are stored in Berwick.  It requests permission to dispose of the pipes and braces used for their support.  After the parties receive the serial numbers for the pipes from Cameron, they shall report on any objection to the disposal of the pipes and braces.  The Court will communicate with Captain Engelbert concerning the pipes and braces.

**PHASE ONE ISSUES**

1.      **Call-outs**.

The parties were referred to a 1 page document that BP had used as an example of a demonstrative.  It was headed "API Recommended Practices 59, 2nd Ed. 2006."  It contained the cover page and Section 8.3 regarding "Diverter Operation."  The bottom line referred to Halliburton with a reference to D-8231.1.  The undersigned suggested an alternative reference to TREX 8231 - Sec. 8.3.

The parties are not asked to redo a call-out used during the first two weeks of the trial. This procedure should apply prospectively. If a party wants to use a section or page out of a previously identified exhibit or an exhibit that has not yet been used in the trial, it will label it with the exhibit number for the source of the call-out followed by either the page or section that is called out (e.g. TREX 8231 - Sec. 8.3.).

The parties are encouraged to work together on a number system for call-outs.

The parties shall communicate to their trial teams the need to refer to call-outs by reference to TREX ----- followed by page or section.

Through the first two weeks of the trial, the thumb drives with the exhibits which inData provided to Judge Barbier do not include the call-outs. Going forward that should be corrected so that Judge Barbier has copies of each call-out. The parties shall provide inData with digital copies of the call-outs used during the first two weeks of the trial. Going forward the parties shall confer with inData as to whether inData will receive a digital copy of a call out or whether the parties call out one page from a document and inData supplies the one page as an exhibit.

BP reported it will prepare a list of the call-outs used by it during the first two weeks of the trial.

Halliburton reported that, for its "live call-outs," it will go through the transcript each evening, create a pdf version of the call-out, add it to the list to be circulated to all parties and give a copy to inData. It will do this for "live call-outs" used during the first two weeks of trial.

2.     **Underlying Exhibit for a Call-out**.

Even if the underlying exhibit is a short document, Judge Barbier does not want the entire

underlying exhibit to come into evidence.  He is only interested in the page or section appearing in the call-out.  There will be instances where the parties will want to introduce the entire exhibit and the trial attorneys should make that clear.

3.      **Page Range v. Exhibit Range**.

At the March 7 Marshaling Conference, there was a distinction made between a page range and a range of exhibits.  The parties shall confer on this distinction so that everyone knows what is referred to.

4.      **Deposition Bundles**.

There was agreement that by **Thursday, March 14**, Transocean will provide the parties with a list of the deposition bundles it wants to offer in the presentation of its case-in-chief.  The parties shall review the deposition bundles on Transocean's list to make sure they are correct.  The bundles will be offered on **Thursday, March 21**.  At that time they will go up on the FTP site.

The Mike Williams deposition bundle was completed and distributed.  The parties shall review the bundle to make sure it is correct.  The PSC will offer the bundle at the March 14 Marshaling Conference.

By close of business on **Monday, March 11**, Louisiana shall identify deposition bundles to be offered by it on March 14.  The parties shall review those bundles before the March 14 Marshaling Conference.

5.      **Unlisted Deposition Bundle Exhibits**.

The issue raised by Transocean concerning exhibits in the deposition bundles which were not listed by any party on a Phase One exhibit list was resolved.

6.     **Gregory Meche**.

The Meche deposition bundle was completed and distributed to Judge Barbier and all parties.

7.     **Richard Coronado**.

**Friday, March 15**, is the deadline for all parties to provide objections, highlighted exhibits and two-page summaries.  The issue of whether the Coronado deposition bundle will be used is set for the WGC on **Friday, March 15.**  By **Friday, March 8**, those favoring its use shall submit a short statement on why it should be used.  By **Tuesday, March 12**, any party objecting to its use shall respond.

8.     **Donald Vidrine**.

BP's opposition to the motions for adverse inference was extended to **Monday, March 11**. Replies shall be filed by **Monday, March 18.**

9.     **Overflow Courtrooms**.

The overflow courtrooms for March 11 through March 29 are: (1) Judge Sear (C311); (2) Judge Moore (B407); and (3) Judge Shushan (B309).  One table in Judge Sear's courtroom is reserved for the press.  Seating was assigned in the three courtrooms.

## PHASE TWO PREPARATION

1.     **Good Faith Phase Two Trial Exhibit List (Rec. doc. 7888)**.

