UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| …………………………………………………... | : | |

## BP'S TRIAL TIMELINE REGARDING MACONDO WELL CEMENT

On March 7, 2013, during the examination of Glen Benge, the Court asked questions regarding the transfer of the Macondo well cement samples from Halliburton to the United States for testing. On March 8, Judge Shushan allowed the parties to make four-page submissions on the issue. BP accordingly submits the following chronology.

Immediately following the April 20, 2010 blowout, BP assembled an investigation team (the "Bly team") to gather facts surrounding the accident, analyze available information to identify possible causes and make recommendations to prevent similar accidents. As early as April 29, 2010, BP requested that Halliburton provide information and prioritize the production of "*Halliburton Cement samples and data* - Cement and additive samples used in the 9-7/8" x 7" casing string. (These are required for laboratory testing of the cement slurry.)" Exhibit A. Halliburton refused to provide the Macondo well cement, citing evidence preservation orders.

On July 26, 2010, BP urged Halliburton to "identify to us in writing which orders in your view prevent compliance [with the BP-HESI contract] so that we may address the issue directly with the relevant government agencies." Exhibit B. BP stated that it "remain[ed] concerned that further delay in providing access to the Macondo well cement and additives increases the risk that these materials may degrade, become contaminated or their integrity will be otherwise

compromised." *Id.* Despite BP's requests, Halliburton refused to cooperate to seek prompt testing of the Macondo well cement.

BP next sought the USCG/BOEM Joint Investigation Team's ("JIT's") assistance. On August 24, 2010, at the JIT hearing, BP's counsel questioned Jesse Gagliano on whether the Macondo well cement could degrade over time; Mr. Gagliano testified that "Yes, they could potentially degrade over time, yes." Exhibit C at 300:10-16. BP then appealed to the JIT panel: "I think the witness has given me the answer that the sooner the test is run, the better, since it has the possibility of degrading [] over time." *Id.* at 301:14-17. BP followed with a September 14, 2010 letter to the co-chairs of the JIT asking that:

> [T]he Marine Board of Investigation and the United States Department of Justice and/or other federal government entities not only take immediate possession and control of any and all relevant samples from Halliburton, but also undertake to have appropriate testing and expert analysis performed on all available samples of Macondo Well cement slurry and/or cement slurry components as soon as practical before degradation might render such efforts useless.

Exhibit D.

Against this backdrop of BP's efforts to obtain prompt testing of the Macondo well cement, BP provides the following chronology:

- **April 30, 2010:** The court in *Stone v. Transocean Offshore Deepwater Drilling, Inc.*, Cause No. 2010-25245 (Harris County, Tex.) issues an order to preserve documents and tangible evidence. *See also Cooper v. BP, plc.*, Civ. Action No. 10-1229 (E.D. La. May 5, 2010); *Roshto v. Transocean, Ltd.*, Civ. Action No. 10-1156 C/W 10-1196 (E.D. La. May 18, 2010); *Hopkins v. Transocean, Ltd.*, CA 10-0221-WS-C (S.D. Ala. June 8, 2010); *Nat'l Vietnamese Am. Fisherman Emergency Assn. v. BP Products N. Am., Inc.*, Civ. Action H-10-1607 (S.D. Tex. Jun. 18, 2010).

- **May 3, 2010:** Department of Justice sends preservation notice to Halliburton and other parties. TREX 26048.

- **May 5, 2010:** Attorney Generals of Alabama, Louisiana, Florida, Mississippi and Texas send preservation notice to Halliburton. Exhibit E.

- **August 10, 2010:** This Court issues preservation order in MDL 2179. Rec. Doc. 2.

2

- **August 12, 2010:** JIT issues a subpoena for the Macondo well cement. Rec. Doc. 494-2. This is the earliest known subpoena for this material. ***Three months following the blowout.***

- **October 7, 2010:** Halliburton seeks permission to provide the Macondo well cement to the JIT. Rec. Doc. 494. ***This occurred almost two months following the subpoena***.

- **October 14, 2010:** JIT solicits input on testing protocol. Exhibit F. BP provides timely response to JIT on November 5, 2010. Exhibit G.

- **October 15, 2010:** This Court grants Halliburton's motion to turn over samples. Exhibit H at 56:9-12.

- **November 16, 2010:** Halliburton turns Macondo well cement over to JIT. Exhibit I at 29:16-24. ***One month after the Court granted the motion.***

- **December 17, 2010:** The United States reports that it is still waiting on Halliburton input to testing protocol. *Id.* at 28:12-29:5.

- **January 28, 2011:** The United States reports that it is in the process of locating a laboratory to test the cement and it should not take long to finalize the protocol. Exhibit J at 34:7-35:21. ***Two-and-a-half months after November 5th deadline for testing input.***

- **April 12, 2011:** Oilfield Testing & Consulting ("OTC") sends draft proposal to JIT. Exhibit K. ***Two-and-a-half months later.***

- **May 24, 2011:** JIT circulates OTC's April 12, 2011 protocol to the MDL 2179 parties for comment. *Id.* ***One month after receiving protocol from OTC.***

- **June 27, 2011:** The parties offer comments. BP and JIT confer but are unable to resolve issues concerning the testing protocol. The parties file briefs. Judge Shushan hears argument and grants-in-part and denies-in-part BP's requested relief. Rec. Doc. 3064.

- **July 1, 2011:** The Court enters the testing protocol for the Macondo well cement. Rec. Doc. 3123.

- **July 8, 2011:** A dispute arises over whether Halliburton needs to provide the mixing protocol for the spacer. Exhibit L. After a call with Judge Shushan, Halliburton provides the procedure on July 12, 2011. *Id.*

- **August 1, 2011:** OTC issues cement testing reports based on testing of the Macondo well cement. TREX 5937; TREX 5938.

3

If the Court would like further details concerning the timing of the transfer of the Macondo well cement from Halliburton to the United States, BP stands ready to provide additional information.

Dated:  March 12, 2013

Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Hariklia Karis, P.C.
(hariklia.karis@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March, 2013.

/s/ Don K. Haycraft