**From:** Lucari, James L
**Sent:** Thu Apr 29 18:48:24 2010
**To:** James Ferguson
**Cc:** 'Michael.Daneker@aporter.com'; Kelley Green - Legal Litigation; Corser, Kent
**Subject:** RE: BP Incident Investigation Team -- Transocean Deepwater Horizon Incident
**Importance:** Normal

Excellent, thanks Jim.  We appreciate your quick response to our request.  I look forward to hearing from you in the morning.

*Best Regards,*

*James L. Lucari*

*Managing Attorney*
*BP America Inc.*
*4101 Winfield Rd. (MC 4W)*
*Warrenville, IL  60555*

*+1 (630) 821-2293 (O)*
*+1 (630) 815-8973 (M)*

The preceding message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. §§2510-2521, is confidential and may be protected by attorney-client or other privilege. If you believe that it has been sent to you in error, please delete it and notify the sender. Thank you.

---

**From:** James Ferguson [mailto:James.Ferguson@Halliburton.com]
**Sent:** Thursday, April 29, 2010 1:33 PM
**To:** Lucari, James L
**Cc:** 'Michael.Daneker@aporter.com'; Kelley Green - Legal Litigation; Corser, Kent
**Subject:** Re: BP Incident Investigation Team -- Transocean Deepwater Horizon Incident

Jim,

We are looking into the logistics of getting the information transferred expeditiously. We also have to work on how and where to schedule the interviews as the people are off duty and scattered over several states. Kelley or I should be able to get back to you with the options by tomorrow morning.

Thanks,

Jim F

---

James W. Ferguson at Halliburton. Vice President and Deputy General Counsel. 2107 CityWest Blvd., Building 2, Houston, TX 77042-3051. Tel. 281 871 2608; e-mail james.ferguson@halliburton.com.

HIGHLY CONFIDENTIAL

This email, including any attached files, may contain attorney work product and/or confidential and/or privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the recipient), please contact the sender by reply email and delete all copies of this message. Thank you.

**From:** Lucari, James L
**To:** James Ferguson
**Cc:** Michael.Daneker@aporter.com ; Kelley Green - Legal Litigation; Kent.Corser@bp.com
**Sent:** Thu Apr 29 11:10:48 2010
**Subject:** BP Incident Investigation Team -- Transocean Deepwater Horizon Incident

Jim:

It was good to speak with you earlier this morning and I was glad to hear that Halliburton intends to cooperate with BP's incident investigation team. As I mentioned, I am the BP lawyer who has been assigned to the team to help facilitate their work, including coordination of interviews and data requests with our contractors and services providers. In this regard, I have been asked to work with Halliburton to coordinate the scheduling of interviews of the Halliburton employees who were on the Transocean Deepwater Horizon rig at the time of the incident, as well as Halliburton's in-house cementing team engineering lead who is primarily responsible for your BP deepwater accounts, including the Macondo well. I have also been asked to request certain prioritized categories of data of interest to the investigation team, which I have attempted to describe in more detail below.

Interview Requests:

We would like to set up incident investigation team interviews with the following Halliburton personnel. (My apologies in advance if there are any errors in the spelling of their names.)

Christopher Haire, Cementer
Vincent Tabler, Cementer
Joseph Keith, Sperry Sun Div., Mudlogger
Cathleenia M Willis, Sperry Sun Div., Mudlogger
(To be identified by Halliburton.) Halliburton Cementing Engineer who was involved in the design of the cement job for the 9 7/8 x 7" casing cement job for the Macondo well.

We have an interest in scheduling these interviews as soon as possible while the individuals' memories of events are still fresh. We are happy to host the interviews here in our Westlake office or to come over to your offices, whichever is more convenient. We also have the capacity to travel to Louisiana or elsewhere, as necessary, to meet the needs of the individuals if that is more convenient. We are prepared to conduct the interviews today if that can be arranged with your employees. We also understand that Halliburton would expect to have a company designated lawyer sit in on the interviews and we have no objection to proceeding on that basis. Similiarly, we would also like to have one of our lawyers sit in on the interview as an observer and note taker. I am happy to further discuss any details concerning logistics, including arranging for meeting space if the interviews will likely take place outside the Houston area.

Data Requests:

While we request access to all of the data in Halliburton's possession relating to its work on the

BP-HZN-BLY00107947

Macondo discovery, we are particularly interested in prioritizing the transfer to BP's incident investigation team of the following categories of data.  We understand that some of this data may have already been requested by our GOM business team, but request your indulgence in providing a full set of data to the incident investigation team in the interests of completeness and data integrity management. The prioritized categories of requests are as follows:

*Halliburton Cement samples and data*

- Cement and additive samples used in the 9-7/8" x 7" casing string.  (These are required for laboratory testing of the cement slurry.)
- All real time data from the cement unit on board the Transocean rig from April 18, 2010 to April 20, 2010 (through the event), on a 1 to 5 second data ranage.
- The 9-7/8" x 7" cement job report.

*Sperry Sun Mud log data*
- All real time data from mud logging unit from April 5 to April 20, 2010 (through the event), on a 5 to 10 second data range, including gas units.
- All Measure Well Data (MWD), Pressure Well Data (PWD) and Logging Well Data (LWD) from the 17,168' - 18,360' horizon.  We request that you make the data available as time based in LAS format.

I have been informed that Gary Godwin in your Houston office is primarily responsible for looking after BP's GOM contracts with Halliburton, and he may be a useful point of contact to help coordinate your response to these requests.  The BP incident investigation team lead in this area of inquiry is Kent Corser, who knows Gary.  I am happy to ask Kent to join a call with your team if that will facilitate the exchange of information.   I am sure we will have additional data requests, but request that Halliburton use best efforts to respond promptly to this initial inquiry.

In regards to your other line of inquiry relating to contract indemnities, as I mentioned, those questions should be addressed to James Neath, Associate General Counsel - Litigation or Karen Gase - Managing Attorney - Litigation.   Jim Neath can be reached at 281-366-5815 and Karen Gase can be reached at 281-366-4294.  I have notified them both of your inquiry and they are expecting your call. Thanks again for your offer of cooperation with our investigation.  I look forward to further discussing these arrangements with you at the earliest possible time.

*Best Regards,*


*James L. Lucari*


*Managing Attorney*
*BP America Inc.*
*4101 Winfield Rd. (MC 4W)*
*Warrenville, IL  60555*


*+1 (630) 821-2293 (O)*
*+1 (630) 815-8973 (M)*

BP-HZN-BLY00107948

The preceding message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. §§2510-2521, is confidential and may be protected by attorney-client or other privilege. If you believe that it has been sent to you in error, please delete it and notify the sender. Thank you.

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

HIGHLY CONFIDENTIAL