**James L. Lucari**
Managing Attorney
BP Legal

**bp**

July 26, 2010

BP America Inc.
501 Westlake Park Blvd.
Houston, TX  77079

Direct: 630-815-8973
james.lucari@bp.com

**VIA ELECTRONIC MAIL**
(Kelley.Green@Halliburton.com)
C. Kelley Green, Esq.
Senior Counsel - Litigation
Halliburton
Houston, Texas

Re: Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services Between BP Exploration & Production Inc. and Halliburton Energy Services, Inc. BPM-09-00255 effective April 15, 2009 (the "Contract")

Dear Mr. Green,

I am writing to follow-up on BP's letter of July 7, 2010 to Merv Swan (which was transmitted to you by email of the same date for delivery to Mr. Swan) demanding immediate production to BP's Deepwater Horizon (DWH) Incident Investigation team of certain laboratory testing results. The letter also requested access to samples of Halliburton cement products and additives used in the Macondo well 9-7/8 x 7" casing string cement job. As set forth in our letter, BP is contractually entitled to all consulting information and lab testing data generated as part of Halliburton's services in support of the Macondo well project. Your email of July 8, 2010 acknowledges receipt of BP's demand letter, indicates that you forwarded the letter to Mr. Swan and promises that "Halliburton shall respond promptly." To date, we have received no further communication from you or anyone else at Halliburton in response to our letter. BP is contractually entitled to all Macondo project cement design and testing data and information and we hereby renew our demand for its immediate production.

Halliburton's lack of responsiveness to our repeated requests for information and access to representative samples of the Macondo well cement program continues to impede the BP DWH Incident Investigation team's efforts to investigate the causes of this tragic incident. As such, we renew our demand for access to cement and additive samples from the same lot/batch used in the Macondo well project so that we can conduct independent testing of the cement program slurry designed by Halliburton. If Halliburton believes that it cannot provide immediate access to the requested samples due to government agency protective order(s) or US DOJ notice, we ask that you identify to us in writing which orders in your view prevent compliance so that we may address the issue directly with the relevant government agencies.

We remain concerned that further delay in providing access to the Macondo well cement and additives increases the risk that these materials may degrade, become contaminated or their integrity will be otherwise compromised. Accordingly, we hereby serve notice that we expect Halliburton will take all steps necessary to maintain the integrity of all Macondo well cement program samples in your possession, custody or control until such time as BP's request for access to the materials is fulfilled.

Very truly yours,

James L. Lucari

cc: Mark Bly, BP DWH Incident Investigation Team Leader

CONFIDENTIAL                                                                                               BP-HZN-BLY00156084

From: Lucari, James L
Sent: Tue Jun 22 21:23:09 2010
To: 'Kelley Green - Legal Litigation'
Cc: Corser, Kent; Brock, Tony
Subject: RE: BP DWH Incident Investigation Team - Follow-up Request to Halliburton
Importance: Normal

Kelley: Any update on the below set of requests? This information remains important to our investigation efforts and we would appreciate a response from Halliburton at your first opportunity.
*Best Regards,*

*James L. Lucari*

*Managing Attorney*
*BP America Inc.*
*+1 (630) 815-8973 (M)*

The preceding message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. §§2510-2521, is confidential and may be protected by attorney-client or other privilege. If you believe that it has been sent to you in error, please delete it and notify the sender. Thank you.

---

From: Lucari, James L
Sent: Wednesday, June 16, 2010 6:42 PM
To: 'Kelley Green - Legal Litigation'
Cc: Corser, Kent (Kent.Corser@bp.com)
Subject: BP DWH Incident Investigation Team - Follow-up Request to Halliburton
Importance: High

Kelley:
As a follow-up to my request of June 10 and further to our discussion this morning, I am writing to refine and further focus our request for information from Halliburton relevant to the BP Incident Investigation Team's on-going investigation of the tragic Deepwater Horizon rig incident.
First, we acknowledge receipt of the Sperry Sun well depth series mud-logging data, but request that Halliburton also provide all time series mud logging data available for the period from February through April 20, 2010 for the Macondo well.
Second, as you acknowledged when we spoke this morning, we are still seeking information concerning the flow meter used by the Sperry Sun mud-loggers, including its location on the DWH rig.
Finally, while we acknowledge that we have received the Halliburton April 18 Opticem report, we are still missing the the lab testing report for the final lab test of the 9-7/8 x 7" production casing cement job that was begun on April 18, with test results concerning foam cement, cement, contamination, thickening time and compressive strength. (This test is described as being in progress in an email from Jesse Gagliano to various parties at 8:58pm on April 18 and again in an email from Jesse Gagliano to Brian Morel at 9:26am on April 19.) To the best of our knowledge, we have not received the final lab test results for this test.

CONFIDENTIAL

BP-HZN-BLY00196402

TREX-47541

As we discussed, I appreciate that we are all under a great deal of strain and have a number of competing priorities. Nonetheless, I am hopeful that you will be able to free up some time to make the relevant inquiries of your team and locate this information, which remains important to our understanding of events.

Please feel free to contact me if you have any questions.

*Best Regards,*

*James L. Lucari*

*Managing Attorney*
*BP America Inc.*
*+1 (630) 815-8973 (M)*

The preceding message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. §§2510-2521, is confidential and may be protected by attorney-client or other privilege. If you believe that it has been sent to you in error, please delete it and notify the sender. Thank you.

CONFIDENTIAL

BP-HZN-BLY00196403