```
 1   USCG/BOEM MARINE BOARD OF INVESTIGATION INTO THE MARINE
 2      CASUALTY, EXPLOSION, FIRE, POLLUTION, AND SINKING OF
 3     MOBILE OFFSHORE DRILLING UNIT DEEPWATER HORIZON, WITH
 4              LOSS OF LIFE IN THE GULF OF MEXICO
 5                       APRIL 21-22, 2010
 6
 7
 8   ************************************************************
                       TUESDAY, AUGUST 24, 2010
 9
     ************************************************************
10
11
12
            The transcript of the Joint United States Coast
13   Guard, The Bureau of Ocean Energy Management, Regulation
     and Enforcement Investigation of the above-entitled
14   cause, before Toyloria L. Hunter, Certified Shorthand
     Reporter and Registered Professional Reporter, Notary
15   Public in and for the State of Texas, reported at the
     Hilton Hobby Airport Hotel, 8181 Airport Boulevard,
16   Houston, Texas 77061.
17
18
19
20
21
22
23
24
25
```

```
 1  still.
 2       Q.   From the cement slurry actually used in
 3  Macondo 252 well?
 4       A.   To my knowledge, there is some left, yes.
 5       Q.   And it's currently in your possession?
 6       A.   It's at the Haliburton lab.
 7       Q.   Okay.  And you maintained it in its original
 8  state?
 9       A.   Yes, we isolated all the samples.
10       Q.   Do you know, by the way, whether or not the
11  slurry design samples that you have, whether or not
12  they'll degrade over time?
13       A.   The ones in the lab?
14       Q.   Yes.
15       A.   Yes, they could potentially degrade over time,
16  yes.
17       Q.   So if the board, for example, or the
18  government wanted to test the slurry design to determine
19  whether it was as marketed and advertised to BP, they'd
20  need to test that sooner rather than later so that it
21  doesn't degrade on it, right?
22               MR. GODWIN:  Well, that would have to be
23  done pursuant to the MDO court in New Orleans.  And
24  we've been working with several parties here regarding
25  that, rather than having several different tests to
```

```
 1  fund.
 2              JUDGE ANDERSEN:  Who -- whoever wanted
 3  to -- I'm sure the Court there is interested on the off
 4  chance that that would become a subject of litigation.
 5  You know, obviously what counsel is saying is that
 6  parties have a duty to preserve.  And if you want to
 7  present to some other forum, or if the gentlemen here on
 8  this board decide they want to get tests, we'll let you
 9  know.
10              MR. GODWIN:  There's an order in place,
11  Your Honor, regarding preservation of evidence, and
12  Haliburton has and intends to fully comply.
13  BY MR. GODFREY:
14     Q.   My question was designed to determine -- and I
15  think the witness has given me the answer that the
16  sooner the test is run, the better, since it has the
17  possibility of degrading the sample over time.
18              MR. GODWIN:  That is -- I'm going to
19  object there, Your Honor, whether or not this witness
20  would know that.  He may not have the qualifications.
21  There's been no evidence that he's a chemist or would be
22  someone who would do the testing.  He may not -- he may
23  know.  He may not know, but the way if question is
24  phrased, it's questionable.
25              JUDGE ANDERSEN:  Okay.  If board members
```

```
 1  want to get a test in the near future, we'll advise you,
 2  and obviously with respect to any litigants or
 3  litigation, they can let Haliburton know.  And if
 4  Haliburton for some reason wants to resist that, then
 5  the proper judicial official can decide.
 6              Okay.  So you've raised that point.
 7              MR. GODFREY:  Thank you, Your Honor.
 8              MR. GODWIN:  Thank you, Your Honor.
 9              JUDGE ANDERSEN:  And our board will
10  probably discuss it.
11  BY MR. GODFREY:
12      Q.   Did you perform any compatibility testing of
13  the slurry?
14      A.   Yes.
15      Q.   What type?
16      A.   Spacer mud, and I believe I did spacer cement
17  and cement mud, I believe.
18      Q.   Did you use an SGSA analyzer?
19      A.   I did reality compatibility testing with this
20  fluids --
21      Q.   Did you use an MASC -- MACS analyzer?
22      A.   A MAC analyzer.
23      Q.   MACS, but we'll call it a MAC but yeah?
24      A.   No, I did not.
25      Q.   Okay.  And the test results that Haliburton
```