# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

Richard C. Godfrey, P.C.
To Call Writer Directly:
(312) 862-2391
richard.godfrey@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

September 14, 2010

**Via Email and Federal Express**

**CONFIDENTIAL**

Captain Hung M. Nguyen
Co-Chair Joint Investigation
c/o Mineral Management Service
U.S. Department of the Interior
1201 Elmwood Park Blvd.
New Orleans, LA  70123

J. David Dykes
Chief of the Office of Safety Management and
  Co-Chair Joint Investigation
Mineral Management Service
U.S. Department of the Interior
1201 Elmwood Park Blvd.
New Orleans, LA  70123

Re:  DEEPWATER HORIZON – Marine Board of Investigation Hearings

Gentlemen:

      BP respectfully requests that the Marine Board of Investigation, in conjunction with the United States Department of Justice and other federal government entities conducting investigations of the *Deepwater Horizon* incident, take immediate possession and control of: (1) all Halliburton samples of the Macondo Well cement slurry, (2) all Halliburton samples of the Macondo Well cement slurry components and mud; and (3) samples in sufficient quantities of all of the individual ingredients of the Macondo Well slurry created by Halliburton, and drawn from the same production lots and batches as the Macondo Well slurry itself.  In the absence of samples of the individual ingredients of the Macondo Well slurry from the same production lots and batches (No. 3 above), BP alternatively requests that the Marine Board of Investigation and the United States Department of Justice and/or other government entities require Halliburton to provide representative samples in sufficient quantities of those individual ingredients of the Macondo Well slurry chosen on the basis of their approximation of the characteristics of the lots and batches used in the Macondo Well slurry.

      BP previously has requested access to such samples and representative samples but Halliburton has refused to provide such access, or even to describe what samples have been preserved.  This summer, BP expressed concern to Halliburton about possible degradation of preserved samples.  And at the most recent MBI hearing, Jesse Gagliano, Halliburton's own Technical Advisor on the Macondo Well, testified about the potential for degradation of such samples and materials.  In light of this testimony and concern, BP respectfully requests that the Marine Board of Investigation and the United States Department of Justice and/or other federal government entities not only take immediate possession and control of any and all relevant

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

K&E 17681469.1

# KIRKLAND & ELLIS LLP

Lt. Cmdr. Jeff Bray
September 14, 2010
Page 2

samples from Haliburton, but also undertake to have appropriate testing and expert analysis performed on all available samples of Macondo Well cement slurry and/or cement slurry components as soon as practical before degradation might render such efforts useless. Results of such testing may provide important information concerning the cause of the Macondo Well incident.

Finally, BP respectfully requests the opportunity to provide input concerning the appropriate methods and protocols for the testing and expert analysis to be performed on the samples discussed herein.

If we can provide any additional information as to this request, please do not hesitate to contact me.

Respectfully,

Richard C. Godfrey, P.C./ka

Richard C. Godfrey, P.C.

cc: Lt. Cmdr. Jeff Bray
   Silvia Murphy
   Karen K. Gase, Esq.
   Antonio J. Rodriguez, Esq.