

Gulf Coast State Attorneys General

| Troy King | James D. "Buddy" Caldwell | Bill McCollum | Jim Hood | Greg Abbott |
|---|---|---|---|---|
| Attorney General | Attorney General | Attorney General | Attorney General | Attorney General |
| State of Alabama | State of Louisiana | State of Florida | State of Mississippi | State of Texas |

Bert Cornelison
Executive Vice President and General Counsel
Halliburton Energy Services, Inc.
3000 N. Sam Houston Pkwy E.
Houston, Texas 77032

William C. Lemmer
Senior Vice President and General Counsel
Cameron International Corporation
1333 West Loop South, Suite 1700
Houston, Texas 77027

Dear Messrs. Cornelison & Lemmer:

As the Attorneys General for the five Gulf Coast states, we write concerning the Deepwater Horizon oil spill that threatens our coasts and shared natural resources—as well as the livelihood of our coastal citizens and communities.

In the wake of the tragic loss of human life that has already occurred, our top concern now must be the well-being of the precious environmental and wildlife resources of our states. Protecting the fragile coastal ecologies and economies is critical to preserving the ongoing sustainability of our coastal communities. From the fisherman and shrimpers who rely directly upon the Gulf for their income, to the local businesses that are sustained by our fishing communities, and the small businesses that thrive on coastal tourism, this oil spill threatens the health and safety of our coastal communities. In addition, if the oil spill is not fully remediated, it could be an ecological and economic disaster for all of our states.

At a time when local communities are struggling with budget shortfalls, coastal towns and cities cannot afford to fund the necessary mitigation and clean-up efforts. The same is true for each of our states. Yet without the necessary financial resources it will be impossible to both protect and restore the Gulf. As a result, we are focused on working—hopefully cooperatively—with BP and others to ensure that our state and local governments, as well as our citizens and communities, have access to the financial resources necessary to prevent further environmental degradation, mitigate future ecological damage, and fully restore the Gulf to its natural state, as well as to compensate for any economic losses suffered on an individual, corporate, and governmental level.

Despite BP's public assurances of accepting responsibility, we must consider all appropriate measures to preserve taxpayer dollars and maximize the financial resources available to fund this massive clean-up and recovery effort. Both of your organizations were involved in drilling operations at the Mississippi Canyon #252 and therefore may have some liability under the Oil Spill Act of 1990 or other applicable state and federal laws.

Cameron appears to have manufactured and/or supplied the Deepwater Horizon's blow-out-preventers, which failed to operate and thus did not prevent the flow of oil into the Gulf. Halliburton employees were

reportedly engaged in cementing the well and the well cap as recently as 20 hours before the fatal explosion occurred that sunk the Deepwater Horizon.

Because current indications suggest that the magnitude of the damage inflicted and losses expected will very likely exceed the total amount of money currently in the Oil Spill Liability Trust Fund, we must ensure that all available resources are devoted to the clean-up and recovery effort. Specifically, we ask that each company memorialize any commitment it has made to fund this effort.

Additionally, to help facilitate the flow of accurate and timely information, we request that each company assign an individual to serve as our point of contact on this matter. Doing so will ensure that each of our offices can quickly and effectively communicate with you about any problems, concerns or questions that arise during the clean-up effort.

Finally, there are multiple outstanding questions about the cause and ultimate effect of the oil spill. Thus, while all of our efforts are concentrated on the environmental impact of this disaster, it is certainly possible that there may be governmental investigations at some point in the future. Accordingly, we would ask that each company and any of its affected employees or affiliated organizations preserve any documents, data compilations (including electronically recorded and stored data), tangible objects or other information relevant to the explosion of the Deepwater Horizon oil rig, the resulting oil spill or the clean-up effort in the form in which they currently exist until further notice. Regardless of each company's current retention policy, please ensure that the appropriate person within each entity takes all necessary measures to avoid the destruction or modification of any such records.

We look forward to your prompt response on this important matter.

Sincerely,

| Troy King | James D. "Buddy" Caldwell | Bill McCollum | Jim Hood | Greg Abbott |
|---|---|---|---|---|
| Attorney General | Attorney General | Attorney General | Attorney General | Attorney General |
| State of Alabama | State of Louisiana | State of Florida | State of Mississippi | State of Texas |