# Barlow, James

| | |
|---|---|
| **From:** | Murphy, Silvia [Silvia.Murphy@sol.doi.gov] |
| **Sent:** | Thursday, October 14, 2010 11:31 AM |
| **To:** | *dgodwin@godwinronquillo.com; 'efk@preisroy.com'; 'twagner@wp-lalaw.com'; 'ajr@frvf-law.com'; 'atc@frvf-law.com'; 'sgordon@geslawfirm.com'; 'Brad.Eastman@c-a-m.com'; David Jones; 'lkaplan@skv.com'; 'Linsin@blankrome.com'; 'gattrep@smith.com'; 'RJH@preisroy.com'; 'mclements@frilot.com'; *mlemoine@joneswalker.com; 'dlongman@joneswalker.com'; Don Jackson; D Kuchler; Ky Kirby; 'Sam.Sankar@OilSpillCommission.gov'; 'RWassel@nas.edu'; 'Ray.Porfiri@csb.gov'; 'don.holmstrom@csb.gov'; 'ayork@GodwinRonquillo.com'; 'BRS383@BRSfirm.com'; 'bbowman@GodwinRonquillo.com'; 'carey.dunne@davispolk.com'; C Bertaut; *daniel.schubert@davispolk.com; 'david.toscano@davispolk.com'; 'frances.bivens@davispolk.com'; 'GILLYG@phelps.com'; 'JMole@frilot.com'; 'jbarrasso@barrassousdin.com'; 'colletta@chaffe.com'; 'MCLEODM@phelps.com'; P Wittmann; 'rbertram@joneswalker.com'; R Guidry; 'skupperman@barrassousdin.com'; Langan, Andrew; *jmartinez@GodwinRonquillo.com; *rkjarrett@liskow.com; 'jim.dragna@bingham.com'; 'kyle@semmlaw.com'; 'pfanninglaw@aim.com'; 'srb@mbfirm.com'; 'ebyte2@aol.com'; 'sbickford@mbfirm.com'; 'rsimmons@hmhlp.com'; 'shaun@gergerclarke.com'; H Tanner; D Scofield; 'dane@gergerclarke.com'; Don K Haycraft; 'fpiccolo@preisroy.com'; G Goodier; 'kmiller@frilotpartridge.com' |
| **Cc:** | 'Bray, Jeff LCDR' |
| **Subject:** | Joint Investigation -- Cement and BOP stack fluid testing |
| **Attachments:** | Cement -HESI Samples.pdf |

Ladies and Gentlemen,

The Joint Investigation would like to solicit your input for two more evidence testing procedures: 1) analysis of cement samples, and 2) testing of fluids collected from the BOP stack. These materials are subject to Joint Investigation subpoenas, and the Joint Investigation intends to use only the amounts necessary for its tests and make the remainder available for future proceedings.

1) Cement: Halliburton will provide limited amounts of the following cement materials and components used for the Macondo well:

   -- The physical components from the Deepwater Horizon job listed on the document titled "Attachment 'C'" to Halliburton's Energy Service, Inc.'s
(HESI's) Response to U.S. Chemical Safety & Hazard Investigation Board's Subpoena Hal-1SUBDOC8" (attached to this e-mail message);

   -- 1 quart of ZoneSeal - 2000 from the same lot used on the Deepwater Horizon project on April 19, 2010; and

   -- 2 gallons and one quart of the SCR-100 from the same lot used on the Deepwater Horizon on April 19, 2010.

Halliburton can also provide access to each of the liquid and dry additives of the type used on the Deepwater Horizon, but they will not be from the same batch or lot as was used on the Deepwater Horizon project.

Some of this material will be used for the analysis of the rocks from the DAMON BANKSTON being conducted by the USGS using the same protocol USGS used for the rocks, but the Joint Investigation believes that additional testing of the cement materials at an appropriate laboratory could reveal useful information about its use at the Macondo well. The Joint Investigation will contract for a laboratory to conduct that testing and will identify that contractor as soon as possible. We welcome your input on the tests to be conducted.

2) <u>BOP stack fluid</u>:  The Joint Investigation directed the collection of fluids from the BOP stack and its components after it was raised from the seafloor.  Tests of these fluids will likely be conducted by the DNV, the entity conducting the forensic analysis of the BOP stack for the Joint Investigation.  We welcome your input about the tests of these fluids.

Like we did for the rocks found on the DAMON BANKSTON and the BOP stack itself, the Joint Investigation wants to provide an opportunity for all interested parties to submit proposed objectives, parameters, and protocols for the analysis of this evidence.  Please send us your suggestions for both analyses by October 29, 2010.

Please let us know if you have any questions.

Thank you.

Silvia Murphy
Attorney-Advisor, Joint Investigation

_____

Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE:  This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected by applicable law.  If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited.  If you received this e-mail in error, please notify the sender immediately and destroy all copies.