```
 1                     UNITED STATES DISTRICT COURT

 2                     EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6   IN RE:  OIL SPILL BY THE          *   Docket 10-1156 "J"
     OIL RIG DEEPWATER HORIZON         *
 7   IN THE GULF OF MEXICO ON          *   October 15, 2010
     APRIL 20, 2010                    *
 8                                     *   9:30 a.m.
                                       *
 9   This Document Relates to:         *
                                       *
10   All cases.                        *
                                       *
11   * * * * * * * * * * * * * * * * * *

12
                        PROCEEDINGS BEFORE THE
13                   HONORABLE CARL J. BARBIER
                     UNITED STATES DISTRICT JUDGE
14

15   APPEARANCES:

16
     For the Plaintiffs:           Domengeaux, Wright, Roy & Edwards
17                                 BY:  JAMES P. ROY, ESQ.
                                   556 Jefferson Street
18                                 Suite 500
                                   Post Office Box 3668
19                                 Lafayette, Louisiana 70502

20
                                   Herman, Herman, Katz & Cotlar
21                                 BY:  STEPHEN J. HERMAN, ESQ.
                                   820 O'Keefe Avenue
22                                 New Orleans, Louisiana 70113

23

24

25
```

```
 1  things usually don't go on schedule and that concerns me in
 2  this context.
 3              That if the government -- whoever it might be.
 4  I'm not criticizing any particular agency now -- but in
 5  general, my experience has been that if they tell me something
 6  is going to be done in six weeks, I can usually double it in
 7  terms of when something is going to happen.
 8              I just want to send the message that this needs
 9  to proceed and we need to get this done because so many other
10  things hinge on getting this analysis done and report done and
11  so forth.
12              **MR. UNDERHILL:**  Your Honor, message received.  It's
13  been relayed before, it will be relayed again.
14              **THE COURT:**  Okay.
15              **MR. UNDERHILL:**  I note one comment about government
16  bureaucracies:  We actually did better than AT&T did this
17  morning on the conference call, so... and I hope that we
18  continue to do that.
19              **THE COURT:**  I'll give you that one.
20              Maybe it will be Verizon next time.  It looks
21  like they've taken over the iPhone and the iPad it looks like.
22              Anybody else want to say anything about that,
23  about the BOP testing?
24              Thank you, Mr. Underhill.
25              Okay.  Cement testing.  I guess this is you,
```

1  Mr. Godwin.
2       **MR. GODWIN:**  Yes, Your Honor.  May I approach?
3       **THE COURT:**  Sure.
4       **MR. GODWIN:**  Thank you, Judge.
5       **THE COURT:**  Does this relate to the motion that you
6  have, Mr. Godwin?
7       **MR. GODWIN:**  Yes, it does, Your Honor.
8       **THE COURT:**  Okay.  Go ahead.
9       **MR. GODWIN:**  And you have there the motion and the
10 order as well.  We're not aware of any objection.  It has been
11 provided, as we said yesterday, no one has informed us that
12 anyone on the plaintiffs' side has objected or the defense
13 side, for that matter.
14      **THE COURT:**  Just briefly explain what you are asking
15 or what the plan is.
16      **MR. GODWIN:**  Yes, Your Honor.  In the motion we're
17 seeking authorization from the Court to allow Halliburton to
18 turn over all the cement materials, the additives, the cement
19 that was actually there on the -- that came back from the rig
20 prior to the incident in question, Judge.
21           And we have been negotiating and discussing with
22 Sharon Smith, the Department of Justice, the DOJ taking
23 possession of those materials, and we've now completed those.
24 We've put it into a motion.  We're seeking authorization to be
25 released from the preservation order regarding Halliburton

1  keeping the materials.  We're ready to turn them over
2  immediately.
3          Following that, Judge, we're then going to enter
4  negotiations with the DOJ, with the plaintiffs and other
5  defendants regarding a testing protocol for the cement and
6  would submit that to you in due course for your review and
7  approval, Your Honor.
8          **THE COURT:**  As I recall what we're talking about is
9  the cement -- what's left of the cement -- supply of cement
10 that was used out on this job, not what was actually used, this
11 is what was left over, so to speak.
12         **MR. GODWIN:**  Yes, sir.
13         **THE COURT:**  There's only a limited amount left;
14 right?
15         **MR. GODWIN:**  That's correct, Judge.
16         **THE COURT:**  Okay.
17         **MR. GODWIN:**  That which went back to the shore prior
18 to the evening of the 20th.  And we have that and it has been
19 stored and been kept safely in conditions that we believe will
20 retain its character as best as can be done, realizing there's
21 a shelf life on all these materials.
22         But we're ready to turn that over.  When Your
23 Honor signs the order, then we'll immediately contact Ms. Smith
24 and go about determining how they can take possession of it.
25         **THE COURT:**  All right.  For the record, this is

1  Mr. Godwin's motion -- Halliburton's motion for relief from
2  preservation of evidence obligations of Pretrial Order No. 1,
3  is record document No. 494.
4              Ms. Smith, you wanted to say something?
5         **MS. SMITH:**  No, Your Honor.  I was just standing by
6  in case you had any questions.
7         **THE COURT:**  Okay.  Anyone else object or wanted to
8  say anything in terms of relating to this motion?
9              All right.  Mr. Godwin, I'm going to grant your
10 motion at record document 494, okay?
11        **MR. GODWIN:**  Thank you very much, Your Honor.
12        **THE COURT:**  Thank you.  Okay.
13             All right.  Somebody want to report on the
14 status of MDL-2185, which I think that's the securities or
15 shareholders MDL pending before Judge Ellison in Houston.  Mr.
16 Langan?
17        **MR. LANGAN:**  Yes, Your Honor.  My understanding is
18 Judge Ellison conducted a status conference on October 12th,
19 last Tuesday.  He's in the process of appointing a plaintiff's
20 organization steering committee for the derivative cases as
21 well as the security cases.
22             Also, relevant to this is that the JPML has
23 recently issued an order that will send the ERISA cases also to
24 MDL-2185.  So those will be part of the same MDL before Judge
25 Ellison.