1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA

2

3  *****************************************************************

4  IN RE:  OIL SPILL BY THE
   OIL RIG *DEEPWATER HORIZON*
5  IN THE GULF OF MEXICO ON
   APRIL 20, 2010
6                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
7                              FRIDAY, JANUARY 28, 2011, 9:30 A.M.

8  THIS DOCUMENT RELATES TO
   ALL ACTIONS
9

10 *****************************************************************

11                     **C O R R E C T E D   C O P Y**
                TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                HEARD BEFORE THE HONORABLE CARL J. BARBIER
12                   UNITED STATES DISTRICT JUDGE

13

   APPEARANCES:
14

15 FOR THE PLAINTIFFS:
                           DOMENGEAUX WRIGHT ROY & EDWARDS
16                         BY:  JAMES P. ROY, ESQUIRE
                           P. O. BOX 3668
17                         556 JEFFERSON STREET
                           LAFAYETTE, LA  70502
18

19                         HERMAN HERMAN KATZ & COTLAR
                           BY:  STEPHEN J. HERMAN, ESQUIRE
20                              SOREN E. GISLESON, ESQUIRE
                           820 O'KEEFE AVENUE
21                         NEW ORLEANS, LA  70113

22
                           BREIT DRESCHER IMPREVENTO & WALKER
23                         BY:  JEFFREY A. BREIT, ESQUIRE
                           1000 DOMINION TOWER,
24                         999 WATERSIDE DRIVE
                           NORFOLK, VA  23510
25

09:23AM

10:21AM 1   we just don't have a lot of leeway in this schedule, so we all

10:21AM 2   need to do what we can to keep on track.

10:21AM 3          MR. UNDERHILL:  Attending the depositions, I'm painfully

10:21AM 4   aware that we're all under a lot of pressure, Your Honor, so

10:21AM 5   we're all doing our best.

10:21AM 6          THE COURT:  Thank you, Mr. Underhill.

10:21AM 7          MR. UNDERHILL:  Should I segue into the cement testing?

10:21AM 8          THE COURT:  Sure, if you wish to.

10:21AM 9          MR. UNDERHILL:  If my colleague, Mr. Godwin, wants to

10:21AM 10  come up, if necessary, from Halliburton.

10:21AM 11      We have the samples.  I'll be honest, Your Honor, we've come

10:21AM 12  across a slight glitch here in the cement testing.  The Marine

10:21AM 13  Board, the JIT has the funding in place for the testing of the

10:21AM 14  cement.  I'm trying to carefully phrase this.  In terms of going

10:21AM 15  out to parties that they feel are qualified testing labs, they

10:21AM 16  have received a fair number of thank you but no thank you from

10:21AM 17  those folks, and my presumption is they don't want to get

10:21AM 18  involved in it.  They had approached Chevron, which had done the

10:21AM 19  testing for the Presidential Oil Spill Commission, and I wasn't a

10:22AM 20  part of the conversation, but I think it's safe to say that they

10:22AM 21  likely declined.

10:22AM 22      So they are still working on a lab, and we have at least one

10:22AM 23  or two that we think are good prospects.  That's not something

10:22AM 24  they control; that is, the JIT controls.  We need to find an

10:22AM 25  adequate testing lab that all the parties and the Court would

10:22AM 1    have trust in their results.  So they do have some prospects
10:22AM 2    lined up, and I would be glad, if necessary, to report that back
10:22AM 3    to the Court if Your Honor wants it, and I certainly intend to
10:22AM 4    keep the parties in the MDL informed of that progress.  We're all
10:22AM 5    trying to get that work done.  Similarly to the BOP testing, we
10:22AM 6    want the data out there, we want the results so we can do our
10:22AM 7    jobs as litigating attorneys.
10:22AM 8         So that's the best I can tell you.  We were disappointed
10:22AM 9    with some declinations, the polite declinations, but it is what
10:22AM 10   it is, and I'm sure they have their own very good reasons for not
10:23AM 11   wanting to get involved.
10:23AM 12        THE COURT:  All right.  Thank you.
10:23AM 13        MR. GODWIN:  Don Godwin for Halliburton, Your Honor.
10:23AM 14   I have nothing to add.  Mr. Underhill and I have been
10:23AM 15   staying in touch.
10:23AM 16        THE COURT:  But you all have agreed to a protocol as I
10:23AM 17   appreciate it, right?
10:23AM 18        MR. UNDERHILL:  I don't think we've agreed on it, and I
10:23AM 19   think what we're doing now is the JIT is trying to work to get
10:23AM 20   that in place.  So once they get the lab, they don't need a lot
10:23AM 21   of extra time to do a protocol, so we are working on that.
10:23AM 22        MR. GODWIN:  That's correct, Judge.
10:23AM 23        MR. MILLER:  All right.
10:23AM 24        THE COURT:  If anybody has their cell phones on, or
10:23AM 25   Blackberries on, no texting, turn off your phones, please.  There