# Scanlon, Chris

| | |
|---|---|
| **From:** | Mike.Underhill@usdoj.gov |
| **Sent:** | Tuesday, July 12, 2011 5:40 PM |
| **To:** | Sally_Shushan@laed.uscourts.gov; Bowman, Bruce; Mike_OKeefe@laed.uscourts.gov; dgodwin@godwinronquillo.com |
| **Cc:** | Langan, Andrew; York, R. Alan; Carmelite Bertaut; CMaze@ago.state.al.us; David Beck; dkhaycraft@liskow.com; Deb Kuchler; DWH Defense Steering Committee; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); Jim R; Kat Shea; kmiller@frilot.com1; Ky Kirby; Defense Liaison List; lstrange@ago.state.al.us; marie_firmin@laed.uscourts.gov; Mike Lyle; Philippe Wittmann; Gasaway, Robert R.; Cernich, Scott (ENRD); sherman@hhkc.com; Murphy, Silvia; Warren Anthony Fitch; Dan Goforth |
| **Subject:** | RE: MDL 2179 - Cement Testing Issue -- Need for Resolution |

Dear Judge Shushan and Mike: Bruce Bowman and I have worked out an accommodation, with Don G pitching in. I submitted a draft Order to Bruce and he'll submit one to me, likely in the morning. To avoid time lag and delay of the testing while we work out the language, Bruce kindly sent me HESI's lab procedure. I've forwarded to the JIT, which now can go forward with the testing. Bruce and I hope to submit an agreed proposed Order in the morning. If we can't agree on language, we'll submit our respective proposals and put it in your hands. In any event, we both agree that HESI's forwarding of the lab procedure is with the understanding that Halliburton isn't requesting, suggesting or endorsing the use of the procedure.

Regards,

Mike

| | |
|---|---|
| From: | "Bowman, Bruce" <Bbowman@GodwinRonquillo.com> |
| To: | <Sally_Shushan@laed.uscourts.gov>, "Underhill, Mike \(CIV\)" <Mike.Underhill@usdoj.gov> |
| Cc: | <andrew.langan@kirkland.com>, "York, R. Alan" <AYork@GodwinRonquillo.com>, "Carmelite Bertaut" <cbertaut@stonepigman.com>, "Corey Maze" <cmaze@ago.state.al.us>, "David Beck" <DBECK@brsfirm.com>, "Godwin, Donald" <DGodwin@GodwinRonquillo.com>, "Don Haycraft" <dkhaycraft@liskow.com>, "Deb Kuchler" <dkuchler@kuchlerpolk.com>, "DWH Defense Steering Committee" <dsc2179@liskow.com>, "McClellan, Jessica L. \(CIV\)" <Jessica.L.McClellan@usdoj.gov>, "Sullivan, Jessica \(CIV\)" <Jessica.Sullivan@usdoj.gov>, "Jim R" <jimr@wrightroy.com>, "Kat Shea" <Kat_Shea@laed.uscourts.gov>, "Miller, Kerry J." <kmiller@frilot.com>, "Ky Kirby" <ky.kirby@bingham.com>, "Defense Liaison List" <liaison2179@liskow.com>, "L Strange" <lstrange@ago.state.al.us>, "Mike Lyle" <michael.lyle@weil.com>, <Mike_OKeefe@laed.uscourts.gov>, "Philippe Wittmann" <pwittmann@stonepigman.com>, "Robert Gasaway" <rgasaway@kirkland.com>, "Cernich, Scott \(ENRD\)" <Scott.Cernich@usdoj.gov>, "Steve Herman" <SHERMAN@hhkc.com>, "Murphy, Silvia" <Silvia.Murphy@sol.doi.gov>, "Warren Anthony Fitch" <tony.fitch@bingham.com>, <marie_firmin@laed.uscourts.gov> |
| Date: | 07/11/2011 12:43 PM |
| Subject: | RE: MDL 2179 - Cement Testing Issue -- Need for Resolution |

Judge I understand there is a typical procedure,and I believe Halliburton will supply it along the lines we generally discussed on our call this morning. Mike do you want to put together the language for me to review or vice versa and.Mike why don't you and I discuss specifics this afternoon to shorten or negate any reason for a call at 430. I will be in my office until app 215 CST

**Bruce W. Bowman**
Board Certified - Civil Trial Law
Texas Board of Legal Specialization

GODWIN RONQUILLO PC

1201 Elm Street, Suite 1700

1

Dallas, Texas 75270-2041
214.939.8679 Direct   (800.662.8393 Toll Free)
214.527.3104 Fax
Bbowman@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

---

**From:** Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
**Sent:** Sunday, July 10, 2011 4:39 PM
**To:** Underhill, Mike (CIV)
**Cc:** andrew.langan@kirkland.com; York, R. Alan; Bowman, Bruce; Carmelite Bertaut; Corey Maze; David Beck; Godwin, Donald; Don Haycraft; Deb Kuchler; DWH Defense Steering Committee; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); Jim R; Kat Shea; Miller, Kerry J.; Ky Kirby; Defense Liaison List; L Strange; Mike Lyle; Mike_OKeefe@laed.uscourts.gov; Philippe Wittmann; Robert Gasaway; Cernich, Scott (ENRD); Steve Herman; Murphy, Silvia; Warren Anthony Fitch; marie_firmin@laed.uscourts.gov
**Subject:** RE: MDL 2179 - Cement Testing Issue -- Need for Resolution

Gentle People:

Would the involved people be available for a dial in conference tomorrow at 9:30? Mike, I would like to accommodate you earlier, but have something to do as soon as the scheduled BOP preservation call (at 8:00) ends.

