Minute Entry
Shushan, J.
March 7, 2013
JS 10:  10 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG                         MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                          SECTION J (1)

                                                                              JUDGE BARBIER
                                                                              MAG. JUDGE SHUSHAN
----------------------------------------------------------------------------------------------------------------------
IN RE: THE COMPLAINT AND PETITION            C.A. 10-2771   J(1)
OF TRITON ASSET LEASING GmbH, ET AL
----------------------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA                           C.A. 10-4536    J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                                               COURT REPORTER:
STEPHANIE KALL                                               JODI SIMCOX

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

THURSDAY, MARCH 7, 2013   5:00 PM

Exhibit Marshaling conference regarding non-jury trial (phase I) conducted.

Agreed upon list of exhibits/demonstratives by all parties from 2/28/13 marshaling
conference offered: ORDERED admitted. (see attached)

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield