ALL PARTIES'
~~PSC/BP~~ Agreed Upon List of Exhibits / Demonstratives from 2/28/13 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/26/13 0:00 | Bea | 20001 | Exhibit | PSC Direct | Admitted | See 2/26/2013 BP pleading objecting to document (Rec. Doc. |
| 2/26/13 8:07 | Bea | D-2731 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:08 | Bea | D-2732 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:08 | Bea | D-2745 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:11 | Bea | D-2746 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:18 | Bea | D-2760 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:19 | Bea | D-2734 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:24 | Bea | D-2875 | Callout | PSC Direct; McKay PSC Cross | Admitted | |
| 2/26/13 8:34 | Bea | D-2771 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:36 | Bea | D-2772 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:38 | Bea | 01742 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 8:43 | Bea | D-2729 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:45 | Bea | 00001 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 8:53 | Bea | D-2826 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 8:54 | Bea | D-2735 | Demonstrative | PSC Direct; AL Direct | Admitted | |
| 2/26/13 8:57 | Bea | D-2670 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 9:03 | Bea | D-2868 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:04 | Bea | D-2887 | Callout | PSC Direct; McKay PSC Cross | Admitted | |
| 2/26/13 9:06 | Bea | D-2871 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 9:07 | Bea | D-2675 | Demonstrative | PSC Direct; McKay PSC Cross | Admitted | |
| 2/26/13 9:08 | Bea | D-2874 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:09 | Bea | 02352 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 9:12 | Bea | 01734 | Exhibit | PSC Direct | Admitted | |

All Parties' Agreed Upon List of Exhibits / Demonstratives from 2/28/13 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/26/13 9:14 | Bea | D-2920 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:15 | Bea | D-2921 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:17 | Bea | D-2872 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:17 | Bea | D-2888 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:20 | Bea | D-2737 | Demonstrative | PSC Direct, AL Direct; McKay TO Cross | Admitted | |
| 2/26/13 9:22 | Bea | 02919 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 9:31 | Bea | D-2739 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 9:32 | Bea | D-2895 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:32 | Bea | D-2896 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:33 | Bea | D-2898 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:34 | Bea | D-2897 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:35 | Bea | D-2738 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 9:41 | Bea | D-2445 | Demonstrative | PSC Direct | Admitted Subject to Objection | BP - Objection - Foundation - Overruled |
| 2/26/13 9:45 | Bea | D-2730 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 9:47 | Bea | D-2827 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:48 | Bea | D-2759 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 9:48 | Bea | D-2828 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:51 | Bea | D-2873 | Callout | PSC Direct | Admitted | |
| 2/26/13 9:52 | Bea | D-2750 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 9:57 | Bea | 05950 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 10:04 | Bea | D-2833 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:04 | Bea | D-2835 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:05 | Bea | D-2839 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:05 | Bea | D-2837 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:07 | Bea | 20308 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 10:10 | Bea | D-2841 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:11 | Bea | D-2843 | Demonstrative | PSC Direct | Admitted | |

