**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 12, 2013**

**MJSTAR: 1:00**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the<br>Oil Rig "Deepwater Horizon"<br>In the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to 12-1978 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### INTERPLEADER HEARING
Rec. Doc. 8762

Case Manager: Gail Chauvin

Court Reporter: Karen Ibos

      Participating:  Allan Moore and David Goodwin for BP

                           Ed Powers, John Elsey and Steve Roberts for Transocean; and

                           Marty McLeod and Kevin LaVie for TransoceanUnderwriters

Argument held.

Matter taken under submission.