## Kavanaugh, Brian P.

| | |
|---|---|
| **From:** | Langan, Andrew |
| **Sent:** | Friday, March 08, 2013 3:49 PM |
| **To:** | Kavanaugh, Brian P. |
| **Subject:** | FW: BP Oil - Two-Page Summaries - "Video Designations" |

**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**

300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

---

**From:** Steve Herman [mailto:SHERMAN@hhkc.com]
**Sent:** Sunday, October 09, 2011 11:10 AM
**To:** Sally_Shushan@laed.uscourts.gov
**Cc:** James Roy; dsc2179@liskow.com; Mike.Underhill@usdoj.gov; CMaze@ago.state.al.us; Mike O'Keefe; Ben_Allums@laed.uscourts.gov
**Subject:** BP Oil - Two-Page Summaries - "Video Designations"

Dear Judge Shushan,

As I am sure you recall, David Back and others have suggested, and I believe the Court agreed, that it would be appropriate for the parties to request that select portions of deposition designations be reviewed by the Court on video, in specific instances where the parties believe that the witness' demeanor is particularly instructive in terms of assessing credibility.

It is our understanding that we should make those suggestions to the Court within the two-page summaries – as well as perhaps an independent list of such requests.

If there is another procedure the Court would like us to follow, please let us know.

As always, we appreciate the Court's time and consideration in this matter.

Respectfully submitted,
Plaintiffs' Liaison Counsel

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```