**EXHIBIT A TO MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

Claimants who filed in 2:10-cv-08888

| Claimant | Doc |
|---|---|
| Beaufort Engineering Services, Inc. | 123963 |
| CIMA | 123962 |
| Concept Properties, LLC d/b/a Snap Fitness | 67559 |
| Cypress Equities | 123960 |
| Diamondhead Casino Corp. | 123967 |
| ER & W Land Holdings | 123959 |
| Flowers Enterprises | 67628 |
| Gautier Family Sports Resorts & Marina, LLC | 123958 |
| Hawkins-Cobb, Inc. | 123970 |
| Jackson Commons Commercial Properties | 123961 |
| King's Seafood, Inc. d/b/a Old Bay Steamer | 124009 |
| LA Consulting, Inc. | 124010 |
| Magnolia Hospitality | 124021 |
| Mary Walker Real Property Co., LLC | 68789 |
| Mississippi Gaming Corporation | 123971 |
| MRI, LLC | 123972 |
| Noojin, Bert P. | 123966 |
| Outboard Recycle Parts and Marine | 124012 |
| Parker, Christopher | 72199 |
| Parker, Glenda | 70057 |
| Red Rhino | 124011 |
| Riviera Utilities | 123964 |
| Shellbank Development | 123976 |
| Uter, Cynthia | 124013 |
| Welch, William, A. | 123965 |

Claimants who filed in 2:10-cv-09999

| Claimant | Doc. |
|---|---|
| City of Spanish Ft. | 236 |
| City of Spanish Ft.-Hwy. 181 CID | 235 |
| Mobile County Board of Health | 234 |