UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J(2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **13-184, Morrison v. Worley** | * | **MAG. JUDGE WILKINSON** |
| **Catastrophe Response, LLC** | * | |

## ORDER

Case No. 13-184 was recently transferred to Section J(2) from Section K(4). (No. 13-184, Rec. Doc. 3).

**IT IS ORDERED** that this matter is hereby **CONSOLIDATED** with Multidistrict Litigation 2179, No. 10-md-2179. The parties shall use the above caption in future filings with this Court.

**FURTHER ORDERED** that Case No. 13-184 is **REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. The parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

Signed in New Orleans, Louisiana this 11th day of March, 2013.

_____
United States District Judge