**EXHIBIT A**

| | |
|---|---|
| Zachary Marris | Document 124204 Filed 03/12/13 |
| William Kerner | Document 124203 Filed 03/12/13 |
| William Davis | Document 124200 Filed 03/12/13 |
| Toney Dardar, Jr. | Document 124196 Filed 03/12/13 |
| Tanna Cheramie | Document 124192 Filed 03/12/13 |
| Samuel Bosarge | Document 124190 Filed 03/12/13 |
| Sampson Guidry | Document 124189 Filed 03/12/13 |
| Russ Herman | Document 124188 Filed 03/12/13 |
| Roland Mollere | Document 124187 Filed 03/12/13 |
| Roger Boyd | Document 124185 Filed 03/12/13 |
| Rodney Woodruff | Document 124184 Filed 03/12/13 |
| Robert Vosbein | Document 124183 Filed 03/12/13 |
| Robert Jackson, Sr. | Document 124182 Filed 03/12/13 |
| Robert Jackson, Jr. | Document 124181 Filed 03/12/13 |
| Rebecca Theriot | Document 124180 Filed 03/12/13 |
| Nicole Dardar | Document 124179 Filed 03/12/13 |
| Nancy Fillinich | Document 124175 Filed 03/12/13 |
| Michael Champlin | Document 124174 Filed 03/12/13 |
| Mary Jackson | Document 124171 Filed 03/12/13 |
| Mary Alario | Document 124168 Filed 03/12/13 |
| Acadiana Marina | Document 124167 Filed 03/12/13 |
| Megan Gomez | Document 124166 Filed 03/12/13 |
| Lisa Marris | Document 124160 Filed 03/12/13 |
| Ky Hong Do | Document 124147 Filed 03/12/13 |
| Kevin Newton | Document 124146 Filed 03/12/13 |
| Joseph Benning | Document 124142 Filed 03/12/13 |
| John Creel | Document 124140 Filed 03/12/13 |
| Jeffrey Jackson, Sr. | Document 124139 Filed 03/12/13 |
| Jeff Toups | Document 124138 Filed 03/12/13 |
| Jane Pizani | Document 124134 Filed 03/12/13 |
| Isadore Dardar, Sr. | Document 124129 Filed 03/12/13 |
| Ike Guidry | Document 124124 Filed 03/12/13 |
| Emmett Adolph | Document 124122 Filed 03/12/13 |
| Em Ngo | Document 124121 Filed 03/12/13 |
| Dennis Adolph, Jr. | Document 124115 Filed 03/12/13 |
| David Plaisance | Document 124110 Filed 03/12/13 |
| Cynthia O'Brien | Document 124109 Filed 03/12/13 |
| Clifford Scarabin, Jr. | Document 124108 Filed 03/12/13 |
| Clifford Crawford | Document 124107 Filed 03/12/13 |
| Clarissa Sabatura | Document 124102 Filed 03/12/13 |
| Cindy Guidry | Document 124097 Filed 03/12/13 |
| Bruce Autin | Document 124094 Filed 03/12/13 |
| Arnold Davis | Document 124093 Filed 03/12/13 |
| Anthony Rogers | Document 124092 Filed 03/12/13 |

| | |
|---|---|
| Alfreda Billiot | Document 124091 Filed 03/12/13 |
| Addie Alario-Rogers | Document 124090 Filed 03/12/13 |
| Jesse Vandenborre | Document 124226 Filed 03/12/13 |