UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: | |
| *2:10-CV-08888-CJB-SS* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle

Signed this _____ day of _____, 2013

_____
JUDGE

1

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM |
|---|---|---|
| Reed Custom Builders | 03/07/13 | 123808 |
| Himel Group, LLC | 03/07/13 | 123809 |
| National Sheetmetal | 03/12/13 | 124233 |
| Wells, Albert | 03/12/13 | 124234 |
| Paris Electric Inc. | 03/12/13 | 124235 |
| Thibodeaux, Devin | 03/12/13 | 124237 |
| Prestige Customs & Autosound | 03/12/13 | 124236 |
| Maizia, Mohamed | 03/12/13 | 124248 |
| Volion, Henley | 03/12/13 | 124249 |
| Gardella, Patricia | 03/12/13 | 124250 |
| James Rental | 03/12/13 | 124251 |
| Blanchard, Anna | 03/12/13 | 124252 |
| Hodnett, Dynele | 03/12/13 | 124253 |
| Haak, Nicholas | 03/12/13 | 124254 |
| Lewis Parker Masonry | 03/12/13 | 124255 |
| Jenkins, Homer | 03/12/13 | 124256 |
| Jackson, Maurice | 03/11/13 | 123985 |
| Salles, Bettie | 03/11/13 | 123990 |
| Oakview Bed and Breakfast | 03/11/13 | 123991 |
| Gardere, Walter | 03/11/13 | 123993 |
| Walner, Marceus | 03/11/13 | 123994 |
| Gaudin, Aliska | 03/11/13 | 123997 |
| Fiffie Transport | 03/11/13 | 123998 |
| Ultra Marine | 03/12/13 | 124215 |
| Bingham, Tim | 03/12/13 | 124239 |
| Pichon, Corey | 03/12/13 | 124240 |
| Norby's LLC dba Patois | 03/12/13 | 124241 |
| Sycamore House | 03/08/13 | 123934 |
| Water's Edge Land Development | 03/12/13 | 124242 |
| Uptown Premier | 03/12/13 | 124243 |
| Chrio Med Health | 03/12/13 | 124244 |
| Campbell, Tony | 03/08/13 | 123938 |

1

| | | |
|---|---|---|
| Big Easy Mardi Gras | 03/08/13 | 123939 |
| Van Electric, Inc | 03/08/13 | 123940 |
| BJN Enterprises, LLC | 03/08/13 | 123941 |
| Louisiana Lubricants, LLC | 03/12/13 | 124247 |
| Westbank Body Works, LLC | 03/08/13 | 123943 |
| Korman Real Estate, LLC | 03/08/13 | 124238 |
| Green & Beans, d/b/a Café Rani | 03/12/13 | 124220 |
| Mon Couer | 03/12/13 | 124225 |
| International New Orleans Exchange | 03/12/13 | 124227 |
| Jacques Enterprises, Inc. | 03/12/13 | 124231 |
| Au Lait Cru, LLC | 03/12/13 | 124232 |
| Kaszowski, Jonathan | 03/08/13 | 123953 |
| Rosie's Photography LLC | 03/08/13 | 123954 |
| Hart, Iona | 03/08/13 | 123956 |
| B & L Transportation | 03/12/13 | 124193 |
| Neveu, Linda | 03/12/13 | 124186 |