Minute Entry
Barbier, J.
March 11, 2013
JS 10:  7 hr.  57 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA (PM) |

NON-JURY TRIAL
(Day nine)

MONDAY, MARCH 11, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

BP offers lists of exhibits/demonstratives regarding exams of David Calvert and Glen Benge; ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding exam of David Calvert; ORDERED admitted. (see attached)

Halliburton offers lists of exhibits/demonstratives regarding exams of David Calvert and Glen Benge; ORDERED admitted. (see attached)

Witness: Rory Davis, previously sworn and testified. (Expert)

BP offers list of exhibits/demonstratives regarding exam of Ronnie Sepulvado; ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exam of Glen Benge; ORDERED admitted. (see attached)

Witnesses: Tim Probert, sworn and testified.
　　　　　　Tommy Roth, sworn and testified.

Court recesses at 6:01 p.m.

Court will resume on Tuesday, March 12, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael
Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon
Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield