BP offers the following documents it used during its examination of Mr. David Calvert into evidence:

admitted 3-11-2013 SK

| Trial Exhibit Number | Description |
|---|---|
| TREX-002582 | Weatherford Flow-Activated Mid-Bore Auto-Fill Float Collar Model M45AP |

BP offers the following documents it used during its examination of Mr. Glen Benge into evidence:

admitted 3-11-2013 SK

| Trial Exhibit/ Demonstrative Number | Callouts/Pages | Description |
|---|---|---|
| D-4269A | | Foam Cement Testing |
| D-4309A | | Pre- and Post-Incident Foam Testing |
| D-4363A | | Chart |
| D-4375 | | Cement Job Process |
| D-4378.1 | | Demonstrative |
| D-4380 | | Timeline (Identified as G 135 in the record) |
| D-4382 | | Post-Incident Testing: CSI - Chevron - Oilfield Testing Company (Identified as Opening 104 in the record) |
| D-4383 | | OTC Test Results on Macondo Rig Sample: MAC4 Macondo cement 0.09 gps SCR-100 slurry, preconditioned for 3 hours (Identified as Opening 105 in the record) |
| D-4381 | | D-Air Should Not Be Used in Foam Cement - Halliburton Proprietary Internal Manuals (Identified as Opening 99 in the record) |
| TREX-000717A | 40.1, 40.2 | April 18, 2010 9 7/8" x 7" Production Casing Design Report |
| TREX-000811 | | April 16, 2010 Cement Lab Weigh-Up Sheet - Reg/Slurry: US-73909/2 |
| TREX-000982 | | September 26, 2010 Halliburton BP Deepwater Horizon Investigation: Preliminary Insights slides |
| TREX-002128 | | Halliburton Cementing- ZoneSeal Isolation Process |
| TREX-002582 | | Weatherford Flow-Activated Mid-Bore Auto-Fill Float Collar Model M45AP |
| TREX-002702 | 9.1, 10.1, 10.2, 10.3, 10.5, 11.1, 30.2 | October 26, 2010 Letter from Chevron (C. Gardner) to S. Sankar re Summary Report of Cement Laboratory Testing |
| TREX-004347 | 1, 1844 through 1866 | Halliburton Global Laboratory Best Practices |
| TREX-006235 | 15.1 | Recommended Practice on Preparation and Testing of Foamed Cement Slurries at Atmospheric Pressure: ANSI/API Recommended Practice 10B-4 |
| TREX-007483 | | 3/7/2010 Email from M. Hafle to J. Gagliano re Macondo 11-7/8 or 11-3/4 Expandable (w/ attachment) |

BP exhibits re GlenBerge (admitted 3-11-2013 SK)

| Trial Exhibit/ Demonstrative Number | Callouts/Pages | Description |
|---|---|---|
| TREX-007484 | | 3/7/2010 Email from J. Gagliano to M. Hafle re: Macondo 11-7/8 pr 11-3/4 Expandable (w/ attachments) |
| TREX-007718 | | Handwritten notes on Conductivity Test |
| TREX-041895 | 9.1 | 65112 Online Weigh-Up Sheet (Screen Shots from Viking) - Test Results |
| TREX-042045 | pp. 1, 287 | October 2009 Halliburton US Land-Offshore Cementing Work Methods |
| TREX-048196 | 2.1 | 73909 Online Weigh-Up Sheet (Screen Shots from Viking) - Test Results |
| V-3 Gagliano | | Video clip |
| V-9 Gagliano | | Video clip |

**PSC List of Exhibits / Demonstratives Used and Offered in Connection with
the Examination of David Calvert on 3/7/13**

*admitted 3-11-2013 SK*

TREX-31026 (Page 1 only)

TREX-22761 Expert Report of Calvert, David (**Admitted by Judge Barbier**)

TREX-22573 C.V. of Calvert, David (**Admitted by Judge Barbier**)

TREX-22761.002 / D-3093 Pressure Transmission as Cement Sets

TREX-22761.003 / D-3094 Chart: Cement Transition from Fluid to Hardening

TREX-00001.025 / D-2024 Planned Cement Fluid Locations

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO DAVID G. CALVERT ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 7, 2013 cross-examination of David G. Calvert into evidence:

