Minute Entry
Barbier, J.
March 12, 2013
JS 10:  7 hr. 43 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA  (PM) |

NON-JURY TRIAL
(Day ten)

TUESDAY, MARCH 12, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Transocean offers list of exhibits/demonstratives regarding exam of Tim Probert: ORDERED admitted: (see attached)

BP offers list of exhibits/demonstratives regarding exam of Tim Probert: ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Tim Probert: ORDERED admitted. (see attached)

Witness: Tommy Roth; previously sworn and testified.

US offers lists of exhibits/demonstratives regarding exams of Glen Benge and Rory Davis: ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Rory Davis: ORDERED admitted. (see attached)

Cameron offers list of exhibits/demonstratives and flash drive regarding exam of Rory Davis: ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding exam of Rory Davis: ORDERED admitted. (see attached)

Witness: Gregg Perkin; sworn and testified. (Expert)

Court recesses at 5:48 p.m.

Court will resume on Wednesday, March 13, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Mikal Watts, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael
Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon
Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman,
Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield