# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF TIM PROBERT (3/11/2013)

Transocean offers the following documents it used during its March 11, 2013 cross-examination of Tim Probert into evidence:

**Trial Exhibits**

*admitted 3-12-2013 SK*

- TREX-002133-283B (callout)
- TREX-005219-3A (callout)
- TREX-002007-1A (callout)
- TREX-002007-7A (callout)
- TREX-002019-60A (callout)

BP offers the following documents it used during its examination of Mr. Tim Probert into evidence:

admitted 3-12-2013 SK

| Trial Exhibit/ Demonstrative Number | Callouts/ Pages | Description |
|---|---|---|
| TREX-001897 | 1.1 | 4/27/2010 Email from M McCollum to T Probert; RE: Getting calls on HAL's role on cementing job for Horizon rig |
| TREX-002013 | 1.1 | 4/30/2010 Email from C Mann to Press; HAL Press Release- Facts on Rig Incident |
| TREX-002016 | 1.1 | 5/11/2010 Hearing Before the Committee on Energy and Natural Resources United States Senate- Second Session |
| TREX-002017 | 2.1 | 5/11/2010 Prepared Statement by Tim Probert before the Committee on Environment and Public Works US Senate |
| TREX-002030 | 1.1 | 10/28/2010 Email from Halliburton Communications re Update: Deepwater Horizon |
| TREX-005283 | 4 | Halliburton Presentation Slides - Deepwater Challenges: Solved Efficiently |
| TREX-048098 | 1.1 | 10/28/2010 Halliburton Comments on National Commission Cement Testing Press Release: http://www.halliburton.com/public/news/pubsdata/press_release/2010/corpnws_102810.html |
| TREX-075074 | 1.1, 77.1 | Congressional Hearing Involving Lamar McKay (BP), Tim Probert (Halliburton), Steve (Transocean), Jack Moore (Cameron), viewed portions of television coverage, May 2010 |
| D-4309A | | Pre- and Post- Incident Foam Cement Testing |
| D-4377 | | Halliburton Employees As of April 20, 2010 |
| D-4379 | | Halliburton Post-Incident Activity |
| G-999.4 | | Steven Newman statement that well construction is a collaborative effort (BP Opening Slide) |

Please note that for any exhibit where BP has listed pages and/or callouts, BP is submitting the entire exhibit and those pages and/or callouts into evidence.

# Halliburton Employees
## As of April 20, 2010



Source: Roth Dep. at 82:19-83:1, 78:4:16-23; Vargo Dep. at 43:5:14-21, 19:3-21:12; Lewis Dep. at 78:25-79:12, 74:21-76:16, 74:16-20, 105:25-106:1; Morgan Dep. at 29:1-30:1; Ravi Dep. at 20:18-21:5; 314:19-315:21, 24:2-13, 312:6-18, 118:7-16; Quirk Dep. at 29:24-30:22, 33:1-13, 36:7-20; Serio Dep. at 81:3-14, 217:4-218:3; Stelly Dep. at 10:17-24, 7:25-8:2, 9:10-17; Anderson Dep. at 174:20-23, 11:24-25; Chaisson Dep. at 26:1-27:13; Tabler Dep. at 11:25-12:11, 15:4-17, 18:24-19:3; Probert Dep. 23:16-22; 312:21-21-24; TREX 000970

D 4377

# Pre- and Post-Incident Foam Cement Testing

Target Density: 14.5 ppg | D-Air 3000 Defoamer (0.25%) | Zone Sealant 2000 (0.11 gps)

