UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:  *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

<u>ORDER</u>

[Regarding Call-Outs and Marshaling Exhibits]

At the March 8 Working Group Conference the parties were encouraged to work together on a numbering system for call-outs.  Rec. doc. 8877 at 3.  After consideration, all parties shall employ a uniform numbering system for call-outs.  It is necessary that the system permit sorting by EXCEL.

Accordingly, **each callout shall be labeled with the TREX number, the page number, the number of the specific call-out cited, and the party suffix to identify a party's call-outs**.  During a witness examination a party may choose to skip a call-out that had been prepared for a witness.  For example, Transocean may prepare 3 call-outs from page 3 of TREX 1229 for use with its examination of a witness.  After using the first call-out from page 3, the examiner may decide to skip the second call-out and use the third call-out.  In those circumstances the 2 call-outs used by Transocean will be labeled as follows:

**TREX 1229.3.1.TO**

**TREX 1229.3.3.TO**

When a call-out is used with a witness, trial counsel shall refer to the call-out with the label created by the uniform system.  This will enable all parties and inData to identify and log the call-

out.

In order to obtain timely lists of exhibits, demonstratives and call-outs, the parties shall proceed on the following schedule:

**Monday at 12:00 noon** is the deadline for the parties to complete the lists for the trial conducted on the preceding Wednesday and Thursday.

**Thursday at 9:00 a.m.** is the deadline for the parties to complete the lists for the trial conducted on the preceding Monday and Tuesday.

As with other deadlines in this case, there will be circumstances which present good cause for some deviation from these deadlines. The trial is in its third week, and the circumstances presenting good cause for some deviation should be becoming fewer and fewer.

New Orleans, Louisiana, this 13th day of March, 2013.

                                                          **SALLY SHUSHAN**
                                                          **United States Magistrate Judge**