

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    FEB 20 2013

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-30785

IN RE: DEEPWATER HORIZON

MD 10-2179-J
c/w 12-814

NUOI HAN; KONG DUONG; RAN VAN TRAN; DAVID VAN; TAM VU; ET AL,

        Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED.; DRC EMERGENCY SERVICES, L.L.C.; DANOS & CUROLE MARINE CONTRACTORS, L.L.C.; BP AMERICA PRODUCTION COMPANY ,

        Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:10-MD-2179/2:12-CV-814

Before DeMOSS, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this case stemming from the Deepwater Horizon oil spill, the district court entered an order staying proceedings pending implementation of the Economic Damages Settlement Agreement.  Plaintiff filed a motion to certify

Fee
Process
Dktd
CtRmDep
Doc. No.

12-30785

the issue for immediate appeal pursuant to 28 U.S.C. § 1292(b). The motion was erroneously transmitted to this court as a notice of appeal. Unless the district court issues certification, this court lacks jurisdiction. *See* 28 U.S.C. § 1292(b). The district court denied the motion for certification on August 20, 2012. Accordingly, we do not have jurisdiction and the appeal must be dismissed.

IT IS SO ORDERED.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By
Deputy
New Orleans, Louisiana        1 4 FEB 2013

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 14, 2013

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 12-30785,  In Re:  Deepwater Horizon
            USDC No. 2:10-MD-2179
            USDC No. 2:12-CV-814

Enclosed is a copy of the judgment issued as the mandate.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _Dawn D. Victoriano_
            Dawn D. Victoriano, Deputy Clerk
            504-310-7717

cc w/encl:
      Mr. Ryan Ellis Beasley
      Mr. Harold J Flanagan
      Mr. Don Keller Haycraft