UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| This Document Relates To: All Cases | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

The Court has been informed by Mikal Watts that he has resigned from his position as a member of the Plaintiffs' Steering Committee (PSC) and as Class Counsel. The Clerk shall remove Mr. Watts from the list of PSC and Class Counsel members.

New Orleans, Louisiana, this 13th day of March, 2013.

_____
United States District Judge