# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 25, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 13-30095    In Re: Deepwater Horizon, et al
      USDC No. 2:10-MD-2179
      USDC No. 2:10-CV-7777
      USDC No. 2:12-CV-970
      USDC No. 2:10-CV-2771
      USDC No. 2:12-CV-2953
      USDC No. 2:12-CV-964
```

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED FEB 2 6 2013  
LORETTA G. WHYTE  
CLERK

Enclosed is an order entered in this case.

In addition to filing the joint designation of record with the District Court, please notify this court by separate letter that the designation has been filed and provide us with the document number assigned to that filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-7702

Mr. N. Albert Bacharach Jr.  
Mr. Stanley Paul Baudin  
Mr. Robert C. Mike Brock  
Ms. Elizabeth Joan Cabraser  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Brent Wayne Coon  
Mr. Timothy A. Duffy  
Mr. Wesley J. Farrell  
Mr. Jeremy D. Friedman  
Mr. Clay Joseph Garside  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Kevin W Grillo  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Samuel Issacharoff  
Mr. James Andrew Langan  
Mr. Daniel J. Levitan  
Mr. Steven Andrew Myers  
Mr. Joseph Darrell Palmer  
Mr. John Jacob Pentz III  
Mr. James Parkerson Roy  
Ms. Sarah Elise Spigener  
Mr. Joel R. Waltzer  
Mr. Robert Baxter Wiygul  
Mr. Stuart Cooper Yoes  
Ms. Loretta Whyte



IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 13-30095

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana   2/25/13