# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 07, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR - 7 2013

LORETTA G. WHYTE
CLERK

   No. 13-30095   In Re: Deepwater Ho
      USDC No. 2:10-MD-2179
      USDC No. 2:10-CV-7777
      USDC No. 2:12-CV-970
      USDC No. 2:10-CV-2771
      USDC No. 2:12-CV-2953
      USDC No. 2:12-CV-964

The court has granted an extension of time to and including April 1, 2013 for filing the designation of the record on appeal in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. N. Albert Bacharach Jr.
Mr. Stanley Paul Baudin
Mr. Robert C. Mike Brock
Ms. Elizabeth Joan Cabraser
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Timothy A. Duffy
Mr. Wesley J. Farrell
Mr. Clay Joseph Garside
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Terry Gray
Mr. Kevin W Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Daniel J. Levitan
Mr. Steven Andrew Myers
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Ms. Sarah Elise Spigener
Mr. Joel R. Waltzer
Ms. Loretta Whyte
Mr. Robert Baxter Wiygul
Mr. Stuart Cooper Yoes