UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| THIS DOCUMENT RELATES: | |
| *2:10-CV-08888-CJB-SS* | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle

Signed this _____ day of _____, 2013

_____
JUDGE

1

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM |
|---|---|---|
| Mohamed, Islam | 03/13/13 | 124260 |
| Hardy, Erana | 03/13/13 | 124261 |
| Melerine, Irvan | 03/13/13 | 124262 |
| Cullom, Dustin | 03/13/13 | 124263 |
| Homrighausen, James | 03/13/13 | 124264 |
| Myles, Tarren | 03/13/13 | 124265 |
| T& M Construction | 03/13/13 | 124266 |
| James, Oscar | 03/13/13 | 124267 |
| Mercadel, Mark | 03/13/13 | 124268 |
| Lepree, Aleane | 03/13/13 | 124269 |
| Mammelli, Timothy | 03/13/13 | 124270 |
| Nata, Reneldear | 03/13/13 | 124271 |
| Acadian Rodent and Animal Control | 03/13/13 | 124272 |
| Davis, George | 03/13/13 | 124273 |
| Perrin's Electrical Services, LLC | 03/13/13 | 124274 |
| Parker, Diane | 03/13/13 | 124275 |
| Guidry's Electrical Service Inc. | 03/13/13 | 124276 |
| Dang, Tu Van | 03/13/13 | 124277 |
| Comeaux, David | 03/13/13 | 124279 |
| Clayton, Douglas | 03/13/13 | 124280 |
| Andrews, Johnny | 03/13/13 | 124281 |
| Roberts, Earnil | 03/13/13 | 124282 |
| Jenkins, Angela | 03/13/13 | 124283 |
| Hamida, Iyad | 03/13/13 | 124284 |
| Alexander, Robert | 03/13/13 | 124285 |
| Beaubrun, Snighter | 03/13/13 | 124286 |
| Ali, Jill | 03/13/13 | 124290 |
| Rome, Mark | 03/13/13 | 124291 |
| Edmundson, Matthew | 03/13/13 | 124292 |
| Chester, Paul | 03/13/13 | 124293 |
| Dawson, Edward | 03/13/13 | 124294 |
| Hayes Fisheries | 03/13/13 | 124295 |

| | | |
|---|---|---|
| ABC Air Conditioning & Refrigeration | 03/13/13 | 124296 |
| Desil, Anel | 03/13/13 | 124297 |
| Bargky, Felicia | 03/13/13 | 124298 |
| Reggio, Villere | 03/13/13 | 124299 |