UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | § § § | MAG. JUDGE SHUSHAN |

Case No: 2:10-cv-08888, [Re. Doc.: [See attached Exhibit A: List of Plaintiffs];
         2:10-cv-02771

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR 83.2.11, the law firm of Sheller, P.C., and all associated attorneys, hereby files its Motion for Leave to Withdraw as counsel for Plaintiffs listed in Exhibit A, attached hereto, and, in support thereof, would show:

1.  All Claimants listed in Exhibit A have retained the law firm of Sheller, P.C. and its attorneys as counsel with regard to their oil spill claims.

2.  Sheller, P.C. filed Short Form Joinders on behalf of all Plaintiffs listed in Exhibit A.

3.  The law firm of Sheller, P.C. has determined that it cannot continue to represent Plaintiffs on issues involved in this litigation.

4.  The Plaintiffs identified in Exhibit A have been notified of all deadlines and pending court appearances, served on both the clients by certified mail and opposing counsel, or an affidavit stating why service has not been made.

5.  This motion is made in good faith and will not prejudice any party.

6.  Under the circumstances, it is requested that Sheller, P.C. be granted leave to withdraw as counsel for Plaintiffs.

WHEREFORE, the law firm of Sheller, P.C., and all associated attorneys, request that this Honorable Court allow them to withdraw as counsel of record for the Plaintiffs listed in Exhibit A hereto in the above-captioned case.

Dated:  March 14, 2013              Respectfully submitted,

SHELLER, P.C..


By:  /s/ Brian J. McCormick, Jr.
Brian J. McCormick, Jr., Esquire
Pennsylvania Bar No.: 81437
1528 Walnut Street, 4th Floor
Philadelphia, PA 1910
Phone: (215) 790-7300
bjmccormick@sheller.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th Day of March, 2013 the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, and, further, that a true and correct copy of the forgoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, at the last known address of the Plaintiffs as listed on Exhibit A.

Dated:   March 14, 2013                     SHELLER, P.C.
                                            1528 Walnut Street, 4th Floor
                                            Philadelphia, PA 1910
                                            Phone: (215) 790-7300


                                            By:  /s/ Brian J. McCormick, Jr.
                                            Brian J. McCormick, Jr., Esquire
                                            bjmccormick@sheller.com