UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the Oil Rig | § | MDL NO. 2179 |
| | "DEEPWATER HORIZON" | § | |
| | in the GULF OF MEXICO, | § | SECTION: J |
| | on April 20, 2010 | § | |
| | | § | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | § | |
| | | § | MAG. JUDGE SHUSHAN |
| | | § | |

Case No: 2:10-cv-08888, [Re. Doc.: [See attached Exhibit A: List of Plaintiffs];
        2:10-cv-02771

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the Motion to Withdraw by Sheller, P.C.  The

Court having read and considered argument of counsel and being otherwise fully apprised on all

premises, hereby ORDERS AND ADJUDGES as follows:

1.  Sheller, P.C.'s Motion to Withdraw is hereby **GRANTED**.

2.  All Plaintiffs listed in Exhibit A to Motion to Withdraw are granted 60 days from the date
    of entry of this Order to retain a substitute counsel in this matter.

3.  Until alternative counsel files an appearance on Plaintiffs' behalf all correspondence and
    pleadings for the Plaintiffs shall be mailed to addresses listed in Exhibit A to Motion to
    Withdraw.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this _____ day

of _____, 2013.


_____
Honorable Carl J. Barbier
U.S. District Court Judge