EXHIBIT A

| Plaintiff | Short Form Document Number or SSN/EIN | Address |
|---|---|---|
| Armand Oaks, LLC | 71928 | c/o Charles Johnson<br>P.O. Box 327<br>Ocean Springs, MS 39564 |
| Armand Place, LLC | 71934 | 15220 Highway 57<br>Vancleave, MS  39565 |
| C&H Contracting | 72060 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| CarollProperties | 110845 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll Construction | 72085 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll Construction of MS | 72075 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll Services, LLC | 72093 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll, Thomas | 72104 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Harris, Ken | 104862 | Ken Harris<br>258 Stennis Drive Apt. 126<br>Biloxi, MS  39531 |
| Incer, Fernando | 106891 | 11429 Quint Place<br>Biloxi, MS  39532 |
| Johnson, Charles & Karen | 72264 | P.O. Box 327<br>Ocean Springs, MS 39564 |
| KMMR, LLC | 72271 | Charles & Karen Johnson<br>P.O. Box 327<br>Ocean Springs, MS 39564 |
| Parker, Vernon | 72391 | 230 Porter Avenue, Apt 13<br>Biloxi, MS  39530 |
| Premier Craneworks, LLC | 72365 and 72028 | Wayne Borries<br>14405 Stenum Street<br>Biloxi, MS  39532 |
| Satchi Panda | 72435 | 145 Black Mountain Circle<br>Fremont, CA  94536 |