UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc Nos. and 112113, 110552, and 110553 Short-Form Joinders of LLDG Mobile Airport, LLC, Asset Management Direct, LLC, and Platinum Investments, LLC | * * * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs, LLDG Mobile Airport, LLC, Asset Management Direct, LLC, and Platinum Investments, LLC.  In further support, Movant states as follows:

      1.      On or about January 5, 2012 and February 2, 2012 the Plaintiffs retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

      2.      On January 12, 2012, the undersigned filed a Short Form Joinder on behalf of Plaintiffs Asset Management Direct, LLC (Doc No. 110552) and Platinum Investments, LLC (Doc No. 110553).

3. On February 24, 2012, the undersigned filed a Short Form Joinder on behalf of Plaintiff LLDG Mobile Airport, LLC (Doc No. 112113).

4. On October 4, 2012 the parties terminated their relationship.

5. Plaintiffs LLDG Mobile Airport, LLC, Asset Management Direct, LLC and Platinum Investments, LLC will remain in the litigation. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiffs, Mobile Airport, LLC, Asset Management Direct, LLC and Platinum Investments, LLC.

Respectfully Submitted this the 14th day of March, 2013.

/s/  Christopher D. Boutwell
Christopher D. Boutwell
ASB-1941-O78B

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

       I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 14th day of March 2013.

Mr. Greg Stewart
1753 Brasher Road
Biloxi, Mississippi 39532

Mr. Gregory M. Friedlander
Gregory Friedlander & Associates, P.C.
11 South Florida Street
Mobile, Alabama 36606-1934

                                          */s/ Christopher D. Boutwell*
                                          Of Counsel