Minute Entry
Barbier, J.
March 13, 2013
JS 10:  7hr. 51 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA  (PM) |

NON-JURY TRIAL
(Day eleven)

WEDNESDAY, MARCH 13, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

PSC offers list of exhibits/demonstratives regarding exam of Tim Probert : ORDERED that ruling is deferred regarding exhibit TREX 04357; FURTHER ORDERED that this list with the exception of  exhibit TREX 04357 is admitted. (see attached)

State of Louisiana offers list of exhibits/demonstratives regarding exam of Tommy Roth: ORDERED admitted. (see attached)

Transocean offers lists of exhibits/demonstratives regarding exams of Gregg Perkin, Rory Davis and Tommy Roth: ORDERED admitted: (see attached)

BP offers lists of exhibits/demonstratives regarding exams of Rory Davis, Gregg Perkin, Tommy Roth: ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Tommy Roth: ORDERED admitted. (see attached)

BP presents the Court with list of BP's callouts for 2/26/13 - 3/6/2013.

Witness: Joseph Keith, sworn and testified.

Cameron offers list of exhibits/demonstratives regarding exam of Gregg Perkin: ORDERED admitted. (see attached)

Witness: Edward Geoffrey Webster; sworn and testified. (Expert)

PSC offers report and cv of Edward Geoffrey Webster, Trex 22700; ORDERED admitted.

Court recesses at 5:58 p.m.

Court will resume on Thursday, March 14, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield