Cameron offers the following documents from the examination of Gregg Perkin into evidence:

admitted 3-13-2013 SK

| Trial Exhibit / Demonstrative Number | Description |
|---|---|
| TREX 43317.1.1 & TREX 43317.175.1 (callouts only of pdf pg. 1 & 175) | RBS 8D - Multiplex BOP Controls System Manual |
| TREX 4114 | Vastar Resources, Inc., Deepwater Horizon, Technical Position Paper (Revision 5) |

PSC - Probert

# PSC- TIM PROBERT EXAMINATION – EXHIBITS

Exhibits used and submitted for admission in connection with the examination of Tim Probert by the PSC on the 3/11/13.

admitted 3-13-2013 SK

| TREX-NUMBER | DESCRIPTION | PAGES/BATES USED |
|---|---|---|
| TREX-02016 | HEARING BEFORE THE COMMITEE ON ENERGY AND NATURAL RESOURCES – US SENATE – MAY 11TH 2010 | Cover Page, 45, 46, 47, 51, 52, 56, 62, 63, 66, 67, 71, 102.1 |
| TREX-21292 | CONTRACT FOR GoM SPU OFFSHORE WELL SERVICES BETWEEN BP AND HESI | Cover Page, 2 of 4, 6 of 44, 37 of 44, 36 of 352, 37 of 352, 39 of 352, 48 of 352, 7 of 26, 8 of 26, 25 of 26 |
| ■■■■ | ■■■■ | ■■■■ |
| TREX-05277 | HESI 2010 PERFORMANCE IMPROVEMENT INITIATIVE HSE PLAN | HAL_1228397 – 1228399 (PDF PAGES 1-3) |
| TREX-00989 | HESI US LAND OFFSHORE CEMENTING WORK METHODS, APRIL 2010 | HAL_0116541- HAL_0116545 (PDF PAGES 1-5) |
| TREX-48008 | HESI US LAND OFFSHORE CEMENTING WORK METHODS, MARCH 2011 | HAL_1266284 – HAL_1266288 (PDF PAGES 1-5) |
| TREX-25040 | TOMMY ROTH DEPOSITION | Cover Page & Page 763 |
| TREX-25105 | TIM PROBERT DEPOSITION | Cover Page & Pages 317 & 522 |
| TREX-48002 | April 30, 2010 – CONTENTS OF HALLIBURTON LOCKER | Whole Document |
| TREX-03110 | JULY 20, 2010 – CONTENTS OF HALLIBURTON LOCKER | Whole Document |
| TREX-05595 | MARCH 7, 2010 – WEIGH UP SHEET | Whole Document |
| D-3248 | James Prestige Deposition Excerpt | |

# KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
FAX: (504) 524-5763

March 12, 2013

Honorable Judge Carl Barbier
USDC, Eastern District of Louisiana
U.S. Courthouse Rm. C268
500 Poydras Street
New Orleans, Louisiana 70130

admitted 3-13-2013 SK

Re: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* MDL 2179

Please see below the list of trial exhibits that the State of Louisiana would request be admitted into the record related to its questioning of Tom Roth on Tuesday, March 12, 2013:

TREX 1897
TREX 4345

Should you have any questions please do not hesitate to contact me.

Sincerely,

KANNER & WHITELEY, L.L.C.

By: /s/: *Douglas Kraus*
    Doug Kraus

DRK//kbc
cc: Liaison, Coordinating and Steering Committee Counsel.

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF GREGG PERKIN (3/12/2013)

Transocean offers the following documents it used during its March 12, 2013 cross-examination of Mr. Gregg Perkin into evidence:

*admitted 3-13-2013 SK*

**Trial Exhibits**

- TREX-007536-90A (callout)
- TREX-007535-6K (callout)
- TREX-007536-55 (callout)
- TREX-007536-53B (callout)
- TREX-007536-90C (callout)
- TREX-004112-1, 5B (callout)
- TREX-004112-1, 11B (callout)

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF RORY DAVIS (3/7 & 3/11/2013)

Transocean offers the following documents it used during its March 7 and March 11, 2013 cross-examination of Dr. Rory Davis into evidence:

