## BP's List of Callouts for 2/26/2013 - 3/6/2013

| Witness | Exhibit Number | Callouts |
|---------|----------------|----------|
| Bea | TREX-000571 | 11.1<br>13.1 |
| Bea | TREX-000572 | 1.1 |
| Bea | TREX-000866 | 1.1<br>6.1 |
| Bea | TREX-001148 | 1.2 |
| Bea | TREX-001374 | 1.1<br>1.2 |
| Bea | TREX-001694 | 1.1 |
| Bea | TREX-001831 | 1.1 |
| Bea | TREX-002187 | 3.1<br>8.1<br>178.1 |
| Bea | TREX-004170 | 1.1<br>21.1<br>23.1 |
| Bea | TREX-004171 | 1.1 |
| Bea | TREX-004261 | 1.1<br>10.1 |
| Bea | TREX-004362 | 2.1 |
| Bea | TREX-005689 | 8.1 |
| Bea | TREX-005958 | 12.2 |
| Bea | TREX-005959 | 3.1 |
| Bea | TREX-005962 | 1.1<br>1.2 |
| Bea | TREX-005963 | 1.1<br>1.2<br>5.1 |
| Bea | TREX-005965 | 1.1 |
| Bea | TREX-005966 | 1.1<br>4.1 |
| Bea | TREX-005967 | 1.1 |
| Bea | TREX-005969 | 1.2<br>1.3 |
| Bea | TREX-005973 | 1.1 |
| Bea | TREX-005974 | 1.1 |
| Bea | TREX-005976 | 1.2 |
| Bea | TREX-005984 | 1.2<br>4.1 |
| Bea | TREX-006017 | 2.1 |
| Bea | TREX-006065 | 1.2<br>9.1 |
| Bea | TREX-006257 | 129.1 |
| Bea | TREX-007099 | 1.1 |
| Bea | TREX-008018 | 14.1 |
| Bea | TREX-008093 | 1.1<br>1.2<br>2.1 |
| Bea | TREX-020198 | 1.1 |
| Bea | TREX-044024 | 1.1 |
| Bea | TREX-044027 | 1.1 |
| Bea | TREX-045062 | 1.1 |
| Bea | TREX-047182 | 1.1 |

## BP's List of Callouts for 2/26/2013 - 3/6/2013

| Witness | Exhibit Number | Callouts |
|---------|----------------|----------|
| Bea | TREX-047414 | 1.1 |
|     |             | 2.1 |
| Bea | TREX-048157 | 1.1 |
| Bea | TREX-048250 | 36.1 |
| Bly | TREX-00001 | 2.1 |
|     |            | 9.1 |
|     |            | 10.3 |
|     |            | 11 |
|     |            | 40 |
|     |            | 56 |
|     |            | 65.1 |
|     |            | 78 |
|     |            | 87 |
|     |            | 93 |
|     |            | 101 |
|     |            | 108 |
| Bly | TREX-000296 | 1.1 |
|     |             | 6.1 |
| Bly | TREX-002913 | 1.1 |
|     |             | 1.2 |
| Bly | TREX-003851 | 1.1 |
|     |             | 2.1 |
| Bly | TREX-007210 | 1.1 |
|     |             | 5.1 |
| Bly | TREX-045002 | 1.1 |
|     |             | 3.1 |
|     |             | 23.1 |
|     |             | 25.1 |
|     |             | 25.2 |
|     |             | 30.1 |
|     |             | 55.1 |
| Bly | TREX-045005 | 5.2 |
| Bly | TREX-045006 | 1.1 |
|     |             | 7.1 |
|     |             | 16.1 |
| Bly | TREX-045008 | 1.1 |
|     |             | 2.1 |
|     |             | 13.1 |
| Bly | TREX-045013 | 1.1 |
|     |             | 3.1 |
| Bly | TREX-091382 | 1.1 |
|     |             | 3.1 |
|     |             | 8.1 |
| Ezell | TREX-001454 | 14.2 |
|       |             | 215.2 |
|       |             | 215.3 |
| Ezell | TREX-003326 | 1.1 |
|       |             | 2.1 |
| Ezell | TREX-003465 | 1.1 |
|       |             | 2.1 |

## BP's List of Callouts for 2/26/2013 - 3/6/2013

| Witness | Exhibit Number | Callouts |
|---------|----------------|----------|
| Ezell | TREX-007652 | 1.2<br>2.1 |
| Ezell | TREX-022347 | 12.1 |
| Ezell | TREX-041053 | 1.1<br>2.2<br>2.3 |
| Ezell | TREX-048153 | 1.1 |
| Ezell | TREX-052652 | 1.1<br>1.2 |
| Heenan | TREX-000097 | 1.1 |
| Heenan | TREX-001454 | 45.2 |
| Heenan | TREX-007651 | 1.2 |
| Huffman | TREX-004019 | 1<br>2<br>3 |
| Huffman | TREX-004135 | 4 |
| Huffman | TREX-041063 | 1<br>2 |
| Hurst | G-201 | |
| Hurst | TREX-001532 | 1 |
| Hurst | TREX-001533 | 1 |
| Hurst | TREX-003375 | 11.1 |
| Hurst | TREX-007500 | 12.1<br>23.1 |
| Hurst | TREX-007506 | 4.1 |
| Sepulvado | TREX-000571 | 1.1 |
| Sepulvado | TREX-007685 | 1.2 |
| Sepulvado | TREX-047221 | 1.1 |
| Sepulvado | TREX-047361 | 1.1 |