# EXHIBIT 1

01-37459
TB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG     )     MDL NO.  2179
"DEEPWATER HORIZON" in the     )
GULF OF MEXICO,  on     )     SECTION: J
APRIL 20, 2010     )
     )     JUDGE BARBIER
     )
     )     MAG. JUDGE SHUSHAN

*CONFIDENTIAL*

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Richard Duboise

### VOLUME 1

JULY 19, 2011

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
## For U.S. & International Services
## 800 - 745 - 1101

201

1  colleague Philip Chen, and we represent BP.
2  I'd like to start off by following up on some
3  questions that Mr. Kraus asked you about your
4  post-incident involvement.
5       First, have you provided any
6  interviews to anyone about the Macondo well?
7       MR. HARTLEY: Object to form.
8       A.   Only to counsel.
9       Q.   And have you been asked to
10  review or have you actually reviewed or
11  collected any materials in any sort of
12  investigative effort?
13       MR. HARTLEY: Object to form.
14       And to the extent it calls for
15  action direct by counsel, I'd advise you not
16  to answer.
17       Q.   Other than actions directed by
18  counsel or conversations with counsel, have
19  you been asked to review or collect or have
20  you actually reviewed or collected any
21  documents or materials?
22       A.   We collected materials from the
23  HORIZON incident that were stored away under
24  lock and key.
25       Q.   What types of materials?

202

1       A.   Cement blends, retarders,
2  foamers, mud samples.  I think that's about
3  it.  Maybe spacer sample.
4       Q.   And what did you do with those
5  samples after you collected them?
6       A.   Again, those samples were put
7  under -- stored in a locker that was locked
8  and stored until the U.S. Government picked
9  them up.
10       Q.   So you collected them just to
11  preserve them and keep them from getting
12  mixed up with other stuff?
13       A.   We collected the samples based
14  on advice of counsel to make sure that --
15  that any remaining samples from that
16  particular job were -- were isolated.
17       Q.   And when did you do this
18  collection?
19       A.   My best guess would be late
20  April, sometime in April, early May.
21       Q.   So you mentioned that you
22  collected cement samples, mud samples,
23  possibly spacer samples, and additives, and
24  retarder.
25       Can you tell me the list of

203

1  additives that you collected?
2       A.   I'd have to see the inventory
3  sheet.
4       Q.   Would it be everything that went
5  into the recipe for the Macondo slurry
6  design?
7       MR. HARTLEY: Object to form.
8       A.   Again, I would have to see the
9  exact inventory list of what was -- what was
10  collected.
11       Q.   Do you know whether those
12  collected additives and samples are from the
13  same lot or whether they were actual slurry
14  samples or additive samples?
15       A.   No, I do not.
16       Q.   Did you collect any of the same
17  lot samples in addition to the DEEPWATER
18  HORIZON samples?
19       A.   Can you please rephrase that
20  question?
21       Q.   Sure.  When you were looking at
22  additives that were used for the -- in the
23  Macondo well production casing slurry recipe,
24  did you go back through after the incident
25  and collect additives that were from the same

204

1  lot as the additives which went into the
2  Macondo slurry?
3       MR. HARTLEY: Object to form.
4       A.   We collected the sample
5  retarder, the same lot number.
6       Q.   Any other additives?
7       A.   We collected samples of
8  ZoneSealant, but it was not tracked by lot
9  number.
10       Q.   And what do you mean when you
11  say it wasn't tracked by lot number?
12       A.   To my knowledge, the samples of
13  ZoneSealant didn't have a lot number on it.
14       Q.   So you just took some off the
15  shelf and collected it just to have some, or
16  why did you collect the specific ZoneSealant
17  that you collected?
18       A.   At that time, we only had one
19  sample of ZoneSealant in the lab.  That's why
20  we collected that one sample.
21       Q.   Were these collected at the same
22  time -- were these samples from the same lots
23  of the retarder and the ZoneSealant collected
24  at the same time that you collected the
25  samples for the Macondo slurry?

**PURSUANT TO CONFIDENTIALITY ORDER**