# EXHIBIT 3



U.S. Department of Justice

May 3, 2010

Robert Bondy
General Counsel
BP plc
501 Westlake Park Boulevard
Houston, TX 77079

Eric B. Brown
General Counsel
Transocean Ltd.
4 Greenway Plaza
Houston, TX 77046

Bert Cornelison
General Counsel
Halliburton Co.
3000 N. Sam Houston Pkwy E.
Houston, TX 77032

Re:  Preservation of Potentially Relevant Information
Fire and Explosion at Deepwater Horizon, April 20, 2010

Dear Counsel:

As you know, on or about April 20, 2010, a fire and explosion occurred on a mobile offshore drilling unit, the "Deepwater Horizon," located in the Gulf of Mexico about 50 miles from the Louisiana shore. Lives were lost. The resulting oil spill is causing massive and potentially unprecedented environmental damage. The oil leak is ongoing. An important priority is protection of human health and the environment and minimization of damage resulting from the spill.

We believe it prudent to note the ongoing requirement that your respective clients as well as their respective employees, officers, directors, agents, affiliates, contractors, and subsidiary and parent companies take all steps necessary to identify, retain, and preserve "potentially relevant information" relating to the fire and explosion at the Deepwater Horizon and resulting spill including, but not limited to, for any events leading up to and subsequent to this fire, explosion and spill, and any release or threatened release of oil or other substances, costs and damages.



EXHIBIT 2

"Potentially relevant information" includes any tangible thing such as physical materials, documents and electronically stored information. Electronically stored information must be maintained and preserved in its original "native" format. The preservation obligation should be interpreted broadly, because the knowing destruction of records even in anticipation of a federal investigation could result in obstruction of justice pursuant to 18 U.S.C. §§ 1505 and 1519.

Among the potentially relevant information that must be preserved is all such information related to any potential claim or defense pursuant to the Oil Pollution Act of 1990, 33 U.S.C. §§ 2701 et seq., the Outer Continental Shelf Lands Act, 43 U.S.C. §§ 1331 et seq., the Clean Water Act, 33 U.S.C. §§ 1251 et seq., and any other applicable law relating to this matter, including without limitation information relating to:

a. The events leading up to and causes of and responses to the fire, explosion, discharges, releases, damages, as well as any other aspects of this subject;
b. The steps necessary to abate the discharges, releases and damages, and the costs associated with such steps;
c. The damages caused by the discharges and releases, including damages to natural resources;
d. Any violation of federal law associated with the fire, explosion, discharges, releases or other aspects of this subject;
e. Any economic benefit derived from any violation of federal law associated with the fire, explosion, discharges, releases or other aspects of this subject;
f. The financial status of any party who committed any such violation;
g. The efforts of any such party to comply with the law;
h. Any other factor that might be relevant to determining liability, damages, penalties or cost recovery related to the fire, explosion, discharges, releases or other aspects of this subject;
i. Any potential defense in any potential action pursuant to the statutes listed above or others; and
j. Any information or communications relating to (i) the federal lease including seeking the lease; and (ii) installation, operation and maintenance of the Deepwater Horizon including safety measures.

Consistent with the Sedona Principles, the following persons are points of contact from our offices for potential discussions about retention obligations:

Sarah Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
(202) 514-0180
sarah.himmelhoch@usdoj.gov

Stephen G. Flynn
Assistant Director
Aviation and Admiralty Litigation Section
Torts Branch, Civil Division
(202) 616-4070
stephen.flynn@usdoj.gov

Thank you for your immediate attention to this important matter.

Sincerely,

John C. Cruden
Deputy Assistant Attorney General
Environment & Natural Resources Division

Ann Ravel
Deputy Assistant Attorney General
Civil Division

cc: Thomas H. Milch
    Joel M. Gross