# EXHIBIT 6

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| National Vietnamese American Fishermen Emergency Association, et al., § § § § | | |
| Plaintiffs, § § | | |
| versus § | Civil Action H-10-1607 | |
| § § | | |
| BP Products North America, Inc., et al., § § | | |
| Defendants. § | | |

## Preservation Order

In connection with the blowout on the *Deepwater Horizon* on April 20, 2010, BP Products North America, Inc., BP America, Inc., Halliburton Energy Services, Inc., Cameron International Corporation, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., and the plaintiffs must:

1. Alter electronic data only (a) in the use of the documents in the ordinary course of business, (b) in copying electronic data for back-up, or (c) in overwriting back-up media;

2. Except to the extent required in the recovery, capping, or remedy, preserve all documents and other physical evidence, including (a) tools and other equipment in use on this location by the *Deepwater Horizon* in every capacity, (b) authorizations, crew lists, and other documents indicating status of work as the well was drilled, (c) recovered parts and parts of parts, and (d) audio and visual recordings; and

3. Notify their agents, affiliates, contractors, and employees of this order.

This order does not restrict the companies from reasonable efforts to control the well, remedy the lost oil, and investigate the cause or from responding to governmental direction.

Signed on June 18, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge