# EXHIBIT 9

# HALLIBURTON

2107 City West Blvd., Bldg. 2 • Houston, TX 77042-3051 • P.O. Box 42806 (77242)
Tel: 713/839-3848 • Fax: 713/839-4580 • Stephanie.Bragg@halliburton.com

**Stephanie Bragg**
Chief Litigation Counsel

July 15, 2010

James L. Lucari, Esq
Managing Attorney, BP Legal
BP America, Inc.
501 West Lake Park Blvd.
Houston, Texas 77079

Re:  Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services Between BP Exploration and Production, Inc. ("BP") and Halliburton Energy Services, Inc. ("HESI") BPM-09-0025 effective April 15, 2009 (the "Contract")

Dear Mr. Lucari:

This letter is in response to your July 7, 2010 letter to Mr. Merv Swan demanding that HESI immediately produce certain documents, data, and materials. Recognizing that Mr. Swan is the person designated as Halliburton's representative under the Contract, I ask that you direct all future correspondence in this matter to me.

First, I have no knowledge of any informal BP request(s) for documents or data that have been "ignored or neglected" by HESI. To the contrary, HESI has cooperated fully with BP in the investigation of the Deepwater Horizon incident and has provided BP with all documents and data requested. In fact, HESI continues to fully cooperate despite BP's unexplained and unjustified failure to comply with its contractual duties and obligation to defend and indemnify HESI against the many lawsuits filed in several states as a result of the Deepwater Horizon incident.

More specifically, Jesse Gagliano provided all laboratory test results to Brian Morel and other BP personnel in the regular course of business. Additional test results and other documents were produced to BP on a CD on or about May 2, 2010. Thus, BP has in its possession the materials requested, including the final cement slurry laboratory results from the April 16–18 test that you mention twice in your letter  We can provide you with additional copies of the previously provided information upon request. Please do not hesitate to let me know if I need to do so.

Regarding BP's request for "all other communications and data in Contractor's possession concerning the Macondo well project," it is unclear what specific information you seek. HESI will produce its communications with BP related to the Macondo Well if you identify the specific communications you seek and the relevant time period.

Your request for samples of the Halliburton cement and additives program designed for the Macondo Well is problematic. As you know, two separate federal Courts have entered orders requiring the preservation of all evidence associated with the Horizon Deepwater incident, and prohibiting the alteration or destruction of such evidence. In addition, the US DOJ and the Attorneys General of 18 States have sent formal requests for the preservation of such evidence.

July 15, 2010   Page 2

While we do not believe your request for "samples" of the cement and additives utilized on the Macondo Well was intended to violate the court orders, the request on its face seeks the "alteration" or "destruction" of evidence. Accordingly, HESI is unable at this time to produce any physical samples to anyone.

Regarding your request for an "equivalent product," and putting aside the complexity of reproducing the exact mixture that was prepared on the rig, HESI is not aware of any provision in the Contract requiring such production. HESI can point out to BP in the documents previously produced the type of cement and additives that were used, but it is under no duty to provide an equivalent product to BP.

Please provide me with a list of the documents or electronic data specifically related to the Macondo Well that you believe HESI has not previously provided. Upon receipt of that list, I will promptly forward you the information BP is entitled to under the Contract to the extent we are permitted to do so without potentially violating any court orders.

Very truly yours,

Stephanie Bragg /pam

Stephanie Bragg
Chief Litigation Counsel
Halliburton Energy Services, Inc.