# EXHIBIT 11

## Bowman Jr., Bruce

**From:** Bowman, Bruce
**Sent:** Thursday, August 12, 2010 9:59 AM
**To:** 'Silvia.Murphy@sol.doi.gov'
**Cc:** Godwin, Donald; Martinez, Jenny
**Subject:** Re: Cement subpoena

124 Ida Rd Broussard La 70518

----- Original Message -----
From: Murphy, Silvia <Silvia.Murphy@sol.doi.gov>
To: Bowman, Bruce
Cc: Godwin, Donald; Martinez, Jenny
Sent: Thu Aug 12 09:22:29 2010
Subject: RE: Cement subpoena

I understand. I believe you discussed this with Mike Underhill, the plan being what you described in your e-mail below. Is that incorrect?

Thanks.
Silvia

Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE: This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and destroy all copies.

-----Original Message-----
From: Bowman, Bruce [mailto:Bbowman@godwinronquillo.com]
Sent: Thursday, August 12, 2010 10:16 AM
To: Murphy, Silvia
Cc: Godwin, Donald; Martinez, Jenny
Subject: Re: Cement subpoena

I will get you the address but as we told you we have ct orders and we received a new order yesterday the new MDL judge so we cannot actually turn over the cement

1

----- Original Message -----
From: Murphy, Silvia <Silvia.Murphy@sol.doi.gov>
To: Bowman, Bruce
Sent: Thu Aug 12 09:08:48 2010
Subject: Cement subpoena

Dear Bruce,

The Joint Investigation plans to issue the new cement subpoena to Halliburton today. I will send you a copy by e-mail and certified mail. Before I can finalize it, though, I need to know where we would be picking up the cement. Don Godwin told me the cement samples were in Lafayette, Louisiana. Could you please share the address with me?

Thank you.

Silvia

---

Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE: This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and destroy all copies.

-----Original Message-----
From: Underhill, Mike (CIV) [mailto:Mike.Underhill@usdoj.gov]
Sent: Thursday, July 29, 2010 10:34 AM
To: Murphy, Silvia
Cc: Jeff.R.Bray@uscg.mil
Subject: Fw: Subpoena

From counsel.

----- Original Message -----
From: Bowman, Bruce <Bbowman@godwinronquillo.com>
To: Underhill, Mike (CIV); Martinez, Jenny <jmartinez@GodwinRonquillo.com>; Hartley, Jr., Floyd <FHartley@GodwinRonquillo.com>; Godwin, Donald <DGodwin@GodwinRonquillo.com>
Sent: Thu Jul 29 10:14:01 2010
Subject: RE: Subpoena

Mike I understand that Floyd sent you information earlier this week. I understand that the "samples" are being

2

preserved, but as I indicated I am told that the passage of time may create some changes, but obviously I am not a chemist and cannot tell what difference that could make, but consult with your own chemists and let me know what they say. I thought you were going to be issuing a new subpoena and that then either we would file a motion for protection because of the court orders in place or you would file a motion to compel so you could get court orders and HESI would not risk violating any TRO's in place. As I said we will accept service of the new subpoena.

Bruce W. Bowman
Board Certified - Civil Trial Law
Texas Board of Legal Specialization

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.8679 Direct  (800.662.8393 Toll Free)
214.527.3104 Fax
BBowman@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored. IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].