# EXHIBIT 17

**From:** Bowman, Bruce
**Sent:** Friday, October 01, 2010 3:53 PM
**To:** 'Sharon.D.Smith@usdoj.gov'
**Cc:** York, R. Alan; Martinez, Jenny; 'Silvia.Murphy@sol.doi.gov'; 'Heather.S.Kennealy@uscg.mil'; 'Mike.Underhill@usdoj.gov'
**Subject:** Re: Cement Motion and Order

Fine we will send, alan can you do this

---

**From:** Smith, Sharon D. (USALAE) <Sharon.D.Smith@usdoj.gov>
**To:** Bowman, Bruce
**Cc:** York, R. Alan; Martinez, Jenny; Silvia.Murphy@sol.doi.gov <Silvia.Murphy@sol.doi.gov>; Heather.S.Kennealy@uscg.mil <Heather.S.Kennealy@uscg.mil>; Underhill, Mike (CIV) <Mike.Underhill@usdoj.gov>
**Sent:** Fri Oct 01 15:49:52 2010
**Subject:** RE: Cement Motion and Order

Wouldn't it be better to come from you since it's Halliburton's motion?

---

**From:** Bowman, Bruce [mailto:Bbowman@godwinronquillo.com]
**Sent:** Friday, October 01, 2010 3:47 PM
**To:** Smith, Sharon D. (USALAE)
**Cc:** York, R. Alan; Martinez, Jenny; Silvia.Murphy@sol.doi.gov; Heather.S.Kennealy@uscg.mil; Underhill, Mike (CIV)
**Subject:** Re: Cement Motion and Order

Fine with us I suggest you send to plantiff and defense laison counsel

---

**From:** Smith, Sharon D. (USALAE) <Sharon.D.Smith@usdoj.gov>
**To:** Bowman, Bruce
**Cc:** York, R. Alan; Martinez, Jenny; Murphy, Silvia <Silvia.Murphy@sol.doi.gov>; Heather.S.Kennealy@uscg.mil <Heather.S.Kennealy@uscg.mil>; Underhill, Mike (CIV) <Mike.Underhill@usdoj.gov>
**Sent:** Fri Oct 01 13:38:27 2010
**Subject:** RE: Cement Motion and Order

Bruce,

Following up on my voicemail of yesterday, the motion and order look good. I would suggest that the next step is to circulate the draft among appropriate counsel in the MDL to see if there is any opposition to the motion. If not, then it can go in to J. Barbier as unopposed.

After the order is signed, the JIT can arrange to take custody of the items. Before taking possession, we still need to understand from Halliburton the best means to store the items to reduce to the extent possible degradation of the samples pending testing.

Sharon

**From:** Bowman, Bruce [mailto:Bbowman@godwinronquillo.com]
**Sent:** Monday, September 27, 2010 3:39 PM
**To:** Smith, Sharon D. (USALAE)
**Cc:** York, R. Alan; Martinez, Jenny
**Subject:** FW: Cement Motion and Order

Sharon, take a look at these suggested changes, and give me your comments, I would still like to turn over the products this week if possible. Alan and Jenny are two of my partners who worked on this language

**Bruce W. Bowman**
Board Certified - Civil Trial Law
Texas Board of Legal Specialization

# GODWIN RONQUILLO PC

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.8679 Direct   (800.662.8393 Toll Free)
214.527.3104 Fax
BBowman@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].