# EXHIBIT 18

**From:** Smith, Sharon D. (USALAE) [mailto:Sharon.D.Smith@usdoj.gov]
**Sent:** Monday, October 04, 2010 11:56 AM
**To:** York, R. Alan
**Cc:** Godwin, Donald; Bowman Jr., Bruce; Martinez, Jenny; Underhill, Mike (CIV); Silvia.Murphy@sol.doi.gov; Heather.S.Kennealy@uscg.mil; O'Rourke, Steve (ENRD)
**Subject:** RE: Cement Motion/Order and AG Letter

Alan, The motion and order look fine. I'm circulating the proposed AG letter among my folks. Sharon

**From:** York, R. Alan [mailto:ayork@godwinronquillo.com]
**Sent:** Monday, October 04, 2010 11:37 AM
**To:** Smith, Sharon D. (USALAE)
**Cc:** Godwin, Donald; Bowman, Bruce; Martinez, Jenny
**Subject:** Cement Motion/Order and AG Letter

Sharon:

Attached are pdf copies of the final draft of the motion, order and AG letter. Please review and let me know of any comments. If you approve, I will send the motion and order to liaison counsel for review, and we will also go ahead and send out the AG letters with the motion and order attached.

Thanks.

Alan York


R. Alan York
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

# GODWIN RONQUILLO PC

1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct   (800.662.8393 Toll Free)
713.595.8333 Fax
ayork@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections

1

2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].