# EXHIBIT 19

**From:** Smith, Sharon D. (USALAE) [mailto:Sharon.D.Smith@usdoj.gov]
**Sent:** Wednesday, October 06, 2010 12:18 PM
**To:** Bowman Jr., Bruce; York, R. Alan
**Cc:** Underhill, Mike (CIV); O'Rourke, Steve (ENRD); Silvia.Murphy@sol.doi.gov; Heather.S.Kennealy@uscg.mil
**Subject:** Halliburton cementing components

Bruce & Alan,

Based on the responses received, it appears likely that Halliburton's motion will be unopposed. In anticipation of the Court signing the proposed order sooner rather than later, I need to receive as soon as possible Halliburton's recommendations regarding storage of the components so that the JIT can make any necessary arrangements before taking custody.

Thanks.

Sharon