# EXHIBIT 21

## Bragg, Terri

| | |
|---|---|
| From: | York, R. Alan |
| Sent: | Tuesday, October 12, 2010 10:12 AM |
| To: | Bowman Jr., Bruce; 'Smith, Sharon D. (USALAE)' |
| Cc: | 'Underhill, Mike (CIV)'; 'Murphy, Silvia'; 'Heather.S.Kennealy@uscg.mil'; 'O'Rourke, Steve (ENRD)' |
| Subject: | RE: Halliburton motion re cementing samples and storage information |

Sharon:

Apologies. The motion was actually filed last Thursday, and is Docket Nos. 494 and 496.

Alan

> **From:** Bowman, Bruce
> **Sent:** Tuesday, October 12, 2010 9:56 AM
> **To:** 'Smith, Sharon D. (USALAE)'; York, R. Alan
> **Cc:** Underhill, Mike (CIV); Murphy, Silvia; Heather.S.Kennealy@uscg.mil; O'Rourke, Steve (ENRD)
> **Subject:** RE: Halliburton motion re cementing samples and storage information
>
> I thought that we filed with the court last Friday, Alan can you confirm that. Sharon I will send you an email concerning how Halliburton has been storing the material and that will be hopefully later today
>
>> **From:** Smith, Sharon D. (USALAE) [mailto:Sharon.D.Smith@usdoj.gov]
>> **Sent:** Tuesday, October 12, 2010 9:53 AM
>> **To:** York, R. Alan; Bowman, Bruce
>> **Cc:** Underhill, Mike (CIV); Murphy, Silvia; Heather.S.Kennealy@uscg.mil; O'Rourke, Steve (ENRD)
>> **Subject:** Halliburton motion re cementing samples and storage information
>>
>> Alan and Bruce,
>>
>> Please let me know when you plan to file your motion re the cementing samples. Also, still waiting for input regarding storage. The JIT will need that before taking possession.
>>
>> Sharon