**EXHIBIT 22**

## Bowman Jr., Bruce

**From:** Bowman, Bruce
**Sent:** Wednesday, October 13, 2010 8:27 AM
**To:** 'Smith, Sharon D. (USALAE)'
**Cc:** Godwin, Donald; York, R. Alan; Martinez, Jenny
**Subject:** FW: API Recommended Practice, GIVE ME ANY COMMENTS BEFORE I SEND

**Attachments:** scan.pdf

scan.pdf (25 KB)

Sharon, Halliburton does not believe it appropriate to tell you or any agency how to store the material that you will be picking up from the Halliburton offices after Judge Barbier enters an order allowing the turnover to you; however as I have told you Halliburton will not object to your storing the material the same way that it has stored the material, and you will be able to tell that when you pick it up. I am also attaching a section from API recommended practices, as I understand API is often times used as a guide by persons in the industry. Please let me know when you plan to have the material picked up so I can coordinate someone meeting whoever they need to meet to enable on orderly transfer

1

API Recommended Practice 10B-2 / ISO 10426-2

### 4.7 Shipping and storage

Test samples shall be packaged promptly in clean, airtight, moisture-proof containers suitable for shipping and long-term storage. The containers shall be lined metal, plastic, or some other heavy-walled flexible or rigid material to assure maximum protection. Re-sealable plastic bags may be used provided the bag is placed in a protective container prior to shipping to prevent puncturing, and to contain all material that may leak out during shipping. Ordinary cloth sacks, cans or jars shall not be used. Shipping in glass containers is not recommended.

Each slurry container shall be clearly labelled and identified with the type of material, lot number, source, and date of sampling. Shipping containers shall also be labelled. The lids of containers shall not be marked, since the lids can be readily interchanged and thus lead to confusion. Any required regulatory identification or documentation shall be enclosed or securely attached to the container. All hazardous material samples shall be packaged and labelled in accordance with all regulatory requirements.