# EXHIBIT 23

**Bragg, Terri**

| | |
|---|---|
| From: | York, R. Alan |
| Sent: | Monday, October 18, 2010 3:54 PM |
| To: | 'Smith, Sharon D. (USALAE)' |
| Cc: | 'Underhill, Mike (CIV)'; 'Murphy, Silvia'; 'O'Rourke, Steve (ENRD)'; 'Heather.S.Kennealy@uscg.mil'; Bowman Jr., Bruce |
| Subject: | RE: Halliburton motion re cementing samples and storage information |

Sharon:

Just to follow up, and as you are aware, Judge Barbier granted the motion from the bench on Friday. However, I have not yet seen a signed order.

Alan

---

**From:** Smith, Sharon D. (USALAE) [mailto:Sharon.D.Smith@usdoj.gov]
**Sent:** Wednesday, October 13, 2010 1:48 PM
**To:** York, R. Alan
**Cc:** Underhill, Mike (CIV); Murphy, Silvia; O'Rourke, Steve (ENRD); Heather.S.Kennealy@uscg.mil
**Subject:** RE: Halliburton motion re cementing samples and storage information

Thanks, Alan. Can you shoot me an email when you get notice that the order was signed? Sharon

**From:** York, R. Alan [mailto:ayork@godwinronquillo.com]
**Sent:** Tuesday, October 12, 2010 10:12 AM
**To:** Bowman, Bruce; Smith, Sharon D. (USALAE)
**Cc:** Underhill, Mike (CIV); Murphy, Silvia; Heather.S.Kennealy@uscg.mil; O'Rourke, Steve (ENRD)
**Subject:** RE: Halliburton motion re cementing samples and storage information

Sharon:

Apologies. The motion was actually filed last Thursday, and is Docket Nos. 494 and 496.

Alan

**R. Alan York**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

# GODWIN RONQUILLO PC

1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct  (800.662.8393 Toll Free)
713.595.8333 Fax
ayork@GodwinRonquillo.com
GodwinRonquillo.com

1

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**From:** Bowman, Bruce
**Sent:** Tuesday, October 12, 2010 9:56 AM
**To:** 'Smith, Sharon D. (USALAE)'; York, R. Alan
**Cc:** Underhill, Mike (CIV); Murphy, Silvia; Heather.S.Kennealy@uscg.mil; O'Rourke, Steve (ENRD)
**Subject:** RE: Halliburton motion re cementing samples and storage information

I thought that we filed with the court last Friday, Alan can you confirm that. Sharon I will send you an email concerning how Halliburton has been storing the material and that will be hopefully later today

**From:** Smith, Sharon D. (USALAE) [mailto:Sharon.D.Smith@usdoj.gov]
**Sent:** Tuesday, October 12, 2010 9:53 AM
**To:** York, R. Alan; Bowman, Bruce
**Cc:** Underhill, Mike (CIV); Murphy, Silvia; Heather.S.Kennealy@uscg.mil; O'Rourke, Steve (ENRD)
**Subject:** Halliburton motion re cementing samples and storage information

Alan and Bruce,

Please let me know when you plan to file your motion re the cementing samples. Also, still waiting for input regarding storage. The JIT will need that before taking possession.

Sharon