**EXHIBIT 24**

## Bragg, Terri

**From:** Murphy, Silvia <Silvia.Murphy@sol.doi.gov>
**Sent:** Thursday, October 21, 2010 9:12 AM
**To:** Bowman Jr., Bruce
**Subject:** RE: Location of cement

Will do. I have not seen a signed order.

---

**From:** Bowman, Bruce [Bbowman@godwinronquillo.com]
**Sent:** Thursday, October 21, 2010 10:10 AM
**To:** Murphy, Silvia
**Subject:** Re: Location of cement

Just let me know when so I can let the people there know, have we ever received a signed order from Judge Barbier

**From:** Murphy, Silvia [mailto:Silvia.Murphy@sol.doi.gov]
**Sent:** Thursday, October 21, 2010 08:11 AM
**To:** Bowman, Bruce
**Cc:** Godwin, Donald
**Subject:** RE: Location of cement

Okay, thank you.

---

**From:** Bowman, Bruce [Bbowman@godwinronquillo.com]
**Sent:** Thursday, October 21, 2010 9:06 AM
**To:** Murphy, Silvia
**Cc:** Godwin, Donald
**Subject:** Re: Location of cement

I believe that is the correct address

**From:** Murphy, Silvia [mailto:Silvia.Murphy@sol.doi.gov]
**Sent:** Thursday, October 21, 2010 08:04 AM
**To:** Bowman, Bruce
**Cc:** Godwin, Donald
**Subject:** RE: Location of cement

Thank you, Bruce. If it's in Broussard, I believe I have the address: 124 Ida Rd. I'm trying to schedule the pick up time, and I'll let you know as soon as possible.

Thanks again.

Silvia

---

**From:** Bowman, Bruce [Bbowman@godwinronquillo.com]
**Sent:** Thursday, October 21, 2010 9:00 AM

1

**To:** Murphy, Silvia
**Cc:** Godwin, Donald
**Subject:** Re: Location of cement

I will get the address for you today when do you want to pck it up

Bruce W. Bowman
Board Certified - Civil Trial Law
Texas Board of Legal Specialization

# GODWIN RONQUILLO PC

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.8679 Direct   (800.662.8393 Toll Free)
214.527.3104 Fax
BBowman@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.
IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**From:** Murphy, Silvia [mailto:Silvia.Murphy@sol.doi.gov]
**Sent:** Thursday, October 21, 2010 07:45 AM
**To:** Bowman, Bruce
**Subject:** Location of cement

Good morning, Bruce,

I believe you told me that the cement is not actually in Lafayette, but in Port Fourchon. Is that right? Do you have the address? I'm trying to schedule the pickup with USGS.

Thanks so much.

Silvia