**EXHIBIT 26**

**Bragg, Terri**

| | |
|---|---|
| From: | Murphy, Silvia <Silvia.Murphy@sol.doi.gov> |
| Sent: | Monday, October 25, 2010 7:46 PM |
| To: | York, R. Alan; Bowman Jr., Bruce |
| Cc: | Godwin, Donald |
| Subject: | Re: Turnover |

Thank you.

Delivered by SOL Blackberry Services

----- Original Message -----
From: York, R. Alan <ayork@godwinronquillo.com>
To: Bowman, Bruce <BBowman@GodwinRonquillo.com>; Murphy, Silvia
Cc: Godwin, Donald <DGodwin@GodwinRonquillo.com>
Sent: Mon Oct 25 17:50:33 2010
Subject: RE: Turnover

I am placing a call to the court to ask that our proposed order be signed. I will advise everyone once I have a status.

-----Original Message-----
From: Bowman, Bruce
Sent: Monday, October 25, 2010 4:37 PM
To: 'Silvia.Murphy@sol.doi.gov'
Cc: Godwin, Donald; York, R. Alan
Subject: Re: Turnover

I do not think the day makes any difference, Alan can on try to get a signed order

----- Original Message -----
From: Murphy, Silvia [mailto:Silvia.Murphy@sol.doi.gov]
Sent: Monday, October 25, 2010 04:34 PM
To: Bowman, Bruce
Cc: Godwin, Donald; York, R. Alan
Subject: RE: Turnover

Bruce,

1

I am going to arrange for the pick up next week. I will let you know as soon as I have details, but do you have any preference for the day?

Thank you.
Silvia

Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE: This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and destroy all copies.

-----Original Message-----
From: Bowman, Bruce [mailto:Bbowman@godwinronquillo.com]
Sent: Monday, October 25, 2010 1:07 PM
To: Murphy, Silvia
Cc: Godwin, Donald; York, R. Alan
Subject: Turnover

When do you want to pick up the material, do you want to call judge barrbier or have us call to get a written order

Bruce W. Bowman
Board Certified - Civil Trial Law
Texas Board of Legal Specialization

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

2