# EXHIBIT 27

**Bragg, Terri**

| | |
|---|---|
| From: | Murphy, Silvia <Silvia.Murphy@sol.doi.gov> |
| Sent: | Tuesday, October 26, 2010 10:08 AM |
| To: | York, R. Alan; Bowman Jr., Bruce |
| Cc: | Godwin, Donald |
| Subject: | RE: Turnover |

Alan and Bruce,

We would like to pick up the cement on Wednesday, Nov. 3. I will be driving with one of the BOEMRE investigators from New Orleans, so I imagine we could get there mid-morning. Will that work for you?

Thank you.
Silvia

Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE: This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and destroy all copies.

-----Original Message-----
From: York, R. Alan [mailto:ayork@godwinronquillo.com]
Sent: Monday, October 25, 2010 5:51 PM
To: Bowman, Bruce; Murphy, Silvia
Cc: Godwin, Donald
Subject: RE: Turnover

I am placing a call to the court to ask that our proposed order be signed. I will advise everyone once I have a status.

-----Original Message-----

From: Bowman, Bruce
Sent: Monday, October 25, 2010 4:37 PM
To: 'Silvia.Murphy@sol.doi.gov'
Cc: Godwin, Donald; York, R. Alan
Subject: Re: Turnover

I do not think the day makes any difference, Alan can on try to get a signed order

----- Original Message -----
From: Murphy, Silvia [mailto:Silvia.Murphy@sol.doi.gov]
Sent: Monday, October 25, 2010 04:34 PM
To: Bowman, Bruce
Cc: Godwin, Donald; York, R. Alan
Subject: RE: Turnover

Bruce,

I am going to arrange for the pick up next week. I will let you know as soon as I have details, but do you have any preference for the day?

Thank you.
Silvia

Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE: This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and destroy all copies.

-----Original Message-----
From: Bowman, Bruce [mailto:Bbowman@godwinronquillo.com]

Sent: Monday, October 25, 2010 1:07 PM
To: Murphy, Silvia
Cc: Godwin, Donald; York, R. Alan
Subject: Turnover

When do you want to pick up the material, do you want to call judge barrbier or have us call to get a written order


Bruce W. Bowman
Board Certified - Civil Trial Law
Texas Board of Legal Specialization


1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.8679 Direct  (800.662.8393 Toll Free)
214.527.3104 Fax
BBowman@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.
IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].