# EXHIBIT 29

**Bowman Jr., Bruce**

**From:** Bowman, Bruce
**Sent:** Friday, October 29, 2010 12:46 PM
**To:** 'Smith, Sharon D. (USALAE)'; York, R. Alan
**Cc:** Murphy, Silvia; Underhill, Mike (CIV); Frost, Peter (CIV); O'Rourke, Steve (ENRD); Heather.S.Kennealy@uscg.mil
**Subject:** RE: Halliburton cementing components -- follow up

in good shape, thanks

> **From:** Smith, Sharon D. (USALAE) [mailto:Sharon.D.Smith@usdoj.gov]
> **Sent:** Friday, October 29, 2010 12:03 PM
> **To:** Bowman, Bruce; York, R. Alan
> **Cc:** Murphy, Silvia; Underhill, Mike (CIV); Frost, Peter (CIV); O'Rourke, Steve (ENRD); Heather.S.Kennealy@uscg.mil
> **Subject:** RE: Halliburton cementing components -- follow up
>
> Thanks, Bruce. I understand you are coordinating with Silvia Murphy on retrieval of the evidence. Let me know if any issues arise. Sharon Smith, 504-680-3004.
>
> **From:** Bowman, Bruce [mailto:Bbowman@godwinronquillo.com]
> **Sent:** Friday, October 29, 2010 10:46 AM
> **To:** Smith, Sharon D. (USALAE); York, R. Alan
> **Cc:** Murphy, Silvia; Underhill, Mike (CIV); Frost, Peter (CIV); O'Rourke, Steve (ENRD); Heather.S.Kennealy@uscg.mil
> **Subject:** RE: Halliburton cementing components -- follow up
>
> I understand that the order has finally been entered and everything is good for next wed
>
>
>
> **Bruce W. Bowman**
> Board Certified - Civil Trial Law
> Texas Board of Legal Specialization
>
> # GODWIN RONQUILLO PC
>
> 1201 Elm Street, Suite 1700
> Dallas, Texas 75270-2041
> 214.939.8679 Direct   (800.662.8393 Toll Free)
> 214.527.3104 Fax
> BBowman@GodwinRonquillo.com
> GodwinRonquillo.com
>
> This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received

this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**From:** Smith, Sharon D. (USALAE) [mailto:Sharon.D.Smith@usdoj.gov]
**Sent:** Tuesday, October 26, 2010 11:15 AM
**To:** Bowman, Bruce; York, R. Alan
**Cc:** Murphy, Silvia; Underhill, Mike (CIV); Frost, Peter (CIV); O'Rourke, Steve (ENRD); Heather.S.Kennealy@uscg.mil
**Subject:** Halliburton cementing components -- follow up

Alan & Bruce,

I understand that the JIT is standing by to receive the cementing components that were the subject of Halliburton's motion (Rec. Doc. 494) but the proposed order has not yet been signed. I also understand that your plan is to follow up with the Court in that regard. When you get a copy of the signed order, could you please forward it to Silvia Murphy (who is cc'ed on this email) with a cc to me? Silvia will then coordinate with you to make arrangements to obtain the items.

Thanks.

Sharon Smith

Telephone: 504-680-3004

3/8/2013