**EXHIBIT 30**

Toledo, Erika
___

| | |
|---|---|
| From: | Bowman Jr., Bruce |
| Sent: | Tuesday, November 02, 2010 3:25 PM |
| To: | 'Silvia.Murphy@sol.doi.gov' |
| Cc: | 'Timothy.Quirk@Halliburton.com'; 'jvsternberg@GodwinRonquillo.com'; Hunter, Faleen; Godwin, Donald |
| Subject: | Re: Pick up |

Surely, Jerry is available


----- Original Message -----
From: Murphy, Silvia [mailto:Silvia.Murphy@sol.doi.gov]
Sent: Tuesday, November 02, 2010 01:10 PM
To: Bowman, Bruce
Cc: Timothy.Quirk@Halliburton.com <Timothy.Quirk@Halliburton.com>; jvsternberg@GodwinRonquillo.com <jvsternberg@GodwinRonquillo.com>; Hunter, Faleen; Godwin, Donald
Subject: RE: Pick up

Bruce,

I apologize for this late notice, but the government has decided to send a different team than originally planned, and we need to reschedule. Would it be possible to retrieve the cement this Friday, Nov. 5? Again, my sincere apologies; you and I have been working on this for quite a while, and I hate to delay.

Thank you.
Silvia

___

From: Bowman, Bruce [Bbowman@godwinronquillo.com]
Sent: Tuesday, November 02, 2010 1:46 PM
To: Murphy, Silvia
Cc: Timothy.Quirk@Halliburton.com; jvsternberg@GodwinRonquillo.com; Hunter, Faleen; Godwin, Donald
Subject: Re: Pick up

Sylvia, let me know Tim Quirk is the lab manager who can turn over the products and Jerry is my partner who wll meet you there



----- Original Message -----
From: Murphy, Silvia [mailto:Silvia.Murphy@sol.doi.gov]
Sent: Tuesday, November 02, 2010 12:28 PM
To: Bowman, Bruce
Subject: RE: Pick up

Yes, Bruce, we're on sschedule. I'm working on that right now. We'd like to leave New Orleans fairly early

1

(like 6:00) if possible, but we need to coordinate amongst ourselves. I will get back to you as soon as possible.

---

From: Bowman, Bruce [Bbowman@godwinronquillo.com]
Sent: Tuesday, November 02, 2010 12:13 PM
To: Murphy, Silvia
Subject: Pick up

Are you still on schedule to pick up the materials tomorrow if so what time


Bruce W. Bowman
Board Certified - Civil Trial Law
Texas Board of Legal Specialization


1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.8679 Direct  (800.662.8393 Toll Free)
214.527.3104 Fax
BBowman@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored. IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].