# EXHIBIT 31

**ENVIRONMENTAL PROTECTION AGENCY**
Office of Enforcement and Compliance Monitoring

**CHAIN OF CUSTODY RECORD**

**NATIONAL ENFORCEMENT INVESTIGATIONS CENTER**
Building 53, Box 25227, Denver Federal Center
Denver, Colorado 80225

| PROJ. NO. | PROJECT NAME | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RP1383 | Deepwater Horizon | | | | | | | |

SAMPLERS: (Signature) [signatures]

| STA. NO. EPA | DATE | TIME | COMP. | GRAB | STATION LOCATION | NO. OF CON-TAINERS | TAG NUMBERS | REMARKS |
|---|---|---|---|---|---|---|---|---|
| DW-01 | 1/16/10 | NA | | ✓ | 1 QT Container - Zone Self Source | 1-QT ✓ | NE27440 | RJ #5 Rd-1 |
| DW-02 | 1/16/10 | NA | | ✓ | 1 QT - SCR - 100L | 1-QT ✓ | NE27447 | Rd-2 |
| DW-03 | 1/16/10 | NA | | ✓ | 1 Gallon SCR-100L | 1-Gal ✓ | NE27443 | Rd-3 |
| DW-04 | 1/16/10 | NA | | ✓ | 1-Gallon SCR-100L | 1-Gal ✓ | NE27444 | Rd-4 |
| DW-05 | 1/16/10 | NA | | ✓ | 1-Gallon M-O | 1-Gal | NE27445 | Rd-5 |
| DW-06 | 1/16/10 | NA | | ✓ | 1-Bag LaFarge Cem-H | 1-Bag | NE27446 | Rd-6 |
| DW-07 | 1/16/10 | NA | | ✓ | 1-Gallon GasStop BRP (DW) | 1-Gal | NE27447 | Rd-7 |
| DW-8 | 1/16/10 | NA | | ✓ | 1-Gallon Fresh (fresh) water | 1-Gal | NE27448 | Rd-8 |
| DW-09 | 1/16/10 | NA | | ✓ | 1-5-Gallon LaFarge Cem H | (5)5-gal ✓ | NE27449 | Rd-9 |
| DW-10 | 1/16/10 | NT | | ✓ | 1-5-Gallon Field Gel 1/16/10 | (5)5-gal | NE27450 | Rd-10 |
| DW-11 | 1/16/10 | NA | | ✓ | 1-5 gallon LaFarge Cem H | 1-5 gallon | NE27452 | Rd-11 |
| DW-12 | 1/16/10 | NA | | ✓ | 1-5 gallon LaFarge Cem H | (5) gal | NE27450 | Rd-12 |

Delivered for Testing 6/22/2011

| Relinquished by: (Signature) | Date/Time 1/16/10 1450 | Received by: (Signature) | Relinquished by: (Signature) | Date/Time | Received by: (Signature) |
|---|---|---|---|---|---|
| Relinquished by: (Signature) See CoC DTD 6/22/2011 | Date/Time 6/27/11 1045 | Received by: (Signature) | Relinquished by: (Signature) | Date/Time | Received for Laboratory by: (Signature) OVER |
| Relinquished by: (Signature) | Date/Time | Received by: (Signature) | | | |

Distribution: Original Accompanies Shipment; Copy to Coordinator Field Files

* U.S. GOVERNMENT PRINTING OFFICE: 1986-773-427

PF16NOV N 13089

## 19. CHAIN OF CUSTODY (CONT'D)

| Items | Date/Time | Released By | Received By | Purpose |
|---|---|---|---|---|
| 200-5<br>200-6<br>200-7<br>200-8<br>200-10<br>200-11<br>200-12 | 29SEP11<br>0800 | Name: DEAN L FIRING<br>Organization: USCG<br>Signature: [signature] | Name: Suzanne Englehart<br>Organization: US District Court<br>Signature: [signature] | XFER PER MDL # 2179 ORDER |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |

## 20. FINAL DISPOSITION

Final Disposition Authority

| Name (Printed) | Grade/Rank | Organization |
|---|---|---|
| | | |

| Persons Witnessing Destruction (Print) | Organization | Signature and Date |
|---|---|---|
| 1. | | |
| 2. | | |

NOTE: You MUST indicate in Disposal Action Column (on front) by two number or letter code, persons receiving or witnessing action and the type of action.

CODES: (R) Person receiving (W) Witness to Action (A) Turned over to another Agency
(1) Returned to Individual Owner (C) Returned to Command (S) Turned into Supply
(D) Destroyed (M) Another method (explain in Remarks section)

EXAMPLE: Code R1 = person receiving the item was the owner;
WD = person witnessed the destruction of the item;
RC = person receiving item returned it to the command

21. REMARKS

Copy

U.S. Department of Homeland Security
U.S. Coast Guard
CG-5000 (06-04)

# COAST GUARD INVESTIGATIVE SERVICE
## EVIDENCE CUSTODY FORM

1. Receiving Office: U.S. COAST GUARD
2. Case Control Number (CCN): FBI# 249-NO-74286
3. Evidence Log Type and Number:
4. Case Title/Subject: USCG/BOEMRE JOINT INVESTIGATION - DEEPWATER HORIZON
5. Name/ Grade / Title of Person From Whom ~~Seized~~/Received: Owner ☐ Other ☒ CAPT S. ENGLEBERT USCG
6. Address (include ZIP): 1790 SATURN BLVD NEW ORLEANS LA 70129-2218
7. Work Phone: 1230 202 604-120
8. Home Phone:
9. Location Where Property Seized/Received: NASA MAF MICHOUD, NEW ORLEANS, LA
10. Reason Obtained: ☐ Found ☐ Impounded ☒ Other BOP ☐ Evidence TEST
11. Time/Date ~~Seized~~/Received: 11/16/2010 1450
12. ~~Seized~~/Received By (Printed Name): S ENGLEBERT

| 13. Item | 14. Quantity | 15. Disposal Action | 16. Description of Article/Make, Model, Serial Number, Identifying Marks, Condition, Value, Weight, and Evidence Tag Number |
|---|---|---|---|
| 200-9 | 1 5 gallon | | NE27449 Cement Blend LaFarge Cement Sample FBI# 200-9 |
| 200-1 | 1 overpack | | ZONE SEALANT 2000 NE 27400 1 QT FBI # 200-1 |
| 200-2 | 1 overpack | | SCR 100L (SYNTHETIC CEMENT RETARDER) NE 27467 FBI# 200-2 1-QT |
| 200-3 | 1 overpack | | SCR 100L NE27443 ~~1 QT~~ 1 Gallon FBI# 200-3 |
| 200-4 | 1 overpack | | SCR 100L NE 2744 1 GALLON - |
| | | | NEW SHEET FROM EPA N13089 STARTED TO FACILITATE TRANSFER OF ITEMS FOR TESTING. - FBI# 200-4 |
| | | | SE Nothing further |

17. Name and Signature of Witness:

18. Name and Signature of Evidence Custodian: [signature], CAPT

### 19. CHAIN OF CUSTODY

| Items | Date/Time | Released By | Received By | Purpose |
|---|---|---|---|---|
| 200-1, 200-2, 200-3, 200-4, 200-9 | 1045 6/22/2011 | Name: S. ENGLEBERT; Organization: USCG; Signature: [signature] | Name: GREG GARRISON; Organization: Oilfield Testing; Signature: [signature] | FOR TESTING |
| | | Name: ; Organization: ; Signature: | Name: ; Organization: ; Signature: | |

COPY