IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

**BP'S NOTICE OF FILING OF THE DECLARATION OF ANDREW T. KARRON
RELATING TO THE SUBMISSION OF *IN CAMERA* MATERIALS
PRIOR TO MARCH 5, 2013**

PLEASE TAKE NOTICE that BP Exploration & Production Inc. and BP America Production hereby file into the record the Declaration of Andrew T. Karron Relating to the Submission of *In Camera* Materials Prior to March 5, 2013.  This declaration is attached as Exhibit A to this filing.

Dated:  March 14, 2013              Respectfully submitted,

                                     /s/  Richard C. Godfrey, P.C.
James J. Neath                       Richard C. Godfrey, P.C.
Mark Holstein                        J. Andrew Langan, P.C.
BP AMERICA INC.                      Wendy L. Bloom
501 Westlake Park Boulevard          Andrew B. Bloomer, P.C.
Houston, TX  77079                   R. Christopher Heck
Telephone:  (281) 366-2000           KIRKLAND & ELLIS LLP
Telefax:  (312) 862-2200             300 North LaSalle Street
                                     Chicago, IL 60654
                                     Telephone:  (312) 862-2000
                                     Telefax:  (312) 862-2200

Daniel A. Cantor                     Jeffrey Bossert Clark
Andrew T. Karron                     Steven A. Myers
ARNOLD & PORTER LLP                  KIRKLAND & ELLIS LLP
555 Twelfth Street, NW               655 Fifteenth Street, N.W.
Washington, DC 20004                 Washington, D.C. 20005
Telephone:  (202) 942-5000           Telephone:  (202) 879-5000
Telefax:  (202) 942-5999             Telefax:  (202) 879-5200

Jeffrey Lennard                       /s/ R. Keith Jarrett
Keith Moskowitz                      S. Gene Fendler (Bar #05510)
SNR DENTON US LLP                    Don K. Haycraft (Bar #14361)
233 South Wacker Drive               R. Keith Jarrett (Bar #16984)
Suite 7800                           LISKOW & LEWIS
Chicago, IL  60606                   701 Poydras Street, Suite 5000
Telephone:  (312) 876-8000           New Orleans, Louisiana 70139
Telefax:  (312) 876-7934             Telephone:  (504) 581-7979
                                     Telefax:  (504) 556-4108
*OF COUNSEL*
                                     Robert C. "Mike" Brock
                                     COVINGTON & BURLING LLP
                                     1201 Pennsylvania Avenue, NW
                                     Washington, DC 20004
                                     Telephone:  (202) 662-5985
                                     Telefax:  (202) 662-6291

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2013.

Dated:  March 14, 2013                        Respectfully submitted,

                                           */s/ R. Keith Jarrett*
                                           R. Keith Jarrett