IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | * * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | Honorable CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * * | Magistrate Judge SHUSHAN |
| Defendants. | * | |

**DECLARATION OF ANDREW T. KARRON RELATING TO THE SUBMISSION OF IN CAMERA MATERIALS PRIOR TO MARCH 5, 2013**

[PENDING MOTION TO FILE UNDER SEAL]