# EXHIBIT 8

## to

## Declaration of Andrew T. Karron

## Relating to the Submission of

## In Camera Materials

## Prior to March 5, 2013

[PENDING MOTION TO FILE UNDER SEAL]