# EXHIBIT 18J

to

# Declaration of Andrew T. Karron

# Relating to the Submission of

# In Camera Materials

# Prior to March 5, 2013

[PENDING MOTION TO FILE UNDER SEAL]