## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

**BP DEFENDANTS' *EX PARTE* MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO FILE UNDER SEAL THE DECLARATION OF ANDREW T. KARRON RELATING TO THE SUBMISSION OF IN CAMERA MATERIALS PRIOR TO MARCH 5, 2013, AND RELATED EXHIBITS, AND REQUESTING THE COURT TO <u>UNSEAL THE FILED DOCUMENTS</u>**

On March 5, 2013, the Court entered an Order re Review of Issue from Panel (Matching of Revenue and Expenses) (Rec. Doc. 8812) (the "March 5 Order"). The Court issued the March 5 Order in response to a motion submitted *in camera* to the Court pursuant to the Economic and Property Damages Settlement Agreement, as Amended on May 2, 2012.

Defendants BP Exploration & Production Inc. and BP America Production Company ("BP") filed herewith a Notice of Filing and accompanying Declaration of Andrew T. Karron which attached as exhibits copies of materials submitted by BP and Class Counsel to the Court and communications by the Court in connection with the *in camera* proceeding.  To the extent those submitted materials refer to or discuss specific Business Economic Loss claims, they have been redacted to delete claimant identifying information, including the claimants' names, addresses, tax identification numbers, and other claimant-specific identifying data.[1]

BP believes that it is appropriate that the Declaration and exhibits thereto be filed in the public record, and requests that the Court enter an order directing the Clerk to do so.  However, because the exhibits referenced in and attached to the Declaration were initially submitted to the Court and provided to the parties in an *in camera* proceeding, BP believes that appropriate respect for the Court's processes requires that BP move initially to file these materials under seal and request that they be unsealed so that the Court can determine in the exercise of its discretion whether the materials should be filed in the public record.

WHEREFORE, BP respectfully prays for an Order (1) directing that the Declaration of Andrew T. Karron Relating To The Submission Of *In Camera* Materials Prior to March 5, 2013, and exhibits thereto, be filed under seal, pending further order of the Court, and (2) directing that the Declaration of Andrew T. Karron Relating To The Submission Of *In Camera* Materials Prior to March 5, 2013, and exhibits thereto, be unsealed and filed in the public record.

A proposed order is submitted herewith.

---

[1] Pursuant to the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), "Claims Information shall be kept confidential and shall not be disclosed except as allowed by this Order or subsequent Order of the Court."  However, "[g]eneral and statistical information regarding claimants and claims under the Economic and Property Damages Settlement that does not reveal the identity of any particular claimant shall not be considered to be Claims Information subject to this Order."

2

Dated:  March 14, 2013                    Respectfully submitted,

|  |  |
|---|---|
|  | */s/  Richard C. Godfrey, P.C.* |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Wendy L. Bloom |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX  77079 | R. Christopher Heck |
| Telephone:  (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 862-2200 | 300 North LaSalle Street |
|  | Chicago, IL 60654 |
|  | Telephone:  (312) 862-2000 |
|  | Telefax:  (312) 862-2200 |
|  |  |
| Daniel A. Cantor | Jeffrey Bossert Clark |
| Andrew T. Karron | Steven A. Myers |
| ARNOLD & PORTER LLP | KIRKLAND & ELLIS LLP |
| 555 Twelfth Street, NW | 655 Fifteenth Street, N.W. |
| Washington, DC 20004 | Washington, D.C. 20005 |
| Telephone:  (202) 942-5000 | Telephone:  (202) 879-5000 |
| Telefax:  (202) 942-5999 | Telefax:  (202) 879-5200 |
|  |  |
| Jeffrey Lennard | */s/ R. Keith Jarrett* |
| Keith Moskowitz | S. Gene Fendler (Bar #05510) |
| SNR DENTON US LLP | Don K. Haycraft (Bar #14361) |
| 233 South Wacker Drive | R. Keith Jarrett (Bar #16984) |
| Suite 7800 | LISKOW & LEWIS |
| Chicago, IL  60606 | 701 Poydras Street, Suite 5000 |
| Telephone:  (312) 876-8000 | New Orleans, Louisiana 70139 |
| Telefax:  (312) 876-7934 | Telephone:  (504) 581-7979 |
|  | Telefax:  (504) 556-4108 |
| *OF COUNSEL* |  |
|  | Robert C. "Mike" Brock |
|  | COVINGTON & BURLING LLP |
|  | 1201 Pennsylvania Avenue, NW |
|  | Washington, DC 20004 |
|  | Telephone:  (202) 662-5985 |
|  | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of March, 2013.

Dated:  March 14, 2013                                     Respectfully submitted,


                                                          */s/ R. Keith Jarrett*
                                                          R. Keith Jarrett