# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to all actions. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc.; BP America Production Company; BP p.l.c.,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 12-970<br><br>SECTION J<br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## [PROPOSED] ORDER

Considering BP Defendants' *Ex Parte* Motion To File Under Seal the Declaration of Andrew T. Karron Relating To The Submission Of In Camera Materials Prior To March 5, 2013, And Related Exhibits ("Karron In Camera Materials Declaration"), and the accompanying exhibits thereto, and for an order directing that the Karron In Camera Materials Declaration and accompanying documents be unsealed and filed in the public record, and good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the BP Defendants' Motion is GRANTED; and it is further

**ORDERED** that the Declaration of Andrew T. Karron Relating To The Submission Of In Camera Materials Prior To March 5, 2013, And Related Exhibits, and the accompanying exhibits thereto shall be filed in the public record.

New Orleans, Louisiana, this ___ day of March, 2013

_____
UNITED STATES DISTRICT JUDGE