MINUTE ENTRY
SHUSHAN, M.J.
MARCH 15, 2013

**MJSTAR: 1:00**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                                      CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010        NUMBER: 10-MDL-2179

                                                            SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MARCH 15, 2013 AT 9:30 A.M.

CASE MANAGER:          Gail Chauvin

COURT REPORTER:        Karen Ibos

        A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:    See attached sign-in sheets for attorneys who participated in person and via
            telephone.