# CONFERENCE ATTENDANCE RECORD

DATE: 3-15-13          TIME: 9:30

## CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

## DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tony Fitch | Anadarko |
| Sarah Iiams | Anadarko |
| Grant Davis Denny | TO |
| Corey Mg— | AC |
| W.n Sinclair | AC |
| A GASAWY | BP |
| Don Godwin | HESI |
| Alan York | " " |
| Jenny Martinez | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Caven Richard | " " |
| Sean Fleming | " " |
| Lauren Mitchell | " " |
| R. Sean Brennan, Jr. | M-I LLC |
| Matt Regan | BP |
| Andy Langan | BP |
| Don Haycraft | BP |
| Anthony Irpino | PSC |
| Carter Williams | TO |
| Douglas Kraus | Louisiana |
| Soren Gisleson | PSC |
| Carmelite Bertaut | Cameron |
| Daniel Jones | CAM |
| Alex Roberts | " " |
| Steve O'Rourke | US |
| Robin Greenwald | PSC |
| Jimmy Williamson | PSC |

## MDL 2179 - Phase Two Discovery Conference

<u>3-15-13 Telephone Participants</u>

Joe Russell - BP

Nat Chakeris - US

Sarah Himmelhoch - US

Caroline Raines - HESI

Mike Petrino - BP

Tom Benson - DOJ

Mark Nomillini - BP