Minute Entry
Barbier, J.
March 14, 2013
JS 10:  7hr. 22 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION<br>OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA  (PM) |

NON-JURY TRIAL
(Day twelve)

THURSDAY, MARCH 14, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

State of Louisiana offers list of exhibits/demonstratives regarding exam of Joseph Keith: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Joseph Keith: ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives and flash drive regarding exam of Joseph Keith: ORDERED admitted. (see attached)

Witness: Edward Geoffrey Webster, previously sworn and testified. (Expert)

PSC offers Agreed Stipulations filed in this case, 10-md-2179, as rec.doc. 5927; ORDERED admitted.

PSC offers lists of exhibits/demonstratives regarding exams of Gregg Perkin, Thomas Roth and Joseph Keith: ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exam of Joseph Keith: ORDERED admitted: (see attached)

Court recesses at 5:30 p.m.

Court will resume on Monday, March 18, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield