# KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
FAX: (504) 524-5763

March 14, 2013

Honorable Judge Carl Barbier
USDC, Eastern District of Louisiana
U.S. Courthouse Rm. C268
500 Poydras Street
New Orleans, Louisiana 70130

      Re:   *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* MDL 2179

Please see below the list of trial exhibits that the State of Louisiana would request be admitted into the record related to its questioning of Joseph Keith on Wednesday, March 13, 2013:

    TREX 0962
    TREX 0964

*[handwritten: admitted 3-14-2013 SL]*

Should you have any questions please do not hesitate to contact me.

Sincerely,

KANNER & WHITELEY, L.L.C.

By: __/s/: *Douglas Kraus*___
     Doug Kraus

DRK//kbc
cc: Liaison, Coordinating and Steering Committee Counsel.

# BP - Exhibits for KEITH

BP offers the following documents it used during its examination of Mr. Joseph Keith into evidence:

admitted 3-14-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-000609 | Halliburton Management System - SDL Field Procedures - March 21, 2007 |
| TREX-000609.17.2.BP | Callout of TREX-000609 |
| TREX-000611 | Halliburton - Sperry Drilling Services - OCS-G 32306 001 ST00BP00 & BP01 Mississippi Canyon Block 252 - Transocean Deepwater Horizon Report |
| TREX-000611.20.1.BP | Callout of TREX-000611 |
| TREX-000967 | M-I Swaco - BP/Deepwater Horizon Rheliant Displacement Procedure - "Macondo" OCS-G 32306 |
| TREX-000967.1.1.BP | Callout of TREX-000967 |
| TREX-000967.1.2.BP | Callout of TREX-000967 |
| TREX-000967.1.3.BP | Callout of TREX-000967 |
| TREX-000967.1.4.BP | Callout of TREX-000967 |
| TREX-004477 | Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services between BP Exploration and Production, Inc., and Halliburton Energy Services, Inc. - BPM-09-00255 |
| TREX-004477.190.1.BP | Callout of TREX-004477 |
| TREX-042123 | April 4, 2010 ZOI/Show Report, Halliburton Sperry Drilling Services - Prepared by J. Keith |
| TREX-042123.2.1.BP | Callout of TREX-042123 |
| TREX-042123.2.2.BP | Callout of TREX-042123 |
| TREX-091382 | BP Deepwater Horizon Accident Investigation Report - Presentation Slides |
| TREX-091382.22.BP | Callout of TREX-091382 |
| D-2224 | Deepwater Horizon graphic |
| D-4388 | Data from TREX-000604 |
| D-4388.1 | Data from TREX-000604 marked by J. Keith |

**Please note that for any exhibit where BP has listed pages and/or callouts, BP is submitting the entire exhibit and those pages and/or callouts into evidence.**

**HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO JOE KEITH ON DIRECT-EXAMINATION**

HESI offers the following documents it used during its March 13, 2013 direct-examination of Joe Keith into evidence:

*admitted 3-14-2013 SK*

D-08166
TREX-00620
TREX-00611
TREX-060998
TREX-062953
TREX-001453
TREX-00606

TREX 620.1.1.HESI
TREX 611.6.1.HESI
TREX 60998.155.1.HESI
TREX 60998.159.2.HESI
TREX 60998.160.3.HESI
TREX 62953.190.1.HESI
TREX 1453.79.1.HESI
TREX 606.1.1.HESI

2113612 v1

## PSC GREGG PERKIN EXAMINATION (3/12/2013) – EXHIBITS/GRAPHICS

Exhibits and Demonstratives Used in the 3/12/13 Examination of <u>Gregg Perkin</u> and Offered Into Evidence by the PSC

