**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| **This document relates to all actions.** | * * * | |
| | * * | **HONORABLE CARL J. BARBIER** |
| | * * * | |
| | * * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |

| | | |
|---|---|---|
| **Bon Secour Fisheries, Inc.,** *et al.***, individually and on behalf of themselves and all others similarly situated,** | * * * * | **Civil Action No. 12-970** |
| | | **SECTION J** |
| **Plaintiffs,** | * * | |
| | * * | **HONORABLE CARL J. BARBIER** |
| **v.** | * * | |
| **BP Exploration & Production Inc; BP America Production Company; BP p.l.c.,** | * * * | **MAGISTRATE JUDGE SHUSHAN** |
| **Defendants.** | | |

**BP's *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR BP'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION AGAINST THE CLAIMS ADMINISTRATOR AND SETTLEMENT PROGRAM TO ENJOIN PAYMENTS AND AWARDS FOR BUSINESS ECONOMIC LOSS CLAIMS BASED ON FICTITIOUS "LOSSES"**

BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP"), request leave to exceed the page limitation established by Local Rule 7.7 for their Memorandum In Support Of Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business

Economic Loss Claims Based On Fictitious "Losses" (the "Memorandum").[1]   The page limitation is established at 25 pages pursuant to Local Rule 7.7.  BP respectfully requests 10 additional pages, for a total of 35 pages, excluding exhibits, to fully brief the reasons the preliminary injunction should be issued.

BP submits that such additional pages are necessary given the importance of the issues discussed in the Memorandum.  *First*, the Memorandum concerns a question of exceptional importance because it involves the proper interpretation of the class action Settlement Agreement under which claimants are making thousands of claims.  *Second*, without injunctive relief, the Settlement Program will imminently pay what is already hundreds of millions of dollars, and what could be billions, for fictitious or artificially inflated losses.  Additional pages are justified to explain why this substantial additional and unbargained-for liability should not be imposed on BP.  *Third*, the BEL Policy Decisions at issue violate the Settlement Agreement on several different grounds, including ignoring the Agreement's express purpose, rewriting its plain language, violating fundamental economic and accounting principles, and forcing BP to pay absurd windfalls.  Setting forth the facts and legal arguments showing the multiple ways in which the BEL Policy Decisions violate the Settlement Agreement requires additional pages.

WHEREFORE, BP respectfully request leave to exceed the page limitation for their Memorandum.

---

[1]  Unless otherwise defined, all capitalized terms in this Motion have the definitions assigned to them in the Memorandum.

Dated: March 15, 2013

Respectfully submitted,

   */s/ Richard C. Godfrey, P.C.*

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Christopher Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

Jeffrey Lennard
Keith Moskowitz
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

   */s/ Don K. Haycraft*

S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

**OF COUNSEL**

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2013.

<u>/s/ Don K. Haycraft</u>
Don K. Haycraft