# EXHIBIT 9B

## to

## Declaration of Andrew T. Karron

## in Support of BP's Motion For

## Preliminary Injunction

[PENDING MOTION TO FILE UNDER SEAL]