# EXHIBIT 9H

## to

# Declaration of Andrew T. Karron

# in Support of BP's Motion For

# Preliminary Injunction

[PENDING MOTION TO FILE UNDER SEAL]