# Exhibit 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF JEFFERY O. ROSE

1.      I am a Managing Director with Alvarez & Marsal ("A&M") in the Financial

Industry Advisory Services ("FIAS") practice.  I have 30 years of experience providing credit

and risk analysis, financial operations leadership and bank supervision.  I hold a Bachelor's

Degree in Commerce from Rice University and currently serve on the Audit Committee of the

Board of Trustees.  A&M is a global professional services firm specializing in turnaround and

interim management, performance improvement and business advisory services.  A&M delivers

specialist operational, consulting and industry expertise to management and investors seeking to

accelerate performance, overcome challenges and maximize value across the corporate and

investment lifecycles.

2.      During the past 30 years, I have originated and participated in a variety of debt

transactions including commercial, retail, syndicated credit facilities, and managed single bank

credit and treasury management solutions for both private and public companies.  I started my

career as a Bank Examiner with the Office of the Comptroller of the Currency ("OCC") in 1977.

Following the OCC, I worked for Texas Commerce Bank, now JP Morgan, and served as

President of Texas Commerce Bank – Greenway Plaza in 1984.  I worked 10 years for Wells

Fargo Bank as Regional Vice President Commercial Banking. While at Wells Fargo, I led the development of commercial middle market, real estate, consumer, and wealth management projects including analysis of complex commercial and industrial credit relationships with various risk based products and services. I currently lead the Credit Risk Management Section of the FIAS practice at A&M. We advise banks with assets up to $50 Billion on credit risk analysis and regulatory guidance for policy and procedures. We have helped commercial and investment banks, private equity investors, boards of directors, as well as management teams identify, value, and manage risk. Appendix A of this declaration contains a more detailed overview of my qualifications and professional experience.

## ASSIGNMENT AND SUMMARY OF OPINIONS

3.      I have been asked by BP to address Class Counsel's proposed approach to implementing the Business Economic Loss ("BEL") framework of the Economic and Property Damages Settlement, with a focus on why cash based accounting methodology is generally not relied upon to determine the credit worthiness or profitability of a company.

4.      My opinions are based on over 30 years of professional credit experience and review of financial information for the purpose of issuing credit and minimizing exposure to financial institutions. A lender's primary responsibility during underwriting is to determine the borrower's ability to make the agreed upon payments through determination of both current and future profitability. The matching of revenues and expenses is fundamental to the analysis of financial statements for profitability because profitability cannot be determined on a cash basis.

## ANALYSIS AND DISCUSSION

5.      Cash basis of accounting at a point in time may not properly match revenue and expenses occurring within a given time period. Cash basis accounting operates like a checkbook

recording collections and payments, but it does not record pending liabilities, inventories, or receivables in the same manner; thus, it may misrepresent the profitability of the borrower.  To make an informed decision on cash based financial information prudent underwriting would include measuring revenue when earned, matching revenue and variable expenses, and evaluating comparable periods.  This matching is important because it provides a better basis for assessing the entity's past and future performance than information solely about cash receipts and payments during that period.[1]  Therefore, lenders most often will not rely on cash basis profit and loss statements.

      6.     Lending or making other financial decisions with cash based statements is risky and banks most often require borrowers to convert to accrual based financial statements because profitability can only be shown through financial statements that match revenues with accompanying expenses.  When statements are accrual based they recognize revenue when earned rather than when received and recognize expenses when incurred rather than when paid.[2] But "[a] report showing cash receipts and cash outlays of an enterprise for a short period cannot indicate how much of the cash received is return of investment and how much is return on investment and thus cannot indicate whether or to what extent an enterprise is successful or unsuccessful."[3]  Cash flow can be monitored through cash based statements but profitability cannot be monitored through cash based statements because cash based statements fail to recognize revenues and expenses when incurred.  Cash basis financial statements are maintained for purposes of monitoring a firm's current cash position not for determining profitability.

---

[1] Statement of Financial Accounting Concepts No. 8, September 2010, Par. OB17
[2] See Financial Accounting Concepts No. 6, Elements of Financial Statements, December 1985, Par. 146 ("[The] matching of costs and revenues is simultaneous or combined recognition of the revenues and expenses that result directly and jointly from the same transactions or other events.").
[3] Financial Accounting Concepts No. 6, Elements of Financial Statements, December 1985, Par. 144.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Dated: February 18, 2013

Jeffery O. Rose

# APPENDIX A

## Jeffery O. Rose

**Alvarez & Marsal**                                                    **2008 - Current**

*Managing Director*

Mr. Rose is Managing Director at Alvarez & Marsal Financial Industry Regulatory Advisory Services in Houston. He brings more than 30 years of experience in providing credit and risk analysis, financial operations leadership and bank supervision.

Mr. Rose has held leadership roles with Fortune 500 financial institutions, led the growth and development of several commercial and retail banking divisions through many economic cycles, identified risk and made successful recommendations in response to changing market conditions.

During his career, Mr. Rose has assisted start-up companies and large public companies in developing complex credit strategies. He has originated and participated in syndicated credit facilities that required large amounts of data coordination and communication among multiple parties. He has also managed single bank credit and treasury management solutions for private companies and public companies.

In addition, Mr. Rose has led the development of commercial middle market, real estate, consumer, and wealth management projects. He has analyzed complex commercial and industrial credit relationships involving the use of various risk based products and services. He also originated and managed credit transactions in excess of $1 billion of total exposure and brings experience in maintaining adherence to bank and regulatory policy. His banking responsibilities included: evaluating and approving credit, negotiating with borrowers and legal counsel, recommending downgrades, and performing risk analysis to preserve capital and enhance returns. His efforts have led to exceptional growth and excellent returns with minimal risk.

