# Exhibit 24

# BP OIL NEWS

BP SETTLEMENT | BP CLAIMS NEWS AND INFORMATION

Search this website... **Search**

**FREE BP CLAIMS EVALUATION    ABOUT BP OIL NEWS**

## BP Settlement: Judge rejects BP effort to reinterpret BP settlement

March 6, 2013 by Michael J. Evans

### BP claims must be paid per settlement agreement, Judge rules

BP's secret maneuvers to avoid paying valid *BP claims* have failed, according to an exclusive article tonight from WWL TV in New Orleans.

WWL first broke the story just days ago, telling of BP's efforts to avoid paying BP claims to people in the construction, farming and professional service businesses.

### BP settlement had "unofficial stay," according to WWL. TV

WWL has previously reported that BP filed a motion asking U.S. District Judge Carl Barboer to order the BP claims administrator, Patrick Juneau, to stop paying claims to accountants, farmers, lawyers and construction companies. BP argued that such businesses have "fluctuating profits" during the year, so they should not get BP claims paid using the same formula that applies to other businesses in the *BP settlement*.

### BP settlement administrator stopped paying certain BP claims without Court approval

Judge Barbier denied BP's motion on January 30, 2013, and BP moved to reconsider the motion. While the motion to reconsider was pending, Patrick Juneau, the BP claims administrator, stopped paying the claims filed by farmers, construction companies and other..

Juneau's suspension of BP claim payments was not approved by the court, and was not documented anywhere in the court record. WWL TV was able to uncover the story by obtaining emails.

BP made no objection to such claims before the BP settlement was submitted to the Court. But when large numbers of BP claims began to be filed by those types of businesses, BP began looking for a way to limit BP claims payments tot those businesses.

### Deepwater Horizon Settlement Judge denies BP claims asserted in its motion

U.S. District Judge Carl Barbier ruled against BP on January 30, 2013. BP followed up with a motion to reconsider the ruling. And even though Judge Barbier did not authorize the administrator, Juneaue, to stop paying BP claims, Juneau made a decision on his own to stop paying claims of accountants, farmers, lawyers and construction companies.

Juneau stopped paying these categories of BP claims even though the judge did not authorize Juneau to suspend BP claims for any businesses.

Perhaps the most unseemly thing about the affair was that none of these facts appear in the court record. WWL TV's investigative journalism reported February 28, 2014, that "BP's challenges and the judge's rulings have all been done over email, and not in the open court record."

In its most recent article, WWL reported:

> A federal judge has made a final ruling against BP denying its request to change the way certain business loss claims are handled in its multibillion-dollar settlement with private victims of the 2010 Gulf oil spill.

WWL's latest article reported:

> BP tried to argue that because these industries have fluctuating profits at different times of year, they could show big losses from certain months in 2007, 2008, and 2009 as compared with the same months of 2010, even if they earned big profits in other parts of 2010. The company tried to say that these industries have "comparable" business in different months from one year to the next, and therefore those are the months that should be used to calculate loss.
>
> But Barbier pointed out emails by BP's own lawyer, Rick Godfrey, in which Godfrey explicitly agreed that the same months should be used to compare revenues before 2010 to revenues in the year of the spill.



Thanks to Artmiks for the image.

## Free BP Claims Evaluation

**Name** *
First    Last

**Email** *

**Business** *

**Phone Number** *

**Zip Code** *

Get Started



BP Oil News
Like
1,931 people like BP Oil News.

### RECENT POSTS

> New focus for BP Oil News: The BP Settlement and processing of BP claims

> Barbier made it clear that these types of claims should get the same calculation formulas as all the others. The ruling means these types of claims now must be paid the same way Juneau had been paying them — and without implementing any new tests to determine if fluctuating profits were really due to the spill or driven by some other economic conditions. (emphasis added)BP tried to argue that because these industries have fluctuating profits at different times of year, they could show big losses from certain months in 2007, 2008, and 2009 as compared with the same months of 2010, even if they earned big profits in other parts of 2010. The company tried to say that these industries have "comparable" business in different months from one year to the next, and therefore those are the months that should be used to calculate loss.
>
> But Barbier pointed out emails by BP's own lawyer, Rick Godfrey, in which Godfrey explicitly agreed that the same months should be used to compare revenues before 2010 to revenues in the year of the spill.
>
> Barbier made it clear that these types of claims should get the same calculation formulas as all the others. The ruling means these types of claims now must be paid the same way Juneau had been paying them — and without implementing any new tests to determine if fluctuating profits were really due to the spill or driven by some other economic conditions.

## BP settlement bottom line: what, if anything, does this mean for my business?

It means a lot if you are an accountant, farmer, lawyer or construction company owner. The BP settlement was set up so that no business would have to offer direct proof that its business was hurt by the BP oil spill.

Instead, the settlement set up "Zones" for paying businesses. When you move a few miles inland from the Gulf of Mexico, you find that the rest of the state of Alabama, all the way to the Tennessee line, is in a zone. The zone also extends down the western coast of Florida to Key West.

Here is the effect of Judge Barbier's ruling: ANY business in ANY industry (including accountants, lawyers, farmers and construction companies) may be entitled to a large BP claim payment simply by showing a gross revenue decrease during 3 consecutive months during a certain period in 2010 (during the oil spill) and then showing a 10% uptick during the same 3 month period in 2011.

