# Exhibit 34

# J.P.Morgan

Anne S. Dougherty
Managing Director

June 7, 2012

Patrick Juneau, Trustee

RE: *Deepwater Horizon* Economic and Property Damages Trust Agreement u/a dated May 4, 2012

Dear Mr. Juneau:

This letter contains the agreement of compensation payable from the Economic and Property Damages Trust's administrative fund to J.P. Morgan Trust Company of Delaware ("Morgan") for serving as Directed Trustee.

One-time Structuring Fee

At account inception, Morgan shall receive an upfront, one-time structuring fee of $125,000.

Additional Compensation: Annual Account Administration
The Annual Administrative Fee of $87,500 for the Lead Paying Agent and the Directed Trustee is being paid by the Economic and Property Damages Trust on a combined basis, with the Lead Paying Agent and the Directed Trustee allocating such combined fee between themselves.

The fee encompasses purely trust administration services and duties as described in section 2.5 of Article 2 of the Economic and Property Damages Settlement Trust, *Powers of the Directed Trustee.*

Expense ratios, including underlying management fees within any money market funds or other mutual or investment funds within the Economic and Property Damages Settlement Trust, shall be in addition to and not offset by a reduction in Morgan's trustee fee. Consistent with standard practice, these fees will be reflected as a reduction in the yield on the money market fund investments and not charged as a separate, stand-alone expense. In the event of the removal of Morgan as directed trustee, no final termination fee will be imposed.

J.P.Morgan

June 7, 2012

Page 2

Modification and Renewal

By mutual consent, this fee letter agreement may be modified from time to time and it is understood that it is subject to periodic review for renegotiation or renewal triennially.

Please indicate your approval of the terms by signing below, and feel free to contact me with any questions or concerns. We look forward to a long standing and productive working relationship.

Sincerely,

Anne S. Dougherty

ACCEPTED AND AGREED TO BY:

BP Exploration & Production Inc.

By: _____
Geir Robinson, Vice President

BP America Production Company

By: _____
Geir Robinson, Vice President

Deepwater Horizon Economic and Property Damages Trust u/a Dated May 4, 2012

By: _____
Patrick Juneau, Trustee