# EXHIBIT 41

## to

## Declaration of Andrew T. Karron

## in Support of BP's Motion

## For Preliminary Injunction

[PENDING MOTION TO FILE UNDER SEAL]