IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

**BP'S *EX PARTE* MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO FILE UNDER SEAL CERTAIN EXHIBITS TO BP'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION AGAINST THE CLAIMS ADMINISTRATOR AND SETTLEMENT PROGRAM TO ENJOIN PAYMENTS AND AWARDS FOR BUSINESS ECONOMIC LOSS CLAIMS BASED ON <u>FICTITIOUS "LOSSES"</u>**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641); the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573); and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the

*Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822) ("Settlement Agreement"), Defendants BP Exploration & Production Inc. and BP America Production Company ("BP"), by their attorneys, hereby respectfully request leave to file under seal certain exhibits to the Declaration Of Andrew T. Karron In Support Of BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" ("Karron Declaration In Support Of BP's Emergency PI Motion"). In particular, BP requests that the following exhibits to the Karron Declaration In Support of BP's Emergency PI Motion be filed under seal:

- Exhibit 9: Exhibits A-I to the Declaration of Keith Moskowitz**.**

- Exhibit 17: Class Counsel's December 16, 2012 Memorandum to the Claims Administrator.

- Exhibit 18: January 15, 2013 e-mail from the Claims Administrator regarding policy announcement.

- Exhibit 19: January 15, 2013 Policy Announcement.

- Exhibit 20: October 8, 2012 Policy Announcement.

- Exhibit 21: August 2, 2012 Policy Announcement.

- Exhibit 22: April 9, 2012 Contract with Patrick Juneau.

- Exhibit 23: June 2012 Supplemental and Amended Contract regarding Claims Administrator.

- Exhibit 25: February 17, 2012 e-mail from Rick Godfrey to Joe Rice and Calvin Fayard.

- Exhibit 26: September 28, 2012 Letter from Mark Holstein to the Claims Administrator.

- Exhibit 27: July 10, 2012 Letter from Claimant's Counsel to Patrick Juneau.

- Exhibit 28:  October 11, 2012 and October 16, 2012 Settlement Program Global Notes Screen Entries.

- Exhibit 29:  October 17, 2012 Letter from Claimant's Counsel to Settlement Program Accountant.

- Exhibit 32:  Declaration of Andrew T. Karron In Response To The Declaration Of John E. Tomlinson.

- Exhibit 39:  Class Counsel's February 7, 2013 Wetlands Submission.

- Exhibit 40:  January 30, 2013 e-mail from Judge Barbier:  "Review of Issue from Panel (Matching of Revenue and Expenses)".

- Exhibit 41:  February 6, 2013 email from Judge Barbier vacating January 30, 2013 decision.

The grounds for the motion are that BP believes that these exhibits contain confidential and sensitive business or personal information falling into one or more of the following categories:

1. Communications by Class Counsel, the Settlement Program, or the Court in connection with an *in camera* proceeding before the Court that culminated in the Court's Order dated March 5, 2013.  Exhibits 17, 18, 19, 40 and 41.

2. Confidential settlement communications pursuant to a confidentiality agreement that were submitted to the Court in connection with the *in camera* proceeding. Exhibit 25.

3. Confidential communications among BP, Class Counsel and the Settlement Program Relating to Policy Decisions of the Claims Administrator that have not been published.  Exhibits A-I to Exhibit 9, and Exhibits 19, 20, 21, 26, and 39.

4. Documents related to the terms of the Claims Administrator's employment.  Exhibits 22 and 23.

3

5. Communications relating to specific claims under the Settlement Agreement which may contain information regarding those claims.[1] Exhibits 27, 28, 29, and 32.

BP believes that it is appropriate that documents in categories 1 and 2 above be filed in the public record, and requests that the Court enter an order directing the Clerk to do so. However, because those documents were submitted to the Court and provided to the parties in an *in camera* proceeding, BP believes that appropriate respect for the Court's processes requires that BP move initially to file these materials under seal and request that they be unsealed so that the Court can determine in the exercise of its discretion whether the materials should be filed in the public record.

