IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to all actions. | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| Plaintiffs, | * * | SECTION J |
| | * * | |
| v. | * * | Honorable CARL J. BARBIER |
| | * | |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | Magistrate Judge SHUSHAN |
| Defendants. | * * | |

## PROPOSED ORDER

Considering BP's Ex Parte Motion And Incorporated Memorandum In Support To File Under Seal Certain Exhibits To BP's Memorandum In Support Of Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses", and the accompanying exhibits thereto, and for a further order directing that certain of those exhibits then be unsealed and filed in the public record, and good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the BP Defendants' Motion is GRANTED; and it is further

-2-

**ORDERED** that Exhibits A-I to Exhibit 9, and Exhibits 17-23, 25-29, 32, and 39-41, to the Declaration Of Andrew T. Karron In Support Of BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" ("Karron Declaration In Support Of BP's Emergency PI Motion") be filed under seal pending further order of the Court; and it is further

**ORDERED** that Exhibits A-I to Exhibit 9, and Exhibits 17-21, 25, 26, 39-41 to the Karron Declaration In Support Of BP's Emergency PI Motion be filed in the public record of this action.

New Orleans, Louisiana, this __ day of March, 2013

					_____
					UNITED STATES DISTRICT JUDGE