IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to all actions. | * | |
| | * | HONORABLE CARL J. BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * * * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., *et al.*, individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * | |
| | * | HONORABLE CARL J. BARBIER |
| v. | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| BP Exploration & Production Inc; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | | |

**BP'S *EX PARTE* MOTION FOR EXPEDITED HEARING ON
BP'S EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION
AGAINST THE CLAIMS ADMINISTRATOR AND
SETTLEMENT PROGRAM TO ENJOIN PAYMENTS AND AWARDS FOR
BUSINESS ECONOMIC LOSS CLAIMS BASED ON FICTITIOUS "LOSSES"**

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully move this Court for an expedited hearing on their Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin

Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" (the "Emergency Motion").[1]

BP respectfully submits that the Emergency Motion requires immediate consideration. BP suffers imminent harm because the Settlement Program is about to pay hundreds of millions of dollars, and what could reach billions of dollars, in awards to claims asserting fictitious losses — with more claims being made on a daily basis.  BP has no method to feasibly recover damages from the Settlement Program, the Claims Administrator, or the individual claimants for funds paid while the Emergency Motion is pending.  Any such payment will constitute irreparable harm.  Therefore, an expedited hearing is necessary to minimize the irreparable harm to BP.

Accordingly, BP respectfully requests that this Court grant an expedited hearing on BP's Emergency Motion.  Rather than the next available hearing date of April 10, 2013 at 9:30 a.m., BP respectfully seeks an expedited hearing date on March 22, 2013, or as soon as the Emergency Motion may be heard by the Court.

---

[1] Unless otherwise defined, all capitalized terms in this Motion have the definitions assigned to them in the Emergency Motion.

March 15, 2013                                    Respectfully submitted,

                                                    */s/ Richard C. Godfrey, P.C.*

James J. Neath                                    Richard C. Godfrey, P.C.
Mark Holstein                                     J. Andrew Langan, P.C.
BP AMERICA INC.                                   Wendy L. Bloom
501 Westlake Park Boulevard                       Andrew B. Bloomer, P.C.
Houston, TX  77079                                R. Chris Heck
Telephone:  (281) 366-2000                        KIRKLAND & ELLIS LLP
Telefax:  (312) 862-2200                          300 North LaSalle Street
                                                  Chicago, IL 60654
Daniel A. Cantor                                  Telephone:  (312) 862-2000
Andrew T. Karron                                  Telefax:  (312) 862-2200
ARNOLD & PORTER LLP
555 Twelfth Street, NW                            Jeffrey Bossert Clark
Washington, DC 20004                              Steven A. Myers
Telephone:  (202) 942-5000                        KIRKLAND & ELLIS LLP
Telefax:  (202) 942-5999                          655 Fifteenth Street, N.W.
                                                  Washington, D.C. 20005
Jeffrey Lennard                                   Telephone:  (202) 879-5000
Keith Moskowitz                                   Telefax:  (202) 879-5200
SNR DENTON
233 South Wacker Drive                               */s/ Don K. Haycraft*
Suite 7800                                        S. Gene Fendler (Bar #05510)
Chicago, IL  60606                                Don K. Haycraft (Bar #14361)
Telephone:  (312) 876-8000                        R. Keith Jarrett (Bar #16984)
Telefax:  (312) 876-7934                          LISKOW & LEWIS
                                                  701 Poydras Street, Suite 5000
*OF COUNSEL*                                      New Orleans, Louisiana 70139
                                                  Telephone:  (504) 581-7979
                                                  Telefax:  (504) 556-4108

                                                  Robert C. "Mike" Brock
                                                  COVINGTON & BURLING LLP
                                                  1201 Pennsylvania Avenue, NW
                                                  Washington, DC 20004
                                                  Telephone:  (202) 662-5985
                                                  Telefax:  (202) 662-6291


*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2013.

                                          /s/ Don K. Haycraft
                                          Don K. Haycraft