# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| **This document relates to all actions.** | * | |
| | * | HONORABLE CARL J. BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| **Bon Secour Fisheries, Inc.,** *et al.*, individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION J |
| Plaintiffs, | * | |
| | * | HONORABLE CARL J. BARBIER |
| v. | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| **BP Exploration & Production Inc; BP America Production Company; BP p.l.c.,** | * * | |
| Defendants. | | |

## [PROPOSED] ORDER

The Court has considered the BP's *Ex Parte* Motion For Expedited Hearing On BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" (the "Motion"); and all filings related to that Motion.

The Court ORDERS that BP's Motion is GRANTED. The hearing on BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On

-2-

Fictitious "Losses" shall take place on the 22nd day of March, 2013, at _____ \_\_\_.m.

    IT IS SO ORDERED.

    New Orleans, Louisiana, this _____ day of _____, 2013.

                                                       _____
                                                          United States District Judge