IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: *All Actions*. | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |
| | * * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| Plaintiffs, | * * | SECTION J |
| v. | * * | Honorable CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | Magistrate Judge SHUSHAN |
| Defendants. | * * * * | |

**CLASS COUNSEL'S NOTICE OF FILING OF PREVIOUS *IN CAMERA* SUBMISSIONS
RELATING TO THE INTERPRETATION OF "VARIABLE PROFIT"
UNDER THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT AGREEMENT**

NOW INTO COURT, through Co-Lead Class Counsel, come Class Counsel for the Economic & Property Damages Settlement Class, and, in light of BP's Motion to Enjoin the

Claims Administrator,[1] respectfully file into the record Class Counsel's past briefing and evidence regarding the correct interpretation of the Settlement Agreement, which were previously submitted *in camera* in association with the Court's consideration of the issue,[2] pursuant to Section 4.3.4 of the Settlement Agreement:

   A. CLASS COUNSEL'S MEMO TO THE CLAIMS ADMINISTRATOR REQUESTING FORMAL POLICY STATEMENT RE MONTHLY REVENUE, December 16, 2012

   B. PANEL REFERRAL FROM THE CLAIMS ADMINISTRATOR TO THE COURT
     1. Class Counsel's Memo of December 16, 2012
     2. BP's Response
     3. BP's Supplemental Response
     4. Claims Administrator's Announcement of Policy Decisions, January 15, 2013

   C. CLASS COUNSEL'S *IN CAMERA* SUBMISSION TO THE COURT, January 23, 2013

   D. CLASS COUNSEL'S *IN CAMERA* SUBMISSION TO THE COURT IN RESPONSE TO BP'S MOTION FOR RECONSIDERATION, February 18, 2013

   *Exhibits:*

   1. SETTLEMENT AGREEMENT, BEL Compensation Framework, Exhibit 4C

   2. SETTLEMENT AGREEMENT, BEL Documentation Requirements, Exhibit 4A

   3. MEMO *VIA* E-MAIL FROM RICK GODFREY TO RICE AND FAYARD (Feb. 17, 2012).

   4. EXCERPTS FROM PRELIMINARY APPROVAL HEARING TRANSCRIPT

   5. EXCERPTS FROM BP'S MEMORANDUM IN SUPPORT OF FINAL APPROVAL

   6. EXCERPTS FROM DECLARATIONS IN SUPPORT OF BP'S MOTION FOR FINAL APPROVAL

   7. DECLARATION OF HOLLY SHARP [Doc 7441-18], p.10.

   8. *Deepwater Horizon* Claims Center, APPEAL PANEL TRAINING, "General BEL" (Aug. 20, 2012)

   9. MEMO FROM CLASS COUNSEL TO CLAIMS ADMINISTRATOR RE MONTHLY PROFIT & LOSS DOCUMENTATION (Sept. 19, 2012)

---

[1] *See* DOC 8910-2.

[2] *See* REVIEW OF ISSUE FROM PANEL [Doc 8812] (March 5, 2013).

10. Claims Administrator's ANNOUNCEMENT OF POLICY DECISIONS REGARDING CLAIMS ADMINISTRATION (Sept. 25, 2012)

11. MIKE JUNEAU E-MAIL TO THE PARTIES RE INPUT ON ALTERNATE CAUSATION (Sept. 25, 2012)

12. HOLSTEIN LETTER TO CLAIMS ADMINISTRATOR (Sept. 28, 2012) (re: Issues Raised by Class Counsel or Settlement Program)

13. HOLSTEIN LETTER TO CLAIMS ADMINISTRATOR (Sept. 28, 2012) (re: Sept. 25th Policy Announcements)

14. MEMO FROM CLASS COUNSEL TO CLAIMS ADMINISTRATOR RE SEPT. 25TH POLICY ANNOUNCEMENTS (Sept. 28, 2012)

15. Claims Administrator's REVIEW AND CLARIFICATION OF SELECTED POLICY STATEMENTS (Oct. 8, 2012)

16. Claims Administrator's ANNOUNCEMENT OF POLICY DECISIONS REGARDING CLAIMS ADMINISTRATION (Oct. 10, 2012)

17. EXCERPTS FROM FINAL APPROVAL HEARING TRANSCRIPT

18. JOINT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF FINAL APPROVAL [Doc 7945], p.39.

19. E-MAIL FROM DAN CANTOR TO MIKE JUNEAU RE: "ACCOUNTANT QUESTIONS" (Dec. 11, 2012)

20. E-MAIL FROM JUDGE BARBIER RE "MEETING TODAY RE NON-PROFITS AND SIP" (Dec. 12, 2012)

21. Claims Administrator's ANNOUNCEMENT OF POLICY DECISIONS (Jan. 15, 2013)

22. DECLARATION OF ALLEN CARROLL (Jan. 16, 2013)
    Ex. A - RECOGNITION OF REVENUE AND GAINS, under FASB Statement No. 5
    Ex. B – Wilder and Dickinson, ACCOUNTING RULES FOR CONTINGENT FEE RECOGNITION

23. AFFIDAVIT OF HAROLD ASHER (Jan. 15, 2013)

24. DECLARATION OF RICK STUTES (Jan. 17, 2013)

25. DECLARATION OF DR. MARK KOHLBECK, CPA (Feb. 18, 2013)

26. Kein, Weygandt & Warfield, "Recognition and Measurement Concepts" INTERMEDIATE ACCOUNTING (13th ed.), pp.39-51.

27. WHAT BP'S EXPERTS WANT:  Summary of Declarations Submitted by BP in Support of BP's February 3, 2013 Motion for Reconsideration,

28. E-MAIL TO CLASS COUNSEL FROM MARY BETH MANTIPLY (Feb. 16, 2013)

29. DECLARATION OF ROBERT WALLACE ("Wally") (Feb. 18, 2013)

30. DECLARATION OF GEORGE PANZECA (Feb. 18, 2013)

31. DECLARATION OF JOHN TOMLINSON (Feb. 18, 2013)
    - Test Case No. 13
    - Test Case No. 20
    - Test Case No. 71
    - Test Case No. 72

32. SUPPLEMENTAL DECLARATION OF ALLEN CARROLL (Feb. 18, 2013)


This 17th day of March, 2013.



Respectfully submitted,


   /s/   Stephen J. Herman                            /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129        **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**               **DOMENGEAUX WRIGHT ROY EDWARDS LLC**
820 O'Keefe Avenue                                  556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                  Lafayette, Louisiana 70501
Telephone: (504) 581-4892                     Telephone: (337) 233-3033
Fax No. (504) 569-6024                            Fax No. (337) 233-2796
E-Mail: sherman@hhklawfirm.com           E-Mail: jimr@wrightroy.com
*Co-Lead Class Counsel*                                 *Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Notice, together with the Exhibits, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>17th</u> day of <u>March</u>, <u>2013</u>.

                                              <u>/s/ Stephen J. Herman and James Perkerson Roy</u>