# Preliminary Approval Hearing

April 25, 2012

| Mr. Rice | | |
|---|---|---|
| Page | Line | Text |
| 20 | 20-22 | If you don't have a presumption of causation, then what we'll be looking for in the settlement process is a percentage of loss from 2010, from your historic revenue. |
| 25 & 26 | 21-25 & 1 | Here in Zone B, where the first percentage comes in, we're looking for a drop in revenue during the spill period compared to the benchmark period of 8 1/2%, and then some return in 2011 timeframe to say it was affected by the spill. |
| 27 | 1-7 | Generally in the business concept, you can pick three or more consecutive months.  You can pick any three months, so if you had, you know, you had a good [sic. Bad] month in there that doesn't add in; that's one of the differences with what the GCCF is doing, you had to add everything.  Here you can pick the three months that you want to use or you can pick more and compare it to your benchmark period. |
| Mr. Roy | | |
| Page | Line | Text |
| 60 | 12 | The real point here, Your Honor, is that over the many months of this negotiation, a great deal of time was put in to trying to objectively quantify the relief of virtually any given category of claimant.  We would respectfully submit we've succeeded in that. |
| Mr. Godfrey | | |
| Page | Line | Text |
| 81 | 12 | Let me begin by stating that we agree with the Plaintiffs' Steering Committee that these two settlements are comprehensive.  They are far-reaching.  They are designed to be transparent and objective, and most importantly, they are intended in design to fairly and adequately compensate those who were injured as a result of the oil spill in this tragic casualty. |
| 86 | 11-13 | I think it is an understatement to say that the settlement is the result of extensive negotiations conducted at arm's length. |
| | 16 – 22 | But the mere fact that we had worthy adversaries who seldom agreed on everything, but when you look at those settlement documents we filed, every single word, every single comma, every single colon—and we know that because we had disagreements about what they meant sometimes—were negotiating many times for far longer than I had hoped, but they were negotiated nevertheless. |

| 87 | 9 | Third the Settlement does not improperly grant preferential treatment. To the contrary it has unique features that guarantee its fairness and adequacy in providing meaningful benefits to class members. These compensation frameworks, which were negotiated heavily by Ms. Bloom on my team and Mr. Rice, and Mr. Holstein and me and others, are tailored for each category of damage. |
| --- | --- | --- |
| 91 | 6 | Each settlement is a result of serious informed negotiations. |
|  |  |  |