

# APPEAL PANEL TRAINING

# DEEPWATER HORIZON ECONOMIC SETTLEMENT

**August 20, 2012**



# General BEL

**Variable Profit**

1) Calculated for both Benchmark and Compensation Periods
2) Sum of monthly revenue minus variable expenses from revenue over the same time period

**Variable Margin**

1) Calculated only for the Benchmark Period
2) Step 1: Sum Variable Profit from Benchmark Period
3) Step 2: Sum Total Revenue from Benchmark Period
4) Step 3: Variable Margin = % as Variable Profit calculated in Step 1 divided by total revenue calculated in Step 2

**Incremental Revenue**

Claimant's revenue in a claimant-selected period of six, seven or eight consecutive months from Benchmark Period multiplied by Claimant-Specific Factor and General Adjustment Factor

2

# General BEL

## LOSS CALCULATION

| | |
|---|---|
| **Step 1** | **Calculate the difference in Variable Profit between the Compensation Period and the Variable Profit over the same months of the Benchmark Period** |
| **Step 2** | **Calculate Claimant-Specific Factor and Incremental Revenue. Multiply Incremental Revenue by Variable Margin in the Benchmark Period** |
| **Step 3** | **Add Step 1 to Step 2 to get Lost Variable Profits** |
| **Step 4** | **Apply RTP, which varies depending on nature of claimant's business and Zone where business is located (See Exhibit 15)** |
| **Multi-Facility Businesses** | 1. **Separate claims – Apply RTP separately to each claiming Facility**<br>2. **Consolidated claim – RTP applied to Headquarters for entire claim** |

3