**From:** Michael Juneau
**To:** Mark Holstein; Keith.Moskowitz; Jim Roy; Steve Herman
**Cc:** Christine Reitano; Patrick Juneau
**Subject:** RE: Request for Parties" Positions - NO LATER THAN 12:00 NOON, SEPTEMBER 28, 2012
**Date:** Tuesday, September 25, 2012 2:11:27 PM
**Importance:** High

Counselors:

Please provide the Claims Administrator's office (copies to all of the above) with your respective interpretations of the Settlement Agreement, providing citations to any *specific* language in the Settlement Agreement that you contend addresses the following issue:

**As to BEL claims, once a claimant's financial records satisfy the causation standards set out in Exhibit 4B, does the Settlement Agreement mandate and/or allow the Claims Administrator to separate out losses attributable to the oil spill vs. those that are not? Stated another way, once a claimant passes the causation threshold, is the claimant entitled to recovery of *all* losses as per the formula set out in Exhibit 4C, or is some consideration to be given so as to exclude those losses clearly unrelated to the spill?**

I will give a hypothetical situations to try to illustrate the question we are asking:

*Hypo:* A small accounting corporation / firm is located in Zone B. They meet the "V-shaped curve" causation test. The explanation for the drop in revenue is that one of the three partners went out on medical leave right around the time of the spill. Their work output, and corresponding income, thus went down by about a third. The income went back up 6 months later when the missing partner returned from medical leave. Applying the compensation formula under Exhibit 4C of the Settlement Agreement, the accounting firm can calculate a fairly substantial loss. Is that full loss recoverable?

Please submit any position paper you wish to present on this issue no later than **12:00 noon, central time, Friday, September 28, 2012**. Given the ongoing efforts to process the program's claims as expeditiously as possible in light of certain impending court deadlines, we are not in a position to consider any position statements submitted after that deadline. Thank you.

**935 Gravier Street, Ste. 1905**
**New Orleans, LA 70112**