| | |
|---|---|
| **From:** | Carl_Barbier@laed.uscourts.gov |
| **To:** | richard.godfrey@kirkland.com; Mark.Holstein@bp.com; jimr@wrightroy.com; Steve Herman; pjuneau@dheclaims.com; Michael Juneau |
| **Cc:** | Sally_Shushan@laed.uscourts.gov; Ben_Allums@laed.uscourts.gov |
| **Subject:** | Meeting today re non-profits and SIP |
| **Date:** | Wednesday, December 12, 2012 3:21:06 PM |

Gentlemen,

This will serve to confirm our discussion this morning.

The Court discussed with counsel for BP, the PSC and the Claims Administrator issues relating to the claims administrator's interpretation of the economic settlement agreement as it relates to non-profit entities. After discussion, the Court upheld the claims administrator's interpretation as set forth in his November 30, 2012 memorandum to the Court ("In Camera Referral of Unresolved Issue #1 - Not-for-Profits)

There was further discussion regarding the proposed Supplemental Information Program.  The Court advised the parties that it agreed with BP that there was no need for a new website, and that the Court would not approve the commencement of this supplemental program until it issues an order of final approval for the settlement.  The Court further instructed the parties to meet and confer to attempt to resolve any remaining issues with respect to the SIP.

Counsel for BP and the PSC agree with the Claims Administrator's objective analysis of causation with respect to his evaluation of economic damage claims, as previously set forth by Mr. Juneau in paragraph 2 of his October 10, 2012 policy announcement.

Thank you for your continued cooperation, and with wishes for a happy holiday season,

Carl Barbier