# DECLARATION OF DR. MARK KOHLBECK, CPA

I am Dr. Mark Kohlbeck, an associate professor of accounting and the director of the accounting Ph.D. program at Florida Atlantic University in Boca Raton, Florida.  I have a BBA in Accounting from the University of Wisconsin - Whitewater, an MBA from Southern Methodist University, and a PhD from the University of Texas at Austin.  I have over ten years of consulting and auditing experience with Deloitte & Touche and over ten years of academic experience at the University of Wisconsin - Madison and Florida Atlantic University.  I am also a CPA, licensed in the State of Wisconsin.

1. Preparation of financial statements follow one of three acceptable basis of accounting- accrual, cash, and modified-cash.

2. Generally accepted accounting principles (GAAP) is based on accrual basis of accounting and is required to be used by SEC registrants (firms with publicly traded stock or debt).  Privately-held firms use a basis of accounting that its managers determine most appropriate.

3. Preparation of financial statements under all basis of accounting are based on information available at the time of preparation.  Previously issued financial statements are only subsequently restated to correct errors.

4. Recognition of revenue and expenses under the cash-basis of accounting are based on when cash is received and paid, respectively.

5. Revenue under the accrual-basis of accounting (GAAP) is defined as an inflow of net assets from delivering or producing goods, rendering services, and other activities that constitute the entity's major ongoing operations (Concepts Statement No, 6, ¶78).

6. Recognition of revenue and expenses under the accrual-basis of accounting (GAAP) is based on the revenue recognition principle and the expense recognition principle.  The revenue recognition principle requires the revenue to be both earned and realizable to be recognized (Concepts Statement No, 5, ¶83) .  The expense recognition principle requires expenses to be recognized as 1) the consumption of benefits during a period either directly or indirectly related it to revenue, and 2) the loss or lack of future benefit (Concepts Statement No, 5, ¶85-87).

7. Matching is not the expense recognition principle under GAAP. That is, matching is not a part of the conceptual framework underlying the foundation for GAAP.  However, the idea of matching is similar to one part of the expense recognition principle.

8. In older financial accounting textbooks (e.g., Kieso, Weygandt & Warfield, Intermediate Accounting 10th Ed.), the idea of matching was commonly stated as an accounting

principle. Over a decade ago, the profession's thinking evolved and concluded that matching is not an accounting principle. More recent editions of financial accounting textbooks (e.g., Kieso, Weygandt & Warfield, Intermediate Accounting 14th Ed.) emphasize the conceptual framework as a foundation and do not indicate matching as an accounting principle.

9. In certain situations, the expense recognition principle for accrual-basis of accounting (GAAP) defers the recognition of certain expenses so that the expense is recognized in the same period as the revenue. Resulting financial statements may therefore show spikes in revenue, expenses, and profits.

10. Moving revenue properly recognized in one period under accrual-basis of accounting (GAAP) to another period (for example, in an effort to smooth earnings) is a form of earnings management and is considered unacceptable for financial reporting purposes by the accounting profession.

11. The accounting for construction contracts under accrual-basis of accounting (GAAP) depends on a number of factors (FASB ASC §605-35).[1] The percentage of completion method of accounting is used for long-term contracts where management can estimate the remaining costs to complete the contract. Long-term is generally thought of as longer than one year. Under this method, revenue recognition is partially accelerated and expenses are recognized as incurred. The completed contract method is used for short-term contracts (e.g., duration less than one year) and long-term contracts where management is unable to estimate remaining costs to complete the contract. Under this method, recognition of construction costs are deferred until the contract is complete at which time all revenue and costs of construction are recognized. The completed contract method results in spikes in revenue, expenses, and profits. Under both methods, any loss is recognized immediately.

12. The accounting for agricultural operations (crops) under accrual-basis of accounting (GAAP) differs in that direct and indirect costs of growing crops shall be accumulated and deferred until the crop is harvested and sold (FASB ASC §905-330). This approach results in spikes in revenue, expenses, and profits.

13. The accounting for professional service firms with contingency fees under accrual-basis of accounting (GAAP) is a function of the contingent nature of the potential fee awards. Revenue is this case is considered a gain contingency and is not recognized until the gain

---

[1] The Accounting Standard Codification (ASC) was created by FASB as a complete collection of U.S. GAAP.

contingency is realized (FASB ASC §450-30-25). Expenses, however, are recognized as incurred. There is no basis to defer recognition of expenses. This approach results in spikes in revenue, expenses, and profits

I declare under penalty of perjury that the foregoing is true and correct.

