# KIESO
# WEYGANDT
# WARFIELD

**Team for Success**

# Intermediate Accounting

**THIRTEENTH EDITION**

## ELEMENTS OF FINANCIAL STATEMENTS

**ASSETS.** Probable future economic benefits obtained or controlled by a particular entity as a result of past transactions or events.

**LIABILITIES.** Probable future sacrifices of economic benefits arising from present obligations of a particular entity to transfer assets or provide services to other entities in the future as a result of past transactions or events.

**EQUITY.** Residual interest in the assets of an entity that remains after deducting its liabilities. In a business enterprise, the equity is the ownership interest.

**INVESTMENTS BY OWNERS.** Increases in net assets of a particular enterprise resulting from transfers to it from other entities of something of value to obtain or increase ownership interests (or equity) in it. Assets are most commonly received as investments by owners, but that which is received may also include services or satisfaction or conversion of liabilities of the enterprise.

**DISTRIBUTIONS TO OWNERS.** Decreases in net assets of a particular enterprise resulting from transferring assets, rendering services, or incurring liabilities by the enterprise to owners. Distributions to owners decrease ownership interests (or equity) in an enterprise.

**COMPREHENSIVE INCOME.** Change in equity (net assets) of an entity during a period from transactions and other events and circumstances from nonowner sources. It includes all changes in equity during a period except those resulting from investments by owners and distributions to owners.

**REVENUES.** Inflows or other enhancements of assets of an entity or settlement of its liabilities (or a combination of both) during a period from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations.

**EXPENSES.** Outflows or other using up of assets or incurrences of liabilities (or a combination of both) during a period from delivering or producing goods, rendering services, or carrying out other activities that constitute the entity's ongoing major or central operations.

**GAINS.** Increases in equity (net assets) from peripheral or incidental transactions of an entity and from all other transactions and other events and circumstances affecting the entity during a period except those that result from revenues or investments by owners.

**LOSSES.** Decreases in equity (net assets) from peripheral or incidental transactions of an entity and from all other transactions and other events and circumstances affecting the entity during a period except those that result from expenses or distributions to owners.[9]

## THIRD LEVEL: RECOGNITION AND MEASUREMENT CONCEPTS

The third level of the framework consists of concepts that implement the basic objectives of level one. These concepts explain how companies should recognize, measure, and report financial elements and events. The FASB sets forth most of these in its *Statement*

---

[9]"Elements of Financial Statements," *Statement of Financial Accounting Concepts No. 6* (Stamford, Conn.: FASB, December 1985), pp. ix and x.

Case 2:10-md-02179-CJB-DPC   Document 8913-30   Filed 03/17/13   Page 3 of 15

of *Financial Accounting Concepts No. 5*, "Recognition and Measurement in Financial Statements of Business Enterprises." According to *SFAC No. 5*, to be recognized, an item (event or transaction) must meet the definition of an "element of financial statements" as defined in *SFAC No. 6* and must be measurable. Most aspects of current practice follow these recognition and measurement concepts.

The accounting profession continues to use the concepts in *SFAC No. 5* as operational guidelines. Here, we identify the concepts as basic assumptions, principles, and constraints. Not everyone uses this classification system, so focus your attention more on **understanding the concepts** than on how we classify and organize them. These concepts serve as guidelines in responding to controversial financial reporting issues.

**Objective·6**
Describe the basic assumptions of accounting.

### Basic Assumptions

Four basic **assumptions** underlie the financial accounting structure: (1) **economic entity**, (2) **going concern**, (3) **monetary unit**, and (4) **periodicity**. We'll look at each in turn.

INTERNATIONAL INSIGHT

Phase D of the conceptual framework convergence project addresses the reporting entity. An exposure draft is expected sometime in 2009.

### Economic Entity Assumption

The economic entity assumption means that economic activity can be identified with a particular unit of accountability. In other words, a company keeps its activity separate and distinct from its owners and any other business unit. At the most basic level, the economic entity assumption dictates that **Panera Bread Company** record the company's financial activities separate from those of its owners and managers. Equally important, financial statement users need to be able to distinguish the activities and elements of different companies, such as **General Motors, Ford,** and **Chrysler**. If users could not distinguish the activities of different companies, how would they know which company financially outperformed the other?

The entity concept does not apply solely to the segregation of activities among competing companies, such as **Best Buy** and **Circuit City**. An individual, department, division, or an entire industry could be considered a separate entity if we choose to define it in this manner. Thus, **the entity concept does not necessarily refer to a legal entity**. A parent and its subsidiaries are separate **legal** entities, but merging their activities for accounting and reporting purposes does not violate the **economic entity** assumption.[10]

**What do the numbers mean?**

### WHOSE COMPANY IS IT?

The importance of the entity assumption is illustrated by scandals involving **W. R. Grace** and, more recently, **Adelphia**. In both cases, senior company employees entered into transactions that blurred the line between the employee's financial interests and those of the company. At Adelphia, among many other self-dealings, the company guaranteed over $2 billion of loans to the founding family. W. R. Grace used company funds to pay for an apartment and chef for the company chairman. As a result of these transactions, these insiders benefitted at the expense of shareholders. Additionally, the financial statements failed to disclose the transactions. Such disclosure would have allowed shareholders to sort out the impact of the employee transactions on company results.

