## What BP's Experts Want

### Summary of Declarations Submitted by BP in Support of
### BP's February 3, 2013 Draft Motion for Reconsideration

Professional Services Claimants     (Mr. Oustalniol)

1. Do not allow use of financial statements prepared under a non-accrual basis of accounting.

   *[Settlement Agreement requires claimants to submit contemporaneous financial records and does not require accrual accounting.]*

2. Require financial data to be analyzed to match revenue with corresponding expenses.

   *[Claims Administrator to use objective test not a subjective analysis.]*

3. Financial statements need to be evaluated in order to synchronize the revenues earned with the corresponding expenses.

   *[BP Told Court and Class Counsel no analysis required.]*

4. Historical financial performance in the relevant time periods must be assessed.

   *[BP Told Court and Class Counsel no subjective assessment or additional documentation required.]*

5. Require claimant to supply all available additional contemporaneous information that would allow the Claims Administrator to match revenues and expenses.

   *[Not required documentation agreed to.]*

Construction Claims     (Mr. Hall)

1. Require all bid sheets and cost estimates for each project.

   *[Not required documentation agreed to.]*

2. Allow use of only annual or year-end P&L statements.

   *[Settlement specifically requires submission and use of contemporaneous monthly P&L statements.]*

   3. Use only annual Variable Profit Margin.

      *[Would render meaningless entire Compensation Framework in Settlement Agreement.]*

Agricultural Claims     (Mr. Finch)

   1. Must inquire into claimants' business practice to determine the use of grain elevator storage, crop management practices and study market for crop.

      *[Pure subjective individual adversarial investigation requiring documents not required.]*

   2. Do not allow use of case-based financial statements.  They are deemed to be inaccurate and inappropriate for loss calculations although they comply with all IRS regulations.

      *[Settlement Agreement requires use of claimants' contemporaneous monthly P&L's and Federal Tax Returns.]*

   3. Cannot use financial statements – must require further reviewing of underlying data.

      *[Settlement Agreement requires use of financial statements with no subjective review of underlying data.]*

   4. Claims Administrator will have to determine the months in Benchmark Year(s) that have "comparable economic activity."  There will have to be some analysis performed.

      *[Settlement Agreement does not give Claims Administrator that authority.  Claimant selects the months.  No documentation is required that would be needed for such a subjective evaluation.  Claimants were told there would be no "hidden" subjective analysis.]*

   5. Shift the burden of proving "comparable economic activity."

      *[Adversarial process is created out of a settlement.]*

   6. Confirms that a supplemental review would be required for the vast majority of the agricultural claims.

      *[Documentation not required, Claims Administrator not authorized; subjective process; everything but simple, straightforward, transparent process.]*