1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4                                    *

IN RE:  OIL SPILL BY THE OIL RIG     *    Docket 10-MD-2179

5       *DEEPWATER HORIZON* IN THE   *

        GULF OF MEXICO ON            *    Section J

6       APRIL 20, 2010               *

                                     *    New Orleans, Louisiana

7                                    *

                                     *    March 8, 2013

8                                    *

Applies to:  All Cases               *    9:30 a.m.

9                                    *

   * * * * * * * * * * * * * * * * * *

10

11          TRANSCRIPT OF WORKING GROUP CONFERENCE

          BEFORE THE HONORABLE SALLY SHUSHAN

12          UNITED STATES MAGISTRATE JUDGE

13

Appearances:

14

15  For the Plaintiffs:          Herman Herman & Katz, LLC

                                 BY:   STEPHEN J. HERMAN, ESQ.

16                               820 O'Keefe Avenue

                                 New Orleans, Louisiana 70113

17

18  For the Plaintiffs:          Levin Papantonio Thomas Mitchell

                                    Rafferty & Proctor, PA

19                               BY:  BRIAN H. BARR, ESQ.

                                 Post Office Box 12308

20                               316 South Baylen Street, Suite 600

                                 Pensacola, Florida 32591

21

22  For the Plaintiffs:          Williamson & Rusnak

                                 BY:   JIMMY WILLIAMSON, ESQ.

23                               4310 Yoakum Boulevard

                                 Houston, Texas 77006

24

25

1   Appearances:

2

3   For the Plaintiffs:          Weitz & Luxenberg, PC
                                 BY:  ROBIN L. GREENWALD, ESQ.
                                 700 Broadway
4                                New York, New York 10003

5

6   For the Plaintiffs:          Irpino Law Firm
                                 BY:  ANTHONY IRPINO, ESQ.
                                 2216 Magazine Street
7                                New Orleans, Louisiana 70130

8

9   For the State of            Attorney General of Alabama
    Alabama:                    BY:  COREY L. MAZE, ESQ.
                                 501 Washington Avenue
10                               Montgomery, Alabama 36130

11

12  For the State of            Kanner & Whiteley, LLC
    Louisiana:                  BY:  DOUGLAS R. KRAUS, ESQ.
                                 701 Camp Street
13                               New Orleans, Louisiana 70130

14

15  For the United States       U.S. Department of Justice
    of America:                 Environmental Enforcement Section
                                 BY:   SARAH D. HIMMELHOCH, ESQ.
16                                     A. NATHANIEL CHAKERES, ESQ.
                                       SCOTT CERNICH, ESQ.
17                                     TOM BENSON, ESQ.
                                       ABIGAIL ANDRE, ESQ.
18                                     KARYN SEIDEL, ESQ.
                                 Post Office Box 7611
19                               Washington, D.C. 20044

20

21  For Transocean Holdings     Sutherland Asbill & Brennan, LLP
    LLC, Transocean Offshore    BY:  CARTER L. WILLIAMS, ESQ.
    Deepwater Drilling Inc.,         DAVID A. BAAY, ESQ.
22  Transocean Deepwater Inc.:  1001 Fannin Street, Suite 3700
                                 Houston, Texas 77002

23

24

25

Appearances:

| | |
|---|---|
| For Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc.: | Munger Tolles & Olson, LLP<br>BY:  GRANT DAVIS-DENNY, ESQ.<br>335 S. Grand Avenue, 35th Floor<br>Los Angeles, California 90071 |
| For BP America Inc., BP America Production Company, BP Company North America Inc., BP Exploration & Production Inc., BP Holdings North America Limited, BP Products North America Inc.: | Liskow & Lewis, APLC<br>BY:  DON K. HAYCRAFT, ESQ.<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139 |
| For BP America Inc., BP America Production Company, BP Company North America Inc., BP Exploration & Production Inc., BP Holdings North America Limited, BP Products North America Inc.: | Kirkland & Ellis, LLP<br>BY:  ROBERT R. GASAWAY, ESQ.<br>655 Fifteenth Street, NW<br>Washington, D.C. 20005 |
| For BP America Inc., BP America Production Company, BP Company North America Inc., BP Exploration & Production Inc., BP Holdings North America Limited, BP Products North America Inc.: | Kirkland & Ellis, LLP<br>BY:  J. ANDREW LANGAN, ESQ.<br>     MARK J. NOMELLINI, ESQ.<br>     RYAN S. BABIUCH, ESQ.<br>     JOSEPH M. RUSSELL, ESQ.<br>     BRIAN P. KAVANAUGH, ESQ.<br>300 North Lasalle<br>Chicago, Illinois 60654 |
| For Cameron International Corporation: | Stone Pigman Walther Wittmann, LLC<br>BY:  CARMELITE M. BERTAUT, ESQ.<br>546 Carondelet Street<br>New Orleans, Louisiana 70130 |

1    Appearances:

2

3    For Cameron International        Beck Redden & Secrest, LLP
     Corporation:                    BY:  ALEX B. ROBERTS, ESQ.
                                     1221 McKinney Street, Suite 4500
4                                    Houston, Texas 77010

5

6    For Halliburton Energy          Godwin Lewis, PC
     Services, Inc.:                 BY:  DONALD E. GODWIN, ESQ.
                                          JENNY L. MARTINEZ, ESQ.
7                                         SEAN W. FLEMING, ESQ.
                                          LAUREN L. MITCHELL, ESQ.
8                                         ERIKA TOLEDO, ESQ.
                                     1201 Elm Street, Suite 1700
9                                    Dallas, Texas 75270

10

11   For Halliburton Energy:         Godwin Lewis, PC
     Services, Inc.:                 BY:  R. ALAN YORK, ESQ.
                                          GWEN E. RICHARD, ESQ.
12                                   1331 Lamar, Suite 1665
                                     Houston, Texas 77010

13

14   For Anadarko Petroleum          Kuchler Polk Schell
     Corporation, Anadarko             Weiner & Richeson, LLC
15   E&P Company LP:                 BY:  SARAH E. IIAMS, ESQ.
                                     1615 Poydras Street, Suite 1300
16                                   New Orleans, Louisiana 70112

17

18   For Anadarko Petroleum          Bingham McCutchen, LLP
     Corporation, Anadarko          BY:  WARREN A. FITCH, ESQ.
19   E&P Company LP:                 2020 K Street, NW
                                     Washington, D.C. 20006

20

21   For M-I, LLC:                   Morgan Lewis & Bockius
                                     BY:  STEVEN A. LUXTON, ESQ.
                                          W. BRAD NES, ESQ.
22                                   1111 Pennsylvania Avenue, NW
                                     Washington, D.C. 20004

