IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § MDL NO. 2179 § § SECTION: J § § JUDGE BARBIER § *Applies to:* Civil Action 10-2771 Only § § MAG. JUDGE SHUSHAN IN RE COMPLAINT AND PETITION § OF TRITON ASSET LEASING GmbH, § TRANSOCEAN HOLDINGS LLC, § TRANSOCEAN OFFSHORE DEEPWATER § DRILLING, INC., AND TRANSOCEAN § DEEPWATER, INC., AS OWNER, § MANAGING OWNER, OWNERS PRO-HAC § VICE, AND/OR OPERATORS OF THE § MODU DEEPWATER HORIZON, IN A § CAUSE FOR EXONERATION FROM OR § LIMITATION OF LIABILITY § |

**ORDER ON MOTION TO WITHDRAW**

Considering the above and foregoing Motion to Withdraw,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion to Withdraw is granted, and E. J. Saad and the E. J. Saad Law Firm are hereby allowed to withdraw as counsel for Russell and Burney Terry (Doc. 408/) in the above-styled civil action.

Signed in New Orleans, Louisiana this 18 day of March, 2013.

Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE

1