UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc Nos. and 112113, 110552, and 110553 Short-Form Joinders of LLDG Mobile Airport, LLC, Asset Management Direct, LLC, and Platinum Investments, LLC | * * * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Christopher D. Boutwell and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Plaintiffs LLDG Mobile Airport, LLC, Asset Management Direct, LLC and Platinum Investments, LLC.

This the 18th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE