**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | |
| on APRIL 20, 2010 | § | SECTION: J |
| | § | |
| | § | |
| This Document Relates To: | § | Judge Carl J. Barbier |
| *All Cases* | § | Magistrate Judge Sally Shushan |
| *2:10-cv-02771 and 2:10-md-02179* | § | |
| | § | |
| | § | |
| | § | |

## M-I L.L.C'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS

Defendant M-I L.L.C. ("M-I") respectfully moves for judgment on partial findings on all claims filed against it by the various plaintiffs, the State of Alabama, and the State of Louisiana (collectively, "Plaintiffs").[1]

M-I is entitled to judgment on partial findings because there is no evidence that (1) M-I owed a duty of ordinary care to Plaintiffs, (2) M-I's acts or omissions on the *Deepwater Horizon* were negligent, (3) M-I's acts or omissions caused the explosion or blowout, (4) M-I acted with gross negligence or willful and wanton misconduct, (5) M-I violated the Jones Act, (6) M-I engaged in any extreme or outrageous conduct that could give rise to a claim for intentional infliction of emotional distress, (7) Plaintiffs are entitled to recover damages for loss of consortium, and (8) M-I sold any defective products.  The requested judgment on partial findings should therefore be entered for M-I.

---

[1] This includes claims asserted in the State of Alabama's First Amended Complaint (ECF No. 1872), the State of Louisiana's First Amended Complaint (ECF No. 2031), the Bundle B1 Master Complaint (ECF No. 1128) to the extent any claims remain against M-I that were not included in the Deepwater Horizon Economic Loss and Property Damages Class Action Settlement Agreement, the Bundle C Master Complaint (ECF No. 1510), as well as certain individual Bundle A complaints and/or petitions.

Dated:  March 18, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**

MORGAN, LEWIS & BOCKIUS LLP
Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:       (713) 890-5001

**ATTORNEY FOR DEFENDANT
M-I L.L.C.**

By:  /s/ *Hugh E. Tanner*
        Hugh E. Tanner
        htanner@morganlewis.com
        Texas Bar No. 19637400
        1000 Louisiana, Suite 4000
        Houston, Texas  77002
        Telephone:     (713) 890-5000
        Facsimile:       (713) 890-5001

**ATTORNEY FOR DEFENDANT
M-I L.L.C.**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Judgment on Partial Findings has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 18th day of March, 2013.

 /s/ *Hugh E. Tanner* _____
Hugh E. Tanner