UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>        "DEEPWATER HORIZON"<br>        in the GULF OF MEXICO,<br>        on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To:<br>*All Cases*<br>*2:10-cv-02771 and 2:10-md-02179* | § § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## ORDER

After considering M-I L.L.C.'s Motion for Judgment on Partial Findings, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that M-I L.L.C.'s Motion for Judgment on Partial Findings is **GRANTED**; and, it is further **ORDERED** that:

All claims against M-I L.L.C. filed by the plaintiffs in Bundle B1, Bundle C, and Bundle A, the State of Alabama, and the State of Louisiana are **DISMISSED WITH PREJUDICE**;

All parties shall bear their own costs.

SIGNED on _____, 2013.

_____
U.S. DISTRICT JUDGE