UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

Considering the request of Cameron International Corporation ("Cameron") to remove, destroy, or otherwise dispose of the following materials currently located in its facility in Berwick, Louisiana:

- The Coflexip pipes shown in Exhibit A and bearing the following serial numbers:
    - S/N: Cortec SC100045/1-1
    - S/N: Cortec SC100045/1-2
    - S/N: Cortec SC100045/1-3
    - S/N: Cortec SC100045/1-4
    - S/N: 449696-1

- The metal braces shown in Exhibit B.

**IT IS ORDERED** that Cameron's request is **GRANTED.** Cameron International Corporation is hereby permitted to remove, destroy, or otherwise dispose of the materials set out above.

New Orleans, Louisiana, this __15__ day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE