# EXHIBIT A



# EXHIBIT B

