Minute Entry
Shushan, J.
March 14, 2013
MJSTAR:  22 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | TONI TUSA |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

THURSDAY, MARCH 14, 2013   5:37 PM

Exhibit Marshaling conference regarding non-jury trial (phase I) conducted.

US offers deposition bundles of Geoff Boughton, Robert Florence, and Robert Turlak: ORDERED admitted.

PSC offers video clips of deposition testimony excerpts of Anthony Hayward and Kevin Lacy: ORDERED admitted.

PSC offers list of the Fifth Amendment witnesses' depositions for whom they have sought adverse inferences as to Steven Bertone, Andrea Fleytas, Mark Hafle, Christopher Haire, Jimmy Harrell, Caleb Holloway, James Ingram, Robert Kaluza, Curt Kuchta, Brian Morel, Micah Sandell, Alan Seraile, and Cathleenia Willis: ORDERED ruling deferred.

PSC conditionally offers list of witness bundles of witnesses not available to plaintiffs, but that are on other parties' will-call lists: ORDERED conditionally admitted. (see attached)

PSC offers list of 30(b)(6) deposition bundles: ORDERED admitted with exception to deposition bundles as to Larry McMahan and Bill Ambrose. ORDERED that deposition bundles of Larry McMahan and Bill Ambrose are conditionally admitted as to fact testimony and admitted as to their 30(b)(6) testimony. (see attached)

PSC offer deposition bundle of Michael Williams: ORDERED admitted.

Final list of exhibits/demonstratives by all parties from 3/7/13 marshaling conference offered: ORDERED admitted. (see attached)

Final list of exhibits/demonstratives by all parties from 3/14/13 marshaling conference offered: ORDERED admitted. (see attached)

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield