**IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010**

**DEPOSITION BUNDLES PREPARED, BUT EXCLUDED AS LIVE/MAY CALL WITNESS LISTED BY DEFENDANTS**

*Plaintiffs' list — conditionally admitted 3-14-2013 SK*

| NO. | WITNESS | REQUESTING PARTY |
|---|---|---|
| 2 | Anderson, Paul | HESI |
| 3 | Billon, Brad - 30(b)(6) | HESI, MI-SWACO |
| 5 | Chaisson, Nathaniel | BP, HESI, CAMERON |
| 6 | Chemali, Roland | HESI |
| 9 | Dubois, Richard | HESI |
| 12 | Gisclair, John – 30(b)(6) | HESI |
| 13 | Guide, John | BP |
| 19 | Kronenberger, Kurt | HESI |
| 20 | Lambert, Lee | BP |
| 21 | Lindner, Leo | BP, MI-SWACO |
| 22 | Lirette, Brent – 30(b)(6) | BP |
| 24 | McMahan, Larry – 30(b)(6) | TO, BP, HESI, Cameron |
| 25 | McWhorter, David – 30(b)(6) | Cameron |
| 27 | Newman, Steve | TO |
| 28 | O'Bryan, Patrick – 30(b)(6) | BP |
| 33 | Sabins, Fred – 30(b)(6) | BP |
| 34 | Sanders, Sarah | HESI |
| 35 | Sepulvado, Murray | TO, MI |
| 37 | Shaw, Neil | BP |
| 38 | Tabler, Vince | HESI |
| 46 | Vargo, Richard – 30(b)(6) | HESI |
| 47 | Vinson, Graham ("Pinky") – 30(b)(6) | BP |
| 48 | Walz, Gregory | BP |
| 51 | Wong, Norman | BP |
| 53 | Ambrose, Bill – 30(b)(6) | TO, BP |
| **NO.** | **EXPERT WITNESS** | **REQUESTING PARTY** |
| 16 | Corser, Kent | BP |
| 17 | Cowie, Jim – 30(b)(6) | BP |
| 22 | Emilsen, Morten | BP |
| n/a | Ravi, Kris (Listed as n/a on live expert list, but bundle was pulled and not part of 126 – DO WE PUT BACK IN? | HESI |
| 48 | Robinson, Steve | BP |