# IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
## IN THE GULF OF MEXICO, ON APRIL 20, 2010

### Plaintiffs' LIST OF 30(b)(6) DEPOSITIONS TO BE INCLUDED IN DEPOSITION BUNDLES

1. Billon, Brad — admitted 3-14-2013 SK
2. Gisclair, John
3. Lirette, Brent
4. McMahan, Larry — admitted as to 30(b)(6) testimony SK; Conditionally admitted as to fact testimony SK
5. McWhorter, David
6. O'Bryan, Patrick
7. Sabins, Fred — admitted 3-14-2013 SK
8. Vargo, Richard
9. Vinson, Graham ("Pinky")
10. Ambrose, Bill — admitted as to 30(b)(6) testimony and conditionally admitted as to fact testimony SK
11. Cowie, Jim — admitted 3-14-2013 SK

### ADDITIONAL DEPOSITION BUNDLES TO BE SUBMITTED

- Williams, Michael — admitted 3-14-2013 SK
- Boughton, Geoff
- Florence, Robert — admitted 3-14-2013 SK
- Turlak, Robert