Final List of Exhibits and Demonstratives
for 3/7/2013 Marshalling Conference

Admitted 3-14-2013 SK

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/27/13 5:16 PM | Bly | D-2671 | Demonstrative | PSC CROSS | Admitted | |
| 2/27/13 5:28 PM | Bly | D-2017 | Callout | PSC CROSS | Admitted | |
| 2/27/13 5:32 PM | Bly | D-2023 | Callout | PSC CROSS | Admitted | |
| 2/27/13 5:36 PM | Bly | D-2024 | Callout | PSC CROSS | Admitted | |
| 2/27/13 5:38 PM | Bly | 47541 | Exhibit | PSC CROSS | Admitted | |
| 2/27/13 5:41 PM | Bly | 47549 | Exhibit | PSC CROSS | Admitted | |
| 2/27/13 5:46 PM | Bly | D-2029 | Callout | PSC CROSS | Admitted | |
| 2/27/13 5:52 PM | Bly | D-2022 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:06 AM | Bly | D-2025 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:12 AM | Bly | D-2019 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:17 AM | Bly | D-2174 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:29 AM | Bly | D-2185 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:33 AM | Bly | D-2194 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:33 AM | Bly | D-2195 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:34 AM | Bly | D-2020 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:42 AM | Bly | D-2123 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:47 AM | Bly | D-2066 | Callout | PSC CROSS | Admitted | |
| 2/28/13 8:48 AM | Bly | D-2067 | Callout | PSC CROSS | Admitted | |
| 2/28/13 9:21 AM | Bly | 01919 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 9:23 AM | Bly | 25002 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 9:26 AM | Bly | 06090 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 9:32 AM | Bly | 06086 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 9:53 AM | Bly | 00093 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 10:19 AM | Bly | 00268 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 10:24 AM | Bly | 04188 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 10:26 AM | Bly | 01975 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 10:31 AM | Bly | 04220 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 10:36 AM | Bly | 01741 | Exhibit | PSC CROSS | Admitted | |
| 2/28/13 11:31 AM | Bly | D-3584 | Callout | USA CROSS | Admitted | |
| 2/28/13 11:40 AM | Bly | 02584 | Exhibit | USA CROSS | Admitted | |
| 2/28/13 11:44 AM | Bly | D-3514.006 | Video Clip | USA CROSS | Admitted | |
| 2/28/13 12:03 PM | Bly | D-3571 | Video Clip | USA CROSS | Admitted | |
| 2/28/13 12:04 PM | Bly | D-3574 | Video Clip | USA CROSS | Admitted | |
| 2/28/13 12:06 PM | Bly | D-3568 | Video Clip | USA CROSS | Admitted | |
| 2/28/13 12:07 PM | Bly | D-3569 | Video Clip | USA CROSS | Admitted | |

**Final List of Exhibits and Demonstratives for 3/7/2013 Marshalling Conference**

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 2/28/13 12:18 PM | Bly | 00296 | Exhibit | USA CROSS; BP DIRECT | Admitted | |
| 2/28/13 12:23 PM | Bly | D-3584.001 | Exhibit | USA CROSS | Admitted | |
| 2/28/13 1:36 PM | Bly | 02701 | Exhibit | LA CROSS | Admitted | |
| 2/28/13 1:43 PM | Bly | 00860 | Exhibit | LA CROSS | Admitted | |
| 2/28/13 1:46 PM | Bly | 00861 | Exhibit | LA CROSS | Admitted | |
| 2/28/13 1:55 PM | Bly | D-4364 | Demonstrative | BP DIRECT | Admitted | |
| 2/28/13 2:02 PM | Bly | 03851 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 2:20 PM | Bly | 45008 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 2:24 PM | Bly | 45006 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 2:29 PM | Bly | 45002 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 2:34 PM | Bly | 02913 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 2:44 PM | Bly | 45013 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 2:52 PM | Bly | D-4307A | Demonstrative | BP DIRECT | Admitted | |
| 2/28/13 3:00 PM | Bly | 91382 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 3:02 PM | Bly | 47647 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 3:31 PM | Bly | 45005 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 3:35 PM | Bly | D4342 | Demonstrative | BP DIRECT | Admitted | |
| 2/28/13 3:43 PM | Bly | 00911 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 3:44 PM | Bly | 00912 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 4:18 PM | Bly | 07210 | Exhibit | BP DIRECT | Admitted | |
| 2/28/13 4:23 PM | Bly | D-4367 | Demonstrative | BP DIRECT | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-25 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-34 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-41B | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-58 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-64 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-64A | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-68 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-77 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-85A | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-85B | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-87 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-89 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-93A | Callout | TO | Admitted | |

