Final Admit List for 03/14/2013 Marshalling Conference

admitted 3-14-2013 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/5/13 4:30 PM | R. Sepulvado | 48116 | | Exhibit | PSC | Admitted | |
| 3/5/13 4:32 PM | R. Sepulvado | D-2143 | | Demonstrative | PSC | Admitted | |
| 3/5/13 4:38 PM | R. Sepulvado | 48109 | | Exhibit | PSC | Admitted | |
| 3/5/13 4:41 PM | R. Sepulvado | 48110 | | Exhibit | PSC | Admitted | |
| 3/5/13 4:42 PM | R. Sepulvado | 48103 | | Exhibit | PSC | Admitted | Referred to as 48101 |
| 3/5/13 4:48 PM | R. Sepulvado | 48113 | | Exhibit | PSC | Admitted | |
| 3/5/13 5:12 PM | R. Sepulvado | 00529 | | Exhibit | LA | Admitted | |
| 3/5/13 5:13 PM | R. Sepulvado | 00533 | | Exhibit | LA | Admitted | |
| 3/5/13 5:15 PM | R. Sepulvado | 00537 | | Exhibit | LA | Admitted | |
| 3/5/13 5:19 PM | R. Sepulvado | 00557 | | Exhibit | BP | Admitted | |
| 3/5/13 5:23 PM | R. Sepulvado | 51350 | | Exhibit | BP | Admitted | |
| 3/5/13 5:33 PM | R. Sepulvado | D-4369 | | Demonstrative | BP | Admitted | |
| 3/5/13 5:36 PM | R. Sepulvado | 47678 | | Exhibit | BP | Admitted | |
| 3/5/13 5:38 PM | R. Sepulvado | D-4370 | | Demonstrative | BP | Admitted | |
| 3/5/13 5:41 PM | R. Sepulvado | 00571 | pp. 1, 13 | Callout | BP | Admitted | |
| 3/5/13 5:43 PM | R. Sepulvado | 07685 | | Exhibit | BP | Admitted | |
| 3/5/13 5:48 PM | R. Sepulvado | 00836 | | Exhibit | BP | Admitted | |
| 3/5/13 5:49 PM | R. Sepulvado | 00050 | | Exhibit | BP | Admitted | |
| 3/5/13 5:54 PM | R. Sepulvado | 21109 | | Exhibit | BP | Admitted | |
| 3/5/13 5:59 PM | R. Sepulvado | 87159 | | Exhibit | BP | Admitted | |
| 3/5/13 6:00 PM | R. Sepulvado | 02793 | | Exhibit | BP | Admitted | |
| 3/5/13 6:04 PM | R. Sepulvado | 44018 | | Exhibit | BP | Admitted | |
| 3/5/13 6:10 PM | R. Sepulvado | 47361 | | Exhibit | BP | Admitted | |
| 3/6/13 8:09 AM | R. Sepulvado | 41105 | | Exhibit | BP | Admitted | |
| 3/6/13 8:42 AM | R. Sepulvado | 00545 | | Exhibit | HESI | Admitted | |
| 3/6/13 8:54 AM | R. Sepulvado | 00546 | | Exhibit | HESI | Admitted | |
| 3/6/13 9:19 AM | Heenan | 22694 | | Exhibit | US | Admitted | |
| 3/6/13 9:28 AM | Heenan | D-3561 | | Demonstrative | US | Admitted | |
| 3/6/2013 10:09 | Heenan | 00296.6a | | Callout | TO | Admitted | |
| 3/6/13 10:41 AM | Heenan | 03505h.1c | | Callout | TO | Admitted | |
| 3/6/13 10:42 AM | Heenan | 04906b.1d | | Callout | TO | Admitted | |
| 3/6/13 10:42 AM | Heenan | 04906b.1e | | Callout | TO | Admitted | |
| 3/6/13 10:42 AM | Heenan | 04906b.1f | | Callout | TO | Admitted | |
| 3/6/13 10:46 AM | Heenan | 04906a.1a | | Callout | TO | Admitted | |
| 3/6/13 10:46 AM | Heenan | 04906a.1b | | Callout | TO | Admitted | |
| 3/6/13 10:46 AM | Heenan | 04906a.1c | | Callout | TO | Admitted | |
| 3/6/13 10:51 AM | Heenan | D-6629 | | Demonstrative | TO | Admitted | |
| 3/6/13 11:07 AM | Heenan | 00003.2a | | Callout | TO | Admitted | |
| 3/6/13 11:15 AM | Heenan | D-6582 | | Demonstrative | TO | Admitted | |
| 3/6/13 11:25 AM | Heenan | 60110 | | Exhibit | HESI | Admitted | Same as 22694 - Admitted |
| 3/6/13 11:27 AM | Heenan | D-8165 | | Demonstrative | HESI | Admitted | |
| 3/6/13 11:30 AM | Heenan | 04906A | | Exhibit | HESI | Admitted | |

# Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/6/13 11:32 AM | Heenan | D-8167 | | Demonstrative | HESI | Admitted | |
| 3/6/13 11:37 AM | Heenan | 60105 | | Exhibit | HESI | Admitted | |
| 3/6/13 11:40 AM | Heenan | 00607 | | Exhibit | HESI | Admitted | |
| 3/6/13 11:42 AM | Heenan | 00606 | | Exhibit | HESI | Admitted | |
| 3/6/13 11:44 AM | Heenan | 60999 | | Exhibit | HESI | Admitted | |
| 3/6/13 11:52 AM | Heenan | D-8007 | | Demonstrative | HESI | Admitted | |
| 3/6/13 1:27 PM | Heenan | 07651 | | Exhibit | BP | Admitted | |
| 3/6/13 1:37 PM | Heenan | D-4319 | | Demonstrative | BP | Admitted | |
| 3/6/13 1:49 PM | Heenan | D-4320 | | Demonstrative | BP | Admitted | |
| 3/6/13 1:50 PM | Heenan | D-4321 | | Demonstrative | BP | Admitted | |
| 3/6/13 2:07 PM | Heenan | 00097 | | Exhibit | BP | Admitted | |
| 3/6/13 2:30 PM | Benge | 00001-CUR | | Exhibit | US | Admitted | |
| 3/6/13 2:30 PM | Benge | 00001-CUR page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 2:30 PM | Benge | 00001-CUR page 37 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 7 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 13 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 23 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 30 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 33 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 41 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 42 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 46 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CURED page 52 (US) | | Callout | US | Admitted | |
| 3/6/13 2:34 PM | Benge | 05990-CUR | | Exhibit | US | Admitted | |
| 3/6/13 2:35 PM | Benge | 31003 | | Exhibit | US | Admitted | |
| 3/6/13 2:35 PM | Benge | 31003 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 2:48 PM | Benge | D-3518 | | Demonstrative | US | Admitted | |
| 3/6/13 3:04 PM | Benge | 03058 | | Exhibit | US | Admitted | |
| 3/6/13 3:04 PM | Benge | 03058 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:04 PM | Benge | 03058 page 8 (US) | | Callout | US | Admitted | |
| 3/6/13 3:06 PM | Benge | 01367 | | Exhibit | US | Admitted | |
| 3/6/13 3:06 PM | Benge | 01367 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:08 PM | Benge | 04451 | | Exhibit | US | Admitted | |
| 3/6/13 3:08 PM | Benge | 04451 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:08 PM | Benge | 04451 page 3 (US) | | Callout | US | Admitted | |
| 3/6/13 3:15 PM | Benge | 07717 | | Exhibit | US | Admitted | |
| 3/6/13 3:15 PM | Benge | 07717 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:15 PM | Benge | 07717 page 2 (US) | | Callout | US | Admitted | |
| 3/6/13 3:24 PM | Benge | 31001 | | Exhibit | US | Admitted | |
| 3/6/13 3:24 PM | Benge | 31001 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:26 PM | Benge | 00987-CUR | | Exhibit | US | Admitted | |
| 3/6/13 3:26 PM | Benge | 00987-CUR page 1 (US) | | Callout | US | Admitted | |

Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/6/13 3:34 PM | Benge | 03020 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:34 PM | Benge | 03020 page 2 (US) | | Callout | US | Admitted | |
| 3/6/13 3:34 PM | Benge | 03020 page 3 (US) | | Callout | US | Admitted | |
| 3/6/13 3:34 PM | Benge | 03020 page 7 (US) | | Callout | US | Admitted | |
| 3/6/13 3:34 PM | Benge | 03020 | | Exhibit | US | Admitted | |
| 3/6/13 3:38 PM | Benge | 00569 | | Exhibit | US | Admitted | |
| 3/6/13 3:38 PM | Benge | 00569 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:38 PM | Benge | 00569 page 3 (US) | | Callout | US | Admitted | |
| 3/6/13 3:39 PM | Benge | 00016 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:39 PM | Benge | 00016 page 3 (US) | | Callout | US | Admitted | |
| 3/6/13 3:39 PM | Benge | 06233 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:39 PM | Benge | 06233 page 5 (US) | | Callout | US | Admitted | |
| 3/6/13 3:39 PM | Benge | 00016 | | Exhibit | US | Admitted | |
| 3/6/13 3:39 PM | Benge | 06233 | | Exhibit | US | Admitted | |
| 3/6/13 3:41 PM | Benge | D-3528 | | Demonstrative | US | Admitted | |
| 3/6/13 3:44 PM | Benge | 01396 page 2 (US) | | Callout | US | Admitted | |
| 3/6/13 3:44 PM | Benge | 01396 page 3 (US) | | Callout | US | Admitted | |
| 3/6/13 3:44 PM | Benge | 01396 | | Exhibit | US | Admitted | |
| 3/6/13 3:44 PM | Benge | 01396 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:47 PM | Benge | 00625 | | Exhibit | US | Admitted | |
| 3/6/13 3:47 PM | Benge | 00625 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 page 2 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 page 4 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 page 5 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 page 6 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 page 7 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 page 18 (US) | | Callout | US | Admitted | |
| 3/6/13 3:55 PM | Benge | 06230 | | Exhibit | US | Admitted | |
| 3/6/13 4:09 PM | Benge | 00137A-CUR | | Exhibit | US | Admitted | |
| 3/6/13 4:09 PM | Benge | 00137A-CUR page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 4:27 PM | Benge | 02586 | | Exhibit | US | Admitted | |
| 3/6/13 4:27 PM | Benge | 02586 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 4:27 PM | Benge | 02586 page 2 (US) | | Callout | US | Admitted | |
| 3/6/13 4:34 PM | Benge | 00225 | | Exhibit | US | Admitted | |
| 3/6/13 4:34 PM | Benge | 00225 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 4:34 PM | Benge | 00225 page 2 (US) | | Callout | US | Admitted | |
| 3/6/13 4:34 PM | Benge | 00225 page 3 (US) | | Callout | US | Admitted | |
| 3/6/13 4:46 PM | Benge | 05937 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 4:46 PM | Benge | 05937 | | Exhibit | US | Admitted | |
| 3/6/13 4:46 PM | Benge | 05937 page 30 (US) | | Callout | US | Admitted | |
| 3/6/13 4:49 PM | Benge | 07882 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 4:49 PM | Benge | 07882 page 2 (US) | | Callout | US | Admitted | |

# Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/6/13 4:49 PM | Benge | 07882 page 4 (US) | | Callout | US | Admitted | |
| 3/6/13 4:49 PM | Benge | 07882 | | Exhibit | US | Admitted | |
| 3/6/13 4:53 PM | Benge | 07836 page 1 (US) | | Callout | US | Admitted | |
| 3/6/13 4:53 PM | Benge | 07836 page 17 (US) | | Callout | US | Admitted | |
| 3/6/13 4:53 PM | Benge | 07836 | | Exhibit | US | Admitted | |
| 3/6/13 5:12 PM | Benge | 22727.13 | | Callout | TO | Admitted | |
| 3/6/13 5:13 PM | Benge | 00757 | | Exhibit | TO | Admitted | Native File Used |
| 3/6/13 5:13 PM | Benge | 45036 | | Exhibit | TO | Admitted | Native File Used |
| 3/6/13 5:18 PM | Benge | 51165.1 | | Callout | TO | Admitted | |
| 3/6/13 5:23 PM | Benge | 01703.16 | | Callout | TO | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/6/13 5:25 PM | Benge | 04575.18 | | Callout | TO | Admitted | |
| 3/6/13 5:28 PM | Benge | 00634.10 | | Callout | TO | Admitted | |
| 3/6/13 5:29 PM | Benge | 03773.6 | | Callout | TO | Admitted | |
| 3/6/13 5:31 PM | Benge | 05801.1 | | Callout | TO | Admitted | |
| 3/6/13 5:33 PM | Benge | 01390.2 | | Callout | TO | Admitted | |
| 3/6/13 5:33 PM | Benge | 01395.1 | | Callout | TO | Admitted | |
| 3/6/13 5:34 PM | Benge | 00634.39 | | Callout | TO | Admitted | |
| 3/6/13 5:38 PM | Benge | 00640.16 | | Callout | TO | Admitted | |
| 3/6/13 5:39 PM | Benge | D-6630 | | Demonstrative | TO | Admitted | As corrected by Benge |
| 3/6/13 5:46 PM | Benge | 00001.61 | | Callout | TO | Admitted | |
| 3/6/13 5:51 PM | Benge | D-6632 | | Demonstrative | TO | Admitted | |
| 3/6/13 5:52 PM | Benge | 00634.19 | | Callout | TO | Admitted | |
| 3/6/13 5:55 PM | Benge | D-6631 | | Demonstrative | TO | Admitted | |
| 3/6/13 5:59 PM | Benge | 00569.4 | | Callout | TO | Admitted | |
| 3/7/13 8:24 AM | Benge | 07722 | | Exhibit | HESI | Admitted | |
| 3/7/13 8:44 AM | Benge | 06235 | | Exhibit | HESI | Admitted | |
| 3/7/13 8:52 AM | Benge | 60456 | | Exhibit | HESI | Admitted | |
| 3/7/13 9:03 AM | Benge | D-8242 | | Demonstrative | HESI | Admitted | |
| 3/7/13 9:34 AM | Benge | D-4375 | | Demonstrative | BP | Admitted | |
| 3/7/13 9:44 AM | Benge | 00982 | | Exhibit | BP | Admitted | |
| 3/7/13 9:51 AM | Benge | D-4380 | | Callout | BP | Admitted | Identified on the record as G-135 |
| 3/7/13 9:52 AM | Benge | V-9 Gagliano | | Video Clip | BP | Admitted | |
| 3/7/13 9:55 AM | Benge | 02128 | | Exhibit | BP | Admitted | |
| 3/7/13 9:59 AM | Benge | 07483 | | Exhibit | BP | Admitted | |
| 3/7/13 9:59 AM | Benge | 07484 | | Exhibit | BP | Admitted | |
| 3/7/13 10:03 AM | Benge | V-3 Gagliano | | Video Clip | BP | Admitted | |
| 3/7/13 10:07 AM | Benge | D-4381 | | Callout | BP | Admitted | Identified on the record as Opening-99 |

**Final Admit List for 03/14/2013 Marshalling Conference**

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/7/13 10:34 AM | Benge | 04347 | pp. 1, 1844 through 1866 | Callout | BP | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/7/13 10:34 AM | Benge | 04347 | | Exhibit | BP | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/7/13 10:36 AM | Benge | 06235 | 15.1 | Callout | BP | Admitted | |
| 3/7/13 10:36 AM | Benge | 06235 | | Exhibit | BP | Admitted | |
| 3/7/13 10:39 AM | Benge | D-4269A | | Demonstrative | BP | Admitted | |
| 3/7/13 10:44 AM | Benge | 48195 | 9.1 | Callout | BP | Admitted | Listed as 41895 on BP Admission List |
| 3/7/13 10:44 AM | Benge | 48195 | | Exhibit | BP | Admitted | Listed as 41895 on BP Admission List |
| 3/7/13 10:51 AM | Benge | 48196 | 2.1 | Callout | BP | Admitted | |
| 3/7/13 10:51 AM | Benge | 48196 | | Exhibit | BP | Admitted | |
| 3/7/13 10:52 AM | Benge | 00811 | | Exhibit | BP | Admitted | |
| 3/7/13 10:54 AM | Benge | D-4309A | | Demonstrative | BP | Admitted | |
| 3/7/13 10:57 AM | Benge | 07718 | | Exhibit | BP | Admitted | |
| 3/7/13 11:01 AM | Benge | D-4382 | | Demonstrative | BP | Admitted | Identified on the record as Opening-104 |
| 3/7/13 11:10 AM | Benge | 02702 | 9.1, 10.1, 10.2, 10.3, 10.5, 11.1, 30.2 | Callout | BP | Admitted | |
| 3/7/13 11:10 AM | Benge | 02702 | | Exhibit | BP | Admitted | |
| 3/7/13 11:20 AM | Benge | D-4383 | | Callout | BP | Admitted | Identified on the record as Opening-105 |
| 3/7/13 11:26 AM | Benge | 00717a | 40.1, 40.2 | Callout | BP | Admitted | |
| 3/7/13 11:26 AM | Benge | 00717a | | Exhibit | BP | Admitted | |
| 3/7/13 11:29 AM | Benge | 42045 | pp. 1, 287 | Callout | BP | Admitted | Native File - Trial Confidential - Only Redacted Excerpts to be Released |
| 3/7/13 11:29 AM | Benge | D-4363A | | Demonstrative | BP | Admitted | |
| 3/7/13 11:29 AM | Benge | 42045 | | Exhibit | BP | Admitted | Native File - Trial Confidential - Only Redacted Excerpts to be Released |
| 3/7/13 11:51 AM | Benge | D-4378.1 | | Demonstrative | BP | Admitted | |
| 3/7/13 12:10 PM | Benge | 07489 page 1 (US) | | Callout | US | Admitted | |

# Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/7/13 12:10 PM | Benge | 07489 | | Exhibit | US | Admitted | |
| 3/7/13 1:51 PM | Calvert | 31026 | p. 1 only | Exhibit | PSC | Admitted | Cover Page Only |
| 3/7/13 1:52 PM | Calvert | 22573 | | Exhibit | PSC | Admitted | |
| 3/7/13 1:53 PM | Calvert | 22761 | | Exhibit | PSC | Admitted | |
| 3/7/13 1:55 PM | Calvert | D-3093 | | Callout | PSC | Admitted | |
| 3/7/13 1:58 PM | Calvert | D-3094 | | Callout | PSC | Admitted | |
| 3/7/13 2:04 PM | Calvert | D-2024 | | Callout | PSC | Admitted | |
| 3/7/13 2:12 PM | Calvert | 02582 | | Exhibit | BP | Admitted | |
| 3/7/13 2:22 PM | Calvert | D-8015 | | Demonstrative | HESI | Admitted | |
| 3/7/13 2:49 PM | Davis | 07661 page 1 (US) | | Callout | US | Admitted Subject to Objection | |
| 3/7/13 2:49 PM | Davis | 22737 page 1 (US) | | Callout | US | Admitted Subject to Objection | |
| 3/7/13 2:49 PM | Davis | 25047 page 354:10-17 (US) | | Callout | US | Admitted | |
| 3/7/13 2:49 PM | Davis | 07661 | | Exhibit | US | Admitted Subject to Objection | |
| 3/7/13 2:49 PM | Davis | 22737 | | Exhibit | US | Admitted Subject to Objection | |
| 3/7/13 2:52 PM | Davis | D-3550.001 | | Demonstrative | US | Admitted | |
| 3/7/13 3:00 PM | Davis | D-3591 | | Demonstrative | US | Admitted | |
| 3/7/13 3:05 PM | Davis | D-3592 | | Demonstrative | US | Admitted | |
| 3/7/13 3:28 PM | Davis | 03400 page 1 (US) | | Callout | US | Admitted | |
| 3/7/13 3:28 PM | Davis | D-3583 | | Demonstrative | US | Admitted | |
| 3/7/13 3:28 PM | Davis | D-3583 page 2, 3 (US) | | Demonstrative | US | Admitted | |
| 3/7/13 3:28 PM | Davis | 03400 | | Exhibit | US | Admitted | |
| 3/7/13 3:30 PM | Davis | D-3590 | | Demonstrative | US | Admitted | |
| 3/7/13 3:30 PM | Davis | D-3590 page 2 (US) | | Demonstrative | US | Admitted | |
| 3/7/13 3:30 PM | Davis | 06166 | | Exhibit | US | Admitted | |
| 3/7/13 3:31 PM | Davis | 03405 | | Exhibit | US | Admitted | |
| 3/7/13 3:31 PM | Davis | D-3582 | | Demonstrative | US | Admitted | |
| 3/7/13 3:45 PM | Davis | 01164 | Only pp. 1, 97 | Exhibit | PSC | Admitted | |
| 3/7/13 3:53 PM | Davis | D-3096 | | Demonstrative | PSC | Admitted | |
| 3/7/13 4:04 PM | Davis | 03605 | | Exhibit | PSC | Admitted | |
| 3/7/13 4:10 PM | Davis | 04277 | | Exhibit | PSC | Admitted | Trial Confidential |
| 3/7/13 4:11 PM | Davis | 00599 | | Exhibit | PSC | Admitted | Trial Confidential |
| 3/7/13 4:12 PM | Davis | 07660 | | Exhibit | PSC | Admitted | |
| 3/7/13 4:20 PM | Davis | 01199 | | Exhibit | PSC | Admitted | |
| 3/7/13 4:42 PM | Davis | 03626-3A | | Callout | TO | Admitted | |
| 3/7/13 4:42 PM | Davis | 03626-1A | | Callout | TO | Admitted | |
| 3/7/13 4:46 PM | Davis | 07766-1B | | Callout | TO | Admitted | |
| 3/7/13 4:46 PM | Davis | 07766-1A | | Callout | TO | Admitted | |
| 3/11/13 8:08 AM | Davis | D-6661 | | Demonstrative | TO | Admitted | |
| 3/11/13 8:11 AM | Davis | 43093-98A | | Callout | TO | Admitted | |

# Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/11/13 8:11 AM | Davis | 43093-118A | | Callout | TO | Admitted | |
| 3/11/13 8:12 AM | Davis | D-6660A | | Demonstrative | TO | Admitted | |
| 3/11/13 8:13 AM | Davis | D-6658B | | Demonstrative | TO | Admitted | |
| 3/11/13 8:17 AM | Davis | D-6636 | | Demonstrative | TO | Admitted | |
| 3/11/13 8:20 AM | Davis | D-6659 | | Demonstrative | TO | Admitted | |
| 3/11/13 8:21 AM | Davis | D-6662 | | Demonstrative | TO | Admitted | |
| 3/11/13 8:47 AM | Davis | 07755-110A | | Callout | TO | Admitted | |
| 3/11/13 8:47 AM | Davis | 07755-1 | | Callout | TO | Admitted | |
| 3/11/13 8:47 AM | Davis | 07755-112A | | Callout | TO | Admitted | |
| 3/11/13 8:53 AM | Davis | 07697 | | Exhibit | TO | Admitted | |
| 3/11/13 8:53 AM | Davis | 50150 | | Exhibit | TO | Admitted | |
| 3/11/13 8:53 AM | Davis | 07697-16A | | Callout | TO | Admitted | |
| 3/11/13 9:02 AM | Davis | 22729-1 | | Callout | TO | Admitted | |
| 3/11/13 9:02 AM | Davis | 22729-15A | | Callout | TO | Admitted | |
| 3/11/13 9:12 AM | Davis | 03797-4 | | Callout | TO | Admitted | |
| 3/11/13 9:12 AM | Davis | 03797-2K | | Callout | TO | Admitted | |
| 3/11/13 9:12 AM | Davis | 03797-1 | | Callout | TO | Admitted | |
| 3/11/13 9:12 AM | Davis | 03797-4A | | Callout | TO | Admitted | |
| 3/11/13 9:12 AM | Davis | 03797-2 | | Callout | TO | Admitted | |
| 3/11/13 9:13 AM | Davis | 51245-225B | | Callout | TO | Admitted | |
| 3/11/13 9:14 AM | Davis | 04823-5B | | Callout | TO | Admitted | |
| 3/11/13 9:14 AM | Davis | 04823-8A | | Callout | TO | Admitted | |
| 3/11/13 9:20 AM | Davis | 05165-1A | | Callout | TO | Admitted | |
| 3/11/13 9:27 AM | Davis | 00088-1 | | Callout | TO | Admitted | |
| 3/11/13 9:27 AM | Davis | 00088-51B | | Callout | TO | Admitted | |
| 3/11/13 9:30 AM | Davis | 47361-1 | | Callout | TO | Admitted | |
| 3/11/13 9:32 AM | Davis | 07001 p. 1 callout 1 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:32 AM | Davis | 07001 p. 1 callout 2 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:32 AM | Davis | 07001 p. 6 callout 3 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:32 AM | Davis | 07001 p. 13 callout 4 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:32 AM | Davis | 07001 | | Exhibit | HESI | Admitted | |
| 3/11/13 9:37 AM | Davis | 04114 p. 2 callout 1 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:37 AM | Davis | 04114 p. 2 callout 2 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:37 AM | Davis | 04114 p. 3 callout 3 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:37 AM | Davis | 04114 p. 3 callout 4 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 9:37 AM | Davis | 04114 | | Exhibit | HESI | Admitted | |
| 3/11/13 9:43 AM | Davis | 01166 | | Exhibit | HESI | Admitted | |
| 3/11/13 9:43 AM | Davis | 01166 p. 77 callout 1 (HESI) | | Callout | HESI | Admitted | Page 77 is page 79 of the PDF |
| 3/11/13 9:46 AM | Davis | 05054 | | Exhibit | HESI | Admitted | |
| 3/11/13 9:46 AM | Davis | 05054 p. 4 callout 1 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 10:10 AM | Davis | 01356A | 1.1, 20.1, 40 | Callout | BP | Admitted | |
| 3/11/13 10:10 AM | Davis | 01356A | | Exhibit | BP | Admitted | |

## Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/11/13 10:12 AM | Davis | G-012.2 | | Demonstrative | BP | Admitted | |
| 3/11/13 10:13 AM | Davis | G-012.1 | | Demonstrative | BP | Admitted | |
| 3/11/13 10:20 AM | Davis | 47221 | 1.2, 1.3 | Callout | BP | Admitted | |
| 3/11/13 10:26 AM | Davis | 07665 | 2.1, 7.2 | Callout | BP | Admitted | |
| 3/11/13 10:26 AM | Davis | 07665 | | Exhibit | BP | Admitted | |
| 3/11/13 10:39 AM | Davis | 03626 | | Exhibit | BP | Admitted | |
| 3/11/13 10:39 AM | Davis | 03626 | 1.2 | Callout | BP | Admitted | |
| 3/11/13 10:41 AM | Davis | 05155 | | Exhibit | BP | Admitted | |
| 3/11/13 10:41 AM | Davis | 05155 | 1.1 | Callout | BP | Admitted | |
| 3/11/13 10:49 AM | Davis | 03798 | 1, 2.2, 5.1 | Callout | BP | Admitted | |
| 3/11/13 10:49 AM | Davis | 03798 | | Exhibit | BP | Admitted | |
| 3/11/13 11:02 AM | Davis | 4003 | 14.1 | Callout | BP | Admitted | |
| 3/11/13 11:02 AM | Davis | 4003 | | Exhibit | BP | Admitted | |
| 3/11/13 11:05 AM | Davis | 01339 | | Exhibit | BP | Admitted | |
| 3/11/13 11:05 AM | Davis | 01339 | 1.1, 12.2 | Callout | BP | Admitted | |
| 3/11/13 11:14 AM | Davis | D-10012 | | Demonstrative | CAM | Admitted | |
| 3/11/13 11:14 AM | Davis | 07577 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:16 AM | Davis | D-10006 | | Demonstrative | CAM | Admitted | |
| 3/11/13 11:34 AM | Davis | 03185 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:45 AM | Davis | 05413 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:45 AM | Davis | 05155 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:45 AM | Davis | 03626 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:45 AM | Davis | 07766 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:45 AM | Davis | 03797 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:45 AM | Davis | 05165 | | Exhibit | CAM | Admitted | |
| 3/11/13 11:45 AM | Davis | 75568 | | Video Clip | CAM | Admitted | |
| 3/11/13 12:19 PM | Davis | 33216 | | Exhibit | US | Admitted | |
| 3/11/13 12:23 PM | Davis | D-6666 | | Demonstrative | TO | Admitted | |
| 3/11/13 1:38 PM | Probert | 02016 | Only cover page, 45, 46, 47, 51, 52 56, 62, 63, 66, 67, 71, 102.1 | Exhibit | PSC | Admitted | |
| 3/11/13 1:41 PM | Probert | 21292 | | Exhibit | PSC | Admitted | Same as 4474 which is already admitted |
| 3/11/13 1:48 PM | Probert | 25040 | Cover page and p. 763 only | Exhibit | PSC | Admitted | |
| 3/11/13 1:50 PM | Probert | 00989 | pp. 1 through 5 | Exhibit | PSC | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |

# Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/11/13 1:50 PM | Probert | 48008 | pp. 1 through 5 | Exhibit | PSC | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/11/13 1:58 PM | Probert | D-3248 | | Demonstrative | PSC | Admitted | Referred to as JDP1 |
| 3/11/13 2:00 PM | Probert | 25105 | Cover page and pp. 317, 522 | Exhibit | PSC | Admitted | |
| 3/11/13 2:30 PM | Probert | 03110 | | Exhibit | PSC | Admitted | |
| 3/11/13 2:32 PM | Probert | 05595 | | Exhibit | PSC | Admitted | |
| 3/11/13 2:32 PM | Probert | 48002 | | Exhibit | PSC | Admitted | |
| 3/11/13 3:09 PM | Probert | 05283 | | Exhibit | HESI | Admitted | |
| 3/11/13 3:09 PM | Probert | 05283 p. 4 callout 1 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 3:09 PM | Probert | 05283 p. 4 callout 2 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 3:09 PM | Probert | 05283 p. 4 callout 3 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 3:09 PM | Probert | 05283 p. 4 callout 4 (HESI) | | Callout | HESI | Admitted | |
| 3/11/13 3:47 PM | Probert | 02133-283B | | Callout | TO | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/11/13 3:48 PM | Probert | 05219-3A | | Callout | TO | Admitted | |
| 3/11/13 3:50 PM | Probert | 02007-7A | | Callout | TO | Admitted | |
| 3/11/13 3:50 PM | Probert | 02007-1A | | Callout | TO | Admitted | |
| 3/11/13 3:53 PM | Probert | 02019-60A | | Callout | TO | Admitted | |
| 3/11/13 3:59 PM | Probert | 02017 | 2.1 | Callout | BP | Admitted | |
| 3/11/13 3:59 PM | Probert | 02017 | | Exhibit | BP | Admitted | |
| 3/11/13 4:02 PM | Probert | D-4377 | | Demonstrative | BP | Admitted | |
| 3/11/13 4:05 PM | Probert | G-999.4 | | Demonstrative | BP | Admitted | |
| 3/11/13 4:09 PM | Probert | D-4309A | | Demonstrative | BP | Admitted | |
| 3/11/13 4:10 PM | Probert | D-4379 | | Demonstrative | BP | Admitted | |
| 3/11/13 4:15 PM | Probert | 01897 | 1.1 | Callout | BP | Admitted | |
| 3/11/13 4:15 PM | Probert | 01897 | | Exhibit | BP | Admitted | |
| 3/11/13 4:18 PM | Probert | 02013 | | Exhibit | BP | Admitted | |
| 3/11/13 4:18 PM | Probert | 02013 | 1.1 | Callout | BP | Admitted | |
| 3/11/13 4:20 PM | Probert | 75074 | | Exhibit | BP | Admitted | |
| 3/11/13 4:20 PM | Probert | 75074 | 1.1, 77.1 | Callout | BP | Admitted | |
| 3/11/13 4:28 PM | Probert | 48098 | 1.1 | Callout | BP | Admitted | |
| 3/11/13 4:28 PM | Probert | 48098 | | Exhibit | BP | Admitted | |
| 3/11/13 4:31 PM | Probert | 02030 | 1.1 | Callout | BP | Admitted | |
| 3/11/13 4:31 PM | Probert | 02030 | | Exhibit | BP | Admitted | |
| 3/11/13 4:34 PM | Probert | 02016 | 53.1 | Callout | BP | Admitted | |
| 3/11/13 4:34 PM | Probert | 05283 | | Exhibit | BP | Admitted | |
| 3/11/13 4:34 PM | Probert | 05283 | 4 | Callout | BP | Admitted | |

**Final Admit List for 03/14/2013 Marshalling Conference**

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/11/13 5:11 PM | Roth | 07718 | | Exhibit | PSC | Admitted | |
| 3/11/13 5:20 PM | Roth | D-3195 | | Demonstrative | PSC | Admitted | |
| 3/11/13 5:40 PM | Roth | 04356 | | Exhibit | PSC | Admitted | |
| 3/11/13 5:52 PM | Roth | D-3211 | | Demonstrative | PSC | Admitted | |
| 3/11/13 6:00 PM | Roth | 05593 | | Exhibit | PSC | Admitted | |
| 3/12/13 8:33 AM | Roth | D-3241 | | Demonstrative | PSC | Admitted | |
| 3/12/13 8:33 AM | Roth | D-3250 | | Demonstrative | PSC | Admitted | |
| 3/12/13 8:33 AM | Roth | D-3251 | | Demonstrative | PSC | Admitted | |
| 3/12/13 8:33 AM | Roth | D-3253 | | Demonstrative | PSC | Admitted | |
| 3/12/13 8:37 AM | Roth | 01897 | | Exhibit | LA | Admitted | |
| 3/12/13 9:00 AM | Roth | 04345 | | Exhibit | LA | Admitted | |
| 3/12/13 9:12 AM | Roth | 07722 | | Exhibit | HESI | Admitted | |
| 3/12/13 9:29 AM | Roth | 4352 | | Exhibit | HESI | Admitted | |
| 3/12/13 9:29 AM | Roth | 4352 p. 1 callout 1 (HESI) | | Callout | HESI | Admitted | |
| 3/12/13 9:29 AM | Roth | 7718 p. 1 callout 1 (HESI) | | Callout | HESI | Admitted | |
| 3/12/13 9:32 AM | Roth | D-8011 | | Demonstrative | HESI | Admitted | |
| 3/12/13 10:01 AM | Roth | 60394-83b | | Callout | TO | Admitted | |
| 3/12/13 10:01 AM | Roth | 60394-83a | | Callout | TO | Admitted | |
| 3/12/13 10:01 AM | Roth | 60394-84 | | Callout | TO | Admitted | |
| 3/12/13 10:01 AM | Roth | 60394-87 | | Callout | TO | Admitted | |
| 3/12/13 10:12 AM | Roth | 07483-1 | | Callout | TO | Admitted | |
| 3/12/13 10:15 AM | Roth | 07484-1 | | Callout | TO | Admitted | |
| 3/12/13 10:17 AM | Roth | 01395-1 | | Callout | TO | Admitted | |
| 3/12/13 10:23 AM | Roth | 00989-294 | | Callout | TO | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/12/13 10:24 AM | Roth | 42045 | | Exhibit | TO | Admitted | Native File - Trial Confidential - Only Redacted Excerpts to be Released |
| 3/12/13 10:25 AM | Roth | 00640-16 | | Callout | TO | Admitted | |
| 3/12/13 10:33 AM | Roth | 05801-1 | | Callout | TO | Admitted | |
| 3/12/13 10:34 AM | Roth | 01390-2 | | Callout | TO | Admitted | |
| 3/12/13 10:38 AM | Roth | D-6656 | | Demonstrative | TO | Admitted | |
| 3/12/13 10:47 AM | Roth | 03102-76 | | Callout | TO | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/12/13 10:53 AM | Roth | 04340 | 1.1 | Callout | BP | Admitted | |
| 3/12/13 10:53 AM | Roth | 04340 | | Exhibit | BP | Admitted | |
| 3/12/13 10:56 AM | Roth | 00750 | | Exhibit | BP | Admitted | |
| 3/12/13 10:56 AM | Roth | 00750 | 1.1, 2.2 | Callout | BP | Admitted | |

## Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/12/13 10:58 AM | Roth | 00708 | 7.4, 4.1, | Callout | BP | Admitted | |
| 3/12/13 10:58 AM | Roth | 00708 | | Exhibit | BP | Admitted | |
| 3/12/13 11:03 AM | Roth | 02013 | | Exhibit | BP | Admitted | |
| 3/12/13 11:03 AM | Roth | 02013 | 1.1 | Callout | BP | Admitted | |
| 3/12/13 11:05 AM | Roth | 07491 | | Exhibit | BP | Admitted | |
| 3/12/13 11:06 AM | Roth | D-4381 | | Demonstrative | BP | Admitted | |
| 3/12/13 11:08 AM | Roth | 02133 | | Exhibit | BP | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/12/13 11:08 AM | Roth | 02133 | 238, 239, 242 | Callout | BP | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 3/12/13 11:13 AM | Roth | D-4269A | | Demonstrative | BP | Admitted | |
| 3/12/13 11:14 AM | Roth | D-4309A | | Demonstrative | BP | Admitted | |
| 3/12/13 11:17 AM | Roth | 00811 | | Exhibit | BP | Admitted | |
| 3/12/13 11:24 AM | Roth | D-4373 | | Demonstrative | BP | Admitted | |
| 3/12/13 11:24 AM | Roth | D-4373 | 1.3, 1.5, 1.7 | Callout | BP | Admitted | |
| 3/12/13 11:30 AM | Roth | 05220 | | Exhibit | BP | Admitted | |
| 3/12/13 11:30 AM | Roth | 05220 | 1.1 | Callout | BP | Admitted | |
| 3/12/13 11:31 AM | Roth | 08147 | | Exhibit | BP | Admitted | |
| 3/12/13 11:33 AM | Roth | 00982 | 8.1, 7.1, 9.1 | Callout | BP | Admitted | |
| 3/12/13 11:33 AM | Roth | 00982 | | Exhibit | BP | Admitted | |
| 3/12/13 11:41 AM | Roth | 48098 | | Exhibit | BP | Admitted | |
| 3/12/13 11:41 AM | Roth | 48098 | 1.2 | Callout | BP | Admitted | |
| 3/12/13 11:44 AM | Roth | 04566 | | Exhibit | BP | Admitted | |
| 3/12/13 11:44 AM | Roth | 04566 | 1, 2 | Callout | BP | Admitted | |
| 3/12/13 11:45 AM | Roth | D-4342 | | Demonstrative | BP | Admitted | |
| 3/12/13 11:47 AM | Roth | 05204 | 1.1, 20.1 | Callout | BP | Admitted | |
| 3/12/13 11:47 AM | Roth | 05204 | | Exhibit | BP | Admitted | |
| 3/12/13 1:28 PM | Perkin | 03186 | 1 | Exhibit | PSC | Admitted | |
| 3/12/13 1:37 PM | Perkin | D-3249 | | Demonstrative | PSC | Admitted | Incorrectly called D-3200 |
| 3/12/13 1:55 PM | Perkin | 07535 | | Exhibit | PSC | Admitted Subject to Objection & Redaction | |
| 3/12/13 1:55 PM | Perkin | 07536 | | Exhibit | PSC | Admitted Subject to Objection & Redaction | |
| 3/12/13 2:00 PM | Perkin | 05513 | | Exhibit | PSC | Deferred | |
| 3/12/13 2:22 PM | Perkin | 04114 | 1, 2 | Exhibit | PSC | Admitted | |
| 3/12/13 2:31 PM | Perkin | D-2077 | | Demonstrative | PSC | Admitted | |

