Minute Entry
Barbier, J.
March 18, 2013
JS 10: 7hr. 55min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION<br>OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

CASE MANAGER:                              COURT REPORTER:
STEPHANIE KALL                             KAREN IBOS (AM)
                                           JODI SIMCOX (PM)


NON-JURY TRIAL
(Day thirteen)

MONDAY, MARCH 18, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

Witness: Edward Geoffrey Webster, previously sworn and testified. (Expert)

PSC offers list of the Fifth Amendment deposition bundles: ORDERED admitted subject to the Fifth Amendment issues as to what inferences, if any, the Court should draw from those. (see attached)

US offers list of exhibit/demonstratives regarding exam of Joseph Keith; ORDERED admitted. (see attached)

M-I's Motion for judgment on partial pleadings under Rule 52(c); M-I to file written motion; ORDERED ruling deferred.

BP's Motion under Rule 52(c) for partial findings related to claims of all plaintiffs; ORDERED ruling deferred.

Witness: Calvin Barnhill, sworn and testified. (Expert)

Court recesses at 6:04 p.m.

Court will resume on Tuesday, March 19, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield