# DEEPWATER HORIZON

# FIFTH AMENDMENT WITNESSES

*deposition bundles admitted 3-18-2013 SK*

| LAST NAME | FIRST NAME | ENTITY |
|---|---|---|
| Bertone | Stephen | Transocean |
| Fleytas | Andrea | Transocean |
| Hafle | Mark | BP |
| Haire | Christopher | Halliburton |
| Harrell | Jimmy | BP |
| Holloway | Caleb | Transocean |
| Ingram | James | Transocean |
| Kaluza | Robert | BP |
| Kuchta | Curt | BP |
| Morel | Brian | BP |
| Sandell | Micah | Transocean |
| Seraile | Allen | Transocean |
| Willis | Cathleenia | Sperry Sun |