The United States offers the following documents it used during its examination of Joseph Keith into evidence:

*admitted 3-18-2013 SK*

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-00620 | | Oversized version of Sperry-Sun Data | TREX 00620.1.1.US TREX 00620.1.2.US |

\* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.