UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| No. 12-970, *Bon Secour v. BP* | * | |
| *Exploration & Prod. Inc.*; | * | **MAGISTRATE SHUSHAN** |
| No. 13-492, *BP Exploration & Prod.* | * | |
| *Inc. v. Deepwater Horizon Court* | * | |
| *Supervised Settlement Program* | * | |

### ORDER

In member case 12-970, BP moved for a preliminary injunction against the Claims Administrator and the Court Supervised Settlement Program and requested an expedited hearing date. (No. 10-md-2179, Rec. Doc. 8912). BP also recently instituted case 13-492 and requested similar, if not identical, relief. (No. 13-492, Rec. Doc. 5). Having considered BP's motions for expedited hearings,

**IT IS ORDERED** that BP's motions for preliminary injunctions in 12-970 and 13-492 will be heard together on Friday, April 5, 2013 at 9:30 a.m.

**FURTHER ORDERED** that any opposition by Class Counsel and/or the Claims Administrator shall be filed by Monday, April 1, 2013. No further briefing, from any party, shall be permitted.

New Orleans, Louisiana, this 19th day of March, 2013.

_____
United States District Judge

**Clerk to File in both 10-md-2179 and 13-942.**