**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES:<br><br>*2:10-cv-08888-CJB-SS*<br>_____ / | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law;

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline is hereby GRANTED and all Short Forms Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-8888 shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier, U.S. District Court Judge

# EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
| Betty J. Ballanco | 3/18/2013 | 124321 |
| Cody Fontaine | 3/18/2013 | 124323 |
| Cvitanovic Boat Service, Inc. | 3/18/2013 | 124326 |
| Cvitanovic Brothers, Inc. | 3/18/2013 | 124327 |
| Duplechien's Oyster Farmers, LLC | 3/18/2013 | 124329 |
| Edwin J. Dennies | 3/18/2013 | 124330 |
| Frog Island Seafood, Inc. | 3/18/2013 | 124332 |
| Frog Island Trucking, Inc. | 3/18/2013 | 124333 |
| George Hofmeister | 3/18/2013 | 124334 |
| Janice Airhart | 3/18/2013 | 124336 |
| Irving Hingle | 3/18/2013 | 124339 |
| Josh Jambon | 3/18/2013 | 124340 |
| Kevin Haas | 3/18/2013 | 124341 |
| Lan T. Buras | 3/18/2013 | 124342 |
| Lisa Haas | 3/18/2013 | 124343 |
| Mark Delesdernier, Jr. | 3/18/2013 | 124345 |
| Nicolae Nitika | 3/19/2013 | 124349 |
| Patsy Pannagl | 3/19/2013 | 124350 |
| RA Fitness, LLC | 3/19/2013 | 124351 |
| Sammi Spence | 3/19/2013 | 124353 |
| Shane Bagala | 3/19/2013 | 124355 |

| Stephen Airhart | 3/18/2013 | 124337 |
| --- | --- | --- |
| Surface Safety Rental, LLC | 3/19/2013 | 124356 |
| Wendy Boudoin | 3/19/2013 | 124357 |