IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to all actions. | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| Plaintiffs, | * * * | SECTION J |
| v. | * * * | Honorable CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | Magistrate Judge SHUSHAN |
| Defendants. | * | |

## ORDER

Considering BP Defendants' *Ex Parte* Motion To File Under Seal the Declaration of Andrew T. Karron Relating To The Submission Of In Camera Materials Prior To March 5, 2013, And Related Exhibits ("Karron In Camera Materials Declaration"), and the accompanying exhibits thereto, and for an order directing that the Karron In Camera Materials Declaration and accompanying documents be unsealed and filed in the public record, and good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the BP Defendants' Motion is GRANTED; and it is further

-2-

**ORDERED** that the Declaration of Andrew T. Karron Relating To The Submission Of In Camera Materials Prior To March 5, 2013, And Related Exhibits, and the accompanying exhibits thereto shall be filed in the public record.

Further, while it appears that BP has endeavored to file all documents previously submitted to the Court regarding this issue, including documents submitted by Class Counsel, Class Counsel may file any documents omitted by BP by March 22, 2013.

New Orleans, Louisiana this 19th day of March, 2013.

_____
United States District Judge

-2-