# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL NO. 2179** **SECTION J** |
| | * | |
| **This document relates to all actions.** | * | |
| | * * | **HONORABLE CARL J. BARBIER** |
| | * | |
| | * * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |
| **Bon Secour Fisheries, Inc., *et al.*, individually and on behalf of themselves and all others similarly situated,** | * * * | **Civil Action No. 12-970** **SECTION J** |
| | * | |
| Plaintiffs, | * | |
| | * | **HONORABLE CARL J. BARBIER** |
| v. | * | |
| | * | |
| **BP Exploration & Production Inc; BP America Production Company; BP p.l.c.,** | * * * | **MAGISTRATE JUDGE SHUSHAN** |
| Defendants. | | |

## ORDER

The Court has considered BP's Ex Parte Motion For Leave To Exceed Page Limitation For Memorandum In Support Of BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" (the "Motion"); and all filings related to that Motion.

The Court ORDERS that BP's Motion is GRANTED. BP shall be allowed 35 pages, excluding exhibits, for BP's Memorandum In Support Of Emergency Motion For A Preliminary

-2-

Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses."

IT IS SO ORDERED.

New Orleans, Louisiana, this __19th__ day of ____March____, 2013.

_____
United States District Judge