IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY, | * * * * * | Case No. 13-492 |
| *Plaintiffs*, | * * * | SECTION J |
| v. | * * * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |
| *DEEPWATER HORIZON* COURT SUPERVISED SETTLEMENT PROGRAM; and PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the *Deepwater Horizon* Court Supervised Settlement Program administering the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the *Deepwater Horizon* Economic and Property Damages Settlement Trust, | * * * * * * * * | |
| *Defendants*. | | |

## ORDER

Considering BP Defendants' *Ex Parte* Motion to File Under Seal the January 15, 2013 Decision of the Claims Administrator, the Undertaking of Patrick Juneau, and the Supplement and Amendment to Undertaking of Patrick Juneau and Requesting the Court to Unseal Same,

**IT IS HEREBY ORDERED** that the BP Defendants' Motion is GRANTED; and it is further

**ORDERED** that the January 15, 2013 Decision of the Claims Administrator, the Undertaking of Patrick Juneau, and the Supplement and Amendment to Undertaking of Patrick Juneau shall be filed in the public record.

New Orleans, Louisiana, this 19th day of March, 2013

_____
UNITED STATES DISTRICT JUDGE