IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

BP EXPLORATION & PRODUCTION INC. and
BP AMERICA PRODUCTION COMPANY,

    *Plaintiffs*,

    v.

*DEEPWATER HORIZON* COURT SUPERVISED
SETTLEMENT PROGRAM; and PATRICK A.
JUNEAU, in his official capacity as Claims
Administrator of the *Deepwater Horizon* Court
Supervised Settlement Program administering the
*Deepwater Horizon* Economic and Property
Damages Settlement Agreement, and in his official
capacity as Trustee of the *Deepwater Horizon*
Economic and Property Damages Settlement Trust,

    *Defendants*.

Case No. 13-492

SECTION J

JUDGE BARBIER

MAGISTRATE SHUSHAN

## ORDER

The Court has considered BP's Ex Parte Motion For Leave To Exceed Page Limitation For Memorandum In Support Of BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" (the "Motion"); and all filings related to that Motion.

The Court ORDERS that BP's Motion is GRANTED.  BP shall be allowed 35 pages, excluding exhibits, for BP's Memorandum In Support Of Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses."

-2-

IT IS SO ORDERED.

New Orleans, Louisiana, this __19th__ day of _____March_____, 2013.

_____
United States District Judge