IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>*DEEPWATER HORIZON* COURT SUPERVISED SETTLEMENT PROGRAM; and PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the *Deepwater Horizon* Court Supervised Settlement Program administering the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the *Deepwater Horizon* Economic and Property Damages Settlement Trust,<br><br>*Defendants*. | Case No. 13-492<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion And Incorporated Memorandum In Support To File Under Seal Certain Exhibits To BP's Memorandum In Support Of Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses", and the accompanying exhibits thereto, and for a further order directing that certain of those exhibits then be unsealed and filed in the public record, and good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the BP Defendants' Motion is GRANTED; and it is further

**ORDERED** that Exhibits A-I to Exhibit 9, and Exhibits 17-23, 25-29, 32, and 39-41, to the Declaration Of Andrew T. Karron In Support Of BP's Emergency Motion For A Preliminary

Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" ("Karron Declaration In Support Of BP's Emergency PI Motion") be filed under seal pending further order of the Court; and it is further

**ORDERED** that Exhibits A-I to Exhibit 9, and Exhibits 17-21, 25, 26, 39-41 to the Karron Declaration In Support Of BP's Emergency PI Motion be filed in the public record of this action..

New Orleans, Louisiana, this 19 day of March, 2013

UNITED STATES DISTRICT JUDGE