UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION J (Judge Barbier) |
| This Document Relates To: 11-826 | * * * | MAGISTRATE (1) (Mag. Judge Shushan) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Seacor Marine, L.L.C., and upon showing to the Court that it desires to add Patrick E. O'Keefe (Bar Roll No. 10186) and Joseph P. Tynan (Barn Roll No. 12973) of Montgomery Barnett, L.L.P., as additional counsel of record in civil action number 11-826, now moves the Court for an order allowing it to do so.

NEW ORLEANS, LOUISIANA, this 19th day of March, 2013.

Respectfully submitted,

PHELPS DUNBAR, L.L.P.

/s/ Gary A. Hemphill
_____
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone:    (504) 566-1311
Telecopier:    (504) 568-9130

MONTGOMERY BARNETT, L.L.P.

*/s/ Joseph P. Tynan*
_____
PATRICK E. O'KEEFE (#10186)
JOSEPH P. TYNAN (#12973)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688
E-mail: pokeefe@monbar.com
jtynan@monbar.com

*Attorneys for Seacor Marine, L.L.C.*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of March, 2103, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to counsel of record.

      */s/ Joseph P. Tynan*

      _____
      JOSEPH P. TYNAN (#12973)
      Montgomery Barnett, L.L.P.
      1100 Poydras Street, Suite 3300
      New Orleans, LA 70163
      Telephone: (504) 585-3200
      Facsimile: (504) 585-7688
      E-mail: jtynan@monbar.com

      *Attorneys for Seacor Marine, L.L.C.*