IN RE: FLSA CLAIMS AGAINST: ]   COLLECTIVE ACTION
]
O'BRIENS, ET AL., ]
] **NOTICE OF CONSENT**
]

I consent to be a party plaintiff in an action to collect unpaid wages.

*Jennifer Baker*
Signature

JENNIFER ANN BAKER
Full Legal Name (print)

**Exhibit 1**