IN RE: FLSA CLAIMS AGAINST: ]  COLLECTIVE ACTION
]
O'BRIENS, ET AL., ]
] **NOTICE OF CONSENT**
]

I consent to be a party plaintiff in an action to collect unpaid wages.

_Huey Paul Hebert_
Signature

_Huey Paul Hebert_
Full Legal Name (print)

**Exhibit 2**