IN RE: FLSA CLAIMS AGAINST: ]  COLLECTIVE ACTION
 ]
O'BRIENS, ET AL., ]
 ]  **NOTICE OF CONSENT**
 ]

I consent to be a party plaintiff in an action to collect unpaid wages.

_____
Signature

ALBERT J. HEIKAMP JR.
_____
Full Legal Name (print)

**Exhibit 3**