| | |
|---|---|
| IN RE: FLSA CLAIMS AGAINST: | COLLECTIVE ACTION |
| O'BRIENS, ET AL., | **NOTICE OF CONSENT** |

I consent to be a party plaintiff in an action to collect unpaid wages.

_David R. Matkin_
Signature

_David Reagan Matkin_
Full Legal Name (print)

**Exhibit 4**