**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig *"Deepwater Horizon"* in the Gulf of Mexico, on April 20, 2010** | * * * * * * * * * * * | **MDL NO. 2179**<br><br>**SECTION: J**<br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |
| **Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BP Exploration & Production Inc., *et al.*,**<br><br>**Defendants.** | * * * * * * * * * * * * | **NO. 12-CV-968**<br><br>**SECTION: J**<br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |

**CLASS COUNSEL'S AND BP'S JOINT MOTION FOR APPROVAL OF RECOMMENDED ADMINISTRATIVE CHANGES TO THE GULF REGION HEALTH OUTREACH PROGRAM**

Class Counsel and BP (collectively, the "Parties") jointly request that the Court approve two recommended administrative changes to enhance the implementation of the Gulf Region Health Outreach Program ("Outreach Program"), as permitted by section IX.G.4 of the Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement" or "MSA").

Specifically, the Parties request approval of: 1) a change in the funding and reporting mechanisms for the Alliance Institute, an organization that provides support to the Outreach Program; and 2) a change in the compensation amounts for certain Gulf Region Helath Outreach Coordinating Committee ("Coordinating Committee") members. In support of their motion, the Parties state:

1. The primary purpose of the Outreach Program is "to expand capacity for and access to high quality, sustainable, community-based healthcare services, including primary care, behavioral and mental health care, and environmental medicine in the Gulf Coast communities in Louisiana, Mississippi, Alabama, and the Florida Panhandle." MSA § IX.A. The Outreach Program consists of a publicly accessible online library and four integrated Projects - the Primary Care Capacity Project, the Mental and Behavioral Health Capacity Project, the Community Health Workers Training Project, and the Environmental Health Capacity and Literacy Project. Id. at § IX.C.

2. Under the Medical Settlement Agreement, the Alliance Institute is one of two grantees for the Primary Care Capacity Project, providing community-level support for the Louisiana Public Health Institute ("LPHI"), the other grantee. See Id. at § XI.D.1; Ex. 13. Under the current structure of the Primary Care Capacity Project, as explained in its Grant Proposal, the Alliance Institute reports directly to the LPHI for oversight, review and funding. See Ex.13 to the Medical Settlement Agreement at 14. The Alliance Institute provides a variety of community-based support activities, including, among other things, assuring community participation, assisting with community outreach and engagement, coordinating with environmental health and community partners, and providing technical support to community-based organizations. Id. at 3, 6, 7, 10.

3. As the Outreach Program has developed and operated , however, the need for similar community-level outreach and integration has become evident with all four Outreach Program Projects. The Alliance Institute has been assisting with community-based efforts in support of each of the Projects, in addition to its efforts to integrate the Primary Care Capacity Project with the other Projects. Id. at 13.

4. The Coordinating Committee was created in order to assure that the "Gulf Region Health Outreach Program Projects. . . to the greatest extent possible, function in a cooperative and integrated manner and have reasonable flexibility to adjust their respective implementations to respond to changed needs and circumstances." MSA at § IX.G.1. The Coordinating Committee consists of representatives of the four Projects, as well as three members not affiliated with the Projects. Id. at IX.G.2.

5. The Medical Settlement Agreement provides that the Coordinating Committee may make recommendations to BP, Class Counsel, and the Claims Administrator "to enhance cooperation among, and integration of the activities covered by, the Gulf Region Health Outreach Projects, and, to the extent warranted, adjustments to enhance the implementation of the respective Gulf Region Health Outreach Projects." Id. at § IX.G.4.

6. In recognition of the functional role of the Alliance Institute with respect to all four Projects, and in order to enhance implementation of the goals of those Projects, the Coordinating Committee has recommended to Class Counsel and BP that going forward, the Alliance Institute report directly to the Claims Administrator and Coordinating Committee, who would perform the oversight and review functions previously performed by LPHI. The Coordinating Committee has also recommended that the Alliance Institute receive its funding directly from the Claims Administrator.

7. After reviewing the Coordinating Committee's recommendations, Class Counsel and BP believe that these administrative changes will 1) foster an enhanced community-level integration for each of the Projects; 2) facilitate more direct and simplified oversight over the Alliance Institute's community-based activities; and 3) improve the interaction among the four Outreach Program Projects.

8. The proposed changes would not alter the amount or source of the Alliance Institute's funding, which would still come from the Primary Care Capacity Project budget.  Nor, in accordance with the terms of the Medical Settlement Agreement, would the proposed changes alter the goals of the Outreach Program or reallocate funding between the Projects.  Id. at § IX.G.5.

9. The Coordinating Committee has also recommended an increase in the compensation amounts for the two independent Coordinating Committee members who do not chair the committee.  Currently, the Medical Settlement Agreement caps the honorarium for these members at $1000 for each quarterly meeting the member attends.  Id. at § IX.G.8.  As the Outreach Program Projects have developed, however, it has become evident that the time commitment necessary to properly fulfill the Coordinating Committee functions will be greater than the parties anticipated.  In order to assure that the independent committee members can devote sufficient resources to preparation for and completion of their duties, and in recognition of the respective expertise contributed by these members, the Committee has recommended an increase in the compensation of these independent committee members (Drs. Ayanna Buckner and Lester Biestch) to $25,000 annually.

10. The proposed changes will not affect the amount of funding available to the Outreach Program or any of its Projects, since compensation for the Coordinating Committee is covered by the Administrative Fund. Id. at § IX.G.8.

11. Class Counsel and BP respectfully request that the Court approve these changes, as it may do under Section IX.G.4 of the Medical Settlement Agreement.

March 20, 2013

Respectfully submitted,

*/s/ Stephen J. Herman*
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com

*Medical Benefits Class Counsel and Lead Class Counsel*

*/s/ James Parkerson Roy*
James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Medical Benefits Class Counsel and Lead Class Counsel*

***MEDICAL BENEFITS CLASS COUNSEL***

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Telefax: (843) 216-9290
E-Mail: **jrice@motleyrice.com**

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
Office: (985) 876-7595
Telefax: (985) 876-7594
E-Mail: **duke@williamslawgroup.org**

*/s/ Richard C. Godfrey, P.C.*
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Elizabeth A. Larsen
Catherine Fitzpatrick
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

*/s/ Don K. Haycraft* .
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-5985
Telefax: (202) 662-6291

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

Ellen K. Reisman
ARNOLD & PORTER LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844

James P. Joseph
Ethan P. Greene
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

***Of Counsel***

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of March, 2013.

*/s/ Don K. Haycraft*
Don K. Haycraft