## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * * * | <br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc.;  BP America Production Company; BP p.l.c.,<br><br>     Defendants. | * * * * * * * * * * * * | Civil Action No. 12-970<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## BP'S NOTICE OF FILING OF THE DECLARATION OF ANDREW T. KARRON RELATING TO THE SUBMISSION OF *IN CAMERA* MATERIALS PRIOR TO MARCH 5, 2013

PLEASE TAKE NOTICE that BP Exploration & Production Inc. and BP America Production hereby file into the record the Declaration of Andrew T. Karron Relating to the Submission of *In Camera* Materials Prior to March 5, 2013.  This declaration is attached as Exhibit A to this filing.

Dated:  March 14, 2013                  Respectfully submitted,


                                        */s/  Richard C. Godfrey, P.C.*
James J. Neath                          Richard C. Godfrey, P.C.
Mark Holstein                           J. Andrew Langan, P.C.
BP AMERICA INC.                         Wendy L. Bloom
501 Westlake Park Boulevard             Andrew B. Bloomer, P.C.
Houston, TX  77079                      R. Christopher Heck
Telephone:  (281) 366-2000              KIRKLAND & ELLIS LLP
Telefax:  (312) 862-2200                300 North LaSalle Street
                                        Chicago, IL 60654
                                        Telephone:  (312) 862-2000
                                        Telefax:  (312) 862-2200


Daniel A. Cantor                        Jeffrey Bossert Clark
Andrew T. Karron                        Steven A. Myers
ARNOLD & PORTER LLP                     KIRKLAND & ELLIS LLP
555 Twelfth Street, NW                  655 Fifteenth Street, N.W.
Washington, DC 20004                    Washington, D.C. 20005
Telephone:  (202) 942-5000              Telephone:  (202) 879-5000
Telefax:  (202) 942-5999                Telefax:  (202) 879-5200


Jeffrey Lennard                         */s/ R. Keith Jarrett*
Keith Moskowitz                         S. Gene Fendler (Bar #05510)
SNR DENTON US LLP                       Don K. Haycraft (Bar #14361)
233 South Wacker Drive                  R. Keith Jarrett (Bar #16984)
Suite 7800                              LISKOW & LEWIS
Chicago, IL  60606                      701 Poydras Street, Suite 5000
Telephone:  (312) 876-8000              New Orleans, Louisiana 70139
Telefax:  (312) 876-7934                Telephone:  (504) 581-7979
                                        Telefax:  (504) 556-4108

***OF COUNSEL***
                                        Robert C. "Mike" Brock
                                        COVINGTON & BURLING LLP
                                        1201 Pennsylvania Avenue, NW
                                        Washington, DC 20004
                                        Telephone:  (202) 662-5985
                                        Telefax:  (202) 662-6291

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2013.

Dated: March 14, 2013                              Respectfully submitted,


                                                   */s/ R. Keith Jarrett*
                                                   R. Keith Jarrett