# Exhibit 01B
# Part 2

## Santa Rosa County, FL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

025317

# Santa Rosa County, FL (Detailed Portion 2)



025318

# Okaloosa County, FL (Entire County)



025319

# Okaloosa County, FL (Detailed Portion 1)



025320

# Okaloosa County, FL (Detailed Portion 2)



025321

# Walton County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025322

## Walton County, FL (Detailed Portion 1)



025323

Case 2:10-md-02179-CJB-SS Document 6430-24 Filed 05/03/12 Page 38 of 69

# Walton County, FL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

37

025324

# Walton County, FL (Detailed Portion 3)



025325

# Walton County, FL (Detailed Portion 4)



Appendix A: Coastal Real Property Claim Zone Map

39

025326

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 41 of 69

# Walton County, FL (Detailed Portion 5)



Appendix A: Coastal Real Property Claim
Zone Map

025327

# Bay County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025328

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 43 of 69

## Bay County, FL (Detailed Portion 1)



025329

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 14 of 69

# Bay County, FL (Detailed Portion 2)



025330

# Bay County, FL (Detailed Portion 3)



025331

# Bay County, FL (Detailed Portion 4)



Appendix A: Coastal Real Property Claim
Zone Map

45

025332

# Bay County, FL (Detailed Portion 5)



025333

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 48 of 59

# Bay County, FL (Detailed Portion 6)



Appendix A: Coastal Real Property Claim Zone Map

025334

# Gulf County, FL (Entire County)



Appendix A: Coastal Real Property Claim Zone Map

025335

Case 2:10-md-02179-CJB-SS Document 6430-24 Filed 05/03/12 Page 50 of 69

# Gulf County, FL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim Zone Map

49

025336

# Gulf County, FL (Detailed Portion 2)



025337

# Gulf County, FL (Detailed Portion 3)



Appendix A: Coastal Real Property Claim
Zone Map

025338

# Gulf County, FL (Detailed Portion 4)



025339

# Franklin County, FL (Entire County)



025340

Case 2:10-md-02179-CJB-SS Document 6430-24 Filed 05/03/12 Page 55 of 69

# Franklin County, FL (Detailed Portion 1)



025341

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 56 of 69

# Franklin County, FL (Detailed Portion 2)



025342

# Franklin County, FL (Detailed Portion 3)



025343

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 58 of 69

# Franklin County, FL (Detailed Portion 4)



025344

Case 2:10-md-02179-CJB-SS Document 6430-24 Filed 05/03/12 Page 59 of 69

# Franklin County, FL (Detailed Portion 5)



Appendix A: Coastal Real Property Claim
Zone Map

025345

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 60 of 69

# Franklin County, FL (Detailed Portion 6)



Appendix A: Coastal Real Property Claim
Zone Map

025346

# Franklin County, FL (Detailed Portion 7)



025347

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 62 of 69

# Franklin County, FL (Detailed Portion 8)



025348

# Franklin County, FL (Detailed Portion 9)



025349

Case 2:10-md-02179-CJB-SS   Document 6430-24   Filed 05/03/12   Page 34 of 69

# Franklin County, FL (Detailed Portion 10)



025350

# Franklin County, FL (Detailed Portion 11)



Case 2:10-md-02179-CJB-SS Document 6430-24 Filed 05/03/12 Page 66 of 69

# Wakulla County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

65

025352

# Wakulla County, FL (Detailed Portion 1)



# Wakulla County, FL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim Zone Map

025354

## Grand Isle, LA (Entire Island)



Appendix A: Coastal Real Property Claim
Zone Map

68

025355

# EXHIBIT 11C

# Appendix D to Compensation Framework for Coastal Real Property Claims:
# Eligible Parcel Compensation Category Map

025356

## Hancock County, MS (Entire County)



025357

# Hancock County, MS (Detailed Portion 1)



| | |
|---|---|
| Public | |
| Zone A 1 | |
| Zone A 2 | |
| Zone B1 | |
| Zone B2 | |

