# Exhibit 07A

## Douglas, Charles W

| | |
|---|---|
| **Attachments:** | BP's Response to Class Counsel's December 16 Request for Policy Determin....ZIP |

**From:** Holstein, Mark E
**Sent:** Tuesday, January 08, 2013 8:16 PM
**To:** Patrick Juneau; Michael Juneau
**Cc:** Christine Reitano; Jim Roy; 'Steve Herman'; lgreer@browngreer.com; Orran Brown; Godfrey, Richard C.; Lennard, Jeffrey; Moskowitz, Keith; Cantor, Daniel A.
**Subject:** Reply to submission of Class Counsel 12/16/12

Pat, Mike and Friends,

Please see attached. As always, we would be pleased to discuss. Thanks.

<<BP's Response to Class Counsel's December 16 Request for Policy Determin....ZIP>>

**Mark Holstein**
BP Legal
501 Westlake Park Blvd.
Houston, Texas 77079
Phone: 281-366-8895
Mobile: 630-362-8167