# Exhibit 08B

On January 11, 2013, BP met with Class Counsel to discuss the Class Counsels' letter to you of December 16, 2012 and BP's January 9, 2013 response regarding the measurement of revenue and corresponding variable expenses and their comparison in the pre and post-spill periods. BP presented the proposals set forth in its letter of January 9, 2013 (the "Proposals").

As we explained in our January 9, 2013 letter, the plain application of the Settlement Agreement, which is consistent with basic principles of evaluating a firm's performance, dictate that revenues and corresponding expenses be properly determined and matched in order to calculate actual lost profits under Exhibit 4C. BP's Proposals set forth specific methods for an efficient and fair determination to measure any reduction of variable profit. Class Counsel were not willing to accept the Proposals. Notwithstanding the reasonableness and efficiency of these Proposals, in a further effort to facilitate a resolution of this issue, BP outlined in general terms a series of plainly ascertainable triggers/thresholds which would identify the specific claims for which the Settlement Program would apply the Proposals. Essentially, this approach would identify those claims with recorded revenues and/or expenses that are sufficiently irregular such that the further analysis of the claim is warranted. Class Counsel did not express an interest in further exploring the application of these triggers/thresholds to augment the Proposals.

Because the additional application of triggers/thresholds result in reducing the number of claims being subject to further review, we present proposed triggers/thresholds below for the Settlement Program's consideration.[1] Application of the triggers/thresholds in conjunction with the Proposals will further enable the Settlement

---

[1] As noted above, BP only generally outlined these triggers/thresholds for Class Counsel, but did not present the triggers/thresholds below in full.

1

Program to timely and efficiently make claims determinations in accordance with terms of the Settlement Agreement.

BP proposes the Settlement Program utilize three threshold tests to determine whether further matching of revenue to corresponding variable expenses is required:

First, additional scrutiny should occur for claims in which the claimant's monthly P&L statements report revenue in one month (or a small number of months) that is in excess of a specified percentage of the claimant's annual total revenue for 2010 and/or any of the Benchmark Period years. Where the revenue of a business is concentrated in one (or a few) months on an inconsistent annual basis, there is a likelihood the revenue reported for the month was earned over a longer period of time. The threshold would be set in a manner that ensures that normal seasonal variations in revenue would not trigger a supplemental review. This threshold test can readily be implemented by the Settlement Program because the PwC Excel workbook used to process claims already includes entries reporting the claimant's monthly revenue and total revenue for 2010 and the Benchmark Period years.

Second, additional scrutiny should occur for claims in which the claimant's monthly P&L statements report a negative variable profit in any month of 2010 and/or the Benchmark Period years. Negative variable profit occurs when revenue fails to cover variable costs. The existence of a negative variable profit in a month suggests that reported revenue is not properly matched to corresponding variable costs because a business would not be expected to undertake activities that fail to cover their variable costs. However, negative variable profits may occur when firms report corrections to revenue and expenses from prior months or record expenses that are properly considered

to be incurred over a longer period. Simply put it is unlikely a firm is going to be selling its product or offering its services at a loss, rather it is likely there is a mismatch of revenues and corresponding variable expenses. This threshold test for further claim review is easy for the Settlement Program to implement. The PwC Excel workbook used to process claims already calculates the variable profit for each month of 2010 and the Benchmark Period years.

Third, additional scrutiny should occur for claims in which there is a wide variation in the monthly variable profit margin (expressed as a percentage of revenue) within a given year. Volatility in a firm's variable profit margin indicate that reported costs vary widely from month-to-month in a manner unrelated to revenue. Dramatic swings in variable profit margin suggest that revenue is not properly matched to corresponding variable costs. Under this test, a claim should be subject to further scrutiny if in 2010 and/or any of the Benchmark Period years the difference between the variable profit margin for the months with the highest and lowest variable profit margin exceeds a specified range. The threshold would be sufficient wide so that typical month-to-month variations in variable profit margins would not trigger a supplemental review. This too is any easy test for the Settlement Program to implement. The PwC Excel workbook used to process claims already reports the variable profit percentage for each month of 2010 and the Benchmark Period years.