# Exhibit 09A

## Douglas, Charles W

| | |
|---|---|
| **From:** | Moskowitz, Keith [keith.moskowitz@snrdenton.com] |
| **Sent:** | Tuesday, January 15, 2013 9:37 AM |
| **To:** | #DWH Settlement Team |
| **Subject:** | FW: January 15, 2013 Policy Announcement |
| **Attachments:** | BROWNGREER-#418993-v1-CA_Policy_Announcement-1-15-13.DOCX |

Keith Moskowitz
SNR Denton US LLP
D +1 312 876 8220
M +1 312 758 9732
F +1 312 876 7934
keith.moskowitz@snrdenton.com
snrdenton.com

**SNR DENTON**

233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

**For more information on our pending combination, please visit www.dentonscombination.com**

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

**From:** Rebecca Foreman [mailto:rforeman@dheclaims.com] **On Behalf Of** Patrick Juneau
**Sent:** Tuesday, January 15, 2013 9:33 AM
**To:** Mark Holstein (Mark.Holstein@bp.com); Moskowitz, Keith; 'James Roy (jimr@wrightroy.com)' (jimr@wrightroy.com); Steve Herman (SHERMAN@hhklawfirm.com)
**Cc:** Orran L. Brown; Lynn Greer (lgreer@browngreer.com); Michael J. Juneau (MJJ@juneaudavid.com) (MJJ@juneaudavid.com); Christine Reitano
**Subject:** January 15, 2013 Policy Announcement

Gentlemen:

The Claims Administrator has thoroughly considered the submissions of both Parties regarding the proper measurement of revenue and expenses for those BEL claimants with particularly variable revenues.  This is an issue that has particular relevance to claimants who are attorneys, construction companies or farming enterprises.  The Claims Administrator recognizes that the straightforward application of the Settlement Agreement's compensation formula to claimants in these industries can result in awards that appear disproportionate when compared to award amounts for claimants in other industries.  BP has proposed alternative frameworks whereby claims within these industries would be carved out for additional analysis and/or a revised analysis would be utilized to compute compensation for certain types of claims. The Claims Administrator recognizes that the type frameworks proposed by BP constitute a reasonable approach to evaluating such claims.  But the Claims Administrator does not view it within his authority to carve out specific types of claims in this fashion nor to apply a revised formula or analysis for selected types of claimants.  The specific charge to the Claims Administrator is to apply the terms of the Settlement Agreement *as written*.  When so applied in this instance, the result can be disproportionate awards for certain types of claims.  Though the Claims Administrator acknowledges that the type approach proposed by BP is a reasonable one, he does not believe it within his authority to implement such an approach absent agreement of the parties or express direction from the Court.

Attached is the Claims Administrator's Policy Announcement of January 15, 2013, which sets forth my policy decision on this issue.

Thanks,
Patrick A. Juneau
Claims Administrator



504-934-4999

**935 Gravier Street, Ste. 1905**
**New Orleans, LA  70112**
**pjuneau@dheclaims.com**

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.