# Exhibit 10A

# Douglas, Charles W

| Attachments: | image001.png; ATT00001.htm; Panel Referral - Matching of Revenue & Expenses.pdf; ATT00002.htm |
|---|---|

```
From: "Patrick Juneau" <pjuneau@dheclaims.com<mailto:pjuneau@dheclaims.com>>
To: "carl_barbier@laed.uscourts.gov<mailto:carl_barbier@laed.uscourts.gov>"
<carl_barbier@laed.uscourts.gov<mailto:carl_barbier@laed.uscourts.gov>>
Cc: "'Magistrate Sally Shushan
(Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>)'"
<Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>>,
"mark.holstein@bp.com<mailto:mark.holstein@bp.com>"
<mark.holstein@bp.com<mailto:mark.holstein@bp.com>>, "Moskowitz, Keith"
<keith.moskowitz@snrdenton.com<mailto:keith.moskowitz@snrdenton.com>>, "Daniel Cantor
(Daniel.Cantor@aporter.com<mailto:Daniel.Cantor@aporter.com>)"
<Daniel.Cantor@aporter.com<mailto:Daniel.Cantor@aporter.com>>, "'James Roy
(jimr@wrightroy.com<mailto:jimr@wrightroy.com>)'"
<jimr@wrightroy.com<mailto:jimr@wrightroy.com>>, "Steve Herman
(SHERMAN@hhklawfirm.com<mailto:SHERMAN@hhklawfirm.com>)"
<SHERMAN@hhklawfirm.com<mailto:SHERMAN@hhklawfirm.com>>, "'Joseph Rice
(jrice@motleyrice.com<mailto:jrice@motleyrice.com>)'"
<jrice@motleyrice.com<mailto:jrice@motleyrice.com>>, "'Calvin Fayard
(calvinfayard@fayardlaw.com<mailto:calvinfayard@fayardlaw.com>)'"
<calvinfayard@fayardlaw.com<mailto:calvinfayard@fayardlaw.com>>, "Christine Reitano"
<creitano@dheclaims.com<mailto:creitano@dheclaims.com>>, "Michael Juneau"
<mjuneau@dheclaims.com<mailto:mjuneau@dheclaims.com>>, "Orran L. Brown"
<OBrown@browngreer.com<mailto:OBrown@browngreer.com>>, "'Lynn Greer
(lgreer@browngreer.com<mailto:lgreer@browngreer.com>)'"
<lgreer@browngreer.com<mailto:lgreer@browngreer.com>>
Subject: DWH - Referral of Issue from Panel (Matching of Revenue and Expenses)
```

Dear Judge Barbier:

The Parties have encountered an issue concerning implementation of the Settlement Agreement on which unanimous panel agreement could not be reached, and referral of that issue to the Court has been requested.

Attached you will find the following:

(1)    Input of Class Counsel on this issue.
(2)    Input of BP on this issue.
(3)    Supplemental input of BP on this issue.
(4)    Email of Claims Administrator to the Parties with attached position of Claims Administrator.

We understand that the Parties will coordinate directly with the Court with regard to a schedule for additional submissions prior to the Court hearing on this issue.

This matter is set to be heard by the Court at 1:30 pm on Thursday, January 24, 2013.


[Signature - Pat]

935 Gravier Street, Ste. 1905
New Orleans, LA  70112
pjuneau@dheclaims.com<mailto:pjuneau@dheclaims.com>

1

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.