# Exhibit 11A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Richard C. Godfrey, P.C.
To Call Writer Directly:
(312) 862-2391
richard.godfrey@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

January 23, 2013

*IN CAMERA*

The Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: *In Camera* January 24, 2013 Discussion of Settlement Implementation

Dear Judge Barbier:

In anticipation of our *in camera* setting tomorrow afternoon during which the parties (Class Counsel, BP and the Claims Administrator) will meet to discuss the Settlement Agreement's implementation issue with respect to the Business Economic Loss Compensation Framework in Exhibit 4C to the Agreement, for the convenience of the Court, we thought it might be helpful to share in advance a power point/handout of what we intend to cover tomorrow during our presentation (copy enclosed).

Also, we have conferred not only with our Settlement Team accounting and financial experts regarding this issue, but have reached out to other accounting experts in the most relevant fields (farming, construction contractors, and professional services). Enclosed as well for the Court's consideration are expert declarations from accounting experts in those fields, which elaborate--if the Court needs further elaboration--on the Settlement implementation issue from an accountancy and financial performance perspective. Finally, the parties' *in camera* submissions refer to the Settlement Program's October 8, 2012 Policy Statement. But it is unclear whether the Court has been provided with that, and thus we also have included a copy of that Statement.

Respectfully submitted,

Richard C. Godfrey

RCG/sm

Hong Kong   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Carl J. Barbier
January 23, 2013
Page 2

cc:    Honorable Sally Shushan
        Honorable Pat Juneau
        Messrs. Herman, Roy, Fayard and Rice (Class Counsel)