# Exhibit 13

**ACCOUNTING PRINCIPLES**

## 1. Variable Profit Definition

*Ex. 4C defines Variable Profit as a calculation*:

"This is calculated for both the Benchmark Period and the Compensation Period as follows:  1. Sum the monthly revenue over the period.  2. Subtract the corresponding variable expenses from revenue over the same time period."  p. 2

*Accounting Literature definition of "variable profit"*:

"The contribution of a given segment of sales to cover fixed costs and provide a profit is known by various names as marginal income, ***variable profit*** or contribution margin.  ***It is obtained by deducting from sales revenue for a particular segment of the business the variable costs that relate to that revenue.***"  Manash Dutta, *Cost Accounting: Principles and Practice*, Pearson, 2003.  P. 15.4 (emphasis added).

*Variable Profit cannot be calculated from cash basis financial statements when revenues and expenses are mismatched:*

"Thus, a major difference between accrual accounting and accounting based on cash receipts and outlays is timing of recognition of revenues, expenses, gains, and losses.  ***A report showing cash receipts and cash outlays of an enterprise for a short period cannot indicate how much of the cash received is return of investment and how much is return on investment and thus cannot indicate whether or to what extent an enterprise is successful or unsuccessful.***"  FASB CON 6, Recognition, Matching , and Allocation, p. 6-35 (emphasis added).

"***The result of 'matching' the revenues with the expenses incurred to create the revenues is a much more realistic reflection of net income for the period***."  Farm Financial Standards Council (FFSC), Financial Guidelines for Agricultural Producers, Appendix E p. E1 (emphasis added).

"***Cash basis accounting can also delay recognition of profits*** during periods of business growth and recovery.  Such delay in recognizing profitability problems is due to the length of the business's cash conversion cycle, i.e., the time from the start of the production process until cash is finally received from the sale of the output."   Farm Financial Standards Council (FFSC), Financial Guidelines for Agricultural Producers, Appendix E p. E1 (emphasis added).

## 2. BEL Framework requires identifying when revenue is "earned."

*Ex. 4C BEL requires*:

-- identifying "actual profit" compared to "the profit the claimant might have expected to earn in the comparable post-spill period of 2010."

-- determining Variable Profit by "sum the monthly revenue over the period."

*Cash basis accounting focuses on timing of cash payments rather than when revenue is earned*:

"However, a few firms for various reasons, prepare their financial statements on the accrual basis because it presents a more realistic (economic) picture of the firm for the reporting period.  Generally accepted accounting principles (GAAP) are predicated on the accrual basis of accounting.  ***Accrual accounting recognizes revenue and the related assets when earned rather than when received and recognizes expenses when the obligation is incurred rather than when paid.***"  PriceWaterhouseCoopers ("PwC"), Law Firm Accounting and Financial Management, Fifth Edition, 2012 (distinguishing cash vs. accrual basis of accounting)  *1.04 Accrual Basis vs. Cash Basis*. P. 1-5 (emphasis added).

"***The modified cash basis policy followed by the partnership differs from generally accepted accounting principles because:  (1) fees for professional time and other services are recorded as revenues when received rather than when earned***; (2) leasehold improvements are amortized over tax lives, which are longer than economic lives; and (3) expenses are recorded when paid rather than when incurred."   PriceWaterhouseCoopers ("PwC"), Law Firm Accounting and Financial Management, Fifth Edition, 2012 (distinguishing cash vs. accrual basis of accounting) P. 2-10 (emphasis added).

2

### 3.  The BEL requirement to subtract "corresponding variable expenses" from "revenue over the period" is consistent with fundamental accounting principles.

This BEL requirement is consistent with the widely accepted accounting principle which "***dictates that efforts (expenses) be matched with accomplishment (revenues) whenever it is reasonable and practicable to do so.***"   <u>Intermediate Accounting</u>, Tenth Edition, Kieso, Weygandt, and Warfield, p. 46.

"Matching of costs and revenues is simultaneous or combined recognition of the revenues and expenses that result directly and jointly from ***the same transactions or other events***." FASB CON 6, "Recognition, Matching and Allocation," p. 6-35 (emphasis added).

"The result of 'matching' the revenues with the expenses incurred to create the revenues is a much more realistic reflection of net income for the period."  Farm Financial Standards Council (FFSC), Financial Guidelines for Agricultural Producers, Appendix E p. E1.