# Exhibit 15

**Lippert, Caroline P.**

| | |
|---|---|
| **From:** | Ben_Allums@laed.uscourts.gov |
| **Sent:** | Tuesday, February 05, 2013 6:03 PM |
| **To:** | Godfrey, Richard C. |
| **Cc:** | James Roy; pjuneau@dheclaims.com; Sally Shushan (sally_shushan@laed.uscourts.gov); Steve Herman |
| **Subject:** | Re: PSC-BP Settlement--Request for Informal Status |

Rick,
I will pass your request on to Judge Barbier and let you know what he says.

-Ben


Benjamin S. Allums
Judicial Law Clerk
Chambers of the Hon. Carl J. Barbier
United States District Court, Eastern District of Louisiana
(504) 589-7525



From: "Godfrey, Richard C." <rgodfrey@kirkland.com>
To:    "Ben_Allums@laed.uscourts.gov" <Ben_Allums@laed.uscourts.gov>
Cc:    "Sally Shushan (sally_shushan@laed.uscourts.gov)"
       <sally_shushan@laed.uscourts.gov>, Steve Herman
       <SHERMAN@hhklawfirm.com>, James Roy <JIMR@wrightroy.com>,
       "pjuneau@dheclaims.com" <pjuneau@dheclaims.com>
Date: 02/05/2013 06:01 PM
Subject:    PSC-BP Settlement--Request for Informal Status



Dear Ben:

I am writing to ask whether the Court could set an informal status in Chambers among the PSC, BP and Mr. Juneau concerning the BEL Compensation Framework issue as soon as possible--either tomorrow, Thursday or Friday of this week.  In light of the Court's January 30 e-mail, BP greatly would appreciate an opportunity to review with the Court and other parties the current status of the BEL issue, and receive the Court's guidance on possible next steps.  Thank you very much for considering our request; I look forward to hearing from you.

Respectfully,

Rick

Richard C. Godfrey, P. C.
Kirkland & Ellis LLP
300 North La Salle
Chicago, IL  60654
312-862-2391 DIRECT   | 312-862-2200 FAX
rgodfrey@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*