# Exhibit 19I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF HOLLY SHARP

I, Holly Sharp, submit this declaration in support of BP Defendants' Motion for Final Approval of *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended On May 2, 2012. I am over the age of 18, and the opinions, statements, and conclusions expressed in this declaration are my own.

### INTRODUCTION

1.  I am an independent expert retained by counsel for BP Exploration & Production Inc. and BP America Production Company, along with the other BP entities who have been named as defendants in the above-captioned litigation (collectively, "BP"), for the purpose of evaluating the proposed Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement Agreement") between BP and the Plaintiffs. This declaration is based upon my own personal experience, expertise, and analysis, except where otherwise indicated; and if called to testify I could testify to the opinions and analysis I set forth in this declaration.

Case 2:10-md-02179-CJB-DPC Document 8963-62 Filed 03/20/13 Page 3 of 3
Case 2:10-md-02179-CJB-SS Document 7114-18 Filed 08/13/12 Page 10 of 41

9

claimant to establish causation. Business claimants with declining revenues (of specific percentage amounts) that did not recover in 2011 still can meet the causation requirements if they meet additional tests and provide specified documentation. This also provides a reasonable alternative for businesses that do not meet the V-shaped revenue pattern test. The additional tests and documents required to establish causation for businesses with a downturn in total revenues after the spill but that did not show an upturn for the corresponding 2011 measurement period identify logical reasons the expected recovery might not have occurred -- such as, for example, road construction in front of a business or entry of a competitor. Claimants may also establish causation by providing contemporaneous written evidence of spill-related cancellations of reservations or contracts that the claimant was unable to rebook or replace. The causation tests specified in the Settlement Agreement are based on exactly the type of evidence I would use to determine whether lost revenues were caused by an event.

16. The Business Economic Loss framework also has a causation provision that is very favorable to very small businesses. It allows a small business (under $75,000 in revenue) located near a larger business that attracts customers who then also patronize the small business to rely on the larger business' causation. This is favorable to such small business because it simplifies and reduces its cost of establishing its claim which is likely to be small given its size.

17. Even though the causation tests assume the observed impact on the business is a function of the spill (rather than undertaking a specific analysis to confirm), ==once a business meets the causation requirements, for purposes of quantifying compensation, all revenue and variable profit declines during the claimant-selected compensation period are presumed to be caused by the spill, with no analysis required to determine whether the declines might have been due, at least in part, to other causes.== In a typical lost profit case, a detailed analysis of the