# Exhibit 19J



# APPEAL PANEL TRAINING

# DEEPWATER HORIZON ECONOMIC SETTLEMENT

**August 20, 2012**

1



# General BEL

### Variable Profit

1) Calculated for both Benchmark and Compensation Periods
2) Sum of monthly revenue minus variable expenses from revenue over the same time period

### Variable Margin

1) Calculated only for the Benchmark Period
2) Step 1: Sum Variable Profit from Benchmark Period
3) Step 2: Sum Total Revenue from Benchmark Period
4) Step 3: Variable Margin = % as Variable Profit calculated in Step 1 divided by total revenue calculated in Step 2

### Incremental Revenue

Claimant's revenue in a claimant-selected period of six, seven or eight consecutive months from Benchmark Period multiplied by Claimant-Specific Factor and General Adjustment Factor

2

# General BEL

| | LOSS CALCULATION |
|---|---|
| Step 1 | Calculate the difference in Variable Profit between the Compensation Period and the Variable Profit over the same months of the Benchmark Period |
| Step 2 | Calculate Claimant-Specific Factor and Incremental Revenue. Multiply Incremental Revenue by Variable Margin in the Benchmark Period |
| Step 3 | Add Step 1 to Step 2 to get Lost Variable Profits |
| Step 4 | Apply RTP, which varies depending on nature of claimant's business and Zone where business is located (See Exhibit 15) |
| Multi-Facility Businesses | 1. Separate claims – Apply RTP separately to each claiming Facility<br>2. Consolidated claim – RTP applied to Headquarters for entire claim |

3