# Exhibit 19S

# Fairness Hearing

November 8, 2012

| Mr. Roy | | |
|---|---|---|
| Page | Line | Text |
| 22 | 7-11 | Additionally, if there are disputes, if you will, in the mechanisms of the implementation of this settlement that BP and class counsel cannot resolve amicably, Mr. Juneau is empowered, as the administrator, to go directly to the Court and for the Court to settle these issues of policy |
| 22 | 17 - 18 | …this program is bound, and BP agreed to this, to be claimant friendly;… |
| 22 | 23-24 | …the settlement program is mandated to maximize claimant recovery. |
| 22 | 25 | It is mandated to give as much money in the most advantageous application of the Settlement Program's formula as is possible. |
| 23 | 12-14 | This Settlement Program compensates types of damages that the GCCF did not and that are not even recognized by OPA. |
| Mr. Herman | | |
| Page | Line | Text |
| 33 | 18 | A perfect example of that is the drawing of the zones.  There are complaints that the zones are not fair because the treat people differently. |
| 33 | 21-24 | Well, what if the class settlement treated everyone exactly the same?  They would be saying that that's not fair.  I'm a hotel on the coast, and you're going to treat me the same as construction company in Monroe? |
| 36 | 1-6 | Somebody can always point to an anomaly.  Somebody can always say, well, what about this business that's a few blocks away from that business?  But what is significant is that for every line that was drawn, we had the incentive, at every single line, to draw it further and further out, and BP had the incentive to push it back. |
| Mr. Godfrey | | |
| Page | Line | Text |
| 50 | 4 | …we agreed to enter into two comprehensive and historic settlement agreements designed to fairly and generously compensate the legitimate claims of those who were injured as a result of the oil spill in this tragic casualty. |
| 51 | 15-18 | Now, before the Court today is an extensive detailed evidentiary record against which the fairness, adequacy and reasonableness of the economic loss settlement is to be measured. |

|   |   |   |
|---|---|---|
| 54 | 18 | We believe that it's fair, just and reasonable, and this process should not be interrupted or stopped based on the objections of the few for the purpose of injuring the many who need to be compensated now. |
| 55 | 7 | …62,020 total claimants thus far have made claims. |
| 66 | 13-17 | We have private expert data.  The parties had access to that throughout.  Of course, any claimant knows their own data, but we also had GCCF data that was published. |
| 66 | 20-25 | Every time I would sit down with Mr. Rice, I would say that can't be the way it works, and they'd bring Wally in.  He's an accountant.  He'd say I've gone through and prepared 800 claims for the GCCF.  Let me tell you how it works for the claimants in Alabama, how it works for the claimants in Louisiana, how it works for the claimants in Florida. |
| 67 | 1-10 | I got tired of seeing Wally because every time he came in, Wally would come in with stacks of documents, with financials from all these claimants that the PSC jointly represented.  So we not only had experts, we had people on both sides, but particularly the PSC, that had gone through thousands of claim files and could say, no, Mr. Godfrey, we are not going to do what Ms. Bloom wants to do because that's not the way it works for the beachfront communities who have this type of business. |
| 67 | 12-13 | It was frustrating from my perspective, Your Honor, but they did a very good job. |
| 67 | 22 | We sent experts out.  We had experts do drive-bys on wetlands. |
| 68 | 22 | We're presuming causation for whole sections of the Settlement Class depending on where you reside and the nature of your business. |
| Mr. Juneau |   |   |
| Page | Line | Text |
| 83 |   | All of these models and the testing, then, we developed internally.  The court-appointed system developed that.  We then made that accessible to the plaintiffs.  We made that accessible to BP.  Both of them did their independent checking.  The object, again was, it was our program but if someone saw a bug in the program we have that is inconsistent with what was outlined in the Settlement Agreement we want to know about it. |
| 85 |   | So the net result is 1.3 plus billion have been processed by this activity since the inception of this program which started on June 4th. |
| Mr. Roy |   |   |
| Page | Line | Text |
| 159 | 8 | So transparency was critical.  To have it transparent, you had to have your compensation and your causation calculation formulas objectively ascertainable.  They are.  That's what the Settlement does.  If you've got the data you plug it in.  It will tell you whether or not the BEL model, or what not whether or not you've got compensation, whether you've got causation and then whether or not you've got compensation. |

| 160 | | But the unique thing here is that every claim coming into this program can be objectively determined using the formulas. |
|---|---|---|
| **Mr. Godfrey (Addressing the Zones)** | | |
| **Page** | **Line** | **Text** |
| 169 | 9 | It's not only common sense; it's economic reality. That's just the reality. The further north you go the further away from the beaches, the less impact. They were a product of arm's length negotiations informed by local experts. |
| 169 | 15 | We had people on our team, people on their team, and experts who did the drive-arounds. |
| 169 | 18-22 | Third, the experts have looked at it, they agree. These are experts with deep experience and from the region. Finally, they're the Zones most likely to have been injured. |