# Exhibit 19Y

AFFIDAVIT

PARISH OF ORLEANS

STATE OF LOUISIANA

Before me, the undersigned authority, personally came and appeared Harold A. Asher who after being duly sworn did depose and state:

1. That he is a Certified Public Accountant, Certified Valuation Analyst, Accredited in Business Valuation and Certified in Financial Forensics by the American Institute of Certified Public Accountants, a Forensic Certified Public Accountant and a Certified Fraud Examiner.

2. That his most recent Curriculum Vitae is attached hereto.

3. That he has rendered professional accounting services and business and litigation consulting services to hundreds of businesses in various fields including, but not limited to, construction companies, agricultural entities, professional services firms (law firms and physicians, for example) retail operations, wholesale operations and tourism related entities.

4. That he has extensively analyzed the *Deepwater Horizon* Economic and Property Damages Settlement Agreement ("Agreement") and has discussed its terms in great detail and at length with attorneys and claimants, Program Vendors and other CPAs.

5. That he has been retained by claimants and numerous attorneys to calculate the amount due to the claimants under the terms of the Agreement and to assist with the submission of the claims to the Court-Supervised Settlement Program.

6. That he has reviewed the January 8, 2013 "BP's Response To Class Counsel's December 16, 2012 Request for Policy Determination" and BP's supplemental submission of January 11, 2013.

7. That BP's accounting methodology proposed in their Response is inconsistent with the cash basis of accounting, the accrual basis of accounting using Generally Accepted Accounting Principles or any other accounting model.

8. That BP's accounting methodology proposed in their Response is not objective but requires both the Claimants and the Program Vendors to make **subjective** determinations or "guesstimates" relying, in many cases, on nonexistent or fictional support.

For example, there is no acceptable income revenue recognition methodology for allocating revenue to a particular month when the ultimate revenue is unknown. The Program Vendors and Claimants would each be required to use subjective determinations to estimate the amount of contingency revenue for an attorney who began work on a case during 2009 that has not and will not settle that case before 2015. The ultimate fee could be material. There could be substantial work during 2009, no work in 2010, substantial work in 2011 and a material settlement with little work in 2015. This scenario could cause an attorney who would otherwise fail causation using the cash approach to now pass causation and have a substantial claim under the Agreement using BP's proposed methodology. At the time of claim submission, the Program Vendors and Claimants are required to not only project and agree upon the amount of the contingency fee to be ultimately earned in 2015, but also to project the amount of work to be performed by the attorney claimant. That particular process as proposed by BP is nonsensical.

9. That BP's accounting methodology proposed in their Response is impractical, unworkable and inconsistent with the terms of the Agreement.

10. That he has prepared claims under the Settlement Agreement for other Claimants using the cash basis of accounting as contemporaneously prepared by the Claimants in this matter which the Settlement Program recognized and determined to be appropriate and which BP has accepted (i.e., not appealed or dropped their appeal) and allowed to be paid.

11. That BP's accounting methodology proposed in their Response creates two separate evaluation models for claims under the exact same Settlement Agreement Economic Loss Frameworks:

        a. Claims processed using objective criteria that have adequate documentary support such as income tax returns and contemporaneously prepared financial statements using widely accepted accounting methodology such as the cash basis or GAAP or

        b. Claims processed using the methodology currently proposed by BP for which adequate support does not exist, uses an arbitrary and contrived accounting methodology based upon "make believe" formulas and impossibly determined timing and amount allocations and "crystal ball" projections about future revenues and expenses.

12. That the BP suggested method is nonsensical in that there is no ability to determine the appropriate revenue or variable expense on a monthly basis.

13. That the BP suggested method would require all claimants to submit claims using a methodology for which support may not be available and for which there is no contemporaneously prepared information.

14. That the BP suggested method would also discriminate against Claimants who have already been paid by BP and signed final releases. The use of the BP suggested method may also have resulted in greater amounts owed those Claimants which those Claimants are unable to receive as final releases have been executed. In order to fairly implement the BP suggested method, BP would properly reopen the claim process to those Claimants who have executed final releases using objective accounting methodologies and contemporaneously prepared and supported documentation and tax returns who wish to use the subjective methodology proposed by BP currently.

