IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * | |
| | * * | HONORABLE CARL J. BARBIER |
| | * | |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., *et al.*, individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * | |
| | * * | HONORABLE CARL J. BARBIER |
| v. | * | |
| BP Exploration & Production Inc; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

**[PROPOSED] ORDER ON BP'S EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION AGAINST THE CLAIMS ADMINISTRATOR AND SETTLEMENT PROGRAM**

Upon consideration of BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses," the Memorandum and exhibits in support of the motion, the opposition to the motion, and the entire record herein, it is HEREBY ORDERED that BP's motion is GRANTED as follows:

1.      The Claims Administrator and Settlement Program are ENJOINED from implementing the Claims Administrator's January 15, 2013 Policy Decisions regarding business economic loss claims (the "BEL Policy Decisions").

2.      The Claims Administrator and Settlement Program are ENJOINED from issuing or paying to claimants any determinations for business economic loss claims under the Economic and Property Damages Settlement Agreement ("Settlement Agreement") where the amount of the determination depends, in whole or in part, on the BEL Policy Decisions.

3.      The injunctions set forth in Paragraphs 1 and 2 shall remain in effect until the conclusion of all claims administration under the Settlement Agreement.

**[As an alternative to Paragraphs 1 and 2:]**

1.      The Claims Administrator and Settlement Program are ENJOINED from issuing or paying to claimants in the agriculture, construction, professional services, real estate, wholesale trade, manufacturing, and retail trade industries any determinations for business economic loss claims under the Economic and Property Damages Settlement Agreement ("Settlement Agreement").  The North American Industry Classification System ("NAICS") codes for these specified industries are all codes starting with 11 (except 114111, 114112, 114119, and 114210), 23, 31 (except 311711 and 311712), 32, 33, 42 (except 424460), 44, 45, 53, or 54.

IT IS SO ORDERED.

New Orleans, Louisiana, this ____ day of March, 2013.

                                        _____
                                        United States District Judge