# Exhibit 01

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| | \* | |
| IN RE:  OIL SPILL by the OIL RIG | \* | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | \* | SECTION J |
| GULF OF MEXCO, on | \* | JUDGE BARBIER |
| APRIL 20, 2010 | \* | MAG. JUDGE SHUSHAN |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>Declaration of J. Lester Alexander, III</u>

1.      I am the Managing Principal of Accounting, Economics and Appraisal Group, LLC ("AEA Group") located in Birmingham, Alabama.  I am a Certified Public Accountant ("CPA"), Chartered Global Management Accountant and a Certified Fraud Examiner. Furthermore, I am Certified in Financial Forensics and Accredited in Business Valuation by the American Institute of Certified Public Accountants ("AICPA").  I have over 34 years of professional experience performing audit, tax and consulting services, including to clients in Alabama, Florida, Louisiana, Mississippi and Texas.  In addition, I am experienced in fraud risk assessment and the development of anti-fraud control systems that mitigate fraud risk.

2.       I am a former partner of PricewaterhouseCoopers LLP ("PwC") and its legacy firm, Coopers & Lybrand, LLP, where I served as the Leader of the South Center of Excellence for the Litigation Support Consulting Practice.  In this role, I was responsible for approximately one-hundred and twenty experts in accounting and economic damages located in the cities of Atlanta, Birmingham, Dallas, Houston, Louisville, Miami, and Tampa.  Prior to PwC, I served as Shareholder-In-Charge of Audit Services for the largest CPA firm in the State of Alabama.

3.      I have provided audit, tax and consulting services to companies operating in the construction industry for more than thirty-four years.  I serve on the Board of Directors and Executive Committee of a heavy steel fabricator and precision machining contractor in business for more than one hundred years.  The US Bankruptcy Court in the Middle District of Alabama appointed me to serve as the Chapter 11 & Chapter 7 Bankruptcy Trustee of a uniform contractor and to serve as the Chapter 7 Trustee of a road and bridge construction contractor.  I currently

serve on the Panel of Trustees in the Middle District of Alabama and am available for special appointment by the Court.  I have lectured on a variety of financial topics including those related to record keeping, claims and fraud and abuse in the construction and other industries.

4.      I have substantial experience properly applying revenue and expense accounting methods.  I have applied these methods in connection with a wide variety of accounting purposes.  I have done so when analyzing economic damages, preparing business-interruption claims, auditing financial statements, preparing financial reports, valuing assets, valuing businesses, analyzing business performance and in other circumstances.  I have applied or evaluated the application of revenue and expense accounting methods in a wide variety of industries including the manufacturing, distribution, healthcare and financial services industries. Moreover, I have done so in a variety of specialized industries, including the healthcare, real estate development and construction industries.

5.      I have testified as an expert witness in Federal Court, State Court and Arbitration on a variety of topics, including those involving the proper application of revenue and expense methodologies.  Exhibit 1 contains additional information concerning my qualifications and experience.  Exhibit 2 is a list of the materials I relied upon in arriving at my findings, observations and opinions.

## SCOPE

6.      BP America, Inc. ("BP") retained me in the above referenced matter to study BEL ("Business Economic Loss") claim files, review the Business Economic Loss ("BEL") Framework, review BP's implementation approach for the BEL Framework, review the BEL implementation interpretation of Class Counsel and the Claims Administrator and to report my findings, observations and opinions regarding:

- The generally accepted meaning of certain financial terms which are used in the Exhibits 4B and 4C of the BEL Framework that is part of the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 ("Settlement Agreement");

- The necessity and practicality of BP's BEL implementation approach in light of the requirements of the BEL Framework;

- An example of BP's implementation approach being applied to a business operating in the construction industry; and

- An analysis of the work performed by PwC and Postlethwaite (the "CSSP Accountants") in connection with processing BEL claims and the implications thereof.

## FINDINGS, OBSERVATIONS AND OPINIONS

### *Generally Accepted Meaning of Certain Terms in Exhibit 4B & 4C*

7.      BEL Framework Exhibit 4C of the Settlement Agreement, *Compensation Framework for Business Economic Loss Claims*, uses but does not define the terms "revenue" and "expense" when describing how the BEL Framework is to be implemented. [1]   BEL Framework Exhibit 4B, *Causations Requirements for Business Economic Loss Claims*, of the Settlement Agreement uses but does not define the term "revenue".[2]   The terms revenue and expense, as used in Exhibit 4B and 4C, are terms commonly utilized and universally understood by CPAs and others participating in the discipline of accounting.

8.      Revenues are inflows (which could be cash, rights to receive cash in the future, enhancements of other assets, settlements of liabilities or some combination of all these) from delivering or producing goods, rendering services or other activities that constitute the ongoing major or central operations of a business.[3]   Revenues should not be confused with cash receipts because revenues include expected cash inflows as well as actual cash inflows.   Financial Accounting Standards Board's ("FASB") Statement of Financial Accounting Concepts No. 6 - *Elements of Financial Statements* issued December 1985 states that revenues have the following characteristics:

> "Revenues represent actual or expected cash inflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations.   The assets increased by revenues may be of various kinds—for example, cash, claims against customers or clients, other goods or services received, or increased value of a product resulting from production.   Similarly, the

---

[1]The Deepwater Horizon Economic and Property Damages Settlement Agreement Exhibit 4C

[2] The Deepwater Horizon Economic and Property Damages Settlement Agreement Exhibit 4B

[3] Financial Accounting Standards Board, Statement of Financial Accounting Concepts No. 6, *Elements of Financial Statements* p.30 (2008) (1985).

transactions and events from which revenues arise and the revenues themselves are in many forms and are called by various names—for example, output, deliveries, sales, fees, interest, dividends, royalties, and rent—depending on the kinds of operations involved and the way revenues are recognized."  CON 6, p. 30, paragraph 79.

9.      Expenses are outflows (which could be cash, using up of other assets, incurrence of liabilities or some combination of all these) from delivering or producing goods, rendering services or other activities that constitute the ongoing major or central operations of a business.[4] Expenses should not be confused with cash disbursements because expenses include expected cash outflows as well as actual cash outflows.   Financial Accounting Standards Board's Statement of Financial Accounting Concepts No. 6 - *Elements of Financial Statements* issued December 1985 states that expenses have the following characteristics:

> "Expenses represent actual or expected cash outflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations.  The assets that flow out or are used or the liabilities that are incurred may be of various kinds—for example, units of product delivered or produced, employees' services used, kilowatt hours of electricity used to light an office building, or taxes on current income.  Similarly, the transactions and events from which expenses arise and the expenses themselves are in many forms and are called by various names—for example, cost of goods sold, cost of services provided, depreciation, interest, rent, and salaries and wages—depending on the kinds of operations involved and the way expenses are recognized." CON 6, p. 31, paragraph 81.

10.      The meanings commonly ascribed to the terms revenue and expense by CPAs and found in numerous sources are consistent with BP's approach to implementing the BEL Framework.  BP's implementation approach includes revenue from as the rights to cash inflows, current and future, earned by delivering or producing goods, rendering services or other activities.   BP's approach does not equate revenue to cash collections, without regard to the delivery of goods and services to earn revenue, as does Class Counsel's approach.   BP's approach includes expenses from all outflows, current and future, incurred by delivering or producing goods, rendering services or other activities.  BP's approach does not limit expenses to cash disbursements, as does Class Counsel's approach.

