# Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to all actions. | MDL NO. 2179<br><br>SECTION J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

1
2
3
4
5
6
7
8
9

# DECLARATION OF ROMAN L. WEIL

## FEBRUARY 18, 2013

10    **QUALIFICATIONS**
11
12    I am the V. Duane Rath Professor Emeritus of Accounting at the Chicago Booth School
13    of Business of the University of Chicago.  During the academic year 2012-13, I am visit-
14    ing professor at the Rady School of the University of California, San Diego.  I am a Pro-
15    gram Fellow at Stanford University Law School.
16
17    I received a BA in Economics and Mathematics from Yale University in 1962.  I received
18    an MS in Industrial Administration in 1965 and a Ph.D. in Economics in 1966, both from
19    Carnegie-Mellon University.  I joined the faculty at the University of Chicago in 1965,
20    where I have held positions in Mathematical Economics, Management and Information
21    Sciences, Accounting, and in the Law School.
22
23    I have been a CPA in Illinois since 1973.  I have served on the faculties of the Georgia
24    Institute of Technology, New York University Law School, and at Stanford University in
25    its Graduate School of Business, Economics Department and Law School.
26
27    I have co-edited four professional reference books on topics for McGraw-Hill, Simon &
28    Schuster, Prentice Hall, and John Wiley & Sons.  I have co-authored over a dozen text-
29    books for Holt, Rinehart and Winston; The Dryden Press; Harcourt Brace Jovanovich;
30    Thomson Learning; and Cengage Learning.  I am the senior editor of, and contributor to,
31    the *Litigation Services Handbook*, now in its fifth edition.  My articles have appeared in
32    *Barron's* and *The Wall Street Journal*.  I have published over 80 articles in academic and
33    professional journals.  I have served as the principal investigator on various research pro-
34    jects of the National Science Foundation.
35
36    I have served on the Financial Accounting Standards Advisory Council.  I have testified
37    to a Congressional Committee about the setting of accounting principles.  I currently
38    serve on the Standing Advisory Group of the Public Company Accounting Oversight
39    Board.  I have consulted with government agencies, including the U.S. Treasury Depart-
40    ment and the Securities and Exchange Commission, and a variety of other clients.  I serve
41    on the Board of Directors of mutual funds affiliated with New York Life Insurance Com-
42    pany and have chaired the Audit Committee.  I currently chair the Compliance and Risk
43    Committee.
44
45    I have attached to this report my academic curriculum vitae, as **Appendix A**, which con-
46    tains a list of all my publications, a list of my sworn testimony within the past four years
47    as **Appendix B**, and a list of documents I have considered or relied upon in this matter as
48    **Appendix C**.
49
50
51    **ASSIGNMENT**
52
53    Counsel for BP Exploration & Production Inc., BP America Production Company, and
54    BP p.l.c. ("Defendants") has asked me to comment on the implementation of the *Deep-*
55    *water Horizon* Economic and Property Damages Settlement, as amended on May 2, 2012

1

56  ("Settlement Agreement").  Specifically, counsel asked me to consider Class Counsel's
57  interpretation of the Business Economic Loss Framework ("BEL Framework")[1] that
58  Class Counsel proposed and which the Claims Administrator[2] adopted.  Then, counsel
59  has asked me to answer the following questions:
60
61
62      I.      What is the purpose of the BEL Framework?
63      II.     What methods does the BEL Framework use to attempt to achieve
64              the BEL's purpose?
65      III.    When can Class Counsel's interpretation work?  When does it not
66              work to achieve the purpose?
67      IV.     Will BP's approach achieve the BEL Framework's purpose and be
68              consistent with the BEL Framework's definition of Variable Prof-
69              it?
70      V.      Would you expect the accountants and related professionals re-
71              tained by the Claims Administrator to be able to perform the anal-
72              yses and calculations for the BP approach?
73
74
75  **ANSWERS AND ANALYSIS**
76
77      I.      **What is the purpose of the BEL Framework?**
78
79              The purpose of the BEL Framework is to "compensate claimants
80              for any reduction in profit between the 2010 Compensation Period
81              selected by the claimant and the comparable months of the Bench-
82              mark Period" (Step 1) as well as "for incremental profits or losses
83              the claimant might have been expected to generate in the absence
84              of the spill relative to sales from the Benchmark Period" (Step 2).[3]
85
86              Accountants typically use the word *profit* to mean "the excess of
87              all revenues and gains for a period over all expenses and losses of
88              the period,"[4] where they "measure revenue as the expected net
89              present value of the net assets the firm will receive."[5]  The BEL
90              Framework appears to use *profit* and *Variable Profit* to refer to the

---

[1] Settlement Agreement, Exhibits 4A through 4E.

[2] Class Counsel Memorandum, "Request for Formal Policy Statement: Monthly Revenue," December 16, 2012; see also Memorandum from Patrick A. Juneau to Class Counsel and BP, January 15, 2013, "Announcement of Policy Decision Regarding Claims Administration."

[3] Settlement Agreement, Exhibits 4C.  The computation of incremental profits (as determined in Step 2) is a mechanical addition to the lost profits, which I do not analyze further.

[4] R.L. Weil, K. Schipper and J. Francis: *Financial Accounting: An Introduction to Concepts, Methods, and Uses* (14th Edition), South-Western, Cengage Learning, 2014, p. 795.

[5] *Id*. p. 814.

| | | |
|---|---|---|
| 91 | | same concept.[6] But, the BEL Framework uses the term *Variable* |
| 92 | | *Profit* as a specialized construct designed for the Framework, |
| 93 | | which I discuss in the next section.  Also, in the next section, I |
| 94 | | draw the distinctions between revenues and receipts on the one |
| 95 | | hand and expenses and expenditures on the other.[7] |
| 96 | | |
| 97 | | The BEL Framework focuses on revenues and expenses, not re- |
| 98 | | ceipts and expenditures, which netted, we can call *net funds flow* or |
| 99 | | *net cash flow*.  The BEL Framework does not attempt to compen- |
| 100 | | sate claimants for the shortfall in the net receipts of funds between |
| 101 | | the Benchmark and Compensation Periods. |
| 102 | | |
| 103 | | I therefore read the basic purpose of the BEL Framework (and the |
| 104 | | matter at issue before the Court) to be to compensate claimants for |
| 105 | | the difference in profits between the Benchmark Period and the |
| 106 | | Compensation Period. |
| 107 | | |
| 108 | II. | **What methods does the BEL Framework use to attempt to achieve the** |
| 109 | | **BEL's purpose?** |
| 110 | | |
| 111 | | The BEL Framework attempts to achieve the BEL's purpose by compar- |
| 112 | | ing past performance to post-spill performance using a claimant's Variable |
| 113 | | Profit in comparable months. |
| 114 | | |
| 115 | | The BEL Framework says to measure Variable Profit by computing these |
| 116 | | steps: |
| 117 | | | (1) Sum the monthly revenue over the period. |
| 118 | | | (2) Subtract the corresponding variable expenses from rev- |
| 119 | | | enue over the same time period. |
| 120 | | | |
| 121 | | The BEL Framework specifically refers in (1) to *revenue*.  Accountants |
| 122 | | "[d]o not confuse [revenue] with receipt of funds, which may occur before |

---

[6] The BEL Framework uses the word term *actual profit* in the first line of Exhibit 4C, then uses the word *profit* in the second line of text. Four lines later, it uses the term *Variable Profit*. I read the BEL Framework to use *actual profit*, *profit*, and *Variable Profit* to refer to the same accounting construct. *Actual profit* refers to this construct for the Compensation Period, while *profit* refers to both the Benchmark and Compensation Periods. *Variable Profit* refers to both the measurement in the Benchmark Period and the measurement in the Compensation Period. When the BEL Framework focuses on the defined costs to exclude from the measurements, it uses *Variable Profit*. *Profit*, without the modifying adjective, appears to refer to the general concept, before it's being limited with the exclusion of the defined fixed costs, so that the remaining costs subtracted are the defined variable costs.

I interpret these three terms to refer to the concept of profit as defined in Section I. That definition provides consistency with the stated purpose of the BEL Framework.

[7] I have attached to this Declaration an Appendix D--a Glossary for the terms from the BEL Framework that have common meanings in accounting.  I have quoted, but not exclusively, from my own textbooks and professional reference books.  I've been using these definitions since about 1975 in over forty editions of various books.

123                   [or] when or after revenue is recognized."[8]
124

125                   The BEL Framework specifically refers in (2) to *corresponding variable*
126                   *expenses.* Exhibit 4D lists, and defines solely by listing, the specialized
127                   construct of variable expenses designed for the Framework.[9]
128

129                   Variable Profit is revenues minus (defined) corresponding variable ex-
130                   penses. It starts with revenue and subtracts the corresponding (accountants
131                   more often would say "matched") variable expenses. *Variable Profit* is not
132                   a technical term in accounting, but one the BEL Framework defines, clear-
133                   ly, for use in this matter.
134

135                   BP's interpretation is consistent with Variable Profit as the BEL Frame-
136                   work defines it.
137

138                   Accountants distinguish between a *revenue* (occurs when we deliver
139                   goods or render services and get some asset, perhaps not cash, in return)
140                   and a *receipt* (inflow of cash). That is, we can have an inflow of cash
141                   without simultaneously delivering goods or services to customers. We
142                   might collect the cash in advance (as a landlord collects before letting the
143                   tenant use the property) or a month after we deliver the goods (as in most
144                   transactions where the customer accepts the goods today and promises to
145                   pay later).
146

147                   *Revenue* is a technical term in accounting and its meaning does not change
148                   as a function of where professionals use it. *Revenue* does not mean *receipt.*
149

150                   Accountants distinguish between an *expense* (a gone asset) and an *ex-*
151                   *penditure* (gone cash).[10] That is, we can have gone cash without having
152                   gone assets. Consider, for example, the expenditure of cash to pay the rent
153                   for two months in advance. Cash is gone, but another asset, Prepaid Rent,
154                   takes it place. The entity has no reduction in assets. When the entity uses
155                   the rental property, it will use up the asset Prepaid Rent and report ex-
156                   pense. Expense is gone asset, which might be cash; expenditure is gone
157                   cash, but might not be expense.
158

159                   The BEL Framework refers to *revenues,* not receipts, and to *correspond-*
160                   *ing variable expenses*, not to corresponding variable expenditures. Class

---

[8] Weil, R.L., K. Schipper, and J. Francis, *Financial Accounting: An Introduction to Concepts, Methods, and Uses* (14th Edition), South-Western, Cengage Learning, 2014, p. 814.

