# Exhibit 35

**EXECUTION VERSION**

**AMENDMENT TO THE PAYING AGENT AGREEMENT**

This Amendment to the Paying Agent Agreement (this "Amendment") dated as of June 1, 2012 among (i) the *Deepwater Horizon* Economic and Property Damages Settlement Trust, a trust established under Delaware law (the "Settlement Trust"); (ii) Patrick Juneau in his capacity as Trustee of the Settlement Trust and Claims Administrator of the Settlement Program (as defined below) (the "Trustee"); (iii) J.P. Morgan Trust Company of Delaware in its capacity as the Directed Trustee of the Settlement Trust (the "Directed Trustee"); (iv) JPMorgan Chase Bank, N.A. in its capacity as lead paying agent (the "Lead Paying Agent"); (v) The Garden City Group, Inc. (the "Claims Payment Agent"); and (vi) BP Exploration & Production Inc. ("BPEP"). (The Settlement Trust, the Trustee, the Directed Trustee, the Lead Paying Agent, the Claims Payment Agent and BPEP are collectively referred to herein as the "Parties.") Capitalized terms defined in the Settlement Agreement (as defined in the Paying Agent Agreement ) and used herein without definition have the same meanings in this Amendment as in the Settlement Agreement.

RECITALS

A. The Paying Agent Agreement was executed by the Parties and was effective May 11, 2012.

B. Pursuant to Section 13 of the Paying Agent Agreement, the Paying Agent Agreement may be amended only by a writing signed by the Parties.

**NOW THEREFORE**, in consideration of the foregoing and of the mutual covenants hereinafter set forth, the Parties agree as follows:

1. **Amendment.** The Paying Agent Agreement shall be amended by replacing Appendix D to such agreement with Appendix D attached hereto. This amendment shall be effective retroactively to May 11, 2012, the Effective Date of the Paying Agent Agreement.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment to Paying Agent Agreement as of the Effective Date.

***DEEPWATER HORIZON*** **ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**

By: ______________________
Name: Patrick Juneau
Title: Trustee

______________________
**PATRICK JUNEAU, as Trustee of the Settlement Trust and Claims Administrator**

**J.P. MORGAN TRUST COMPANY OF DELAWARE, as Directed Trustee of the Settlement Trust**

By:________________________________
Name: James H. Gavin III
Title: Vice President

**JPMORGAN CHASE BANK, N.A. as Lead Paying Agent**

By:________________________________
Name: Gregory Campbell
Title: Executive Director

**THE GARDEN CITY GROUP, INC. as Claims Payment Agent**

By:________________________________
Name: Karen Shaer
Title: General Counsel and Senior Vice President

**BP EXPLORATION & PRODUCTION INC.**

By:________________________________
Name: Geir Robinson
Title: Vice President

# APPENDIX D
# AS AMENDED JUNE 1, 2012

**Lead Paying Agent and Directed Trustee Fee Schedule**

## Structuring and Implementation Fee: $250,000 (one-time payment)

One-time, upfront structuring and implementation fees covering the paying agent structure which consists of the following key one-time components and activities:

- **Set-up and implementation**
- **Network management & coordination**
- **Value-added and ancillary activities**
- **Engagement of Gulf Region Bank(s) for the purpose of providing the Encashment Program**

The upfront, one-time payment of $250,000 is payable upon the execution of this Agreement.

## Annual Administrative Fees: $87,500 (annual payment)[1]

Annual fees covering administration of the following:

- **All accounts, which may include Master Trust Account(s), DDA Check Funding Account(s), DDA Reserve Funding Account(s), and DDA Check Funding Account(s) maintained by third party regional banking partner(s)**
- **Investments**
- **Management of interactions with claims administrator(s)**
- **Management of interactions with third party regional banking partner(s)**
- **Coordination of issuance and payment files between the Claims Administrator(s), JPMorgan, and the Gulf Region Bank(s) for purpose of performing positive pay and other fraud prevention activities**
- **Directed Trustee services, as set forth in the Joint Retention Agreement with J.P. Morgan Trust Company of Delaware**

The first annual payment of $87,500 is payable upon execution of this Agreement.

