# Exhibit 02

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * | |
| | | HONORABLE CARL J. BARBIER |
| | * * | |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * * | |

## DECLARATION OF PROFESSOR J. RICHARD DIETRICH

## FEBRUARY 18, 2013

## I.   ASSIGNMENT

1.   I have been asked to comment on the implementation of the *Deepwater Horizon* Economic and Property Damages Settlement, as amended on May 2, 2012 ("Settlement Agreement"). Specifically, I have been asked to consider the accounting aspects of the Business Economic Loss Framework ("BEL Framework") and to consider (a) an implementation approach that has been proposed by Class Counsel and adopted by the Claims Administrator ("Class Counsel's approach")[1] and (b) BP's implementation approach ("BP's approach").[2]

## II.   SUMMARY OF OPINIONS

2.   In this declaration, I conclude:

   a.   The BEL Framework's objective is to compensate Economic Damage,[3] i.e., the economic loss that a business incurred because of the *DWH* spill.[4] The BEL Framework measures economic loss by comparing variable profit during a pre-spill Benchmark Period with variable profit during comparable months in a post-spill Compensation Period. "Variable profit" in turn is calculated by taking revenue earned during each month and subtracting corresponding variable expenses.[5] Also, the BEL Framework examines a claimant's revenue pattern in 2009, 2010 and 2011 to see if it resembles a "V" shape.[6]

   b.   These terms "profit," "revenue" and "expenses" have accepted meanings in accounting. BP's approach is consistent with these widely-understood meanings and with the well-understood principle of matching revenue and expenses in accounting.

---

[1]   Class Counsel Memorandum, "Request for Formal Policy Statement: Monthly Revenue" December 16, 2012. and Memorandum from Patrick A. Juneau to Class Counsel and BP, "RE: Announcement of Policy Decisions Regarding Claims Administration," January 15, 2013.

[2]   Tab 1 to BP's Response to Class Counsel's December 16, 2012 Request for Policy Determination.

[3]   Settlement Agreement, pp. 98-99.

[4]   Settlement Agreement, pp. 5, 29-30.

[5]   Exhibit 4C to Settlement Agreement, "Compensation Framework for Business Economic Loss Claims" ("Exhibit 4C").

[6]   Exhibit 4A to Settlement Agreement, "Documentation Requirements for Business Economic Loss Claims" ("Exhibit 4A")

Class Counsel's approach includes using, **without adjustment**, claimants' financial statements that do not conform to the meanings of revenue and expenses used by the BEL Framework ("unadjusted financial statements") and therefore is inconsistent with the BEL Framework.

c. In the absence of certain restrictive conditions, Class Counsel's approach will produce distorted measures of economic loss that can lead to absurd results. Class Counsel's approach does not assure that revenue, as reported in the claimant's financial statements, is matched to corresponding variable expenses, or to corresponding economic events occurring during the period; both are fundamental elements of determining economic loss as set out in the BEL Framework. Moreover, nothing in the Settlement Agreement provides that using unadjusted financial statements is the basis for or governs the BEL Framework—yet this is precisely what Class Counsel propose and the Claims Administrator is doing. To the contrary, using unadjusted financial statements as advocated for by Class Counsel effectively replaces certain terms of the Settlement Agreement's BEL Framework with other terms that are defined by each claimant. Therefore, Class Counsel's approach renders inaccurate and inappropriate the Variable Profits calculation.

d. BP's approach, including conforming unadjusted financial statements to the accepted meanings of revenue and expense, is consistent with the Settlement Agreement and reasonably estimates economic loss. Further, it prevents gross inconsistency across similarly situated claimants.

e. Accountants are familiar with and frequently use the concepts and procedures to adjust nonconforming financial statements as BP's approach prescribes.

f. PricewaterhouseCoopers LLP and Postlethwaite & Netterville have the expertise to implement BP's approach without any undue burden on claimants or the Claims Administrator.

## III.   QUALIFICATIONS

3.   I am a professor of accounting and served for 11 years as chair of the Department of Accounting and Management Information Systems in the Fisher College of Business at The Ohio State University. I also have held tenured appointments as a professor of accounting at the University of Illinois at Urbana-Champaign and the University of Texas at Austin. I received a B.S. in physics, an M.S. in measurement and control, an M.S. in accounting, and a Ph.D. in industrial administration from Carnegie-Mellon University.

4.      Immediately prior to joining the faculty at Ohio State, I was the academic fellow in the Office of the Chief Accountant ("OCA") at the U.S. Securities and Exchange Commission ("SEC"). The OCA is responsible for establishing and enforcing accounting policy for the SEC and therefore all publicly-traded companies that are registered with the SEC. I interacted regularly with the Chief Accountant and other staff members in the OCA on a wide variety of accounting and policy issues, including recognition and measurement of assets, liabilities, revenues and expenses, restatements, accounting for business combinations, special purpose entities, international accounting standards, stock options, and auditor independence.

5.      I have published research articles in leading academic journals in accounting. My curriculum vitae is attached as Exhibit 1 to this declaration. Exhibit 2 provides a list of materials I have reviewed and relied upon in preparing this Declaration.

6.      In my teaching career, I estimate that I have taught hundreds of undergraduate or masters' students who have become certified public accountants and perhaps more than 1,500 students who have earned MBA degrees. Many of these former students are employed in capacities involving preparation, audit, or analysis of financial statements. Others are employed in capacities where they impact and are impacted by financial reporting in their roles as managers.

## IV.  BACKGROUND

7.      The Settlement Agreement lays out procedures for the Settlement Program accountants to use to calculate compensation for business claimants claiming economic damage from the *DWH* spill. These procedures, referred to as the BEL Framework,[7] involve calculations used to compute total compensation. These calculations are designed to compare "the actual profit of a business during a defined post-spill period in 2010 to the profit that the claimant might have expected to earn in the comparable post-spill period of 2010."[8]

---

[7]   Exhibits 4A – 7 to the Settlement Agreement define the BEL Framework.

[8]   Exhibit 4C, p. 1.  The Compensation Framework described in Exhibit 4C describes a process to calculate compensation.

