# Exhibit 30

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | **MDL NO. 2179**<br><br>**SECTION J**<br><br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |

---

### DECLARATION OF DR. JAMES A. RICHARDSON

I, Dr. James A. Richardson, submitted a declaration, dated August 12, 2012, in support of BP Defendants' Motion For Final Approval Of *Deepwater Horizon* Economic And Property Damages Settlement Agreement As Amended On May 2, 2012 (Record Document 7114-17), as well as supplemental declaration, dated October 22, 2012, in support of BP Defendants' Motion for Final Approval of the Settlement (Record Document 7731-8). The Economic and Property Damages Settlement was approved by the Court as of December 21, 2012. The ultimate success of this Settlement, or any such Settlement, in meeting its desired outcomes ultimately depends on the accurate implementation of provisions of the Settlement. The Claims Administrator, on January 15, 2013, has issued a policy decision regarding certain portions of the Business Economic Loss Framework in line with the suggestions proposed by Class Counsel. I have been asked by BP to provide my perspective on this policy decision and its possible effects on the overall implementation and outcomes of the Settlement.

## Qualifications of Dr. James A. Richardson

1.      I am currently the John Rhea Alumni Professor of Economics, the Harris J. and Marie C. Chustz Distinguished Professor in Business Administration, and Director of the Public Administration Institute in the E. J. Ourso College of Business at Louisiana State University (LSU) in Baton Rouge, Louisiana. I was asked to serve as the private economist on the Louisiana Revenue Estimating Conference, the panel with the constitutional authority and responsibility to provide official revenue estimates for the state in 1987 and have served continuously on this Conference since 1987. I was asked by the Financial Services Roundtable of Washington, D.C. after Katrina to prepare a study focusing on ways of accelerating the recovery of the New Orleans metropolitan area. I have completed studies for the Louisiana Department of Social Services, the Louisiana Department of Natural Resources, the Louisiana Workforce Commission, the Louisiana Department of Wildlife and Fisheries, the Office of the Lieutenant Governor, and the Louisiana Department of Revenue.  In 2010 I was presented the S. Kenneth Howard Award by the Association of Budgeting and Financial Management Association for lifetime achievements in public budgeting.  In 2011 I was asked by the Mayor's Office of the City of New Orleans to assist its Tax Fairness Committee in evaluating the present tax structure in the city and to evaluate the fairness, competitiveness, and stability of various changes in its tax and fee structure.

2.      I served as an expert witness for various local governments, the State of Louisiana, and the U.S. Department of Justice in evaluating economic losses associated with Hurricane Katrina and the flooding in various parts of New Orleans due to issues with the levee system. (In re Katrina Canal Breaches Consolidated Litigation, Judge

Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana). I submitted an affidavit in 2010 in state court with respect to a second case regarding claims against governmental entities due to Hurricane Katrina and the issues with the levee system (Maurice De La Houssaye, Individually and On Behalf of All Others Similarly Situated vs. Parish of Jefferson, Aaron Broussard, and American Alternative Insurance Company). I have been qualified as an expert witness over twenty times including in the United States District Court in the Eastern Division of Louisiana, United States District Court in the Middle Division of Louisiana, United States District Court in the Western Division of Louisiana, and in the United States Bankruptcy Court in New Orleans. I have also provided expert testimony for the United States Bankruptcy Court, Southern District of New York.

3.     My curriculum vitae is attached as Exhibit A to this Declaration. A copy of the additional materials that I reviewed and considered in preparing this Declaration are attached as Exhibit B.

### My Declaration of August 12, 2012 and Implementation of Settlement

4.     In my Declaration of August 12, 2012 (paragraph 30) I stated the following: "A claims process should abide by the following characteristics: it should be sufficient to pay compensation amounts established under the claims process; it should be equitable and fair so that similar individuals and businesses incurring similar losses are appropriately and similarly compensated; it should be sufficiently simple so that an unreasonable burden is not levied against claimants in filing their claims—in other words, the settlement process should be efficient." (Record Document 7114-17, underscored for emphasis) In Paragraph 79 I reiterated much of the same statement from

Paragraph 30 and concluded the following: "This Settlement Agreement, in my opinion, satisfies these three components that describe a settlement that is fair to all the claimants." (Record Document 7114-17, under-scored for emphasis)

5.     Two industries were specifically targeted in the Settlement As Amended on May 2, 2012 with these industries being the Seafood Industry and the Tourist Industry. These industries were noted given the general expectation that they could have incurred interruption of their activities due to the Oil Spill.  In Paragraph 32 I referred to the Seafood Compensation Program and Exhibit 3 of the Settlement Agreement refers to Seafood Distribution Chain Definitions.   In Paragraphs 33, 34, and 35, I referred specifically to the tourist industry and the Tourist Industry is defined in Exhibit 2 of the Settlement Agreement.     The Settlement Agreement was responding to the general outlook on those industries that would be most affected by the interruption.     Special provisions were implemented for these industries in Exhibit 4B, Causation Requirements for Business Economic Loss Claims and in Exhibit 15, the Risk Transfer Premium table. (Settlement Agreement Exhibits 4(B) and 15)  It was therefore surprising and raises red flags for me to learn that more than half of the 100 largest BEL offers by the Settlement Program are to claimants in construction, professional services and agriculture and that more than 40% of the total value of BEL offers to date by the Settlement Program are to claimants in those three industries, as reported in the declaration of economist Hal Sider, because it would not be expected that these industries sustained major economic losses as a result of the spill.  (Sider Declaration, paragraphs 4, 10-13, 16 and Tables 1, 2, 3, attached as Exhibit 11 to BP In Camera Motion)

6.      In paragraph 45 of the August Declaration, I stated: "The Business Economic Loss Frameworks are consistent with standard business practices in assessing any financial losses related to an incident."  (under-scored for emphasis)

7.      In paragraph 47 of the August Declaration, I stated: "Common information is an essential starting point in determining a fair and equitable way of rewarding payments under a settlement.  By common information I mean information that is routinely gathered and maintained by business enterprises regardless of size.  This information is necessary for the businesses to monitor its activities and plan its conduct. In addition, this information is typically required for the remittance of taxes.  Given that companies routinely have this information available, it is reasonable to request it as a part of the Frameworks and should in no way exert an undue burden upon a business.  It also allows for the process to provide equal treatment for different businesses since businesses are requested to submit a common core of similar data, with certain additional requirements tailored to particular types of businesses." (under-scored or emphasis)

8.      In paragraph 54 I stated the following: "The frameworks' measurement of business lost profits by reference to the difference between Benchmark and Compensation Periods is reasonable and consistent with the general approach to damages calculation in other business economic loss cases. The comparison of actual post-incident profit to estimated profit is a traditional method of calculating economic loss "but for" the incident and is standard methodology in the calculation of such damages in economic loss cases." (under-scored for emphasis)

9.      By its very nature and especially with a settlement as encompassing, in terms of different business activities and in different geographic locations, as the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended On May 2, 2012, the settlement will be subject to implementation by the appropriate authority who in this case is the Claims Administrator.  For this Settlement to meet its objectives of being fair and efficient for all claimants, it is absolutely essential for the Settlement Agreement to be appropriately implemented by the Claims Administrator.

