Minute Entry
Barbier, J.
March 19, 2013
JS 10:  8 hr. 8 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS (AM)<br>JODI SIMCOX (PM) |

NON-JURY TRIAL
(Day fourteen)

TUESDAY, MARCH 19, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Witness: Steven Newman, sworn and testified.

PSC offers list of exhibits/demonstratives regarding exam of Edward Geoffrey Webster: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Edward Geoffrey Webster: ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exam of Edward Geoffrey Webster: ORDERED admitted. (see attached)

Witness: Timothy Quirk, sworn and testified.

US offers a list of weigh-up sheets and Viking screen shots as to the February and April testing of the Macondo well regarding exam of Timothy Quirk: ORDERED admitted. (US to provide the Court with list identifying same)

Court recesses at 6:03 p.m.

Court will resume on Wednesday, March 20, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Hugh Tanner, Denise Scofield