PSC Exhibits/Demonstratives Used During the
Examination of Geoff Webster 3/14 – 3/18/2013

admitted 3-19-2013 SK

| TREX / Demonstrative # | Pages | Description |
|---|---|---|
| 00075 | 1, 13 | REPORT - SUPPLEMENTAL REPORT OF SURVEY - DEEPWATER HORIZON (PREPARED FOR TRANSOCEAN) |
| 00080 | 1, 15 | REPORT SURVEY - SEMI-SUBMERSIBLE RIG DEEPWATER HORIZON (PREPARED FOR BHP BILLITON AMERICAS); DATES: 3-12 APRIL, 2005 |
| 00081 | 1, 11 | REPORT OF SURVEY BHP SAFETY CRITICAL EQUIPMENT - SEMI-SUB DEEPWATER HORIZON (PREPARED FOR BHP BILLITON HOUSTON, USA) |
| 00664 | | RMS II Morning Report - Rig: Deepwater Horizon |
| 00671 | 1, 2 | Deepwater Horizon Operations Manual Volume 1 of 2 |
| 00929 | | North American Division Summary Report (Project Numnber: ABN09916942/006) (Date: 2010-07-02) |
| 00939 | | ISM/ISPS Modu Handbook |
| 00942 | | Transocean - Career Center-North American Offshore Fleet-Current Job Opening-Master |
| 00953 | | CERTIFICATE - DET NORSKE VERITAS DOCUMENT OF COMPLIANCE |
| 00960 | | Email - From: Gary Butler To: Jerry Canducci - Subject: FW: DWH Station Bill, with attachment |
| 01109 | | Kongsberg Maritime Safety System (ESD and F&G) Overview of KM Safety System. |
| 01192 | 1, 12 | Transocean - Deepwater Horizon Rig Assessment - 17 Oct 2005 to 31 Oct 2005 |
| 01372 | 1, 2 | Subject: Audit Report Documents - DWH Sept 2009 |
| 01452 | 1, 387 | Transocean Field Operations Handbook |
| 01764 | | ISM Code Certification Company Audit Report |

PSC - re Geoff Webster

admitted 3/19/2013 SK

| | | |
|---|---|---|
| 01765 | | Audit Programme |
| 01766 | | Det Norske Veritas - Audit Programmer of Transocean Offshore<br>Deepwater Drilling by David McKay |
| 01768 | | DET NORSKE VERITAS SURVEY REPORT 2009 ANNUAL ISM DOC AUDIT |
| 01777 | | DNV SURVEY REPORT - INTERMEDIATE ISM AUDIT |
| 01778 | | DNV - Survey Report - Renewal ISM Audit and Renewal Scope ISPS Audit - Audit Date(s): 2007-05-15 & 2007-05-16 |
| 03134 | | Det Norske Veritas Deepwater Horizon Design Risk Assessment, Prepared For Transocean SEDCO FOREX, Final Report January 2012, marked as Confidential Treatment Requested by Transocean Holdings LLC |
| 03285 | | Subject: DWH - Rig Condition Assessment Reports 12-April 2010 Assessment - Preliminary Draft |
| 03288 | | WEST Engineering Services; Subject: "DEEPWATER HORIZON (Job No. 001 C); Reference: Subsea Equipment Condition Audit |
| 03403 | 1, 8, 39 | Common Marine Inspection Document |
| 03404 | 1, 4, 5, 19, 20, 23, 31 | Deepwater Horizon Marine Assurance Audit and DP Proving Trials |
| 03405 | | DEEPWATER HORIZON Follow-up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009, 64 pages |
| 04275 | 1, 3, 42, 43, 44, 45, | Risk Assessment of the Deepwater Horizon Blowout Preventer (BOP) Control System Final Report, prepared for Cameron Controls Corp, marked as Confidential Treatment Requested by |
| 04472 | | Transocean Interview Notes of Andrea Fleytas |
| 04644 | 1, 8 | Deepwater Horizon Emergency Response Manual - Volume 1 of 2 |
| 04680 | 1, 4, 20, 23, 36, 46, 47, 58 | Deepwater Horizon Technical Rig Audit January 2008 |
| 05033 | | Email from DWH, DPOperator to DWH, Captain re "DWH PIC Letter" with Letter |
| 05285 | | DP Operations Manual |

