UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: | |
| *2:10-CV-08888-CJB-SS* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle

Signed this _____ day of _____, 2013

_____

JUDGE

1

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM |
|---|---|---|
| Advantage Nursing Staffing LLC | 03/18/13 | 124313 |
| Mills, Frank | 03/18/13 | 124315 |
| Flooring By Pedro F. Alonso LLC | 03/18/13 | 124316 |
| Impastato, Gary | 03/18/13 | 124317 |
| Accardo, Joey | 03/18/13 | 124319 |
| Lathrop, Morrison | 03/18/13 | 124320 |
| Taylor Works Maintenance, Inc. | 03/18/13 | 124310 |
| Fleur De Lis Seafood Company | 03/18/13 | 124314 |
| Francis, Cedric | 0318/13 | 124348 |
| De Vileneuve, Jon | 03/18/13 | 124322 |
| Percy, Patrick | 03/18/13 | 124324 |
| Carter, Tommie | 03/18/13 | 124325 |
| Vella Vetro Art Glass, LLC | 03/18/13 | 124328 |
| D& J Automotive Sales, LLC | 03/18/13 | 124331 |
| Richardson, Herman | 03/18/13 | 124335 |
| Geeting, Kenneth | 03/18/13 | 124338 |
| David's Auto, Inc d/b/a Tony's Auto | 03/18/13 | 124344 |
| Mildenberger, Karl | 03/18/13 | 124346 |
| Belsome, Johnny | 03/18/13 | 124347 |
| LaCosta, John | 03/20/13 | 124441 |
| Hassan, Mohammad | 03/20/13 | 124442 |
| Morris, Elizabeth | 03/20/13 | 124450 |
| T-Van Marine, LLC | 03/20/13 | 124455 |
| Theophile, Miriam | 03/20/13 | 124467 |
| Haffner, Richard | 03/20/13 | 124471 |
| Wynn Kapit, D.D.S., Inc. A Professional Corp. | 03/20/13 | 124479 |
| Lasalle, Tyrone | 03/20/13 | 124482 |
| Hyatt, Edwin | 03/20/13 | 124483 |
| Mega International LLC | 03/20/13 | 124490 |
| Steven Callan, Fine Art, LLC | 03/20/13 | 124509 |
| AHNO, LLC d/b/a The Ambassador Hotel | 03/20/13 | 124521 |
| Airport Shuttle, Inc. JT Venture Partnership | 03/20/13 | 124535 |

| | | |
|---|---|---|
| ASI to Airport Joint Venture | 03/20/13 | 124547 |
| Metairie Hotel, LLC | 03/20/13 | 124560 |
| Q&C Holdings LLC d/b/a Queen & Crescent Hotel | 03/20/16 | 124580 |