UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING THE *EX PARTE* MOTION** of Transocean to File Under Seal its unredacted "Reply in Support of the United States' Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege" and related exhibits,

**IT IS HEREBY ORDERED** that the motion be and hereby is Granted. Transocean's redacted Reply in Support of the United States' Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege and attachments shall be filed in record and the parts redacted from Transocean's publicly-filed reply brief and Exhibits 1, 2, and 3 thereto shall be filed under seal.

New Orleans, Louisiana, this 20th day of March, 2013.



United States Magistrate Judge