Minute Entry
Barbier, J.
March 20, 2013
JS 10: 7 hr. 46 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS (AM)<br>JODI SIMCOX (PM) |

NON-JURY TRIAL
(Day fifteen)

WEDNESDAY, MARCH 20, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

BP offers list of exhibits/demonstratives regarding exam of Steven Newman: ORDERED admitted.

Witness: Timothy Quirk, previously sworn and testified.

The Court reserves all parties rights regarding Rule 52(c) Motions, but will proceed with testimony of Calvin Barnhill.

Witness: Calvin Barnhill, previously sworn and testified. (Expert)

Transocean offers list of exhibits/demonstratives regarding exam of Steven Newman: ORDERED admitted.

Plaintiffs rest.

M-I, LLC's Rule 52(c) motion for judgment on partial findings, doc #[8919]: ORDERED granted for reasons orally stated on the record.

Further ORDERED that to the extent there were or are any remaining third-party or cross-claims against M-I LLC; those are dismissed.

Cameron's oral Rule 52(c) motion for judgment on partial findings as to claims for punitive damages against Cameron: ORDERED granted.

Cameron to file motion regarding other remaining claims in the record.

Transocean's oral motion for a directed verdict under 52(c) on factual insufficiency on all claims against Transocean and Transocean's three re-urged motions for partial summary judgment which the Court has under advisement, record docs #[8105], #[8106] & #[8120]: ORDERED denied without prejudice to be re-urged.

Halliburton's oral Rule 52(c) motion for judgment on partial findings regarding the PSC, state's and local government's claims for gross negligence, willful misconduct, and punitive damages: ORDERED denied.

Halliburton to file written Rule 52(c) motion in the record.

Halliburton offers list of exhibits/demonstratives regarding exam of Calvin Barnhill: ORDERED admitted.

BP's oral Rule 52(c) motion: ORDERED denied, to be re-urged.

PSC offers list of exhibits/demonstratives regarding exam of Steven Newman: ORDERED admitted.

Witnesses: Leo Lindner, by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Greg Childs, sworn and testified. (Expert)

Court recesses at 5:40 p.m.

Court will resume on Thursday, March 21, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Phil Wittman, Hugh Tanner, Denise Scofield, John Funderburk