# BP - Exhibits for NEWMAN

**BP offers the following documents it used during its examination of Mr. Steven Newman into evidence:**

Admitted 3/20/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-001356A | Drilling Contract: RBS-8D Semisubmersible Drilling Unit - Vastar Resources, Inc. and R&B Falcon Drilling Co. - Contract No. 980249 - December 9, 1998 |
| TREX-001356A.20.4.BP | Callout of TREX-001356A |
| TREX-001356A.20.5.BP | Callout of TREX-001356A |
| TREX-001356A.22.1.BP | Callout of TREX-001356A |
| TREX-001356A.22.2.BP | Callout of TREX-001356A |
| TREX-001449 | Transocean Health and Safety Policies and Procedures Manual - Decemeber 15, 2009 |
| TREX-001449.5.3.BP | Callout of TREX-001449 |
| TREX-001449.15.1.BP | Callout of TREX-001449 |
| TREX-001449.20.1.BP | Callout of TREX-001449 |
| TREX-001449.123.1.BP | Callout of TREX-001449 |
| TREX-001449.132.1.BP | Callout of TREX-001449 |
| TREX-001472 | 4/21/2010 Email from A. Rose - K. McMahan re Re: DWH Updated Well Status |
| TREX-001472.1.3.BP | Callout of TREX-001472 |
| TREX-002016.71.1.BP | Callout of TREX-002016 |
| TREX-002187 | Major Accident Hazard Risk Assessment - Deepwater Horizon - 29 August 2004 |
| TREX-002187.1.2.BP | Callout of TREX-002187 |
| TREX-002187.2.1.BP | Callout of TREX-002187 |
| TREX-002187.5.BP | Callout of TREX-002187 |
| TREX-002187.178.1.BP | Callout of TREX-002187 |
| TREX-002187.212.1.BP | Callout of TREX-002187 |
| TREX-004255 | 7/12/2010 Email from B. Braniff - B. Ambrose re RE: Riser Unloading Well Control Events (w/ attachments) |
| TREX-004255.3.BP | Callout of TREX-004255 |
| TREX-004255.20.3.BP | Callout of TREX-004255 |
| TREX-004255.21.3.BP | Callout of TREX-004255 |
| TREX-004255.44.3.BP | Callout of TREX-004255 |
| TREX-004255.62.4.BP | Callout of TREX-004255 |
| TREX-005474 | Transocean Operations Integrity Case - Section 2 - Transocean Management System - HSE Management - March 1, 2008 |
| TREX-005474.102.1.BP | Callout of TREX-005474 |
| TREX-005642 | Transocean: Positioned to Lead - Proxy Statement and 2009 Annual Report |

BP re Steven Newman     admitted 3/20/2013
SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-005642.1.BP | Callout of TREX-005642 |
| TREX-005642.2.1.BP | Callout of TREX-005642 |
| TREX-005642.4.4.BP | Callout of TREX-005642 |
| TREX-005642.5.1.BP | Callout of TREX-005642 |
| TREX-005643 | 11/20/2007 Transocean Integration Memo re Day 1 Operational Guidance |
| TREX-005643.1.1.BP | Callout of TREX-005643 |
| TREX-005643.4.1.BP | Callout of TREX-005643 |
| TREX-007651 | 9/30/2004 Email from J. Keeton - Rig_DWH, Oim re FW: Green Team - we're a Drilling Contractor - #3 Supplement A |
| TREX-007651.1.3.BP | Callout of TREX-007651 |
| TREX-007685 | 2/13/2010 Email from DWH, OIM - P. Johnson re FW: Final Signed Macondo Drilling Program (w/ attachments) |
| TREX-007685.1.4.BP | Callout of TREX-007685 |
| TREX-007685.4.1.BP | Callout of TREX-007685 |
| TREX-041215 | 5/18/2010 Testimony of Steve Newman - Committee on Commerce, Science & Transportation - US Senate |
| TREX-041215.1.1.BP | Callout of TREX-041215 |
| TREX-041215.1.2.BP | Callout of TREX-041215 |
| TREX-041215.2.2.BP | Callout of TREX-041215 |
| TREX-041222 | 1/30/2010 Email from DWH, Toolpusher (Deepwater Horizon) - DWH, AsstDriller (Deepwater Horizon) re MACONDO PART 1 (w/ attachments) |
| TREX-041222.31.1.BP | Callout of TREX-041222 |
| TREX-048093 | 3/24/2009 Email from S. Hand - D. Foster & B. Braniff, et al. re RE: Subsea Shut-in Procedure |
| TREX-048093.1.1.BP | Callout of TREX-048093 |
| TREX-063213 | 1/3/2012 US v. TO - Plea Agreement and Factual Basis [Docs. 3, 3-1, 3-2, 3-3, 3-4, 3-5] 2:13-cr-00001-JTM-SS |
| TREX-063213.13.1.BP | Callout of TREX-063213 |
| TREX-063213.13.2.BP | Callout of TREX-063213 |
| TREX-063213.13.3.BP | Callout of TREX-063213 |
| TREX-063213.14.1.BP | Callout of TREX-063213 |
| D-4275 | Persons on Board DWH April 20, 2010 |
| D-4341 | BP & DWH Have Extensive Experience Drilling Deepwater Wells in GoM |
| D-4418 | "Kicks" Are Not Uncommon |
| D-4594 | Transocean Employees as of April 20, 2010 |
| D-4595 | Transocean DWH - Hierarchy of Risk Management Documents |
| D-6730 | Wells Drilled Around the World (2005-2009) |

