UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORREY BARLOW | CASE NO:  2:12-cv-02248 |
| | c/w 10-md-2179 |
| VERSUS | JUDGE CARL J. BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP, PLC, BP AMERICA PRODUCTION COMPANY, GLOBAL FABRICATIONS, LLC, LAWSON ENVIRONMENTAL SERVICE, LLC, ODYSSEA MARINE, INC., *IN PERSONAM*, AND M/V ODYSSEA ATLAS, AND THEIR ENGINES, TACKLE, APPAREL, ETC., *IN REM* | MAGISTRATE SALLY SHUSHAN |

## CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes defendant, Global Fabrications, L.L.C., and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, provides its Corporate Disclosure Statement noting the following:

There is no parent corporation of Global Fabrications, L.L.C., and no publicly held corporation owns (10%) or more of stock in Global Fabrications, L.L.C.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT, L.L.C.**

/s/ Robert S. Reich
**ROBERT S. REICH, T.A.  (#11163)**
**FRANCIS A. JUROVICH, III (#31212)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:     (504) 830-3999
Facsimile:      (504) 830-3950

Email:     rreich@rapllclaw.com
           fjurovich@rapllclaw.com
**Attorneys for Global Fabrications, L.L.C.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 21st day of March, 2013.

/s/ Robert S. Reich
**ROBERT S. REICH**