10md2179 J(1)

*excerpt of testimony (video clip) of Leo Lindner in lieu of live testimony played in open court 3-20-2013 SK*

### Lindner, Leo T. (Vol. 01) - 04/20/2010

UNITED STATES DISTRICT COURT ...



U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA  FILED  MAR 2 0 2013  LORETTA G. WHYTE CLERK

**LINDNER MULTI   (37 SEGMENTS RUNNING 00:18:53.240)**

**1.  PAGE 5:19 TO 6:06   (RUNNING 00:00:39.770)**

```
          19          Would you do us the favor of sharing your
          20   full name and your address for the record?
          21      A.   It is Leo Thomas Lindner, III.  I live at
          22   ███████████████████████████████████████████████
          23      Q.   By whom are you currently employed?
          24      A.   I am employed by M-I.  I'm also teaching
          25   adjunct classes at Nicholls State University.
00006:01      Q.   Okay.  For how long have you been
      02   employed by M-I?
      03      A.   A little more than ten years.
      04      Q.   All right.  What is your current position
      05   with M-I?
      06      A.   I am a Senior Drilling Fluid Specialist.
```

**3.  PAGE 17:06 TO 17:14   (RUNNING 00:00:38.056)**

```
          06      Q.   All right.  How many -- give it to me in
          07   terms of how many times did you work aboard the
          08   HORIZON?
          09      A.   Somewhere in 2003 -- I think in March
          10   2003 -- I was on the HORIZON as a Compliance
          11   Specialist.  I worked for roughly a year, and
          12   then I -- I went into mud, I started doing mud.
          13   And I went back to the HORIZON after Katrina,
          14   November 2005, and was on her until 2010.
```

**4.  PAGE 48:23 TO 49:16   (RUNNING 00:00:58.733)**

```
          23      Q.   All right.  First of all, what is
          24   FORM-A-SQUEEZE?
          25      A.   FORM-A-SQUEEZE is a -- is a material that
00049:01   will -- you mix with water, barite.  It is meant
      02   to lay against a pore surface, and when pressure
      03   is put on the back side of that, it dewaters, the
      04   water goes into the surface, and the material
      05   forms like a cake --
      06      Q.   M-h'm.
      07      A.   -- a small wall.  And it's supposed to
      08   plug off that wall --
      09      Q.   Okay.
      10      A.   -- by that -- that pore surface.
      11      Q.   All right.  What is FORM-A-SET?
      12      A.   FORM-A-SET is a polymer.  It's mixed with
      13   polymer.  And when you're ready to pump it, you
      14   add a -- a crosslinker, let it mix.  You got to
      15   pump it quickly.  It sets up like a -- a -- a
      16   polymer, like it comes in a blubber.
```

**5.  PAGE 318:21 TO 319:04   (RUNNING 00:00:17.892)**

```
          21      Q.   You indicated on a couple of occasions
          22   that you had a conversation with Brian Morel
          23   concerning the potential to use the LCM materials
          24   as a spacer?
```

```
       25         A.   (Nodding.)
00319:01         Q.   And that -- I don't remember the phrase
     02  you used, he was -- he was in favor of it; is
     03  that fair?
     04         A.   That is fair.
```

### 6. PAGE 117:17 TO 118:01   (RUNNING 00:00:26.777)

```
     17              Now, in fact, it was BP that didn't want
     18  to have to dispose of the FORM-A-SET AK/
     19  FORM-A-SQUEEZE; isn't that true?
     20         A.   Yes, that's true.
     21         Q.   All right.  And -- and -- and -- and how
     22  did you know -- how did you learn that fact?
     23         A.   I -- actually, another conversation with
     24  Morel, and he was quite adamant in using the two
     25  pills if -- if -- if the Environmental people
00118:01  didn't object.
```

### 7. PAGE 319:17 TO 320:03   (RUNNING 00:00:21.829)

```
     17         Q.   Okay.  Did Mr. Morel raise any questions,
     18  did he ask you any questions about how this would
     19  work, or what your view was on it?
     20         A.   H'm.  I don't think he asked me if it was
     21  going to be a problem.
     22         Q.   Okay.  Did he, himself, express any
     23  concerns about the use of this LCM material as a
     24  spacer?
     25         A.   No.
00320:01         Q.   Did he ask you if it had ever been done
     02  before?
     03         A.   No.
```

### 8. PAGE 320:12 TO 320:19   (RUNNING 00:00:17.924)

```
     12         Q.   Okay.  Did you have any conversations
     13  with Mr. Vidrine about the use of the LCM
     14  spacer -- I'm sorry, the use of the LCM material
     15  as a spacer?
     16         A.   Yes.
     17         Q.   And -- and how many conversations do you
     18  recall?
     19         A.   Maybe two.  Something like that.
```

