# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                                   CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010                          MDL 2179

Member Case: Bricor, LLC v. BP Exploration                SECTION "J" (2)
                     and Production, Inc.; 12-2857

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

(GEORGE P. HAND, III)                    (SHANNON HOLTZMAN)
Bricor. LCC                                                              BP

3/21/13
DATE              PLAINTIFF(S)                          DEFENDANT(S)

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a

United States Magistrate Judge of this court for all further proceedings and the entry of

judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the

parties.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed
hereon represent the consent of all
parties to the suit.