UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 13-492<br><br>(Also relates to: No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO INTERVENE
### (UNOPPOSED)

**NOW INTO COURT,** through appointed Class Counsel, comes the certified Economic & Property Damages Settlement Class,[1] and respectfully moves to intervene in the above-captioned action, pursuant to Federal Rule of Civil Procedure 24(a)(2), for the reasons that follow:

I.

The Economic & Property Damage Settlement Class has an interest in the property and associated transactions made the subject of *BP v. Settlement Program,* No. 13-492.

II.

Indeed, the Class is a "required party" to this suit under Federal Rule of Civil Procedure 19, and should be joined, if feasible.[2]

---

[1] The Economic & Property Damages Settlement Class is identified and defined in the Economic and Property Damages Settlement Agreement, which is the subject of the instant action, and in this Court's December 21, 2012 Order and Judgment [Doc 8139] certifying the Economic Class under Federal Rule of Civil Procedure 23(b)(3) and granting final approval to the Settlement Agreement under Federal Rule of Civil Procedure 23(e).

[2] Indeed, the more appropriate place for BP to have sought the relief made the subject of its Complaint is the *Bon Secour* action, No. 12-970, to which the Economic Class is already a party, represented by Class Counsel.

1

III.

Class Counsel have conferred with Counsel for the Parties. The BP Plaintiffs have consented to the instant Motion to Intervene. The Settlement Program Defendants take no position on the Motion to Intervene and will leave it to the Court's discretion.

IV.

A proposed Answer by proposed Defendant-in-Intervention is submitted herewith.

**WHEREFORE** Movants respectfully pray for an Order permitting the Economic & Property Damages Settlement Class to Intervene in the above-captioned matter and to file the Answer of Defendant-in-Intervention into the record.

This 21st day of March, 2013.

Respectfully submitted,

| | |
|---|---|
|    /s/   Stephen J. Herman |    /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

**CERTIFICATE OF SERVICE**

We Hereby Certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of March , 2013.

s/ James Parkerson Roy and Stephen J. Herman