UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | (Judge Barbier) |
| This Document Relates To: | * | |
| 11-826 | * | MAGISTRATE (1) |
| | * | (Mag. Judge Shushan) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon Motion of Seacor Marine, L.L.C.:

IT IS HEREBY ORDERED that Patrick E. O'Keefe (Bar Roll No. 10186) and Joseph P.

Tynan (Bar Roll No. 12973) are hereby added as counsel of record for Seacor Marine, L.L.C. in civil

action number 11-826.

NEW ORLEANS, LOUISIANA, this 21st day of March, 2013.

_____

HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE