UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**********************************************************************

## BP'S MOTION FOR SANCTIONS RESULTING FROM HALLIBURTON'S DESTRUCTION AND SPOLIATION OF EVIDENCE

BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully move this Court, pursuant to Federal Rule of Civil Procedure 37 and this Court's inherent authority, for sanctions resulting from Halliburton Energy Services, Inc.'s destruction and spoliation of evidence. As confirmed by Halliburton's own employees and documents, Halliburton has destroyed and spoliated critical evidence concerning the role of the Halliburton cement slurry design in the events of April 20, 2010. Halliburton's conduct has undermined the integrity of these proceedings and severely prejudiced BP and the other parties. This prejudice to BP and other parties has been reaffirmed and magnified by events during the trial, including Halliburton's recent disclosure that it has just "discovered" a cement sample taken off the *Deepwater Horizon* rig from the same batch used in the Macondo cement job.

WHEREFORE, for the foregoing reasons and those set forth in the accompanying Memorandum in Support of Motion for Sanctions Resulting from Halliburton's Destruction and Spoliation of Evidence, BP respectfully requests that the Court enter an order: (1) finding that Halliburton's final cement design was unstable and caused hydrocarbons to enter the wellbore, (2) finding that the "off the side" tests conducted by Rickey Morgan and Tim Quirk in April/May

2010 establish that the cement used on the Macondo well on April 20, 2010 was not stable, and (3) allowing opinion testimony by deposition designations of Greg Garrison and Craig Gardner regarding their post-incident testing.

Dated:  March 21, 2013                                    Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Hariklia Karis, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of March, 2013.



/s/ Don K. Haycraft