# EXHIBIT 1

# Non-Rig Samples Are Not Representative of Rig Cement Testing



**Greg Garrison**
OTC; Performed Cement Testing for JIT



**Ronald Crook**
BP Cement Expert



**Craig Gardner**
Chevron; Performed Cement Testing for National Commission



**Glen Benge**
U.S. Dept. of Justice Cement Expert



**Daryl Kellingray**
BP Cementing Sector Specialist / SETA

**HALLIBURTON**

Source: See pages 2-6.

D-8008.1