# EXHIBIT 2

**From:** Martinez, Jenny [mailto:Jenny.Martinez@GodwinLewis.com]
**Sent:** Wednesday, March 13, 2013 10:53 PM
**To:** 'Sally Shushan'; Ben_Allums@laed.uscourts.gov; 'Horizon Defense Liaison Counsel (Liaison2179@liskow.com)'; 'James Roy'; 'Steve Herman (SHERMAN@hhklawfirm.com)'; *Mike.Underhill@usdoj.gov; 'luther.strange@ago.state.al.us'; *CMaze@ago.state.al.us; 'Trey Phillips'
**Cc:** Godwin, Donald; Bowman Jr., Bruce
**Subject:** Kodiak Well Cement

Sent of Behalf of Donald E. Godwin:

Your Honor:

HESI would like to bring a recent development to the Court's immediate attention. During its cross-examination of Tim Probert on March 11, 2013, the PSC referenced TREX 48002 and TREX 3110. TREX 48002, which is entitled "Materials currently in lab for BP, Transocean Horizon Rig," lists certain cement materials associated with the Kodiak well and the Macondo well being held in HESI's lab. TREX 3110 is a similar document entitled "Materials currently Locked in Cabinet for BP, Transocean Horizon Rig," however, that document identifies only materials associated with the Macondo well (not the Kodiak well). Neither document is dated, and both are attached hereto for your reference.

After the PSC questioned Mr. Probert about TREX 48002 and TREX 3110, counsel for HESI, who was unaware that any materials associated with the Kodiak well were in HESI's possession, consulted with HESI's lab personnel and discovered that the materials associated with the Kodiak well that are referenced in TREX 48002 are still being held at HESI's lab. The lab was immediately instructed to photograph the materials and to continue to hold them. HESI is currently investigating whether the materials are in fact associated with the Kodiak well, and if so, whether such materials are responsive to any previously issued subpoenas. We have been informed that <u>no</u> post incident testing utilized <u>any</u> materials identified in TREX 48002. Counsel for HESI has informed the United States of the foregoing, and will continue to cooperate with the United States regarding any previously issued subpoenas.

Respectfully,

Donald E. Godwin

Jenny Martinez, Shareholder
In Dallas Office
Jenny.Martinez@GodwinLewis.com

**GODWIN LEWIS PC**

**Direct:** 214.939.4620
**Fax:** 214.527.3119

www.GodwinLewis.com
**Toll Free:** 800-662-8393

| **Dallas** | **Houston** | **Plano -** **By Appointment Only** |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |
| Dallas, Texas 75270 | Houston, Texas 77010 | Plano, Texas 75024 |
| 214.939.4400 | 713.595.8300 | 214.939.4500 |

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message.  Messages sent to and from us may be monitored.



## Materials currently in lab for BP, Transocean Horizon Rig

**Information below is from sample containers

Location: M.C. 252, OCSG 32306 Well #1 - Macondo
Material: Field (Fresh) Water
Barcode Sample Date: April 5th, 2010
Lab Sample ID # 67315
Container Type: 5 gallon Bucket
Quantity: Approximately 4 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL + .20% SA-541 + 20% SSA-1 + 15% SSA-2
Note: Sample came from Tank #8
Barcode Sample Date: April 5th, 2010
Lab Sample ID# 67314
Container Type: 5-gallon Bucket
Quantity: Approximately 1.5 gallons

Location: M.C. 252 OSCG 32306 Well #1 – Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: February 22nd, 2010
Lab Sample ID # 63813
Container Type: 5-gallon Bucket
Quantity: Approximately 5 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Synthetic Base Mud (14.4 ppg)
Barcode Sample Date: April 5th, 2010
Sample ID # 67313
Container Type: 1-gallon Bucket
Quantity: Approximately ½ gallon

Location: M.C. 252 Well #1
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: March 23rd, 2010
Sample ID # 66189
Container Type: Plastic Bag
Quantity: Approximately 1 gallon

CONFIDENTIAL

Location: M.C. 252  OSCG 32306 Well #1
Material: Cement Blend (from Bulkplant)
Ingredients: Lafarge Class H + .07% EZ-FLO
Barcode Sample Date: March 4th, 2010
Sample ID # 64660
Container Type: 5-gallon Bucket
Quantity: Approximately 3/4 gallon

Location: M.C. 727 OCSG 24102 Well #2 - Kodiak
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-air-3000 + .07% EZ-Flo + 1.88 lbs/sk KCL + 0.2% SA-541 + 20% SSA-1 + 15% SSA-2
Barcode Sample Date: February 23rd, 2010
Lab Sample ID # 63981
Container Type: 5-gallon bucket
Quantity: Approximately ½ remaining

Location: M.C. 252 OSCG 32306 Well #1
Material: GASSTOP EXP
Barcode Sample Date: March 9th, 2010
Lab Sample ID# 65007
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: M.C. 252 OCSG 32306 Well #1 – Macondo
Material: Job Mix Water for 16' squeeze
Ingredients: Field Fresh Water + .08 gals/sk Halad-344EXP + .06 gals/sk HR-6L
Barcode Sample Date: March 5th, 2010
Lab Sample ID # 66191
Container Type: 1 gallon bucket
Quantity:  Approximately ¾ gallon

