# EXHIBIT 3

**UPDATE CONCERNING DRY BLEND IN HESI'S BROUSSARD/LAFAYETTE LAB**

**Date of Update:**  March 18, 2013

**Nature of Update:**  On March 14, 2013, HESI's Lab Manager, Richard Dubois, reviewed physical materials and storage conditions at HESI's Broussard/Lafayette lab, at which time photographs were taken; he reviewed select Viking projects to track project numbers and use of blend samples and retarder lots; and reviewed the Viking database for the reasons set forth herein.

The following is a description of the contents currently located in a locked and secure cabinet at HESI's Broussard/Lafayette Lab:

- 1-5 gal. bucket containing dry blend cement.  The bucket is approximately ¾ full and labeled with marker as being "from DW Horizon" and the "#2 Kodiak Appraisal" well.  Also written on the bucket in marker is "Cement Sample 12-27-09."  A paper label affixed to the bucket identifies it as **Sample I.D. # 63981**, with a "Date" of "23 02 2010."  The label also identifies the following blend information:

  | Material/LotNo | | Conc. |
  |---|---|---|
  | Lafarge Class H | | |
  |   LOCATION | | |
  | D-Air 3000 | | 0.25% BWOC |
  |   BLENDED | | |
  | EZ FLO | | 0.07 % BWOC |
  | KCL (Potassium Chloride) | | 1.88 lb/sk |
  |   Salt | | |
  |   BLENDED | | |
  | SA-541 | | 0.2% BWOC |
  |   BLENDED | | |
  | SSA 1 (Silica Flour) | PB | 20.0% BWOC |
  |   BLENDED | | |
  | SSA 2 (100 Mesh) | PB | 15.0% BWOC |
  |   BLENDED | | |

  On the outside of the bucket, there is a notation for "Project # 66689."
- 3-1 gal. buckets containing SCR-100L.  The respective buckets are labeled as follows:  Sample I.D. #61160 from Lot # H8436264; Sample I.D. #61161 from Lot #H8432117; and Sample I.D. #61162 from Lot #H8434781.
- 3-2 gal. buckets containing "mud" labeled as being from "Kaskida."  All three buckets bear Sample I.D. # 65501.

1

**Timeline for Sample ID # 63981:**

| DATE | DESCRIPTION/EVENT |
|---|---|
| | |
| December 27, 2009 | Dry blend, labeled with **Sample ID # 63981**, is sampled on the rig and placed in 5-gal bucket with identifying markings (hereinafter, "Sample ID # 63981") |
| December 29, 2009 | Dry blend, labeled with Sample ID # 59335, is logged into lab and used for "pilot testing" on production casing cement job at Macondo |
| February 20, 2010 | *Deepwater Horizon* arrives at Macondo well |
| February 23, 2010 | **Sample ID # 63981**, which is sent in from rig, is logged into lab. |
| March 5, 2010 (on or about) | Weigh Up sheet for Request ID 68156, part 1, is printed requesting testing on "Foamer 760" surfactant using blend with Sample ID # 59335 (same sample used for pilot testing). |
| | Notation on Weigh Up sheet crosses out Sample ID # 59335, and the following is written by Richard Dubois: "Sample marked out of stock." Handwritten notation identifies blend sample to be used for "Foamer 760" tests as **Sample ID # 63981**. |
| March 7, 2010 (on or about) | Weigh Up sheets for Request ID 68156, parts 1 and 2, are printed for Foamer 760 tests. Tests identified on sheets indicated that **Sample ID # 63981** is the blend sample used for these tests. |
| April 5, 2010 | New blend sample from rig (Sample ID # 67314) is logged in to lab and used for operational testing on production casing cement job at Macondo |
| April 20, 2010 | *Deepwater Horizon* Incident |
| Immediately after April 20, 2010 | All materials in lab related to *Deepwater Horizon* were collected in Tim Quirk's office and organized by well (Macondo, Kodia, Kaskida, etc.). |
| Immediately after April 20, 2010 to | **Sample ID # 63981**, bearing label "#2 |

