# EXHIBIT 5

## Maher, Erin

| | |
|---|---|
| **From:** | Lopez, S. Kena [KLopez@GodwinRonquillo.com] |
| **Sent:** | Monday, October 17, 2011 11:41 AM |
| **To:** | airpino@irpinolaw.com; Pixton, Allan; RTC@CBCBB.com; bboudreaux@joneswalker.com; Bowman, Bruce; BToryani@Dartlaw.com; CMaze@ago.state.al.us; deepwater.horizon@usdoj.gov; Dsc2179@liskow.com; DefenseLiaison2179@liskow.com; Maher, Erin; dgodwin@godwinronquillo.com; Hartley, Jr., Floyd; Hill, Gavin; jimr@wrightroy.com; lstrange@ago.state.al.us; jmartinez@GodwinRonquillo.com; Mike.Underhill@usdoj.gov; PMills@ago.state.al.us; Sarah.Himmelhoch@usdoj.gov; York, R. Alan; shaun@gergerclarke.com; sherman@hhkc.com; sterbcow@lksalaw.com; Nelson, Thomas; rwarren@jrwlegal.com |
| **Subject:** | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179 |

Counsel,

Halliburton Energy Services, Inc. ("HESI") has uploaded to its FTP site Volume 63, which includes documents from the custodial files of James Bement, Thomas Roth and Sarah Sanders . The Bates range for this production is HAL_1236476 — HAL_1244101.

We have previously provided login credentials and instructions to access HESI's FTP site. If you have problems accessing HESI's FTP production, please contact Michelle Macleod at MMacleod@GodwinRonquillo.com or Alison Battiste at ABattiste@GodwinRonquillo.com.

HESI produces these documents subject to the terms of applicable pre-trial orders, including Pre-Trial Orders Nos. 13, 14, and 16. This document production is made subject to all general and specific objections as contained in Defendant Halliburton Energy Services, Inc.'s responses and objections to all discovery requests to date.

Regards,
Kena Lopez

**GODWIN RONQUILLO PC**

S. Kena Lopez
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4435 Direct   (800.662.8393 Toll Free)
214.527.3143 Fax
KLopez@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].