# EXHIBIT 8

08/30/2010 18:03 FAX   202 457 6315        PATTON BOGGS                    ☒010/010
AUG-30-2010  16:41         USDOJ/ENRD/DHCIT/NOLA                           P.010

OIG Subpoena Number 001441

### Materials to be Produced:

1. All cement or cement samples or fragments from the Block 252 Lease or the Deepwater Horizon, including that referenced during the testimony of Jesse Gagliano before the Marine Board the week of August 23, 2010, as well as all analysis, testing data, and results related to such cement.

TOTAL P.010
08/30/2010 MON 17:34 [TX/RX NO 5153] ☒010