# EXHIBIT 9

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL       )   MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
```

                    Deposition of RICKEY LYNN
     MORGAN, taken at Pan-American Building,
     601 Poydras Street, 11th Floor, New Orleans,
     Louisiana, 70130, on the 17th day of October,
     2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  aware that Halliburton was on that project?
 2       A.   I think there was an e-mail came
 3  out several days later that said Halliburton
 4  was on the rig and no one was hurt.
 5       Q.   No one from Halliburton?
 6       A.   Yeah.
 7       Q.   So when did you become involved
 8  with the project in any capacity?
 9       A.   When Ronnie Faul called me.
10       Q.   Tell us who Ronnie Faul is.
11       A.   He -- as far as I know, he's
12  the -- kind of the supervisor down on the
13  Gulf Coast over the technology engineers?
14       Q.   Is he an engineer?
15       A.   I have no idea what his
16  education is.
17       Q.   In the -- this is now 2010 when
18  he's contacting you, right?
19       A.   Yes, sir.
20       Q.   How much after the April 20th
21  explosion did he call you?
22       A.   He called me twice, I think.
23       Q.   And roughly how many weeks after
24  or days after?
25       A.   Roughly two weeks, two to four
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  weeks.
 2       Q.    So towards the end of April, or
 3  beginning of May?
 4       A.    Yes, sir.
 5       Q.    And that would be 2010?
 6       A.    Yes, sir.
 7       Q.    Where were you working at that
 8  time?
 9       A.    I was principal technologist in
10  the cementing, materials, and maintenance
11  group.
12       Q.    And the location?
13       A.    Duncan.
14       Q.    Oklahoma?
15       A.    Yes, sir.
16       Q.    What did Ronnie Faul want you to
17  do?
18       A.    He asked me to take a look at
19  the Macondo slurry.
20       Q.    What aspect of it?
21       A.    He didn't say.  He said, just
22  take a look at it.
23       Q.    Tell us what slurry means.
24       A.    Slurry is the wetted cement
25  mixed together.  Cemented mixed with the
```

```
         1  water.
         2         Q.    Now, I'm going to ask you to go
         3  back in time roughly to the time that
         4  Mr. Faul -- did he call you, or did he send
08:43    5  you a text message?
         6         A.    Called.  Called.
         7         Q.    Or an e-mail?
         8         A.    Called.
         9         Q.    Okay.  In the old days we could
08:43   10  just say that he called you.  Now we have
        11  five different ways he could contact you.
        12         A.    Exactly.
        13         Q.    And what -- to the best of your
        14  knowledge, tell me everything you can
08:43   15  remember about that first conversation.
        16         A.    He just asked me to take a look
        17  at the slurry and give him my opinion of it.
        18         Q.    Did you ask him any questions as
        19  to what he meant or what the scope was?
08:44   20         A.    No.
        21         Q.    So he -- he said, Mr. Morgan, I
        22  want you to look at the slurry used on the
        23  Macondo well 252?
        24         A.    (Nodding head.)
08:44   25         Q.    "Yes"?
```

```
 1        A.      Yes.
 2        Q.      And then you said?
 3        A.      Okay.
 4        Q.      And what did -- what did you do?
 5        A.      I got the slurry sheet, and I
 6   went and mixed the slurry up.
 7        Q.      Where did you find the slurry
 8   sheet?
 9        A.      I got it from Brian Wall.
10        Q.      Who is he?
11        A.      He is a princ- -- I don't know
12   what his exact title is.  He's a technician
13   that works there at Halliburton in Duncan.
14        Q.      And what's on the slurry sheet?
15        A.      The recipe for the slurry.
16        Q.      So the exact -- is it the exact
17   slurry recipe that was used for the Macondo
18   well 252?
19        A.      I have no idea if it was.
20        Q.      Why did you pick that slurry
21   sheet?
22        A.      That's what was on Viking, where
23   they keep track of what the slurry designs
24   are.
25        Q.      Viking is a system where you
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  work.  I don't know if it is in the field or
 2  not.
 3          Q.      But in your research did you
 4  find that people requested it frequently?
 5          A.      Well, not in the research part
 6  of it.
 7          Q.      Okay.  And, now, the second
 8  slurry that you foamed -- oh, well, first,
 9  let me confirm, you didn't -- did you take
10  down any notes about the slurry?
11          A.      No, ma'am.
12          Q.      You didn't take any pictures?
13          A.      No, ma'am.
14          Q.      And then you said you dumped out
15  the sample?
16          A.      Yes, ma'am.
17          Q.      And you mentioned that the
18  reason that you didn't document the test and
19  you threw out the sample was because you were
20  worried about it being misinterpreted in the
21  litigation?
22          A.      Yes, that's part of the reason
23  yes, ma'am.
24          Q.      Now, for the second test you
25  mentioned that the -- before you ran this
```

**PURSUANT TO CONFIDENTIALITY ORDER**