# EXHIBIT 11

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

| | | |
|---|---|---|
| Andrew Langan, P.C.<br>To Call Writer Directly:<br>(312) 862-2064<br>andrew.langan@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

March 14, 2013

**Via E-Mail**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street, Room B-345
New Orleans, LA  70130

> Re:  MDL 2179 – HESI Email of March 13, 2013 Disclosing "Materials associated with the Kodiak well"

Dear Judge Shushan:

BP writes regarding Mr. Godwin's email of March 13, 2013, discussing among other things the "materials associated with the Kodiak well that are referenced in TREX 48002 [that] are still being held at HESI's lab." Although Mr. Godwin describes this material as "associated with the Kodiak well," based on the information in TREX 48002 it appears that the material was retrieved from the Deepwater Horizon when it was at the Macondo well. Mr. Godwin's email states that "HESI is currently investigating whether the materials are in fact associated with the Kodiak well, and if so, whether such materials are responsive to any previously issued subpoenas."

Obviously, because these issues relate to evidence that is being presented now at the trial, time is of the essence. BP respectfully requests that the Court direct HESI to provide the information discussed below by no later than 8 am Monday, March 18, 2013. At a minimum, HESI's submission should include the following facts relevant to this issue:

- What exactly are the "materials" referenced in Mr. Godwin's email to the Court (the email refers only to "materials" with no further description or even reference to the word "cement")? For any cement samples, details should be provided regarding composition.

- How much "material" was collected, when was it collected, and how much remains today?

- Information regarding how and where the materials have been stored at HESI, and the chain of custody.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
March 14, 2013
Page 2

- A list should be provided of the individuals at HESI who were aware of the existence of these "materials." That list should indicate when each of those individuals became aware of the materials.

- Why were these "materials" not produced in response to subpoenas and discovery requests or at least identified?

- When did HESI notify any representative of the United States of the existence of these materials?

Depending on what evidence is received, further discovery, information, or additional relief may be necessary.

As always, we appreciate the Court's time and consideration in this matter.

Respectfully submitted,

/s/ Andrew Langan, P.C.

Andrew Langan, P.C.

cc:   Steve Herman
      James Roy
      Defense Liaison Counsel
      Mike Underhill
      Hon. Attorney General Luther Strange
      Cory Maze
      Ben Allums
      Mike O'Keefe