# EXHIBIT 12

