# EXHIBIT 13

1

2                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
3
      IN RE:  OIL SPILL      MDL NO. 2179
4     BY THE OIL RIG
      "DEEPWATER HORIZON"    SECTION:   J
5     IN THE GULF OF
      MEXICO, ON APRIL       JUDGE BARBIER
6     20, 2010               MAG. JUDGE SHUSHAN

7

8

9



14

15

16              Volume 2 of the videotaped
      deposition of **TIMOTHY L. QUIRK,** 202 Founder
      Street, Lafayette, Louisiana 70508, taken
17    in the Pan American Life Center, Bayou
      Room, 11th Floor, 601 Poydras Street, New
18    Orleans, Louisiana 70130, on Tuesday, March
      22, 2011.
19
      **APPEARANCES:**
20
      ON BEHALF OF THE PLAINTIFFS
21    STEERING COMMITTEE

22

23    CUNNINGHAM BOUNDS, LLC
      By:  Robert T. Cunningham, Esquire
24    1601 Dauphin Street
      Mobile, Alabama 36604
25

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

1    slurry design without the operator's

2    approval, in this case BP, could it?

3         A.    I would --

4    MR. CHEN:

5              Objection, form.

6    THE WITNESS:

7              It's not part of my duty

8    but I -- I would assume that -- that --

9    that the operator would make the decision.

10   BY MS. KUCHLER:

11        Q.    Switching gears a little bit,

12   were you made aware of an incident in early

13   April 2010 when the Macondo well

14   experienced lost returns?

15        A.    Was I made aware?

16        Q.    Uh-huh.

17        A.    Personally I was not made aware.

18        Q.    Okay.  So you wouldn't be able

19   to tell what, if any, impact that lost

20   return incident had on the design of the

21   cement slurry?

22        A.    I would not.

23        Q.    Are you aware that when the

24   DEEPWATER HORIZON arrived at the Macondo to

25   replace the MARIANIS rig, that it had

1    onboard cement dry blend that Halliburton

2    had originally brought over from the Kodiak

3    number 2 well?

4         A.    Yes.

5         Q.    So --

6         A.    Only because they were -- I saw

7    the lab samples.

8         Q.    Okay.  And so from looking at

9    the lab samples you then know that that

10   cement dry blend that was onboard the

11   DEEPWATER HORIZON and used for the Macondo

12   well was originally developed for the

13   Kodiak number 2 well; is that right?

14        A.    I'm not certain about all that.

15   I don't know the -- I'm not exactly certain

16   about that.  I just know that there

17   was -- there was -- I don't remember

18   exactly seeing that blend of cement on

19   the -- from the other rig.  I remember

20   seeing samples of cement from the rig.  I

21   just can't be specific as to what blend of

22   cement.

23        Q.    So tell me what knowledge you do

24   have about the genesis of that cement dry

25   blend based on the documents that you have