# EXHIBIT 14

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
     ******************************************************************
 3
     IN RE:  OIL SPILL BY THE              Docket No. MDL-2179
 4   OIL RIG DEEPWATER HORIZON             New Orleans, Louisiana
     IN THE GULF OF MEXICO ON               Friday, March 15, 2013
 5   APRIL 20, 2010
     CIVIL
 6
     ******************************************************************
 7
           TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
 8               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                     UNITED STATES MAGISTRATE JUDGE
 9

10   APPEARANCES:

11   FOR THE PLAINTIFFS:              LEWIS KULLMAN STERBCOW & ABRAMSON
                                      BY:  PAUL M. STERBCOW, ESQ.
12                                    601 POYDRAS STREET, SUITE 2615
                                      NEW ORLEANS, LA 70130
13
                                      LEVIN PAPANTONIO THOMAS MITCHELL
14                                    RAFFERTY & PROCTOR
                                      BY:  BRIAN H. BARR, ESQ.
15                                    316 South Baylen Street, Suite 600
                                      Pensacola, FL 32502
16
                                      IRPINO LAW FIRM
17                                    BY:  ANTHONY IRPINO, ESQ.
                                      2216 Magazine St.
18                                    New Orleans, LA 70130

19                                    WILLIAMSON & RUSNAK
                                      BY:  JIMMY WILLIAMSON, ESQ.
20                                    4310 Yoakum Blvd.
                                      Houston, TX 77006
21
                                      HERMAN, HERMAN & KATZ
22                                    BY:  SOREN E. GISLESON, ESQ.
                                      820 O'Keefe Avenue
23                                    New Orleans, LA 70113

24                                    WEITZ & LUXENBERG
                                      BY:  ROBIN L. GREENWALD, ESQ.
25                                    700 Broadway
                                      New York, NY 10003
```

09:36:28   1              MR. GODWIN:  Maybe see his son again or something.
09:36:31   2              Okay.  Judge, Don Godwin for Halliburton.  Yesterday
09:36:35   3   afternoon per the court's request we did file and circulate among
09:36:39   4   all parties our timeline regarding the Macondo well cement, and we
09:36:44   5   think that fully explains the timeline with regard to the sequence
09:36:48   6   of events from Halliburton's standpoint.  We do have Andy's letter
09:36:53   7   requesting that we provide an update regarding how the cement got
09:37:00   8   from the Kodiak well over to the Macondo well on the *Deepwater*
09:37:06   9   *Horizon* and how it got back to the Broussard-Lafayette Lab.
09:37:09  10              THE COURT:  Right.
09:37:10  11              MR. GODWIN:  We'll have that done -- we've almost got it
09:37:11  12   done, Judge, we worked on it late last night and this morning, we
09:37:14  13   will be on it today.  And before eight o'clock Monday morning, and
09:37:18  14   hopefully even earlier, we know that would be what you would want
09:37:21  15   us to do, we are going to circulate and file with the court our
09:37:24  16   update regarding the chain of custody and where it was, whatever
09:37:28  17   the material was.  We're going to have that circulated among
09:37:31  18   everybody on or before 8 o'clock Monday morning.
09:37:35  19              THE COURT:  Good, Don, I appreciate that.
09:37:37  20              MR. GODWIN:  You're welcome, Judge.
09:37:40  21              THE COURT:  And in addition, I assume you are, but would
09:37:42  22   you take a look at and answer the specific questions contained in
09:37:45  23   that March 14th letter from BP?
09:37:47  24              MR. GODWIN:  Yes, your Honor, we will.
09:37:49  25              THE COURT:  That would be great.  Thank you, I appreciate