MINUTE ENTRY
WILKINSON, M.J.
MARCH 21, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br>MDL 2179 |
| Member Case: <u>Bricor, LLC v. BP Exploration and Production, Inc.</u>; 12-2857 | SECTION "J" (2) |

The captioned case was recently reassigned and referred to me by Judge Barbier. Record Doc. No. 8824. A status conference was conducted before me on this date. Participating were: Patrick Hand, representing plaintiff; Shannon Holtzman and Christina Briesacher (via telephone), representing defendant. During the conference, counsel executed a written form of consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A scheduling order setting forth pretrial, trial and other deadlines will be separately entered.

Defendant's answer or responsive motion must be filed no later than **April 11, 2013**. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **May 2, 2013**. Settlement possibilities were discussed. The Clerk is directed to file this minute entry in the records of both MDL 2179 and C.A. No. 12-2857.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

MJSTAR: 0 : 30