UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. * | | NUMBER 13-0492 |
| and BP AMERICA PRODUCTION COMPANY * | | |
| Plaintiffs * | | SECTION J |
| * | | |
| versus * | | |
| * | | JUDGE BARBIER |
| DEEPWATER HORIZON COURT * | | MAG. JUDGE SHUSHAN |
| SUPERVISED SETTLEMENT PROGRAM; * | | |
| and PATRICK A. JUNEAU, in his official * | | |
| capacity as Claims Administrator of the * | | |
| *Deepwater Horizon* Economic and Property * | | |
| Damages Settlement Agreement, and in his * | | |
| official capacity as Trustee of the *Deepwater* | * | |
| *Horizon* Economic and Property Damages * | | |
| Settlement Trust, * | | |
| *Defendants*. * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## GULFCOAST ULTRASOUND INSTITUTE, INC.'S MOTION TO INTERVENE

Gulfcoast Ultrasound Institute, Inc. (hereinafter "Gulfcoast") hereby moves pursuant to Fed.R.Civ. P. 24 to participate in this matter as a plaintiff-intervenor.

As demonstrated in the Memorandum in Support filed herewith, Gulfcoast should be granted intervention of right under Fed.R.Civ.P. 24(a)(2) because (1) Gulfcoast's motion to intervene is timely; (2) Gulfcoast has direct, substantial and legally protected interests in this action; (3) the disposition of this action may, as a practical matter, impair or impede those interests; and (4) the present parties to the action do not adequately represent Gulfcoast's interests.

If not granted intervention of right, Gulfcoast requests that it be granted permissive intervention pursuant to Fed.R.Civ.P. 24(b)(1)(B). The claims and arguments that Gulfcoast would assert present questions of law and fact in common with the

1

underlying suit and Gulfcoast's motion to intervene is timely and would not delay or prejudice the litigation.

BP Exploration & Production, Inc. and BP America Production Company oppose this intervention. Mover has attempted to contact Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust, via e-mail, fax, and phone. He has been sent all the subject pleadings and reserves his right to object upon complete review of the pleadings.

WHEREFORE, Gulfcoast respectfully requests that this Court enter an Order granting Gulfcoast's intervention of right pursuant to Fed.R.Civ.P. 24(a)(2) or, alternatively, granting permissive intervention under Fed.R.Civ.P. 24(b)(1)(B).

```
                THE PENTON LAW FIRM
                209 HOPPEN PLACE
                BOGALUSA, LOUISIANA  70427
                PHONE     :     (985) 732-5651
                FAX       :     (985) 735-5579
                E-MAIL    :     fedcourtmail@rgplaw.com

                KUYKENDALL & ASSOCIATES, LLC
                23937 U.S. HIGHWAY 98, SUITE 3
                FAIRHOPE, ALABAMA  36532
                PHONE     :     (251) 928-4008
                FAX       :     (205) 453-0042
                E-MAIL    :     rkuykendall@att.blackberry.net
```

WILLIAMS KHERKHER  
8441 GULF FREEWAY, SUITE 600  
HOUSTON, TEXAS  77107-5051  
PHONE        :        (713) 230-2200  
FAX          :        (713) 643-6226  
E-MAIL       :        aeasterby@williamskherkher.com  


s/Ronnie G. Penton  
Ronnie G. Penton (#10462)  
Trial Counsel for Intervenor

**LOCAL RULE 7.6 CERTIFICATE**

This is to certify that, pursuant to Local Rule 7.6, I have contacted counsel for all parties herein regarding whether they had opposition to the filing of the above pleading. Counsel for BP Exploration & Production, Inc. and BP America Production Company do oppose the intervention.

Mover has attempted to contact Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust, via e-mail, fax, and phone. He has been sent all the subject pleadings and reserves his right to object upon complete review of the pleadings.

March 22, 2013

                                                  s/Ronnie G. Penton
                                                  Ronnie G. Penton

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve, in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 22nd day of March, 2013.

s/Ronnie G. Penton
Ronnie G. Penton