UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. * | | NUMBER 13-0492 |
| and BP AMERICA PRODUCTION COMPANY * | | |
| Plaintiffs * | | SECTION J |
| * | | |
| versus * | | |
| * | | JUDGE BARBIER |
| DEEPWATER HORIZON COURT * | | MAG. JUDGE SHUSHAN |
| SUPERVISED SETTLEMENT PROGRAM; * | | |
| and PATRICK A. JUNEAU, in his official * | | |
| capacity as Claims Administrator of the * | | |
| *Deepwater Horizon* Economic and Property * | | |
| Damages Settlement Agreement, and in his * | | |
| official capacity as Trustee of the *Deepwater* * | | |
| *Horizon* Economic and Property Damages * | | |
| Settlement Trust, * | | |
| *Defendants*. * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

Pursuant to Local Rule 72.2, Intervenor provides notice that its Complaint in Intervention is set for hearing on April 5, 2013 at 9:30 a.m. before the Honorable Judge Carl J. Barbier.

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE    :    (985) 732-5651
        FAX    :    (985) 735-5579
        E-MAIL    :    fedcourtmail@rgplaw.com

        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        Trial Counsel for Intervenor

1