## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BP EXPLORATION & PRODUCTION, INC.** | \* | **NUMBER 13-0492** |
| **and BP AMERICA PRODUCTION COMPANY** | \* | |
| **Plaintiffs** | \* | **SECTION J** |
| | \* | |
| **versus** | \* | |
| | \* | **JUDGE BARBIER** |
| **DEEPWATER HORIZON COURT** | \* | **MAG. JUDGE SHUSHAN** |
| **SUPERVISED SETTLEMENT PROGRAM;** | \* | |
| **and PATRICK A. JUNEAU, in his official** | \* | |
| **capacity as Claims Administrator of the** | \* | |
| ***Deepwater Horizon* Economic and Property** | \* | |
| **Damages Settlement Agreement, and in his** | \* | |
| **official capacity as Trustee of the *Deepwater*** | \* | |
| ***Horizon*Economic and Property Damages** | \* | |
| **Settlement Trust,** | \* | |
| ***Defendants*.** | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>O R D E R</u>

CONSIDERING THE FOREGOING:

IT IS ORDERED that the GULFCOAST ULTRASOUND INSTITUTE, INC.'S

MOTION TO INTERVENE is granted.

IT IS FURTHER ORDERED that the Complaint in Intervention be filed in the

above captioned litigation on behalf of Gulfcoast Ultrasound Institute, Inc.

Signed in New Orleans, Louisiana, this the _____ day of March, 2013.


_____

UNITED STATES DISTRICT JUDGE