UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

### CAMERON INTERNATIONAL CORPORATION'S SUBMISSION OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW ON CLAIMS SEEKING PUNITIVE DAMAGES

On March 20, 2013, upon the close of the Plaintiffs' and Claimants' case-in-chief, the Court granted Cameron International Corporations' ("Cameron") oral motion pursuant to FED. R. CIV. P. 52(c) for partial judgment on the Plaintiffs' and Claimants' claims seeking punitive damages. Tr. at 5059:13–5061:20. The Court invited Cameron to submit proposed findings of fact and conclusions of law, *id.*, which Cameron respectfully attaches herewith, along with a proposed form of judgment.

WHEREFORE, Cameron respectfully prays for entry of findings of fact and conclusions of law, and a judgment denying all claims for punitive damages brought by Plaintiffs and Claimants.

Respectfully submitted,

/s/ David J. Beck

| | |
|---|---|
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
| dbeck@brsfirm.com | pwittmann@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
| jredden@brsfirm.com | cbertaut@stonepigman.com |
| David W. Jones | Keith B. Hall, 24444 |
| djones@brsfirm.com | khall@stonepigman.com |
| Geoffrey Gannaway | Jared Davidson, 32419 |
| ggannaway@brsfirm.com | jdavidson@stonepigman.com |
| BECK REDDEN LLP | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana 70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of March, 2013.

/s/ David J. Beck
David J. Beck