UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

# [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF JUDGMENT ON PARTIAL FINDINGS THAT CAMERON INTERNATIONAL CORPORATION IS NOT LIABLE FOR PUNITIVE DAMAGES

In accordance with FED. R. CIV. P. 52(a) and (c), and based on the evidence presented during the affirmative case presented by Plaintiffs and Claimants in this limitations trial, the Court finds the following facts and states its conclusions of law in support of its judgment on partial findings that Cameron is not liable for punitive damages to any Plaintiff or Claimant. If any finding is in truth a conclusion of law or if any conclusion stated is in truth a finding of fact, it should be deemed so.

## FINDINGS OF FACT

1. This case involves a blowout of the Macondo oil well being drilled by the *Deepwater Horizon* mobile offshore drilling unit in the Gulf of Mexico. Defendant Cameron

1

International Corporation ("Cameron") sold equipment for the vessel commonly known as a blowout preventer ("BOP").

2. No conduct of Cameron related to the blowout, oil spill or BOP constituted gross negligence.

3. No conduct of Cameron related to the blowout, oil spill or BOP was willful or wanton.

4. In connection with the blowout, oil spill or BOP, Cameron did not commit any conscious wrongdoing.

## CONCLUSIONS OF LAW

1. "If a party has been fully heard on an issue during a nonjury trial and the court finds against the party on that issue, the court may enter judgment against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue." FED. R. CIV. P. 52(c). Having rested, Plaintiffs and Claimants have been "fully heard" on the issue of Cameron's liability for punitive damages, which is a claim that Plaintiffs and Claimants can maintain only with a favorable finding in their favor.

2. Based on this Court's findings, Cameron is not liable for punitive damages in connection with the blowout or oil spill. *Coastal Iron Works, Inc. v. Petty Ray Geophysical, Inc.*, 783 F.2d 577, 582 (5th Cir. 1986); *In re Merry Shipping, Inc.*, 650 F.2d 622, 626 (5th Cir. 1981); *see Atlantic Towing Co. v. Townsend*, 129 S. Ct. 2561, 2567 (2009).

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE