UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| | : | |
| | : | |

. .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

**[PROPOSED] FINAL JUDGMENT ON PARTIAL FINDINGS
THAT CAMERON INTERNATIONAL CORPORATION
IS NOT LIABLE FOR PUNITIVE DAMAGES**

The Court is conducting Phase One of a multiphase bench trial pursuant to the trial plan contained in its Second Amended Pretrial Order No. 41.  Doc. 6592.  Phase One has addressed, *inter alia*, the potential liability of Cameron International Corporation for punitive damages.  As provided by the trial plan, Claimants and Plaintiffs adduced factual and expert evidence in support of their claims.  At the close of their case, Cameron moved in open court for judgment on partial findings that it is not liable for punitive damages.

The Claimants and Plaintiffs having been fully heard on the issue of Cameron's liability for punitive damages, the Court finds against them on that issue and determines that Cameron is entitled to judgment on the issue of its liability for punitive damages under FED. R. CIV. P. 52(c).

It is therefore ADJUDGED that Cameron International Corporation is not liable for punitive damages.  As required by FED. R. CIV. P. 52(a), the Court will issue findings of fact and conclusions of law in support of this judgment by separate document.

1

In accordance with FED. R. CIV. P. 54(b), the Court further determines that there is no just reason for delay with respect to entry of final judgment as to the punitive damage claim against Cameron. This judgment is therefore a FINAL JUDGMENT.

New Orleans, Louisiana, this ____ day of _____, 2013.

                                                          _____
                                                              CARL J. BARBIER
                                                    UNITED STATES DISTRICT JUDGE