**COURT RECORD LOAN FORM**
**U.S. DISTRICT COURT**
*This portion remains with Court Records*

12-31261

No. 10-2179-J  Short Title Deepwater Horizon   Date 3-21-13

To: Kristin Lausten Caleb - Didriksen Law Firm
Name
Address: 3114 Canal Lane
City: New Orleans   State: LA   Zip: 70119

Documents Enclosed:
- [x] Record Vols.: 14
- [x] Transcripts: 2
- [ ] Exhibits  [ ] Env.
- [ ] Box:
- [ ] Supp. Record Vols.
- [ ] Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Attorney Return:
Send Record with Brief of Appellee

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 21 2013
LORETTA G. WHYTE
CLERK

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above are returned to Clerk.
ATTORNEY NAME
DATE

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____  Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been received by Clerk
NAME
DATE

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____  Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been forwarded to:
ATTORNEY NAME
ADDRESS
CITY, STATE, ZIP
SIGNED
DATE

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____  Short Title _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Case records listed above received by:
JUDGE/ATTY NAME
DATE