UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.   2179 |
| | * | NUMBER: |
| | * * | SECTION: |
| This document relates to: Civil Action No. 12-2338 | * * * | JUDGE:  BARBIER |
| | * * * * | MAGISTRATE:  SHUSHAN |

## MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who file this Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages for the purpose of the addition of a cause of action and the addition of a defendant.

In accordance with Local Civil Rule 7.6 for the United States District Court for the Eastern District of Louisiana, Plaintiffs' First Amended Complaint for Damages was circulated to opposing counsel on March 8, 2013. *See Exhibit 1:* March 8, 2013, Email Correspondence from Jed Foret to Opposing Counsel. To date, no objection from opposing counsel has been received. The amending of the petition in this matter will not delay the proceedings or prejudice any parties. Accordingly, Plaintiffs request that this Honorable Court grant leave so that the attached Motion for Leave to File Plaintiffs' First Amended Complaint for Damages may be filed and served pursuant to the Federal Rules of Civil Procedure.

1

# Jed Foret

| | |
|---|---|
| **From:** | Jed Foret |
| **Sent:** | Friday, March 08, 2013 2:05 PM |
| **To:** | 'hlebas@lebaslaw.com'; 'gaspereczak@arlaw.com'; 'rogersjt@arlaw.com'; 'jmandel@wcdefense.com'; 'lfinch@wcdefense.com'; 'jdevall@kingkrebs.com'; 'susan@djrlawfirm.com'; 'tony@staines-eppling.com'; 'ashley@staines-eppling.com'; 'cwb@staines-eppling.com'; 'ppolitz@twpdlaw.com'; 'jbone@twpdlaw.com' |
| **Cc:** | Cate Cummins; Jed Foret; Daniella Wu; Ileene Dawsey |
| **Subject:** | Kolian, et al. v. BP Exploration & Production, Inc. et al.  - USDC EDLA 2:12-cv-02338 |
| **Attachments:** | Kolian_Amended_Complaint1.pdf |

Dear Counsel:

Please find enclosed amended complaint regarding Kolian et a. v. BP Exploration & Production, Inc., et al.  This amended complaint was inadvertently filed in the presiding MDL without advance circulation to opposing counsel.

We plan to re-file the amended complaint. In accordance with Rule 7/6E, please advise whether you object to the filing of this amended complaint.

Thank you,

Jed A. Foret
LAW OFFICES of SMITH STAG, L.L.C.
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600
Fax: (504) 593-9601

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 504-593-9600 and return the original message to us at mail@smithstag.com

1


PLAINTIFF'S EXHIBIT 1

Respectfully submitted,

*S/Catherine B.Cummins*
**CATHERINE B. CUMMINS (29558)**
Email: ccummins@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

Attorney for Plaintiffs


Co-Counsel for Plaintiffs

**ROBERT J. McKEE (# 0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick,
Campbell, et al
12 Southeast 7th Street - #801
Fort Lauderdale, Florida 33301

Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

2