Minute Entry
Barbier, J.
March 21, 2013
JS 10:  6 hr. 57 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br>SECTION J (1)<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS (AM)<br>JODI SIMCOX (PM) |

NON-JURY TRIAL
(Day sixteen)

THURSDAY, MARCH 21, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

PSC offers lists of exhibits/demonstratives regarding exams of Calvin Barnhill and Timothy Quirk: ORDERED admitted. (see attached)

US offers list of exhibits/demonstratives regarding exam of Timothy Quirk: ORDERED admitted. List includes exhibit numbers identifying weigh-up sheets and Viking screen shots admitted 3/19/13. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Timothy Quirk: ORDERED admitted. (see attached)

Halliburton offers list of call outs for 2/26/13 - 3/7/13: ORDERED admitted. (see attached)

State of Alabama offers list of exhibits/demonstratives regarding exam of Timothy Quirk and Steven Newman: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Timothy Quirk: ORDERED admitted. (see attached)

Witness: Greg Childs; previously sworn and testified. (Expert)
    Murray Sepulvado, by video deposition. Transcript of deposition excerpt accepted and filed into the record.
    Buddy Trahan, by video deposition. Transcript of deposition excerpt accepted and filed into the record

Court recesses at 4:52 p.m.

Court will resume on Monday, March 25, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Phil Wittmann