PSC Exhibits/Demonstratives Used During the 3/18/13
Cross Examination of Calvin Barnhill

admitted 3-21-2013 SK

| | |
|---|---|
| TREX 00675.1 | P. Johnson Email re Negative Pressure Test |
| D-3126/ TREX 22924 | Macondo Well From Hell |

PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Timothy Quirk  3/19- 03/20/2013

admitted 3-21-2013 SK

| NUMBER | DESCRIPTION | ADMISSION STATUS |
|---|---|---|
| TREX-63141 | Deposition of Timothy Quirk – Excerpts | Pages 1, 89, 93, 316, 317, 318 |
| TREX-04566 | Cement Lab Weigh-Up Sheet, Apr 17, 2010 - Req/Slurry: US- 73909/1 for Transocean Horizon | Already Admitted |
| TREX-05593 | Cement Lab Weigh-Up Sheet pp. 1, 3, 4, 5 | Already Admitted |
| TREX-04347 | Halliburton Global Laboratory Best Practices p. 1848 | Already Admitted |
| TREX-5570 | Technology Bulletin on ZoneSealant 2000 pp. 1, 3 | Entire Document |
| TREX-00745 | Foam Cementing Operations Manual pp. 1, 16 | Pages 1 and 16 |
| TREX-48002 | Materials currently in lab for BP, Transocean Horizon Rig pp. 1, 2 | Already Admitted |
| TREX - 3110 | Subject: Materials Currently In Locked Cabinet For BP, Transocean Horizon Rig P. 1 | Already Admitted |
| TREX – 05595 | Cement Lab Weigh-Up Sheet for 03/07/10 | Already Admitted |
| TREX – 03769 | 2010 Cementing Reliabillity Audit | Pages 1 and 7 |

The United States offers the following documents it used during its March 19, 2013 examination of Timothy L. Quirk into evidence:

*admitted 3-21-2013 - includes Weigh-up sheets; Viking screen shots admitted 3-19-2013 SK*

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title |
|---|---|---|
| D-03601A | TREX 384, TREX 3775, TREX 37037, TREX 37041, Stelly Dep: 45:23-46:7, 57:5 - 58:2, 125:8 - 126:10 | Halliburton Lab Testing, February & April 2010 |
| D-03602 | TREX 7498, TREX 3032, TREX 37041, TREX 984 | BP - Halliburton Lab Testing: Flow of Information |
| TREX-00802W | | Cement Lab Weigh-Up Sheet, Feb 10, 2010 - Req/Slurry: US-65112/1 |
| TREX-00802X | | Cement Lab Weigh-Up Sheets, Feb 12 & 16, 2010 - Req/Slurry: US-65112/2 & 3 |
| TREX-00984 | | Cement Lab Weigh-Up Sheets - Req/Slurry: US-73909/1 & 2 |
| TREX-03773 | | Data Request from D&C Management |
| TREX-03775 | | Cement Lab Weigh-Up Sheet |
| TREX-37039 | | Viking System screen shots related to Request 73909/1 with test results |
| TREX-37041 | | Viking System screen shots and files related to Request 73909 |
| TREX-37042 | | Viking System screen shots and files related to Request 65112 |
| TREX-48193 | | Viking System screen shots Request 61222, with test results |
| TREX-48194 | | Viking System screen shots related to Request 73909 |
| TREX-48195 | | Viking System screen shots Request 61222, with test results |
| TREX-48196 | | Viking System screen shots related to Request 73909/2 with test results |

HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO
TIMOTHY L. QUIRK'S ON DIRECT-EXAMINATION

HESI offers the following documents it used during its March 19, 2013 and March 20, 2013 direct-examination of Timothy L. Quirk into evidence:

admitted 3-21-2013 SK

TREX-48001
TREX-60415
TREX-03769
TREX-60405
TREX-07722
TREX-48002
TREX-3110
D-3256
D-3257
D-3264
TREX-60412
D-8242

TREX 48001.1.HESI
TREX 48001.2.HESI
TREX 48001.3.HESI
TREX 60405.1.1.HESI
TREX 60405.1.2.HESI
TREX 60405.2.1.HESI
TREX 3769.2.1.HESI
TREX 3769.3.1.HESI
TREX 3769.21.1.HESI
TREX 7722.1.1.HESI
TREX 7722.1.2.HESI
TREX 7722.1.3.HESI
TREX 7722.1.4.HESI]
TREX 7722.3.1.HESI
TREX 6235.18.1.HESI (previously provided)
TREX 6235.19.1.HESI (previously provided)
D-3257.1.1.HESI
TREX 48002.2.1.HESI
TREX 48002.2.2.HESI
TREX 48002.2.3.HESI
TREX 3110.1.HESI
TREX 60412.1.1.HESI
TREX 60412.1.2.HESI
TREX 3119.53.1.HESI
TREX 4347.1850.1.HESI

