MDL 10-2179 J(1)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 21 2013
LORETTA G. WHYTE
CLERK

## Sepulvado, Murray (Vol. 01) - 05/11/2010

Version 2    3-20-13    854pm

### SEPULVADO MULTI   (25 SEGMENTS RUNNING 00:15:07.255)

*excerpt played in Court 3-21-13 SC*

**1. PAGE 11:04 TO 11:08   (RUNNING 00:00:11.380)**

```
04                 For the record, your full
05  name as it appears on your birth
06  certificate and your full address?
07       A.    My full name is Murry Robert
08  Sepulvado.
```

**2. PAGE 13:25 TO 14:05   (RUNNING 00:00:11.288)**

```
     25       Q.    And you were -- from the time
00014:01  that you were at Shell until the time that
     02  you retired, you were always a wellsite
     03  leader?
     04       A.    Yes.  I've been a wellsite
     05  leader right at 30 years.
```

**3. PAGE 17:05 TO 17:09   (RUNNING 00:00:08.982)**

```
05       Q.    And did you stay with the
06  DEEPWATER HORIZON from January of 2009
07  until it exploded and sank on April the
08  20th of 2010?
09       A.    Yes, I did.
```

**4. PAGE 554:14 TO 554:23   (RUNNING 00:00:23.344)**

```
14       Q.    Okay.  You left the rig on
15  April 15th; is that correct?
16       A.    April 14th, 7:30 a.m.
17       Q.    7:30 a.m.
18             When you left the rig, were
19  you aware of any safety critical
20  maintenance issues that were unresolved
21  when you left the rig?
22       A.    I know we had issues, but not
23  safety critical issues, no.
```

**5. PAGE 101:07 TO 101:11   (RUNNING 00:00:10.900)**

```
07       Q.    Who -- how do you know that?
08       A.    Well, I know all the safety
09  critical stuff was completed because Angel
10  Rodriguez came to the rig and signed off on
11  it to allow the rig to go back to work.
```

**6. PAGE 555:12 TO 556:05   (RUNNING 00:00:48.160)**

```
12       Q.    You were on the rig on
13  April 9th, 2010, when the BOP was tested?
14       A.    I -- I believe I was.  I believe
15  I was there at the start of the well, yes,
16  sir.
17       Q.    And do you remember April 9th,
18  2010, right before you left?
```

```
          19       A.    Yes.
          20       Q.    Okay.  Do you remember the
          21  results of that BO -- BOP test?
          22       A.    Yes.  We -- we didn't have any
          23  issues with the main components of the BOP.
          24  We did have a leak in shuttle valve on the
          25  test ram, which was not part of the control
00556:01  barrier system of the well.
          02       Q.    That leak you've talked about on
          03  the test ram, it did not affect the
          04  function of the BOP, you agree?
          05       A.    I agree.
```

### 7. PAGE 125:02 TO 125:06   (RUNNING 00:00:10.022)

```
          02       Q.    And you were aware of the kicks,
          03  although you weren't aware of the specific
          04  dates of the kick?
          05       A.    I know the kick took on the 8th.
          06  I was on the rig.  I'm aware of that one.
```

### 8. PAGE 128:18 TO 129:01   (RUNNING 00:00:30.990)

```
          18       Q.    Was there an evaluation of this
          19  March 8th kick for purposes of lessons
          20  learned?
          21       A.    We reviewed the information on
          22  the kick and how it occurred.  There's
          23  really no way to prevent what happened.
          24  The reservoir we drilled into was
          25  overpressured.  Our -- our ECDs were almost
00129:01  equivalent to our shoe test.
```

### 9. PAGE 777:05 TO 777:13   (RUNNING 00:00:23.530)

```
          05       Q.    And so could you explain to me
          06  what his role was on the rig and how it
          07  differed in -- in your mind from what
          08  Mr. Morel did?
          09       A.    Mark Hafle was out on the rig
          10  just to observe.  He comes two or
          11  three days to watch operations, and he just
          12  happened to be there the night we took the
          13  kick on March 8.
```

