MDL 10-2179 J(1)



### Trahan, Buddy J. (Vol. __) - 09/28/2011

Version 2    3-20-13   8pm

**TRAHAN_MULTI   (6 SEGMENTS RUNNING 00:02:57.413)**

excerpt played in Court 3-21-13

1. **PAGE 8:11 TO 8:13   (RUNNING 00:00:04.870)**

```
11     Q.    For the record, would you state
12 your name, please.
13     A.    Buddy Joseph Trahan.
```

2. **PAGE 10:02 TO 10:06   (RUNNING 00:00:14.516)**

```
02     Q.    Well, I gather you are familiar
03 with rigs, especially offshore, deepwater
04 rigs.  How long have you been employed by
05 Transocean?
06     A.    A little over 15 years.
```

3. **PAGE 12:13 TO 13:05   (RUNNING 00:00:48.289)**

```
13          Q.    Well, 15 years ago at Transocean
14 what did you start out as?  Give me a job
15 history with Transocean on up to April 20th,
16 2010.
17          A.    Okay.  I started off, I was a
18 chief mechanic on the George Richardson,
19 which is a semi.  It was my first floater.
20 So I took a step down to learn about the
21 floating -- floaters.
22          Q.    Was that a shallow water rig?
23          A.    No, this is a 5,000-feet, mid
24 water rig.
25          Q.    All right.
00013:01    A.    And I worked my way up on that
02 rig to mechanical supervisor, and then I was
03 then promoted to maintenance supervisor and
04 transferred to the Marianas, which was in
05 construction at the time.
```

4. **PAGE 15:20 TO 15:23   (RUNNING 00:00:10.247)**

```
20          Q.    All right.  So on April 20th,
21 then, you -- for Transocean you were the
22 operations manager asset?
23          A.    Yes, sir.
```

5. **PAGE 20:18 TO 21:04   (RUNNING 00:00:41.412)**

```
18          Q.    While you were on the bridge or
19 while you were on the Deepwater Horizon on
20 April the 20th did you personally see any mud
21 blowing out of the annulus or blowing out of
22 the hole or blowing through the diverter pipe
23 on the degasser?
24          A.    I saw an enormous amount of
25 fluid shooting out the starboard side of the
00021:01 rig into the darkness as far as I could see
02 while I was sitting on the bridge.
03          Q.    Where were you -- go ahead.
04          A.    I was on the bridge.
```

### 6. PAGE 113:01 TO 114:04   (RUNNING 00:00:58.079)

```
00113:01          Q.    And later in this interview, it
      02   says, "Buddy said he heard the rig floor
      03   close the annular and diverter."
      04          Do you remember making that
      05   statement?
      06          A.    I didn't hear the annular, but I
      07   saw the fluid diverting.
      08          Q.    And when it says you heard the
      09   rig floor close the annular and the
      10   diverter --
      11          A.    That's an incorrect statement.
      12          Q.    Okay.
      13          A.    What I heard was the fluid being
      14   diverted.  You can't hear an annular.
      15          Q.    And what about the annular?
      16          A.    Well, to divert the fluid out
      17   the side, the annular and the diverter has to
      18   be closed to divert the fluid.  So that's
      19   probably what I'm suggesting there, just a
      20   common-sense thing that this has to be closed
      21   to shoot the fluid out the side.
      22          But all I saw, as far as noise,
      23   it's like a freight train coming through your
      24   hallway.  And when I looked up through the
      25   window, I saw fluid shooting out near the
00114:01   starboard crane out in the darkness as far as
      02   I could see.  I tried to describe that to
      03   Bob.  But I have not seen how they wrote
      04   this.  I've not ever seen this before.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:57.413)**