All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

admitted 3-21-2013 SJC

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/13/13 8:14 AM | Keith | D-3185 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:16 AM | Keith | D-2224 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:17 AM | Keith | D-3183 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:17 AM | Keith | D-3188 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:22 AM | Keith | D-3184 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:24 AM | Keith | D-2188 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:30 AM | Keith | D-3182 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:31 AM | Keith | D-2357 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:37 AM | Keith | D-8167.1 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:42 AM | Keith | D-3186 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:45 AM | Keith | D-3179 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:54 AM | Keith | D-3187 | | Demonstrative | PSC | Admitted | |
| 3/13/13 8:55 AM | Keith | D-2189 | | Demonstrative | PSC | Admitted | |
| 3/13/13 9:00 AM | Keith | D-3247 | | Demonstrative | PSC | Admitted | |
| 3/13/13 9:06 AM | Keith | 967 | | Exhibit | PSC | Admitted | Also offered by BP |
| 3/13/13 9:10 AM | Keith | 969 | | Exhibit | PSC | Admitted | Admitted as redacted |
| 3/13/13 9:20 AM | Keith | D-2103 | | Demonstrative | PSC | Admitted | |
| 3/13/13 9:25 AM | Keith | D-2104 | | Demonstrative | PSC | Admitted | |
| 3/13/13 9:52 AM | Keith | 620.1.1.US | | Callout | USA | Admitted | |
| 3/13/13 9:52 AM | Keith | 620.1.2.US | | Callout | USA | Admitted | |
| 3/13/13 9:58 AM | Keith | 962 | | Exhibit | LA | Admitted | |
| 3/13/13 10:00 AM | Keith | 964 | | Exhibit | LA | Admitted | |
| 3/13/13 10:01 AM | Keith | 966 | | Exhibit | LA | Not Admitted | |
| 3/13/13 10:03 AM | Keith | 620.1.1.HESI | | Callout | HESI | Admitted | |
| 3/13/13 10:07 AM | Keith | D-8166 | | Demonstrative | HESI | Admitted | |
| 3/13/13 10:19 AM | Keith | 611 | | Exhibit | HESI | Admitted | |
| 3/13/13 10:19 AM | Keith | 611.6.1.HESI | | Callout | HESI | Admitted | Also offered by BP |
| 3/13/13 10:27 AM | Keith | 60998 | | Exhibit | HESI | Admitted | |
| 3/13/13 10:27 AM | Keith | 60998.155.1.HESI | | Callout | HESI | Admitted | |
| 3/13/13 10:27 AM | Keith | 60998.159.2.HESI | | Callout | HESI | Admitted | |
| 3/13/13 10:27 AM | Keith | 60998.160.3.HESI | | Callout | HESI | Admitted | |
| 3/13/13 10:33 AM | Keith | 62953 | | Exhibit | HESI | Admitted | |
| 3/13/13 10:33 AM | Keith | 62953.190.1.HESI | | Callout | HESI | Admitted | |
| 3/13/13 10:39 AM | Keith | 1453.79.1.HESI | | Callout | HESI | Admitted | |
| 3/13/13 10:46 AM | Keith | 606.1.1.HESI | | Callout | HESI | Admitted | |
| 3/13/13 11:28 AM | Keith | 567.1.1.TO | | Callout | TO | Admitted | |
| 3/13/13 11:55 AM | Keith | 609 | | Exhibit | BP | Admitted | |
| 3/13/13 11:55 AM | Keith | 609.17.2.BP | | Callout | BP | Admitted | |
| 3/13/13 11:59 AM | Keith | 42123 | | Exhibit | BP | Admitted | |
| 3/13/13 11:59 AM | Keith | 42123.2.1.BP | | Callout | BP | Admitted | |
| 3/13/13 11:59 AM | Keith | 42123.2.2.BP | | Callout | BP | Admitted | BP Objection to Foundation Sustained |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

