UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: ALL CASES | * * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW COMES various Claimants as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought Triton Asset Leasing GmbH, Transocean Holdings, L.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1.      This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2.      The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3.      Claims contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. The acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,*, 313 F.3d 359, 362 (5th Cir. 1963).

6. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimants respectfully request that the Court grant Movant's Motion for Acceptance of the Short Form Joinders Filed Beyond The April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

*Glago Law Firm, LLC*

/s/Joseph "Joey" F. LaHatte, III
_____
**Mark P. Glago, Bar No. 25395**
**Joseph "Joey" F. LaHatte, III Bar No. 31224**
First Bank and Trust Tower
29th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Telephone:   (504) 599-8666
Facsimile:   (504) 599-8699
Email:   MGlago@GlagoLawFirm.com
         JLahatte@GlagoLawFirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/Joseph "Joey" F. LaHatte, III
_____
Joseph "Joey" F. LaHatte, III

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: ALL CASES | * * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

******************************************

# ORDER

Considering the Motion For Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011 Deadline:

It is ORDERED that the Motion For Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders No. 24 and 25.

Signed this _____ day of _____, 2013

_____
Honorable Carl J. Barbier, U.S. District Court Judge

933181.1                                   -iii-

# Exhibit "A"

| Claimant Name | Date of Filing | Short Form |
|---|---|---|
| 47, Inc. d/b/a Seafood Corner | (see below) | (see below) |
| Adams Cab Service | | |
| Bailey Janice, L.L.C. | | |
| Basjon Jordan's Taekwondo Plus, L.L.C. | | |
| Boudreaux's Flatbed Service | | |
| Brett Patron Appraisals | | |
| Calloway Fitness Corporation | | |
| Casa Cab Service | | |
| CHR Holdings, Inc. | | |
| Danco Operations, L.L.C. | | |
| Dominguez Construction | | |
| Ecliff Home Improvements | | |
| Fabritech, Inc. | | |
| Fat Catz Music Club, Inc. | | |
| Feelgoodz, L.L.C. | | |
| Fat Catz Music Club, Inc. | | |
| Funky 544, L.L.C. | | |
| GAP Broadcasting, L.L.C. | | |
| Giamo Investments, L.L.C. | | |
| Glago Law Firm, L.L.C. | | |
| J. Dixon Enterprise, L.L.C. | | |
| L&J Gilyot Mortgage, Inc. | | |
| LRG and J, L.L.C. | | |
| Mandle Edwards Surveying, Inc. | | |
| Maple Street Entertainment, L.L.C. | | |
| Nola Animal Clinic, L.L.C. | | |
| OM Balaji, L.L.C. d/b/a Royal Palms Motel | | |
| Puglia Sporting Goods, Inc. | | |
| M&B's Foreign Auto Specialists | | |
| Painter & Johnson Street, L.L.C. | | |
| Painter Street, L.L.C. | | |
| Parsa Inc. d/b/a Industry Bar | | |
| Royal Street Deli a/k/a Corner Grocery | | |
| Shreeganesh, Inc. d/b/a Monte Carlo Hotel | | |
| Singley Marine, L.L.C. | | |
| Studio 831 | | |
| T.D. Boats, L.L.C. | | |
| T. Mondale Construction | | |
| Ten-O-One Corporation d/b/a Mattasa's Market | | |
| Tran's Catering | | |
| Toby is Dead, Inc. d/b/a Jimani's | | |
| Trademark Adventure Charters, L.L.C. | | |
| TRTB, Inc. | | |
| Vidhyut Lodging, L.L.C. | | |

ShortForm       Date                               Claimant Name

| Id | Date | Case Number | Text |
|---|---|---|---|
| 3867866 | 03/19/2013 13:41:32 | 2-10-cv-8888 | Short-Form Joinder of Jude Marullo Fat Catz Music Club, Inc., 2816.(Glago, Mark) |
| 3867910 | 03/19/2013 13:49:44 | 2-10-cv-8888 | Short-Form Joinder of Jude Marullo Funky 544, L.L.C., 7068.(Glago, Mark) |
| 3867923 | 03/19/2013 13:51:08 | 2-10-cv-8888 | Short-Form Joinder of Parsa, Inc., 4325.(Glago, Mark) |
| 3867938 | 03/19/2013 13:55:51 | 2-10-cv-8888 | Short-Form Joinder of Maple Street Entertainment, L.L.C. d/b/a Rocco's Tavern, 1289.(Glago, Mark) |
| 3867941 | 03/19/2013 13:57:59 | 2-10-cv-8888 | Short-Form Joinder of Fabritech, Inc., 9727.(Glago, Mark) |
| 3867949 | 03/19/2013 13:59:38 | 2-10-cv-8888 | Short-Form Joinder of Mandle Edwards Surveying, Inc., 6520.(Glago, Mark) |
| 3867959 | 03/19/2013 14:02:14 | 2-10-cv-8888 | Short-Form Joinder of Calloway Fitness Corporation, 9675.(Glago, Mark) |
| 3867964 | 03/19/2013 14:05:07 | 2-10-cv-8888 | Short-Form Joinder of Giamo Investments, L.L.C. d/b/a Mr. Binky's Boutique, 5424.(Glago, Mark) |
| 3867985 | 03/19/2013 14:07:43 | 2-10-cv-8888 | Short-Form Joinder of Basjon Jordan's Taekwondo Plus, 4028.(Glago, Mark) |
| 3867999 | 03/19/2013 14:11:51 | 2-10-cv-8888 | Short-Form Joinder of Feelgoodz, L.L.C., 2845.(Glago, Mark) |
| 3868422 | 03/19/2013 15:45:02 | 2-10-cv-8888 | Short-Form Joinder of Trademark Adventure Charters, L.L.C., 9681.(Glago, Mark) |
| 3868433 | 03/19/2013 15:46:07 | 2-10-cv-8888 | Short-Form Joinder of Vidhyut Lodging, L.L.C. d/b/a Glenrose Hotel, 1424.(Glago, Mark) |
| 3868439 | 03/19/2013 15:47:09 | 2-10-cv-8888 | Short-Form Joinder of Nola Animal Clinic, L.L.C., 6976.(Glago, Mark) |
| 3868444 | 03/19/2013 15:48:15 | 2-10-cv-8888 | Short-Form Joinder of Tony Puglia's Sporting Goods, Inc., 2950.(Glago, Mark) |
| 3868449 | 03/19/2013 15:49:16 | 2-10-cv-8888 | Short-Form Joinder of LRG and J, Inc., 7833.(Glago, Mark) |
| 3868455 | 03/19/2013 15:50:21 | 2-10-cv-8888 | Short-Form Joinder of Toby is Dead, Inc. d/b/a Jimani's, 5424.(Glago, Mark) |
| 3868459 | 03/19/2013 15:51:15 | 2-10-cv-8888 | Short-Form Joinder of Ten-O-One Corporation d/b/a Mattasa's, 4558.(Glago, Mark) |

