IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: oil spill by the oil rig "Deepwater          MDL No. 2179
Horizon" in the Gulf of Mexico on
April 20, 2010         Section J

This document related to:         JUDGE BARBIER
2:10-cv-0888-CJB-SS         MAGISTRATE JUDGE SHUSHAN

ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short From Joinders Beyond the September 16, 2011 deadline is hereby Granted and all Short form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil action No. 10-08888, shall be considered timely filed in the Transocean Limitation (Civil action No. 10-2771), as well as joinders in the Bundle B1 and/or Bundle B3 Amended Master Complaints, in accordance with Pretrial Orders Nos 24 and 25.

Signed this the _____ day of March, 2013.

                                                     _____
                                                     HONORABLE CARL J. BARBIER
                                                     U.S. DISTRICT COUT JUDGE

|   | Filed Document # | Claimants | Date Filed |
|---|---|---|---|
|   |   | **EXHIBIT "A"** |   |
| 1 | 124784 | MP Holdings, LLC | 3/21/2013 |
| 2 | 124791 | Ocean Club of Biloxi, Ltd. | 3/21/2013 |
| 3 | 124837 | Hammock Bay d/b/a/ Freeport 860, LLC | 3/21/2013 |
| 4 | 124850 | Shoeless Joe, LLC | 3/21/2013 |
| 5 | 124855 | Pink Marine Construction | 3/21/2013 |
| 67 | 125129 | Sitton, Gary | 3/22/2013 |
| 8 | 125133 | Sinopoli, Gary | 3/22/2013 |
| 9 | 125137 | Seymour, Jason | 3/22/2013 |
| 10 | 125139 | Siragusa, Robert | 3/22/2013 |
| 11 | 125142 | Shanks, Rodger | 3/22/2013 |
| 12 | 125144 | Roettele, Hue | 3/22/2013 |
| 13 | 125145 | Roettele, Hue | 3/22/2013 |
| 14 | 125148 | Roettele, Hue | 3/22/2013 |
| 15 | 125155 | Puckett, Camille | 3/22/2013 |
| 16 | 125157 | Poston, Stephen | 3/22/2013 |
| 17 | 125171 | Morris, James | 3/22/2013 |
| 18 | 125175 | Palter, Richard | 3/22/2013 |
| 19 | 125178 | Palter, Richard | 3/22/2013 |
| 20 | 125184 | Poillion, Alphonse | 3/22/2013 |
| 21 | 125185 | Kanive, Edward | 3/22/2013 |
| 22 | 125186 | Grober, Robert | 3/22/2013 |
| 23 | 125187 | McCrory, Cecil | 3/22/2013 |
| 24 | 125188 | Gray, Morris | 3/22/2013 |
| 25 | 125192 | Barvie, Mariano | 3/22/2013 |
| 26 | 125199 | Bailey, Jody | 3/22/2013 |
| 27 | 125221 | Sovereign Builders Group, LTD | 3/22/2013 |
| 28 | 125226 | Biloxi Capital, LLC | 3/22/2013 |
| 29 | 125227 | Sun Tan Motel Properties, LLC | 3/22/2013 |
| 30 | 125241 | Flowler, Charles | 3/22/2013 |
| 31 | 125242 | Caraway, Kirk | 3/22/2013 |
| 32 | 125245 | Schaeffer, Andrew | 3/22/2013 |
| 33 | 125247 | Poillion, Allisonmarie | 3/22/2013 |
| 34 | 125252 | Sun Ray Development | 3/22/2013 |
| 35 | 125255 | Guest, Thomas | 3/22/2013 |
| 36 | 125257 | Lucas, Aubry | 3/22/2013 |
| 37 | 125261 | Lucas, Aubry | 3/22/2013 |
| 38 | 125269 | Sitton, Gary | 3/22/2013 |
| 39 | 125278 | M.F. Carter insurance agency | 3/22/2013 |
| 40 | 125287 | Smith, Alex | 3/22/2013 |