UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * | MAG. JUDGE SHUSAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |

**************************************************************************

# EXHIBIT A

| Claimant | Date Filed | Docket Number |
|---|---|---|
| 1 A Health Park Dental Group, LLC | 10/09/2012 | 120772 |
| 2 New Orleans Roast, LLC | 10/09/2012 | 120771 |
| 3 Metry Brew, LLC | 10/09/2012 | 120770 |
| 4 Marketplace Brew, LLC | 10/09/2012 | 120769 |
| 5 Campus Brew, LLC | 10/09/2012 | 120768 |
| 6 B&B Canal, LLC | 10/09/2012 | 120767 |
| 7 21 Brew, LLC | 10/09/2012 | 120766 |
| 8 Essen Brew, LLC | 10/09/2012 | 120765 |
| 9 Maple Brew, LLC | 10/09/2012 | 120764 |
| 10 Brew Dat, LLC | 10/09/2012 | 120763 |
| 11 Kenneth Sanders | 10/09/2012 | 120762 |
| 12 GRM, LLC | 10/09/2012 | 120761 |
| 13 Mark's Tree & Stump Service | 10/09/2012 | 120760 |
| 14 The Glenn & Debbie Landry Fly. Trust | 10/09/2012 | 120759 |
| 15 Tyler Square, LLC | 10/09/2012 | 120758 |
| 16 Broland Investments, Inc. | 10/09/2012 | 120757 |
| 17 Team BG & Associates LMA, Inc. | 10/09/2012 | 120756 |
| 18 Anthony Trenticosta | 10/09/2012 | 120755 |
| 19 Betty Purcell | 12/07/2012 | 121361 |
| 20 Claiborne Car Care | 12/07/2012 | 121360 |
| 21 Salon Namaste | 12/07/2012 | 121359 |
| 22 Commercial Realty, Inc. | 12/07/2012 | 121358 |
| 23 Danny Matherne | 12/07/2012 | 121357 |
| 24 Abraham Aguilar | 12/07/2012 | 121356 |
| 25 Alex Patout | 12/07/2012 | 121355 |

| | | | |
|---|---|---|---|
| 26 | Surgi's Heating & A/C, Inc. | 12/07/2012 | 121354 |
| 27 | Cyres Transpotation | 12/07/2012 | 121353 |
| 28 | Octavia Art & Film, LLC | 12/07/2012 | 121352 |
| 29 | Island Breeze Coffee House, LLC | 12/07/2012 | 121351 |
| 30 | Black Diamond Catering | 12/07/2012 | 121348 |
| 31 | Kenneth Garrett | 12/07/2012 | 121347 |
| 32 | Ignatius Atsina | 12/07/2012 | 121346 |
| 33 | Matthew Organ | 12/07/2012 | 121345 |
| 34 | ABDRE, LLC | 12/07/2012 | 121344 |