UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 10-8888 (Rec. Doc. 48042); 12-970 | * | |
| | * | MAGISTRATE SHUSHAN |

**ORDER**
**[Regarding the Claim of Dien Nguyen]**

This matter concerns a third party claim asserted by the law firm of Brent Coon & Associates ("BCA"), and possibly also James J. Dailey, P.C., against any settlement payments that may be owed to Dien Nguyen under the *Deepwater Horizon* Economic and Property Damages Settlement ("Settlement"). By letter dated February 21, 2013, the Settlement Claims Administrator informed Mr. Nguyen that BCA had asserted a "Valid Third Party Claim and/or Lien Claim" for 25% of Mr. Nguyen's potential recovery. (Ex. A) The purported basis of BCA's claim is a contract dated September 14, 2010 wherein Mr. Nguyen allegedly hired BCA and James J. Dailey, P.C. to represent him in connection with his claims arising from the Deepwater Horizon explosion and oil spill ("the Contract"). (Ex. B) Mr. Nguyen objected to BCA's third party claim in a letter to the Claims Administrator dated Feb. 27, 2013. (Ex. C) Mr. Nguyen asserts that he never agreed to BCA's or James J. Dailey, P.C.'s representation, and that the signatures and initials appearing on the Contract are not his. Attached to his letter are copies of Mr. Nguyen's driver's license and other documents which, according to Mr. Nguyen, show that the signature and initials on the Contract are forgeries. (Ex. D)[1]

---

[1] Exhibit D contains redacted versions of some of the documents provided by Mr. Nguyen. Unredacted versions of all of Mr. Nguyen's documents that are in the Court's possession are filed under seal as Exhibit E.

This Court has continuing jurisdiction over the Settlement, Economic Class Members, and third party claims against claimant recoveries. (Procedure & First Amend. Procedure for Processing Third Party Claims, Rec. Docs. 7359 & 8859; Settlement Final Approval Order & Judgment, Rec. Doc. 8139) After comparing the signature of "Dien Nguyen" on the Contract (Ex. B p.7) with the signatures appearing on the other documents provided by Mr. Nguyen, the Court finds there is substantial reason to doubt the validity of BCA's third party claim and James J. Dailey, P.C.'s third party claim, to the extent it asserts one.[2]   Accordingly,

**IT IS ORDERED** that Brent Coon and James J. Dailey shall **APPEAR** in person before the Court (500 Poydras St., Courtroom C268, New Orleans, LA) on Friday, April 5, 2013 at 9:00 a.m. and **SHOW CAUSE** why BCA's and James J. Dailey, P.C.'s, if asserted, third-party claim and/or lien claim against any Settlement payments owed to Dien Nguyen should not be denied and dismissed.

**FURTHER ORDERED** that Dien Nguyen also shall appear before the Court (500 Poydras St., Courtroom C268, New Orleans, LA) on Friday, April 5, 2013 at 9:00 a.m.

Signed in New Orleans, Louisiana, this 25th day of March, 2013

_____
United States District Judge

---

[2] The Court's own investigation into this matter turned up a Short Form Claim that Mr. Nguyen filed with the Court on April 11, 2011. (Ex. F) Mr. Nguyen's signature on the Short Form is similar to the other signatures appearing on the documents he attached to his letter to the Claims Administrator. Likewise, Mr. Nguyen's signature on the Short Form is different from the signature of "Dien Nguyen" appearing on page 7 of the Contract with BCA and James J. Dailey, P.C. Furthermore, the Short Form indicates that Mr. Nguyen not represented by an attorney, which is consistent with his assertion that he did not hire BCA and James J. Dailey, P.C.

2

**Clerk to Serve:**

| | |
|---|---|
| **Brent Coon** | **James J. Dailey** |
| 215 Fannin, Suite 200 | 1206 Dauphin St. |
| Houston, TX 77002 | Mobile, AL 36604 |
| | |
| 215 Orleans St. | 21 N. Florida St. |
| Beaumont, TX 77701 | Mobile, AL 36607 |
| | |
| 2133 Silverside Drive, Suite G | |
| Baton Rouge, LA 70808 | **Dien Nguyen** |
| | 2408 Westside Dr. |
| 619 Jefferson Hwy/ Suite 1D | Gretna, LA 70056 |
| Baton Rouge, LA 70806 | |