

EXHIBIT A

February 21, 2013

*By Certified Mail*
Dien Nguyen
2408 Westside Drive
Gretna, LA 70056

Brent Coon
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701

    RE:  Notice of Valid Third Party Claim and Opportunity to Object
           Settlement Program Claimant Name: Dien Nguyen

Dear Mr. Nguyen and Mr. Coon:

This is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program about the receipt of a Valid Third Party Claim and/or Lien Claim ("Third Party Claim") against any Settlement Payment(s) made to the Claimant under the Settlement Agreement.

Third Party Claim Information:

| Third Party Claimant | Brent Coon & Associates |
|---|---|
| Asserted Claim Amount | 25% of Claimant's Settlement Payment(s) |
| Date Received | December 5, 2012 |
| Claim Documentation | Attached to Claimant's copy of this correspondence. |

**Notice to Claimant:** You have 20 days from the date of this notice to notify us of any objection to the Third Party Claim. If you object to the Third Party Claim, you must resolve it with the Third Party Claimant or seek court assistance to resolve the dispute. If you do not object, please notify us as soon as possible so that we can initiate the payment process.

    **IMPORTANT:** We have a legal obligation to pay valid third party claims. If you do not notify us of any objection to the Third Party Claim within 20 days, or **by March 13, 2013**, we will deduct the Third Party Claim amount from your Settlement Payment at the appropriate time and in accordance with all applicable state and federal laws, the Settlement Agreement, and Court Orders regarding settlement implementation.

**Payment of the Third Party Claim:** If there is no dispute as to the Third Party Claim, we will deduct the Third Party Claim amount from any Settlement Payment otherwise due to the Claimant under the Settlement Agreement and, to the extent that there are sufficient funds in the Settlement Payment, transmit such amount to the Third Party Claimant in accordance with the payment instructions and/or applicable state and federal law. We will pay the balance of the



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

Settlement Payment to the Claimant according to the provisions of the Settlement Agreement and Court Orders regarding settlement implementation.

If there is a dispute as to the Third Party Claim, we will withhold the disputed Third Party Claim amount until we receive either: (1) written confirmation from the Claimant and/or the Claimant's attorney and the Third Party Claimant that the dispute is resolved, or (2) a copy of a final, non-appealable order from a court determining the amount, if any, to be paid to the Third Party Claimant, in which case we will make further payments as required by such order and to the extent that there are Settlement Payment funds available. We will pay the balance of the Settlement Payment to the Claimant according to the provisions of the Settlement Agreement and Court Orders regarding settlement implementation.

<u>Notice to Third Party Claimant</u>: In anticipation of payment, please provide us with the correct name and address as you would like them to appear on the check.

<u>Questions</u>: If you have any questions about this Notice, send an email to thirdpartyclaims@dhecc.com.

<u>How to Respond</u>: Submit notice of any objection to us in any of the following ways:

| | |
|---|---|
| **By Mail** (Postmarked no later than your response deadline) | Deepwater Horizon Economic Claims Center PO Box 1439 Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your response deadline) | Deepwater Horizon Economic Claims Center c/o Claims Administrator 42548 Happy Woods Road Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your response deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your response deadline) | thirdpartyclaims@dhecc.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your response deadline) | You may take the required information or documents to a Claimant Assistance Center. |

Sincerely,

Claims Administrator
Deepwater Horizon Claims Center

Enclosure (with Claimant's copy of this Correspondence)