EXHIBIT C

Dien Nguyen
2408 Westside Dr.
Gretna, LA 70056

February 27, 2013

DWH #: ████423
SSN: 7372

RE:  Objection to 3ʳᵈ Party Lien

Dear DWH Administrator:

I am responding to the "Notice of Valid Third Party Claim and Opportunity to Object
Settlement" dated February 21, 2013 that I received. I am objecting to the attempted 3ʳᵈ party
lien by Brent Coon & Associates. I have reviewed the attached POA and contract accompanied
with the letter. I attest that the initials and signature on those forms were not completed by me. I
have never signed any contract with the firm to represent me in matters relating to the Deepwater
Horizon Incident. I am submitting documentation of my actual signature in the forms of driver's
license, tax returns, and other legal documents. I would like to resolve this matter quickly.
Please contact me should you have any questions or need additional information.

Sincerely,

Dien Nguyen, Claimant