# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION




*Personal description of holder as of date of naturalization:*

Date of birth: AUGUST 25, 1968

Sex: MALE

Height: 5 feet 2 inches

Marital status: SINGLE

Country of former nationality: VIETNAM



*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

................................................................
*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Attorney General*

at: HOUSTON, TEXAS

*The Attorney General having found that:*

DIEN NGUYEN

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

at: HOUSTON, TEXAS     on: MAY 11, 1995

*that such person is admitted as a citizen of the United States of America.*

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

*Commissioner of Immigration and Naturalization*

**DEPARTMENT OF JUSTICE**

FORM N-550 REV. 6-91                     BUREAU OF ENGRAVING AND PRINTING

EXHIBIT D





## Louisiana Department of Wildlife & Fisheries
### Office of Management and Finance
### Licensing
### P.O. Box 14796
### Baton Rouge, LA 70898-9000

### Certified Vessel License Owner's Form

Under the authority of 56:303E. (1), this form may be used to qualify a Louisiana licensed vessel owner as "certified". The fisherman's licensed tax preparer must complete the form certifying that based upon his most recent federal income tax return that the fisherman earns at least fifty percent of his income from commercial fishing activities, and have it notarized.

Please Print

| THIS SECTION TO BE COMPLETED BY COMMERCIAL FISHERMAN ||
|---|---|
| 1. Vessel Owner Name/SSN or Tax ID<br>Dien Nguyen ▓▓▓7372 | 2. Vessel License Number/ Vessel Registration ID Number<br>▓▓▓ |
| 3. Mailing Address, City, State, Zip  2408 Westside Dr<br>Gretna, LA 70056 | 4. Telephone<br>▓▓▓ |
| I hereby certify that the information provided herein is true and correct. | 5. Vessel Owner's Signature<br>T Dcemguyen<br>6. Date  6-30-10 |

| THIS SECTION TO BE COMPLETED BY LICENSED TAX PREPARER ||||
|---|---|---|---|
| 7. Tax Preparer's Name<br>LAM H. NGUYEN | 8. Tax Preparer's License Number<br>GRETNA 7892 |||
| 9. Company's Name<br>LHN TAX SERVICE | 10. Telephone<br>(504) 263-1237 |||
| 11. Mailing Address, City, State, Zip  GRETNA, LA<br>1500 LAFAYETTE ST. STE. 148 | 12. Tax Year<br>2009 | 13. Earned Income<br>▓▓▓ | 14. Fishing Income<br>▓▓▓ |
| I certify that based upon this vessel owner's most recent federal income tax return the fisherman earns at least fifty percent of his income from commercial fishing activities. | 15. Tax Preparer's Signature  Lam H. Nguyen<br>16. Date  6/30/10 |||

Sworn to and subscribed before me this _____ day of _____, 20___.

_____
Notary Public