UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | *  CIVIL ACTION *  *  MDL NO. 2179 *  *  SECTION "J" |
| THIS DOCUMENT RELATES TO: | * *  HON. CARL BARBIER |
| Docket No. 2:10-cv-08888 & Docket No. 2:10-cv-02771 | * *  MAG. JUDGE SHUSHAN * |

* * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE CLAIM IN LIMITATION BEYOND THE MONITION DATE

**COMES NOW** Claimant, N and N Construction, LLC, a limited liability company engaged in marine construction, domiciled in Pearl River, Louisiana, and moves the Court for acceptance of its Short Form Joinder, Attached as Exhibit "A," which Claimant is presenting beyond the September 16, 2011 extended filing date for Short Form Joinder Forms. Claimant shows that it retained counsel in August, 2012, after the extended Short Form filing deadline, that on advice of counsel Claimant should become party to the Transocean Limitation Proceeding, that Claimant is

1

a member of the Settlement Class and has released BP and the "Released Parties and Entities" as set forth in the Settlement Agreement, and that the Court's acceptance and recognition of its Short Form joinder will not prejudice any party to the Transocean limitation proceeding which remains pending and unresolved.

Respectfully submitted, this the **25th** day of March, 2013.

**BORDELON & THERIOT**

**S/ Alvin J. Bordelon, Jr.**
Alvin J. Bordelon, Jr., #3244, (T. A.)
429 Arlington Drive
Metairie, LA 70001
Tel: 504- 460-7903 / 504-309-2789
Fax: 504-306-3063
E-mail: alvinjbordelon@cox.net

*Attorney for Claimant*
*N and N Construction, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 25, 2013**, I electronically filed the foregoing document with the Clerk of court by using the CM/ECF system and provided notice to all counsel of record through LexisNexis File and Serve.

**S/ Alvin J. Bordelon, Jr.**
**Alvin J. Bordelon, Jr.(# 03244)**