UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * | CIVIL ACTION<br><br>MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | HON. CARL BARBIER |
| Docket No. 2:10-cv-08888 & Docket No. 2:10-cv-02771 | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE CLAIM IN LIMITATION**
**BEYOND THE MONITION DATE**

MAY IT PLEASE THE COURT:

    N and N Construction, LLC, a limited liability company engaged in marine construction, domiciled in Pearl River, Louisiana, sustained damages and losses as a result of the spill and is a member of the Settlement Class, having released BP and the "Released Parties and Entities" as set forth in the Settlement Agreement. Claimant did not retain counsel and was unaware of its rights in

1

the Transocean limitation proceeding until almost one year after passage of the September 16, 2011 extended deadline for filing a Short Form Joinder. On advice of counsel, Claimant should become party to the Transocean Limitation Proceeding. The Court's acceptance and recognition of Claimant's Short Form joinder will not prejudice any party to the Transocean limitation proceeding which remains pending and unresolved.

Respectfully submitted, this the **25th** day of March, 2013.

**BORDELON & THERIOT**

**S/ Alvin J. Bordelon, Jr.**
Alvin J. Bordelon, Jr., #3244, (T. A.)
429 Arlington Drive
Metairie, LA 70001
Tel: 504- 460-7903 / 504-309-2789
Fax: 504-306-3063
E-mail: alvinjbordelon@cox.net

*Attorney for Claimant*
*N and N Construction, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 25, 2013**, I electronically filed the foregoing document with the Clerk of court by using the CM/ECF system and provided notice to all counsel of record through LexisNexis File and Serve.

S/ Alvin J. Bordelon, Jr.
Alvin J. Bordelon, Jr.(# 03244)