# Exhibit "A"

| Claimant Name | Date of Filing | Short Form Number |
|---|---|---|
| 47, Inc. d/b/a Seafood Corner | 03/21/2013 | 124761 |
| Adams Cab Service | 03/21/2013 | 124757 |
| Bailey Janice, L.L.C. | 03/21/2013 | 124754 |
| Basjon Jordan's Taekwondo Plus, L.L.C. | 03/19/2013 | 124388 |
| Boudreaux's Flatbed Service | 03/21/2013 | 124744 |
| Brett Patron Appraisals | 03/22/2013 | 125303 |
| Calloway Fitness Corporation | 03/19/2013 | 124385 |
| Casa Cab Service | 03/21/2013 | 124743 |
| CHR Holdings, Inc. | 03/22/2013 | 125305 |
| Danco Operations, L.L.C. | 03/21/2013 | 124752 |
| Dominguez Construction | 03/21/2013 | 124741 |
| Fabritech, Inc. | 03/19/2013 | 124383 |
| Fat Catz Music Club, Inc. | 03/19/2013 | 124370 |
| Feelgoodz, L.L.C. | 03/19/2013 | 124389 |
| Funky 544, L.L.C. | 03/19/2013 | 124376 |
| Giamo Investments, L.L.C. | 03/19/2013 | 124387 |
| Glago Law Firm, L.L.C. | 03/21/2013 | 124807 |
| J. Dixon Enterprise, L.L.C. | 03/22/2013 | 125306 |
| L&J Gilyot Mortgage, Inc. | 03/21/2013 | 124748 |
| LRG and J, L.L.C. | 03/19/2013 | 124404 |
| Mandle Edwards Surveying, Inc. | 03/19/2013 | 124384 |
| Maple Street Entertainment, L.L.C. | 03/19/2013 | 124381 |
| Nola Animal Clinic, L.L.C. | 03/19/2013 | 124402 |
| OM Balaji, L.L.C. d/b/a Royal Palms Motel | 03/21/2013 | 124735 |
| Puglia Sporting Goods, Inc. | 03/19/2013 | 124403 |
| M&B's Foreign Auto Specialists | 03/21/2013 | 124806 |
| Painter & Johnson Street, L.L.C. | 03/21/2013 | 124736 |
| Painter Street, L.L.C. | 03/21/2013 | 124756 |
| Parsa Inc. d/b/a Industry Bar | 03/19/2013 | 124378 |
| Royal Street Deli a/k/a Corner Grocery | 03/21/2013 | 124805 |
| Shreeganesh, Inc. d/b/a Monte Carlo Hotel | 03/21/2013 | 124759 |
| Singley Marine, L.L.C. | 03/21/2013 | 124746 |
| Studio 831 | 03/21/2013 | 124758 |
| T.D. Boats, L.L.C. | 03/21/2013 | 124751 |
| T. Mondale Construction | 03/19/2013 | 124407 |
| Ten-O-One Corporation d/b/a Mattasa's | 03/19/2013 | 124406 |
| Tran's Catering | 03/21/2013 | 124740 |
| Toby is Dead, Inc. d/b/a Jimani's | 03/19/2013 | 124405 |
| Trademark Adventure Charters, L.L.C. | 03/19/2013 | 124400 |
| TRTB, Inc. | 03/21/2013 | 124749 |
| Vidhyut Lodging, L.L.C. | 03/19/2013 | 124401 |