## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**
*Civil Action Number 13-0492 "J"*

### GULFCOAST ULTRASOUND INSTITUTE, INC.'S MOTION TO INTERVENE

Gulfcoast Ultrasound Institute, Inc. (hereinafter "Gulfcoast") hereby moves pursuant to Fed.R.Civ. P. 24 to participate in this matter as a plaintiff-intervenor.

As demonstrated in the Memorandum in Support filed herewith, Gulfcoast should be granted intervention of right under Fed.R.Civ.P. 24(a)(2) because (1) Gulfcoast's motion to intervene is timely; (2) Gulfcoast has direct, substantial and legally protected interests in this action; (3) the disposition of this action may, as a practical matter, impair or impede those interests; and (4) the present parties to the action do not adequately represent Gulfcoast's interests.

If not granted intervention of right, Gulfcoast requests that it be granted permissive intervention pursuant to Fed.R.Civ.P. 24(b)(1)(B). The claims and arguments that Gulfcoast would assert present questions of law and fact in common with the underlying suit and Gulfcoast's motion to intervene is timely and would not delay or prejudice the litigation.

BP Exploration & Production, Inc. and BP America Production Company oppose this intervention. Counsel for Patrick A. Juneau, in his official capacity as Claims

1

Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust, takes no position on the Complaint in Intervention and will leave it to the Court's discretion.

WHEREFORE, Gulfcoast respectfully requests that this Court enter an Order granting Gulfcoast's intervention of right pursuant to Fed.R.Civ.P. 24(a)(2) or, alternatively, granting permissive intervention under Fed.R.Civ.P. 24(b)(1)(B).

```
THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :      (985) 732-5651
FAX        :      (985) 735-5579
E-MAIL     :      fedcourtmail@rgplaw.com

KUYKENDALL & ASSOCIATES, LLC
23937 U.S. HIGHWAY 98, SUITE 3
FAIRHOPE, ALABAMA  36532
PHONE      :      (251) 928-4008
FAX        :      (205) 453-0042
E-MAIL     :      rkuykendall@att.blackberry.net
```

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Intervenor

## LOCAL RULE 7.6 CERTIFICATE

This is to certify that, pursuant to Local Rule 7.6, I have contacted counsel for all parties herein regarding whether they had opposition to the filing of the above pleading. Counsel for BP Exploration & Production, Inc. and BP America Production Company do oppose the intervention.  Counsel for Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust, takes no position on the Complaint in Intervention and will leave it to the Court's discretion.

March 25, 2013.

        s/Ronnie G. Penton
        Ronnie G. Penton

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve, in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 25th day of March, 2013.

      <u>s/Ronnie G. Penton</u>
      Ronnie G. Penton