UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*************************************************************

**THIS DOCUMENT RELATES TO:**
*Civil Action Number 13-0492 "J"*


# O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that the GULFCOAST ULTRASOUND INSTITUTE, INC.'S MOTION TO INTERVENE is granted.

IT IS FURTHER ORDERED that the Complaint in Intervention be filed in the above captioned litigation on behalf of Gulfcoast Ultrasound Institute, Inc.

Signed in New Orleans, Louisiana, this the _____ day of March, 2013.


_____
UNITED STATES DISTRICT JUDGE