UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL | * | MDL NO. 2179 |
| | RIG "DEEPWATER HORIZON" | * | |
| | IN THE GULF OF MEXICO, ON | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| | | * | MAG. JUDGE SHUSHAN |

**************************************************************************

THIS DOCUMENT RELATES TO:
*Civil Action Number 13-0492 "J"*

### *EX PARTE* MOTION FOR EXCEPTION TO PRE-TRIAL ORDER NUMBER 15

BP Exploration & Production, Inc. and BP America Production Company (collectively "BP") have filed a *Motion for a Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards of Business Economic Loss Claims Based on Fictitious Losses* in Civil Action Number 13-0492 "J" (Record Document 1).

Gulfcoast Ultrasound Institute, Inc. (hereinafter "Gulfcoast") filed a Motion to Intervene into Civil Action 13-0492 (Record Document 12).

A hearing has been scheduled on BP's Motion on April 5, 2013 at 9:30 a.m. Intervenor hereby desires that this Honorable Court specifically except Gulfcoast's Motion to Intervene from Pre-Trial Order No. 15 (Record Document 676) providing for continuance of Gulfcoast's Motion, and organize and prioritize the Motion to Intervene to allow Intervenor's Motion to be heard on April 5, 2013.

Accordingly, Intervenor respectfully requests that this Honorable Court allow Intervenor to have its Motion to Intervene heard on April 5, 2013.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :      (985) 732-5651
FAX            :      (985) 735-5579
E-MAIL      :      fedcourtmail@rgplaw.com

KUYKENDALL & ASSOCIATES, LLC
23937 U.S. HIGHWAY 98, SUITE 3
FAIRHOPE, ALABAMA  36532
PHONE      :      (251) 928-4008
FAX            :      (205) 453-0042
E-MAIL      :      rkuykendall@att.blackberry.net


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Intervenor

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve, in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 25th day of March, 2013.

            s/Ronnie G. Penton
            Ronnie G. Penton