UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |

*******************************************************************

**THIS DOCUMENT RELATES TO:**
*Civil Action Number 13-0492 "J"*

## [PROPOSED] ORDER

The Court has considered Gulfcoast Ultrasound Institute, Inc.'s *Ex Parte* Motion for Exception to Pre-Trial Order 15.

IT IS ORDERED that Intervenor's Motion is GRANTED.

IT IS FURTHER ORDERED that the hearing on Gulfcoast Ultrasound Institute, Inc.'s Motion to Intervene shall take place on the 5th day of April, 2013, at 9:30 o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
United States District Judge