IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the oil rig "Deepwater
Horizon" in the Gulf of Mexico, on
April 20, 2010

MDL No. 2179

Section J

This documents relates to:
2:10-cv-08888-CJB-SS

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

---

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
## FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now comes various Claimants as set forth on Exhibit "A" ("Claimants") who move this

Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought

by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater

Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice

and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the

Court as follows:

        1.      This Court originally established a deadline for the filing of the claims in

the Transocean limitations proceeding for April 20, 2011.

        2.      The court extended the deadline for filing of the claims in the Transocean

limitations proceeding to September 16, 2011.

        3.      Claimants contacted counsel after September 16, 2011, seeking assistance

in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon*

explosion and resulting oil spill.

In Re: Oil Spill by the Oil rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010 – MDL No. 2179
2:10-CV-08888-CJB-SS

4.        Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5.        No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A".  No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.  For these reasons, Claimants respectfully request that the Court grant Movants' Motion for Acceptance of Short Form Joinders filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

William B. Weatherly
WeatherlyWilliams, PLLC
2000 East Pass Road
Gulfport, MS  39507
Telephone: 228-896-0811
Facsimile:  601-896-2993
wbw@weatherlywilliams.com

In Re: Oil Spill by the Oil rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010 – MDL No. 2179
2:10-CV-08888-CJB-SS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25th, 2013, I electronically filed the foregoing

document with the Clerk of Court for the United States District court of the Eastern District of

Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File and

Serve to all counsel of record.

William B. Weatherly
WeatherlyWilliams, PLLC
2000 East Pass Road
Gulfport, MS  39507
Telephone: 228-896-0811
Facsimile:  601-896-2993
wbw@weatherlywilliams.com

EXHIBIT "A"

| CLAIMANT | DATE OF FILING | DOCUMENT # |
|----------|----------------|------------|
| Adams, Mike (Amended | 3/25/2013 | 126250 |
| Turnbough, Jocelyn | 3/25/2013 | 125987 |
| Weatherly, Gayle | 3/25/2013 | 125982 |
| Vick, Nancy | 3/25/2013 | 125971 |
| Vick, Walter | 3/25/2013 | 125962 |
| Vereen, Michael | 3/25/2013 | 125956 |
| Spradlin, Stacy | 3/25/2013 | 125947 |
| TSG Real Estate, LLC | 3/25/2013 | 125942 |
| Sutley, Eugene | 3/25/2013 | 125949 |