IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the oil rig "Deepwater  
Horizon" in the Gulf of Mexico, on  
April 20, 2010

MDL No. 2179

Section J

This documents relates to:  
2:10-cv-08888-CJB-SS

JUDGE BARBIER  
MAGISTRATE JUDGE SHUSHAN

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby Granted and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-08888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinders in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this the _____ day of _____, 2013.

_____  
HONORABLE CARL J. BARBIER  
U.S. DISTRICT COURT JUDGE

EXHIBIT "A"

| CLAIMANT | DATE OF FILING | DOCUMENT # |
|---|---|---|
| Adams, Mike (Amended | 3/25/2013 | 126250 |
| Turnbough, Jocelyn | 3/25/2013 | 125987 |
| Weatherly, Gayle | 3/25/2013 | 125982 |
| Vick, Nancy | 3/25/2013 | 125971 |
| Vick, Walter | 3/25/2013 | 125962 |
| Vereen, Michael | 3/25/2013 | 125956 |
| Spradlin, Stacy | 3/25/2013 | 125947 |
| TSG Real Estate, LLC | 3/25/2013 | 125942 |
| Sutley, Eugene | 3/25/2013 | 125949 |