UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAGISTRATE SHUSHAN |

## TRANSOCEAN'S MOTION TO ADMIT ADDITIONAL VIDEO EXCERPTS OF DAVID MCKAY DEPOSITION TESTIMONY

The Transocean Defendants ("Transocean") hereby moves the Court to admit certain deposition excerpts of David McKay rebutting expert testimony of plaintiffs' expert Geoff Webster which was outside the four corners of his report. Transocean seeks to play a total of eleven minutes of Mr. McKay's testimony; of those eleven minutes, approximately five minutes of testimony was not contained in the deposition bundle previously lodged with the Court. The additional non-bundled excerpts Transocean proposes to play are: 128:18-129:20; 58:13-58:16; 242:13-244:06; 246:7-17; 247:2-4. For the assistance of the Court, the excerpts at issue are highlighted in the attached Exhibit A. Relevant testimony of Mr. Webster is attached as Exhibit B.

DATED: March 25, 2013                           Respectfully submitted,

By: /s/ Brad D. Brian                           By: /s/ Steven L. Roberts
Brad D. Brian                                   Steven L. Roberts
Michael R. Doyen                                Rachel Giesber Clingman
Daniel B. Levin                                 Sean Jordan
Susan E. Nash                                   SUTHERLAND ASBILL & BRENNAN LLP

| | |
|---|---|
| MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>    michael.doyen@mto.com<br>    daniel.levin@mto.com<br>    susan.nash@mto.com | 1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com<br>    rachel.clingman@sutherland.com<br>    sean.jordan@sutherland.com<br><br>By: /s/ Kerry J. Miller<br>Kerry J. Miller<br>FRILOT, LLC<br>110 Poydras St., Suite 3700<br>New Orleans, LA 70163 |
| By: /s/ Edwin G. Preis<br>Edwin G. Preis, Jr.<br>PREIS & ROY PLC<br>Versailles Blvd., Suite 400<br>Lafayette, LA 70501<br>(337) 237-6062<br>    *and*<br>601 Poydras Street, Suite 1700<br>New Orleans, LA 70130<br>(504) 581-6062 | Tel: (504) 599-8194<br>Fax: (504) 599-8154<br>Email: kmiller@frilot.com<br><br>John M. Elsley<br>ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>(713) 224-8380 |

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of March 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                 /s/ Kerry J. Miller<br>
                                                   Kerry J. Miller