📁 **Mckay, David (Vol. 11) - 05/11/2011**

🎬 Version 6   3-22-13   320pm

**MCKAY FINAL   (13 SEGMENTS RUNNING 00:11:44.519)**   

**1. PAGE 13:23 TO 13:25   (RUNNING 00:00:05.024)**

```
23     Q.    And for the record, would you
24 state your name?
25     A.    Yes.  My name is David McKay.
```

**2. PAGE 33:03 TO 33:09   (RUNNING 00:00:11.120)**

```
03     Q.    And I think you've said already,
04 your degree is in naval architect?
05     A.    I didn't say that, but, yes, it
06 is.
07     Q.    From where?
08     A.    From the University of
09 Strathclyde in Oslo.
```

**3. PAGE 14:24 TO 15:02   (RUNNING 00:00:09.169)**

```
     24     Q.    And since 1996, while you've
     25 resided in Houston, have you been an
00015:01 employee of DNV?
     02     A.    Yes, sir.
```

**4. PAGE 21:17 TO 21:20   (RUNNING 00:00:06.028)**

```
17     Q.    What is your job?
18     A.    My job, I'm a marine surveyor.
19     Q.    You're what?
20     A.    I'm a marine surveyor.
```

**5. PAGE 17:08 TO 17:11   (RUNNING 00:00:10.494)**

```
08     Q.    Okay.  How many surveys and
09 audits do you believe you've done?
10     A.    Probably hundreds.  I couldn't
11 put a number on it.
```

**6. PAGE 39:15 TO 40:02   (RUNNING 00:00:36.938)**

```
     15     Q.    My question was:  Does the ISM
     16 report or audit report on rig safety,
     17 critical equipment, and whether or not it
     18 is functioning properly or not functioning
     19 properly?
     20     A.    The ISM audit report is a report
     21 on the compliance of the safety management
     22 system with the requirements of the ISM
     23 Code.
     24     Q.    Does that have anything to do
     25 with rig critical, safety equipment?  Yes
00040:01 or no?
     02     A.    Yes, it does.
```

**7. PAGE 87:06 TO 89:15   (RUNNING 00:02:36.131)**

```
06     Q.    Okay.  And do you spend most of
07 that time, when you're working,
```

<span style="color:red">Exhibit A</span>

```
           08  interviewing rig personnel for that?
           09       A.    Perhaps it would be useful for
           10  you if I talked you through a typical --
           11       Q.    Absolutely.
           12       A.    -- course of events.
           13       Q.    Sure.
           14       A.    Normally, of course, as I've
           15  mentioned to you, we'd arrive by
           16  helicopter.  So typically, the first thing
           17  that happens when you arrive onboard is, of
           18  course, security.  They verify you -- you
           19  are who you say you are.  You have a
           20  picture ID.
           21             Then you have a safety briefing.
           22  That's usually either a video or it's a
           23  live briefing from the safety officer to
           24  explain where the galley is, where your
           25  mustard station is, where the life boats,
00088:01   what to do in the event of emergency, what
       02  they are -- the different sounding alarms
       03  mean, et cetera.
       04             So your visits are then -- of
       05  course, you get assigned to -- if you're
       06  staying over night, you would get assigned
       07  a cabin, bunk number, et cetera.
       08             And then following that,
       09  usually, I would go and meet with the
       10  master and then -- and make plans to have
       11  the audit kick-off meeting or opening
       12  meeting.  And that's typically a half hour
       13  or so meeting that takes place with the
       14  heads of each department onboard, where
       15  we'd discuss the plan forward for the
       16  audit, who will be -- we'd finalize the
       17  kind of schedule of who will be interviewed
       18  and when.
       19             Of course, everybody onboard has
       20  their normal duties to perform.  So they
       21  have to find time in their day to
       22  accommodate the auditor.  Sometimes people
       23  are busy or not available at certain times.
       24  Sometimes we have to wait until they're
       25  actually off tour or off shift.
00089:01             And then at some point, usually
       02  we would -- we may have to participate in a
       03  drill or conduct one.  Typically, there's
       04  also a safety tour of the rig just to look
       05  at the general condition of the vessel and
       06  its safety arrangements.
       07             But the large part of the day is
       08  spent in interviews and associated review
       09  of documentation that may be presented as
       10  evidence of something that comes up during
       11  the interview.
       12       Q.    Okay.  And that includes the
       13  maintenance records?
       14       A.    Typically, yes.  Typically, it
       15  would look into the maintenance records.
```

8.  **PAGE 128:18 TO 129:20   (RUNNING 00:01:55.023)**

```
           18       Q.    Let me show you what's
           19  previously been marked as Exhibit 581.
```

```
          20   Okay.
          21       A.    Now, is this in that you -- this
          22   one or the other one?  Okay.
          23       Q.    All right.
          24       A.    Yes, sir.
          25       Q.    Have you ever seen that document
00129:01   or a document like that?
          02       A.    As to this particular document,
          03   I believe --
          04       Q.    Not -- not necessarily that --
          05       A.    This particular one?
          06       Q.    Yeah.
          07       A.    It appears to be a maintenance
          08   list.
          09       Q.    Yes, sir.
          10       A.    I have seen, in the past,
          11   maintenance lists.
          12       Q.    All right.  So you would review
          13   these maintenance records; is that correct?
          14       A.    In connection with the ISM
          15   audit?
          16       Q.    Yes, sir.
          17       A.    Normally, I would look into
          18   the -- the rig's plan maintenance system
          19   and look and see what had been done or
          20   hadn't been done.
```

