```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL BY THE OIL RIG    *   Docket 10-MD-2179
DEEPWATER HORIZON IN THE            *
GULF OF MEXICO ON APRIL 20, 2010    *   Section J
                                    *
Applies to:                         *   New Orleans, Louisiana
                                    *
Docket 10-CV-02771,                 *   March 13, 2013
IN RE:  THE COMPLAINT AND           *
PETITION OF TRITON ASSET            *
LEASING GmbH, et al                 *
                                    *
Docket 10-CV-4536,                  *
UNITED STATES OF AMERICA v.         *
BP EXPLORATION & PRODUCTION,        *
INC., et al                         *
                                    *
 * * * * * * * * * * * * * * * * *


                 DAY 11, AFTERNOON SESSION
                 TRANSCRIPT OF NONJURY TRIAL
             BEFORE THE HONORABLE CARL J. BARBIER
                 UNITED STATES DISTRICT JUDGE
```

Appearances:

For the Plaintiffs:          Domengeaux Wright Roy
                               & Edwards, LLC
                             BY:  JAMES P. ROY, ESQ.
                             556 Jefferson Street, Suite 500
                             Post Office Box 3668
                             Lafayette, Louisiana 70502

For the Plaintiffs:          Herman Herman & Katz, LLC
                             BY:  STEPHEN J. HERMAN, ESQ.
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113

GEOFFREY WEBSTER - DIRECT

```
15:24   1    as well?
15:25   2    A.   In my opinion, yes.
15:25   3    Q.   If there is any incident of noncompliance, is Transocean
15:25   4    under any affirmative obligation to report that to anybody?
15:25   5    A.   Well, yes.  I mean, again, a normal nonconformity they
15:25   6    would report it to the company.  A major nonconformity should
15:25   7    be reported to the classification society and the flag state.
15:25   8    Q.   So once a nonconformity -- does a nonconformity always
15:25   9    have a time period in which it should be corrected?
15:25  10    A.   Yes.
15:26  11    Q.   It is the absolute obligation of the company to correct it
15:26  12    within that time period, correct?
15:26  13    A.   Yes, sir, that is correct.
15:26  14    Q.   A DNV auditor is not out there 24 hours a day every day
15:26  15    this rig is at sea, is it?
15:26  16    A.   No.
15:26  17    Q.   Is there an element of trust here?
15:26  18    A.   Yes, there has to be.  A surveyor, when they go on board,
15:26  19    cannot look into every nook and cranny on the vessel and has to
15:26  20    rely on the information they are given.
15:26  21    Q.   Well, two to three months after a DNV auditor has been out
15:26  22    there, in order to do his audit in accordance with ISM
15:26  23    regulations and the regulations of the flag state, two or three
15:26  24    months later, a nonconformity or a major nonconformity arises,
15:26  25    what is Transocean or any other vessel-owning company supposed
```

| | |
|---|---|
| 14:52 | 1    A.    That's correct. But you see, they are looking at |
| 14:52 | 2    management reviews, corrective actions, maintenance records, |
| 14:52 | 3    records of emergency exercise. That would be thousands and |
| 14:52 | 4    thousands of documents. |
| 14:52 | 5    Q.    You actually spent some time talking about this particular |
| 14:52 | 6    audit with Mr. Williams, this Det Norske Veritas audit; and you |
| 14:52 | 7    actually pointed out a particular finding that was made in this |
| 14:53 | 8    particular audit. |
| 14:53 | 9         Is it -- I'll phrase that question: At this point in |
| 14:53 | 10    time in 2007, it's your position that the safety management |
| 14:53 | 11    system of the company did not comply with the ISM Code, |
| 14:53 | 12    correct? |
| 14:53 | 13    A.    Correct. |
| 14:53 | 14    Q.    You disagree with Det Norske Veritas' conclusion? |
| 14:53 | 15    ==A.==    ==I do.== ==I think the maintenance records on the vessel== |
| 14:53 | 16    ==clearly show that it was in a deplorable condition.== ==Why DNV== |
| 14:53 | 17    ==didn't review those maintenance records, I have no idea, sir;== |
| 14:53 | 18    ==but they should have done it.== |
| 14:53 | 19    Q.    I understand your position; and I'm not going to try to |
| 14:53 | 20    convince you otherwise, just wanting to make it clear that you |
| 14:53 | 21    disagree with Det Norske Veritas. |
| 14:53 | 22         Now, back to 2007. We have seen the conclusion of |
| 14:53 | 23    Det Norske Veritas that the safety management system of the |
| 14:54 | 24    company complied with the ISM Code. |
| 14:54 | 25         Move forward to 2008, annual renewal audit is |

