```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3

     IN RE:  OIL SPILL       MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"     SECTION:  J
 5   IN THE GULF OF
     MEXICO ON APRIL 20,     JUDGE BARBIER
 6   2010                    MAG. JUDGE SHUSHAN

 7
```

13

14

15      Deposition of **DAVID McKAY**, taken in
   the Pan American Life Center, Bayou Room,
   11th Floor, 601 Poydras Street, New
16 Orleans, Louisiana 70130, on Wednesday, May
   11, 2011.

17

18

19 **APPEARANCES:**

20

21      MATTHEWS, LAWSON & JOHNSON, P.L.L.C.
        (By:  Guy E. Matthews, Esquire)
22      2000 Bering Drive
        Suite 700
23      Houston, Texas 77057-3776
             (Attorneys for PLC)

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

PLAINTIFF'S EXHIBIT "B" Blumberg No. 5119

```
 1   or a document like that?
 2        A.     As to this particular document,
 3   I believe --
 4        Q.     Not -- not necessarily that --
 5        A.     This particular one?
 6        Q.     Yeah.
 7        A.     It appears to be a maintenance
 8   list.
 9        Q.     Yes, sir.
10        A.     I have seen, in the past,
11   maintenance lists.
12        Q.     All right.  So you would review
13   these maintenance records; is that correct?
14        A.     In connection with the ISM
15   audit?
16        Q.     Yes, sir.
17        A.     Normally, I would look into
18   the -- the rig's plan maintenance system
19   and look and see what had been done or
20   hadn't been done.
21        Q.     All right.  Well, did you notice
22   that there were several things wrong that
23   needed repair with respect to the BOP
24   stack?
25        MR. KALLAM:
```

Case 2:10-md-02179-CJB-DPC   Document 9003-1   Filed 03/26/13   Page 3 of 6
Suggested line for Running Header
130

```
 1                  Object to the form.
 2         THE WITNESS:
 3                  Let me clarify.  We're talking
 4    about 2005 or 2007?
 5    EXAMINATION BY MR. MATTHEWS:
 6         Q.       Either one?
 7         A.       Either one.  I know that one of
 8    the observations I made in --
 9         Q.       Go ahead.  I'm listening.
10         A.       One of the -- one of the
11    observations I had made in my report from
12    '07 was related to some -- some minor lists
13    of overdue maintenance.
14         Q.       It was.
15         A.       As to exactly on what pieces of
16    equipment that was, I -- I don't recall.
17         Q.       Did you ever notice whether or
18    not on the maintenance records there were
19    references to replacing annulars or rubber
20    elements on the VBRs on dates when the
21    annulars and the VBRs were underwater?
22         MR. KALLAM:
23                  Object to the form.
24         THE WITNESS:
25                  No, sir.  No.
```

Case 2:10-md-02179-CJB-DPC Document 9003-1 Filed 03/26/13 Page 4 of 6
Suggested line for Running Header
131

```
 1   EXAMINATION BY MR. MATTHEWS:
 2        Q.    It'd be a little hard to do;
 3   wouldn't it?
 4        A.    To do what?
 5        Q.    Replace rubber elements on
 6   blowout preventers with the blowout
 7   preventer 5,000 foot underwater?
 8        A.    I would think that would be
 9   challenging.
10        Q.    Do you recall seeing references
11   in the maintenance records to a yellow pod
12   or a blue pod of the BOP stack?
13        A.    I don't have a specific
14   recollection of it, to be honest with you.
15   I'm sorry.
16        Q.    Okay.  Do you recall in the ISM
17   Code, it says specifically that leaks
18   should be disclosed?
19        MR. KALLAM:
20             Object to the form.
21        THE WITNESS:
22             I don't -- can you maybe show me
23   that reference in the ISM Code?
24   EXAMINATION BY MR. MATTHEWS:
25        Q.    Well, I think it's in there.
```

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Case 2:10-md-02179-CJB-DPC   Document 9003-1   Filed 03/26/13   Page 5 of 6
Suggested line for Running Header
132

```
 1              Do you recall any leaks being
 2   disclosed to you with respect to any valves
 3   or hydraulic systems or accumulators or
 4   pods with respect to the BOP stack?
 5        A.    No, sir.
 6        MR. KALLAM:
 7              Object to the form.
 8   EXAMINATION BY MR. MATTHEWS:
 9        Q.    You recall any reference in your
10   audits to the control systems for the BOP
11   stack all having redundant back-ups?
12        A.    No, sir.
13        MR. KALLAM:
14              Object to the form.
15   EXAMINATION BY MR. MATTHEWS:
16        Q.    Did you ever -- were you ever
17   told that there were no redundant back-ups;
18   that, in fact, they did not exist?
19        MR. KALLAM:
20              Same objection.
21        THE WITNESS:
22              I don't have any specific
23   recollection of any -- anything being told
24   to me of that nature.
25   EXAMINATION BY MR. MATTHEWS:
```

Case 2:10-md-02179-CJB-DPC Document 9003-1 Filed 03/26/13 Page 6 of 6
Suggested line for Running Header
133

```
 1        Q.    Do you recall being told that
 2   anything on the control systems for the BOP
 3   was bypassed, such as some of those safety
 4   shear systems?
 5        A.    No, sir.
 6   MR. KALLAM:
 7             Object to the form.
 8   EXAMINATION BY MR. MATTHEWS:
 9        Q.    What's a BFR?
10        A.    I don't know that term.
11        Q.    Being from Texas, we know what
12   BS is.  But how about BSR?
13        A.    I'm not familiar with that term.
14        Q.    Or CSR?
15        A.    CFR?
16        Q.    CSR?
17        A.    CSR, I'm not familiar with that
18   term.  CFR, I thought maybe you were
19   referring to the Code of Federal
20   Regulations, but --
21        Q.    Oh, yeah.
22        A.    CSR is also the -- related to
23   the ISPS Code.  There's a requirement for a
24   continuous synopsis record which is
25   sometimes referred to as CSR.
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters