```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE           *
 5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
 6   Applies to:                        *   New Orleans, Louisiana
                                        *
 7   Docket 10-CV-02771,                *   March 14, 2013
     IN RE:  THE COMPLAINT AND          *
 8   PETITION OF TRITON ASSET           *
     LEASING GmbH, et al                *
 9                                      *
     Docket 10-CV-4536,                 *
10   UNITED STATES OF AMERICA v.        *
     BP EXPLORATION & PRODUCTION,       *
11   INC., et al                        *
                                        *
12   * * * * * * * * * * * * * * * * *  *
13
14              DAY 12, AFTERNOON SESSION
              TRANSCRIPT OF NONJURY TRIAL
15          BEFORE THE HONORABLE CARL J. BARBIER
                UNITED STATES DISTRICT JUDGE
16
17   Appearances:
18
     For the Plaintiffs:       Domengeaux Wright Roy
19                               & Edwards, LLC
                               BY:  JAMES P. ROY, ESQ.
20                             556 Jefferson Street, Suite 500
                               Post Office Box 3668
21                             Lafayette, Louisiana 70502
22
     For the Plaintiffs:       Herman Herman & Katz, LLC
23                             BY:  STEPHEN J. HERMAN, ESQ.
                               820 O'Keefe Avenue
24                             New Orleans, Louisiana 70113
25
```

PLAINTIFF'S EXHIBIT "A"

OFFICIAL TRANSCRIPT

GEOFFREY WEBSTER - CROSS

:34  1   Q.   "This observation also indicates that the company's
:34  2   next-step process of controlled distribution of the management
:34  3   system combined with the education and training and follow-up
:34  4   reevaluation and incorporation of best practices has been
:34  5   successful."
:34  6        Did I read that part of the observation correctly?
:34  7   A.   You sure did.
:34  8   Q.   Finally, this observation which cites Section 1.2.2 of the
:34  9   ISM Code states that the company is -- the company is
:34  10  Transocean, correct?
:34  11  A.   Yes.
:34  12  Q.   "The company is to be commended, as statistics suggest
:34  13  that the focus on safety and environmental protection has been
:34  14  maintained during the period of change."
:35  15       Did I read that part of the observation correctly?
:35  16  A.   You did.  But obviously, these people were not given the
:35  17  BP reports, the BP audits, the ModuSpec audits, which all
:35  18  contradict exactly what that says.
:35  19            MR. KINCHEN:  Your Honor, my question was whether or
:35  20  not I read it correctly.  I would move to strike for
:35  21  nonresponse.
:35  22            THE COURT:  Well, I think he answered your question.
:35  23  He said you did, but then he had some explanation which he is
:35  24  entitled to give.  He answered your question.
:35  25            MR. KINCHEN:  Let's review Observation No. 6 from