# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No. MDL NO. 2179 |
| | Civil Action No. 2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: **Case No. 2:10-cv-08888-CJB-SS** | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that Nexsen Pruet, LLC and Douglas M. Schmidt, APLC be allowed to withdraw as counsel of record for all Plaintiffs as set forth in Attachment A.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>**Case No. 2:10-cv-08888-CJB-SS** | Case No.  MDL NO. 2179<br><br>Civil Action No.  2:10-MD-02179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Client Last | Client First | Termination Date | Document No. |
|---|---|---|---|
| BUTLER | SHAUN | 02/11/13 | 109787 |
| CANTU, Jr. | FERNANDO | 02/11/13 | 82144 |
| CARRIERE | CHRISTOPHER | 02/11/13 | 82638 |
| CARTER | HERBERT | 02/11/13 | 83137 |
| CHAMBERS | DANIEL | 02/11/13 | 83499 and 97748 |
| CHAMBERS | MICHAEL | 02/11/13 | 82857 |
| CHOW | LINSTRAND | 02/11/13 | 80946 |
| CHRISTMAS | JAMES | 02/11/13 | 82820 |
| CHRISTMAS | SEAN | 02/11/13 | 61666 |
| CLARK | ALICIA | 02/11/13 | 82822 |
| CLARK | ASHLEY | 02/11/13 | 83941 |

| | | | |
|---|---|---|---|
| CLAY | LARRY | 02/11/13 | 83934 |
| COLEMAN | MANUEL | 02/11/13 | 83933 |
| COLLIER | DEMETRIS | 02/11/13 | 83136 |
| COLLINS | TIERA | 02/11/13 | 81007, 82669 and 94658 |
| CONNER | AUDREY | 02/11/13 | 82904 |
| CORDOVA | PAUL | 02/11/13 | 56315 and 81045 |
| CRAWFORD | Courtney | 02/11/13 | 82913 |
| CROCTON | RODNEY | 02/11/13 | 84061 |
| CROSBY | LAKEISHA | 02/11/13 | 56324 |
| DAHL | DAVID | 02/11/13 | 83501 and 94639 |
| DANGERFIELD | ISAAC | 02/11/13 | 82983 |
| DAVIDSON | MARVIN | 02/11/13 | 56331 |
| DAVIS | ADAM | 02/11/13 | 81212 |
| DAVIS | ELIZABETH | 02/11/13 | 84062 |
| DAVIS | RICKESHIA | 02/11/13 | 55746 and 81018 |
| DAVIS | ROBERT | 02/11/13 | 83131 |
| DAVIS | TALISHA | 02/11/13 | 83132 |
| DEAN | BRIAN | 02/11/13 | 82597 |
| DEDEAUX, JR. | BRODERICK | 02/11/13 | 56011 |
| DEDEAUX, JR. | JERMAINE | 02/11/13 | 83927 |

| | | | |
|---|---|---|---|
| **DEDEAUX** | **JOHN** | **02/11/13** | **82596** |
| **DIAZ** | **HUMBERTO** | **02/11/13** | **56018** |
| **DICKENSAUGE** | **JAMES** | **02/11/13** | **56025 and 70968** |
| **DILLON** | **ALVA** | **02/11/13** | **82594 and 82595** |
| **DONALDSON** | **CHRISTOPHER** | **02/11/13** | **82592** |
| **DORRIS** | **MICHAEL** | **02/11/13** | **70989** |
| **DOTSON** | **FONTA** | | **82591** |
| **DUCRE** | **EDGAR** | | **82723** |
| **DUNN** | **ROSEMARY** | | **82590** |
| **DUVERNAY** | **CASSIE** | | **82653** |
| **EARLY** | **EVERETT** | | **82721** |
| **EAVES** | **DONALD** | | **56036** |
| **ECHEVARRIA** | **MITCHEL** | | **82643** |
| **EDWARDS** | **ALICIA** | | **56045** |