UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 13-492<br><br>(Also relates to: No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** the unopposed Motion to Intervene:

**IT IS HEREBY ORDERED** that the certified Economic & Property Damages Settlement Class be and is hereby granted leave to intervene and appear, pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure, as Defendant-in-Intervention in Civil Action No. 13-492; and,

**IT IS FURTHER ORDERED** that Intervenor's proposed Answer be filed into the record.

**SIGNED** this  26  day of March, 2013, at New Orleans, Louisiana.

_____
United States District Judge

1