UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION "J" |
| This Document Relates To:<br>13-492 | * * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that Gulfcoast Ultrasound Institute, Inc.'s Motion to Intervene in Case No. 13-492 (Rec. Doc. 8999) is **DENIED.** The Court has already received multiple and extensive briefing from Class Counsel and BP on the issues underlying BP's recent motions for preliminary injunction. Accordingly, on March 19 the Court requested responsive briefing from *only* the Claims Administrator and Class Counsel, and explained that "[n]o further briefing, from any party, shall be permitted." (Order, Rec. Doc. 8949).

**FURTHER ORDERED** that Gulfcoast Ultrasound Institute, Inc.'s Ex Parte Motion for Exception to Pre-Trial Order Number 15 (Rec. Doc. 9000) is **DENIED AS MOOT**.

Signed in New Orleans, Louisiana, this 26th day of March, 2013.

_____
United States District Judge