Minute Entry
Barbier, J.
March 25, 2013
JS 10:  8 hr. 3 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

-----------------------------------------------------------------------------------------------------

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |

-----------------------------------------------------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA V. BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>CATHY PEPPER (AM)<br>TONI TUSA  (PM) |

NON-JURY TRIAL
(Day seventeen)

MONDAY, MARCH 25, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

PSC offers supplemental exhibit list to include Trex 26011 regarding exam of Gregg Perkin, redactions of Gregg Perkin expert report, and list of exhibits/demonstratives regarding Greg Childs: ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exams of Calvin Barnhill and Timothy Quirk: ORDERED admitted. (see attached)

BP offers list of exhibitis/demonstratives regarding exams of Greg Childs and Calvin Barnhill: ORDERED admitted. (see attached)

Cameron offers list of exhibits/demonstratives regarding exam of Greg Childs:
ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Greg Childs:
ORDERED admitted. (see attached)

Witnesses: Michael K. Williams; by video deposition. Transcript of deposition excerpt
        accepted and filed into the record
        Paul J. Meinhart; by video deposition. Transcript of deposition excerpt
        accepted and filed into the record
        David Young, sworn and testified.

ORDERED that BP's objections regarding deposition of Paul Johnson, page 569, line19
to 570, line 22 and page 601, line13 to 602, line 14 are SUSTAINED.

BP's objections regarding Jeff Wolfe's expert report are submitted to the Court. (see
attached)

Witness: Jeff Wolfe; by video deposition. Transcript of deposition excerpt
        accepted and filed into the record
        Michael Odom;  by video deposition. Transcript of deposition excerpt
        accepted and filed into the record
        Robert Neal;  by video deposition. Transcript of deposition excerpt
        accepted and filed into the record

Court recesses at 6:03 p.m.

Court will resume on Tuesday, March 26, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul
Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy
Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke,
Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre,
Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley
Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy)
Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts,
Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd
Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis,
Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts,
Geoff Gannaway, Phil Wittman