PSC GREGG PERKIN EXAMINATION (3/12/2013) – SUPPLEMENTAL EXHIBIT LIST

Additional Exhibit Used in the 3/12/13 Examination of <u>Gregg Perkin</u> and Offered Into Evidence by the PSC

admitted 3-25-2013 SK

| Documents Used in the PSC Examination of Gregg Perkin | PDF page(s) | Portion of Document Offered by PSC |
|---|---|---|
| TREX-26011 | 1, 2, 3, 4, 5 | Whole document |

Thursday, March 21, 2013

admitted 3-25-2013

### PSC's ~~█████~~ Redactions of the Expert Report of Gregg Perkin, TREX-07535

The PSC ~~████████~~ redactions to the expert report of Gregg Perkins, TREX-07535:

- Findings 7 and 8, page 7 to the extent either finding relates to maintenance or repair;
- Finding 10, page 7;
- Finding 11, page 7;
- Finding 12, page 7;
- Paragraph 10, page 12;
- Paragraph 11, page 12 for the phrase "and its control system";
- Paragraph 17, page 13;
- Opinion #3, page 15, the second sentence;
- Opinion #3, page 17, section L, paragraphs 3 and 7;
- Opinion #4, pages 18 and 19, paragraphs B and E;
- Opinion #4, page 19, section C, paragraphs 4(a) and 4(b);
- Opinion #7, page 21.

The PSC ~~████████~~ withdraw the following portions of TREX-07535 from the Phase 1 trial, but reserves the right to reoffer these excerpts in the Phase 2 trial:

- Finding 16, 17 and 18, pages 8-9;
- Paragraph 21, page 13;
- Opinion #1, paragraph B, page 14

PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Greg Childs on 3/20 - 3/21/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| 07687 | Expert Report of Greg Childs | 1, 3, 26 | PDF Pages Only |
| D-3096 | BOP Emergency System | | Demonstrative |
| 07688 | Rebuttal Expert Report of Greg Childs | 1, 10 | PDF Pages Only |
| 07001 | Cameron EB 852D Shear Ram Product Line | 1, 4 | PDF Pages Only |
| 04120 | EQE International - Risk Assessment of the Deepwater Horizon Blowout Preventer (BOP) Control System - April 2000 - Final Report (Prepared for Cameron Controls Corp.) | 1, 39 | PDF Pages Only |
| 02390 | Well Control Manual BPA-D-002 Issue 3; Volume 2 Fundamentals of Well Control | 1, 270 | Entire Exhibit |
| 52673 | Guilty Plea Agreement [Doc. 2-1], United States v. BP Exploration and Production Inc., 2:12-cr-00292-SSV-DEK (E.D. La. Nov. 15, 2012) | | Already Admitted in Full |
| 25113 | PSC & USA Deposition Designation of LeNormand, W | 1, 105 | PDF Pages Only |
| 25119 | PSC & USA Deposition Designation of Gaude, Ed | 1, 77, 78 | PDF Pages Only |
| 04277 | From Carter Erwin to Geoff Boughton Subject: 20506009 Transocean (Mark III Model 80). | | Already Admitted in Full - Trial Confidential |
| D-3267 | Improvements Not Made By BP | | Demonstrative |
| 06120 | Transocean letter to BP America Production Company, Randy Rhoads, from Christopher Young, Subject: Letter Agreement for Conversion of VBR to a Test Ram, marked Confidential Treatment Requested by Transocean Holdings LLC | | Entire Exhibit |
| 01870 | Transocean Change Proposal | | Entire Exhibit |
| D-3266 | Changes Made By BP | | Demonstrative |
| 00080 | Report Survey - Semi-submersible Rig Deepwater Horizon (Prepared for Bhp Billiton Americas); Dates: 3-12 April, 2005 | 1, 15, 16 | PDF Pages Only |
| 06166 | Deepwater Horizon Technical Rig Audit January 2008 prepared by Kevan Davis, marked as Confidential | | Already Admitted in Full |
| 03405 | DEEPWATER HORIZON Follow-up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009 | | Already Admitted in Full |
| 03420 | Email - From: Buddy Trahan To: James Kent - Subject: RE: Horizon BOP Leak | | Entire Exhibit |

Admitted 3-25-2013 SK

(1)

PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Greg Childs on 3/20 - 3/21/2013

| | | | |
|---|---|---|---|
| 00088 | Report - Rig Condition Assessment - Deepwater Horizon (Prepared for Transocean Usa, Inc., Houston, Texas) Dates: 1-12 April 2010 | 1, 47 | PDF Pages Only |
| 00680 | Email - From: John Guide To: Paul Johnson - Subject: Nile | | Entire Exhibit |
| 03785 | E-mail string among Michael Fry and DWH, Subseasup (DEEPWATER HORIZON); Subject: Battery replacement | 1, 5 | PDF Pages Only |
| 36708 | Email from Stringfellow, William to Kent, James dated May 14, 2010 Subject: Fw: AMF battery EB | | Entire Exhibit |
| 22648 | Deposition Transcript of Childs, Greg | 1, 143, 480, 481 | PDF Pages Only |
| 50378 | Summary of SEM Testing Results on the Nautilus | 1, 2, 11 | PDF Pages Only |
| 07708 | West weekly activity reports - various dates beg July 2010 and ending Jan 2011 | | Entire Exhibit |
| 05662 | Email from C. Tolleson to E. Florence re: Fedex info | | Entire Exhibit |
| 05409 | Subject: DWH - BOP follow up, with Attachments, marked as CONFIDENTIAL | | Entire Exhibit |
| D-3268 | Opinions on Whether the AMF Fired | | Demonstrative |

*Admitted 3-25-2013 SK*

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE
## EXAMINATION OF CALVIN BARNHILL (3/18/2013; 3/20/2013)

Transocean offers the following documents it used during its March 18, 2013 and March 20, 2013 direct-examination of Mr. Calvin Barnhill into evidence:

**Trial Exhibits**

*Admitted 3-25-2013 SK*

- TREX 3.2.1.TO (Callout)
- TREX 5.2.1.TO (Callout)
- TREX 49.3.1.TO (Callout)
- TREX 58.2.1.TO (Callout)
- TREX 58.3.1.TO (Callout)
- TREX 547 (Exhibit)
- TREX 570.3.1.TO (Callout)
- TREX 1876.1.TO (Page)
- TREX 1876.6.1.TO (Callout)
- TREX 2210.2.TO (Page)
- TREX 2210.17.1.TO (Callout)
- TREX 2807.1.1.TO (Callout)
- TREX 4447.6.1.TO (Callout)
- TREX 7676 (Exhibit)
- TREX 7676.1.TO (Page)
- TREX 7676.1.1.TO (Callout)
- TREX 40002.65.1.TO (Callout)
- TREX 41008 (Exhibit)
- TREX 41008.1.TO (Page)
- TREX 41008.1.1.TO (Callout)
- TREX 41008.18.1.TO (Callout)
- TREX 41008.70.1.TO (Callout)
- TREX 41008.86.1.TO (Callout)
- TREX 41008.198.1.TO (Callout)
- TREX 41008.201.1.TO (Callout)
- TREX 41008.206.1.TO (Callout)
- TREX 41008.207.1.TO (Callout)
- TREX 50964.3.1.TO (Callout)
- TREX 51133.2 (Page) (Already admitted as TREX 51133-2)
- TREX 52661.1.TO (Page)

**Demonstratives:**

- D-3183
- D-6579
- D-6641

Transocean re Calvin Barnill
admitted 3-25-2013
SK

- D-6643
- D-6645
- D-6646
- D-6647
- D-6648
- D-6649
- D-6650
- D-6651
- D-6652
- D-6665

(2)

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF TIMOTHY QUIRK (3/20/2013)

Transocean offers the following exhibits it used during its March 20, 2013 cross-examination of Timothy Quirk into evidence:

*admitted 3-25-2013 SK*

**Trial Exhibits**

- TREX-05219.1.1.TO (Callout)

# BP - Exhibits for CHILDS

BP offers the following documents it used during its examination of Mr. Greg Childs into evidence:

admitted 3-25-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4334B | Location of Pods on Macondo |
| D-4338B | BOP Timeline Apr. 20 |
| D-4538 | Table 38 with Surface Liquid Flow Rate in Barrels/Day |
| D-4572A | Witness Testimony Regarding Yellow Control Pod Functionality |
| D-4586 | Blue POD Batteries In Service |
| D-4599 | Deepwater Horizon BOP Confirguration |
| D-4603A | Witness Testimony Regarding Blue Control Pod Functionality |
| D-4605 | Deepwater Horizon Control Systems |
| D-4607 | MMS Confirmed BOP Met Regulations |
| TREX-000001.148.1.BP | Callout of TREX-000001 |
| TREX-001164.60.4.BP | Callout of TREX-001164 |
| TREX-001454 | Transocean Well Control Handbook - March 31, 2009 |
| TREX-001454.81.1.BP | Callout of TREX-001454 |
| TREX-001454.303.2.BP | Callout of TREX-001454 |
| TREX-003298 | WEST Engineering Services - Evaluation of Secondary Intervention Methods in Well Control for U.S. Minerals Management Service - March 2003 |
| TREX-003298.1.BP | Callout of TREX-003298 |
| TREX-003298.82.BP | Callout of TREX-003298 |
| TREX-003298.83.BP | Callout of TREX-003298 |
| TREX-003602 | Cameron Controls - Daily Report Sheet re Subsea Pod Intervention - May 5, 2010 |
| TREX-003602.3.1.BP | Callout of TREX-003602 |
| TREX-003602.3.2.BP | Callout of TREX-003602 |
| TREX-003605 | Cameron's Engineering Bulletin 891D |
| TREX-003605.1.BP | Callout of TREX-003605 |
| TREX-003605.2.1.BP | Callout of TREX-003605 |
| TREX-003628 | 2/19/2010 Email from M. Fry - W. LeNormand re Fw: Event Logger readings |
| TREX-003628.1.BP | Callout of TREX-003628 |
| TREX-003782 | 2/16/2010 Email from DWH, SubSeaSup - M. Fry re Transocean Horizon SEM |
| TREX-003782.2.3.BP | Callout of TREX-003782 |
| TREX-003785 | 2/16/2010 Email from M. Fry - DWH, SubSeaSup re Battery replacement (w/ attachment) |

