*BP's objections regarding: (submitted to the Court 3-25-2013 sk)*

Portions of Jeff Wolfe's Expert Report that Rely on MBI/JIT Materials

| | |
|---|---|
| Page 2 | Text and footnotes 1, 3, 4, 5, 6, 7 |
| Page 3 | Text and footnotes 9 |
| Page 5 | Text and footnotes 16, 18 |
| Page 6 | Text and footnotes 21, 29 |
| Page 7 | Text and footnotes 30, 31, 34, 36 |
| Page 8 | Text and footnotes 44, 47 |
| Page 24 | Text and footnotes 187 |
| Page 25 | Text and footnotes 191 |
| Page 32 | Text and footnotes 208 |
| Page 33 | Text and footnotes 220, 223 |