U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 25 2013
SK
LORETTA G. WHYTE
CLERK

MDL 10-2179 J(1)

## Williams, Michael K. (Vol. 01) - 07/20/2011

Version 4    3-24-13   5pm

**WILLIAMS 3-24-12 5PM   (11 SEGMENTS RUNNING 00:04:40.169)**

excerpt played in Court 3-25-2013 SK

1. **PAGE 270:19 TO 270:21   (RUNNING 00:00:04.001)**

```
19     Q.  Okay.  So you always felt comfortable
20  calling a time-out for safety?
21     A.  Yes.
```

2. **PAGE 109:10 TO 109:19   (RUNNING 00:00:22.139)**

```
10     Q.  Okay.  Had you been offered any other
11  types of courses that might help you to
12  understand the workings of the Kongsberg system?
13     A.  Transocean had given me a blank check and
14  said, "Any education outside of what we offer
15  you, if you want it, let us know, get it set up
16  with your RSTC, and we'll take care of it.  We'll
17  pay for it and everything."  So it was --
18     Q.  Did you take --
19     A.  -- always available.
```

3. **PAGE 109:25 TO 110:03   (RUNNING 00:00:09.350)**

```
      25     Q.  All right.  So, then, fair to say that --
00110:01  that the knowledge you had of that system was
      02  learned on the job?
      03     A.  Yes, sir, it was, and in the Manual.
```

4. **PAGE 111:15 TO 111:19   (RUNNING 00:00:11.941)**

```
15     Q.  Okay.  And as of April 20, 2010, did you
16  feel as though you did have a good understanding
17  of how the Safety System worked?
18     A.  I -- I was comfortable in the maintaining
19  and repairing of that system.
```

5. **PAGE 145:02 TO 145:05   (RUNNING 00:00:12.448)**

```
02     A.  Let me help you out here.  My ESD sy --
03  the ESD system onboard our rig, I never
04  physically worked on.  It was not broken.  It did
05  not have maintenance issues.  It just simply ran.
```

6. **PAGE 38:09 TO 39:03   (RUNNING 00:00:55.516)**

```
09     Q.  You don't have any criticisms of the --
10  the preventative maintenance plan through the RMS
11  at all?
12     A.  Criticism, no.  We were battling through
13  some growing pains.  The system had just come
14  online July of a year -- a year ago July, and
15  that was -- there were some -- a lot of duplicate
16  entries that were some Corporate PMs that we were
17  doing as a local level PM.  So it was either they
18  needed to delete one or the other.  It's -- it's
19  not that we cared which one.  It's just when a --
20  for like -- for instance, a 14-day PM on -- on OS
21  stations, I didn't need to have three of those
22  come at me on the same day, when it was the exact
```

```
            23  same job.  So we were continuously, or in the
            24  process of sending in requests to eliminate the
            25  two duplicates.
   00039:01      Q.  Okay.
         02      A.  Other than that, it was a very effective
         03  way for us to track our -- our work.
```

### 7. PAGE 38:05 TO 38:08   (RUNNING 00:00:06.865)

```
         05      Q.  Okay.  Was that an effective system for
         06  conducting the preventative maintenance that
         07  needed to be done on the rig?
         08      A.  Absolutely.
```

### 8. PAGE 266:17 TO 267:01   (RUNNING 00:00:23.843)

```
         17      Q.  (By Mr. Fleming) Okay.  Let's talk about
         18  specifically in your area.  Is there anything
         19  that you personally were responsible for, from a
         20  Maintenance perspective, that you feel that had
         21  you had the time and the resources, could have
         22  had an impact on any aspect of what happened on
         23  April 20th?
         24      A.  No.  Not on --
         25              MR. KOHNKE:  Objection, form.
   00267:01      A.  -- not on my -- not in my craft, no.
```

### 9. PAGE 347:15 TO 348:09   (RUNNING 00:00:48.254)

```
         15      Q.  Okay.  Do you know from your own
         16  knowledge could BP also see certain of the same
         17  sort of influx and information electronically?
         18      A.  Yes, ma'am.  They're -- I personally put
         19  in a remote HiTec feed into the Company Man's
         20  office.  I also installed two 31-inch flat screen
         21  TVs into his closed-circuit television system so
         22  that he could have a dedicated camera looking at
         23  the flow line and also one looking directly at
         24  well center.  So he actually could see more video
         25  feeds than a Driller could sitting in a Driller's
   00348:01  Chair.
         02      Q.  So he in a sense could see more than both
         03  Transocean in its HiTec Chairs and Sperry-Sun and
         04  its Drillers -- and its mud logger shack could
         05  see; is that correct?
         06      A.  Yes, ma'am.  He could see all of their
         07  data --
         08      Q.  Okay.  When did you in --
         09      A.  Plus more.
```

### 10. PAGE 324:14 TO 324:22   (RUNNING 00:00:23.301)

```
         14          Anything you can think of that you
         15  were asked today about problems with the
         16  maintenance of the DEEPWATER HORIZON prior to
         17  April 20th that caused or -- or created the
         18  condition that resulted in this rig fire and
         19  explosion?
         20      A.  No, not my knowledge.  I think I --
         21      Q.  Okay.
         22      A.  No.
```

### 11. PAGE 305:15 TO 306:06   (RUNNING 00:01:02.511)

```
            15          Based upon your knowledge as a Chief
            16  Electronics Engineer -- got me going now -- Chief
            17  Electronics Technician, and the after-acquired
            18  knowledge you have from being in the three
            19  Hearings, on this deposition, and the two prior
            20  Hearings, can you tell me of those things that
            21  you were asked about, the purging, the pipe rack
            22  system, the -- the Driller's Chair, the failure
            23  to have an uninhibited alarm, which of those
            24  caused this rig to explode and catch fire?
            25       A.  None of them.
    00306:01       Q.  So all of the questions you were asked
            02  about all of the different problems may have been
            03  problems on a day-to-day basis, but in your
            04  judgment, based upon your experience, none of
            05  them caused this particular incident?
            06       A.  No.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:40.169)**