

MDL 10-2179 J(1)

**Meinhart, Paul J. (Vol. 01) - 07/28/2011**

Version 3    3-22-13    1215pm

**MEINHART   MIKE   (6 SEGMENTS RUNNING 00:02:56.849)**

1. **PAGE 7:14 TO 7:16   (RUNNING 00:00:06.307)**

```
14     Q.  Would you state your name and give us
15  your address for the record, please?
16     A.  My name is Paul James Meinhart, III.
```

excerpt played in Court 3-25-2013 SK

2. **PAGE 235:07 TO 235:11   (RUNNING 00:00:15.670)**

```
07     Q.  So the very first thing that you became
08  aware of that gave you some concern that
09  something might be wrong was those alarms going
10  off the evening of April 20th, 2010?
11     A.  Correct.
```

3. **PAGE 276:21 TO 277:04   (RUNNING 00:00:21.907)**

```
       21         But I -- generally, the sequence of
       22  events, as best you can recall, are you're in the
       23  Engine Room, you hear an initial alarm.
       24     A.  (Nodding.)
       25     Q.  You hear an announcement from the bridge.
00277:01  About the same time, there are multiple alarms
       02  that go off.  The Engine Control Room goes dark,
       03  and then there's an explosion; is that right?
       04     A.  Yes.
```

4. **PAGE 277:12 TO 278:19   (RUNNING 00:01:10.780)**

```
       12  talking about it a lot here today.  But was this
       13  a short duration of time frame that the -- these
       14  events occurred?
       15     A.  To my recollection, it was a very short
       16  time frame, in the span of, I would say, a minute
       17  to two minutes, max.
       18     Q.  Okay.  And you're talking -- when you say
       19  "a minute to two minutes, max," you're talking
       20  about from the very first time you hear an alarm
       21  to the end of the second explosion; is that
       22  right?
       23     A.  Yes.
       24     Q.  Okay.  And in between these events that
       25  occurred that you described, you're talking about
00278:01  seconds; is that right?
       02     A.  Yes.
       03     Q.  Okay.  Now, in terms of the first alarm
       04  that goes off, you hear a -- an initial alarm,
       05  indicating the presence of gas someplace, right?
       06     A.  Yes.
       07     Q.  And you see that.  You said it was a blue
       08  light on a panel?
       09     A.  Yes.
       10     Q.  Okay.  And immediately or within a few
       11  seconds, there was an announcement from the
       12  bridge; is that right?
       13     A.  Yes.
       14     Q.  And as you understood that announcement,
```

```
15  the bridge was directing the DAMON BANKSTON to
16  move away so that it wasn't endangered by
17  whatever events were going on in the Well Control
18  situation.  Is that true?
19      A.  Yes.
```

### 5.  PAGE 279:02 TO 279:11   (RUNNING 00:00:24.970)

```
02      Q.  Okay.  And you -- you described, and we
03  won't go back through it again, other than to say
04  that you acted, I think, very admirably in caring
05  for your co-workers, but you finally make your
06  way to the bridge, and, at that point, fair to
07  say that Captain Kuchta is in charge and trying
08  to assess the situation, true?
09      A.  From my observation of him from the time
10  I got there, he was in charge, and doing very
11  well.
```

### 6.  PAGE 127:25 TO 128:16   (RUNNING 00:00:37.215)

```
       25      Q.  All right.  Who was in control on the
00128:01  bridge?
       02      A.  At that time, the Captain was going
       03  around taking assessment, and he was in control.
       04      Q.  How was his demeanor?
       05      A.  From the time that I was on the bridge,
       06  from what I could see, the Captain was -- was
       07  very calm and direct, from what I observed.
       08      Q.  So he wasn't acting chaotic or out of
       09  control?
       10      A.  Not from what I saw and not in my
       11  opinion.
       12      Q.  All right.  He seemed to be handling the
       13  situation?
       14      A.  He was.
       15      Q.  All right.  And directing people?
       16      A.  Yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:56.849)**