MDL 10-2179 JL(1)

📁 <u>**Wolfe, Jeff L. (Vol. 01) - 12/01/2011      -      ALL CLIPS COMBINED**</u>

<u>**JW-01    (1 SEGMENT RUNNING 00:00:34.700)**</u>

    **1.   PAGE 8:19 TO 9:03   (RUNNING 00:00:34.700)**

```
         19        Q.      Okay.   We're going to start the
         20  deposition by talking a little bit about you
         21  expert reports.   We'll come back to them.
         22  I've marked the expert report of Jeff Wolfe,
         23  dated September 23rd, 2011 as Exhibit 7556,
         24  and I've marked the rebuttal report of Jeff
         25  Wolfe, dated November 7th, 2011 as
   00009:01  Exhibit 7557.   Are these your two expert
         02  reports in this matter, sir?
         03        A.      Yes, they are.
```

U. S. DISTRICT COURT<br>
EASTERN DISTRICT OF LOUISIANA<br><br>
FILED      MAR 2 5 2013<br><br>
LORETTA G. WHYTE<br>
CLERK

excerpt played<br>
in Court<br>
3-25-2013 SK

<u>**JW-02    (1 SEGMENT RUNNING 00:01:22.350)**</u>

    **1.   PAGE 28:05 TO 29:14   (RUNNING 00:01:22.350)**

```
         05        Q.      Are you -- do you hold any
         06  cert- -- certification in marine surveying?
         07        A.      Can you be more specific about
         08  what sort of surveying?
         09        Q.      Marine surveying of yachts and
         10  ships.   Do you hold any professional
         11  certification for surveying vessels of any
         12  sort?
         13        A.      Yes.
         14        Q.      What -- what's that
         15  certification?
         16        A.      I attended a ISM auditor's
         17  course in roughly -- it was around 2000 as
         18  part of the -- part of my Coast Guard
         19  training.
         20        Q.      Okay.   Did you get a
         21  certification from the ISM auditor's course?
         22        A.      As a lead auditor.
         23        Q.      When -- when was that issued?
         24        A.      It -- around the 2000 time
         25  frame.
   00029:01        Q.      Who gave the course?
         02        A.      It was either taught by Lloyd's
         03  or DNV.   It was -- I mean, it was a Coast
         04  Guard contracted training in their training
         05  center in Yorktown, and they hired this
         06  entity as a contractor to come in and teach
         07  the course.
         08        Q.      Yorktown, Virginia?
         09        A.      Yorktown, Virginia, yes, sir.
         10        Q.      How many days or weeks was that
         11  course?
         12        A.      It was five days.
         13        Q.      Were they eight-hour days?
         14        A.      Eight hours plus homework.
```

**JW-03   (1 SEGMENT RUNNING 00:00:21.352)**

   1.  **PAGE 29:23 TO 30:06   (RUNNING 00:00:21.352)**

```
23        Q.      Do you have any licenses as a --
24    can you hold -- do you hold -- hold yourself
25    out in your regular marketing CV as a
00030:01    qualified marine surveyor?
02            MR. JOHNSON:  Objection; form.
03        A.      I'm a qualified -- I was --
04    before I retired from the Coast Guard I was
05    a -- a double ended qualified marine
06    inspector.
```

**JW-04   (1 SEGMENT RUNNING 00:00:46.377)**

   1.  **PAGE 30:16 TO 31:09   (RUNNING 00:00:46.377)**

```
16        Q.      If -- if someone said I have an
17    offshore supply vessel and I need a hull and
18    condition survey, are you a licensed surveyor
19    entitled to conduct such a survey and sign
20    your name to it, would you be able to say
21    yes?
22        A.      I can do the survey, but I do
23    not have a license as a surveyor.
24        Q.      You were in the Coast Guard from
25    1981 until what retirement date?
00031:01    A.      June 1st of 2008.
02        Q.      Okay.  And that's 20 --
03        A.      27.
04        Q.      27 years.  And you retired as a
05    Lieutenant Commander?
06        A.      That's correct.
07        Q.      What was your first rank in the
08    Coast Guard?
09        A.      I was enlisted as an E-1.
```

**JW-05   (1 SEGMENT RUNNING 00:01:34.305)**

   1.  **PAGE 31:22 TO 33:02   (RUNNING 00:01:34.305)**

```
22        Q.      Okay.  I'm going to fill in a
23    few years in there.  When -- when did you
24    become a CWO?
25        A.      1990 approximately.  '89 or '90.
00032:01    Q.      Okay.  And when were you
02    commissioned as a lieutenant?
03        A.      2002.
04        Q.      Okay.  And then did you go from
05    lieutenant to lieutenant commander?
06        A.      Yes.
07        Q.      When did you become lieutenant
08    commander?
09        A.      Around 2006.
10        Q.      Okay.  So you acted in the
11    capacity -- you could be called lieutenant
12    commander from 2006 until June 1st, 2008?
13        A.      Yes.
14        Q.      Did you retire on your own
15    volition after 27 years?
16        A.      Yes.
```

```
17        Q.      Do you receive any pension from
18   the Coast Guard?
19        A.      Yes.
20        Q.      I see from your -- you're an --
21   Appendix 1 CV that you -- you became a senior
22   marine inspector, and you put the years 1997
23   to 2000 out of MSO New Orleans; is that
24   right?
25        A.      From 2000 -- from -- marine
00033:01   inspector -- no, that would have been back
02   in '97.
```

**JW-06   (1 SEGMENT RUNNING 00:00:59.110)**

    1.   **PAGE 34:03 TO 34:25   (RUNNING 00:00:59.110)**

```
03        Q.      Okay.  So you were a senior
04   marine inspector for just shy of three years?
05        A.      That's correct.  Well, I'm --
06   shouldn't -- maybe I shouldn't say it that
07   way.  I was always a senior -- considered to
08   be a senior marine inspector.  It's just that
09   what this shows is a job break between
10   general inspection duties of various types of
11   vessels and some MODUs to being actually
12   responsible for the offshore area of MSO
13   New Orleans.
14        Q.      So when you were a senior -- in
15   the years '97 to year 2000 you would be a
16   senior marine inspector visiting all -- all
17   types of vessels within the MSO jurisdiction?
18        A.      Well, when you say -- yes,
19   within the MSO jurisdiction, including their
20   jurisdiction in South America and the
21   Caribbean.
22        Q.      MSO New Orleans encompasses part
23   of the Gulf of Mexico?
24        A.      MSO New Orleans has a zone in
25   the Gulf of Mexico, yes.
```

