Case 2:10-md-02179-CJB-DPC   Document 9019   Filed 03/25/13   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 25 2013

LORETTA G. WHYTE
CLERK

MDL 10-2179 J(1)

## Odom, Michael (Vol. 01) - 10/11/2011

Version 2    3-20-13    10pm

excerpt played in Court 3-25-2013 SK

**ODOM MULTI   (8 SEGMENTS RUNNING 00:05:55.056)**

1. **PAGE 10:06 TO 10:09   (RUNNING 00:00:06.743)**

              06         Q.       Okay, thank you.  Would you
              07    introduce yourself, please.
              08         A.       My name is Lieutenant Commander
              09    Michael Odom with the U.S. Coast Guard.

2. **PAGE 11:22 TO 12:08   (RUNNING 00:00:26.247)**

              22         Q.       Is it accurate that you were the
              23    last Coast Guard officer to inspect the
              24    Deepwater Horizon before the casualty?
              25         A.       Myself, Cal Brown, and Jay
     00012:01    Willimon were the last three Coast Guard
              02    officers to conduct an exam for compliance on
              03    the Deepwater Horizon, that is correct.
              04         Q.       What was that date of that
              05    inspection?
              06         A.       I don't -- I would have to look
              07    at the COC to give you the exact day, but it
              08    was July of 2009, if I recall correctly.

3. **PAGE 16:19 TO 17:12   (RUNNING 00:01:01.394)**

              19         Q.       (BY MR. LEMMON)  If it's a
              20    foreign-flagged vessel, what -- what dictates
              21    conducting an exam rather than conducting an
              22    inspection?
              23         A.       From our Coast Guard marine
              24    inspections point of view, when we conduct
              25    inspections, that's specific to U.S.-flagged
     00017:01    vessels, because we are there in a capacity
              02    of the -- as the administration, and so it's
              03    our job to inspect the vessel for full
              04    compliance with U.S. laws and regulations.
              05                  Whenever we do a foreign-flagged
              06    vessel we call it an examination, because
              07    we're there to examine the ves- -- examine
              08    the vessel and verify compliance with the
              09    standards that are set forth for foreign
              10    vessels.  So we do a inspection to ensure
              11    compliance, and we do an exam to verify
              12    compliance.

4. **PAGE 17:13 TO 17:21   (RUNNING 00:00:26.706)**

              13         Q.       And did the Deepwater Horizon
              14    pass the -- the test that --
              15         A.       They did.  We conducted the exam
              16    on the date, and there were no discrepancies
              17    found on the exam and there were none cleared
              18    for previous exams.  So they had no
              19    outstanding discrepancies when we boarded the
              20    vessel, and they had no discrepancies when we
              21    left the vessel that day.

5. **PAGE 133:23 TO 135:06   (RUNNING 00:01:36.326)**

```
           23        Q.    (BY MR. KALLUM)  All right.
           24   Let's turn now to what's been previously
           25   marked as Exhibit 5571.  And I'll give that
     00134:01   back to you.  That's not in the binder.  This
           02   certificate of compliance is -- was issued
           03   and signed by you on July 27th of 2009,
           04   correct?
           05        A.    It was issued by Cal Brown,
           06   July 27th, 1979.  I signed it as the chief of
           07   prevention by direction.
           08        Q.    All right.  And you can actually
           09   sign those in your position, even if you were
           10   not on the inspection team; is that right?
           11        A.    That is correct.
           12        Q.    But in this instance you were
           13   signing in an official capacity, but you were
           14   also part of the inspection team; is that
           15   right?
           16        A.    That is correct.
           17        Q.    Okay.  Now, can you tell us in
           18   general terms what this certificate of
           19   compliance that was signed on July 27th of
           20   2009 and valid for two years, so it would
           21   have been valid to -- through July of 27 of
           22   2011, what that certificate of compliance
           23   represents in terms of -- of your Coast Guard
           24   expertise?
           25        A.    It represents that an exam was
     00135:01   conducted by qualified Coast Guard marine
           02   inspectors on board the platform and that it
           03   was verified that they were in substantial
           04   compliance with the regulations and
           05   international regulations that are required
           06   of that vessel.
```

6.  **PAGE 161:06 TO 161:10   (RUNNING 00:00:09.851)**

```
           06        Q.    All right.  Did you find the
           07   crew of the Horizon competent?
           08        A.    We did.
           09        Q.    Did you find them well trained?
           10        A.    We did.
```

7.  **PAGE 162:15 TO 164:06   (RUNNING 00:01:18.952)**

```
           15   I think you testified earlier that you
           16   visited with the crew members correct?
           17        A.    That is correct.
           18        Q.    You talked to the crew members;
           19   is that right?
           20        A.    We did.
           21        Q.    And this wasn't just what's for
           22   lunch; you questioned them about certain
           23   policies and practices aboard the rig; is
           24   that right?
           25        A.    That is correct.
     00163:01        Q.    All right.  Operation of
           02   equipment, for example; is that right?
           03        A.    That is correct.
           04        Q.    You also examined paperwork; is
           05   that right?  Or your team examined paperwork?
           06        A.    The team did.
           07        Q.    You personally walked the decks
```

```
           08   and inspected various areas of the rig, as
           09   you outlined earlier?
           10        A.    That is correct.
           11        Q.    What I want to know is based
           12   upon the totality of those events, you
           13   concluded that the safety culture on board
           14   the Horizon was outstanding; isn't that true?
           15        MS. DELEMARRE:  Object to form.
           16        MS. DEMPSEY:    Object to form.
           17        MR. LEMMON:     Object to form.
           18        A.    My opinion of the crew of the
           19   rig was that they were well trained and they
           20   performed their drills to the -- fire and
           21   abandon ship drills and their knowledge of
           22   the equipment on board was exceptional, yes.
           23        Q.    (BY MR. KALLUM)  All right.
           24        A.    They were well trained.
           25        Q.    All right.  And when I asked you
00164:01   earlier whether you agreed with the sentence,
     02   "They commented on the vessel's outstanding
     03   safety culture," I thought you told me you
     04   agreed with that statement.  Didn't you?
     05        MR. LEMMON:  Objection; form.
     06        A.    I do agree with that statement.
```

**8. PAGE 178:06 TO 179:06   (RUNNING 00:00:48.837)**

```
           06        Q.    (BY MR. KALLUM)  All right.  I'd
           07   like you to look at exhibit -- what exhibit
           08   is that?
           09        A.    5576.
           10        Q.    All right.
           11        A.    5576.
           12        Q.    Can you read the last two
           13   paragraphs into the record, sir?
           14        A.    The DEEPWATER HORIZON's initial
           15   Coast Guard examination for certification was
           16   completed 15 August 2001.  Since then, it has
           17   undergone a Coast Guard compliance
           18   examination annually for a total of nine
           19   compliance examinations.  During these nine
           20   inspections, the Coast Guard issued a total
           21   of two deficiencies that required corrective
           22   action.  These deficiencies were considered
           23   minor.
           24              During every Coast Guard
           25   compliance examination on the DEEPWATER
00179:01   HORIZON, the MODU was found to be in
     02   satisfactory operating condition and "fit for
     03   its intended service."
     04        Q.    Do you agree with that
     05   statement, sir?
     06        A.    I do.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:55.056)**