MDL 10-2179 J(1)

**Neal, Robert (Vol. 01) - 07/19/2011**

Version 2   3-20-13   852pm



FILED MAR 25 2013 SK
LORETTA G. WHYTE
CLERK

**NEAL_MULTI 2   (10 SEGMENTS RUNNING 00:07:10.573)**

1. **PAGE 10:07 TO 10:12   (RUNNING 00:00:12.200)**

    ```
    07        Q.  Let me ask, what -- what is your current
    08   occupation?
    09        A.  I'm a federal drilling rig inspector.
    10        Q.  With what agency?
    11        A.  Bureau of Offshore Energy Management
    12   Regulatory Enforcement.
    ```

2. **PAGE 151:16 TO 152:01   (RUNNING 00:00:33.909)**

    ```
    16        Q.  Can you characterize your mind set and
    17   practice when you would go out, as an individual,
    18   as a representative of the MMS, to perform one of
    19   these inspections on board a rig such as the
    20   HORIZON?
    21        A.  On any given day, there's 5,000 people in
    22   the Gulf of Mexico.  I care about them, and I want
    23   them to go home safe.  I want them to go home with
    24   their fingers.  And I want them to go home to
    25   their families.  It's very -- very much prevalent
    00152:01  on my mind all the time.
    ```

    excerpt played in Court 3-25-2013 SK

3. **PAGE 153:20 TO 154:02   (RUNNING 00:00:27.954)**

    ```
    20        Q.  And as I heard your testimony earlier
    21   about the -- these inspections that you performed
    22   on board the HORIZON in February of 2010 and again
    23   in March of 2010, at no time did you find any
    24   violation of any applicable Code of Federal
    25   Regulation; is that right?
    00154:01       A.  I don't recall.  But the paperwork does
    02   not show that.
    ```

4. **PAGE 154:10 TO 154:18   (RUNNING 00:00:24.876)**

    ```
    10              If you had found an incident of
    11   noncompliance in association with your examination
    12   and inspection of the HORIZON in February 2010,
    13   would it be indicated on this form that we've
    14   marked as Exhibit 4121?
    15        A.  Yes, it would.
    16        Q.  Okay.  And is there any such incident of
    17   noncompliance marked on Exhibit 4121?
    18        A.  No, sir.
    ```

5. **PAGE 154:24 TO 155:04   (RUNNING 00:00:16.326)**

    ```
    24        Q.  All right.  Now, as I understand it, at
    25   any given time as the federal authority inspecting
    00155:01  this drilling structure, you would have the
    02   authority to actually shut down drilling
    03   operations; is that right?
    04        A.  That's correct.
    ```

6. **PAGE 155:20 TO 156:05   (RUNNING 00:00:31.035)**

```
           20        Q.   All right.  And I take it, over your 25
           21   years of experience, you have not hesitated, if
           22   the circumstances warranted, to actually shut down
           23   a rig if it presented a safety hazard to people or
           24   the environment; is that right?
           25        A.   That's correct.
    00156:01        Q.   At no time during your February or March
           02   inspections did you observe any well or rig
           03   condition that would have warranted, in your mind,
           04   shutting down the rig, would you not?
           05        A.   No, sir.
```

### 7.   PAGE 175:15 TO 175:25   (RUNNING 00:00:25.847)

```
           15        Q.   All right.  You have not hesitated to give
           16   INCs when the crew did not appear to be either
           17   properly trained or competent to respond to a well
           18   control event?
           19        A.   No hesitation.
           20        Q.   All right.  And in this instance, based on
           21   the multiple times that you observed the crew, you
           22   did not see anything that gave you cause or
           23   concern that they were not well trained and
           24   competent to respond to a well control situation?
           25        A.   That's correct.
```

