UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | *  CIVIL ACTION<br>*<br>*  MDL NO. 2179<br>*<br>*  SECTION "J" |
| THIS DOCUMENT RELATES TO: | *<br>*  HON. CARL BARBIER |
| Docket No. 2:10-cv-08888 &<br>Docket No. 2:10-cv-02771 | *<br>*  MAG. JUDGE SHUSHAN<br>* |

* * * * * * * * * * * * * * * * * * * *

## ORDER

**Considering the foregoing Motion for Leave to File Claim in Limitation beyond the Monition Date; IT IS ORDERED** that the Short Form Joinder of N and N Construction, LLC, attached hereto as Exhibit A, be considered timely filed in the Transocean Limitation Proceeding.

New Orleans, Louisiana, this the ___ day of _____, 2013.

_____
HON. CARL BARBIER, DISTRICT JUDGE