# Exhibit 1

**UNITED STATES OF AMERICA**
**DEPARTMENT OF HOMELAND SECURITY**
**DEPARTMENT OF THE INTERIOR**
**JOINT INVESTIGATION CONDUCTED BY**
**UNITED STATES COAST GUARD**
**BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
(Authority 43 U.S. Code 1348; 46 U.S. Code 6304)

# In the Matter of the Fire & Explosion on the Deepwater Horizon

TO:  Donald E. Godwin, Esq.
     1201 Elm Street, Suite 1700
     Dallas, Texas 75270-2041
     Tel: 214.939.4412

You are hereby commanded to produce the listed items:

- A list of additives Halliburton used in the cement for the Macondo well.
- A fifty-gram representative sample of the cement used in the Macondo well.

Records are requested in printed and electronic media formats where appropriate. The printed copies are to be secured in three ring binders labeled as to their contents, filed in a logical manner with an index allowing for specific documents to be located. The electronic media format records shall be saved in Adobe PDF and be compatible with Microsoft operating system, recorded on CDs, with an index allowing for specific documents to be located. The records and cement will be delivered to USCG-MMS Investigation Board, Attn, LT. Robert S. Butts, 1201 Elmwood Park Blvd, New Orleans, LA 70123-2394 no later than July 16, 2010.

If you have any questions related to this subpoena, please contact Lieutenant Commander Jeff Bray at (202) 309-9559 or e-mail to jeff.r.bray@uscg.mil.

Subscribed at New Orleans, Louisiana this 2nd day of July, 2010.

*David Dykes*
Mr. David Dykes
Co-Chairman, Marine Board of Investigation
1201 Elmwood Park Blvd
New Orleans, Louisiana 70123-2394