Exhibit 4

```
                                                                    4668

 1                       UNITED STATES DISTRICT COURT

 2                      EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
      DEEPWATER HORIZON IN THE           *
 5    GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                         *
 6    Applies to:                        *   New Orleans, Louisiana
                                         *
 7    Docket 10-CV-02771,                *   March 19, 2013
      IN RE:  THE COMPLAINT AND          *
 8    PETITION OF TRITON ASSET           *
      LEASING GmbH, et al                *
 9                                       *
      Docket 10-CV-4536,                 *
10    UNITED STATES OF AMERICA v.        *
      BP EXPLORATION & PRODUCTION,       *
11    INC., et al                        *
                                         *
12    * * * * * * * * * * * * * * * * *

13

14                     DAY 14, AFTERNOON SESSION
                       TRANSCRIPT OF NONJURY TRIAL
15                BEFORE THE HONORABLE CARL J. BARBIER
                       UNITED STATES DISTRICT JUDGE
16

17    Appearances:

18
      For the Plaintiffs:       Domengeaux Wright Roy
19                                & Edwards, LLC
                                BY:  JAMES P. ROY, ESQ.
20                              556 Jefferson Street, Suite 500
                                Post Office Box 3668
21                              Lafayette, Louisiana 70502

22
      For the Plaintiffs:       Herman Herman & Katz, LLC
23                              BY:  STEPHEN J. HERMAN, ESQ.
                                820 O'Keefe Avenue
24                              New Orleans, Louisiana 70113

25
```

```
                                                              4756
```

1   at least one court asking that the products that had been used
2   on the Deepwater Horizon be secured and put aside so that no
3   one would touch them; is that right?
4   A.   I was not aware of a preservation order.  I was instructed
5   to gather the material and put it in a secure --
6   Q.   Was that Ron Faul?
7   A.   That was Tony Angelle.
8   Q.   So Tony Angelle, who, again, was another Halliburton
9   employee --
10  A.   He's in Lafayette.
11  Q.   He's in Lafayette.
12            -- he told you, "Gather up everything that you can
13  find related to the Macondo well, and secure it"?
14  A.   He said -- originally, he said the Horizon rig.  I
15  recall -- "the Horizon rig" is what I remember.
16  Q.   And, basically, you understood that directive from
17  Mr. Angelle that anything from the Horizon rig was to be
18  gathered up and put into a locked, air-conditioned locker?
19  A.   No.  He asked me initially just to gather up the material
20  from the Horizon rig.
21  Q.   And then -- I'm sorry.
22  A.   And -- that's correct.
23  Q.   So you went around looking for things from the Horizon rig
24  that had been marked "Horizon rig" so that you could put them
25  in a location?

