# Exhibit 5

```
                                                                    4882
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5   IN RE:  OIL SPILL BY THE OIL
     RIG DEEPWATER HORIZON IN THE
 6   GULF OF MEXICO ON APRIL 20,
     2010
 7
                                   CIVIL ACTION NO. 10-MD-2179 "J"
 8                                 NEW ORLEANS, LOUISIANA
                                   Wednesday, March 20, 2013
 9

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     IN RE:  THE COMPLAINT AND
13   PETITION OF TRITON ASSET
     LEASING GmbH, ET AL
14
     CASE NO. 2:10-CV-4536,
15   UNITED STATES OF AMERICA V.
     BP EXPLORATION & PRODUCTION,
16   INC., ET AL

17
     ****************************************************************
18

19

20   DAY 15 - MORNING SESSION

21   TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22   HEARD BEFORE THE HONORABLE CARL J. BARBIER

23   UNITED STATES DISTRICT JUDGE

24

25
```

1  A.  That's correct.
2  Q.  You can pull that down.  Those seven items, were those seven
3  items the items that you determined were not Macondo specific or
4  Macondo related?
5  A.  Yes.
6  Q.  And are those seven items the things that are missing from --
7  MR. HILL:  Put the two lists up side by side, please.
8  BY MR. HILL:
9  Q.  -- that are missing from the final list that you created in
10 TREX 3110?
11 A.  That's correct.
12 MR. HILL:  I am now going to ask you to bring up
13 Demonstrative 3256.
14 BY MR. HILL:
15 Q.  Mr. Quirk, I'll represent to you that this is a photograph of
16 the seven items that you just identified that are currently or
17 were -- up until yesterday, were in the Broussard lab, okay?
18 A.  Okay.
19 Q.  This bucket right here, do you recognize what material would be
20 contained in that five-gallon bucket?
21 A.  Can I get --
22 Q.  Sure.  You can blow that up.
23 MR. HILL:  Can you blow that up right there.
24 Your Honor, may I approach the witness?  It might be
25 easier if I actually hand him the photograph.

1  THE COURT:  Sure.  Is this the same bucket that was -- a
2  different view was on the screen when Mr. Maze was questioning the
3  witness yesterday?
4  MR. HILL:  It is, your Honor, and I can show you the lid.
5  It might be easier.
6  THE COURT:  That was a better view of it.  As long as we
7  agree that's the same bucket.
8  MR. HILL:  I don't think that's in dispute.  Why don't
9  bring up Demonstrative 3256, please.  And as your Honor just asked,
10 this is the lid to the bucket we just identified.
11 3257, sorry.  There we go.  Can you bring that up
12 (INDICATING)?
13 BY MR. HILL:
14 Q.  What is identified right there on the markings on this lid?
15 A.  12-27-2009.
16 Q.  It says, "cement sample" and then gives a date, correct?
17 A.  Right.
18 Q.  First of all, does that tell you what's in the bucket?
19 A.  Yes, cement.
20 Q.  Does it tell you the sample date of the cement that's contained
21 in that bucket?
22 A.  I would take it that 12/27/09 is the sample date.
23 Q.  So what's your understanding of what that means in terms of
24 when this was gathered on the rig?
25 A.  I would assume that that would be the date that they collected

1  the sample.
2  Q.  And that's -- I assume that they -- well, tell the Court when
3  the sample was sent in from the rig and they put a cement sample
4  date on it, what does that indicate to you or to the lab?
5  A.  That would indicate that would be the date that the cementer or
6  whoever collected the sample -- you know.
7  Q.  Now, go back to --
8  MR. HILL:  One second, your Honor.
9  Can you go back to the one that had all seven items, I
10 don't recall the number.
11 BY MR. HILL:
12 Q.  All right.  Other than this bucket of cement, there was some
13 conversation yesterday that there were multiple buckets of dry
14 blend still in Broussard lab after the incident or after you did
15 this culling process in the Macondo specific list.  Do you see any
16 other buckets in there that have blend in them?
17 A.  Well, I can't see the labelling on the buckets, but if that's
18 referenced in my list, you know, then I don't -- there were no
19 other samples on my list.
20 MR. HILL:  And, your Honor, I'll represent pursuant to
21 the filing Halliburton did about what was inventoried there, that
22 there was one bucket of blend.  I think there was some confusion
23 yesterday about there being multiple buckets.  There were three of
24 SCR and three buckets of mud.
25 BY MR. HILL:

```
                                                                    4899
```

