# Exhibit 6

## Materials currently in lab for BP, Transocean Horizon Rig

**Information below is from sample containers

Location: M.C. 252, OCSG 32306 Well #1 - Macondo
Material: Field (Fresh) Water
Barcode Sample Date: April 5th, 2010
Lab Sample ID # 67315
Container Type: 5 gallon Bucket
Quantity: Approximately 4 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL + .20% SA-541 + 20% SSA-1 + 15% SSA-2
Note: Sample came from Tank #8
Barcode Sample Date: April 5th, 2010
Lab Sample ID# 67314
Container Type: 5-gallon Bucket
Quantity: Approximately 1.5 gallons

Location: M.C. 252 OSCG 32306 Well #1 – Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: February 22nd, 2010
Lab Sample ID # 63813
Container Type: 5-gallon Bucket
Quantity:  Approximately 5 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Synthetic Base Mud (14.4 ppg)
Barcode Sample Date: April 5th, 2010
Sample ID # 67313
Container Type: 1-gallon Bucket
Quantity:  Approximately ½ gallon

Location: M.C. 252 Well #1
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: March 23rd, 2010
Sample ID # 66189
Container Type: Plastic Bag
Quantity: Approximately 1 gallon

CONFIDENTIAL

HAL_1050952

TREX-48002

Location: M.C. 252 OSCG 32306 Well #1
Material: Cement Blend (from Bulkplant)
Ingredients: Lafarge Class H + .07% EZ-FLO
Barcode Sample Date: March 4th, 2010
Sample ID # 64660
Container Type: 5-gallon Bucket
Quantity: Approximately 3/4 gallon

Location: M.C. 727 OCSG 24102 Well #2 - Kodiak
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-air-3000 + .07% EZ-Flo + 1.88 lbs/sk KCL + 0.2% SA-541 + 20% SSA-1 + 15% SSA-2
Barcode Sample Date: February 23rd, 2010
Lab Sample ID # 63981
Container Type: 5-gallon bucket
Quantity: Approximately ½ remaining

Location: M.C. 252 OSCG 32306 Well #1
Material: GASSTOP EXP
Barcode Sample Date: March 9th, 2010
Lab Sample ID# 65007
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: M.C. 252 OCSG 32306 Well #1 – Macondo
Material: Job Mix Water for 16' squeeze
Ingredients: Field Fresh Water + .08 gals/sk Halad-344EXP + .06 gals/sk HR-6L
Barcode Sample Date: March 5th, 2010
Lab Sample ID # 66191
Container Type: 1 gallon bucket
Quantity: Approximately ¾ gallon

Location: M.C. 727 OCSG 24102 Well #2 – Kodiak - Plugs
Material: SCR-100L - Lot # H8436264
Barcode Sample Date: January 21st, 2010
Lab Sample ID # 61160
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: M.C. 727 OCSG 24102 Well #2 - Plugs
Material: SCR-100L – Lot # H8432117
Barcode Sample Date: January 21st, 2010
Lab Sample ID # 61161
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

CONFIDENTIAL

HAL_1050953

HAL_1050954

Location: M.C. 727 OSCG 24102 Well #2 – Plugs
Material: SCR-100L – Lot # H8434781
Barcode Sample Date: January 21st, 2010
Lab Sample ID # 61162
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: Kaskida Project
Material: Synthetic Base Mud (Rheliant) 15.5 ppg
Barcode Sample Date: March 12th, 2010
Lab Sample ID # 65501 - (Sample 1 of 3)
Container Type: 2 gallon Bucket
Quantity: Approximately 1.25 gallons

Location: Kaskida Project
Material: Synthetic Base Mud (Rheliant) 15.5 ppg
Barcode Sample Date: March 12th, 2010
Lab Sample ID # 65501 - (Sample 2 of 3)
Container Type: 2 gallon Bucket
Quantity: Approximately 1.75 gallons

Location: Kaskida Project
Material: Synthetic Base Mud (Rheliant) 15.5 ppg
Barcode Sample Date: March 12th, 2010
Lab Sample ID # 65501 - (Sample 3 of 3)
Container Type: 2 gallon Bucket
Quantity: Approximately 1.75 gallons

CONFIDENTIAL