# Exhibit 7

Materials currently in Locked Cabinet for BP, Transocean Horizon Rig

**Information below from sample containers

Location: M.C. 252, OCSG 32306 Well #1 - Macondo
Material: Field (Fresh) Water
Barcode Sample Date: April 5th, 2010
Lab Sample ID # 67315
Container Type: 5 gallon Bucket
Quantity: Approximately 4 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL + .20% SA-541 + 20% SSA-1 + 15% SSA-2
Note: Sample came from Tank #8
Barcode Sample Date: April 5th, 2010
Lab Sample ID# 67314
Container Type: 5-gallon Bucket
Quantity: Approximately 1.5 gallons

Location: M.C. 252 OSCG 32306 Well #1 – Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: February 22nd, 2010
Lab Sample ID # 63813
Container Type: 5-gallon Bucket
Quantity: Approximately 5 gallons

Location: M.C. 252 OCSG 32306 Well #1 - Macondo
Material: Synthetic Base Mud (14.4 ppg)
Barcode Sample Date: April 5th, 2010
Sample ID # 67313
Container Type: 1-gallon Bucket
Quantity: Approximately ½ gallon

Location: M.C. 252 Well #1
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: March 23rd, 2010
Sample ID # 66189
Container Type: Plastic Bag
Quantity: Approximately 1 gallon

3110
Exhibit No. _____
Worldwide Court Reporters, Inc.

CONFIDENTIAL

TREX-03110

HAL_0571897

Location: M.C. 252 OSCG 32306 Well #1
Material: Cement Blend (from Bulkplant)
Ingredients: Lafarge Class H + .07% EZ-FLO
Barcode Sample Date: March 4th, 2010
Sample ID # 64660
Container Type: 5-gallon Bucket
Quantity: Approximately 3/4 gallon

Location: M.C. 252 OSCG 32306 Well #1
Material: GASSTOP EXP
Barcode Sample Date: March 9th, 2010
Lab Sample ID# 65007
Container Type: 1 gallon bucket
Quantity: Approximately 1 gallon

Location: M.C. 252 OCSG 32306 Well #1 – Macondo
Material: Job Mix Water for 16' squeeze
Ingredients: Field Fresh Water + .08 gals/sk Halad-344EXP + .06 gals/sk HR-6L
Barcode Sample Date: March 5th, 2010
Lab Sample ID # 66191
Container Type: 1 gallon bucket
Quantity: Approximately ¾ gallon

## Lab Samples put in Cabinet

| Additive | Date | ID# | Sample Volume |
|---|---|---|---|
| Zonesealant 2000 | 3/15/2009 | 40395 | 1 qt |
| Surfactant B | 1/7/2010 | 59848 | 8 oz |
| Sem – 8 | 11/28/2009 | 57265 | 8 oz |
| Surfactant A | 1/7/2010 | 59849 | 8 oz |
| Tuned Spacer III | 12/12/2009 | 58187 | 1 qt |
| Barite | 3/11/2010 | 65265 | ¾ gallon |
| SCR-100L Lot 6264 | 10/22/2010 | 54573 | 1 qt |
| SCR-100L Lot H8436264 | 5/31/2010 | 72126 | 2 gallons |
| HR-6L Lot 153 | 10/14/2008 | 36263 | ¾ qt |
| HR-6L Lot 162 | 9/18/2009 | 51913 | ¾ qt |
| HR-6L Lot 165 | 11/4/2009 | 55424 | ¾ qt |
| CFR-3L | 12/23/2008 | 35825 | ¾ qt |
| Halad-344 EXP | 12/29/2009 | 59330 | 1/8 gallon |
| Halad-344 EXP | 2/14/2009 | 63089 | 1 qt |
| D-air-3000L | 7/28/2009 | 48509 | 8 oz |

CONFIDENTIAL

HAL_0571898