# Exhibit 9



# GODWIN RONQUILLO
A Professional Corporation

JENNY L. MARTINEZ - SHAREHOLDER
DIRECT DIAL:   214.939.4620
DIRECT FAX:    214.527.3119
JMARTINEZ@GODWINRONQUILLO.COM

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

214.939.4400
800.662.8393
214.760.7332 Fax

**GodwinRonquillo.com**

March 11, 2011

**VIA FEDERAL EXPRESS**

Stephen J. Herman
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

      Re:   *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179*

Dear Steve:

    Enclosed is one disk containing documents Bates numbered HAL_0501727-HAL_0502581, which includes documents from Tim Quirk's custodial file.

    The production media has been encrypted using TrueCrypt software, instructions for which are enclosed.

    These documents are being produced subject to the terms of applicable pre-trial orders, including Pre-Trial Orders Nos. 13, 14 and 16. This document production is made subject to all general and specific objections as contained in Defendant Halliburton Energy Services, Inc.'s responses and objections to all discovery requests to date.

    Please feel free to call with any questions.

Very truly yours,

*Jenny Martinez*

Jenny L. Martinez

Enclosure

**GODWIN RONQUILLO PC**

March 11, 2011
Page 2

cc:
**VIA FEDERAL EXPRESS**
Thomas Nelson, Esq.
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL 60654
**COUNSEL FOR BP**

**VIA FEDERAL EXPRESS**
Geoff Gannaway, Esq.
Beck, Redden & Secrest, LLP
Suite 4500
1221 McKinney
Houston, TX 77010
**COUNSEL FOR CAMERON**

**VIA FEDERAL EXPRESS**
Daniel Schubert, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
**COUNSEL FOR HHI**

**VIA FEDERAL EXPRESS**
Michael G. Lemoine, Esq.
Jones Walker
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
**COUNSEL FOR WEATHERFORD**

**VIA FEDERAL EXPRESS**
Sean O'Brien, Esq.
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
**COUNSEL FOR TRANSOCEAN**

**VIA FEDERAL EXPRESS**
Connie Salcido Delgado, Esq.
Bingham McCutchen, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
**COUNSEL FOR ANADARKO and MOEX**

**VIA FEDERAL EXPRESS**
Mary Rose Alexander, Esq.
Latham & Watkins
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
**COUNSEL FOR NALCO**

**VIA FEDERAL EXPRESS**
Theodore E. Tsekerides, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**COUNSEL FOR SEACOR and O'BRIEN'S**

**GODWIN RONQUILLO PC**

March 11, 2011
Page 3

**VIA FEDERAL EXPRESS**
John C. Funderburk, Esq.
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
**COUNSEL FOR M-I, L.L.C.**

**VIA FEDERAL EXPRESS**
Sarah D. Himmelhoch
c/o CACI
6315 Bren Mar Drive, Suite 200
Alexandria VA 22312
**COUNSEL FOR DEPARTMENT OF JUSTICE**

**VIA FEDERAL EXPRESS**
Shaun G. Clarke
Gerger & Clarke
1001 Fannin Street, Suite 1950
Houston, Texas 77002
**COUNSEL FOR ROBERT KALUZA**

**VIA FEDERAL EXPRESS**
Dennis Barrow, Esq.
Ware, Jackson, Lee & Chambers, LLP
2929 Allen Parkway, 42nd Floor
Houston, TX 77019
**COUNSEL FOR DRIL-QUIP**

**VIA FEDERAL EXPRESS**
Corey L Maze
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 36130
**SPECIAL DEPUTY ATTORNEY GENERAL, STATE OF ALABAMA**