# Exhibit 12

**From:** Bowman, Bruce
**Sent:** Friday, September 17, 2010 4:26 PM
**To:** 'Sharon.D.Smith@usdoj.gov'
**Cc:** 'Mike.Underhill@usdoj.gov'; Godwin, Donald
**Subject:** Re: Board Subpoena to Halliburton

Sharon our client will agree to turn over all of what it has left over, can you call me now on my cell 214 557 8619 or monday at my office to make sure exactly what you want and the type of motion you want us to file as we will file next week although I thought it would be a joint motion and I did not gather that from your email

---

**From:** Smith, Sharon D. (USALAE) <Sharon.D.Smith@usdoj.gov>
**To:** Bowman, Bruce
**Cc:** Underhill, Mike (CIV) <Mike.Underhill@usdoj.gov>
**Sent:** Wed Sep 15 09:04:48 2010
**Subject:** RE: Board Subpoena to Halliburton

e, Sorry for the delay in getting back to you. Yes, this procedure will satisfy the Marine Board's subpoena and the IG subpoena. Sharon

**From:** Bowman, Bruce [mailto:Bbowman@godwinronquillo.com]
**Sent:** Tuesday, September 14, 2010 9:49 AM
**To:** Smith, Sharon D. (USALAE)
**Cc:** Underhill, Mike (CIV); Majors, Jay (CIV)
**Subject:** Re: Board Subpoena to Halliburton

Sharon I presume your proposal also includes the subpoena from the office of inspector general US Dept. Of Interior, please confirm this and I will forward to my client

**Bruce W. Bowman**
Board Certified - Civil Trial Law
Texas Board of Legal Specialization

## GODWIN RONQUILLO PC

1701 Elm Street, Suite 1700
 las, Texas 75270-2041
214.939.8679 Direct   (800.662.8393 Toll Free)
214.527.3104 Fax
BBowman@GodwinRonquillo.com

1

GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**From:** Smith, Sharon D. (USALAE) <Sharon.D.Smith@usdoj.gov>
**To:** Bowman, Bruce
**Cc:** Underhill, Mike (CIV) <Mike.Underhill@usdoj.gov>; Majors, Jay (CIV) <Jay.Majors@usdoj.gov>
**Sent:** Tue Sep 14 09:14:30 2010
**Subject:** Board Subpoena to Halliburton

Bruce,

Following up on our telephone conversation on September 13, what the Marine Board proposes conceptually to serve as a response to its outstanding subpoena to Halliburton issued on August 12, 2010 is that the Board be given custody of the total quantity (not just quantities specified in the subpoena) of all of the material/items requested in its subpoena. As with the BOP, the Physical Evidence Collection protocol previously provided to the Court, Plaintiffs and the Defendants' Interim Liaison Counsel will apply to chain of custody procedures and evidence collection. The Board will seek input from interested parties regarding the protocol for destructive testing and no destructive testing will be performed on the material/items without further Order of the Court. Halliburton will make application to the Court in the MDL for a modification of Paragraph 14 of the Court's Pretrial Order No. 1 to allow Halliburton to surrender the material/items to the Board. Finally, prior to surrendering the material/items to the Board, Halliburton will provide information concerning deterioration of the materials/items to be provided to the Board and the recommended means for best preserving the material/items.

Let me know if Halliburton is amenable to the foregoing.

Sharon