# Exhibit 13

**From:** sue englebert [mailto:sueenglebert@sseeservices.com]
**Sent:** Thursday, July 26, 2012 07:23 PM
**To:** sally_shushan@laed.uscourts.gov <sally_shushan@laed.uscourts.gov>
**Cc:** mike_okeefe@laed.uscourts.gov <mike_okeefe@laed.uscourts.gov>; Bowman, Bruce; 'Redgrave, Jonathan' <jredgrave@redgravellp.com>; 'Gasaway, Robert R.' <rgasaway@kirkland.com>; Godwin, Donald; Paul Mattal <pjmattal@elys.com>; Jakob Wahlberg <Jakob@elys.com>
**Subject:** Forensic Exam regarding Halliburton Computers - MDL No 2179

Your Honor,
 As discussed, earlier today, your Order of 27 February 2012 (which considered the Order of January 20, 2012 – record Doc. No. 5307) has been completed.

In Summary:
    Elysium Digital, LLC had complete and unfettered discretion to determine the timing and extent to which further Forensic Examination was accomplished. The computers in your order along with an additional Halliburton Computer was identified and examined in the course of this work (Mark Savery's laptop (new) imaged on external USB s/n WXW1E31FWSU1).

    Halliburton provided additional information readily.  Halliburton also gave additional assistance to Elysium to further this Forensic Examination whenever requested and with my involvement.  Their cooperation was excellent.

    The forensic efforts were not able to recreate Displace 3D modeling from the fragments found on the laptop or hard drives.  Elysium then recreated the Displace 3D modeling per Halliburton's certified inputs.  Halliburton's expert also certified the output files.  BP and Halliburton were involved in discussions throughout the process.  One distinct exception was during the D3D recreation process, BP was not included in discussions on technical input and detailed recreation discussions using the D3D software on my direction.

    Elysium's final report has been delivered to both parties.  I have received and taken into evidence storage all materials including 2 copies of the final report.

I would like to mention that although the process took longer than first estimated, I believe Elysium dispatched your order and acted with the utmost of professional decorum to meet the intent of your order.  Halliburton and BP also provided me with information and were both professional as well as responsive to all requests.

V/R Capt E