# Exhibit 14

```
                                                                3097
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4    ****************************************************************

 5    IN RE:  OIL SPILL BY THE OIL
      RIG DEEPWATER HORIZON IN THE
 6    GULF OF MEXICO ON APRIL 20,
      2010
 7
                                    CIVIL ACTION NO. 10-MD-2179 "J"
 8                                  NEW ORLEANS, LOUISIANA
                                    TUESDAY, MARCH 12, 2013, 8:00 A.M.
 9

10

11    THIS DOCUMENT RELATES TO:

12    CASE NO. 2:10-CV-02771,
      IN RE:  THE COMPLAINT AND
13    PETITION OF TRITON ASSET
      LEASING GmbH, ET AL
14
      CASE NO. 2:10-CV-4536,
15    UNITED STATES OF AMERICA V.
      BP EXPLORATION & PRODUCTION,
16    INC., ET AL

17
      ****************************************************************
18

19

20              DAY 10   MORNING SESSION

21           TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22          HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                 UNITED STATES DISTRICT JUDGE

24

25
```

```
                                                                   3279
 1              Real quickly, Your Honor.  Can I be heard okay
 2   without the mic?
 3           THE COURT:  Yes.
 4           MR. THORNHILL:  There might be reverberation if I wear
 5   it.
 6                         REDIRECT EXAMINATION
 7   BY MR. THORNHILL:
 8   Q.   My understanding, Mr. Roth, is that with respect to
 9   7718 --
10           Please put that up on the screen for us, Carl.  It's
11   TREX-7718.
12           -- these handwritten notes that you made were for the
13   first time in October notes of your having been told of
14   post-blowout testing that was conducted by your company?
15   A.   This would be part of the notes that I assembled in review
16   of learning of that information.
17   Q.   It's your testimony that you at no time before October
18   when these notes were written knew about or participated in
19   post-blowout testing?
20   A.   That's correct.
21   Q.   That's with the exception, now, of the 3D modeling,
22   correct?
23   A.   That's correct.
24   Q.   Because you did participate in the 3D modeling?
25   A.   I did.
```

3280

1  Q.  With respect to that, we don't have any records whatsoever
2  to refer to, to know what you looked at and what that modeling
3  showed, correct?
4  A.  That's correct.
5  Q.  The last thing I want to ask you about these notes is with
6  respect to the time of their being produced.
7      When I took your deposition in July of last year,
8  these notes were not produced, so you and I didn't get to
9  discuss them then, did we?
10 A.  I don't know when they were produced, sir.
11 Q.  My understanding is you produced these notes to someone
12 who was collecting them for purposes of delivering them to
13 whom?
14 A.  I turned over all the documents that I had in my
15 possession to a clerk with the legal department.  I received
16 all of my documents back about probably two weeks later.  I
17 think that they were copied, but I don't know.
18 Q.  When did you surrender them?
19 A.  I don't know the date.
20 Q.  Was that before your deposition?
21 A.  It was before the deposition, yes, sir.
22 Q.  How long before the deposition?
23 A.  Months.
24 Q.  Your deposition was in July of last year, correct?
25 A.  Yes, sir.

3281

1  Q.  Would you estimate four or five months before?
2  A.  At least.
3  Q.  At least.
4  A.  Yes.
5  Q.  Maybe even longer?
6  A.  Maybe even longer.
7  Q.  Perhaps even a year before?
8  A.  Potentially.
9  Q.  In 2010?
10 A.  Possibly.
11 Q.  Did you surrender your notes before you began making
12 presentations to Congress?
13 A.  No, I think I probably completed all the presentations
14 before I surrendered the documents.
15 Q.  So it was in the latter part of 2010?
16 A.  I don't know the date.
17 Q.  You had made your presentations to Congress when you made
18 the notes, correct?
19 A.  Yes, sir.
20 Q.  So you then surrendered the notes in 2010, you think?
21 A.  I don't know the date.  I don't know if it was 2010 or
22 2011.  I don't know.
23 Q.  All right.  Suffice to say you think it was four or five
24 or more months before we took your deposition?
25 A.  I think it was considerably before the deposition, yes.