# Exhibit 15

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:   All Cases            2:10-CV-02771 | § § | MAG. JUDGE SHUSHAN |

### AFFIDAVIT OF ELIZABETH MARIE SCHIMMEL

THE STATE OF TEXAS   )
                     )
COUNTY OF DALLAS     )

BEFORE ME, the undersigned authority, on this day personally appeared Elizabeth Marie Schimmel, who being duly sworn deposed on her oath as follows:

1. My name is Elizabeth Marie Schimmel. I am more than twenty-one years old, I have never been convicted of a crime involving moral turpitude, and I am competent to provide this affidavit. All facts in this affidavit are true, correct, and within my personal knowledge.

2. I am the Discovery Manager at Halliburton Energy Services, Inc. ("HESI").

3. On April 26, 2010, within days after the explosion aboard the *Deepwater Horizon*, HESI issued its initial legal hold. HESI also circulated a questionnaire asking recipients to identify relevant data sources (files, computers, etc.) and other HESI employees with potentially relevant knowledge and information.

4. Each recipient of the legal hold was informed of his or her duty to preserve, and not destroy, delete or modify any documents, records or data. Recipients were also directed to preserve all hard copy documents, electronically stored information and any physical materials. Employees were informed that the obligations under the legal hold superseded the regular corporate records retention schedule, and that the hold remained in effect until the employee received further notification from the HESI Law Department.

5. As more employees were identified, the legal hold expanded to include approximately 547 HESI employees. Each employee subject to the legal hold was asked to certify his or her compliance therewith and received periodic reminders of their obligations.

6. The legal hold also resulted in the suspension of the automatic delete function in the HESI email system, which is intended to limit the risk of accidental loss of documentation.

7. HESI collected relevant and responsive information from employees subject to its legal hold, as well as from corporate systems without an individual named custodian. HESI processed that information for potential production to requesting parties.

EXECUTED on the 26th day of March, 2013.

FURTHER, AFFIANT SAYETH NOT.

_____
Elizabeth Marie Schimmel

SWORN AND SUBSCRIBED TO BEFORE ME on this 26th day of March, 2013.

_____
Notary Public in and for the
STATE OF TEXAS

ROSEMARY S. MERCER
Notary Public, State of Texas
My Commission Expires
July 17, 2013

**AFFIDAVIT OF ELIZABETH MARIE SCHIMMEL**　　　　　　　　　　　　　　　　**Page 2**

2122511 v3-24010/0002 PLEADINGS