# Exhibit 16

**ENVIRONMENTAL PROTECTION AGENCY**
Office of Enforcement and Compliance Monitoring

**CHAIN OF CUSTODY RECORD**

**NATIONAL ENFORCEMENT INVESTIGATIONS CENTER**
Building 53, Box 25227, Denver Federal Center
Denver, Colorado 80225

| PROJ. NO. | PROJECT NAME |
|---|---|
| RP1383 | Deep Water Horizon |

SAMPLERS: (Signature) [signatures]

| STA. NO. EPA | DATE | TIME | COMP. | GRAB | STATION LOCATION | NO. OF CONTAINERS | TAG NUMBERS | REMARKS |
|---|---|---|---|---|---|---|---|---|
| DW-01 | 1/16/10 | NA | | ✓ | 1 QT Container - Zone of Influence 2000 | 1-QT | NE27400 | Delivered for Testing 6/22/2011 269-1 |
| DW-02 | 1/16/10 | NA | | ✓ | 1 QT - SCR - 100 L | 1-QT | NE27447 | 269-2 |
| DW-03 | 1/16/10 | NA | | ✓ | 1 Gallon SCR - 100 L | 1-Gallon | NE27443 | 269-3 |
| DW-04 | 1/16/10 | NA | | ✓ | 1-Gallon SCR-100L | 1-Gallon | NE27444 | 269-4 |
| DW-05 | 1/16/10 | NA | | ✓ | 1-Gallon MUD | 1-Gallon | NE27445 | 269-5 |
| DW-06 | 1/16/10 | NA | | ✓ | 1-Bag LaFarge Clean H | 1-Bag | NE27446 | 269-6 |
| DW-07 | 1/16/10 | NA | | ✓ | 1-Gallon Gas Stop BPI (DW) | 1-Gallon | NE27447 | 269-7 |
| DW-08 | 1/16/10 | NA | | ✓ | 1-Gallon Fluid (Fresh) Water | 1-Gallon | NE27448 | 269-8 |
| DW-09 | 1/16/10 | NA | | ✓ | 1-5-Gallon LaFarge Clean H | 1-5gal | NE27449 | 269-9 |
| DW-10 | 1/16/10 | NA | | ✓ | 1-5-Gallon Field (Gas) WS | 1-5gal | NE27451 | 269-10 |
| DW-11 | 1/16/10 | NA | | ✓ | 1-5-gallon LaFarge Clean H | 1-5gal | NE27452 | 269-11 |
| DW-12 | 1/16/10 | NA | | ✓ | 1-5-gallon LaFarge Clean H | 1-5gal | NE27453 | 269-12 |

Relinquished by: (Signature) [sig] Date/Time 1/16/10 1450  Received by: (Signature) [sig]
Relinquished by: (Signature) [sig] Date/Time 6/22/2011  Received by: (Signature) [sig]
Relinquished by: (Signature) See CoC Dept 6/22/2011  Date/Time 6/27/11 1045  Received for Laboratory by: (Signature) [sig]  Date/Time

Remarks: OVER

Distribution: Original Accompanies Shipment; Copy to Coordinator Field Files

* U.S. GOVERNMENT PRINTING OFFICE: 1986-773-427

RSJ #5

OF16NOV   N 13089

Case 2:10-md-02179-CJB-SS Document 8903-31 Filed 03/14/13 Page 3 of 4

## 19. CHAIN OF CUSTODY (CONT'D)

| Items | Date/Time | Released By | Received By | Purpose |
|---|---|---|---|---|
| 200-5<br>200-6<br>200-7<br>200-8<br>200-10<br>200-11<br>200-12 | 29SEP11<br>0800 | Name DEAN L F. IRING<br>Organization USCG<br>Signature [signature] | Name Suzanne Englebert<br>Organization US District Court<br>Signature [signature] | XFER PER MDL # 2179 ORDER |
| | | Name [illegible]<br>Organization [illegible]<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |
| | | Name<br>Organization<br>Signature | Name<br>Organization<br>Signature | |

## 20. FINAL DISPOSITION

Final Disposition Authority

| Name (Printed) | Grade/Rank | Organization |
|---|---|---|
| | | |

| Persons Witnessing Destruction (Print) | Organization | Signature and Date |
|---|---|---|
| 1. | | |
| 2. | | |

NOTE: You MUST indicate in Disposal Action Column (on front) by two number or letter code, persons receiving or witnessing action and the type of action.

CODES: (R) Person receiving — (W) Witness to Action — (A) Turned over to another Agency

(1) Returned to Individual Owner — (C) Returned to Command — (S) Turned into Supply

(D) Destroyed — (M) Another method (explain in Remarks section)

EXAMPLE: Code R1 = person receiving the item was the owner;

WD = person witnessed the destruction of the item;

RC = person receiving item returned it to the command

21. REMARKS

COPY

# COAST GUARD INVESTIGATIVE SERVICE
## EVIDENCE CUSTODY FORM

U.S. Department of Homeland Security
U.S. Coast Guard
CG5800065-04

| 1. Receiving Office | 2. Case Control Number (CCN) | 3. Evidence Log Type and Number |
|---|---|---|
| U.S. COAST GUARD | FBI# 249-NO-74286 | |

4. Case Title/Subject: USCG/BOEMRE JOINT INVESTIGATION – DEEPWATER HORIZON

5. Name/Grade / Title of Person From Whom Seized/Received: CAPT S. ENGLEBERT, USCG  ☒ Other
6. Address (Include ZIP): 1790 SATURN BLVD, NEW ORLEANS LA 70129-2218
7. Work Phone: 1230    8. Home Phone: 202 604-426

9. Location Where Property Seized/Received: NASA MAF MICHOUD, NEW ORLEANS, LA

10. Reason Obtained: ☒ Other - BOE    11. Time/Date Seized/Received: 11/16/2010 1452    12. Seized/Received By (Printed Name): S. Englebert

| 13. Item | 14. Quantity | 15. Disposal Action | 16. Description of Article/Make, Model, Serial Number, Identifying Marks, Condition, Value, Weight, and Evidence Tag Number |
|---|---|---|---|
| 200-9 | 1 Gallon | | RJE 27449 Cement Blend LaFarge Cement Sample (B)# 200-9 |
| 200-1 | 1 Overpack | | Zone Sealant 2000 NE 27400 1 QT F5/# 200-1 |
| 200-2 | 1 Overpack | | SCR 100L (synthetic cement retarder) NE 277467 1 QT (B)# 200-2 |
| 200-3 | 1 Overpack | | SCR 100L NE 277143 + QT * 1 Gallon (B)# 200-3 |
| 200-4 | 1 Overpack | | SCR 100L NE 27744 1 Gallon (B)# 200-4 |

New sheet from ERA NI30189 Started To - Facilitate Transfer of Items For Testing.

Nothing Further.

17. Name and Signature of Witness
18. Name and Signature of Evidence Custodian: S. Englebert

## 19. CHAIN OF CUSTODY

| Items | Date/Time | Released By (Name/Signature/Organization) | Received By (Name/Signature/Organization) | Purpose |
|---|---|---|---|---|
| 200-1, 200-2, 200-3, 200-4, 200-9 | 10/15 9/22/2011 | S. Englebert / USCG | Greg Garrison / Oilfield Testing | For Testing |

Page 1 of 2 Pages