# Exhibit 17

**From:** Jesse Gagliano
**Sent:** Thursday, April 01, 2010 9:22 AM
**To:** Morel, Brian P; Hafle, Mark E; Cocales, Brett W
**Cc:** Quang Nguyen
**Subject:** RE: Out of Office
**Attachments:** Pilot Test BC19-65112.3.pdf

I already have a pilot test run, see attached. Once I get samples from the rig sent into the lab and get a temp reading from Sperry to run WellCat temp modeling I will start running lab test for the Prod Casing.

Jesse Gagliano
Halliburton Energy Services
Account Representative - Cementing
Office - 281-366-6106
Cell - 281-635-4798
Fax - 713-583-9700
E-mail - jesse.gagliano@halliburton.com

**From:** Morel, Brian P [mailto:Brian.Morel@bp.com]
**Sent:** Thursday, April 01, 2010 7:11 AM
**To:** Jesse Gagliano; Hafle, Mark E; Cocales, Brett W
**Cc:** Quang Nguyen
**Subject:** RE: Out of Office

Jesse / Quang,
Can you start running some tests on the nitrogen job? This is an important job and we need to have the data well in advance to make the correct decisions on this job.

Thanks
Brian

**From:** Jesse Gagliano [mailto:Jesse.Gagliano@Halliburton.com]
**Sent:** Wednesday, March 31, 2010 6:58 PM
**To:** Hafle, Mark E; Cocales, Brett W; Morel, Brian P
**Cc:** Quang Nguyen
**Subject:** Out of Office

I will be out of the office tomorrow in Lafayette, La. If you need assistance I can be reached on my cell. Quang Nguyen will be in the office tomorrow if you need assistance as well. Quang's info is below.

Quang.Nguyen@Halliburton.com

Cell – 337-254-0441

Jesse Gagliano
Halliburton Energy Services
Account Representative - Cementing
Office - 281-366-6106
Cell - 281-635-4798
Fax - 713-583-9700
E-mail - jesse.gagliano@halliburton.com

5801
Exhibit No. _____
Worldwide Court Reporters, Inc.

Business Confidential

**TREX-05801**

HAL_0008628

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

# HALLIBURTON
## Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Lead**

### Job Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Request/Slurry | 65112/3 | Rig Name | TRANSOCEAN HORIZON | Date | February 10th 2010 |
| Submitted By | Jesse Gagliano | Job Type | Production Casing | Bulk Plant | Fourchon-C-Port I, La. USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 9 5/8" | Depth MD | 19650 ft | BHST | 262 F |
| Hole Size | 12 1/4" | Depth TVD | 19650 ft | BHCT | 223 F |

### Drilling Fluid Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mud Company | MI | Type | SOBM | Density | 14.6 PPG | PV/YP | |

### Cement Information - Lead Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.741 | PPG |
| | | | | | | Slurry Yield | 1.37 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Bulk | Dec 29, 2009 | LOCATION | Water Requirement | 4.84 | GPS |
| | | | | | | Total Mix Fluid | 5.04 | GPS |
| 0.07 | % BWOC | EZ-FLO | Bulk | Dec 29, 2009 | BLENDED | Foam Density | 14.496 | PPG |
| 0.25 | % BWOC | D-Air 3000 | Bulk | Dec 29, 2009 | BLENDED | Foam Quality | 12.98 | % |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | Bulk | Dec 29, 2009 | BLENDED | Water Source | Fresh Water | |
| 20.00 | % BWOC | SSA-1 (Silica Flour) - PB | Bulk | Dec 29, 2009 | BLENDED | Water Chloride | N/A | ppm |
| 15.00 | % BWOC | SSA-2 (100 Mesh) - PB | Bulk | Dec 29, 2009 | BLENDED | | | |
| 0.20 | % BWOC | SA-541 | Bulk | Dec 29, 2009 | BLENDED | | | |
| 0.11 | gps | ZoneSealant 2000 | Lab | Mar 15, 2009 | | | | |
| 0.20 | gps | SCR-100L | Lab | Dec 23, 2008 | 2117 | | | |
| 4.84 | gps | Fresh Water | Lab | Jan 18, 2010 | | | | |

### Operation Test Results Request ID 65112/3

#### Thickening Time, Request Test ID:722097

| Temp (°F) | Pressure (psi) | Batch Mix (min) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|---|
| 223 | 15,945 | 0 | 89 | 7 | 04:57 | 04:58 | 04:59 | 05:00 |

