# Exhibit 18

01-39461
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Jesse Marc Gagliano
**VOLUME 1**

FEBRUARY 7, 2012

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

181

1      A.   I'm -- I'm not following your question.
2  I'm sorry.
3      Q.   In other words, does the -- the concern
4  about or the -- the preference for liquid
5  additives have anything to do in addition to what
6  you've told me about dry additives having a
7  tendency to sit on the rig and deteriorate over
8  time?
9      A.   That's something you have to keep in
10 mind, and that's their whole reason why they did
11 separate testing to verify whether the cement
12 foam was good and not contaminated because it had
13 been out there two month -- you know, a couple of
14 months.
15     Q.   All right.  And that would be the same
16 reason, if -- if I remember what you told me
17 correctly, that if you wanted to test the Macondo
18 slurry from sam -- actual rig samples following
19 the blowout, in terms of forensic testing, the
20 sooner you test that rig sample blend after the
21 blowout the better, in terms of testing accuracy?
22     A.   In my opinion, yes.
23     Q.   Okay.
24     A.   (Nodding.)
25     Q.   Nobody ever shared with you the results

01-39462
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

*CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Jesse Marc Gagliano
**VOLUME 2**

FEBRUARY 8, 2012

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1  additional tests.  I just need more data before I
2  could submit the test, so my plan all along was
3  to run an additional test.
4      Q.  Okay.  So that is your indication that
5  additional tests would be run?
6      A.  Yes.  I mean, he's asking for the test,
7  and I'm indicating that once I get samples from
8  the rig sent into the Lab and get temperature
9  readings from Sperry to run the WellCat modeling,
10 I will set -- I will start running Lab Tests for
11 production casing job.
12     Q.  Okay.
13     A.  That's letting them know I plan on
14 running additional testing for this job.
15     Q.  So is that letting BP know that the pilot
16 testing is not the final testing they should rely
17 on for the production job, and it's not the final
18 testing that you're relying on for the production
19 job?
20     A.  I'm explaining it in a way that I'm
21 letting them know I'm -- I'm running additional
22 testing for this production casing job.
23     Q.  Okay.  But what -- what are you trying to
24 tell them?  Are you trying to tell them that this
25 is not the final testing, that you're going to