# Exhibit 19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   .   . . . . . . . . . . . . . . . . . . . . . .

### BP'S 1/13/2012 PHASE ONE TRIAL EXHIBIT LIST

Pursuant to the Court's January 10, 2012 Order (Rec. Doc. 5128), Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 1/13/2012 Trial Exhibit List for Phase One of the February 2012 Limitation and Liability Trial (attached hereto as "Exhibit A").

This 1/13/2012 Trial Exhibit List includes Bates numbers for publicly available exhibits that BP has recently produced.

Pursuant to discussions among the parties, the 1/13/2012 Trial Exhibit List does not include Bates numbers for:

- Expert reports;

- Pleadings and written discovery;

- Deposition Exhibits;

- Documents in the KPMG Database;

Case 2:10-md-02179-CJB-SS   Document 5207-1   Filed 01/13/12   Page 311 of 312

MDL 2179
The BP Parties' 1/13/2012 Good Faith Phase I Trial Exhibit List

| Trial Exhibit Number | Bates Range | Date | Description | Added Post 12/22/2011 |
|---|---|---|---|---|
| TREX-47983 | BP-HZN-2179MDL00470981 - BP-HZN-2179MDL00470992 | 4/15/2007 | Report from R. Jones to M. Sankar & M. Drummond et al. re 9 7/8" Production Casing Cement Job Quality Control Summary Report | X |
| TREX-47984 | HAL_0010559 - HAL_0010563 | 4/15/2010 | Email from B. Bruce to J. Gagliano re Fw: 7" float collar - BP - Macondo Prospect | X |
| TREX-47985 | HAL_0010564 - HAL_0010568 | 4/15/2010 | Email from J. Gagliano to B. Bruce re re 7" float collar - BP - Macondo Prospect | X |
| TREX-47986 | HAL_0062212 - HAL_0062212 | 4/18/2010 | Halliburton - Daily Activity Report - Deepwater Horizon | X |
| TREX-47987 | HAL_0068254 - HAL_0068254 | 4/17/2010 | Halliburton - Daily Activity Report - Deepwater Horizon | X |
| TREX-47988 | HAL_0068268 - HAL_0068268 | 4/16/2010 | Halliburton - Daily Activity Report - Deepwater Horizon | X |
| TREX-47989 | HAL_0070659 - HAL_0070659 | 4/19/2010 | Halliburton - Daily Activity Report - Deepwater Horizon | X |
| TREX-47990 | HAL_0406335 - HAL_0406335 | 4/21/2010 | Email from J. Gagliano to M. Hafle re Casing test date? | X |
| TREX-47991 | HAL_0502276 - HAL_0502276 | 00/00/0000 | Halliburton - Material Transfer Ticket | X |
| TREX-47992 | HAL_0504557 - HAL0504558 | 4/22/2010 | Email from B. Hunter to D. Bolado & P. Osborne re Five Gates (w/ attachment) | X |
| TREX-47993 | HAL_0504559 - HAL_0504561 | 00/00/0000 | GOM Cementing Value Proposition | X |
| TREX-47994 | HAL_0557448 - HAL_0557449 | 10/5/2010 | Email from D. Cordray to J. Gagliano & M. Stidham re info on Blend and additives needed | X |
| TREX-47995 | HAL_0577495 - HAL_0577495 | 2/17/2010 | Halliburton to BP re Sales Order #7189703 | X |
| TREX-47996 | HAL_0615507 - HAL_0615521 | 4/23/2010 | Email from J. Gagliano to M. Hafle re Post Job (w/ attachment) | X |
| TREX-47997 | HAL_0698294 - HAL_0698294 | 3/1/2010 | Halliburton Ticket Correction Request re Sales Order #6974552 | X |
| TREX-47998 | HAL_0698306 - HAL_0698306 | 3/10/2010 | Email from T. Angelle to D. Bares re FW: BP - Horizon - Well to Well Transfer - $34,074.81 (w/ attachment) | X |
| TREX-47999 | HAL_0698307 - HAL_0698307 | 3/1/2010 | Halliburton Ticket Correction Request re Sales Order #6974552 | X |
| TREX-48000 | HAL_0699118 - HAL_0699120 | 10/6/2010 | Timeline/History for Cement used on BP Macondo #1 Well Production Casing - by Mike Stidham | X |
| TREX-48001 | HAL_0922894 - HAL_0922894 | 00/00/0000 | Halliburton - Material Transfer Ticket | X |
| TREX-48002 | HAL_1050952 - HAL_1050954 | 00/00/0000 | Materials currently in lab for BP, Transocean Horizon Rig | X |
| TREX-48003 | HAL_1073718 - HAL_1073718 | 4/14/2010 | Email from J. Gagliano to N. Chaisson re OptiCem for Horizon Production Casing | X |
| TREX-48004 | HAL_1228702 - HAL_1228704 | 6/5/2010 | Email from J. Bement to C. Miller & R. Dirksen et al. re Fw: JITF Update re: DOI Increased Safety Measures for Energy Development on the OCS Report | X |
| TREX-48005 | HAL_1248310 - HAL_1248311 | 10/4/2010 | Email from D. Cordray to J. Gagliano re info on Blend and additives needed | X |