Exhibit 20

1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL        )   MDL NO. 2179
     by the OIL RIG,          )
 4   DEEPWATER HORIZON in     )   SECTION "J"
     the GULF OF MEXICO,      )
 5   April 20, 2010           )   JUDGE BARBIER
                              )
 6                            )   MAG.  JUDGE
                              )   SHUSHAN
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22           Videotaped deposition of GREG
     GARRISON, taken at Pan-American Building, 601
23   Poydras Street, 11th Floor, New Orleans,
     Louisiana, 70130, on the 4th of November,
24   2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  time -- you've never worked for Halliburton?
2       A.    No, sir.
3       Q.    Okay.  Great.  We can set this
4  aside.
5       A.    Okay.
6       Q.    Thanks.
7             All right.  I want to start out
8  by following up on some things that you
9  discussed with BP's counsel.  Just to step
10 back a little bit and understand, the report
11 that you prepared at exhibit 5937, it's my
12 understanding that you used, with one
13 exception, and that exception being the MAC4
14 slurry, that all of the other slurries you
15 used were on samples that did not come from
16 the Macondo rig, correct?
17      A.    That's correct.
18      Q.    Okay.  And the MAC4 sample,
19 however, was provided as rig sample that had
20 been sequestered by Halliburton and given by
21 subpoena to the U.S. Government and then
22 provided to you, correct?
23      A.    That's correct.
24      Q.    Okay.  Now, early -- or prior --
25 when you were setting up the samples or the

```
 1    possibility of variability in testing,
 2    doesn't it?
 3         A.    Yes.
 4         Q.    Okay.  Now, seeing as you only
 5    tested the MAC4 -- and when I say MAC4, we
 6    understand that between us to be a -- the
 7    only slurry from the Macondo rig sample that
 8    you actually tested, right?
 9         A.    Correct.
10         Q.    So if I say MAC4, we'll have
11    that understanding?
12         A.    Yes.
13         Q.    Okay.  So seeing as you only
14    tested the MAC4 slurry, is there additional
15    rig sample left over in your possession?
16         A.    Yes.
17         Q.    How much?  How much dry blend?
18         A.    An actual weight?
19         Q.    A rough estimate based on
20    five-gallon barrels.  Half full, what?
21         A.    Out of a five-gallon bucket,
22    it's probably 20, 25 percent.
23         Q.    Okay.  So about a quarter of a
24    five-gallon bucket?
25         A.    Roughly, yes.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1         Q.   Okay.  Did you ever ask yourself
 2    if we're supposed to getting insights into
 3    what happened to the Macondo slurry cement,
 4    why you only conducted one test with it?
 5         A.   Of course in being a -- a
 6    cementing guy, you wonder but, I mean, it was
 7    all -- it all came from -- directly from the
 8    JIT to do the one.
 9         Q.   Okay.  And so that we're clear,
10    what the JIT requested you to do is actually
11    test and obtain data on -- primarily on
12    cement that was not rig cement?
13         A.   You're talking about the -- the
14    bulk testing --
15         Q.   I'm talking about the totality
16    of testing.  You only tested one MAC4 slurry,
17    right?
18         A.   Correct.
19         Q.   And yet there are tens and --
20    there -- there are multiple tests of
21    slurries -- of testing on slurries from
22    sources other than the Macondo rig sample,
23    right?
24         A.   Correct.
25         Q.   Okay.  Now, just to be clear,
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1          A.     Correct.
 2          Q.     So I ask you again, can you
 3    please tell me why you think that that --
 4    that slurry is unstable?
 5          A.     In this -- in the unset -- in
 6    the unset, yes.  I -- it -- this is not
 7    saying with -- with certainty that this one
 8    test is saying that it's unstable.
 9          Q.     Right.  But if we were to look
10    at just this one test, that indicates it's
11    actually stable, right, in the unset form?
12          MR. CHEN:  Objection, form.
13          A.     Yes, sir.
14          Q.     All right.  Now, let's talk
15    about -- let's talk about the set foam
16    stability test that you conducted.  And I
17    think -- well, there isn't any data because
18    you didn't finish the test.  But I'm looking
19    at page 39 of your report and that's
20    exhibit 5937 still.
21                 Now, my understanding is -- just
22    forget about all the foam stability tests
23    above it.  I want to look at the MAC4.
24          A.     Okay.
25          Q.     Foam set -- foam stability test
```

**PURSUANT TO CONFIDENTIALITY ORDER**