# Exhibit 21

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   **************************************************************
 5     IN RE:  OIL SPILL BY THE OIL
            RIG DEEPWATER HORIZON IN THE
 6          GULF OF MEXICO ON APRIL 20,
            2010
 7
 8                              CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
 9                              Thursday, March 7, 2013
10
11     THIS DOCUMENT RELATES TO:
12     CASE NO. 2:10-CV-02771,
       IN RE:  THE COMPLAINT AND
13     PETITION OF TRITON ASSET
       LEASING GmbH, ET AL
14
       CASE NO. 2:10-CV-4536,
15     UNITED STATES OF AMERICA V.
       BP EXPLORATION & PRODUCTION,
16     INC., ET AL
17
     **************************************************************
18
19
20              DAY 8 - MORNING SESSION
21          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
22          HEARD BEFORE THE HONORABLE CARL J. BARBIER
23                 UNITED STATES DISTRICT JUDGE
24
25
```

1  A.  That is correct.
2  Q.  And the other thing on the physics side would be wellbore
3  conditions, right?
4  A.  Yes, sir.
5  Q.  So you need to know the geometry of the wellbore?
6  A.  Yes, sir.
7  Q.  And all of these things on the physics side need to be
8  optimized if your goal is to actually totally isolate the well --
9  in the well?
10 A.  Yes, sir, to the extent possible.
11 Q.  And you also said that bad physics can kill a good cement job,
12 correct?
13 A.  Yes, sir.
14 Q.  Now, let's see what happened on this well.  Despite the
15 chemistry, there is arguments about the chemistry here and we're
16 going to approach this head-on.  Let's talk about assuming what BP
17 knew about this slurry.  It controls the physics side, correct?
18 A.  Yes, sir.
19 Q.  And let's be very specific, BP reduced the number of
20 centralizers, right?
21 A.  Yes.
22 Q.  And you're aware that BP reduced the pumping rates to a fairly
23 low rate on this job so that we didn't achieve that what you called
24 annular velocity or fluid velocity needed to effectively displace,
25 right?

```
                                                                  2410
 1    A.   That's correct.
 2    Q.   And BP also did not, in your opinion, properly condition the
 3    mud that prepared that mud to be displaced ahead of the cement job,
 4    right?
 5    A.   Yes, sir.
 6    Q.   Now, Mr. Benge, in your opinion, that's a pretty good list of
 7    what not to do if you're trying to optimize a good cement job on
 8    the physics side, isn't it?
 9    A.   That is, sir.
10    Q.   Now, with the exception of this Dril-Quip document that this
11    Court has seen recommending not using centralizers, you and I can
12    bore the Court all day putting up recommendations from Halliburton,
13    BP -- or documents from Halliburton, BP, and the industry generally
14    talking about the benefits of centralization, couldn't we?
15    A.   I am afraid we could bore the Court pretty quickly.
16    Q.   We don't need that because in your opinion yesterday you
17    basically said the benefits of centralization are unquestionable,
18    correct?
19    A.   That is correct.
20    Q.   Let's assume that BP perceived some operational risk or
21    problem, you know, real or perceived, with running centralizers.
22    You would agree that the smart move for an operator trying to
23    obtain a good cement job and obtain zonal isolation in that case
24    would be to optimize the other physics under its control, correct?
25    A.   That is correct, yes, sir.
```

