# Exhibit 22

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) MDL No. 2179 ) ) Section: J |
| Applies to: | ) ) The Honorable Judge Barbier |
| ALL CASES and 2:10-cv-02771 | ) Mag. Judge Shushan ) ) |

REBUTTAL EXPERT REPORT OF DR. KRIS RAVI
TO THE REPORT OF RONALD J. CROOK REGARDING CEMENTING ISSUES

January 30, 2012

CONFIDENTIAL

## TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| A. | | EXECUTIVE SUMMARY | 3 |
| B. | | DR. RAVI'S EXPECTED OPINIONS | 8 |
| | I. | BP Had the Final Say in the Design of the Cement Slurry Used on the Production Casing Cement Job at the Macondo Well | 8 |
| | II. | Foam Cement Was A Proper Choice for the Macondo Well | 11 |
| | III. | The Cement Slurry Pumped on the Macondo Production Casing Job was Adequately Designed | 11 |
| | IV. | Testing of the Cement Slurry Pumped on the Macondo Production Casing Job Showed That the Slurry Was Stable | 14 |
| | V. | BP's Operational Decisions Placed Constraints on the Foam Cement Job Pumped at Macondo That Undermined Its Ability to Isolate the Hydrocarbon Zones in the Well | 21 |
| | VI. | BP Did Not Sufficiently "Verify" the Integrity of the Primary Cement Job or "Confirm" Top of Cement | 25 |
| | VII. | BP's Failure to Adequately Circulate Mud Ahead of the Cement Job and Failure to Adequately Centralize the Production Casing Did Contribute to the Blowout | 27 |
| | VIII. | Response to BP's Wait On Cement (WOC) Argument | 31 |

hydrocarbons was likely through the inside of the casing, but I do disagree with him on how and why the hydrocarbon got to the inside of the casing.

**Flow Path for Hydrocarbons:** I disagree with Mr. Crook that the flow path of the Macondo blowout is "undisputed." I also disagree with Mr. Crook that BP's decisions not to run 21 centralizers and not to circulate full bottoms up prior to the cement job did not contribute to the incident.

I do not discern any coherent explanation in Mr. Crook's report of the flow path he believes to be "undisputed." However, in his deposition, Mr. Crook at times seems to indicate that, because he believes nitrogen broke out of the foam cement, that it set as permeable or porous cement. Mr. Crook also seems to suggest that hydrocarbons from the formation then flowed through permeable set cement, u-tubed down the annulus and up through the ports of the reamer shoe, up through the shoe track cement and then on up the casing to the rig floor. I find this theory highly implausible and unlikely. As shown below, BP's flow path is not plausible, and there is a more plausible flow path explanation that takes into account data and information that BP largely ignores. Moreover, as set forth below, failure to adequately centralize the production casing and failure to sufficiently circulate mud ahead of the cement job likely did contribute to the incident.[115]

With respect to Mr. Crook's testimony about flow through permeable set cement, there is no plausible basis for the theory. When formation fluid enters the annulus, percolation can only occur if a sufficient pressure gradient is available.[116] Several authors have studied the possibility of formation fluid entering through set and unset permeable cement.[117] Using Darcy's flow equation and laboratory measured permeability values, Sutton and Ravi (1989) evaluated the possibility that this mechanism was solely responsible for sustained gas percolation through setting cement.[118] Their conclusion is that flow volumes through even one Darcy cement would be too small to account for sustained gas flow.[119]

BP's and Mr. Crook's apparent flow path theory is simply not plausible. It certainly is not "undisputed" as Mr. Crook suggests.

As I discussed above, BP encountered serious difficulties in converting the float collar.[120] The massive pressure used to achieve circulation—3142 psi—likely damaged the shoe track. Importantly, the circulating pressures after the supposed float conversion was much lower than

---

[115] *Id.* at p. 8. ("A properly conditioned or "circulable" hole should be established before the cement job by taking advantage of the following techniques: (a) proper pipe centralization to prevent mud from being trapped behind the pipe; . . . (c) movement of the casing to help break the mud gels and to pull the pipe away from the formation walls; . . . (e) circulation of the well at the biggest rate possible . . . and for long enough periods to fully clean the hole, break the mud gels, and remove as much of the "removable" filter cake as possible.").

[116] *See* E. Nelson & D. Guillot, Well Cementing (2nd Ed.) at pp. 255-258.

[117] *Id.*

[118] *See id; see also* D.L. Sutton and K.M. Ravi, Halliburton Services, New Method for Determining Downhole Properties that Affect Gas Migration and Annular Sealing, Society of Petroleum Engineers, 1989.

[119] *See* E. Nelson & D. Guillot, Well Cementing (2nd Ed.) at p. 255-258.

[120] *See* MDL Ex. 2149 ("Witness and discuss problems with converting the float"); Ex. 5993 at HAL_0028667-668.

Page 28

I reserve the right to modify this report and to supplement my opinions if additional data becomes available or if other reports are filed or supplemented.

_____ 30/Jan/2012
Dr. Kris Ravi