# Exhibit 25

```
                                                                      4668

 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE: OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
      DEEPWATER HORIZON IN THE          *
 5    GULF OF MEXICO ON APRIL 20, 2010  *   Section J
                                        *
 6    Applies to:                       *   New Orleans, Louisiana
                                        *
 7    Docket 10-CV-02771,               *   March 19, 2013
      IN RE:  THE COMPLAINT AND         *
 8    PETITION OF TRITON ASSET          *
      LEASING GmbH, et al               *
 9                                      *
      Docket 10-CV-4536,                *
10    UNITED STATES OF AMERICA v.       *
      BP EXPLORATION & PRODUCTION,      *
11    INC., et al                       *
                                        *
12    * * * * * * * * * * * * * * * * *

13

14                   DAY 14, AFTERNOON SESSION
                     TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
16

17    Appearances:

18
      For the Plaintiffs:          Domengeaux Wright Roy
19                                   & Edwards, LLC
                                   BY:  JAMES P. ROY, ESQ.
20                                 556 Jefferson Street, Suite 500
                                   Post Office Box 3668
21                                 Lafayette, Louisiana 70502

22
      For the Plaintiffs:          Herman Herman & Katz, LLC
23                                 BY:  STEPHEN J. HERMAN, ESQ.
                                   820 O'Keefe Avenue
24                                 New Orleans, Louisiana 70113

25
```

```
                                                                4852

 1           Did you do any post-incident testing using actual
 2   cement -- cement blend from the rig?
 3   A.   I did not.
 4   Q.   Once you reported post-incident tests results to Mr. Faul,
 5   did you discard your handwritten notes because you were trying
 6   to conceal the results?
 7   A.   I was not.  No, I did not.
 8   Q.   In fact, since lab stock materials were used, could you
 9   perform those same tests again right here, assuming you had the
10   additives?
11   A.   Yes.
12   Q.   Now, I think you had -- I want to introduce you a little
13   bit better to the Court.  Could you tell the Court where you
14   live.
15   A.   I live in Fulshear, Texas.
16   Q.   Where is that?  What big city --
17   A.   It's about 20 miles west of Houston.
18   Q.   And by whom are you currently employed?
19   A.   I'm employed by Chevron.
20   Q.   What do you do for them?
21   A.   I'm a technical team leader over the cement and drilling
22   fluids labs.
23   Q.   Now, when did you take that job?
24   A.   August 27th, 2012.
25   Q.   So prior to that, who would have been your employer?
```