# Exhibit 26

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010

CIVIL ACTION NO. 10-MD-2179 "J"
NEW ORLEANS, LOUISIANA
Wednesday, March 20, 2013

THIS DOCUMENT RELATES TO:

CASE NO. 2:10-CV-02771, IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL

CASE NO. 2:10-CV-4536, UNITED STATES OF AMERICA V. BP EXPLORATION & PRODUCTION, INC., ET AL

*****************************************************************

DAY 15 - MORNING SESSION

TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

HEARD BEFORE THE HONORABLE CARL J. BARBIER

UNITED STATES DISTRICT JUDGE

August of 2012, did the materials stay where you placed it for storage?

A. Yes, yes.

Q. As far as you're aware, from the time you placed that blend sample on the warehouse shelf until the time that you left in August of 2012, was it ever accessed or tested by anyone?

A. Not that I'm aware.

MR. HILL: And, your Honor, unless your Honor has any further questions, I am willing to pass the witness.

THE COURT: I'll see if anyone else has any questions first. All right. Let's see, who is next, Transocean?

MR. LI: Yes, your Honor.

Your Honor, I promise to be brief. Mr. Roberts and I are in a competition to see who can do the shortest examination. He may have fewer questions, but I move faster.

THE COURT: He is going to be hard to beat.

MR. LI: It was pretty tough, he set a pretty good bar.

Mr. Quirk, I promise I will be quick.

CROSS-EXAMINATION

BY MR. LI:

Q. You testified yesterday, and I tried to write this down, that you generally would not, if designing a slurry from scratch, try to foam cement with a defoamer in it, correct?

A. That's correct.

Q. If I could have TREX 5219.1.1. And you testified yesterday,

Halliburton?
A. Yes.
Q. So that's November of 2010. Do you recall any time prior to November 2010 when lawyers were at your lab with respect to what samples were being held there?
A. Repeat -- you said -- repeat the question.
Q. I will. Happy to. And again, Mr. Quirk, any of my questions feel free to ask me to repeat them. I want to get this right.
I have here November of 2010. On that day when the federal government came to pick up the materials lawyers were there for Halliburton, correct?
A. Yes.
Q. And my question is: Was that the first time lawyers had been at your lab with respect to this subject; that is, what materials are we holding for the federal government?
A. I think so, but I am not certain.
Q. Can you give any sense of when the first time somebody other than you, could be lawyers and I'll expand it to anybody in Halliburton management, came to your lab to look at what was being held for this project? Do you have any sense in your mind of when that might have happened?
A. I just can't recall.
Q. Understood. And as a result, Mr. Quirk, the materials that the federal government picked up were these materials, the locker, right?

A. That's correct.

Q. You took them over to the locker, unlocked it, gave it to them, they signed off, right?

A. That's correct.

Q. These materials over here, they were never picked up while you worked at Halliburton, right?

A. That's correct.

Q. They were never tested -- I think you just testified to that, right, to your knowledge?

A. To my knowledge, right.

Q. They were never available to be tested by anyone to your knowledge, because nobody knew that they were there, right?

A. Well, I don't know if anybody knew they were there, I mean.

Q. And to be clear, you work at Chevron now, right?

A. Yes.

Q. You were in Houston last week and someone called you out of the blue and said, "Where is the bucket?" A shot in the dark, wasn't it?

A. No one called me and said, "Where is the bucket?"

Q. No one called you recently and said, "What happened to the Kodiak materials?" I may have misunderstood your testimony.

A. Maybe I wasn't clear. I don't recall anybody calling me and asking me where the bucket was.

Q. You've been very clear. It would be my mistake. So just to clarify, you don't recall anybody recently