UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CAMERON INTERNATIONAL CORPORATION'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO DISCOVERY

Plaintiff Cameron International Corporation ("Cameron") moves the Court for an additional two-week extension of time, until April 8, 2013, to respond to the First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents propounded by Liberty Insurance Underwriters, Inc. ("Liberty"), on the following grounds:

1.

On February 7, 2013, Liberty propounded on Cameron its First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents (collectively, "Discovery Requests"). Rec. d. 8843-1. Pursuant to Rules 33(b)(2), 34(b)(2)(A), and 36(a)(3) of the Federal Rules of Civil Procedure, Cameron's responses to the Discovery Requests were originally due on March 11, 2013.

2.

On March 7, 2013, with consent from counsel for Liberty, Cameron moved for a two-week extension of time, through March 25, 2013, to respond to Liberty's Discovery Requests. Rec. d. 8843.

1121496v1

3.

Cameron now requests an additional two-week extension of time to respond to Liberty's Discovery Requests. Cameron requires the additional time in order to fully and completely respond to the discovery. Counsel for Liberty has confirmed that Liberty has no objection and consents to this extension.

4.

Accordingly, Cameron requests that the Court grant its Motion for Additional Extension and extend the deadline for Cameron to respond to Liberty's Discovery Requests until April 8, 2013.

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
   pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
   cbertaut@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

*Attorneys for Cameron International Corporation*

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, NY  10019
(212) 728-8000
mauslander@willkie.com

1121496v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed Motion for Additional Extension of Time to Respond to Discovery has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of March, 2013.

/s/ Phillip A. Wittmann