UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | : | |
| the GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

**MOTION OF CAMERON INTERNATIONAL CORPORATION FOR
JUDGMENT ON PARTIAL FINDINGS THAT CAMERON
IS NOT LIABLE TO ANY CLAIMANT OR PLAINTIFF**

Pursuant to FED. R. CIV. P. 52(c), Cameron International Corp. ("Cameron") respectfully moves for judgment in this limitation proceeding denying all claims of all Plaintiffs and Claimants against Cameron.  Plaintiffs and Claimants have been "fully heard" on the issues underlying Cameron's alleged liability within the meaning of Rule 52(c).  Based on the absence of evidence essential to those claims, this Court should find against Plaintiffs and Claimants and enter judgment against Plaintiffs and Claimants under Rule 52(c) with respect to all claims asserted against Cameron.

In brief, this Court should find from the evidence adduced during Plaintiffs' case (a) that there was no defect in the pertinent Cameron product to support recovery in product liability; (b) that Cameron is not liable for negligence; and (c) that no affirmative

conduct or omission of Cameron was the proximate cause of either the well blowout or oil spill at issue in this proceeding. The grounds for Cameron's motion are explained in detail in the supporting brief filed herewith.

WHEREFORE, Cameron respectfully prays for entry of Final Judgment in its favor denying recovery against it in this limitation proceeding.

Respectfully submitted,

*/s/ David J. Beck*

| | |
|---|---|
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
| *dbeck@brsfirm.com* | *pwittmann@stonepigman.com* |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
| *jredden@brsfirm.com* | *cbertaut@stonepigman.com* |
| David W. Jones | Keith B. Hall, 24444 |
| *djones@brsfirm.com* | *khall@stonepigman.com* |
| Geoffrey Gannaway | Jared Davidson, 32419 |
| *ggannaway@brsfirm.com* | *jdavidson@stonepigman.com* |
| BECK REDDEN LLP | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana 70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

***Attorneys for Cameron International Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2013.

>   */s/ David J. Beck*
>   David J. Beck