UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | : | |
| the GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

**FINAL JUDGMENT AS TO PLAINTIFFS' AND CLAIMANTS' CLAIMS
AGAINST CAMERON INTERNATIONAL CORPORATION**

For the reasons stated in the Court's accompanying "Findings of Fact and Conclusions of Law Regarding Cameron International Corporation's Motion for Judgment of Partial Findings Denying Liability Claims Against Cameron," the Court is of the opinion that Defendant Cameron International Corporation ("Cameron") is entitled to judgment on all of Plaintiffs' and Claimants' claims against it.  Accordingly, the Court enters this Final Judgment pursuant to Federal Rule of Civil Procedure 58(a).

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that Defendant Cameron International Corporation is **NOT LIABLE** on any of Plaintiffs' and Claimants' claims against it.

383.00017/519155.v1

**SIGNED** this \_\_\_\_ day of _____, **2013**.


_____
**HON. CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**