UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig          * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf      * | |
| Of Mexico, on April 20, 2010            * | SECTION: J |
|                                                            * | |
| Applies to: *All Cases*.                   * | JUDGE BARBIER |
|                                                            * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * *     * | |

CAMERON INTERNATIONAL CORPORATION'S
TRIAL OBJECTIONS TO DEPOSITION DESIGNATIONS OF

# GARY KENNEY

**General Objections:**

In addition to its objections set forth in the deposition bundle of Gary Kenney, Cameron asserts these objections in connection with Transocean's submission of the deposition bundle of Gary Kenney during the Phase I Trial. Cameron objects to the witness's testimony as a whole on the grounds that any modeling performed by DNV and any conclusions or opinions reached by DNV are inadmissible by statute, (46 U.S.C. § 6308), and this Court's Orders *in Limine* excluding reference to such modeling, opinions, or conclusions drawn by DNV (Docket # 5448, 5572).

Cameron further objects to the admission of exhibits submitted with Mr. Kenney deposition bundle that are inadmissible by statute, (46 U.S.C. § 6308), and this Court's Orders *in Limine* excluding reference to such modeling, opinions, or conclusions drawn by DNV (Docket # 5448, 5572), including Exhibits 1164, 1165, 3124.

Cameron makes the following page/line objections to Mr. Kenney's testimony on the grounds that any modeling performed by DNV and any conclusions or opinions reached by DNV are inadmissible by statute, (46 U.S.C. § 6308), and this Court's Orders *in Limine* excluding reference to such modeling, opinions, or conclusions drawn by DNV (Docket # 5448, 5572):

| From | | To | | Objection |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 13 | 5 | 13 | 16 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |

| From | | To | | Objection |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 15 | 20 | 16 | 12 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 77 | 25 | 78 | 10 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 80 | 12 | 84 | 8 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 105 | 3 | 112 | 2 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 136 | 22 | 137 | 7 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 141 | 9 | 141 | 12 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 151 | 4 | 151 | 18 | DNV's opinions and conclusions (as opposed to factual observations) and |

| From | | To | | Objection |
| --- | --- | --- | --- | --- |
| Page | Line | Page | Line | |
| | | | | the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 153 | 9 | 154 | 20 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 157 | 17 | 157 | 25 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 158 | 7 | 160 | 6 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 161 | 8 | 161 | 16 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 163 | 8 | 163 | 21 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 164 | 18 | 166 | 13 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions |

| From | | To | | Objection |
| --- | --- | --- | --- | --- |
| Page | Line | Page | Line | |
| | | | | and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 179 | 2 | 179 | 12 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 201 | 22 | 212 | 14 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 215 | 25 | 220 | 14 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |