UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J(2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **12-2857, Bricor, LLC v. BP** | * | **MAG. JUDGE WILKINSON** |
| **Exploration & Production, Inc.** | * | |

## ORDER

In light of the fact that the parties to this matter recently consented to proceed before Magistrate Wilkinson pursuant to 28 U.S.C. § 636(c) (Rec. Doc. 8973),

**IT IS ORDERED** that Case No. 12-2857 is hereby **SEVERED** and **DECONSOLIDATED** from Multidistrict Litigation 2179.

Signed in New Orleans, Louisiana this 26th day of March, 2013.

_____
United States District Judge