Minute Entry
Barbier, J.
March 26, 2013
JS 10:  8 hr. 3 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL BY THE OIL RIG                    MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                    SECTION J (1)

                                                JUDGE BARBIER
                                                MAG. JUDGE SHUSHAN
-----------------------------------------------------------------------------------------------------------
IN RE: THE COMPLAINT AND PETITION              C.A. 10-2771   J (1)
OF TRITON ASSET LEASING GmbH, ET AL
-----------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA                       C.A. 10-4536    J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                                  COURT REPORTER:
STEPHANIE KALL                                 CATHY PEPPER (AM)
                                               TONI TUSA (PM)


NON-JURY TRIAL
(Day eighteen)

TUESDAY, MARCH 26, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

BP offers list of exhibits/demonstratives regarding exam of David Young: ORDERED
admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of David Young:
ORDERED admitted. (see attached)

ORDERED that Transocean's Motion [9002] to add additional deposition excerpts to
deposition bundle of David McKay is DENIED.

ORDERED that Halliburton's witness Dr. Ravi will only be allowed to testify if there is testimony from Mr. Crook. Halliburton is allowed to hold open their case for this limited purpose, should BP call Mr. Crook.

Witness: Bill Ambrose; sworn and testified.

Transocean's proffer regarding exam of Bill Ambrose orally stated on the record.

Transocean offers lists of exhibits/demonstratives regarding exams of Greg Childs and David Young: ORDERED admitted. (see attached)

PSC unconditionally offer depositions bundles of Leo Linder, Paul Meinhart, Robert Neal, Murry Sepulvado, Daun Winslow, and Larry McMahan.

ORDERED that deposition bundles of Leo Linder, Paul Meinhart, Robert Neal, and Murry Sepulvado are admitted. Rulings on deposition bundles of Daun Winslow and Larry McMahan are reserved.

Transocean offers flash drive of deposition excerpts played in Court on 3/25/13 as to Michael K. Williams, Paul Meinhart, Jeff Wolfe, Michael Odom, and Robert Neal: ORDERED admitted.

There will not be an exhibit marshaling conference this week.

Witnesses: Paul Johnson; by video deposition. Transcript of deposition excerpt
          accepted and filed into the record
          David McKay; by video deposition. Transcript of deposition excerpt
          accepted and filed into the record

Court recesses at 6:04 p.m.

Court will resume on Wednesday, March 27, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Phil Wittman