# BP - Exhibits for YOUNG

BP offers the following documents it used during its examination of Mr. David Young into evidence:

admitted 3-26-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4594 | Transocean Employees Org Chart |
| D-4638 | Rig Schematic - Drill Floor Plan |
| D-4639 | Rig Schematic - Main Deck |
| D-4640 | Rig Schematic - Second Deck |
| D-6588 | DWH Station Bill |
| D-6588.1.1.BP | Callout of D-6588 |
| TREX-003749 | Transocean Deepwater Horizon Bridge Procedures Guide |
| TREX-003749.51.1.BP | Callout of TREX-003749 |
| TREX-003749.51.2.BP | Callout of TREX-003749 |
| TREX-003749.59 | Page of TREX-003749 |
| TREX-003749.59.1.BP | Callout of TREX-003749 |
| TREX-003749.59.2.BP | Callout of TREX-003749 |
| TREX-004248 | Macondo Well Incident, Transocean Investigation Report, Vol. 1 |
| TREX-004248.95 | Page of TREX-004248 |
| TREX-004248.95.1.BP | BP Callout of TREX-004248 |
| TREX-004472 | Interviewing Form - Andrea Fleytas - June 24, 2010 |
| TREX-004472.5.6.BP | Callout of TREX-004472 |
| TREX-004472.6.1.BP | Callout of TREX-004472 |
| TREX-004647 | Transocean - Deepwater Horizon Emergency Response Manual - Emergency Disconnect Procedure - Emergency Disconnect Activation |
| TREX-004647.1.1.BP | Callout of TREX-004647 |
| TREX-004803 | Interview Form - Allen Seraile - June 3, 2010 |
| TREX-004803.3.1.BP | Callout of TREX-004803 |
| TREX-004942 | Transocean - Health and Safety Policies and Procedures Manual - December 15, 2009 |
| TREX-004942.85 | Page of TREX-004942 |
| TREX-004942.85.1.BP | Callout of TREX-004942 |
| TREX-005033 | 8/22/2009 Email from DWH, DPOperator - DWH, Captain re DWH PIC Letter (w/ attachment) |
| TREX-005033.2.1.BP | Callout of TREX-005033 |
| TREX-005296 | Interviewing Form - David Young - June 1, 2010 |
| TREX-005296.1 | Page of TREX-005296 |

*BP re David Young                admitted 3-26-2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-005296.3 | Page of TREX-005296 |
| TREX-005296.3.1.BP | Callout of TREX-005296 |
| TREX-005296.3.2.BP | Callout of TREX-005296 |
| TREX-005299 | Transocean's Deepwater Horizon Organization Chart |
| TREX-005629 | Interviewing Form - Chris Pleasant - May 20, 2010 |
| TREX-005629.4.1.BP | Callout of TREX-005629 |
| TREX-050306 | Transocean Investigation Team - David Young Interview Materials - June 1, 2010 |
| TREX-050306.17 | Page of TREX-050306 |
| TREX-050306.18 | Page of TREX-050306 |

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO DAVID YOUNG ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 25, 2013 cross-examination of David Young into evidence:

*admitted 3-26-2013 SK*

TREX-5345
D-6709

TREX-5345.1.HESI
D-6709.1.HESI

# TRANSOCEAN'S LIST OF EXHIBITS FOR THE
# EXAMINATION OF ERIC GREGORY CHILDS (3/20/2013)

Transocean offers the following documents it used during its March 20, 2013 direct-examination of Mr. Eric Gregory Childs into evidence:

**Trial Exhibits:**

*admitted 3-26-2013 SK*

- TREX 1.148.1.TO (Callout)
- TREX 1.165.1.TO (Callout)
- TREX 1469 (Exhibit)
- TREX 1469.4.1.TO (Callout)
- TREX 1469.4.2.TO (Callout)
- TREX 1469.7.1.TO (Callout)
- TREX 1469.7.2.TO (Callout)
- TREX 1469.7.3.TO (Callout)
- TREX 1469.8.1.TO (Callout)
- TREX 3298 (Exhibit)
- TREX 3298.60.1.TO (Callout)
- TREX 3298.61.2.TO (Callout)
- TREX 3299 (Exhibit)
- TREX 3338.1.1.TO (Callout)
- TREX 3338.1.2.TO (Callout)
- TREX 3605.2.1.TO (Callout)
- TREX 3605.2.2.TO (Callout)
- TREX 3605.2.3.TO (Callout)
- TREX 3797 (Exhibit – Previously Admitted)
- TREX 3797.2.1.TO (Callout)
- TREX 3797.3.1.TO (Callout)
- TREX 4617.66.1.TO (Callout)
- TREX 4823 (Exhibit)
- TREX 4823.5.1.TO (Callout)
- TREX 5165 (Exhibit – Previously Admitted)
- TREX 7030 (Exhibit)
- TREX 7030.4.1.TO (Callout – Previously Admitted)
- TREX 7030.4.2.TO (Callout)
- TREX 7670 (Exhibit)
- TREX 7670.1.1.TO (Callout)
- TREX 7670.2.1.TO (Callout)
- TREX 7687 (Exhibit)
- TREX 7687.25.1.TO (Callout)
- TREX 7688 (Exhibit)
- TREX 7691 (Exhibit)
- TREX 7691.10.1.TO (Callout)
- TREX 7691.10.2.TO (Callout)

