IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[**Adopting Joint Recommendations from Class Counsel and BP Regarding Administrative Changes to the Gulf Region Health Outreach Program**]

IT IS ORDERED that:

The Alliance Institute, a grantee of the Primary Healthcare Capacity Project, will provide community-based support and input to all of the Gulf Region Health Outreach Program Projects. The Alliance Institute will report to the Claims Administrator and the Gulf Region Health

Outreach Program Coordinating Committee, instead of to the Louisiana Public Health Institute. The Claims Administrator will be responsible for approving and issuing all payments to the Alliance Institute.

    IT IS FURTHER ORDERED that the compensation for independent Gulf Region Health Outreach Program Coordinating Committee members Drs. Ayanna Buckner and Lester Bietsch be increased to $25,000 annually.

    New Orleans, Louisiana this 26th day of March, 2013.

                                                CARL J. BARBIER
                                              UNITED STATES DISTRICT JUDGE