IN RE: FLSA CLAIMS AGAINST:  ]   COLLECTIVE ACTION
                             ]
O'BRIENS, ET AL.,            ]
                             ]   **NOTICE OF CONSENT**
                             ]

I consent to be a party plaintiff in an action to collect unpaid wages.

_____
Signature

_Stephen Gregory Kastensmidt_
Full Legal Name (print)

**Exhibit 1**