UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig           * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf   * | |
| Of Mexico, on April 20, 2010         * | SECTION: J |
| * | |
| Applies to: *All Cases.*                    * | JUDGE BARBIER |
| * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * *   * | |

CAMERON INTERNATIONAL CORPORATION'S
TRIAL OBJECTIONS TO DEPOSITION DESIGNATIONS OF

# GARY KENNEY

**General Objections:**

In addition to its objections set forth in the deposition bundle of Gary Kenney, Cameron asserts these objections in connection with Transocean's submission of the deposition bundle of Gary Kenney during the Phase I Trial. Cameron objects to the witness's testimony as a whole on the grounds that any modeling performed by DNV and any conclusions or opinions reached by DNV are inadmissible by statute, (46 U.S.C. § 6308), and this Court's Orders *in Limine* excluding reference to such modeling, opinions, or conclusions drawn by DNV (Docket # 5448, 5572).

Cameron further objects to the admission of exhibits submitted with Mr. Kenney deposition bundle that are inadmissible by statute, (46 U.S.C. § 6308), and this Court's Orders *in Limine* excluding reference to such modeling, opinions, or conclusions drawn by DNV (Docket # 5448, 5572), including Exhibits 1164, 1165, 3124.

Cameron makes the following page/line objections to Mr. Kenney's testimony on the grounds that any modeling performed by DNV and any conclusions or opinions reached by DNV are inadmissible by statute, (46 U.S.C. § 6308), and this Court's Orders *in Limine* excluding reference to such modeling, opinions, or conclusions drawn by DNV (Docket # 5448, 5572):

| From | | To | | Objection |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 13 | 5 | 13 | 16 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |

| From | | To | | Objection |
| --- | --- | --- | --- | --- |
| Page | Line | Page | Line | |
| 15 | 20 | 16 | 12 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 77 | 25 | 78 | 10 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 80 | 12 | 84 | 8 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 105 | 3 | 112 | 2 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 136 | 22 | 137 | 7 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 141 | 9 | 141 | 12 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 151 | 4 | 151 | 18 | DNV's opinions and conclusions (as opposed to factual observations) and |

| From | | To | | Objection |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| | | | | the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 153 | 9 | 154 | 20 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 157 | 17 | 157 | 25 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 158 | 7 | 160 | 6 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 161 | 8 | 161 | 16 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 163 | 8 | 163 | 21 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 164 | 18 | 166 | 13 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions |

| From | | To | | Objection |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| | | | | and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 179 | 2 | 179 | 12 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 201 | 22 | 212 | 14 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |
| 215 | 25 | 220 | 14 | DNV's opinions and conclusions (as opposed to factual observations) and the Final Report and Addendum to the Final Report setting forth such opinions and conclusions are inadmissible by statute, 46 U.S.C. § 6308, and *limine* orders, Docket # 5448, 5572. |

DATE:  March 27, 2013

Respectfully submitted,
*/s/ David J. Beck*
David J. Beck, T.A.
    dbeck@beckredden.com
Joe W. Redden, Jr.
    jredden@beckredden.com
David W. Jones
    djones@beckredden.com
Geoffrey Gannaway
    ggannaway@beckredden.com

BECK REDDEN, LLP
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Jared A. Davidson, 32419
    jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron International Corporation's Trial Objections to Deposition Designations of Gary Kenney, have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2013.

*/s/ David J. Beck*
David J. Beck