# EXHIBIT A

## Cement Lab Weigh-Up Sheet, Mar 7, 2010 - Req/Slurry: US-68156/1

*00140934*

| Request Id | 68156 | Rig | TRANSOCEAN HORIZON | Engineer | Jesse Gagliano |
|---|---|---|---|---|---|
| Slurry No. | 1 | Customer | BP | Request Type | Operation |
| Job | Production Casing | Well | Mississippi Canyon 252 | Request Date | 04.03.2010 |
| Pipe Size | 9.625 | Location | Mississippi Cny | Required By | 06.03.2010 |
| Hole Size | 12.25 | Slurry Type | Lead | TradeMark | |
| Plant Name | Fourchon-C-Port I, La, | | | Slurry Name | |

### Test Conditions

| BHST | 128 °C / 262 °F | Batch Mix | 0 min | MD | 5989 m / 19650 | Pressure | 1099 bar / 15945 psi |
|---|---|---|---|---|---|---|---|
| BHCT | 106 °C / 223 °F | Heating time | 89 min | TVD | 5989 m / 19650 | Mud Density | 1.75 SG / 14.6 PPG |

### Slurry Details

| Density | 2.006 S.G. | Water Req. | 42.94 L/100kg | Yield | 90.95 L/100kg | Total liquid | 44.72 L/100kg |
|---|---|---|---|---|---|---|---|
| | 16.741 PPG | | 4.84 gal/sack | | 1.37 ft³/sack | | 5.04 gal/sack |
| Pychnometer | 35.000 % | Chloride conc. | 999 PPM | Blend Weight | 907.27 g | Sack Weight | 94.00 lbs |

### Materials

| Concentration | Lab | Material | Test Amount | Source | Lot No. | Date | Sample Id |
|---|---|---|---|---|---|---|---|
| 100.00 % BWOC | (US-LFT) | Lafarge Class H | 659.74 g | TRANSOCEAN | LOCATION | 23.02.10 | 63981 |
| 0.070 % BWOC | (US-LFT) | EZ-FLO | 0.46 g | TRANSOCEAN | BLENDED | 23.02.10 | 63981 |
| 0.250 % BWOC | (US-LFT) | D-Air 3000 | 1.65 g | TRANSOCEAN | BLENDED | 23.02.10 | 63981 |
| 1.880 lb/sk | (US-LFT) | KCl (Potassium Chloride) | 13.19 g | TRANSOCEAN | BLENDED | 23.02.10 | 63981 |
| 20.000 % BWOC | (US-LFT) | SSA-1 (Silica Flour) - PB | 131.95 g | TRANSOCEAN | BLENDED | 23.02.10 | 63981 |
| 15.000 % BWOC | (US-LFT) | SSA-2 (100 Mesh) - PB | 98.96 g | TRANSOCEAN | BLENDED | 23.02.10 | 63981 |
| 0.200 % BWOC | (US-LFT) | SA-541 | 1.32 g | TRANSOCEAN | BLENDED | 23.02.10 | 63981 |
| 0.110 gps | (US-LFT) | Foamer 760 | 6.70 g | | | 15.02.10 | 63241 |
| 0.200 gps | (US-LFT) | SCR-100L | 13.59 g | | 2117 | 18.01.09 | 37271 |
| 4.84 gps | (US-LFT) | Field (Fresh) Water | 282.74 g | TRANSOCEAN | | 11.02.10 | 63002 |

### Foam Details

| Final Foam Density | 1.737 S.G. | Calc. Downstream Density | 1.996 S.G. | Blender volume | 1170 ml | Quality | 12.96 % |
|---|---|---|---|---|---|---|---|
| | 14.496 PPG | | 16.657 PPG | | | | |
| Base Slurry Weight | 2021.04 g | Base Slurry Total Weight | 2032.29 g | | | | |

