Case 2:10-md-02179-CJB-DPC   Document 9044   Filed 03/26/13   Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 2 6 2013

LORETTA G. WHYTE
CLERK

MDL 10-2179 J(1)

## Johnson, Paul J. (Vol. 21) - 03/29/2011

Version 7    3-25-13 7pm

**PJ  FOR  CLAIRE 3-24   (10 SEGMENTS RUNNING 00:07:56.479)**

excerpt played in Court 3-26-2013 SK

**1. PAGE 16:10 TO 17:05   (RUNNING 00:00:37.627)**

```
10     Q.    Can you give us a little bit of
11  a history of your, a little bit of your
12  work history?
13     A.    Yes.  I started off in the North
14  Sea as a roustabout.  I went up the ranks
15  from roustabout to driller in the UK.
16  Southern North Sea, central and northern,
17  so up and down the coast of the UK.
18     Q.    Always on drilling vessels?
19     A.    Yes.  Yes.
20           I then --
21     Q.    How long a period of time was
22  that?
23     A.    That was from 1990 to
24  approximately '97 -- end of '97, beginning
25  of --
00017:01   Q.    How old are you today?
02     A.    I'm 39.
03     Q.    And so you started work at what
04  age?
05     A.    18.
```

**2. PAGE 20:21 TO 21:02   (RUNNING 00:00:12.962)**

```
21     Q.    Okay.  And then what did you do?
22     A.    Then I came to Gulf of Mexico.
23     Q.    And then you came to the Gulf of
24  Mexico in about August of 2009?
25     A.    That's correct.
00021:01   Q.    As a rig manager?
02     A.    Yes.
```

**3. PAGE 371:20 TO 371:23   (RUNNING 00:00:07.374)**

```
20     Q.    Now, we've spoke a lot about the
21  September 2009 audit that BP conducted of
22  the DEEPWATER HORIZON?
23     A.    Right.
```

**4. PAGE 272:10 TO 273:02   (RUNNING 00:00:50.247)**

```
10     Q.    How do you know that the number
11  of overdue or undone maintenance items had
12  actually been completed such that you had
13  only 25 remaining?
14     A.    Okay.  Yeah.  As I said earlier
15  on, we look at this report, we put the
16  action items into a spreadsheet so you can
17  see them.  And then we assigned
18  responsibilities to each item, you know, we
19  went through every item line by line as the
20  T.
21           And then weekly, we would meet
```

```
             22   up and discuss the action items and then we
             23   would discuss each action item and James
             24   did this and the team did that and this is
             25   what was done and it's closed out now and
    00273:01   we put a closeout date next to the action
             02   item.
```

### 5. PAGE 273:23 TO 274:12   (RUNNING 00:00:30.681)

```
             23       Q.   So at the end of this process,
             24   say, in March of 2010 you still had 25
             25   items undone but some verification had been
    00274:01   made that most of the items had been
             02   completed?
             03       MR. JOHNSON:
             04            Object to the form.
             05       THE WITNESS:
             06            Yeah.  We had, the majority of
             07   the items, the number, I don't recall now,
             08   was signed off and verified.  And there was
             09   the outstanding items that were still to be
             10   complete, there was an action plan in place
             11   agreed by all parties and we made the
             12   progress to close them all out.
```

### 6. PAGE 549:23 TO 550:21   (RUNNING 00:00:55.762)

```
             23       Q.   Did BP ever relay to you, sir,
             24   that it was allowing the rig to go back
             25   into service even though it believed it was
    00550:01   in an unsafe condition?
             02       A.   Nobody relayed that to me, no.
             03       Q.   As far as your experiences and
             04   understanding as they relate to BP and your
             05   interactions with them, do you have an
             06   understanding whether BP was satisfied
             07   enough that the rig would operate in a safe
             08   condition despite having certain unresolved
             09   issues identified in the audit?
             10       A.   Yes, they were, because we had
             11   meetings in that, you know, it wasn't just
             12   to send in the sheet and they said okay.
             13   We sat down and had a discussion and went
             14   through the action items and what was
             15   outstanding.  That was with myself and John
             16   Guide and his team.
             17            And then we also had a sit-down
             18   meeting with John Guide's boss and
             19   explained to him, he reviewed and he
             20   accepted what he was happy for us to do, go
             21   back to work.
```

