

MDL 10-2179 J(1)

## Mckay, David (Vol. 11) - 05/11/2011

Version 6   3-22-13   320pm

**MCKAY FINAL   (13 SEGMENTS RUNNING 00:11:44.519)**

1. **PAGE 13:23 TO 13:25   (RUNNING 00:00:05.024)**

   ```
   23       Q.    And for the record, would you
   24   state your name?
   25       A.    Yes.  My name is David McKay.
   ```

2. **PAGE 33:03 TO 33:09   (RUNNING 00:00:11.120)**

   ```
   03       Q.    And I think you've said already,
   04   your degree is in naval architect?
   05       A.    I didn't say that, but, yes, it
   06   is.
   07       Q.    From where?
   08       A.    From the University of
   09   Strathclyde in Oslo.
   ```

3. **PAGE 14:24 TO 15:02   (RUNNING 00:00:09.169)**

   ```
        24       Q.    And since 1996, while you've
        25   resided in Houston, have you been an
   00015:01   employee of DNV?
        02       A.    Yes, sir.
   ```

4. **PAGE 21:17 TO 21:20   (RUNNING 00:00:06.028)**

   ```
   17       Q.    What is your job?
   18       A.    My job, I'm a marine surveyor.
   19       Q.    You're what?
   20       A.    I'm a marine surveyor.
   ```

5. **PAGE 17:08 TO 17:11   (RUNNING 00:00:10.494)**

   ```
   08       Q.    Okay.  How many surveys and
   09   audits do you believe you've done?
   10       A.    Probably hundreds.  I couldn't
   11   put a number on it.
   ```

6. **PAGE 39:15 TO 40:02   (RUNNING 00:00:36.938)**

   ```
        15       Q.    My question was:  Does the ISM
        16   report or audit report on rig safety,
        17   critical equipment, and whether or not it
        18   is functioning properly or not functioning
        19   properly?
        20       A.    The ISM audit report is a report
        21   on the compliance of the safety management
        22   system with the requirements of the ISM
        23   Code.
        24       Q.    Does that have anything to do
        25   with rig critical, safety equipment?  Yes
   00040:01   or no?
        02       A.    Yes, it does.
   ```

7. **PAGE 87:06 TO 89:15   (RUNNING 00:02:36.131)**

   ```
   06       Q.    Okay.  And do you spend most of
   07   that time, when you're working,
   ```

*excerpt played in Court 3-26-2013 SK*

```
           08   interviewing rig personnel for that?
           09        A.   Perhaps it would be useful for
           10   you if I talked you through a typical --
           11        Q.   Absolutely.
           12        A.   -- course of events.
           13        Q.   Sure.
           14        A.   Normally, of course, as I've
           15   mentioned to you, we'd arrive by
           16   helicopter.  So typically, the first thing
           17   that happens when you arrive onboard is, of
           18   course, security.  They verify you -- you
           19   are who you say you are.  You have a
           20   picture ID.
           21             Then you have a safety briefing.
           22   That's usually either a video or it's a
           23   live briefing from the safety officer to
           24   explain where the galley is, where your
           25   mustard station is, where the life boats,
    00088:01   what to do in the event of emergency, what
           02   they are -- the different sounding alarms
           03   mean, et cetera.
           04             So your visits are then -- of
           05   course, you get assigned to -- if you're
           06   staying over night, you would get assigned
           07   a cabin, bunk number, et cetera.
           08             And then following that,
           09   usually, I would go and meet with the
           10   master and then -- and make plans to have
           11   the audit kick-off meeting or opening
           12   meeting.  And that's typically a half hour
           13   or so meeting that takes place with the
           14   heads of each department onboard, where
           15   we'd discuss the plan forward for the
           16   audit, who will be -- we'd finalize the
           17   kind of schedule of who will be interviewed
           18   and when.
           19             Of course, everybody onboard has
           20   their normal duties to perform.  So they
           21   have to find time in their day to
           22   accommodate the auditor.  Sometimes people
           23   are busy or not available at certain times.
           24   Sometimes we have to wait until they're
           25   actually off tour or off shift.
    00089:01             And then at some point, usually
           02   we would -- we may have to participate in a
           03   drill or conduct one.  Typically, there's
           04   also a safety tour of the rig just to look
           05   at the general condition of the vessel and
           06   its safety arrangements.
           07             But the large part of the day is
           08   spent in interviews and associated review
           09   of documentation that may be presented as
           10   evidence of something that comes up during
           11   the interview.
           12        Q.   Okay.  And that includes the
           13   maintenance records?
           14        A.   Typically, yes.  Typically, it
           15   would look into the maintenance records.
```

   **8.   PAGE 128:18 TO 129:20   (RUNNING 00:01:55.023)**

```
           18        Q.   Let me show you what's
           19   previously been marked as Exhibit 581.
```

```
           20  Okay.
           21       A.    Now, is this in that you -- this
           22  one or the other one?  Okay.
           23       Q.    All right.
           24       A.    Yes, sir.
           25       Q.    Have you ever seen that document
    00129:01  or a document like that?
           02       A.    As to this particular document,
           03  I believe --
           04       Q.    Not -- not necessarily that --
           05       A.    This particular one?
           06       Q.    Yeah.
           07       A.    It appears to be a maintenance
           08  list.
           09       Q.    Yes, sir.
           10       A.    I have seen, in the past,
           11  maintenance lists.
           12       Q.    All right.  So you would review
           13  these maintenance records; is that correct?
           14       A.    In connection with the ISM
           15  audit?
           16       Q.    Yes, sir.
           17       A.    Normally, I would look into
           18  the -- the rig's plan maintenance system
           19  and look and see what had been done or
           20  hadn't been done.
```

