Minute Entry
Barbier, J.
March 27, 2013
JS 10:  7 hr. 4 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA (PM) |

NON-JURY TRIAL
(Day nineteen)

WEDNESDAY, MARCH 27, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Transocean offers two flash drives regarding deposition excerpts played in court on 3/20/13, 3/21/13, and 3/26/13 as to Leo Lindner, Murray Sepulvado, Buddy Trahan, Paul Johnson, and David McKay: ORDERED admitted.

Transocean offers list of additional complete exhibits regarding exams of Mark Bly, Greg Childs and Gregg Perkin: ORDERED admitted. (see attached)

Transocean rests subject to offering exhibits regarding Jeff Wolfe and Bill Ambrose.

BP offers list of exhibits/demonstratives regarding exam of Bill Ambrose: ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding exam of Bill Ambrose; ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Bill Ambrose; ORDERED admitted. (see attached)

BP requests until 5:00 pm today to file response to submissions regarding motion for sanctions: ORDERED granted.

Witness: Nathaniel Chaisson; sworn and testified.

Transocean offers list of 28 deposition bundles; ORDERED admitted subject to Cameron's objections regarding Gary Kenney and Neil Thompson.  (see attached)

Cameron submits objections regarding Gary Kenney and Neil Thompson's deposition bundles. (see attached)

Witness: Richard Strickland; sworn and testified.(Expert)

Halliburton offers expert report of Richard Strickland, TREX 60083: ORDERED admitted.

Ruling reserved regarding rebuttal report of Richard Strickland.

PSC offers list of exhibits/demonstratives regarding exam of David Young: ORDERED admitted. (see attached)

Witnesses: Greg Garrison; by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Craig Gardner; by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Ronald R. Faul; by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Rickey L. Morgan; by video deposition. Transcript of deposition excerpt accepted and filed into the record.

Court recesses at 5:07 p.m.

Court will resume on April 2, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Phil Wittman