# TRANSOCEAN'S LIST OF ADDITIONAL COMPLETE EXHIBITS
## ALREADY USED DURING TRIAL

Transocean offers complete copies of the following exhibits already used during trial into evidence:

**Trial Exhibits:**

*admitted 3-27-13 SK*

- TREX 51133 (Exhibit) (used with Bly)
- TREX 1144 (Exhibit) (used with Bly)
- TREX 4514 (Exhibit) (used with Bly)
- TREX 52664 (Exhibit) (used with Childs)
- TREX 4112 (Exhibit) (used with Perkin)

# BP - Exhibits for AMBROSE

BP offers the following documents it used during its examination of Mr. Bill Ambrose into evidence:

admitted 3-27-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4319 | April 20, 2010 - 20:52-21:08 |
| D-4369 | Multiple Opportunities for Information Sharing on the Rig |
| TREX-000097 | 4/26/2010 Email from B. Morel - C. Holik & G. Walz et al. re FW: Ops Note |
| TREX-000097.1.1.BP | Callout of TREX-000097 |
| TREX-000291 | MC 252 #1 - Macondo Prospect - Drilling Program - January 2010 Final |
| TREX-000291.58.1.BP | Callout of TREX-000291 |
| TREX-000291.58.2.BP | Callout of TREX-000291 |
| TREX-000291.58.3.BP | Callout of TREX-000291 |
| TREX-000291.58.4.BP | Callout of TREX-000291 |
| TREX-000291.68.1.BP | Callout of TREX-000291 |
| TREX-000540 | 4/16/2010 Email from R. Sepulvado - R. Kaluza & L. Lambert et al. with April 16, 2010 Forward Plan attachment |
| TREX-000540.2.4.BP | Callout of TREX-000540 |
| TREX-000540.3.2.BP | Callout of TREX-000540 |
| TREX-000567 | M-I Swaco - BP / Deepwater Horizon - Rheliant Displacement Procedure - "Macondo" OCS-G 32306 |
| TREX-000567.1.12.BP | Callout of TREX-000567 |
| TREX-000708 | 4/20/2010 Email from N. Chaisson - J. Gagliano re 9.875" x 7" Casing Post Job (with attachment) |
| TREX-000713 | 4/21/2010 Email from N. Chaisson - J. Gagliano & M. Serio et al. re BP / Horizon / Post Job Report (with attachment) |
| TREX-000713.8.1.BP | Callout of TREX-000713 |
| TREX-000820 | Daily Drilling Report - MC 252 #1 ST00 BP01 - April 20, 2010 |
| TREX-000820.2.1.BP | Callout of TREX-000820 |
| TREX-001454 | Transocean Well Control Handbook - March 31, 2009 |
| TREX-001454.9.3.BP | Callout of TREX-001454 |
| TREX-001454.18.5.BP | Callout of TREX-001454 |
| TREX-003308 | Stress Engineering Services, Inc. - Engineering Report on Testing of Weatherford M45AP Float Collar - November 22, 2010 |
| TREX-003308.1.1.BP | Callout of TREX-003308 |
| TREX-003308.6.1.BP | Callout of TREX-003308 |

