## TRANSOCEAN'S LIST OF DEPOSITION BUNDLES

Transocean offers the following deposition bundles into evidence:

1. Haynie, William (ABS)
2. Cramond, Neil (BP)
3. Emmerson, Anthony (BP)
4. Liu, Xuemel (BP 30(b)(6))
5. Price, Vincent (BP)
6. Kenney, Gary (DNV)
7. McKay, David (DNV)
8. Thompson, Neil (DNV)
9. Johnson, Steven (M-I)
10. Meche, Gregory (M-I)
11. Neal, Eric (MMS)
12. Martinez, Victor (ModuSpec)
13. Bement, James (Sperry)
14. Young, Ken (Stress Engineering)
15. Hart, Derek (TO)
16. Holloway, Caleb (TO)
17. Johnson, Dustin (TO)
18. McDonald, John (TO)
19. Odenwald, Jay (TO)
20. Taylor, Carl (TO)
21. Walsh, Robert (TO)
22. Watson, Nick (TO)
23. Wolfe, Jeff (TO)
24. Sutton, Steve (US)
25. Odom, Michael (USCG)
26. Clawson, Bryan (Weatherford)
27. Neal, Robert (MMS)
28. Sepulvado, Murry (BP)

*Admitted 3-27-2013 Subject to Cameron's objections re Gary Kenney and Neil Thompson*