A.     <u>First Installment</u>.

The order on the motion of the U.S. regarding admissibility of 9 Phase Two deposition exhibits (sample exhibits) was issued.  Rec. doc. 8833.

B.     <u>Second Installment</u>.

The deadline for service of the Good Faith Phase Two Trial Exhibit List - Second Installment

is **Friday, March 29**.

2.       **Anadarko's Proposed Order Re: Phase Two Expert Document Production**

There was discussion concerning changes in the trial preparation timeline, including deadlines related to Dr. Bea's report, that are required by Anadarko's proposed order.  Anadarko will submit a further draft of the order.

3.       **Deposition Designations**.

BP's proposal provides for three groups:  (1) PSC, U.S. and Alabama; (2) BP and Anadarko; and (3) Transocean, Halliburton and Cameron.  On March 25, each group will send the U.S. a prioritized list of depositions.  The U.S. will put them into batches of 10 that will go through a six-week cycle.

| | |
|---|---|
| 1st Week | Initial designations and a written objective summary in an agreed-upon format. |
| 2nd Week | Cross designations and any meet-and-confer, if anyone believes that someone has gone beyond objective in the objective summary. |
| 3rd Week | Rebuttal designations and highlighted deposition exhibits. |
| 4th Week | Objections to designations and identification of any testimony that should be treated as "Coke formula" testimony. |
| 5th Week | Assuming there is agreement on the deposition summary idea, each group will serve its draft segment for the deposition summary. |
| 6th Week | inData will certify all the designations, objections, and highlighted exhibits. |

There was agreement by all parties to the proposal, except for the 2 page summaries.  The U.S. is concerned that Judge Barbier may not find anything beyond the objective summary useful.

**Before the March 15 WGC,** the parties shall apprise the Court of their position on whether the summaries should go beyond the agreed-upon objective portion.  The undersigned will discuss the issue with Judge Barbier and report to the parties.

The U.S. reported that there were concerns about grouping the depositions by themes.  It also noted that there may be issues about the order in which the depositions are presented to Judge Barbier.

4.      **Revision of Phase Two Timeline**.

Based on Anadarko's proposed order regarding expert document production and the parties' proposal for deposition designations, the trial preparation timeline will be revised.

5.      **Dr. Leifer's Audio Journal**.

The issue of Dr. Leifer's audio journal is under submission.

6.      **Crime Fraud.**

The deadline for the replies from the U.S. and Transocean is **Monday, March 11.**  The Court will consider the *in camera* issue after the replies are filed and it has the benefit of all of the briefs.

**MATTERS NOT RELATED TO PHASE ONE OR PHASE TWO**

1.      **U.S. Proposed Order on Confidential Communications**.

The U.S. is working on an order clarifying that communications between the U.S. and the States, particularly the non-party States, are confidential.

2.      **Answers to Pleading Bundle A.**

The parties are not required to file answers to Pleading Bundle A complaints until further order of the Court.

7

3.      **Sample Extracts Order**.

The parties are working a consent joint motion concerning sample extracts.

### PHASE THREE

The parties were asked to consider how to define the scope of Phase Three and work toward the planning for completion of Phase Three.  The Court has no preconceived notions on the scope of Phase Three.  The next step will be for each party to submit a 2 page statement on its position. No deadline is set for these statements.

### CONFERENCE SCHEDULE

| | |
|---|---|
| 03/15/13 | WGC meeting at 9:30 a.m. |
| 03/22/13 | No WGC Conference |
| 03/29/13 | No WGC Conference |
| 04/05/13 | No WGC Conference |
| 04/12/13 | WGC meeting at 9:30 a.m. |
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | WGC meeting at 9:30 a.m. |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |

| | |
|---|---|
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/28/13 | WGC meeting at 9:30 a.m. |
| 07/05/13 | No Conference |
| 07/12/13 | WGC meeting at 9:30 a.m. |
| 07/19/13 | WGC meeting at 9:30 a.m. |
| 07/26/13 | WGC meeting at 9:30 a.m. |
| 08/02/13 | No Conference |
| 08/09/13 | WGC meeting at 9:30 a.m. |
| 08/16/13 | WGC meeting at 9:30 a.m. |
| 08/23/13 | WGC meeting at 9:30 a.m. |
| 08/29/13 | Phase Two Final Pre-Trial Conference |
| 09/06/13 | WGC meeting at 9:30 a.m. |
| 09/13/13 | WGC meeting at 9:30 a.m. |
| 09/16/13 | Commencement of Phase Two Trial |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 12th day of March, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**