If 9:30 works, all "concrete people" please dial in as follows: BOP Preservation Conference call Dial-in: 888-684-8852, access: 6331546; security: 071111.

Thanks,

---

Sally Shushan
504 589 7620 work
504 881 9861 cell

| From: | "Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov> |
|---|---|
| To: | <Sally_Shushan@laed.uscourts.gov>, <Mike_OKeefe@laed.uscourts.gov> |
| Cc: | <andrew.langan@kirkland.com>, "Alan York" <ayork@GodwinRonquillo.com>, "Carmelite Bertaut" <cbertaut@stonepigman.com>, "Corey Maze" <cmaze@ago.state.al.us>, "David Beck" <DBECK@brsfirm.com>, "Donald Godwin" <DGodwin@GodwinRonquillo.com>, "Don Haycraft" |

2

&lt;dkhaycraft@liskow.com&gt;, "Deb Kuchler" &lt;dkuchler@kuchlerpolk.com&gt;, "DWH Defense Steering Committee" &lt;dsc2179@liskow.com&gt;, "Jim R" &lt;jimr@wrightroy.com&gt;, "Kat Shea" &lt;Kat_Shea@laed.uscourts.gov&gt;, "Miller, Kerry J." &lt;kmiller@frilot.com&gt;, "Ky Kirby" &lt;ky.kirby@bingham.com&gt;, "Defense Liaison List" &lt;liaison2179@liskow.com&gt;, "L Strange" &lt;lstrange@ago.state.al.us&gt;, "Mike Lyle" &lt;michael.lyle@weil.com&gt;, "Mike O'Keefe" &lt;Mike_OKeefe@laed.uscourts.gov&gt;, "Philippe Wittmann" &lt;pwittmann@stonepigman.com&gt;, "Steve Herman" &lt;SHERMAN@hhkc.com&gt;, "Warren Anth Fitch" &lt;tony.fitch@bingham.com&gt;, "Murphy, Silvia" &lt;Silvia.Murphy@sol.doi.gov&gt;, "Cernich, Scott (ENRD)" &lt;Scott.Cernich@usdoj.gov&gt;, "Sullivan, Jessica (CIV)" &lt;Jessica.Sullivan@usdoj.gov&gt;, "McClellan, Jessica L. (CIV)" &lt;Jessica.L.McClellan@usdoj.gov&gt;, "Robert Gasaway" &lt;rgasaway@kirkland.com&gt;, &lt;Bbowman@godwinronquillo.com&gt;

Date: 07/10/2011 04:21 PM
Subject: RE: MDL 2179 -  Cement Testing Issue -- Need for Resolution

---

Dear Judge: Given all the Kumbaya that's passed back and forth this Sunday (I thought it was supposed to be a Day of Rest!) ... can I add one more issue to your plate? It deals with Halliburton and the cement testing. Fortunately, I think this one should be easily be resolved with your assistance.

The testing lab performing the JIT-sponsored cement testing has been provided, as part of the testing, a Halliburton product called "Tuned Spacer III." The Protocol approved by the Court includes testing of cement slurries that used the Halliburton Tuned Spacer III used on the Macondo well. We had a hiccup on getting the material from Halliburton last week, but we worked it out with the gracious assistance of Don and other Halliburton counsel. The testing lab explained, however, that it needs to know from Halliburton the procedure for mixing the spacer so that it can perform the Court approved tests. The testing lab apparently confirmed with Halliburton technical personnel that the information is readily available, but they asked that provision of same be cleared through Halliburton channels. Halliburton subsequently declined to provide the information, which In turn puts the testing, and certainly the Court's deadline for completion of testing, at risk. Since late Friday I've tried to work the issue out with Bruce Bowman, Halliburton counsel on this issue, but we've not been successful.

I hesitate to state Halliburton's argument for them, but I'll try to do it as fairly as I can. They contend that provision of the information constitutes a separate testing "protocol" that isn't included in the protocol approved by the Court. Ergo, they argue that the information need not be supplied. Our response is, we believe, both simple and practical:

(1) It is part of the protocol since the need for properly mixing the ingredient is implicit in the protocol. (2) Alternatively, if provision of the procedure isn't deemed in the protocol already (either explicitly or implicitly), then we ask that the Court amend the existing protocol to make it explicit and Order that the "readily available" information be provided forthwith so that the testing isn't delayed.

Perhaps this can be resolved with a simple Order. Alternatively, perhaps we could take it up (briefly) during or after the BOP-related phone conference tomorrow morning. We believe that "time is of the essence" since finishing the testing by the Court's deadline already is a tall order, such that we want to keep it on track as much as reasonably possible.

I've copied Bruce Bowman, as well as Don Godwin. I'd add that our conversations have been cordial and professional, as always – we simply have a difference that needs to be resolved quickly.

Regards,

Mike