All Parties' Agreed Upon List of Exhibits / Demonstratives from 2/28/13 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/26/13 10:11 | Bea | D-2845 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:12 | Bea | D-2849 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:13 | Bea | D-2851 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:15 | Bea | 20309 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 10:18 | Bea | 20403 | Exhibit | PSC Direct | Admitted | |
| 2/26/13 10:19 | Bea | D-2853 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 10:21 | Bea | D-2855 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 11:29 | Bea | 06015 | Exhibit | BP Cross; Bea Redirect | Admitted | |
| 2/26/13 11:30 | Bea | 06017 | Exhibit | BP Cross | Admitted | |
| 2/26/13 11:33 | Bea | 48157 | Exhibit | BP Cross | Admitted | |
| 2/26/13 11:35 | Bea | 05962 | Exhibit | BP Cross | Admitted | |
| 2/26/13 11:45 | Bea | 45062 | Exhibit | US Direct | Admitted | |
| 2/26/13 11:52 | Bea | 05958 | Exhibit | BP Cross | Admitted | |
| 2/26/13 11:55 | Bea | 05959 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:00 | Bea | 08018 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:02 | Bea | 00866 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:04 | Bea | 6065 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:08 | Bea | 06257 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:14 | Bea | 05963 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:16 | Bea | 05984 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:22 | Bea | 06025.c | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:36 | Bea | 05965 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:39 | Bea | 05966 | Exhibit | BP Cross; Bea Redirect | Admitted | |
| 2/26/13 12:44 | Bea | 05967 | Exhibit | BP Cross | Admitted | |
| 2/26/13 12:46 | Bea | 05976 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:05 | Bea | 07099 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:13 | Bea | 05969 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:15 | Bea | 48154 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:18 | Bea | 00572 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:20 | Bea | 47414 | Exhibit | BP Cross | Admitted | |

All Parties' ~~PSC/BP~~ Agreed Upon List of Exhibits / Demonstratives from 2/28/13 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/26/13 14:23 | Bea | 08093 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:28 | Bea | 00571 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:31 | Bea | 01148 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:33 | Bea | 05973 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:34 | Bea | 05974 | Exhibit | BP Cross | Admitted | |
| 2/26/13 14:40 | Bea | 01694 | Exhibit | BP Cross; Bea Redirect | Admitted | |
| 2/26/13 14:46 | Bea | 04261 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:03 | Bea | 04170 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:08 | Bea | 04171 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:10 | Bea | 02187 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:19 | Bea | 04362 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:21 | Bea | 01374 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:23 | Bea | 44024 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:23 | Bea | 47182 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:24 | Bea | 44027 | Exhibit | US Direct | Admitted | |
| 2/26/13 15:27 | Bea | 01831 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:30 | Bea | 20198 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:51 | Bea | 47221 | Exhibit | BP Cross | Admitted | |
| 2/26/13 15:55 | Bea | 05689 | Exhibit | BP Cross | Admitted | |
| 2/26/13 16:03 | Bea | 48250 | Exhibit | BP Cross | Admitted | |
| 2/26/13 16:20 | Bea | D-2830 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 16:37 | McKay | D-2908 | Callout | PSC Cross | Admitted | |
| 2/26/13 16:44 | McKay | D-2279 | Demonstrative | PSC Cross | Admitted | |
| 2/26/13 16:51 | McKay | 05944 | Exhibit | PSC Cross | Admitted | |
| 2/26/13 16:53 | McKay | D-2912 | Callout | PSC Cross | Admitted | |
| 2/26/13 16:53 | McKay | D-2913 | Callout | PSC Cross | Admitted | |
| 2/26/13 16:56 | McKay | D-2914 | Callout | PSC Cross | Admitted | |
| 2/26/13 17:04 | McKay | D-3145 | Callout | PSC Cross | Admitted | |
| 2/26/13 17:15 | McKay | 45393 | Exhibit | PSC Cross | Admitted | |
| 2/26/13 17:16 | McKay | D-2915 | Callout | PSC Cross | Admitted | |
| 2/26/13 17:17 | McKay | 07346 | Exhibit | PSC Cross | Admitted | Cover Page Only |