D-8015
TREX 0093

*admitted 3-11-2013
SK*

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO GLEN BENGE ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 7, 2013 cross-examination of Glen Benge into evidence:

TREX-0002 (used but not offered)
TREX-4572 (used but not offered)
TREX-5937 (used but not offered)
TREX-7722
TREX-6235
TREX-4477
TREX-60456
D-8242

*admitted 3-11-2013 SK*

BP offers the following documents it used during its examination of Mr. Ronnie Sepulvado into evidence:

admitted 3-11-13 SK

| Trial Exhibit/ Demonstrative Number | Description |
|---|---|
| D-4369 | On the Rig: Daily Meetings - Multiple Opportunities for Information Sharing |
| D-4370 | On the Rig: Weekly Meetings - Multiple Opportunities for Information Sharing |
| TREX-000050 | 7/14/2010 Email from M. Sepulvado to S. Robinson re FW: Rev 1 Procedure |
| TREX-000537 | 4/14/2010 E-mail chain from Brian Morel to Ronald Sepulvado re: Forward Ops |
| TREX-000557 | GoM Production Training Summary Report |
| TREX-000836 | 4/12/2010 E-mail from B. Morel to M. Sepulvado & R. Sepulvado re Rev 1 Procedure (w/ attachment) |
| TREX-002793 | Dril-Quip - Running the Dummy Hanger and the Second Position Casing Hanger, Casing, and Seal Assembly - Big Bore 2 |
| TREX-007685 | 2/13/2010 Email from DWH, OIM to P. Johnson re FW: Final Signed Macondo Drilling Program (w/ attachments) |
| TREX-021109 | 4/20/2010 Email from D. Vidrine to B. Tippetts re FW: Updated Procedure |
| TREX-041105 | 3/22/2010 Daily Operations Report - Partners (Drilling) |
| TREX-044018 | Deepwater Horizon Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period - September 2009 |
| TREX-047221 | Deepwater Horizon Follow Up Audit Report Sept 2009 - Working Copy (Rev Date 11-17-09) |
| TREX-047361 | Deepwater Horizon Follow Up Audit Report Dec 30 2009 - Working Copy of what is left (Rev Date 3-17-10) |
| TREX-047678 | Task Specific Think Procedure, Displacing Riser to Sea H20 |
| TREX-051350 | 4/4/2010 Email from D. Sims to J. Canducci & D. Winslow et al. re RE: DWH 1 year recordable free |
| TREX-087159 | Photographs of Weatherford Bow Spring Slip-on Centralizers returned from DWH rig |

TRANSOCEAN'S LIST OF EXHIBITS FOR
GLEN BENGE'S CROSS-EXAMINATION (3/6/13)

admitted 3-11-13 SK

- TREX-00001-61 (callout)
- TREX-00569-4 (callout)
- TREX-00634-10, 19, 39 (callouts)
- TREX-00640-16 (callout)
- TREX-01390-2 (callout)
- TREX-01395-1 (callout)
- TREX-01703-16 (callout)
- TREX-22727-13 (callout)
- TREX-04575-18 (callout)
- TREX-05801-1 (callout)
- TREX-45036 and 00757 (duplicate and used native file)
- TREX-51165-1 (callout)
- D-6630 (as corrected by Mr. Benge in redirect by the DOJ)
- D-6631
- D-6632

## .09 Cement Testing on Macondo

| Test | BP/HESI Contract (TREX-00640) | BP Recommended Practice (TREX-00634) | Performed on .09 gal/sk cement? (TREX-0001 & 02703) |
|---|---|---|---|
| Foam Stability | - | ✓ | No |
| Compressive Strength | not ✓ | ✓ | No – for foam cement |
| Fluid Loss | M ✓ | ✓ | No |
| Rheology | ✓ | ✓ | No |
| Free Fluid | ✓ | ✓ | No |
| Static Gel Strength Transition Time | ✓ | - | No |
| Zero Gel Time | ✓ | - | No |
| Company Settlement Test | ✓ | - | No |
| Thickening Time | ✓ | ✓ | ✓ |

[Sources: TREX-0001, TREX-00634, TREX-00640, TREX-02703]

D6630