| Lab Sheet Date | Foam Stability Test | Conditioning Time | Foam Testing Observations | Shared with BP | Result |
|---|---|---|---|---|---|
| Feb 12, 2010 | Density 16.8/17.6 | 0 minutes | "Slurry is settling, will repeat" (Foam Cube Crush Compressive Strength Test) | No | Unstable |
| Feb 16, 2010 | Density 15.9/15.9 | 2 hours | "Hard on bottom, soft on top" (Foam Cube Crush Compressive Strength Test) | No | Unstable |
| Apr 13, 2010 | Density 15.7/15.1 | 1.5 hours | J. Gagliano: "The test results came off and showed instability" | No | Unstable |
| Apr 17, 2010 | Density 15.0/15.0 | 3 hours | J. Gagliano never saw test results before cement pumped. | After Accident | Unstable |
| Apr 18, 2010 | Recommended Procedure provided to BP with D-Air 3000, Zone Sealant, and 0.09 gps retarder – Oct 28, 2010 Halliburton Press Release: "A foam stability test was not conducted on the 9 gallon formulation." | | | | |
| Late Apr/ Early May 2010 | No Density Recorded | 0 minutes | "Slurry would not foam." Results and sample not kept by R. Morgan to not be "misinterpreted in the litigation" | No | Unstable |
| Mid May 2010 | No Density Recorded | 3 hours | Claimed to be stable, but records destroyed. Test done "off the side" and T. Quirk "got rid of" notes and samples. | No | ? |
| Late May 2010 | No Density Recorded | 3 hours | Claimed to be stable, but no records kept by R. Morgan. | No | ? |

Source: TREX 808, 809, 5595, 3037, 4564, 811, 4566, 717, 1510, 7718, 48098, Quirk Dep. 89-90, 317, 393, 491, 333-334, Morgan Dep. 99-108, Benge Dep. at 138, 141, 144, 150-151, 169, 202 Gagliano Dep at 789-790, 795-796



D 4309A

# Halliburton Post-Incident Activity

## INTERNAL ANALYSIS

- **April 20, 2010** — Chaisson emails Gagliano Post-Job Report
- **April 21, 2010** — Chaisson and Anderson revise Post-Job Report
- **April 26, 2010** — Gagliano sends test results to BP six days after blowout
- **April 27, 2010** — Need to say "…we don't know anything further."
- **May 2010** — Roth requests Displace 3D modeling of cement job
- **Mid-May 2010** — Quirk tests Macondo slurry design and discards results
- **Mid-May 2010** — Morgan conducts second test on Macondo slurry design, conditions slurry for three hours, and discards sample
- **June 3, 2010** — Roth briefs House Committee staff
- **June 11, 2010** — Gagliano interviewed by House Committee staff; no mention of foam stability test
- **July 25, 2010** — Roth states in email that Displace 3D modeling showed no mud channeling with seven centralizers
- **September 26, 2010** — Roth tells National Academy of Engineering that OptiCem modeling showed channeling
- **October 28, 2010** — HES press release admits slurry recipe pumped was never tested
- **November 5, 2010** — Congress releases internal HES lab testing documents not previously produced

## EXTERNAL COMMUNICATIONS

- **April 23, 2010** — HES sends Post-Job Report to BP
- **April 30, 2010** — HES press release promises support to investigations
- **May 11, 2010** — Probert testifies before Senate Committee; promises to share results of investigation
- **May 12, 2010** — Probert testifies before House Committee
- **June 16, 2010** — Bly team requests cement test results
- **June 16, 2010** — Bly team requests cement test results
- **June 22, 2010** — Bly team requests cement test results
- **July 26, 2010** — Bly team requests cement and test results

2010

Source: TREX 000708, 000713, 000982, 001709, 001897, 002013, 002016, 002033, 002703, 005220, 007718, 008147, 048092, 047549, 048098, Rec. Doc. 4961; Morgan Dep. at 15:7-16:6, 31:14-23:31:14-23, Quirk Dep. at 88:22-90:6

D4379  1

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO TIM PROBERT ON DIRECT-EXAMINATION

HESI offers the following documents it used during its March 11, 2013 direct-examination of Tim Probert into evidence:

*admitted 3-12-2013 SK*

TREX-5283

TREX-05283 p. 4 callout 1 (HESI)
TREX-05283 p. 4 callout 2 (HESI)
TREX-05283 p. 4 callout 3 (HESI)
TREX-05283 p. 4 callout 4 (HESI)