*Admitted 3-13-2013 SJC*

**Trial Exhibits**

- TREX-003626-1A, 3A (callout)
- TREX-007766-1A, 1B (callout)
- TREX-043093-118A (callout)
- TREX-043093-98A (callout)
- TREX-007755-1, 110A, 112A (callout)
- TREX-007697 (exhibit)
- TREX-007697-16A (callout)
- TREX-050150 (exhibit)
- TREX-022729-1, 15A (callout)
- TREX-003797-1, 4, 4A (callout)
- TREX-051245-225B (callout)
- TREX-004823-8A (callout)
- TREX-003797-1, 2, 2K (callout)
- TREX-004823-5B (callout)
- TREX-005165-1A (callout)
- TREX-000088-1, 51B (callout)
- TREX-047361-1 (callout)

**Demonstratives**
- D-6661
- D-6660A

20308107.1

Transocean re Rory Davis
admitted 3-13-2013
SK

- D-6658B
- D-6636
- D-6659
- D-6662
- D-6666 (physical—hand-drawn schematic)

20308107.1

TRANSOCEAN'S LIST OF EXHIBITS FOR
TOMMY ROTH'S CROSS-EXAMINATION (3/12/13)

*Admitted 3-13-2013 SK*

- TREX-00640-16 (callout).
- TREX-00989-294 (callout).
- TREX-01390-2 (callout).
- TREX-01395-1 (callout).
- TREX-03102-76 (callout).
- TREX-05801-1 (callout).
- TREX-07483-1 (callout).
- TREX-07484-1 (callout).
- TREX-42045 (native file).
- TREX-60394-83a, 83b, 84, 87 (callouts).
- D6656 (demonstrative).
- BP101 (BP opening argument demonstrative).

BP offers the following documents it used during its examination of Mr. Rory Davis into evidence:

admitted 3-13-2013 SK

| Trial Exhibit/ Demonstrative Number | Callouts/Pages | Description |
|---|---|---|
| TREX-001339 | 1.1, 12.2 | Macondo well, MC 252 #1 Application for Bypass |
| TREX-001356A | 1.1, 20.1, 40 | Drilling Contract: RBS-8D Semisubmersible Drilling Unit - Vastar Resources, Inc. and R&B Falcon Drilling Co. |
| TREX-003626 | 1.2 | Safety Alert # 4058 - Mark III Modular Drilling Control Pod SEM (Subsea Electronics Module) Indication Faults |
| TREX-003798 | 1, 2.2, 5.1 | Instructions for Rebuilding Cameron Controls Solenoid Valve - Family 435 |
| TREX-004003 | 14.1 | 1/19/2010 Email from B. Morel to R. Sepulvado, et al. re FW: Revised APD Approval - Macondo (w/ attachment) |
| TREX-005155 | 1.1 | 8/25/2005 Email from E. Gaude to R. Jahn re: FW: AMF batteries |
| TREX-007665 | 2.1, 7.2 | CFR 250.105 Minerals Management Service, Interior |
| TREX-047221 | 1.2, 1.3 | Deepwater Horizon Follow Up Audit Report Sept 2009 - Working Copy (Rev Date 11-17-09) |
| G012.1 | | Transocean Senior Subsea Supervisors' testimony regarding Transocean's responsibility for maintenance |
| G012.2 | | Transocean On-Shore Subsea Personnel testimony regarding Transocean's responsibility for maintenance |

Please note that for any exhibit where BP has listed pages and/or callouts, BP is submitting the entire exhibit and those pages and/or callouts into evidence.