*admitted 3-14-2013*

| Documents Used in the PSC Examination of Gregg Perkin | PDF page(s) | Portion of Document Offered by PSC |
|---|---|---|
| TREX-00093 | 1, 13, 16, 45, 47, 48, 52, 84 | Pages Indicated |
| TREX-00215 | 1, 10 | Pages Indicated |
| TREX-01454 | 31, 32, 33, 47, 266, 273 | Pages Indicated |
| TREX-04114 | 1, 2 | Pages Indicated |
| D-3249 | All | Whole document |
| TREX-03186 | 1 | Pages Indicated |
| TREX-03187 | 1 | Whole document |
| TREX-26140 (Doc. 4741 filed w/ Court) | 1, 2, 3, 4 | Whole document |
| TREX-01199 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 | Whole document |
| TREX-0657 | 1, 2 | Pages Indicated |
| TREX-01741 | 1, 3 | Pages Indicated |
| TREX-01166 | 1, 2, 31, 41 | Pages Indicated |
| TREX-01300 | 1, 15, 40 | Pages Indicated |
| D-2077 | 1 | Whole document |
| TREX-07581 | 1, 3, 37, 41, 43 | Pages Indicated |
| D-2661 | 1 | Whole document |
| TREX-01861 | 1, 9 | Pages Indicated |
| TREX-02097 | 1 | Pages Indicated |

PSC THOMAS ROTH EXAMINATION – GRAPHICS/EXHIBITS

Graphics/Exhibits Used in the 3/10/13 and 3/11/13 Cross Examination of <u>Thomas Roth</u>

*admitted 3-14-2013*

| Number | Description |
| --- | --- |
| D-4377 | Chart of HESI Employment |
| TREX 7718 | Handwritten notes on Conductivity Test by Thomas Roth |
| D-3195 (TREX 4356) | Email from T. Roth to R. Shuman re: cement white paper on 6/14/10 demonstrative |
| TREX 4356 | Email from T. Roth to R. Shuman re: cement white paper on 6/14/10 |
| D-3211 (TREX 4477) | Pages 36, 37 and 39 of Section 3 of Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services between BP Exploration and Production, Inc., and Halliburton Energy Services, Inc. |
| TREX 5593 | Cement Lab Weight Sheets |
| D-3250 (TrEX 23049) | Ron Faul Deposition Volume I dated June 29, 2011 - pp. 388:9-389:2 |
| D-3251 (TREX 23050) | Thomas Roth Deposition Volume I dated July 25, 2011 - pp. 213:14-18 |
| D-3253 (TREX 23052) | Thomas Roth Deposition Volume II dated July 26, 2011 - pp. 754:23 - pp.755:15 |
| D-3241 (TREX 23039) | Thomas Roth Deposition Volume II dated July 26, 2011 - pp. 445:5 - pp.446:2 |

## PSC EXAMINATION OF JOSEPH KEITH -MARCH 13, 2013
## LIST OF EXHIBITS / DEMONSTRATIVES

The following exhibits / demonstratives are being offered into evidence by the PSC in connection with their examination of Joseph Keith on March 13, 2013

admitted 3-14-2013 SK

| | |
|---|---|
| 00093 | Previously Admitted |
| 00611 | Cover Page and Page 6 |
| 00967 | Entire Exhibit ( 1page) |
| 00969 | Entire Exhibit as Redacted |
| 04395 | Entire Exhibit (1Page) |
| D-2103 | Entire Demonstrative |
| D-2104 | Entire Demonstrative |
| D-2105 | Entire Demonstrative |
| D-2188 | Entire Demonstrative |
| D-2189 | Entire Demonstrative |
| D-2224 | Entire Demonstrative |
| D-2357 | Entire Demonstrative |
| D-3179 | Entire Demonstrative |
| D-3182 | Entire Demonstrative |
| D-3183 | Entire Demonstrative |
| D-3184 | Entire Demonstrative |
| D-3185 | Entire Demonstrative |
| D-3186 | Entire Demonstrative |
| D-3187 | Entire Demonstrative |
| D-3188 | Entire Demonstrative |
| D-3247 | Entire Demonstrative |
| D-8167.1 | Entire Demonstrative |

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF JOSEPH KEITH (3/12/2013)

Transocean offers the following documents it used during its March 12, 2013 cross-examination of Mr. Joseph Keith into evidence:

*admitted 3-14-2013 SK*

**Trial Exhibits**

- TREX-00567.1.1.TO
- TREX-52647

**Demonstratives**

- D-4319
- D-4320
- D-4321
- D-6569