For over 25 years, A&M has set the standard for working with organizations to tackle complex business problems, boost operating performance and maximize stakeholder value. Our 1700 professionals cover 32 US markets and 16 foreign countries. We formed the Financial Institutions Advisory Services practice to support financial institutions. We have successfully supported financial institutions by providing professional advice and leadership to correct problem areas, support regulatory compliance, and provide direction to steer them through troubled times. Client engagements have included public and private financial institutions. Mr. Rose has lead engagements focused on credit risk management, due diligence, and regulatory compliance.

**Wells Fargo Bank**                                                    **1998-2008**

*Regional Vice President of Commercial Banking West Houston*

- Manages all relationship management activities in a commercial middle market within assigned territory of West Houston. Oversees the preparation of relationship plans to ensure strong customer focus and retention.
- Developed an aggressive and strategic business development program for all products and services including goals for sales, customer service, cross-selling, credit quality, CRA, risk and quality control.
- Approves credit transactions and exercises sound credit and risk judgment, adhering to Bank credit policies, maintaining a satisfactory credit rating. Directs the business of originating credit-related products, treasury management products and investment banking/capital market products.
- Successfully manages budget and expenses to assure optimum adherence to budget and goals.

**Loan Team Manager- South Texas RCBO**

Mr. Rose was responsible for a $1.2B loan portfolio and a team of relationship managers. Duties included evaluating and approving credit, negotiating with the borrowers, recommending downgrades, calling on customers and prospects, and editing credit analysis. He was also responsible for maintaining relationship managers and credit analysts to support current and new business opportunities.

**Risk Asset Review Examiner**

Responsible for reviewing commercial loan portfolios and other risk products throughout the United States for loan quality and adherence to loan policy. The position accessed commercial banking office management and reviewed procedures to ensure the quality of operations.

**Texas Southern University**                                          **1997-1998**

*Special Assistant to the President*

Mr. Rose was recruited by the Chairman of the Board of Regents of Texas Southern University to assist the President with the schools financial affairs. This project culminated with the May 28, 1997 approval of $10.4 million funding from the State of Texas 75th Legislative Session.

**Texas Commerce Bank**                                                **1993-1996**

*Senior Vice President Retail Banking*

Recruited back to Texas Commerce Bank to lead a strategic initiative designed to make Texas Commerce Bank the premier financial intuition in low to moderate-income communities. He

collaborated closely with Robert Mosbacher, Barbara Jordan and Kirbyjon Caldwell in creating the organization to meet the bank objective for compliance with the Community Reinvestment Act.

- Responsible for all operations, staffing, productivity, and strategic planning for 11 of Texas Commerce Bank's 56 Houston branches.  The branches represented a diverse customer base with $1billion in deposits.  Managed a staff of 355 people.
- Led a strategic initiative to expand the bank market share in low to moderate income communities.  This effort included opening new branches, developing strategic community alliances and maintaining productive operations.
- Directed the construction and the operation of the Texas Commerce Branches: Lyons - Lockwood, Riverside, and South Post Oak.
- Lead 12 Texas Commerce branches from last to first in consumer and small business loans and new account production.

**Pacific Southwest Bank**                                                                 *1991-1993*

*President -Houston Branch*

Directed the commercial and retail lending for the Houston office of a $1 Billion based Corpus Christie holding company

**Team Bank- Houston**                                                                 *1989-1991*

*Executive Vice-President*

Responsible for working with acquired branches is accessing the consolidation strategy and developed commercial and consumer loan portfolios.

- Directed the construction and startup of Team Bank Medical Center;
- Provided loans to the healthcare industry for practices and equipment

**Texas Commerce Bank- Houston**                                                     *1980-1989*

*Vice President*

Mr. Rose served in several capacities over an 8-½ year career with the bank.  Responsibilities over the years included President and Senior Lender of two member banks.  He served as President of Texas Commerce Bank-Greenway Plaza during TCB's unprecedented 63 quarters of 155% increases in quarterly earnings.

- Led the commercial call program at TCB- Greenway Plaza producing 4.5 calls per week per officer and increased loans 15% per year for 5 consecutive years.
- Elected President of TCB- Greenway Plaza at the age of 29.  During my tenure at the bank assets grew from$422 million to $140 million.

- TCB recognized my success at Greenway Plaza by naming me President of then problem bank TCB-Chemical in 1987.
- Reduced the problem loan exposure from 50% of total loans to 25% and restructured loan and business development operations at TCB-Chemical.

*US Treasury Department*                                                                                          *1977-1980*

*National Bank Examiner, Comptroller of Currency*

Collaborated in the review of all areas of bank operations including credit quality, investments, cash control, broker dealer activities, borrowed funds an electronic banking.

## EDUCATION

**Rice University, Bachelors of Commerce**                                                              1977

School of Commerce
President's Honor Roll

**Board Affiliations**

Trustee Emeriti Rice University Board of Trustees.  He is Past Chair of the Audit Committee and is currently an Audit Committee member.

Advisory Board Career & Recovery Resources A United Way Agency

Former National Board Member of the Humane Society of the United States.  Served on the Audit Budget Committee, Pension Committee, Investment Committee (overseeing $100 million endowment fund) and the Humane Equity Fund (founded with Solomon Smith Barney).

Former Association of Rice University Alumni President

Former Board Member of the March of Dimes

Former United Way Team Captain

Volunteer Star of Hope Mission

## APPENDIX B

## Documents Relied Upon

| Reference Number | Description |
|---|---|
| 1 | Statement of Financial Accounting Concepts No. 8, September 2010, Par. OB17 |
| 2 | Financial Accounting Concepts No. 6, Elements of Financial Statements, December 1985, Par. 144. |
| 3 | Financial Accounting Concepts No. 6, Elements of Financial Statements, December 1985, Par. 146. |