In other words, **your business may be entitled to a substantial payment from the BP settlement even without proof that BP caused your decreased revenues.**

In fact, you may not believe that the BP oil spill had anything to do with your decreased 2010 revenues. But the settlement that BP voluntarily entered into recognized that the entire Southeast was hit by economic devastation due to the BP Deepwater Horizon oil spill. So when BP's lawyers negotiated a settlement, it agreed to pay all businesses in Alabama with certain gross revenue decreases in 2010, and increases in 2011, without the business being able to provide a shred of proof that the oil spill was the cause of its business problems.

Apparently, after the settlement was signed, someone at BP woke up and said, "wait a minutes. These cyclical businesses such as construction companies, farmers, accountants and attorneys may collect money from the BP settlement even though the oil spill had nothing to do with the fluctuation in revenues.

Judge Barbier's recent ruling basically tells BP: "Tough. You should have thought of that before you ruined the economy of the Southeast and before You signed the settlement agreement."

Here's a video explaining how you can file a BP claim in the BP settlement.



Attorney Advertising

For 33 years I've advised my clients that, if it sounds too good to be true, then it probably isn't true. I've handled a lot of class actions, and the BP Settlement is the third class action I've seen in 33 years that that sounds too good to be true, but it really is true. If it wasn't true, neither I nor the lawyers working with me would handle your case without charging a fee unless we collect **If your**

- BP Settlement: Judge rejects BP effort to reinterpret BP settlement
- BP settlement approved December 21, 2012. Do you have a BP claim?
- BP settlement news for Alabama businesses: Many can get BP Settlement cash
- BP Settlement News: Over 100 charged with filing fraudulent BP claims
- BP settlement in New Orleans federal court MDL – How will it affect you?
- BP Oil Spill Litigation Continues
- Gulf Coast Oil Spill Claims – November 2011 Update on BP Claims Filed With Gulf Coast Claims Facility
- Furious Growth and Cost Cuts Led To BP Accidents Past and Present
- Federal Inspectors Clueless About Cementing, Oil Spill Panel Finds
- Gulf Spill Victims' 'Escalated' Claims Still Languishing
- BP Claims – 3 Things To Do After Filing A Claim
- In School Outreach, BP and NOAA 'Dispel Myths' About Dispersants, Subsurface Oil
- BP Claims – Suggestions for Kenneth Feinberg
- BP Claims – Kenneth Feinberg & the Gulf Coast Claims Facility Update

### LATEST TWEETS

- BPSettlementHelp - YouTube ow.ly/ixjT5 22 hours ago
- BP settlement news for Alabama businesses: Many can get BP Settlement cash ow.ly/ixgXz 22 hours ago
- BP Settlement: Judge rejects BP effort to reinterpret BP settlement ow.ly/ivN5P 1 day ago
- ANY business ANYWHERE in AL may have a BP claim if revenue took a hit during 2010 BP oil spill. Free legal review. ow.ly/isUNQ 2 days ago
- BP hijinks fail: BP Settlement Judge rejects BP effort to reinterpret BP settlement ow.ly/iqPCJ 2 days ago

Follow @BPOilNews

### CATEGORIES

- BP Claims
- BP oil spill
- BP Settlement
- Chemical Dispersants
  - Corexit
- Crowdsourcing the Oil Spill
- Deepwater Horizon Oil Rig Explosion
- Environmental Impact
- Kenneth Feinberg BP Fund
- Legal
  - Attorneys

business meets the revenue tests, you really do have the opportunity for a potentially large payment coming from the BP settlement that you cannot miss.

As you cam tell from the reporting of WWL TV, BP will go to virtually any lengths to avoid paying claims it has already agreed to pay. You need a team of experienced litigation attorneys and forensic accountants handling the details for you.

If you operate a business anywhere in the state of Alabama and have a decline in gross revenues during the BP oil spill (May-December 2010), and an increase in revenues in 2011, your business may be entitled to a substantial BP claim payment.

This include ALL businesses described below:

- **Any and all types of businesses**. You may own a piano store, a funeral parlor, a construction company, or a paint and body shop.. **It doesn't matter.** Under the terms of the settlement, **BP claims may be filed by any business which meets the revenue tests:**
- **Businesses Located ANYWHERE in Alabama**. Some people are under the impression that the settlement only applies to businesses near the Gulf Coast. Nothing could be farther from the truth. **The entire state of Alabama is in a settlement zone that allows and and all businesses to file claims if they meet the revenue tests.**
- **Businesses without evidence that the BP oil spill caused your decrease in gross revenues. You may even have reason to believe that Bp did not cause your reduced revenues. Those things don't matter**. If your business meets the revenue tests, you are entitled to file a BP claim and collect money from the BP settlement.

Our Birmingham law firms (Yearout & Traylor, Gathings Law and The Law Offices of Michael J. Evans) have joined forces to represent ALL types of Alabama businesses located ANYWHERE in the state of Alabama. We've hired forensic accountants who understand the revenue tests of the BP settlement, and we will take the burden of filing a BP claim off your back and push your claim to the greatest extent possible.

What's it going to cost for you to hire these lawyers, you're asking.

**Absolutely nothing, unless we collect money for you. Unlike many business attorneys, we do not charge by the hour.** Your initial consultation with us is free and you are under no obligation to retain our law firms. If we believe you have a valid BP claim, and you want to hire us, we'll sign a contract that clearly states we won't be paid unless we collect money for your business.