Category 3 includes non-public communications among BP, Class Counsel, and the Settlement Program. BP, out of an abundance of caution, seeks leave to file these documents under seal, but BP believes these documents are relevant to the consideration of the Court's March 5, 2013 Order, and therefore, request for these documents to be unsealed.

BP also believes that it is appropriate that the documents in category 4 be unsealed. However, because they contain information relating to the terms of employment of the Court-Supervised Settlement Program Claims Administrator, BP has filed them under seal in an

---

[1] Pursuant to the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), "Claims Information shall be kept confidential and shall not be disclosed except as allowed by this Order or subsequent Order of the Court." However, "[g]eneral and statistical information regarding claimants and claims under the Economic and Property Damages Settlement that does not reveal the identity of any particular claimant shall not be considered to be Claims Information subject to this Order."

Consistent with the foregoing order, to the extent BP has publicly filed documents referring to the processing of specific claims, it has redacted claimant identifying information -- that is the name of the claimant, precise address, and claim number have been redacted.

4

abundance of caution in order to permit the Court to determine in the exercise of its discretion whether the materials should be filed in the public record.

With regard to the remaining materials, BP respectfully requests that they be maintained under seal because they contain confidential claimant information or other personal or business sensitive information.

WHEREFORE, BP respectfully prays the Court to

1. Order that Exhibits A-I to Exhibit 9, and Exhibits 17-23, 25-29, 32, and 39-41 to the Karron Declaration In Support Of BP's Emergency PI Motion be filed under seal pending further order of the Court; and thereafter

2. Order that Exhibits A-I to Exhibit 9, and Exhibits 17-21, 25, 26, 39-41 to the Karron Declaration In Support Of BP's Emergency PI Motion be filed in the public record of this action.

A proposed order is attached to this Motion.

Dated: March 15, 2013                     Respectfully submitted,

|  |  |
|---|---|
|  | */s/   Richard C. Godfrey* |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Wendy L. Bloom |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX  77079 | R. Christopher Heck |
| Telephone:  (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 862-2200 | 300 North LaSalle Street |
|  | Chicago, IL 60654 |
|  | Telephone:  (312) 862-2000 |
|  | Telefax:  (312) 862-2200 |
|  |  |
| Daniel A. Cantor | Jeffrey Bossert Clark |
| Andrew T. Karron | Steven A. Myers |
| ARNOLD & PORTER LLP | KIRKLAND & ELLIS LLP |
| 555 Twelfth Street, NW | 655 Fifteenth Street, N.W. |
| Washington, DC 20004 | Washington, D.C. 20005 |
| Telephone:  (202) 942-5000 | Telephone:  (202) 879-5000 |
| Telefax:  (202) 942-5999 | Telefax:  (202) 879-5200 |
|  |  |
| Jeffrey Lennard | */s/ Don K. Haycraft* |
| Keith Moskowitz | Don K. Haycraft (Bar #14361) |
| SNR DENTON US LLP | R. Keith Jarrett (Bar #16984) |
| 233 South Wacker Drive | LISKOW & LEWIS |
| Suite 7800 | 701 Poydras Street, Suite 5000 |
| Chicago, IL  60606 | New Orleans, Louisiana 70139 |
| Telephone:  (312) 876-8000 | Telephone:  (504) 581-7979 |
| Telefax:  (312) 876-7934 | Telefax:  (504) 556-4108 |
|  |  |
| *OF COUNSEL* | Robert C. "Mike" Brock |
|  | COVINGTON & BURLING LLP |
|  | 1201 Pennsylvania Avenue, NW |
|  | Washington, DC 20004 |
|  | Telephone:  (202) 662-5985 |
|  | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2013.

Dated:  March 15, 2013                                          Respectfully submitted,

                                                                                */s/ Don K. Haycraft*
                                                                                Don K. Haycraft