_____

*Curriculum Vitae*
**Mark Kohlbeck, PhD CPA**

| | |
|---|---|
| **Office Address** | **Home Address** |
| Florida Atlantic University | |
| School of Accounting | |
| 777 Glades Avenue | 9457 Worswick Court |
| Boca Raton, FL 33431-0991 | Wellington, FL 33414 |
| (561) 297-1363 | (561) 333-8757 |
| mkohlbec@fau.edu | |

**Education**

Ph.D. in Accounting, The University of Texas at Austin
    Dissertation:  Evidence of Franchise Value in the Banking Industry
M.B.A., Southern Methodist University
B.B.A. in Accounting, University of Wisconsin – Whitewater, *summa cum laude*

**Teaching**

Interests:  Financial accounting and reporting

Courses Taught at Florida Atlantic University:
    Advanced Accounting Theory (Graduate, 2011-2012)
    Scientific Method in Business (Doctoral Seminar, 2012)
    Financial Reporting Research (Doctoral Seminar, 2006 - 2011)
    Capital Markets Research in Accounting (Doctoral Seminar, 2011)
    Advanced Financial Reporting and Accounting Concepts (Graduate, 2007 - 2011)
    Global Insurance Accounting (Undergraduate/Graduate, 2009 - 2010)
    Financial Reporting and Accounting Concepts (Graduate, 2006 - 2007)
    Intermediate Accounting Theory 3 (Undergraduate, 2006 - 2007)
    Advanced Accounting 2 (Graduate, 2005)

Courses Taught at University of Wisconsin - Madison:
    Empirical Research in Financial Reporting (Doctoral Seminar, 2004)
    Advanced Empirical Research in Financial Reporting (Doctoral Seminar, 2002)
    Financial Reporting 2 (Undergraduate, 2002 - 2005)
    Financial Reporting 1 (Undergraduate, 1999 - 2002)

**Research**

Interests:
    Accounting disclosures
    Accounting choice
    Informativeness of financial statement information
    Banking regulation and financial institutions
    Audit Markets

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

Publications:

    E. Gordon, A. Greiner, M. Kohlbeck, S. Lin, and H. Skiafe. 2013. Challenges and Opportunities in Cross-Country Accounting Research. *forthcoming Accounting Horizons* 27 (1).

    Kohlbeck, M, S. Krische, N. Mangold, and S. Ryan. 2012. Financial Market Regulation and Opportunities for Accounting Research. *Accounting Horizons* 26 (3): 563-581.

    Kohlbeck, M. 2011. Investor Valuations of Suppliers' Major Customer Disclosures. *Advances in Accounting, incorporating Advances in International Accounting* 27 (2): 278-285.

    Cao, J., and M. Kohlbeck. 2011. Analyst Quality, Optimistic Bias, and Reactions to Major News. *Journal of Accounting, Auditing, and Finance* 26 (3): 502-526.

    Dunn, K., M. Kohlbeck, and B. Mayhew. 2011. The Impact of the Big4 Consolidation on Audit Market Share Equality. *Auditing: A Journal of Practice & Theory* 30 (1): 49-73

    Kohlbeck, M., and T. Warfield. 2010. Accounting Standard Attributes and Accounting Quality: Discussion and Analysis. *Research in Accounting Regulation* 22: 59-70.

    Kohlbeck, M. and B. Mayhew. 2010. Valuation of Firms That Disclose Related Party Transactions. *Journal of Accounting and Public Policy* 29: 115-137.

    Gosman, M, and M. Kohlbeck. 2009. Effects of the Existence and Identity of Major Customers on Supplier Profitability: Is Wal-Mart Different? *Journal of Management Accounting Research* 21: 179-201.

    Dunn, K., M. Kohlbeck, and M. Magilke. 2009. Future Profitability, Operating Cash Flows, and Market Valuations Associated with Offshoring Arrangements of Technology Jobs. *Journal of Information Systems* 23 (Fall): 25-47

    Kohlbeck, M., J. Cohen, and L. Holder-Webb. 2009. Auditing Intangible Assets and Evaluating Fair Market Value – The Case of Reacquired Franchise Rights. *Issues in Accounting Education* 24 (February): 45-61.