---

[10]The concept of the entity is changing. For example, defining the "outer edges" of companies is now harder. Public companies often consist of multiple public subsidiaries, each with joint ventures, licensing arrangements, and other affiliations. Increasingly, companies form and dissolve joint ventures or customer-supplier relationships in a matter of months or weeks. These "virtual companies" raise accounting issues about how to account for the entity. See Steven H. Wallman, "The Future of Accounting and Disclosure in an Evolving World: The Need for Dramatic Change," *Accounting Horizons* (September 1995).

### Going Concern Assumption

Most accounting methods rely on the going concern assumption—that the company will have a long life. Despite numerous business failures, most companies have a fairly high continuance rate. As a rule, we expect companies to last long enough to fulfill their objectives and commitments.

This assumption has significant implications. The historical cost principle would be of limited usefulness if we assume eventual liquidation. Under a liquidation approach, for example, a company would better state asset values at net realizable value (sales price less costs of disposal) than at acquisition cost. **Depreciation and amortization policies are justifiable and appropriate only if we assume some permanence to the company.** If a company adopts the liquidation approach, the current/non-current classification of assets and liabilities loses much of its significance. Labeling anything a fixed or long-term asset would be difficult to justify. Indeed, listing liabilities on the basis of priority in liquidation would be more reasonable.

The going concern assumption applies in most business situations. **Only where liquidation appears imminent is the assumption inapplicable.** In these cases a total revaluation of assets and liabilities can provide information that closely approximates the company's net realizable value. You will learn more about accounting problems related to a company in liquidation in advanced accounting courses.

### Monetary Unit Assumption

The **monetary unit assumption** means that money is the common denominator of economic activity and provides an appropriate basis for accounting measurement and analysis. That is, the monetary unit is the most effective means of expressing to interested parties changes in capital and exchanges of goods and services. **The monetary unit is relevant, simple, universally available, understandable, and useful.** Application of this assumption depends on the even more basic assumption that quantitative data are useful in communicating economic information and in making rational economic decisions.

**INTERNATIONAL INSIGHT**

Due to their experiences with persistent inflation, several South American countries produce "constant-currency" financial reports. Typically, companies in these countries use a general price-level index to adjust for the effects of inflation.

In the United States, accounting ignores price-level changes (inflation and deflation) and assumes that the unit of measure—the dollar—remains reasonably stable. We therefore use the monetary unit assumption to justify adding 1980 dollars to 2010 dollars without any adjustment. The FASB in *SFAC No. 5* indicated that it expects the dollar, unadjusted for inflation or deflation, to continue to be used to measure items recognized in financial statements. Only if circumstances change dramatically (such as if the United States experiences high inflation similar to that in many South American countries) will the FASB again consider "inflation accounting."



*Accounting for Changing Prices*

### Periodicity Assumption

To measure the results of a company's activity accurately, we would need to wait until it liquidates. Decision makers, however, cannot wait that long for such information. Users need to know a company's performance and economic status on a timely basis so that they can evaluate and compare firms, and take appropriate actions. Therefore, companies must report information periodically.

The **periodicity** (or **time period**) **assumption** implies that a company can divide its economic activities into artificial time periods. These time periods vary, but the most common are monthly, quarterly, and yearly.

The shorter the time period, the more difficult it is to determine the proper net income for the period. A month's results usually prove less reliable than a quarter's results, and a quarter's results are likely to be less reliable than a year's results. Investors desire and demand that a company quickly process and disseminate information. Yet the quicker a company releases the information, the more likely the information will include errors. **This phenomenon provides an interesting example of the trade-off between relevance and reliability in preparing financial data.**

The problem of defining the time period becomes more serious as product cycles shorten and products become obsolete more quickly. Many believe that, given technology

advances, companies need to provide more online, real-time financial information to ensure the availability of relevant information.

**Objective·7**
Explain the application of the basic principles of accounting.

## Basic Principles of Accounting

We generally use four basic **principles of accounting** to record and report transactions: (1) measurement, (2) revenue recognition, (3) expense recognition, and (4) full disclosure. We look at each in turn.

### Measurement Principle

We presently have a "mixed-attribute" system that permits the use of various measurement bases. The most commonly used measurements are based on historical cost and fair value. Here, we discuss each.