23

24

25

```
 1   Also Participating:            Mike Henry
                                    Scott Falgoust
 2                                  Jed Mestayer
                                    Bill Stradley
 3                                  Jeremy Rush
                                    Brian Harper
 4

 5   Official Court Reporter:       Toni Doyle Tusa, CCR, FCRR
                                    500 Poydras Street, Room HB-406
 6                                  New Orleans, Louisiana 70130
                                    (504) 589-7778
 7                                  Toni_Tusa@laed.uscourts.gov

 8

 9

10

11   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                          **I N D E X**

3                                                        Page

4      Michoud                                             8

5      Off-Rig Riser System                               18

6      Phase One Issues                                   18

7      Phase Two Preparation                              36

8      Matters Not Related to Phase One or Phase Two      51

9      Phase Three                                        53

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>PROCEEDINGS</u>**

**(March 8, 2013)**

**THE COURT:**  Hey, everybody.  How are you doing?
Y'all have a seat.

Sarah, how are you doing?

**MS. HIMMELHOCH:**  Yes, ma'am.

**THE COURT:**  Can you hear me okay?

**MS. HIMMELHOCH:**  I can hear you just fine.

**THE COURT:**  Corey has a show-and-tell for us today.

Corey.

**MR. MAZE:**  Actually, I know what this one is.  Where
did you say this was?

**THE COURT:**  This is in Harahan, Louisiana, which is
an incorporated area of Jefferson Parish.

**MR. MAZE:**  And apparently tries to be very cute about
how it names its streets.

**THE COURT:**  So walk us through it.

**MR. MAZE:**  So we were in trial last week, and a
package was supposed to come to our door and they didn't leave
it.  So they took it to the Harahan facility, which is about a
half a mile from the intersection of Hickory, Dickory, and
Dock Streets, which we found to be a little too cute, so we
took you a picture.

**THE COURT:**  That's one reason I don't live in
Jefferson Parish.  There are many other reasons, but that's

09:32   1   one.  So you-all had to stop and take that picture?
09:32   2               MR. MAZE:  We did.
09:32   3               THE LAW CLERK:  They didn't have to boil their water,
09:32   4   though.
09:32   5               THE COURT:  They didn't have to boil their water this
09:32   6   past week, whereas Orleans Parish did.  So whatever.  It's
09:33   7   still not making me move to Jefferson.
09:33   8               So let's see.  Let's get rolling and talk about
09:33   9   Michoud and Captain Englebert.  Captain Englebert has
09:33   10  circulated her freeze plan, which we think of as wrapping our
09:33   11  pipes during the winter.  This is a little bit different.  This
09:33   12  is the evidence that she intends to put into her
09:33   13  newly-purchased freezer that is out at Michoud.
09:33   14              Have we got any comments with regard to her
09:33   15  plan?  Any comments?
09:33   16              Hi, Rob.
09:33   17              MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway
09:33   18  for BP.
09:33   19              I understand that she circulated her plan.  We
09:33   20  did not have any comments on it.  We understood that she
09:34   21  expected to move shortly to begin freezing items.  I just
09:34   22  wanted to say that -- I think everybody saw it, but we gave
09:34   23  some general technical advice on what should be frozen and not
09:34   24  frozen.  Like any other technical issue, there can be a
09:34   25  discussion about what's appropriate.  We were just offering

09:34  1   that advice for what it's worth to her.

09:34  2               Obviously, she's the evidence special master, BP

09:34  3   assumes no responsibility or liability for her decisions; but

09:34  4   her plan is fine with us as she circulated it.

09:34  5         THE COURT:  Okay.  Thank you.

09:34  6               Any other comments on that?

09:34  7               She also this week gave out her February

09:34  8   statement, which was forwarded for allocation; and she reports

09:34  9   that Transocean did this week pay the outstanding invoice.  So

09:34  10  thank you to the Sutherland firm.

09:34  11              Rob, we talked last fall about the Michoud

09:35  12  audit.  Has that dropped off the radar screen?

09:35  13        MR. GASAWAY:  It hasn't.  We had followed up,

09:35  14  Your Honor, with NASA to try to get the information and put it

09:35  15  into a format that would be helpful for the Court.  So it

09:35  16  didn't just fall off the radar screen.  We were trying to get

09:35  17  the information.  Let me go back and see if that is in a format

09:35  18  to bring to the Court, and I will report next week.

09:35  19        THE COURT:  That's fine.  We are not in a rush, but

09:35  20  she mentioned it to me.  It had dropped off my map, put it that

09:35  21  way.

09:35  22        MR. GASAWAY:  Well, I know we were following up

09:35  23  behind the scenes.  Let me just see if we can bring that --

09:35  24        THE COURT:  Don't sit down yet.  How do we stand on

09:35  25  inspection of the mold impression?

1           **MR. GASAWAY:**  Well, here's -- and I will let Scott

2 talk to this.  He may want to say that.

3           Here's what happened.  We are happy to have

4 visual inspections of this.  They are in Minnesota.  The

5 United States sort of said they wanted to go beyond visual

6 inspection to testing.  We think the time for testing has

7 concluded.  We think that, candidly, these aren't going to play

8 a big role in the expert reports.

9           The United States came back and said, "Well,

10 would you stipulate to that?"  It just seemed to us that there

11 was no need to stipulate to it because the request is one of

12 the United States' to go beyond the end of testing period.

13 So --

14           **THE COURT:**  I guess the question is whether BP

15 intends to use these molds in connection with the trial of

16 Phase Two.

17           **MR. GASAWAY:**  Well, why is that a question then?

18           **THE COURT:**  Well, I assume that's Scott's question.

19 Is that Scott's question?

20           **MR. CERNICH:**  Yes, Your Honor.

21           **MR. GASAWAY:**  Yeah.  I guess all I'm saying is we

22 either will or we won't.  The only question now is the scope of

23 the follow-up work the United States wants to do out of time.

24           I don't think this is going to be a big issue,

25 but I don't think it's also the question that's right now.  The

only question now is:  Does the United States want to go
forward with additional testing or not?

Maybe, if it does, we could sort of talk to them
about that.  We just want to set the parameters.

THE COURT:  Scott, come on up.  In addition to just a
visual inspection, what are you looking for?  Laser?

MR. CERNICH:  It's scanning electron microscopy,
which involves --

THE COURT:  I thought it was laser scanning, which I
know basically what it is, but what you just said?

MR. CERNICH:  You basically put a powder -- it's
similar to laser scanning.  You put a powder on it, and you can
examine it under a microscope.

Your Honor, Mr. Gasaway continues to talk about
the deadline for testing.  Well, the deadline for testing
passed.  The deadline for production of all of that data
passed.  Given how long it took for us to get that data, we
think it's reasonable that we should just have a stipulation
that none of that data is going to be used in any way by BP or
any other party in the case.

There was an order requiring BP to produce that
data.  It wasn't produced.  We had to follow up and ask, months
after the fact, to look for the data.  The way the data was
produced, there was no identifying markers in it.  It was a
matter of trying to dig and dive through voluminous electronic

09:38   1   files that were produced; and even after we specifically asked

09:38   2   for that data, it took a few weeks for BP to get it to us.  So

09:38   3   we think it's a reasonable request to just have it excluded.

09:38   4        THE COURT:  Okay.  Well, do you-all want to have a

09:38   5   discussion about that?  How do you-all want to proceed?

09:39   6        MR. GASAWAY:  Well, let me -- what I heard Scott say

09:39   7   was a little different from what I had understood from the

09:39   8   e-mail traffic.  Our position has been from the outset that

09:39   9   Captain Englebert and everybody said this data from the molds

09:39  10   was not going to be good and not going to be useful.

09:39  11        If the only issue is, is this data that we only

09:39  12   produced very late -- because we thought everybody knew it was

09:39  13   not going to be good data.  If the question is, are we going to

09:39  14   rely on that data, maybe we can solve the problem by just

09:39  15   saying, "We are not going to rely on the data."

09:39  16        Our whole point is that this is testing out of

09:39  17   time.  Everybody knew from the time the data was taken back in

09:39  18   the summer of 2012 that nobody was going to rely on it.  So

09:39  19   maybe we can just solve the issue by making a representation to

09:39  20   the Court that we are not going to rely on the data.  We

09:40  21   thought everybody knew from the outset that we weren't going to

09:40  22   rely on the data.  Of course, that's why we had to keep coming

09:40  23   back to the Court -- if you remember our hand-held scanner,

09:40  24   etc. -- is because we didn't get good data the first time.  So

09:40  25   maybe we can solve this.

| | | |
|---|---|---|
| 09:40 | 1 | **THE COURT:**  Okay. |
| 09:40 | 2 | **MR. CERNICH:**  I'm a little confused because I think |
| 09:40 | 3 | Mr. Gasaway is drawing a distinction between using the molds |
| 09:40 | 4 | and using the data.  Is that correct?  We have heard multiple |
| 09:40 | 5 | times about how the mold process wasn't successful; the molds |
| 09:40 | 6 | were falling apart.  Rob asked me to call Captain Englebert and |
| 09:40 | 7 | ask her about how that whole process went.  So I'm not sure |
| 09:40 | 8 | what use those molds would be anyway if they were -- |
| 09:40 | 9 | **THE COURT:**  If the data is not valid? |
| 09:40 | 10 | **MR. CERNICH:**  Or if the molds themselves were falling |
| 09:40 | 11 | apart and unhelpful and not useful.  So it sounds like there's |
| 09:40 | 12 | a distinction there.  What we are asking for is anything |
| 09:40 | 13 | related to those molds be excluded because the data that BP |
| 09:40 | 14 | collected related to those molds wasn't produced to any of the |
| 09:41 | 15 | parties in the MDL. |
| 09:41 | 16 | **THE COURT:**  All right.  Rob, will you think about |
| 09:41 | 17 | whether or not you-all want to use the molds for any reason? |
| 09:41 | 18 | What I'm hearing is you don't want to use the data for any |
| 09:41 | 19 | reason. |
| 09:41 | 20 | **MR. GASAWAY:**  Right. |
| 09:41 | 21 | **THE COURT:**  So now we just have to turn our attention |
| 09:41 | 22 | to the molds. |
| 09:41 | 23 | **MR. GASAWAY:**  Right, I am making that distinction. |
| 09:41 | 24 | All I'm saying is the mold question isn't right in the sense |
| 09:41 | 25 | that the molds were taken, the molds are there.  If the |

09:41 1 question is, was the data late-produced or why wasn't it

09:41 2 produced before, it's because we all thought it was unreliable.

09:41 3 If the question goes further and the question is, how are you

09:41 4 going to use the molds, that's a separate question.  That's all

09:41 5 I'm saying, is that that's not ripe for now.  For the present

09:41 6 purposes, we can stipulate we don't want to use the data.

09:42 7         **THE COURT:**  When do we anticipate knowing whether the

09:42 8 molds will be used by BP?  Is that something you can project?

09:42 9         **MR. GASAWAY:**  Well, obviously no later than -- and

09:42 10 this gets into Tony's e-mail to you about finalizing the expert

09:42 11 report date.  But obviously no later than the date of the

09:42 12 expert reports, and possibly sooner.

09:42 13         **THE COURT:**  And the U.S. won't know -- they, having

09:42 14 the burden of proof, won't know whether you will be relying on

09:42 15 the molds or not when you file your expert reports?

09:42 16         **MR. GASAWAY:**  I don't know if you could say before

09:42 17 then.  I guess all I'm saying is, to the extent that they want

09:42 18 to do additional visual inspection before then, we are ready to

09:42 19 do that.  We are hesitant to allow destructive testing.  There

09:43 20 may be a negotiation we can have about some additional

09:43 21 destructive testing.

09:43 22         We are not going to rely on the data.  The data

09:43 23 was bad.  The fact that the data was bad and everybody knew

09:43 24 that the data was bad does not make an excuse for going beyond

09:43 25 the destructive testing deadline.  If they want to say, "This

09:43   1   is destructive testing we want to do," we might be able to have

09:43   2   a discussion about that.

09:43   3           THE COURT:  Scott, is your testing destructive?

09:43   4           MR. CERNICH:  It's possible.  We're not certain yet.

09:43   5   We need to inspect the molds to find out.

09:43   6               Mr. Gasaway made a comment that everyone knew

09:43   7   the data was bad.  Frankly, Your Honor, we had no way of

09:43   8   knowing whether the data was bad because we didn't have it.  We

09:43   9   were told the molds were bad.  If the molds were bad, we would

09:44   10  be surprised that any expert, BP's or anyone's, would be

09:44   11  relying on that information.

09:44   12          THE COURT:  Okay.  Why don't we do this.  Why don't

09:44   13  you-all have a discussion about a visual inspection possibly

09:44   14  followed by your -- I said laser.  Tell me again what it is.

09:44   15          MR. CERNICH:  Scanning electron microscopy, SEM.

09:44   16          THE COURT:  I prefer that.  The SEM, if indeed your

09:44   17  experts believe that that is in order after they've visually

09:44   18  inspected.

09:44   19          MR. CERNICH:  Thank you, Your Honor.

09:44   20          MR. GASAWAY:  We've offered some dates for visual

09:44   21  inspection.  So if all we are talking about is visual

09:44   22  inspection, we are ready to go.

09:44   23          THE COURT:  We had a request by the United States

09:44   24  this week for a chain of custody of the cement-related

09:44   25  materials for Phase One.  I understand that's under way.

09:44  1   Anything we need to talk about?

09:45  2          MR. CERNICH:  I don't think so, Your Honor.  We are

09:45  3   getting that from Captain Englebert, and that was based on a

09:45  4   specific request from Judge Barbier at trial.

09:45  5          THE COURT:  Right.  Exactly.  Okay.

09:45  6          MR. GODWIN:  I think she provided that, Your Honor.

09:45  7   Don Godwin for Halliburton.  I think Captain Englebert sent us

09:45  8   yesterday an update on when she got it and all of that.  As far

09:45  9   as the documents, she may be following up on that, but --

09:45  10         THE COURT:  Yeah.  She needs to go out to Michoud to

09:45  11  gather the documents themselves.

09:45  12         MR. GODWIN:  That's well under way, I think.

09:45  13         THE COURT:  Good.

09:45  14         MR. GODWIN:  Thank you, Judge.

09:45  15         MR. LANGAN:  Your Honor, given the way this came up

09:45  16  in court, I think BP may want to make some sort of submission

09:45  17  about issues related to the inspection of the rig sample, you

09:45  18  know, to remind the Court of the chronology of events going

09:45  19  back in time.

09:45  20         THE COURT:  I think that would be helpful.

09:45  21         MR. LANGAN:  So we plan to do that.  I just wanted to

09:45  22  give the Court a head's-up about that.

09:45  23         THE COURT:  Yeah.

09:45  24         MR. GODWIN:  Don Godwin.  Halliburton would like to

09:45  25  do that as well, Your Honor, to show that while we know they

actually went with Captain Englebert in November of 2010, there was a long delay in there when Halliburton was trying to give the samples to the government and they kept delaying; for one reason or another, busy or whatever, they weren't ready for them.  But we want to put all of that in perspective as well at the right time.

THE COURT:  That's fine.  I don't think that's a problem.

MR. HERMAN:  I think we also have a chronology on that as well.

MR. GODWIN:  Let me see yours, Steve.

THE COURT:  Hopefully the chronologies will be the same?

MR. HERMAN:  Uh-huh.

MR. LANGAN:  There may be a slightly different spin about some of the significance of the dates, but I appreciate Mr. Godwin's spin.

THE COURT:  All right.  Guys, whatever you submit, you know to try to keep them short.  Can we agree to the length of the submissions?  Three pages?

MR. GODWIN:  I was thinking no more than five, Your Honor.  But if you want three, we'll go along with it.

THE COURT:  Let's go with four double-spaced.

MR. HERMAN:  Sold.

MR. LANGAN:  Thank you, Your Honor.

09:46  1          **MR. GODWIN:**  You've got a deal, Judge.

09:47  2          **THE COURT:**  That's done.

09:47  3              I take it the inspection at the Amelia yard has

09:47  4  taken place?

09:47  5          **MR. LANGAN:**  Andy Langan for BP.  I happen to know

09:47  6  something about this for some reason.  I was talking to counsel

09:47  7  before.  It has not.  I believe it's tentatively scheduled for

09:47  8  March 19.  I don't know if counsel for Transocean has different

09:47  9  information, but that's my understanding.

09:47  10          **MR. BAAY:**  Good morning.  David Baay for Transocean.

09:47  11  I've been told it's the week after spring break.  I haven't

09:47  12  heard the 19th, but I'll confirm that.

09:47  13          **THE COURT:**  Who knows when spring break is?  Isn't

09:47  14  that dependent on which university you go to?

09:47  15          **MR. BAAY:**  Assuming next week is spring break in

09:47  16  Transocean land, it's going to be the week after --

09:47  17          **THE COURT:**  Everybody mark your calendar for the week

09:47  18  after spring break, you hear.

09:47  19              David, do you need to know who's coming?

09:47  20          **MR. BAAY:**  I do, but I think I can get that when I

09:48  21  distribute the notice to the parties.

09:48  22          **THE COURT:**  Fine, you will request it.

09:48  23              Let's move on to Phase One issues.

09:48  24  Judge Barbier believes the trial is going very smoothly, if a

09:48  25  little slowly.  He says that at times he feels like he is

1  sitting in depositions.  And he said, and I quote:  This is a
2  piece of cake.
3          So he is having a great time, and you're putting
4  on a really good trial.  For that we are grateful.  You are
5  doing well.  So thank you.
6          The marshaling conference yesterday went really
7  well.  I appreciate everybody's hard work on that.  It was also
8  a piece of cake.  Good, good, good.
9          We do have a couple of things that I wanted to
10 cover with you on exhibits versus demonstratives.  I've got
11 about 40 copies of what I'm getting ready to put on the ELMO.
12 So I will put them up here for you guys to get.  I'll put them
13 on the podium.
14         This is the demonstrative that BP used as an
15 example of a call-out, if you will recall.  It is labeled as a
16 demonstrative.
17         Telephone participants, it is a section from the
18 *Recommended Practice for Well Control Operations*, API.  I
19 believe Bobo used this either during either the first or second
20 week of trial.  He called it out and examined a witness about
21 this diverter operation, Section 8.3.
22         I'm not going to ask you-all to redo anything,
23 but if you are coming up with new things for call-outs -- I
24 thought last week at the marshaling conference that this was
25 not a demonstrative but instead was an exhibit, because as we

09:50  1  have talked, if you only want to use a section or a page out of

09:50  2  a previously identified exhibit, then you will label it as the

09:50  3  TREX exhibit and either the page or the section that's being

09:51  4  called out.  So you will notice that I have put down there

09:51  5  "TREX-8231, Section 8.3," which will be a lot easier to follow

09:51  6  than making it a demonstrative.

09:51  7           You don't have to redo anything.  I'm not trying