Final List of Exhibits and Demonstratives
for 3/7/2013 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 3/4/13 8:00 AM | Bly | 0001-101 | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-107B | Callout | TO | Admitted | |
| 3/4/13 8:00 AM | Bly | 0001-156 | Callout | TO | Admitted | |
| 3/4/13 8:14 AM | Bly | 00526A-1 | Callout | TO | Admitted | |
| 3/4/13 8:14 AM | Bly | 00526A-4 | Callout | TO | Admitted | |
| 3/4/13 8:21 AM | Bly | 51133-2 | Callout | TO | Admitted | |
| 3/4/13 8:21 AM | Bly | 51133-3 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-1 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-17 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-18 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-21 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-40 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-41 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-42 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-47 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-104 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-105 | Callout | TO | Admitted | |
| 3/4/13 8:24 AM | Bly | 295-156 | Callout | TO | Admitted | |
| 3/4/13 8:34 AM | Bly | 50963-1 | Callout | TO | Admitted | |
| 3/4/13 8:34 AM | Bly | 50963-5A | Callout | TO | Admitted | |
| 3/4/13 8:38 AM | Bly | D-6606.1 | Demonstrative | TO | Admitted | |
| 3/4/13 8:38 AM | Bly | D-6606.2 | Demonstrative | TO | Admitted | |
| 3/4/13 8:39 AM | Bly | 4447-1 | Callout | TO | Admitted | |
| 3/4/13 8:39 AM | Bly | 4447-6 | Callout | TO | Admitted | |
| 3/4/13 8:45 AM | Bly | D-6619 | Demonstrative | TO | Admitted | |
| 3/4/13 8:55 AM | Bly | 00620 | Exhibit | TO | Admitted | |
| 3/4/13 8:55 AM | Bly | 620-1A | Callout | TO | Admitted | |
| 3/4/13 9:00 AM | Bly | 50964-1 | Callout | TO | Admitted | |
| 3/4/13 9:00 AM | Bly | 50964-3 | Callout | TO | Admitted | |
| 3/4/13 9:07 AM | Bly | 302-1 | Callout | TO | Admitted | |
| 3/4/13 9:07 AM | Bly | 302-2 | Callout | TO | Admitted | |
| 3/4/13 9:10 AM | Bly | D-6620 | Demonstrative | TO | Admitted | |
| 3/4/13 9:16 AM | Bly | 00657 | Exhibit | TO | Admitted | |
| 3/4/13 9:16 AM | Bly | 657-2 | Callout | TO | Admitted | |
| 3/4/13 9:18 AM | Bly | 153-12 | Callout | TO | Admitted | |

Final List of Exhibits and Demonstratives
for 3/7/2013 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 3/4/13 9:20 AM | Bly | 676-1 | Callout | TO | Admitted | |
| 3/4/13 9:20 AM | Bly | 676-2 | Callout | TO | Admitted | |
| 3/4/13 9:23 AM | Bly | 01074 | Exhibit | TO | Admitted | |
| 3/4/13 9:23 AM | Bly | 1074-1 | Callout | TO | Admitted | |
| 3/4/13 9:23 AM | Bly | 1074-3 | Callout | TO | Admitted | |
| 3/4/13 9:25 AM | Bly | 571-37 | Callout | TO | Admitted | |
| 3/4/13 9:32 AM | Bly | 1144-1 | Callout | TO | Admitted | |
| 3/4/13 9:32 AM | Bly | 4514-2 | Callout | TO | Admitted | |
| 3/4/13 9:38 AM | Bly | 3773-4 | Page | TO | Admitted | |
| 3/4/13 9:38 AM | Bly | 3773-6 | Callout | TO | Admitted | |
| 3/4/13 9:39 AM | Bly | 640-1 | Page | TO | Admitted | |
| 3/4/13 9:39 AM | Bly | 640-16 | Callout | TO | Admitted | |
| 3/4/13 9:40 AM | Bly | 3058-1 | Page | TO | Admitted | |
| 3/4/13 9:40 AM | Bly | 3058-13-14 | Callout | TO | Admitted | |
| 3/4/13 9:44 AM | Bly | 267-1 | Callout | TO | Admitted | |
| 3/4/13 9:58 AM | Bly | 2210-2 | Page | TO | Admitted | |
| 3/4/13 9:58 AM | Bly | 2210-17 | Callout | TO | Admitted | |
| 3/4/13 9:58 AM | Bly | 2210-17A | Callout | TO | Admitted | |
| 3/4/13 11:21 AM | Bly | 04477 | Exhibit | HESI | Admitted | |
| 3/4/13 11:29 AM | Bly | 000032 | Exhibit | HESI | Admitted | |
| 3/4/13 11:56 AM | Bly | 01709 | Exhibit | HESI | Admitted | |
| 3/4/13 12:01 PM | Bly | 60413 | Exhibit | HESI | Admitted | |
| 3/4/13 12:29 PM | Bly | D-4213 | Demonstrative | CAM | Admitted | |
| 3/4/13 12:35 PM | Bly | 01893 | Exhibit | CAM | Admitted | |
| 3/4/13 2:13 PM | Hurst | 07501 | Exhibit | PSC | Admitted | |
| 3/4/13 2:13 PM | Hurst | 07500 | Exhibit | PSC | Admitted | |
| 3/4/13 2:24 PM | Hurst | D-2457 | Demonstrative | PSC | Admitted | |
| 3/4/13 2:28 PM | Hurst | D-2458 | Demonstrative | PSC | Admitted | |
| 3/4/13 2:41 PM | Hurst | D-3146 | Demonstrative | PSC | Admitted | |
| 3/4/13 2:47 PM | Hurst | D-2500 | Demonstrative | PSC | Admitted | |
| 3/4/13 2:54 PM | Hurst | 07502 | Exhibit | PSC | Admitted | |
| 3/4/13 3:19 PM | Hurst | D-2466 | Demonstrative | PSC | Admitted | |
| 3/4/13 3:31 PM | Hurst | 03375 | Exhibit | PSC | Admitted | Also used by BP |
| 3/4/13 4:02 PM | Hurst | D-4368 | Demonstrative | BP | Admitted | |
| 3/4/13 4:05 PM | Hurst | 07506 | Exhibit | PSC | Admitted | Also used by BP |