Case 2:10-md-02179-CJB-DPC   Document 8944-4   Filed 03/14/13   Page 12 of 15

**Final Admit List for 03/14/2013 Marshalling Conference**

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/12/13 2:34 PM | Perkin | 07581 | 1, 3, 37, 41, 43 | Exhibit | PSC | Admitted | |
| 3/12/13 2:43 PM | Perkin | D-2661 | | Demonstrative | PSC | Admitted | |
| 3/12/13 2:45 PM | Perkin | 26140 | | Exhibit | PSC | Admitted | |
| 3/12/13 2:45 PM | Perkin | 01199 | 1 through 10 | Exhibit | PSC | Admitted | |
| 3/12/13 3:03 PM | Perkin | 01861 | 1, 9 | Exhibit | PSC | Admitted | |
| 3/12/13 3:37 PM | Perkin | 02097 | 1 | Exhibit | PSC | Admitted | |
| 3/12/13 3:40 PM | Perkin | 00657 | 1, 2 | Exhibit | PSC | Admitted | |
| 3/12/13 3:46 PM | Perkin | 0215 | 1, 10 | Exhibit | PSC | Admitted | |
| 3/12/13 3:46 PM | Perkin | 03187 | 1 | Exhibit | PSC | Admitted | |
| 3/12/13 3:50 PM | Perkin | 07536-53B | | Callout | TO | Admitted | |
| 3/12/13 3:50 PM | Perkin | 07536-90A | | Callout | TO | Admitted | |
| 3/12/13 3:50 PM | Perkin | 07535-6K | | Callout | TO | Admitted | |
| 3/12/13 3:50 PM | Perkin | 07536-55 | | Callout | TO | Admitted | |
| 3/12/13 3:50 PM | Perkin | 07536-90C | | Callout | TO | Admitted | |
| 3/12/13 4:07 PM | Perkin | 04112-1 | | Callout | TO | Admitted | |
| 3/12/13 4:07 PM | Perkin | 04112-5B | | Callout | TO | Admitted | |
| 3/12/13 4:07 PM | Perkin | 04112-11B | | Callout | TO | Not Admitted | Objection - Withdrawn |
| 3/12/13 4:22 PM | Perkin | 01454 | 11.2 | Callout | BP | Admitted | |
| 3/12/13 4:37 PM | Perkin | 01339 | | Exhibit | BP | Admitted | |
| 3/12/13 4:37 PM | Perkin | 01339 | 1.1, 12.1 | Callout | BP | Admitted | |
| 3/12/13 4:44 PM | Perkin | 07550 | | Exhibit | BP | Admitted | |
| 3/12/13 4:44 PM | Perkin | 07550 | 53, 54 | Callout | BP | Admitted | |
| 3/12/13 4:45 PM | Perkin | 00093 | 47.1 | Callout | BP | Admitted | |
| 3/12/13 5:00 PM | Perkin | 04160 | 1.1 | Callout | BP | Admitted | |
| 3/12/13 5:13 PM | Perkin | 04171 | 1.1 | Callout | BP | Admitted | |
| 3/12/13 5:15 PM | Perkin | 02188 | | Exhibit | BP | Admitted | |
| 3/12/13 5:15 PM | Perkin | 02188 | 3.1, 198.1 | Callout | BP | Admitted | |
| 3/12/13 5:19 PM | Perkin | 48102 | | Exhibit | BP | Admitted | |
| 3/12/13 5:19 PM | Perkin | 48102 | 1.2 | Callout | BP | Admitted | |
| 3/12/13 5:44 PM | Perkin | 43317.1.1 | | Callout | CAM | Admitted | |
| 3/12/13 5:44 PM | Perkin | 43317.175.1 | | Callout | CAM | Admitted | |
| 3/12/13 5:45 PM | Perkin | 04114 | | Exhibit | CAM | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-000571 | 11.1, 13.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-000572 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-000866 | 1.1, 6.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-001148 | 1.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-001374 | 1.1, 1.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-001694 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-001831 | 1.1 | Callout | BP | Admitted | |

3/14/2013 — Page 12 of 15

# Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/14/13 5:00 PM | Bea | TREX-002187 | 3.1<br>8.1<br>178.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-004170 | 1.1<br>21.1<br>23.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-004171 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-004261 | 1.1<br>10.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-004362 | 2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005689 | 8.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005958 | 12.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005959 | 3.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005962 | 1.1<br>1.2<br>1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005963 | 1.2<br>5.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005965 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005966 | 1.1<br>4.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005967 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005969 | 1.2<br>1.3 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005973 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005974 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005976 | 1.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-005984 | 1.2<br>4.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-006017 | 2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-006065 | 1.2<br>9.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-006257 | 129.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-007099 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-008018 | 14.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-008093 | 1.1<br>1.2<br>2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-020198 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-044024 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-044027 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-045062 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-047182 | 1.1 | Callout | BP | Admitted | |

**Final Admit List for 03/14/2013 Marshalling Conference**

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/14/13 5:00 PM | Bea | TREX-047414 | 1.1, 2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-048157 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bea | TREX-048250 | 36.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-00001 | 2.1, 9.1, 10.3, 11, 40, 56, 65.1, 78, 87, 93, 101, 108 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-000296 | 1.1, 6.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-002913 | 1.1, 1.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-003851 | 1.1, 2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-007210 | 1.1, 5.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-045002 | 1.1, 3.1, 23.1, 25.1, 25.2, 30.1, 55.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-045005 | 5.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-045006 | 1.1, 7.1, 16.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-045008 | 1.1, 2.1, 13.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-045013 | 1.1, 3.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Bly | TREX-091382 | 1.1, 3.1, 8.1 | Callout | BP | Admitted | |

## Final Admit List for 03/14/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/14/13 5:00 PM | Ezell | TREX-001454 | 14.2 215.2 215.3 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Ezell | TREX-003326 | 1.1 2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Ezell | TREX-003465 | 1.1 2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Ezell | TREX-007652 | 1.2 2.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Ezell | TREX-022347 | 12.1 1.1 | Callout | BP | Admitted | Trial Confidential |
| 3/14/13 5:00 PM | Ezell | TREX-041053 | 2.2 2.3 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Ezell | TREX-048153 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Ezell | TREX-052652 | 1.1 1.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Heenan | TREX-000097 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Heenan | TREX-001454 | 45.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Heenan | TREX-007651 | 1.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Huffman | TREX-004019 | 1 2 3 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Huffman | TREX-004135 | 4 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Huffman | TREX-041063 | 1 2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Hurst | G-201 | | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Hurst | TREX-001532 | 1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Hurst | TREX-001533 | 1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Hurst | TREX-003375 | 11.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Hurst | TREX-007500 | 12.1 23.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Hurst | TREX-007506 | 4.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Sepulvado | TREX-000571 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Sepulvado | TREX-007685 | 1.2 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Sepulvado | TREX-047221 | 1.1 | Callout | BP | Admitted | |
| 3/14/13 5:00 PM | Sepulvado | TREX-047361 | 1.1 | Callout | BP | Admitted | |
| 3/7/13 4:02 PM | Davis | 05155 | | Exhibit | PSC | Not Admitted | Objection |
| 3/7/13 4:07 PM | Davis | 08048 | | Exhibit | PSC | Not Admitted | Objection |
| 3/11/13 5:43 AM | Roth | 04357 | | Exhibit | PSC | Not Admitted | Objection Sustained |
| 3/11/13 1:48 PM | Probert | 04357 | | Exhibit | PSC | Deferred | Objection - Deferred |
| 3/11/13 2:18 PM | Probert | 02003 | | Exhibit | PSC | Not Admitted | Objection Sustained |