3

## Hancock County, MS (Detailed Portion 2)



## Hancock County, MS (Detailed Portion 3)



## Hancock County, MS (Detailed Portion 4)



## Hancock County, MS (Detailed Portion 5)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

7

## Hancock County, MS (Detailed Portion 6)



## Harrison County, MS (Entire County)



Legend:
- Public
- Zone A1
- Zone A2
- Zone B1
- Zone B2

025364

## Harrison County, MS (Detailed Portion 1)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

10

## Harrison County, MS (Detailed Portion 2)



025366

Harrison County, MS (Detailed Portion 3)



| Public |
|--------|
| Zone A1 |
| Zone A2 |
| Zone B1 |
| Zone B2 |

12

## Harrison County, MS (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

13

## Harrison County, MS (Detailed Portion 5)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

14

## Harrison County, MS (Detailed Portion 6)



| | Public |
| | Zone A 1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

15

## Harrison County, MS (Detailed Portion 7)



025371

## Jackson County, MS (Entire County)



025372

## Jackson County, MS (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

18

025373

## Jackson County, MS (Detailed Portion 2)



## Jackson County, MS (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

20

## Jackson County, MS (Detailed Portion 4)



## Jackson County, MS (Detailed Portion 5)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

22

025377

## Jackson County, MS (Detailed Portion 6)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

23

## Jackson County, MS (Detailed Portion 7)



| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

24

025379

## Mobile County, AL (Entire County)



## Mobile County, AL (Detailed Portion 1)



| Public |
| Zone A1 |
| Zone A2 |
| Zone B1 |
| Zone B2 |

26

## Mobile County, AL (Detailed Portion 2)



## Mobile County, AL (Detailed Portion 3)



Mobile County, AL (Detailed Portion 4)



## Mobile County, AL (Detailed Portion 5)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

025385

## Mobile County, AL (Detailed Portion 6)



025386

## Mobile County, AL (Detailed Portion 7)





| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

32

025387

## Mobile County, AL (Detailed Portion 8)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

33

## Baldwin County, AL (Entire County)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

34

025389

## Baldwin County, AL (Detailed Portion 1)



Baldwin County, AL (Detailed Portion 2)



## Baldwin County, AL (Detailed Portion 3)



## Baldwin County, AL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

38

## Baldwin County, AL (Detailed Portion5)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

39

# Baldwin County, AL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

40

## Baldwin County, AL (Detailed Portion 7)



Baldwin County, AL (Detailed Portion 8)





## Baldwin County, AL (Detailed Portion 9)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

43

Baldwin County, AL (Detailed Portion 10)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