15. That the threshold tests proposed by BP in its January 11, 2013 supplemental submission are arbitrary and not reflected in the Agreement.

16. That Judge Barbier and BP's own economist have determined that the Agreement executed by BP (without the threshold tests or "voodoo" accounting methodology proposed by BP currently) is fair, adequate and reasonable.

17. Based on the Response and supplemental submission I have reviewed, (as well as several Appeal Notices submitted to the Program by BP), it is my opinion that BP wants to effectively rewrite the Agreement with a subjective and inherently unworkable methodology.

_____
Harold A. Asher

Sworn to and subscribed before me this _15_ day of January, 2013.

_____
Notary Public

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

**Professional & Business History**

Harold A. Asher, CPA, L.L.C., January 2, 2002 to present
Katz & Asher, Ltd. (A Corporation of Certified Public Accountants and Consultants), Co-founder and partner from October 1979 through December 31, 2001
Koltun & Buckman, Ltd., (1978 to 1979)
Price Waterhouse & Co., (1975 to 1978)

**Education**

Masters of Business Administration, Tulane University, May 1975 with concentration in accounting and finance
President of local Chapter of Beta Alpha Psi, national honorary accounting society
Bachelor of Science with major in Biology, Tulane University, May 1973
Professional education includes at least 40 hours annually

**Range of Experience**

The services that Mr. Asher has rendered include compilations, reviews and audits of financial statements; individual, corporate, fiduciary, partnership and estate tax planning and compliance; financial and pension consulting and planning, litigation support and business valuation services.

His financial consulting experience consists of the analysis of proposed investment vehicles (including, but not limited to, marketable and closely-held stocks, tax favored investment strategies, bonds and limited partnerships) and assistance in developing a suitable portfolio which meets the client's specific objectives for liquidity, diversification, risk and return. I have designed and reviewed internal accounting control systems. This work includes defining weaknesses and implementing recommendations to correct them.

He has experience in pension consulting and compliance includes analysis of the client's retirement objectives, investment criteria and determination of the cost of funding the non-owner employee benefit. I have performed administrative services including preparation of Form 5500C/R (Return/Report of Employee Benefit Plan), participants' statements, summary annual reports, Balance Sheets and Statements of Income and Expenses for approximately 40 plans.

Mr. Asher's litigation support and business valuation services include examination and analysis of data, calculations and formulation of projections, assistance in the discovery process, negotiations, depositions and trial testimony.

Mr. Asher has extensive consulting and business valuation experience in various areas including, but not limited to, valuation of medical and legal entities, valuation of commercial business entities, valuation of ownership interest in real estate limited partnerships, valuation of

*Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

family limited partnerships, valuation of limited liability companies, valuation of participant interest in pension plans, calculation of income for child support purposes, calculation of damages resulting from securities transactions, asset allocation and suitability determination in securities litigation, accounting malpractice claims, calculation of damages resulting from personal injuries, calculation of lost profits, calculation of present value of projected future medical costs, calculation of damages in commercial matters, calculation of damages in construction related matters, calculation of losses relating to business interruption matters, fraud investigation and forensic accounting.

**Qualifications**

Mr. Asher is qualified as an expert witness in the United States District Court, Eastern and Western Districts of Louisiana , the United States Bankruptcy Court, Eastern and Middle Districts of Louisiana and Middle District of Tennessee, the 1st Judicial District Court for the Parish of Caddo, the 24th Judicial District Court for the Parish of Jefferson, the Civil District Court for the Parish of Orleans, the 22nd Judicial District Court for the Parish of St. Tammany, the 19th Judicial District Court for the Parish of East Baton Rouge, the 29th Judicial District Court for the Parish of St. Charles, the 18th Judicial District Court for the Parish of Iberville, the 34th Judicial District Court for the Parish of St. Bernard, the 23rd Judicial District Court for the Parish of St. James, the 15th Judicial District Court for the Parish of Lafayette, the 4th Judicial District Court for the Parish of Ouachita, various National Association of Securities Dealers (NASD) proceedings and various American Arbitration Association (AAA) proceedings.