---

[4] Financial Accounting Standards Board, Statement of Financial Accounting Concepts No. 6, *Elements of Financial Statements* p.31 (2008) (1985).

11.     Class Counsel's approach confuses cash receipts and disbursements with revenue and expense.  It places no current value on amounts earned but collectable in the future.  It places no current value on non-cash assets exchanged in the revenue earning process.  It also places no current amount on debts for which payment is accruing but not currently due.

12.     In total, I have identified eleven similar definitions of revenue and six similar definitions of expense published by sources considered authoritative by CPAs.[5]  I have included excerpts of these definitions in Exhibit 3.

13.     Matching revenue to the corresponding expenses in the period revenue is economically earned is a critical component of determining profit under the BEL Framework. Profit is defined in the Handbook of Cost Management as the "Excess of revenues over expenses for a transaction; sometimes used synonymously with net income for the period." [6]  Therefore, revenues must be matched with the expenses related to the goods and services provided in order to measure profit accurately.  CPAs, by custom and practice, routinely account for revenue and expense using the matching principle.  They do so across a wide range of areas in addition to financial accounting.  For example, CPAs use the matching principle in the managerial, forensic, lost profits and valuation accounting sub-disciplines of accounting.  They use the matching principle when analyzing economic damages[7,8], preparing business-interruption claims[9], auditing

---

[5] See e.g., Financial Accounting Standards Board, Statement of Financial Accounting Standards No. 162, *The Hierarchy of Generally Accepted Accounting Principles*, pp. 2-3, par. 5, May 2008 which states, "If the accounting treatment for a transaction or event is not specified by a pronouncement or established in practice as described in categories (a)–(d), an entity shall first consider accounting principles for similar transactions or events within categories (a)–(d) and then other accounting literature. [….] Other accounting literature includes, for example, FASB Concepts Statements, AICPA Issues Papers, International Financial Reporting Standards (IFRSs) of the International Accounting Standards Board (IASB),4 pronouncements of other professional associations or regulatory agencies, Technical Information Service Inquiries and Replies included in AICPA Technical Practice Aids, and accounting textbooks, handbooks, and articles. The appropriateness of other accounting literature depends on its relevance to particular circumstances, the specificity of the guidance, and the general recognition of the issuer or author as an authority. For example, FASB Concepts Statements would normally be more influential than other sources in this category."

[6] See e.g.,  R.L. Weil and M.W. Maher, Handbook of Cost Management, 2d ed., 112 (John Wiley & Sons, Inc., 2005).

[7] See e.g. Robert L. Dunn, Recovery of Damages for Lost Profits Volume 2, 751-752 (John Wiley & Sons, Inc. 2005). The two steps in a "lost profits estimation" analysis are "Step #1 – measuring the loss of revenue in each period that was caused by the event giving rise to the claim…Step #2 – deriving an 'Incremental Lost Profit Margin' to multiply times the lost revenue to obtain the estimate of lost profits in each period of the overall damage period." Alternative methods to measure lost revenue include "(1) the 'yardstick' approach-other comparable operations during the same period of time…(2) 'Before versus during damage period' comparison…(3) 'Before damage versus after damage' comparison."

financial statements, preparing financial reports, valuing assets, valuing businesses, analyzing business performance and in other circumstances.  This is because proper matching of revenue and expense is at the very core of the discipline of accounting and without proper matching, it is impossible to calculate profit; any financial determinations made will be unreliable and irrelevant.

14.     Businesses generally account for revenue and expense using the matching principle on an annual basis, but often do not accurately post activity on a monthly basis throughout the year because there is no tax or other regulatory requirement for them to do so. Businesses tend to concentrate on cash management on a daily basis and utilize project management systems to evaluate and manage work throughout the year.  As a result, revenue and expense matching issues and other inaccuracies are commonplace in monthly financial statements.

15.     Many businesses, such as distributors and manufacturers, acquire large sums of inventory and later sell the inventory to generate revenue.  These industries eventually apply the matching principle by accumulating the expenditures for inventory and matching them with the revenue when they sell their product.  However, matching procedures are generally performed at specific times during the year (for example when inventory is counted) and any matching errors and inaccuracies are corrected in the month the error is identified - not in the month(s) when the errors occurred.

16.     Correcting errors in the month found, not in the month the error occurred, is fine for annual financial statements because those annual financial statements will reflect accurate matching on an annual basis.  However, correcting errors in the month found and not in the prior period monthly financial statements causes the monthly financial statements to be unreliable because the monthly revenues and corresponding expenses are mismatched; monthly profit is distorted; and distortions can, and often do, vary wildly from month-to-month (and make monthly comparisons across years inaccurate and unreliable).  Company management who use

---

[8] See, e.g., Richard A. Pollack, et al., AICPA Practice Aide 06-4 Calculating Lost Profits 25 (2006).

[9] See, e.g., Patrick A. Gaughan, Measuring Business Interruption Losses and Other Commercial Losses, 192 (John Wiley & Sons, Inc.. 2004). "The true economic losses of a firm are *its lost incremental revenues minus the incremental costs associated with these revenues*.  The margin associated with these lost incremental revenues is usually less than or equal to the *gross margin*, but is greater than or equal to the *net margin*.  In effect, the lost incremental revenues minus the associated incremental costs becomes the definition of net profits appropriate to commercial damages litigation."

monthly financial statements primarily to monitor cash flows are typically knowledgeable and take the need for cumulative "catch up" adjustments later in the year into account in managing their business, so the monthly financial statements may be fine for the limited purposes for which they use them.   However, using the inaccurate monthly financial statements under the BEL Framework can produce wildly distorted results.   In short, monthly financial statements with incorrect or unrelated revenues and expenses are commonplace, but using such statements for BEL Framework analysis is inconsistent with the terms of the Settlement Agreement.

### *The BP Implementation Approach*

17.     Given the inaccuracies commonplace in monthly financial statements, some data review and correction procedures are necessary to both detect and correct irregularities and improper matching of monthly revenues and expenses. BP's implementation approach is a practical solution to detect and uniformly correct matching issues and inaccuracies across the wide variety of claimants eligible under the BEL framework.

### Step 1: Identify and Correct Inaccuracies in Monthly P&L Entries

18.     BP's implementation approach logically begins by identifying clear errors and distortionary entries in the monthly financial statements of all BEL claimants.   Such entries may be perfectly appropriate for the claimant's management and internal needs, but where monthly revenues and expenses are not properly matched variable profit will be misstated and the BEL formula will not accurately reflect economic damages.

- **"True up" or Year End Adjustments:**   Large variances or infrequent balances in an account often indicate cumulative entries assigning activity from many months to a single month.   This often happens at the end of a fiscal year for items such as bonuses, inventory valuation adjustments, profit sharing or pension contributions, etc.

- **Negative or Zero Variable Expenses:** Expenses are, by definition, outflows, so any month with a negative expense balance generally indicates a correction of previous activity.   Without matching the correction with the error, two months are misstated.   Where a regular expense shows a zero balance, an error may have occurred causing the expense to be missed or incorrectly accumulated and placed in an incorrect month.