[9] The BEL Framework refers to *variable expenses* in the body of Exhibit 4C and *variable costs* in Exhibit 4D.

[10] To cover all possible transactions, the definition of expense must be "gone net assets," as sometimes one has an accounting expense matched with an increase in a liability (for example, the accrual of wages payable), not the reduction in some asset. Net assets = assets − liabilities.

4

161          counsel's interpretation of the BEL Framework confuses revenues with
162          receipts and expenses with expenditures.
163
164          Class Counsel quotes (1) and (2), as I have in lines 117-119, but adds:
165
166                The term "corresponding variable expenses" refers to the variable
167                expenses that correspond to "*the same time period*", (not the
168                variable expenses that might or might not "correspond" to the
169                revenue).[11]
170
171          The BEL Framework says that we want to subtract corresponding variable
172          **expenses** for the same time period, rather than subtract corresponding **ex-**
173          **penditures**.  Accounting terminology does not define, nor can I ever recall
174          having seen used, the term *variable expenditures.* Class Counsel's inter-
175          pretation, in effect, equates variable expenses with this hypothetical ac-
176          counting concept, not with the defined list of expenses enumerated in the
177          BEL Framework's Exhibit 4D. Class Counsel's interpretation of the term
178          "corresponding variable expenses" to mean expenditures causes the distor-
179          tions in the compensation of some BEL claimants, which are not con-
180          sistent with the purpose of the BEL Framework.
181
182          The BEL Framework invokes profit; profit means revenues minus expens-
183          es, not receipts minus expenditures.  The BEL Framework uses the word
184          *corresponding*.  The more conventional accounting word is *matching*, but
185          these mean the same thing. Accountants say that we have not properly
186          measured income as revenues less expenses unless the expenses measure
187          the assets used to generate the revenues. We say we *match* efforts to re-
188          wards; we match expenses to revenues so that any one project has a single
189          rate of return, no matter which of the time slices of that project we exam-
190          ine.
191
192
193    III.     When can Class Counsel's interpretation work?  When does it not
194          work to achieve the purpose?
195
196          **It Can Work.**  Class Counsel's interpretation, although generally
197          wrong, achieves the purpose of the BEL Framework when current
198          period expenditures naturally match current period receipts.  In
199          other words, Class Counsel's interpretation achieves the BEL
200          Framework's purpose for businesses for which the cash expendi-
201          tures match the returns on those expenditures in the same time pe-
202          riod.  Class Counsel's interpretation achieves the BEL Frame-
203          work's purpose when cash basis accounting functions in the same
204          way as accrual basis accounting, by matching efforts and the re-

---

[11] Class Counsel added the italicized emphasis and underlining, which are not in the BEL Framework.

205 turns on those efforts. A restaurant provides a good example of re-
206 ceipts matching accrual accounting's revenues and expenditures
207 matching accrual accounting's expenses. The restaurant pays for
208 labor and food in the same accounting period as it collects cash for
209 the sales of food.
210
211 Because the BEL Framework's definition of Variable Profit ex-
212 cludes costs such as depreciation on buildings, hotels provide an-
213 other good example where receipts from hotel guests match accru-
214 al accounting's revenues and expenditures for labor and supplies
215 match accrual accounting's expenses.
216
217 **It Doesn't Work.** Class Counsel's interpretation does not work to
218 the degree that the timing of expenditures to achieve an effort dif-
219 fers from the timing of receipts—the rewards for those efforts.
220 Class Counsel's interpretation when applied in these contexts leads
221 to nonsense.[12]
222
223 The clearest difference in patterns of expenditures and receipts
224 arises for contingent fee litigation by a plaintiff law firm. The law
225 firm spends effort over several years to file a case, gather docu-
226 ments, take depositions, go to trial, deal with appeals, and finally,
227 some years later, collects a portion of the judgment.
228
229 Other examples in this matter with patterns of expenditures deviat-
230 ing from pattern of receipts involve
231
232 • farming efforts where expenditures occur throughout a crop
233 year, but receipts come at the end of the crop year, when
234 the farmer takes his crop to market,
235
236 • construction projects where expenditures for projects occur
237 regularly through time in patterns that differ from the pat-
238 terns of receipts of progress payments made by the custom-
239 ers,[13]
240

---

[12] Mr. Sider's report provides data that suggest to me that 40% of dollars offered through the BEL Frame-
work have been made to claimants in industries where Class Counsel's interpretation does not work. Dec-
laration of Hal Sider, February 18, 2013 at Table 2; ¶ 13.

[13] In a typical construction project a customer signs a contract with the contractor. The contract typically
provides that the customer will make payments over time, called *progress payments*. The contractor agrees
to build the item according to specification and incurs costs over time to build the item. As the contractor
incurs costs, he makes payments to his suppliers and labor force. If the pattern of progress payments were
to match the pattern of contractor expenditures, Class Counsel's interpretation would work. But in many
cases, including several I've seen in Mr. Hall's analysis, the patterns differ so drastically that the rates of
return by period fluctuate substantially. See Declaration of David A. Hall, January 23, 2013.

241
242
243
244
245

- manufacturing companies where expenditures for raw ma-
  terials and labor occur seasonally in patterns that differ
  from collection of cash after the manufacturer has complet-
  ed production and shipped the goods to the customer,

246
247
248
249
250

- retail companies where expenditures for inventory occur
  seasonally in patterns that differ from collections of cash
  after the customer has taken delivery of the goods, then
  pays later, and

251
252
253

- art galleries which acquire expensive works of art in one
  period and sell them for cash in a different period.

254
255
256
257
258
259
260

When patterns of receipts as rewards for efforts differ from the pat-
terns of expenditures to achieve those rewards, then taking a small
time slice, such as a few months (or in some cases, even a year),
and computing returns based on receipts less expenditures in that
time slice will show wildly different rates of return (the ratio of re-
ceipts to expenditures for example) for the various time slices.

261
262
263
264

That rates of return differ over time for a given project signals that
the measuring device is faulty.  Any one project has a single rate of
return:

265
266
267
268

(Total receipts for the project − Total expenditures for the project)

Total receipts for the project

269
270
271

So, if we choose a method that reports rates of return that fluctuate
through time for a given project, we chose a faulty method.

272
273
274
275

**Example.**  Consider a project with inflows over two periods of 125
and outflows over two periods of 100.  The rate of return for this
project is

276
277

$20\% = (125 - 100) / 125.$

278
279
280

Now, suppose the pattern of cash receipts and expenditures for this
project, with periodic rates of return, is:

7

|  | Period 1 | Period 2 | Total |
|---|---|---|---|
| Receipts | 45 | 80 | 125 |
| Expenditures | 40 | 60 | 100 |
| Distorted Rate of Return | 11.1% | 25.0% |  |
| Accurate Rate of Return |  |  | 20.0% |

281
282
283    If the rate of return over two periods is 20 percent, and we choose
284    a method that shows about an 11 percent return in one period, then
285    that same method will show about a 25 percent return in the second
286    period.   If we then get to choose which of the two periods we con-
287    sider the Benchmark Period, then we'll choose the second period,
288    which signals a benchmark return of 25 percent.  Allowing claim-
289    ants to use Class Counsel's interpretation and choose the second
290    period to set benchmark rates of return will enable them to over-
291    claim relative to the actual rates of return. If the pattern of receipts
292    were more unbalanced relative to expenditures than the example
293    shows, the distortions grow.
294

|  | Period 1 | Period 2 | Total |
|---|---|---|---|
| Receipts | 41 | 84 | 125 |
| Expenditures | 40 | 60 | 100 |
| Distorted Rate of Return | 2.4% | 28.6% |  |
| Accurate Rate of Return |  |  | 20.0% |

295
296
297    The BEL Framework allows a claimant to choose a Benchmark Pe-
298    riod that is shorter than the entire period over which that claimant's
299    efforts start and later reach fruition.  Any sensible claimant would
300    select his Benchmark Period under the Class Counsel's interpreta-
301    tion in such a way that the measure focuses on the period with the
302    largest measured rate of return, ignoring the months which, when
303    included, reduce the average rate to the project's overall rate.
304
305    One can use the lessons of the preceding two examples to illustrate
306    the happenstance of applying Class Counsel's interpretation.  Im-
307    agine that the first exhibit above results from the bank reconcilia-
308    tion statements of First Claimant and the second exhibit results
309    from the general ledger of a Second Claimant.   We can see that

8

310
311
312
313
314

these two Claimants are in the same economic position with re-
spect to the base periods and economic activities.  But the Second
Claimant gets to establish a larger base rate of return than does the
first.