## Paying Agent and Disbursement Management Fees

The following identifies the overall payment processes involved in the disbursement of funds to claimants from the Economic and Property Damages Settlement Trust. Included are the following areas of payment solutions:

- **Check Payments (JPMorgan / Gulf Region Bank(s))**
- **Wire Payments (JPMorgan only)**

---

[1] The fees for the Lead Paying Agent and the Directed Trustee are being paid by the Settlement Trust on a combined basis, with the Lead Paying Agent and the Directed Trustee allocating such combined fee between themselves.

## Claims Payment Solution

### Check & Electronic Transfer Payments

To cover the ongoing management and administration of a check disbursement / electronic transfer payment solution with Gulf Region Bank(s)' branch network and related services.

**Monthly Charge: $37,500**

Monthly program fees would cover all ongoing activities, incremental staffing and operational capacity management associated with the disbursements program at JPMorgan and the Gulf Region Bank(s) including handling of potential special situations arising out of the long-term, high visibility nature of the claims facility and the complex and geographically wide-spread scope of the underlying solution.

The first monthly payment of $37,500 is payable 30 days after the Effective Date of this Paying Agent Agreement, provided the Encashment Program has been successfully implemented by the Lead Paying Agent. A monthly payment of $12,500 is payable as set forth the Paying Agent Agreement under the Medical Settlement Agreement. The total monthly program fees payable by the Trust to JPMorgan is $50,000 while it serves as Lead Paying Agent under both the Economic and Property Damages Settlement Agreement and the Medical Settlement Agreement. To the extent that one or the other of the Economic and Property Damages Settlement Agreement or the Medical Settlement Agreement is terminated or becomes null and void and, therefore, the Paying Agent Agreement under such settlement agreement is terminated, but JPMorgan continues in its role as Lead Paying Agent under the other settlement agreement, the monthly program fees payable to JPMorgan shall remain $50,000.

| **SERVICE FEES** | **Price Per Unit** |
|---|---|
| **Checking Services** | |
| **Per check cashed over the counter:** | $6.00 |
| *The encashment charge covers systems and processes necessary for enabling check validation and generation of unique authorization codes for audit-trail integrity, providing analytics / data to Gulf Region Bank(s) for cash inventory planning, training support, ongoing MIS and process oversight.* | |
| **Clearing, positive pay, payee match, incremental fraud protection and reconcilement/reporting:** | $0.50 |
| *Apart from clearing and funding for checks, per check clearing fee is to accept issuance data from the Claims Administrators, managing check and account reconciliation, running positive pay and payee match against each check, image archiving, and providing online and file based access to reports and check images to all parties, as needed. This charge also includes maintaining data integrity between the DDA platform and any incremental fraud protection systems.* | |
| **Electronic Transfers** | |
| **Domestic Wire Transfers – Incoming & Outgoing** | $3.50 |
| *Per wire fees for all claims wire payments sent to claimants as well as wires between funding accounts to support the account management.* | |

**ACH Transfers – Incoming & Outgoing** $0.50

*Per ACH transfer fee for all claims ACH transfer payments sent to claimants as well as ACH transfers between funding accounts to support the account management.*

## Legal Fees: At Cost

To cover JPMorgan and its subsidiaries and affiliates' external counsel legal fees and expenses in connection with the activities contemplated by the engagement.

## Other Fees (excludes any expenses or fees paid to Gulf Region Bank(s)

Any reasonable charges for out-of-pocket expenses or for any services of an extraordinary nature that JPMorgan or its legal counsel may be called upon from time to time to perform in either an agency or fiduciary capacity will be passed through at cost.

## Other Terms – Fees

All annual and monthly fees, unless otherwise stated, are due in advance following successful implementation of the payment structure described in the main body of this Paying Agent Agreement. Any reasonable charges for out-of-pocket expenses or for any services of an extraordinary nature that JPMorgan or its legal counsel may be called upon from time to time to perform in either an agency or fiduciary capacity will be passed through at cost. Should this schedule of fees be accepted and agreed upon and work commenced on this transaction but subsequently halted and the transaction described is not consummated the legal fees incurred, along with all out-of-pocket expenses and a satisfactory termination fee to be agreed by JPMorgan, the Trustee and BPEP will be payable.