8.    Pursuant to Exhibit 4C of the BEL Framework, a claimant chooses a Compensation Period in 2010 and a comparable Benchmark Period in one or more prior years.[9] The loss calculation has two steps.  The first step measures "the reduction in Variable Profit"[10] between the 2010 Compensation Period and the comparable months of the Benchmark Period, where Variable Profit is calculated by "subtract[ing] the corresponding variable expenses from revenue."[11] The second step adds "incremental profits or losses the claimant might have expected to generate in the absence of the spill relative to sales from the Benchmark Period."[12]

9.    In addition the Settlement Agreement identifies causation requirements in Exhibit 4B.[13] Among these requirements are revenue tests to identify whether a claimant's revenue in 2009, 2010 and 2011 exhibited a V-shape.

10.   Each claimant submits federal tax returns for 2010, and, if applicable for 2011, and for the years included in the claimant-selected Benchmark Period, as well as monthly and annual profit and loss statements (or alternate source documents establishing monthly revenues and expenses) for 2010, and, if applicable 2011, and the claimed Benchmark Period.[14] The Claims Administrator may request source documents for profit and loss statements, and has discretion to request additional information or documentation.[15]

---

[9]    Exhibit 4C, p. 3.

[10]   Exhibit 4C, p. 1.

[11]   Exhibit 4C, p. 2.

[12]   Exhibit 4C, p. 1.

[13]   Exhibit 4B to Settlement Agreement, "Causation Requirements for Businesses Economic Loss Claims," ("Exhibit 4B").

[14]   Exhibit 4A, p. 1-2.

[15]   Exhibit 4A, p. 2.  The claimant also may be required to provide additional documentation under a variety of circumstances, as described in Exhibit 4A.

# V.   ANALYSIS

### A.   BEL Framework Measures Economic Loss

11.   The BEL Framework's objective is to compensate Economic Damage,[16] i.e., the economic loss that a business incurred because of the *DWH* spill.[17]   The BEL Framework measures economic loss by prescribing calculations that rely on terms and concepts that are well-recognized in accounting as designed to measure a business's economic performance. These terms and concepts, especially the terms "revenue" and "expense" and the concept of matching revenues to "corresponding" variable expenses, have generally accepted meanings in accounting.   BP's interpretation of these terms is consistent with their generally accepted meanings, while Class Counsel's interpretation is not.

12.   Economic profit (or economic loss) is determined by measuring economic performance over a period of time.   By economic performance, I mean the change in a firm's economic resources resulting from activities to generate revenue from selling its goods or services to customers, also known as the firm's earnings process.[18]

13.   When economic performance is measured over a reporting period that coincides with the duration of the firm's earnings process and certain other conditions also are met, then economic profit or loss can be measured by either cash basis or accrual accounting methods.   Except under these limited conditions, however, only properly applied accrual accounting methods provide an accurate and *faithful representation* of economic performance.[19]   Cash basis or improperly applied accrual accounting methods will, in general, lead to distorted measures of economic profit or loss.   As the Financial

---

[16]   Settlement Agreement, pp. 98-99.

[17]   Settlement Agreement, pp. 5, 29-30.

[18]   Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw Hill, 2013, p. 232.

[19]   If more than one interpretation of an accounting term, concept, or procedure may be possible, the interpretation producing a more *faithful representation* of what the accountant is trying to measure is preferred.   Faithful means the characteristic that an accounting measure "represent[s] the economic phenomena that it purports to represent." See FASB Statement of Financial Accounting Concepts No. 8, *Conceptual Framework for Financial Reporting*, paragraph QC12.

Accounting Standards Board ("FASB"), the organization designated under federal securities law to establish financial accounting standards that govern the preparation of financial reports by nongovernmental entities in the United States, noted: "A [financial] report showing cash receipts and cash outlays of an enterprise for a short [time] period cannot . . . indicate whether or to what extent an enterprise is successful or unsuccessful."[20] In this context, success is understood to mean earnings or profit.

14.   As I discuss further below, accountants are trained to use procedures that conform unadjusted financial statements to the generally accepted meanings of revenue and expense. Therefore, claimants may submit monthly profit and loss and other statements using any accounting procedures they select. Settlement Program Accounting Vendors will apply appropriate adjustments to conform claimant's financial statements to calculations prescribed by the BEL Framework.

### B.   BEL Framework Uses Terms And Methods That Have Recognized Meanings Among Accountants And Financial Professionals

15.   The terms *revenue* (used in Exhibits 4B and 4C) and *expense* (used in Exhibit 4C) have specific meaning in accounting; these meanings are widely understood because they are defined in professional accounting standards and accounting textbooks, are effectively mandatory elements of a university accounting curriculum, and are commonly used in the practice of accounting.[21]

16.   *Revenues* are assets obtained or liabilities settled during a period from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing

---

[20]   FASB Statement of Financial Accounting Concepts No. 6, *Elements of Financial Statements,* paragraph 144. The FASB also concluded that accrual accounting is well-suited to measuring an entity's performance, stating "accrual accounting uses [certain procedures] to reflect an entity's performance during a period instead of merely listing its cash receipts and outlays." See FASB Statement of Financial Accounting Concepts No. 6, *Elements of Financial Statements,* paragraph 145.

[21]   Exhibit 3 provides citations and definitions offered by several accounting textbooks and other sources. Notice the similarity across these sources, indicating that the terms *revenue* and *expense* are well-understood accounting terms.

major, or central, operations.[22]  The assets obtained often include cash, but cash receipts alone do not measure revenues.  Cash receipts in a period can be the collection of revenues from an earlier or later period.

17.   *Expenses* are outflows or other using up of assets or liabilities incurred during a period from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major, or central, operations.[23]  The asset outflows often include cash, but cash disbursements alone do not measure expenses.  Cash disbursements in a period can be the payment of expenses from an earlier or later period.

18.   Members of the accounting profession (including all members of the American Institute of Certified Public Accountants or AICPA) recognize that the unmodified terms *revenue* and *expense* are to be interpreted using these generally accepted definitions, which are applied in accrual basis accounting.  Financial statements that are prepared under other conventions must use modifiers, such as "cash revenue" or "cash expense," to make clear that the measurements have a different basis.[24]

19.   The BEL Framework uses the term "corresponding variable expenses" in a manner consistent with accountants' understanding of matching expenses to revenues.  As the FASB has stated: "Matching of costs and revenues is simultaneous or combined recognition of the revenues and expenses that result directly and jointly from the same transactions or other events."[25]  BP's approach achieves the correspondence, or matching,

---

[22]   Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw Hill, 2013, p. G-7

[23]   Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw Hill, 2013, p. G-2.