### Claims Administrator's Policy Decision Regarding Implementation of the Settlement Agreement BEL Framework

10.     The Claims Administrator[1] has issued a policy decision of the term "Variable Profit" within Exhibit 4C, Compensation Framework for Business Economic Loss Claims.  He stated that in performing the Variable Profit calculations "the Claims Administrator will typically consider both revenues and expenses in the periods in which those revenues and expenses were recorded at the time."  (Policy Decision, January 15, 2013, page 2, attached as Exhibit C to BP's In Camera Motion)  That is, the Claims Administrator has deleted the word revenues and replaced with the phrase cash inflow, and deleted the word expenses and replaced with the phrase cash outflow.

11.     This rewriting of the Settlement by the Claims Administrator is at odds with what the Settlement Agreement states, and also, is at odds with the acceptable approach to the calculation of financial damages in other cases in which financial

---

[1] Announcement of Policy Decisions Regarding Claims Administration,  Patrick A. Juneau, Claims Administrator, January 15, 2013.

damages have been incurred and are being estimated. The complete reliance on monthly cash inflows and outflows leads to a cash flow estimate for a period of time, not an estimate of the loss of variable profits as stipulated in the Settlement. This point has been explicitly stated in Declarations by other experts from the field of Accounting to the field of Law and Economics attached as exhibits to BP's In Camera Motion and described below in Paragraphs 12-15, with which I totally agree.

12. This point has been noted in the Declaration of Mr. J. Lester Alexander, a principal in Accounting, Economic, and Appraisal Group of Birmingham, Alabama issued February 18, 2013 and attached as Exhibit 1 to BP's In Camera Motion. He quotes the Financial Accounting Standards Board's Statement of Financial Accounting Concepts No. 6 – *Elements of Financial Statements* issued December 1985 as revenues having the following characteristics: "Revenues represent actual or expected cash inflows (or equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations." (Alexander Declaration, paragraph 8) And, "Expenses represent actual or expected cash outflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations." (Alexander Declaration, paragraph 9)

13. In his Declaration provided February 18, 2013 Professor J. Richard Dietrich, a Professor of Accounting at The Ohio State University, attached as Exhibit 2 to BP's In Camera Motion, states the following: "These terms "profit," "revenues," and "expenses" have accepted meanings in accounting. BP's approach is consistent with these widely-understood meanings and with the well-understood principle of matching revenue and expenses in accounting." (Dietrich Declaration, paragraph 2)

14.     Professor A. Mitchell Polinsky, a Professor of Law and Economics at Stanford University, in his Declaration dated February 18, 2013, attached as Exhibit 9 to BP's In Camera Motion, states the following: "Economic profits due to a period of business activity are the revenues that are generated by the activity---whenever they are received---minus the expenses associated with the activity---whenever they are incurred. The BEL Framework is designed to measure losses in economic profits." (Polinsky Declaration, paragraph 6)

15.     Professor Roman L. Weil, a Professor Emeritus of Accounting at the University of Chicago, in his Declaration issued February 18, 2013, attached as Exhibit 12 to BP's In Camera Motion, states the following: "Accountants distinguish between a revenue (occurs when we deliver goods or render services and get some asset, perhaps not cash, in return) and a receipt (inflow of cash)." (Weil Declaration, lines 138-140) Similarly, "Accountants distinguish between an expense (a gone asset) and an expenditure (gone cash)." (Weil Declaration, lines 150-151)

16.     In my Declaration dated August 12, 2012, I noted that the Business Economic Loss compensation, as noted in the Settlement, was consistent with the general approach to the calculation of financial damages in other economic loss cases and was consistent with standard business practices in assessing financial damages related to any such incident.     The focus was on the loss of profit.     The Claims Administrator has rewritten the Settlement Agreement to interpret net changes in cash flows to be profit. This is inconsistent with what the Settlement Agreement states, and is also contrary to financial statements as used for lost profit analysis, by investors, by business owners and operators, or by any interested third party analyzing a business's performance.     The

Claims Administrator has deleted the concept and requirement of determining variable profit from the BEL Framework altogether.

17.     As correctly explained by Mr. Alexander, Dr. Dietrich, Dr. Polinsky, and Dr. Weil in their declarations, the definition of "variable profits" in the Settlement Agreement is consistent with the typical definition of profits as defined in a company's financial statement or financial records.

18.     For businesses that receive payment months before or after goods or services are provided to customers, the Claims Administrator's mistaken implementation is likely to create payouts of large artificial losses to businesses that maintain their financial statements by recording cash receipts and cash expenditures but no such payouts of artificial losses to similarly situated businesses that maintain financial records in which appropriate revenues and expenses are recorded.  Based on information provided in the Declaration of Dr. Hal Sider, dated February 18, 2013, large distortions in the awarding of BEL compensation offers to businesses making claims in this case have already resulted from the Claims Administrator's policy decision regarding calculation of "variable profit" in the BEL Framework.  Many of these large artificial loss payouts are to businesses in agriculture, construction, and professional services, businesses that would not typically be expected to incur significant losses because of any economic loss due to the Oil Spill.  (Sider Decl., paragraphs 5-28, 33-36) This information means that the goal of the Settlement to be fair and equitable is being strained, if not totally violated.

19.     I also understand from the declarations of Hal Sider and Les Alexander that review of BEL claim files reveals that the Settlement Program is computing Variable

Profit for BEL claimants without correcting errors, cumulative adjustments or other irregularities in claimants' profit and loss statements. (Sider Declaration, paragraph 41, 58, 62, 68, 76; Alexander Declaration, paragraphs 30-31 and Exhibits 4, 4.1-4.7) Implementation of the BEL framework in such a manner is at odds with the acceptable approaches to calculation of economic damages and will cause inaccurate calculations of Variable Profit.

20.     For the Settlement to be implemented according to its terms, and to be equitable and fair, it is vital that companies are reporting information in line with the appropriate definitions of revenues and expenses in the BEL Framework.   It would be most surprising if the national accounting firm of PricewaterhouseCoopers, LLP and the regional accounting firm of Postlethwaite & Netterville could not appropriately compute the variable profits associated with a company's business activity with variable profits being defined in accordance with the correct implementation of the BEL Framework.  To correctly implement the BEL Framework, the terms revenues, expenses, variable profits must be defined consistently with the generally accepted meaning of these terms which are set forth in the Declarations of Mr. Alexander, Dr. Dietrich, Dr. Polinsky, and Dr. Weil.

21.     The Claims Administrator has the authority, granted in the Settlement Agreement, to request source documents for profit and loss statements.  He also has the authority, if there is any discrepancy between amounts reflected in a tax return and comparable items reflected in profit and loss statement for the same time period, to request additional information and documentation from the claimant.  (Settlement

Agreement, Exhibit 4A, Documentation Requirements for Business Economic Loss Claims, paragraph 4)

22.     For the Settlement to be appropriately implemented and to be equitable and fair so that similar individuals and businesses incurring similar losses are appropriately and similarly compensated it is important for the computation of variable profits to be consistent with standard business practices in assessing any financial losses.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Dated:  March 14, 2013

James A. Richardson

## EXHIBIT A

### Resume for

### James A. Richardson

JAMES A. RICHARDSON is John Rhea Alumni Professor of Economics and Director of the Public Administration Institute in the E. J. Ourso College of Business Administration at Louisiana State University in Baton Rouge, Louisiana. Dr. Richardson has also served as Chairman of the Department of Economics, Acting Dean of the College of Business Administration, and Associate Vice Chancellor for Academic Affairs at Louisiana State University.