PSC re Geoff Webster   admitted 3/19/2013 SK

| | | |
|---|---|---|
| 05295 | | Email - From: James Kent To: DWH, ChiefMate and others - Subject: RE: Fire Dampers |
| 05474 | | Transocean Operations Integrity Case: Section 2 |
| 05483 | 1, 4 | DNV ISM Code Certification Ship Audit Report for DWH (2002) |
| 05618 | | Email - From: Paul Johnson To: DWH, MaintSup - Subject: Re: Rig Down time |
| 05643 | | Transocean Integration Memo |
| 05776 | | Manual: Field Operations Policies and Procedures Manual |
| 06164 | 1, 5 | bop - Deepwater Horizon Integrated Acceptance Audit - Aug-Sep 2001 prepared by Mel O'Brien, Head of Drilling Technical Audit Group - Confidential Treatment Requested |
| 07691 | 1, 5 | Letter attaching report from assessment of the well control equipment on the Deepwater Horizon |
| 22700 | | Webster Expert Report |
| 41008 | | Transoceans Well Control Manual |
| 44015 | | "Letter re Results of BP GoM HSSE Audit of Transocean, June 22, 2005" |
| 44017 | 1, 5 | Deepwater Horizon Technical Rig Audit January 2005 |
| 44032 | 1, 6, 7 | Horizon Audit |
| 44038 | | Transocean HSSE Audit Summary (2) |
| 50361 | | International Safety Management (ISM) Code |
| D-3098 | | Summary: Significant Overdue Maintenance on DWH |

# BP - Exhibits for WEBSTER

BP offers the following documents it used during its examination of Mr. Geoffrey Webster into evidence:

admitted 3-19-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-000686 | 3/30/2010 Email from A. Rodriguez to J. Guide & B. Cocales et al. re Deepwater Horizon's Rig Audit close out report status (attaching BP AUDIT WORKING COPY 3-29.10.xls) |
| TREX-000686.3.2.BP | Callout of TREX-000686 |
| TREX-000938 | International Safety Management Code - 2010 Edition |
| TREX-000938.17.2.BP | Callout of TREX-000938 |
| TREX-000938.19.2.BP | Callout of TREX-000938 |
| TREX-000938.24.BP | Callout of TREX-000938 |
| TREX-000940 | Transocean Advertisement: Make the Right Move |
| TREX-000940.1.4.BP | Callout of TREX-000940 |
| TREX-002188 | 5/10/2010 Email from A. Rose to L. McMahan re FW: (no subject) (attaching Major Accident Hazard Risk Assessment: Deepwater Horizon) |
| TREX-003163 | DNV Guidance for Auditors to the ISM Code: MTPNO342 Maritime Management Systems (2005-10-18) |
| TREX-003163.3.BP | Callout of TREX-003163 |
| TREX-003163.50.1.BP | Callout of TREX-003163 |
| TREX-003285 | 4/21/2010 Email from B. Ambrose to P. Tranter & P. Smith et al. re DWH - Rig Condition Assessment Reports, 12-April-2010 Assessment - PRELIMINARY DRAFT COPIES (attaching DWH Rig Assessment Report_Detailed.doc; DWH Rig Assessment Report_Summary.doc) |
| TREX-005033 | 8/22/2009 Email from DWH, DPOperator to DWH, Captain re DWH PIC Letter (attaching DWH PIC Letter.doc) |
| TREX-005033.2.3.BP | Callout of TREX-005033 |

*BP- re Geoffrey Webster*
*admitted 3-19-2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-044072 | International Maritime Organization, Code for the Construction and Equipment of Mobile Offshore Drilling Units, MODU Code Consolidated Edition (2001) |
| TREX-044072.1.BP | Callout of TREX-044072 |
| TREX-047221 | Deepwater Horizon Follow Up Audit Report Sept. 2009 - Working Copy (Rev Date 11-17-09) |
| TREX-047243 | Deepwater Horizon Follow Up Audit Report Dec. 29, 2009 - Working Copy (Rev Date 1-10-10) |
| D-4328A | BOP Timeline: 21:40-21:42 |
| D-4330A | BOP Timeline: 21:49 |
| D-4401 | DWH Major Accident Hazard Risk Assessment (MAHRA) Reservoir Blowout Hazard |
| D-4401.1 | Page 1 of D-4401 |
| D-4401.2 | Page 2 of D-4401 |
| D-4401.3 | Page 3 of D-4401 |
| D-4401.4 | Page 4 of D-4401 |
| D-4401.5 | Page 5 of D-4401 |

# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF GEOFF WEBSTER (3/14 & 3/18/2013)

Transocean offers the following documents it used during its March 14 and March 18, 2013 cross-examination of Geoff Webster into evidence:

**Trial Exhibits**

Admitted 3-19-2013 SK

- TREX-20044 (Exhibit)
- TREX-20044.1.TO (Page)
- TREX-20044.1.1.TO (Callout)
- TREX-01768.2.1.TO (Callout)
- TREX-00953.1.1.TO (Callout)
- TREX-00953.2.1.TO (Callout)
- TREX-01779.1.1.TO (Callout)
- TREX-01779.2.1.TO (Callout)
- TREX-01776 (Exhibit)
- TREX-01776.1.1.TO) (Callout)
- TREX-01776.1.2.TO (Callout)
- TREX-03163 (Exhibit)
- TREX-03163.1.TO (Page)
- TREX-03163.4.TO (Page)
- TREX-03163.18.1.TO (Callout)
- TREX-44007 (Exhibit)
- TREX-44007.1.1.TO (Callout)
- TREX-01774 (Exhibit)
- TREX-01774.1.1.TO (Callout)
- TREX-05483.1.1.TO (Callout)
- TREX-22700.6.2.TO (Callout)
- TREX-22700.7.2.TO (Callout)
- TREX-20047.40.1 (Callout)
- TREX-00671.47.1.TO and TREX-20047.40.1.TO (Split-screen Callout)
- TREX-01768.3.1.TO (Callout)
- TREX-01768.2.1.TO (Callout)
- TREX-4603.1.2.TO (Callout)
- TREX-20047.35.3.TO (Callout)
- TREX-01768.3.2.TO (Callout)
- TREX-01768.3.3.TO (Callout)
- TREX-01768.3.4.TO (Callout)
- TREX-05483.1.1.TO (Callout)
- TREX-05483.4.1.TO (Callout)
- TREX-51217.2.TO (Page)
- TREX-51217.2.1.TO (Callout)
- TREX-51217.4.TO (Page)

(1)

20308107.1

Transocean re Geoff Webster

- TREX-51217.4.1.TO (Callout)
- TREX-51217.4.2.TO (Callout)
- TREX-51217.4.3.TO (Callout)
- TREX-51217.1.1.TO (Callout)
- TREX-51217.4.4.TO (Callout)
- TREX-05571 (Exhibit)
- TREX-05571.3.1.TO (Callout)
- TREX-05571.1.1.TO (Callout)
- TREX-05571.8.1.TO (Callout)
- TREX-05585.1.1.TO (Callout)
- TREX-05585.2.2.TO (Callout)
- TREX-05586.1.1.TO (Callout)
- TREX-05586.2.1.TO (Callout)
- TREX-05590.1.1.TO (Callout)
- TREX-05590.2.1.TO (Callout)
- TREX-00071.7.1.TO (Callout)
- TREX-00071.8.1.TO (Callout)
- TREX-00071.12.1.TO (Callout)
- TREX-01377.1.1.TO (Callout)
- TREX-01379.1.1.TO (Callout)
- TREX-01837.1.1.TO (Callout)
- TREX-01832.1.1.TO (Callout)
- TREX-50428.14.1.TO (Callout)
- TREX-03074.11.1.TO (Callout)
- TREX-50326.1.1.TO (Callout)
- TREX-50432.25.1.TO (Callout)
- TREX-01119.2.1.TO (Callout)
- TREX-00088.91.1.TO (Callout)
- TREX-00088.93.1.TO (Callout)
- TREX-22700.12.2.TO (Callout)
- TREX-50417.1.1.TO (Callout)
- TREX-50418.1.1.TO (Callout)
- TREX-01168.1.1.TO (Callout)
- TREX-43120.59.1.TO (Callout)
- TREX-07030.4.1.TO (Callout)
- TREX-01118.1.TO (Page)
- TREX-01118.13.1.TO (Callout)
- TREX-01118.1.1.TO (Callout)
- TREX-44049.34 (Page)
- TREX-1777.1.1.TO (Callout)

admitted 3-19-2013 SK

**Demonstratives**

- WOLFE-3 (TREX-050003.22.TO)

20308107.1             (2)

Transocean re Geoff Webster

- MO-13A (Odom Depo. 13:19-15:2)
- AS-417A (Schneider Depo. 417:23-418:5)
- NW-328A (Wong Depo. 328:14-18)
- AROD-181A (Rodriguez Depo. 181:9-18)
- WOLFE-27 (TREX-050381.13.TO)
- WOLFE-4 (TREX-050003.27.TO)
- NC-328A (Cramond Depo. 328:8-24)
- L-44049-1 (TREX-044049.5.TO)
- L-44049-2 (TREX-044049.5.TO)
- L-44049-3 (TREX-044049.5.TO)

admitted 3-19-2013 SK

(3)

20308107.1