**TRANSOCEAN'S REVISED LIST OF EXHIBITS FOR THE**
**EXAMINATION OF STEVEN NEWMAN (3/19/2013)**

Transocean offers the following exhibits it used during its March 19, 2013 direct-examination of Steven Newman into evidence:

**Trial Exhibits**

*admitted 3-20-2013*
*SK*

- TREX-00571 (Excerpt 571.13)
- TREX-00571.13.1.TO (Callout)
- TREX-00925 (Excerpt 925.1, -.19)
- TREX-00925.19.1.TO (Callout)
- TREX-00929 (entire exhibit)
- TREX-00929.9.1.TO (Callout)
- TREX-00929.88.1.TO (Callout)
- TREX-00932 (entire exhibit)
- TREX-00932.1.1.TO (Callout)
- TREX-00932.3.1.TO (Callout)
- TREX-00932.4.1.TO (Callout)
- TREX-00932.4.2.TO (Callout)
- TREX-01523 (entire exhibit)
- TREX-01760 (entire exhibit)
- TREX-2195 (entire exhibit)
- TREX-03259 (Excerpt 3259.1)
- TREX-03259.1.1.TO (Callout)
- TREX-04942 (Excerpt 4942.124, -.231)
- TREX-04942.124.1.TO (Callout)
- TREX-04942.231.1.TO (Callout)
- TREX-05649 (entire exhibit)
- TREX-05649.1.1.TO (Callout)
- TREX-05649.5.1.TO (Callout)
- TREX-05649.5.2.TO (Callout)
- TREX-05650 (entire exhibit)
- TREX-05650.19.1.TO (Callout)
- TREX-05653 (entire exhibit)
- TREX-05653.1.1.TO (Callout)
- TREX-07134 (entire exhibit)
- TREX-26009.b (entire exhibit)
- TREX-26009.b.1.1.TO (Callout)
- TREX-26009.b.3.1.TO (Callout)
- TREX-26023 (entire exhibit)
- TREX-26023.2.1.TO (Callout)
- TREX-26025.a (entire exhibit)
- TREX-26025.a.8.1.TO (Callout)

Transocean re Steven Newman
admitted 3/20/2013
SK

- TREX-48144.1.1.TO (Callout)
- TREX-52545 (entire exhibit)
- TREX-52546 (entire exhibit)
- TREX-52646 (entire exhibit)
- TREX-52646.1.1.TO (Callout)
- TREX-52651 (entire exhibit)
- TREX-52651.1.1.TO (Callout)
- TREX-52651.10.1.TO (Callout)
- TREX-52651.15.1.TO (Callout)
- TREX-52658 (entire exhibit)
- TREX-52676.12.1.TO (Callout)
- TREX-52686 (entire exhibit)
- TREX-52686.1.1.TO (Callout)
- TREX-52687 (entire exhibit)
- TREX-52688 (entire exhibit)
- TREX-52688.2.1.TO (Callout)
- TREX-52688.3.1.TO (Callout)