### 9. PAGE 324:16 TO 324:23   (RUNNING 00:00:14.503)

```
     16         Q.   You said you had two conversations with
     17  Mr. Vidrine.
     18         A.   M-h'm.
     19         Q.   What was the second one?
     20         A.   To tell him that Brian Morel was really
     21  interested in using the -- the two, and that BP
     22  Environmental was -- was actually looking into
     23  it, also.
```

### 11. PAGE 78:25 TO 79:03   (RUNNING 00:00:16.565)

```
       25         Q.   All right.  Now, again, did you receive
00079:01  permission from BP to use these materials as a
     02  spacer?
     03         A.   Yes.
```

**12. PAGE 82:04 TO 82:08  (RUNNING 00:00:08.997)**

```
04      Q.  Well, but you would agree with me that it
05  is absolutely necessary for BP to approve --
06      A.  Absolutely.
07      Q.  -- this process.  There's no issue there?
08      A.  Right.  Right.
```

**13. PAGE 501:21 TO 502:08  (RUNNING 00:00:41.444)**

```
          21      Q.  (By Ms. Schell) All right.  If we can
          22  then flip to Tab 11, which has been previously
          23  marked as Exhibit 1040.  If we looked -- if we
          24  look at the E-mail at the top of the page, it's
          25  from you, Leo Lindner, to Doyle Maxie, Saturday,
00502:01  April 17, 2010.  "Doyle, Talked to Brian Morel
          02  about the issue, and he is for using it as a
          03  spacer.  Regards, Leo."
          04      A.  (Nodding.)
          05      Q.  Is the -- what was he in favor of using
          06  as a spacer?
          07      A.  The "it" he was referring to were the two
          08  LCM pills.
```

**14. PAGE 502:23 TO 503:02  (RUNNING 00:00:10.921)**

```
          23      Q.  So you understood that at least Brian
          24  Morel, on behalf of BP, was approving the idea of
          25  using LCM as a spacer during the displacement; is
00503:01  that correct?
          02      A.  Yes, that's correct.
```

**15. PAGE 395:08 TO 395:18  (RUNNING 00:00:12.731)**

```
08      Q.  Okay.  And had you ever used FORM-A-SET
09  AK as a spacer before?
10      A.  No.
11      Q.  Had you ever used FORM-A-SQUEEZE as a
12  spacer before?
13      A.  No.
14      Q.  Had you ever used the two of them in
15  combination as a spacer before?
16      A.  As a spacer?
17      Q.  Yes.
18      A.  No.
```

**16. PAGE 396:20 TO 396:24  (RUNNING 00:00:08.423)**

```
20      Q.  (By Mr. Hartley) Okay.  Had you read in
21  any White Papers, Engineering Bulletins, or
22  anything, about these LCM pills being potentially
23  used as a spacer?
24      A.  No.
```

**17. PAGE 396:16 TO 396:19  (RUNNING 00:00:06.976)**

```
16      Q.  So -- so there wasn't any prior testing
17  that you're aware of?
18              MR. TANNER:  Objection, form.
19      A.  Not that I was aware of.
```

**18. PAGE 438:23 TO 438:25   (RUNNING 00:00:06.168)**

```
23      Q.  Did -- did they ask about whether these
24   materials were suitable, whether they interacted?
25      A.  I don't recall them asking.
```

**19. PAGE 522:21 TO 523:02   (RUNNING 00:00:23.150)**

```
         21      Q.  (By Ms. Schell) Okay.  And did anyone ask
         22   you to do a settling test?  And by "anyone," I
         23   mean, did anyone with BP ask you to do a settling
         24   test, comparing the LCM material at 16 pounds per
         25   gallon, with seawater?
00523:01              MR. HAYCRAFT:  Objection, form.
         02      A.  No one asked me to do a settling test.
```

**19A. PAGE 428:11 TO 428:17   (RUNNING 00:00:)**

```
11      Q.  Okay.  Between April 6th, when you first
12   had your conversation with Mister --
13   Mr. Sepulvado, and the 20th, when you ran the LCM
14   pills as a spacer, had you talked to anybody
15   about the possibility of FORM-A-SQUEEZE plugging
16   and dewatering?
17      A.  Not that I recall.
```

**21. PAGE 333:02 TO 333:13   (RUNNING 00:00:26.720)**

```
02      Q.  (By Mr. Doyen) And in your instructions
03   here, your -- your procedures here in 2807, you
04   have not put anything advising the crew that it's
05   important to make certain that we don't -- that
06   we avoid trapping the LCM materials being used as
07   spacer --
08      A.  M-h'm.
09      Q.  -- in the pits, pumps, lines, and hole,
10   correct?
11      A.  Correct.
12      Q.  There is no such warning, correct?
13      A.  Correct.
```