Location:  M.C. 727  OCSG 24102  Well #2 – Kodiak - Plugs
Material: SCR-100L  -  Lot # H8436264
Barcode Sample Date: January 21st, 2010
Lab Sample ID # 61160
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: M.C. 727 OSCG 24102  Well #2  - Plugs
Material:  SCR-100L – Lot # H8432117
Barcode Sample Date: January 21st, 2010
Lab Sample ID # 61161
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

CONFIDENTIAL

HAL_1050953

Location: M.C. 727 OSCG 24102 Well #2 – Plugs
Material: SCR-100L – Lot # H8434781
Barcode Sample Date: January 21st, 2010
Lab Sample ID # 61162
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: Kaskida Project
Material: Synthetic Base Mud (Rheliant) 15.5 ppg
Barcode Sample Date: March 12th, 2010
Lab Sample ID # 65501 - (Sample 1 of 3)
Container Type: 2 gallon Bucket
Quantity: Approximately 1.25 gallons

Location: Kaskida Project
Material: Synthetic Base Mud (Rheliant) 15.5 ppg
Barcode Sample Date: March 12th, 2010
Lab Sample ID # 65501 - (Sample 2 of 3)
Container Type: 2 gallon Bucket
Quantity: Approximately 1.75 gallons

Location: Kaskida Project
Material: Synthetic Base Mud (Rheliant) 15.5 ppg
Barcode Sample Date: March 12th, 2010
Lab Sample ID # 65501 - (Sample 3 of 3)
Container Type: 2 gallon Bucket
Quantity: Approximately 1.75 gallons

CONFIDENTIAL

Materials currently in Locked Cabinet for BP, Transocean Horizon Rig

**Information below from sample containers

Location: M.C. 252, OCSG 32306 Well #1 - Macondo
Material: Field (Fresh) Water
Barcode Sample Date: April 5th, 2010
Lab Sample ID # 67315
Container Type: 5 gallon Bucket
Quantity: Approximately 4 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL + .20% SA-541 + 20% SSA-1 + 15% SSA-2
Note: Sample came from Tank #8
Barcode Sample Date: April 5th, 2010
Lab Sample ID# 67314
Container Type: 5-gallon Bucket
Quantity: Approximately 1.5 gallons

Location: M.C. 252 OSCG 32306 Well #1 – Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: February 22nd, 2010
Lab Sample ID # 63813
Container Type: 5-gallon Bucket
Quantity: Approximately 5 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Synthetic Base Mud (14.4 ppg)
Barcode Sample Date: April 5th, 2010
Sample ID # 67313
Container Type: 1-gallon Bucket
Quantity: Approximately ½ gallon

Location: M.C. 252 Well #1
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: March 23rd, 2010
Sample ID # 66189
Container Type: Plastic Bag
Quantity: Approximately 1 gallon

3110
Exhibit No. _____
Worldwide Court Reporters, Inc.

CONFIDENTIAL

TREX-03110

HAL_0571897

Location: M.C. 252 OSCG 32306 Well #1
Material: Cement Blend (from Bulkplant)
Ingredients: Lafarge Class H + .07% EZ-FLO
Barcode Sample Date: March 4th, 2010
Sample ID # 64660
Container Type: 5-gallon Bucket
Quantity: Approximately 3/4 gallon

Location: M.C. 252 OSCG 32306 Well #1
Material: GASSTOP EXP
Barcode Sample Date: March 9th, 2010
Lab Sample ID# 65007
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: M.C. 252 OCSG 32306 Well #1 – Macondo
Material: Job Mix Water for 16' squeeze
Ingredients: Field Fresh Water + .08 gals/sk Halad-344EXP + .06 gals/sk HR-6L
Barcode Sample Date: March 5th, 2010
Lab Sample ID # 66191
Container Type: 1 gallon bucket
Quantity: Approximately ¾ gallon

## Lab Samples put in Cabinet

| Additive | Date | ID# | Sample Volume |
|---|---|---|---|
| Zonesealant 2000 | 3/15/2009 | 40395 | 1 qt |
| Surfactant B | 1/7/2010 | 59848 | 8 oz |
| Sem – 8 | 11/28/2009 | 57265 | 8 oz |
| Surfactant A | 1/7/2010 | 59849 | 8 oz |
| Tuned Spacer III | 12/12/2009 | 58187 | 1 qt |
| Barite | 3/11/2010 | 65265 | ¾ gallon |
| SCR-100L Lot 6264 | 10/22/2010 | 54573 | 1 qt |
| SCR-100L Lot H8436264 | 5/31/2010 | 72126 | 2 gallons |
| HR-6L Lot 153 | 10/14/2008 | 36263 | ¾ qt |
| HR-6L Lot 162 | 9/18/2009 | 51913 | ¾ qt |
| HR-6L Lot 165 | 11/4/2009 | 55424 | ¾ qt |
| CFR-3L | 12/23/2008 | 35825 | ¾ qt |
| Halad-344 EXP | 12/29/2009 | 59330 | 1/8 gallon |
| Halad-344 EXP | 2/14/2009 | 63089 | 1 qt |
| D-air-3000L | 7/28/2009 | 48509 | 8 oz |

CONFIDENTIAL

HAL_0571898