| March 12, 2013 | Kodiak Appraisal," is stored in lab and placed on top shelf in adjacent warehouse. |
|---|---|
| March 11, 2013 | **Sample ID # 63981** is identified in a document during Tim Probert's testimony. |
| March 12, 2013 | Richard Dubois is instructed to search to ascertain if **Sample ID # 63981** is currently in HESI's lab.  Mr. Dubois confirms that he found it stored in warehouse.  Mr. Dubois is instructed to place **Sample ID # 63981** and any other material samples from *Deepwater Horizon*, regardless of well label, into locked and secure storage cabinet.  He promptly does so. |
| March 13, 2013 | HESI's counsel informed Mike Underhill (DOJ) that Sample ID #63981 is located in HESI's Broussard lab. |

**Summary of other information regarding Sample ID # 63981, labeled as "#2 Kodiak Appraisal":**

- According to Richard Dubois, up until March 12, 2013, when it was locked up at the Broussard lab, Sample I.D. # 63981 was stored on the top shelf of the climate-controlled warehouse connected and immediately adjacent to the lab.  According to Richard Dubois, it was placed there by himself and Tim Quirk.  Mr. Dubois is very confident that it was never used for any testing after the April 20, 2010, incident.  It is HESI's understanding that Tim Quirk also would testify, if asked, that he is unaware of Sample I.D. #63981 having ever been used for any testing after the April 20, 2010, incident.

- It is HESI's understanding that Sample I.D. # 63981 was not identified as being responsive to discovery requests or the DOJ's subpoena due to it having been labeled as "#2 Kodiak Appraisal" material as opposed to "Macondo" material.

- After a document reference to Sample ID # 63981 came up in Tim Probert's testimony on March 11, 2013, Richard Dubois was contacted and instructed to search for the blend sample.  When Mr. Dubois confirmed that he had located the blend sample, he was instructed to immediately lock it up, and any other material samples identified as having come from the *Deepwater Horizon* (regardless of well), in a locked and secure cabinet in the lab.  Mr. Dubois locked up the material identified above in a secure cabinet on March 12, 2013.

3

- Viking indicates that Sample ID # 63981 was only used for testing Request I.D. 68156, parts 1 and 2, which are the March tests that, per his deposition, Jesse Gagliano requested to be conducted at the behest of Daryl Kellingray of BP.  Per his deposition, Jesse requested the tests using the Macondo pilot tests as a template but switched out the ZoneSealant 2000 for a different surfactant called "Foamer 760."  Per Jesse's deposition, Foamer 760 was never contemplated for use at Macondo and, despite the lab documents bearing the name "Macondo" (because he used the Macondo pilot tests lab requests as a template) this test was for BP informational purposes only and had nothing to do with testing Foamer 760 for actual use at Macondo.  (*See* Dep. of Jesse Gagliano (Feb. 7, 2010), 134:19-138:24))

- The notation of "Project No. 66689" on the bucket containing Sample ID # 63981 appears to be an error.  Viking identifies "Project 66689" as being testing on a potential 18" shoe squeeze job.  However, the blend sample used in that test is identified in Viking as being Sample I.D. # 59335 (the blend sample used for pilot testing), not Sample I.D. # 63981.  A review of the Viking database also confirmed that Sample I.D. # 63981 was not used in the lab for any testing other than on the two slurries prepared for "Foamer 760" testing.

**Review of SCR-100L Lot Numbers.**

The "Lot #'s" for SCR-100L are not specific to a rig, well or even customer.  Lot numbers are used to identify large bulk orders of SCR-100L, and smaller volumes of the larger bulk order can be delivered to different rigs and different labs.  A "Lot" of SCR-100L could be used for approximately one year in the Broussard lab, depending on the volume of the Lot.  For example, the February pilot tests used SCR-100L from Lot #H8432117 ("2117").  The April operational tests used SCR-100L from Lot #H8436264 ("6264").  It would be common and expected to find various other tests, even for other customers, identifying the use of SCR-100L from Lot # 6264.

4