HESI's List of Callouts for 2/26/2013 – 3/7/2013   Admitted 3-21-13 SC

| Witness | Exhibit Number | Callout |
|---|---|---|
| Lamar McKay | TREX 282 | TREX 282.1.1.HESI |
| Lamar McKay | TREX 283 | TREX 283.1.1.HESI |
| Lamar McKay | TREX 4160 | TREX 4160.1.1.HESI<br>TREX 4160.2.1.HESI |
| Mark Bly | TREX 282 | TREX 282.1.1.HESI |
| Mark Bly | TREX 283 | TREX 283.1.1.HESI |
| Mark Bly | TREX 32 | TREX 32.1.1.HESI<br>TREX 32.2.1.HESI<br>TREX 32.4.1.HESI |
| Mark Bly | TREX 1709 | TREX 1709.1.1.HESI<br>TREX 1709.2.1.HESI<br>TREX 1709.3.1.HESI |
| Mark Bly | TREX 60413 | TREX 60413.1.1.HESI<br>TREX 60413.2.1.HESI |
| Randy Ezell | TREX 1454 | TREX 1454.43.1.HESI |
| Randy Ezell | TREX 1453 | TREX 1453.73.1.HESI |
| Randy Ezell | TREX 1523 | TREX 1523.1.1.HESI |
| Randy Ezell | TREX 926 | TREX 926.1.1.HESI |
| Ronald Sepulvado | TREX 545 | TREX 545.1.1.HESI<br>TREX 545.3.1.HESI<br>TREX 545.7.1.HESI<br>TREX 545.18.1.HESI |
| Ronald Sepulvado | TREX 546 | TREX 546.1.1.HESI |
| Richard Heenan | TREX 60110 | TREX 60110.6.1.HESI |
| Richard Heenan | TREX 1523 | TREX 1523.1.1.HESI |
| Richard Heenan | TREX 4906A | TREX 4906A.1.1.HESI |
| Richard Heenan | TREX 60105 | TREX 60105.196.1.HESI |
| Richard Heenan | TREX 607 | TREX 607.1.1.HESI |
| Richard Heenan | TREX 606 | TREX 606.1.1.HESI |
| Richard Heenan | TREX 60999 | TREX 60999.1.1.HESI |
| Glen Benge | TREX 7722 | TREX 7722.2.1.HESI |
| Glen Benge | TREX 6235 | TREX 6235.18.1.HESI<br>TREX 6235.19.1.HESI |
| Glen Benge | TREX 4477 | TREX 4477.243.1.HESI |
| Glen Benge | TREX 60456 | TREX 60456.1.1.HESI<br>TREX 60456.6.1.HESI<br>TREX 60456.7.1.HESI |
| David Calvert | TREX 93 | TREX 93.48.1.HESI |

## STATE OF ALABAMA'S EXHIBITS/DEMONSTRATIVES OFFERED IN CONNECTION WITH 3/19/2013 TESTIMONY OF TIMOTHY QUIRK

admitted 3-21-2013 SK

| | | |
|---|---|---|
| D-3264 | Photograph of Shelf at HESI Warehouse | |
| TREX-48002 | Materials currently in lab for BP, Transocean Horizon Rig | Already Admitted |
| TREX-26144 | March 18, 2013 Summary from Godwin (Shown on ELMO) | |
| TREX-63141 | Deposition of Timothy Quirk, p. 549:23 through p. 550:7(Shown on ELMO) | |
| D-3258 | Photograph of side of bucket | |
| D-3257 | Photograph of top of bucket | |

## STATE OF ALABAMA'S EXHIBITS/DEMONSTRATIVES OFFERED IN CONNECTION WITH 3/19/2013 TESTIMONY OF STEVE NEWMAN

admitted 3-21-2013 SK

| | | |
|---|---|---|
| TREX-06020 | PowerPoint: BP D&C HSSE Organization Change - August 09' | |
| TREX-00785 | 2010 SPU OMS GAPS V | |

# BP - Exhibits for QUIRK

BP offers the following documents it used during its examination of Mr. Timothy Quirk into evidence:

admitted 3-21-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-3264 | Photograph of Broussard Laboratory Warehouse |
| D-4309A | Pre- and Post-Incident Foam Cement Testing |
| D-4373 | Handwritten notes on Conductivity Test |
| D-4373.1.3 | Callout of D-4373 |
| D-4373.1.5 | Callout of D-4373 |
| D-4377A | Halliburton Employees as of April 20, 2010 |
| D-4379 | Halliburton Post-Incident Activity |
| D-4381 | D-Air Should Not Be Used in Foam Cement |
| D-4611 | Halliburton Collection of Cement Samples from DWH |
| Rec. Doc. 494 (Pgs 15, 38, 46) | Subpoenas to Halliburton for DWH Samples |
| TREX-000811 | 4/16/2010 Cement Lab Weigh-Up Sheet - Reg/Slurry: US-73909/2 |
| TREX-000811.2.BP | Callout of TREX-000811 |
| TREX-002013 | 4/30/2010 Email from C. Mann - DL Press Release re HAL Press Release - Facts on Rig Incident (w/ attachment) |
| TREX-002013.1.1.BP | Callout of TREX-002013 |
| TREX-002035 | 4/29/2010 Email from J. Gagliano - E. Cunningham re Foamed Production Jobs at BP- Livelink 10 KB |
| TREX-002035.1.2.BP | Callout of TREX-002035 |
| TREX-004346.1.1.BP | Callout of TREX-004346 |
| TREX-005569 | 11/8/2010 Email from T. Quirk - R. Vargo re RE: RP 65 |
| TREX-005569.1.2.BP | Callout of TREX-005569 |
| TREX-005569.2.1.BP | Callout of TREX-005569 |
| TREX-007491 | Halliburton's Experience With Foam Cement Using D-AIR 3000 in the Slurry in the GOM, 2005 - April 20, 2010 |
| TREX-007491.1.1.BP | Callout of TREX-007491 |
| TREX-007718 | Handwritten notes on Conductivity Test |
| TREX-031002 | N2 Job & Operation Summaries |
| TREX-031002.2.2.BP | Callout of TREX-031002 |
| TREX-048002.2.1.BP | Callout of TREX-048002 |
| TREX-048098 | Halliburton Comments on National Commission Cement Testing Press Release: http://www.halliburton.com/public/news/pubsdata/press_release/2010/corpnws_102810.html |
| TREX-048098.1.1.BP | Callout of TREX-048098 |