### 10. PAGE 352:17 TO 352:25   (RUNNING 00:00:21.405)

```
          17       Q.    All right.  I have a question
          18  about the March 8th kick that you talked
          19  about.
          20                   Who detected that kick?
          21       A.    The driller's the one that
          22  called down to the office.  But the driller
          23  and the mudlogger were communicating before
          24  they called me.  So both of them are aware
          25  that something was taking place.
```

### 11. PAGE 731:20 TO 732:09   (RUNNING 00:00:39.809)

```
          20                   Did you tell anybody -- did
          21  you tell John Guide or Mark Hafle that you
          22  believe anybody with the rig crew had
          23  screwed up by not catching the March 8 kick
          24  earlier?
```

```
           25       A.   I didn't tell anybody that we
    00732:01   screwed up.
           02       Q.   Do you believe that anybody
           03   there on the rig screwed up, as Mr. John
           04   Guide is quoted as having said here in this
           05   interview in terms of the March 8 kick?
           06       A.   I was there, and I thought they
           07   done a pretty good job myself.
           08       Q.   "They" being the TO folks?
           09       A.   The TO folks and Halliburton.
```

**12. PAGE 539:02 TO 540:25   (RUNNING 00:01:42.552)**

```
           02       Q.   -- I was table to copy what you
           03   testified to because of this great court
           04   reporter that took it down word by word,
           05   and I copied it into my questions here
           06   today.  And I wrote down that you said
           07   there was really no way to prevent what
           08   happened.
           09                 Is that what your testimony
           10   was?
           11       A.   For?
           12       Q.   The March 8th kick.
           13       A.   That's correct.  In an
           14   exploration well, our pore pressure
           15   predictions was -- were incorrect, and then
           16   we wasn't supposed to have that type of
           17   pressure at that point.
           18                 So when we drilled into
           19   that kick zone, I had a 14.1 ECD.  And it
           20   flows with a 14.1 ECD, so I can't raise the
           21   mud weight enough to control it.
           22                 So what we did, the --
           23   actually, the well blew in, stuck to pipe.
           24   We managed to shoot the pipe off, set a
           25   plug and get around the fish.  And we drill
    00540:01   back down within the hundred foot of the
           02   top of this reservoir or sand that kicked
           03   us.  And we ran a string of casing.
           04       Q.   Okay.
           05       A.   This allowed us to raise the mud
           06   weight so we could safely drill through
           07   this sand on a second -- on the bypass run.
           08       Q.   All right.
           09       A.   And we encountered at an
           10   exploration work.  We give our best
           11   estimates at pore pressure, but they're not
           12   exact.  And sometimes we drill in the stuff
           13   that we don't have enough mud weight to
           14   handle, and this was one of those cases.
           15       Q.   Because of the circumstances
           16   where the -- the crane was in use and the
           17   driller saw something that he had concerns
           18   about and he took the time to shut the
           19   crane down and then look to see if there
           20   was -- was really the crane or something
           21   else going on --
           22       A.   Right.
           23       Q.   -- did you consider his response
           24   to what he was seeing appropriate?
           25       A.   Yes.
```

**13. PAGE 183:24 TO 184:14   (RUNNING 00:00:23.680)**

```
          24        Q.   Okay.  And -- and so because the
          25   test -- one of the reasons you do the test
    00184:01   is to make sure that you have a stable
          02   cement that's not going to have this happen
          03   to it.  It is important that BP know what
          04   the results of that test are before they
          05   use a cement.
          06                  Would you agree with that?
          07             MR. LANCASTER:
          08                  Object to form.
          09             MR. GODWIN:
          10                  Object to form.
          11        A.   It would seem logical --
          12             MR. GODWIN:
          13                  Object --
          14        A.   -- to have that information.
```