Admitted 3-21-03 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/13/13 11:59 AM | Keith | 4477.190.1.BP | | Callout | BP | Admitted | |
| 3/13/13 12:00 PM | Keith | 611.20.1.BP | | Callout | BP | Admitted | |
| 3/13/13 1:24 PM | Keith | 967.1.1.BP | | Callout | BP | Admitted | |
| 3/13/13 1:24 PM | Keith | 967.1.2.BP | | Callout | BP | Admitted | |
| 3/13/13 1:24 PM | Keith | 967.1.3.BP | | Callout | BP | Admitted | |
| 3/13/13 1:24 PM | Keith | 967.1.4.BP | | Callout | BP | Admitted | |
| 3/13/13 1:41 PM | Keith | 91382.22.BP | | Callout | BP | Admitted | |
| 3/13/13 1:55 PM | Keith | D-4388 | | Demonstrative | BP | Admitted | |
| 3/13/13 1:55 PM | Keith | D-4388.1 | | Demonstrative | BP | Admitted | |
| 3/13/13 2:02 PM | Keith | D-2224 | | Demonstrative | BP | Admitted | |
| 3/13/13 2:25 PM | Keith | 4395 | | Exhibit | PSC | Admitted | |
| 3/13/13 2:28 PM | Keith | 611 | Cover Page and p. 6 | Callout | PSC | Admitted | |
| 3/13/13 2:34 PM | Keith | D-2105 | | Demonstrative | PSC | Admitted | |
| 3/13/13 2:45 PM | Webster | 22700 | | Exhibit | PSC | Admitted subject to objections | Webster Report |
| 3/13/13 3:06 PM | Webster | 50361 | | Exhibit | PSC | Admitted | |
| 3/13/13 3:33 PM | Webster | 1109 | | Exhibit | PSC | Admitted | |
| 3/13/13 4:10 PM | Webster | 4275 | 1, 3, 42, 43, 44, 45 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:17 PM | Webster | 7691 | 1, 5 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:18 PM | Webster | 6164 | 1, 5 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:21 PM | Webster | 3134 | | Exhibit | PSC | Admitted | |
| 3/13/13 4:25 PM | Webster | 5483 | 1, 4 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:30 PM | Webster | 44017 | 1, 5 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:32 PM | Webster | 81 | 1, 11 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:34 PM | Webster | 80 | 1, 15 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:35 PM | Webster | 1764 | | Exhibit | PSC | Admitted | |
| 3/13/13 4:38 PM | Webster | 1777 | | Exhibit | PSC | Admitted | |
| 3/13/13 4:41 PM | Webster | 44015 | | Exhibit | PSC | Admitted | |
| 3/13/13 4:43 PM | Webster | 44038 | | Exhibit | PSC | Admitted | |
| 3/13/13 4:47 PM | Webster | 75 | 1, 13 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:51 PM | Webster | 1192 | 1, 12 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 4:54 PM | Webster | AROD-181A | | Demonstrative | TO | Admitted | |
| 3/13/13 4:55 PM | Webster | 3288 | | Exhibit | PSC | Admitted | |
| 3/13/13 4:58 PM | Webster | 1765 | | Exhibit | PSC | Admitted | |
| 3/13/13 5:02 PM | Webster | 44032 | 1, 6, 7 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 5:05 PM | Webster | 1766 | | Exhibit | PSC | Admitted | |
| 3/13/13 5:09 PM | Webster | 3403 | 1, 8, 39 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 5:16 PM | Webster | 1778 | | Exhibit | PSC | Admitted | |
| 3/13/13 5:19 PM | Webster | 3404 | 1, 4, 5, 19, 20, 23, 31 | Exhibit (pages only) | PSC | Admitted | |
| 3/13/13 5:32 PM | Webster | 4680 | 1, 4, 20, 23, 36, 46, 47, 58 | Exhibit (pages only) | PSC | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