| 3868461 | 03/19/2013 15:52:08 | 2-10-cv-8888 | Short-Form Joinder of T. Mondale Construction, 1343.(Glago, Mark) |
| 3871125 | 03/21/2013 10:51:56 | 2-10-cv-8888 | Short-Form Joinder of OM BALAJI, L.L.C. D/B/A ROYAL PALMS MOTEL, 1099.(Glago, Mark) |
| 3871457 | 03/21/2013 10:52:52 | 2-10-cv-8888 | Short-Form Joinder of Painter & Johnson, L.L.C., 0333.(Glago, Mark) |
| 3871474 | 03/21/2013 10:55:42 | 2-10-cv-8888 | Short-Form Joinder of Tran's Catering, 2162.(Glago, Mark) |
| 3871478 | 03/21/2013 10:56:39 | 2-10-cv-8888 | Short-Form Joinder of Dominguez Construction, 4871.(Glago, Mark) |
| 3871488 | 03/21/2013 10:57:24 | 2-10-cv-8888 | Short-Form Joinder of Casa Cab Service, 3832.(Glago, Mark) |
| 3871491 | 03/21/2013 10:58:14 | 2-10-cv-8888 | Short-Form Joinder of Wesley Boudreaux d/b/a Boudreaux Flatbed Service, 8274.(Glago, Mark) |
| 3871497 | 03/21/2013 10:59:08 | 2-10-cv-8888 | Short-Form Joinder of Singley Marine, L.L.C., 7824.(Glago, Mark) |
| 3871500 | 03/21/2013 10:59:58 | 2-10-cv-8888 | Short-Form Joinder of L&J Gilyot Mortgage, Inc., 2934.(Glago, Mark) |
| 3871504 | 03/21/2013 11:00:46 | 2-10-cv-8888 | Short-Form Joinder of TRTB, Inc., 4243.(Glago, Mark) |
| 3871505 | 03/21/2013 11:01:32 | 2-10-cv-8888 | Short-Form Joinder of T.D. Boats, L.L.C., 0532.(Glago, Mark) |
| 3871506 | 03/21/2013 11:02:13 | 2-10-cv-8888 | Short-Form Joinder of Danco Operations, L.L.C., 3291.(Glago, Mark) |
| 3871514 | 03/21/2013 11:03:59 | 2-10-cv-8888 | Short-Form Joinder of Bailey Janice, L.L.C., 2720.(Glago, Mark) |
| 3871520 | 03/21/2013 11:05:12 | 2-10-cv-8888 | Short-Form Joinder of Painter Street, L.L.C., 0235.(Glago, Mark) |
| 3871522 | 03/21/2013 11:06:04 | 2-10-cv-8888 | Short-Form Joinder of Adams Cab Service, 2737.(Glago, Mark) |
| 3871528 | 03/21/2013 11:07:01 | 2-10-cv-8888 | Short-Form Joinder of Studio 831, 7167.(Glago, Mark) |
| 3871533 | 03/21/2013 11:08:11 | 2-10-cv-8888 | Short-Form Joinder of Shreeganesh, Inc. d/b/a Monte Carlo Hotel, 1412.(Glago, Mark) |
| 3871538 | 03/21/2013 11:08:59 | 2-10-cv-8888 | Short-Form Joinder of 47, Inc. d/b/a Seafood Corner, 7372.(Glago, Mark) |
| 3871766 | 03/21/2013 12:21:44 | 2-10-cv-8888 | Short-Form Joinder of Royal Street Deli a/k/a Corner Grocery, 3352.(Glago, Mark) |
| 3871767 | 03/21/2013 12:22:23 | 2-10-cv-8888 | Short-Form Joinder of M&B's Foreign Auto Specialists, 4146.(Glago, Mark) |

| | | | |
|---|---|---|---|
| 3871770 | 03/21/2013 12:23:19 | 2-10-cv-8888 | Short-Form Joinder of Glago Law Firm, L.L.C., 4350.(Glago, Mark) |
| 3874492 | 03/22/2013 15:35:17 | 2-10-cv-8888 | Short-Form Joinder of Brett E. Patron and Associates, 5309.(Glago, Mark) |
| 3874495 | 03/22/2013 15:36:06 | 2-10-cv-8888 | Short-Form Joinder of CHR Holding Corp., 4763.(Glago, Mark) |
| 3874501 | 03/22/2013 15:36:52 | 2-10-cv-8888 | Short-Form Joinder of J. Dixon Trucking, L.L.C., 6058.(Glago, Mark) |