9. PAGE 58:13 TO 58:16   (RUNNING 00:00:11.372)

```
          13       Q.    So when you go to the rig site,
          14   then one of the things you would do is look
          15   at the rig maintenance records?
          16       A.    Yes.
```

10. PAGE 242:13 TO 244:06   (RUNNING 00:01:50.410)

```
          13       Q.    So the reason I'm asking this is
          14   your observation No. 1.  A small number of
          15   overdue planned maintenance tasks were
          16   noted, including some that were deemed
          17   safety critical.  Is that --
          18       A.    Yes.
          19       Q.    -- a fair assessment?
          20       A.    Yep.
          21       Q.    So why is that an observation
          22   rather than a nonconformity, where a
          23   nonconformity is non-fulfillment of a
          24   specified requirement?
          25       A.    I think that's -- that's the
00243:01   same question or a similar question came up
          02   at the JIT.  And I believe what I testified
          03   to then -- and I don't have occasion to
          04   change the testimony I gave there -- was
          05   that the crew were already aware of this
          06   problem, for one thing.  So that was a
          07   point in their favor, if you like.
          08             They were able to demonstrate
          09   records related to parts already having
          10   been ordered.  It was a small number.  And
          11   the equipment itself wasn't actually
          12   non-functional.  It was just due for
          13   maintenance, and the -- the proposed date
          14   had slipped past.
```

```
           15             So based on those things, I felt
           16   that it didn't reach the level of a
           17   nonconformity.
           18             If -- if I'd find overdue
           19   planned maintenance tasks in the planned
           20   maintenance system and the crew were
           21   completely unaware of them, that would show
           22   the safety management system to have been
           23   non-functional.  But the fact that the
           24   system worked to the extent that they
           25   already had flagged these, they were able
   00244:01   to show me correspondence with the
           02   maintenance department onshore who was
           03   badgering them about having overdue
           04   maintenance.
           05             The system was working.  And as
           06   a system audit, I was satisfied.
```

11. PAGE 246:07 TO 247:04   (RUNNING 00:01:05.480)

```
           07        Q.   Now, I think earlier, you said
           08   you felt that Transocean had a corporate
           09   culture of having a good safety management
           10   system.  Do you -- did you notice a trend
           11   with their rigs of repeating to fall behind
           12   on planned maintenance?
           13        A.   I wouldn't say that that is a
           14   problem that's exclusive to any one rig
           15   operator.  I think, in my experience of
           16   doing ISM audits and class surveys, there's
           17   always some overdue maintenance.
           18        Q.   And would you say that -- that
           19   the Transocean rigs tend to have overdue
           20   maintenance?
           21        A.   Yeah.  As a subset of the all,
           22   and then by definition the Transocean ones,
           23   when you go onboard at any one time, you
           24   could look in upon the maintenance system
           25   and you might find a few items that were
   00247:01   past their due date.  So, yes.
           02             But it's -- they don't stand out
           03   as different from other drilling
           04   subcontractors having that problem.
```

12. PAGE 315:21 TO 317:13   (RUNNING 00:01:56.713)

```
           21        Q.   Now, you were asked some
           22   questions earlier about maintenance and
           23   overdue maintenance and routine
           24   maintenance, observations that you may have
           25   made at different points in time.  And I
   00316:01   think you testified that the condition of a
           02   rig tells you a lot about the maintenance
           03   program of a company or a crew onboard a
           04   rig.
           05             Is that a fair characterization
           06   of what you were alluding to?
           07        A.   Yeah.  I think what I said, was
           08   that the condition of the rig tells you a
           09   lot about the standards of maintenance and
           10   the safety management systems on how
           11   closely the crew were following up that
           12   safety management system.
```

```
       13       Q.   All right.  Now, based upon your
       14  observations as both a naval architect and
       15  a marine surveyor and your interviews of
       16  the crew, and you've looked at the rig --
       17  all right.  Based upon that, as well as
       18  your review of the rig maintenance system,
       19  the RMS system concerning maintenance, did
       20  you reach conclusion -- a conclusion about
       21  the quality of Transocean's maintenance
       22  program aboard the Deepwater Horizon?
       23       MR. MATTHEWS:
       24            Objection to form.
       25       THE WITNESS:
00317:01            The -- the vessel appeared to be
       02  well maintained to me on both visits, as
       03  far as I can remember.  It was clean, tidy.
       04  There wasn't apparent safety hazards.  The
       05  maintenance system was by and large up to
       06  date.  There was some minor problems, which
       07  I think I reported in 2007.
       08            The crew were very professional
       09  about how they -- they regarded making sure
       10  that they did what they were supposed to do
       11  with regard to their duties.  So it seemed
       12  to be a well-run operation from my
       13  perspective.
```

   13. PAGE 300:25 TO 301:21   (RUNNING 00:00:50.617)

```
       25       Q.   All right.  Is it fair to say
00301:01  that from your direct involvement in April
       02  of 2005 until April of 2009, the Transocean
       03  corporate safety management system has
       04  always been in compliance with the ISM
       05  Code?
       06       MR. HAYCRAFT:
       07            Objection to form.
       08       MR. MATTHEWS:
       09            Object to the form.
       10       THE WITNESS:
       11            In my opinion, it has.  I've
       12  endorsed the Document of Compliance each
       13  year for satisfactory completion of the
       14  audit, and the Document of Compliance does,
       15  in fact, state that -- it's a certificate
       16  to state that the system has been found in
       17  compliance with the requirements of the ISM
       18  Code.  So by endorsing it each year, it's a
       19  renewed statement, if you like, from me, as
       20  the auditor, saying, I think that you
       21  continue to comply.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:44.519)