| | | |
|---|---|---|
| 14:55 | 1 | Q. One thing that not only guidelines but the ISM Code |
| 14:55 | 2 | requires is that its auditors look back at previous audit |
| 14:55 | 3 | findings, right? |
| 14:55 | 4 | A. Correct. |
| 14:55 | 5 | Q. This auditor determined that Transocean's safety |
| 14:55 | 6 | management system complied with the ISM Code, correct? |
| 14:55 | 7 | A. He did. |
| 14:55 | 8 | Q. You disagree with him, right? |
| 14:55 | 9 | A. Absolutely. As I said already, he obviously didn't go |
| 14:55 | 10 | into the files on the *Deepwater Horizon* to see what terrible |
| 14:55 | 11 | condition it was in. |
| 14:55 | 12 | Q. If we go to 953-2, I believe -- |
| 14:56 | 13 | MR. KINCHEN: Maybe we can do a call-up, 2A. |
| 14:56 | 14 | BY MR. KINCHEN: |
| 14:56 | 15 | Q. Do you see the top line there, "Confirmed, carried out, |
| 14:56 | 16 | DNV" in a blue stamp at the top? |
| 14:56 | 17 | A. I do. |
| 14:56 | 18 | Q. R. Kuss. It appears that the gentleman's name is R. Kuss, |
| 14:56 | 19 | the trained auditor in 2008, correct? |
| 14:56 | 20 | A. Correct. |
| 14:56 | 21 | Q. That would be the gentleman that you disagree with, right? |
| 14:56 | 22 | A. Yes. |
| 14:56 | 23 | Q. This certification and the certification we just looked |
| 14:56 | 24 | at, these are issued to the company, right? |
| 14:56 | 25 | A. That's correct. |

GEOFFREY WEBSTER - CROSS

15:16 Q. Det Norske Veritas recommends that its auditors determine the effectiveness of the corrective actions, doesn't it?
15:16 A. Well, they obviously didn't, but that's another issue.
15:16 Q. I think you're jumping ahead to some questions I will have about a disagreement. But right now, I'm just asking you: Det Norske Veritas recommends that its auditors determine the effectiveness of corrective maintenance actions, doesn't it?
15:16 A. Are supposed to, yes.
15:16 Q. We can agree that you did not do that. Did you?
15:16 A. I did not.
15:16 Q. Ultimately, after Det Norske Veritas completed its audit, they concluded that the rig's safety management system complied with the ISM Code, didn't they?
15:16 A. Unfortunately, yes.
15:16 Q. You disagree with that?
15:17 A. Absolutely, based upon the records on the rig itself.
15:17 Q. Major disagreement, to use your phrase?
15:17 A. Yes.
15:17    You have to understand, sir, that a surveyor, when they go on board, like DNV or when I was a P/B surveyor, when you go on a ship, you only have to rely on the documents that the captain or the chief engineer give you. You don't necessarily dig into the computer by yourself and start looking for evidence of problems. I mean, you are given certain documents and if those documents look good, well, then you say,