BP re Greg Childs       Admitted 3-25-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-003785.1.1.BP | Callout of TREX-003785 |
| TREX-003785.4.2.BP | Callout of TREX-003785 |
| TREX-004306 | 5/17/2010 Email from G. Leach - G. Boughton re FW: MUX Batteries |
| TREX-004306.1.BP | Callout of TREX-004306 |
| TREX-004934 | DWH Technical Group Summary Report - October 21, 2010 |
| TREX-004934.1.BP | Callout of TREX-004934 |
| TREX-004934.1.1.BP | Callout of TREX-004934 |
| TREX-005101 | DWH Investigation Form: What testing of the AMF was completed on board the DWH? |
| TREX-005101.1.1.BP | Callout of TREX-005101 |
| TREX-005165 | Cameron September 15, 2010 Memo re Reversed Solenoid Valves |
| TREX-005165.2.1.BP | Callout of TREX-005165 |
| TREX-007661.4.7.BP | Callout of TREX-007661 |
| TREX-007669 | 5/14/2010 Email from J. Van Lue - W. Stringfellow re RE: AMF battery EB |
| TREX-007669.1.4.BP | Callout of TREX-007669 |
| TREX-007688.9.2.BP | Callout of TREX-007688 |
| TREX-007696.132.2.BP | Callout of TREX-007696 |
| TREX-007709 | Transocean - DWH Incident Investigation - Subsea: Deepwater Horizon AMF Battery Replacement |
| TREX-007709.1.4.BP | Callout of TREX-007709 |
| TREX-007713 | Cameron Engineering Report Abstract re R&B Deepwater Horizon Project 18-3/4" 15M TL Super Shear Rams & Shear Blind Rams Shear Test - May 17, 2000 |
| TREX-007713.1.1.BP | Callout of TREX-007713 |
| TREX-007713.1.2.BP | Callout of TREX-007713 |

# BP - Exhibits for BARNHILL

BP offers the following documents it used during its examination of Mr. Calvin Barnhill into evidence:

admitted 3-25-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4320 | Well Flow and Monitoring Slide: April 20, 2010 - 21:08 to 21:14 |
| D-4327A.1 | BOP Slide |
| D-4337 | EDS Not Activated Until 6 Minutes After Explosions |
| D-4352 | Seal Assembly Test - April 20, 2010, 1:00 - 3:00 |
| D-4353 | Positive Pressure Test - April 20, 2010, 10:30 - 12:00 |
| D-4354 | Negative Pressure Test - April 20, 2010, 15:56 - 19:55 |
| D-6608 | Picture of the Rig Floor Showing a Tool Joint |
| TREX-000001.1.BP | Callout of TREX-000001 |
| TREX-000001.39.1.BP | Callout of TREX-000001 |
| TREX-000001.92.2.BP | Callout of TREX-000001 |
| TREX-000001.119.1.BP | Callout of TREX-000001 |
| TREX-000001.120.1.BP | Callout of TREX-000001 |
| TREX-000003A | BP Internal Investigation Team Notes of Interview with Don Vidrine |
| TREX-000003A.1.1.BP | Callout of TREX-000003A |
| TREX-000003A.2.1.BP | Callout of TREX-000003A |
| TREX-000003A.2.2.BP | Callout of TREX-000003A |
| TREX-000003A.3.1.BP | Callout of TREX-000003A |
| TREX-000049 | BP Internal Investigation Team Notes of Interview with Don Vidrine |
| TREX-000049.1.1.BP | Callout of TREX-000049 |
| TREX-000049.3.2.BP | Callout of TREX-000049 |
| TREX-000097 | 4/26/2010 Email from B. Morel - C. Holik re FW: Ops Note |
| TREX-000097.1.1.BP | Callout of TREX-000097 |
| TREX-000296 | BP Internal Investigation Team Notes of Interview with Mark Hafle |
| TREX-000296.1.1.BP | Callout of TREX-000296 |
| TREX-000296.6.2.BP | Callout of TREX-000296 |
| TREX-000296.6.3.BP | Callout of TREX-000296 |
| TREX-000296.6.4.BP | Callout of TREX-000296 |
| TREX-000296.6.5.BP | Callout of TREX-000296 |
| TREX-000537 | 4/14/2010 Email from B. Morel - R. Sepulvado re RE: Forward Ops |
| TREX-000537.1.2.BP | Callout of TREX-000537 |
| TREX-000537.1.4.BP | Callout of TREX-000537 |
| TREX-000545.GMT | 4/16/2010 Email from B. Morel - R. Sepulvado & D. Vidrine, et al. re Updated Procedure |
| CASE-000545.GMT.1.2.BP | Callout of TREX-000545.GMT |