**JW-07   (1 SEGMENT RUNNING 00:00:46.461)**

    1.   **PAGE 37:03 TO 37:19   (RUNNING 00:00:46.461)**

```
03        Q.      So during that time frame, '97
04   to 2000, would you have had senior marine
05   inspection duties for offshore, DP MODUs or
06   self-propelled MODUs?
07        A.      I -- I assisted the -- what was
08   the incumbent of the chief of officer
09   activities.  I assisted him in conducting
10   inspections.
11        Q.      He would be the one who would
12   sign any letters of compliance?
13        A.      Either one of us could do that,
14   but -- but he would be the lead inspector.
15        Q.      Okay.  Now, starting in May of
16   2000 you became chief -- the offshore
17   activities MSO New Orleans May 2000, June of
18   2004, is that correct?
19        A.      That's correct, when he retired.
```

**JW-08   (1 SEGMENT RUNNING 00:02:45.920)**

   **1.   PAGE 38:12 TO 41:01   (RUNNING 00:02:45.920)**

```
        12          Q.       Were -- were you chief of --
        13   when you were chief offshore activities, did
        14   your jurisdiction also include ships and
        15   barges in the Port of New Orleans area?
        16          A.       I was -- I was strictly focused
        17   on offshore, the offshore industry at that
        18   point.
        19          Q.       Okay.  So -- so we can safely
        20   say that beginning in June 2004 as chief of
        21   offshore activities out of MSO New Orleans,
        22   your responsibilities included either
        23   inspection yourself or oversight of
        24   inspection of -- of -- of MODUs of one sort
        25   or another, correct?
00039:01          A.       MODUs as well as OSVs and -- as
        02   I said again, if I was going to, let's say,
        03   for example, Mexico to inspect a MODU and
        04   there was a couple of OSVs that were also due
        05   for inspection, I would -- I would do those
        06   as well.
        07          Q.       Okay.  So the geographical
        08   territory in your job as chief offshore
        09   inspection included what foreign states?
        10          A.       Mexico, all of South America.
        11   I -- let me rephrase that.  The East Coast of
        12   Mexico and then all of Central and South
        13   America and -- and the greater Caribbean.
        14          Q.       And then also the zone in the
        15   Gulf of Mexico that MSO New Orleans was
        16   responsible for?
        17          A.       Right.
        18          Q.       All right.  So how many -- with
        19   U.S. Chief, how many inspectors worked
        20   with -- within that group or detail or team
        21   to cover that territory?
        22          A.       I had one full time, and then
        23   there were three or four other guys that had
        24   MODU qualification that I would -- that I
        25   would use when we were actually doing
00040:01   inspections, but they weren't physically in
        02   the same office with me.
        03          Q.       Okay.  So during that time
        04   period, 2000 to '04, you had that geographic
        05   territory, including offshore supply vessels,
        06   MODUs in the geographic region you just
        07   described?
        08          A.       Yes.
        09          Q.       And in addition to OSVs, MODUs,
        10   would any -- and jackups would be considered
        11   a MODU?
        12          A.       That's correct.
        13          Q.       So we've talked about
        14   self-propelled MODUs.  We've talked about
        15   dynamically positioned vessels.  What -- what
        16   is a jackup?  What's the terminology for a
        17   jackup in a -- if MODU is associated with a
        18   jackup?
```

```
19        A.      Well, the -- the term is a
20  self-elevating mobile offshore drilling unit.
21        Q.      Okay.  Self -- self-elevating,
22  and MODU?
23        A.      Self-elevating.
24        Q.      And those are towed to their
25  location, correct?
00041:01        A.      Generally, yes.
```

**JW-09   (1 SEGMENT RUNNING 00:00:40.640)**

   **1.  PAGE 41:16 TO 42:03   (RUNNING 00:00:40.640)**

```
16        Q.      Uh-huh.  Then you moved in 2004
17  through June 2008 to chief offshore
18  compliance AQS CG district.  How did your job
19  duties change at that point?
20        A.      Well, I didn't do -- I didn't do
21  near as many inspections as I -- as I had
22  been doing at a working MSO.  It was more of
23  a -- an oversight and -- and working toward
24  building or strengthening or modifying the --
25  the regulatory regime, but -- but my
00042:01  territory covered all of the areas of the
02  Gulf of Mexico that had active offshore
03  activities.
```

**JW-10   (1 SEGMENT RUNNING 00:00:52.030)**

   **1.  PAGE 42:14 TO 43:07   (RUNNING 00:00:52.030)**

```
14        Q.      Okay.  Fair to say, though, that
15  if -- assuming the Deep- -- Deepwater Horizon
16  was operating either under the flag of Panama
17  or the flag of the Republic of the Marshall
18  Islands between 2001 and your date of your
19  retirement in 2008, that the Deepwater
20  Horizon was within your jurisdiction
21  regulatorily?
22        A.      From -- from 2004 to 2008, yes.
23        Q.      Okay.  In 2000 -- between 2001
24  and June 2004 when you were chief offshore
25  activities, if -- if we assume for the
00043:01  purposes of this question that the Deepwater
02  Horizon was within the geographic zone that
03  MSO New Orleans covered, would she have been
04  within your regulatory jurisdiction during
05  that time frame?
06        A.      Had she been operating within
07  the zone, yes.
```

**JW-11   (1 SEGMENT RUNNING 00:00:15.040)**

   **1.  PAGE 43:14 TO 43:18   (RUNNING 00:00:15.040)**

```
14        Q.      Okay.  So fair to say, then,
15  that at least at some point during the latter
16  years that Deepwater Horizon operated in the
17  Gulf of Mexico, you personally had regulatory
18  oversight over Deepwater Horizon?
```

**JW-12  (1 SEGMENT RUNNING 00:00:08.680)**

   **1. PAGE 43:20 TO 43:22  (RUNNING 00:00:08.680)**

```
20        A.     If -- if you're asking was she
21  within the geographic boundaries of the
22  Eighth Coast Guard, yes, district, yes.
```

**PSC-02  (1 SEGMENT RUNNING 00:01:04.693)**

   **1. PAGE 45:10 TO 46:15  (RUNNING 00:01:04.693)**

```
10        Q.     A -- do you -- do you hold any
11  maritime license as a -- as an engineer of
12  any level?
13        A.     No, I do not.
14        Q.     Do you hold any deck officer
15  licenses?
16        A.     No, I do not.
17        Q.     Have you ever commanded a vessel
18  at sea?
19        A.     No, I have not.
20        Q.     Have you ever been the shoreside
21  supervisor of a person who commands a vessel
22  at sea?
23        A.     No.
24        Q.     And in looking at this resume, I
25  couldn't determine whether you had ever
00046:01  served in any seaman's capacity for the Coast
02  Guard.  One -- one item possibly triggers
03  that.  It says USCG CUTTER ACUSHNET, various
04  shipboard engineering duties, June '81 to
05  June '84.
06              It appears that possibly during
07  that time frame you worked aboard a ship; is
08  that fair to say?
09        A.     Yes.
10        Q.     The Cutter Acushnet?
11        A.     Yes.
12        Q.     And that's A-c-u-s-h-n-e-t.
13              Where was the Acushnet
14  stationed?
15        A.     In Gulfport, Mississippi.
```