### 8.   PAGE 177:11 TO 178:11   (RUNNING 00:01:06.605)

```
           11        Q.   All right.  You know Jimmy Harrell, the
           12   OIM?
           13        A.   Yes, sir.
           14        Q.   All right.  Based on your personal
           15   experience of Mr. Harrell, did you feel that he
           16   was a knowledgeable and capable OIM?
           17        A.   Yes, sir.
           18        Q.   Did you have any concerns that Mr. Harrell
           19   was not safety conscious and out to protect his
           20   crew, those aboard the rig and the environment?
           21        A.   Yeah.  Very conscientious.
           22        Q.   All right.  Did you ever observe anything
           23   from looking at the documents that were aboard the
           24   rig or observing the crew in action, so to speak,
           25   that gave you any concerns, whatsoever, about
    00178:01   Mr. Harrell's competency and conscientiousness?
           02        A.   No.
           03        Q.   Did you know a driller by the name of
           04   Mr. Dewey Revette?
           05        A.   If he was there, yes, I -- I would have
           06   known him, yes.
           07        Q.   But as we -- as we sit here today, do you
           08   recall a driller by the name --
           09        A.   Yeah.
           10        Q.   -- of Dewey Revette?
           11        A.   Correct.
```

### 9.   PAGE 178:23 TO 180:20   (RUNNING 00:02:31.573)

```
           23        Q.   Okay.  Based upon what you recall of Mr.
           24   Revette, did you feel as though he was properly
           25   trained and competent to act as a driller aboard
    00179:01   the DEEPWATER HORIZON?
           02        A.   Yes, sir.
           03        Q.   Did he exhibit to you any characteristics
           04   that gave you concern from the standpoint of a --
```

```
          05  of a conscientious competency level to respond to
          06  a well control situation?
          07       A.  No, sir.
          08       Q.  If he had, you would have noted that?
          09       A.  Yes, sir.
          10       Q.  Same questions for Mr. Anderson, do you --
          11  do you know Mr. Anderson?
          12       A.  Uh-huh.
          13       Q.  You do.  That's a "yes"?
          14       A.  Yes, sir.
          15       Q.  Same questions insofar as Mr. Anderson was
          16  concerned, did you feel he was trained and
          17  competent to respond appropriately to a well
          18  control situation?
          19       A.  Yes, sir.
          20       Q.  Do you know Mr. Randy Ezell?
          21       A.  Yes, sir.
          22       Q.  Same questions with regard to Mr. Ezell,
          23  based upon what you saw and observed, did Mr.
          24  Ezell, in reading the reports that he was involved
          25  with, did you feel that he was properly trained
00180:01  and competent to respond to a well control event?
          02       A.  Yes, sir.
          03       Q.  Did you have any hesitation at all insofar
          04  as what you observed of Mr. Ezell, Mr. Revette,
          05  Mr. Anderson, or Mr. Harrell that would lead you
          06  to believe that they would not respond quickly and
          07  conscientiously in connection with the well
          08  control event?
          09       A.  No, sir.
          10       Q.  Let's talk for a moment about the -- the
          11  BOP.  What documents, in particular, did you
          12  review insofar as BOP -- connection with
          13  maintenance operation or testing?
          14       A.  The BOP test charts.
          15       Q.  All right.  And the result of that --
          16  those testing that was performed, as evidenced by
          17  the charts, is indicated on Exhibit 4126 and 4121?
          18  Did you record those results in the BOP test
          19  section?
          20       A.  Yes, sir, I did.
```

**10.  PAGE 182:15 TO 183:05   (RUNNING 00:00:40.248)**

```
          15       Q.  All right.  Did you look at the alarm and
          16  gas system aboard the DEEPWATER HORIZON?
          17       A.  Yes, sir.
          18       Q.  Tell us what you did in that regard.
          19       A.  I request that they activate the alarm
          20  using either a powder or an inert gas, I'm not
          21  certain what they were using, and make sure the
          22  alarms would go off, and then I would visually go
          23  look at the system to make sure that it hadn't
          24  been tampered with.
          25       Q.  All right.  And as part of your inspection
00183:01  and actually watching the operation of the system,
          02  were you aware of any anomalies or deficiencies
          03  associated with either the alarm or the gas
          04  system?
          05       A.  No, sir.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:10.573)**