4802

1  Q.    The question is:  Was the sample that you had put in your
2  closet, the April 30th sample that had 63981, that was used by
3  Jesse Gagliano on March 7th, that you were supposed to secure
4  in your office so that no one would touch it, that had the
5  exact chemical makeup of the Macondo well cement, that was used
6  on April 17th, somehow, between April 30th and July 20th, it
7  went missing, didn't it?
8  A.    No, sir.  What I'm trying to say is that I misunderstood
9  Tony Angelle's instructions.  And those instructions were to
10 secure the Macondo well cement samples.  I took everything that
11 was not Macondo and put it in our warehouse.
12 Q.    So after you were told to secure everything from the
13 Transocean rig and you had, in fact, secured the Transocean rig
14 cement that had been used by Jesse Gagliano on March 7th on the
15 Macondo well -- let me finish my question, please, sir -- it's
16 the exact same chemical ID -- are you telling me that
17 everything -- somehow, between April 30th, you decided to move
18 it out, not put it in the locked locker, and somehow up until
19 last week, Wednesday, is the first time in three years someone
20 from Halliburton realized that the Kodiak cement that had been
21 used on the Macondo well was sitting on a shelf in a closet?
22 A.    Yes.  I did not know that the sample of cement that was
23 labeled "Kodiak," whatever that other location was, was used
24 for Macondo.  I have no way of knowing that by looking at that
25 sample.  All I see is Kodiak from some other location.

```
                                                                4803

 1   Q.   So you moved it?
 2   A.   I was asked to secure the Macondo well Mississippi Canyon
 3   sample.  That's what I did.  I misunderstood him initially.  He
 4   corrected me, so I took those samples, put them back in -- I
 5   didn't discard them.  I put them back in the warehouse and
 6   secured the Macondo well cement samples.
 7            I had no way of knowing.
 8   Q.   So is it your testimony that after July 20th, when somehow
 9   they didn't make it into the air-conditioned locker, after the
10   United States Government issued you a subpoena, after three
11   different commissions looking for the cement to test on the
12   Macondo well, you didn't think for a second, Hey, maybe I
13   should look at the cement that I had secured from the
14   Transocean rig that had the exact same chemical ID because
15   someone may be looking for it?
16   A.   Sir, with all due respect, if I was going to take the
17   Macondo well cement, put it -- why wouldn't I grab the other
18   cement sample and put it in?  I had no reason not to do that.
19            I did not know that -- I did not -- I had no --
20   any -- all of my history, if I look at a cement sample labeled
21   a different well and a different location, how am I to assume
22   that that's -- it's a different location, a different rig?  I
23   see it as a complete -- not being the same cement.  That's --
24   that's my -- that's the truth.
25   Q.   Well, you understood April 30th, when you were securing
```

```
                                                                    4805
 1    from whatever bottle you got it from.  Did anyone ask you,
 2    "Where is the rest of the cement?"
 3    A.    I don't recall anybody talking to me about the Kodiak
 4    samples.
 5              MR. BREIT:  I have no other questions, Your Honor.
 6              THE COURT:  Mr. Quirk, I want to clarify something.
 7    The materials, the samples, whatever they were called, that you
 8    originally secured in your office --
 9              THE WITNESS:  Yes, sir.
10              THE COURT:  -- where did those come from?
11              THE WITNESS:  Just from my material storage area
12    where we retain all of our samples that come in from rigs.
13              THE COURT:  So I'm just trying to understand.  So you
14    had originally moved into your office all these samples, and
15    then at some point you -- you've explained why you moved some
16    out.  Is that what --
17              THE WITNESS:  Yeah.  I gathered up -- when Tony
18    Angelle asked me to gather the samples, I gathered the -- all
19    the Transocean rig samples.  And then when I gave him a list of
20    everything that I had inventoried, he said that we just need to
21    secure the Macondo well samples.
22              So I made a new list with just the Macondo well
23    samples and put those samples into the locker and secured it.
24    Everything else I put back into the storage area in our storage
25    warehouse.
```

```
                                                             4806
```

1           THE COURT:  What exactly is it that the -- the cement
2  that was located last week, where do that come from?
3           THE WITNESS:  In our storage warehouse.
4           THE COURT:  Okay.  Are you finished?
5           MR. BREIT:  Two follow-ups, Your Honor, if I could.
6  BY MR. BREIT:
7  Q.   You would agree with me that those cements degrade, as do
8  the chemical additives, over time?
9  A.   There's a shelf life on cement and additives.
10 Q.   And after that shelf life, you can't test the same things,
11 can you?  You don't get the same results with the same tests?
12 A.   I don't know that for a fact, but you could run some type
13 of quality control test, I assume, to determine whether or not
14 it would act like, you know -- or it would behave --
15 Q.   And you would agree they have a shelf life, though, that
16 degrades over time?
17 A.   It depended on what it's exposed to.  I could see where
18 that could happen.
19 Q.   You would agree that the closet, the storage closet, isn't
20 an air-controlled unit like your locker, is it?
21 A.   It's climate-controlled.
22          MR. BREIT:  Okay.  Thank you, Your Honor.
23          THE COURT:  United States have any questions?
24          MS. McCLELLAN:  Yes.  Good afternoon, Your Honor.
25              Mr. Quirk, Jessica McClellan for the United