1  Q.  Now, I think you testified yesterday that this process of
2  culling down and identifying what was going to be locked in the
3  cabinet and turned over to the DOJ, you were part of that process.
4  Can you explain what you did, what determinations
5  specifically did you make or what did you look at to determine what
6  should be locked up and what shouldn't be?
7  A.  Horizon Macondo well.
8  Q.  So things that were clear to you to be labeled as being from
9  Macondo were placed where?
10 A.  In the cabinet.
11 Q.  And these seven items obviously didn't make that cut, correct?
12 A.  No, not those.  If those sample IDs on the buckets were the
13 same as on that list.
14 Q.  At the time that that determination is made and Macondo -- and
15 samples labeled Macondo-specific were locked up, what did you do
16 with these other items?
17 A.  Isolated them on a shelf in the cement warehouse.
18 Q.  Can you bring up demonstrative 3264, please.
19 Do you recognize what is being depicted here in this
20 picture?
21 A.  Yes.
22 Q.  Can you tell the Court what it is?
23 A.  That's the top shelf in the cement warehouse.
24 Q.  Is this where you placed those items?
25 A.  That's -- yeah, that's correct.  That's where I recall them

```
                                                              4968
 1    lab, which just involved, you know, just many different scenarios
 2    or contingency slurries that we were working on to help plug the
 3    well.
 4    Q.  You said you were doing contingency efforts?
 5    A.  Well, just different slurry designs, you know, just different
 6    scenarios for different slurry designs for the kill operations.
 7    Q.  In your experience, during your tenure at the lab, had there
 8    ever been a busier time in the lab than the time that the lab was
 9    made available to help do testing, the contingency testing for the
10    relief operations?
11    A.  As I recall, just doing the monthly reports, I remember those
12    spike in test volumes were quite high.  I mean, the records are
13    there for those test volumes, I just don't recall.  But it was, I'm
14    sure -- I feel pretty certain they were busiest of the year for
15    sure what I remember.
16    Q.  I would like to talk about -- I know that BP's counsel
17    basically talked to you about the Kodiak blend, I think is what
18    we're calling it now in the record.
19    A.  Okay.
20    Q.  It has a unique sample ID, but it was the one that was found in
21    the Broussard lab.  I would like to talk to you a little bit about
22    that one.
23    Earlier, I thought I understood you to tell the Court
24    what the cement sample date was on that.  Do you recall that
25    testimony?
```

```
                                                                    4969
 1    A.   Yes.
 2    Q.   Do you recall what that sample date was?
 3    A.   Was it December 2009 maybe?
 4    Q.   I think your Honor will recall that you testified it was
 5    December 27th, 2009.
 6    A.   Okay.
 7    Q.   Now, is that sample date -- could that sample date be different
 8    than the date than the weigh-up sheet actually records for bringing
 9    that sample into the lab?
10    A.   Yes, yes.
11    Q.   So this is the blend that BP's counsel basically, you know,
12    animatedly said was never tested.  Do you recall that?
13    A.   Yes.
14    Q.   But I want the Court to understand what was actually tested, so
15    I would like to direct your attention to the ELMO where I am going
16    to put up TREX 48001.  Right here, the second item.  Do you see
17    where it says, it's a location cement blend and it has a bar code
18    sample date on it.  Do you see that?
19    A.   Yes.
20    Q.   What is the sample date?
21    A.   April 5th, 2010.
22    Q.   And do you see the lab sample ID associated with that
23    particular blend that was sampled later in time?
24    A.   67314.
25    Q.   When you reviewed the weigh-up sheet associated with the April
```