#### Mud Balance Density, Request Test ID:722106

Density (ppg)

16.5

#### Mixability (0 - 5) - 0 is not mixable, Request Test ID:722100

Mixability rating (0 - 5)

5

#### Foam Mix and Stability, Request Test ID:727534

This report is the property of Halliburton Energy Services and neither it nor any part thereof, nor a copy thereof, is to be published or disclosed without first securing the expressed written approval of Halliburton. It may however be used in the course of regular business operations by any person or concern receiving such report from Halliburton. This report is for information purposes only and the content is limited to the sample described. Halliburton makes no warranties, expressed or implied, as to the accuracy of the contents or results. Any user of this report agrees Halliburton shall not be liable for any loss or damage regardless of cause, including any act or omission of Halliburton, resulting from the use hereof.

| SG top | SG bot. | Conditioning time (hrs:min) |
|---|---|---|
| 1.91 | 1.91 | 00:00 |

### FYSA Viscosity Profile & Gel Strength, Request Test ID:722102

Test Temp (°F)
80
foamed fysa rpms 22 8 5 3 2 2 2 1 3d= 0 6d = 0

### Non API Rheology, Request Test ID:722103

| Test temp (°F) | 600 | 300 | 200 | 100 | 60 | 30 | 20 | 10 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 120 | 58 | 36 | 16 | 8 | 4 | 2 | 2 | 2 | 2 |

### Non API Rheology, Request Test ID:722104

| Test temp (°F) | 600 | 300 | 200 | 100 | 60 | 30 | 20 | 10 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 56 | 28 | 18 | 8 | 4 | 2 | 2 | 2 | 2 | 2 |

### Non API Rheology, Request Test ID:722105

| Test temp (°F) | 600 | 300 | 200 | 100 | 60 | 30 | 20 | 10 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 190 | 192 | 108 | 66 | 34 | 20 | 10 | 6 | 2 | 2 | 2 |

### UCA Comp. Strength, Request Test ID:722098

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) | 48 hr CS (psi) |
|---|---|---|---|---|---|---|
| 262 | 15,945 | 02:28 | 02:42 | 1,829 | 1,872 | 1,946 |

### Crush Compressive Strength, Request Test ID:727535

| Time 1 (hrs) | Strength 1 | Time 2 (hrs) | Strength 2 | Time 3 (hrs) | Strength 3 | Time 4 (hrs) | Strength 4 | Foam quality |
|---|---|---|---|---|---|---|---|---|
| 12 | 0 | 24 | 0 | 36 | 0 | 48 | 0 | 0 |

60 hr c/s = 0  72 hr c/s = 0  84 hr c/s = 0  96 hr c/s = 1145

This report is the property of Halliburton Energy Services and neither it nor any part thereof, nor a copy thereof, is to be published or disclosed without first securing the expressed written approval of Halliburton. It may however be used in the course of regular business operations by any person or concern receiving such report from Halliburton. This report is for information purposes only and the content is limited to the sample described. Halliburton makes no warranties, expressed or implied, as to the accuracy of the contents or results. Any user of this report agrees Halliburton shall not be liable for any loss or damage regardless of cause, including any act or omission of Halliburton, resulting from the use hereof.



This report is the property of Halliburton Energy Services and neither it nor any part thereof, nor a copy thereof, is to be published or disclosed without first securing the expressed written approval of Halliburton. It may however be used in the course of regular business operations by any person or concern receiving such report from Halliburton. This report is for information purposes only and the content is limited to the sample described. Halliburton makes no warranties, expressed or implied, as to the accuracy of the contents or results. Any user of this report agrees Halliburton shall not be liable for any loss or damage regardless of cause, including any act or omission of Halliburton, resulting from the use hereof.

Global Customer Report

Page: 3

Business Confidential

HAL_0008632



This report is the property of Halliburton Energy Services and neither it nor any part thereof, nor a copy thereof, is to be published or disclosed without first securing the expressed written approval of Halliburton. It may however be used in the course of regular business operations by any person or concern receiving such report from Halliburton. This report is for information purposes only and the content is limited to the sample described. Halliburton makes no warranties, expressed or implied, as to the accuracy of the contents or results. Any user of this report agrees Halliburton shall not be liable for any loss or damage regardless of cause, including any act or omission of Halliburton, resulting from the use hereof.

Global Customer Report

Page: 4

Business Confidential

HAL_0008633