```
                                                                    2462
 1    THE COURT:  Sustained.
 2    BY MR. HILL:
 3    Q.  You reviewed the OTC testing, right?
 4    A.  Yes, sir.
 5    Q.  You understand that OTC generated more than one test report,
 6    right?
 7    A.  Yes, sir, I do.
 8    Q.  And you understand that OTC generated a test called 60 percent
 9    foam quality test, right?
10    A.  Yes, sir.
11    Q.  So what is your understanding of what that test is about?
12    A.  My understanding of that test was that was requested to --
13    well, test the stability of foam with a very high nitrogen content
14    to potentially simulate, if you will, what would be at the rig
15    floor.
16    Q.  You say "potentially simulate."  Why do you say that?
17    A.  There are a number of assumptions that are made to come up with
18    that 60 percent gas concentration at the rig floor.  If you look at
19    an -- if you look at a nitrogen table, for example, the difference
20    in the volume of gas at 1,000 psi and 1,100 psi, the pressure and
21    volume work with gases.  Ten percent change in pressure, you get a
22    ten percent change in the volume of the gas.  So both the pressure
23    and the temperature at surface will influence greatly that
24    assumption.  Temperature goes up, gas expands.  So the 60 percent
25    number is based on -- it has to be at that temperature and that
```

2463

1  pressure for that 60 percent to be valid.
2  Q. Let's see if we can put this into context real quick. At the
3  rig, if your target is to create 14.5 PPG slurry downhole, you have
4  to inject nitrogen at a higher concentration on the rig, correct?
5  A. That's correct.
6  Q. And as that nitrogen is injected into the slurry and that
7  slurry is pumped down three-miles, the further it goes, the more it
8  is compressed, right?
9  A. That's right. The pressure goes up as you go into the well.
10 Q. And as that pressure goes up and as that slurry is compressed,
11 the foam quality or the percentage of nitrogen in it changes and
12 calculated so that it's 14.5 at the bottom, correct?
13 A. That's correct.
14 Q. And this goes back to the density measurements and you reviewed
15 the job execution and you thought were excellent, right?
16 A. Yes.
17 Q. The nitrogen was metered correctly?
18 A. The nitrogen was metered correctly, yes.
19 Q. But it is true that a higher concentration of nitrogen injected
20 at top and then becomes 14.5 as it's put down the well and
21 compressed by pressure, correct?
22 A. That is correct.
23 Q. The OTC test, do you known where the protocol came from that
24 OTC used to test?
25 A. Yes, sir.

2464

1  Q. Where did it come from?
2  A. It came from the JIT or Joint Investigation Team.
3  Q. Did you read Mr. Garrison's testimony?
4  A. Yes, sir, I did.
5  Q. And you understand that that was not a protocol that either the
6  U.S. government or OTC recommended, correct?
7  A. That is correct.
8  Q. And you understand that that protocol actually came from BP
9  that they wanted this testing done, correct?
10 A. Yes, sir.
11 Q. Now, that test, as far as you know, was not sanctioned -- it's
12 not an API test, is it?
13 A. API doesn't tell you what amount of gas to put in, no.
14 Q. API doesn't even have a protocol for injecting 60 percent --
15 doesn't have a protocol -- the very protocol that OTC followed
16 isn't one that was put together by API, is it?
17 A. Right, API did not put that test program together.
18 Q. Let's talk about some of the differences. When you inject
19 60 percent nitrogen in the lab it was done at atmospheric
20 conditions, wasn't it?
21 A. That's correct.
22 Q. Not under pressure?
23 A. No, sir.
24 Q. Ambient room temperature, correct?
25 A. Yes, sir.

```
                                                                  2465
 1   Q.  And it was foam instead of injected with a high pressure nozzle
 2   like out on the rig?
 3   A.  Right, it's made in a blender.
 4   Q.  So if you take that high quality -- or high nitrogen quality
 5   slurry and observed it atmospheric, there's no pressure to contain
 6   it in the slurry, is there?
 7   A.  No, sir, there's not.
 8   Q.  But out on the rig, the nitrogen is injected into a slurry that
 9   is then confined in a closed system under pressure, correct?
10   A.  That's correct.
11   Q.  And you would agree that the pressure actually helps entrain
12   the nitrogen in the slurry?
13   A.  Yes, sir, I agree with that.
14   Q.  Do you see any correlation between the testing protocols used
15   by OTC of 60 percent nitrogen and what actually occurs in the rig?
16   A.  No, sir, I do not.
17   Q.  Do you have opinion as to the OTC testing that was done at BP's
18   request on 60 percent foam quality?
19   A.  Yes, sir.
20   Q.  What is it?
21   A.  Well, I've taken samples -- I've taken samples of foam as it's
22   been generated on a rig at much higher and looked at that.  The
23   sheer that you get from a wearing blender versus the sheer that you
24   have from the rig is apples and oranges.  It's quite different.
25   There is a tremendous amount of sheer on that rig.  So the -- I
```