1

Transocean re Gregory Childs

admitted 3-26-2013 SK

- TREX 22342.388.1.TO (Callout)
- TREX 22342.388.2.TO (Callout)
- TREX 22342.389.1.TO (Callout)
- TREX 22729.15.1.TO (Callout)
- TREX 33273 (Exhibit)
- TREX 36711 (Exhibit)
- TREX 43093.45.1.TO (Callout)
- TREX 50377 (Exhibit – Redacted)
- TREX 51245 (Exhibit)
- TREX 51245.199.1.TO (Callout)
- TREX 51245.199.2.TO (Callout)
- TREX 51245.216.1.TO (Callout)
- TREX 51245.225.1.TO (Callout)
- TREX 52662A (Exhibit)
- TREX 52662A.1.1.TO (Callout)
- TREX 52662A.3.1.TO (Callout)
- TREX 52662A.9.1.TO (Callout)
- TREX 52662A.10.1.TO (Callout)
- TREX 52664.1.1.TO (Callout)
- TREX 52664.2.1.TO (Callout)
- TREX 52665 (Exhibit)

**Demonstratives:**
- D-6234
- D-6241
- D-6573 (Previously Admitted)
- D-6635
- D-6636 (Previously Admitted)
- D-6637B
- D-6659 (Previously Admitted)
- D-6661 (Previously Admitted)
- D-6667
- D-6668
- D-6669
- D-6670
- D-6671
- D-6672
- D-6673
- D-6674
- D-6675
- D-6676
- D-6678
- D-6679
- D-6681

2

Transocean re Gregory Childs

admitted 3-26-2013
SK

- D-6682A
- D-6683
- D-6684
- D-6685
- D-6686
- D-6687
- D-6688
- D-6689
- D-6690
- D-6692
- D-6696
- D-6697
- D-6698
- D-6700
- D-6701
- D-6703
- D-6704
- D-6716

3

# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF DAVID YOUNG (3/25/2013)

Transocean offers the following documents it used during its March 25, 2013 direct-examination of Mr. David Young into evidence:

*admitted 3-26-2013 SK*

**Trial Exhibits:**
- TREX 88
- TREX 88.91.1 TO (Callout)
- TREX 88.93.1 TO (Callout)
- TREX 664
- TREX 664.7.1 TO (Callout)
- TREX 664.9.1 TO (Callout)
- TREX 671
- TREX 671.47.1 TO (Callout)
- TREX 1118
- TREX 1118.1.1 TO (Callout)
- TREX 1118.13.1 TO (Callout)
- TREX 1118.13.2 TO (Callout)
- TREX 1119
- TREX 1119.1.1 TO (Callout)
- TREX 1119.2.1 TO (Callout)
- TREX 1449
- TREX 1449.235.1 TO (Callout)
- TREX 1832
- TREX 1832.1.1 TO (Callout)
- TREX 1832.8.1 TO (Callout)
- TREX 1832.9.1 TO (Callout)
- TREX 1832.10.1 TO (Callout)
- TREX 1832.11.1 TO (Callout)
- TREX 1832.13.1 TO (Callout)
- TREX 1832.14.1 TO (Callout)
- TREX 1832.15.1 TO (Callout)
- TREX 4140
- TREX 4140.1.1 TO (Callout)
- TREX 4140.2.1 TO (Callout)
- TREX 4459
- TREX 4459.4.1 TO (Callout)
- TREX 4459.6.1 TO (Callout)
- TREX 4459.31.1 TO (Callout)
- TREX 4644
- TREX 4644.76.1 TO (Callout)
- TREX 4644.78.1 TO (Callout)
- TREX 4644.78.2 TO (Callout)

*Transocean re David Young*

- TREX 4644.264.1 TO (Callout)
- TREX 4644.277.1 TO (Callout)
- TREX 5340
- TREX 5340.1.1 TO (Callout)
- TREX 22700.12.1 TO (Callout)
- TREX 50335
- TREX 50335.3.1 TO (Callout)
- TREX 50335.7.1 TO (Callout)

*Admitted 3-26-2013 SK*

**Demonstratives:**
- D6588
- D6588.1.1
- D6588.1.2
- D6588.1.3
- D6588.1.4
- D6588.1.5
- D6588.1.6
- D6604
- D6709
- D6710
- D6712
- D6713
- D6714
- D6715
- D6721
- D6722
- D6723
- D6724
- D6725

2