### Foam Mixing

| Lab | Material | Unfoamed Slurry Prep. | Unfoamed Slurry |
|---|---|---|---|
| (US-LFT) | Lafarge Class H | 1218.58 g | |
| (US-LFT) | EZ-FLO | 0.85 g | |
| (US-LFT) | D-Air 3000 | 3.05 g | |
| (US-LFT) | KCl (Potassium Chloride) Salt | 24.37 g | 1675.8 |
| (US-LFT) | SSA-1 (Silica Flour) - PB | 243.72 g | |
| (US-LFT) | SSA-2 (100 Mesh) - PB | 182.79 g | |
| (US-LFT) | SA-541 | 2.44 g | |
| (US-LFT) | Foamer 760 | | 11.25 g |
| (US-LFT) | SCR-100L | 25.10 g | |
| (US-LFT) | Field (Fresh) Water | 522.25 g | |

5595
Exhibit No. ____
WORLDWIDE COURT
Reporters, Inc.

### Test Results

| Mixability (0 - 5) - 0 is not mixable | Mud Balance Density | |
|---|---|---|
| Mixability rating (0 - 5) | Density (SG) | Density (ppg) |
| 5 | | 16.6 |

Margin notes (left): 9:00pm / Repeat / New / Cup / #4 / Settling / See note

Margin notes (right, top): 7:30pm 3/9 / New Cup 3/9 9AM / Cond is 10min behind / 8:45pm 3/9 CK / Cond on HpHt #4 / 7:30 on 3/9 CK Htest #4 / Slurry is settling out of Blender, may check stability 1st / Need to Condition

### Foam Mix and Stability (Foamed to 14.5 ppg Condition for 2 hours before pouring)

| Sink [mm] | Time to Foam | Average Mix | Foam Density [SG] | SG top | SG bot. | Conditioning time |
|---|---|---|---|---|---|---|
| | 3 SEC | | 14.5 | 1.980 | 2.046 | |

### Thickening Time (REPEAT TT with given additives, SCR-100L Lot #2117, at 223 deg F)

| Temp (°F) | Pressure | Batch Mix | Reached | Start BC | 30 Bc | 40 Bc | 50 Bc | 70 Bc | 100 Bc | Terminatio | Terminatio |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 223 | 15945 | | 89 | 9 | | | OK dly free | | | 4:46 | 26 |

### Thickening Time (TT with given additives, SCR-100L Lot #2117, at 223 deg F)

| Temp (°F) | Pressure | Batch Mix | Reached | Start BC | 30 Bc | 40 Bc | 50 Bc | 70 Bc | 100 Bc | Terminatio | Terminatio |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 223 | 15945 | | 89 | 5 | Soft Ball | | | | | | |

### UCA Comp. Strength (UCA for 12, 24, & 48 Hrs, Circulate before pouring C.S. for 3 Hrs) at 262 deg F

| End Temp | Pressure | 50 psi | 500 psi | 8 hr CS | 12 hr CS | 16 hr CS | 24 hr CS | 48 hr CS | End CS | End Time | Crush CS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 262 | 15945 | 3:46 | 4:02 | | 1465 | | 1523 | 1861 | | | |

### Crush Compressive Strength (12, 24, 48, & 96 Hrs Crush, Foamed to 14.5 ppg) at 262 deg F

| Conditioni | Curing | Curing | Time 1 | Strength 1 | Time 2 | Strength 2 | Time 3 | Strength 3 | Time 4 | Strength 4 | Foam |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 262 | 12 | 0 | 24 | 0 | 48 | Firm | 96 | 2106 | |

### Non API Rheology at 190 deg F

| Test temp | 600 | 300 | 200 | 100 | 60 | 30 | 20 | 10 | 6 | 3 | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | — | 60 | — | 20 | — | — | — | — | — | — | |
| | 200 | 122 | 88 | 54 | 42 | 30 | 24 | 22 | 20 | 18 | |

### Non API Rheology at 130 deg F

| Test temp | 600 | 300 | 200 | 100 | 60 | 30 | 20 | 10 | 6 | 3 | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 45 | 35 | 20 | 12 | 8 | 5 | 4 | 3 | 2 | 2 | |
| | 70 | 62 | 40 | 24 | 16 | 10 | 8 | 6 | 4 | 4 | TR |