### 7. PAGE 551:19 TO 552:23   (RUNNING 00:01:18.749)

```
             19       Q.   So to the best of your
             20   recollection, within a six-month period
             21   Transocean had closed out approximately 80
             22   to 85 percent of the items identified in
             23   the BP audit?
             24       A.   Yes.  We closed out all of the
             25   items but we didn't just rest there, we had
    00552:01   an action plan in place for the remaining
             02   items and we communicated that to BP
             03   frequently, the status of them, open items.
```

```
04       Q.   Did you ever receive any
05  feedback from BP personnel regarding
06  Transocean's efforts to close out audit
07  items?
08       A.   Yes, I did.
09       Q.   Could you tell me what the
10  nature of that feedback was, Mr. Johnson?
11       A.   We received very positive
12  feedback from BP on our approach to
13  handling the issues, closing them out and
14  communicating to BP.  They were very
15  satisfied with our performance on the
16  action items.
17       Q.   From whom did you receive BP --
18  that type of feedback from BP?
19       A.   You know, we received written
20  feedback from Angel Rodriguez, you know,
21  and I sat and met regularly with Angel,
22  Brett Cocales, John and Joe Neumeyer and
23  they we.
```

### 8. PAGE 207:13 TO 207:20   (RUNNING 00:00:24.374)

```
13       Q.   Did BP ever criticize the
14  response time of the Transocean personnel
15  after the kick in March?
16       A.   No.  They did not to me.  I
17  mean, I specifically asked the question to
18  my rig team and they said no.  I was
19  informed that BP offshore group were fine
20  with the response.
```

### 9. PAGE 405:18 TO 408:08   (RUNNING 00:02:24.141)

```
         18       Q.   And do you know the facts
         19  surrounding the shut-in of the well in
         20  response to that kick on March 8th?
         21       A.   I think I have an understanding
         22  of it.
         23       Q.   Do you know how many barrels of
         24  fluid was lost through that kick?
         25       A.   Gain.
00406:01       Q.   Gain?
         02       A.   30 barrels, I believe.
         03       Q.   Do you know how much time passed
         04  between the first indication of the kick
         05  and when the well was shut in?
         06       A.   No, I don't.
         07       Q.   You have no information that
         08  there were 30 minutes that passed from the
         09  time of the first indication of the kick
         10  and when the well was shut in?
         11       A.   No, I didn't, you know.  But to
         12  clarify that, you know, I asked questions,
         13  you get up in the morning and we look at
         14  the numbers, I asked the team.  30 barrels,
         15  what, what happened and they told me, you
         16  know, the driller spotted the change in the
         17  drilling prime.  It was on ECD so he
         18  spotted it early.
         19            And through his process of
         20  shutting down, checking and seeing the flow
         21  and the closing, the end, and then by the
```

```
           22   time the flow line had equalized and all
           23   the rest of it, we had taken 30 barrels.
           24           He said that and that was okay,
           25   I can understand the dynamics around that.
    00407:01   And then I asked was everybody happy and
           02   the rig team was happy and I asked if the
           03   offshore team was happy and the response
           04   back was, yes, they were happy.
           05        Q.   Based on your review of the
           06   facts surrounding the March 8th kick, was
           07   your opinion that the Transocean rig crew
           08   responded properly and appropriately to the
           09   kick of March 8th?
           10        A.   Yes.
           11        Q.   Was there anyone at Transocean
           12   that disputed that, that they felt that the
           13   Transocean rig crew had not responded to it
           14   properly?
           15        A.   Not that I'm aware of.
           16        Q.   Have you had any conversations
           17   with John Guide relating to the March 8th
           18   kick?
           19        A.   Well, that morning I went to the
           20   BP office and to the morning call and there
           21   was a lot of people in there, you know,
           22   people from Tiger team and I think Wild
           23   Well Control was in there at that point.
           24   I'm not sure.
           25           And we talked about it and he
    00408:01   was also fine with the drill crew's
           02   response and actually conveyed that to the
           03   people in the room.
           04        Q.   John Guide didn't make any
           05   comments that he felt that the Transocean
           06   rig crew had not responded appropriately
           07   with respect to this March 8th kick?
           08        A.   Not at all.
```

**10. PAGE 568:19 TO 569:08   (RUNNING 00:00:34.562)**

```
           19        Q.   I want to ask just a couple of
           20   more questions about these morning meetings
           21   that you attended with BP personnel.
           22        A.   Uh huh.
           23        Q.   Did you ever hear any discussion
           24   about the number of centralizers to be used
           25   in the Macondo well?
    00569:01        A.   No, I did not.
           02        Q.   Were you ever made aware of any
           03   disagreements amongst BP personnel about
           04   the centralizer issues?
           05        A.   No, I was not.
           06        Q.   Was that ever discussed, as far
           07   as you recall, in these morning calls?
           08        A.   No.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:56.479)**