**9. PAGE 58:13 TO 58:16   (RUNNING 00:00:11.372)**

```
           13       Q.    So when you go to the rig site,
           14  then one of the things you would do is look
           15  at the rig maintenance records?
           16       A.    Yes.
```

**10. PAGE 242:13 TO 244:06   (RUNNING 00:01:50.410)**

```
           13       Q.    So the reason I'm asking this is
           14  your observation No. 1.  A small number of
           15  overdue planned maintenance tasks were
           16  noted, including some that were deemed
           17  safety critical.  Is that --
           18       A.    Yes.
           19       Q.    -- a fair assessment?
           20       A.    Yep.
           21       Q.    So why is that an observation
           22  rather than a nonconformity, where a
           23  nonconformity is non-fulfillment of a
           24  specified requirement?
           25       A.    I think that's -- that's the
    00243:01  same question or a similar question came up
           02  at the JIT.  And I believe what I testified
           03  to then -- and I don't have occasion to
           04  change the testimony I gave there -- was
           05  that the crew were already aware of this
           06  problem, for one thing.  So that was a
           07  point in their favor, if you like.
           08             They were able to demonstrate
           09  records related to parts already having
           10  been ordered.  It was a small number.  And
           11  the equipment itself wasn't actually
           12  non-functional.  It was just due for
           13  maintenance, and the -- the proposed date
           14  had slipped past.
```

```
           15            So based on those things, I felt
           16   that it didn't reach the level of a
           17   nonconformity.
           18            If -- if I'd find overdue
           19   planned maintenance tasks in the planned
           20   maintenance system and the crew were
           21   completely unaware of them, that would show
           22   the safety management system to have been
           23   non-functional.  But the fact that the
           24   system worked to the extent that they
           25   already had flagged these, they were able
00244:01   to show me correspondence with the
       02   maintenance department onshore who was
       03   badgering them about having overdue
       04   maintenance.
       05            The system was working.  And as
       06   a system audit, I was satisfied.
```

**11.  PAGE 246:07 TO 247:04   (RUNNING 00:01:05.480)**

```
           07       Q.   Now, I think earlier, you said
           08   you felt that Transocean had a corporate
           09   culture of having a good safety management
           10   system.  Do you -- did you notice a trend
           11   with their rigs of repeating to fall behind
           12   on planned maintenance?
           13       A.   I wouldn't say that that is a
           14   problem that's exclusive to any one rig
           15   operator.  I think, in my experience of
           16   doing ISM audits and class surveys, there's
           17   always some overdue maintenance.
           18       Q.   And would you say that -- that
           19   the Transocean rigs tend to have overdue
           20   maintenance?
           21       A.   Yeah.  As a subset of the all,
           22   and then by definition the Transocean ones,
           23   when you go onboard at any one time, you
           24   could look in upon the maintenance system
           25   and you might find a few items that were
00247:01   past their due date.  So, yes.
       02            But it's -- they don't stand out
       03   as different from other drilling
       04   subcontractors having that problem.
```

**12.  PAGE 315:21 TO 317:13   (RUNNING 00:01:56.713)**

```
           21       Q.   Now, you were asked some
           22   questions earlier about maintenance and
           23   overdue maintenance and routine
           24   maintenance, observations that you may have
           25   made at different points in time.  And I
00316:01   think you testified that the condition of a
       02   rig tells you a lot about the maintenance
       03   program of a company or a crew onboard a
       04   rig.
       05            Is that a fair characterization
       06   of what you were alluding to?
       07       A.   Yeah.  I think what I said, was
       08   that the condition of the rig tells you a
       09   lot about the standards of maintenance and
       10   the safety management systems on how
       11   closely the crew were following up that
       12   safety management system.
```

```
           13        Q.   All right.  Now, based upon your
           14   observations as both a naval architect and
           15   a marine surveyor and your interviews of
           16   the crew, and you've looked at the rig --
           17   all right.  Based upon that, as well as
           18   your review of the rig maintenance system,
           19   the RMS system concerning maintenance, did
           20   you reach conclusion -- a conclusion about
           21   the quality of Transocean's maintenance
           22   program aboard the Deepwater Horizon?
           23        MR. MATTHEWS:
           24             Objection to form.
           25        THE WITNESS:
    00317:01             The -- the vessel appeared to be
           02   well maintained to me on both visits, as
           03   far as I can remember.  It was clean, tidy.
           04   There wasn't apparent safety hazards.  The
           05   maintenance system was by and large up to
           06   date.  There was some minor problems, which
           07   I think I reported in 2007.
           08             The crew were very professional
           09   about how they -- they regarded making sure
           10   that they did what they were supposed to do
           11   with regard to their duties.  So it seemed
           12   to be a well-run operation from my
           13   perspective.
```

**13.  PAGE 300:25 TO 301:21   (RUNNING 00:00:50.617)**

```
           25        Q.   All right.  Is it fair to say
    00301:01   that from your direct involvement in April
           02   of 2005 until April of 2009, the Transocean
           03   corporate safety management system has
           04   always been in compliance with the ISM
           05   Code?
           06        MR. HAYCRAFT:
           07             Objection to form.
           08        MR. MATTHEWS:
           09             Object to the form.
           10        THE WITNESS:
           11             In my opinion, it has.  I've
           12   endorsed the Document of Compliance each
           13   year for satisfactory completion of the
           14   audit, and the Document of Compliance does,
           15   in fact, state that -- it's a certificate
           16   to state that the system has been found in
           17   compliance with the requirements of the ISM
           18   Code.  So by endorsing it each year, it's a
           19   renewed statement, if you like, from me, as
           20   the auditor, saying, I think that you
           21   continue to comply.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:44.519)**