BP re Bill Ambrose     admitted 3-27-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-003308.8.1.BP | Callout of TREX-003308 |
| TREX-003308.8.2.BP | Callout of TREX-003308 |
| TREX-003324 | 1/30/2010 Email from DWH, Toolpusher - DWH, AsstDriller re MACONDO PART 1 (with attachment) |
| TREX-003324.1.1.BP | Callout of TREX-003324 |
| TREX-003324.2.1.BP | Callout of TREX-003324 |
| TREX-004248 | Macondo Well Incident - Transocean Investigation Report - Volume I - June 2011 |
| TREX-004248.44.1.BP | Callout of TREX-004248 |
| TREX-004248.44.2.BP | Callout of TREX-004248 |
| TREX-004248.44.3.BP | Callout of TREX-004248 |
| TREX-004248.50.1.BP | Callout of TREX-004248 |
| TREX-004743 | Appendix O. Industry Comparison Data on Long String Casing and Casing Liners in the Macondo Well Area |
| TREX-004743.1.1.BP | Callout of TREX-004743 |
| TREX-007532 | Interviewing Form - Wyman Wheeler - June 4, 2010 |
| TREX-007532.1.1.BP | Callout of TREX-007532 |
| TREX-007532.4.2.BP | Callout of TREX-007532 |
| TREX-007685 | 2/13/2010 Email from DWH, OIM - P. Johnson re FW: Final Signed Macondo Drilling Program (with attachment) |
| TREX-007685.1.4.BP | Callout of TREX-007685 |
| TREX-030025 | Interviewing Form - Jimmy Wayne Harrell - May 20, 2010 |
| TREX-030025.1 | Page of TREX-030025 |
| TREX-030025.2.2.BP | Callout of TREX-030025 |
| TREX-041139 | 5 Day Planner Macondo |
| TREX-041139.20.2.BP | Callout of TREX-041139 |
| TREX-041208.2.2.BP | Callout of TREX-042108 |
| TREX-041208 | 1/30/2010 Email from DWH, Toolpusher to DWH, AsstDriller re Macondo Part II |
| TREX-050296 | Interviewing Form - Randy Ezell - May 28, 2010 |
| TREX-050296.1 | Page of TREX-050296 |
| TREX-050296.3.1.BP | Callout of TREX-050296 |

2

admitted 3/27/13
SK

PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Bill Ambrose on 3/26/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| 06166 | Deepwater Horizon Technical Rig Audit January 2008 prepared by Deepwater Horizon Technical Rig Audit January 2008 prepared by Kevan Davis | | Already Admitted in Full |
| 03405 | Deepwater Horizon Follow-up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009 | | Already Admitted in Full |
| 05618 | Email - From: Paul Johnson To: DWH, MaintSup - Subject: Re: Rig Down time | | Already Admitted in Full |
| 04246 | Agreed 30(b)(6) Deposition Notice of Transocean Defendants (With 30(b)(5) Document Requests) (9 Pages) | | Entire Exhibit Offered |
| 03808 | TO Investigation Report - Volume 1 | 1, 6, 34, 35, 66, 196 | Pages Only |
| D-3126 | Macondo was the "Well from Hell" | | Demonstrative |
| D-3157 | Macondo Casing Strings | | Demonstrative |
| 01072 | Email - From: Jonathan Bellow To: Robert Bodek and others - Subject: FW: Some Thoughts and Help Requested, PP detection, Macondo (2 Pages) | | Entire Exhibit Offered |
| 00214 | E-mail: FW: Lesson Learned - Plan Forward: Macondo (5 Pages) | | Entire Exhibit Offered |
| 01136 | E-Mail - From: Paine, Kate (QuaDril Energy LT) Sent: 01:44:47 - Subject: RE: Lesson Learned - Plan Forward: Macondo (3 pages) | | Entire Exhibit Offered |
| 01694 | Email - From: John Guide To: David Sims - Subject: RE: Discussion - The way we work with engineering | | Already Admitted in Full |
| 00126 | Email from Mark Hafle to Richard Miller, Subject: RE: Macondo APB (2 pages) | | Entire Exhibit Offered |
| 01693 | Document: Drilling & Completions MOC Initiate (3 pages) | | Entire Exhibit Offered |
| D-8167.1 | Simultaneous Operations | | Already Admitted in Full |
| D-2445 | Key Decisions tat Macondo | | Already Admitted in Full |

PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Bill Ambrose on 3/26/2013

admitted 3/27/13 SK

| | | | |
|---|---|---|---|
| 05479 | Email from W. Cabucio to M. Nuttall, et al. re: 2004 Task Planning and Risk Management Survey Questionnaire attaching Consolidated Regions Task Planning and Risk Management Questionnaires (2 pages) | | Entire Exhibit Offered |
| 07134 | Jim Cunningham Egypt / Mediterranean Sea: Loss of Well Control and Emergency Response | | Already Admitted in Full |
| 02189 | Subject: FW: Loss of Control Events | | Already Admitted in Full |
| 05650 | TO EAU Incident Investigation Report - Well Control Incident - Riser Unloading (22 pages) | | Entire Exhibit Offered |
| 01760 | 711 Well Control Incident | | Already Admitted in Full |
| 3505A | E-mail from Neil Clyne to Ed Moro Re: 711 WC Incident (1 page) | | Entire Exhibit Offered |
| 05486 | Transocean Engineering & Technical Support HSE Meeting (Dec. 2009) (22 pages) | 1, 17, 6 | Pages Only |
| 26052 | Email from Corporate Communications, Subject: FIRST NEWS BULLETIN: a Message from Bob Long and Steven Newman (2 pages) | | Entire Exhibit Offered |
| 36070 | Transocean Annual Report - 2009 Well Control Events & Statistics 2005 to 2009 (48 Pages) | | Entire Exhibit Offered |

# HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO BILL AMBROSE ON CROSS-EXAMINATION

HESI offers the following documents it used during its March 26, 2013 cross-examination of Bill Ambrose into evidence:

admitted 3-27-13 SK

D-8015
D-8036
TREX-02562
TREX-01455
D-8038
TREX-04457
TREX-02584
TREX-03188


TREX 2562.1.1.HESI
TREX 1455.1.1.HESI
TREX 1455.2.1.HESI
TREX 60465.60.HESI
TREX 60465.61.1.HESI
TREX 60465.61.2.HESI
TREX 4457.1.1.HESI
TREX 2584.1.1.HESI
TREX 2584.1.2.HESI
TREX 3188.1.1.HESI
TREX 3188.1.2.HESI
TREX 4248.40.1.HESI
TREX 4248.197.1.HESI
TREX 4248.197.2.HESI

PSC List of Exhibits/Demonstratives Used and Offered in Connection with the Examination of David Young on 3/25/2013

admitted 3/27/2013 SK

| NUMBER | DESCRIPTION | PAGES | ADMISSION/PAGES |
|---|---|---|---|
| 50180 | Deepwater Horizon, Marine Department Current Report, April 20, 2010 (1730) | | Entire Exhibit |
| 25205.1 | PSC & USA Deposition Designation of Young, David | 1 | PDF Page Only |
| 3403 | Common Marine Inspection Document | 1 | PDF Page Only |
| 3403.8.1.PSC | | Call out | |
| 4140 | RMS - Gas Detection | 1 | PDF Page Only |
| 4140.2.1.PSC | | Call out | |
| 3808 | Macondo Well Incident: Transocean Investigation Report - Vol. 1 (June 2011) | 1 | PDF Page Only |
| 3808.21.1.PSC | | Call out | |
| 3808.21.2.PSC | | Call out | |
| 4644 | Deepwater Horizon Emergency Response Manual, Vol. 1 | 1 | PDF Page Only |
| 4644.76.1.PSC | | Call out | |
| 4644.274.1.PSC | | Call out | |
| 4644.274.2.PSC | | Call out | |
| 4644.276.1.PSC | | Call out | |
| 5285 | DP Operations Manual | 1 | Already admitted in full |
| 5285.1.1.PSC | | Call out | |
| 5285.11.1.PSC | | Call out | |
| 5285.11.2.PSC | | Call out | |
| 5285.48.1.PSC | | Call out | |
| 5285.49.1.PSC | | Call out | |
| | | | |
| 671 | Deepwater Horizon Operations Manual, Vol. 1 | 1 | PDF Page Only |
| 671.47.1.PSC | | Call out | |
| 5643 | Transocean Integration Memo | 1 | Already admitted in full |
| 5643.4.1.PSC | | Call out | |
| 571 | Safety Drill Report - Complete - Well Control Audit - 01/31/10 - 04/18/10 | | Entire Exhibit |