All Parties'
~~PSC/BP~~ Agreed Upon List of Exhibits / Demonstratives from 2/28/13 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/26/13 17:17 | McKay | D-2916 | Callout | PSC Cross | Admitted | |
| 2/26/13 17:19 | McKay | 07364 | Exhibit | PSC Cross | Admitted | Cover Page Only |
| 2/26/13 17:19 | McKay | D-2917 | Callout | PSC Cross | Admitted | |
| 2/26/13 17:20 | McKay | D-2918 | Callout | PSC Cross | Admitted | |
| 2/26/13 17:26 | McKay | D-2673 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 17:26 | McKay | D-2672 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 17:27 | McKay | D-2674 | Demonstrative | PSC Direct | Admitted | |
| 2/26/13 17:27 | McKay | D-2747 | Demonstrative | PSC Cross | Admitted | |
| 2/26/13 17:32 | McKay | 52673 | Exhibit | PSC Cross | Admitted | |
| 2/26/13 17:35 | McKay | D-6593 | Demonstrative | TO Cross | Admitted | |
| 2/27/13 8:16 | McKay | 89052 | Exhibit | TO Cross | Admitted | |
| 2/27/13 8:25 | McKay | 00282 | Exhibit | HESI Cross | Admitted | |
| 2/27/13 8:57 | McKay | 00283 | Exhibit | HESI Cross | Admitted | |
| 2/27/13 8:59 | McKay | 04160 | Exhibit | HESI Cross | Admitted | |
| 2/27/13 9:00 | Huffman | 07510 | Exhibit | US Direct; BP Cross | Admitted | |
| 2/27/13 10:04 | Huffman | 07511 | Exhibit | US Direct; TO Cross | Admitted | |
| 2/27/13 10:06 | Huffman | D-3553 | Demonstrative | US Direct | Admitted | |
| 2/27/13 10:10 | Huffman | D-3554 | Demonstrative | US Direct | Admitted | |
| 2/27/13 10:18 | Huffman | D-3564 | Demonstrative | US Direct | Admitted | |
| 2/27/13 10:20 | Huffman | 06217 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:24 | Huffman | 04022 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:26 | Huffman | 04021 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:32 | Huffman | 03732 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:33 | Huffman | 04047 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:34 | Huffman | 03727 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:40 | Huffman | 01335 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:45 | Huffman | 01337 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:48 | Huffman | 04533 | Exhibit | US Direct | Admitted | |
| 2/27/13 10:57 | Huffman | 03733 | Exhibit | US Direct; BP Cross | Admitted | |
| 2/27/13 11:01 | Huffman | | | | | |

All Parties' PSC/BP Agreed Upon List of Exhibits / Demonstratives from 2/28/13 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/27/13 11:03 | Huffman | 01311 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:05 | Huffman | 02654 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:07 | Huffman | 04535 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:12 | Huffman | 01343 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:13 | Huffman | 03734 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:15 | Huffman | 04776 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:16 | Huffman | 32019 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:19 | Huffman | 05837 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:23 | Huffman | 08186 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:25 | Huffman | 01967 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:29 | Huffman | 01220 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:34 | Huffman | 04538 | Exhibit | US Direct | Admitted | |
| 2/27/13 11:39 | Huffman | 07411 | Exhibit | US Direct | Admitted | |
| 2/27/13 13:12 | Huffman | 04411 | Exhibit | TO Cross | Admitted | |
| 2/27/13 13:19 | Huffman | 01241 | Exhibit | TO Cross | Admitted | |
| 2/27/13 13:31 | Huffman | 51165 | Exhibit | TO Cross | Admitted | |
| 2/27/13 14:00 | Huffman | 04135 | Exhibit | BP Cross | Admitted | |
| 2/27/13 15:14 | Huffman | 04019 | Exhibit | BP Cross | Admitted | |
| 2/27/13 15:30 | Huffman | 07520 | Exhibit | BP Cross | Admitted | |
| 2/27/13 15:39 | Huffman | 03715 | Exhibit | BP Cross | Admitted | |
| 2/27/13 15:52 | Huffman | 41063 | Exhibit | BP Cross | Admitted | |
| 2/27/13 15:52 | Huffman | D-4363 | Demonstrative | BP Cross | Admitted | |
| 2/27/13 16:22 | Huffman | 03995 | Exhibit | US Redirect | Admitted | |
| 2/28/13 5:58 | | 00002 | Exhibit | Marshalling Conference | Admitted | |
| 2/26/13 14:45 | Bea | 05777 | Exhibit | BP Cross | Not Admitted | |