2112412 v1

The United States offers the following documents it used during its examination of Glen Benge into evidence:

admitted 3-12-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| D-03518 | TREX-00001; TREX-00737; TREX-00738 | Cement Job Sequence Animation | |
| D-03528 | | Centralizers Animation | |
| TREX-00001-CUR | | Deepwater Horizon Accident Investigation Report - (Bly Report) | TREX-00001-CUR page 1 (US); TREX-00001-CUR page 37 (US) |
| TREX-00016 | | Transcription of Interview with Erick Cunningham by Kevin Fontenot Kent Corse & Warren Winters | TREX-00016 page 1 (US); TREX-00016 page 3 (US) |
| TREX-00137A-CUR | | E-Mail From: Greg Walz to John Guide FW: Additional Centralizers 04/16/2010 | TREX-00137A-CUR page 1 (US) |
| TREX-00225 | | E-Mail - From: Kent Corser Sent: Sat Jun 26 13:30:58 2010 - To: Kent Corser; Daryl S. Kellingray; Erick Cunningham; Warren J. Winters - Subject: RE: Action - proposal for slurry tests | TREX-00225 page 1 (US); TREX-00225 page 2 (US); TREX-00225 page 3 (US) |
| TREX-00569 | | Wellsite Checklists - Cementing Responsibilities | TREX-00569 page 1 (US); TREX-00569 page 3 (US) |

1

U.S. re Glen Benge               admitted 3-12-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-00625 | | E-Mail - From: Erick Cunningham Sent: Mon Mar 08 20:00:32 2010 - To: Brian P. Morel - Subject: RE: Nitrogen Production Job | TREX-00625 page 1 (US) |
| TREX-00987-CUR | | E-Mail - From: Brian P. Morel Sent: Sat Apr 17 19:27:09 2010 To: John Guide - Subject: FW: Lab Tests | TREX-00987-CUR page 1 (US) |
| TREX-01367 | | E-Mail - From: Brett W. Cocales Sent: Fri Apr 16 21:14:54 2010- To: Brian P. Morel - Subject: RE: Macondo STK Geodetic | TREX-01367 page 1 (US) |
| TREX-01396 | | E-Mail - From: Brett W. Cocales Sent: Sun Apr 18 15:25:06 2010 To: Brian P. Morel Gregory S. Walz Mark E. Hafle John Guide - Subject: RE: Lab Tests | TREX-01396 page 1 (US); TREX-01396 page 2 (US); TREX-01396 page 3 (US) |
| TREX-02586 | | E-Mail - From: Bryan R. Clawson Sent: 4/20/2010 7:00:35 PM To: Marcel Budde; Guus Versteeg; Simone Ell Subject: FW: Circulation | TREX-02586 page 1 (US); TREX-02586 page 2 (US) |
| TREX-03020 | | E-Mail - From: Jesse Gagliano Sent: Thu Apr 15 22:46:43 2010 To: Multiple Recipients Subject: Production Casing Proposal and OptiCem Report | TREX-03020 page 1 (US); TREX-03020 page 2 (US); TREX-03020 page 3 (US); TREX-03020 page 7 (US) |

U.S. re Glen Benge          admitted 3-12-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-03058 | | BP Deepwater Cementing Guidelines – UTG Drilling Sunbury December 2002 Ashley Hibbert | TREX-03058 page 1 (US); TREX-03058 page 8 (US) |
| TREX-04451 | | Handwritten Notes - Mark Hafle - Engineer in office 05/01/2010 | TREX-04451 page 1; TREX-04451 page 3 (US) |
| TREX-05937 | | Letter From: Oilfield Testing & Consulting To: Silvia Murphy Joint Investigation Team Bureau of Ocean Energy Management Regulation & Enforcement Dated: Monday August 1 2011 Re: JIT MACONDO WELL TESTING | TREX-05990 page 1 (US); TREX-05990 page 30 (US) |

3

*U.S. re Glen Benge*      admitted 3-12-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-05990-CUR | | Expert Report of Glen Benge dated 08/26/2011 | TREX-05990 CURED page 1 (US); TREX-05990 CURED page 7 (US); TREX-05990 CURED page 13 (US); TREX-05990 CURED page 23 (US); TREX-05990 CURED page 30 (US); TREX-05990 CURED page 33 (US); TREX-05990 CURED page 41 (US); TREX-05590 CURED page 42 (US); TREX-05990 CURED page 46 (US); TREX-05590 CURED page 52 (US) |