BP offers the following documents it used during its examination of Mr. Gregg Perkin into evidence:

admitted 3-13-2013 SK

| Trial Exhibit/ Demonstrative Number | Callouts/ Pages | Description |
|---|---|---|
| TREX-000093 | 47.1 | Drilling and Well Operations Practice - E&P Defined Operating Practice GP10-00 |
| TREX-001339 | 1.1, 12.1 | 3/15/2010 Form MMS 123A/123S - Macondo well, MC 252 #1 Application for Bypass |
| TREX-001454 | 11.2 | Transocean Well Control Handbook - March 31, 2009 |
| TREX-002188 | 3.1, 198.1 | 5/10/2010 Email from Rose to McMahan re FW: (no subject) (attaching Major Accident Hazard Risk Assessment: Deepwater Horizon) |
| TREX-004160 | 1.1 | Chart: Risk Register |
| TREX-004171 | 1.1 | Risk Mitigation Plan |
| TREX-007550 | 53, 54 | 10/10/2006 Report from Montgomery to Buffington re Assess the Acceptability and Safety of Using Equipment, Particularly BOP and Wellhead Components, at Pressures in Excess of Rated Working Pressure |
| TREX-048102 | 1.2 | Photograph - BOP Control Panel |

Please note that for any exhibit where BP has listed pages and/or callouts, BP is submitting the entire exhibit and those pages and/or callouts into evidence.

BP offers the following documents it used during its examination of Mr. Thomas Roth into evidence:

admitted 3-13-2013 SK

| Trial Exhibit/ Demonstrative Number | Callouts/ Pages | Description |
|---|---|---|
| D-4269A | | Foam Cement Testing - Halliburton Results sent to BP |
| D-4309A | | Pre- and Post-Incident Foam Cement Testing |
| D-4342 | | Potential Flow Paths as of 4/20/2010 |
| D-4373 | 1.3, 1.5, 1.7 | Handwritten notes on Conductivity Test |
| D-4379 | | Halliburton Post-Incident Activity |
| D-4381 | | D-Air Should Not Be Used in Foam Cement: Halliburton Proprietary Internal Manuals |
| TREX-000708 | 4.1, 7.4 | 4/20/2010 Email from N. Chaisson to J. Gagliano re 9.875" x 7" Casing Post Job (w/ attachment) |
| TREX-000750 | 1.1, 2.2 | 4/12/2010 Halliburton Lab Results for Cementing Gulf of Mexico, Broussard |
| TREX-000811 | | 4/16/2010 Cement Lab Weigh-Up Sheet - Reg/Slurry: US-73909/2 |
| TREX-000982 | 7.1, 8.1, 9.1 | 9/26/2010 BP Deepwater Horizon Investigation: Preliminary Insights (Halliburton) |
| TREX-002013 | 1.1 | 4/30/2010 Email from C. Mann to DL Press Release re HAL Press Release- Facts on Rig Incident |
| TREX-002133 | 238-239, 242 | US Land-Offshore Cementing Work Methods - April 2010 |
| TREX-004340 | 1.1 | 4/21/2010 Email from J. Gagliano to T. Roth re Horizon Information |
| TREX-004566 | 1, 2 | 4/17/2010 Cement Lab Weigh-Up Sheet - Req/Slurry: US-73909/1 |
| TREX-005204 | 1.1, 20.1 | 9/20/2010 Email from K. Ravi to T. Roth re presentation (w/ attachment) |
| TREX-005220 | 1.1 | 7/25/2010 Email from T. Roth to A. Badalamenti & S. Turton re Re: Fred Sabins |
| TREX-007491 | | Halliburton's Experience With Foam Cement Using D-AIR 3000 in the Slurry in the GOM, 2005 - April 20, 2010 |
| TREX-007718 | | Handwritten notes on Conductivity Test |
| TREX-008147 | | Energy and Commerce Committee Staff Briefing - Jun 3, 2010 |
| TREX-048098 | 1.2 | 10/28/2010 Press Release - Halliburton Comments on National Commission Cement Testing: http://www.halliburton.com/public/news/pubsdata/press_release/2010/corpnws_102810.html |

**Please note that for any exhibit where BP has listed pages and/or callouts, BP is submitting the entire exhibit and those pages and/or callouts into evidence.**

# HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO TOMMY ROTH ON DIRECT-EXAMINATION

HESI offers the following documents it used during its March 12, 2013 direct-examination of Tommy Roth into evidence:

TREX-04352
TREX-07722
D-08011

TREX-04352 p. 1 callout 1 (HESI)
TREX-07718 p. 1 callout 1 (HESI)

*admitted 3-13-2013 SK*

21129921 v1