**And here's one of the best parts.** The settlement allows businesses with lawyers to collect an extra 25%, and that is what we collect as our fee. We don't take our fee out of your BP settlement money.

How much money could your business be entitled to collect? **Don't let your BP money go unclaimed.**

When you use our Free BP Claims Evaluation Form or call us toll free at (877) 803-3006 or (855) 348-7529, you will talk with one of our experienced litigation attorneys. If no attorney is available at the time your call or submit your form, one of our staff people with call to schedule an appointment to talk with one of our lawyers.

What have you got to lose?

Don't run the risk that your competitor down the street will be bragging about his large BP settlement payment while you left your money unclaimed. Contact us now, without delay.

---

This article and this advertisement were written by Birmingham, AL attorney Michael J. Evans, who is responsible for the contents of both the article and ad. No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed.

Related Posts:

BP settlement approved December 21, 2012. Do you have a BP claim?

BP settlement news for Alabama businesses: Many can get BP Settlement cash

## Related Posts:

- BP settlement approved December 21, 2012. Do you have a BP…
- BP settlement in New Orleans federal court MDL – How…
- New focus for BP Oil News: The BP Settlement and processing…
- BP settlement news for Alabama businesses: Many can get BP…
- BP Settlement News: Over 100 charged with filing fraudulent…

Share / Save

Filed Under: BP Settlement | Tagged With: BP claim, BP Claims, BP settlement, Deepwater Horizon, Deepwater Horizon oil spill, Oil Spill Claims

---

### Sidebar

- Oil Spill Lawsuits
- Offshore Drilling
- Oil Spill Attorneys
- Oil Spill Claims
- Oil Spill Images
- Oil Spill Pictures
- Oil Spill Remediation Discussion
- Oil Spill Suggestions
- Oil Spill Videos
- Uncategorized

**TAGS**

BP   BP claim   BP Claims   BP lawsuits   BP oil   BP oil spill   BP oil spill claims   BP oil spill suggestion box   BP settlement   coast   Coast Guard   Crowdsourcing the Oil Spill   damages   Deepwater Horizon   Feinberg   Gulf   Gulf Coast Claims   Gulf Coast Claims Facility   Gulf of Mexico   Gulf oil spill   Ken Feinberg   Kenneth Feinberg   Kenneth Feinberg BP Fund   oil   Oil Pollution Act of 1990   oil spill   oil spill attorney   Oil Spill Attorneys   Oil Spill Claims   oil spill cleanup   oil spill clean up   Oil Spill Images   oil spill lawsuit   Oil Spill Lawsuits   oil spill lawyer   oil spill lawyers   Oil Spill Photographs   oil spill photos   oil spill picture   Oil Spill Pictures   oil spill suggestion box   Oil Spill Suggestions   Oil Spill Video   Oil Spill Videos   wildlife