    Kohlbeck, M. 2009. *Auditing Fair Values. BNA Tax and Accounting Portfolio 5403* (Accounting Policy and Practice Series).

    Kohlbeck, M., B. Mayhew, P. Murphy, and M. Wilkins. 2008. Competition of Andersen's Clients. *Contemporary Accounting Research* 25 (Winter): 1099-1136.

    Chen, C., M. Kohlbeck, and T. Warfield. 2008. Timeliness of Impairment Recognition: Evidence from the Initial Adoption of SFAS 142. *Advances in Accounting* 24:72-81.

    Smith, P., and M. Kohlbeck. 2008. Accounting for Derivatives and Hedging Activities: Comparison of Cash Flow versus Fair Value Hedge Accounting. *Issues in Accounting Education* 23 (February): 103-117.

    Kohlbeck, M. and T. Warfield. 2007. The Role of Unrecorded Intangible Assets in the Valuation of Abnormal Earnings. *Accounting Horizons* 21 (March): 23-41.

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

- Gosman, M. and M. Kohlbeck. 2007. The Relationship Between Wal-Mart's Inventory Cutbacks in 2006 and Suppliers' Sales Trends. *Commercial Lending Review* (Sep/Oct): 19-26, 47-48.

- Gujarathi, M. and M. Kohlbeck. 2007. Reliance Corporation - Inventory Write-downs and Reversals., *Issues in Accounting Education 22 (August): 503-514*.

- Kohlbeck, M. 2006. *Accounting for Investments in Debt Securities. BNA Tax and Accounting Portfolio 5106* (Accounting Policy and Practice Series).

- Holder-Webb, L. and M. Kohlbeck. 2006. The Hole in the Doughnut: Accounting for Intangible Assets at Krispy Kreme. *Issues in Accounting Education* 21 (August): 297-312.

- Kohlbeck, M. 2005. Reporting Earnings at Summer Technology - A Capstone Case Involving Intermediate Accounting Topics. *Issues in Accounting Education* 20 (May): 195-212.

- Gosman, M. and M. Kohlbeck. 2005. The Relationship Between Supply-Chain Economies and Large Retailers' Working Capital. *Commercial Lending Review* 20 (January-February): 9-14, 51-52.

- Kohlbeck, M. 2004. Investor Valuations and Measuring Bank Intangible Assets. *Journal of Accounting, Auditing, and Finance* 19 (Winter): 29-60.

- Hodder, L., M. Kohlbeck, and M. McAnally. 2002. Accounting Choices and Risk Management: The Case of SFAS 115 and U.S. Bank Holding Companies. *Contemporary Accounting Research* 19 (Summer): 225-270.

- Buchheit, S. and M. Kohlbeck. 2002. Have Earnings Announcements Lost Information Content? *Journal of Accounting, Auditing and Finance* 17 (Spring): 137-153.

Working Papers:

- Cao, J., H. Hsieh, and M. Kohlbeck. Executive Succession and Post-Restructuring Performance Improvement and Financial Reporting Quality

- Dunn, K., M. Kohlbeck, and T. Smith. Bargain Purchase Gains and the Acquisitions of Failed Banks.

- Dunn, K., M. Kohlbeck, and B. Mayhew. Does Audit Market Equality Affect Audit Fees?

- Greiner, A., M. Kohlbeck, and T. Smith. An Examination of Real Earnings Management and Audit Fees

- Hao, L., and M. Kohlbeck. The Market Impact of Mandatory Interactive Data: Evidence from Bank Regulatory XBRL Filing.

- Kohlbeck, M., V. Lookanan-Brown, and J. Trainor. Did the SOX Ban on Non-audit Services Go Far Enough or Too Far? Evidence on Investors' Perceptions of Auditor Independence

Refereed Proceedings:

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

An Examination of Real Earnings Management and Audit Fees, American Accounting Association Auditing Section Midyear Meeting (2013); American Accounting Association Annual Meeting (2012)

The Market Impact of Mandatory Interactive Data: Evidence from Bank Regulatory XBRL Filing. American Accounting Association Annual Meeting (2012)

Bargain Purchase Gains and the Acquisitions of Failed Banks, American Accounting Association Financial Accounting and Reporting Section Midyear Meeting (2012)