*Historical Cost.* GAAP requires that companies account for and report many assets and liabilities on the basis of acquisition price. This is often referred to as the **historical cost principle.** Historical cost has an important advantage over other valuations: **It is generally thought to be reliable.**

To illustrate this advantage, consider the problems if companies select current selling price instead. Companies might have difficulty establishing a value for unsold items. Every member of the accounting department might value the assets differently. Further, how often would it be necessary to establish sales value? All companies close their accounts at least annually. But some compute their net income every month. Those companies would have to place a sales value on every asset each time they wished to determine income. Critics raise similar objections against current cost (replacement cost, present value of future cash flows) and any other basis of valuation **except historical cost.**

What about liabilities? Do companies account for them on a cost basis? Yes, they do. Companies issue liabilities, such as bonds, notes, and accounts payable, in exchange for assets (or services), for an agreed-upon price. **This price, established by the exchange transaction, is the "cost" of the liability.** A company uses this amount to record the liability in the accounts and report it in financial statements. Thus, many users prefer historical cost because it provides them with a **verifiable benchmark** for measuring historical trends.


See the FASB Codification section (page 53).

*Fair Value.* **Fair value** is defined as "the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date." Fair value is therefore a market-based measure. **[1]** Recently GAAP has increasingly called for use of fair value measurements in the financial statements. This is often referred to as the **fair value principle.** Fair value information may be more useful than historical cost for certain types of assets and liabilities and in certain industries. For example, companies report many financial instruments, including derivatives, at fair value. Certain industries, such as brokerage houses and mutual funds, prepare their basic financial statements on a fair value basis.

At initial acquisition, historical cost equals fair value. In subsequent periods, as market and economic conditions change, historical cost and fair value often diverge. Thus, fair value measures or estimates often provide more relevant information about the expected future cash flows related to the asset or liability. For example, when long-lived assets decline in value, a fair value measure determines any impairment loss. The FASB believes that fair value information is more relevant to users than historical cost. Fair value measurement, it is argued, provides better insight into the value of a company's asset and liabilities (its financial position) and a better basis for assessing future cash flow prospects.

Recently the Board has taken the additional step of giving companies the option to use fair value (referred to as the **fair value option**) as the basis for measurement of financial assets and financial liabilities. **[2]** The Board considers fair value more relevant than historical cost because it reflects the current cash equivalent value of

financial instruments. As a result companies now have the option to record fair value in their accounts for most financial instruments, including such items as receivables, investments, and debt securities.

Use of fair value in financial reporting is increasing. However, measurement based on fair value introduces increased subjectivity into accounting reports, when fair value information is not readily available. To increase consistency and comparability in fair value measures, the FASB established a fair value hierarchy that provides insight into the priority of valuation techniques to use to determine fair value. As shown in Illustration 2-3, the fair value hierarchy is divided into three broad levels.



**ILLUSTRATION 2-3**
Fair Value Hierarchy

**Level 1:** Observable inputs that reflect quoted prices for identical assets or liabilities in active markets. — Most Reliable

**Level 2:** Inputs other than quoted prices included in Level 1 that are observable for the asset or liability either directly or through corroboration with observable data.

**Level 3:** Unobservable inputs (for example, a company's own data or assumptions). — Least Reliable

As Illustration 2-3 indicates, Level 1 is the most reliable because it is based on quoted prices, like a closing stock price in the *Wall Street Journal*. Level 2 is the next most reliable and would rely on evaluating similar assets or liabilities in active markets. At the least-reliable level, Level 3, much judgment is needed based on the best information available, to arrive at a relevant and reliable fair value measurement.[11]

It is easy to arrive at fair values when markets are liquid with many traders, but fair value answers are not readily available in other situations. For example, how do you value the mortgage assets of subprime lenders, like **Countrywide** and **New Century**, given that the market for these securities has essentially disappeared? A great deal of expertise and sound judgment will be needed to arrive at appropriate answers. GAAP also provides guidance on estimating fair values when market-related data is not available. In general, these valuation issues relate to Level 3 fair value measurements. These measurements may be developed using expected cash flow and present value techniques, as described in *Statement of Financial Accounting Concepts No. 7*, "Using Cash Flow Information and Present Value in Accounting," discussed in Chapter 6.

As indicated above, we presently have a "mixed-attribute" system that permits the use of historical cost and fair value. Although the historical cost principle continues to be an important basis for valuation, recording and reporting of fair value information is increasing. The recent measurement and disclosure guidance should increase consistency and comparability when fair value measurements are used in the financial statements and related notes.

## Revenue Recognition Principle

A crucial question for many companies is when to recognize revenue. Revenue recognition generally occurs (1) when **realized** or **realizable** and (2) when **earned**. This approach has often been referred to as the **revenue recognition principle**.

A company **realizes** revenues when it exchanges products (goods or services), merchandise, or other assets for cash or claims to cash. Revenues are realizable when assets received or held are readily convertible into cash or claims to cash. Assets are readily convertible when they are salable or interchangeable in an active market at readily determinable prices without significant additional cost.