09:51  8  to make life difficult, but I do think that is an exhibit.

09:51  9           Mike, get the lights.

09:51  10          **MS. ANDRE:**  Abby Andre for the United States.

09:51  11          **THE WITNESS:**  Abby, how are you doing?

09:51  12          **MS. ANDRE:**  I'm good.  How are you doing?

09:51  13          **THE COURT:**  Good.  Thank you.

09:51  14          **MS. ANDRE:**  I just have a follow-up question about

09:51  15  that.  You said if a document had been previously marked, we

09:51  16  ought to just go ahead and on our lists put the TREX and the

09:51  17  page or section number.  If it hasn't been seen by the Court

09:52  18  before or during the course of trial, what would you like us to

09:52  19  do?

09:52  20          **THE COURT:**  I think what's important for the

09:52  21  attorneys is that the underlying document has been marked as an

09:52  22  exhibit.  It may not have been used, but you-all know what the

09:52  23  exhibit is.  So even if it hasn't been previously used, you-all

09:52  24  know what that TREX exhibit is.  You're just identifying this

09:52  25  particular page or section as an exhibit that everybody knows

09:52   1   where it's coming from.  Does that make sense?

09:52   2          MS. ANDRE:  It does.

09:52   3              As far as Judge Barbier's preference, when we

09:52   4   give him a list, would he like us to make clear that we intend

09:52   5   to move in the entire document but that we cited a particular

09:52   6   page?

09:52   7          THE COURT:  Yes.  He prefers that the entire document

09:52   8   not by default go in.  Because, for example, this may be a

09:52   9   300-page manual.  He is not interested in bringing a 300-page

09:53   10  manual into evidence.  He is only interested in bringing in

09:53   11  those pages or sections that the parties felt were important.

09:53   12             So there's no default rule about moving for the

09:53   13  underlying exhibit to come in.  Unless somebody thinks that

09:53   14  it's extremely important that he look at the entire manual or

09:53   15  document, then he would prefer that just those sections that

09:53   16  the parties used come into evidence.

09:53   17         MS. ANDRE:  Okay.

09:53   18         THE COURT:  Does that make sense?

09:53   19         MS. ANDRE:  Yes, it does.

09:53   20             The parties were looking for a little bit of

09:53   21  guidance about what Judge Barbier considers voluminous.  We

09:53   22  were thinking anything over 30 pages, we should try to just

09:53   23  identify a section rather than move in the whole thing.

09:53   24         THE COURT:  I think he would like the default rule to

09:53   25  be he doesn't care about the length of the underlying document;

09:53   1    he would prefer to have the parties introduce only those

09:54   2    sections that they use, even if it's a 10-page document.

09:54   3              MS. ANDRE:  Fair enough.  Thank you, Judge.

09:54   4              THE COURT:  Mr. Nomellini.  How are you doing today?

09:54   5              MR. NOMELLINI:  I'm doing well, Judge.  How about

09:54   6    yourself?

09:54   7              THE COURT:  I'm fine.  And again, thank you and

09:54   8    Anthony and everybody else that has worked so hard on the

09:54   9    marshaling issues.

09:54   10             MR. NOMELLINI:  Everybody worked hard on it, Judge.

09:54   11                  So as you, I think, indicated, there will be

09:54   12   some instances where we would like to get the whole document

09:54   13   in.

09:54   14             THE COURT:  Right.

09:54   15             MR. NOMELLINI:  I think Judge Barbier himself

09:54   16   indicated that if he has a question about something, he can go

09:54   17   back and look.  But he needs to have the whole document there

09:54   18   to look.  And so in those instances, if we can have the whole

09:54   19   document.

09:54   20                  It looks like the way things are going to

09:54   21   happen, based on the last couple of marshaling conferences, is

09:55   22   the call-outs are going to get admitted.

09:55   23             THE COURT:  Right.

09:55   24             MR. NOMELLINI:  So we are going to join in and we are

09:55   25   going to do the same thing.  In those instances where we want

09:55   1   the whole document, we would have the document on the list and

09:55   2   then the call-out.  So it would be, say, TREX-100 -- we will

09:55   3   work out some numbering system for the call-out where we are

09:55   4   all on the same page, TREX-100.1 or something like that.

09:55   5            Now, we could have two TREX-100.1s if we have a

09:55   6   call-out from a document and somebody else does, so we will

09:55   7   have to be careful about that numbering system.  Maybe we will

09:55   8   say TREX-100.1 BP or TREX-100.1 Transocean.  We don't want to

09:55   9   make it too complicated, but we will work it out.

09:55  10            THE COURT:  But the .1, wouldn't it be easier to do,

09:55  11   for example, TREX-8231, Section 8.3 or TREX-8231, page 4?

09:56  12            MR. NOMELLINI:  Yeah, that's going to be part of it.

09:56  13   The page is going to be part of it.  But there may be more than

09:56  14   one call-out on a page.  So if it's 100.4, then maybe 100.4.1.

09:56  15   Regina is nodding, so I know I must be saying something

09:56  16   correct.

09:56  17            We are going to work it out, and we are going to

09:56  18   get a system that -- we are not going to demand everybody

09:56  19   follow it to the letter, but kind of a standard that people can

09:56  20   follow.

09:56  21            MR. LANGAN:  Best practices.

09:56  22            MR. HAYCRAFT:  Industry standard.

09:56  23            THE COURT:  Recommended practices.

09:56  24            MR. NOMELLINI:  You got it.

09:56  25            THE COURT:  That's good.  Then we also encountered

09:56  1   yesterday the distinction between a page range -- and what was

09:56  2   the other?

09:56  3           MR. NOMELLINI:  A range of exhibits.

09:57  4           THE COURT:  A range of exhibits.  So we have to get

09:57  5   that straight --

09:57  6           MR. NOMELLINI:  You got it.

09:57  7           THE COURT:  -- so everybody knows what we are

09:57  8   referring to.

09:57  9           Look, I'm very pleased at how it is going.

09:57  10  Hopefully you-all are as well.

09:57  11          MR. NOMELLINI:  So as others have been doing their

09:57  12  call-outs, we have some catch-up to do in terms of call-outs we

09:57  13  have used over the last couple weeks.  We'll compile a list of

09:57  14  those.

09:57  15          THE COURT:  Good.  Let me ask you further on the

09:57  16  marshaling issue, did or does anybody know whether inData is

09:57  17  giving the thumb drive of exhibits to Stephanie and to Hope so

09:57  18  that those are going --

09:57  19          THE LAW CLERK:  Yes, they did, Your Honor.

09:57  20          THE COURT:  You are?

09:57  21          MR. HARPER:  Yes, we did, Your Honor.

09:57  22          THE COURT:  On a weekly basis?

09:57  23          MR. HARPER:  Yes, on a weekly basis.

09:57  24          THE COURT:  Perfect.  That was a note to myself.  Let

09:57  25  me see what else.

09:57  1          MR. IRPINO:  Your Honor, for the record, that's Brian

09:58  2  from inData.

09:58  3          THE COURT:  Anything else on the marshaling issue?

09:58  4          (Microphone interference.)

09:58  5          MR. IRPINO:  I think that's a sign.

09:58  6          MR. CARTER WILLIAMS:  Just wanted to ask if the

09:58  7  marshaling conferences are the appropriate time for parties who

09:58  8  want bundles to submit their list of bundles that aren't on the

09:58  9  126 that are already in and, if so, which marshaling

09:58  10  conference?  Is it the Thursday that's during -- the first

09:58  11  Thursday during your case basically?

09:58  12          THE COURT:  I think that's right.  I think that the

09:58  13  first Thursday of Transocean's presentation of its case,

09:58  14  you-all can present whatever bundles you want to put into

09:58  15  evidence.

09:58  16          MR. CARTER WILLIAMS:  Great.

09:58  17          THE COURT:  You like that?

09:59  18          MR. CARTER WILLIAMS:  Yes.

09:59  19          THE COURT:  That was a lot of noise for a very small

09:59  20  question.

09:59  21          MR. IRPINO:  Following up on that, the PSC had an

09:59  22  additional bundle because Mike Williams did not testify live.

09:59  23  We appreciate that we have gotten everybody's designations,

09:59  24  two-page summaries.  They all have been gotten over to inData

09:59  25  and can now be offered and filed.  Is that correct?

09:59  1          **THE COURT:**  Right.  If you want to do it at the
09:59  2     marshaling conference this week, that's fine.
09:59  3               That meets with everybody's approval?
09:59  4          **MR. IRPINO:**  As long as it meets with Regina's
09:59  5     approval.
09:59  6          **THE COURT:**  Exactly.  We have to keep looking over at
09:59  7     Regina and make sure that we are following her best practices.
09:59  8          **MR. KAVANAUGH:**  Your Honor, Brian Kavanaugh for BP.
09:59  9     If I can jump in for a second?
09:59  10              If bundles are going to be identified for the
09:59  11    first time on the Thursday marshaling conference, will they be
09:59  12    offered at that time and posted publicly?  Because I think we
09:59  13    need -- I think we need a week lead time to make sure that the
10:00  14    bundles are put together correctly, that various parties'
10:00  15    confidentiality redactions have been applied, all the things we
10:00  16    had to do leading up to the 126 being posted -- I think it will
10:00  17    move much more quicker if it's fewer, but I think we all need
10:00  18    to do those things before they are tendered.  So if we just
10:00  19    find out on the same day, I don't know how we're going to get
10:00  20    that accomplished.
10:00  21         **MR. CARTER WILLIAMS:**  Your Honor, Carter Williams.
10:00  22    What if we give the list on a Thursday and then the next
10:00  23    Thursday is when they are formally admitted?
10:00  24         **THE COURT:**  Brian, did you hear that?
10:00  25         **MR. KAVANAUGH:**  That's fine by BP.

| | |
|---|---|
| 10:00 | 1 |
| 10:00 | 2 |
| 10:00 | 3 |
| 10:00 | 4 |
| 10:00 | 5 |
| 10:00 | 6 |
| 10:00 | 7 |
| 10:00 | 8 |
| 10:01 | 9 |
| 10:01 | 10 |
| 10:01 | 11 |
| 10:01 | 12 |
| 10:01 | 13 |
| 10:01 | 14 |
| 10:01 | 15 |
| 10:01 | 16 |
| 10:01 | 17 |
| 10:01 | 18 |
| 10:01 | 19 |
| 10:01 | 20 |
| 10:01 | 21 |
| 10:01 | 22 |
| 10:01 | 23 |
| 10:01 | 24 |
| 10:01 | 25 |

**MR. IRPINO:**  It's fine with the PSC.  The only thing I would say is look at Mike Williams' book this week before Thursday.

**THE COURT:**  Everybody look at Mike Williams and make sure that anything you believe is personal or confidential has been taken care of.  Then we will do that on a rolling basis.

So, TO, you know what you-all have in the bundles you want to present.  Send a note out and ask everybody to please take a look for that information and make sure they're clear.

**MR. KRAUS:**  Your Honor, Doug Kraus on behalf of Louisiana.  I know that there may be a couple that we submit. If we could submit them next Thursday, identify them next Thursday with the same process that Carter just talked about.

**THE COURT:**  Identify them before next Thursday so everybody has the opportunity to make sure that the confidential information is correct.

**MR. KRAUS:**  We will identify them by Tuesday.  Will that work?

**THE COURT:**  Will that work for you, Brian?

**MR. IRPINO:**  You're talking about three or four, something like that?

**MR. KRAUS:**  Yes.

**MR. IRPINO:**  Brian?

**MR. KAVANAUGH:**  If we could get that Monday -- I just

10:01   1   don't know -- I want to make sure we have time.  I don't know
10:01   2   if we have seen all the final bundles.  So if you could do it
10:01   3   Monday, that might give us just a little bit more time to get
10:01   4   that done.
10:01   5           **MR. KRAUS:**  By 5:00 on Monday.
10:01   6           **MR. KAVANAUGH:**  That's fine.
10:01   7           **MR. IRPINO:**  Following up, Your Honor, also with the
10:01   8   marshaling, one of the issues that comes up -- it's a real
10:02   9   issue -- is identification of the call-outs or demonstratives
10:02   10  during trial.  What happens is -- what our people have a very
10:02   11  real -- every parties' people.
10:02   12          In tracking these, if somebody calls out a
10:02   13  demonstrative -- they may call out D-8231; they may just call
10:02   14  out TREX-8231.  And they'll have their own internal system,
10:02   15  some people, of saying "the next slide," "the next slide"; or
10:02   16  they have their own internal numbering system that does not
10:02   17  match any identification on what is being pulled up.  It is a
10:02   18  real problem that all the parties face.  It's something that
10:02   19  needs to get addressed in order to properly identify for the
10:02   20  record -- Judge Barbier did a good job yesterday of making sure
10:02   21  of some of the things, but it can't be done by the Court --
10:02   22          **THE COURT:**  That attention is going to drop off
10:03   23  because he is trying to pay attention to the trial.
10:03   24          **MR. IRPINO:**  Exactly.
10:03   25          **THE COURT:**  So please talk to your trial team, even

1  if you are using your own internal, next slide or Slide 2,

2  could you please, for the record, state what's up on the

3  screen.  It's going to slow it down a little bit, and

4  Judge Barbier may get a little aggravated about it.  But for

5  purposes of everybody keeping track, just try to get on the

6  record TREX-8231, Section 8.3.

7          MR. IRPINO:  Exactly, for then.  Then when you do the

8  next call-out, make sure that they know "same TREX,

9  Section 8.4," or whatever.

10          THE COURT:  So if you-all would please undertake just

11  to speak to your trial team members and make sure that they pay

12  attention to that so the people who are trying to keep track

13  will have an easier time.

14          MR. IRPINO:  If it continues, then -- if it does

15  continue to be a problem, we will petition the Court to allow

16  all of our people to stand up and object for failure to

17  identify the actual document.

18          THE COURT:  Fine by me.  At that point it's

19  Judge Barbier's issue.

20          MR. IRPINO:  One final thing is we are talking about

21  one page of an exhibit, maybe one page and a call-out.  I think

22  we need to at least discuss, put on the radar, how the exact

23  slicing of those pages are going to be done, who is going to do

24  it, what notice is going to be given to the parties.

25              It comes in on multiple levels, including what

10:04  1  goes up on the MDL 2179 trial doc site.  Because right now
10:04  2  inData, as I appreciate it, has TREX-1000, which is 20 pages;
10:04  3  TREX-1000 page 4 is all that might get admitted into evidence.
10:04  4  So work is going to have to be done to finalize that exhibit.
10:05  5         Then I think we also need to, sort of along the
10:05  6  same lines we discussed before, come up with a standard to
10:05  7  title those documents or mark them or whatever because if you
10:05  8  have TREX-1000 and then one is page 4 and then TREX-1000
10:05  9  page 8, that can't use the current pdf title, if you will, that
10:05  10  that document has.  It's going to get spliced.  And then we
10:05  11  need a standardized system of compiling that and marking that.
10:05  12         THE COURT:  Wouldn't that be TREX whatever page 4?
10:05  13         MR. IRPINO:  Yes, I believe.
10:05  14         And then do the call-outs that are the used on
10:05  15  that page get -- is that all one pdf document, or are those two
10:05  16  separate documents?  I would think hopefully the call-out has a
10:05  17  different numbering system.  I'm told from our tech people that
10:05  18  it would be better for those to be separate documents, the
10:06  19  call-out and the page.  I think we can handle it that way.
10:06  20         THE COURT:  Let's get inData up.  Come on up.
10:06  21         When you delivered the thumb drives of exhibits
10:06  22  yesterday, what did you do with regard to the call-outs?
10:06  23         MR. HARPER:  So far what we have delivered have not
10:06  24  had any call-outs.  So it's like Anthony says, just TREX-100,
10:06  25  the entire document.  Because we haven't known which pages were

1  officially being admitted yet or not.

2          THE COURT:  Tell me how you would like to handle it

3  if all things went the way you would like.

4          MR. HARPER:  The issue I see would be the call-out.

5  If we are going to create a copy of the call-out, it would be

6  best to get that digital copy from the parties so we have

7  exactly what went up on the screen rather than interpreting it.

8              As long as we have a numbering system like you

9  said, we have the TREX number and the page and section, then we

10  can extract the page.  And if we have the digital copy of the

11  actual call-out, then we can take that and attach those.

12          THE COURT:  You could have both.  You could have the

13  document that is like this.  It is a preprepared call-out that

14  the parties would have to give you.  Or a party could just call

15  out one page from the big document, and you-all could then just

16  supply that one-page.

17          MR. HARPER:  Correct.  We can do that easily.

18          THE COURT:  Good.  I appreciate that.  If you will

19  work with them to figure out what's best for you and how we are

20  going to handle it going forward.

21              I think we are probably going to have to go back

22  to the first two marshaling conferences and correct the

23  material that you gave to chambers so that what they are

24  getting is exactly what was introduced.

25          MR. HARPER:  Brian with inData.

| | | |
|---|---|---|
| 10:08 | 1 | **THE COURT:**  Alan, good morning. |
| 10:08 | 2 | **MR. YORK:**  Good morning, Your Honor.  Alan York for |
| 10:08 | 3 | Halliburton. |
| 10:08 | 4 | Just a couple of clarifications.  I know we have |
| 10:08 | 5 | beaten the horse dead now. |
| 10:08 | 6 | **THE COURT:**  It's lying on the floor right there. |
| 10:08 | 7 | **MR. YORK:**  As we have previously discussed, a lot of |
| 10:08 | 8 | what happens with our trial team is they are doing live in the |
| 10:08 | 9 | trial.  They will call up an exhibit, "Pull up page |
| 10:08 | 10 | such-and-such.  Will you pull out paragraph this." |
| 10:08 | 11 | So our thought is, number one, for those live |
| 10:08 | 12 | call-outs what we will do is, in the evening, we will go back |
| 10:08 | 13 | through the transcript, create a pdf version of what that |
| 10:08 | 14 | call-out was and add that to the list we will circulate to the |
| 10:09 | 15 | parties so that call-out -- |
| 10:09 | 16 | **THE COURT:**  And then give a copy to inData. |
| 10:09 | 17 | **MR. YORK:**  And give a copy to inData.  So that even |
| 10:09 | 18 | if it is a live call-out, we create a static picture of it so |
| 10:09 | 19 | that that goes into the Court. |
| 10:09 | 20 | I do want to clarify, again, as we have |
| 10:09 | 21 | discussed, that's not what we have been doing for the first two |
| 10:09 | 22 | weeks.  And so what we would like to do is go back through our |
| 10:09 | 23 | testimony that we have done during trial for those two weeks, |
| 10:09 | 24 | where there's a position where it says, "This is document |
| 10:09 | 25 | such-and-such, page such-and-such, pull out paragraph," we will |

10:09   1   re-create those call-outs and put them on, hopefully, a list

10:09   2   this week to be added to the record to cover the first two

10:09   3   weeks of trial.

10:09   4          THE COURT:  You should see Anthony's face right now.

10:09   5          MR. YORK:  Well, I don't know any other way.  Because

10:09   6   we're not doing --

10:09   7          THE COURT:  I think that's right, Alan.  We just all

10:09   8   need to get on the same page.

10:09   9          MR. YORK:  Yes, Your Honor.

10:09   10         THE COURT:  So I think that's right.  That will work.

10:10   11             Abby.

10:10   12         MS. ANDRE:  I think you just cleared up my question,

10:10   13   so I will just hover back here.

10:10   14         THE COURT:  That would be retroactive with the