**Final List of Exhibits and Demonstratives for 3/7/2013 Marshalling Conference**

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 3/4/13 4:23 PM | Hurst | 01532 | Exhibit | BP | Admitted | |
| 3/4/13 4:23 PM | Hurst | 01533 | Exhibit | BP | Admitted | |
| 3/4/13 4:31 PM | Hurst | 07508 | Exhibit | BP | Admitted | |
| 3/4/13 4:35 PM | Hurst | 20003.017 | Exhibit | BP | Admitted | |
| 3/4/13 4:45 PM | Hurst | 20093 | Exhibit | PSC | Admitted | |
| 3/5/13 8:48 AM | Ezell | D-2150 | Callout | PSC | Admitted | |
| 3/5/13 8:55 AM | Ezell | D-3100 | Demonstrative | | Admitted | |
| 3/5/13 9:34 AM | Ezell | 00929 | Exhibit | Louisiana | Admitted | |
| 3/5/13 9:37 AM | Ezell | 00687 | Exhibit | Louisiana | Admitted | |
| 3/5/13 9:39 AM | Ezell | 01887 | Exhibit | Louisiana | Admitted | |
| 3/5/13 10:18 AM | Ezell | 07774.a | Exhibit | TO | Admitted | |
| 3/5/13 10:21 AM | Ezell | D-6572A-B | Demonstrative | TO | Admitted | D-6572 was stated |
| 3/5/13 10:23 AM | Ezell | D-6615 | Demonstrative | TO | Admitted | |
| 3/5/13 10:26 AM | Ezell | D-6597 | Callout | TO | Admitted | Callout of 52649 |
| 3/5/13 10:26 AM | Ezell | 52649 | Exhibit | TO | Admitted | |
| 3/5/13 10:28 AM | Ezell | D-6616 | Demonstrative | TO | Admitted | |
| 3/5/13 10:29 AM | Ezell | D-6617 | Demonstrative | TO | Admitted | |
| 3/5/13 10:31 AM | Ezell | D-6604 | Demonstrative | TO | Admitted | |
| 3/5/13 10:32 AM | Ezell | D-6595 | Demonstrative | TO | Admitted | |
| 3/5/13 10:47 AM | Ezell | 52658 | Exhibit | TO | Admitted | |
| 3/5/13 10:48 AM | Ezell | 01450 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 02184 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 03464 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 04804 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 50132 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 50133 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 50134 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 50135 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 50136 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:48 AM | Ezell | 50137 | Exhibit | TO | Admitted | Part of Summary Exhibit 52658 |
| 3/5/13 10:52 AM | Ezell | 41225 | Exhibit | TO | Admitted | Trial Confidential - Entirety |
| 3/5/13 10:57 AM | Ezell | 41034 | Exhibit | TO | Admitted | |
| 3/5/13 10:59 AM | Ezell | 36656 | Exhibit | TO | Admitted | |
| 3/5/13 11:04 AM | Ezell | 4447-7 | Callout | TO | Admitted | |
| 3/5/13 11:07 AM | Ezell | D-6576 | Demonstrative | TO | Admitted | |