44

## Baldwin County, AL (Detailed Portion 11



Public
Zone A1
Zone A2
Zone B1
Zone B2

45

## Baldwin County, AL (Detailed Portion 12)



# Baldwin County, AL (Detailed Portion 13)



Public
Zone A1
Zone A2
Zone B1
Zone B2

47

025402

## Baldwin County, AL (Detailed Portion 14)



## Baldwin County, AL (Detailed Portion 15)



## Baldwin County, AL (Detailed Portion 16)



## Escambia County, FL (Entire County)





51

## Escambia County, FL (Detailed Portion 1)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

52

## Escambia County, FL (Detailed Portion 2)



## Escambia County, FL (Detailed Portion 3)



## Escambia County, FL (Detailed Portion 4)



## Escambia County, FL (Detailed Portion 5)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

56

## Escambia County, FL (Detailed Portion 6)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

57

## Escambia County, FL (Detailed Portion 7)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

58

025413

## Escambia County, FL (Detailed Portion 8)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

59

025414

## Escambia County, FL (Detailed Portion 9)



Public
Zone A1
Zone A2
Zone B1
Zone B2
60

025415

## Santa Rosa County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

61

## Santa Rosa County, FL (Detailed Portion 1)



## Santa Rosa County, FL (Detailed Portion 2)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

63

## Santa Rosa County, FL (Detailed Portion 3)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

64

## Santa Rosa County, FL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

65

# Okaloosa County, FL (Entire County)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

66

## Okaloosa County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

67

## Okaloosa County, FL (Detailed Portion 2)



## Okaloosa County, FL (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

69

## Walton County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

70

## Walton County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

71

025426

## Walton County, FL (Detailed Portion 2)



| | Public |
| --- | --- |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

72

## Walton County, FL (Detailed Portion 3)



## Walton County, FL (Detailed Portion 4)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B1 |
| | Zone B2 |

74

## Walton County, FL (Detailed Portion 5)



Public
Zone A1
Zone A2
Zone B1
Zone B2

75

## Walton County, FL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

76

## Walton County, FL (Detailed Portion 7)



## Walton County, FL (Detailed Portion 8)



025433

## Walton County, FL (Detailed Portion 9)



Public
Zone A1
Zone A2
Zone B1
Zone B2

79

## Walton County, FL (Detailed Portion 10)



## Walton County, FL (Detailed Portion 11)



## Walton County, FL (Detailed Portion 12)



| | Public |
|---|---|
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

82

## Bay County, FL (Entire County)



## Bay County, FL (Detailed Portion 1)



# Bay County, FL (Detailed Portion 2)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

85

025440

## Bay County, FL (Detailed Portion 3)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

86

## Bay County, FL (Detailed Portion 4)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

87

025442

## Bay County, FL (Detailed Portion 5)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

## Bay County, FL (Detailed Portion 6)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

## Bay County, FL (Detailed Portion 7)



Public
Zone A1
Zone A2
Zone B1
Zone B2

## Bay County, FL (Detailed Portion 8)



## Bay County, FL (Detailed Portion 9)



Public
Zone A1
Zone A2
Zone B1
Zone B2

# Bay County, FL (Detailed Portion 10)



## Bay County, FL (Detailed Portion 11)



Public
Zone A1
Zone A2
Zone B1
Zone B2

94

025449

# Bay County, FL (Detailed Portion 12)



## Bay County, FL (Detailed Portion 13)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

96

025451

## Bay County, FL (Detailed Portion 14)



| Public |
| Zone A1 |
| Zone A2 |
| Zone B1 |
| Zone B2 |

97

025452

## Bay County, FL (Detailed Portion 15)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

98

025453

## Bay County, FL (Detailed Portion 16)



Public
Zone A1
Zone A2
Zone B1
Zone B2

025454

## Bay County, FL (Detailed Portion 17)



Public
Zone A1
Zone A2
Zone B1
Zone B2

## Bay County, FL (Detailed Portion 18)



025456

## Bay County, FL (Detailed Portion 19)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

102

## Bay County, FL (Detailed Portion 20)



## Gulf County, FL (Entire County)



## Gulf County, FL (Detailed Portion 1)



## Gulf County, FL (Detailed Portion 2)



## Gulf County, FL (Detailed Portion 3)



## Gulf County, FL (Detailed Portion 4)



## Gulf County, FL (Detailed Portion 5)



## Gulf County, FL (Detailed Portion 6)



025465

## Gulf County, FL (Detailed Portion 7)



Public
Zone A1
Zone A2
Zone B1
Zone B2

111

# Gulf County, FL (Detailed Portion 8)



025467

## Gulf County, FL (Detailed Portion 9)



025468

## Gulf County, FL (Detailed Portion 10)



## Gulf County, FL (Detailed Portion 11)



Public
Zone A1
Zone A2
Zone B1
Zone B2

115

# Gulf County, FL (Detailed Portion 12)



Public
Zone A1
Zone A2
Zone B1
Zone B2

116

## Gulf County, FL (Detailed Portion 13)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

117

## Gulf County, FL (Detailed Portion 14)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

118

## Franklin County, FL (Entire County)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

119

# Franklin County, FL (Detailed Portion 1)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

120

## Franklin County, FL (Detailed Portion 2)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

121

## Franklin County, FL (Detailed Portion 3)



## Franklin County, FL (Detailed Portion 4)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

123

025478

## Franklin County, FL (Detailed Portion 5)



## Franklin County, FL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

125

## Franklin County, FL (Detailed Portion 7)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

126

## Franklin County, FL (Detailed Portion 8)



## Franklin County, FL (Detailed Portion 9)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

128

025483

## Franklin County, FL (Detailed Portion 10)



## Franklin County, FL (Detailed Portion 11)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

130

## Franklin County, FL (Detailed Portion 12)



## Franklin County, FL (Detailed Portion 15)



025487

## Franklin County, FL (Detailed Portion14)



## Franklin County, FL (Detailed Portion 15)



## Franklin County, FL (Detailed Portion 16)



## Franklin County, FL (Detailed Portion 17)



Public
Zone A1
Zone A2
Zone B1
Zone B2

136

# Franklin County, FL (Detailed Portion 18)



Public
Zone A1
Zone A2
Zone B1
Zone B2

137

025492

## Franklin County, FL (Detailed Portion 19)



# Franklin County, FL (Detailed Portion 20)



Public
Zone A1
Zone A2
Zone B1
Zone B2

139

025494

## Wakulla County, FL (Entire County)



025495