He has been selected by the United States Department of Justice to calculate damages in criminal matters.

He served as financial advisor for the Louisiana Stadium and Exposition District and New Orleans Convention and Visitors Bureau.

Mr. Asher has also served as financial consultant in connection with the relocation of the Charlotte Hornets of the National Basketball Association to New Orleans.

Mr. Asher has provided investment advice to clients since 1979. He owned and managed a Registered Investment Advisory firm (K & A Capital Management) during the period 1999 through 2004.

**Testimony and/or Deposition Experience**

Mr. Asher has testified as an expert at trial and/or been deposed within the preceding four years in the following matters:

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

In the Matter of the Arbitration Between William Aaron Bennett, William J. Bennett, William E. Edwards, Jr. Stephen Scott Sewell, BNOB Construction Services, LLC, Claimants against Home Solutions of America, Inc., Home Solutions Restoration of Louisiana, Inc., Respondents
*American Arbitration Association* (deposition and arbitration testimony December 2008)

Tommy Alphonso v Esfeller Oil Field Construction, Inc.
*United States District Court for the Southern District of Alabama* (trial testimony January 2009)

OCA, Inc., a Delaware Corporation and Orthodontic Centers of Georgia, Inc. a Delaware Corporation vs Kevin Eatmon, D.D.S. and Kevin Eatmon, D.D.S., LLC a Georgia Limited Liability Company
*United States Bankruptcy Court for the Eastern District of Louisiana* (deposition February 2009)

James H. Greer v Banc One Investment Advisors Corporation, et al
*333rd Judicial District Court for the County of Harris, Texas* (deposition February 2009)

Interstate Restoration Group, Inc. v Al Copeland Investments, Inc. et al
*24th Judicial District Court for the Parish of Jefferson* (deposition March 2009)

Jacqueline T. Hodges and HRC Solutions, Inc. (formerly known as Med-Data Management, Inc. v Med Assets Net Revenue Systems, LLC (as Successor to Project Metro Acquisition, LLC) and MedAssets, Inc.
*United States District Court for the Northern District of Georgia, Atlanta Division* (deposition March 2009)

James E. Shields, Jr. and Shields & Shields, A Professional Law Corporation v Allstate Insurance Company and United States Internal Revenue Service
*United States District Court for the Eastern District of Louisiana* (deposition June 2009)

L. Havard Scott, III v Maryland Casualty Company, et al
*Civil District Court for the Parish of Orleans, State of Louisiana* (trial testimony June 2009)

Berk-Cohen Associates, LLC v Landmark American Insurance, Co.
*United States District Court for the Eastern District of Louisiana* (deposition July 2009 & trial testimony January 2010)

Marc King v Five Star Associates, Inc. a Mississippi Corporation, Five Start Resorts, LLC. a Mississippi Limited Liability Company; Diversified Funding, Inc., a Mississippi Corporation; James Eby, Kele Eby and John/Jane Doe Defendants 1-5
*In the Chancery Court of Harrison County, Mississippi, First Judicial District* (deposition July 2009)

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Interdiction of: Harold Otis Wright
*21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana* (deposition August 2009)

Robert Jacob McGee v Rowan Companies, Inc.
*United States District Court for the Eastern District of Louisiana* (trial testimony August 2009)

Standard Building Company, Inc. v CCB of Bossier City, LLC
*American Arbitration Association Construction Tribunal* (testimony September 2009)

Robert Bauman v Stacey Williams, et al
*Civil District Court for the Parish of Orleans, State of Louisiana* (deposition November 2009)

Mary Blue v Loyola University of New Orleans
*Civil District Court for the Parish of Orleans, State of Louisiana* (depositions November 2009 & January 2010)