- **Negative Revenues:**  Revenues are, by definition, inflows, so any month with a negative revenue balance generally indicates a correction of a previous error.  Without matching the correction with the error, two months are misstated.

19.     My review of claims files indicates CSSP accountants are currently identifying these types of errors on a regular basis, but not always correcting for the effects of these distortions.  In the course of correspondence with the claimants, CSSP accountants often identify corrections and adjustments that can be specifically applied.  In other cases, however, the solutions may require matching based on other factors that properly capture the activity. Examples of such instances are identified in Exhibit 4 to this declaration.

20.     Examples of how to correct line item inaccuracies identified from such a review include, but are not limited to, the following:

- **Bad Debt Expense:**  Businesses typically adjust bad debt reserves and record bad debt expense in the month the accounts receivable is determined to be uncollectable and not in the month when the sale was recorded.  Recording bad debt expense annually (or sporadically), instead of monthly, is ordinarily appropriate for annual financial statements.  However, recording bad debts in this fashion causes monthly financial statements to be unreliable because profits are understated in the month the account is determined to be uncollectable and overstated in the month the sale was recorded.

- **Year-end Bonuses:**  Businesses typically pay bonuses at the end of the period the bonuses were earned (often at the end of a year).  They record the bonus expense in the month paid and not in the months the bonuses were earned.  As with bad debts, recording bonuses annually (or sporadically), instead of monthly, causes monthly financial statements to be unreliable because expenses are overstated in the month the bonuses are paid and understated in the months the bonuses were earned.

- **Negative Revenue:**  A negative revenue line item in a given month is evidence that an error in one month was corrected in another.  As discussed above in paragraph 9, businesses generally correct errors in the month found -

not in the month(s) when the errors occurred.  Correcting revenue errors in this fashion causes an equal, but opposite, error in the month of the correction.  While this approach corrects the error on an annual basis, it misstates monthly revenue in two months.

- **Zero or Negative Variable Expense:**  Similarly, zero and negative variable expense line in a given month is evidence that an error in one moth was corrected in another.  As with revenue, this approach misstates monthly expense in two months.

21.     The Step 1 review will detect and uniformly correct a wide variety of other matching errors and inaccuracies in Claimant monthly financial statements.

## Steps 2 and 3: Apply Triggers to Identify Potential Matching Problems and Apply Matching Strategies for Problems Identified in Trigger Analysis

22.     Businesses generally apply the matching principle using accounting methods tailored to their industries.  For example, contractors match revenue to the cost of construction as the work progresses using the percentage-of-completion method.  Manufacturers and distributors use inventory accounts to hold assets after purchase and match those costs with revenues related to selling those items.  Many businesses generally do not perform monthly matching procedures and instead only properly assign revenues and expenses on an annual basis (and possibly at other times where bank covenants or other business purposes require accurate financial statements).  As a result, matching errors and inaccuracies are generally corrected in the month found and not in the month(s) the original error occurred.  As a result, revenues and corresponding expenses are mismatched on a monthly basis and monthly profit is distorted.  These distortions can, and often do, vary wildly.  Triggers can detect these types of errors so industry specific corrections can be applied to make monthly financial statements more reliable and relevant:

- **Months with revenue "spike" as reported by claimants:**  The presence of revenue spikes (in excess of the amount that might be expected based on regular patterns of seasonality) suggests that revenue may not be recorded when it was earned, perhaps instead reflecting when payment is received.

- **Months with negative margins reported by claimants:** Negative variable profit is an indicator that revenue and profit may be mismatched because businesses typically would not operate when variable profit is negative.

- **Wide month-to-month swings in variability in profit margin as reported by claimants:** Large month-to-month swings in monthly variable profits suggest that revenue is not reported when it is earned and/or is not properly matched with the corresponding variable expense.

23.     Where the financial statements submitted by a claimant hit one of these triggers, mismatching is likely.  BP's approach would require the CSSP accountants to conduct further review where one of the triggers has been tripped, to determine whether it is a result of mismatching or actual fluctuations in financial performance.

24.     For claims where the trigger is tripped because of mismatching, BP has appropriately proposed approaches for correcting matching errors that properly account for, and are tailored to, the specific characteristics of various industries.  This is a reasonable and appropriate approach consistent with what CPAs and other financial analysts would do in practice.

### *BEL Implementation Approach - Construction Industry Example*

25.     While I have reviewed and understood each of the various industry approaches proposed by BP and discussed in detail in the declaration of Hal Sider, I have been asked specifically to address the construction industry approach based on my background and experience.  Paragraph 84 of Hal Sider's declaration states, "As described above, a preferred approach to evaluation of construction claim[s] would apply the general methodology based on job-specific schedules." In the construction industry, job-specific progress reports can be applied on a job-specific basis to match revenue and corresponding variable expenses.

26.     Claimants could supply project billing and cost information customarily maintained by those operating in the construction industry for any project with activity in a benchmark year, 2010 or 2011.  The claimant could also provide cost information at the project level on a monthly basis, pursuant to Settlement Agreement Ex. 4A ¶ 4, which provides that underlying source documents for financial statements may be requested.  In the very rare case when monthly cost information is not available, costs may be distributed pro rata based on the

beginning and end dates of the project in the manner discussed in paragraph 46 of the declaration of Hal Sider.  For projects begun in 2011 or earlier which are not complete at the time the claim is submitted, total expected billings, costs to date and estimated costs to complete would be provided as of the most recent year end (and as included in year-end tax filings).

27.      In the following example, claimants provided job-specific reports.  Exhibit 5 to my declaration contains a job schedule submitted by an actual claimant in support of their claim (the full job schedules are included in document ████ beginning on page 59).  This schedule is typical of the information maintained by construction companies and can generally be obtained from project management software or year-end tax records. In this example, the claimant performed work on 56 total projects over the four years provided.

28.      As illustrated in Exhibit 6, it is a simple task to calculate each project's profitability and properly match revenues and expenses on a monthly basis using the job costing information.  Revenues are earned over the course of a project as work is performed, and work performance is measured using  the expenses incurred on  the job over a given time period.  It is a mathematical computation to properly match the revenues with expenses as follows:

> Step 1:  Divide total revenues by the total corresponding variable expenses for each project.  This yields a revenue/cost ratio for every project.

> Step 2:  Match the revenue to the monthly cost by multiplying each project's actual monthly cost by its revenue/cost ratio calculated in Step 1 to determine the revenue earned in a month.

29.      Exhibit 6 is an illustration of the steps described above that sums to provide monthly and annual revenue totals for each job.  The data entry required for this example was routine and completed by support staff.

### *The CSSP Accountants Are Detecting Matching Errors But Corrections Are Not Being Made*

30.      A review of CSSP claim files on appeal indicates that the CSSP Accountants are corresponding with claimants and identifying revenue and expense matching issues and inaccuracies as discussed above consistent with the approach proposed by BP.  They are making inquiries, performing quantitative financial analysis, checking the accuracy, and testing the reliability of the accounting data provided by Claimants.  However, in many cases they are not

making needed corrections for the matching issues and inaccuracies their work is finding in Claimant monthly financial statements.