315
316
317
318
319
320

Ideally, measurements of return for a project for time segments
shorter than the entire life of the project should signal comparable
rates.  While achieving this goal as real time passes is hard, doing
it after the fact, after we know all the data for a project, is a trivial
undertaking for an accountant.

321
322
323
324
325

BP's approach deals with the cases with mis-matched patterns of
expenditures and receipts to achieve the purpose of the BEL
Framework.[14]

326
327
328
329

IV.   Will BP's approach achieve the BEL Framework's purpose and be
consistent with the BEL Framework's definition of Variable Prof-
it?

330
331
332
333

Yes. I believe they will, as BP's approach matches the pattern of
revenues from a project to the pattern of expenses derived from the
observed expenditures for that project.

334
335
336

Using the distorting examples above, the BP approach implements
the BEL Framework, as below.

|  | Period 1 | Period 2 | Total |
|---|---|---|---|
| Receipts | 50 | 75 | 125 |
| Expenditures | 40 | 60 | 100 |
| Accurate Rate of Return | 20.0% | 20.0% | 20.0% |

337
338
339
340
341
342
343
344
345
346

V.   Would you expect the accountants and related professionals re-
tained by the Claims Administrator to be able to perform the anal-
yses and calculations for the BP approach?

Yes.

---

[14] See Declaration of Hal Sider, February 18, 2013; BP's Response To Class Counsel's December 16, 2012
Request for Policy Determination, January 9, 2013.

347    Accountants routinely use analyses and calculations similar to the
348    BP approach because accounting consists of matching benefits and
349    the efforts required to generate those benefits.  Income tax ac-
350    counting, cost accounting, financial reporting—all of these require
351    the accountants to match some measure of benefits with some
352    measure of efforts.  The measures differ across applications, but
353    the processes require the same techniques and training.  For exam-
354    ple, in preparing tax returns, an accountant matches a person or
355    business' taxable income across the jurisdictions in which it was
356    earned. [15]  For cost accounting purposes, the accountant matches a
357    company's cost of sales and overhead among the various products
358    a company produces.[16]  For financial reporting purposes, the ac-
359    countant matches revenues to the period earned and expenses to
360    the period incurred.[17]  Thus, those trained in accounting have
361    learned to match patterns of effort with rewards for those efforts.
362
363    BP's approach requires some judgments in executing the pieces
364    that require adjustments for the "irregular or extraordinary cost en-
365    tries."  The exercise of those judgments is the quintessence of ac-
366    counting professionalism.  The accountants will do the matchings
367    to reflect the business purposes, based on objective data from each
368    of the businesses, of the expenditures.  In contrast, the Class Coun-
369    sel interpretation advocates whimsy, random, and capricious com-
370    putations that result from the use of distorted measurements of
371    rates of return, as I illustrated in Section III.
372
373    Class Counsel's interpretation also would not require the skills of a
374    professional accountant, only those of a data entry clerk. But I un-
375    derstand the parties to this matter have retained two large, compe-
376    tent accounting firms to do the computations required by the BEL
377    Framework.   These professionals can easily implement the BP ap-
378    proach. And I see no reason why those professionals would have
379    been hired if the work required only clerical tasks, not the applica-
380    tion of tools these professionals use day-to-day in their auditing
381    and consulting work.
382
383    I am confident that the professional accountants retained by the
384    Claims Administrator can do the computations.  They have been
385    learning how to do these procedures from their first weeks of their

---

[15] *See*, for example, Anderson, John E., *Public Finance Principles and Policy* (2nd Edition), South-Western, Cengage Learning, 2012, pp. 494-495.

[16] *See*, for example, Maher, Michael W., Stickney, C.P. and R.L. Weil, *Managerial Accounting: An Introduction to Concepts, Methods and Uses* (11th Edition), South-Western, Cengage Learning, 2012, pp. 36-37.

[17] *See*, for example, Weil, R.L., K. Schipper, and J. Francis, *Financial Accounting: An Introduction to Concepts, Methods, and Uses* (14th Edition), South-Western, Cengage Learning, 2014, p. 26-27.

386        first accounting courses.   Making such matchings have become so
387        routine that many accountants don't even think about it.  Much as
388        you and I have made breathing so routine that we rarely think
389        about the process.
390
391
392
393   **CONCLUSION**
394
395   I believe that the Class Counsel's interpretation does not achieve rational results for
396   claimants, such as for professionals, farmers, contractors and manufacturers, whose pat-
397   terns of cash inflows do not match the patterns of cash outflows to achieve the efforts.  I
398   believe that BP's approach will come closer to achieving the results demanded by ac-
399   counting theory and the BEL Framework.
400
401   I affirm that I wrote this declaration and believe it to be true.
402
403
404
405
406
407   Roman L. Weil
408   February 18, 2013

11

**ROMAN L. WEIL**                                                                                          **APPENDIX A**

Professor Emeritus
Booth School of Business
University of Chicago
5807 S. Woodlawn Avenue
Chicago IL  60637
(773) 702-7261, Fax (206) 202-2114
**Roman.Weil@ChicagoBooth.edu**

## *DEGREES AND CERTIFICATES*

B.A., Yale University, 1962; Economics and Mathematics.
M.S., Carnegie Mellon University, 1965; Industrial Administration.
Ph.D., Carnegie Mellon University, 1966; Economics.
CPA, State of Illinois, 1973; #239.002457
CMA, 1974-2007


## *ACADEMIC AFFILIATIONS*

| | |
|---|---|
| 1965– | Instructor and Assistant Professor of Mathematical Economics (1965–70), Associate Professor of Management and Information Sciences (1970–76), Professor of Accounting and Sigmund E. Edelstone Professor of Accounting (1976–97), V. Duane Rath Professor [Emeritus since 2008] of Accounting (1997– ), and Director of The Institute of Professional Accounting (1978–89), Lecturer in Law (1988–89, 2000–01, 2008), Director of Directors' College (1998–2002) and Director of The Directors' Consortium (2002– ) at The University of Chicago. Emeritus (2008-- ) |
| 2012- | Visiting Professor, Rady School of Management, University California, San Diego |
| 2005- | Visiting Professor, Visiting Scholar, University of Washington, Seattle |
| 2008 | Visiting Profesor, Haas School of Business, Univ California, Berkeley |
| 2008- | Program Fellow, Stanford University Law School. |
| 2009 | Visiting Professor, Harvard Law School |
| 2009 | Visiting Professor, Tepper School of Business, Carnegie Mellon University |
| 2009 | Visiting Professor, King Fahd University of Petroleum and Minerals |
| 2010 | Visiting Professor, Princeton Universty, Department of Economics |
| 2010-11 | Visiting Professor of Accouting, Taxation, and Law, Stern School of Business, New York University |
| 2011 | Adjunct Professor, Cox School of Business, Southern Methodist University |

1

**ROMAN L. WEIL**                                                              **APPENDIX A**

1990–95         Visiting Professor of Law, Stanford University Law School. (Edwin A. Heafey, Jr. Visiting Professor in 1991 and 1992.)

1985            George R. Olincy Visiting Professor of Accounting and Law, New York University School of Law.

1984, 1985, 2004    Visiting Professor of Accounting, Visiting Professor of Economics, Stanford University, Economics Department and Graduate School of Business..

1974–76         Mills B. Lane Professor of Industrial Management, College of Industrial Management, Georgia Institute of Technology.

1963–65,        Instructor of Mathematics and Economics, Visiting Associate Professor of
1971–72         Industrial Administration, Carnegie-Mellon University.


*PROFESSIONAL SOCIETIES AND SERVICE*

American Accounting Association (Associate Editor of *The Accounting Review*, 1975–79; Committee to Nominate Outstanding Contributions to the Accounting Literature, 1975–76; Resource Allocation Committee, 1976–77; Outstanding Educator Committee, 1982–83; 1983–84); American Economic Association; American Institute of Certified Public Accountants; Association of Computing Machinery (Department Editor of *Communications of ACM*, 1971–73); The Institute of Management Sciences (Associate Editor of *Management Science*, 1970–76, Insurance Liaison Designate, 1972–  ); National Association of Accountants; Illinois Society of CPAs (Committee on Accounting Principles, 1976–77); Securities and Exchange Commission, Advisory Committee on Replacement Cost Implementation, 1976–77; Editorial Board of *Journal of Accounting and Economics*, 1979–81; Editorial Board of *Financial Analysts Journal*, 1980–88; American Assembly of Collegiate Schools of Business Accounting Accreditation Committee, 1987–88.  Financial Accounting Standards Board:  Task Force on Consolidations, 1985–89; Task Force on the Role of Discounting in Accounting, 1989–  ; Financial Accounting Standards Advisory Council, 1989–93 .  Task Force on Financial Instruments, 1994–97.  Steering Committee of the American Assembly's Program on the Future of the Accounting Profession, 2001–  .  Investment Company Institute, Director Services Committee, 2002–2004; Independent Directors' Council, 2004–  .  Mutual Fund Directors' Forum, 2003 .

*CORPORATE GOVERNANCE*

Public Company Accounting Ovesight Board, Standing Advisory Group, 2012-2013.

MainStay Group of funds—advised by New York Life Investments LLC.
        MainsStay VP Series Fund, 1994-2007. Chairman of Audit Committee, 1995-2007.
        MainStay Group of Funds (consolidated Board of five registered fund companies,
                including MainStay VP Series Fund Inc.) 2007-    .  Member, Consolidated Audit
                Committee; Audit Committee Financial Expert.