[24]   "When an auditor conducts an audit of . . . any financial statement," the auditor is instructed that certain terms "are generally understood to be applicable only to financial statements [that are presented] in conformity with generally accepted accounting principles," an accrual accounting system.  See AU Section 623, *Special Reports,* paragraphs .02 and .07.  In other settings, these terms should be modified.  For example: "cash basis financial statements might be titled *statement of assets and liabilities arising from cash transactions,* or *statement of revenue collected and expenses paid.*"  See AU Section 623, *Special Reports*, paragraph .07.  This guidance applies to all audited financial statements.

[25]   FASB Statement of Financial Accounting Concepts No. 6, *Elements of Financial Statements*, paragraph 146.

of expenses and revenues necessary to meet the BEL Framework's objective of measuring economic loss. As I show below, Class Counsel's approach does not and cannot.

C. **Accounting Procedures Proposed By Class Counsel and Adopted by the Claims Administrator Will Distort Economic Loss Measures and Lead to Absurd Results**

20. In the absence of certain restrictive conditions described in paragraph 23 below, accounting procedures permissible under Class Counsel's approach will produce distorted measures of economic loss that lead to absurd results because these procedures do not properly identify revenue earned during a period, nor do they match that revenue to corresponding variable expenses. Nor does Class Counsel's approach result in consistent comparisons of periods with comparable economic activity—that is, corresponding economic events occurring during the period. All of these are fundamental elements of determining economic loss as set out in the BEL Framework. Thus, Class Counsel's approach incorrectly implements the Variable Profits calculation set forth in the Settlement Agreement.

a. **Class Counsel's Approach**

21. Class Counsel's approach effectively discards the BEL Framework's procedure that "corresponding" variable expenses be subtracted from revenue earned in a period. That is, Class Counsel proposes to allow substitution of cash receipts and cash disbursements for the generally recognized meanings of revenue and expense in the BEL Framework. This substitution is based solely on the accounting method the claimant has chosen, whether implemented properly or improperly in the claimant's financial statements. Class Counsel's approach will, in many cases, result in compensation calculated using the BEL Framework that has no relation to a claimant's actual economic performance or claimed loss.

### b. Cash Basis Accounting and Economic Loss

22. Cash basis accounting records "cash receipts and cash disbursements during a reporting period from transactions related to providing goods and services to customers."[26] There is no attempt to determine whether cash receipts or cash disbursements during a reporting period correspond to economic activities in the period that give rise to economic profit or loss, i.e., the earnings process I discussed earlier.

23. In certain restrictive conditions, earnings statements produced using cash basis accounting procedures can produce a Variable Profit measure that is generally consistent with the BEL Framework. These limited conditions require that: (1) asset levels other than cash and all liability levels are essentially unchanged between the start and end of the respective Benchmark Period and Compensation Period and (2) cash receipts and cash disbursements during the Benchmark Period and Compensation Period are approximately the same amounts as revenue and expenses recognized during the respective periods.

24. If these conditions are not met, then the calculated Variable Profit based on cash receipts and cash disbursements, or on improperly applied accrual measures, will not accurately implement (i.e., faithfully represent as described in footnote 19 above) the economic loss calculation defined in the BEL Framework.

25. The extent of the distortion will depend on the extent to which the conditions identified above are violated. Claimants in industries that have an earnings process longer than the reporting period are likely be subject to distorted measures of economic loss. Such industries include construction, farming and certain professional services.[27] The earnings process of businesses in other industries also may extend beyond a month and, therefore, violate these conditions.

---

[26] Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw Hill, 2013, p.G-1.

[27] Declarations by Charles E. Finch, David A. Hall and Xavier Oustalniol describe industry-specific factors that lead to violations of at least one of the conditions described in paragraph 23 and therefore lead to distorted measures of economic loss.

### c.   Absurd Results

26.   I have read the initial and supplemental declarations of Charles E. Finch, David A. Hall and Xavier Oustalniol.  Their declarations describe various Settlement Program offers to BEL claimants in the farming, construction, and professional services industries, respectively.  Based on the information presented in these declarations, I find the BEL compensation calculated by the Settlement Program for these claims to deviate substantially from any reasonable measure of economic loss.  In the instances that I reviewed, the divergence between the economic loss and the amount measured under Class Counsel's approach was so extreme as to render the results absurd.   Each of these results appears to be the consequence of ignoring the concepts and terms prescribed by the BEL Framework and instead using claimants' cash basis financial statements (or statements that include month-to-month inaccuracies in the application of accrual accounting)  without making the simple and straightforward adjustments necessary to conform to the terms of the BEL Framework, as well as conform the loss calculation to well-accepted accounting principles designed to produce accurate measurements of financial performance over a period of time.

### D.   Cash Basis Financial Statements Can Be Adjusted For Use in The BEL Framework

27.   If a claimant's financial statements are prepared on a cash basis, the BEL Framework itself and BP's BEL implementation approach enable accountants to make the simple and straightforward adjustments necessary to conform to the requirements of the BEL Framework, as well as to derive an appropriate measure of economic loss as prescribed by the BEL Framework.  Further, BP's implementation approach prevents grossly inconsistent economic loss measures across similarly situated claimants—that is, they apply a uniform approach that makes it irrelevant whether a claimant submitted financial statements prepared on a cash basis, an accrual basis, or some other basis.  BP's approach provides that, regardless of the form in which the claimant provides the data, accurate data presented on a consistent basis will be used in the calculations required by the BEL Framework.

### a. Adjustments to Conform Cash Basis to the BEL Framework

28.   In industries where cash receipts and disbursements are likely to diverge from revenues and expenses over time periods shorter than the earnings process, certain straightforward adjustments to cash basis financial statements can satisfy the economic loss calculations required by the BEL Framework.   Accountants routinely perform adjustments, such as accruals, deferrals, and allocations, to properly relate revenue and expenses to a reporting period.[28] Adjustments can include estimating bad debt, applying percentage of completion method to recognize revenue, depreciating long-lived assets, using changes in inventory to measure cost of goods sold, and capitalizing leases, among others.  BP's approach is simpler than but consistent with these well-established practices and consistent with the BEL Framework's objective of measuring economic loss. BP's approach takes account of financial information recorded over a longer time period (that may be more similar, or even identical, to the duration of the earnings process) to properly measure revenues earned and corresponding expenses incurred over the shorter Compensation periods required for the BEL Framework calculations.  BP's approach provides practical methods to implement the language and objective of the BEL Framework and avoids the unfaithful and inaccurate representations of Variable Profit that result from Class Counsel's approach.