Dr. Richardson has served from 1987 through the present as the private economist on the Louisiana Revenue Estimating Conference, the panel with the constitutional authority and responsibility to provide official revenue estimates for the state. This Conference includes the Governor of the State, the President of the Senate, and the Speaker of the House of Representatives. Dr. Richardson also serves as a member of the Board of Directors of the Public Affairs Research Council and as a member of the Board of Trustees of the Council for A Better Louisiana.

He organized and supervised a major tax study for the state of Louisiana which resulted in *Louisiana Fiscal Alternatives: Finding Permanent Solutions to Recurring Budget Crises,* published by the LSU Press in 1988. Dr. Richardson has co-edited a major book, *Handbook on Taxation,* which was published by Marcel Dekker in January 1999. Dr. Richardson also served on the Louisiana Law Institute's Tax Study Commission, a group that was formed in response to Senate Concurrent Resolution 88, passed in 1999.

Dr. Richardson served as fiscal advisor to the Governor of Louisiana from 1988 through 1991. He contributed to the comprehensive tax study for the state of Kansas in 1995. He served as an advisor to the state of Alabama's Department of Revenue in 1996. He has served as Associate Editor of the *Journal of Education Finance* and the *Texas Business Review.* His work has been published in numerous journals such as the *National Tax Association Proceedings, State and Local Government, Public Finance Quarterly, Growth and Change, Natural Resources Journal, Journal of Energy and Development,* and *Journal of Economic Dynamics and Control.*

Dr. Richardson also participates in the preparation of the Louisiana Economic Outlook, a two-year forecast of the Louisiana Economy published by the E. J. Ourso College of Business Administration at Louisiana State University. The Louisiana Economic Outlook has been published, and Dr. Richardson has participated in the publication, since 1983. This outlook focuses on major industries in Louisiana, specifically the oil and gas industry.

Dr. Richardson prepared analysis of the impact of Katrina on the New Orleans economy and ways to accelerate its recovery for the Financial Services Roundtable. He also testified before the Committee on Financial Services of the United State House of Representatives on Housing and the New Orleans Recovery. He has been involved in numerous studies regarding the New Orleans recovery, including studies regarding the upgrading of the riverfront, enhancing the theater district, developing downtown attractions such as the aquarium and the insectariums, and relating the New Orleans airport to the city's economic development. Dr. Richardson is a member of the team putting together Plan Baton Rouge 2, the master plan for East Baton Rouge Parish, the BioDistrict in New Orleans, and the master plan for Ascension Parish. Dr. Richardson is also providing fiscal and economic analysis to the parish of Livingston.

Dr. Richardson received his bachelors of art degree in economics from St. Mary's University of San Antonio, Texas and his Master's degree in economics and the doctorate in economics from The University of Michigan. Dr. Richardson specializes in regional forecasting, state and local tax policy, economic valuation, and energy economics.

**James A. Richardson**

**John Rhea Alumni Professor of Economics**

**Director, Public Administration Institute**

**Louisiana State University**

| | |
|---|---|
| **Bus. Address**: | Public Administration Institute<br>3200 Patrick J. Taylor Hall<br>Louisiana State University<br>Baton Rouge, LA  70803<br>(225) 578-6745<br>(225) 578-9078 FAX<br>parich@lsu.edu |
| **Home Address**: | 3165 Kleinert Avenue<br>Baton Rouge, LA   70806<br>(225) 383-3310<br>(225) 383-2575 FAX<br>jamesrichardson2@cox.net |
| **Personal Data:** | Born, 2/23/44, San Antonio, Texas<br>Married, 2 children |
| **Education:** | A.B., (Economics) St. Mary's University of Texas, 1966<br>A.M., (Economics) University of Michigan, 1970<br>Ph.D., (Economics) University of Michigan, 1971 |
| **Employment:** | Director, Public Administration Institute and John Rhea Alumni Professor of Economics, Louisiana State University, 1984 –<br><br>Associate Vice-Chancellor for Academic Affairs; Director, Public Administration Institute; and Alumni Professor of Economics, Louisiana State University, 1989 – 1994<br><br>Acting Dean and Professor of Economics, Louisiana State University, 1983-1984<br><br>Chairperson and Associate Professor of Economics, Louisiana State University, 1982-1983<br><br>Graduate Coordinator and Associate Professor of Economics, Louisiana State University, 1975-1982 |

Assistant Professor of Economics, University of Michigan, 1971

Assistant Professor of Economics, Louisiana State University, 1970-1975

Program Analyst, U. S. Bureau of the Budget, 1967

## Consulting Activities and Expert Witness for Private Companies

Federal and State Court for the computation of loss of wages and profits

Oil and Gas Contract Disputes

Take and Pay Contract Disputes—estimates of damages

Evaluation of Business Enterprises

Evaluation of value of injured parties, wrongful deaths, discrimination, et al

Evaluation of Costs of Disruptions on Communities

Coastal Zone Management Commission

Business Contract Disputes

Business Damages

Bankruptcy proceedings

Economic Impact of Industries on Local and State Economies

## Consulting and Expert Witness for Governments

Department of Education, Louisiana

Department of Wildlife and Fisheries, Louisiana

Department of Revenue and Taxation, Louisiana

Department of Transportation and Development, Louisiana

Division of Administration, Louisiana

Department of Economic Development

Department of Labor, Louisiana

Attorney General's Office, Louisiana

City of Baker, Louisiana

City of Zachary, Louisiana

Sulphur Community, Louisiana

Department of Revenue, Alabama

Office of Governor, Kansas

Office of Governor, Louisiana

Jefferson Parish, New Orleans Levee Board, State of Louisiana, U.S. Department of Justice, and New Orleans Sewerage and Water Board

Louisiana Department of Wildlife and Fisheries

Louisiana Volunteer in Office of Lieutenant Governor

**Consulting or Expert Witnessing: Listing of Private Firms (not complete list)**

Ethyl, 1972 (market forecasts for products)
Louisiana Retailers Association, 1982, 1987 (impact of interest rate limitations)
Allied Corporation, 1983-84 (take or pay contract dispute)
Martin Exploration Company, 1984 (cram down hearing in bankruptcy court)
Dames and Moore, 1986 (energy impact in Louisiana)
Governor's Economic Development Commission, 1986 (economic development options for state)
Chevron Corporation, 1986 (offshore impact on onshore Louisiana)
Louisiana Council for Fiscal Reform, 1987-88 (tax reform for state)
Arkla Gas, 1987-88 (merger study for FTC)
Goudchaux-Maison Blanche, 1987 (change in blue law ordinance)
K-Mart, 1987 (change in blue law ordinance)
J. C. Penney, 1987 (change in blue law ordinance)
Sears, 1987 (change in blue law ordinance)
South Central Bell, 1990-91 (rate issue before Public Service Commission)
John Paul Mitchell Systems 1992-96 (dispute with distributor)
Texaco, Inc. 1992-93 (royalty dispute with state)
Texaco, Inc. 1993-96 (valuation issue with royalty owners)
Louisiana's Lottery Corp., 1994 (lottery study—in and out of state issues)