**Demonstratives**

- D6726
- D6727
- D6728
- D6729
- D6730
- D6731
- D6732
- D6733
- D6734

(2)

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO CALVIN BARNHILL ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 18, 2013 cross-examination of Calvin Barnhill into evidence:

*admitted 3-20-2013 SK*

D-8179
D-8180
TREX-5125 (cured)
TREX-1453
D-8167
D-8007
TREX-4248
TREX-7114

TREX 5125.1.1.HESI
TREX 1453.73.2.HESI
TREX 1453.79.2.HESI
TREX 4248.180.HESI
TREX 7114.3.1.HESI
TREX 7114.3.2.HESI

**EXHIBITS/DEMONSTRATIVES**

**OFFERED BY PSC IN CONNECTION WITH THE 3/19/2013 TESTIMONY OF STEVE NEWMAN**

admitted 3-20-2013 SK

| NUMBER | DESCRIPTION | PORTION OF DOCUMENT OFFERED BY PSC |
|---|---|---|
| TREX-00929 | Lloyd's Register Report | - Cover  (#00090493)<br>- PDF Pg 12   (#00090504) |
| TREX-02188 | Email w/attached MAHRA (Major Accident Hazard Risk Assessment – DWH) – August 2004 | - Cover<br>- PDF Pg 3 (#01184581)(MAHRA Cover)<br>- PDF Pg 199 (#01184777) |
| TREX-05482 | Lloyd's Register Presentation | - PDF Pg 1 (#02834327)<br>- PDF Pg 6 (#02834332)<br>- PDF Pg 7 (#02834333)<br>- PDF Pg 10 (#02834336)<br>- PDF Pg 11 (#02834337) |
| TREX-05650 | EAU Incident Investigation Report | - Cover  (#01143039)<br>- PDF Pg 8 (#01143046)<br>- PDF Pg 10  (#01143048)<br>- PDF Pg 14  (#01143052)<br>- PDF Pg 19  (#01143057) |
| TREX-26032 | Emails – Newman & TO Leadership | - PDF Pg 1 (#03999531)<br>- PDF Pg 2  (#03999532) |
| TREX-26035.b | Email Strings/Announcement – Lloyd's Register | **Entire Document Offered w/ following specific pages called-out:**<br>- PDF Pages: 1, 3, 4 & 5 |
| TREX-26035.c | Email Strings/Announcement – Lloyd's Register | **Entire Document Offered w/ following specific pages called-out:**<br>- PDF Pages: 1 & 4 |
| TREX-26035.e | Email Strings/Announcement – Lloyd's Register | **Entire Document Offered w/ following specific pages called-out:**<br>- PDF Pg 1 (#04335704)<br>- PDF Pg 2 (#04335705) |
| TREX-36070 | 2009 Annual Rpt, Well Control Events & Statistics (2005-2009) | - Cover  (#01143142)<br>- PDF Pg 7    (#01143148)<br>- PDF Pg 13  (#01143154) |
| D-3269.1 | Handwritten Organizational Chart (drawn on flip pad during the end of PSC's cross of Mr. Newman) | **Entire Document Offered** |
| D-3269.2 | Handwritten Organizational Chart (drawn on flip pad during the end of PSC's cross of Mr. Newman) | **Entire Document Offered** |
| TREX-00925 | Document: Transocean - COMPANY MANAGEMENT SYSTEM | - Cover page<br>- PDF Page 19 |
| TREX-04942 | Health and Safety Policies and Procedures Manual | - Cover Page<br>- PDF Pg 124<br>- PDF Pg 231 |
| TREX-02189 | E-mails re: Subject: FW: Loss of Control Events | **Entire Document Offered** |
| TREX-02195 | E-mails re: Drillers Training Pack | PDF Pages 1 & 2 Only |
| TREX-48144 | Email from P. Smith to B. Long and A. Bobillier re Rebuilding Safety Culture at Transocean | **Entire Document Offered** |
| TREX-03259 | Transocean Recommended Practices Subsea - Family 400 Subsea Maintenance Philosophy | **Entire Document Offered** |