**22. PAGE 160:06 TO 160:18   (RUNNING 00:00:37.518)**

```
06      Q.  (By Mr. Bruno) All right.  So that on the
07   day of the Displacement/Negative Pressure Test,
08   you had a conversation with Kaluza about why it
09   was that we were using water, as opposed to using
10   base oil in the kill line, right?
11              MR. TANNER:  Objection, form.
12      A.  Yes.
13      Q.  (By Mr. Bruno) All right.  And can you
14   just give me a sense of how that subject came up?
15      A.  Well, I had to find out where we were
16   going to displace, and what method he wanted to
17   use, and I -- I may have approached him, and he
18   wanted to know how the rig had been doing it.
```

**23. PAGE 119:11 TO 120:04   (RUNNING 00:00:52.423)**

```
11      Q.  Let's -- let's -- let's take it broad so
12   we can bring it in tight.  Okay?
```

```
       13        A.   Okay.  After the morning meeting on the
       14   20th, Bob Kaluza and I talked.  All right?
       15        Q.   Okay.
       16        A.   And Murry Sepulvado had used a particular
       17   method of spotting the spacer above the BOP;
       18   displacing choke, kill, and boost with seawater;
       19   closing the annular; and then BP and Transocean
       20   would conduct -- conduct the negative test.
       21        Q.   Right.
       22        A.   An actual seawater gradient as opposed to
       23   trying to pump base oil down the kill line to
       24   give an equivalent seawater gradient.
       25             Do you understand?
00120:01        Q.   (Nodding.)
       02        A.   And Kaluza wanted to know how we got in
       03   that position, what -- what way did we get that
       04   spacer above the BOP.
```

### 24. PAGE 167:18 TO 168:24   (RUNNING 00:01:21.741)

```
       18        Q.   (By Mr. Bruno) Okay.  All right.  In any
       19   case -- I think to kind of go through what we
       20   said before the break -- Morel comes to you first
       21   and asks the question.  He says, "We're not going
       22   to use the -- the base oil"?
       23        A.   No, no.  I had a conversation with Kaluza
       24   first.
       25        Q.   I'm sorry.  I apologize.
00168:01        A.   Later that morning --
       02        Q.   All right.  It's Kaluza first.
       03        A.   -- Morel either called my office or he
       04   paged me, and I went down to the client office
       05   and -- and talked to him.
       06        Q.   All right.  Well, now, did Morel explain
       07   why he needed to go through the same subject that
       08   you just had gone through with Kaluza?
       09        A.   If -- if my recollection is collect --
       10   correct, I think Kaluza gave me a brief
       11   explanation, and that's what I took away from it.
       12   I don't think that that was mentioned in my
       13   conversation with Morel, that I remember.
       14        Q.   All right.  So what was the -- what was
       15   the subject of the conversation with Morel?
       16        A.   He -- really, he wanted to know, "Okay.
       17   What do you do to get in position for the rig to
       18   conduct a negative test?"
       19             And I explained to him, displace, choke,
       20   kill, and boost; pump the spacer above the upper
       21   annular, close it; and then they would conduct
       22   their --
       23        Q.   All right --
       24        A.   -- negative test.
```

### 25. PAGE 126:17 TO 127:05   (RUNNING 00:00:28.976)

```
       17        Q.   (By Mr. Bruno) Right.  Okay.  So, again,
       18   Kaluza tells you, "I want you to write for me the
       19   procedure" --
       20        A.   Yeah.
       21        Q.   -- correct?
       22        A.   (Nodding.)
       23        Q.   You write the procedure, and you write
       24   the procedure the only way that you know the
```

```
           25  procedure had been done, correct?
00127:01        A.   Correct.
      02        Q.   Which is the way that you had been taught
      03  by Murry Sepulvado; isn't that right?
      04             MR. TANNER:  Objection, form.
      05        A.   Yes.
```

### 26. PAGE 127:18 TO 127:23   (RUNNING 00:00:14.528)

```
      18        Q.   You wrote it the way you wrote it,
      19  because Kaluza says, "Write it the way you
      20  understand it."  You understood it based upon
      21  your experience having watched it, having
      22  witnessed it --
      23        A.   Yes.
```