**14. PAGE 185:08 TO 186:14   (RUNNING 00:00:57.974)**

```
          08        Q.   All right.  And have you ever
          09   seen the results of the -- the testing that
          10   was done on the cement that was used on the
          11   DEEPWATER HORIZON on April the 19th and
          12   20th?
          13        A.   No, I never have.
          14        Q.   Do you know when that test was
          15   performed?
          16        A.   I do not know.
          17        Q.   Do you know that the test that
          18   was performed on the cement that was used
          19   in the DEEPWATER HORIZON was -- that test
          20   was not provided to BP until after the
          21   explosion?
          22             MR. GODWIN:
          23                  Object to form.
          24        Q.   Did you know that?
          25        A.   I did not know that at the time.
    00186:01        Q.   You know it now, though?
          02        A.   I know it now.
          03             MR. LANCASTER:
          04                  Object to form.
          05             MR. GODWIN:
          06                  Object to form.
          07        Q.   And would you agree with me,
          08   sir, that BP should have gotten the test
          09   result, read it, known it, understood it,
          10   before they used the cement?
          11             MR. GODWIN:
          12                  Object to the form.
          13        A.   It would have been useful to
          14   have it ahead of time, yes.
```

**15. PAGE 163:21 TO 164:05   (RUNNING 00:00:15.859)**

```
          21        Q.   Do you know what gas flow
          22   potential is?
          23        A.   Yes, I do.
          24        Q.   What is that?
          25        A.   That's -- gas flow is where
    00164:01   hydrocarbons enter the wellbore.
          02        Q.   Okay.  Is that something that
          03   you as a wellsite leader are concerned
```

```
            04   about?
            05        A.   Definitely.
```

### 16. PAGE 612:09 TO 612:20   (RUNNING 00:00:24.090)

```
            09        Q.   Okay.  Would you agree with me,
            10   Mr. Sepulvado, with the notion that the rig
            11   crew should be provided with all
            12   information that would assist them in the
            13   well control efforts?
            14        A.   Yes.
            15        Q.   And as a wellsite leader, it
            16   would be your expectation that the rig crew
            17   be provided with any information that could
            18   help -- help them maintain control of the
            19   well, correct?
            20        A.   That's correct.
```

### 17. PAGE 274:24 TO 275:03   (RUNNING 00:00:10.296)

```
            24        Q.   In your years in the industry,
            25   about how many times would you say you've
    00275:01   conducted a -- a negative pressure test?
            02        A.   Probably about a hundred of
            03   them.
```

### 18. PAGE 299:24 TO 300:10   (RUNNING 00:00:28.929)

```
            24                  When you're at -- serving
            25   as a wellsite leader and a negative
    00300:01   pressure test is being conducted, what do
            02   you consider your responsibilities?
            03        A.   As a wellsite leader during a
            04   negative test?
            05        Q.   Yes, sir.
            06        A.   During the negative test, my
            07   responsibility is to make sure the right
            08   amount of volume's pumped to achieve what
            09   we're going to do and verify that the
            10   negative test is good.
```

### 19. PAGE 766:14 TO 767:04   (RUNNING 00:00:27.857)

```
            14                  When I asked you earlier
            15   about displacing in a negative test, would
            16   you, as a wellsite leader, ever allow a
            17   well, such as the Macondo, to be displaced
            18   without being absolutely certain that you
            19   had a good negative test?
            20                  MR. LANCASTER:
            21                       Object to form.
            22        A.   I would have to be convinced the
            23   negative test was good, yes.
            24        Q.   In order to proceed with the
            25   displacement?
    00767:01        A.   That's the normal procedure,
            02   yes, sir.
            03        Q.   And that's the safe procedure?
            04        A.   Yes.
```

### 20. PAGE 829:02 TO 829:16   (RUNNING 00:00:34.110)

```
            02        Q.   One of the things that the chief
            03   counsel's report attributes to you was that
```

```
04   it was your practice to stay on the rig
05   floor from the beginning of the
06   preparations for the negative pressure test
07   until you signed off on the test.
08                  Was that an accurate
09   representation of your -- of your practice?
10        A.    Yes, sir, that is accurate.
11        Q.    And -- and what -- what is the
12   basis or reason for that practice?
13        A.    You never trust the well, is my
14   opinion, even though you successfully
15   passed the negative test.  I watch the well
16   all the way through the unlatching of it.
```