admitted 3-21-13 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/13/13 5:45 PM | Webster | 1768 | | Exhibit | PSC | Admitted | |
| 3/13/13 5:49 PM | Webster | 1372 | 1, 2 | Exhibit (pages only) | PSC | Admitted | |
| 3/14/13 9:36 AM | Webster | 3285 | | Exhibit | PSC | Admitted | Also offered by BP |
| 3/14/13 10:57 AM | Webster | 664 | | Exhibit | PSC | Admitted | |
| 3/14/13 11:25 AM | Webster | D-3098 | | Demonstrative | PSC | Admitted | |
| 3/14/13 11:41 AM | Webster | 41008 | | Exhibit | PSC | Admitted | |
| 3/14/13 11:43 AM | Webster | 5776 | 25, 26 | Exhibit (pages only) | PSC | Admitted | Trial Confidential |
| 3/14/13 11:45 AM | Webster | 942 | | Exhibit | PSC | Admitted | |
| 3/14/13 11:46 AM | Webster | 960 | | Exhibit | PSC | Admitted | |
| 3/14/13 11:48 AM | Webster | 4644 | 1, 8 | Exhibit (pages only) | PSC | Admitted | |
| 3/14/13 11:52 AM | Webster | 939 | | Exhibit | PSC | Admitted | |
| 3/14/13 11:55 AM | Webster | 671 | 1, 2 | Exhibit (pages only) | PSC | Admitted | |
| 3/14/13 11:58 AM | Webster | 5474 | | Exhibit | PSC | Admitted | |
| 3/14/13 12:03 PM | Webster | 4472 | | Exhibit | PSC | Admitted | |
| 3/14/13 12:03 PM | Webster | 5033 | | Exhibit | PSC | Admitted | |
| 3/14/13 12:03 PM | Webster | 5285 | | Exhibit | PSC | Admitted | |
| 3/14/13 2:03 PM | Webster | D-4328A | | Demonstrative | PSC | Admitted | Offered by BP |
| 3/14/13 2:03 PM | Webster | D-4330A | | Demonstrative | PSC | Admitted | Offered by BP |
| 3/14/13 2:45 PM | Webster | 20044 | | Exhibit | TO | Admitted | |
| 3/14/13 2:47 PM | Webster | 20044.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 2:47 PM | Webster | 20044.1.TO | | Callout | TO | Admitted | |
| 3/14/13 2:48 PM | Webster | 3163 | | Exhibit | TO | Admitted | Also offered by BP |
| 3/14/13 2:48 PM | Webster | 3163.1.TO | | Callout | TO | Admitted | |
| 3/14/13 2:49 PM | Webster | 3163.4.TO | | Callout | TO | Admitted | |
| 3/14/13 2:54 PM | Webster | 953.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 2:55 PM | Webster | 953.2.1.TO | | Exhibit | TO | Admitted | |
| 3/14/13 3:07 PM | Webster | 1779.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:07 PM | Webster | 1779.2.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:08 PM | Webster | 1776 | | Exhibit | TO | Admitted | |
| 3/14/13 3:11 PM | Webster | 1776.1.1.TO | | Callout | TO | Admitted | Referred to as 1776 on the record. |
| 3/14/13 3:13 PM | Webster | 1776.1.2.TO | | Callout | TO | Admitted | |
| 3/14/13 3:18 PM | Webster | 44007 | | Exhibit | TO | Admitted | |
| 3/14/13 3:18 PM | Webster | 44007.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:19 PM | Webster | 1777.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:20 PM | Webster | 1774 | | Exhibit | TO | Admitted | |
| 3/14/13 3:20 PM | Webster | 1774.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:22 PM | Webster | 5483.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:24 PM | Webster | 22700.7.2.TO | | Callout | TO | Admitted | |
| 3/14/13 3:25 PM | Webster | 20047.40.1.TO | | Callout | TO | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