15:34  1   Q.   "This observation also indicates that the company's
15:34  2   next-step process of controlled distribution of the management
15:34  3   system combined with the education and training and follow-up
15:34  4   reevaluation and incorporation of best practices has been
15:34  5   successful."
15:34  6            Did I read that part of the observation correctly?
15:34  7   A.   You sure did.
15:34  8   Q.   Finally, this observation which cites Section 1.2.2 of the
15:34  9   ISM Code states that the company is -- the company is
15:34  10  Transocean, correct?
15:34  11  A.   Yes.
15:34  12  Q.   "The company is to be commended, as statistics suggest
15:34  13  that the focus on safety and environmental protection has been
15:34  14  maintained during the period of change."
15:35  15           Did I read that part of the observation correctly?
15:35  16  A.   You did.  But ==obviously, these people were not given the==
15:35  17  ==BP reports, the BP audits, the ModuSpec audits, which all==
15:35  18  ==contradict exactly what that says.==
15:35  19           **MR. KINCHEN:**  Your Honor, my question was whether or
15:35  20  not I read it correctly.  I would move to strike for
15:35  21  nonresponse.
15:35  22           **THE COURT:**  Well, I think he answered your question.
15:35  23  He said you did, but then he had some explanation which he is
15:35  24  entitled to give.  He answered your question.
15:35  25           **MR. KINCHEN:**  Let's review Observation No. 6 from

16:05  1          **THE WITNESS:**  May I quote it, Your Honor?
16:05  2          **THE COURT:**  Go ahead.
16:05  3          **THE WITNESS:**  It says under "General," which is 2004:
16:05  4  "The continuance of the classification of any unit is
16:05  5  conditional upon the rule requirements for periodical damage
16:05  6  and other surveys being duly carried out.  The committee
16:05  7  reserves the right to reconsider, withhold, or suspend or
16:05  8  cancel the class of any unit or any part of the machinery for
16:05  9  noncompliance with the rules for defects or damages which are
16:05 10  not reported to ABS."
16:05 11          None of these major items -- thrusters out of
16:06 12  use, watertight doors out of use, cranes which were useless,
16:06 13  spare parts missing, maintenance problems -- were obviously
16:06 14  never reported to ABS.  Had they done so, sir, as they were
16:06 15  required by the class, then they would have had their
16:06 16  certificate suspended.
16:06 17  BY MR. KINCHEN:
16:06 18  **Q.**  That's your position.  Because you have no evidence --
16:06 19  well, let me ask you, have you talked to any of these ABS
16:06 20  auditors that went -- on the 20 times before the incident, have
16:06 21  you spoken with any of them and asked them about the
16:06 22  allegations that you're making right now?
16:06 23  **A.**  No, sir.  But if they had been given the ModuSpec report,
16:07 24  the BP reports, they would never have issued a class
16:07 25  certificate or allowed a UWILD.