BP re Calvin Barnhill    admitted 3-25-2013 SK

| Trial Exhibit/Callout/<br>Demonstrative Number | Description |
|---|---|
| TREX-000570 | Form MMS-124 - Application for Permit to Modify |
| TREX-000570.1.1.BP | Callout of TREX-000570 |
| TREX-000570.3.2.BP | Callout of TREX-000570 |
| TREX-003326 | 1/28/2010 Email from DWH, AsstDriller - DWH, Toolpusher re Emailing: NEGATIVE TEST WHILE DISPLACING (w/ attachment) |
| TREX-003326.1.1.BP | Callout of TREX-003326 |
| TREX-003326.2.2.BP | Callout of TREX-003326 |
| TREX-003326.2.3.BP | Callout of TREX-003326 |
| TREX-004640 | Transocean Deepwater Horizon - Task Specific THINK Procedure for Negative Flow Test Using Choke and Kill Lines |
| TREX-004640.1.1.BP | Callout of TREX-004640 |
| TREX-041022 | 4/20/2010 MC 252 Daily Drilling Report |
| TREX-041022.1.1.BP | Callout of TREX-041022 |
| TREX-041022.2.1.BP | Callout of TREX-041022 |
| TREX-048102 | BOP Control Panel Photograph |
| TREX-048102.1.1.BP | Callout of TREX-048102 |
| TREX-050000.7.2.BP | Callout of TREX-050000 |
| TREX-050000.7.5.BP | Callout of TREX-050000 |
| TREX-050000.8.1.BP | Callout of TREX-050000 |
| TREX-050000.8.2.BP | Callout of TREX-050000 |
| TREX-050000.42.1.BP | Callout of TREX-050000 |
| TREX-050000.43.3.BP | Callout of TREX-050000 |
| TREX-050000.45.3.BP | Callout of TREX-050000 |
| TREX-050000.47.3.BP | Callout of TREX-050000 |
| TREX-050000.76.1.BP | Callout of TREX-050000 |
| TREX-087201.1.BP | Callout of TREX-087201 |
| TREX-087201.115.1.BP | Callout of TREX-087201 |
| TREX-087201.119.BP | Callout of TREX-087201 |
| TREX-087201.119.1.BP | Callout of TREX-087201 |
| TREX-087201.119.2.BP | Callout of TREX-087201 |

2

Cameron offers the following documents from the examination of Gregory Childs into evidence:

admitted 3-25-2013 SK

| Number | Description | Pages | Admission / Pages |
|---|---|---|---|
| 07687 | Callouts of Gregory Childs' Report | 9 | Callout only |
| D-06667 | Schematic of BOP | | Entire Demonstrative |
| 04270 | National Commission Testimony of Bill Ambrose | 1, 65 | Callouts only |
| 07700 | Transocean DWH Investigation SharePoint Ticket: Blind Shear Ram Performance | 1, 2 | Callouts and Entire Exhibit |

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO GREG CHILDS' ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 21, 2013 cross-examination of Greg Childs into evidence:

*admitted 3-25-2013 SK*

TREX-7691
TREX-3624
TREX-1300
TREX-5054

TREX 7691.1.1.HESI
TREX 7691.2.1.HESI
TREX 7691.4.1.HESI
TREX 7691.10.1.HESI
TREX 7691.15.1.HESI
TREX 3624.21.1.HESI
TREX 3624.22.1.HESI
TREX 3624.30.1.HESI
TREX 3624.78.1.HESI
TREX 1300.6.1.HESI
TREX 1300.10.1.HESI
TREX 1300.10.2.HESI
TREX 5054.3.1.HESI