**PSC-03  (1 SEGMENT RUNNING 00:00:10.998)**

   **1. PAGE 48:09 TO 48:15  (RUNNING 00:00:10.998)**

```
09        Q.     Okay.  I think I -- I know I
10  asked this, but there was a captain aboard
11  the cutter?
12        A.     Yes, yes.
13        Q.     Was there -- was there -- were
14  there two captains at any one time?
15        A.     No.
```

**PSC-04   (1 SEGMENT RUNNING 00:00:41.677)**

    **1.   PAGE 48:24 TO 49:15   (RUNNING 00:00:41.677)**

```
        24          Q.      During the period of time when
        25    the Coast Guard admiral would come aboard,
00049:01    who was the captain of the ship?
        02          A.      Was still the captain.
        03          Q.      Was it important for you as a
        04    first-class petty officer to know who was the
        05    commander of your ship?
        06          A.      Yeah, it would be very important
        07    to recognize the captain, yes, in a military
        08    setting.
        09          Q.      Okay.  Have you ever been a
        10    seaman aboard any civilian ship?
        11          A.      No, I have not.
        12          Q.      After you left the Acushnet in
        13    June of '84, did you ever work as a full-time
        14    seaman aboard any other Coast Guard ship?
        15          A.      No.
```

**JW-13   (1 SEGMENT RUNNING 00:00:19.183)**

    **1.   PAGE 50:03 TO 50:13   (RUNNING 00:00:19.183)**

```
        03          Q.      Have you ever been to well
        04    control school?
        05          A.      I've been to a well control
        06    school, yes.
        07          Q.      Was it a -- a fundamentals of
        08    well control or a supervisor's level of well
        09    control school?
        10          A.      It was fundamentals.
        11          Q.      How long did the course take?
        12          A.      I think it was -- if I recall,
        13    it was three or four days.
```

**JW-14   (1 SEGMENT RUNNING 00:00:25.637)**

    **1.   PAGE 51:09 TO 51:21   (RUNNING 00:00:25.637)**

```
        09          Q.      The fundamentals of well control
        10    book as well as the classroom experience
        11    showed you what a well was, what a casing
        12    was, what a drill string was, what a blowout
        13    preventer was?
        14          A.      Yes.
        15          Q.      Among other things?
        16          A.      Among other things.
        17          Q.      Yeah.  And did you -- did you
        18    have any hands-on training at Randy Smith?
        19          A.      They have a simulator.
        20          Q.      So you have a console showing --
        21          A.      Returns and -- yes.
```

**JW-15   (1 SEGMENT RUNNING 00:00:28.785)**

   **1.  PAGE 54:22 TO 55:05   (RUNNING 00:00:28.785)**

```
        22        Q.       Have you ever attended any
        23   schools in fire and gas detection systems on
        24   board offshore vessels?
        25        A.       Well, I've attend -- I don't --
00055:01   I don't know if I would use the term
        02   "school," but certainly that was part of
        03   our -- our inspector's training that was held
        04   in Yorktown to -- to understand fire and gas
        05   systems, yes.
```

**JW-16   (1 SEGMENT RUNNING 00:00:23.713)**

   **1.  PAGE 56:21 TO 57:01   (RUNNING 00:00:23.713)**

```
        21   how many DP MODU inspection or exams,
        22   examinations, had you personally conducted
        23   either as a junior person or the senior
        24   person?
        25        A.       DP MODUs, I don't know, probably
00057:01   eight or ten different MODUs.  They -- prior
```

**JW-17   (1 SEGMENT RUNNING 00:00:13.908)**

   **1.  PAGE 57:22 TO 58:02   (RUNNING 00:00:13.908)**

```
        22   the question, the -- the Deepwater Horizon is
        23   a classic example, that oftentimes they would
        24   stay in the Gulf for long periods of time.
        25   So while it may be eight or ten different
00058:01   MODUs, you may inspect the same one three or
        02   four times.
```

**JW-18   (1 SEGMENT RUNNING 00:00:23.859)**

   **1.  PAGE 58:03 TO 58:13   (RUNNING 00:00:23.859)**

```
        03        Q.       Uh-huh.  So is your -- is your
        04   answer that you've personally been involved
        05   in an inspection or an examination of eight
        06   or ten different DP MODUs, meaning any one of
        07   those eight or ten, you might have been
        08   aboard more than once; is that -- do I --
        09        A.       Yeah, if you -- if you -- when
        10   you say dynamically positioned, if you're
        11   including drill ships in that as well.
        12        Q.       Yes.  So eight or ten?
        13        A.       Eight or ten.
```

**JW-19   (1 SEGMENT RUNNING 00:00:28.672)**

    1.  **PAGE 58:19 TO 59:02   (RUNNING 00:00:28.672)**

```
        19        Q.       In this case when were you
        20   retained to -- to start reviewing materials,
        21   do work?
        22        A.       In August of this year.
        23        Q.       Okay.  So your expert report of
        24   September 23 was -- was after approximately
        25   seven or eight weeks of work?
00059:01        A.       Seven or eight weeks of very
        02   intense work, yes.
```

**JW-20   (1 SEGMENT RUNNING 00:00:08.506)**

    1.  **PAGE 10:20 TO 10:24   (RUNNING 00:00:08.506)**

```
        20        Q.       Since April 20th, 2010 have you
        21   been on any Transocean rigs?
        22        A.       Yes, I have.
        23        Q.       Which ones?
        24        A.       The Nautilus.
```

**JW-21   (1 SEGMENT RUNNING 00:00:07.195)**

    1.  **PAGE 13:04 TO 13:06   (RUNNING 00:00:07.195)**

```
        04        Q.       (BY MR. HAYCRAFT)  All right.
        05   Now, how long were you on the Nautilus?
        06        A.       Around six hours, I would say.
```

**PSC-01   (1 SEGMENT RUNNING 00:00:14.149)**

    1.  **PAGE 15:12 TO 15:19   (RUNNING 00:00:14.149)**

```
        12        Q.       Okay.  When you're in the cabin
        13   of the -- of the Deepwater -- excuse me, of
        14   the Nautilus in a view similar to what this
        15   camera is showing in Figure 7, are you
        16   looking out through those windows on the
        17   drill floor?
        18        A.       You can see the drill floor,
        19   yes.
```