```
                                                                  2466
 1    don't find them comparable.
 2    Q.  Let me ask you --
 3    MR. REGAN:  Your Honor, based on the way the witness
 4    answered the question, I would move to strike that as outside the
 5    scope.  He can talk about the general way that the system is set
 6    up, but I don't believe he has disclosed an opinion about the
 7    specifics of the -- maybe I am incorrect, but I don't believe he
 8    did.
 9    MR. HILL:  I know he reviewed the OTC sample.
10    MR. REGAN:  In terms of his report, it's not an opinion
11    he expressed.
12    THE COURT:  He's already given the opinion.  I'll take
13    your comments in account when I consider it.
14    BY MR. HILL:
15    Q.  Sir, we've talked a lot about the chemistry of cement.  I just
16    want to close out here talking about placement.  What you said is
17    another important part of ensuring a successful cement job.  Now,
18    when you were preparing your report and you were trying to figure
19    out what your opinion was as to what happened in Macondo, in
20    fairness you settled on that the cement was unset at the time of
21    the negative test, correct?
22    A.  That is correct.
23    Q.  You considered another opinion that you did not put in your
24    report?
25    A.  That is in my deposition, yes, sir.
```

2579

1   and the other one present.
2   THE COURT:  The contract itself is in evidence, so I
3   think the Court will be able to figure out what was required or not
4   required.
5   THE WITNESS:  Yes, sir, I think.
6   THE COURT:  Okay.  Thank you, sir.  I'm sorry, give me
7   the demonstrative number again.
8   MR. CERNICH:  6630.
9   THE COURT:  6630.  Thank you very much.
10  BY MR. CERNICH:
11  Q.  Now, Mr. Regan asked you a question about whether you thought
12  the cement was permeable, do you recall that?
13  A.  Yes, sir.
14  Q.  And I believe you answered the question no?
15  A.  That's correct.
16  Q.  Can you explain that answer?
17  A.  Well, I believe the question was if the cement is unstable,
18  does that make it permeable, and if I look at one of these foam
19  cement things or look at foam, if it's unstable and all of the
20  nitrogen comes out or nitrogen starts coming out, the material
21  that's left back in behind is the base slurry.  So that -- the
22  movement of that nitrogen or the stability of that doesn't go to
23  permeability.  It goes to changes in density, changes in
24  properties.  But permeability is not -- that would not be a result.
25  Q.  What would be the result?

2013.03.07 Trial Session (AM) Transcript (Day 8)

```
                                                              2580
 1   A.   Well, you wind up -- if I take the Macondo well, at the bottom
 2   of the well, you would have higher density.  If you took all of the
 3   nitrogen out, you would have the tail cement.
 4   Q.   And could that cement have provided a barrier in the bottom of
 5   the well?
 6   A.   Yes, sir.
 7   Q.   Only if it was set?
 8   A.   Only if it was set.
 9   Q.   Mr. Regan used a term with you, do you recall, a discharged
10   responsibility?
11   A.   Yes, sir.
12   Q.   Did you understand the meaning of that term?
13   A.   Not really.  I asked that question twice, and I struggled with
14   that because I am not real familiar with that.
15   Q.   And I believe Mr. Regan asked you whether BP discharged its
16   responsibility on the cement job by relying on Halliburton?
17   A.   I don't know the legal definition for "discharge," I'm sorry.
18   Q.   Does that mean to you that BP absolved itself of responsibility
19   for the cement job by relying on Halliburton's services?
20   A.   No, sir, that does not.
21   Q.   Did BP absolve itself of responsibility for this cement job by
22   relying on Halliburton's services?
23   A.   No, sir.
24   Q.   And why not?
25   A.   Well, that's, first of all, that iterative technique back and
```

```
                                                                    2581
 1    forth, the operator and the service company, having been on both
 2    sides, they work together to achieve a successful cement job.  You
 3    can't do it in isolation.
 4    Q.  Mr. Regan also asked you some questions about some -- potential
 5    other reasons for using foam cement.  Do you recall that?
 6    A.  Yes, sir.
 7    Q.  Did you see any evidence that BP engineers considered any of
 8    those other reasons for using foam cement that Mr. Regan mentioned?
 9    A.  No, sir.
10    Q.  Did you observe why BP used foam cement -- did you see any
11    evidence as to why BP, in fact, did use foam cement?
12    A.  Yes, sir.  The MOC document clearly identifies foam cement as
13    one of the materials they're using to lower the pressures in the
14    well to lower the ECD.
15    Q.  Because of the concerns about the narrow pour pressure?
16    A.  That fragile formation.
17    Q.  Do you recall Mr. Hafle asked some -- I'm sorry, Mr. Regan
18    asked -- with Exhibit 7483, he asked you some questions about an
19    e-mail where Mr. Hafle asked whether BP could use foam on the
20    production casing cement job, do you recall that?
21    A.  Yes, sir, I do.
22    Q.  Could we go to Exhibit 7489, please.  Do you recognize this
23    document, Mr. Benge?
24    A.  Oh, yes, sir, I do.
25    Q.  And we've talked about the formula of the Macondo slurry quite
```