### Non API Rheology at 80 deg F

| Test temp | 600 | 300 | 200 | 100 | 60 | 30 | 20 | 10 | 6 | 3 | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 66 | 30 | 21 | 11 | 7 | 5 | 4 | 3 | 2 | — | |
| | 132 | 60 | 42 | 22 | 14 | 10 | 8 | 6 | 4 | 2 | OR |

### FYSA Viscosity Profile & Gel Strength at 80 deg F

| Test | 600 | 300 | 200 | 100 | 60 | 30 | 6 | 3 | 3D - 3 | 6D - 6 | Conditi | Gel 10 | Gel 30 | K1 | K2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 22 | 9 | 5 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |

### Request/Project Comments
Use location Blend and Rig water in lab
Use SCR-100L LOT#:2117

### Required Tests

| Test Id | Test Type | Test Temp (F) | Conditions / Req. Properties |
|---|---|---|---|
| 750846 | Thickening Time | 223 | TT with given additives, SCR-100L Lot #2117 |
| 754442 | Thickening Time | 223 | REPEAT TT with given additives, SCR-100L Lot #2117 |
| 750847 | UCA Comp. Strength | 262 | UCA for 12, 24, & 48 Hrs, Circulate before pouring C.S. for 3 Hrs |
| 750848 | Crush Compressive Strength | 262 | 12, 24, 48, & 96 Hrs Crush, Foamed to 14.5 ppg |
| 750850 | Mixability (0 - 5) - 0 is not mixable | | |
| 750852 | Foam Mix and Stability | | Foamed to 14.5 ppg Condition for 2 hours before pouring |
| 750853 | FYSA Viscosity Profile & Gel Strength | 80 | |
| 750854 | Non API Rheology | 80 | |
| 750855 | Non API Rheology | 130 | |
| 750856 | Non API Rheology | 190 | |
| 750857 | Mud Balance Density | | |

### Slurry Specific Comments
Use location Blend and Rig water in lab
Use SCR-100L LOT#:2117

Halliburton Lab Scanner

# AN SAMPLES (Scan Weigh-up sheet to finish)

| | | | | | | |
|---|---|---|---|---|---|---|
| Entry Id | 00140934 | Rig | TRANSOCEAN | Out of Stock | Engineer | Jesse Gagliano |
| Request Id | 68156 | Customer | BP | Stock Count | Request Type | Operation |
| Req No | 1 | Well | Mississippi Canyon 252 | | Request Date | 04.03.2010 |
| | | Field | | | Required By | 06.03.2010 |
| Size (in) | 9.625 | Slurry Type | Lead | | Trademark | |
| Size (in) | 12.25 | | | | Slurry Name | |
| Production Casing | | | | | | |

| Concentration | | Lab | Material | Test Amount | Actual Amount | Source | Lot No | Date | Sample Id |
|---|---|---|---|---|---|---|---|---|---|
| 100 % BWOC | | [US-LFT] | Lafarge Class H | 907.27 g | 907.27 g | TRANSOCEAN LOCATION | | 23. FEB 2010 | 000063981 |
| % BWOC | | [US-LFT] | EZ-FLO | | | TRANSOCEAN BLENDED | | 23. FEB 2010 | 000063981 |
| % BWOC | | [US-LFT] | D-Air 3000 | | | TRANSOCEAN BLENDED | | 23. FEB 2010 | 000063981 |
| lb/sk | | [US-LFT] | KCl (Potassium Chloride) Salt | | | TRANSOCEAN BLENDED | | 23. FEB 2010 | 000063981 |
| % BWOC | | [US-LFT] | SSA-1 (Silica Flour) - PB | | | TRANSOCEAN BLENDED | | 23. FEB 2010 | 000063981 |
| % BWOC | | [US-LFT] | SSA-2 (100 Mesh) - PB | | | TRANSOCEAN BLENDED | | 23. FEB 2010 | 000063981 |
| % BWOC | | [US-LFT] | SA-541 | 6.70 g | 6.72 g | TRANSOCEAN BLENDED | | 15. FEB 2010 | 000063241 |
| gps | | [US-LFT] | Foamer 760 | 13.59 g | 13.60 g | | 2117 | 18. JAN 2009 | 000037271 |
| gps | | [US-LFT] | SCR-100L | | | | | 23. FEB 2010 | 000063981 |
| gps | | [US-LFT] | Field (Fresh) Water | 282.74 g | 282.73 g | TRANSOCEAN | | 11. FEB 2010 | 000063002 |