*U.S. re Glen Benge*     *Admitted 3-12-2013 SK*

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-06230 | | E-Mail - From: Erick Cunningham Sent: Thu Apr 08 19:50:10 2010 To: Tom Christopher Subject: RE: SRP Cement Placement Final DSK TC EC JM TF DSK 25 Feb.doc | TREX-06230 page 1 (US); TREX-06230 page 2 (US); TREX-06230 page 4 (US); TREX-06230 page 5 (US); TREX-06230 page 6 (US); TREX-06230 page 7 (US); TREX-06230 page 18 (US) |
| TREX-06233 | | BP E&P Segment Recommended Practice Drilling and Completions Cementing Manual Cement Laboratory Testing Section SRP 4.1-0003 | TREX-06233 page 1 (US); TREX-06233 page 5 (US) |
| TREX-07489 | | E-mail - From: Jesse Gagliano Sent: Sun Mon Dec 7 2009 To: Mark E. Hafle; Brian P. Morel; Trent J. Fleece; George E. Gray Subject: Bulk Cement & Chemical on Marianas | TREX-07489 page 1 (US) |
| TREX-07717 | | E-Mail - From: Brian P. Morel Sent: Tue Mar 16 2010 To: Mark E. Hafle Subject: RE: KOP Procedure | TREX-07717 page 1 (US); TREX-07717, page 2 (US) |
| TREX-07836 | | EXPERT REPORT OF DAVID G. CALVERT Dated: October 14 2011 | TREX-07836 page 1 (US); TREX-07836 page 17 (US) |

U.S. re Glen Benge     admitted 3-12-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-07882 | | Halliburton Lab Results Job Information: Request/Slurry 73909/2; Date: April 12 2010 Well: MC252 - OCS-G-32306 Macondo #1; Rig Name: Deepwater Horizon; Job Type: 9 7/8" x 7 Prod Casing; Submitted by: Jesse Gagliano; Customer: BP | TREX-07882 page 1 (US); TREX-07882 page 2 (US); TREX-07882 page 4 (US) |
| TREX-31001 | | Email to Mark Hafle et al. Subject: FW: HAL and SLB Lost Circulation Materials | TREX-31001 page 1 (US) |
| TREX-31003 | | Oil & Gas Journal article Practical Drilling Technology "Foamed cement job successful in deep HTHP offshore well" by Benge Glen McDermott Jim R. Langlinais Joey C. and Griffith James E. March 1996 | TREX-31003 page 1 (US) |

* These callouts are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

The United States offers the following documents it used during its examination of Rory Davis into evidence:

admitted 3-12-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| n/a | | Deposition of Melvyn Whitby, Vol. 1 (July 18, 2011) | 354:10-17 |
| D-03550.001 | TREX-41587 | BOP Stack Animation | |
| D-03582 | TREX-03405 page 1 (US); TREX-03405 page 2 (US); TREX-03405 page 11 (US) | Deepwater Horizon Follow Up Rid Audit, Marine Assurance Audit and Out of Service Period, September 2009 | |
| D-03583 | TREX-03400 page 1 (US); TREX-03400 page 5 (US); TREX-03400 page 6 (US) | Deepwater Horizon Technical Rig Audit, January 2005 | D-03583 page 2, 3 (US) |
| D-03590 | TREX-06166 page 1 (US); TREX-06166 page 9 (US) | Deepwater Horizon Technical Rig Audit, January 2008 | D-03590 page 2 (US) |
| D-03591 | TREX-22737; TREX-07761-CUR | Rory Davis' Outline | |
| D-03592 | TREX-22737; TREX-07661-CUR; TREX-07772; TREX-08042; TREX-61107; TREX-22715; TREX-61123; TREX-61124; TREX-07687; TREX-07688 | Comparison of BOP Opinions Chart | |
| TREX-03400 | | Deepwater Horizon Technical Rig Audit January 2005 | TREX-03400 page 1 (US) |
| TREX-03405 | | Deepwater Horizon Follow Up Rig Audit Marine Assurance Audit and Out of Service Period | |