TERMS AND CONDITIONS: THIS SITE DOES NOT PROVIDE LEGAL ADVICE, AND IS PROVIDED FOR INFORMATIONAL AND ADVERTISING PURPOSES ONLY. NO REPRESENTATION IS MADE THAT THE QUALITY OF LEGAL SERVICES TO BE PERFORMED IS GREATER THAN THE QUALITY OF LEGAL SERVICES PERFORMED BY OTHER LAWYERS. THE HIRING OF A LAW FIRM IS A SERIOUS DECISION THAT SHOULD NOT BE BASED ON ADVERTISING ALONE. YOUR USE OF THE BP CLAIMS EVALUATION FORM DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP BETWEEN YOU AND ANY LAWYER OR LAW FIRM. AN ATTORNEY-CLIENT RELATIONSHIP MAY BE CREATED BETWEEN YOU AND THE SPONSORING LAW FIRMS IF YOU AND THE SPONSORING LAW FIRMS SIGN A WRITTEN EMPLOYMENT AGREEMENT. YOU MAY USE THE BP CLAIMS EVALUATION FORM WITHOUT CHARGE OR OBLIGATION. FACEBOOK VISITORS: PLEASE SEE THESE ADDITIONAL TERMS OF SERVICE AND PRIVACY POLICY. THIS SECTION APPLIES TO ALL USERS OF THIS WEBSITE, BUT PARTICULARLY TO VISITORS WHO CLICKED ON A FACEBOOK AD. WHEN YOU FILL OUT OUR FORM, THE INFORMATION IS SENT TO THE BIRMINGHAM, ALABAMA LAW FIRMS OF YEAROUT & TRAYLOR, P.C., GATHINGS LAW, AND THE LAW OFFICES OF MICHAEL J. EVANS. YOUR INFORMATION IS NOT SHARED WITH ANY THIRD PARTIES. THE INFORMATION IS USED BY THE AFOREMENTIONED LAW FIRMS FOR THE SOLE PURPOSE OF CONTACTING YOU AND EVALUATING YOUR POTENTIAL BP CLAIM. THE INFORMATION IS USED TO ALLOW AN ATTORNEY TO CONTACT YOU WITH A FREE, NO-OBLIGATION EVALUATION OF YOUR POTENTIAL BP SETTLEMENT CLAIM. IN MOST CASES, WE CONTACT YOU AS SOON AS POSSIBLE BY TELEPHONE. IF WE ARE UNABLE TO REACH YOU BY PHONE, WE MAY SEND YOU AN EMAIL IN AN EFFORT TO SET UP A TELEPHONE CONFERENCE BETWEEN YOU AND ONE OF OUR ATTORNEYS. YOU WILL BE CONSULTING DIRECTLY WITH A LICENSED ATTORNEY, NOT A STAFF ASSISTANT. REGARDLESS OF YOUR DISCUSSIONS WITH OUR ATTORNEYS, YOU ARE NOT OBLIGATED TO PAY US OR HIRE US TO REPRESENT YOU. IF YOU AND THE ATTORNEY WHO CONSULTS WITH YOU WISH TO FORM AN ATTORNEY-CLIENT RELATIONSHIP TO ALLOW US TO FILE A BP CLAIM ON YOUR BEHALF, YOU WILL BE SENT A WRITTEN CONTRACT TO SIGN. THAT CONTRACT WILL ALLOW US TO REPRESENT YOU, AND WILL AUTHORIZE US TO WORK WITH OUR ACCOUNTING CONSULTANTS TO LEGALLY MAXIMIZE YOUR BP CLAIM AS MUCH AS LEGALLY POSSIBLE. AN ATTORNEY WHO WORKS FOR ONE OF OUR LAW FIRMS WILL FILE THE BP CLAIM ON YOUR BEHALF. IF YOUR BP CLAIM IS DENIED AND WE ARE UNABLE TO COLLECT MONEY FOR YOU, NEITHER THE ATTORNEY, THE LAW FIRMS, NOR THE ACCOUNTING FIRMS WILL CHARGE YOU ANY MONEY. IF YOUR BP CLAIM IS PAID, THE SETTLEMENT AUTHORIZES THE PAYMENT OF AN ADDITIONAL 25% FOR ATTORNEYS FEES. THAT ADDITIONAL 25% IS THE ONLY CHARGE WE MAKE FOR FEES. THE SETTLEMENT ALSO ALLOWS FOR AN ADDITIONAL PAYMENTS FOR EXPERTS, SUCH AS ACCOUNTANTS. YOU OWE NO MONEY IF WE DO NOT COLLECT MONEY ON YOUR BP CLAIM WE DO NOT CHARGE BY THE HOUR, AS MANY BUSINESS ATTORNEYS DO. IF YOU DON'T COLLECT MONEY, YOU OWE NOTHING. IF YOU DO COLLECT MONEY, THERE IS A PROVISION IN THE BP SETTLEMENT THAT ALLOWS US TO COLLECT AN ADDITIONAL 25% OVER AND BEYOND YOUR CLAIM. THIS 25% IS USED TO PAY OUR ATTORNEYS FEES. IF YOU DO NOT RETAIN OUR LAW FIRMS, YOUR DATA WILL BE DESTROYED AT SOME TIME IN THE FUTURE WHEN DATA IS PURGED FROM OUR COMPUTER SYSTEMS. THE DATA WILL NOT BE USED TO CONTACT YOU ABOUT OTHER MATTERS. IF YOU DO CHOOSE TO RETAIN OUR LAW FIRMS, YOUR DATA WILL ALSO BE HANDLED CONFIDENTIALLY. THE DATA YOU SUBMIT FROM THIS SITE WILL NOT BE SOLD OR RENTED TO THIRD PARTIES. THE LAW FIRMS SPONSORING THIS PAGE DO NOT USE COOKIES TO FOLLOW YOUR OTHER ACTIVITIES ON THE INTERNET. YOU VALUE YOUR PRIVACY. WE VALUE YOUR PRIVACY, TOO. YOU MAY BE ELIGIBLE TO GET A CHECK FROM BP ANY BUSINESS LOCATED ANYWHERE IN ALABAMA MAY BE ELIGIBLE TO FILE A BP CLAIM AND GET PAID BY THE BP SETTLEMENT FUND. WATCH OUR VIDEO AND LET US EXPLAIN THE BP SETTLEMENT. FILL OUT OUR FREE BP CLAIM EVALUATION FORM TO GET A FREE REVIEW OF YOUR BP CLAIM BY THE BIRMINGHAM, AL LAW FIRMS OF YEAROUT & TRAYLOR, P.C. AND GATHINGS LAW. OR CALL US TOLL FREE AT (877) 803-3006 OR (855) 348-7529. IMPORTANT POINTS: BUSINESSES ANYWHERE IN ALABAMA MAY COLLECT ON BP CLAIMS FROM THE BP SETLEMENT YOUR BUSINESS CAN BE HUNDREDS OF MILES FROM THE GULF. ALL TYPES OF BUSINESSES MAY FILE BP CLAIMS YOUR BUSINESS DOESN'T HAVE TO BE RELATED TO TOURISM, SEAFOOD, OR THE GULF COAST. YOU DON'T HAVE TO PROVE BP HURT YOUR BUSINESS. YOUR BP CLAIM ELIGIBILITY IS BASED ON YOUR BUSINESS REVENUES. YOU CAN GET YOUR BP CLAIM EVALUATED FREE OUR LAW FIRMS WILL NOT CHARGE ANY FEES OR EXPENSES UNLESS WE COLLECT MONEY FOR YOU FROM THE BP SETTLEMENT. ELIGIBLE BP CLAIM MAY BE PAID WITHIN MONTHS THERE IS ALREADY A BP SETTLEMENT FUND, SO YOU WON'T HAVE TO WAIT FOR LITIGATION. YOU DON'T HAVE TO FILE A LAWSUIT OR GO TO TRIAL YOUR LAWYERS, WORKING WITH ACCOUNTANTS, CAN PROVE YOUR BP CLAIM WITHOUT GOING TO TRIAL.