Does Audit Market Equality Affect Audit Fees? American Accounting Association Annual Meeting (2011)

Analyst Quality, Optimistic Bias, and Reactions to Major News, American Accounting Association Annual Meeting (2009)

Competition of Andersen's Clients, Contemporary Accounting Research Conference (2006), American Accounting Association Annual Meeting (2006), American Accounting Association Southeast Annual Meeting (2006)

The Hole in the Doughnut: Accounting for Intangible Assets at Krispy Kreme, American Accounting Association Annual Meeting (2006)

Wal-Mart's Effect on its Suppliers, American Accounting Association Southeast Annual Meeting (2006)

Reliance Corporation - Inventory Write-downs and Reversals, American Accounting Association Northeast Annual Meeting (2006)

The Demand for Private Company Audits: Evidence from Private Commercial Banks, American Accounting Association Annual Meeting (2005)

The Economic Consequences of Principles-Based Accounting Standards, University of Oklahoma Accounting Research Conference (2005), American Accounting Association Annual Meeting Forum paper (2005)

Agency Costs, Contracting and Related Party Transactions, American Accounting Association Financial Accounting and Reporting Section Midyear Meeting (2005)

Evidence of the Goodwill Impairment Valuation Effects from the Initial Adoption of SFAS 142, American Accounting Association Midwest Annual Meeting (2004), American Accounting Association Annual Meeting Forum paper (2004)

Reduction of Security Mispricing Through the Use of Quarterly Conference Calls American Accounting Association Annual Meeting (2003)

The Impact of Conference Calls on the Information Content of Earnings Announcements. American Accounting Association Western Annual Meeting (2003)

The Role of Unrecorded Intangible Assets in the Valuation of Abnormal Earnings, American Accounting Association Midwest Annual Meeting (2002)

Have Earnings Announcements Lost Information Content? American Accounting Association Annual Meeting Forum paper (2001), American Accounting Association Southwest Annual Meeting (2000)

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

- Investor Valuations and Measuring Bank Intangible Assets, American Accounting Association Annual Meeting (2000)

- Accounting Choices and Risk Management: The Case of SFAS 115 and U.S. Bank Holding Companies, American Accounting Association Annual Meeting (2000)

- Evidence on the Effect of SFAS 115 on Bank Investment Decisions, American Accounting Association Annual Meeting Forum paper (1999)

Presentations:

- An Examination of Real Earnings Management and Audit Fees, Florida Atlantic University (2012)

- Bargain Purchase Gains and the Acquisitions of Failed Banks, University of Wisconsin – Milwaukee (2012), South Florida Accounting Research Conference (2011)

- Does Audit Market Equality Affect Audit Fees? Florida Atlantic University (2011)

- Did the SOX Ban on Non-audit Services Go Far Enough? Evidence on Investors' Perceptions of Auditor Independence, Florida Atlantic University (2009)

- Analyst Quality, Optimistic Bias, and Reactions to Major News, Florida International University (2008)

- An Analysis of Recent Events on the Perceived Reliability of Fair Value Amounts in the Banking Industry, Florida Atlantic University (2007)

- The Association of Future Profitability, Operating Cash Flows, and Market Assessments with Offshoring Arrangements, Florida Atlantic University (2007)

- Agency Costs, Contracting and Related Party Transactions, presented at University of Wisconsin (2004), Florida Atlantic University (2004), and University of Kentucky (2004)

- The Demand for Private Company Audits: Evidence from Private Commercial Banks, presented at University of Arkansas (2004)

- The Economic Consequences of Principles-Based Accounting Standards, presented at University of British Columbia (2004)

- Evidence of the Goodwill Impairment Valuation Effects from the Initial Adoption of SFAS 142, presented at University of Wisconsin (2004)

- The Role of Unrecorded Intangible Assets in the Valuation of Abnormal Earnings, presented at University of Wisconsin (2001)

- Impact of Strategy on Firm Valuation, presented at Summer Brown Bag Series sponsored by the Accounting Departments at University of Wisconsin (2001)

- Accounting Choices and Risk Management: The Case of SFAS 115 and U.S. Bank Holding Companies, presented at University of Wisconsin (2000)

- Investor Valuations and Measuring Bank Intangible Assets, presented at American Accounting Association Annual Meeting (2000) and workshops at Florida State University, Southern Methodist University, University of Arizona, University of