[11]For major groups of assets and liabilities, companies must disclose: (1) the fair value measurement and (2) the fair value hierarchy level of the measurements as a whole, classified by Level 1, 2, or 3. Given the judgment involved, it follows that the more a company depends on Level 3 to determine fair values, the more information about the valuation process the company will need to disclose. Thus, additional disclosures are required for Level 3 measurements; we discuss these disclosures in more detail in subsequent chapters.

In addition to the first test (realized or realizable), a company delays recognition of revenues until earned. Revenues are considered **earned** when the company substantially accomplishes what it must do to be entitled to the benefits represented by the revenues.[12] Generally, an objective test, such as a sale, indicates the point at which a company recognizes revenue. The sale provides an objective and verifiable measure of revenue—the sales price. Any basis for revenue recognition short of actual sale opens the door to wide variations in practice. **Recognition at the time of sale provides a uniform and reasonable test.**

However, as Illustration 2-4 shows, exceptions to the rule exist. We discuss these exceptions in the following sections.

**ILLUSTRATION 2-4**
Timing of Revenue Recognition



*During Production.* A company can recognize revenue **before** it completes the job in certain long-term construction contracts. In this method, a company recognizes revenue periodically, based on the percentage of the job it has completed. Although technically a transfer of ownership has not occurred, the earning process is considered substantially completed at various stages of construction. If it is not possible to obtain dependable estimates of cost and progress, then a company delays revenue recognition until it completes the job.

*At End of Production.* At times, a company may recognize revenue **after completion of the production cycle but before the sale takes place.** This occurs if products or other assets are salable in an active market at readily determinable prices without significant additional cost. An example is the mining of certain minerals. Once a company mines the mineral, a ready market at a quoted price exists. The same holds true for some agricultural products.

*Upon Receipt of Cash.* **Receipt of cash is another basis for revenue recognition.** Companies use the cash-basis approach only when collection is uncertain at the time of sale.

One form of the cash basis is the **installment-sales method.** Here, a company requires payment in periodic installments over a long period of time. Its most common use is in retail, such as for farm and home equipment and furnishings. Companies frequently justify the installment-sales method based on the high risk of not collecting an account receivable. In some instances, this reasoning may be valid. Generally, though,

---

[12]"Recognition and Measurement in Financial Statements of Business Enterprises," *Statement of Financial Accounting Concepts No. 5* (Stamford, Conn.: FASB, December 1984), par. 83(a) and (b). The FASB and IASB are working on a joint revenue recognition project, which will likely change from revenue recognition criteria based on completing the earnings process to criteria more aligned with changes in assets and liabilities. See http://www.fasb.org/project/revenue_recognition.shtml.

if a sale has been completed, the company should recognize the sale; if bad debts are expected, the company should record them as separate estimates.

To summarize, a company records revenue in the period when realized or realizable and when earned. Normally, this is the date of sale. But circumstances may dictate application of the percentage-of-completion approach, the end-of-production approach, or the receipt-of-cash approach.

### Expense Recognition Principle

As indicated in the discussion of financial statement elements, expenses are defined as outflows or other "using up" of assets or incurring of liabilities (or a combination of both) during a period as a result of delivering or producing goods and/or rendering services. It follows then that recognition of expenses is related to net changes in assets and earning revenues. In practice, the approach for recognizing expenses is, "Let the expense follow the revenues." This approach is the **expense recognition principle.**

To illustrate, companies recognize expenses not when they pay wages or make a product, but when the work (service) or the product actually contributes to revenue. Thus, companies tie expense recognition to revenue recognition. That is, by matching **efforts (expenses) with accomplishment (revenues), the expense recognition principle is implemented** in accordance with the definition of expense (outflows or other using up of assets or incurring of liabilities).[13]

Some costs, however, are difficult to associate with revenue. As a result, some other approach must be developed. Often, companies use a "rational and systematic" allocation policy that will approximate the expense recognition principle. This type of expense recognition involves assumptions about the benefits that a company receives as well as the cost associated with those benefits. For example, a company like **Intel** or **Motorola** allocates the cost of a long-lived asset over all of the accounting periods during which it uses the asset because the asset contributes to the generation of revenue throughout its useful life.

Companies charge some costs to the current period as expenses (or losses) simply because they cannot determine a connection with revenue. Examples of these types of costs are officers' salaries and other administrative expenses.