10:10   15   corrections --

10:10   16         MS. ANDRE:  Whether or not we need to do --

10:10   17         THE COURT:  If you want to do it retroactively, you

10:10   18   may.

10:10   19         MS. ANDRE:  May?

10:10   20         THE COURT:  May.

10:10   21         MS. ANDRE:  Excellent.

10:10   22         THE COURT:  Are we finished with marshaling?

10:10   23             We had an issue, Carter, with unlisted

10:10   24   deposition bundle exhibits.  Has that been resolved?

10:10   25         MR. CARTER WILLIAMS:  From our perspective, yes.  I

10:10  1  believe there was another party that wanted to look at that.

10:11  2          **THE COURT:**  BP?

10:11  3          Brian, are you on the line?  Was that you that

10:11  4  wanted to look at unlisted deposition bundle exhibits?

10:11  5          **MR. KAVANAUGH:**  I am on the line.  I did not raise

10:11  6  that issue previously.  I don't know if somebody else did.

10:11  7          **THE COURT:**  Okay.  Unless we hear anything further,

10:11  8  that's coming off.

10:11  9          **MR. IRPINO:**  Your Honor, just to be clear, that's the

10:11  10  issue that Transocean raised just before trial about there are

10:11  11  a few in the bundles that weren't listed on the exhibit list.

10:11  12          **THE COURT:**  Correct.

10:11  13          **MR. IRPINO:**  The PSC listed them and then -- okay.

10:11  14          **THE COURT:**  Correct.  I know Transocean took care of

10:11  15  the problem.  I just didn't know whether anybody else was

10:11  16  working on it.

10:11  17          **MR. IRPINO:**  Understood.

10:11  18          **THE COURT:**  Good.  The Meche deposition bundle is

10:11  19  completed, so that's good.

10:11  20          Next Friday is the deadline for all parties to

10:11  21  provide objections, highlighted exhibits, and two-page

10:12  22  summaries for the Coronado bundle.  The issue of whether the

10:12  23  bundle will be used is still being determined.

10:12  24          Mike Williams has been taken care of, correct?

10:12  25          We still have the Donald Vidrine issue coming up

10:12   1    for briefing completion on Friday March 15.

10:12   2              Overflow courtrooms, we are further compressing.

10:12   3    Andy, thank you for the revised seating chart.  The media will

10:12   4    have seating in Judge Sear's courtroom.  We also will have my

10:12   5    courtroom and Judge Moore's courtroom available as well.

10:12   6    Seating has been assigned.  Thank you.

10:12   7              MR. KAVANAUGH:  Your Honor, it's Brian Kavanaugh.  If

10:12   8    we can go back a moment to the Donald Vidrine briefing.

10:12   9              THE WITNESS:  Yes.

10:12   10             MR. KAVANAUGH:  Your Honor probably didn't see it.

10:12   11   Early this morning I had sent an e-mail in requesting a brief

10:13   12   extension of time on BP's opposition to those.  I have heard

10:13   13   from the PSC and Halliburton that they have no objection, but I

10:13   14   wanted to raise that issue for the Court.

10:13   15             THE COURT:  I don't have a problem with it.  Let's go

10:13   16   ahead and just put that in place.  Okay.

10:13   17             MR. KAVANAUGH:  Thank you, Your Honor.

10:13   18             MR. LANGAN:  What are the new dates, Your Honor?

10:13   19             THE COURT:  Brian, you didn't circulate proposed

10:13   20   dates?

10:13   21             MR. KAVANAUGH:  I had originally proposed just a

10:13   22   brief extension 'til Monday, with the same thing for reply

10:13   23   briefs.  There might have been some confusion on that.  We are

10:13   24   happy either way, with briefs due on Monday and then the

10:13   25   following Monday for replies.  I don't know if others had

10:13  1   wanted a different deadline.

10:13  2          THE COURT:  Does anybody care about a different

10:13  3   deadline or just an extension of another day?

10:13  4                Extension of another day.

10:13  5          Thanks, Brian

10:14  6          MR. KAVANAUGH:  Thank you, Your Honor.

10:14  7          THE COURT:  We are working our way through the first

10:14  8   and second installment of exhibits.

10:14  9                With completion of the Oceaneering deposition,

10:14  10  we have completed Phase Two fact depositions, with may be one

10:14  11  exception.

10:14  12               Now, Tony, do you want to come up and talk about

10:14  13  your proposed order re: Phase Two expert document production.

10:14  14               Sarah, I know you are listening in.

10:14  15         MS. HIMMELHOCH:  I am.

10:14  16         THE COURT:  You-all had a very healthy e-mail

10:14  17  exchange this past week.

10:14  18               Brian, you were last to comment, as I see it.

10:14  19               Do I have that chronology straight?

10:15  20         MR. KAVANAUGH:  Yes, Your Honor.

10:15  21         THE COURT:  Sarah, I loved your comment about

10:15  22  forgetting how we did things in Phase One.  That was very good.

10:15  23               As I see it, Brian has made the last comment to

10:15  24  what Tony circulated as modified by Sarah.

10:15  25         MR. FITCH:  I think you are conflating two different

issues, Judge.

           **THE COURT:**  Am I?

           **MR. FITCH:**  You are, I believe.

           **MS. HIMMELHOCH:**  I think that's right.

           **THE COURT:**  Whoops.

           **MR. FITCH:**  One issue that faces us all is the deposition designation process, what is going to be adopted in that regard.  And that's an issue that Brian and perhaps Rob and Brian Kavanaugh and Sarah are well informed on.

           The other issue is this expert evidence order. Given the proposal that Sarah and Joe Russell made and worked out, we think the order is final.  That's what I sent you yesterday.  I don't believe any other party has commented on it.

           But in order to implement Sarah's idea and the BP attorneys' solution, it would require changing the dates for the commencement of the expert depositions.  So what I did was push it back two weeks, which I think was a general consensus among Anadarko, BP, and certainly the government, but pushing the end date back only one week because I just couldn't see letting it get any closer in August, frankly.

           So if are 50-some-odd expert depositions -- maybe there will be fewer, who knows, but that's the number you have given us previously -- that's a fair chunk for what would be a six-week period.

10:17  1    **THE COURT:**  Let's make sure that we are not
10:17  2   conflating.  Does everybody agree with Tony's proposed dates in
10:17  3   his further modified draft order?
10:17  4    **MR. BARR:**  Brian Barr for the PSC.  I don't have a
10:17  5   problem with the order.  But I was just going to note that you
10:17  6   got one of the dates wrong.  Dr. Bea's report, we agreed last
10:17  7   week, was April 5, not March 29.  So I just wanted to note
10:17  8   that.
10:17  9    **THE COURT:**  Okay.
10:17  10    **MR. FITCH:**  Does that affect anything else -- okay.
10:17  11    **MR. GASAWAY:**  So we would have 40 days.
10:17  12    **MR. BARR:**  We talked about that on the record last
10:17  13   week and y'all agreed to it.
10:17  14    **MR. GASAWAY:**  But two issues were in play there.  So
10:18  15   we were lengthening the time for our response.  We don't mind
10:18  16   when Dr. Bea's report is, but there were modifications there.
10:18  17   So as long as we get 40 days from Dr. Bea's report.  As long as
10:18  18   we can put him, I guess, at the end of the deposition schedule,
10:18  19   that may work.
10:18  20    But what happened was, I think, after we talked
10:18  21   about Dr. Bea, Sarah made her 40-day proposal sort of later on.
10:18  22    **THE COURT:**  Yeah, and that's why I have conflated the
10:18  23   issue.
10:18  24    **MR. GASAWAY:**  There's a lot of conflating going on.
10:18  25    **MR. FITCH:**  At any rate, Brian Barr's correction

10:18
10:18
10:18
10:18
10:18
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19
10:19

1    would result or trigger two or three other corrections further

2    down.  But as Rob says, hopefully you will schedule Bea's

3    deposition late in the process, so we should be all right with

4    respect to Bea.

5            MR. GASAWAY:  We are fine with giving Dr. Bea another

6    week if we get another week on the back end.

7            THE COURT:  All right.  So that does affect the time

8    line.  We will keep Dr. Bea on our 4-5 deadline and see how

9    that affects the further time line.

10           MR. FITCH:  Do you want the scribner to send you

11   another draft?

12           THE COURT:  That would be great.  Perfect.

13           MR. FITCH:  I might even change February to March for

14   your signature date as well.

15           THE COURT:  That would be good too.

16           MR. FITCH:  Having already changed from December to

17   January and January to February.

18           THE COURT:  So, Rob, you have something to say on

19   this issue?

20           MR. GASAWAY:  Well, no, Your Honor.  I was just going

21   to go ahead and then pivot to the other issue and sort of throw

22   it over maybe for --

23           THE COURT:  Which is the Himmelhoch/Eisert/Russell

24   approach.

25           MR. GASAWAY:  Exactly.  Let me note for the record

10:19  1    here that we said we were going to go off, and I do think some

10:19  2    significant progress was made.

10:19  3             THE COURT:  I agree.

10:20  4             MR. GASAWAY:  Sarah, do you want to tee it up or

10:20  5    Brian Kavanaugh?

10:20  6             MS. HIMMELHOCH:  I'm happy to tee it up.  I think the

10:20  7    proposal we have come up with -- all the parties reserve their

10:20  8    rights to take their own positions.  Today we were just

10:20  9    agreeing among ourselves to recommend to the team the U.S. is

10:20  10   comfortable with the proposal that Brian has made, with one

10:20  11   caveat, and that we want to talk a little bit more about the

10:20  12   two-page summaries.

10:20  13             But the basic idea is that on March 25, all the

10:20  14   parties will send to me their prioritized list of depositions.

10:20  15   I will then put those together into a series of groups of 10

10:20  16   that will then go through a six-week cycle of process.

10:20  17             The rules for prioritization, I think, were

10:20  18   noncontroversial and pretty clear.  The cycle begins on the

10:20  19   first week with just initial designations and a written

10:20  20   objective summary.  We have got an agreed-upon format for that

10:21  21   objective summary.

10:21  22             The second week is cross designations and any

10:21  23   meet-and-confer, if there's anybody believing that somebody has

10:21  24   gone beyond objective in the objective summary portion.

10:21  25             Week 3 is rebuttal designations and highlighted

10:21 1    deposition exhibits.

10:21 2            Week 4 is objections to designations and

10:21 3    identification of any testimony that should be treated as "Coke

10:21 4    formula" testimony.

10:21 5            Week 5 is -- if we all agree on the deposition

10:21 6    summary idea, week 5 is the time when the groups would exchange

10:21 7    their consensus draft of their segment of their summary.

10:21 8            Week 6 is when inData certifies all the

10:21 9    designations, objections, and highlighted exhibits.

10:22 10           Week 2 of the first group is Week 1 of the third

10:22 11   group, etc. -- of the second group, etc., etc.

10:22 12           So that's the proposal.  The U.S., as I said,

10:22 13   with the exception of wanting to think a little bit more about

10:22 14   the deposition summaries, the nonobjective portion of the

10:22 15   deposition summaries, we were agreed to this process.  And the

10:22 16   other parties agreed to come today ready to take a position one

10:22 17   way or another on the proposal.

10:22 18           THE COURT:  Well, let's start with the proposed

10:22 19   schedule.  Does that meet everybody's approval?

10:22 20           Okay.  Then do you-all want to continue to work

10:22 21   on the proposed summaries, or is there a disagreement that we

10:22 22   need to look at?

10:22 23           MS. HIMMELHOCH:  The U.S. is changing its mind since

10:22 24   yesterday, to be quite honest, Your Honor.  When I went back to

10:23 25   my team, the question was:  Does the Court really think

10:23  1    anything beyond the objective summary is actually useful or
10:23  2    whether we should just stick with the objective summary and the
10:23  3    designations?  That was the question my team raised when I made
10:23  4    the recommendation regarding the proposal we came up with.
10:23  5         THE COURT:  Right.  Last but not least, have we
10:23  6    included everybody in the summaries, if we decide to do
10:23  7    summaries by the parties?  We have got PSC, United States,
10:23  8    Alabama, Louisiana, BP, Anadarko, Transocean, and Halliburton.
10:23  9    Is there anybody else out there?
10:23  10        MR. GASAWAY:  Well, I guess the question is a home
10:23  11   for Cameron.
10:23  12        THE COURT:  That is correct.
10:23  13        MR. ROBERTS:  We are happy to join the latter group.
10:23  14   Alex Roberts for Cameron.
10:23  15        THE COURT:  Oh, okay.  Good.  Thank you.  I
10:23  16   appreciate it.  So we will put you in with Transocean and
10:23  17   Halliburton.
10:24  18        MR. ROBERTS:  Sounds great.
10:24  19        THE COURT:  And that should take care of all parties
10:24  20   Phase Two.
10:24  21             Do you-all want to discuss whether or not you
10:24  22   want to just make it a plain vanilla summary or --
10:24  23             Sarah, where is the U.S. on this issue right
10:24  24   now, today?
10:24  25        MS. HIMMELHOCH:  I think we are happiest with just

1   the objective section of the summary, and then the designations

2   would speak for themselves.

3       MR. GASAWAY:  Sarah, this is Rob.  Just to clarify.

4   The document that you had sent around yesterday, I thought, had

5   the detailed part up top about the objective section, and then

6   there were -- that was Roman numeral I, and then there was II,

7   III, IV.  What I'm hearing today is that the U.S.'s considered

8   position is we should just go with Roman numeral I and

9   eliminate II through IV?

10      MS. HIMMELHOCH:  I think that's where we are headed,

11  yes.  But since this is firm on everybody today, I think there

12  is more discussion to be had.

13      MR. GASAWAY:  Why don't we go back on that.  As to

14  the schedule, which was in issue, I think we are there.  I also

15  think that as to the objective summary part, Roman numeral I

16  with the edits, the U.S. was okay with theirs.  So I think we

17  have narrowed the issues.

18      THE COURT:  So the form is now down to Brian's last

19  edits --

20      MR. GASAWAY:  Correct.

21      THE COURT:  -- with open discussion being on whether

22  or not we go to Sections II, III, and IV, which are the

23  sections where the parties will give a summary from their point

24  of view or not.

25      MR. GASAWAY:  Brian Kavanaugh, is there anything else

10:25  1    to say or that we are forgetting?

10:25  2            MR. KAVANAUGH:  I don't think so.  There was an issue

10:25  3    around the order in which these would be submitted to

10:25  4    Judge Barbier ultimately, but I think everybody agreed we

10:25  5    didn't need to resolve that to get the process started, and

10:26  6    that would be for another day.  So with that, I think we have

10:26  7    covered everything else.

10:26  8            MS. HIMMELHOCH:  Your Honor, what I would recommend

10:26  9    is -- if the designation team can just apprise you of their

10:26  10   respective positions before next Friday so we can finalize in

10:26  11   our last working group conference of this month, I think that

10:26  12   would make sense.

10:26  13           THE COURT:  Okay.

10:26  14           MR. GASAWAY:  You're saying, Sarah, on the Roman

10:26  15   numerals II through IV issue, whether they should be included,

10:26  16   apprise Judge Shushan before Friday?

10:26  17           MS. HIMMELHOCH:  Yes, that would be my

10:26  18   recommendation.

10:26  19           MR. FITCH:  Judge, two observations from Anadarko.

10:26  20   Tony Fitch.  One, don't we need input from Judge Barbier as to

10:26  21   what he thinks his preference will be three or four months from

10:26  22   now?

10:26  23           THE COURT:  I can certainly talk to him.

10:26  24           MR. FITCH:  Summaries or not?

10:26  25           THE COURT:  If he doesn't find them useful, he can

ignore them.

      **MR. FITCH:**  But if he says that he doesn't find them useful, they might as well be thrown away, all of us will have gone to a good bit of work that will be headed to the trash basket.

      **THE COURT:**  What are we thinking the length of each of these three submissions will be, Part II, Part III, and Part IV?

      **MS. HIMMELHOCH:**  A page or less.

      **MR. FITCH:**  My guess would be that on the depositions that are primarily source control -- and there are a lot of those -- a page or two, but that's for others to fight about. For quantification, maybe a little bit longer, if he wants them.

      **THE COURT:**  I'll talk to him about that today and show him the latest draft, the Brian Kavanaugh draft, to walk him through it.

      **MR. FITCH:**  My other, entirely different, observation, I personally find Section 1 as laid out here a bit overdone.  Do we need and is Judge Barbier going to want up to 255 -- I don't know why it's 255.  Is he going to want up to 255 words on work experience or so on?  I just think it's getting a little overblown.

      **THE COURT:**  Sarah, what is the genesis of 255?

      **MS. HIMMELHOCH:**  It's a number that came into my head

10:28  1    that's a limit on certain database fields.

10:28  2              THE COURT:  Look at that.  Thank you.

10:28  3              I will undertake to show this to Judge Barbier

10:28  4    in its current form, including the 255-word limitation.

10:28  5              It's kind of like a Twitter limitation, huh?

10:28  6        MS. HIMMELHOCH:  Essentially, yes.  And I'm not

10:28  7    wedded to that.  I think the example I gave is far shorter than

10:28  8    that.

10:28  9        THE COURT:  Yeah, it is far shorter than that.  So

10:28  10   that's good.

10:29  11             I will undertake to do that this week, and if he

10:29  12   expresses a preference, I will let everybody know.  How about

10:29  13   that?

10:29  14       MR. FITCH:  I would think, if nothing else, work

10:29  15   experience, which just goes on forever in even this example,

10:29  16   should be limited, in good faith, to work experience relevant

10:29  17   to the testimony, relevant work experience.  If the guy is

10:29  18   saying something was done crazy about X source control effort,

10:29  19   it is relevant if the guy has work experience that pertains to

10:29  20   that.  But other than that --

10:29  21       THE COURT:  His six years at Burger King you don't

10:29  22   think should go on?

10:29  23       MS. HIMMELHOCH:  Tony, do you really think mine go on

10:29  24   and on about irrelevant work experience?

10:29  25       MR. FITCH:  I do, respectfully, Sarah.

10:29   1          **MS. HIMMELHOCH:**  Okay.

10:29   2          **MR. HERMAN:**  Discussion for another day.

10:29   3          **THE COURT:**  That's right.  But I will show this to

10:29   4   Judge Barbier and get you-all some thoughts from him.

10:29   5               Good morning.

10:30   6          **MR. CHAKERES:**  Good morning, Your Honor.  Nat

10:30   7   Chakeres for the United States.  And just to set the context

10:30   8   for where we are currently thinking about the nonobjective

10:30   9   sections, Roman numerals II, III, IV of the deposition

10:30   10  summaries, particularly with the quantification summaries with

10:30   11  which we are more invested, there's, I think on all sides, a

10:30   12  lot of context and a lot of complicated work that was going in.

10:30   13  Tony alluded to that and the fact that maybe three or four

10:30   14  bullets won't do fair justice to any of the work that anybody

10:30   15  is doing, particularly given that Judge Barbier has already

10:30   16  expressed to us his feeling that the two-page summaries for

10:30   17  Phase One were overly argumentative.