## Final List of Exhibits and Demonstratives for 3/7/2013 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 3/5/13 11:07 AM | Ezell | D-6609 | Demonstrative | TO | Admitted | |
| 3/5/13 11:09 AM | Ezell | 52647 | Exhibit | TO | Admitted | |
| 3/5/13 11:10 AM | Ezell | D-6569 | Demonstrative | TO | Admitted | |
| 3/5/13 11:16 AM | Ezell | 3591.b | Exhibit | TO | Admitted | |
| 3/5/13 11:24 AM | Ezell | D-6591 | Callout | TO | Admitted | |
| 3/5/13 11:30 AM | Ezell | 571-7 | Page | TO | Admitted | |
| 3/5/13 11:30 AM | Ezell | 571-8 | Page | TO | Admitted | |
| 3/5/13 11:30 AM | Ezell | 571-13 | Page | TO | Admitted | |
| 3/5/13 11:35 AM | Ezell | D-6599 | Demonstrative | TO | Admitted | |
| 3/5/13 11:37 AM | Ezell | D-6608 | Demonstrative | TO | Admitted | |
| 3/5/13 11:43 AM | Ezell | D-6607 | Demonstrative | TO | Admitted | |
| 3/5/13 11:45 AM | Ezell | D-6573 | Demonstrative | TO | Admitted | D-6578 was stated |
| 3/5/13 11:45 AM | Ezell | 52661 | Exhibit | TO | Admitted | 52611 was stated |
| 3/5/13 11:46 AM | Ezell | 1412 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 1418 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 01421 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 01430 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 02342 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51276 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41028 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41030 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41032 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41040 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41041 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41042 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41044 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41050 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41057 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43004 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41053 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 41054 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43009 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43010 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43011 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43012 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |

Final List of Exhibits and Demonstratives
for 3/7/2013 Marshalling Conference

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 3/5/13 11:46 AM | Ezell | 43013 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43014 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43015 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43016 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43017 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43029 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43030 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 43031 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 50335 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 50967 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 50969 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 50970 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51151 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51219 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51277 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51278 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51330 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51332 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51336 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51337 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 51342 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 11:46 AM | Ezell | 60743 | Exhibit | TO | Admitted | Part of Summary Exhibit 52661 |
| 3/5/13 1:43 PM | Ezell | 01454 | Exhibit | HESI | Admitted | |
| 3/5/13 1:51 PM | Ezell | 01453 | Exhibit | HESI | Admitted | Personal Confidential - Redactions |
| 3/5/13 1:54 PM | Ezell | D-8179 | Demonstrative | HESI | Admitted | |
| 3/5/13 1:57 PM | Ezell | D-8180 | Demonstrative | HESI | Admitted | |
| 3/5/13 2:01 PM | Ezell | 01523 | Exhibit | HESI | Admitted | |
| 3/5/13 2:02 PM | Ezell | 00926 | Exhibit | HESI | Admitted | |
| 3/5/13 2:15 PM | Ezell | D-4365 | Demonstrative | BP | Admitted | D-365 was stated |
| 3/5/13 2:19 PM | Ezell | 52652 | Exhibit | BP | Admitted | |
| 3/5/13 2:49 PM | Ezell | 03465 | Exhibit | BP | Admitted | |
| 3/5/13 2:51 PM | Ezell | 03326 | Exhibit | BP | Admitted | |
| 3/5/13 2:53 PM | Ezell | 07652 | Exhibit | BP | Admitted | |
| 3/5/13 2:56 PM | Ezell | 48153 | Exhibit | BP | Admitted | |

**Final List of Exhibits and Demonstratives
for 3/7/2013 Marshalling Conference**

| Date | Witness | Exhibit | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 3/5/13 3:06 PM | Ezell | 22347 | Exhibit | BP | Admitted | Trial Confidential - Entirety |
| 3/5/13 3:09 PM | Ezell | 41053 | Exhibit | BP | Admitted | |
| 3/5/13 3:19 PM | Ezell | 00596 | Exhibit | Cameron | Admitted | |
| 3/5/13 3:22 PM | Ezell | 01527 | Exhibit | Cameron | Admitted | |
| 3/5/13 3:28 PM | Ezell | 05618 | Exhibit | PSC | Admitted | |
| 3/5/13 3:54 PM | Ezell | 04603 | Exhibit | TO | Admitted | |
| 3/5/13 10:11 PM | Ezell | 1452 | Exhibit | Cameron | Admitted | Trial Confidential - Redactions |
| 3/7/13 4:30 PM | Bly | 06025.G | Exhibit | PSC CROSS | Not Admitted | |