Daniel J. Regan, et al v Starcraft Marine, LLC, et al
*United States District Court for the Western District of Louisiana* (deposition December 2009 and video taped testimony July 2010)

Aaron LaFrance v The National Railroad Passenger Corporation d/b/a Amtrak
*United States District Court for the Eastern District of Louisiana* (deposition January 2010)

Paul and Kathleen Lahare v Robert McCullough and Edward Jones
*FINRA Dispute Resolution Case No. 09-00303 before the Financial Regulatory Authority* (testimony March 2010)

Clyde Lee Breechen, Jr. and Louisiana Sports Enterprises, Inc. v The News Group, LLP
*29th Judicial District Court for the Parish of St. Charles* (trial testimony March 2010)

Lourdes Ibarra Escamilla v Michelin North America, Inc. and Kent Tire Co., Inc.
*143rd Judicial District Court of Ward County, Texas* (deposition March 2010)

Cheryl Bourgeois v Rouse's Enterprises, LLC et al
*24th Judicial District Court for the Parish of Jefferson, State of Louisiana* (deposition March 2010 & trial testimony April 2011)

Eletria Wallace v Roland Rockemann, Drakkar Express, Inc. and Northland Insurance Company
*United States District Court for the Eastern District of Louisiana* (deposition March 2010)

In Re: Phoenix Associates Land Syndicate, Debtor. First National Bank of Picayune, Plantinff v

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Pearl River Fabricators, Inc. and Phoenix Associates Land Syndicate, Defendants
*United States Bankruptcy Court for the Eastern District of Louisiana* (deposition March 2010 & June 2010)

Lutz Oil & Gas, LLC, Jordan Operations, Inc., Ronald J. Lutz, Jr. and Paula M. Lutz v Pride Energy Company, Lobrano, Lobrano, LLC and Francis Jay Lobrano
*25th Judicial District Court for the Parish of Plaquemines, State of Louisiana* (trial testimony April 2010)

Asher Rubinstein v Administrators of the Tulane Education Fund
*United States District Court for the Eastern District of Louisiana* (deposition May 2010)

Troy Hogans v U.S. Welders
*Civil District Court for the Parish of Orleans, State of Louisiana* (deposition May 2010)

Jeffery Frierson, et al v Spanset, Inc.
*United States District Court for the Eastern District of Louisiana* (deposition August 2010)

Brad Boutin v Newfield Exploration Co., et al
*United States District Court for the Western District of Louisiana* (trial testimony September 2010)

William J. Bagley, Jr. et al v Professional Services Group, et al
*24th Judicial District Court for the Parish of Jefferson* (deposition September 2010)

Elizabeth Hawkins Dimitri v Thomas J. Dimitri
*Civil District Court for the Parish of Orleans* (deposition September 2010)

Michael Kimble v Ramelli Janitorial Services, Inc., et al
*24th Judicial District Court for the Parish of Jefferson* (trial testimony December 2010)

Brennan's Inc. v Edward Tuck Colbert, Kenyon & Kenyon, Leon H. Rittenberg, Jr. and Baldwin Haspel, L.L.C. f/n/a Baldwin & Haspel, L.L.C.
*Civil District Court for the Parish of Orleans* (deposition January 2011)

Larry Williams v Southern Towing Co.
*United States District Court for the Southern District of Louisiana* (deposition February 2011)

Suzanne Atkins, et al v Dirk T. Rainwater, M.D., et al
*Second Judicial District Court, Parish of Jackson, State of Louisiana* (deposition March 2011)

Lisa S. Kirschman v Arnold V. Kirschman
*Civil District Court for the Parish of Orleans* (deposition March 2011)

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

North Corporate Properties, LLC v Creekstone Cedar Lodge, Inc., LLC
*19th Judicial District Court for the Parish of East Baton Rouge* (deposition and trial testimony April 2011)

535Tchoupitoulas Street Holdings, LLC v Warren L. Reuther, Jr.
*United States District Court for the Eastern District of Louisiana* (deposition April 2011)