31.     I reviewed twelve claimant files including



These files demonstrate that the CSSP Accountants are identifying the same types of issues that BP's approach is designed to detect and correct. They are finding negative revenue, negative expenses, revenue spikes and other indicia of revenue and expense matching issues and inaccuracies. They are finding year-end correcting entries recorded in the last month of the year instead of the month of the error. They are finding large year-end adjustments for bad debt expense, commission expense and percentage-of-completion revenue. They are also finding discrepancies between net income on the financial statements and net income reported on the tax returns. These examples are discussed in more detail in Exhibit 4. In addition, examples of matching issues and inaccuracies found in these files are illustrated in Exhibits 4.1 through 4.7.

32.     Based on my experience at PwC, I have no doubt that the CSSP accountants have the capabilities and resources to implement BEL Framework using the approach proposed by BP to identify and correct errors and irregularities in the financial statements submitted by claimants. PwC is a global network of more than 180,000 professionals with U.S. revenue of more than $10 billion in 2012. Its professionals routinely provide audit, tax and consulting services to some of the largest, most sophisticated and complex companies in the world.[10] Postlethwaite has nine locations and 500 employees, including more than 50 directors and associate directors, most of whom are CPA's. They have provided accounting, consulting, and technology services to individuals and businesses throughout the country for over 60 years.[11] Both PwC and Postlethwaite have quality control standards designed to assure that the work of their personnel is properly planned, supervised and executed in ways to meet their professional standards. PwC

---

[10] See, e.g., www.pwc.com

[11] See, e.g., www.pncpa.com

LLP had 173 professionals rendering services in connection with Deepwater Horizon Claims Program during the period of November 1, 2012 to November 30, 2012.[12]

### *Conclusion*

33.     BP's approach to implementing the BEL Framework is grounded in generally accepted and commonly understood meanings of the words revenue and expense.  It is based on a generally accepted accounting principle whereby revenue is matched with the corresponding expenses incurred and recognized in the period earned.  BP's implementation approach provides a practical mechanism to detect and correct matching issues and inaccuracies in monthly financial statements and the CSSP Accountants have the capabilities and resources to implement BP's approach.

I declare under penalties of perjury that he foregoing is a true and correct statement of my findings, observations and opinions.

By,


J. Lester Alexander, III

As of February 18, 2013

---

[12] See e.g. PricewaterhouseCoopers LLP Invoice number 113012 dated 11/30/2012.

**Exhibit 1**

# J. Lester Alexander, III, CPA, ABV, CFF, CFE, CGMA

## Professional Experience

Mr. Alexander is the founder and Managing Principal of Accounting Economics and Appraisal Group, LLC. He is a former partner of PwC and former southeastern practice leader of one of its legacy firm's consulting practices. Mr. Alexander has more than thirty-four years experience performing audit, tax and consulting services. In recent years Mr. Alexander has concentrated his practice in the areas of fraud investigation, forensic accounting and valuation consulting services. Mr. Alexander is a Certified Public Accountant, Chartered Global Management Accountant and Certified Fraud Examiner. He is Accredited in Business Valuation, and Certified in Financial Forensics by the American Institute of Certified Public Accountants. Mr. Alexander holds a Bachelor of Science in Business Administration with a major in Accounting from the University of Alabama.

Mr. Alexander has provided services and, from time to time, expert testimony in Federal and state courts and in situations involving alternative dispute resolution. He has provided testimony in connection with contract disputes, mortgage servicing rights issues, security issues, insurance coverage issues, non-compete agreements, business combination agreements, lost profits, business valuation, mortgage servicing rights valuation and various other matters. He has testified in Federal court and state courts in connection with class action certification hearings and class action fairness hearings. In addition, Mr. Alexander's experience includes testimony about risk management practices and standards of care in auditing, operating and controlling business assets and activities. Mr. Alexander has concentrated experience in a variety of industries.

He is experienced in and has provided business valuation, acquisition due diligence, financial advisory, tax advisory, investment advisory, forensic accounting, fraud investigation, cash tracing and cost accounting services. He has evaluated ownership interests in businesses in connection with acquisitions, disposals and disputes. He has performed suitability studies in connection with investment transactions in a wide range of financial instruments. He has traced the flow of cash and determined the sources and uses of funds. In addition, he has performed incremental cost studies, contribution margin studies and other applications of cost accounting for clients in connection with new products, acquisitions, patent valuations and evaluation of trademarks. This experience includes making projections of incremental revenues and costs in connection with profitability analysis of proposed business ventures, new products and other profitability analysis for companies.

Throughout his career Mr. Alexander has advised governing bodies, committees and senior management on their role in risk management and oversight activities of companies. His clients have included publicly-traded companies, privately-held companies, governmental entities and tax-exempt entities. He has advised governing bodies overseeing companies in the start-up/growth, mature and restructuring phases of operational development. He has performed these services for governing bodies overseeing companies operating in a variety of industries.

Mr. Alexander has performed determinations of solvency; determined financial feasibility of turnaround plans; investigated potentially fraudulent transfers made by debtors; analyzed preferential payments to creditors; analyzed the course of dealings between debtor/creditor; and valued the consideration received when a debtor transfers assets. Mr. Alexander has testified in court as an expert witness concerning solvency, fraudulent transfers, preference payments, ordinary course of business, reasonably equivalent value, cash/collateral tracing, lost profits, business valuation and records reconstruction.

Further, Mr. Alexander has served as Trustee in Chapter 11 and Chapter 7 Bankruptcy Estates, where he made solvency determinations, pursued recoveries (including adversary proceedings in Federal and State courts) and performed the routine duties of both a Chapter 11 and Chapter 7 Bankruptcy Trustee. Creditors and Trustees have engaged Mr. Alexander to review financial feasibility of plans of reorganization, investigate insider transactions, value businesses and to evaluate loan collateral. Mr. Alexander has served as a lead advisor for various financial institutions in connection with their underwriting and credit/investment evaluation activities.

**Exhibit 1**

## Professional/Business/Community Affiliations

Special Limited Trustee - Middle District of Alabama, United States Bankruptcy Court

Member - Board of Directors and Executive Committee, Steward Machine Co, Inc.

Lecturer on High Profile Frauds - 2010 Cumberland Law School Continuing Education Seminar, Birmingham Alabama

Lecturer on Fraud Risk Assessments, Antifraud Programs & Enterprise Risk Management - 2007 Accounting & Auditing Update by Lorman Seminars, Birmingham Alabama

Lecturer on Construction Claims - 2007 Construction Contracting Claims Seminar by Lorman Seminars, Birmingham Alabama

Lecturer on Construction Claims - 2006 Construction Contracting Claims Seminar by Lorman Seminars, Birmingham Alabama

Lecturer on Financial Damages - 2004 Cumberland Law School Continuing Education Seminar, Birmingham Alabama

Lecturer on Financial and Business Fraud Schemes - 2004 Corporate Counsel Seminar, Birmingham Alabama

Lecturer on Detecting Fraud Schemes - Fall Bankruptcy Seminar, 2003, Alabama Bar Continuing Education Series, Birmingham Alabama

Lecturer on Accountant's View of Sarbanes Oxley - 2003 Seminar, Alabama Bar Continuing Education Series, Birmingham Alabama

Lecturer on Online Fraud Prevention - 2002 Institute of Management Accountants, Birmingham, Alabama