Stanford University Directors' College
        Organizer, Chair, Panelist of Sessions on Audit Committee, Backdating Stock Options:
        1994–2006, continuing.

University of Chicago

ROMAN L. WEIL                                                      APPENDIX A

> Organizer and Director of Directors' College, 1998–2002.
> Organizer and Director of Directors' Consortium, 2002– .

Investment Company Institute, Independent Directors' Council, 2004–2008 .

Ygomi, LLC
> Board member and chairman of Audit Committee, 2006– .

***GRANTS***

NDEA (TITLE IV) Pre-Doctoral Fellowship, 1962–1965.

Principal Investigator for National Science Foundation Grants on "Economic Programming" and "Inflation Accounting."  July 1967 – March 1982.

Discounting in Accounting.  Coopers & Lybrand, 1987–90.

***BOOKS***

Sidney Davidson, Leon J. Hanouille, Clyde P. Stickney, Co-authors.  *Intermediate Accounting: Concepts, Methods and Uses*, Hinsdale, IL:  The Dryden Press, 1980, 1981, 1982, 1985; Canadian edition (with C. L. Mitchell), 1982.

Sidney Davidson and Clyde P. Stickney, Co-Authors.  *Inflation Accounting:  General Price Level Adjusted Accounting for the Accountant and the Financial Analyst*, New York:  McGraw-Hill Book Co., 1976; Spanish edition 1978; Japanese edition 1978.

Sidney Davidson and James S. Schindler, Co-authors.  *Fundamentals of Accounting*, Hinsdale, IL: The Dryden Press, 5th ed., 1975; Spanish edition, 1977.

Sidney Davidson, David O. Green, Walter Hellerstein and Albert Madansky, Co-authors. *Financial Reporting by State and Local Government Units*, Chicago, IL:  University of Chicago Press, 1977.

Michael W. Maher, Clyde P. Stickney and Sidney Davidson, Co-authors.  *Managerial Accounting: An Introduction to Concepts, Methods, and Uses*, Hinsdale, IL:  The Dryden Press, 1978, 2nd ed., 1985; 3rd ed., 1988; San Diego:  Harcourt, Brace, Jovanovich, 4th ed., 1991; Ft. Worth, TX:  The Dryden Press, 5th ed., 1994.; 6th ed., 1997; 7th ed., 2000; 8th ed., 2003; 9th ed., 2006; 10th ed., 2009; 11th ed., 2012.

Patricia O'Brien, Michael Maher, Clyde P. Stickney and Sidney Davidson, Co-authors. *Accounting:  The Language of Business*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, Inc. 1974.  2nd ed., 1975; 3rd ed., 1978; 4th ed., 1979; 5th ed., 1982; 6th ed., 1984; 7th ed., 1987; 8th ed., 1990; 9th ed., 1994; 10th ed, 1998; 11th ed, 2005.

ROMAN L. WEIL                                                        APPENDIX A

Clyde P. Stickney, Katherine Schipper, Jennifer Francis, and Sidney Davidson, Co-authors.
 *Financial Accounting:  An Introduction to Concepts, Methods and Uses*, Hinsdale IL:  The
 Dryden Press, 1976; 2nd ed. 1979; 3rd ed. 1982; 4th ed. 1985; 5th ed. 1988; San Diego:
 Harcourt, Brace, Jovanovich, 6th ed., 1991; Ft. Worth, TX:  The Dryden Press, 7th ed.,
 1994; 8th ed., 1997; 9th ed, 2000.  Thomson-SouthWestern, 10th ed., 2003; 11th ed., 2006;
 12th ed., 2007; 13th ed., 2010; 14th ed., 2013.  Canadian edition (with C. L. Mitchell),
 1979, 1982, 1986.


***EDITED VENTURES***

Michael W. Maher, Co-editor.  *Handbook of Cost Management,* 2nd ed., New York:  John Wiley
 & Sons, 2005.

Jack P. Friedman, Co-editor.  *Litigation Support Report Writing:  Accounting, Finance, and
 Economic Issues,*  New York:  John Wiley & Sons, 2003.

Peter B. Frank, David Hoffman, Christian W. Hughes, Daniel Lentz, and Michael J. Wagner, Co-
 editors. *Litigation Services Handbook:  The Role of the Accountant as Expert*, New York:
 John Wiley & Sons, 1990, with annual supplements; 2nd ed., 1995; 3rd ed., 2001; 4th ed.,
 2006, 5th ed. 2013.  [Other editors did not work on all editions.]

Sidney Davidson, Co-editor.  *Handbook of Modern Accounting*, New York:  McGraw-Hill Book
 Co., 2nd ed., 1977, 3rd ed., 1983; Spanish edition, 1990.

Sidney Davidson, Clyde P. Stickney, Co-editors.  *CPA Examination Multiple Choice Questions
 from Intermediate Accounting*, Hinsdale, IL:  The Dryden Press, 1980; 2nd ed., 1984.

Sidney Davidson, Co-editor.  *Handbook of Cost Accounting*, New York:  McGraw-Hill Book Co.,
 1978; Spanish edition, 1983.

Richard F. Vancil, Co-editor.  *Replacement Cost Accounting:  Readings on Concepts, Uses, and
 Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

25th Anniversary Issue of the *Communications of the Association for Computing Machinery*, 15, 7
 (July, 1972), 518–702.

***NEWSPAPER NOTES AND ARTICLES***

"As an Investment, Wine Is No Corker," *Business Week*, October 2, 1989.

"The FASB's Healthy Proposal,"  *The Wall Street Journal*, March 1, 1989.

ROMAN L. WEIL                                                    APPENDIX A

"Whom to Soak When Utilities Take a Bath," *The Wall Street Journal*, Claudia Rosett, co-author, October 9, 1984.

"De- or Misfeasance,"  *Barron's*, December 5, 1983.

"Inflation Accounting," *Chicago Tribune*, January 29, 1979.

"Inflation Brings Recognition to 'LIFO'," *Atlanta Constitution*, May 4, 1975.


***ARTICLES, CHAPTERS,  NOTES, AND REVIEWS***

D. Lentz and D. Hoffman, co-authors, "A Dispute Resolution Primer," *Handbook of Litigation Services*, New York:  John Wiley & Sons, 2013.

S. Buffo and D. Hoffman, co-authors, "Serving as a Financial Expert in Litigation," Handbook of Litigation Services, New York:  John Wiley & Sons, 2013.

P.B. Frank, C.W. Hughes, and M.J. Wagner, co-authors. "The Role of the Financial Expert as Witness"  *Handbook of Litigation Services*, New York: John Wiley & Sons, 2007.

M.K. Dunbar, E. Evans, and M.J. Wagner, co-authors. "Ex Post versus Ex Ante Calculations," *Handbook of Litigation Services*, New York: John Wiley & Sons, 2007, revised 2012.

M.W. Maher, M.L. Marais, and W.E. Wecker, co-authors, "Statistical Estimation of Incremental Cost from Accounting Data," *Handbook of Litigation Services*, New York: John Wiley & Sons, 2007, revised 2012.

"Debunking Critics' Wine Words:  Can Economists Distinguish the Smell of Asphalt from the Taste of Cherries?" *Journal of Wine Economics,* 2, 2, 2007, 136-44.

D.J. Coates and M.L. Marais, Co-authors.  "Audit Committee Financial Literacy:  A Work in Progress," *Journal of Accounting Auditing and Finance,* March 2007.

"Capital Budgeting:  Concepts and Methods," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

"Capital Budgeting:  Implementation," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

"Compound Interest:  Concepts and Methods," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

**ROMAN L. WEIL**                                                    **APPENDIX A**

"Cost Management Concepts," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

"Accounting Magic," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Kathleen Fitzgerald, co-author.  "Accounting Underpinnings of Corporate Scandals," *Litigation Services Handbook,* 2005, New York:  John Wiley & Sons.

Gordon Shillinglaw, co-author, "Economic Concepts of Cost in Managerial Accounting," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Russell A. Taussig, co-author, "Different Costs for Different Purposes," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Analysis of Reserve and Regular.  *Chance,* 18, 3 (Summer 2005), 9–15.

Roderick M. Hills, co-author.  "Nuts and Bolts Guidance for Audit Committees," *The Corporate Board,* Sept./Oct. 2004, 1–6.

Give Financial Literacy a Chance:  Leave No Audit Committee Behind, *Harvard Business Review,* May 2004, 21–24, Reprint No. F0405D.

"Convolving Assumptions in Measuring Damages," *Litigation Support Report Writing,* Jack Friedman, ed.; New York:  John Wiley & Sons, 2003.

M.J. Wagner and M.K. Dunbar, Co-authors.  "*Ex Ante* versus *Ex Post* Damages Calculations, *Litigation Services Handbook,* New York:  John Wiley & Sons, 2003.

"Compensating Plaintiff for Asynchronous Payments," *Litigation Services Handbook,* New York:  John Wiley & Sons, 2003.

"Fundamental Causes of Accounting Debacles:  Show Me Where It Says I Can't," *Institutional Investor Advocate,* 4, 3 (Fall 2002), 1–6.

"Parker v. Prial:  The Death of the Vintage Chart," *Chance,* 14, 4 (Fall 2001), 27–31.

"Diary of a Rug Virgin," *Hali,* 117 (July–Aug 2001), 19–21.

Roberts, Harry V., co-author.  "Starting Research Early," in Eric Rasmusen, ed., *Readings in Games and Information,* Oxford:  Blackwell Publishers, Ltd., 2001, 134–141.