### b. BP's Implementation Approach Provides Consistent Measures Across Comparably Situated Claimants

29.   Consider two comparably situated claimants.  Both claimants begin a construction project for a customer in August and complete the project in October.  Each claimant incurs identical costs during the construction period and the customers agree to pay identical amounts for the work.  The only difference is that one claimant receives the cash from the customer in October while the other customer receives the cash in November. The

---

[28]   For example, Spiceland, et al, discuss and illustrate "Conversion from Cash Basis to Accrual Basis" on pp. 83 – 86.  Similar procedures can be used to adjust financial statements that include incorrect or incomplete accruals. For example, see Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw Hill, 2013, pp. 1206-1254.

claimants engage in no other activities during the year.  Hypothetical cash receipts and disbursements for each claimant are:

| Claimant A | August | September | October | November | Total |
|---|---|---|---|---|---|
| Cash Receipts | $0 | $0 | $900 | $0 | $900 |
| Cash Expenditures | $100 | $100 | $100 | $0 | $300 |

| Claimant B | August | September | October | November | Total |
|---|---|---|---|---|---|
| Cash Receipts | $0 | $0 | $0 | $900 | $900 |
| Cash Expenditures | $100 | $100 | $100 | $0 | $300 |

30. The economic profit for both claimants is identical.  Yet Class Counsel's approach applied over the three-month period from August through October using monthly cash basis financial statements would cause Claimant A to record **a profit of $600** while Claimant B records **a loss of $300**.  Clearly, results based simply on cash receipts and disbursements, as Class Counsel proposes, provide inconsistent treatment of similarly situated claimants.  In contrast, BP's implementation procedure would:

> (i) Determine a ratio of annual revenues to annual variable expenses = $900/$300 = 3

> (ii) Match revenue to corresponding expenses, resulting in $300 of revenue each month.

BP's approach produces identical profit measures over the August-October period of $600; this amount is equal to the economic profit and provides consistent measures over similarly situated claimants.  Thus, the BP implementation approach provides a straightforward procedure to calculate economic profit (and loss) when cash receipts diverge from revenues, and it also complies with the terms of the Settlement Agreement—which the approach advocated by Class Counsel does not.

31. Class Counsel's approach also is inconsistent with the BEL Framework's requirement to use "comparable months" to describe its measure for economic loss.[29]  In determining "comparable months," it is critical to consider the earnings process of the claimant's industry and whether that earnings process differs between the Compensation Period and Benchmark Period.  The comparable months for a business whose earnings depend substantially on an event or weather condition would not be the same calendar months if the event or weather condition occurs in different months across years.  For example, Mardi Gras occurred on February 16, 2010 but on March 8, 2011.  The comparable months for a business that derives earnings from Mardi Gras-related activities would end in February 2010 but in March 2011.

    E.   **The Settlement Program Accountants Should Be Readily Able To Implement The Required Adjustments**

32. Accounting professionals are familiar with cash basis accounting, accrual accounting, and the terminology and matching concepts described herein.

33. As part of their analysis and preparation of financial statements, public accountants routinely review financial statements prepared by businesses to determine if revenue and expenses are reported accurately.  They routinely test the data for unusual period-to-period variations to identify potential errors and irregularities so that, if such errors or irregularities are detected, appropriate adjustments can be made. This testing is an essential step, because accounting requires reliable data to assure financial statements accurately report revenue and expenses.

34. I am confident that accounting professionals in the firms of PricewaterhouseCoopers and Postlethwaite & Netterville can readily and efficiently apply BP's approach for identifying and conforming unadjusted financial statements to assure that accurate measures of revenues and expenses will be used in the compensation calculation.  In fact, BP's

---

[29]   Class Counsel Memorandum, "Request for Formal Policy Statement: Monthly Revenue" December 16, 2012; and Exhibit 4C, p. 1.

approach uses accounting methods that are similar to those used to recognize revenue for long-term projects and other routine adjustments I discussed in paragraph 28 above. Widely used intermediate accounting textbooks present these procedures,[30] and I believe that virtually all undergraduate accounting majors at accounting programs throughout the country study these procedures. Moreover, to become a CPA, an individual must pass the Uniform CPA Examination. This examination tests each candidate's knowledge of accounting concepts, terms and procedures; the scope of the CPA examination far surpasses the level of expertise contemplated in the BEL Framework.

35.  Major public accounting firms possess substantial expertise in many areas of accounting; both PricewaterhouseCoopers and Postlethwaite & Netterville have many partners and staff members who are well-versed in the accounting procedures required to implement the BEL Framework's calculations. Additionally, accounting professionals frequently engage in continuing professional education; certified public accountants ("CPAs") are required to do so. Thus, many accounting professionals will have significantly more expertise than would be needed to implement the BEL Framework correctly and to implement BP's approach for testing and correcting data for construction, farming, and professional services claimants.

## VI.  CONCLUSION

36.  The BEL Framework sets out accounting procedures to determine the economic loss that a business incurred during post-spill months of 2010. Those accounting procedures use terms, such as *revenue* and *expenses*, that have accepted meanings in accounting. Although under certain limited conditions financial statements prepared on a cash basis can produce results equivalent to the revenue and expenses measures set out in the BEL Framework, if these conditions are not met, financial statements submitted by claimants must be adjusted to conform to those measures. By making adjustments when necessary,

---

[30]  Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw Hill, 2013, p. 245. *See also,* Kieso, Donald E., Jerry J. Weygandt and Terry D. Warfield, *Intermediate Accounting*, Thirteenth Ed., Wiley, 2010, pp. 938-942.

the BEL Framework can be applied consistently; gross inconsistencies across similarly situated claimants will not occur.  In contrast, Class Counsel's approach results in inconsistent application across similarly situated claimants, based solely on differences used by claimants to prepare their financial statements. I expect that BP's approach can be readily implemented by the accounting professionals at PricewaterhouseCoopers and Postlethwaite and & Netterville.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.


Date:  February 18, 2013

J. Richard Dietrich

15

**EXHIBIT 1**

**CURRICULUM VITAE OF J. RICHARD DIETRICH**

Professor of Accounting
Department of Accounting and Management Information Systems
The Ohio State University

| | | | |
|---|---|---|---|
| *University Address*: | 400 Fisher Hall | *Home Address*: | 4155 Mumford CT |
| | Fisher College of Business | | Columbus, OH 43220 |
| | The Ohio State University | | (614) 451-1497 |
| | 2100 Neil Avenue | | |
| | Columbus, OH 43210 | | |
| | (614) 292-2082 | | |

EDUCATION:

   Ph.D., Industrial Administration, Carnegie-Mellon University, 1981.