Calcasieu Marine Bank, 1992-1997 (forecast for state and regional economy)
Hibernia National Bank, Lake Charles, 1998-04 (forecast for economy)
Entergy, Inc., 1996-1997 (deregulation issue before Public Service Commission)
IMC Global, 1997-98 (punitive damages analysis)
Institute for Quality in Medicaid, 1998 (study of pharmaceuticals in costs of healthcare)
C-K Associates, 1992-2005 (economic impact studies)
Pilko and Associates, 1998 (economic impact study)
Rubicon Chemicals, 1998 (economic impact study)
Industrial Concepts, Inc., 1998 (arbitration case: distribution dispute)
K & M Enterprises, Inc., 1998 (damages in business dispute)

CONDEA Vista Company, 1998, 2001 (punitive damages analysis)
Source Production and Equipment Company, Inc., 1998 (business damages)
Amoco Corporation, 1998 (punitive damages)
Borden Chemical, 1999 (economic impact study)
Marathon Ashland Petroleum, 1999 (economic impact study)
Louisiana Public Facilities Authority, 1999 (economic impact study)
Insulin Infusion Specialities, 1999 (business damages)
J & R Systems, 1999 (business damages)
CSRS Engineers, 1999-2000 (master plan for Iberia Parish)
Postlewaite & Netterville, 1999 (study of venture capital in Louisiana)
Louisiana Hospital Association, 1999 and 2002 (economic impact of hospitals)
Kaiser Aluminum, 1999 (economic impact study)
C & S Metals, 2000 (economic impact study)
Cogentrix, 2000 (economic impact study)
CalPine, 2000-01 (economic impact study)
Shell Oil Company, 2000 (compensatory and punitive damages)
Cleco, Inc., 2000 (economic impact of power facilities)
Hewlett-Packard, 1992, 2000 (business damages)
Shintech Corporation, 2001 (economic impact study)
Louisiana Generating, 2001 (economic impact study)
URS Corporation, 2001 (economic impact study)
Coastal Engineering and Environmental Consultants, 2001-2002 (economic impact studies)
C-K Associates, Inc., 2001-02 (business damages)
Capitol City Properties, 2001 (contractual dispute—reasonableness of decision)
Southern Exposure Wildlife, Inc., 2001-2003 (business damages)
Cox Communications, 2002 (economic impact study)
Kean Miller Law Firm, 2002 (economic projections)
Cleco, Inc., 2002 (economic projections)
J. Ray McDermott, 2001-02 (economic impact)
LMCMS/ACS, 2003 (business loss study)
R. W. Beck and Associates 2003 (economic impact study)
Boise Cascade Paper (economic impact study)
Division of Administration and The Football Network, 2003 (economic impact study)

Louisiana Technology Park, 2003 (economic impact analysis)
Port of New Orleans, (2004) (economic analysis of CAFTA)
Cox Communications 2004 (economic impact study)
Louisiana Public Facilities Authority, 2004 (economic impact study)
Louisiana Generating, LLC, 2004 (economic impact study)
Louisiana Hospital Association, 2004 (economic impact study)
Louisiana Independent Pharmacies Association, 2004 (economic impact study)
Louisiana Nursing Home Association, 2004 (economic impact study)
Welding Industry, 2003-2004 (economic analysis of welding industry)
Louisiana Municipal Association, 2004-05 (study of retirement systems)
Farquoui Construction, 2004 (analysis of Bass Pro's economic impact on
Livingston Parish)
LJG Land Company, Ascension Parish, 2004-05
Shintech, economic impact study, 2005
Stonehenge Capital Company, economic impact study of film industry, 2005
Providence Engineering and Environmental Group, economic impact study, 2005
Eagle Environmental Services, economic impact study, 2005
Baton Rouge Metropolitan Airport, economic impact study, 2005
Colonial Pinnacle Retail Plaza, economic impact study, 2005
Lake Charles Memorial Hospital, 2005
Louisiana Hospital Association, economic impact of Katrina, 2005 and 2006
Financial Services Roundtable, economic analysis of Post Katrina Recover, 2006
Marathon Petroleum Company, economic impact study, 2006
NRG Energy, economic impact study, 2006
Entergy New Orleans, economic analysis of Entergy's role in New Orleans, 2006
Entergy Gulf States, role of Entergy in Gulf States Region, 2006
Entergy Louisiana, role of Entergy in Entergy Louisiana region, 2006
Financial Services Roundtable, Accelerating the Recovery in New Orleans, 2006
Louisiana Department of Education, Fiscal Indicators, 2006
Louisiana Independent Pharmacies Association, Dispensing Fees for
        Prescriptions, 2006-o7
Baton Rouge Chamber of Commerce, 2006
Pinnacle Entertainment, 2006
Louisiana Hospital Association, 2007
Baton Rouge Area Chamber, 2007
Cox Communications, 2007
Creekstone Companies, 2007
Broadway South, 2007
Port Manchac, 2007
Iberville Parish, 2007
Bayer Properties, 2007
US TransCarbon, 2007
New Orleans Levee Board, 2007
CNA Insurance, court proceedings, 2007
Hanover Insurance, court proceedings, 2007
AmClyde, court proceedings, 2007

Audubon Nature Institute, 2007 and 2008
Askew-Dumez-Ripple and New Orleans Building Corporation, 2007-08
ATT, 2008
Baton Rouge Area Foundation, 2008
Baton Rouge Area Chamber, 2008
Baton Rouge Capital Planning, 2008
Louisiana Department of Social Sciences, 2008
Louisiana Workforce Commission, 2008
Louisiana Department of Education, 2008-2009
Louisiana Division of Administration, 2008-2009
State Farm, 2007, 2008, 2009
Greater New Orleans, Inc, 2008-2009
Port of Iberia, 2008
Riley Company, Ruston, LA, 2008-2009 (project for Ruston, LA)
Louisiana Hospital Association, 2009
Askew-Dumez-Ripple and New Orleans Center for Creative Arts
Plan Baton Rouge 2, 2009
East Baton Rouge Parish Master Plan, 2009-2010
Ascension Parish Master Plan, 2009-2010
Livingston Parish, economic and fiscal analysis, 2009-2010
Louisiana Technology Park, 2010
Cox Communications, 2010
Louisiana Public Facilities Authority, 2010
City of Baton Rouge, Parish of East Baton Rouge, Department of Public Works, 2010
WYES, 2010
Sasol 2010
Port of New Orleans, 2010-2011
Market Street Properties, 2010-2011
East Baton Rouge Development Authority, 2011-2012
Louisiana Department of Wildlife and Fisheries (valuing leases in Vermilion Parish)
Ports Association of Louisiana, 2011
Port of Iberia, 2012
St. Bernard Harbor and Terminal District, 2012
Baton Rouge Chamber and Baton Rouge Area Foundation, 2012
Current Legal Cases with clients (City of Bossier and Metropolitan Planning Commission; Wells Fargo; Hollybrook Cottonseed Processing; State of Louisiana)
Legacy Lawsuits working with Kean Miller, Gordon Arata law firms)
Louisiana Volunteer – program evaluation of its grant program, 2012-2013
GCR and Associates—study of projections in East Baton Rouge, West Baton Rouge, Ascension, and Livingston Parishes and implications for toll road, 2012-2013
St. Bernard Port, Harbor, and Terminal Expropriation Case, 2013