### 27. PAGE 243:14 TO 243:25   (RUNNING 00:00:46.401)

```
      14        Q.   Let's start there.  Did you cre -- yeah.
      15  Did you create other versions for Macondo prior
      16  to April 20th?
      17        A.   If -- there's -- I think Doyle Maxie
      18  wanted me to just type up a quick one, and I
      19  E-mailed it to him, but at that point, I didn't
      20  know where we were going to displace, and I
      21  didn't know how the -- the negative tests would
      22  be conducted.  So I -- there is that one.  But
      23  then the next day, or maybe a couple of days
      24  afterwards, I had to create the one that was
      25  actually going to be used.
```

### 28. PAGE 245:18 TO 245:25   (RUNNING 00:00:19.418)

```
      18        Q.   Okay.  And at -- at this point, when
      19  you -- when you typed this one up, you weren't --
      20  were you aware that they were going to do a
      21  negative test in -- in the middle of the
      22  displacement?
      23        A.   I didn't know how BP would want to do
      24  this negative test, so I didn't -- I didn't deal
      25  with it.
```

### 32. PAGE 358:16 TO 358:20   (RUNNING 00:00:20.160)

```
      16        Q.   Did you, when you went to bed, trust the
      17  rig crew to deal with whatever situation came up
      18  as it completed the displacement process?
      19        A.   I had complete trust in the A crew and
      20  in -- and in BP.
```

### 33. PAGE 299:09 TO 300:05   (RUNNING 00:00:52.356)

```
      09        Q.   Was it your understanding, on April 20th,
      10  that the BP Company Man had approved procedures
      11  pursuant to which you would be displacing the
      12  well and pumping synthetic mud to the BANKSTON at
      13  the same time?
      14        A.   Yes.  If I -- if I did not -- I couldn't
      15  have done it without BP's approval.
      16        Q.   Okay.  And did you, in fact, write it
      17  down here in Step 1 of the displacement expressly
      18  as part of the plan for the displacement that
      19  day?
```

```
           20      A.   Yes.
           21      Q.   And did you give this to Mr. Kaluza?
           22      A.   Yes.
           23      Q.   And did you go over with it in the
           24 pre-job planning session with Mr. Kaluza being
           25 present?
00300:01           A.   Yes.
      02           Q.   And did Mr. Kaluza at any time say, "No,
      03 don't do that, don't be doing any pumping to the
      04 BANKSTON at the same time we're displacing"?
      05           A.   No, he did not.
```

### 34.  PAGE 30:18 TO 31:01   (RUNNING 00:00:22.164)

```
           18      Q.   All right.
           19      A.   We had a certain volume of mud on -- in
           20 the active pits, and in the reserve pits.  In
           21 order to displace, we had to get rid of that mud
           22 that was on the surface, onto the boat.  So Roy
           23 Kemp, the derrick man for Transocean, I asked him
           24 to pump mud to the boat to accommodate this --
           25 the -- the amount of -- the volume we were going
00031:01 to get back when we displaced.
```

### 35.  PAGE 33:19 TO 33:23   (RUNNING 00:00:13.335)

```
           19      Q.   Well, you basically told someone at
           20 Transocean, you wanted to empty the reserve pit
           21 and the active pits, correct?
           22      A.   Well, no, I had to -- I had to make sure
           23 that BP was okay with that first.
```

### 36.  PAGE 585:12 TO 586:07   (RUNNING 00:01:06.369)

```
           12      Q.   -- on April the 20th.  If I've got the --
           13 tell me about the timeline of -- of when you --
           14 when you told Roy Kemp to stop pumping mud from
           15 the DEEPWATER HORIZON to the DAMON BANKSTON.
           16 About what time was that?
           17      A.   I can't recall if it were -- if it was
           18 after spotting the pill -- I mean, spot --
           19 spotting the spacer, or it was after the first
           20 negative test right now.  So I can't -- can't --
           21 it's probably a difference of probably like an
           22 hour or so.
           23      Q.   Okay.  Why don't you give the
           24 plus/minuses on the time frame that that stopping
           25 pumping direction would have come.
00586:01           A.   Probably between 3:00 and 5:00.
      02 Somewhere in -- no, no, not 3:00 and 5:00.  The
      03 3:00 we did the pre-tour.  Like 4:00 or 5:00,
      04 somewhere in there.
      05           Q.   Let's just for round number purposes,
      06 plus or minus, talk about 5:00 o'clock?
      07           A.   Okay.
```

### 37.  PAGE 31:15 TO 31:20   (RUNNING 00:00:15.200)

```
           15      Q.   So we have reserve pits, as well, right?
           16      A.   M-h'm.
           17      Q.   Okay.
           18      A.   He had to get rid of that volume so that,
           19 when the rig displaced, that volume could fill up
           20 both the -- all -- all the pits on the surface.
```