**21. PAGE 207:04 TO 207:17   (RUNNING 00:00:36.823)**

```
04        Q.    Okay.  I will then move on.
05                  You agree that on BP wells,
06   including this one, the wellsite leader has
07   the final decision on whether a negative
08   pressure test has passed or failed?
09                  You would agree with that?
10        A.    It's a shared responsibility and
11   there has to be agreement that it's -- that
12   BP has the final say.
13        Q.    But BP has the final say,
14   correct?
15        A.    After consulting with the --
16   with OIM, toolpusher, driller, everybody's
17   that's involved, yes, BP has the final say.
```

**22. PAGE 528:06 TO 528:20   (RUNNING 00:00:16.921)**

```
06        Q.    Okay.  Did you know Jimmy
07   Harrell?
08        A.    Yes, I knew Jimmy Harrell.
09        Q.    Okay.  Did you know Randy Ezell?
10        A.    Yes, I know Randy Ezell.
11        Q.    Did you know Jason Anderson?
12        A.    Yes, I know Jason.
13        Q.    Did you know Dewey Revette?
14        A.    Yes, sir.
15        Q.    Steven Curtis?
16        A.    Yes, sir.
17        Q.    Don Clark?
18        A.    Yes, sir.
19        Q.    Did you know Captain Kuchta?
20        A.    Yes, sir.
```

**23. PAGE 529:11 TO 530:02   (RUNNING 00:00:33.846)**

```
11        Q.    This rig was your home away from
12   home, correct?
13        A.    That's correct.
14        Q.    If you had any concerns about
15   the safety of this rig, would you have
16   slept on it?
17        A.    No, sir.
18        Q.    The men we discussed earlier,
19   did any of them seem like men that would
20   lie to you?
21        A.    No, sir.
22        Q.    Did they ever seem like men that
23   would themselves hide issues that would
```

```
            24  subject them or anyone else to safety
            25  issues on that rig?
   00530:01      A.    From what I know of these
            02  gentlemen, they -- they would not have.
```

### 24. PAGE 537:16 TO 537:23   (RUNNING 00:00:18.633)

```
            16      Q.    Did the -- did anybody with the
            17  Bly investigation ever talk with you when
            18  you had conversations with them and ask you
            19  about the competency of the individuals we
            20  just talked about?
            21      A.    When I talked to the Bly
            22  Commission, I was totally confident in the
            23  personnel that was on the rig.
```