admitted 3-21-13 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/14/13 3:26 PM | Webster | 671.47.1.TO | | Callout | TO | Admitted | This was referred to as 2152A - an internal number for a split screen callout of 671-47A and 20047-40A |
| 3/14/13 3:30 PM | Webster | 1768.2.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:30 PM | Webster | 1768.3.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:33 PM | Webster | 20047.35.3.TO | | Callout | TO | Admitted | |
| 3/14/13 3:34 PM | Webster | 1768.3.2.TO | | Callout | TO | Admitted | |
| 3/14/13 3:35 PM | Webster | 1768.3.3.TO | | Callout | TO | Admitted | |
| 3/14/13 3:37 PM | Webster | 1768.3.4.TO | | Callout | TO | Admitted | |
| 3/14/13 3:43 PM | Webster | 5483.4.1.TO | | Callout | TO | Admitted | |
| 3/14/13 3:52 PM | Webster | 22700.6.2.TO | | Callout | TO | Admitted | |
| 3/14/13 3:55 PM | Webster | 3163.18.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:02 PM | Webster | 4603.1.2.TO | | Callout | TO | Admitted | |
| 3/14/13 4:07 PM | Webster | 51217.2.TO | | Callout | TO | Admitted | |
| 3/14/13 4:08 PM | Webster | 51217.2.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:09 PM | Webster | 51217.4.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:09 PM | Webster | 51217.4.TO | | Callout | TO | Admitted | |
| 3/14/13 4:11 PM | Webster | 51217.4.2.TO | | Callout | TO | Admitted | |
| 3/14/13 4:11 PM | Webster | 51217.4.3.TO | | Callout | TO | Admitted | |
| 3/14/13 4:12 PM | Webster | 51217.4.4.TO | | Callout | TO | Admitted | |
| 3/14/13 4:15 PM | Webster | 51217.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:16 PM | Webster | WOLFE-3 | | Demonstrative | TO | Admitted | |
| 3/14/13 4:22 PM | Webster | MO-13A | | Demonstrative | TO | Admitted | 50003.22.TO |
| 3/14/13 4:22 PM | Webster | 5571 | | Exhibit | TO | Admitted | |
| 3/14/13 4:22 PM | Webster | 5571.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:26 PM | Webster | 5571.3.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:26 PM | Webster | 5571.8.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:27 PM | Webster | 5585.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:28 PM | Webster | 5585.2.2.TO | | Callout | TO | Admitted | |
| 3/14/13 4:29 PM | Webster | 5586.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:29 PM | Webster | 5586.2.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:30 PM | Webster | 5590.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:30 PM | Webster | 5590.2.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:33 PM | Webster | 71.7.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:35 PM | Webster | 71.8.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:36 PM | Webster | 71.12.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:41 PM | Webster | AS-47A | | Demonstrative | TO | Admitted | |
| 3/14/13 4:49 PM | Webster | 1377.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:49 PM | Webster | NW328-A | | Demonstrative | TO | Admitted | |
| 3/14/13 4:50 PM | Webster | 1379.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:51 PM | Webster | 1837.1.1.TO | | Callout | TO | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