GEOFFREY WEBSTER - CROSS

| | | |
|---|---|---|
| 16:07 | 1 | **Q.** Because you have a major disagreement with the American |
| 16:07 | 2 | Bureau of Shipping's conclusions, don't you? |
| 16:07 | 3 | **A.** Yes, because they were probably not given the truth. |
| 16:07 | 4 | **Q.** The *Deepwater Horizon* remained in class as of April 20, |
| 16:07 | 5 | 2010, didn't it? |
| 16:07 | 6 | **A.** I think it did, yes. |
| 16:07 | 7 | **Q.** Let's look at what these safety inspections involved.  The |
| 16:07 | 8 | most recent one occurred in December 2009, right? |
| 16:07 | 9 | **A.** Correct. |
| 16:07 | 10 | **Q.** American Bureau of Shipping prepared a report of safety |
| 16:07 | 11 | inspection as a result of its survey, right? |
| 16:07 | 12 | **A.** Correct. |
| 16:07 | 13 | **Q.** So let's take a look at it.  We won't look at the whole |
| 16:07 | 14 | thing. |
| 16:07 | 15 |     **MR. KINCHEN:**  Let's pull up 51217-2.  I believe this |
| 16:07 | 16 | is the first page of the report. |
| 16:07 | 17 | **BY MR. KINCHEN:** |
| 16:07 | 18 | **Q.** Do you recognize this as a report of safety inspection for |
| 16:07 | 19 | a MODU? |
| 16:07 | 20 | **A.** Yes.  For the Republic of the Marshall Islands, I do. |
| 16:07 | 21 | **Q.** Conducted by the American Bureau of Shipping? |
| 16:08 | 22 |     **THE COURT:**  Excuse me one second.  Let's stop. |
| 16:08 | 23 |     (Discussion off the record.) |
| 16:08 | 24 |     **MR. KINCHEN:**  Let's look at 51217-2A call-out of this |
| 16:08 | 25 | page. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 16:52 | 1 | audit findings." |
| 16:52 | 2 | Did I read that correctly? |
| 16:52 | 3 | A. That's correct. |
| 16:52 | 4 | Q. You disagree with Angel Rodriguez? |
| 16:52 | 5 | A. Sir, all I have is the records of the rig the day before |
| 16:52 | 6 | it sank, and there were 222 maintenance items overdue, total |
| 16:52 | 7 | estimated time to fix them, 2,761 hours. Maintenance tasks |
| 16:52 | 8 | overdue were six. There were 30 -- more than 216 days. There |
| 16:52 | 9 | were 115 additional jobs waiting parts. High-priority jobs |
| 16:52 | 10 | waiting parts, 76. |
| 16:52 | 11 | Q. You're not suggesting that BP's marine operations lead |
| 16:52 | 12 | involved in the audit didn't have all those spreadsheets |
| 16:52 | 13 | related to the audits that we just looked at, that you looked |
| 16:52 | 14 | at with Mr. Williams, in front of him. |
| 16:52 | 15 | You're not suggesting that he didn't have access to |
| 16:53 | 16 | the audit spreadsheets, are you? |
| 16:53 | 17 | A. No, he had access to the audit; but I'm not sure he had |
| 16:53 | 18 | access to the RMS reports. Because it says quite a few times, |
| 16:53 | 19 | and I think Mr. Williams said, they weren't producing those RMS |
| 16:53 | 20 | reports to the BP personnel on board. |
| 16:53 | 21 | MR. KINCHEN: Let's go to 1832-1A. |
| 16:55 | 22 | BY MR. KINCHEN: |
| 16:55 | 23 | Q. Now we move all the way to the end of March, March 30, |
| 16:53 | 24 | 2010, less than a month before the incident, correct? |
| 16:53 | 25 | A. That's correct. |

```
17:00    1             There were records, sir, and they were not produced
17:00    2   to ABS.  That's a violation of class.  And the UWILD should
17:00    3   never have been performed had the surveyor been produced the
17:00    4   records on the thrusters, the watertight doors, the seawater
17:00    5   system, the fire main system.  They are major deficiencies,
17:00    6   sir.
17:00    7   Q.   Mr. Webster, one of the things that you have just
17:00    8   indicated that the American Bureau of Shipping would be charged
17:00    9   to do would be to review those records.  And you don't think
17:00   10   that the American Bureau of Shipping would assume that there
17:00   11   have been no audits of the *Deepwater Horizon*, do you?
17:00   12   A.   No, I wouldn't.
17:00   13   Q.   Of course not.  So they would expect to review audits with
17:00   14   respect to the safety management system, audits with respect to
17:01   15   the operator of the rig, because that's what operators of the
17:01   16   rig do, right?  They audit?
17:01   17   A.   They would be expected to see the audits for the ISM, not
17:01   18   necessarily third-party audits, because they may not be aware
17:01   19   of third-party audits such as ModuSpec or the other company
17:01   20   that was there, West.
17:01   21   Q.   So it's your position with respect to all of these
17:01   22   different audits, is that you, Geoff Webster, unlike Jeff
17:01   23   Wolfe, unlike ABS, unlike DNV, unlike the U.S. Coast Guard, you
17:01   24   had special access that apparently Mr. Wolfe didn't have, for
17:01   25   example?
```