**JW-22   (1 SEGMENT RUNNING 00:00:38.411)**

    1.  **PAGE 16:18 TO 17:04   (RUNNING 00:00:38.411)**

```
        18        Q.       What areas of the Nautilus did
        19   you visit during those six hours?
        20        A.       We -- we spent some time on the
        21   bridge.  We spent some time on the -- in the
        22   driller's console, engine rooms, and beyond
```

```
          23   that it was more or less a -- the Nautilus
          24   was very similar in layout, not -- not exact,
          25   but very similar in main deck layout, and so
    00017:01   we spent some time looking at -- at the main
          02   deck layout and -- and looking at paths that
          03   people probably would have used in the
          04   evacuation.
```

**PSC-05   (1 SEGMENT RUNNING 00:00:18.364)**

    **1.   PAGE 140:20 TO 140:25   (RUNNING 00:00:18.364)**

```
          20        Q.     Based on your review of the
          21   materials in this matter, would you agree
          22   with me that BP was justified in relying upon
          23   Transocean to have the primary responsibility
          24   for implementation and management of a safety
          25   management system?
```

**PSC-06   (1 SEGMENT RUNNING 00:01:31.789)**

    **1.   PAGE 141:12 TO 142:20   (RUNNING 00:01:31.789)**

```
          12        A.     I think the way I'd respond to
          13   that is that, yes, I understand that it was
          14   Transocean's responsibility to implement a
          15   safety management system.  I think it would
          16   be also incumbent on the operator to ensure
          17   that it actually -- that it actually had been
          18   implemented.
          19        Q.     (BY MR. HAYCRAFT)  Okay.  So it
          20   was incumbent on BP to make sure that
          21   Transocean had implemented a safety
          22   management system for Deepwater Horizon?
          23        A.     I'm sure as part of their -- I
          24   haven't seen this discussed -- maybe I have.
          25   To -- to ensure that they had all of the
    00142:01   requisite documents and that it had been --
          02   their safety management system had been
          03   accepted by the RO on behalf of the flag
          04   state, I think that would be a BP function,
          05   that they would -- they would ask for copies
          06   of those certificates or view those
          07   certificates.
          08        Q.     And you, in fact, know that BP
          09   did that in this case, correct?
          10        A.     I -- I can't recall
          11   specifically, but I'm quite -- I would --
          12   that would be normal.
          13        Q.     Okay.  And you've seen no
          14   evidence in the record to suggest that BP did
          15   not rely upon Transocean's presentation of
          16   proper certificates from the RO regarding its
          17   safety management system?
          18        A.     I -- I don't recall.  There's
          19   nothing that comes to mind at the moment
          20   that -- that I would recall.
```

**JW-23   (1 SEGMENT RUNNING 00:01:05.793)**

    **1.   PAGE 151:18 TO 152:15   (RUNNING 00:01:05.793)**

```
        18          Q.      Okay.  And that minimum safe
        19  manning certificate has two positions
        20  relevant to our current discussion.  It has
        21  the master position and it has the OIM
        22  position listed, correct?
        23          A.      That's correct.
        24          Q.      Okay.  And is it your testimony
        25  as an expert in this case that because both
  00152:01  of those positions are listed on the minimum
        02  safe manning certificate for a DPV that the
        03  operator of said vessel has to have each of
        04  them be in command of different aspects of
        05  the vessel?
        06          A.      The word -- the word "command,"
        07  understand from my -- from my mil- --
        08  military background, there was only one
        09  person in command.
        10          Q.      Who was in command on Deepwater
        11  Horizon during the afternoon of April the
        12  20th?
        13          A.      Captain Kuchta.
        14          Q.      Okay.  Did he know that?
        15          A.      Yes, he knew it.
```

**JW-24   (1 SEGMENT RUNNING 00:00:56.649)**

    **1.   PAGE 149:02 TO 149:23   (RUNNING 00:00:56.649)**

```
        02          Q.      Okay.  Well, let's talk about
        03  that.  Just off the top of your head, the
        04  minimum safe manning certificate issued by
        05  the Republic of the Marshall Islands
        06  classified the Deepwater Horizon as a -- as a
        07  self-propelled MODU; did it not?
        08          A.      The original?
        09          Q.      The original that was in place
        10  on April the 20th, 2010.
        11          A.      Yes.
        12          Q.      And that safe -- minimum safe
        13  manning certificate did not require the
        14  presence of both an OIM and a master,
        15  correct?
        16          A.      The certificate -- the
        17  certificate did not, but it's -- it's -- in
        18  the Marshall Islands report, as they point
        19  out, that was a clerical error, but I -- I
        20  think Transocean certainly could look at the
        21  Marshall Islands manning document and -- and
        22  realize that, yes, they were, in fact,
        23  expected to have a master and an OIM.
```

**JW-25   (1 SEGMENT RUNNING 00:00:33.700)**

    1.  PAGE 146:03 TO 146:14   (RUNNING 00:00:33.700)

```
03              Let's talk about the command
04     structure on board Deepwater Horizon.  Did --
05     do you understand and is it your expert
06     opinion that that is a command structure
07     imposed or placed or implemented aboard at
08     least the Deepwater Horizon by the management
09     of Transocean?
10         A.     Well, I don't think they -- I
11     don't think they really had much of a choice
12     because the -- the Marshall Islands safe
13     manning certificate said they had to have a
14     master and an OIM.
```

**JW-26   (1 SEGMENT RUNNING 00:00:47.068)**

    1.  PAGE 164:12 TO 165:06   (RUNNING 00:00:47.068)

```
12         Q.     (BY MR. HAYCRAFT)  Well,
13     wouldn't you agree with me, sir, that in the
14     command structure of the Deepwater Horizon,
15     the master was subservient to the OIM?
16         A.     No.
17         Q.     To whom did the master report on
18     board the Deepwater Horizon?
19         A.     When they were on location,
20     he -- when you say "report," you mean on a
21     daily basis?
22         Q.     To whom did he report in the
23     hierarchical structure at Deepwater Horizon?
24     In the command structure at Deepwater
25     Horizon, to whom did the master report?
00165:01       A.     When they were on location, he
02     reported to the -- to the OIM, but that --
03     like I say, that didn't change the fact that
04     he was still the captain.  It's just that
05     they were engaged in an industrial activity
06     at that time.
```