TTT REPEAT JPS NEW CUP

Database Connected    Barcode Open    Scale Open

it program    About    PC ID   ENAUS00038575    Scale Id   100000000054    Manual Barcode Entry

# FOAMED STAB. AND CS - FYSA - CPS

Hole Size (in) 12.25

### Slurry Name

| Concentration | Lab | Material | Test Amount | Actual Amount | Slurry Type | Lead | Trademark | Source | Lot No | Date | Sample Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100.00 % BWOC | (US-LFT) | Lafarge Class H | 907.27 g | 1675.81 g | | | | TRANSOCEAN | LOCATION | 23. FEB 2010 | 0000063981 |
| 0.07 % BWOC | (US-LFT) | EZ-FLO | | | | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 0.25 % BWOC | (US-LFT) | D-Air 3000 | | | | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 1.88 lb/sk | (US-LFT) | KCl (Potassium Chloride) Salt | | | | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 20.00 % BWOC | (US-LFT) | SSA-1 (Silica Flour) - PB | | | | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 15.00 % BWOC | (US-LFT) | SSA-2 (100 Mesh) - PB | | | | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 0.20 % BWOC | (US-LFT) | SA-541 | | | | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 0.11 gps | (US-LFT) | Foamer 760 | 6.70 g | 11.26 g | | | | | | | |
| 0.20 gps | (US-LFT) | SCR-100L | 13.59 g | 25.09 g | | | | TRANSOCEAN | 2117 | 15. FEB 2010 | 0000063241 |
| | | | | | | | | | | 18. JAN 2009 | 0000037271 |
| 4.84 gps | (US-LFT) | Field (Fresh) Water | 282.74 g | 522.23 g | | | | TRANSOCEAN | | 11. FEB 2010 | 0000063002 |

68156

## SCAN SAMPLES (Scan Weigh-up sheet to finish)

| Slurry Id | 00140934 | | Restart Weigh-up | | | | Barcode Open | Scale Open |
|---|---|---|---|---|---|---|---|---|
| Request Id | 68156 | | Rig | TRANSOCEAN | Stock Count | Engineer | Jesse Gagliano | |
| Slurry No | 1 | | Customer | BP | Out of Stock | Request Type | Operation | |
| Job | Production Casing | | Well | Mississippi Canyon 252 | | Request Date | 04.03.2010 | |
| Pipe Size (in) | 9.625 | | Field | | | Required By | 06.03.2010 | |
| Hole Size (in) | 12.25 | | Slurry Type | Lead | | Trademark | | |
| | | | | | | Slurry Name | | |

| Concentration | Lab | Material | Test Amount | Actual Amount | Source | Lot No | Date | Sample Id |
|---|---|---|---|---|---|---|---|---|
| 100.00 % BWOC | (US-LFT) | Lafarge Class H | 907.27 g | 907.29 g | TRANSOCEAN F | LOCATION | 23. FEB 2010 | 0000063981 |
| 0.07 % BWOC | (US-LFT) | EZ-FLO | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 0000063981 |
| 0.25 % BWOC | (US-LFT) | D-Air 3000 | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 0000063981 |
| 1.88 lb/sk | (US-LFT) | KCl (Potassium Chloride) Salt | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 0000063981 |
| 20.00 % BWOC | (US-LFT) | SSA-1 (Silica Flour) - PB | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 0000063981 |
| 15.00 % BWOC | (US-LFT) | SSA-2 (100 Mesh) - PB | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 0000063981 |
| 0.20 % BWOC | (US-LFT) | SA-541 | 6.70 g | 6.71 g | TRANSOCEAN F | | 15. FEB 2010 | 0000063241 |
| 0.11 gps | (US-LFT) | Foamer 760 | 13.59 g | 13.60 g | | 2117 | 18. JAN 2009 | 0000037727 |
| 0.20 gps | (US-LFT) | SCR-100L | | | | | | |
| 4.84 gps | (US-LFT) | Field (Fresh) Water | 282.74 g | 282.75 g | TRANSOCEAN F | | 11. FEB 2010 | 0000063002 |