U.S. re Rory Davis          Admitted 3-12-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| | | September 2009 | |
| TREX-06166 | | Deepwater Horizon Technical Rig Audit January 2008, Prepared by Kevan Davis Rig Auditor 20 January 2008, Approved by Norman Wong, Head of Rig Audit 23 January 2008 | |
| TREX-07661 | | EXPERT REBUTTAL REPORT DEEPWATER HORIZON BLOWOUT PREVENTER EXAMINATION AND TESTING November 7 2011 Prepared by: The team of Talas Engineering Inc. | TREX-07661 page 1 (US) |
| TREX-22737 | | Expert Report of Davis Rory; Novak Patrick; Robinson J. Neil; and Merala Raymond | TREX-22737 page 1 (US) |
| TREX-33216 | | FBI Photo | |

* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO RORY DAVIS ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 11, 2013 cross-examination of Rory Davis into evidence:

*admitted 3-12-2013 SJC*

TREX-7001
TREX-4114
TREX-1166
TREX-5054

TREX-01166 p. 77 callout 1 (HESI)
TREX-04114 p. 2 callout 1 (HESI)
TREX-04114 p. 2 callout 2 (HESI)
TREX-04114 p. 3 callout 3 (HESI)
TREX-04114 p. 3 callout 4 (HESI)
TREX-05054 p. 4 callout 1 (HESI)
TREX-07001 p. 1 callout 1 (HESI)
TREX-07001 p. 1 callout 2 (HESI)
TREX-07001 p. 6 callout 3 (HESI)
TREX-07001 p. 13 callout 4 (HESI)

21120721 v1-

Cameron offers the following documents from the examination of Dr. Rory Davis into evidence:

admitted 3-12-2013 SK

| Trial Exhibit / Demonstrative Number | Description |
|---|---|
| TREX 7577 | Assembly drawing, dated 05/17/04 |
| D10012 | Assembly drawing, dated 05/17/04 (TREX 7577) BOP Control Panel Callout |
| TREX 5413 | R&B Falcon Deepwater Horizon TL BOP Stack Operation and Maintenance Manual Excerpt |
| D10006 | R&B Falcon Deepwater Horizon TL BOP Stack Operation and Maintenance Manual Excerpt (TREX 5413) BOP Operation and Maintenance Manual Callout |
| TREX 1166 | Email from Stringfellow, William dated Friday, August 06, 2010 12:58 PM re: secondary intervention with attachment |
| TREX 5155 | Email string among Edward Gaude, Ray Jahn, Brian Williams and others, Subject: AMF batteries |
| TREX 3185 | Cameron Engineering Bulletin 702D |
| TREX 75568 | ROV footage of autoshear trigger cut, 4/22/10 |
| TREX 3626 | Cameron Safety Alert # 4058 Mark III Modular Drilling Control POD SEM (Subsea Electronics Module) Indication Faults; Date: 12 February 2009 |
| TREX 7766 | Cameron Safety Alert 22258 Reduced Fatigue Life of Packer for 18-3/4" 15K Type T/TL BOP CDVS Ram & 18-3/4" 10/15K Type UII BOP CDVS Ram |
| TREX 3797 | Email string among Geoff Boughton and Ronald Guidry, et al.; 5/9/2010; Subject: Issue on the Horizon with pie connectors |
| TREX 5165 | Sept. 15, 2010 Document from Brandy N. Jones, regarding FPR #226314 findings |

**PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Dr. Rory Davis on 3/7/13**

admitted 3-12-2013 SK

TREX-22737 - Objected to by Cameron as set out in its *Daubert* motion

TREX-07661 - Objected to by Cameron as set out in its *Daubert* motion

TREX-01164 (ONLY PDF Pages 1 & 97 a/k/a ONLY cover page and paginated page no. 80)

D-3096

TREX-03605

TREX-04277 (NOTE: document is designated confidential - un-redacted version to Court, redacted version necessary for "media bundle)

TREX-00599 (NOTE: document is designated confidential - un-redacted version to Court, redacted version necessary for "media bundle)

TREX-07660

TREX-00093

TREX-01199