Wordpress SEO Plugin by SEOPressor

http://bpoilnews.com/bp-settlement/bp-settlement-judge-rejects-bp-effort-reinterpret-bp-settlement/#more-1791

Webpage Screenshot



# BP Oil Spill Settlement and Claims

**BP Oil Spill Settlement Attorneys**

Our attorneys at all of our offices in Alabama and Mississippi are currently handling claims on behalf of our business clients for submission to the BP oil spill disaster settlement fund that occurred on April 20, 2010. As part of this claim, we have associated with a CPA who will very quickly review the business revenue numbers with us to determine whether or not your business is entitled to part of the BP settlement money. All businesses throughout the state of Alabama and Mississippi may well qualify under the settlement parameters. Please feel free to contact our office nearest to you immediately and speak with one of our licensed attorneys for how we can best represent you and submit a claim on behalf of your business for the BP oil spill disaster settlement.

**Our Alabama locations and phone numbers are as follows:**

Huntsville – 256-539-9899         Decatur – 256-355-2447

Florence – 256-760-1010          Gadsden – 256-485-0195

Birmingham – 205-802-2200       Montgomery – 334-264-3363

Selma – 334-418-0029

**In Mississippi, we are located in:**

Jackson – 601-353-5000           Vicksburg – 601-638-3400

The Deepwater Horizon Settlement Program (BP Oil) applies to companies located anywhere in the States of Alabama, Mississippi or Louisiana. BP has funded a settlement which provides for a formula (based on your financial statements) to determine whether or not you are eligible for damages. This means you don't have to prove by any source, other than your existing financial records, that you even had a direct connection to the oil spill. Our attorneys can help you determine if you are eligible to be paid from the settlement fund.

The oil spill occurred on April 20, 2010. If your business had a decline in revenue, even for a few months in 2010, you may be able to recover under this settlement. The settlement calls for a comparison of your monthly 2010 Gross Revenues from May – December to those same months in 2007, 2008 and 2009. The easiest and most effective way to evaluate your potential recovery from the Settlement Program is for my law firm to analyze your Gross Revenues, by month, from January 1, 2007 thru December 31, 2011. We can work with you or your accountant to obtain this information. After our initial review, we will provide details and advise you whether you qualify for a claim or not.

There is no charge for this initial evaluation of your claim.

Additionally, if you choose to present a claim, the legal work will be handled on a contingency basis which means that, if your business does not recover any settlement money, then the business owes us nothing for our legal services.

Please call one of our offices or **1 877 581-3396** and let us know how we can help.

Chat with Danielle — Expand

---

The bankruptcy lawyers at Bond & Botes PC serve clients at our offices in Birmingham, Montgomery, Selma, Decatur, Huntsville, Florence, and Gadsden, Alabama, Vicksburg and Byram, Mississippi, and Knoxville, Tennessee.

© 2013 Bond & Botes P.C. All rights reseved. | Disclaimer | Sitemap

http://www.bondnbotes.com/bp-oil-spill-settlement-and-claims/

Sponsor: Tracee Ivins, Attorney - Tampa, Florida

# BP Business Fund

Call Us Now for a Free Consultation:
**1-800-379-4033**

| Home | Online Signup | BP Settlement | Who Qualifies? | Map | Examples | Why Hire Us? |



## Client Examples

Here are a couple of examples of different businesses who qualify under the BP settlement.

## Revenues Increased But Still Eligible for Significant Compensation

- One gas station with a convenient store in northern Louisiana showed a $16,000 increase in income on their tax returns from 2009 to 2010. However, after our team of experts analyzed this client's monthly sales and use tax returns and their monthly profit and loss statements, we were able to prove that this client experienced a loss between May and December of 2010, as compared to prior years. BP has offered over $175,000 to this client.
- A bicycle retailer located in Florida had 2009 revenues of $1,922,547 and 2010 revenues of $2,428,270. (An increase of over $500k.) Based on the compensation formula in the Settlement Agreement, however, we were able to file a claim for almost one million dollars.

## Why Can You Recover Even if Your Revenues Increases?

The reason is that the compensation formula takes into account your business' "variable profits", which is defined in the Settlement Agreement, not according to GAAP accounting standards. Also, the formula applies a Claimant-Specific growth factor that captures incremental profits that might have been expected to be generated in 2010 in the absence of the spill, based on your business' revenue growth in prior periods. Finally, a variable margin multiplier may be applied depending on the circumstances.

## Started Business After the Oil Spill — Still Can Claim

Even if your business commenced operations after the April 2010 oil spill, there is a compensation framework specifically designed to compensate for the business' lost potential growth.

Call us at **1-800-379-4033** for a copy of the settlement and to discuss your claim.

> **Find Out More About:**
> Map of Covered Areas or Types of Businesses Covered



Tracee L. Ivins. Office Location: Tampa, FL - Contact Tracee L. Ivins for more information. Danziger & De Llano, LLP - Principal office Houston, Texas Prior results do not guarantee or predict a similar outcome with respect to any future matter. Attorney advertising. No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers. Tracee L. Ivins is licensed to practice law in the State of Florida.