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

> Florida, University of Illinois, University of Iowa, University of Texas and University of Wisconsin (1999)

> Evidence on the Effect of SFAS 115 on Bank Investment Decisions, presented at the University of Texas (1996)

**Teaching and Research Positions**

| | |
|---|---|
| 2009 – Present | *Associate Professor*, School of Accounting, Florida Atlantic University |
| 2005 – 2009 | *Assistant Professor*, School of Accounting, Florida Atlantic University |
| 1999 – 2005 | *Assistant Professor*, Accounting & Information Systems, School of Business, University of Wisconsin - Madison |
| 1994 – 1999 | *Graduate teaching and research assistant*, Department of Accounting, The University of Texas at Austin |
| 1995 – 1996 | *Assistant Instructor*, Department of Accounting, The University of Texas at Austin |
| 1988 | *Adjunct Faculty*, Department of Accounting, Southern Methodist University |

**Service**

Doctoral Program Activities:

> Director of Accounting Ph.D. Program, School of Accounting, Florida Atlantic University (2010-2012)

> Dissertation Committees:

>> Yun Cheng, committee chair

>> Phebe Culler-Davis, committee member

>> Adam Greiner, committee chair (placed at University of Denver)

>> Lizhong Hao, committee chair (placed at California State University – Fresno)

>> Jomo Sankara, committee chair (An Examination of Real Earnings Management and Audit Fees, placed at Illinois State University)

>> Errol Stewart, committee chair (An Examination of Real Earnings Management and Audit Fees, placed at Georgia Southern University)

>> Joseph Trainor, committee chair (date filed – August 2011, placed at St. John's University)

>> Veena Lookanan-Brown, committee member (date filed – August 2011.m placed at University of Wisconsin – Milwaukee)

>> John Incardona, committee chair (date filed - August 2010, placed at Zayed University)

>> Ivy Huang, committee member (date filed - August 2011, placed at Queens College)

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

> > Ron Premuroso, committee co-chair (date filed - August 2008, placed at University of Montana)
> >
> > Robert Houmes, committee member (date filed – September 2007, placed at University of North Florida)
> >
> > Matthew Magilke, committee co-chair (date filed – June 2004, placed at University of Utah)
> >
> > Changling Chen, committee member (date filed – June 2004, placed at University of Waterloo)
> >
> > Jay Park, committee member (date filed – June 2004, placed at University of Seoul)
> >
> > Gerhard Barone, committee member (date filed – August 2002, placed at University of Texas - Austin)
>
> QRP Advisor, Adam Greiner (2011), Yun Cheng (2011), Lizhong Hao (2010), Errol Stewart (2009), Joe Trainor (2008), John Incardona (2007)
>
> Ph.D. Committee, College of Business, Florida Atlantic University (2010-2012)
>
> Ph.D. Committee, School of Accounting, Florida Atlantic University (2005-2012)
>
> Ph.D. Committee, Accounting Department, University of Wisconsin (2000-2002)
>
> Member of oral examination committees (2002-2012)
>
> Writing preliminary exam questions (2003-2012)
>
> Grading preliminary exams (2000-2012)

Discussant Activities:

> American Accounting Association Annual Meeting – moderator for Research Events Panel on Market Regulation and Opportunities for Accounting Research (2011)
>
> American Accounting Association Annual Meeting – one paper in concurrent session on fair values, one paper on auditor resignations (2010)
>
> Financial Accounting and Reporting Section Mid-year Meeting – one paper on the financial crisis (2010)
>
> American Accounting Association Annual Meeting – one paper in concurrent session on fair values (2009)
>
> Chinese Accounting Professors of North America Annual Meeting, Bejiing – one paper on asset securitization, one paper in poster session on fair values (2009)
>
> American Accounting Association Annual Meeting – two papers in concurrent sessions on audit firm quality and on accounting history (2008)
>
> South Florida Accounting Research Conference – two papers on financial reporting topics (2008)
>
> American Accounting Association Annual Meeting – paper in concurrent session on internal control and enterprise risk management (2007)

7

*Curriculum Vitae* of Mark Kohlbeck, PhD CPA (continued)