Costs are generally classified into two groups: **product costs** and **period costs**. Product costs, such as material, labor, and overhead, attach to the product. Companies carry these costs into future periods if they recognize the revenue from the product in subsequent periods. Period costs, such as officers' salaries and other administrative expenses, attach to the period. Companies charge off such costs in the immediate period, even though benefits associated with these costs may occur in the future. Why? Because companies cannot determine a direct relationship between period costs and revenue. Illustration 2-5 summarizes these expense recognition procedures.

| Type of Cost | Relationship | Recognition |
|---|---|---|
| **Product costs:**<br>• Material<br>• Labor<br>• Overhead | Direct relationship between cost and revenue. | Recognize in period of revenue (matching). |
| **Period costs:**<br>• Salaries<br>• Administrative costs | No direct relationship between cost and revenue. | Expense as incurred. |

**ILLUSTRATION 2-5**
Expense Recognition

---

[13]This approach is commonly referred to as the matching principle. However, there is some debate about the conceptual validity of the matching principle. A major concern is that matching permits companies to defer certain costs and treat them as assets on the balance sheet. In fact, these costs may not have future benefits. If abused, this principle permits the balance sheet to become a "dumping ground" for unmatched costs.

### Full Disclosure Principle

In deciding what information to report, companies follow the general practice of providing information that is of sufficient importance to influence the judgment and decisions of an informed user. Often referred to as the **full disclosure principle**, it recognizes that the nature and amount of information included in financial reports reflects a series of judgmental trade-offs. These trade-offs strive for (1) sufficient detail to disclose matters that **make a difference** to users, yet (2) sufficient condensation to make the **information understandable**, keeping in mind costs of preparing and using it.

Users find information about financial position, income, cash flows, and investments in one of three places: (1) within the main body of financial statements, (2) in the notes to those statements, or (3) as supplementary information.

As discussed in Chapter 1, the **financial statements** are the balance sheet, income statement, statement of cash flows, and statement of owners' equity. They are a structured means of communicating financial information. To be recognized in the main body of financial statements, **an item should meet the definition of a basic element, be measurable with sufficient certainty, and be relevant and reliable.**[14]

Disclosure is not a substitute for proper accounting. As a former chief accountant of the SEC noted, "Good disclosure does not cure bad accounting any more than an adjective or adverb can be used without, or in place of, a noun or verb." Thus, for example, cash-basis accounting for cost of goods sold is misleading, even if a company discloses accrual-basis amounts in the notes to the financial statements.

The **notes to financial statements** generally amplify or explain the items presented in the main body of the statements. If the main body of the financial statements gives an incomplete picture of the performance and position of the company, the notes should provide the additional information needed. Information in the notes does not have to be quantifiable, nor does it need to qualify as an element. Notes can be partially or totally narrative. Examples of notes include descriptions of the accounting policies and methods used in measuring the elements reported in the statements, explanations of uncertainties and contingencies, and statistics and details too voluminous for inclusion in the statements. The notes can be essential to understanding the company's performance and position.

**Supplementary information** may include details or amounts that present a different perspective from that adopted in the financial statements. It may be quantifiable information that is high in relevance but low in reliability. For example, oil and gas companies typically provide information on proven reserves as well as the related discounted cash flows.

Supplementary information may also include management's explanation of the financial information and its discussion of the significance of that information. For example, many business combinations have produced financing arrangements that demand new accounting and reporting practices and principles. In each of these situations, the same problem must be faced: making sure the company presents enough information to ensure that the **reasonably prudent investor** will not be misled.

We discuss the content, arrangement, and display of financial statements, along with other facets of full disclosure, in Chapters 4, 5, and 24.

### Constraints

| **Objective·8**<br>Describe the impact that constraints have on reporting accounting information. |
|---|

In providing information with the qualitative characteristics that make it useful, companies must consider two overriding factors that limit (constrain) the reporting. These **constraints** are: (1) the **cost-benefit relationship** and (2) **materiality**. We also review two other less-dominant yet important constraints that are part of the reporting environment: **industry practices** and **conservatism**.

---

[14]*SFAC No. 5*, par. 63.

**YOU MAY NEED A MAP**

Beyond touting nonfinancial measures to investors (see box on page 37), many companies increasingly promote the performance of their companies through the reporting of various "pro-forma" earnings measures. A recent survey of newswire reports found 36 instances of the reporting of pro-forma measures in just a three-day period.

*What do the numbers mean?*

Pro-forma measures are standard measures (such as earnings) that companies adjust, usually for one-time or nonrecurring items. For example, companies usually adjust earnings for the effects of an extraordinary item. Such adjustments make the numbers more comparable to numbers reported in periods without the unusual item.

However, rather than increasing comparability, it appears that some companies use pro-forma reporting to accentuate the positive in their results. Examples include **Yahoo Inc.** and **Cisco**, which define pro-forma income after adding back payroll tax expense. **Level 8 Systems** transformed an operating loss into a pro-forma profit by adding back expenses for depreciation and amortization of intangible assets.