10:30   18               It's really, really easy to provide slanted,

10:30   19  very argumentative two-page summaries that don't give a real

10:30   20  helpful picture of what's going on on all sides.  I think every

10:31   21  party is going to try and protect itself and try and put in as

10:31   22  many points as they can.  It's, I think, what happened with the

10:31   23  Phase One summaries.  Not casting aspersions on anyone, but if

10:31   24  you think someone else might do it and there's no check on

10:31   25  that, you're going to try and do that yourself.

10:31  1          **THE COURT:**  The fear that we'll then slip back into
10:31  2  the old habit.
10:31  3          **MR. CHAKERES:**  Exactly.
10:31  4          **THE COURT:**  Thank you.
10:31  5              So we do need to give you a revised time line
10:31  6  based on our discussions that we have just completed.
10:31  7              Does BP have anything further -- I'm sorry.
10:31  8  Does the U.S. have anything further that they want to do or
10:31  9  discuss with regard to grouping of the depositions by topic?
10:31  10  Should we just put that over until next week?  How are you-all
10:31  11  feeling about that?
10:31  12          **MS. HIMMELHOCH:**  Your Honor, I think where we wound
10:32  13  up was there was -- this was one of the more vigorous
10:32  14  discussions among the group.  And ultimately what we decided
10:32  15  was each side of the V or each group had its own way as to how
10:32  16  it wanted to group the prioritization, so we are letting the
10:32  17  three groups prioritize themselves.
10:32  18              The thematic is hard from our perspective
10:32  19  because we can wind up debating whether somebody is a
10:32  20  quantification, a hybrid, or a source control witness.  We have
10:32  21  put off for another day which bundle is going to go to the
10:32  22  judge when.  So we can group them at a time when we all have a
10:32  23  sense of who has designated what out of the depositions rather
10:32  24  than try to fight out now that prioritization question.
10:32  25  Frankly, I also am concerned about grouping by theme because

| | | |
|---|---|---|
| 10:32 | 1 | that can impose uneven workload among team members. |
| 10:33 | 2 | THE COURT:  Uh-huh. |
| 10:33 | 3 | MS. HIMMELHOCH:  It's a careful dance between who is |
| 10:33 | 4 | down there in NOLA for Phase One, who is in Phase Two, who has |
| 10:33 | 5 | other case responsibilities.  We would like to be able to take |
| 10:33 | 6 | that into account in how we prioritize; and if we do it by |
| 10:33 | 7 | theme, we can't do that. |
| 10:33 | 8 | THE COURT:  Fair enough.  That's resolved, huh? |
| 10:33 | 9 | MS. HIMMELHOCH:  I think it's resolved until we get |
| 10:33 | 10 | to the argument about what goes to Judge Barbier first. |
| 10:33 | 11 | THE COURT:  Correct.  Good enough. |
| 10:33 | 12 | Let's see.  We have got the University of |
| 10:33 | 13 | California Santa Barbara issue coming around. |
| 10:33 | 14 | We are working on the briefing for the crime |
| 10:33 | 15 | fraud exception. |
| 10:33 | 16 | MR. BENSON:  Your Honor, this is Tom Benson for the |
| 10:34 | 17 | United States. |
| 10:34 | 18 | THE COURT:  Hi, Tom. |
| 10:34 | 19 | MR. BENSON:  Hi.  Could I jump in on the crime fraud |
| 10:34 | 20 | issue? |
| 10:34 | 21 | THE COURT:  Sure. |
| 10:34 | 22 | MR. BENSON:  You may have seen the e-mail traffic, |
| 10:34 | 23 | and I take it that you got a package in chambers from BP this |
| 10:34 | 24 | week.  As we said in our e-mail, we are pretty concerned about |
| 10:34 | 25 | that, and it just doesn't seem like an appropriate way to |

10:34   1    proceed.

10:34   2                    BP had said in their brief they were going to do

10:34   3    something like this.  Transocean and the U.S. had objected over

10:34   4    the weekend.  BP didn't get back to us.  They went ahead and

10:34   5    did it anyway.

10:34   6                    I guess from our perspective, aside from the

10:34   7    sort of process issue, we think something like this should

10:34   8    be -- if one party objects, it should be at least discussed

10:34   9    before you go ahead and do something like this.

10:34   10                   THE COURT:  Yeah.

10:34   11                   MR. BENSON:  It seems like the issue -- BP is

10:34   12   prematurely putting all this stuff before the Court when it

10:34   13   isn't necessarily what the Court needs to decide the issue.

10:35   14   The proper way to proceed here is for the Court to see our

10:35   15   reply brief; and then you get to decide whether you want

10:35   16   privilege logs, whether you want to do an *in camera* review.  As

10:35   17   we have talked in our briefing, that's not necessarily

10:35   18   something that needs to happen.

10:35   19                   I guess ultimately, importantly, BP, in its

10:35   20   submission that it made *in camera*, has made a number of

10:35   21   assumptions and a number of delineations between documents

10:35   22   based on what they think is important and whether they think we

10:35   23   made our showing or not.  Obviously, we disagree.  You'll make

10:35   24   up your own mind on whether we have made up our showing.

10:35   25                   So we just think if there's going to be any kind

10:35   1   of *in camera* review or privileged log review, the decision on
10:35   2   what that should look like and what the parameters of it are
10:36   3   should be made by the Court after reviewing the full set of
10:36   4   briefing.
10:36   5          THE COURT:  So let me tell you how I think we are
10:36   6   going to proceed.  I am going to go ahead and review the
10:36   7   briefing and think about both sides' argument on the *in camera*
10:36   8   review prior to opening the *in camera* review.  So I haven't
10:36   9   opened it; I'm not going to open it until I go through the
10:36  10   briefing and, in my discretion, decide that it's something that
10:36  11   I need to do to resolve this dispute.
10:36  12          MR. BENSON:  I appreciate that, Your Honor.
10:36  13          THE COURT:  Good.  Thank you.
10:36  14          Anything to report on the U.S. proposed order
10:36  15   clarifying confidential communications with the U.S. and the --
10:36  16   between the U.S. and the States?
10:37  17          MS. HIMMELHOCH:  Still running track lines,
10:37  18   Your Honor.
10:37  19          THE COURT:  Okay.
10:37  20          On the request to clarify answers being filed to
10:37  21   Pleading Bundle A, we are going to go ahead and enter an order
10:37  22   providing that the parties do not have to answer until further
10:37  23   notice.
10:37  24          MR. LANGAN:  Thank you, Your Honor.
10:37  25          THE COURT:  You're welcome, Andy.

10:37  1          You-all were working on something that I don't
10:37  2  recall, so remind me.  Joint consent motion concerning sample
10:37  3  extracts?
10:37  4          MS. HIMMELHOCH:  Yes, Your Honor.  We are still
10:37  5  working on that.  I don't think we are quite ready to submit
10:37  6  it, but we will be soon.
10:38  7          THE COURT:  Okay.  Do you want to tell me what it is
10:38  8  so next week when I ask you, I will know what I'm talking
10:38  9  about?
10:38 10          MS. HIMMELHOCH:  Your Honor, it deals with -- we have
10:38 11  an order that governs what we have to keep as we are going
10:38 12  through the sampling process.  One of the things that happens
10:38 13  when you're analyzing an environmental sample is you will
10:38 14  create what's called an *extract*.  Then you might use that
10:38 15  extract through further steps.  It governs when can you start
10:38 16  throwing stuff away in the analytical process and what you have
10:38 17  to keep as you go through the analytical process.  So extracts
10:38 18  of extracts is what we are dealing with in this order.
10:38 19          THE COURT:  So I sort of know what you are talking
10:38 20  about.
10:38 21          MS. HIMMELHOCH:  Mr. Benson is far more articulate on
10:38 22  these topics.
10:38 23          If I got it wrong, Tom, let me know.
10:38 24          MR. BENSON:  No, that's right.
10:38 25          MR. GASAWAY:  Your Honor, let the record reflect I

10:38   1   described this issue as a *yawner* issue on the record last week.

10:38   2           THE COURT:  I do recall that, but I didn't even know

10:38   3   what the issue was when you described it a yawner.  So I might

10:39   4   as well get up to snuff.

10:39   5           Last but not least on my agenda, take a deep

10:39   6   breath, Phase Three.

10:39   7           MS. HIMMELHOCH:  Did you hear my gasp?

10:39   8           THE COURT:  I did.  I said the same thing.  It

10:39   9   probably is time for us to start thinking about how we are

10:39   10  going to define the scope of Phase Three and start working

10:39   11  toward whatever the defined scope is.  So I'm just throwing it

10:39   12  out there for you, get you going on thinking about it.

10:39   13          So that's my agenda.

10:39   14          Doug, did you have something on that?

10:39   15          MR. KRAUS:  Yeah, just so I can alert --

10:39   16          MR. FITCH:  This is a show stopper.

10:39   17          MR. KRAUS:  Just so I can notify -- this is obviously

10:40   18  an issue that's of concern to us.  I think it will be, anyway,

10:40   19  to the States.

10:40   20          I was wondering, when I lay this on them, what

10:40   21  should I tell them you are thinking about, how you're thinking

10:40   22  about tackling this?

10:40   23          THE COURT:  I have no --

10:40   24          MR. KRAUS:  Other than not today --

10:40   25          THE COURT:  I have formulated no thoughts because I

10:40  1  think we are going to formulate our thoughts together.  So I
10:40  2  have no preconceived notions.  I do think we should start
10:40  3  thinking about it.
10:40  4          Steve Herman has now risen from his seat.  It
10:40  5  tells you that he has probably already been thinking about it.
10:40  6  But I have, Doug, no preconceived notions at all as far as the
10:40  7  contours or the time line.
10:40  8          But we do have a time line for Phase Two, and we
10:40  9  are working toward putting it in the can.  Before it goes in
10:40 10  the can, I should have a procedure in place so that we can
10:40 11  commence on Phase Three.
10:41 12          MR. KRAUS:  Understood.  Thank you.
10:41 13          THE COURT:  Thank you.
10:41 14          Andy.
10:41 15          MR. LANGAN:  Andy Langan for BP.  We welcome this
10:41 16  discussion.  You mentioned that the discussion should involve
10:41 17  sort of contours and time line.  Maybe the place to start is
10:41 18  priorities:  what's next, what's --
10:41 19          THE COURT:  I agree.
10:41 20          MR. LANGAN:  Is it the Clean Water Act penalty issue?
10:41 21  That's probably one of the bigger things still facing my
10:41 22  client, obviously.
10:41 23          THE COURT:  That's right.
10:41 24          MR. LANGAN:  I know the state had OPA claims.  I get
10:41 25  that.  OPA economic loss claims.  There's some other things as

10:41  1    well, but those are probably the two biggest ones.  So let us

10:41  2    know when you want to talk about it.  Maybe we should do

10:41  3    written submissions in the next 30 days or something.

10:41  4            THE COURT:  I'm thinking that maybe what we can do is

10:41  5    circulate amongst each other each party's thoughts about

10:41  6    priority, what we take up next and whether there could be more

10:41  7    than one issue in Phase Three or whether it has to be a

10:42  8    separate issue, like the penalty phase for the Clean Water Act,

10:42  9    etc.

10:42  10           MR. LANGAN:  Right.

10:42  11           THE COURT:  So, everybody, just start thinking about

10:42  12   that and maybe just a one-page submission of what you-all think

10:42  13   the next step should be.

10:42  14           MR. LANGAN:  One page?

10:42  15           THE COURT:  One page.

10:42  16           MR. LANGAN:  Is that negotiable?

10:42  17           THE COURT:  One and a half pages.

10:42  18           MR. LANGAN:  Single-spaced?

10:42  19           THE COURT:  Two pages double-spaced.

10:42  20           MR. FITCH:  But there's not a date for that yet?

10:42  21           THE COURT:  No.  Let's just start thinking about

10:42  22   where we are headed and what the priority and contours of the

10:42  23   next phase should be, according to your client's best interest,

10:42  24   and then we can try to pull it together.

10:42  25                   Mr. Herman.

10:42    1            **MR. HERMAN:**  Steve Herman for the plaintiffs.

10:42    2            **THE COURT:**  I'm going to write down what I think

10:43    3    you're going to say and --

10:43    4            **MR. MAZE:**  Can we turn it upside down on the ELMO and

10:43    5    then turn it over?

10:43    6            **THE COURT:**  Let's see if we're right.

10:43    7            **MR. HERMAN:**  My prediction is that you've written

10:43    8    down "OPA causation test cases."

10:43    9            **THE COURT:**  Please put it on the ELMO.

10:43   10              "OPA test trials."

10:43   11            **MR. HERMAN:**  Which I'm just assuming is a separate

10:43   12    track that's already a done deal; we are going to go forward

10:43   13    with that in addition to Phase Three.

10:43   14            **THE COURT:**  I think what we need to do is hire three

10:43   15    more magistrate judges for the case, and then we can do all

10:43   16    that.

10:43   17            **MR. HERMAN:**  I'm in favor of that.

10:43   18            **THE COURT:**  I am too.  Anybody want to apply for the

10:43   19    job?

10:43   20            **MR. MAZE:**  Will it be around in two months?

10:43   21            **THE COURT:**  Say again.

10:43   22            **MR. MAZE:**  I said will it be around -- can the

10:43   23    federal government afford --

10:43   24            **THE COURT:**  No, it won't be around.  There will be no

10:43   25    positions.  It would be a volunteer position.

10:44   1          **MR. HERMAN:**  You can put it on your résumé, but it's
10:44   2  got to fit within 255 words.
10:44   3          **THE COURT:**  And be pertinent to this litigation.
10:44   4          **MR. HERMAN:**  Or whatever your future job.
10:44   5          **THE COURT:**  Exactly.
10:44   6          **MR. HERMAN:**  I just wanted to clarify.  Obviously we
10:44   7  are just thinking, so there's no prejudice.  It seems to me
10:44   8  what you are really talking about is the next phase of
10:44   9  discovery, not trial.  And that was one of the main differences
10:44  10  between the original trial order and the second trial order,
10:44  11  which is that Phase Three was eliminated, at least temporarily,
10:44  12  from this trial.  I'm thinking more in terms of discovery.
10:44  13          The Phase Three liability stuff that we had
10:44  14  originally planned for, I would submit, has largely been
10:44  15  subsumed within the BP/PSC medical settlement.  I think that's
10:44  16  one of the main reasons why the order was changed.
10:45  17          **THE COURT:**  Well, for example -- and this is still
10:45  18  just talking conceptually -- Judge Barbier will have finished
10:45  19  Phase One, will have finished Phase Two.  Does it make sense to
10:45  20  then start preparing for the penalty phase, which seems to come
10:45  21  chronologically, for him to keep going that way.  In addition,
10:45  22  do we get to work on other things, for example, OPA test cases?
10:45  23          **MR. HERMAN:**  I think that all sounds like a good
10:45  24  plan.  I think where we had drawn the distinction -- which
10:45  25  perhaps maybe shouldn't be -- is that the penalty phase seems

10:45  1    to be, at least at this point, solely, whatever the civil

10:45  2    action number is of the U.S. against, I guess, BP, because they

10:45  3    already settled with TO; whereas the phased trial was mostly

10:46  4    about the limitation action 102771.

10:46  5            THE COURT:  Right.

10:46  6            MR. HERMAN:  So maybe the judge wants to go on to the

10:46  7    penalty issue, but I'm not sure that's necessarily part of the

10:46  8    trial that we are already doing.

10:46  9            THE COURT:  He is going to have to be involved in

10:46  10   these discussions as well.

10:46  11           MR. HERMAN:  All right.  Those are my thoughts for

10:46  12   now.  Thank you.

10:46  13           THE COURT:  Good.  Thank you.

10:46  14           MR. MAZE:  I have one other thought.  I don't know

10:46  15   how -- this Phase Three -- if we are talking about throwing

10:46  16   other people or things into discovery --

10:46  17           THE COURT:  Or under the bus.

10:46  18           MR. MAZE:  I've been there many times, on the bus and

10:46  19   under it.

10:46  20                This discovery process is going to be post-April

10:46  21   the 20th.  I expect that there may be other entities, parties,

10:46  22   etc., who may want to join this party --

10:46  23           THE COURT:  Not who want to but may --

10:46  24           MR. MAZE:  Who are going to feel compelled to.

10:46  25           THE COURT:  Who may be new to the MDL, yes.

10:46  1          **MR. MAZE:**  Correct.  The question is going to become:

10:47  2    What sort of discovery are they going to ask for, and how is it

10:47  3    going to affect this group, or what sort of discovery is going

10:47  4    to be asked of them?

10:47  5          **THE COURT:**  Well, that's something we need to put on

10:47  6    the radar, certainly.  But we are not going backwards, I can

10:47  7    tell you that.

10:47  8          **MR. MAZE:**  I agree.

10:47  9          **THE COURT:**  If they haven't been here, we are not

10:47  10   going backwards, so that's for sure.  We are not reopening

10:47  11   Phase One or Phase Two when they come to the table.  So if you

10:47  12   have got discussions with any of those parties, you might want

10:47  13   to tell them --

10:47  14         **MR. MAZE:**  Put them on notice.

10:47  15         **THE COURT:**  Put them on notice very clearly how I

10:47  16   feel about that issue.

10:47  17         **MR. MAZE:**  Understood.

10:47  18         **THE COURT:**  Let's throw the meeting open to anything

10:47  19   else we haven't covered.

10:47  20              Cameron?

10:47  21         **MR. ROBERTS:**  Your Honor, we have another yawner of

10:48  22   an issue.  Alex Roberts for Cameron.

10:48  23              David Jones sent around last night a picture of

10:48  24   some Coflexit pipes that have been sitting out in Berwick.

10:48  25   They were used during source control.  We asked TO and BP

10:48   1   whether they wanted them.  I think we are tracking down serial

10:48   2   numbers on them right now.  We will get those to you-all as

10:48   3   soon as we can.  The PSC has already said they don't care what

10:48   4   happens to them.

10:48   5           I think that was your response as well, TO.

10:48   6           We just want to know whether we should keep them

10:48   7   or we can get rid of them.

10:48   8           There are also some braces that were used

10:48   9   apparently to support the pipes themselves during the source

10:48   10  control efforts.  They want to break those down and use them as

10:48   11  scrap, I think.

10:48   12          THE COURT:  Does anybody think that they need to be

10:48   13  kept for any reason?  Should I speak to Captain Englebert about

10:48   14  it?

10:48   15          MR. LANGAN:  We just want serial numbers, I believe.

10:48   16          MR. ROBERTS:  We are happy to get serial numbers.

10:48   17          MR. GASAWAY:  We are just tracking it down.

10:49   18          THE COURT:  It also looks like a good area for

10:49   19  hunting.

10:49   20          MR. ROBERTS:  I think it is, and that's why they want

10:49   21  them out of there.

10:49   22          THE COURT:  I think it is, too.

10:49   23          Would you-all confirm when you have got the

10:49   24  information that you want from Cameron.  And then the last step

10:49   25  will be that I will ask Captain Englebert if she sees any

10:49   1   reason not to -- I'm sure she won't -- and then for the next

10:49   2   hunting season that area will be open.

10:49   3           MR. ROBERTS:  Thank you, Your Honor.

10:49   4           MR. GASAWAY:  Thank you, Your Honor.

10:49   5           THE COURT:  Anything else?