Sharyn Robbins Silverstein v Fisher Investments, aka Fisher Asset Management, LLC
*Judicial Arbitration and Mediation Service* (testimony May 2011)

La Citizens Property Insurance Corporation v JP Morgan Securities, Inc. and Bear Stearns & Co., Inc.
*FINRA Dispute Resolution before the Financial Regulatory Authority* (testimony July 2011)

Broussard v Broussard
*24th Judicial District Court for the Parish of Jefferson* (testimony July 2011)

In Re: Market Street Properties, LLC v Stuart C. "Neil" Fisher, et al
*United States Bankruptcy Court, Eastern District of Louisiana* (testimony August 2011)

Ronald Graci and Sunkissed Tanning Salon v Gasper John Palazzo, Jr. LLC
*22th Judicial District Court for the Parish of St. Tammany* (deposition August 2011 and trial testimony November 2011)

Ad-Med, Inc. v Bruce J. Iteld, M.D., (A Professional Medical Corporation)
*Civil District Court for the Parish of New Orleans* (deposition October 2011)

Andrew Mims v Severin J. Beale, et al
*29th Judicial District Court for the Parish of St. Charles* (deposition November 2011)

Roger C. and Dawn M. Markwardt, Warrior Energy Services Corporation, Plaintiff v Roger C. Markwardt, Defendant
*United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division* (deposition January 2012 and trial testimony March 2012)

C. Lanclos v Liberty Mutual Insurance Company, et al
*22nd Judicial District Court for the Parish of St. Tammany* (deposition February 2012)

Christian Exkano v Greg King, et al
*Civil District Court for the Parish of New Orleans* (deposition February 2012)

Martin Harry v Golden Corral Corporation

6

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

*United States District Court for the Eastern District of Louisiana* (deposition June 2012)

Margaret Viso Gros and Claude J. Gros, Jr. v Odessa Thompson Farrugia and Victor Farrugia
*Civil District Court for the Parish of Orleans* (trial testimony July 2012)

In Re: St. Bernard I, LLC
*Louisiana Tax Commission, State of Louisiana* (deposition October 2012)

James Kevin Johnson and Denise Johnson v Mike Anderson's Seafood, Inc. et al
*Civil District Court for the Parish of Orleans* (trial testimony November 2012)

Year Round Heating & Air Conditioning Co. and Year Round Mechanical, Inc. v Monte D. Leath, CPA
22nd *Judicial District Court for the Parish of St. Tammany* (deposition December 2012)

Parish of Jefferson v Powerline, LLC
24th *Judicial District Court for the Parish of Jefferson* (trial testimony December 2012)

**Personal**

Mr. Asher received his Certified Public Accountant certification in July 1976. He is a member of the American Institute of Certified Public Accountants, its Business Valuation and Forensic & Litigation Services Section and the Louisiana Society of Certified Public Accountants.

The American Institute of Certified Public Accountants designated Mr. Asher as Accredited in Business Valuation in February 2007 and as Certified in Financial Forensics in July 2008.

He was designated a Certified Fraud Examiner by the Association of Certified Fraud Examiners in February 1995 and a Certified Valuation Analyst by the National Association of Certified Valuation Analysts in December 1995.

Mr. Asher received his Series 65 License from the Securities and Exchange Commission in December 1999 and served as a registered investment adviser from 1999 through 2004.

He was designated as a Forensic Certified Public Accountant in March 2006.

Mr. Asher is a member of the National Association of Forensic Economists, American Academy of Economic and Financial Experts and Institute of Business Appraisers.

He currently serves on the Board of Tour de Lis, a cancer support organization.

Mr. Asher was President of the Jewish Federation of Greater New Orleans (1999 through September 2001) and President of the Louisiana Council of American Israeli Public Affairs

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Committee (AIPAC) from June 2003 to June 2005.

**Contact Information**

Harold A. Asher
400 Poydras Street, Suite 2640
New Orleans, Louisiana 70130

Phone: (504) 566-7577
Fax: (504) 566-9003
E-mail: hasher@ashercpa.com

8