Lecturer on Forensic Computer Investigation - 2001 Discovery Seminar, Alabama Bar Continuing Education Series, Birmingham , Alabama

Lecturer on Online Business & Financial Research Methods - 2001 Federation of Insurance & Corporate Counsel's Internet University, Napa, California

Lecturer on Identifying and Investigating Fraud - 2001 Institute of Management Accountants, Birmingham, Alabama

Lecturer on Online Discovery - Defense Research Institute's 2001 Annual Meeting of Young Lawyers, Miami, Florida

Lecturer on Online Expert Witness Research - 2001 Louisiana State Bar 17th Summer School for Lawyers, Destin, Florida

"Expert Witness Research Post Kumho Tire", presented at the American Bar Association's 2000 Annual Meeting, New York, New York

Lecturer on Interpreting Financial Statements - 1999 National Judicial College, Gulf Shores, Alabama

Panelist on Consumer Fraud Issues - Coopers & Lybrand 1997 National Banking Conference, Washington, DC

Former National Practice Leader - Coopers & Lybrand's Financial Services Consumer Dispute Resolution Practice

Former Regional Service Line Leader - Coopers & Lybrand's Litigation Consulting Services Southern Region

Former Practice Leader for Dispute Analysis and Investigations - PricewaterhouseCoopers LLP, Birmingham, Alabama

Former Member - Banking and Insurance Industry Groups - PricewaterhouseCoopers LLP

American Institute of Certified Public Accountants, Forensic & Valuation Services Section

Alabama Society of Certified Public Accountants

Florida Institute of Certified Public Accountants

Association of Certified Fraud Examiners

Associate Member-American Bar Association, Former Website Editor, Commercial & Business Litigation Subcommittee, Section of Litigation

Past President - Board of Directors of the Bell Center for Early Childhood Development, Birmingham Alabama

Member - Birmingham Monday Morning Quarterback Club

Exhibit 2

# Information Considered

Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, Including Exhibits 1 A-C, 2, 3, 4 A-E, 5, 6, 7 and 15.

Deepwater Horizon Economic and Property Settlement Business Economic Loss Claim Form (Purple Form)

SWS-38 Sworn Written Statement for Claimant Accounting Support

Patrick A. Juneau, Claims Administrator, October 8, 2012 Memo re Revisions to or Clarifications of Selected Policy Decisions Following the October 1, 2012 Panel Meeting

December 16, 2012 Class Counsel Memo re Request for Formal Policy Statement:  Monthly Revenue

BP's Response to Class Counsel's December 16, 2012 Request for Policy Determination

Order and Reasons Granting Final Approval of the Economic and Property Damages Settlement Agreement, filed December 21, 2012

January 15, 2013 E-mail from Rebecca Foreman on behalf of Patrick Juneau re January 15, 2013 Policy Announcement

January 15, 2013 Patrick A. Juneau, Claims Administrator, Memo re Announcement of Policy Decisions Regarding Claims Administration

January 15, 2013 Affidavit of Harold Asher

January 16, 2013 Declaration of Allen Carroll

Report of Dr. W. Mark Wilder, CPA and Dr. Victoria Dickinson, CPA, Accounting Rules for Contingent Fee Revenue Recognition

January 17, 2013 Declaration of Rick Stutes CPA, CVA/ABV, APA

January 23, 2013 Declaration of Charles E. Finch

January 23, 2013 Declaration of David A. Hall

January 23, 2013 Declaration of Xavier Oustalniol

Richard C. Godfrey Letter re In Camera January 24, 2013 Discussion of Settlement Implementation

BP January 24, 2013 Presentation re Economic and Property Damages Settlement – Business Economic Loss ("BEL") Compensation Issue

Class Counsel January 23, 2013 In Camera Submission re Monthly Costs and Revenue

Judge Carl Barbier January 30, 2013 E-mail re Review of Issue from Panel (Matching of Revenue and Expenses)

Supplemental Declaration of Charles E. Finch

Supplemental Declaration of David A. Hall

Supplemental Declaration of Xavier Oustalniol

Declaration of Professor A. Mitchell Polinsky

Declaration of Hal Sider

February 3, 2013 Draft of BP's In Camera Motion for Further Review of the Claims Administrator's Policy Decision with Respect to the Business Economic Loss Framework, Including Reconsideration of the Court's January 30, 2013 Determination

Accounting Principles.doc, created January 24, 2013

Financial Accounting Standards Board Statement of Financial Accounting Concepts No. 6 (As Amended):  Elements of Financial Statements

Financial Accounting Standards Board Statement of Financial Accounting Standards No. 162, *The Hierarchy of Generally Accepted Accounting Principles* (2008)

SEC Staff Accounting Bulletin 101 – Revenue Recognition in Financial Statements (1999).

*Litigation Services Handbook, The Role of the Financial Expert* 3rd Edition, (Roman L. Weil, et al. eds., John Wiley & Sons, Inc. 2007) online glossary.

*Litigation Services Handbook, The Role of the Financial Expert* 4th Edition, (Roman L. Weil, et al. eds., John Wiley & Sons, Inc. 2007).

Eric Louis Kohler et al., *Kohler's Dictionary For Accountants*, (W.W. Cooper & Yuji Ijiri eds. Prentice- Hall, Inc. 1983) (1952) (emphasis in original).

Spiceland, J.D.,  J.F.. Sepe, M.W. Nelson, *Intermediate Accounting*, 7th ed. 2013.

Stickney, C.P. *Financial Reporting and Statement Analysis*, A Strategic Perspective, 3rd ed. (1996).

Libby, R, P. Libby and D.G. Short, *Financial Accounting*, 7th ed. (2011)

Kieso, Donald E., J. J. Weygandt, *Intermediate Accounting*, 9th ed. (1977)

Black's Law Dictionary Ninth Edition (Bryan A. Garner ed., Thomson Reuters 2009) 1891.Eric Louis Kohler et al., Kohler's Dictionary For Accountants, (W.W. Cooper & Yuji Ijiri eds. Prentice- Hall, Inc. 1983) (1952)

Exhibit 2

R.L. Weil and M.W. Maher, *Handbook of Cost Management*, 2nd ed., 112 (John Wiley & Sons, Inc., 2005)

Patrick A. Gaughan, Measuring Business Interruption Losses and Other Commercial Losses, (John Wiley & Sons, Inc. 2004)

Robert L. Dunn, Recovery of Damages for Lost Profits Volume 2 (John Wiley & Sons, Inc. 2005)

Richard A. Pollack, et al., AICPA Practice Aide 06-4 Calculating Lost Profits (2006).