"The Role Of The Financial Expert In Litigation Services," in *Litigation Services Handbook,* 3rd ed., New York:  John Wiley & Sons, 2001.

ROMAN L. WEIL                                                                 APPENDIX A

"Analyzing the Issues:  A Report on the Accounting Methods of the Cott Corporation,"  in J.H. Amernic, *Financial Accounting:  Expanding Horizons,* Toronto:  McGraw-Hill Ryerson, 1998, 221-24.

"Practical Application of Accounting Issues in Legal Cases,"  in D. S. Williams, *Accounting for Lawyers,* New York:  Practicing Law Institute, 1997, 391-440.

Barchas, Isaac D., Co-author.  "Lost Profits Damages to New Businesses," *Litigation Services Handbook*, 2/e, New York:  John Wiley & Sons, 1995.

"Compensation for the Passage of Time," *Litigation Services Handbook*, 2/e, New York:  John Wiley & Sons, 1995.

Johnson, L. Todd, Barry P. Robbins, and Robert J. Swieringa, Co-authors., "Expected Values in Financial Reporting," *Accounting Horizons*, 7, 4 (December 1993), 77–90.

"Damages to the Start-Up Business:  Contrasting the Economic and Accounting Views," Frank et al., ed., *Litigation Services Handbook*, New York:  John Wiley & Sons, Inc., 1991, 64–69.

"Role of the Time Value of Money in Financial Reporting," *Accounting Horizons*, 4, 4 (December 1990), 47–67.

William E. Wecker, Co-author.  "Statistical Estimation of Incremental Cost from Accounting Data,"  in P. Frank et al., ed., *Litigation Services Handbook*, New York:  John Wiley & Sons, Inc., 1990; revised in 2nd ed., 1995.

Frank, Peter and Michael Wagner, Co-authors.  "Role of the CPA in Litigation Services," *Litigation Services Handbook*, John Wiley & Sons, Inc., 1990; revised in 2nd ed., 1995.

Kormendi, Roger and others, Co-authors. *Crisis Resolution in the Thrift Industry:  Beyond the December Deals*, Report of the Mid American Institute Task Force on the Thrift Crisis, March 1989, a report to the Banking Committee of the U.S. Senate.

Lindahl, Frederick W., Co-author.  "Empirical Research in Choice of Inventory Accounting Method," *The Economics of Inventory Management*, M. C. Lovell editor, Amsterdam:  Elsevier Science Publishers, 1988, 225–247.

Katherine Schipper and Rex Thompson, Co-authors.  "Disentangling Interrelated Effects of Regulatory Changes on Shareholder Wealth:  The Case of Motor Carrier Deregulation," *Journal of Law and Economics*, 30 (April 1987), 67–100.

"De- or Misfeasance?  A Look at the New FASB Ruling," in Paul B. W. Miller and Rodney J. Redding, *The FASB:  The People, the Process, and the Politics*, 2nd ed.; Richard D. Irwin, 1988.

**ROMAN L. WEIL**                                                                 **APPENDIX A**

Sidney Davidson, Co-author.  "Deferred Taxes," *Journal of Accountancy*, 161, 3 (March 1986), 42–45.

Sidney Davidson, and Steven F. Rasch, Co-authors.  "Behavior of the Deferred Tax Credit Account, 1973–82", *Journal of Accountancy*, 158, 4 (October 1984),138–42.

Sandra Myers, Co-author. "Policies for a Successful Doctoral Program," T. Burns, ed. *Doctoral Programs in Accounting*, Columbus:  Ohio State University Press, 1984, 297–313.

"Compound Interest--Concepts and Applications," Chapter 9, *Handbook of Modern Accounting*, 3rd ed., ed. by S. Davidson and R. Weil, New York: McGraw-Hill Book Co., 1983.

Clyde P. Stickney and Mark A. Wolfson, Co-authors.  "Income Taxes and Tax-Transfer Leases: General Electric's Accounting for a Molotov Cocktail," *The Accounting Review*, 58, 2, (April 1983), 439–459.

Katherine Schipper, Co-author.  "Alternative Accounting Treatments for Pensions," *The Accounting Review*, 57, 4 (October, 1982),  806–824.

J. Leslie Livingstone, Co-author.  "Accounting for Changing Prices in the U.S.:  An Explication and Evaluation of *SFAS No. 33*," R. R. Sterling and K.W. Lemke, eds., *Maintenance of Capital--Financial Versus Physical*, Houston:  Scholars Book Company, 1982, 225–257.

James M. Patell and Mark A. Wolfson, Co-authors.  "Accumulating Damages in Litigation:  The Roles of Uncertainty and Interest Rates," *The Journal of Legal Studies*, 11, 3 (June 1982), 341–364.

"Accounting for Changing Prices in Regulated Industries," *Public Utility Valuation and the Rate Make Process*, H.A. Cowles, ed., Ames, Iowa:  Iowa State University, 1981, 571–74.

"Adjusting Debt-Equity Ratios," *Financial Analysts Journal*, 37, 1 (January/February 1981), 10ff.

"Meaning of 'Cost' in Context of 'Below Cost' Pricing,"  *Antitrust Economics*, Lexecon Inc.: Chicago, IL, 1980, 181–9.

"Managing Earnings Using an Insurance Subsidiary:  A Case of Restraint by Sears/Allstate," *The Accounting Review*, 55, 4 (October 1980), 680–684.

William S. Easman, Angela Falkenstein, Co-authors.  "Changes in Sustainable Income (Computed from Current Cost Data) Correlate Better with Annualized Returns Than Do Changes In Conventionally Reported (GAAP) Income," *Financial Analysts Journal*, 35, 5 (September/October, 1979), 44–48.  Won 1979 Graham and Dodd Scroll from the Financial Analysts Federation.

ROMAN L. WEIL                                                    APPENDIX A

Sidney Davidson, Lisa B. Skelton, Co-authors.  "Financial Reporting and Changing Prices
     Estimated Results of Applying the FASB Proposal," *Financial Analysts Journal*, 35, 3
     (May/June, 1979), 41–54.

Daniel A. Lasman, Co-author.  "Adjusting the Debt-Equity Ratio," *Financial Analysts Journal*, 34,
     5 (September/October, 1978), 49–58.  Reprinted in *CFA Readings in Financial Statement
     Analysis*, G. White and A. Sondhi, eds., Charlottesville:  The Institute of Chartered
     Financial Analysts, 1985, 106–115.

Jonathan E. Ingersoll, Jr. and Jeffery Skelton, Co-authors.  "Duration Forty Years Later," *Journal
     of Financial Quantitative Analysis*, November 1978, 627–650.

Sidney Davidson, Co-author.  "Income Tax Implications of Various Methods of Accounting for
     Changing Prices,"  *Journal of Accounting Research*, 16, Supplement 1978.

Richard F. Vancil, Co-author.  "Current Replacement Cost Accounting, Deferred Taxes, and
     Distributable Income," *The Accounting Forum*, 48, 2 (December 1978), 50–70.

Sidney Davidson, Co-author.  "Definitions and Measures of Income in Times of Changing Prices,"
     *Realizing Knowledge as a Resource:  Proceedings of the Second Symposium on Research
     Applied National Needs*, Washington D.C.:  National Science Foundation, RANN 2,
     Volume VI, Regulation, 1977, 29–32.  (Adapted from Brookings piece, 1976; see below.)

"Capital Budgeting,"  Chapter 20 in Sidney Davidson and R.L. Weil, eds., *The Handbook of Cost
     Accounting*,  New York:  McGraw-Hill Book Co., 1978.

Angela Falkenstein, Co-author. "Replacement Cost Accounting:  What Will Income Statements
     Based on the SEC Disclosures Show? – Part I," *Financial Analysts Journal*, 33, 1
     (January/February, 1977), 46–57.  "Replacement Cost Accounting:  Estimating the SEC
     Disclosures for Cost of Goods Sold and Depreciation – Part II," *Financial Analysts
     Journal*, 33, 2 (March/April, 1977), 48–57.  Won 1977 Graham and Dodd Scroll from the
     Financial Analysts Federation.

James A. Largay III, Co-author.  "Compound Interest:  Concepts and Applications," Chapter 8,
     *Handbook of Modern Accounting*, edited by Sidney Davidson and Roman L. Weil, New
     York:  McGraw-Hill Book Co., 1977.

Selwyn W. Becker, Co-Author.  "Determination of Risk Preference to Facilitate Customer-
     Portfolio Manager Interactions," R. Henry and O. Moeschlin, eds., *Mathematical
     Economics and Game Theory*, Berlin:  Springer Verlag, 1977, 553–563.

David F. Shanno, Co-author.  "The Separate Phases Method of Accounting for Leveraged Leases:
     Properties of the Allocating Rate and an Algorithm for Finding It,"  *Journal of Accounting
     Research*, 14, 2 (Autumn, 1976), 348–356.

**ROMAN L. WEIL**                                          **APPENDIX A**

Sidney Davidson, Co-author.  "Inflation Accounting:  Some Income Tax Implications of the FASB Proposal," Chapter 3, *Inflation and the Income Tax*, H. Aaron, ed., Washington D.C.:  The Brookings Institution, 1976.  Appendix of this article is reprinted in William S. Easman, Jr., ed., *Inflation Accounting/Indexing and Stock Behavior*, New York:  Faulkner, Dawkins & Sullivan, July 1976.