   M.S., Accounting, Carnegie-Mellon University, 1977.

   M.S., Measurement and Control, Carnegie-Mellon University, 1974.

   B.S., Physics, Carnegie-Mellon University, 1973.

POSITIONS AT COLLEGES AND UNIVERSITIES:

   Professor of Accounting, The Ohio State University, 2000-present.

   Chair, Department of Accounting and MIS, The Ohio State University, 2000-2012.

   Professor of Accountancy, University of Illinois at Urbana-Champaign, 1991-2000.

   Professor of Accounting, University of Texas at Austin, 1990-1991.

   Associate Professor of Accounting, University of Texas at Austin, 1985-1990.

   Visiting Associate Professor of Accounting, University of Chicago, 1987-1988.

   Assistant Professor of Accounting, University of Texas at Austin, 1981-1985.

   Visiting Assistant Professor of Industrial Administration, Carnegie-Mellon University, 1982-1983.

   Instructor of Accounting, University of Texas at Austin, 1979-1981.

ACADEMIC HONORS:

The Ohio State University Fisher College of Business, Executive MBA Faculty Recognition Award for Outstanding Teaching, June 2005.

Deloitte & Touche Professor, University of Illinois at Urbana-Champaign, 1991-2000.

Arthur Andersen & Co. Centennial Faculty Fellow, University of Texas at Austin, 1989-1991.

Peat Marwick Mitchell & Co. Centennial Faculty Fellow, University of Texas at Austin, 1984-1989.

University of Texas College of Business Administration Foundation Advisory Council Award for Teaching Innovation, 1986.

University of Texas University Accounting Association Outstanding Faculty Member Award, 1985.

University of Texas Joe D. Beasley Award for Teaching Excellence in the Graduate School of Business, 1984.

PROFESSIONAL EMPLOYMENT/CONSULTING EXPERIENCE/BOARD SERVICE:

OSU Health Plan Inc., Board of Directors, Finance Committee Member and Chair, March 2007-June 2010, July 2011-present

Member, Standing Advisory Group of the Public Company Accounting Oversight Board, January 2007-December 2008.

Expert witness or consulting related to securities litigation and professional responsibilities, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013.

National Association of Securities Dealers, Presenter for "Understanding the Sarbanes-Oxley Act Symposium," November 2003, April 2004, June 2005, July 2006.

U.S. Securities & Exchange Commission, Academic Fellow in the Office of the Chief Accountant, 1999-2000.

United States Business School in Prague, Faculty Instructor, Fall 1998, Fall 1999, Fall 2000.

Coopers & Lybrand, LLP, member of Academic Advisory Committee, 1994-1997.

AICPA National Management Advisory Services Training Program, Associate Director, June 1986, June 1987.

PUBLICATIONS: Articles in Refereed Journals

"Discussion of Information Externalities Along the Supply Chain: The Economic Determinants of Suppliers' Stock Price Reaction to their Customers' Earnings." *Contemporary Accounting Research*, February 2011.

(with Karl A. Muller and Edward J. Riedl) "Asymmetric Timeliness Tests of Accounting Conservatism." *Review of Accounting Studies*, March 2007.

(with Steven Kachelmeier, Don Kleinmuntz, and Tom Linsmeier) "An Experimental Examination of Forward-Looking, Non-Financial Performance Disclosures." *Journal of Accounting Research*, September 2001.

(with Mary S. Harris and Karl A. Muller III) "The Reliability of Investment Property Fair Value Estimates", *Journal of Accounting and Economics*, October 2000.

(invited commentary) "Discussion of Voluntary Disclosure Choice and Earnings Information Transfer." *Journal of Accounting Research*, Supplement 1989.

(with Darwin Klingman, Michael Mannino, John Mote, Nancy V. Phillips, and David Schkade) "Educating Information Systems Managers: A New Approach," *Journal of Information Systems*, Spring 1989.

(with Robert B. Thompson and Chris Olsen) "The Influence of Estimation Period News Events on Standardized Market Model Prediction Errors," *The Accounting Review*, July 1988.

(with Robert B. Thompson and Chris Olsen) "Attributes of News About Firms: An Analysis of Firm-Specific News Reported in the Wall Street Journal Index." *Journal of Accounting Research*, Fall 1987.

(with Chris Olsen) "Vertical Information Transfers: The Association Between Retailers' Sales Announcements and Suppliers' Security Returns." *Journal of Accounting Research*, Supplement 1985.

(with James W. Deitrick) "Bond Exchanges in the Airline Industry: Analyzing Public Disclosures", *The Accounting Review*, January 1985.

(invited commentary) "Discussion of Methodological Issues Related to the Estimation of Financial Distress Prediction Models: A Summary of the Discussion." *Journal of Accounting Research*, Supplement 1984.

"Effects of Early Bond Refundings: An Empirical Investigation of Security Returns." *The Journal of Accounting and Economics*, April 1984.

(with Walter T. Harrison and Lawrence A. Tomassini) "The Use of Control Groups in Capital Market Research." *Journal of Accounting Research*, Spring 1983.

(with Robert S. Kaplan) "Empirical Analysis of the Commercial Loan Classification Decision." *The Accounting Review*, January 1982.

(with Dennis Brandl and James M. Sivak) "Soft Landing a Simulated Rocket Under Computer Control." *Computer*, December 1975.

(with Roman L. Weil) "Partial Rank, Linear Management Information Systems." *The Accounting Review*, October 1974.

PUBLICATIONS: Articles in Non-Refereed Journals

> (with D. Paul Newman) "Cooperative Behavior in a Multiperiod Agency Setting." (abstract only) *Proceedings of the American Accounting Association 1982 Mid-West Regional Meeting*.

FACULTY WORKING PAPERS:

GRANTS:

> (with Steve Kachelmeier, Don Kleinmuntz and Tom Linsmeier) Coopers & Lybrand Foundation, "An Experimental Laboratory for Financial Reporting Standards: The Price Risk Experiment", $78,519, January 1998.

> (with Don Kleinmuntz and Tom Linsmeier) Coopers & Lybrand Foundation, "An Experimental Laboratory for Financial Reporting Standards", $62,686, August 1996.

> Accounting Education Change Commission, Project Discovery grant to the University of Illinois (co-author of proposal), $250,000, January 1991.