**Consulting or Expert Witnessing: Listing of Governments (not complete list)**

Louisiana Department of Wildlife and Fisheries, 1988-1990, (analysis of shell dredging and appropriate fees to be charged)

Special Consultant to Governor, Louisiana Special Sessions, 1988 and 1989 (fiscal issues)

Louisiana Division of Administration, 1993, 2002, 2004

Louisiana Department of Labor, 1994-1997, 2004, 2005 (evaluation of Unemployment Insurance Trust Fund)

State of Kansas, 1995 (tax issues)

State of Alabama, 1996 (legal dispute regarding valuation of natural gas at wellhead)

Louisiana Attorney General, 1996-97 (analysis of Minimum Foundation Program)

Louisiana Department of Education, 1996, 2005

City of Baker, 1997-98 and 2000-01 (financial analysis of new school system)

City of Zachary, 1999 (financial analysis of new school system)

City of Sulphur, 2004-05 (financial analysis of new school system)

Louisiana Department of Revenue, 1999 (legal issue regarding taxation of manufactured homes)

Louisiana Office of Governor, 2000 (tax analysis of alternative taxing schemes)

Louisiana Office of Governor, 2004-05 (economic impact and tax analysis of professional sports team)

Louisiana Department of Wildlife and Fisheries, 2000-01 (analysis of fees on seismic activities)

Louisiana Department of Economic Development, 2001 and 2005 (economic impact study)

Louisiana Department of Economic Development, 2002 (analysis of tax incentives in Louisiana)

Louisiana Division of Administration, 2003 (analysis of economic impact of The Football Network)

Louisiana Department of Natural Resources, 2003-04 (analysis of economic cost of coastal erosion)

Louisiana Department of Economic Development, 2004 (analysis of rice industry investment in North Louisiana)

Louisiana Department of Labor, 2004-05 (analysis of Unemployment Insurance Trust Fund Modifications)

Louisiana Department of Education, 2006-07, (establishment of fiscal assessment of school districts).

Louisiana Department of Social Services, 2008 (impact of social programs on overall economy)

Louisiana Division of Administration, 2008 (capital project determination)

Louisiana Workforce Commission, 2008 (benefit analysis of modernization of technology infrastructure)

Louisiana Department of Education, 2008 (assessment of financial impact of health insurance premiums on break-up of school districts in East Baton Rouge)

Louisiana Department of Wildlife and Fisheries, 2010-2011

Volunteer Louisiana, 2012-2013

## Boards, Committees, and National Associations

**Boards and Committees:**
Member, Council of Trustees, Gulf South Research Institute, 1982-1987
Member, Board of Trustees, Public Affairs Research Council of Louisiana, 1982-Present
Chairman, Board of Trustees, Public Affairs Research Council of Louisiana, 1996-97
Member, Board of Trustees, Council for A Better Louisiana, 1988-present
Charter Member, Louisiana Partnership for Technology, 1988-present
Member, Revenue Estimating Conference, State of Louisiana, 1987-present

Member, Government Fiscal Affairs Committee, Baton Rouge
Chamber of Commerce, 1986-2000
Member, Transition Team, Governor-elect 1988
Member, Transition Team, Louisiana State Treasurer, 1988
Member, Business Tax Issues, National Tax Association

**Editorial
Boards:**

Texas Business Review, 1981-84
Journal of Education Finance, 1982-88

## Research Activities

**Books**

**Louisiana's Fiscal Alternatives: Finding Permanent Solutions to Recurring Budget Crises, editor (LSU Press, 1988).**

**Handbook on Taxation, co-editor (Marcel Dekker, January 1999).**

**Chapters in Books**

"Forecasting Revenues and Expenditures," Chapter 38 in **Handbook of Governmental Accounting and Finance**, edited by N. Apostolou and L. Crumbley, (John Wiley, 1988); also in second edition (1991).

"Severance Tax Reform," Chapter 16 in **Reforming State Tax Systems**, edited by Steven D. Gold, (National Conference of State Legislatures, 1986).

"Introduction, Purpose, and Scope," Chapter 1 in **Louisiana's Fiscal Alternatives**, edited by J. Richardson, (LSU Press, 1988).

"Tax Instability in Louisiana," Chapter 7 in **Louisiana's Fiscal Alternatives**, edited by J. Richardson, (LSU Press, 1988).

"Mineral Taxes and Revenues and Budgeting Stability," (With L. Scott), Chapter 8 in **Louisiana's Fiscal Alternatives**, edited by J. Richardson, (LSU Press, 1988).

"Paying For State Government in Louisiana: Considering the Alternatives," Chapter 19 in **Louisiana's Fiscal Alternatives**, edited by J. Richardson, (LSU Press, 1988).

"Introduction to Handbook on Taxation," chapter in **Handbook on Taxation**, edited by  James A. Richardson and W. Bartley Hildreth (Marcel Dekker, 1999)

"Economics Principles of Taxation," chapter in **Handbook on Taxation**. Edited by  James A. Richardson and W. Bartley Hildreth (Marcel Dekker, 1999).

"State Severance Taxes," chapter in **Handbook on Taxation**, edited by James A. Richardson and W. Bartley Hildreth (Marcel Dekker,  1999).

"Forecasting State Revenues in Louisiana: From Dramatic Changes in the Oil and Gas Industry in the 1970s and 1980s to the Aftermath of Catastrophic Hurricanes in the 2000s" **Handbook of Government Budget   Forecasting**          (Taylor and Francis, 2007) .

**Refereed Articles**

"Monetary Rules and Optimal Monetary Policy," Nebraska Journal of Business and Economics (Autumn, 1975)

"Projecting State Revenues in Louisiana:  Progress and Problems," Annals of Mid-South Academy of Economist, (Summer, 1976).

"Projecting State Revenue in Louisiana with an Econometric Model," State and Local Government Review (Fall, 1978) (co-author).

"Tax Rate changes and the Specification of the Tax Equation," Public Finance Quarterly (April, 1979) (co-author).

"A Short-Run Regional Oil and Gas Model:  The Case of Louisiana," (with Loren C. Scott), Growth and Change (Fall, 1979).

"Income and Employment in a State Econometric Model:  The Case of Louisiana," Journal of Economics, Vol. IV (Fall, 1978).

"The Impact of the Energy Shortage on Small Businesses in Region VI," (with Loren C. Scott) Texas Business Review, (July/August, 1980).

"Determining an Appropriate Teacher Salary," (with J. T. Williams) Journal of Education Finance (December 1981).

24

"Domestic and International Implications of Federal and State Policies Toward Heavy Oil," Heavy Versus Light Oil: Technical Issues and Economic Considerations, edited by Ragaei El Mallakh, International Research Center for Energy and Economic Development (1983).

"Resource Location Patterns and State Severance Taxes: Some Empirical Evidence," (with Loren C. Scott) Natural Resources Journal, (Winter, 1983).