### 25. PAGE 530:11 TO 536:11   (RUNNING 00:03:57.475)

```
            11      Q.    Were you comfortable with Jimmy
            12  Harrell as the OIM of the DEEPWATER
            13  HORIZON?
            14      A.    Yes, I was.
            15      Q.    Okay.  Did you ever experience
            16  any indication that he was indifferent or
            17  callous towards the safety of individuals
            18  or the environment?
            19      A.    No, I didn't.
            20      Q.    Okay.  You would agree with me
            21  that it was just the opposite?
            22      A.    He was a very conscientious OIM.
            23      Q.    From your experience with
            24  Mr. Harrell, what was his attitude towards
            25  the safety of individuals and the
   00531:01  environment?
            02      A.    Mr. Harrell was always on top of
            03  safety and safety was always number one.
            04      Q.    Okay.  Were you comfortable with
            05  Randy Ezell as the senior toolpusher on the
            06  DEEPWATER HORIZON?
            07      A.    Yes, sir.  He was one of the
            08  best toolpushers I've probably ever worked
            09  with.
            10      Q.    Did you ever experience any
            11  indication that he was indifferent and
            12  callous towards the safety of individuals
            13  or the environment?
            14      A.    No, sir.
            15      Q.    Was it just the opposite with
            16  Mr. Ezell?
            17      A.    Same.
            18      Q.    Okay.  From your experience with
            19  him, what was his attitude toward the
            20  safety of individuals and the environment?
            21      A.    Safety came first, the
            22  environment and personnel.
            23      Q.    Jason Anderson, were you
            24  comfortable with him as one of the
            25  toolpushers?
   00532:01      A.    He was an excellent toolpusher.
            02      Q.    Okay.  Did you ever experience
            03  any indication that he was indifferent or
            04  callous towards the safety of individuals
            05  or the environment?
```

```
06       A.    No.
07       Q.    Was it just the opposite with
08  Mr. Anderson, as well?
09       A.    That's right, just the opposite.
10       Q.    Okay.  From your experience with
11  him, what was his attitude toward the
12  safety of individuals and the environment?
13       A.    Safety first, environment first.
14  Then the job came third.
15       Q.    Dewey Revette, were you
16  comfortable with him as the -- the driller
17  on the DEEPWATER HORIZON?
18       A.    Yes, I was.
19       Q.    Did you ever experience any
20  indication that he was indifferent or
21  callous towards the safety of individuals
22  or the environment?
23       A.    No.
24       Q.    Was it just the opposite with
25  him, as well?
00533:01       A.    That's right.
02       Q.    From your experience with him,
03  what was your (sic) attitude toward the
04  safety of individuals and the environment?
05       A.    It was a bit Transocean culture
06  out there for safety first, environment,
07  and then the task at hand, and everybody
08  supported that.
09       Q.    Mr. Revette was onboard with
10  that culture?
11       A.    He was onboard with that
12  culture.
13       Q.    Stephen Curtis, he was an
14  assistant driller, correct?
15       A.    That's -- that's correct.
16       Q.    Were you comfortable with him as
17  an assistant driller?
18       A.    Yes, I was.
19       Q.    Did you ever experience any
20  indication that he was indifferent or
21  callous toward the safety of individuals or
22  the environment?
23       A.    No.
24       Q.    Was it just the opposite with
25  him, as well?
00534:01       A.    That's true.
02       Q.    From your experience with him,
03  what was his attitude toward the safety of
04  individuals and the environment?
05       A.    Safety first, job second.
06       Q.    Okay.  Don Clark was another
07  assistant driller?
08       A.    Yes, sir.
09       Q.    And were you comfortable with
10  him as an assistant driller on the
11  DEEPWATER HORIZON?
12       A.    Yes, I was.
13       Q.    Did you ever experience any
14  indication that he was indifferent or
15  callous toward the safety of individuals or
16  the environment?
17       A.    No.
18       Q.    You'd agree it was just the
```

```
            19  opposite with him, as well?
            20       A.   That's right.
            21       Q.   From your experience with him,
            22  what was his attitude toward the safety of
            23  individuals and the environment?
            24       A.   Safety first, environment, task
            25  at hand.
    00535:01       Q.   And Captain Kuchta, were you
            02  comfortable with him as the captain on the
            03  DEEPWATER HORIZON?
            04       A.   Yes, I was.
            05       Q.   Did you ever experience any
            06  indication that he was indifferent or
            07  callous towards the safety or individuals
            08  or the environment?
            09       A.   No, sir.
            10       Q.   You'd agree it was just the
            11  opposite with him?
            12       A.   Yes, sir.
            13       Q.   And from your experience with
            14  him, what was his attitude toward the
            15  safety of individuals and the environment?
            16       A.   Individual safety first,
            17  environment, and then the task at hand.
            18       Q.   Did you ever have any problems
            19  with any of the individuals we just talked
            20  about in terms of their competency while
            21  you worked as a well -- well team leader --
            22  or wellsite leader assigned to the
            23  DEEPWATER HORIZON?
            24       A.   No, sir.
            25       Q.   Did you ever have any problems
    00536:01  with any of these individuals we just
            02  talked about in terms of their safety
            03  consciousness while you worked as a
            04  wellsite leader on the DEEPWATER HORIZON?
            05       A.   Never had.
            06       Q.   Okay.  If you could turn back
            07  the clock and if you could work on a rig
            08  with these guys again, would you have any
            09  problem working on a rig with these guys?
            10       A.   It would be my -- be my
            11  pleasure.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:15:10.855)**