admitted 3-21-13 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/14/13 4:53 PM | Webster | 1832.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:54 PM | Webster | 50428.14.1.TO | | Callout | TO | Admitted | |
| 3/14/13 4:58 PM | Webster | 3074.11.1.TO | | Callout | TO | Admitted | |
| 3/14/13 5:04 PM | Webster | 50326.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 5:06 PM | Webster | 50432.25.1.TO | | Callout | TO | Admitted | |
| 3/14/13 5:06 PM | Webster | WOLFE-27 | | Demonstrative | TO | Admitted | 50381.13.TO |
| 3/14/13 5:12 PM | Webster | 1119.2.1.TO | | Callout | TO | Admitted | |
| 3/14/13 5:19 PM | Webster | 88.91.1.TO | | Callout | TO | Admitted | |
| 3/14/13 5:19 PM | Webster | WOLFE-4 | | Demonstrative | TO | Admitted | 50003.27.TO |
| 3/14/13 5:21 PM | Webster | 88.93.1.TO | | Callout | TO | Admitted | |
| 3/14/13 5:22 PM | Webster | 22700.12.2.TO | | Callout | TO | Admitted | |
| 3/14/13 5:25 PM | Webster | 50417.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 5:26 PM | Webster | 50418.1.1.TO | | Callout | TO | Admitted | |
| 3/14/13 8:13 AM | Webster | 1118.1.1.TO | | Callout | TO | Admitted | |
| 3/18/13 8:13 AM | Webster | 1118.1.TO | | Callout | TO | Admitted | |
| 3/18/13 8:14 AM | Webster | 1118.13.1.TO | | Callout | TO | Admitted | |
| 3/18/13 8:19 AM | Webster | 1168.1.1.TO | | Callout | TO | Admitted | |
| 3/18/13 8:20 AM | Webster | 43120.59.1.TO | | Callout | TO | Admitted | |
| 3/18/13 8:22 AM | Webster | 7030.4.1.TO | | Callout | TO | Admitted | |
| 3/18/13 8:28 AM | Webster | NC-328A | | Demonstrative | TO | Admitted | |
| 3/18/13 8:33 AM | Webster | L-44049-1 | | Demonstrative | TO | Admitted | 44049.5.TO |
| 3/18/13 8:33 AM | Webster | L-44049-2 | | Demonstrative | TO | Admitted | 44049.5.TO |
| 3/18/13 8:33 AM | Webster | L-44049-3 | | Demonstrative | TO | Admitted | 44049.5.TO |
| 3/18/13 8:34 AM | Webster | 44049.34.TO | | Callout | TO | Admitted | |
| 3/18/13 8:36 AM | Webster | 938 | | Exhibit | BP | Admitted | |
| 3/18/13 8:37 AM | Webster | 938.17.2.BP | | Callout | BP | Admitted | |
| 3/18/13 8:37 AM | Webster | 938.19.2.BP | | Callout | BP | Admitted | |
| 3/18/13 8:40 AM | Webster | 938.24.BP | | Callout | BP | Admitted | |
| 3/18/13 8:42 AM | Webster | 3163.3.BP | | Callout | BP | Admitted | |
| 3/18/13 8:44 AM | Webster | 3163.50.1.BP | | Callout | BP | Admitted | |
| 3/18/13 8:51 AM | Webster | 940 | | Exhibit | BP | Admitted | |
| 3/18/13 8:51 AM | Webster | 940.1.4.BP | | Callout | BP | Admitted | |
| 3/18/13 8:55 AM | Webster | 44072 | | Exhibit | BP | Admitted | |
| 3/18/13 8:55 AM | Webster | 44072.1.BP | | Callout | BP | Admitted | |
| 3/18/13 8:58 AM | Webster | 5033 | | Exhibit | BP | Admitted | |
| 3/18/13 8:58 AM | Webster | 5033.2.3.BP | | Callout | BP | Admitted | |
| 3/18/13 9:01 AM | Webster | D-4401 | | Callout | BP | Admitted | |
| 3/18/13 9:01 AM | Webster | D-4401.1 | | Callout | BP | Admitted | |
| 3/18/13 9:01 AM | Webster | D-4401.2 | | Callout | BP | Admitted | |
| 3/18/13 9:01 AM | Webster | D-4401.3 | | Callout | BP | Admitted | |
| 3/18/13 9:01 AM | Webster | D-4401.4 | | Callout | BP | Admitted | |
| 3/18/13 9:01 AM | Webster | D-4401.5 | | Callout | BP | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference    Admitted 3-21-13 SC