**PSC-07   (1 SEGMENT RUNNING 00:01:13.949)**

    1.  PAGE 165:07 TO 166:18   (RUNNING 00:01:13.949)

```
07         Q.     Uh-huh.  Do you know of any ship
08     in the fleet of Coast Guard ships that has a
09     command structure whereby the PIC shifts
10     depending on the function of a ship?
11         A.     On a Coast Guard ship?
12         Q.     Right.
13         A.     No, I'm not aware of one.
14         Q.     Let's talk, for example, about a
15     buoy tender.  The Coast -- you know -- you
16     may not have worked aboard one or in
17     connection with one, but you know the Coast
18     Guard employs buoy tenders on the inland
19     river system --
20         A.     That's correct.
```

```
        21        Q.      -- and -- and harbors?
        22        A.      Yes.
        23        Q.      And the buoy tender has a very
        24  specific function of maintaining buoys in
        25  navigable waterways, correct?
00166:01        A.      That's correct.
        02        Q.      And there -- there are persons
        03  aboard the buoy tender who are expert in the
        04  placement, the pulling up of a buoy, and the
        05  maintenance of a buoy and then the
        06  replacement of a buoy, right?
        07        A.      Yes.
        08        Q.      And those buoys have to be
        09  placed in a very exact location, right?
        10        A.      Yes.
        11        Q.      So that mariners can engage in
        12  safe navigation relying upon the buoy system,
        13  right?
        14        A.      That's correct.
        15        Q.      But the buoy tender employed by
        16  the Coast Guard has one person in charge at
        17  all times, right?
        18        A.      The master.
```

**JW-27   (1 SEGMENT RUNNING 00:00:26.043)**

   **1.  PAGE 168:22 TO 169:09   (RUNNING 00:00:26.043)**

```
        22        Q.      Let's take a look at two
        23  sentences under "Chain of Command" and go
        24  into some detail on them.  Your first
        25  sentence states, "I have concluded that the
00169:01  command structure as established on the
        02  Deepwater Horizon was appropriate and in
        03  accordance with industry standards as well as
        04  all applicable laws and regulations."
        05            Did I read that correctly?
        06        A.      Yes.
        07        Q.      Is that still your opinion
        08  today?
        09        A.      Yes, it is.
```

**PSC-08   (1 SEGMENT RUNNING 00:00:12.556)**

   **1.  PAGE 179:02 TO 179:07   (RUNNING 00:00:12.556)**

```
        02        Q.      Uh-huh.  And have you ever in
        03  your training and experience heard -- heard
        04  the adage or the statement that every minute
        05  counts in an emergency?
        06        A.      I've -- I've heard that term
        07  before, yes.
```

**PSC-09   (1 SEGMENT RUNNING 00:00:35.098)**

   **1.  PAGE 183:16 TO 184:04   (RUNNING 00:00:35.098)**

```
16        Q.     (BY MR. HAYCRAFT)  Okay.  From a
17   marine perspective would you agree with me
18   that the -- the spewing of well fluids above
19   the rotary table and up into the derrick was
20   a significant event?
21        A.     It would have been definitely a
22   significant event primarily for the drill
23   crew, but certainly in the greater context
24   of -- of the operation of the rig, yes, that
25   would have been a significant event.
00184:01       Q.     Okay.  It's -- it's in- -- it's
02   a significant event from the safety of the
03   ship; is it not?
04        A.     Yes.
```

**PSC-10   (1 SEGMENT RUNNING 00:01:15.389)**

   **1.  PAGE 184:08 TO 185:08   (RUNNING 00:01:15.389)**

```
08        Q.     Okay.  It's not a significant
09   event?
10        MR. JOHNSON:  Objection.  Let him
11   answer.
12        MR. HAYCRAFT:  I'm going to.
13        A.     It's -- if -- if the well
14   control is such that that's all you get is a
15   spewing of mud, that would be a significant
16   event enough to have concern, but it would
17   not -- if you're able to get the -- the well
18   back under control and -- there would be no
19   inherent danger from that.
20        Q.     (BY MR. HAYCRAFT)  So it's your
21   testimony as an expert in this case that the
22   spewing of mud from the riser above the
23   rotary table and into the derrick may or may
24   not have been a significant event from a
25   marine perspective?
00185:01       MR. JOHNSON:  Object to the form.
02        A.     Again, from the -- from the
03   marine crew's response, that's not something
04   that they would be responsible for
05   determining next actions, course of actions,
06   but that's not to minimize -- anytime you
07   have any kind of well situation, it's -- it's
08   an area of concern.
```

**PSC-12   (1 SEGMENT RUNNING 00:00:45.288)**

   **1.  PAGE 205:08 TO 205:25   (RUNNING 00:00:45.288)**

```
08             Look at subsection (b) of what
09   is Paragraph 4, and let's read that out
10   loud -- or I'll read that out loud together,
11   you follow along:  Each ship is in the charge
12   of a master and officers who possess
13   appropriate qualifications, in particular
```

```
14    seamanship, navigation, communications in
15    marine engineering and that the crew is
16    appropriate in qualification and numbers for
17    the type, size, machinery, and equipment of
18    the ship.
19             Did I read that correctly?
20    A.      Yes, you did.
21    Q.      Okay.  And is that your
22    understanding of what international maritime
23    law requires; that is, each ship must be in
24    the charge of a master?
25    A.      Yes.
```

**JW-28   (1 SEGMENT RUNNING 00:00:57.892)**

    **1.   PAGE 209:25 TO 210:18   (RUNNING 00:00:57.892)**

```
        25    Q.      Okay.  Well, you would agree
00210:01    that the Republic of the Marshall Islands
        02    both -- certainly at least in the document we
        03    have before us, the maritime act, makes no
        04    provision for the OIM or offshore
        05    installation manager to have the
        06    responsibility for the safety of the crew and
        07    the passengers, if any, correct?
        08    A.      The -- the OIM is there for a
        09    very specific purpose.  He is the guy who's
        10    experienced, knowledgeable with the
        11    activities related to the industrial function
        12    of the vessel, and certainly as those
        13    activities would have ramifications for the
        14    overall safety, then he is the most
        15    appropriate individual to -- to have
        16    that responsibility on a day-to-day basis,
        17    but that doesn't remove the captain's
        18    overriding authority.
```

**PSC-13   (1 SEGMENT RUNNING 00:00:24.135)**

    **1.   PAGE 210:19 TO 211:04   (RUNNING 00:00:24.135)**

```
        19    Q.      A-ha.  So the -- the --
        20    certainly the OIM is a subject matter, very
        21    important subject matter expert on the
        22    Deepwater Horizon, correct?
        23    A.      Yes.
        24    Q.      Remember my question, though.
        25    It was does Section 811 of the Maritime Act
00211:01    of the Republic of the Marshall Islands give
        02    safety responsibilities for the vessel to the
        03    OIM?
        04    A.      No, it does not.
```

**JW-29   (1 SEGMENT RUNNING 00:00:37.450)**

    1.  **PAGE 238:06 TO 238:22   (RUNNING 00:00:37.450)**

```
06        A.      Well, I think the -- the
07   document that -- that most of the crew would
08   be familiar with would not be -- would not be
09   those documents where those -- where those
10   types of descriptions are written.  That's
11   not what they would focus.
12        Q.      (BY MR. HAYCRAFT)  It's your
13   testimony that the rest of the crew would be
14   focused on the station bill and not these
15   other documents?
16        A.      The station bill would be the
17   premier.
18        Q.      Do you think Yancy Keplinger,
19   David Young, and David Hackney were aware of
20   the station bill?
21        A.      I believe they would have had to
22   be aware of the station bill.
```