RPMS 80 AND 130 - CPS

| Exit program | About | PC ID | ENAUS00038575 | Scale Id | 100000000054 | Manual Barcode Entry | |

## SCAN SAMPLES (Scan Weigh-up sheet to finish)

| | |
|---|---|
| Slurry Id | 00140934 |
| Request Id | 68156 |
| Slurry No | 1 |
| Job | Production Casing |
| Pipe Size (in) | 9.625 |
| Hole Size (in) | 12.25 |

Restart Weigh-up | Out of Stock | Stock Count | Database Connected | Barcode Open | Scale Open

| | |
|---|---|
| Rig | TRANSOCEAN |
| Customer | BP |
| Well | Mississippi Canyon 252 |
| Field | |
| Slurry Type | Lead |
| Engineer | Jesse Gagliano |
| Request Type | Operation |
| Request Date | 04.03.2010 |
| Required By | 06.03.2010 |
| Trademark | |
| Slurry Name | |

| Concentration | Lab | Material | Test Amount | Actual Amount | Source | Lot No | Date | Sample Id |
|---|---|---|---|---|---|---|---|---|
| 100.00 % BWOC | (US-LFT) | Lafarge Class H | 907.27 g | 907.26 g | TRANSOCEAN | LOCATION | 23. FEB 2010 | 0000063981 |
| 0.07 % BWOC | (US-LFT) | EZ-FLO | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 0.25 % BWOC | (US-LFT) | D-Air 3000 | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 1.88 lb/sk | (US-LFT) | KCl (Potassium Chloride) Salt | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 20.00 % BWOC | (US-LFT) | SSA-1 (Silica Flour) - PB | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 15.00 % BWOC | (US-LFT) | SSA-2 (100 Mesh) - PB | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 0000063981 |
| 0.20 % BWOC | (US-LFT) | SA-541 | 6.70 g | 6.71 g | TRANSOCEAN | | 15. FEB 2010 | 0000063241 |
| 0.11 gps | (US-LFT) | Foamer 760 | 13.59 g | 13.60 g | TRANSOCEAN | 2117 | 18. JAN 2009 | 0000037271 |
| 0.20 gps | (US-LFT) | SCR-100L | | | | | | |
| 4.84 gps | (US-LFT) | Field (Fresh) Water | 282.74 g | 282.73 g | TRANSOCEAN | | 11. FEB 2010 | 0000053002 |

CS – CONDITION FOR 3 HRS – CPS

*Also Run RPM's @ 190°*

| | | | |
|---|---|---|---|
| Exit program | About | PC ID | ENAUS00038575 |

Scale Id | 100000000054 | Manual Barcode Entry

# Halliburton Lab Scanner

## SCAN SAMPLES (Scan Weigh-up sheet to finish)

| | | | | | |
|---|---|---|---|---|---|
| Slurry Id | 00140934 | Restart Weigh-up | Out of Stock | Stock Count | Database Connected | Barcode Open | Scale Open |
| Request Id | 68156 | Rig | TRANSOCEAN | Engineer | Jesse Gagliano | | |
| Slurry No | 1 | Customer | BP | Request Type | Operation | | |
| Job | Production Casing | Well | Mississippi Canyon 252 | Request Date | 04.03.2010 | | |
| Pipe Size (in) | 9.625 | Field | | Required By | 06.03.2010 | | |
| Hole Size (in) | 12.25 | Slurry Type | Lead | Trademark | | | |
| | | | | Slurry Name | | | |