Our Privacy Policy

Webpage Screenshot



Available to meet in Clearwater, Tampa, and St. Pete
CALL TODAY FOR A FREE CONSULTATION
**877-594-6234**

| HOME | ATTORNEY PROFILES | PRACTICE AREAS OVERVIEW | BLOG | CONTACT US | MAPS & DIRECTIONS | CLIENT CENTER |



## FULL SERVICE LAW FIRM
Helping People With All Their Legal Needs

### BP OIL SPILL CLAIMS



The laws have changed regarding the ability of business and property owners to make a successful claim. There is no liability or cost to you to find out if you qualify for a claim.

LEARN MORE

### SECURITY CLEARANCE

There are currently nearly a dozen active military installations in the state of Florida, and the St. Petersburg-Clearwater-Tampa area is host to...

LEARN MORE

### CREDIT CARD & DEBT SETTLEMENT



Times are tough, and keeping up with your monthly expenses can be challenging. A sudden job loss, accident, extended illness or family emergency can be all it takes to put you...

LEARN MORE



Perry Draper PLLC
Clearwater Bankruptcy Lawyer

## YOUR FLORIDA LAWYER FOR BP OIL SPILL CLAIMS AND COMPENSATION

**FIND OUT IF YOU QUALIFY - ITS FREE!**    **CLICK HERE TO START**



The BP oil spill was an ecological and economic disaster in April 2010, whose effects are still being felt today. Rather than face an endless stream of lawsuits which would be sure to put them out of business by massive punitive damage judgments, BP has agreed to a claims process - overseen by the government - by which people who suffered economic loss due to the disaster can be compensated.

### Do I Qualify for a BP Claim?

Find out! It's FREE! Under the new rules, the test is strictly financial. *In our experience, about 80% of all businesses qualify for BP oil compensation.* If the numbers work, there is no need to provide proof that BP caused your loss - the law *presumes* BP caused the loss. This is what BP agreed to. You will not need to provide other evidence or testimony.

If you pass the test, known as the v-trend, then you qualify. This test is purely financial and is based on a comparison of your gross revenue from ANY 3 consecutive months in 2010 and comparing it to a large combination of months going back to January 2007. We only need to compare 3 consecutive months from 2010!

If you qualify, then it is only a matter of determining how much you will get back. This can be anywhere from 125% to 350% of your loss, depending upon the type of business you are in, your location or zone, your variable expenses and certain other factors.

"My message to everyone is 'When in doubt, file a claim.' Doesn't cost you a nickel. We want eligible people to get paid." - Patrick Juneau, Attorney in charge of BP Payout, quoted in an August 2012 blog at AL.com.

### How do I begin?

Complete our BP Oil Spill Overview Worksheet and send it to our office via email, fax or mail. We can let you know in a day or two if you have a claim. If you do, we will gather the necessary information and take it from there, preparing and processing the required documents and submitting your claim to BP. You could be receiving payment within 60-90 days from the time we submit your claim.

This process is completely *CONFIDENTIAL*!

### Get Started on Your BP Oil Claim Today

We want everybody who is eligible for compensation to get paid. If you are in doubt about whether you qualify, it won't cost you anything to file a claim. Hiring a BP oil compensation lawyer from our Florida office won't cost you a cent. You will never be required to pay any expenses related to the claim out of your pocket, so there is absolutely no risk or liability to you. We only get paid if we collect for you. Moreover, the entire process is completely confidential, so the public will never know you filed a claim if you don't want them to. The deadline to file a claim is April 2014, and after that, your ability to be compensated for economic loss in this period may be gone forever. Don't wait any longer to find out if you qualify for BP oil compensation. Contact Perry Draper Law today.

### Why Choose Perry Draper Law to Help You with Your BP Oil Spill Claim in Florida

As you can imagine, the claims process is not simple, and payment is not guaranteed. However, many changes to the law were made in 2012 which have proved to be very favorable to businesses who suffered economic loss since the spill. Our lawyers are well-versed in the law - including the most recent changes - and are experienced in successfully handling BP oil claims in Florida. Our team includes accountants and former BP personnel who set up the claims system and created the algorithm used to calculate benefits. We have never been denied a BP oil claim and have obtained compensation for every client who passes the test.

### Common Questions

Q: I don't think BP caused my loss.
A: As long as the numbers pass the test, the law presumes BP caused the loss, and we do not have to prove anything further.

Q: I thought this was only for the people on the beach.
A: No, the zones for those eligible go well inland!

Q: How much will this cost me?
A: Nothing out of pocket! If we do not collect, you owe us nothing!

Q: I made more money in 2010.
A: That does not mean you will not qualify. We are only looking at 3 months in 2010 and not the whole year!

Q: Is this worth my time?
A: Yes, our clients' claims range from tens of thousands to hundreds of thousands!

---

Perry Draper Law is located in Clearwater, FL and serves clients in and around Tarpon Springs, Largo, Clearwater, Safety Harbor, Clearwater Beach, Seminole, Belleair Beach, Saint Petersburg, Indian Rocks Beach, Oldsmar and Pinellas County.