- American Accounting Association Annual Meeting – three papers in concurrent session on consequences of accounting standards (2006)
- American Accounting Association Southeast Annual Meeting – moderator / discussant for three papers in concurrent session on GAAP and the conceptual framework (2006)
- American Accounting Association Annual Meeting – moderator for FASB / IASB / SEC Financial Reporting Update (2005)
- American Accounting Association Annual Meeting – 3 papers in concurrent session on the value relevance of accounting numbers (2004)
- American Accounting Association Annual Meeting – 3 papers in concurrent session on valuation of intangible assets (2002)

Referee Activities:

Editorial Board, *Issues in Accounting Education* (2008-2010, 2013)

*The Accounting Review*

*Contemporary Accounting Research*

*Contemporary Accounting Research Conference*

*Journal of Accounting, Auditing, and Finance*

*Journal of Accounting and Public Policy*

*Journal of Business, Finance, and Accounting*

*Auditing: A Journal of Practice and Theory*

*Accounting Horizons*

*Research on Accounting Regulation*

*International Journal of Accounting, Auditing, and Performance Evaluation*

*International Journal of Auditing*

*International Journal of Hospitality Management*

*Issues in Accounting Education*

*European Accounting Review*

*ABACUS*

*Corporate Governance: An International Review*

*Advances in Accounting*

*The Financial Review*

*Managerial Finance*

*Journal of Business Research*

*Global Finance Journal*

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

- American Accounting Association Annual Meeting (Financial Accounting and Reporting Section, Auditing Section, Teaching, Learning, and Curriculum Section)
- Financial Accounting and Reporting Section of the American Accounting Association Mid-year Meeting
- Auditing Section of the American Accounting Association Mid-year Meeting
- Chinese Accounting Professors of North America Annual Meeting
- GRFI (Research Grants Council of Hong Kong)
- American Accounting Association Midwest Annual Meeting
- American Accounting Association Southeast Annual Meeting

Professional Committee Activities:

- FARS Steering Board (2012)
- Innovation in Auditing Education Award Selection Committee, Auditing Section of the American Accounting Association (2011-2012, chair 2012)
- Outstanding Educator Award Committee, American Accounting Association (2012)
- FARS Midyear Meeting Track Coordinator (2010-2011)
- Research Events Team of the AAA Annual Program Committee, American Accounting Association (2010-2011)
- Notable Contributions and Distinguished Contributions to Accounting Literature Award Screening Committee, American Accounting Association (2009-2010)
- Notable Contributions to Accounting Literature Award Screening Committee, American Accounting Association (2003-2004, 2007-2009), chair (2008-2009)
- Financial Reporting Policy Committee, Financial Accounting and Reporting Section of the American Accounting Association (2007-2009)
- Educational Research Award & Hall of Honors Committee, Teaching, Learning and Curriculum Section of the American Accounting Association (2008-2009)
- Nominating Committee, Financial Accounting and Reporting Section of the American Accounting Association (2007)
- Southeast Regional Meeting Coordinator, Financial Accounting and Reporting Section of the American Accounting Association (2006-2007)
- Deloitte Wildman Award Committee, American Accounting Association (2006-2007)
- Outstanding Accounting Education Research Award Committee, Teaching & Curriculum Section, American Accounting Association (2006)
- Midwest Regional Meeting Coordinator, Financial Accounting and Reporting Section of the American Accounting Association (2004-2005)
- Midwest Regional Meeting Best Paper Award (2005)
- Midwest Regional Meeting Best Student Paper Award (2005)

*Curriculum Vitae* of Mark Kohlbeck, PhD CPA (continued)

    Trueblood Committee, American Accounting Association (2004-2005)

    Seminal Contributions to Accounting Literature Award Screening Committee, American Accounting Association (2003-2004)

University Committee Activities:

    FAU University Faculty Senate Athletics Committee (2011-2012)

    FAU Athletics Advisory Board, including Finance Subcommittee (2011-2012)

    FAU Excellence in Graduate Mentoring Award Committee (2012)

    COB Research Advocacy Committee, Florida Atlantic University (2008-2012)

    COB Scholar of the Year Committee, Florida Atlantic University (2011-2012)

    Scholars Committee, School of Accounting, Florida Atlantic University (2007-2012)

    Curriculum Committee, School of Accounting, Florida Atlantic University (2012)

    Financial Accounting Sub-committee, School of Accounting, Florida Atlantic University (2005-2012)