Lynn Turner, former Chief Accountant at the SEC, calls such earnings measures EBS—"Everything but Bad Stuff." To provide investors a more complete picture of company profitability, not the story preferred by management, the SEC issued Regulation G (REG G). REG G requires companies to reconcile non-GAAP financial measures to GAAP, thereby giving investors a roadmap to analyze adjustments companies make to their GAAP numbers to arrive at pro-forma results.

*Sources*: Adapted from Gretchen Morgenson, "How Did They Value Stocks? Count the Absurd Ways," *New York Times* (March 18, 2001), section 3, p. 1; and Gretchen Morgenson, "Expert Advice: Focus on Profit," *New York Times* (March 18, 2001), section 3, p. 14. See also SEC Regulation G, "Conditions for Use of Non-GAAP Financial Measures, "Release No. 33–8176 (March 28, 2003).

### Cost-Benefit Relationship

Too often, users assume that information is free. But preparers and providers of accounting information know that it is not. Therefore, companies must consider the **cost-benefit relationship**: They must weigh the costs of providing the information against the benefits that can be derived from using it. Rule-making bodies and governmental agencies use cost-benefit analysis before making final their informational requirements. In order to justify requiring a particular measurement or disclosure, the benefits perceived to be derived from it must exceed the costs perceived to be associated with it.

A corporate executive made the following remark to the FASB about a proposed rule: "In all my years in the financial arena, I have never seen such an absolutely ridiculous proposal. . . . To dignify these 'actuarial' estimates by recording them as assets and liabilities would be virtually unthinkable except for the fact that the FASB has done equally stupid things in the past. . . . For God's sake, use common sense just this once."[15] Although extreme, this remark indicates the frustration expressed by members of the business community about rule-making, and whether the benefits of a given pronouncement exceed the costs.

The difficulty in cost-benefit analysis is that the costs and especially the benefits are not always evident or measurable. The costs are of several kinds: costs of collecting and processing, of disseminating, of auditing, of potential litigation, of disclosure to competitors, and of analysis and interpretation. Benefits to preparers may include greater management control and access to capital at a lower cost. Users may receive better information for allocation of resources, tax assessment, and rate regulation. As noted earlier, benefits are generally more difficult to quantify than are costs.

The recent implementation of the provisions of the Sarbanes-Oxley Act of 2002 illustrates the challenges in assessing costs and benefits of standards. One study estimated the increased costs of complying with the new internal-control standards related to the financial reporting process to be an average of $7.8 million per company.

---

[15]"Decision-Usefulness: The Overriding Objective," *FASB Viewpoints* (October 19, 1983), p. 4.

However, the study concluded that "... quantifying the benefits of improved more reliable financial reporting is not fully possible."[16]

Despite the difficulty in assessing the costs and benefits of its rules, the FASB attempts to determine that each proposed pronouncement will fill a significant need and that the costs imposed to meet the rule are justified in relation to overall benefits of the resulting information. In addition, the Board seeks input on costs and benefits as part of its due process.[17]

### Materiality

The **materiality** constraint concerns an item's impact on a company's overall financial operations. An item is *material* if its inclusion or omission would influence or change the judgment of a reasonable person.[18] It is *immaterial*, and therefore irrelevant, if it would have no impact on a decision maker. In short, **it must make a difference** or a company need not disclose it.

The point involved here is of **relative size and importance**. If the amount involved is significant when compared with the other revenues and expenses, assets and liabilities, or net income of the company, sound and acceptable standards should be followed in reporting it. If the amount is so small that it is unimportant when compared with other items, applying a particular standard may be considered of less importance.

It is difficult to provide firm guidelines in judging when a given item is or is not material. Materiality varies both with relative amount and with relative importance. For example, the two sets of numbers in Illustration 2-6 indicate relative size.

**ILLUSTRATION 2-6**
Materiality Comparison

|                       | Company A    | Company B   |
|-----------------------|--------------|-------------|
| Sales                 | $10,000,000  | $100,000    |
| Costs and expenses    | 9,000,000    | 90,000      |
| Income from operations| $ 1,000,000  | $ 10,000    |
| Unusual gain          | $    20,000  | $   5,000   |

During the period in question, the revenues and expenses, and therefore the net incomes of Company A and Company B, are proportional. Each reported an unusual gain. In looking at the abbreviated income figures for Company A, it appears insignificant whether the amount of the unusual gain is set out separately or merged with the regular operating income. The gain is only 2 percent of the net income. If merged, it would not seriously distort the net income figure. Company B has had an unusual gain of only $5,000. However, it is relatively much more significant than the larger gain realized by A. For Company B, an item of $5,000 amounts to 50 percent of its income from operations. Obviously, the inclusion of such an item in ordinary operating income would affect the amount of that income materially. Thus we see the importance of the **relative size** of an item in determining its materiality.