10:49   6           MS. HIMMELHOCH:  Your Honor, I just wanted to report

10:49   7   that we have completed the privilege logs of the EPA

10:49   8   production.  So barring anything that we need to claw back or

10:49   9   any small corrections that need to be made, we are done with

10:49   10  the EPA production.

10:49   11          THE COURT:  Great.  Thank you, Sarah.  Good job.

10:49   12          All right, everybody.  Have a great weekend.  I

10:49   13  guess y'all will be back on Monday.

10:49   14          (Proceedings adjourned.)

10:49   15                          * * *

16                          **CERTIFICATE**

17          I, Toni Doyle Tusa, CCR, FCRR, Official Court

18  Reporter for the United States District Court, Eastern District

19  of Louisiana, do hereby certify that the foregoing is a true

20  and correct transcript, to the best of my ability and

21  understanding, from the record of the proceedings in the

22  above-entitled matter.

23

24

                            *s/ Toni Doyle Tusa*
25                          Toni Doyle Tusa, CCR, FCRR
                            Official Court Reporter

'til [1]  35/22

**.**

.1 [1]  23/10

**1**

10 [1]  40/15
10-MD-2179 [1]  1/4
10-page [1]  22/2
100 [2]  23/2 30/24
100.1 [3]  23/4 23/8 23/8
100.1s [1]  23/5
100.4 [1]  23/14
100.4.1 [1]  23/14
1000 [4]  30/2 30/3 30/8 30/8
10003 [1]  2/4
1001 [1]  2/22
102771 [1]  58/4
1111 [1]  4/22
1201 [1]  4/8
1221 [1]  4/3
12308 [1]  1/19
126 [2]  25/9 26/16
1300 [1]  4/15
1331 [1]  4/12
15 [1]  35/1
1615 [1]  4/15
1665 [1]  4/12
1700 [1]  4/8
19 [1]  18/8
19th [1]  18/12

**2**

20 [2]  1/6 30/2
20004 [1]  4/22
20005 [1]  3/12
20006 [1]  4/19
20044 [1]  2/19
2010 [2]  1/6 17/1
2012 [1]  12/18
2013 [2]  1/7 7/2
2020 [1]  4/18
20th [1]  58/21
2179 [2]  1/4 30/1
2216 [1]  2/6
25 [1]  40/13
255 [5]  45/21 45/21 45/22 45/24 57/2
255-word [1]  46/4
29 [1]  38/7

**3**

30 [2]  21/22 55/3
300 [1]  3/19
300-page [2]  21/9 21/9
316 [1]  1/20
32591 [1]  1/20
335 [1]  3/3
35th [1]  3/3
36130 [1]  2/10
3700 [1]  2/22

**4**

4-5 [1]  39/8
40 [3]  11/23 12/11 38/17
40-day [1]  38/21
406 [1]  5/5
4310 [1]  1/23
4500 [1]  4/3

**5**

50-some-odd [1]  37/22
500 [1]  5/5

5000 [1]  3/6
5011 [1]  2/19
504 [1]  5/6
546 [1]  3/23
589-7778 [1]  5/6
5:00 on [1]  28/5

**6**

600 [1]  1/20
60654 [1]  3/20
655 [1]  3/12

**7**

700 [1]  2/3
701 [2]  2/12 3/6
70112 [1]  4/16
70113 [1]  1/16
70130 [4]  2/7 2/13 3/23 5/6
70139 [1]  3/7
75270 [1]  4/9
7611 [1]  2/18
77002 [1]  2/22
77006 [1]  1/23
77010 [2]  4/4 4/12
7778 [1]  5/6

**8**

8.3 [4]  19/21 20/5 23/11 29/6
8.4 [1]  29/9
820 [1]  1/16
8231 [6]  20/5 23/11 23/11 28/13 28/14
  29/6

**9**

90071 [1]  3/4
9:30 [1]  1/8

**A**

a.m [1]  1/8
Abby [3]  20/10 20/11 33/11
ABIGAIL [1]  2/17
ability [1]  61/20
able [2]  15/1 49/5
about [71]
above [1]  61/22
above-entitled [1]  61/22
accomplished [1]  26/20
according [1]  55/23
account [1]  49/6
Act [2]  54/20 55/8
action [2]  58/2 58/4
actual [2]  29/17 31/11
actually [3]  7/11 17/1 42/1
add [1]  32/14
added [1]  32/2
addition [3]  11/5 56/13 57/21
additional [4]  11/2 14/18 14/20 25/22
addressed [1]  28/19
adjourned [1]  61/14
admitted [4]  22/22 26/23 30/3 31/1
adopted [1]  37/7
advice [2]  8/23 9/1
affect [3]  38/10 39/7 59/3
affects [1]  39/9
afford [1]  56/23
after [8]  11/23 12/1 15/17 18/11 18/16
  18/18 38/20 51/3
again [4]  15/14 22/7 32/20 56/21
against [1]  58/2
agenda [2]  53/5 53/13
aggravated [1]  29/4
agree [6]  17/19 38/2 40/3 41/5 54/19
  59/8

agreed [6]  38/6 38/13 40/20 41/15 41/16
agreed-upon [1]  40/20
agreeing [1]  40/9
ahead [7]  20/16 35/16 39/21 50/4 50/9
  51/6 51/21
aided [1]  5/11
Alabama [4]  2/8 2/9 2/10 42/8
ALAN [4]  4/11 32/1 32/2 33/7
alert [1]  53/15
ALEX [3]  4/3 42/14 59/22
all [64]
allocation [1]  9/8
allow [2]  14/19 29/15
alluded [1]  47/13
along [2]  17/22 30/5
already [16]  25/9 39/16 47/15 54/5 56/12
  58/3 58/8 60/3
also [13]  5/1 9/7 10/25 17/9 19/7 23/25
  28/7 30/5 35/4 43/14 48/25 60/8 60/18
am [7]  13/23 34/5 36/15 37/2 48/25 51/6
  56/18
Amelia [1]  18/3
America [16]  2/15 3/5 3/6 3/7 3/8 3/9
  3/11 3/11 3/12 3/14 3/15 3/16 3/17 3/18
  3/19 3/20
among [4]  37/19 40/9 48/14 49/1
amongst [1]  55/5
Anadarko [7]  4/14 4/14 4/17 4/18 37/19
  42/8 44/19
analytical [2]  52/16 52/17
analyzing [1]  52/13
ANDRE [2]  2/17 20/10
ANDREW [1]  3/17
Andy [5]  18/5 35/3 51/25 54/14 54/15
Angeles [1]  3/4
another [12]  17/4 34/1 36/3 36/4 39/5
  39/6 39/11 41/17 44/6 47/2 48/21 59/21
answer [1]  51/22
answers [1]  51/20
ANTHONY [3]  2/6 22/8 30/24
Anthony's [1]  33/4
anticipate [1]  14/7
any [25]  8/14 8/15 8/20 8/24 9/6 11/19
  11/20 13/14 13/17 13/18 15/10 28/17
  30/24 33/5 37/13 37/21 38/25 40/22 41/3
  47/14 50/25 59/12 60/13 60/25 61/9
anybody [8]  24/16 34/15 36/2 40/23 42/9
  47/14 56/18 60/12
anyone [1]  47/23
anyone's [1]  15/10
anything [17]  13/12 16/1 19/22 20/7
  21/22 25/3 27/5 34/7 38/10 42/1 43/25
  48/7 48/8 51/14 59/18 61/5 61/8
anyway [1]  13/8 50/5 53/18
apart [2]  13/6 13/11
API [1]  19/18
APLC [1]  3/5
apparently [2]  7/15 60/9
Appearances [4]  1/13 2/1 3/1 4/1
applied [1]  26/15
Applies [1]  1/8
apply [1]  56/18
appreciate [7]  17/16 19/7 25/23 30/2
  31/18 42/16 51/12
apprise [2]  44/9 44/16
approach [1]  39/24
appropriate [3]  8/25 25/7 49/25
approval [3]  26/3 26/5 41/19
APRIL [3]  1/6 38/7 58/20
April 5 [1]  38/7
are [114]
area [3]  7/14 60/18 61/2

**A**

aren't [2] 10/7 25/8
argument [2] 49/10 51/7
argumentative [2] 47/17 47/19
around [7] 43/4 44/3 49/13 56/20 56/22 56/24 59/23
articulate [1] 52/21
as [59] 8/10 9/4 16/8 16/9 16/25 17/5 17/10 19/14 19/15 19/25 20/2 20/21 20/25 21/3 21/3 22/11 24/10 24/11 26/4 26/4 30/2 31/8 31/8 32/7 32/20 35/5 36/18 36/23 36/24 38/17 38/17 38/17 38/17 39/2 39/14 41/3 41/12 43/13 43/15 44/20 45/3 45/19 47/21 47/22 48/15 49/24 50/16 52/11 52/17 53/1 53/4 54/6 54/6 54/25 58/10 60/2 60/3 60/5 60/10
Asbill [1] 2/20
aside [1] 50/6
ask [9] 11/22 13/7 19/22 24/15 25/6 27/8 52/8 59/2 60/25
asked [4] 12/1 13/6 59/4 59/25
asking [1] 13/12
aspersions [1] 47/23
assigned [1] 35/6
assume [1] 10/18
assumes [1] 9/3
assuming [2] 18/15 56/11
assumptions [1] 50/21
at [28] 8/13 16/4 17/5 18/3 18/25 19/24 21/14 24/9 26/1 26/6 26/12 27/2 27/4 29/18 29/22 34/1 34/4 38/18 38/25 41/22 46/2 46/21 48/22 50/8 54/6 57/11 58/1 58/1
attach [1] 31/11
attention [4] 13/21 28/22 28/23 29/12
Attorney [1] 2/8
attorneys [1] 20/21
attorneys' [1] 37/16
audit [1] 9/12
August [1] 37/21
available [1] 35/5
Avenue [4] 1/16 2/9 3/3 4/22
away [2] 45/3 52/16

**B**

BAAY [2] 2/21 18/10
BABIUCH [1] 3/18
back [20] 9/17 10/9 12/17 12/23 16/19 22/17 31/21 32/12 32/22 33/13 35/8 37/18 37/20 39/6 41/24 43/13 48/1 50/4 61/8 61/13
backwards [2] 59/6 59/10
bad [7] 14/23 14/23 14/24 15/7 15/8 15/9 15/9
Barbara [1] 49/13
Barbier [14] 16/4 18/24 21/21 22/15 28/20 29/4 44/4 44/20 45/20 46/3 47/4 47/15 49/10 57/18
Barbier's [1] 21/3 29/19
BARR [2] 1/19 38/4
Barr's [1] 38/25
barring [1] 61/8
based [4] 16/3 22/21 48/6 50/22
basic [1] 40/13
basically [1] 11/10 11/11 25/11
basis [3] 24/22 24/23 27/6
basket [1] 45/5
Baylen [1] 1/20
be [101]
Bea [4] 38/21 39/4 39/5 39/8
Bea's [4] 38/6 38/16 38/17 39/2
beaten [1] 32/5

because [21] 10/11 12/12 12/24 13/2 16/13 19/8 19/19 25/14 25/20 27/20 28/23 30/1 30/7 30/25 33/5 37/20 48/19 48/25 53/25 58/2
Beck [1] 4/2
become [1] 59/1
been [21] 12/8 18/11 20/15 20/17 20/21 20/22 20/23 24/11 25/24 26/15 27/6 32/21 33/24 34/24 35/6 35/23 54/5 57/14 58/18 59/9 59/24
before [16] 1/11 14/2 14/16 14/18 18/7 20/18 26/18 27/2 27/15 30/6 34/10 44/10 44/16 50/9 50/12 54/9
begin [1] 8/21
begins [1] 40/18
behalf [1] 27/11
behind [1] 9/23
being [7] 20/3 26/16 28/17 31/1 34/23 43/21 51/20
believe [9] 15/17 18/7 19/19 27/5 30/13 34/1 37/3 37/13 60/15
believes [1] 18/24
believing [1] 40/23
BENSON [3] 2/17 49/16 52/21
BERTAUT [1] 3/22
Berwick [1] 59/24
best [6] 23/21 26/7 31/6 31/19 55/23 61/20
better [1] 30/18
between [6] 13/3 24/1 49/3 50/21 51/6 57/10
beyond [5] 10/5 10/12 14/24 40/24 42/1
big [3] 10/8 10/24 31/15
bigger [1] 54/21
biggest [1] 55/1
Bill [1] 5/2
Bingham [1] 4/17
bit [9] 8/11 21/20 28/3 29/3 40/11 41/13 45/4 45/13 45/19
Bobo [1] 19/19
Bockius [1] 4/20
boil [2] 8/3 8/5
book [1] 27/2
both [2] 31/12 51/7
Boulevard [1] 1/23
Box [2] 1/19 2/18
BP [46] 3/5 3/6 3/6 3/7 3/8 3/9 3/11 3/11 3/12 3/13 3/13 3/14 3/16 3/17 3/17 3/18 3/19 3/20 8/18 9/2 10/14 11/9 11/21 12/2 13/13 14/8 16/16 18/5 19/4 23/8 26/8 26/25 34/2 37/16 37/19 42/8 48/7 49/23 50/2 50/4 50/11 50/19 54/15 57/15 58/2 59/25
BP's [2] 15/10 35/12
BP/PSC [1] 57/15
braces [1] 60/8
BRAD [1] 4/21
break [5] 18/11 18/13 18/15 18/18 60/10
breath [1] 53/6
Brennan [1] 2/20
BRIAN [23] 1/19 3/19 5/3 25/1 26/8 26/24 27/20 27/24 31/25 34/24 35/9 35/19 36/5 36/18 36/23 37/8 37/9 38/4 38/25 40/5 40/10 43/25 45/16
Brian's [1] 43/18
brief [1] 35/11 35/22 50/2 50/15
briefing [7] 35/1 35/8 49/14 50/17 51/4 51/7 51/10
briefs [1] 35/23 35/24
bring [2] 9/18 9/23
bringing [1] 21/9 21/10
Broadway [1] 2/3
bullets [1] 47/14

bundle [8] 25/22 33/24 34/4 34/18 34/22
bundles [8] 25/8 25/8 25/14 26/10 26/14 27/8 28/2 34/11
burden [1] 14/14
Burger [1] 46/21
bus [2] 58/17 58/18
busy [1] 17/4
but [56] 7/25 8/22 9/3 9/19 10/25 11/10 14/11 16/9 17/5 17/16 17/22 18/9 18/12 18/20 19/13 19/25 20/8 20/22 21/5 22/17 23/9 23/10 23/13 23/19 26/17 28/21 29/4 35/13 37/15 37/19 37/23 38/5 38/14 38/16 38/20 39/2 40/13 42/5 43/11 44/4 45/2 45/12 46/20 47/3 47/23 52/6 53/2 53/5 54/6 54/8 55/1 55/20 57/1 58/7 58/23 59/6

**C**

cake [2] 19/2 19/8
calendar [1] 18/17
California [2] 3/4 49/13
call [31] 13/6 19/15 19/23 22/22 23/2 23/3 23/6 23/14 24/12 24/12 28/9 28/13 28/13 29/8 29/21 30/14 30/16 30/19 30/22 30/24 31/4 31/5 31/11 31/13 32/14 31/14 32/9 32/12 32/14 32/15 32/18 33/1
call-out [16] 19/15 23/2 23/3 23/6 23/14 29/8 29/21 30/16 30/19 31/4 31/5 31/11 31/13 32/14 32/15 32/18
call-outs [10] 19/23 22/22 24/12 24/12 28/9 30/14 30/22 30/24 32/12 33/1
called [3] 19/20 20/4 52/14
calls [1] 28/12
came [4] 10/9 16/15 42/4 45/25
camera [5] 50/16 50/20 51/1 51/7 51/8
Cameron [7] 3/22 4/2 42/11 42/14 59/20 59/22 60/24
Camp [1] 2/12
can [48] 7/7 7/8 8/24 9/23 11/12 12/14 12/19 12/25 14/6 14/8 14/20 17/19 18/20 22/16 22/18 23/19 25/14 25/25 26/9 30/19 31/10 31/11 31/17 35/8 38/18 44/9 44/10 44/23 44/25 47/22 48/19 48/22 49/1 52/15 53/15 53/17 54/9 54/10 54/10 55/4 55/24 56/4 56/15 56/22 57/1 59/6 60/3 60/7
can't [3] 28/21 30/9 49/7
candidly [1] 10/7
Captain [9] 8/9 8/9 12/9 13/6 16/3 16/7 17/1 60/13 60/25
Captain Englebert [9] 8/9 8/9 12/9 13/6 16/3 16/7 17/1 60/13 60/25
care [7] 21/25 27/6 34/14 34/24 36/2 42/19 60/3
careful [2] 23/7 49/3
CARMELITE [1] 3/22
Carondelet [1] 3/23
CARTER [4] 2/21 26/21 27/14 33/23
case [5] 11/20 25/11 25/13 49/5 56/15
cases [3] 1/8 56/8 57/22
casting [1] 47/23
catch [1] 24/12
catch-up [1] 24/12
causation [1] 56/8
caveat [1] 40/11
CCR [3] 5/5 61/17 61/25
cement [1] 15/24
cement-related [1] 15/24
CERNICH [1] 2/16
certain [2] 15/4 46/1
certainly [3] 37/19 44/23 59/6
CERTIFICATE [1] 61/16

**C**

certifies [1] 41/8
certify [1] 61/19
chain [1] 15/24
CHAKERES [2] 2/16 47/7
chambers [2] 31/23 49/23
change [1] 39/13
changed [2] 39/16 57/16
changing [2] 37/16 41/23
chart [1] 35/3
check [1] 47/24
Chicago [1] 3/20
chronologically [1] 57/21
chronologies [1] 17/12
chronology [3] 16/18 17/9 36/19
chunk [1] 37/24
circulate [3] 32/14 35/19 55/5
circulated [4] 8/10 8/19 9/4 36/24
cited [1] 21/5
civil [1] 58/1
claims [2] 54/24 54/25
clarifications [1] 32/4
clarify [4] 32/20 43/3 51/20 57/6
clarifying [1] 51/15
claw [1] 61/8
Clean [2] 54/20 55/8
clear [4] 21/4 27/10 34/9 40/18
cleared [1] 33/12
clearly [1] 59/15
client [1] 54/22
client's [1] 55/23
closer [1] 37/21
Coflexit [1] 59/24
Coke [1] 41/3
collected [1] 13/14
come [11] 7/19 11/5 21/13 21/16 30/6
  30/20 36/12 40/7 41/16 57/20 59/11
comes [2] 28/8 29/25
comfortable [1] 40/10
coming [7] 12/22 18/19 19/23 21/1 34/8
  34/25 49/13
commence [1] 54/11
commencement [1] 37/17
comment [4] 15/6 36/18 36/21 36/23
commented [1] 37/17
comments [4] 8/14 8/15 8/20 9/6
communications [1] 37/11
Company [8] 3/6 3/6 3/12 3/12 3/17 3/17
  4/15 4/18
compelled [1] 58/24
compile [1] 24/13
compiling [1] 30/11
completed [4] 34/19 36/10 48/6 61/7
completion [2] 35/1 36/9
complicated [2] 23/9 47/12
compressing [1] 35/2
computer [1] 5/11
computer-aided [1] 5/11
conceptually [1] 57/18
concern [1] 53/18
concerned [2] 48/25 49/24
concerning [1] 52/2
concluded [1] 10/7
confer [1] 40/23
conference [7] 1/11 19/6 19/24 25/10
  26/2 26/11 44/11
conferences [3] 22/21 25/7 31/22
confidential [3] 27/5 27/17 51/15
confidentiality [1] 26/15
confirm [2] 18/12 60/23
conflated [1] 38/22
conflating [3] 36/25 38/2 38/24
confused [1] 13/2
confusion [1] 37/21
connection [1] 10/15
consensus [2] 37/18 41/7
consent [1] 52/2
considered [1] 43/7
considers [1] 21/21
context [2] 47/7 47/12
continue [2] 29/15 41/20
continues [2] 11/14 29/14
contours [3] 54/7 54/17 55/22
control [6] 19/18 45/11 46/18 48/20
  59/25 60/10
copies [1] 19/11
copy [5] 31/5 31/6 31/10 32/16 32/17
COREY [3] 2/9 7/9 7/10
Coronado [1] 34/22
Corporation [4] 3/22 4/3 4/14 4/18
correct [14] 13/4 23/16 25/25 27/17
  31/17 31/22 34/12 34/14 34/24 42/12
  43/20 49/11 59/1 61/20
correction [1] 38/25
corrections [3] 33/15 39/1 61/9
correctly [1] 26/14
could [13] 11/3 14/16 23/5 27/13 27/25
  28/2 29/2 31/12 31/12 31/14 31/15 49/19
  55/6
couldn't [1] 37/20
counsel [2] 18/6 18/8
couple [5] 19/9 22/21 24/13 27/12 32/4
course [2] 12/22 20/18
court [22] 1/1 5/5 9/15 9/18 12/20 12/23
  16/16 16/18 16/22 20/17 28/21 29/15
  32/19 35/14 41/25 50/12 50/13 50/14
  51/3 61/17 61/18 61/25
courtroom [3] 35/4 35/5 35/5
courtrooms [1] 35/2
cover [2] 19/10 33/2
covered [2] 44/7 59/19
crazy [1] 46/18
create [5] 31/5 32/13 32/18 33/1 52/14
crime [2] 49/14 49/19
cross [1] 40/22
current [2] 30/9 46/4
currently [1] 47/8
custody [1] 15/24
cute [2] 7/15 7/22
cycle [2] 40/16 40/18

**D**

D-8231 [1] 28/13
D.C [4] 2/19 3/12 4/19 4/22
Dallas [1] 4/9
dance [1] 49/3
data [28] 11/16 11/17 11/19 11/22 11/23
  11/23 12/2 12/9 12/11 12/13 12/14 12/15
  12/17 12/20 12/22 12/24 13/4 13/9 13/13
  13/18 14/1 14/6 14/22 14/22 14/23 14/24
  15/7 15/8
database [1] 46/1
date [5] 14/11 14/11 37/20 39/14 55/20
dates [7] 15/20 17/16 35/18 35/20 37/16
  38/2 38/6
DAVID [4] 2/21 18/10 18/19 59/23
DAVIS [1] 3/3
DAVIS-DENNY [1] 3/3
day [7] 26/19 36/3 36/4 38/21 44/6 47/2
  48/21
days [3] 38/11 38/17 55/3
dead [1] 32/5
deadline [4] 11/15 11/15 11/16 14/25
  34/20 36/1 36/3 39/8
deal [2] 18/1 56/12
dealing [1] 52/18
dealt [1] 18/13
debating [1] 48/19
December [1] 39/16
decide [4] 42/6 50/13 50/15 51/10
decided [1] 48/14
decision [1] 51/1
decisions [1] 9/3
deep [1] 53/5
DEEPWATER [5] 1/5 2/21 2/22 3/3 3/4
default [3] 21/8 21/12 21/24
define [1] 53/10
defined [1] 53/11
delay [1] 17/2
delaying [1] 17/3
delineations [1] 50/21
delivered [2] 30/21 30/23
demand [1] 23/18
demonstrative [5] 19/14 19/16 19/25
  20/6 28/13
demonstratives [2] 19/10 28/9
DENNY [1] 3/3
Department [1] 2/14
dependent [1] 18/14
deposition [12] 33/24 34/4 34/18 36/9
  37/7 38/18 39/3 41/1 41/5 41/14 41/15
  47/9
depositions [8] 19/1 36/10 37/17 37/22
  40/14 45/10 48/9 48/23
described [2] 53/1 53/3
designated [1] 48/23
designation [2] 37/7 44/9
designations [8] 25/23 40/19 40/22 40/25
  41/2 41/9 42/3 43/1
destructive [5] 14/19 14/21 14/25 15/1
  15/3
detailed [1] 43/5
determined [1] 34/23
Dickory [1] 7/21
did [20] 7/12 8/2 8/6 8/20 9/9 24/16
  24/19 24/21 25/22 26/24 28/20 30/22
  34/5 34/6 36/22 37/17 50/5 53/7 53/8
  53/14
didn't [12] 7/19 8/3 8/5 9/16 12/24 15/8
  34/15 35/10 35/19 44/5 50/4 53/2
differences [1] 57/9
different [9] 8/11 12/7 17/15 18/8 30/17
  36/1 36/2 36/25 45/18
difficult [1] 20/8
dig [1] 11/25
digital [2] 31/6 31/10
disagree [1] 50/23
disagreement [1] 41/21
discovery [6] 57/9 57/12 58/16 58/20
  59/2 59/3
discretion [1] 51/10
discuss [3] 29/22 42/21 48/9
discussed [4] 30/6 32/7 32/21 50/8
discussion [9] 8/25 12/5 15/2 15/13
  43/12 43/21 47/2 54/16 54/16
discussions [4] 48/6 48/14 58/10 59/12
dispute [1] 51/11
distinction [5] 13/3 13/12 13/23 24/1
  57/24
distribute [1] 18/21
DISTRICT [4] 1/1 1/2 61/18 61/18
dive [1] 11/25
diverter [1] 19/21
do [68]
doc [1] 30/1
Dock [1] 7/22
Dock Streets [1] 7/22
Docket [1] 1/4

**D**

document [22]  20/15 20/21 21/5 21/7
  21/15 21/25 22/2 22/12 22/17 22/19 23/1
  23/1 23/6 29/17 30/10 30/15 30/25 31/13
  31/15 32/24 36/13 43/4
documents [6]  16/9 16/11 30/7 30/16
  30/18 50/21
does [21]  11/1 11/3 14/24 21/1 21/2
  21/18 21/19 23/6 24/16 28/16 29/14 36/2
  38/2 38/10 39/7 41/19 41/25 48/7 48/8
  57/19 60/12
doesn't [4]  21/25 44/25 45/2 49/25
doing [13]  7/3 7/5 19/5 20/11 20/12 22/4
  22/5 24/11 32/8 32/21 33/6 47/15 58/8
DON [3]  3/6 16/7 16/24
don't [34]  7/24 9/24 10/24 10/25 13/18
  14/6 14/16 15/12 15/12 16/2 17/7 18/8
  20/7 23/8 26/19 28/1 28/1 33/5 34/6
  35/15 35/25 37/13 38/4 38/15 43/13 44/2
  44/20 45/21 46/21 47/19 52/1 52/5 58/14
  60/3
DONALD [3]  4/6 34/25 35/8
done [9]  18/2 28/4 28/21 29/23 30/4
  32/23 46/18 56/12 61/9
door [1]  7/19
double [2]  17/23 55/19
double-spaced [2]  17/23 55/19
Doug [3]  27/11 53/14 54/6
DOUGLAS [1]  4/8
down [12]  9/24 20/4 29/3 39/2 43/18
  49/4 56/2 56/4 56/8 60/1 60/10 60/17
Doyle [4]  5/5 61/17 61/24 61/25
Dr. [6]  38/6 38/16 38/17 38/21 39/5 39/8
Dr. Bea [3]  38/21 39/5 39/8
Dr. Bea's [3]  38/6 38/16 38/17
draft [5]  38/3 39/11 41/7 45/16 45/16
drawing [1]  13/3
drawn [1]  57/24
Drilling [2]  2/21 3/3
drive [1]  24/17
drives [1]  30/21
drop [1]  28/22
dropped [2]  9/12 9/20
due [1]  35/24
during [8]  8/11 19/19 20/18 25/10 25/11
  28/10 32/23 59/25 60/9

**E**

e-mail [6]  12/8 14/10 35/11 36/16 49/22
  49/24
each [5]  45/6 48/15 48/15 55/5 55/5
Early [1]  35/11
easier [3]  20/5 23/10 29/13
easily [1]  31/17
EASTERN [1]  1/2 61/18
easy [1]  47/18
economic [1]  54/25
edits [2]  43/16 43/19
effort [1]  46/18
efforts [1]  60/10
Eisert [1]  39/23
either [5]  10/22 19/19 19/19 20/3 35/24
electron [2]  11/7 15/15
electronic [1]  11/25
eliminate [1]  43/9
eliminated [1]  57/11
Ellis [2]  3/11 3/16
Elm [1]  4/8
ELMO [3]  19/11 56/4 56/9
else [14]  22/8 23/6 24/25 25/3 34/6
  34/15 38/10 42/9 43/25 44/7 46/14 47/24
  59/19 61/5

encountered [1]  23/25
ENG [4]  1/12 61/21 61/24
Energy [2]  4/5 4/10
Enforcement [1]  2/15
Englebert [9]  8/9 8/9 12/9 13/6 16/3 16/7
  17/1 60/13 60/25
enough [3]  22/3 49/8 49/11
enter [1]  51/21
entire [4]  21/5 21/7 21/14 30/25
entirely [1]  45/18
entities [1]  58/21
entitled [1]  61/22
environmental [2]  2/15 52/13
EPA [2]  61/7 61/10
ERIKA [1]  4/8
ESQ [36]  1/15 1/19 1/22 2/3 2/6 2/9 2/12
  2/15 2/16 2/17 2/17 2/17 2/18 2/21 2/21
  3/3 3/6 3/11 3/17 3/17 3/18 3/18 3/19
  3/22 4/3 4/6 4/7 4/7 4/8 4/11 4/11
  4/15 4/18 4/21 4/21
Essentially [1]  46/6
etc [6]  12/24 41/11 41/11 41/11 55/9
  58/22
even [8]  12/1 20/23 22/2 28/25 32/17
  39/13 46/15 53/2
evening [1]  17/12
events [1]  16/18
every [2]  28/11 47/20
everybody [24]  7/3 8/22 12/9 12/12 12/17
  12/21 14/23 18/17 20/25 22/8 22/10
  23/18 24/7 27/4 27/8 27/16 29/5 38/2
  42/6 43/11 44/4 46/12 55/11 61/12
everybody's [4]  19/7 25/23 26/3 41/19
everyone [1]  15/6
everything [1]  44/7
evidence [7]  8/12 9/2 21/10 21/16 25/15
  30/3 37/10
exact [1]  29/22
exactly [9]  16/5 26/6 28/24 29/7 31/7
  31/24 39/25 48/3 57/5
examine [1]  11/13
examined [1]  19/20
example [7]  19/15 21/8 23/11 46/7 46/15
  57/17 57/22
Excellent [1]  33/21
exception [3]  36/11 41/13 49/15
exchange [2]  36/17 41/6
excluded [2]  12/3 13/13
excuse [1]  14/24
exhibit [13]  19/25 20/22 20/3 20/8 20/22
  20/23 20/24 20/25 21/13 29/21 30/4 32/9
  34/11
exhibits [11]  19/10 24/3 24/4 24/17 30/21
  33/24 34/4 34/21 36/8 41/1 41/9
expect [1]  58/21
expected [1]  8/21
experience [6]  45/22 46/15 46/16 46/17
  46/19 46/24
expert [9]  10/8 14/10 14/12 14/15 15/10
  36/13 37/10 37/17 37/22
experts [1]  15/17
Exploration [3]  3/7 3/13 3/18
expressed [1]  47/16
expresses [1]  46/12
extension [4]  35/12 35/22 36/3 36/4
extent [1]  14/17
extract [3]  31/10 52/14 52/15
extracts [3]  52/3 52/17 52/18
extremely [1]  21/14

**F**

face [2]  28/18 33/4
faces [1]  37/6

facility [1]  7/20
fact [4]  11/23 14/23 36/10 47/13
failure [1]  29/16
fair [4]  22/3 37/24 47/14 49/8
faith [1]  46/16
Falgout [1]  5/1
fall [2]  9/11 9/16
falling [1]  13/6 13/10
Fannin [1]  2/22
far [7]  16/8 21/3 30/23 46/7 46/9 52/1
  54/6
favor [1]  56/17
FCRR [3]  5/5 61/17 61/25
fear [1]  48/1
February [3]  9/7 39/13 39/17
federal [1]  56/23
feel [2]  58/24 59/16
feeling [2]  47/16 48/11
feels [1]  18/25
felt [1]  21/11
few [2]  12/2 34/11
fewer [2]  26/17 37/23
fields [1]  46/1
Fifteenth [1]  3/12
fight [2]  45/12 48/24
figure [1]  31/19
file [1]  14/15
filed [2]  25/25 51/20
files [1]  12/1
final [3]  28/2 29/20 37/12
finalize [2]  30/4 44/10
finalizing [1]  14/10
find [5]  15/5 26/19 44/25 45/2 45/19
fine [12]  7/8 9/4 9/19 17/7 18/22 22/7
  26/2 26/25 27/1 28/6 29/18 39/5
finished [3]  33/22 57/18 57/19
firm [3]  2/5 9/10 43/11
first [12]  12/24 19/19 25/10 25/13 26/11
  31/22 32/21 33/2 36/7 40/19 41/10 49/10