Internal Revenue Service Publication 583 (December 2011), Starting a Business and Keeping Records, United States Department of the Treasury

PricewaterhouseCoopers LLP Website <www.pwc.com>

Postlewaite & Netterville Website <www.pncpa.com>

PWC Nov-12 Fees, PWC Invoice No. 113012

PN 826558 1-16 through 1-31-13, Postlethwaite & Netherville Invoice No. 826558

Deepwater Horizon Claims Center, Economic & Property Damage Claims Website < http://

www.deepwaterhorizoneconomicsettlement.com/>

Individual Claim Files and Documents Reviewed:



Deepwater Horizon Claims Center Web Portal Claim File for ▮▮▮▮▮▮ ▮▮▮▮▮▮ including:

    Document ▮▮▮ - Correspondence

    Document ▮▮▮ - Financial Data Used by Accountants (Excel)

    Document ▮▮▮ - Accountant Compensation Calculation Schedules

    Document ▮▮▮ - Correspondence

    Document ▮▮▮ - Eligibility Notice

    Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ▮▮▮▮▮▮ ▮▮▮▮▮▮ including:

    Document ▮▮▮ - Claimant Accounting Support Sworn Statement

    Document ▮▮▮ - Other Correspondence

Exhibit 2



Document ███████ - Financial Data Used by Accountants (Excel)

Document ███████ - Accountant Compensation Calculation Schedules

Document ███████ - Eligibility Notice

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ████████████ ████████████ including:

Document ███████ - Correspondence from Claimant's Council

Document ███████ - Claimant Accounting Support Sworn Statement

Document ███████ - Accountant Compensation Calculation Schedules

Document ███████ - Eligibility Notice

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ████████████ ████████████ including:

Document ███████ - Claimant Accounting Support Sworn Written Statement

Document ███████ - Financial Data Used by Accountants (Excel)

Document ███████ - Accountant Compensation Calculation Schedules

Document ███████ - Eligibility Notice

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ████████████ ████████████ including:

Document ███████ - Claimant Account Support Sworn Written Statement

Document ███████ - Correspondence from Claimant's Counsel

Document ███████ - Correspondence from Claimant's Counsel

Document ███████ - Correspondence from Claimant's Counsel

Document ███████ - Correspondence from Claimant's Counsel

Document ███████ - Correspondence from Claimant's Counsel

**Exhibit 2**



Document ███████ - Correspondence from Claimant's Counsel

Document ███████ - Accountant Compensation Calculation Schedules

Document ███████ - Financial Data Used by Accountants (Excel)

Document ███████ - Eligibility Notice

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ████████████████ ███████ including:

Document ███████ - Claimant Accounting Support Sworn Statement

Document ███████ - Other Correspondence

Document ███████ - Financial Data Used by Accountants (Excel)

Document ███████ - Accountant Compensation Calculation Schedules

Document ███████ - Eligibility Notice

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ████████████████ ██████████████ including:

Document ███████ - Claimant Accounting Support Sworn Statement

Document ███████ - Financial Data Used by Accountants (Excel)

Document ███████ - Accountant Compensation Calculation Schedules

Document ███████ - Eligibility Notice

Document ███████ - 2010 Financial – Annual Income Statements / Profit & Loss

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File ████████████████ ██████████████ including:

Document ███████ - Claimant Accounting Support Sworn Statement

Document ███████ - Accountant Compensation Calculation Schedules

Document ███████ - Correspondence from Claimant's Counsel

**Exhibit 2**



Document ███ - Eligibility Notice

Document ███ - Correspondence from Claimant's Counsel

Document ███ - Correspondence from Claimant's Counsel

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ███ ███ including:

Document ███ - Claimant Accounting Support Sworn Statement

Document ███ - Accountant Calculation Worksheet (From Claimant or Claimant's Accountant)

Document ███ - Accountant Calculation Worksheet (From Claimant or Claimant's Accountant)

Document ███ - Correspondence from Claimant's Counsel

Document ███ - Correspondence from Claimant's Counsel

Document ███ - Accountant Compensation Calculation Schedules

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ███ ███ including:

Document ███ - Correspondence from Claimant's Council

Document ███ - Correspondence from Claimant's Counsel

Document ███ - Claimant Accounting Support Sworn Written Statement

Document ███ - Accountant Compensation Calculation Schedules

Document ███ - Financial Data Used by Accountants (Excel)

Document ███ - Eligibility Notice

Document ███ - Correspondence from Claimant's Counsel

Global Notes

Deepwater Horizon Claims Center Web Portal Claim File for ███ ███, including:

**Exhibit 2**



Documen████ - Claimant Accounting Support Sworn Written Statement

Document████ - Financial Data Used by Accountants (Excel)

Document████ - Accountant Compensation Calculation Schedules

Document████ - Correspondence from Claimant

Document████ - Other Correspondence

Document████ - Eligibility Notice

Global Notes

Deepwater Horizon Claims Center Web Portal Claim Files, including supporting documents (i.e., correspondence, global notes and financial data, including tax returns, profit and loss statements and Accountant Compensation Calculation Schedules), for the following claims:



Exhibit 3

## Revenue Definitions

1. "Revenues are inflows or other enhancements of assets of an entity or settlements of its liabilities (or a combination of both) from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations." Financial Accounting Standards Board Statement of Financial Accounting Concepts No. 6 (As Amended): Elements of Financial Statements, p. 30, Par. 78.

2. "Revenues represent actual or expected cash inflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations." Financial Accounting Standards Board Statement of Financial Accounting Concepts No. 6 (As Amended): Elements of Financial Statements, p. 30, Par. 79.

3. "an entity's revenue-earning activities involve delivering or producing goods, rendering services, or other activities that constitute its ongoing major or central operations, and revenues are considered to have been earned when the entity has substantially accomplished what it must do to be entitled to the benefits represented by the revenues" SEC Staff Accounting Bulletin 101 – Revenue Recognition in Financial Statements (1999).

4. "revenue. **"**The *owners' equity* increase accompanying the net assets increase caused by selling goods or rendering services; in short, a service rendered; *sales* of products, merchandise, and services and earnings from *interest, dividends, rents*, and the like. Measure revenue as the expected net present value of the net assets the firm will receive. **Do not confuse with *receipt of funds*, which may occur before, when, or after revenue is recognized.** Contrast with *gain* and *income*. See also *holding gain*.  Some writers use the term *gross income* synonymously with revenue; avoid such usage." *Litigation Services Handbook, The Role of the Financial Expert* 3rd Edition, (Roman L. Weil, et al. eds., John Wiley & Sons, Inc. 2007) online glossary.  (italics in original; bold added)

5. "**revenue.** The owners' equity increase accompanying the net assets increase caused by selling goods or rendering services; in short, a service rendered; sales of products, merchandise, and services and earnings from interest, dividends, rents, and the like. Measure revenue as the expected net present value of the net assets the firm will receive. Do not confuse with receipt of funds, which can occur before, when, or after revenue is recognized. Contrast with gain and income. See also holding gain.  Some writers use the term gross income synonymously with revenue; avoid such usage." *Litigation Services Handbook, The Role of the Financial Expert* 4th Edition, 137 (Roman L. Weil, et al. eds., John Wiley & Sons, Inc. 2007) (emphasis in original).

6. "**revenue**   1. Sales of products, merchandise, and services, and earnings from interest, dividends, rents and wages; transactions resulting in increases in assets.  FASB defines revenues as inflows or other enhancements of assets of an enterprise or settlements of its liabilities (or a combination of both) during a period from delivering or producing goods, rendering services, or other activities that constitute the enterprise's ongoing central or major operations." Eric Louis Kohler et al., *Kohler's Dictionary For Accountants*, 439 (W.W. Cooper & Yuji Ijiri eds. Prentice- Hall, Inc. 1983) (1952) (emphasis in original).