Richard F. Vancil, Co-author.  "Current Replacement Cost Accounting: Depreciable Assets, and Distributable Income," *Financial Analysts Journal*, 32, 4 (July/August, 1976), 38–45. Reprinted in R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting:  Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

"Implementation of Replacement Cost Accounting:  The Theory and Use of Functional Pricing," R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting:  Readings on Concepts, Uses and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

Sidney Davidson, Co-author.  "Inflation Accounting:  The SEC Proposal for Replacement Cost Disclosures," *Financial Analysts Journal*, 32, 2 (March/April,1976), 57–66.  Reprinted in R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting:  Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

Sidney Davidson and Samy Sidky, Co-authors.  "Inflation Accounting:  How Well Do General Price Level Adjustments Reflect Current Costs of Inventory?" *Proceedings of the Conference on Topical Research in Accounting*, Michael Schiff and George Sorter, eds., Ross Institute of Accounting Research, The Schools of Business of New York University, 1976.

Sidney Davidson, Co-author.  "A Shortcut in Computing Earnings per Share," *Journal of Accountancy*, 140, 6 (December, 1975) 45–47.

Sidney Davidson, Co-author.  "Lease Capitalization and Inflation Accounting." *Financial Analysts Journal*, 31, 6 (November/December, 1975), 22–29, 57.

Sidney Davidson and Lisa Skelton, Co-authors.  "On the Behavior of Deferred Tax Credits," *Journal of Accountancy*, 143, 4 (April, 1977), 53–59.

Sidney Davidson, Co-author.  "Comments on 'Are You Ready for Inflation Accounting?'" *Journal of Accountancy*, 140, 3 (September, 1975), 109–110.

Robert S. Kaplan, Co-author.  "Actuarial Economists:  A Reply," *The Actuary*, (September, 1975), 3, 8.

Sidney Davidson, Co-author.  "Impact of Inflation Accounting on 1974 Earnings," *Financial Analysts Journal*, 31, 5 (September/October, 1975), 42–54.

Sidney Davidson and James Kelly, Co-authors.  "How Inflation-adjusted Accounting Would Pare Banks' Net," *Banking*, 57, 7 (July, 1975), 31–32, 90, 94.

Sidney Davidson, Co-author.  "Inflation Accounting:  Public Utilities," *Financial Analysts Journal*, 31, 3 (May/June, 1975), 30–34,62.

Sidney Davidson, Co-author.  "Inflation Accounting:  What Will General Price Level Adjusted Income Statements Show?"  *Financial Analysts Journal*, 31, 1 (January/February, 1975), 27–31, 70–84.  Reprinted in Largay and Livingstone's *Accounting for Changing Prices*, New York, John Wiley & Sons, 1976, 91–110, 288–294.  Won 1975 Graham and Dodd Scroll from the Financial Analysts Federation.

Hugo Nurnberg and Clyde P. Stickney, Co-authors.  "Combining Stockholders' Equity Accounts Under Poolings of Interests," *The Accounting Review*, 50 (January, 1975), 179–183.

Robert S. Kaplan, Co-author.  "An Actuarial Audit of the Social Security System," U.S. Treasury Department Report, December 1974.

Richard Dietrich, Co-author.  "Partial-Rank Linear Management Information Systems," *The Accounting Review*, 49, 4 (October, 1974), 846–850.

Katherine Schipper and John R. Twombly, Co-authors.  "Evaluating Leases Under Uncertainty," *The Accounting Review*, 49, 4 (October, 1974), 796–801.

Review of *L.S.E. Essays on Cost* (Buchanan and Thirlby), *Journal of Business*, 47, 4 (October, 1974), 585–586.

Sidney Davidson, Co-author.  "On Holding Gains and Losses and the Evaluation of Management," *The Accounting Review*, 49 (July, 1974), 524–527.

John P. Gould, Co-author.  "The Rule of 69," *Journal of Business*, 47, 3 (July, 1974), 397–398.

Lawrence Fisher, Co-author.  "TIAA/CREF:  Who Gets What?"  *Journal of Business*, 47, 1 (January, 1974), 67–87.

"Reciprocal or Mutual Holdings:  Allocating Earnings and Selecting the Accounting Method," *The Accounting Review*, 48, 4 (October, 1973), 749–58.

"Macaulay's Duration:  An Appreciation," *Journal of Business*, 47, 4 (October, 1973), 589–592.

"Annuitants Can Afford CREF's Projecting Earnings at a Rate Larger Than 4 Percent," *Journal of Risk and Insurance*, 40, 2 (September, 1973), 465–72.

"Tuition Remission and the Faculty Child:  A Reconsideration," *AAUP Bulletin*, 59, 3 (September, 1973), 331–332.

Robert S. Kaplan, Co-author.  "Risk and the Value Line Contest," *Financial Analysts Journal*, 29, 4 (July/August, 1973), 56–61.

"The Algorithm for Lower-of-Cost-or-Market Inventory Valuation:  Mathematical Notation Makes It Easy," *The Accounting Review*, 48, 3 (July, 1973), 598.

L. Warwick Coppleson, Co-author.  "Are All Those Lab Tests Really Worth the Cost?"  *Prism* (American Medical Association), 4 (July, 1973), 42–45.

Review of *Economic Theory of Teams* (Marschak and Radner), *Journal of Business*, 46, 3 (July, 1973), 477–478.

Joel E. Segall and David O. Green, Co-authors.  "Premiums on Convertible Bonds:  Reply," *Journal of Finance*, 27, 5 (December, 1972), 1163–1170.

David F. Shanno, Co-author.  "Management Science:  A View from Nonlinear Programming," *Communications of the Association for Computing Machinery*, 15 (July, 1972), 542–549.

"On Two Algorithms for Computing the Von Neumann Balanced Growth Rate," *Econometrica*, 40, 4 (July, 1972), 767.

Gerald L. Thompson, Co-author.  "Matrix Pencils ($Ay =$                                   $By$):  Existence, C Relations to Game Theory,"  *Linear Algebra and Its Applications*, 5 (1972), 207–226.

Lawrence Fisher, Co-author.  "Coping with the Risk of Interest Rate Fluctuations:  Returns to Bondholders from Naive and Optimal Strategies," *Journal of Business*, 44, 4 (October, 1971), 408–431.  Reprinted in Martin L. Leibowitz, ed., *Pros & Cons of Immunization Proceedings of a Seminar on the Roles and Limits of Bond Immunization*, New York:  Salomon Brothers, 1980, and in G. A. Hawawini, ed., *Bond Duration and Immunization: Early Developments and Recent Contributions*, New York:  Garland Publishing Company, 1982.

David F. Shanno, Co-author.  "'Linear' Programming with Absolute Value Functionals," *Journal of the Operations Research Society of America*, 19 (January/February, 1971), 120–124.

Gerald L. Thompson, Co-author.  "Von Neumann Solutions are Generalized Eigensystems," *Zeitschrift für Nationalőkonomie*, Suppl. 1 (1971), 139–154.  Reprinted in G. Bruchmann and W. Weber, eds., *Contributions to the Von Neumann Growth Model*, New York:  Springer-Verlag, 1971.

Paul C. Kettler, Co-author.  "Rearranging Matrices to Block Angular Form for Decomposition (and Other) Algorithms," *Management Science (Theory)*, 18 (1971), 98–108.

ROMAN L. WEIL                                                      APPENDIX A

Alice M. Dell and Gerald L. Thompson, Co-authors.  "Computing the Roots of Matrix Pencils:
The Generalized Eigenvalue Problem," *Communications of the Association for Computing Machinery*, 14, 2 (February, 1971), 113–117.

Yale Brozen, Co-author.  *The Voucher System*, Washington, D.C.:  American Conservative Union,
1971.  Reprinted in *Educational Freedom*, 10, 2 (1972), 1–9.

Gerald L. Thompson, Co-author.  "Reducing the Rank of (A - □B)," *Proceedings of the American Mathematical Society*, 26, 4 (December, 1970), 548–554.

Joel E. Segall and David Green, Jr., Co-authors.  "A Reply," (on convertible bonds), *Journal of Finance*, 25, 4 (September, 1970), 931–933.

"Realized Interest Rates and Bondholders' Returns," *American Economic Review*, 60, 3 (June,
1970), 502–511.

John Pomeranz, Co-author.  "The Cyclical Majority Problem," *Communications of the Association for Computing Machinery*, 13, 4 (April, 1970), 251–254.

"Solutions to the Decomposable Von Neumann Model," *Econometrica*, 38, 2 (March, 1970), 276–280.

Michael J. Hamburger and Gerald L. Thompson, Co-authors.  "Computing Results from the
Generalized Von Neumann Model and Using Them for Planning," *Jahrbuch Der Wirtschaft Osteuropas*, 1 (1970), Munich:  Gunter Olzog Verlag, 108–129.

Gerald L. Thompson, Co-author.  "Further Relations Between Game Theory and Eigensystems,"
*SIAM Review*, 11, 4 (October, 1969), 597–602.

Paul C. Kettler, Co-author.  "An Algorithm to Provide Structure for Decomposition," *Sparse Matrices and Their Applications*, Ralph Willoughby, editor, Yorktown Heights, IBM Data Processing (1969), 11–24.

"Allocating Joint Costs," *American Economic Review*, 68, 5 (December, 1968), 1342–1345.

"Game Theory and Eigensystems," *SIAM Review*, 10, 3 (July, 1968), 360–367.