> IBM Corporation, Management of Information Systems Grant (member of project team), $2.8 million, April 1985.

> University of Texas, Project QUEST, "Large Scale Token Ring Network", $200,000 equipment grant, November 1986.

> Peat Marwick Foundation, Research Opportunities in Auditing Grant, June 1984.

> University of Texas, Graduate School of Business
> Summer Research Grant, June-August 1985.
> Summer Research Grant, June-August 1984 (funding not taken).
> Academic Development Grant (with J.C. Fellingham), June-August 1982 (funding not taken).
> Academic Development Grant (with J.C. Fellingham), June-August 1981.

> University of Texas, University Reserach Institute
> Research Grant (with Chris Olsen and Robert Thompson), Spring 1985.
> Special Research Grant, November 1981.

SEMINAR AND CONFERENCE PAPERS PRESENTED:

> American Accounting Association
> Accounting Program Leadership Group Meeting, February 2005.
> Annual Meeting, August 1998.
> Annual Meeting, August 1994.
> Annual Meeting, August 1989.
> Annual Meeting, August 1987.
> Annual Meeting, August 1985.
> Annual Meeting, August 1984.
> Midwest Regional Meeting, March 1982

4

At universities

    The Ohio State University, February 2000, June 1998.
    Virginia Commonwealth University, December 1999.
    New York University, October 1997.
    Southern Methodist University, November 1994.
    Stanford University, July 1990.
    Duke University, March 1990.
    University of Illinois, February 1990.
    Texas Christian University, October 1987.
    University of Florida, November 1986.
    University of Michigan, March 1986.
    University of Pittsburgh, July 1983.
    Vanderbilt University, October 1982.
    Carnegie-Mellon University, October 1982.
    University of California at Berkeley, November 1981.
    Northwestern University, March 1980.
    University of Michigan, March 1980.

At other meetings:

American Medical Records Association Annual Meeting, "Training Information Managers of the Future," October 1988.

Workshop on Collaborative Learning Classrooms, "Integrating Technology into Teaching: Classroom 2000," University of Maryland, June 1988.

IBM Higher Education Conference, "Local Area Networks," March 1988.

OAC'86 (sponsored by The American Federation of Information Processing Societies-AFIPS), "Future Directions in Mainframe Connected Personal Computers," March 1986.

Conference on Accounting Earnings and Security Valuation: Current Research Issues, sponsored by the Institute of Professional Accounting of the University of Chicago, June 1985.

Workshop on the Impact of Micro-Computers In Graduate Schools of Business, Stanford University, February 1985.

Peat Marwick Mitchell & Co. Mid-South and Southwest Annual Bank Meeting, "Modeling Risk Classifications for Bank Loans and Receivables," June 1984.

DISCUSSANT, SESSION CHAIR, CONFERENCE ORGANIZER:

Session Chair, American Accounting Association Annual Meeting, 2002.

Session Chair, American Accounting Association Annual Meeting, 1994.

Session Chair, American Accounting Association Annual Meeting, 1992.

Discussant, American Accounting Association Annual Meeting, August 1987.

Discussant, American Accounting Association Annual Meeting, August 1981.

EDITORIAL SERVICE: Editorial Boards

Associate Editor, *Journal of Accounting and Economics*, 1991-1996.

Member, *The Accounting Review*, 1987-1989.

EDITORIAL SERVICE: Other

*Journal of Accounting Research*

*Journal of Accounting, Auditing and Finance*

*Quarterly Review of Economics and Business*

*Journal of Accounting and Public Policy*

*Contemporary Accounting Research*

*Journal of Finance*

*Journal of Financial and Quantitative Analysis*

OTHER REVIEW SERVICES:

Faculty reviews requested by the following institutions:
> University of California at Irvine
> University of Colorado
> Emory University
> Harvard University
> University of Iowa
> University of Michigan
> University of Notre Dame
> University of Oregon
> University of Pennsylvania
> University of Rochester
> Southern Methodist University
> Stanford University
> Washington University

AACSB accounting accreditation reviews requested by the following institutions:
> University of Arizona
> University of Wisconsin
> University of Miami
> University of Kentucky
> University at Buffalo, State University of New York
> University of Utah
> University of Southern California
> Michigan State University
> Virginia Tech

Program reviews requested by the following institutions:
>   University of Arizona
>   Claremont McKenna College
>   University of Iowa
>   University of Utah

MEMBERSHIP IN ACADEMIC ORGANIZATIONS:

American Accounting Association

POSITIONS IN ACADEMIC ORGANIZATIONS:

Member, Accreditation Quality Committee, Association to Advance Collegiate Schools of Business, July 2010-present.

Member, Accounting Accreditation Committee, Association to Advance Collegiate Schools of Business, July 2007-June 2010.

Chair, American Accounting Association Committee on Regulation, 2006-2007.

American Accounting Association SEC Liaison Committee, 2000-2003.

American Accounting Association Committee on Notable Contributions to the Accounting Literature, 1987-88, 1999-2000.

American Accounting Association Outstanding Educator Award Committee, 1992-1993.

American Accounting Association Annual Program Committee, 1991-1992.

American Accounting Association Project Consulting Committee, 1981-1984.

American Accounting Association Committee on Notable Contributions to the Accounting Literature, 1982-83.

INSTRUCTIONAL INNOVATIONS AND DEVELOPMENTS:

Revision of Illinois MBA core curriculum to integrated core curriculum. Principal designer of overall curriculum design; detailed accounting theme designer, 1994-1995.

Revision of Introductory Accounting courses at the University of Illinois to incorporate Project Discovery concepts and pedagogy, 1991-1994.

Associate Director of Project Discovery, a project to revise undergraduate accounting education; funded in part by a $250,000 grant to the University of Illinois from the Accounting Education Change Commission, 1991-1993.

Associate Director of the Information Systems Management Concentration, Graduate School of Business, University of Texas, a curriculum development project funded in part by a $1,000,000 grant from IBM Corporation, 1985-1991.  Duties included design and implementation of two MBA courses:
>   BA 390C: Computer Systems Hardware and Software
>   BA 390J: Data Communications, Networks, and Distributed Computing

FORMAL DEVELOPMENT AND RENEWAL: Conferences Attended

FASB/AAA Conference, Norwalk, CT. December 2012.

FASB/AAA Conference, Norwalk, CT. December 2011.

Annual Meeting, American Accounting Association, Denver, CO, August 2011

FASB/AAA Conference, Norwalk, CT. November 2010.