"A Review of State Severance Taxes in the United States," (with Loren C. Scott) Texas Business Review (July/August, 1982).

"Government Regulation and Market Distortions: The Case of the NGPA and the Louisiana Economy," (with Loren C. Scott) Journal of Energy and Development (Autumn, 1982).

"Subjective Evaluation of Composite Econometric Policy Inputs," (with T. Gulledge and J. Ringuest) Socio-Economic Planning Sciences (Fall 1986).

"Spectral Analysis of Nominal Interest Rates," (with U. Erol and T. Gulledge) Journal of Economic Dynamics and Control, (Proceedings) (1987).

"A Re-Examination of the Fisher Hypothesis," 13th World Congress on Computation and Applied Mathematics, Proceedings, Vol 4, (July 1991), pp. 1757-1759 (co-author).

"The Politics and Economics of Taxing Oil and Gas in Louisiana, Proceedings, National Tax Association, 1992, pp. 170-173.

"Taxing Oil and Gas in Kansas," Kansas Business Review, Spring 1995.

"Forecasting State Revenue in Louisiana: Procedures and Results," 1995 Academy of Business Administration.

"State Severance Taxes," Encyclopedia of Taxation and Tax Policy, (published by National Tax Association, 1998 and 2005).

"Katrina/Rita: The Ultimate Test for Tax Policy," National Tax Journal, (September 2006).

"Natural Disasters and State and Local Finance in Louisiana: A Case Study in 2005," Municipal Finance Journal, (Fall 2006).

<u>What's Needed for Post-Katrina Recovery,</u> Study for Financial Services Roundtable, (March, 2006).

## Other Published Articles

"The Consumer Price Index: Part I," <u>Louisiana Business Review,</u> (April, 1975).

"The Consumer Price Index: Part II," <u>Louisiana Business Review,</u> (May, 1975).

"Louisiana's Revenue Outlook," <u>Louisiana Business Review,</u> (March, 1976).

"A Flowchart Description of the Louisiana Economy," (with Loren C. Scott) <u>Annals of Louisiana Academy of Economists,</u> (Fall 1977).

"The Consumer Price Index: Revised and Updated for the 1970's," <u>Louisiana Business Review,</u> (April 1978).

"Louisiana Financial Opportunities," <u>Louisiana Business Review</u> (May 1980).

"Louisiana Oil and Gas Severance Tax: A Historical Review," <u>Louisiana Business Review</u> (July 1978) (with Loren C. Scott).

"Louisiana's Financial Opportunities: Money and Minerals," <u>Louisiana Business Review,</u> (Spring 1981).

"Experiences With the Combining of Simple Forecasts With Those From Large Econometric Models," <u>Proceedings,</u> American Institute for Decision Science, Toronto, Canada, 1984 (with J.L. Ringuest and T. Gulledge).

"Louisiana State Revenue Outlook," <u>Louisiana Business Review,</u> (Spring 1983).

"Louisiana's 1983 Economic Outlook," <u>Louisiana Business Review,</u> (Spring 1983) (co author).

"Louisiana's 1984 Economic Outlook," <u>Louisiana Business Review,</u> (Fall 1983) (co-author).

"Louisiana's 1984 Economic Predictions," <u>Louisiana Business Review,</u> (Winter 1984).

"Louisiana's Economic Outlook, 1985" (co-author) (LSU College of Business Administration, 1985).

"Louisiana's Economic Outlook, 1986" (co-author) (LSU College of Business Administration, 1986).

"Louisiana's Economic Outlook for 1988 and 1989" (co-author) (LSU College of Business Administration, 1987).

"Louisiana's Economic Outlook for 1989 and 1990" (co-author) (LSU College of Business Administration, 1988).

"Louisiana's Economic Outlook for 1990 and 1991" (co-author) (LSU College of Business Administration, 1989).

"Louisiana's Economic Outlook for 1991 and 1992" (co-author) (LSU College of Business Administration, 1990).

"Louisiana's Economic Outlook for 1992 and 1993" (co-author) (LSU College of Business Administration, 1991).

"Louisiana's Economic Outlook for 1993 and 1994" (co-author) (LSU College of Business Administration, 1992).

"Louisiana's Economic Outlook for 1994 and 1995" (co-author) (LSU College of Business Administration, 1993).

"Louisiana's Economic Outlook for 1995 and 1996" (co-author) (LSU College of Business Administration, 1994).

"Louisiana's Economic Outlook for 1996 and 1997" (co-author) (LSU College of Business Administration, 1995).

"Louisiana's Economic Outlook for 1997 and 1998" (co-author) (LSU College of Business Administration, 1996).

"Louisiana's Economic Outlook for 1998 and 1999" (co-author) (LSU College of Business Administration, 1997).

"Louisiana 's Economic Outlook for 1999 and 2000" (co-author) (LSU College of Business Administration, 1998)

"Louisiana's Economic Outlook for 2000 and 2001" (co-author) (LSU's E.J. Ourso College of Business Administration, 1999)

"Louisiana's Economic Outlook for 2001 and 2002" (co-author) (LSU's E.J. Ourso College of Business Administration, 2000)

"Louisiana's Economic Outlook for 2002 and 2003" (co-author) (LSU's
    E.J. Ourso College of Business Administration, 2001)

"Louisiana's Economic Outlook for 2003 and 2004" (co-author) (LSU's
    E.J. Ourso College of Business Administration, 2002)

"Louisiana's Economic Outlook for 2004 and 2005" (co-author) (LSU's
    E.J. Ourso College of Business Administration, 2003)

"Louisiana's Economic Outlook for 2005 and 2006" (co-author) (LSU's
    E.J. Ourso College of Business Administration, 2004)

"Louisiana's Economic Outlook for 2006 and 2007" (co-author) (LSU's
    E.J. Ourso College of Business Administration, 2005)

"Louisiana's Economic Outlook for 2007 and 2008," (co-author), (LSU's
    E. J. Ourso College of Business Administration, 2006)

"Louisiana's Economic Outlook for 2008 and 2009," (co-author), (LSU's
    E. J. Ourso College of Business, 2007)

"Louisiana's Economic Outlook for 2009 and 2010," (co-author), (LSU's
    E. J. Ourso    College of Business, 2008)

"Louisiana's Economic Outlook for 2010 and 2011," (co-author), (LSU's
    E. J. Ourso   College of Business, 2009)

"Louisiana's Economic Outlook for 2011and 2012," (co-author), (LSU's
    E. J. Ourso   College of Business, 2010)

"Louisiana's Economic Outlook for 2012and 2013," (co-author), (LSU's
    E. J. Ourso   College of Business, 2011)

"Louisiana's Economic Outlook for 2013and 2014," (co-author), (LSU's
    E. J. Ourso   College of Business, 2012)


**Book Reviews**

Is Growth Obsolete? By William Nordhaus and James Tobin for The Annals
of Regional Science.

Unemployment, Vacancies, and the Rate of Change of Earnings:  A Regional
Analysis, by A.E. Webb and Regional Rates of Growth of Employment:  An
Analysis of Variance Treatment by B. Weeden.  National Institute of

Economic and Social Research, Regional Papers III (Cambridge University Press, 1974) for The Annals of Regional Science.