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/18/13 9:06 AM | Webster | 686 | | Exhibit | BP | Admitted | |
| 3/18/13 9:07 AM | Webster | 686.3.2.BP | | Callout | BP | Admitted | |
| 3/18/13 9:10 AM | Webster | 47243 | | Exhibit | BP | Admitted | |
| 3/18/13 9:16 AM | Webster | 5643 | | Exhibit | PSC | Admitted | |
| 3/18/13 9:19 AM | Webster | 5295 | | Exhibit | PSC | Admitted | |
| 3/18/13 9:20 AM | Webster | 953 | | Exhibit | PSC | Admitted | |
| 3/18/13 8:09 AM | Webster | D-6279 | | Demonstrative | TO | Admitted | |
| 3/18/13 8:13 AM | Newman | 52676.12.1.TO | | Callout | TO | Admitted | |
| 3/19/13 8:27 AM | Newman | 925.1.TO | | Callout | TO | Admitted | Also offered by PSC |
| 3/19/13 8:27 AM | Newman | 925.19.TO | | Callout | TO | Admitted | Also offered by PSC |
| 3/19/13 8:27 AM | Newman | D-6730 | | Demonstrative | TO | Admitted | |
| 3/19/13 8:28 AM | Newman | 925.19.1.TO | | Callout | TO | Admitted | |
| 3/19/13 8:32 AM | Newman | D-6728 | | Demonstrative | TO | Admitted | |
| 3/19/13 8:33 AM | Newman | D-6727 | | Demonstrative | TO | Admitted | |
| 3/19/13 8:35 AM | Newman | D-6733 | | Demonstrative | TO | Admitted | |
| 3/19/13 8:42 AM | Newman | D-6731 | | Demonstrative | TO | Admitted | |
| 3/19/13 8:45 AM | Newman | 4942.1.TO | | Callout | TO | Admitted | Offered by PSC |
| 3/19/13 8:45 AM | Newman | 4942.124.TO | | Callout | TO | Admitted | |
| 3/19/13 8:45 AM | Newman | 4942.231.TO | | Callout | TO | Admitted | |
| 3/19/13 8:46 AM | Newman | 4942.124.1.TO | | Callout | TO | Admitted | |
| 3/19/13 8:51 AM | Newman | 4942.231.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:07 AM | Newman | 2189 | | Exhibit | TO | Admitted | Offered by PSC |
| 3/19/13 9:11 AM | Newman | 5653 | | Exhibit | TO | Admitted | |
| 3/19/13 9:13 AM | Newman | 5653.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:15 AM | Newman | 2195 | | Exhibit | TO | Admitted | Also offered by PSC |
| 3/19/13 9:25 AM | Newman | 52651 | | Callout | TO | Admitted | |
| 3/19/13 9:25 AM | Newman | 52651.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:25 AM | Newman | 52651.10.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:26 AM | Newman | 52651.15.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:27 AM | Newman | 48144 | | Exhibit | TO | Admitted | Offered by PSC |
| 3/19/13 9:27 AM | Newman | 48144.1.1.TO | | Callout | TO | Admitted | 48144.2.1 spoken on record |
| 3/19/13 9:32 AM | Newman | 52646 | | Exhibit | TO | Admitted | |
| 3/19/13 9:32 AM | Newman | 52646.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:36 AM | Newman | 932 | | Exhibit | TO | Admitted | |
| 3/19/13 9:37 AM | Newman | 932.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:37 AM | Newman | 932.3.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:37 AM | Newman | 932.4.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:38 AM | Newman | D-6734 | | Demonstrative | TO | Admitted | |
| 3/19/13 9:39 AM | Newman | 929.88.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:39 AM | Newman | 932.4.2.TO | | Callout | TO | Admitted | |
| 3/19/13 9:40 AM | Newman | 929.9.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:43 AM | Newman | 3259 | | Exhibit | TO | Admitted | Offered by PSC |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

admitted 3-21-13 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/19/13 9:43 AM | Newman | 3259.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:43 AM | Newman | 3259.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:46 AM | Newman | 5649 | | Exhibit | TO | Admitted | |
| 3/19/13 9:46 AM | Newman | 5649.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:52 AM | Newman | 5649.5.1.TO | | Callout | TO | Admitted | |
| 3/19/13 9:52 AM | Newman | 5649.5.2.TO | | Callout | TO | Admitted | |
| 3/19/13 9:54 AM | Newman | D-6732 | | Demonstrative | TO | Admitted | |
| 3/19/13 9:59 AM | Newman | 7134 | | Exhibit | TO | Admitted | |
| 3/19/13 10:05 AM | Newman | 26009.b | | Exhibit | TO | Admitted | |
| 3/19/13 10:05 AM | Newman | 26009.b.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:05 AM | Newman | 26009.b.3.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:06 AM | Newman | 5650.19.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:10 AM | Newman | 1760 | | Exhibit | TO | Admitted | |
| 3/19/13 10:13 AM | Newman | 1523 | | Exhibit | TO | Admitted | |
| 3/19/13 10:15 AM | Newman | 571.13 | | Callout | TO | Admitted | |
| 3/19/13 10:15 AM | Newman | 26025.a | | Exhibit | TO | Admitted | |
| 3/19/13 10:15 AM | Newman | 571.13.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:17 AM | Newman | 26025.a.8.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:19 AM | Newman | 26023 | | Exhibit | TO | Admitted | |
| 3/19/13 10:19 AM | Newman | 26023.2.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:21 AM | Newman | 52687 | | Exhibit | TO | Admitted | |
| 3/19/13 10:22 AM | Newman | 52688 | | Exhibit | TO | Admitted | |
| 3/19/13 10:22 AM | Newman | 52688.2.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:22 AM | Newman | 52688.3.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:23 AM | Newman | 52686 | | Exhibit | TO | Admitted | |
| 3/19/13 10:23 AM | Newman | 52686.1.1.TO | | Callout | TO | Admitted | |
| 3/19/13 10:25 AM | Newman | 26032 | 1, 2 | Exhibit (pages only) | PSC | Admitted | |
| 3/19/13 10:46 AM | Newman | 26035.c | | Exhibit | PSC | Admitted | |
| 3/19/13 10:57 AM | Newman | 26035.e | | Exhibit | PSC | Admitted | |
| 3/19/13 11:00 AM | Newman | 26035.b | | Exhibit | PSC | Admitted | |
| 3/19/13 11:02 AM | Newman | 36070 | 1, 7, 13 | Exhibit (pages only) | PSC | Admitted | |
| 3/19/13 11:03 AM | Newman | D-3269.1 | | Demonstrative | PSC | Admitted | |
| 3/19/13 11:03 AM | Newman | D-3269.2 | | Demonstrative | PSC | Admitted | |
| 3/19/13 11:04 AM | Newman | 5650 | 1, 8, 10, 14, 19 | Exhibit (pages only) | PSC | Admitted | |
| 3/19/13 11:15 AM | Newman | 2188 | 1, 3, 199 | Exhibit (pages only) | PSC | Admitted | |
| 3/19/13 11:25 AM | Newman | 5482 | 1, 6, 7, 10, 11 | Exhibit (pages only) | PSC | Admitted | |
| 3/19/13 11:32 AM | Newman | 929 | 1, 12 | Exhibit (pages only) | PSC | Admitted | |
| 3/19/13 11:53 AM | Newman | 6020 | | Exhibit | AL | Admitted | |
| 3/19/13 11:57 AM | Newman | 785 | | Exhibit | AL | Admitted | |
| 3/19/13 1:37 PM | Newman | 5642 | | Exhibit | BP | Admitted | |
| 3/19/13 1:37 PM | Newman | 5642.1.BP | | Callout | BP | Admitted | |
| 3/19/13 1:37 PM | Newman | 5642.2.1.BP | | Callout | BP | | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