**JW-30   (1 SEGMENT RUNNING 00:00:07.523)**

    1.  **PAGE 216:04 TO 216:07   (RUNNING 00:00:07.523)**

```
04        Q.      Okay.  Well, my question was, is
05   the master in charge of everything?
06        A.      He's in charge of the safety of
07   the vessel.
```

**PSC-14   (1 SEGMENT RUNNING 00:01:45.255)**

    1.  **PAGE 216:16 TO 218:11   (RUNNING 00:01:45.255)**

```
16        Q.      Okay.  Now, you see on the org
17   chart who the top box is on the org chart?
18        A.      Yes.
19        Q.      Who is it?
20        A.      Well, this one says the OIM, but
21   it doesn't -- it just says the Deepwater
22   Horizon org chart.
23        Q.      Okay.  All right.  Well, that's
24   what this org chart says, right?
25        A.      Yeah, and, obviously, this is
00217:01   for on location.
02        Q.      All right.
03        A.      And not underway.
04        Q.      Uh-huh.  You say "obviously."
05   Where does it say that?
06        A.      Well, it just says underway the
07   PIC, the master is in charge, in drilling
08   mode the offshore installation manager is in
09   charge.
10        THE VIDEOGRAPHER:  About a minute left.
11        Q.      (BY MR. HAYCRAFT)  Okay.  Who
12   reports to whom in the org -- org chart?
13        MR. JOHNSON:  Objection --
```

```
14        Q.      (BY MR. HAYCRAFT)  That is,
15  between the captain or the master and the
16  OIM?
17        MR. JOHNSON:  Objection; form.
18        A.      I -- I have actually had quite a
19  bit of struggle with this chart, and I can
20  honestly tell you that it's probably not
21  the -- the best drawn chart, but I -- but,
22  again, inside the same Deepwater Horizon
23  emergency response manual and in the
24  operations manual, it constantly refers -- or
25  I shouldn't say constantly.  Consistently
00218:01  refers to the master's overall authority.
02        Q.      (BY MR. HAYCRAFT)  Okay.  You
03  say the emergency response manual contains a
04  statement of the captain's overriding
05  authority?
06        A.      It does.
07        Q.      Okay.  This org chart, though,
08  shows the master reporting to the OIM; does
09  it not?
10        A.      Yeah, that's -- that's what it
11  shows on the chart.
```

**PSC-15  (1 SEGMENT RUNNING 00:02:22.753)**

    1.  **PAGE 221:06 TO 222:12  (RUNNING 00:02:22.753)**

```
06        Q.      (BY MR. HAYCRAFT)  So who is the
07  person in charge during normal day-to-day
08  operations, per this document?
09        A.      Well, in the first -- I mean,
10  it -- it talks about the master being the
11  person in charge during emergencies, as
12  specified on the station bill, and then it
13  talks about their interpretation of what the
14  person in charge, what their responsibilities
15  are, but it never designates the OIM as the
16  person in charge.
17        Q.      Okay.  Go back to tab 7 and
18  Exhibit 5299, that org chart.  And you know
19  this org chart is an official document of
20  Transocean, right?
21        A.      Yes.
22        Q.      And you see that the official
23  document found in the emergency response
24  manual has two different persons in charge,
25  depending on the circumstance, right?
00222:01        A.      Yes.
02        Q.      And you found this org chart to
03  be a little unclear, fair to say?
04        MR. JOHNSON:  Objection; form.
05        A.      Well, it -- like I say, I think
06  it indicates the -- the arrangement when the
07  rig is employed drilling wells, which it is
08  99.9 percent of the time.
09        Q.      (BY MR. HAYCRAFT)  And during
10  that 99.9, give or take, percent of time, who
11  is the person in charge?
12        A.      The OIM.
```

**PSC-16   (1 SEGMENT RUNNING 00:01:09.782)**

   1.   **PAGE 225:08 TO 226:15   (RUNNING 00:01:09.782)**

```
08        Q.        Okay.  And if you'll turn, let's
09   see, one, two -- Page 3 of this particular
10   integration memo, there is a whole section
11   entitled "Marine Operations."  Do you see
12   that?
13        A.     Yes.
14        Q.        Okay.  And you -- you see
15   that -- that when you turn the page, you're
16   still dealing with marine operations, and
17   then you see a paragraph entitled "Rig
18   Operations."  Do you see that?
19        A.     Yes.
20        Q.        And do you see "Rig Chain of
21   Command"?
22        A.     Yes, I do.
23        Q.        And you know what a chain of
24   command is on a ship, don't you?
25        A.     Yes, I do.
00226:01        Q.        Okay.  Let's read together the
02   paragraph that starts the offshore man- --
03   the offshore installation manager, okay.
04   Follow along with me.  Quote, The Offshore
05   Installation Manager will remain overall
06   responsible for the health, safety and
07   welfare of all persons, and all activities
08   conducted onboard their respective rig.  The
09   OIM is authorized and obligated to take
10   whatever actions he considers necessary to
11   prevent injury, loss of life, damage to
12   equipment/structure, and/or loss of rig and
13   well operation integrity.
14              Did I read that correctly?
15        A.     Yes, you did.
```

**PSC-17   (1 SEGMENT RUNNING 00:00:33.800)**

   1.   **PAGE 236:01 TO 236:16   (RUNNING 00:00:33.800)**

```
00236:01        Q.        It -- it sounds to me -- and I'm
02   asking you what your view is, not mine --
03   that at least among those three individuals
04   they had three different conceptions of who
05   was in charge at different times, fair to
06   say?
07        MR. JOHNSON:  Objection; form.
08        A.     Well, here again, I go back to
09   the -- to the distinction I made that the
10   person in charge is not synonymous with the
11   master.
12        Q.     (BY MR. HAYCRAFT)  Okay.  Is the
13   master sometimes not the person in charge on
14   the Deepwater Horizon?
15        A.     The master is sometimes not the
16   person in charge.
```

**PSC-18   (1 SEGMENT RUNNING 00:00:19.007)**

    1.  **PAGE 243:24 TO 244:08   (RUNNING 00:00:19.007)**

```
         24            Q.      Okay.  Have you read this
         25    section of the guidance materials for DNV
00244:01       auditors?
         02            A.      Yes, I have.
         03            Q.      Do you see that there is a
         04    sentence under the box that directly quotes
         05    5.2 there is a sentence that reads, quote,
         06    The overriding authority of the Master
         07    applies to all circumstances?
         08                    Do you see that?
```