| Concentration | Lab | Material | Test Amount | Actual Amount | Source | Lot No | Date | Sample Id |
|---|---|---|---|---|---|---|---|---|
| 100.00 % BWOC | [US-LFT] | Lafarge Class H | 907.27 g | 907.27 g | TRANSOCEAN | LOCATION | 23. FEB 2010 | 00000063981 |
| 0.07 % BWOC | [US-LFT] | EZ-FLO | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 00000063981 |
| 0.25 % BWOC | [US-LFT] | D-Air 3000 | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 00000063981 |
| 1.88 lb/sk | [US-LFT] | KCl (Potassium Chloride) Salt | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 00000063981 |
| 20.00 % BWOC | [US-LFT] | SSA-1 (Silica Flour) - PB | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 00000063981 |
| 15.00 % BWOC | [US-LFT] | SSA-2 (100 Mesh) - PB | | | TRANSOCEAN | BLENDED | 23. FEB 2010 | 00000063981 |
| 0.20 % BWOC | [US-LFT] | SA-541 | | | TRANSOCEAN | BLENDED | 15. FEB 2010 | 00000063241 |
| 0.11 gps | [US-LFT] | Foamer 760 | 6.70 g | 6.70 g | | 2117 | 18. JAN 2009 | 00000047271 |
| 0.20 gps | [US-LFT] | SCR-100L | 13.59 g | 13.59 g | TRANSOCEAN | | | |
| 4.84 gps | [US-LFT] | Field (Fresh) Water | 282.74 g | 282.74 g | | | 11. FEB 2010 | 00000063002 |

RPMS REPEAT KC

Manuel Barcode Entry

# SCAN SAMPLES (Scan Weigh-up sheet to finish)

| Slurry Id | 00140934 | Restart Weigh-up | Out of Stock | Stock Count | Database Connected | Barcode Open | Scale Open |
|---|---|---|---|---|---|---|---|
| Request Id | 68156 | Rig | TRANSOCEAN | | | | |
| Slurry No | 1 | Customer | BP | Engineer | Jesse Gagliano | | |
| Job | Production Casing | Well | Mississippi Canyon 252 | Request Type | Operation | | |
| Pipe Size (in) | 9.625 | Field | | Request Date | 04.03.2010 | | |
| Hole Size (in) | 12.25 | Slurry Type | Lead | Required By | 06.03.2010 | | |
| | | | | Trademark | | | |
| | | | | Slurry Name | | | |

| Concentration | Lab | Material | Test Amount | Actual Amount | Source | Lot No | Date | Sample Id |
|---|---|---|---|---|---|---|---|---|
| 100.00 % BWOC | [US-LFT] | Lafarge Class H | 907.27 g | 907.28 g | TRANSOCEAN F | LOCATION | 23. FEB 2010 | 00000058891 |
| 0.07 % BWOC | [US-LFT] | EZ-FLO | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 00000058891 |
| 0.25 % BWOC | [US-LFT] | D-Air 3000 | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 00000058891 |
| 1.88 lb/sk | [US-LFT] | KCl (Potassium Chloride) Salt | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 00000058891 |
| 20.00 % BWOC | [US-LFT] | SSA-1 (Silica Flour) - PB | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 00000058891 |
| 15.00 % BWOC | [US-LFT] | SSA-2 (100 Mesh) - PB | | | TRANSOCEAN F | BLENDED | 23. FEB 2010 | 00000058891 |
| 0.20 % BWOC | [US-LFT] | SA-541 | | | | | | |
| 0.11 gps | [US-LFT] | Foamer 760 | 6.70 g | 6.70 g | | | 15. FEB 2010 | 00000058924 |
| 0.20 gps | [US-LFT] | SCR-100L | 13.59 g | 13.59 g | | 2117 | 18. JAN 2009 | 00000037271 |
| 4.84 gps | [US-LFT] | Field (Fresh) Water | 282.74 g | 282.75 g | TRANSOCEAN F | | 11. FEB 2010 | 00000058902 |

REPEAT RPMS – CS - CPS

| Exit program | About | PC ID | ENAUS00040470 | Scale Id | 100000000057 | Manual Barcode Entry | |