**CLIENT CENTER LOGIN**

### CONTACT

28870 U.S. Highway 19 N
Suite 300
Clearwater, FL 33761

877-594-6234 Tel
866-480-8409 Fax

### NAVIGATION

- Home
- Attorney Profiles
- Practice Areas Overview
- Blog
- Contact Us
- Maps & Directions
- Client Center
- Perry and Draper PA Privacy

### PRACTICE AREAS

- Bankruptcy
  - Debt Settlement & Foreclosure Defense
  - Credit Card Relief
- Personal Injury
- Employment Law
- Labor Law Violations
  - Unpaid Wages in FL
  - Consumer Law
- Employment Agreements
- Business Law
- Security Clearance
- BP Oil Spill

### RECENT BLOG POSTS

- Florida Chapter 7 Exemptions
- The Florida Deceptive and Unfair Trade Practices Act Explained
- Child Labor Laws in Florida
- Determining Liability in a Personal Injury Accident

Avvo  f

Attorney Advertising. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. [ Site Map ] [ Bookmark Us ]

See our profile at Lawyers.com or Martindale.com

LexisNexis, Martindale-Hubbell and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. Other products or services may be trademarks or registered trademarks of their respective companies. © 2012 LexisNexis. All rights reserved.

LexisNexis | Martindale-Hubbell



http://www.perrydraperlaw.com/st-petersburg-clearwater/bp-oil-spill/

The Law Office of
**Thomas L. Young, P.A.**

Home   About Us   Latest News   Press   FAQ   Check Your Zone   Who's Included?   Contact Us



## NAVIGATING THE BP CLAIMS PROCESS FOR OUR CLIENTS

> [Click here](#) to view/download the frequently asked questions as a PDF.

**+ What is the BP Deepwater Horizon Oil Spill Settlement?**

On December 21, 2012, a federal court overseeing the litigation arising from the April 2010 Deepwater Horizon Oil Spill approved a class settlement extending economic damages to businesses as a result of the spill. The total settlement package is valued at $7.8 billion, but there is no cap on the amount that may be paid.

**+ Are we eligible?**

Almost any business with facilities located in Alabama, Mississippi, Louisiana or parts of Texas or Florida may be eligible, even if the corporate entity is headquartered outside of the region. Your business model does *not* have to be tied tourism, hospitality, seafood or the Gulf in order to qualify. In fact, you need not show that the oil spill itself directly impacted your financial performance. Simply put, if revenues associated with any specific facility were down (for any reason) during any three month period between May and December 2010, as compared to benchmark periods in previous years, you should consider filing a claim.

**+ Is every type of industry covered by the settlement?**

Most industries are eligible under the terms of the settlement. However, there are some excluded industries including certain financial institutions, gaming (casinos, etc.), insurance entities, investment funds and financial vehicles, defense contractors, governmental entities, any entity selling or marketing BP-branded fuel, certain oil and gas concerns, and real estate developers.

**+ But our facilities are located well inland?**

Most businesses, even if they are located hundreds of miles inland, are eligible to participate.

**+ How do we prove that the oil spill negatively impacted our financial performance?**

There is no requirement to show a direct correlation between the April 20, 2010 BP Deepwater Horizon Oil Spill and your financial performance. The system was intentionally created this way, as accurately allocating the cause of a business downturn would be nearly impossible given the general economic malaise of the period.

**+ So if we don't have to conventionally prove our case, what are the qualifying requirements?**

Contained in the 1,200+ page settlement agreement are many ways to qualify, based largely on your geographic location and industry. In the most restrictive geographic zone (Zone D, generally located up to 325 miles inland), your 2010 revenue for a specific three month period between May and December must be down at least 15% from the same three month period in 2009 *or* an average of those same months in 2008 & 2009 *or* an average of those months in 2007, 2008 & 2009. The applicable three month period, as well as the benchmark years, are chosen by the claimant. Subsequently, your 2011 revenue for the same three month period must rebound at least 10% from the 2010 low.

The closer you move to the coast, the less stringent the financial test becomes. In Zone C for instance (anywhere from 1 mile to approximately 20 miles inland), your 2010 revenue for any three month period between May and December must only be down 8.5% and up only 5% during the same months in 2011. Finally, in Zone A, largely comprised of barrier islands, there is no financial test to meet. Most business operations in Zone A automatically qualify.

The agreement is very nuanced and there are many exceptions (which typically benefit the claimant) to what is stated above. As such, it is important to consult with an experienced BP claims attorney to maximize your options.

**+ We've looked at our books, and doubt we qualify. Should we even bother?**

*Without a doubt*. Because of the complexity of the agreement, we have met many business owners and CFO's who give a cursory review of their financial statements and come to the conclusion that they cannot participate. Subsequently our team of lawyers, CPA's and Chartered Financial Analysts review the same materials and often identify six and even seven figure claims.

**+ Is it true that an initial claim evaluation is free?**

Yes. If you provide us with *monthly* profit and loss statements in spreadsheet format for the years 2007 through 2011, we will provide a free claims analysis and value estimation, usually within 72 hours. There is no charge for this service, nor is there any obligation to further engage our law firm. While the initial evaluation is free, if you subsequently retain our firm, preparing and filing your claim is a complex process for which we charge a 25% contingency fee. In other words, we are paid 25% of whatever amount we can recover for you. If we are unsuccessful in pursuing your claim, you owe us nothing.

**+ We are reluctant to disclose our financial data. Will this be kept confidential?**

Absolutely. We represent many business owners, from closely held family enterprises, to publicly traded corporations, and a common concern is privacy. If you hire us, we will be bound by attorney-client privilege and confidentiality requirements. In addition, the Court recently issued an order mandating that financial information disclosed through this process be kept confidential.