    Recruiting Committee, School of Accounting, Florida Atlantic University (2006-2011), chair (2007-2011)

    Journals Committee, School of Accounting, Florida Atlantic University (2006-2009), chair (2007-2009)

    Graduate Curriculum Committee, School of Accounting, Florida Atlantic University (2005-2007)

    COB Stewart Professorship Committee (2007)

    Ad hoc Committee for Staffing and Scheduling of MAC Courses, School of Accounting, Florida Atlantic University (2005)

    Undergraduate Curriculum Committee, School of Business, University of Wisconsin (2004-2005, 2002-2003)

    Undergraduate Appeals Committee, School of Business, University of Wisconsin (2004-2005, 2002-2003)

    Research Committee, School of Business, University of Wisconsin (2003-2004)

    Teaching Committee, School of Business, University of Wisconsin (2000-2002)

Other Activities:

    South Florida Accounting Research Conference, co-coordinator (2007-2012)

    Faculty Adviser, Accounting Student Associates, Florida Atlantic University (2007-2009)

    Undergraduate Appeals, School of Accounting, Florida Atlantic University (2006-2009)

    Participant, COB Research Day, Florida Atlantic University (April 5, 2007)

    Participant, Faculty Academic Showcase, Florida Atlantic University (April 25, 2007)

*Curriculum Vitae* of Mark Kohlbeck, PhD CPA (continued)

>ACG 2021 co-chair, School of Accounting, Florida Atlantic University (2006)
>
>Research Workshop Coordinator, School of Accounting, Florida Atlantic University (2005-2007)
>
>Syllabi for Financial Reporting 2 (undergraduate) and Empirical Research in Financial Reporting (doctoral) accepted for inclusion in the American Accounting Association Financial Accounting and Reporting Section's Syllabus Project (2005)
>
>Faculty advisor, Deloitte & Touche Trueblood Case Competition (November 2004)
>
>Faculty participant, SuperSOAR, a diversity program connecting students with the University of Wisconsin prior to their arrival on campus (June 2004)
>
>Invited participant, Improving Corporate Governance in Commercial Banks – a Freedom Support Project for Russia – a round table of select faculty and a Russian banking delegation (December 2002)

**Professional Positions**

*Deloitte & Touche*, Dallas, Texas
>Management Consulting; attained Senior Manager level
>Member of Financial Institutions and Reorganization Advisory Services Groups
>Responsible for managing engagements primarily involving financial institutions, troubled companies, and litigation support

*Deloitte & Touche*, Dallas, Texas and Milwaukee, Wisconsin
>Auditing; attained Senior Manager level
>Responsible for managing and performing audits of banks, insurers, real estate developers, retailers, wholesalers, and manufacturers

**Honors, Grants, and Awards**

School of Accounting Executive Program Competitive Summer Research Grant (2007, 2009, 2012)
Innovations in Auditing Education, AAA Auditing Section (2011)
Excellence in Graduate Mentoring Award, Florida Atlantic University (2011)
College of Business Competitive Summer Research Grant (2010)
College of Business Scholar of the Year (2010)
Innovations in Accounting Education, American Accounting Association (2009)
Nominated for COB Distinguished Teacher of the Year, Florida Atlantic University (2007)
Participant in PwC University for Professors (2006)
Wisconsin Alumni Research Fund competitive grant (2002, 2000)
University of Wisconsin School of Business Research competitive grants (2001)
Participant in Big 10+ Accounting Research Conference (2000-2002)
Faculty representative to Big 10 Doctoral Consortium (2001-2002)
Participant in D&T Trueblood Seminar (2001)
Participant in 2000 AAA New Faculty Consortium
Participant in 1998 AAA Doctoral Consortium

*Curriculum Vitae* **of Mark Kohlbeck, PhD CPA (continued)**

Participant in 1998 Pac-Ten Doctoral Consortium
Participant in 1997 FASB Doctoral Student Symposium
Participant in 1997 Southwest Accounting Doctoral Consortium
Bruton Fellowship (1996–1998)
AICPA Doctoral Fellowship (1994–1997)
University Fellowship, The University of Texas at Austin (1994-1996)
Elijah Watt Sells Award (1982)

**Other**

Certified Public Accounting in the state of Wisconsin
Member of American Accounting Association
    Financial Accounting and Reporting Section
    Auditing Section
    Teaching, Learning, and Curriculum Section