Companies and their auditors generally adopt the rule of thumb that anything under 5 percent of net income is considered immaterial. However, the SEC indicates that a company may use this percentage for an initial assessment of materiality, but it must

---

[16]Charles Rivers and Associates, "Sarbanes-Oxley Section 404: Costs and Remediation of Deficiencies" letter from Deloitte and Touche, Ernst and Young, KPMG, and Pricewaterhouse-Coopers to the SEC (April 11, 2005).

[17]For example, as part of its project on "Share-Based Payment" [3], the Board conducted a field study and surveyed commercial software providers to collect information on the costs of measuring the fair values of share-based compensation arrangements.

[18]*SFAC No. 2*, par. 132, sets forth the essence of materiality: "The omission or misstatement of an item in a financial report is material if, in the light of surrounding circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable person relying upon the report would have been changed or influenced by the inclusion or correction of the item." The auditing profession also adopted this same concept of materiality. See "Audit Risk and Materiality in Conducting an Audit," *Statement on Auditing Standards No. 47* (New York: AICPA, 1983), par. 6.

also consider other factors.[19] For example, companies can no longer fail to record items in order to meet consensus analysts' earnings numbers, preserve a positive earnings trend, convert a loss to a profit or vice versa, increase management compensation, or hide an illegal transaction like a bribe. In other words, **companies must consider both quantitative and qualitative factors in determining whether an item is material**.

The SEC also indicated that in determining materiality, companies must consider each misstatement separately and the aggregate effect of all misstatements. For example, at one time, **General Dynamics** disclosed that its Resources Group improved its earnings by $5.8 million. At the same time, it disclosed that one of its other subsidiaries had taken write-offs of $6.7 million. Although both numbers exceeded the $2.5 million that General Dynamics as a whole earned for the year, the company disclosed neither as unusual because it considered the net effect on earnings as immaterial. **This practice is prohibited** because each item must be considered separately. In addition, even though an individual item may be immaterial, it may be considered material when added to other immaterial items. Companies must disclose such items.

Materiality factors in a great many internal accounting decisions, too. Examples of such judgments that companies must make include: the amount of classification required in a subsidiary expense ledger, the degree of accuracy required in prorating expenses among the departments of a company, and the extent to which adjustments should be made for accrued and deferred items. Only by **the exercise of good judgment and professional expertise** can reasonable and appropriate answers be found, which is the materiality constraint sensibly applied.

### LIVING IN A MATERIAL WORLD

*What do the numbers mean?*

The first line of defense for many companies caught "cooking the books" had been to argue that a questionable accounting item is immaterial. That defense did not work so well in the wake of accounting meltdowns at **Enron** and **Global Crossing** and the tougher rules on materiality issued by the SEC (*SAB 99*).

For example, the SEC alleged in a case against **Sunbeam** that the company's many immaterial adjustments added up to a material misstatement that misled investors about the company's financial position. More recently, the SEC called for a number of companies, such as **Jack in the Box**, **McDonald's**, and **AIG**, to restate prior financial statements for the effects of incorrect accounting. In some cases, the restatements did not meet traditional materiality thresholds. Don Nicholaisen, then SEC Chief Accountant, observed that whether the amount is material or not-material, some transactions appear to be "flat out intended to mislead investors." In essence he is saying that any wrong accounting for a transaction can represent important information to the users of financial statements.

Responding to new concerns about materiality, blue-chip companies such as IBM and General Electric are providing expanded disclosures of transactions that used to fall below the materiality radar. As a result, some good may yet come from the recent accounting failures.

*Source:* Adapted from K. Brown and J. Weil, "A Lot More Information Is 'Material' After Enron," *Wall Street Journal Online Edition* (February 22, 2002); S. D. Jones and R. Gibson, "Restaurants Serve Up Restatements," *Wall Street Journal* (January 26, 2005), p. C3; and R. McTauge, "Nicholaisen Says Restatement Needed When Deal Lacks Business Purpose," *Securities Regulation & Law Reporter* (May 9, 2005).

### Industry Practices

Another practical consideration is industry practices. **The peculiar nature of some industries and business concerns** sometimes requires departure from basic theory. For example, public-utility companies report noncurrent assets first on the balance sheet to highlight the industry's capital-intensive nature. Agricultural companies often report crops at fair value because it is costly to develop accurate cost figures on individual crops.

Such variations from basic theory are infrequent, yet they do exist. Whenever we find what appears to be a violation of basic accounting theory, we should determine

---

[19]"Materiality," *SEC Staff Accounting Bulletin No. 99* (Washington, D.C.: SEC, 1999).

whether some peculiarity of the industry explains the violation before we criticize the procedures followed.

### Conservatism

Few conventions in accounting are as misunderstood as the constraint of conservatism. Conservatism means **when in doubt, choose the solution that will be least likely to overstate assets and income.** Note that the conservatism convention does not urge that net assets or net income be *understated*. Unfortunately, some interpret conservatism to mean just that.