fit [1]  57/2
FITCH [2]  4/18 44/20
five [1]  17/21
FLEMING [1]  4/7
floor [2]  3/3 32/6
Florida [1]  1/20
follow [6]  10/23 11/22 20/5 20/14 23/9
  23/20
follow-up [2]  10/23 20/14
followed [2]  9/13 15/14
following [6]  9/22 16/9 25/21 26/7 28/7
  35/25
foregoing [1]  61/19
forever [1]  46/15
forgetting [2]  36/22 44/1
form [2]  43/18 46/4
formally [1]  26/23
format [3]  9/15 9/17 40/20
formula [1]  41/4
formulate [1]  54/1
formulated [1]  53/25
forward [3]  11/2 31/20 56/12
forwarded [1]  9/8
found [1]  7/22
four [4]  17/23 27/21 44/21 47/13
frankly [1]  15/7 37/21 48/25
fraud [2]  49/15 49/19
freeze [1]  8/10
freezer [1]  8/13
freezing [1]  8/21
Friday [4]  34/20 35/1 44/10 44/16
frozen [2]  8/23 8/24
full [1]  51/3

## F

further [11]  14/3 24/15 34/7 35/2 38/3 39/1 39/9 48/7 48/8 51/22 52/15
future [1]  57/4

## G

GASAWAY [5]  3/11 8/17 11/14 13/3 15/6
gasp [1]  53/7
gather [1]  16/11
gave [4]  8/22 9/7 31/23 46/7
general [3]  2/8 8/23 37/18
genesis [1]  45/24
get [40]  8/8 9/14 9/16 11/17 12/2 12/24 18/20 19/12 20/9 22/12 22/22 23/18 24/4 26/19 27/25 28/3 28/19 29/4 29/5 30/3 30/10 30/15 30/20 31/6 33/8 37/21 38/17 39/6 44/5 47/4 49/9 50/4 50/15 53/4 53/12 54/24 57/22 60/2 60/7 60/16
gets [1]  14/10
getting [4]  16/3 19/11 31/24 45/23
give [11]  16/22 17/2 21/4 26/22 28/3 31/14 32/16 32/17 43/23 47/19 48/5
given [6]  11/17 16/15 29/24 37/11 37/24 47/15
giving [2]  24/17 39/5
go [33]  9/17 10/5 10/12 11/1 15/22 16/10 17/22 17/23 18/14 20/16 21/8 22/16 31/21 32/12 32/22 35/8 35/15 39/21 40/1 40/16 43/8 43/13 43/22 46/22 46/23 48/21 50/9 51/6 51/9 51/21 52/17 56/12 58/6
Godwin [5]  4/5 4/6 4/10 16/7 16/24
Godwin's [1]  17/17
goes [6]  14/3 30/1 32/19 46/15 49/10 54/9
going [77]
gone [2]  40/24 45/4
good [34]  8/17 12/10 12/13 12/24 16/13 18/10 19/4 19/8 19/8 19/8 20/12 20/13 23/25 24/15 28/20 31/18 32/1 32/2 34/18 34/19 36/22 39/15 42/15 45/4 46/10 46/16 47/5 47/6 49/11 51/13 57/23 58/13 60/18 61/11
got [15]  8/14 16/8 18/1 19/10 23/24 24/6 38/6 40/20 42/7 49/12 49/23 52/23 57/2 59/12 60/23
gotten [2]  25/23 25/24
government [3]  17/3 37/19 56/23
governs [2]  52/11 52/15
Grand [1]  3/3
GRANT [1]  3/3
grateful [1]  19/4
great [6]  19/3 25/16 39/12 42/18 61/11 61/12
GREENWALD [1]  2/3
group [11]  1/11 41/10 41/11 41/11 42/13 44/11 48/14 48/15 48/16 48/22 59/3
grouping [2]  48/9 48/25
groups [3]  40/15 41/6 48/17
guess [10]  10/14 10/21 14/17 38/18 42/10 45/10 50/9 50/19 58/2 61/13
guidance [1]  21/21
GULF [1]  1/5
guy [2]  46/17 46/19
guys [2]  17/18 19/12
GWEN [1]  4/11

## H

habit [1]  48/2
had [26]  8/1 9/13 9/20 11/22 12/7 12/22 15/7 15/23 20/15 25/21 26/16 30/24 33/23 35/11 35/21 35/25 36/16 43/4 43/4 43/12 48/15 50/2 50/3 54/24 57/13 57/24
PLC [2]  1/5
Halliburton [9]  4/5 4/10 16/7 16/24 17/2 32/3 35/13 42/8 42/17
hand [1]  12/23
hand-held [1]  12/23
handle [3]  30/19 31/2 31/20
happen [3]  18/5 22/21 50/18
happened [1]  10/3 38/20 47/22
happens [4]  28/10 32/8 52/12 60/4
happiest [1]  42/25
happy [5]  10/3 35/24 40/6 42/13 60/16
Harahan [2]  7/13 7/20
hard [4]  19/7 22/8 22/10 48/18
Harper [1]  5/3
has [33]  7/9 8/9 9/12 10/6 12/8 18/3 18/7 18/8 20/21 22/8 22/16 27/5 27/16 30/2 30/10 30/16 33/24 34/24 35/6 36/23 37/13 40/10 40/23 46/19 47/15 48/23 49/4 50/20 54/4 54/5 55/7 57/14 60/3
hasn't [3]  9/13 20/17 20/23
have [112]
haven't [5]  18/11 30/25 51/8 59/9 59/19
having [3]  14/13 19/3 39/16
HAYCRAFT [1]  3/6
HB [1]  5/5
HB-406 [1]  5/5
he [30]  10/2 18/25 18/25 18/25 19/1 19/3 19/20 21/4 21/7 21/9 21/10 21/14 21/15 21/24 21/25 22/1 22/16 22/16 22/17 28/23 44/21 44/25 44/25 45/2 45/2 45/13 45/21 46/11 54/5 58/9
head [1]  45/25
head's [1]  16/22
head's-up [1]  16/22
headed [3]  43/10 45/4 55/22
healthy [1]  36/16
hear [6]  7/7 7/8 18/18 26/24 34/7 53/7
heard [4]  12/6 13/4 18/12 35/12
hearing [2]  13/18 43/7
held [1]  12/23
helpful [5]  9/15 16/20 47/20
Henry [1]  5/1
her [11]  8/10 8/12 8/14 8/19 9/1 9/3 9/4 9/7 13/7 26/7 38/21
here [6]  19/12 33/13 40/1 45/19 50/14 59/9
here's [2]  10/1 10/3
hereby [1]  61/19
Herman [6]  1/15 1/15 1/15 54/4 55/25 56/1
hesitant [1]  14/19
Hey [1]  7/3
Hi [3]  8/16 49/18 49/19
Hickory [1]  7/21
highlighted [3]  34/21 40/25 41/9
him [8]  21/4 38/18 44/23 45/15 45/16 45/17 47/4 57/21
HIMMELHOCH [2]  2/15 39/23
Himmelhoch/Eisert/Russell [1]  39/23
himself [1]  22/15
hire [1]  56/14
his [5]  38/3 44/21 46/21 47/16 54/4
Holdings [5]  2/20 3/2 3/8 3/14 3/19
home [1]  42/10
honest [1]  41/24
Honor [44]  8/17 9/14 10/20 11/14 15/7 15/19 16/2 16/6 16/15 16/25 17/22 17/25 24/19 24/21 25/1 26/8 26/21 27/11 28/7 32/2 33/9 34/9 35/7 35/10 35/17 35/18 36/6 36/20 39/20 41/24 44/8 47/6 48/12 49/16 51/12 51/18 51/24 52/4 52/10 52/25 59/21 61/3 61/4 61/6
HONORABLE [1]  1/11
hope [1]  61/11
hopefully [5]  17/12 24/10 30/16 33/1 39/2
HORIZON [1]  1/5
horse [1]  32/5
Houston [4]  1/23 2/22 4/4 4/12
hover [1]  33/13
how [30]  7/3 7/5 7/16 9/24 11/17 12/5 13/5 13/7 14/3 20/11 20/12 22/4 22/5 24/9 26/19 29/22 31/2 31/19 36/22 39/8 46/12 48/10 48/15 49/6 51/5 53/9 53/21 58/15 59/22 59/15
huh [4]  17/14 46/5 49/2 49/8
hunting [2]  60/19 61/2
hybrid [1]  48/20

## I

I'll [3]  18/12 19/12 45/15
I'm [29]  10/21 13/2 13/7 13/18 13/24 14/5 14/17 19/11 19/22 20/7 20/12 22/5 22/7 24/9 30/17 40/6 43/7 46/6 48/7 51/9 52/8 53/11 55/4 56/2 56/11 56/17 57/12 58/7 61/1
I've [3]  18/11 19/10 58/18
idea [3]  37/15 40/13 41/6
identification [3]  28/9 28/17 41/3
identified [2]  20/2 26/10
identify [6]  21/23 27/13 27/15 27/18 28/19 29/17
identifying [2]  11/24 20/24
if [81]
ignore [1]  45/1
II [6]  43/6 43/9 43/22 44/15 45/7 47/9
IIAMS [1]  4/15
III [4]  43/7 43/22 45/7 47/9
Illinois [1]  3/20
implement [1]  37/15
important [4]  20/20 21/11 21/14 50/22
importantly [1]  50/19
impose [1]  49/1
impression [1]  9/25
in [98]
in camera [5]  50/16 50/20 51/1 51/7 51/8
Inc [18]  2/21 2/22 3/3 3/4 3/5 3/7 3/8 3/9 3/11 3/12 3/13 3/15 3/16 3/18 3/19 3/20 4/6 4/11
included [2]  42/6 44/15
including [2]  29/25 46/4
incorporated [1]  7/14
inData [9]  24/16 25/2 25/24 30/2 30/20 31/25 32/16 32/17 41/8
indeed [1]  15/16
indicated [2]  22/11 22/16
Industry [1]  23/22
information [9]  9/14 9/17 15/11 18/9 27/9 27/17 60/24
informed [1]  37/9
initial [1]  40/19
input [1]  44/20
inspect [1]  15/5
inspected [1]  15/18
inspection [9]  9/25 10/6 11/6 14/18 15/13 15/21 15/22 16/17 18/3
inspections [1]  10/4
installment [1]  36/8
instances [3]  22/12 22/18 22/25
instead [1]  19/25
intend [1]  21/4
intends [2]  8/12 10/15
interest [1]  55/23
interested [2]  21/9 21/10
interference [1]  25/4
internal [3]  28/14 28/16 29/1

# I

International [2] 3/22 4/2
interpreting [1] 31/7
intersection [1] 7/21
into [13] 8/12 9/15 14/10 21/10 21/16
25/14 30/3 32/19 40/15 45/25 48/1 49/6
58/16
introduce [1] 22/1
introduced [1] 31/24
invested [1] 47/11
invoice [1] 9/9
involve [1] 54/16
involved [1] 58/9
involves [1] 11/8
Irpino [2] 2/5 2/6
irrelevant [1] 46/24
is [169]
isn't [3] 13/24 18/13 50/13
issue [40] 8/24 10/24 12/11 12/19 24/16
25/3 28/9 29/19 31/4 33/23 34/6 34/10
34/22 34/25 35/14 37/6 37/8 37/10 38/23
39/19 39/21 42/23 43/14 44/2 44/15
49/13 49/20 50/7 50/11 50/13 53/1 53/1
53/3 53/18 54/20 55/7 55/8 58/7 59/16
59/22
issues [7] 16/17 18/23 22/9 28/8 37/1
38/14 43/17
it [155]
it's [36] 8/6 9/1 10/25 11/7 11/11 11/18
12/3 14/2 15/4 18/7 18/11 18/16 21/1
21/14 22/2 23/14 26/17 27/1 28/8 28/18
29/3 29/18 30/10 30/24 32/6 35/7 45/21
45/22 45/25 46/5 47/18 47/22 49/3 49/9
51/10 57/1
items [1] 8/21
its [6] 7/16 25/13 41/23 46/4 48/15 50/19
itself [1] 47/21
IV [6] 43/7 43/9 43/22 44/15 45/8 47/9

# J

January [2] 39/17 39/17
Jed [1] 5/2
Jefferson [3] 7/14 7/25 8/7
JENNY [1] 4/6
Jeremy [1] 5/3
JIMMY [1] 1/22
job [4] 28/20 56/19 57/4 61/11
Joe [1] 37/11
join [3] 22/24 42/13 58/22
Joint [1] 52/2
Jones [1] 59/23
JOSEPH [1] 3/18
judge [29] 1/12 16/4 16/14 18/1 18/24
21/3 21/21 22/3 22/5 22/10 22/15 28/20
29/4 29/19 35/4 35/5 37/1 44/4 44/16
44/19 44/20 45/20 46/3 47/4 47/15 48/22
49/10 57/18 58/6
Judge Barbier [13] 16/4 18/24 21/21
22/15 28/20 29/4 44/4 44/20 45/20 46/3
47/4 47/15 57/18
Judge Barbier's [2] 21/3 29/19
Judge Moore's [1] 35/5
Judge Shushan [1] 44/16
judges [1] 56/15
jump [2] 26/9 49/19
just [74]
justice [2] 2/14 47/14

# K

Kanner [1] 2/11
KARYN [1] 2/18
Katz [1] 1/15

KAVANAUGH [7] 3/19 26/8 35/7 37/9
40/5 46/20 49/11
keep [9] 12/22 17/19 26/6 29/12 39/8
52/11 52/17 57/21 60/6
keeping [1] 29/5
kept [2] 17/3 60/13
kind [5] 23/19 46/5 50/25
King [1] 46/21
Kirkland [2] 3/11 3/16
knew [5] 12/12 12/17 12/21 14/23 15/6
know [39] 7/11 9/22 11/10 14/13 14/14
14/16 16/18 16/25 17/19 18/5 18/8 18/19
20/22 20/24 23/15 24/16 26/19 27/7
27/12 28/1 28/1 29/8 32/4 33/5 34/6
34/14 34/15 35/25 36/14 45/21 46/12
52/8 52/19 52/23 53/2 54/24 55/2 58/14
60/6
knowing [2] 14/7 15/8
known [1] 30/25
knows [4] 18/13 20/25 24/7 37/23
KRAUS [2] 2/12 27/11
Kuchler [1] 4/14

# L

label [1] 20/2
labeled [1] 19/15
laed.uscourts.gov [1] 5/7
laid [1] 45/19
Lamar [1] 4/12
land [1] 18/16
LANGAN [3] 3/17 18/5 54/15
largely [1] 57/14
Lasalle [1] 3/19
laser [4] 11/6 11/9 11/12 15/14
last [16] 7/18 9/11 19/24 22/17 24/13
36/18 36/23 38/6 38/12 42/5 43/18 44/11
53/1 53/5 59/23 60/24
late [3] 12/12 14/1 39/3
late-produced [1] 14/1
later [3] 14/9 14/11 38/21
latest [1] 45/16
latter [1] 42/13
LAUREN [1] 4/7
Law [1] 2/5
lay [1] 53/20
lead [1] 26/13
leading [1] 26/16
least [6] 29/22 42/5 50/8 53/5 57/11 58/1
leave [1] 7/19
length [3] 17/19 21/25 45/6
lengthening [1] 38/15
less [1] 45/9
let [13] 9/17 9/23 10/1 12/6 17/11 24/15
24/24 39/25 46/12 51/5 52/23 52/25 55/1
let's [12] 8/8 8/8 17/23 18/23 30/20 35/15
38/1 41/18 49/12 55/21 56/6 59/18
letter [1] 23/19
letting [2] 37/21 48/16
levels [1] 29/25
Levin [1] 1/18
Lewis [4] 3/5 4/5 4/10 4/20
liability [2] 9/3 57/13
life [1] 20/8
lights [1] 20/9
like [29] 8/24 13/11 16/24 18/25 20/18
21/4 21/24 22/12 22/20 23/4 25/17 27/22
30/24 31/2 31/3 31/8 31/13 32/22 46/5
49/5 49/25 50/3 50/7 50/9 50/11 51/2
55/8 57/23 60/18
limit [1] 46/1
limitation [3] 46/4 46/5 58/4
limited [4] 3/9 3/14 3/20 46/16
line [8] 34/3 34/5 39/8 39/9 48/5 54/7

54/8 54/17
Liskow [1] 3/5
list [9] 21/4 23/1 24/13 25/8 26/22 32/14
33/1 34/11 40/14
listed [2] 34/11 34/13
listening [1] 36/14
lists [1] 20/16
litigation [1] 57/3
little [7] 7/22 8/11 12/7 13/2 18/25 21/20
28/3 29/3 29/4 40/11 41/13 45/13 45/23
live [5] 7/24 25/22 32/8 32/11 32/18
LLC [1] 1/15 2/11 2/21 3/3 3/22 4/14
4/20
LLP [6] 2/20 3/2 3/11 3/16 4/2 4/17
log [1] 51/1
logs [2] 50/16 61/7
long [6] 11/17 17/2 26/4 31/8 38/17
38/17
longer [1] 45/13
look [13] 11/23 21/14 22/17 22/18 24/9
27/2 27/4 27/9 34/1 34/4 41/22 46/2 51/2
looking [3] 11/6 21/20 26/6
looks [2] 22/20 60/18
Los [1] 3/4
loss [1] 54/25
lot [7] 20/5 25/19 32/7 38/24 45/11 47/12
47/12
LOUISIANA [14] 1/2 1/6 1/16 2/7 2/12
2/13 3/7 3/23 4/16 5/6 7/13 27/12 42/8
61/19
loved [1] 36/21
LP [2] 4/15 4/18
Luxenberg [1] 2/2
LUXTON [1] 4/21
lying [1] 32/6

# M

M-I [1] 4/20
ma'am [1] 7/6
made [13] 15/6 36/23 37/11 38/21 40/2
40/10 42/3 50/20 50/20 50/23 50/24 51/3
61/9
Magazine [1] 2/6
magistrate [2] 1/12 56/15
mail [6] 12/8 14/10 35/11 36/16 49/22
49/24
main [2] 57/9 57/16
make [20] 14/24 16/16 20/8 21/1 21/4
21/18 23/9 26/7 26/13 27/4 27/9 27/16
28/1 29/8 29/11 38/1 42/22 44/12 50/23
57/19
making [5] 8/7 12/19 13/23 20/6 28/20
manual [3] 21/9 21/10 21/14
many [3] 7/25 47/22 58/18
map [1] 9/20
March [7] 1/7 7/2 18/8 35/1 38/7 39/13
40/13
March 15 [1] 35/1
March 19 [1] 18/8
March 25 [1] 40/13
March 29 [1] 38/7
mark [3] 3/17 18/17 30/7
marked [2] 20/15 20/21
markers [1] 11/24
marking [1] 30/11
marshaling [13] 19/6 19/24 22/9 22/21
24/16 25/3 25/7 25/9 26/2 26/11 28/8
31/22 33/22
MARTINEZ [1] 4/6
master [1] 9/2
match [1] 28/17
material [1] 31/23

**M**

materials [1]  15/25
matter [2]  11/25 61/22
may [22]  10/2 14/20 16/9 16/16 17/15
20/22 21/8 23/13 27/12 28/13 28/13 29/4
33/18 33/19 33/20 36/10 38/19 49/22
58/21 58/22 58/23 58/25
maybe [17]  11/3 12/14 12/19 12/25 23/7
23/14 29/21 37/23 39/22 45/13 47/13
54/17 55/2 55/4 55/12 57/25 58/6
MAZE [1]  2/9
McCutchen [1]  4/17
McKinney [1]  4/3
MD [1]  1/4
MDL [3]  13/15 30/1 58/25
MDL 2179 [1]  30/1
me [20]  7/7 8/7 9/17 9/20 9/23 12/6 13/6
15/14 17/11 24/15 24/25 29/18 31/2
39/25 40/14 51/5 52/2 52/7 52/23 57/7
mechanical [1]  5/11
Meche [1]  34/18
media [1]  35/3
medical [1]  57/15
meet [2]  40/23 41/19
meet-and-confer [1]  40/23
meeting [1]  59/18
meets [2]  26/3 26/4
members [2]  29/11 49/1
mentioned [1]  9/20 54/16
Mestayer [1]  5/2
MEXICO [1]  1/5
Michoud [4]  8/9 8/13 9/11 16/10
Microphone [1]  25/4
microscope [1]  11/13
microscopy [2]  11/7 15/15
might [10]  15/1 28/3 30/3 35/23 39/13
45/3 47/24 52/14 53/3 59/12
Mike [6]  5/1 20/9 25/22 27/2 27/4 34/24
mile [1]  7/21
mind [3]  38/15 41/23 50/24
mine [1]  46/23
Minnesota [1]  10/4
Mitchell [2]  1/18 4/7
modifications [1]  38/16
modified [2]  36/24 38/3
mold [3]  9/25 13/5 13/24
molds [18]  10/15 12/9 13/3 13/5 13/8
13/10 13/13 13/14 13/17 13/22 13/25
13/25 14/4 14/8 15/15 15/9 15/9
moment [1]  35/8
Monday [7]  27/25 28/3 28/5 35/22 35/24
35/25 61/13
Montgomery [1]  2/10
month [1]  44/11
months [3]  11/22 44/21 56/20
Moore's [1]  35/5
more [13]  17/21 23/13 26/17 28/3 40/11
41/13 43/12 47/11 48/13 52/21 55/6
56/15 57/12
Morgan [1]  4/20
morning [7]  8/17 18/10 32/1 32/2 35/11
47/5 47/6
mostly [1]  58/3
motion [1]  52/2
move [6]  8/7 8/21 18/23 21/5 21/23
26/17
moving [1]  21/12
Mr. [7]  11/14 13/3 15/6 17/17 22/4 52/21
55/25
Mr. Benson [1]  52/21
Mr. Gasaway [3]  11/14 13/3 15/6
Mr. Godwin's [1]  17/17

Mr. Herman [1]  55/25
Mr. Nomellini [1]  22/4
much [1]  26/17
multiple [2]  13/4 29/25
Munger [1]  3/2
must [1]  23/15
my [18]  9/20 18/9 33/12 35/4 41/25 42/3
44/17 45/10 45/18 45/25 51/10 53/5 53/7
53/13 54/21 56/7 58/11 61/20
myself [1]  24/24

**N**

names [1]  7/16
narrowed [1]  43/17
NASA [1]  1/4
Nat [1]  47/6
NATHANIEL [1]  2/16
necessarily [3]  50/13 50/17 58/7
need [23]  10/11 15/5 16/1 18/19 26/13
26/13 26/17 29/22 30/5 30/11 33/8 33/16
41/22 44/5 44/20 45/20 48/5 51/11 56/14
59/5 60/12 61/8 61/9
needs [5]  16/10 22/17 28/19 50/13 50/18
negotiable [1]  55/16
negotiation [1]  14/20
NES [1]  4/21
new [13]  1/6 1/16 2/4 2/4 2/7 2/13 3/7
3/23 4/16 5/6 19/23 35/18 58/25
newly [1]  8/13
newly-purchased [1]  8/13
next [21]  9/18 18/15 26/22 27/13 27/13
27/15 28/15 28/15 29/1 29/8 34/20 44/10
48/10 52/8 54/18 55/3 55/6 55/13 55/23
57/8 61/1
night [1]  59/23
no [20]  9/3 10/11 11/24 14/9 14/11 15/7
17/21 21/12 35/13 39/20 47/24 52/24
53/23 53/25 54/2 54/6 55/21 56/24 56/24
57/7
nobody [1]  12/18
nodding [1]  23/15
noise [1]  25/19
NOLA [1]  49/4
NOMELLINI [2]  3/17 22/4
noncontroversial [1]  40/18
none [1]  11/19
nonobjective [2]  41/14 47/8
North [10]  3/7 3/8 3/9 3/12 3/14 3/15
3/18 3/19 3/19 3/20
not [58]  8/7 8/20 8/23 9/19 11/2 12/10
12/10 12/13 12/15 12/20 13/7 13/9 13/11
13/17 14/5 14/15 14/22 14/24 15/4 18/7
19/22 19/25 20/7 20/22 21/8 21/9 23/18
25/22 28/16 30/23 31/1 32/21 33/6 33/16
34/5 38/1 38/7 42/5 42/21 43/22 43/24
44/24 46/6 47/23 50/17 50/23 51/9 51/22
53/5 53/24 55/20 57/9 58/7 58/23 59/6
59/9 59/10 61/1
note [5]  24/24 27/8 38/5 38/7 39/25
nothing [1]  46/14
notice [6]  18/21 20/4 29/24 51/23 59/14
59/15
notify [1]  53/17
notions [2]  54/2 54/6
November [1]  17/1
now [18]  10/22 10/25 11/1 13/21 14/5
23/5 25/25 30/1 32/5 33/4 36/12 42/24
43/18 44/22 48/24 54/4 58/12 60/2
number [8]  20/17 31/9 32/11 37/23 45/25
50/20 50/21 58/2
numbering [5]  23/3 23/7 28/16 30/17
31/8
numbers [3]  60/2 60/15 60/16

numeral [1]  43/6 43/8 43/15
numerals [1]  18/19
numerals [2]  44/15 47/9
numerals II [2]  44/15 47/9
NW [3]  3/12 4/18 4/22

**O**

O'Keefe [1]  1/16
object [1]  29/16
objected [1]  50/3
objection [1]  35/13
objections [3]  34/21 41/2 41/9
objective [9]  40/20 40/21 40/24 40/24
42/1 42/2 43/1 43/5 43/15
objects [1]  50/8
observation [1]  45/19
observations [1]  44/19
obviously [7]  9/2 14/9 14/11 50/23 53/17
54/22 57/6
Oceaneering [1]  36/9
odd [1]  37/22
off [7]  9/12 9/16 9/20 28/22 34/8 40/1
48/21
offered [3]  15/20 25/25 26/12
offering [1]  8/25
Office [2]  1/19 2/18
Official [3]  5/5 61/17 61/25
officially [1]  31/1
Offshore [2]  2/21 3/3
Oh [1]  42/15
OIL [2]  1/4 1/4
okay [19]  7/7 9/5 12/4 13/1 15/12 16/5
21/17 34/7 34/13 35/16 38/9 38/10 41/20
42/15 43/16 44/13 47/1 51/19 52/7
old [1]  48/2
Olson [1]  3/2
on [125]
one [42]  7/11 7/24 8/1 10/11 15/25 17/3
18/23 23/14 28/8 29/20 29/21 29/21 30/8
30/15 31/15 31/16 32/11 36/10 36/22
37/6 37/20 38/6 40/10 41/16 44/20 47/17
47/23 48/13 49/4 50/8 52/12 54/21 55/7
55/12 55/14 55/15 55/17 57/9 57/16
57/19 58/14 59/11
one-page [2]  31/16 55/12
ones [1]  55/1
only [9]  10/22 11/1 12/11 12/11 20/1
21/10 22/1 27/1 37/20
OPA [5]  54/24 54/25 56/8 56/10 57/22
open [4]  43/21 51/9 59/18 61/2
opened [1]  51/9
opening [1]  51/8
operation [1]  19/21
Operations [1]  19/18
opportunity [1]  27/16
opposition [1]  35/12
or [68]
order [17]  11/21 15/17 28/19 36/13 37/10
37/12 37/15 38/3 38/5 44/3 51/14 51/21
52/11 52/18 57/10 57/10 57/16
original [1]  57/10
originally [2]  35/21 57/14
Orleans [9]  1/6 1/16 2/7 2/13 3/7 3/23
4/16 5/6 8/6
Orleans Parish [1]  8/6
other [21]  7/25 8/24 9/6 11/20 24/2 33/5
37/10 37/13 39/1 39/21 41/16 45/18
46/20 49/5 53/24 54/25 55/5 57/22 58/14
58/16 58/21
others [3]  24/11 35/25 45/12
ought [1]  20/16
our [27]  7/19 8/10 12/8 12/16 12/23
13/21 20/16 28/10 29/16 30/17 32/8

## O

our... [16]  32/11 32/22 33/25 36/7 38/15
39/8 44/11 48/6 48/18 49/24 50/6 50/14
50/17 50/23 50/24 54/1
ourselves [1]  40/9
out [45]  8/13 9/7 10/23 12/16 15/5 16/10
19/15 19/20 20/1 20/4 23/2 23/3 23/3
23/6 23/9 23/14 23/17 26/19 27/8 28/12
28/13 28/14 29/8 29/21 30/16 30/19 31/4
31/5 31/11 31/13 31/15 31/19 32/10
32/14 32/15 32/18 32/25 37/12 42/9
45/19 48/23 48/24 53/12 59/24 60/21
outs [10]  19/23 22/22 24/12 24/12 28/9
30/14 30/22 30/24 32/12 33/1
outset [2]  12/8 12/21
outstanding [1]  9/9
over [8]  21/22 24/13 25/24 26/6 39/22
48/10 50/3 56/5
overblown [1]  45/23
overdone [1]  45/20
Overflow [1]  35/2
overly [1]  47/17
own [6]  28/14 28/16 29/1 40/8 48/15
50/24

## P

PA [1]  1/18
package [2]  7/19 49/23
page [39]  6/3 20/1 20/3 20/17 20/25 21/6
21/9 21/9 22/2 23/4 23/11 23/13 23/14
24/1 25/24 29/21 29/7 30/3 30/8 30/9
30/12 30/15 30/19 31/9 31/10 31/15
31/16 32/9 32/25 33/8 34/21 40/12 45/9
45/12 47/16 47/19 55/12 55/14 55/15
page 8 [1]  30/9
pages [8]  17/20 21/11 21/22 29/23 30/2
30/25 55/17 55/19
Papantonio [1]  1/18
paragraph [2]  32/10 32/25
parameters [2]  11/4 51/2
Parish [3]  7/14 7/25 8/6
part [8]  23/12 23/13 43/5 43/15 45/7 45/7
45/8 58/7
Part IV [1]  45/8
participants [1]  19/17
Participating [1]  5/1
particular [1]  19/17
particularly [2]  47/10 47/15
parties [22]  13/15 18/21 21/11 21/16
21/20 22/1 25/7 28/18 29/24 31/6 31/14
32/15 34/20 40/7 40/14 41/16 42/7 42/19
43/23 51/22 58/21 59/12
parties' [2]  26/14 28/11
party [7]  11/20 31/14 34/1 37/13 47/21
50/8 58/22
party's [1]  55/5
passed [2]  11/16 11/17
past [2]  8/6 36/17
pay [3]  9/9 28/23 29/11
PC [2]  2/2 4/5 4/10
pdf [3]  30/9 30/15 32/13
penalty [5]  54/20 55/8 57/20 57/25 58/7
Pennsylvania [1]  4/22
Pensacola [1]  1/20
people [8]  23/19 28/10 28/11 28/15
29/12 29/16 30/17 58/16
Perfect [2]  24/24 39/12
perhaps [2]  37/8 57/25
period [2]  10/12 37/25
personal [1]  27/5
personally [1]  45/19
perspective [4]  17/5 33/25 48/18 50/6
pertains [1]  46/19
Pigman [1]  45/25
petition [1]  29/15
Petroleum [2]  4/14 4/17
phase [29]  10/16 15/25 18/23 36/10
36/13 36/22 42/20 47/17 47/23 49/4 49/4
53/6 53/10 54/8 54/11 55/7 55/8 55/23
56/13 57/8 57/11 57/13 57/19 57/19
57/20 57/25 58/15 59/11 59/11
Phase One [8]  15/25 18/23 36/22 47/17
47/23 49/4 57/19 59/11
Phase Three [8]  53/6 53/10 54/11 55/7
56/13 57/11 57/13 58/15
Phase Two [7]  10/16 36/10 36/13 49/4
54/8 57/19 59/11
phased [1]  58/3
picture [5]  7/23 8/1 32/18 47/20 59/23
piece [1]  19/2 19/8
Pigman [1]  39/21
pipes [3]  8/11 59/24 60/9
pivot [1]  39/21
place [4]  18/4 35/16 54/10 54/17
plain [1]  42/22
plaintiffs [6]  1/15 1/18 1/22 2/2 2/5 56/1
plan [6]  8/10 8/15 8/19 9/4 16/21 57/24
planned [1]  57/14
play [2]  10/7 38/14
Pleading [1]  51/21
please [5]  27/9 28/25 29/2 29/10 56/9
pleased [1]  24/9
podium [1]  19/13
point [4]  12/16 29/18 43/23 58/1
points [1]  47/22
Polk [1]  4/14
portion [2]  40/24 41/14
position [5]  12/8 32/24 41/16 43/8 56/25
positions [3]  40/8 44/10 56/25
possible [1]  15/4
possibly [2]  14/12 15/13
post [3]  1/19 2/18 58/20
post-April [1]  58/20
posted [2]  26/12 26/16
powder [2]  11/11 11/12
Poydras [3]  3/6 4/15 5/5
Practice [1]  19/18
practices [3]  23/21 23/23 26/7
preconceived [2]  54/2 54/6
prediction [1]  40/14
prefer [3]  15/16 21/15 22/1
preference [2]  21/3 44/21 46/12
prefers [1]  21/7
prejudice [1]  57/7
prematurely [1]  50/12
preparing [1]  57/20
preprepared [1]  31/13
present [1]  14/5 25/14 27/8
presentation [1]  25/13
pretty [2]  40/18 49/24
previously [6]  20/2 20/15 20/23 32/7 34/6
37/24
primarily [1]  45/11
prior [1]  51/8
priorities [1]  54/18
prioritization [3]  40/17 48/16 48/24
prioritize [2]  48/17 49/6
prioritized [1]  40/14
priority [2]  55/6 55/22