7. "Revenues inflows or other enhancements of assets or settlements of liabilities from delivering or producing goods, rendering services, or other activities that constitute the

entity's ongoing major, or central, operations." Spiceland, J.D., J.F.. Sepe, M.W. Nelson, *Intermediate Accounting*, 7th ed. 2013, p. G-7.

**8.** "Revenues measure inflows of net assets (that is, assets less liabilities) from selling goods and providing services." Stickney, C.P. *Financial Reporting and Statement Analysis*, A Strategic Perspective, 3rd ed. (1996), p. 14

**9.** "**Revenues** Increases in assets or settlements of liabilities from ongoing operations." Libby, R, P. Libby and D.G. Short, *Financial Accounting*, 7th ed. (2011) G-4 (emphasis in original).

**10.** "**Revenues**.  Increases in net assets arising from services rendered or products sold." Kieso & Weygandt, *Intermediate Accounting*, 9th ed., p. 23.

**11.** "REVENUES.  Inflows or other enhancements of assets of an entity or settlement of its liabilities (or a combination of both) during a period from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations." Kieso & Weygandt, *Intermediate Accounting*, 9th ed., p. 41.

### Expense Definitions

**1.** "Expenses are outflows or other using up of assets or incurrences of liabilities (or a combination of both) from delivering or producing goods, rendering services, or carrying out other activities that constitute the entity's ongoing major or central operations." Financial Accounting Standards Board Statement of Financial Accounting Concepts No. 6 (As Amended):  Elements of Financial Statements, p. 31, Par. 80.

**2.** "Expenses represent actual or expected cash outflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations."  Financial Accounting Standards Board Statement of Financial Accounting Concepts No. 6 (As Amended):  Elements of Financial Statements, p. 31, Par. 81.

**3.** "**Expenses** Decreases in assets or increases in liabilities from ongoing operations incurred to generate revenues during the period."  Libby, R, P. and D.G. Short, *Financial Accounting*, 7th ed. (2011) G-2 (emphasis in original).

**4.** "**Expenses** outflows or other using up of assets or incurrences of liabilities during a period from delivering or producing good, rendering services, or other activities that constitute the entity's ongoing major, or central, operations." Spiceland, J.D., J.F.. Sepe, M.W. Nelson, *Intermediate Accounting*, 7th ed. 2013, p. G-0.

**5.** "EXPENSES.  Inflows or other enhancements of assets of an entity or settlement of its liabilities (or a combination of both) during a period from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations." Kieso, Donald E., J. J. Weygandt, *Intermediate Accounting*, 9th ed. 1977, p. 41.

**6.** "**expense,** *n.* (14c) An expenditure of money, time, labor, or resources to accomplish a result; esp., a business expenditure chargeable against revenue for a specific period.  Cf. cost…"  Black's Law Dictionary Ninth Edition 658 (Bryan A. Garner ed., Thomson Reuters 2009) 1891.

**Analysis of Claim Files**

| Claimant | Claim Number | Issue(s) | Disposition |
|---|---|---|---|
| ███ | ███ | Attorney letter included with file notes claimant recorded negative expenses in October 2008 relating to income from an event held at the Center in September of the same year   CSSP did not reclassify resulting in a large expense in September and a large income in October which distorted the claim | Uncorrected |
| ███ | ███ | CSSP inquired and learned cumulative commission "adjustments" were made in November and December of 2007 and 2008   Result was to overstate commission income throughout the year   CSSP wanted to unwind these entries through "posting the relevant amounts to the appropriate months" per the global notes | Correction Attempted |
| ███ | ███ | CSSP inquired and learned claimant received an $18,100 insurance payment to "offset repairs to the computer system in a combine"   Amount was posted in total to a month different than the actual repair payments resulting in incorrect amount both in the month repairs were recorded and again in the month the insurance proceeds were recorded as income | Uncorrected |
| ███ | ███ | CSSP inquired and learned claimant made cumulative adjustments to percentage of completion accounts only in June and December of each year   This cumulative adjustment was left entirely in those months meaining they are misstated as well as the 5 prior months when the differences developed | Uncorrected |
| ███ | ███ | Claim notes indicate CSSP inquired regarding large negative revenue amounts recorded in December of each year   No documentation of any response, and amounts were not adjusted before calculating claim | Uncorrected |
| ███ | ███ | CSSP inquired and learned from claimant that books had been maintained using two different methods of accounting between benchmark and compensation years   CSSP also noted large discrepancies between book net income reported on tax return and book net income reported in submission   No resolution or correction based on this inability to reconcile this important information as specified in the Settlement Agreement | Uncorrected |
| ███ | ███ | CSSP inquired regarding large negative revenue in December 2007 and November 2009   No response included in file and claim processed including those two material errors   Zone D construction company claim ███ awarded $4 8 million by the facility despite negative revenue and other obvious revenue misstatements   In response to CSSP inquiries, claimant disclosed errors overstating benchmark year profits by over $1 million but no correction was applied | Uncorrected |
| ███ | ███ | CSSP inquired about bad debts and learned they were written off in bulk at year end   No adjustment was made to match that expense with the original recording of revenue | Uncorrected |
| ███ | ███ | CSSP inquired and learned large payroll bonuses, a profit sharing contribution and a $600,000 payment related to 2004 were included in Dec 2009 results   No adjustments were made meaning variable profit was overstated for other months in year | Uncorrected |
| ███ | ███ | CSSP inquired regarding $787,088 of negative revenue recorded in Dec 2010   Claimant responded this amount represented expenses accumulated throughout the year and expensed (equivalent to negative revenue) all at once   While December was included in the compensation period, a portion of these expenses related to other months of the year, and therefore inappropriately lowered compensation period variable profit   No adjustment was made | Uncorrected |
| ███ | ███ | CSSP inquired and learned of a large sale recorded in July 2010 for which the materials were purchased and expensed in August 2010   No adjustment was made to properly record the sale in the proper periods   This created a large artificial loss in August 2010 (which was included in the compensation period while July 2010 was left out) generating an award to a company which was not damaged | Uncorrected |

**Exhibit 4.1**



**Exhibit 4.2**



$600,000 expense related to the completion of a multi-year joint venture.

Claimant's Benchmark Period

$700,000
$600,000
$500,000
$400,000
$300,000
$200,000
$100,000
$-

Jan-09  Feb-09  Mar-09  Apr-09  May-09  Jun-09  Jul-09  Aug-09  Sep-09  Oct-09  Nov-09  Dec-09