Joel E. Segall and David Green, Jr., Co-authors.  "Premiums on Convertible Bonds,"  *Journal of Finance*, 23, 3 (June, 1968), 445–463.  Reprinted in the *Investment Process*, J. M. Lishan and D. T. Crary (eds.), Scranton, PA:  International Textbook Co. (1970), 192–212. Reprinted in an expanded version in *Security Evaluation and Portfolio Analysis*, E. J. Elton and M. J. Gruber(eds.), Englewood Cliffs:  Prentice-Hall (1972), 274–297.

"The Decomposition of Economic Production Systems," *Econometrica*, 36, 2 (April, 1968), 260–278.

"Functional Selection for the Stochastic Assignment Model," *Journal of the Operations Research Society of America*, 15, 6 (November/December, 1967), 1063–1067.

"The Generalized Von Neumann Model and International Comparisons of Productivity," *Journal of Political Economy*, 75, 5 (October, 1967), 696–705.

Michael J. Hamburger and Gerald L. Thompson, Co-authors. "Computation of Expansion Rates for the Generalized Von Neumann Model of an Expanding Economy," *Econometrica*, 35, 3 (July, 1967), 542–547.

Donald V. Steward, Co-author. "The Question of Determinacy in Square Systems of Equations," *Zeitschrift fur Nationalökonomie*, 27, 3 (1967), 261–266.

"Optimal Growth Under the Fixed Time, Maximal Distance Objective," *Economics of Planning*, 6, 3 (1966), 251–271.

"Consumption in the Closed Von Neumann Model," *Economics of Planning*, 7, 1 (1967), 39–48.

"The N-Person Prisoner's Dilemma:  Some Theory and a Computer-Oriented Approach," *Behavioral Science*, 11, 3 (May, 1966), 227–234.

"Testing the Understanding of the Difference Between Call-By-Name and Call-By-Value in Algol 60," *Communications of the Association for Computing Machinery*, 8, 6 (June, 1965), 378.

"An Algorithm for the Von Neumann Economy," *Zeitschrift fűr Nationalökonomie*, 24, 4 (1964), 371–384.

# APPENDIX B

## ROMAN L. WEIL - LISTING OF SWORN TESTIMONY IN THE LAST FOUR YEARS

SEC v. Susan Skaer:  Report Dated November 2012 and Deposition December 2012 for Defendant on Options Accounting, U.S. District Court Northern District of California, San Fransisco Division, C 07-2822 (WHO)

Burlington Northern Railroad.  Adequacy of Coal Rates.  Testimony before Surface Transportation Board, March 2012, Western Coal Traffic League Finance Docket 35506

Arbitration on Valuation Issues Involving Accounting Matters, Han, Young Su v. Amphenol Netherlands Holdings 1 BV, Report Dated February 2012

Confederated Tribes of the Warm Springs Reservations of Oregon v Citigroup Global Markets, Inc., Statement on Prejudgment Interest, July 2011

SEC v. Lisa C. Berry:  Deposition Spring 2011  Deposition for Defendant on Options Accounting, U.S. District Court Northern District of California, C-07-04431 RMW

Securities and Exchange Commissoin v Don Watson, Report for Defendant on accounting principles, March 2011. U.S. District Court of Arizona,  CV 09-443-PHX-GMS

In Re:  Alstom SA Securities Litigation, Master File No. 03-CV—6595(VM), U.S. District Court, Southern District of New York; Report and Deposition on adequacy of defendant's disclosures in its Management, Discussion, and Analysis. For Plaintiff. November 2010.

Potash Corporation of Saskatchewan, Inc., Civil Action No. 1:10-CV-06024, U.S. District Court for Northern District of Illinois, Eastern Division. Report and Deposition for plaintiff on adequacy of defendant's disclosures in its Management, Discussion, and Analysis.  For Plaintiff.  October 2010.

Hanesbrands, Inc. vs. Sara Lee Corporation, CPR Institute for Dispute Resolution; Report and testimony on closing balance sheet with emphasis on meaning of deferred income tax balances. For defendant. July 2010.

In re:  Francisco Partners, et al. v. Alan Perkins, American Arbitration Association, Case No. 74-148-Y—00432-09 02 GLO; Report and testimony on closing balance sheet and revenue recognition. For Plaintiff. June 2010

# APPENDIX C
## ROMAN L. WEIL- DOCUMENTS CONSIDERED OR RELIED UPON

**Documents**

Deepwater Horizon Economic and Property Damages Settlement Agreement As
      Amended on May 2, 2012

Class Counsel Memorandum, "Request for Formal Policy Statement: Monthly Revenue,"
      December 16, 2012

BP's Response To Class Counsel's December 16, 2012 Request for Policy
      Determination, January 9, 2013

Memorandum from Patrick A. Juneau to Class Counsel and BP, January 15, 2013,
      "Announcement of Policy Decision Regarding Claims Administration"

Declaration of David A Hall., January 23, 2013

Delaration of Hal Sider, February 18, 2013

**FASB Concept Statements**

Financial Accounting Standards Board Concept Statement No. 5 (As Amended):
      Recognition and Measurement in Financial Statements of Business Enterprises,
      1984.

Financial Accounting Standards Board Concept Statement 6 (As Amended):  Elements of
      Financial Statements, 1985.

**Texts**

Maher, M.W., C.P. Stickney, and R.L. Weil, Managerial Accounting: An Introduction to
      Concepts, Methods and Uses (11th edition), South-Western, Cengage Learning,
      2012.

R.L. Weil and M.W. Maher, Handbook of Cost Management (2nd edition), John Wiley &
      Sons, 2005.

Weil, R.L., K. Schipper and J. Francis, Financial Accounting: An Introduction to
      Concepts, Methods, and Uses (14th Edition), South-Western, Cengage Learning,
      2014.

Stickney, C.P. and P.R. Brown, Financial Reporting and Statement Analysis: A Strategic
      Perspective (4th edition), The Dryden Press, 1999.

# APPENDIX C
## ROMAN L. WEIL- DOCUMENTS CONSIDERED OR RELIED UPON

Libby, R., P. Libby and D.G. Short, Financial Accounting, (7th edition), McGraw-Hill/Irwin, 2011.

Kieso, D., J. Weygandt and T. Warfield, Intermediate Accounting, (14th edition), John Wiley & Sons, 2012.

Anderson, John E., Public Finance Principles and Policy (2nd Edition), South-Western, Cengage Learning, 2012.

# APPENDIX D
### ROMAN L. WEIL - GLOSSARY OF ACCOUNTING TERMS USED IN THE BEL FRAMEWORK

The following are **terms** and their definitions taken from the cited textbooks and professional reference books.


## Profit


"Present practice accepts a variety of terms for net income, *profit*, net loss, and other equivalent terms will continue to be used in financial statements as names for earnings."

Financial Accounting Standards Board Concept Statement No. 5 (As Amended): Recognition and Measurement in Financial Statements of Business Enterprises, 1984, p. 12 (italics added).

"**profit.** Excess of *revenues* over *expenses* for a *transaction*; sometimes used synonymously with *net income* for the period."

R.L. Weil and M.W. Maher, *Handbook of Cost Management*, (2nd edition), John Wiley & Sons, 2005, p. 112 (emphasis in original).

"**profit** Excess of *revenues* over *expenses* for a *transaction*; sometimes used synonymously with *net income* for the *period*, especially under *IFRS*."

Maher, M.W., C.P. Stickney, and R.L. Weil, *Managerial Accounting: An Introduction to Concepts, Methods and Uses*, (11th edition), South-Western, Cengage Learning, 2012, p. 579 (emphasis in original).

"**profit** Excess of *revenues* over *expenses* for a *transaction*; sometimes used synonymously with *net income* for the *period*, especially under *IFRS*. 'Profit' is a *credit* balance. Many writers and top accountants misleadingly use terminology such as 'distribute profits." This usage confuses because the firm paying a *dividend* distributes *cash* or other assets, with a credit to the *retained earnings* (retained profits) account. Careful users do not say 'distribute profits,' but even top standard setters sometimes do: '. . . no accounting standard can or should seek to define what element of profits can be distributed.' The lay reader will think that the company distributes some amorphous thing called 'profits,' rather than think the company distributes cash or other assets generated by activities that result in reported profits."

# APPENDIX D
### Roman L. Weil - Glossary of Accounting Terms Used in the BEL Framework

Weil, R.L., K. Schipper and J. Francis, *Financial Accounting: An Introduction to Concepts, Methods, and Uses* (14th Edition), South-Western, Cengage Learning, 2014, pp. 805-806 (emphasis in original).

## Revenue

"Revenues are inflows or other enhancements of assets of an entity or settlements of its liabilities (or a combination of both) from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations."

Financial Accounting Standards Board Concept Statement 6 (As Amended): Elements of Financial Statements, 1985, p. 30, Par. 78.

"Revenues represent actual or expected cash inflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations."

Financial Accounting Standards Board Concept Statement No. 6 (As Amended): Elements of Financial Statements, 1985, p. 30, Par. 79.

"Revenues measure the inflows of net assets from selling goods and providing services (that is, assets less liabilities)."

Stickney, C.P. and P.R. Brown, *Financial Reporting and Statement Analysis: A Strategic Perspective*, (4th edition), The Dryden Press, 1999, p. 22.

"**Revenues**  Increases in assets or settlements of liabilities from ongoing operations."

Libby, R., P. Libby and D.G. Short, *Financial Accounting*, (7th edition), McGraw-Hill/Irwin, 2011, p. G-4 (emphasis in original).

"**REVENUES.**  Inflows or other enhancements of assets of an entity or settlements of its liabilities (or a combination of both) during a period from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations."