Annual Meeting, American Accounting Association, San Francisco, CA, August 2010

FASB/AAA Conference, Norwalk, CT. November 2009.

FASB/AAA Conference, Norwalk, CT. November 2008.

FASB/AAA Conference, Norwalk, CT. November 2007.

Annual Meeting, American Accounting Association, Chicago, IL, August 2007

Accounting Program Leadership Group Annual Seminar, San Diego, CA, February 2007.

FASB/AAA Conference, Norwalk, CT. December 2006.

Annual Meeting, American Accounting Association, Washington, DC, August 2006

FASB/AAA Conference, Norwalk, CT. December 2005.

Financial Accounting and Reporting Section, American Accounting Association, Austin, TX. January, 2004

Accounting Program Leadership Group Annual Seminar, Las Vegas, NV, February 2004.

Annual Meeting, American Accounting Association, Orlando, FL, August 2004

FASB/AAA Conference, Norwalk, CT. December 2004.

PCAOB/AAA Conference, Washington, DC. December 2004.

Financial Accounting and Reporting Section, American Accounting Association, Orlando, FL., January, 2003

Annual Meeting, American Accounting Association, Honolulu, HI, August 2003

Annual Update, Office of the Chief Accountant, U.S. Securities and Exchange Commission, Washington, D.C., June 2003

FASB/AAA Conference, Norwalk, CT. December 2003

*Journal of Accounting and Economics* Conference, sponsored by the University of Rochester and the Massachusetts Institute of Technology, June 2001.

*Journal of Accounting Research* Conference, sponsored by the University of Chicago, May 1996.

Corporate Accounting Policy Seminar, sponsored by the American Accounting Association, October 1995.

Financial Reporting Research Conference, sponsored by the American Accounting Association and the Financial Accounting Standards Board,  December 1994.

Year 2000 Curriculum Conference, University of Southern California, March 1994.

Financial Reporting Research Conference, sponsored by the American Accounting Association and the Financial Accounting Standards Board,  December 1993.

Rethinking Financial Reporting: An Agenda for the Twenty-First Century, sponsored by Deloitte & Touche, April 1993.

DOCTORAL DISSERTATION COMMITTEES:

| Name | University | Year | Major Supervision | Reading Member |
|------|-----------|------|-------------------|----------------|
| Neeraj Mittal | The Ohio State University | 2004 | Yes | |
| Taehee Choi | The Ohio State University | 2002 | | Yes |
| Greg Sommers | The Ohio State University | 2002 | | Yes |
| Takashi Yaekura | University of Illinois | 2000 | Yes | |
| Joe Comprix | University of Illinois | 2000 | Yes | |
| Vernon Richardson | University of Illinois | 1997 | Yes | |
| Karl Muller | University of Illinois | 1997 | Yes | |
| TJ Atwood | University of Illinois | 1995 | Yes | |
| Taehee Lee | University of Illinois | 1994 | Yes | |
| Thomas R. Finnegan | University of Illinois | 1993 | Yes | |
| William D. Terando | University of Illinois | 1993 | Yes | |
| David Manry | University of Texas | 1992 | Yes | |
| Craig Lefanowiz | University of Texas | 1990 | | Yes |
| Sid Howard Credle | University of Texas | 1989 | Yes | |
| In-Chul Na | University of Texas | 1987 | Yes | |
| Wayne H. Shaw | University of Texas | 1985 | Yes | |
| Jack Edward Wilkerson | University of Texas | 1984 | Yes | |
| Jean Marie Baldwin Hudson | University of Texas | 1984 | | Yes |
| Michael Lloyd Ettredge | University of Texas | 1982 | | Yes |

**EXHIBIT 2**

**MATERIALS RELIED UPON**

**Legal Filings**

Class Counsel Memorandum, "Request for Formal Policy Statement: Monthly Revenue" December 16, 2012.

Memorandum from Patrick A. Juneau to Class Counsel and BP, "RE: Announcement of Policy Decisions Regarding Claims Administration," January 15, 2013.

Tab 1 to BP's Response to Class Counsel's December 16, 2012 Request for Policy Determination.

*Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 and Exhibits.

Declaration of Charles E. Finch, January 23, 2013.

Declaration of David A. Hall, January 23, 2013.

Declaration of Xavier Oustalniol, January 23, 2013.

Supplemental Declaration of Charles E. Finch, February 18, 2013.

Supplemental Declaration of David A. Hall, February 18, 2013.

Supplemental Declaration of Xavier Oustalniol, February 18, 2013.

**Publicly Available Documents**

Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw Hill, 2013.

Kieso, Donald E., Jerry J. Weygandt and Terry D. Warfield, *Intermediate Accounting*, Thirteenth Ed., Wiley, 2010.

FASB Statement of Financial Accounting Concepts No. 8, *Conceptual Framework for Financial Reporting*.

FASB Statement of Financial Accounting Concepts No. 6, *Elements of Financial Statements*.

FASB Statement of Financial Accounting Concepts No. 5 *Recognition and Measurement in Financial Statements of Business Enterprises*.

AU Section 623, *Special Reports*.

Other professional and academic source cited in Exhibit 3.

# EXHIBIT 3

## DEFINITIONS OF ACCOUNTING TERMS USED IN THE BEL FRAMEWORK

### Profit

"Present practice accepts a variety of terms for net income, and the Board anticipates that net income, profit, net loss, and other equivalent terms will continue to be used in financial statements as names for earnings."  FASB Statement of Financial Accounting Concepts No. 5, *Recognition and Measurement in Financial Statements of Business Enterprises*, paragraph 33.[1]

 "**profit** Excess of *revenues* over *expenses* for a *transaction*; sometimes used synonymously with *net income* for the *period*, especially under *IFRS*."  Maher, Michael W., Clyde P. Stickney, and Roman L. Weil, *Managerial Accounting*, Eleventh Ed., South-Western, 2012, p. 579 (italics in original).

"**profit** Excess of *revenues* over *expenses* for a *transaction*; sometimes used synonymously with *net income* for the *period*, especially under *IFRS*.  "  Stickney Clyde P., Roman L. Weil, Katherine Schipper, and Jennifer Francis, *Financial Accounting: Introduction to Concepts, Methods and Uses*, Thirteenth Ed., South-Western, 2012, p. 897 (italics in original).

### Revenue

"Revenues are inflows or other enhancements of assets of an entity or settlements of its liabilities (or a combination of both) from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations."  FASB Statement of Financial Accounting Concept No. 6, *Elements of Financial Statements*, paragraph 78.