## Grants and Research Studies Associated with Grants, LSU

**Louisiana Revenue Projection Model**, grant through Legislative Fiscal Office, 1975, $72,000 (with Loren C. Scott).
> Louisiana Revenue Projection Model, 80 pages.
> User's Manual for Revenue Model, 106 pages.
> Compendium of Louisiana Taxes and Revenues, 343 pages.

**Energy Policy Evaluation Model**, grant through Department of Natural Resources, 1978-79, $21,000 (with W.P. Culbertson).
> Energy/Resources Policy Evaluation System, 81 pages.

**State Taxation of Natural Resources**, grant through U.S. Department of Interior, 1980-81, $72,500 (with Loren C. Scott).

**Taxation of Natural Resources by States:  Theoretical and Empirical Findings**,   200 pages. Louisiana Econometric Model, grant through Board of Regents, 1981-81, $65,000 (with Loren C. Scott).  Results published in Louisiana Business Review (Winter, 1983).

**Louisiana Energy Sector**, grant from LSU Center for Energy Studies, 1983, $17,500 (with Loren C. Scott).

**Louisiana Econometric Model**, grant from Louisiana Board of Regents, 1983-84, $55,000 (with Loren C. Scott).

KPGM Peat Marwick, **Tax Study for Louisiana**, 1995, $55,000.

## Papers and Discussions at Professional Meetings

"Monetary Rules and Monetary Policy" presented at Southwestern Social Science Meeting, (March 1972).

"Optimal Time Horizon for Policy Making," presented at Southwestern Social Science Meeting, (March 1973).

"Measuring the Impact of Monetary and Fiscal Policy," presented at Atlantic Economic Conference, (September 1974).

"Inflation and Development in the Mexican Economy: A Discussion," presented at Southern Economic Association, (November 1974).

"Reduced-Form Models and Monetary and Fiscal Multipliers," presented at Western Economic Association, (June 1975).

"Oil and Gas Forecasting Model," presented at Southwestern Social Science Meeting (April 1976) (with Loren C. Scott).

"Obtaining Consistent and Efficient Estimates with the Kalman Filter," special paper presented to Economics Conference on Optimal Control Theory, sponsored by National Bureau of Economic Research (May 1976), (co-author).

"Oil and Gas Econometric Model: The Case of Louisiana," presented to Western Economic Association Meeting (June 1976) (with Loren C. Scott).

Comments on "Money, Liquidity, Reverse Causation, and the Transactions Demand for Money," Southern Economic Association Meetings (November 1976).

"A Long-Run Model of Oil and Gas Production" (with Loren C. Scott) at Southern Economic Meetings (November 1977).

"Price Expectations, Interest Rates, and Monetary and Fiscal Authorities," at Southwestern Social Science Meetings (April 1978).

"Income and Employment in a State Econometric Model: The Case of Louisiana," at Missouri Valley Economic Conference (February 1978).

"Price Expectations and Impact of Monetary and Fiscal Authorities Over the Business Cycle," presented to Southern Economic Meetings, (November 1979).

"Determining an Appropriate Teachers Salary," presented to Education Finance Association, 1980.

"State Taxation of Natural Resources," presented to Western Economic Association, (July 1981).

"Domestic and International Implications of Federal and State Policies Towards Heavy Oil," presented to Conference on Heavy vs. Light Oil, sponsored by International Research Center for Energy and Economic Development, University of Colorado, (March 1982).

30

"Government Regulations and Market Distortions: The Case of the NGPA and the Louisiana Economy," presented to International Research Center for Energy and Economic Development, University of Colorado (September 1982).

"Experience with the Combining of Simple Forecasts with those of Large Scale Econometric Models," American Institute For Decision Sciences (October 1984).

"Combining Macroeconomic Inputs," Paper presented at the ORSA/TIMS Joint National Meeting, Boston, Mass., (1985).

"Spectral Analysis of Nominal Interest Rates," Conference on Dynamic Modeling and Control of National Economies, Budapest, Hungary (July 1986).

"Projecting the Impact of Offshore Oil and Gas Activity on A Producer State" International Society of Forecasting (Boston: May 1987).

"Tax Reform and Tax Forecasting," International Society of Forecasting (Boston: May 1987).

"The Impact of OPEC on the Louisiana Offshore Industry," Missouri Valley Economic Association (February 1987).

"Perspectives on Louisiana Tax Reform," Alabama Fiscal Policy Symposium (August 1986).

Louisiana Tax Study, moderated and presented three papers, LSU/CABL Tax Conference (January 1987).

"State Tax Reform," Public Affairs Research Conference Annual Report, (March 1987).

"Business and Environmental Taxes," paper discussant, American Economic Association and National Tax Association, (January 1992).

"Politics and Economics of Taxing Oil and Gas in Louisiana," National Tax Proceedings (October 1992).

"Taxing Oil and Gas in Kansas," Task Force of the Governor (October 1995).

"Forecasting State Revenues in Louisiana: Procedures and Results," presented to International Conference of Academy of Business Administration, Summer 1995.

**Conferences and Public Forums**

"Money and Minerals" presented to Annual Conference of Public Affairs
Research Council, 1980.

"Energy and the Louisiana Economy" presented to Annual Conference of
Public Affairs Research Council, 1982.

"Louisiana's Financial Future' presented to Annual Conference of Public
Affairs Research Council, 1983.

"Economic Outlook for Louisiana," sponsored by the LSU College of
Business Administration, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989,
1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001,
2002, 2003, 2004, and 2005.

Electricity Deregulation in Louisiana, Annual Conference of Public Affairs
Research Council of Louisiana, 1997

Louisiana Fiscal Reform Efforts, presented to Annual Conference of Public
Affairs Research Council, 1998

Katrina and the Recovery of the Gulf Coast, Housing Policy Council, New
Orleans, (December 2005).

Katrina and the Recovery of New Orleans, Mortgage Bankers Association,
Phoenix, AZ (February 2006)

Katrina and Mega-catastrophes, Financial Services Roundtable, Phoenix, AZ,
(March 2006).

Initiating the Recovery after Katrina, Blue Ribbon Commission on Mega-
catastrophes sponsored by Financial Services Roundtable, Chicago, IL (June
2006).

Katrina/Rita: The Ultimate Test for Tax Policy, National Tax Association,
May 2006.

**Dissertation**

<u>An Analysis of Alternative Monetary Policies within the Framework of the FRB-MIT Econometric Model</u> (completed August 1971: Directed by Warren L. Smith, University of Michigan).

## Teaching Activities

**<u>Courses Taught</u>:**

Principles of Economics (Michigan and LSU, Undergrad.)
Money and Banking (Michigan and LSU, Undergrad.)
Business Cycle Theory (LSU, Undergrad.)
Aggregate Economics (LSU, Undergrad.)
Urban Economics (LSU, Undergrad.)
Seminar in Monetary and Fiscal Policy (LSU, Grad.)
Advanced Macroeconomic Theory (LSU, Grad.)
Independent Readings (LSU, Undergrad. And Grad.)
Public Administration Colloquium (LSU, Grad.)
Microeconomic Decisions (LSU, Grad.)
Public Finance (LSU, Grad and Undergrad)
Internships/Practicums, (LSU, Grad.)