Admitted 3-21-13 St

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/19/13 1:37 PM | Newman | 5642.5.1.BP | | Callout | BP | Admitted | |
| 3/19/13 1:39 PM | Newman | 5642.4.4.BP | | Callout | BP | Admitted | |
| 3/19/13 1:42 PM | Newman | 41215 | | Exhibit | BP | Admitted | |
| 3/19/13 1:42 PM | Newman | 41215.1.1.BP | | Callout | BP | Admitted | |
| 3/19/13 1:42 PM | Newman | 41215.1.2.BP | | Callout | BP | Admitted | |
| 3/19/13 1:42 PM | Newman | 41215.2.2.BP | | Callout | BP | Admitted | |
| 3/19/13 1:43 PM | Newman | D-4341 | | Demonstrative | BP | Admitted | |
| 3/19/13 1:45 PM | Newman | D-4594 | | Demonstrative | BP | Admitted | |
| 3/19/13 1:49 PM | Newman | D-4275 | | Demonstrative | BP | Admitted | |
| 3/19/13 1:51 PM | Newman | 1356A.20.4.BP | | Callout | BP | Admitted | |
| 3/19/13 1:51 PM | Newman | 1356A.20.5.BP | | Callout | BP | Admitted | |
| 3/19/13 1:52 PM | Newman | 1356A.22.2.BP | | Callout | BP | Admitted | |
| 3/19/13 1:53 PM | Newman | 1356A.22.1.BP | | Callout | BP | Admitted | Includes top line from p. 23 |
| 3/19/13 2:02 PM | Newman | 2016.71.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:04 PM | Newman | 5474 | | Exhibit | BP | Admitted | |
| 3/19/13 2:04 PM | Newman | 5474.102.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:05 PM | Newman | D-4595 | | Demonstrative | BP | Admitted | |
| 3/19/13 2:06 PM | Newman | 41222 | | Exhibit | BP | Admitted | |
| 3/19/13 2:06 PM | Newman | 41222.31.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:07 PM | Newman | 7685.1.4.BP | | Callout | BP | Admitted | |
| 3/19/13 2:07 PM | Newman | 7685.4.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:08 PM | Newman | 1449 | | Exhibit | BP | Admitted | Trial Confidential |
| 3/19/13 2:08 PM | Newman | 1449.5.3.BP | | Callout | BP | Admitted | |
| 3/19/13 2:10 PM | Newman | 1449.20.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:11 PM | Newman | 1449.15.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:12 PM | Newman | 1449.123.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:17 PM | Newman | 1449.132.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:19 PM | Newman | 2187.1.2.BP | | Callout | BP | Admitted | |
| 3/19/13 2:19 PM | Newman | 2187.2.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:20 PM | Newman | 2187.5.BP | | Callout | BP | Admitted | |
| 3/19/13 2:25 PM | Newman | 2187.212.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:26 PM | Newman | 5643 | | Exhibit | BP | Admitted | |
| 3/19/13 2:26 PM | Newman | 5643.1.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:27 PM | Newman | 5643.4.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:34 PM | Newman | 7651.1.3.BP | | Callout | BP | Admitted | |
| 3/19/13 2:35 PM | Newman | 4255 | | Exhibit | BP | Admitted | |
| 3/19/13 2:35 PM | Newman | 4255.3.BP | | Callout | BP | Admitted | |
| 3/19/13 2:36 PM | Newman | 4255.20.3.BP | | Callout | BP | Admitted | |
| 3/19/13 2:36 PM | Newman | D-4418 | | Demonstrative | BP | Admitted | |
| 3/19/13 2:38 PM | Newman | 4255.44.3.BP | | Callout | BP | Admitted | |
| 3/19/13 2:39 PM | Newman | 4255.62.4.BP | | Callout | BP | Admitted | |
| 3/19/13 2:41 PM | Newman | 4255.21.3.BP | | Callout | BP | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 3/21/2013 Marshalling Conference