**PSC-19   (1 SEGMENT RUNNING 00:01:08.946)**

    1.  **PAGE 244:18 TO 245:13   (RUNNING 00:01:08.946)**

```
         18            Q.      And if you turn the page to the
         19    last two paragraphs where there is some
         20    italicized language, and I'll read it out
         21    loud and you follow along.  "It is a common
         22    misperception that the overriding authority
         23    of the Master applies to emergencies only.
         24    Hence, the statement should make it clear
         25    that the overriding authority of the Master
00245:01       is not limited to emergency situations.  It
         02    applies to all circumstances affecting safety
         03    and prevention of pollution."
         04                    And I'll skip the second
         05    sentence, unless you -- you feel a need to
         06    read it.  But do you understand that the DNV
         07    guidance materials for ISM code auditors
         08    under their -- under their direction tell
         09    their auditors that a statement of the
         10    captain's overriding authority in an -- in an
         11    emergency situation does not suffice for
         12    compliance with ISM code Section 5.2?
         13            A.      Can you ask that question again?
```

**PSC-20   (1 SEGMENT RUNNING 00:00:22.280)**

    1.  **PAGE 245:22 TO 246:04   (RUNNING 00:00:22.280)**

```
         22            A.      If it said only emergency
         23    situations, then that would not be
         24    consistent.
         25            Q.      (BY MR. HAYCRAFT)  Okay.  In
00246:01       other words, that would not be in compliance
         02    with 5.2, would it?
         03            A.      It -- it will not reflect the
         04    intent of 5.2.
```

**PSC-21   (1 SEGMENT RUNNING 00:01:21.123)**

   1.  **PAGE 263:17 TO 264:20   (RUNNING 00:01:21.123)**

```
17        Q.      Turn to tab 30 in your binder,
18    please.  And that page has been previously
19    marked as Exhibit 4647.  Are we together on
20    that?
21        A.      Yes.
22        Q.      Okay.  And you see that this is
23    from -- I think you mentioned earlier that
24    the emergency response manual for Deepwater
25    Horizon had a number of sections devoted to
00264:01    Emergency Disconnect Procedures, right?
02        A.      That's correct.
03        Q.      And this is one of those
04    sections, isn't it?
05        A.      I think this is the introductory
06    page to those sections.
07        Q.      Right, it's Section 12,
08    subsection 2, right, in the manual?
09        A.      That's correct.
10        Q.      Okay.  And do you see that --
11    like you say, it's an introduction, and it
12    says "General Considerations," and it talks
13    about DP alert levels, and then there is this
14    sentence in the first paragraph.
15                "The Deepwater Horizon crews
16    will strictly adhere to these Alert Actions,
17    and EDS drills will be executed weekly."
18                Did I read that sentence
19    correctly?
20        A.      Yes.
```

**PSC-22   (1 SEGMENT RUNNING 00:00:16.732)**

   1.  **PAGE 266:04 TO 266:07   (RUNNING 00:00:16.732)**

```
04        Q.      Have you found a document or a
05    witness who validates that EDS drills were
06    conducted weekly on Deepwater Horizon?
07        A.      No, I haven't.
```

**JW-31   (1 SEGMENT RUNNING 00:00:17.641)**

   1.  **PAGE 314:15 TO 314:20   (RUNNING 00:00:17.641)**

```
15        Q.      So it's your opinion that by
16    having Jimmy Harrell as the OIM and PIC
17    during day-to-day operations, that he was the
18    person in charge of the vessel, although
19    Captain Kuchta, when he was aboard was the
20    person in command of the vessel?
```

### JW-32   (1 SEGMENT RUNNING 00:00:33.470)

   1.  **PAGE 314:22 TO 315:08   (RUNNING 00:00:33.470)**

```
22        A.     That's correct.
23        Q.     (BY MR. HAYCRAFT)   Okay.   And
24   you don't think having one person being in
25   charge of the vessel and the other person
00315:01   being in command of the vessel creates any
02   confusion, is that your opinion?
03        A.     I think I'll restate what I said
04   earlier.   I think there might have been a
05   couple of people that maybe were a bit
06   confused, but the -- the marine crew that was
07   involved on April the 10th or April the 20th
08   of 2010, I don't believe they were confused.
```

### JW-33   (1 SEGMENT RUNNING 00:00:29.272)

   1.  **PAGE 196:15 TO 196:23   (RUNNING 00:00:29.272)**

```
15        Q.     But in the meantime, I'm going
16   to continue with Captain Kuchta and your
17   memory, did Captain Kuchta have major
18   emergency management training?
19        A.     If -- well, depending on -- if
20   you're asking about the -- whether he had
21   been trained to -- in emergency response,
22   obviously his STCW training, Bridge Resource
23   Management training would cover that.
```

### PSC-11   (1 SEGMENT RUNNING 00:00:13.176)

   1.  **PAGE 196:24 TO 197:03   (RUNNING 00:00:13.176)**

```
24        Q.     Uh-huh.
25        A.     But I am aware that there was
00197:01   a -- there was a specific Transocean
02   sponsored course, and I -- I -- I don't
03   believe he had attended that.
```

### JW-34   (1 SEGMENT RUNNING 00:00:14.857)

   1.  **PAGE 128:11 TO 128:19   (RUNNING 00:00:14.857)**

```
11        Q.     Okay.   Did you review the fire
12   and gas detection system aboard the Deepwater
13   Horizon in your role as an expert for
14   Transocean in this case?
15        A.     The permanently installed?
16        Q.     Yes.
17        A.     Yes.
18        Q.     Whose equipment was that?
19        A.     Transocean.
```

**JW-35   (1 SEGMENT RUNNING 00:00:34.751)**

    **1.   PAGE 131:01 TO 131:16   (RUNNING 00:00:34.751)**

```
00131:01        Q.      Having the ability to move off
      02   station for a vessel tethered to a fuel
      03   source is an important maritime
      04   consideration; is it not?
      05        MS. GALLAGHER:  Objection; form.
      06        A.      If the -- if the blowout has
      07   escalated to that level, then, yes, that may
      08   be a -- a proper mitigation.
      09        Q.      (BY MR. HAYCRAFT)  And the
      10   marine crew has to be ready for that,
      11   correct?
      12        A.      Ready to move off station --
      13        Q.      Yes.
      14        A.      -- to navigate --
      15        Q.      Uh-huh.
      16        A.      Yes.
```

**JW-36   (1 SEGMENT RUNNING 00:00:28.867)**

    **1.   PAGE 326:02 TO 326:11   (RUNNING 00:00:28.867)**

```
      02        Q.      Okay.  Now, let's go back to the
      03   EDS.  Is it your testimony that the master
      04   was not authorized to initiate an EDS
      05   sequence?
      06        A.      I -- I certainly believe he had
      07   the authority, but I think what I said
      08   earlier today, and I -- and I still will
      09   stick to that is that it's not something that
      10   he would arbitrarily decide to do without
      11   seeking input from his experts.
```