**+ How long does the entire process take?**

Once we determine that you have a valid claim we will request some additional basic documentation. This usually includes your Articles of Incorporation, annual tax filings,

We have begun filing a few claims where two weeks ago we would not have. Once BP provides written notice of its appellate approval, we will submit your claim to the Claims Administrator. In general, should we be successful, you should expect payment within four to six months.

It should be noted that the Claims Administrator expects over 800,000 claims to be filed. Currently approximately 100,000 claims have been filed. We believe that the sooner you file (and take your place in line), the sooner payment will be made. While we cannot control the Claims Administrator's process, common sense dictates that as more claims are filed, the timeline for payment may extend. All things being equal, it is better to file now than later.

### + Do we really need outside counsel? Can our corporate attorney handle this? Or can we do this on our own, in-house?

This settlement agreement is overseen by a United States Federal District Court in New Orleans. As with any legal proceeding, you are free to represent yourself, "pro se". However, if you do not like to prepare your own annual tax returns, you will not enjoy trying to navigate this process. In addition, without the assistance of experienced legal and financial professionals, with thousands of BP filings under their belts, you run the risk of failing to maximize the value of your claim, or having it denied altogether.

Finally, we have encountered many general practice attorneys, in-house counsel, CPA's and para-professionals (claims "adjusters" and "consultants") who simply do not understand the complexity of this voluminous settlement agreement. A recent report issued by the Claims Administrator highlighted the significant number of claims that are being denied outright or returned for deficiencies because they were prepared by inexperienced and unqualified attorneys or non-lawyer para-professionals. The old adage "you get what you pay for" is apropos.

### + This sounds too good to be true. Do we really deserve to participate?

We sometimes encounter business owners and other individuals who are understandably reluctant. They wonder if by filing a claim will they be taking money out of a "more deserving" party's hands. The answer is no. This compensation fund is not capped. BP has agreed to pay all valid claims submitted between now and April 2014, no matter the amount.

We also run into those who believe they do not deserve compensation as they cannot show a correlation between the oil spill and their financial circumstances. The parties to this agreement were very intentional in designing the compensation criteria in a way that does not require what lawyers commonly refer to as "conventional causation". It would be nearly impossible to isolate the exact impact of the oil spill on Gulf area businesses. That said, after reviewing thousands of monthly profit and loss statements, we can report that even businesses located well inland with little or no exposure to tourism, seafood or hospitality were impacted. Only through a forensic accounting analysis will this be apparent. The trickle down effect is clearly evident on almost every businesses' books.

### + Did BP really agree to this?

Yes. BP and the plaintiffs negotiated for several months before reaching this voluntary settlement agreement. Both parties concluded that settling under these terms was in their best interest and the best interest of individuals and businesses in Gulf Coast states. The company believes that it is good PR, and more fundamentally, the right thing to do. BP wants all valid claimants to participate in this program. In fact, an important component of the agreement is a separate fund supported by BP that will be used to get the word out about the compensation program. Maybe you've seen the TV ads?

### + What happens if we do not participate?

If you are located in a geographic area covered by the agreement, and you are in an included industry (almost every type of business is covered), then you are automatically eligible. However, if you do not file your claim by April 2014, you will be forever barred from taking any action against BP relating to the Deepwater Horizon Spill.

The practical effect is that should the uncollected oil at some point wash onto our shores, or the disbursement chemicals cause some other ecological disaster, and you have not participated by April 2014, you will have no recourse. The only exception is if you have already proactively "opted out" by notifying the Court in writing by November 1, 2012.

### + What does opting out mean?

While this agreement is designed to serve the best interests of as many individuals and businesses as possible, not every person or entity affected by the spill will benefit. As the primary driver of qualification is a reduction in 2010 partial-year revenue or income, some businesses may have experienced a downturn in 2011 rather than 2010. For those clients, we may advise opting out so that they preserve their rights to file separate legal proceedings against BP. That said, the overwhelming majority of businesses and individuals will not need to opt out.

### + What is the deadline for opting out?

Class members must opt out, in writing, by November 1, 2012.

### + How much money is currently in the fund?

Approximately $13 billion is currently on deposit. However, the fund is not capped. BP has agreed to pay all valid claims, no matter the total amount.

### + What is the average claim value?

While each claim is unique, of the thousands of businesses we've evaluated, we are seeing an average claim value that exceeds $200,000.

### + Our business has multiple physical locations. How do we determine which geographic zone we are in?

There is a specific provision in the settlement agreement for "multi-facility entities". Much will depend on whether you keep distinct financial records for each location.

### + Our business is new. I notice that you require financial records back to 2007. We didn't start operations until 2009. What can we do?

There is a provision for "start-up" businesses which requires records for different time periods. Your performance in 2011 and parts of 2012 will be important in calculating your claim value. We are seeing many new businesses do very well under this framework.

### + Our company went out of business in 2010 after the spill. I see that you require 2011 financial performance numbers. We don't have those?

As with start-ups, "failed businesses" can participate in this process. We will simply have to evaluate some additional financial records.

[+] **What if we already filed a claim with the Gulf Coast Claims Facility?**

We can still help you as long as you did not sign a final Gulf Coast Claims Facility (GCCF) release prior to February 27, 2012. Even if you have been previously denied by the GCCF, you can still participate in this process.

[+] **When does it end?**

The settlement processing facility opened its doors on June 4, 2012. The first opinion letters on the validity of filed claims were issued the week of July 15, 2012 and the first settlement checks were delivered in August 2012. This is expected to continue through April 2014.