All that conservatism does, properly applied, is provide a reasonable guide in difficult situations: Refrain from overstatement of net income and net assets. Examples of conservatism in accounting are the use of the lower-of-cost-or-market approach in valuing inventories, and the rule that companies recognize accrued net losses on firm purchase commitments for goods for inventory. When in doubt, it is better to understate than overstate net income and net assets. Of course, if no doubt exists, there is no need to apply this constraint.

## Summary of the Structure

Illustration 2-7 presents the conceptual framework discussed in this chapter. It is similar to Illustration 2-1, except that it provides additional information for each level. We cannot overemphasize the usefulness of this conceptual framework in helping to understand many of the problem areas that we examine in later chapters.

**ILLUSTRATION 2-7**
Conceptual Framework for Financial Reporting



You will want to read the **CONVERGENCE CORNER** on page 51 For discussion of how international convergence efforts relate to the conceptual framework.

whether some peculiarity of the industry explains the violation before we criticize the procedures followed.

### Conservatism

Few conventions in accounting are as misunderstood as the constraint of conservatism. Conservatism means **when in doubt, choose the solution that will be least likely to overstate assets and income**. Note that the conservatism convention does not urge that net assets or net income be *understated*. Unfortunately, some interpret conservatism to mean just that.

All that conservatism does, properly applied, is provide a reasonable guide in difficult situations: Refrain from overstatement of net income and net assets. Examples of conservatism in accounting are the use of the lower-of-cost-or-market approach in valuing inventories, and the rule that companies recognize accrued net losses on firm purchase commitments for goods for inventory. When in doubt, it is better to understate than overstate net income and net assets. Of course, if no doubt exists, there is no need to apply this constraint.

## Summary of the Structure

Illustration 2-7 presents the conceptual framework discussed in this chapter. It is similar to Illustration 2-1, except that it provides additional information for each level. We cannot overemphasize the usefulness of this conceptual framework in helping to understand many of the problem areas that we examine in later chapters.

**ILLUSTRATION 2-7**
Conceptual Framework for Financial Reporting



You will want to read the **CONVERGENCE CORNER** on page 51

For discussion of how international convergence efforts relate to the conceptual framework.



# CONVERGENCE CORNER

## THE CONCEPTUAL FRAMEWORK

In 2005, the IASB and the FASB agreed to work on a joint project to develop a common conceptual framework. This framework is based on the existing conceptual frameworks underlying U.S. GAAP and iGAAP. The objective of this joint project is to develop a conceptual framework that leads to developing standards that are principle-based and internally consistent and that leads to the most useful financial reporting.

### RELEVANT FACTS

- The existing conceptual frameworks underlying U.S. GAAP and iGAAP are very similar. That is, they are organized in a similar manner (objectives, elements, qualitative characteristics, etc.). There is no real need to change many aspects of the existing frameworks, other than to converge different ways of discussing essentially the same concepts.

- The converged framework should be a single document, unlike the two conceptual frameworks that presently exist; it is unlikely that the basic structure related to the concepts will change.

- The IASB framework makes two assumptions. One assumption is that financial statements are prepared on an accrual basis; the other is that the reporting entity is a going concern. The FASB framework discusses accrual accounting extensively but does not identify it as an assumption, and it only briefly discusses the going concern concept.

- There is some agreement that the role of financial reporting is to assist users in decision making. However, others note that another objective is to provide information on management's performance, often referred to as stewardship. It is likely that there will be much debate about the role of stewardship in the conceptual framework.

### ABOUT THE NUMBERS

The work on the conceptual framework is being done in phases. As indicated in the chart below, an exposure draft (ED) of phase A related to objectives and qualitative characteristics was issued in 2007. In addition, a discussion paper (DP) related to the reporting entity (phase D) was also issued in 2007.

| Conceptual Framework Schedule | 2008 | 2009 | Timing not determined |
|---|---|---|---|
| Phase A: Objectives and qualitative characteristics | ED | | |
| Phase B: Elements and recognition | | DP | |
| Phase C: Measurement | | DP | |
| Phase D: Reporting entity | DP | ED | |
| Phase E: Presentation and disclosure | | | DP |
| Phase F: Purpose and status | | | DP |
| Phase G: Application to not-for-profit entities | | | DP |
| Phase H: Remaining issues (Document type not yet determined) | | | |

### ON THE HORIZON

The IASB and the FASB face a difficult task in attempting to update, modify, and complete a converged conceptual framework. There are many difficult issues. For example: How do we trade off characteristics such as highly relevant information that is difficult to verify? How do we define control when we are developing a definition of an asset? Is a liability the future sacrifice itself or the obligation to make the sacrifice? Should a single measurement method, such as historical cost or fair value, be used, or does it depend on whether it is an asset or liability that is being measured? We are optimistic that the new document will be a significant improvement over its predecessors and will lead to principle-based standards that help users of the financial statements make better decisions.