privilege [2]  50/16 61/7
privileged [1]  51/1
probably [6]  31/21 35/10 53/9 54/5 54/21
55/1
problem [7]  12/14 17/8 28/18 29/15
34/15 35/15 38/5
procedure [1]  54/10
proceed [4]  1/15 55/19 56/3 59/13
proceedings [4]  5/11 7/1 61/14 61/21
process [13]  13/5 13/7 27/14 37/7 39/3
40/16 41/15 44/5 50/7 52/12 52/16 52/17
58/20
Proctor [1]  1/18
produce [1]  11/21
produced [7]  11/22 11/24 12/1 12/12
13/14 14/1 14/2
production [10]  3/6 3/8 3/11 3/13 3/17
3/19 11/16 36/13 61/8 61/10
Products [3]  3/9 3/14 3/20
progress [1]  40/2
project [1]  14/8
proof [1]  14/14
proper [1]  50/14
properly [1]  28/19
proposal [7]  37/11 38/21 40/7 40/10
41/12 41/17 42/4
proposed [7]  35/19 35/21 36/13 38/2
41/18 41/21 51/14
protect [1]  47/21
provide [2]  34/21 47/18
provided [1]  16/6
providing [1]  51/22
PSC [8]  25/21 27/1 34/13 35/13 38/4
42/7 57/15 60/3
publicly [1]  26/12
pull [4]  32/9 32/10 32/25 55/24
pulled [1]  28/17
purchased [1]  8/13
purposes [2]  14/6 29/5
push [1]  37/18
pushing [1]  37/19
put [27]  8/12 9/14 9/20 10/11 11/12 17/5
19/11 19/12 19/12 20/4 20/16 25/14
26/14 29/22 33/1 35/16 38/18 40/15
42/16 47/21 48/10 48/21 56/9 57/1 59/5
59/14 59/15
putting [3]  19/3 50/12 54/9

## Q

quantification [3]  45/13 47/10 48/20
question [22]  10/14 10/17 10/18 10/19
10/22 10/25 11/1 12/13 13/24 14/1 14/3
14/3 14/4 20/14 22/16 25/20 33/12 41/25
42/3 42/10 48/24 59/1
quicker [1]  26/17
quite [2]  41/24 52/5
quote [1]  19/1

## R

radar [4]  9/12 9/16 29/22 59/6
Rafferty [1]  1/18
raise [2]  34/5 35/14
raised [2]  34/10 42/3
range [3]  24/1 24/3 24/4
rate [1]  38/25
rather [3]  21/23 31/7 48/23
re [3]  1/4 33/1 36/13
re-create [1]  33/1
ready [6]  14/18 15/22 17/4 19/11 41/16
52/5
real [4]  28/8 28/11 28/18 47/19
really [7]  19/4 19/6 41/25 46/23 47/18
47/18 57/8
reason [7]  7/24 13/17 13/19 17/4 18/6
60/13 61/1
reasonable [2]  11/18 12/3
reasons [2]  7/25 57/16
rebuttal [1]  40/25
recall [3]  19/15 52/2 53/2

**R**

recommend [2]  40/9 44/8
recommendation [2]  42/4 44/18
Recommended [2]  19/18 23/23
record [10]  25/1 28/20 29/2 29/6 33/2
  38/12 39/25 52/25 53/1 61/21
recorded [1]  5/11
redactions [1]  26/15
Redden [1]  4/2
redo [2]  19/22 20/7
referring [1]  24/8
reflect [1]  52/25
regard [4]  8/14 30/22 37/8 48/9
regarding [1]  42/4
Regina [2]  23/15 26/7
Regina's [1]  26/4
related [4]  13/13 13/14 15/24 16/17
relevant [3]  46/16 46/17 46/19
rely [6]  12/14 12/15 12/18 12/20 12/22
  14/22
relying [2]  14/14 15/11
remember [1]  12/23
remind [2]  16/18 52/2
reopening [1]  59/10
replies [1]  35/25
reply [2]  35/22 50/15
report [7]  9/18 14/11 38/6 38/16 38/17
  51/14 61/6
Reporter [3]  5/5 61/18 61/25
reports [4]  9/8 10/8 14/12 14/15
representation [1]  12/19
request [6]  10/11 12/3 15/23 16/4 18/22
  51/20
requesting [1]  35/11
require [1]  37/16
requiring [1]  11/21
reserve [1]  40/7
resolve [2]  44/5 51/11
resolved [3]  33/24 49/8 49/9
respect [1]  39/4
respectfully [1]  46/25
respective [1]  44/10
response [2]  38/15 60/5
responsibilities [1]  49/5
responsibility [1]  9/3
result [1]  39/1
retroactive [1]  33/14
retroactively [1]  33/17
review [6]  50/16 51/1 51/1 51/6 51/8 51/8
  57/10
reviewing [1]  51/3
revised [2]  35/3 48/5
RICHARD [1]  4/11
Richeson [1]  4/14
rid [1]  60/7
rig [2]  1/4 16/17
right [31]  10/25 13/16 13/20 13/23 13/24
  16/5 17/6 17/18 22/14 22/23 25/12 26/1
  30/1 32/6 33/4 33/7 33/10 37/4 39/3 39/7
  42/5 42/23 47/3 52/24 54/23 55/10 56/6
  58/5 58/11 60/2 61/12
rights [1]  40/8
ripe [1]  14/5
risen [1]  54/4
Rob [9]  8/16 8/17 9/11 13/6 13/16 37/8
  39/2 39/18 43/3
ROBERT [1]  3/11
ROBERTS [4]  4/3 42/14 59/22
ROBIN [1]  2/3
role [1]  10/8
rolling [2]  8/8 27/6
Roman [5]  43/6 43/8 43/15 44/14 47/9
Room [1]  5/5

**R**

rule [2]  21/12 21/24
rules [1]  16/17
running [1]  51/17
rush [2]  5/3 9/19
Rusnak [1]  1/22
RUSSELL [3]  3/18 37/11 39/23
RYAN [1]  3/18
résumé [1]  57/1

**S**

said [15]  10/5 10/9 11/10 12/9 15/14
  19/1 20/15 31/9 40/1 41/12 49/24 50/2
  53/8 56/22 60/3
SALLY [1]  1/11
same [10]  17/13 22/25 23/4 26/19 27/14
  29/8 30/6 33/8 35/22 53/8
sample [3]  16/17 52/2 52/13
samples [1]  17/3
sampling [1]  52/12
Santa [1]  49/13
Santa Barbara [1]  49/13
SARAH [16]  2/15 4/15 7/5 36/14 36/21
  36/24 37/9 37/11 38/21 40/4 42/23 43/3
  44/14 45/24 46/25 61/11
Sarah's [1]  37/15
saw [1]  8/22
say [13]  7/12 8/22 10/2 12/6 14/16 14/25
  23/2 23/8 27/2 39/18 44/1 56/3 56/21
saying [9]  10/21 12/15 13/24 14/5 14/17
  23/15 28/15 44/14 46/18
says [5]  18/25 30/24 32/24 39/2 45/2
scanner [1]  12/23
scanning [4]  11/7 11/9 11/12 15/15
scenes [1]  9/23
schedule [4]  38/18 39/2 41/19 43/14
scheduled [1]  18/7
Schell [1]  4/14
scope [3]  10/22 53/10 53/11
SCOTT [6]  2/16 5/1 10/1 11/5 12/6 15/3
Scott's [2]  10/18 10/19
scrap [1]  60/11
screen [4]  9/12 9/16 29/3 31/7
scribner [1]  39/10
SEAN [1]  4/7
Sear's [1]  35/4
season [1]  61/2
seat [2]  7/4 54/4
seating [3]  35/3 35/4 35/6
second [6]  19/19 26/9 36/8 40/22 41/11
  57/10
Secrest [1]  4/2
section [17]  1/5 2/15 19/17 19/21 20/1
  20/3 20/5 20/17 20/25 21/23 23/11 29/6
  29/9 31/9 43/1 43/5 45/19
Section 1 [1]  45/19
Section 8.3 [4]  19/21 20/5 23/11 29/6
Section 8.4 [1]  29/9
sections [6]  21/11 21/15 22/2 43/22
  42/23 47/9
see [15]  8/9 9/17 9/23 17/11 24/25 31/4
  33/4 35/10 36/18 36/23 37/20 39/8 49/12
  50/14 56/6
seem [1]  49/25
seemed [1]  10/10
seems [4]  50/11 57/7 57/20 57/25
seen [3]  20/17 28/2 49/22
sees [1]  60/25
segment [1]  41/7
SEIDEL [1]  2/18
SEM [2]  15/15 15/16
send [3]  8/7 8/20 40/14
sense [6]  13/24 21/1 21/18 44/12 48/23
  57/19

**S**

sent [5]  16/7 35/11 37/12 43/4 59/23
separate [2]  17/13 30/3
serial [3]  60/1 60/15 60/16
series [1]  40/15
Services [2]  4/6 4/11
set [3]  11/4 47/7 51/3
settled [1]  58/3
settlement [1]  57/15
she [13]  8/12 8/19 8/20 9/4 9/7 9/8 9/20
  16/6 16/8 16/9 16/10 60/25 61/1
she's [1]  9/2
short [1]  17/19
shorter [2]  46/7 46/9
shortly [1]  8/21
should [26]  8/23 11/18 21/22 33/4 39/3
  41/3 42/2 42/19 43/8 44/15 46/16 46/22
  48/10 50/7 50/8 51/2 51/3 53/21 54/2
  54/10 54/16 55/2 55/13 55/23 60/6 60/13
shouldn't [1]  57/25
show [6]  7/9 16/25 45/16 46/3 47/3 53/16
show-and-tell [1]  7/9
showing [2]  50/23 50/24
SHUSHAN [2]  1/11 44/16
side [1]  48/15
sides [2]  47/11 47/20
sides' [1]  51/7
sign [1]  25/5
signature [1]  39/14
significance [1]  17/16
significant [1]  40/2
similar [1]  11/12
since [2]  41/23 43/11
Single [1]  55/18
Single-spaced [1]  55/18
sit [1]  9/24
sitting [2]  19/1 59/24
six [3]  37/25 40/16 46/21
six-week [2]  37/25 40/16
slanted [1]  47/18
slicing [1]  29/23
slide [4]  28/15 28/15 29/1 29/1
slightly [1]  17/15
slip [1]  48/1
slow [1]  29/3
slowly [1]  18/25
small [2]  25/19 61/9
smoothly [1]  18/24
snuff [1]  53/4
so [100]
software [1]  5/11
Sold [1]  17/24
solely [1]  58/1
solution [1]  37/16
solve [3]  12/14 12/19 12/25
some [18]  8/23 14/20 15/20 16/16 17/16
  18/6 22/12 23/3 24/12 28/15 28/21 35/23
  37/22 40/1 47/4 54/25 59/24 60/8
somebody [6]  21/13 23/6 28/12 34/6
  40/23 48/19
someone [1]  47/24
something [18]  14/8 18/6 22/16 23/4
  23/15 27/22 28/18 39/18 46/18 50/3 50/7
  50/9 50/18 51/10 52/1 53/14 55/3 59/5
soon [2]  52/6 60/3
sooner [1]  14/12
sorry [1]  48/7
sort [15]  17/13 16/16 30/5 38/21
  39/21 50/7 52/19 54/17 59/2 59/3
sounds [3]  13/11 42/18 57/23
source [5]  45/11 46/18 48/20 59/25 60/9
South [1]  1/20
spaced [3]  17/23 55/18 55/19

Case 2:10-md-02179-CJB-DPC Document 9914 Filed 05/13/13 Page 70 of 73

speak [3] 29/11 43/2 60/13
special [1] 9/2
specific [1] 16/4
specifically [1] 12/1
SPILL [1] 1/4
spin [2] 17/15 17/17
spliced [1] 30/10
spring [4] 18/11 18/13 18/15 18/18
stand [2] 9/24 29/16
standard [3] 23/19 23/22 30/6
standardized [1] 30/11
start [9] 41/18 52/15 53/9 53/10 54/2
54/17 55/11 55/21 57/20
started [1] 44/5
state [4] 2/8 2/11 29/2 54/24
statement [1] 9/8
STATES [11] 1/1 1/12 2/14 10/5 10/9
10/23 11/1 15/23 20/10 42/7 47/7 49/17
51/16 53/19 61/18
States' [1] 10/12
static [1] 32/18
stenography [1] 5/11
step [2] 55/13 60/24
Stephanie [1] 24/17
STEPHEN [1] 1/15
steps [1] 52/15
Steve [3] 17/11 54/4 56/1
STEVEN [1] 4/21
stick [1] 42/2
still [7] 8/7 34/23 34/25 51/17 52/4 54/21
57/17
stipulate [3] 10/10 10/11 14/6
stipulation [1] 11/18
Stone [1] 3/22
stop [1] 8/1
stopper [1] 53/16
Stradley [1] 5/2
straight [2] 24/5 36/19
Street [1] 1/20 2/6 2/12 2/22 3/6 3/12
3/23 4/3 4/8 4/15 4/18 5/5
streets [2] 7/16 7/22
stuff [3] 50/12 52/16 57/13
submission [3] 16/16 50/20 55/12
submissions [3] 17/20 47/5 55/3
submit [6] 17/18 25/8 27/12 27/13 52/5
57/14
submitted [1] 44/3
subsumed [1] 57/15
successful [1] 13/5
such [6] 32/10 32/10 32/25 32/25 32/25
32/25
such-and-such [3] 32/10 32/25 32/25
Suite [7] 1/20 2/22 3/6 4/3 4/8 4/12 4/15
summaries [14] 25/24 34/22 40/12 41/14
41/15 41/21 42/6 42/7 44/24 47/10 47/10
47/16 47/19 47/23
summary [11] 40/20 40/21 40/24 41/6
41/7 42/1 42/2 42/22 43/1 43/15 43/23
summer [1] 12/18
supply [1] 31/16
support [1] 60/9
supposed [1] 7/19
sure [15] 13/7 26/7 26/13 27/5 27/9
27/16 28/1 28/20 29/8 29/11 38/1 49/21
58/7 59/10 61/1
surprised [1] 15/10
Sutherland [2] 2/20 9/10
system [8] 23/3 23/7 23/18 28/14 28/16
30/11 30/17 31/8

table [1] 59/11

tackling [1] 53/22
take [10] 6/24 7/6 8/1 14/14 26/11 40/9
42/19 49/5 49/23 53/5 55/6
taken [5] 12/17 13/25 18/4 27/6 34/24
talk [11] 8/8 10/2 11/3 11/14 16/1 28/25
36/12 40/11 44/23 45/15 55/2
talked [6] 9/11 20/1 27/14 38/12 38/20
50/17
talking [9] 15/21 18/6 27/21 29/20 52/8
52/19 57/8 57/18 58/15
team [8] 28/25 29/11 32/8 40/9 41/25
42/3 44/9 49/1
tech [1] 30/17
technical [2] 8/23 8/24
tee [2] 40/4 40/6
Telephone [1] 19/17
tell [8] 7/9 15/14 31/2 51/5 52/7 53/21
59/7 59/13
tells [1] 54/5
temporarily [1] 57/11
tendered [1] 26/18
tentatively [1] 18/7
terms [2] 24/12 57/12
test [3] 56/8 56/10 57/22
testify [1] 25/22
testimony [4] 32/23 41/3 41/4 46/17
testing [12] 10/6 10/6 10/12 11/2 11/15
11/15 12/16 14/19 14/21 14/25 15/1 15/3
Texas [5] 1/23 2/22 4/4 4/9 4/12
than [13] 14/9 14/11 17/21 20/6 21/23
23/13 31/7 46/7 46/9 46/20 48/24 53/24
55/7
thank [25] 9/5 9/10 15/19 16/14 17/25
19/5 20/13 22/3 22/7 35/3 35/6 35/17
36/6 42/15 46/2 48/4 51/13 51/24 54/12
54/13 58/12 58/13 61/3 61/4 61/11
Thanks [1] 36/5
that [304]
that's [56] 7/24 7/25 9/19 10/18 10/25
12/22 14/4 14/4 14/5 15/25 16/12 17/7
17/7 18/12 18/9 20/3 23/12 23/25 25/1
25/5 25/10 25/12 26/2 26/25 28/6 32/21
33/7 33/10 34/8 34/9 34/19 37/4 37/8
37/12 37/23 37/24 38/22 41/12 43/10
45/12 46/1 46/10 47/3 49/8 50/17 52/24
53/13 53/18 54/21 54/23 56/12 57/15
58/7 59/5 59/10 60/20
the 20th [1] 13/4
their [15] 8/3 8/5 24/11 25/8 28/14 28/16
40/7 40/8 40/14 41/7 41/7 41/7 43/23
44/9 50/2
theirs [1] 43/16
them [31] 11/3 17/5 17/19 19/12 19/12
27/13 27/13 27/15 27/18 30/7 31/19 33/1
34/13 44/25 45/1 45/2 45/14 48/22 53/20
53/21 59/4 59/13 59/14 59/15 60/1 60/2
60/4 60/6 60/7 60/10 60/21
thematic [1] 48/18
theme [2] 48/25 49/7
themselves [5] 13/10 16/11 43/2 48/17
60/9
then [40] 10/17 14/17 14/18 20/2 21/15
23/2 23/14 23/25 26/22 27/6 29/7 29/7
29/14 30/5 30/8 30/8 30/10 30/14 31/9
31/11 31/15 32/16 34/13 35/24 39/21
40/15 40/16 41/20 43/1 43/6 48/1 50/8
50/15 52/14 55/24 56/5 56/15 57/20
60/24 61/1
there [43] 7/25 8/24 10/10 11/21 11/24
13/12 13/25 14/19 17/1 17/2 17/15 20/4
22/11 22/17 23/13 27/12 32/6 34/10 34/10
35/23 37/23 38/14 38/16 38/16 41/21
42/9 42/9 43/6 43/6 43/11 43/14 43/25

44/2 45/11 48/13 49/4 53/12 55/6 56/24
57/7
there's [11] 13/11 21/12 32/24 38/24
40/23 47/11 47/24 50/25 54/25 55/20
57/7
these [7] 10/7 10/15 28/12 44/3 45/7
52/22 58/10
they [46] 7/19 7/20 8/3 8/5 10/4 10/5
13/8 14/13 14/17 14/25 16/25 17/3 17/4
22/2 24/19 25/24 26/11 26/18 26/23
28/13 28/13 28/16 29/8 29/11 31/23 32/8
32/9 35/13 44/15 45/3 47/22 48/8 50/2
50/4 50/22 50/22 58/2 59/2 59/9 59/11
59/25 60/1 60/3 60/10 60/12 60/20
they'll [1] 28/14
they're [1] 27/10
they've [1] 15/17
thing [6] 21/23 22/25 27/1 29/20 35/22
53/8
things [13] 19/9 19/23 22/20 26/15 26/18
28/21 31/3 36/22 52/12 54/21 54/25
57/22 58/16
think [92]
thinking [15] 17/21 21/22 45/6 47/8 53/9
53/12 53/21 53/21 54/3 54/5 55/4 55/11
55/21 57/7 57/12
thinks [2] 21/13 44/21
third [1] 41/10
this [70]
Thomas [1] 1/18
those [27] 13/8 13/13 13/14 21/11 21/15
22/1 22/18 22/25 24/14 24/18 26/18
29/23 30/7 30/15 30/18 31/11 32/11
32/23 33/1 35/12 40/15 45/12 55/1 58/11
59/12 60/2 60/10
though [1] 8/4
thought [8] 11/9 12/12 12/21 14/2 19/24
32/11 43/4 58/14
thoughts [5] 47/4 53/25 54/1 55/5 58/11
three [17] 17/20 17/22 27/21 39/1 44/21
45/7 47/13 48/17 53/6 53/10 54/11 55/7
56/13 56/14 57/11 57/13 58/15
through [13] 7/17 11/25 32/13 32/22 36/7
40/16 43/9 44/15 45/17 51/9 52/12 52/15
52/17
throw [2] 39/21 59/18
throwing [2] 52/16 53/11 58/15
thrown [1] 45/3
thumb [2] 24/17 30/21
Thursday [10] 25/10 25/11 25/13 26/11
26/22 26/23 27/3 27/13 27/14 27/15
time [26] 10/6 10/23 12/17 12/17 12/24
16/19 17/6 19/3 25/7 26/11 26/12 26/13
28/1 28/3 29/13 35/12 38/15 39/7 39/9
41/6 48/5 48/22 53/9 54/7 54/8 54/17
times [3] 13/5 18/25 58/18
title [2] 30/7 30/9
today [9] 7/9 22/4 40/8 41/16 42/24 43/7
43/11 45/15 53/24
together [4] 26/14 40/15 54/1 55/24
told [3] 15/9 18/11 30/17
TOLEDO [1] 4/8
Tolles [1] 3/2
TOM [4] 2/17 49/16 49/18 52/23
Toni [5] 5/5 5/7 61/17 61/24 61/25
Tony [5] 36/12 36/24 44/20 46/23 47/13
Tony's [2] 14/10 38/2
too [5] 7/22 23/9 39/15 56/18 60/22
took [5] 7/20 7/23 11/17 12/2 34/14
top [1] 43/5
topic [1] 48/9
topics [1] 52/22
toward [2] 53/11 54/9

**T**

track [4]  29/5 29/12 51/17 56/12
tracking [3]  28/12 60/1 60/17
traffic [2]  12/8 49/22
transcript [3]  1/11 32/13 61/20
transcription [1]  5/11
Transocean [16]  2/20 2/21 2/22 3/2 3/3
3/4 9/9 18/8 18/10 18/16 23/8 34/10
34/14 42/8 42/16 50/3
Transocean's [1]  25/13
trash [1]  45/4
treated [1]  41/3
TREX [21]  20/3 20/5 20/16 20/24 23/2
23/4 23/5 23/8 23/8 23/11 23/11 28/14
29/6 29/8 30/2 30/3 30/8 30/8 30/12
30/24 31/9
TREX-100 [2]  23/2 30/24
TREX-100.1 [3]  23/4 23/8 23/8
TREX-100.1s [1]  23/5
TREX-1000 [1]  30/3 30/8 30/8 30/8
TREX-8231 [5]  20/5 23/11 23/11 28/14
29/6
trial [23]  7/18 10/15 16/4 18/24 19/4
19/20 20/18 28/10 28/23 28/25 29/11
30/1 32/8 32/9 32/23 33/3 34/10 57/9
57/10 57/10 57/12 58/3 58/8
trials [1]  56/10
tries [1]  7/15
trigger [1]  39/1
true [1]  61/19
try [9]  9/14 17/19 21/22 29/5 47/21 47/21
47/25 48/24 55/24
trying [6]  9/16 11/25 17/2 20/7 28/23
29/12
Tuesday [1]  27/18
turn [3]  13/21 56/4 56/5
Tusa [5]  5/5 5/7 61/17 61/24 61/25
Twitter [1]  46/5
two [28]  10/16 23/5 25/24 30/15 31/22
32/21 32/23 33/2 34/21 36/10 36/13
36/25 37/18 38/14 39/1 40/12 42/20
44/19 45/12 47/16 47/19 49/4 54/8 55/1
55/19 56/20 57/19 59/11
two-page [5]  25/24 34/21 40/12 47/16
47/19

**U**

U.S [13]  2/14 14/13 40/9 41/12 41/23
42/23 43/16 48/8 50/3 51/14 51/15 51/16
58/2
U.S.'s [1]  43/7
Uh [2]  17/14 49/2
Uh-huh [2]  17/14 49/2
ultimately [3]  44/4 48/14 50/19
under [5]  11/13 15/25 16/12 58/17 58/19
underlying [3]  20/21 21/13 21/25
understand [2]  8/19 15/25
understanding [2]  18/9 61/21
understood [5]  8/20 12/7 34/17 54/12
59/17
undertake [3]  29/10 46/3 46/11
uneven [1]  49/1
unhelpful [1]  13/11
UNITED [14]  1/1 1/12 2/14 10/5 10/9
10/12 10/23 11/1 15/23 20/10 42/7 47/7
49/17 61/18
United States [9]  10/5 10/9 10/23 11/1
15/23 20/10 42/7 47/7 49/17
United States' [1]  10/12
university [2]  18/14 49/12
Unless [1]  21/13 34/7
unlisted [2]  33/23 34/4

unreliable [1]  14/2
until [4]  12/18 14/8 54/11 54/16
up [42]  9/13 9/22 10/23 11/5 11/22 16/9
16/15 16/22 19/12 19/23 20/14 24/12
25/21 26/16 28/7 28/8 28/17 29/2 29/16
30/1 30/8 30/20 30/20 31/7 32/9 32/9
33/12 34/25 36/12 40/4 40/6 40/7 42/4
43/5 45/20 45/21 48/13 48/19 50/24
50/24 53/4 55/6
update [1]  16/8
upon [1]  40/20
upside [1]  37/5
us [18]  7/9 7/17 9/4 10/10 11/17 12/2
16/7 20/18 21/4 28/3 37/6 37/24 45/3
47/16 50/4 53/9 53/18 53/1
use [10]  10/15 13/8 13/17 13/18 14/4
14/6 20/1 22/2 30/9 52/14 60/10
used [12]  11/19 14/8 19/14 19/19 20/22
20/23 21/6 24/13 30/14 34/23 59/25
60/8
useful [5]  12/10 13/11 42/1 44/25 45/3
using [1]  5/11 13/3 13/4 29/1

**V**

valid [1]  13/9
vanilla [1]  42/22
various [1]  26/14
version [1]  32/13
versus [1]  19/10
very [10]  7/15 12/12 18/24 24/9 25/19
28/10 36/16 36/22 47/19 59/15
Vidrine [2]  34/25 35/8
view [1]  43/24
vigorous [1]  48/13
visual [7]  10/4 10/5 11/6 14/18 15/13
15/20 15/21
visually [1]  15/17
voluminous [2]  11/25 21/21
volunteer [1]  56/25

**W**

walk [2]  7/17 45/16
Walther [1]  3/22
want [47]  10/2 11/1 11/4 12/4 12/5 13/17
13/18 14/6 14/17 14/25 15/1 16/16 17/5
17/22 20/1 22/3 25/8 25/8 25/14 26/1
27/8 28/1 32/20 33/17 36/12 39/10 40/4
40/11 41/20 42/21 42/22 45/20 45/21
48/8 50/15 50/16 52/7 55/2 56/18 58/22
58/23 59/12 60/6 60/10 60/15 60/20
60/24
wanted [14]  8/22 10/5 16/21 19/9 25/6
34/1 34/4 35/14 36/1 38/7 48/16 57/6
60/1 61/6
wanting [1]  41/13
wants [3]  10/23 45/13 58/6
WARREN [1]  4/18
was [65]
Washington [5]  2/9 2/19 3/12 4/19 4/22
wasn't [4]  11/22 13/5 13/14 14/1
water [4]  8/3 8/5 54/20 55/8
way [18]  9/21 11/19 11/23 15/7 15/25
16/12 16/15 22/20 30/19 31/3 33/5 35/24
36/7 41/17 48/15 49/25 50/14 57/21
we [283]
we'll [3]  17/22 24/13 48/1
we're [4]  15/4 26/19 33/6 56/6
We've [1]  15/20
wedded [1]  46/7
week [38]  7/18 8/6 9/7 9/9 9/18 15/24
18/11 18/15 18/16 18/17 19/20 19/24
26/2 26/13 27/2 33/2 36/17 37/20 37/25
38/7 38/13 39/6 39/6 40/16 40/19 40/22

weekend [2]  50/4 61/12
weekly [2]  24/22 24/23
weeks [6]  12/2 24/13 32/22 32/23 33/3
37/18
Weiner [1]  4/14
Weitz [1]  2/2
welcome [2]  51/25 54/15
well [32]  9/22 10/1 10/9 10/17 10/18
11/15 12/4 12/6 14/9 16/12 16/25 17/5
17/10 19/5 19/7 19/18 22/5 24/10 33/5
35/5 37/9 39/14 39/20 41/18 42/10 45/3
53/4 55/1 57/17 58/10 59/5 60/5
went [7]  13/7 17/1 19/6 31/3 31/7 41/24
50/4
were [30]  7/18 8/25 9/16 9/22 12/1 13/6
13/8 13/10 13/25 15/9 15/9 15/9 21/11
21/20 21/22 30/25 36/18 38/14 38/15
38/16 40/1 40/8 40/17 41/15 43/6 47/17
50/2 52/1 59/25 60/8
weren't [2]  12/21 17/4 34/11
what [76]
what's [8]  8/25 20/20 29/2 31/9 47/20
52/14 54/18 54/18
whatever [10]  8/6 17/4 17/18 25/14 29/9
30/7 30/12 53/11 57/4 58/1
when [26]  14/7 14/15 16/8 17/2 18/13
18/20 21/3 26/23 29/7 30/21 38/16 41/6
41/8 41/24 42/3 48/22 50/12 52/8
52/13 52/15 53/3 53/20 55/2 59/11 60/23
where [14]  7/11 21/1 22/12 22/25 23/3
32/24 32/24 42/23 43/10 43/23 47/8
48/12 55/22 57/24
whereas [2]  8/6 58/3
whether [22]  10/14 13/17 14/7 14/14
15/8 24/16 33/16 34/15 34/22 42/2 42/21
43/21 44/15 48/19 50/15 50/16 50/22
50/24 55/6 55/7 60/1 60/6
which [24]  7/13 7/20 7/22 8/10 9/8 11/8
11/9 18/14 20/5 25/9 30/2 30/25 37/18
39/23 43/14 43/22 44/3 46/15 47/11
48/21 56/11 57/11 57/20 57/24
while [1]  16/25
Whiteley [1]  2/11
who [13]  18/13 25/7 29/12 29/23 37/23
48/23 49/3 49/4 49/4 58/22 58/23 58/24
58/25
who's [1]  18/19
whole [7]  12/16 13/7 21/23 22/12 22/17
22/18 23/1
Whoops [1]  37/5
why [10]  10/17 12/22 14/1 15/12 15/12
38/22 43/13 45/21 57/16 60/20
will [69]
WILLIAMS [5]  2/21 25/22 26/21 27/4
34/24
Williams' [1]  27/2
Williamson [2]  1/22 1/22
wind [1]  48/19
winter [1]  8/11
within [2]  57/2 57/15
witness [2]  19/20 48/20
Wittmann [1]  3/22
won't [6]  10/22 14/13 14/14 47/14 56/24
61/1
wondering [1]  53/20
word [1]  46/4
words [2]  45/22 57/2
work [22]  10/23 19/7 23/3 23/9 23/17
27/19 27/20 30/4 31/19 33/10 38/19
41/20 45/4 45/22 46/14 46/16 46/17
46/19 46/24 47/12 47/14 57/22

## W

worked [3]  22/8 22/10 37/11
working [9]  1/11 34/16 36/7 44/11 49/14
52/1 52/5 53/10 54/9
workload [1]  49/1
worth [1]  9/1
would [45]  9/15 10/10 13/8 15/9 15/10
16/20 16/24 20/18 21/4 21/15 21/24 22/1
22/12 23/1 23/2 27/2 29/10 30/16 30/18
31/2 31/3 31/4 31/5 31/14 32/22 33/14
37/16 37/24 38/11 39/1 39/12 39/15 41/6
43/2 44/3 44/6 44/8 44/12 44/17 45/10
46/14 49/5 56/25 57/14 60/23
wouldn't [2]  23/10 30/12
wound [1]  48/12
wrapping [1]  8/10
write [1]  56/2
written [3]  40/19 55/3 56/7
wrong [2]  38/6 52/23

## Y

y'all [3]  7/4 38/13 61/13
yard [1]  18/3
yawner [3]  53/1 53/3 59/21
Yeah [8]  10/21 16/10 16/23 23/12 38/22
46/9 50/10 53/15
years [1]  46/21
yes [19]  7/6 10/20 21/7 21/19 24/19
24/21 24/23 25/18 27/23 30/13 33/9
33/25 35/9 36/20 43/11 44/17 46/6 52/4
58/25
yesterday [8]  16/8 19/6 24/1 28/20 30/22
37/13 41/24 43/4
yet [4]  9/24 15/4 31/1 55/20
Yoakum [1]  1/23
York [4]  2/4 2/4 4/11 32/2
you [180]
You'll [1]  50/23
you're [9]  19/3 20/24 27/21 44/14 47/25
51/25 52/13 53/21 56/3
you've [2]  18/1 56/7
you-all [22]  8/1 12/4 12/5 13/17 15/13
19/22 20/22 20/23 24/10 25/14 27/7
29/10 31/15 36/16 41/20 42/21 47/4
48/10 52/1 55/12 60/2 60/23
your [61]  8/17 9/14 10/20 11/14 14/15
15/3 15/7 15/14 15/16 15/19 16/2 16/6
16/15 16/25 17/22 17/25 18/17 24/19
24/21 25/1 25/11 26/8 26/21 27/11 28/7
28/25 29/1 29/11 32/2 33/9 34/9 35/7
35/10 35/17 35/18 36/6 36/13 36/20
36/21 39/14 39/20 41/24 44/8 47/6 48/12
49/16 50/24 51/12 51/18 51/24 52/4
52/10 52/25 55/23 57/1 57/4 59/21 60/5
61/3 61/4 61/6
Your Honor [31]  8/17 9/14 11/14 15/19
16/2 17/22 17/25 24/19 26/21 28/7 33/9
34/9 35/7 35/10 35/18 36/6 39/20 41/24
44/8 47/6 48/12 49/16 51/12 51/18 51/24
52/4 52/10 59/21 61/3 61/4 61/6
yours [1]  17/11
yourself [2]  22/6 47/25