**Exhibit 4.3**



**Exhibit 4.4**



**Exhibit 4.5**



**Exhibit 4.6**



**Exhibit 4.7**



Dec. 2007

Oct. 2008

Damage driven by timing of 2010 payment in March rather than comparable months

Mar. 2010

Jul. 2009

Benchmark Period

**2009 JOB DETAIL**

Exhibit 5

| JOB # | JANUARY | | | FEBRUARY | | | MARCH | | | APRIL | | | MAY | | | JUNE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT |
| 08-002 | 702.00 | 318.00 | 384.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 08-010 | - | - | - | 330.00 | 185.00 | 145.00 | - | - | - | - | - | - | - | - | - | - | - | - |
| 08-015 | 20,136.00 | 11,585.00 | 8,551.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 08-016 | 23,808.00 | 16,024.00 | 7,784.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 08-023 | 22,179.00 | 43,308.00 | (21,129.00) | - | - | - | - | - | - | - | - | - | - | - | - | 70,411.00 | - | 70,411.00 |
| 08-027 | 8,813.00 | 14,039.00 | (5,226.00) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 08-030 | - | - | - | 73,686.00 | 92,560.00 | (18,874.00) | 81,565.00 | 100,538.00 | (18,973.00) | 81,618.00 | 92,096.00 | (10,478.00) | 219,358.00 | 239,700.00 | (20,342.00) | - | - | - |
| 08-054 | 2,310.00 | 10,543.00 | (8,233.00) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-001 | - | - | - | 400.00 | 192.00 | 208.00 | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-004 | - | - | - | - | - | - | - | - | - | - | - | - | 53,948.00 | 34,172.00 | 19,776.00 | 193,145.00 | 205,120.00 | (11,975.00) |
| 09-007 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 220,643.00 | 176,514.00 | 44,129.00 |
| 09-014 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-033 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-041 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-043 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-049 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 09-050 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTALS | 77,948.00 | 95,817.00 | (17,869.00) | 74,416.00 | 92,937.00 | (18,521.00) | 81,565.00 | 100,538.00 | (18,973.00) | 81,618.00 | 92,096.00 | (10,478.00) | 273,306.00 | 273,872.00 | (566.00) | 484,199.00 | 381,634.00 | 102,565.00 |

**NOTES:**

Exhibit 5

| | JULY | | | AUGUST | | | SEPTEMBER | | | OCTOBER | | | NOVEMBER | | | DECEMBER | |
| REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT | REVENUE | COSTS | GROSS PROFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | (117,758.00) | 117,758.00 | - | - | - | - | - | - | - | - | - | - | - | - |
| - | (9,012.00) | 9,012.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 242,311.00 | 192,329.00 | 49,982.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | 100,596.00 | 135,568.00 | (34,972.00) | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | 120,650.00 | 126,965.00 | (6,315.00) | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | 41,799.00 | 37,128.00 | 4,671.00 | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | 84,900.00 | 65,154.00 | 19,746.00 | 44,179.00 | 68,405.00 | (24,226.00) | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | 3,895.00 | 1,249.00 | 2,646.00 | - | - | - | 4,476.00 | 2,904.00 | 1,572.00 |
| - | - | - | 11,485.00 | 4,616.00 | 6,869.00 | - | - | - | 8,104.00 | 11,801.00 | (3,697.00) | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | 35,600.00 | 18,920.00 | 16,680.00 | - | - | - |
| - | - | - | - | - | - | 101,257.00 | 60,754.00 | 40,503.00 | 67,717.00 | 51,152.00 | 16,565.00 | 47,344.00 | 74,229.00 | (26,885.00) | 97,916.00 | 113,456.00 | (15,540.00) |
| 242,311.00 | 183,317.00 | 58,994.00 | 232,731.00 | 149,391.00 | 83,340.00 | 227,956.00 | 163,036.00 | 64,920.00 | 123,895.00 | 132,607.00 | (8,712.00) | 82,944.00 | 93,149.00 | (10,205.00) | 102,392.00 | 116,360.00 | (13,968.00) |

MATERIALS RETURNED ON JOB 08-054.
JOB 08-030 BECOMES A LEGAL ISSUE.

JOB 08-030 SUBCONTRACTOR SETTLES
FOR A $117,758 REDUCTION IN
AMOUNTS OWED.

COST OVERRUNS ON JOB 09-015.

COST OVERRUNS ON JOB 09-050.

COST OVERRUNS ON JOB 09-050 ARE
WORSE THAN ESTIMATED.

Exhibit 5

| | TOTALS | |
| REVENUE | COSTS | GROSS PROFIT |
|---|---|---|
| 702.00 | 318.00 | 384.00 |
| 330.00 | 185.00 | 145.00 |
| 20,136.00 | 11,585.00 | 8,551.00 |
| 23,808.00 | 16,024.00 | 7,784.00 |
| 92,590.00 | 43,308.00 | 49,282.00 |
| 8,813.00 | 14,039.00 | (5,226.00) |
| 456,227.00 | 407,136.00 | 49,091.00 |
| 2,310.00 | 1,531.00 | 779.00 |
| 400.00 | 192.00 | 208.00 |
| 590,000.00 | 567,189.00 | 22,811.00 |
| 341,293.00 | 303,479.00 | 37,814.00 |
| 41,799.00 | 37,128.00 | 4,671.00 |
| 129,079.00 | 133,559.00 | (4,480.00) |
| 4,476.00 | 2,904.00 | 1,572.00 |
| 19,589.00 | 16,417.00 | 3,172.00 |
| 3,895.00 | 1,249.00 | 2,646.00 |
| 35,600.00 | 18,920.00 | 16,680.00 |
| 314,234.00 | 299,591.00 | 14,643.00 |
| 2,085,281.00 | 1,874,754.00 | 210,527.00 |

**Exhibit 6**

*Profits are earned throughout a project as work is completed.  Total project results are captured in B and C totals, and revenue is allocated as a percentage of monthly costs (column A) to properly reflect revenue earned as construction is completed (column D).*

**Project 08-023**
**As reported in monthly financial statements.**

| | Revenue | A Cost | Gross Profit | D = A x (B/C) Adj Rev |
|---|---|---|---|---|
| Jan-08 | | | | - |
| Feb-08 | | | | - |
| Mar-08 | | | | - |
| Apr-08 | | | | - |
| May-08 | | | | - |
| Jun-08 | | | | - |
| Jul-08 | 16,680.00 | 14,011.00 | 2,669.00 | 15,371.30 |
| Aug-08 | | | | - |
| Sep-08 | 103,078.00 | 72,155.00 | 30,923.00 | 79,160.39 |
| Oct-08 | 204,200.00 | 142,940.00 | 61,260.00 | 156,817.77 |
| Nov-08 | 304,255.00 | 295,127.00 | 9,128.00 | 323,780.31 |
| Dec-08 | 16,600.00 | 119,259.00 | (102,659.00) | 130,837.63 |
| Jan-09 | 2,310.00 | 10,543.00 | (8,233.00) | 11,566.60 |
| Feb-09 | | | | - |
| Mar-09 | | | | - |
| Apr-09 | | | | - |
| May-09 | | | | - |
| Jun-09 | 70,411.00 | | 70,411.00 | - |
| Jul-09 | | | | - |
| Aug-09 | | | | - |
| Sep-09 | | | | - |
| Oct-09 | | | | - |
| Nov-09 | | | | - |
| Dec-09 | | | | - |
| Jan-10 | | | | - |
| Feb-10 | | | | - |
| Mar-10 | | | | - |
| Apr-10 | | | | - |
| May-10 | | | | - |
| Jun-10 | | | | - |
| Jul-10 | | | | - |
| Aug-10 | | | | - |
| Sep-10 | | | | - |
| Oct-10 | | | | - |
| Nov-10 | | | | - |
| Dec-10 | | | | - |
| **Job Total** | 717,534.00 | 654,035.00 | 63,499.00 | 717,534.00 |
| | B | C | | |

*Source* : CSSP portal documen ███████ pages 61 and 64.