Kieso, D., J. Weygandt and T. Warfield, *Intermediate Accounting*, (14th edition), John Wiley & Sons, 2012, p. 55 (emphasis in original).

2

# APPENDIX D

### ROMAN L. WEIL - GLOSSARY OF ACCOUNTING TERMS USED IN THE BEL FRAMEWORK

**"revenue**  The *owners' equity* increase accompanying the *net assets* increase caused by selling *goods* or rendering *services*; in short, a service rendered; *sales* of *products*, *merchandise*, and *services* and *earnings* from *interest*, *dividends*, *rents*, and the like. Conceptually (in contrast to specific guidance in *accounting standards*) measure *revenue* as the expected *net present value* of the net assets the firm will receive.  **Do not confuse with *receipt* of *funds*, which may occur before, when, or after revenue is recognized.**  Contrast with *gain* and *income*. See also *holding gain*.  Some writers use the term 'gross income' synonymously with *revenue*; avoid such usage."

Weil, R.L., K. Schipper and J. Francis, *Financial Accounting: An Introduction to Concepts, Methods, and Uses* (14th Edition), South-Western, Cengage Learning, 2014, p. 814 (italics in original; bold added).

**"revenue**  The *owners' equity* increase accompanying the *net assets* increase caused by selling *goods* or rendering *services*; in short, a service rendered; *sales* of *products*, *merchandise*, and *services* and *earnings* from *interest*, *dividends*, *rents*, and the like. Conceptually (in contrast to specific guidance in *accounting standards*) measure *revenue* as the expected *net present value* of the net assets the firm will receive.  **Do not confuse with *receipt* of *funds*, which may occur before, when, or after revenue is recognized.**  Contrast with *gain* and *income*. See also *holding gain*.  Some writers use the term 'gross income' synonymously with *revenue*; avoid such usage."

Maher, M.W., C.P. Stickney, and R.L. Weil, *Managerial Accounting: An Introduction to Concepts, Methods and Uses*, (11th edition), South-Western, Cengage Learning, 2012, p. 588 (italics in original; bold added).

**"revenue**  The *owners' equity* increase accompanying the *net assets* increase caused by selling *goods* or rendering *services*; in short, a service rendered; *sales* of *products*, *merchandise*, and *services* and *earnings* from *interest*, *dividends*, *rents*, and the like. Conceptually (in contrast to specific guidance in *accounting standards*) measure *revenue* as the expected *net present value* of the net assets the firm will receive.  **Do not confuse with *receipt* of *funds*, which may occur before, when, or after revenue is recognized.**  Contrast with *gain* and *income*. See also *holding gain*.  Some writers use the term 'gross income' synonymously with *revenue*; avoid such usage."

R.L. Weil and M.W. Maher, *Handbook of Cost Management*, (2nd edition), John Wiley & Sons, 2005, p. 126 (italics in original; bold added).

3

## APPENDIX D
### ROMAN L. WEIL - GLOSSARY OF ACCOUNTING TERMS USED IN THE BEL FRAMEWORK

### Expense

"Expenses are outflows or other using up of assets or incurrences of liabilities (or a combination of both) from delivering or producing goods,  rendering services, or carrying out other activities that constitute the entity's ongoing major or central operations."

Financial Accounting Standards Board Concept Statement 6 (As Amended):
　　　　Elements of Financial Statements, 1985, p. 31, Par. 80.

"Expenses represent actual or expected cash outflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations."

Financial Accounting Standards Board Concept Statement 6 (As Amended):
　　　　Elements of Financial Statements, 1985, p. 31, Par. 81.

"Expenses measure the outflows of net assets that a firm uses, or consumes, in the process of generating revenues."

Stickney, C.P. and P. Brown, *Financial Reporting and Statement Analysis: A Strategic Perspective*, (4th edition), The Dryden Press, 1999, p. 22.

 "**Expenses**　Decreases in assets or increases in liabilities from ongoing operations incurred to generate revenues during the period."

Libby, R., P. Libby and D.G. Short, *Financial Accounting*, (7th edition), McGraw-Hill/Irwin, 2011, p. G-2 (emphasis in original).

 "**Expenses**　outflows or other using up of assets or incurrences of liabilities during a period from delivering or producing good, rendering services, or other activities that constitute the entity's ongoing major, or central, operations."

Nelson, M.W., J.F. Sepe and J.D. Spiceland, *Intermediate Accounting*, (7th Edition), McGraw-Hill/Irwin, 2013, p. G-2 (emphasis in original).

"**EXPENSES.**　Outflows or other using-up of assets or incurrences of liabilities (or a combination of both) during a period from delivering or producing goods,

# APPENDIX D
### ROMAN L. WEIL - GLOSSARY OF ACCOUNTING TERMS USED IN THE BEL FRAMEWORK

rendering services, or carrying out other activities that constitute the entity's ongoing major or central operations."

Kieso, D., J. Weygandt and T. Warfield *Intermediate Accounting*, (14th edition), John Wiley & Sons, 2012, p. 55 (emphasis in original).

**"expense**  As a noun, a decrease in *owners' equity* accompanying the decrease in *net assets* caused by selling *goods* or rendering *services* or by the passage of time; a "gone" (net) asset; an *expired cost*. Measure *expense* as the cost of the (net) assets used.  **Do not confuse with *expenditure* or *disbursement*, which may occur before, when, or after the *firm recognizes* the related expense.**  Use the word 'cost' to refer to an item that still has *service potential* and is an asset. Exceptions sometimes occur, as in *Cost of Goods Sold*.  Use the word 'expense' after the firm has used the asset's service potential.  As a verb, 'expense' means to designate as expenditure -- past, current, or future -- as a current expense."

Weil, R.L., K. Schipper and J. Francis, *Financial Accounting: An Introduction to Concepts, Methods, and Uses* (14th Edition), South-Western, Cengage Learning, 2014, p. 772 (italics in original; bold added).

**"expense**  As a noun, a decrease in *owners' equity* accompanying the decrease in *net assets* caused by selling *goods* or rendering *services* or by the passage of time; a "gone" (net) asset; an *expired cost*. Measure *expense* as the cost of the (net) assets used.  **Do not confuse with *expenditure* or *disbursement*, which may occur before, when, or after the *firm recognizes* the related expense.**  Use the word 'cost' to refer to an item that still has *service potential* and is an asset. Exceptions sometimes occur, as in *Cost of Goods Sold*.  Use the word 'expense' after the firm has used the asset's service potential.  As a verb, 'expense' means to designate as expenditure -- past, current, or future -- as a current expense."

Maher, M.W., C.P. Stickney, and R.L. Weil, *Managerial Accounting: An Introduction to Concepts, Methods and Uses*, (11th edition), South-Western, Cengage Learning, 2012, p. 542 (italics in original; bold added).

**"expense**  As a noun, a decrease in *owners' equity* accompanying the decrease in *net assets* caused by selling *goods* or rendering *services* or by the passage of time; a "gone" (net) asset; an *expired cost*. Measure *expense* as the cost of the (net) assets used.  **Do not confuse with *expenditure* or *disbursement*, which may occur before, when, or after the *firm recognizes* the related expense.**  Use the word 'cost' to refer to an item that still has *service potential* and is an asset. Exceptions sometimes occur, as in *Cost of Goods Sold*.  Use the word 'expense'

**APPENDIX D**
ROMAN L. WEIL - GLOSSARY OF ACCOUNTING TERMS USED IN THE BEL FRAMEWORK

after the firm has used the asset's service potential.  As a verb, 'expense' means to designate as expenditure -- past, current, or future -- as a current expense."

R.L. Weil and M.W. Maher, *Handbook of Cost Management*, (2nd edition), John
Wiley & Sons, 2005, p. 60 (italics in original; bold added).


**Corresponding (not a technical term in accounting, but has the same meaning as the technical term *matching*)**

"**Matching Principle**  Requires that expenses be recorded when incurred in earning revenue."

Libby, R., P. Libby and D.G. Short, *Financial Accounting*, (7th edition), McGraw-
Hill/Irwin, 2011, p. G-3 (emphasis in original).

 "**matching convention**  The concept of recognizing *cost* expirations (*expenses*) in the same *accounting period* during which the firm recognizes related *revenues*; combining or simultaneously recognizing the revenues and expenses that jointly result from the same *transactions* or other events."

Weil, R.L., K. Schipper and J. Francis, *Financial Accounting: An Introduction to
Concepts, Methods, and Uses* (14th Edition), South-Western, Cengage
Learning, 2014, p. 793 (emphasis in original).

"**matching convention**  The concept of recognizing *cost* expirations (*expenses*) in the same *accounting period* during which the firm recognizes related *revenues*; combining or simultaneously recognizing the revenues and expenses that jointly result from the same *transactions* or other events."

Maher, M.W., C.P. Stickney, and R.L. Weil, *Managerial Accounting: An
Introduction to Concepts, Methods and Uses*, (11th edition), South-Western,
Cengage Learning, 2012, p. 564 (emphasis in original).

"**matching convention**  The concept of recognizing *cost* expirations (*expenses*) in the same *accounting period* during which the firm recognizes related *revenues*; combining or simultaneously recognizing the revenues and expenses that jointly result from the same *transactions* or other events."

R.L. Weil and M.W. Maher, *Handbook of Cost Management*, (2nd edition), John
Wiley & Sons, 2005, p. 92 (emphasis in original).

6

# APPENDIX D
## ROMAN L. WEIL - GLOSSARY OF ACCOUNTING TERMS USED IN THE BEL FRAMEWORK