"Revenues represent actual or expected cash inflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations."  FASB Statement of Financial Accounting Concept No. 6, *Elements of Financial Statements*, paragraph 79.

"**Revenues** inflows or other enhancements of assets or settlements of liabilities from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major, or central, operations." Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw-Hill, 2013, p. G-7.

"Revenues measure the inflows of net assets from selling goods and providing services (that is, assets minus liabilities)." Stickney, Clyde P. and Paul R. Brown, *Financial Reporting and Statement Analysis, A Strategic Perspective,* Fourth Ed. Dryden, 1999, p. 22.

---

[1] "Earnings is a measure of entity performance during a period.  It measures the extent to which asset inflows (revenues and gains) associated with cash-to-cash cycles substantially completed during the period exceed asset outflows (expenses and losses) associated, directly or indirectly, with the same cycles."  FASB Statement of Financial Accounting Concepts No. 5, *Recognition and Measurement in Financial Statements of Business Enterprises*, page CON5-2..

"**Revenues**  Increases in assets or settlements of liabilities from ongoing operations." Libby, Robert Patricia A. Libby and Daniel G. Short, *Financial Accounting*, Seventh Ed. McGraw-Hill, 2011, p. G-4 (emphasis in original).

 "REVENUES.  Inflows or other enhancements of assets of an entity or settlement of its liabilities during a period from delivering or producing goods, rendering services, or other activities that constitute the entity's ongoing major or central operations." Kieso, Donald E., Jerry J. Weygandt, and Terry D. Warfield, *Intermediate Accounting*, Ninth Ed., Wiley, 2010, p. 134.

**revenue**:  "…Conceptually (in contrast to specific guidance in *accounting standards*) measure *revenue* as the expected *net present value* of the net assets the firm will receive.  **Do not confuse with *receipt* of *funds*, which may occur before, when, or after revenue is recognized.** Contrast with *gain* and *income*.  See also *holding gain*.  Some writers use the term 'gross income' synonymously with *revenue*; avoid such usage."  Stickney Clyde P., Roman L. Weil, Katherine Schipper, and Jennifer Francis, *Financial Accounting: Introduction to Concepts, Methods and Uses*, Thirteenth Ed., South-Western, 2012, p. 904 (italics in original; bold added).

## Expense

"Expenses are outflows or other using up of assets or incurrences of liabilities (or a combination of both) from delivering or producing goods, rendering services, or carrying out other activities that constitute the entity's ongoing major or central operations." FASB Statement of Financial Accounting Concept No. 6, *Elements of Financial Statements*, paragraph 80.

"Expenses represent actual or expected cash outflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations."  FASB Statement of Financial Accounting Concept No. 6, *Elements of Financial Statements*, paragraph 81.

"Expenses measure the outflows of net assets that a firm uses, or consumes, in the process of generating revenues."  Stickney, Clyde P. and Paul R. Brown, *Financial Reporting and Statement Analysis, A Strategic Perspective,* Fourth Ed. Dryden, 1999, p. 22.

"**Expenses** Decreases in assets or increases in liabilities from ongoing operations incurred to generate revenues during the period."  Libby, Robert Patricia A. Libby and Daniel G. Short, *Financial Accounting*, Seventh Ed. McGraw-Hill, 2011, p. G-2 (emphasis in original).

"**Expenses** outflows or other using up of assets or incurrences of liabilities during a period from delivering or producing good (sic), rendering services, or other activities that constitute the entity's ongoing major, or central, operations." Spiceland, David J., James F. Sepe, and Mark W. Nelson, *Intermediate Accounting*, Seventh Ed., McGraw-Hill, 2013,  G-2.

"EXPENSES.  Outflows or other using-up of assets or incurrences of liabilities during a period from delivering or producing goods, rendering services, or carrying out other activities that constitute the entity's ongoing major or central operations." Kieso, Donald E., Jerry J. Weygandt, and Terry D. Warfield, *Intermediate Accounting*, Ninth Ed., Wiley, 2010, p. 134.

**"expense:**   …Measure *expense* as the cost of the (net) assets used.  **Do not confuse with** *expenditure* **or** *disbursement***, which may occur before, when, or after the** *firm recognizes* **the related expense.**  Use the word 'cost' to refer to an item that still has *service potential* and is an asset.  Exceptions sometimes occur, as in '*Cost of Goods Sold*.'  Use the word 'expense' after the firm has used the asset's service potential.  As a verb, 'expense' means to designate as expenditure—past, current, or future—as a current expense."  Stickney Clyde P., Roman L. Weil, Katherine Schipper, and Jennifer Francis, *Financial Accounting: Introduction to Concepts, Methods and Uses*, Thirteenth Ed., South-Western, 2012,  p. 868 (italics in original; bold added).

<u>Corresponding</u>

"**Matching Principle** Requires that expenses be recorded when incurred in earning revenue." Libby, Robert Patricia A. Libby and Daniel G. Short, *Financial Accounting*, Seventh Ed. McGraw-Hill, 2011, p. G-3 (emphasis in original).

"**matching convention** The concept of recognizing *cost* expirations (*expenses*) in the same *accounting period* during which the firm recognizes related *revenues*; combining or simultaneously recognizing the revenues and expenses that jointly result from the same *transactions* or other events."  Stickney Clyde P., Roman L. Weil, Katherine Schipper, and Jennifer Francis, *Financial Accounting: Introduction to Concepts, Methods and Uses*, Thirteenth Ed., South-Western, 2012, p. 885 (italics in original).

"**matching convention** The concept of recognizing *cost* expirations (*expenses*) in the same *accounting period* during which the firm recognizes related *revenues*; combining or simultaneously recognizing the revenues and expenses that jointly result from the same *transactions* or other events."  Maher, Michael W., Clyde P. Stickney, and Roman L. Weil, *Managerial Accounting*, Eleventh Ed., South-Western, p. 564 (italics in original).

 "Because a firm's operating process usually extends over several accounting periods, the cash basis of accounting provides a poor matching of revenues and expenses and, therefore, a poor measure of operating performance for specific periods of time.  To overcome this deficiency of the cash basis, GAAP requires that firms use the accrual basis of accounting in measuring operating performance."   Stickney, Clyde P., *Financial Reporting and Statement Analysis*, A *Strategic Perspective,* Third Ed. Dryden, 1996, p. 15.