<u>Dissertation Committees</u>

Jorge O. Bonvicini,  Economics, 1972
William B. Green,  Economics, 1974
Walton M. Padelford,  Economics, 1975
Jeffrey Reed, Economics, 1976
Rafael Juantorena,  Engineering, 1976
James Fellows,  Economics, 1977
Lloyd Shell, Economics, 1977
Sam Fraser,  Economics, 1978
W.D. McMillin (co-director),  Economics, 1979
Andrew Foshee,  Economics, 1980
Cary Heath,  Economics, 1983
John McDonald,  Economics, 1984
Shahruz Mohtadi,  Economics, 1984
Umit Erol, (director)  Economics, 1986
Deep Shikka,  Economics, 1986
Patricia Knight,  Economics, 1988
William Davis,  Vocational Education, 1991
Randy Russ,  Marketing, 1996
Gloria T. Nye,  Education, 1997
Lonnie Luce, Education, 1998
Poki Kofi, Forestry and Natural Resources, 2003
William Van Dengerhn, Accounting, 2004

Steve Kelly, Education, 2006

**Master's Committee (thesis)**

John Elstrott,  Economics, 1972
Douglas Weimer,  Economics, 1974 (director)
Matt Fannin,  Agricultural Economics, 1998

**Professional Service:**

Referee for **Public Finance Quarterly**, **Southwestern Social Science Quarterly**, **Growth and Change**, **Journal of Economics**, **Journal of Education Finance**, **Journal of Macroeconomics**, and **Municipal Finance Quarterly**.

Member of American Economic Association, Southern Economic Association,  American Society of Public Administrators, National Tax Association, and National Association of Schools of Public Affairs and Administration.

**University Service:**

**Committees**

Graduate Advisory Committee for Economics (Chairperson as of September 1976 to 1982)

Computer Center liaison for College of Business Administration, 1974-75, 1975-76, 1976 to 1982)

Honors Program Committee, 1971-1973

Committee to Select Computer Hardware for CEBA, Spring 1977

College Policy Committee (Chairperson, 1978-1981)

College Courses and Curricula Committee, 1978-1983, Chairperson in 1982

University Courses and Curricula Committee, 1980-1983

University Self-Study Committee, Chairperson Financial Resources,

1982-1983.

Executive Committee, College of Business Administration, 1983-Present.

University Planning Committee, 1990-1994

Computer Advisory Committee, 1990-1994

L.S.U. Faculty Senate, 1999-2002

Faculty Senate Executive Committee, 1999-2001

Review of Evaluation of Faculty Members, Instructors, and Research Associates, 2001-02

Committee to Review Athletic Oversight, 2002

Self-study Committee for upcoming accreditation, 2001-02

Search Committee for Dean of Business School, 2002

Fellow in Reilly Center on Media and Public Policy, 2001-05

Committee to Review Tenure Policy, 2002-2005
University Planning Council, 2006- present

Search Committee for Provost, 2006-

Search Committee for Dean, College of Business, 2007

Service to Community

Member, Louisiana Tax Study Commission, 1983-84.

Contributor to Senate Task Force on Economic Development, 1983-1984.

Contributor to House Forum on Economic Development, 1985.

Contributor to House/Senate Task Force on Economic Development Strategies, 1987.

Testimony before Numerous Committees of the Louisiana Senate and House of Representatives, since 1975.

Testimony before U. S. Senate Committee on Energy Policy, 1986.

Testimony before U.S. House of Representatives, 2006

Member, Revenue Estimating Conference, State of Louisiana, 1987-present

Fiscal Advisor to Governor of Louisiana, 1988-91

Advisor to Governor of Louisiana, 1995-96, on Unemployment Insurance Program

Member, Louisiana Law Institute's Tax Study Committee, 2000

Speaker at numerous clubs and luncheons such as Rotary, Lions, Kiwanis, Professional Women's Association, Personnel Managers, Financial Analysts, and others.

Chairman, Public Affairs Research Council of Louisiana, 1995-97

Member, Board of Trustees, Public Affairs Research Council of Louisiana, 1980-present

Member, Tax Study Commission, Created by Resolution of Louisiana Senate and House, 1999-2000

Testimony to Committee on Financial Services, U.S. House of Representatives, February 2007.

Honors

Woodrow Wilson Fellowship 1966-67
University Fellowship, 1967-68 (Michigan)
Teaching Fellowship, 1968-69 (Michigan)
FDIC Dissertation Grant, 1969-70
LSU Graduate School Summer Research Fellowship, Summer 1973
LSU Foundation Post Doctoral Research Fellowship, 1973-74, 1974-75, and 1976-77
LSU Foundation Distinguished Service Award, 1987
John Rhea Alumni Professor, 1989-present
Fellow, Reilly Center on Media and Public Policy, 2002 through present

Consulting Research Studies

An Evaluation of Louisiana Public School Teacher Salaries (March 1979) – for the Governor of the State of Louisiana.  Improving School Finance in Louisiana (1980) – for a Task Force on Education in Louisiana.

Economic and Environmental Evaluation of OCS Natural Gas Activities on the State of Louisiana (1980) – for the legal team defending First Use Tax.

Alternatives for Improving Personal Property Taxation in Louisiana (1981) for Louisiana Tax Commission.

Measuring and Evaluating the Impact of Agricultural Activity on Northeast Louisiana (1982) for Northeast Agribusiness Council.

Task Force on Economic Development (1982) for Board of Regents.

Assessment of Economic and Environmental Impact of Livingston Train Derailment, for 21st District Court, September 1984.

Assessment of Value of Red River Waterway, 1985.

The Economic and Fiscal Impact of Repealing the Blue Laws, Citizens for Economic Reform, 1986.

The Impact of OCS Oil and Gas Activities on Louisiana, Chevron, USA. 1986.

Legislative Fiscal Office: Revenue Estimates and Training Person for the office, 1975 and 1976 and revenue estimates and training Person for the office, 1981-82.

**Exhibit B**
**MATERIALS AND INFORMATION REVIEWED AND CONSIDERED**

- *Deepwater Horizon* Economic and Property Damages Settlement As Amended On May 2, 2012 (Rec. Doc. 6430-1) and Exhibits 4A-E (Rec. Doc. 6430-2)

- Class Counsel's December 16, 2012 Memorandum to the Claims Administrator

- Court's December 21, 2012 Order and Reasons Granting Final Approval (Rec. Doc. 8138)

- BP's January 8, 2013 Response To Class Counsel's December 16, 2012 Memorandum

- BP's January 11, 2013 Further Submission to the Claims Administrator in Response to Class Counsel's December 16, 2012 Memorandum

- The Claims Administrator's January 15, 2013 policy decision concerning the Business Economic Loss Framework

- The Claims Administrator's January 16, 2013 Referral of Issue from Panel (Matching Revenue and Expenses)

- BP's *In Camera* Motion To Reverse And Set Aside The Claims Administrator's January 15, 2013 Policy Decision Concerning The Business Economic Loss Framework dated February 18, 2013 and all of its exhibits and declarations

- Class Counsel's Opposition To BP's Motion For Reconsideration dated February 18, 2013 and all of its exhibits and declarations

- The Court's Review of Issue from Panel (Matching of Revenue and Expenses) dated March 5, 2013 (Rec. Doc. 8812)