admitted 3-21-13 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/19/13 2:44 PM | Newman | 48093 | | Exhibit | BP | Admitted | |
| 3/19/13 2:44 PM | Newman | 48093.1.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:49 PM | Newman | 1472 | | Exhibit | BP | Admitted | |
| 3/19/13 2:49 PM | Newman | 1472.1.3.BP | | Callout | BP | Admitted | |
| 3/19/13 2:50 PM | Newman | 63213 | | Exhibit | BP | Admitted | |
| 3/19/13 2:50 PM | Newman | 63213.13.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:51 PM | Newman | 63213.13.2.BP | | Callout | BP | Admitted | |
| 3/19/13 2:52 PM | Newman | 63213.13.3.BP | | Callout | BP | Admitted | |
| 3/19/13 2:53 PM | Newman | 63213.14.1.BP | | Callout | BP | Admitted | |
| 3/19/13 2:57 PM | Newman | 52545 | | Exhibit | TO | Admitted | |
| 3/19/13 2:58 PM | Newman | 52546 | | Exhibit | TO | Admitted | |
| 3/19/13 2:58 PM | Newman | D-6726 | | Demonstrative | TO | Admitted | |
| 3/19/13 3:00 PM | Newman | 52658 | | Exhibit | HESI | Admitted | |
| 3/21/13 5:00 PM | Benge | TREX 4477.243.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Benge | TREX 60456.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Benge | TREX 60456.6.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Benge | TREX 60456.7.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Benge | TREX 6235.18.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Benge | TREX 6235.19.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Benge | TREX 7722.2.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 1709.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 1709.2.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 1709.3.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 282.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 283.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 32.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 32.2.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 32.4.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 60413.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Bly | TREX 60413.2.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Calvert | TREX 93.48.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Ezell | TREX 1453.73.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Ezell | TREX 1454.43.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Ezell | TREX 1523.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Ezell | TREX 926.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Heenan | TREX 4906A.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Heenan | TREX 60105.196.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Heenan | TREX 60110.6.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Heenan | TREX 606.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Heenan | TREX 607.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Heenan | TREX 60999.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | McKay | TREX 4160.1.1.HESI | | Callout | HESI | Admitted | |

3/21/2013 - 2:20 PM

Page 9 of 10

## All-Party Agreed Upon List of Exhibits and Demonstratives for 3/21/2013 Marshalling Conference

Admitted 3-21-13 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 3/21/13 5:00 PM | McKay | TREX 4160.2.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Sepulvado | TREX 545.1.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Sepulvado | TREX 545.18.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Sepulvado | TREX 545.3.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Sepulvado | TREX 545.7.1.HESI | | Callout | HESI | Admitted | |
| 3/21/13 5:00 PM | Sepulvado | TREX 546.1.1.HESI | | Callout | HESI | Admitted | |