**JW-37   (1 SEGMENT RUNNING 00:00:39.814)**

    **1.   PAGE 179:16 TO 180:02   (RUNNING 00:00:39.814)**

```
      16        Q.      Okay.  In -- in your report did
      17   you prepare a time line of minute-by-minute
      18   events on -- on the Deepwater Horizon
      19   beginning at any point the evening of April
      20   the 20th, 2010?
      21        A.      I didn't -- I didn't prepare
      22   a -- a specific time line, but, again,
      23   evaluating all of the various accounts either
      24   through Coast Guard witness statements or
      25   through other deposition testimony, I reached
00180:01   a conclusion that -- that the events unfolded
      02   very rapidly.
```

**JW-38   (1 SEGMENT RUNNING 00:00:38.498)**

    1.  **PAGE 343:15 TO 344:02   (RUNNING 00:00:38.498)**

```
15        Q.      And a command decision on the
16   Deepwater Horizon on the night of April the
17   20th could have been to initiate the EDS
18   sequence, correct?
19        A.      It could have been.  I think
20   there is very clear evidence that that is
21   exactly what they were trying or attempting
22   to do from the bridge, was to speak to the
23   drill floor and try to -- because they had
24   been called and said we have a well control
25   event and -- and that's what they were doing.
00344:01   They were seeking that -- that information to
02   be well informed.
```

**PSC-23   (1 SEGMENT RUNNING 00:00:44.911)**

    1.  **PAGE 344:07 TO 344:22   (RUNNING 00:00:44.911)**

```
07        Q.      Okay.  And, in fact, Chris
08   Pleasant asked the captain three different
09   times if he should initiate EDS; did he not?
10        MR. JOHNSON:  Objection; form.
11        A.      I don't -- I -- I don't know if
12   it was three.  I am aware that he did ask the
13   captain should he EDS.
14        Q.      (BY MR. HAYCRAFT)  Right.  And,
15   in fact, the captain told him, Chris
16   Pleasant, the subsea engineer, calm down,
17   we're not EDSing, that's true, isn't it?
18        MR. JOHNSON:  Objection; form.
19        A.      I'd have to read -- I'd have to
20   go back and re-read the testimony to see if
21   those were the exact words, but it was
22   something to that effect.
```

**JW-39   (1 SEGMENT RUNNING 00:00:22.163)**

    1.  **PAGE 367:07 TO 367:17   (RUNNING 00:00:22.163)**

```
07                Have you identified any evidence
08   that there was confusion on the bridge of the
09   Deepwater Horizon on April 20th, 2010, as to
10   who was in command of the vessel following
11   the first explosion?
12        A.      No, I haven't.
13        Q.      Do you believe that there was
14   confusion on the bridge on April 20th, 2010,
15   following the first explosion as to who was
16   in command of the vessel?
17        A.      No.
```

**JW-40   (1 SEGMENT RUNNING 00:00:27.712)**

    1.   **PAGE 290:16 TO 290:23   (RUNNING 00:00:27.712)**

```
16        Q.     (BY MS. FAGAN)  What process
17   safety measures did you evaluate in
18   evaluating Transocean's culture on the rig?
19        MR. ROY:  Objection; form.
20        A.     Their HSE programs, their --
21   their various permit to work programs, those
22   would be the -- the main ones, and their --
23   and their safety record.
```

**JW-41   (1 SEGMENT RUNNING 00:00:57.826)**

    1.   **PAGE 292:13 TO 293:01   (RUNNING 00:00:57.826)**

```
13        Q.     What personal safety measures
14   were in place on the Deepwater Horizon?
15        A.     I don't know, it was -- there
16   was a -- I mean, obviously, it's -- it's
17   common in the industry there were -- there
18   were PPE requirements, there was permit to
19   work system, there was a job planning,
20   there -- there was two safety meetings a day,
21   there were weekly safety meetings, there was
22   a large focus on dropped objects, and there
23   was regular reporting.
24        Q.     Can you identify or recall any
25   process safety measures that were in place on
00293:01   the Deepwater Horizon?
```

**JW-42   (1 SEGMENT RUNNING 00:00:25.249)**

    1.   **PAGE 293:04 TO 293:10   (RUNNING 00:00:25.249)**

```
04        A.     Well, that's -- that's where
05   I -- the -- trying to separate those two,
06   because oftentimes those -- they intermix.
07   Part of the process safety would -- would be
08   those same types of stop work programs, work
09   planning programs that I talked about, those
10   would be processes leading to -- to safety.
```

**JW-43   (1 SEGMENT RUNNING 00:00:34.808)**

    1.   **PAGE 297:02 TO 297:16   (RUNNING 00:00:34.808)**

```
02        Q.     (BY MS. FAGAN)  Okay.  Your
03   report, going to Page 16, goes into this
04   concept of time out for safety.
05        A.     Yes.
06        Q.     Which is also known in some
07   in- -- some industries as stop work
08   authority?
09        A.     That's correct.
10        Q.     Okay.  And on Page 16 you
11   state -- you say, "During rig operations,
```

```
12  everyone has an authority, indeed an
13  obligation, to stop work if an activity poses
14  a safety risk of any magnitude."
15              Is that correct?
16      A.    Yes.
```

**JW-44   (1 SEGMENT RUNNING 00:00:38.954)**

    1.  **PAGE 288:19 TO 289:06   (RUNNING 00:00:38.954)**

```
19      Q.    (BY MS. FAGAN)  Okay.  Do you
20  consider yourself an expert on personal
21  safety in the oil and gas industry?
22      A.    Personal safety, yes.
23      Q.    Okay.  And if so, what qualifies
24  you?
25      A.    13, what, 14 years working
00289:01  offshore for an agency that exists to enhance
02  safety.
03      Q.    Okay.  Anything else?
04      A.    And -- and the various training
05  that I received as part of that -- part of
06  that program, the marine safety program.
```

**JW-45   (1 SEGMENT RUNNING 00:00:48.445)**

    1.  **PAGE 309:03 TO 309:21   (RUNNING 00:00:48.445)**

```
03      Q.    Okay.  Do you feel qualified to
04  grade Transocean's personal safety on the
05  Deepwater Horizon?
06      A.    Yes.
07      Q.    Okay.  And how would you grade
08  it?
09      A.    Well, I think it's addressed in
10  the safety culture.  Everybody whoever --
11  that I could get ahold of their depositions,
12  anybody who had ever been on the rig found it
13  to be -- found those responsible to be very
14  safety conscious, and they had nothing but
15  good things to say about the safety culture
16  on the -- on the Horizon.
17      Q.    Okay.  And you feel qualified to
18  make that assessment?
19      A.    Based on my -- based on my last
20  14, 15 years in the offshore marine safety
21  program, yes.
```

TOTAL: 69 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:48:19.253)