## MDL 2179 HESI TRIAL

MDL 10-2179 JC13

 **Garrison, Greg (Vol. 01) - 11/04/2011**                    1 CLIP  (RUNNING 00:14:47.788)

3-25-13

**GARRISON G V1**              **27 SEGMENTS  (RUNNING 00:14:47.788)**       

**1. PAGE 8:11 TO 8:13  (RUNNING 00:00:02.550)**

```
11      Q.    Please state your name for the
12 record.
13      A.    Greg Garrison.
```

**2. PAGE 11:16 TO 11:21  (RUNNING 00:00:07.770)**

```
16      Q.    And you're a principal in a --
17 in a -- in a company, correct?
18      A.    Yes.
19      Q.    And what's that company?
20      A.    It's Oilfield Testing &
21 Consulting.
```

**3. PAGE 15:06 TO 15:12  (RUNNING 00:00:13.160)**

```
06      Q.    Okay.  And it appears, sir, that
07 you were hired at -- your company at least
08 was hired at some point to do some testing on
09 behalf of the joint investigation team with
10 regard to the cement slurries from the
11 Macondo well; is that correct?
12      A.    Yes.
```

**4. PAGE 17:06 TO 17:16  (RUNNING 00:00:19.450)**

```
06      Q.    Now, were you involved in -- in
07 either the testing itself or supervising the
08 testing that was performed?
09      A.    Yes.
10      Q.    Okay.  And with respect to the
11 testing, were there specific protocols, the
12 testing protocols, that you followed?
13      A.    Yes.
14      Q.    And who provided those protocols
15 to you for the tests?
16      A.    The -- the JIT.
```

**5. PAGE 176:07 TO 177:25  (RUNNING 00:01:29.440)**

```
07            All right.  I want to start out
08 by following up on some things that you
09 discussed with BP's counsel.  Just to step
10 back a little bit and understand, the report
11 that you prepared at exhibit 5937, it's my
12 understanding that you used, with one
13 exception, and that exception being the MAC4
14 slurry, that all of the other slurries you
15 used were on samples that did not come from
16 the Macondo rig, correct?
17      A.    That's correct.
18      Q.    Okay.  And the MAC4 sample,
19 however, was provided as rig sample that had
20 been sequestered by Halliburton and given by
21 subpoena to the U.S. Government and then
22 provided to you, correct?
23      A.    That's correct.
24      Q.    Okay.  Now, early -- or prior --
```



```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR 2 7 2013

LORETTA G. WHYTE
         CLERK
```

excerpt played
in Court
3-27-2013 JC

```
          25    when you were setting up the samples or the
00177:01        testing that you were going to do for the
    02          JIT, you had originally contemplated to
    03          prepare at least eight Macondo slurry
    04          samples, correct?
    05              A.    Yes.
    06              Q.    Okay.  But in the end, you ended
    07          up just testing an unset foam stability test
    08          with -- with the MAC4 slurry, correct?
    09              A.    Yes.
    10              Q.    And the other one was there was
    11          an attempt to conduct a set foam stability
    12          test that got terminated after 48 hours,
    13          correct?
    14              A.    Yes.
    15              Q.    Other than those two tests, none
    16          of the other testing that you did and
    17          reported in exhibit 5937 were on rig samples
    18          from Macondo, correct?
    19              A.    Yes, that's correct.
    20              Q.    And all the other ones came from
    21          lab stack or stock from Halliburton of
    22          materials that were labeled the same way but
    23          did not actually come from the blend that was
    24          sent out to the rig; is that correct?
    25              A.    That's correct.
```

**6. PAGE 190:07 TO 190:21 (RUNNING 00:00:43.363)**

```
    07              Q.    All right.  Now, if we could, go
    08          to your -- I'm going to call it your main
    09          test reports, exhibit 5937.  That's the JIT
    10          Macondo well testing document?
    11              A.    Okay.
    12              Q.    Now, sir, if you wouldn't mind
    13          opening to page 34.
    14              A.    34.
    15              Q.    And with some -- a few
    16          exceptions, because the only tests in which
    17          you performed that used actual rig slurries
    18          were the -- were with respect to the MAC4
    19          slurries.  I'm going to focus on those first.
    20          Okay?
    21              A.    Okay.
```

**7. PAGE 194:04 TO 194:09 (RUNNING 00:00:11.060)**

```
    04              Q.    Okay.  Now, are you familiar
    05          with the weigh-up sheets in this case?  I'm
    06          sorry.  Are you familiar with the weigh-up
    07          sheets that were generated by OTC when
    08          conducting these tests?
    09              A.    Yes.
```

**8. PAGE 196:10 TO 196:14 (RUNNING 00:00:05.150)**

```
    10              Q.    And your technicians are trained
    11          to write indications of instability on the
    12          weigh-up sheets when they observe them,
    13          right?
    14              A.    Yes.
```

**9. PAGE 198:16 TO 200:06 (RUNNING 00:00:59.939)**

```
    16              Q.    All right.  I'm going to ask you
    17          to please apply this exhibit sticker,
    18          exhibit 5940, just above that Bates number,
    19          if you don't mind.
```

# MDL 2179 HESI TRIAL

```
    20          (Exhibit Number 5940 marked.)
    21          A.    Sure.
    22          Q.    Now, can you confirm for me,
    23   based on the slurry design line, that this
    24   is, in fact, the Macondo cement sample, the
    25   MAC4 sample?
00199:01          A.    Yes.
    02          Q.    Okay.  And so this is the
    03   weigh-up sheet that's associated with the
    04   unset foam stability testing that you did on
    05   the MAC4 slurry, right?
    06          A.    Right.
    07          Q.    And do you -- there is a comment
    08   there and I'm going to read it.  You tell me
    09   if I read this correctly.
    10          A.    Go ahead.
    11          Q.    This is a technician comment,
    12   correct, in handwritten form?
    13          A.    Yes.
    14          Q.    It says, no channeling noticed,
    15   right?
    16          A.    Right.
    17          Q.    6 milliliters void space, bubble
    18   breakout, minor?
    19          A.    Okay.
    20          Q.    Right?
    21          A.    Uh-huh.
    22          Q.    Does that indicate to you that
    23   the technician found that there was -- to the
    24   extent there was bubble breakout, that it was
    25   minor?
00200:01          A.    Yes.
    02          MR. CHEN:  Objection, form.
    03          Q.    And it certainly isn't what you
    04   would call excessive, right?
    05          MR. CHEN:  Objection, form.
    06          A.    Correct.
```

**10. PAGE 200:07 TO 200:12 (RUNNING 00:00:11.270)**

```
    07          Q.    Okay.  Are you familiar with the
    08   guidelines in API for determining the
    09   instability of foam slurries, the -- the --
    10   or the qualitative observations, for lack of
    11   a better word?
    12          A.    Yes.
```

**11. PAGE 200:21 TO 202:21 (RUNNING 00:01:14.160)**

```
    21          Q.    Sir, could you please open to
    22   page 10?  It's section 9.3.4 of API 10B-4?
    23          A.    Section 10?
    24          Q.    Right.
    25          A.    Page 10?
00201:01          Q.    Yes, sir.
    02          A.    Okay.
    03          Q.    Down there at the bottom, there
    04   is a section that says, signs of foam
    05   instability, correct?
    06          A.    Yes, sir.
    07          Q.    And it lists, it says, more than
    08   a trace of free fluid, correct?
    09          A.    Yes, sir.
    10          Q.    Now, you indicated on your test
    11   results that you saw no free fluid with
    12   respect to the -- the MAC4 slurry, right?
    13          A.    Yeah.
```

CONFIDENTIAL                                                                    page 3

## MDL 2179 HESI TRIAL

```
14        Q.      Okay.
15        A.      That's correct.
16        Q.      And it says, bubble breakout
17   noted by large bubbles on the top of the
18   sample, right?  That's what API says?
19        A.      That's what API says, yes.
20        Q.      And you testified earlier that
21   you didn't see any large bubbles, correct?
22        A.      Right.
23        Q.      It says, excessive gap at the
24   top of the specimen, minor meniscus effects
25   are normal, correct?
00202:01        A.      Yes.
02        Q.      Now, you indicated that you
03   can't see any gap in figure 18 of your
04   report?
05        A.      Right.
06        Q.      But that you thought that there
07   was a gap, a minor gap, right?
08        A.      Right.
09        Q.      And you said that it was a gap
10   that you said certainly wasn't an excessive
11   gap, right?
12        A.      Right.
13        Q.      All right.  You didn't see any
14   signs of density segregation or settling, did
15   you?
16        A.      No.
17        Q.      Okay.  And you didn't see any
18   large variations in density from top to
19   bottom and, of course, that would be set
20   cement?  You can't do that here, right?
21        A.      Not in this particular test.
```

**12.  PAGE 202:22 TO 204:06  (RUNNING 00:00:44.844)**

```
22        Q.      Okay.  In fact, none of the
23   indications of instability that are set forth
24   in 10B-4 did you observe with respect to the
25   unset foam stability test and -- of the MAC4
00203:01   slurry, did you?
02        MR. CHEN:  Objection, form.
03        A.      Could you repeat that one more
04   time, please?
05        Q.      Yeah.  All of these things that
06   we just went through --
07        A.      Yes.
08        Q.      -- these API criteria of what
09   constitutes an unstable foam -- foam -- an
10   unstable foam slurry --
11        A.      Yes.
12        Q.      -- you didn't -- you didn't see
13   any of those, did you?
14        MR. CHEN:  Objection, form.
15        A.      In the -- in the liquid, yes,
16   this is what we saw.
17        Q.      Excuse me?
18        A.      No, in -- in the -- in the foam
19   stability test.
20        Q.      In the unset?
21        A.      Yeah, in the unset.
22        Q.      Foam stability test?
23        A.      That's correct.
24        Q.      You didn't -- you didn't see any
25   of these indicators of instability, did you?
00204:01        A.      That's correct.
02        MR. CHEN:  Objection, form.
```

**MDL 2179 HESI TRIAL**

```
03      Q.      I'm sorry.  You did not see any
04 of the indicators of instability set forth in
05 what we just read in API, did you?
06      A.      Right.  That's correct.
```

**13. PAGE 205:13 TO 207:01  (RUNNING 00:00:50.400)**

```
13      Q.      So you found it was -- it was
14 mixable?
15      A.      Yes.
16      Q.      You found that there -- a vortex
17 was created when you blended it?
18      A.      Correct.
19      Q.      You found that it foamed in 15
20 or less seconds?
21      A.      Correct.
22      Q.      All right.  You found that the
23 density of the slurry after you mixed it
24 was -- or the specific gravity was 1.79,
25 right?
00206:01      A.      Correct.
02      Q.      And you did your calculation and
03 you found out that the -- the density of that
04 slurry was 14.9 ppg, correct?
05      A.      Uh-huh.
06      Q.      And that's what, .4, from
07 target?
08      A.      Yes.
09      Q.      That's .4 ppg away from the
10 target density of 14.5?
11      A.      Uh-huh.
12      Q.      Right?
13      A.      Right.
14      Q.      You found that there was no
15 settling.  You found that there was -- right?
16      A.      Right.
17      Q.      You found that there was no free
18 fluid, right?
19      A.      Right.
20      Q.      And the bubble breakout, even
21 though it just indicated as a yes here, you
22 said was minor and didn't rise to the level
23 of -- of the indications of instability set
24 forth in API 10B-4, right?
25      MR. CHEN:  Objection, form.
00207:01      A.      Correct.
```

**14. PAGE 207:14 TO 208:25  (RUNNING 00:01:02.790)**

```
14      Q.      All right.  Now, let's talk
15 about -- let's talk about the set foam
16 stability test that you conducted.  And I
17 think -- well, there isn't any data because
18 you didn't finish the test.  But I'm looking
19 at page 39 of your report and that's
20 exhibit 5937 still.
21          Now, my understanding is -- just
22 forget about all the foam stability tests
23 above it.  I want to look at the MAC4.
24      A.      Okay.
25      Q.      Foam set -- foam stability test
00208:01 results, you have an NA across, meaning you
02 didn't obtain any data for it, right?
03      A.      Yes, that's correct.
04      Q.      And there's a note at the bottom
05 that says, the MAC4 Macondo samples did not
06 set hard during 48-hour -- during the 48-hour
```

```
07  curing period?
08       A.     Uh-huh.
09       Q.     And, therefore, cannot be tested
10  for this particular part of the testing
11  protocol, right?
12       A.     Correct.
13       Q.     Who told you that the curing
14  period or the setting period was 48 hours or
15  was to be 48 hours?
16       A.     The JIT.
17       Q.     Did the JIT tell you that that
18  was contrary to API testing protocols?
19       A.     No.
20       Q.     Okay.  You agree with me that
21  the reason you do a set foam stability test
22  is not to see if something will set up in
23  48 hours, but rather to see after it sets,
24  whether it's stable in the set form?
25       A.     Yes.
```

**15.  PAGE 209:10 TO 210:01  (RUNNING 00:00:35.445)**

```
10       Q.     And, again, for the record, this
11  is API recommended practice 10B-4.  I'd like
12  you to look, sir, at section 9.3.2.  It says,
13  stability of set foam cement slurry.  Tell me
14  when you're there.
15       A.     I'm there.
16       Q.     Can you read, for the record,
17  the first sentence, please?
18       A.     Check the foam cement slurry
19  stability by curing samples until they are
20  set, and then determine the density gradient
21  throughout the sample.
22       Q.     So this instructs that this test
23  is properly conducted by allowing the -- the
24  cement to set not for a 48-hour period, but
25  rather until it's set, correct?
00210:01     A.     Correct.
```

**16.  PAGE 210:08 TO 210:20  (RUNNING 00:00:21.310)**

```
08       Q.     All right.  So if we were
09  following proper API protocol in the set foam
10  stability test, you would have allowed that
11  Macondo 4 slurry to actually set before you
12  could dissect it, trisect it, whatever you
13  do, and determine whether or not there's
14  uniform density on top and bottom, right?
15       MR. CHEN:  Objection, form.
16       A.     That's correct.
17       Q.     Okay.  But that is not the
18  protocol the JIT asked you to follow here,
19  right?
20       A.     That's correct.
```

**17.  PAGE 211:12 TO 212:08  (RUNNING 00:00:41.600)**

```
12       Q.     So just circling back, there
13  were only two tests performed on the unset --
14  or on the Macondo slurry, the unset foam
15  stability test, which you say actually
16  indicates that the unset foam was -- was
17  stable, right? --
18       A.     Yes.
19       Q.     -- and then the set foam
20  stability test, which wasn't run in
21  accordance with API and never actually was
```

## MDL 2179 HESI TRIAL

```
         22  allowed to finish as API would have
         23  specified, right?
         24       A.    Yes.
         25       Q.    And so we don't have a stability
00212:01  result -- or we don't have a -- we don't have
         02  any data about the stability of the set foam
         03  cement because the test was actually
         04  prematurely terminated as per API?
         05       MR. O'ROURKE:  Objection.
         06       MR. CHEN:  Objection, form.
         07       Q.    Is that fair?
         08       A.    That's fair.
```

**18.  PAGE 183:06 TO 183:10  (RUNNING 00:00:11.750)**

```
         06       Q.    Okay.  I wanted to go, if you
         07  would -- do you still have a copy of your
         08  report?  Is that exhibit 5937?  Actually, I'm
         09  sorry.  Before we do that, let's go to
         10  exhibit 5939.
```

**19.  PAGE 183:14 TO 185:01  (RUNNING 00:01:02.010)**

```
         14       MR. HILL:  It's the 60 percent foam
         15  quality foam stability test that BP proposed.
         16       A.    Okay.
         17       Q.    Okay.  Now, when you -- there
         18  was a period of time when you were actually
         19  setting up your proposed protocols and there
         20  was some communication -- I'm not getting
         21  into the contents of the communication with
         22  the JIT -- but there was a period of time in
         23  which you were actually working on developing
         24  the protocols that you would use for testing,
         25  right?
00184:01       A.    Correct.
         02       Q.    And at anytime during that time
         03  did you or the JIT ever propose to do the
         04  60 percent foam quality foam stability
         05  testing?
         06       A.    No.
         07       Q.    And I think you indicated
         08  earlier that this is not an API test, is it?
         09       A.    The --
         10       Q.    60 percent foam quality test.
         11       A.    No, it's not.
         12       Q.    There are no protocols in API
         13  for it, right?
         14       A.    No.
         15       Q.    There are no -- API doesn't
         16  endorse it as an acceptable industry test,
         17  does it?
         18       MR. CHEN:  Objection, form.
         19       A.    No.
         20       Q.    Okay.  You didn't propose to do
         21  this originally, did you?
         22       A.    No.
         23       Q.    Okay.  Do you know if the JIT
         24  proposed it originally?
         25       A.    Not in any conversations I had,
00185:01  no.
```

**20.  PAGE 185:09 TO 185:21  (RUNNING 00:00:21.830)**

```
         09       Q.    All right.  Now, I want to make
         10  sure that the Court understands why that
         11  might be the case.  My understanding is even
         12  if there is a point at which there is a 60
```

**MDL 2179 HESI TRIAL**

```
13   percent nitrogen content at injection, it
14   happens for a very fraction of a second,
15   correct?
16        MR. Chen:  Objection, form.
17        A.     Yes.
18        Q.     And, in fact, it's injected into
19   a -- into a dynamic slurry, correct, not a
20   static slurry?
21        A.     Correct.
```

**21.  PAGE 187:03 TO 187:23  (RUNNING 00:00:31.316)**

```
03        Q.     Now, out on the rig in this
04   dynamic slurry, this dynamic slurry is being
05   pumped in a closed system, isn't it?
06        A.     Correct.
07        Q.     And it's being pumped in a
08   closed system that's under pressure, right?
09        A.     Correct.
10        Q.     All right.  So this test doesn't
11   model the dynamic condition, nor does it
12   model the closed system, does it?
13        MR. CHEN:  Objection, form.
14        A.     No, it does not.
15        Q.     And nor does it model the
16   pressure that it would be subjected to after
17   it's been injected, right?
18        A.     That's correct.
19        Q.     Okay.  And I think you indicated
20   earlier that you believe that pressure is one
21   of those things that actually helps entrain
22   and keep the nitrogen in the slurry, correct?
23        A.     Yes.
```

**22.  PAGE 188:16 TO 189:07  (RUNNING 00:00:34.066)**

```
16        Q.     Okay.  And just to be clear, the
17   60 percent foam quality test was done in
18   atmospheric, correct?
19        A.     Yes.
20        Q.     And those three things we talked
21   about, the fact that this is a dynamic slurry
22   was subjected to a static test, the fact that
23   this -- the pressure that the slurry has seen
24   is not present in the -- in this test and the
25   fact that it's in a closed system out in the
00189:01   field but not in this test, those are all --
02   those are all different points or those are
03   all differences between what was being done
04   in the lab and what was actually occurring
05   out on -- out on the rig, right?
06        MR. CHEN:  Objection, form.
07        A.     Yes.
```

**23.  PAGE 217:03 TO 217:18  (RUNNING 00:00:26.600)**

```
03        Q.     Foam -- I know you've already
04   verified for us that none of the compressive
05   strength tests that were run were done on
06   Macondo rig sample, right?
07        A.     Right.
08        Q.     Are you familiar in the industry
09   that when you run a UCA compressive -- well,
10   obviously, when you run UCA compressive
11   strength, you're running it on the base
12   slurry, right?
13        A.     Right.
14        Q.     And when you run a crush
```

**MDL 2179 HESI TRIAL**

```
     15  compressive, you're running it on a foam
     16  slurry, but one that's not under -- not under
     17  pressure, right?
     18      A.      That's correct.
```

**24.  PAGE 225:16 TO 226:10  (RUNNING 00:00:35.670)**

```
     16      Q.      Okay.  So did you ever see any
     17  data from Halliburton where the testing
     18  pressure was 14,458 psi for UCA?
     19      A.      No.
     20      Q.      All right.  And I think you
     21  indicated before, you just use a standard API
     22  3,000 psi, right?
     23      A.      That's correct.
     24      Q.      Now, you're on the API
     25  committees and you understand that that
00226:01  3,000 psi pressure was not really developed
     02  with deepwater in mind, was it?
     03      A.      No, it was not.
     04      Q.      And, in fact, the industry has
     05  kind of moved beyond API in this area and in
     06  this effort, as you say, to try to best
     07  replicate downhole conditions in its testing?
     08  It actually tries to obtain the downhole
     09  pressure and use it in testing, right?
     10      A.      Yes.
```

**25.  PAGE 227:06 TO 227:21  (RUNNING 00:00:23.650)**

```
     06      Q.      And that's because you used a
     07  different -- different temperature ramp,
     08  correct?
     09      A.      Yes.
     10      Q.      And that temperature ramp heated
     11  the -- the sample up over a 16-hour period?
     12      A.      Yes.
     13      Q.      Right?  And you used a lower
     14  pressure, right?
     15      A.      Yes.
     16      Q.      Okay.  The lower or the -- the
     17  longer heat-up and the lower pressure, both
     18  of them are going to have the tendency to
     19  increase the time of compressive strength
     20  development, isn't it?
     21      A.      Yes, it can.
```

**26.  PAGE 155:20 TO 156:06  (RUNNING 00:00:24.645)**

```
     20      Q.      Okay.  Have you ever heard of
     21  any advice on how to design a base slurry
     22  that will be foamed in terms of rheology and
     23  thickness?
     24      A.      Not so much about rheology.
     25  It's more about settling, you know, a stable
00156:01  slurry.  You can have slurries that are thin
     02  and they're still stable and they don't
     03  settle.
     04      Q.      Okay.
     05      A.      So it's not so much a function
     06  of rheology.
```

**27.  PAGE 156:13 TO 156:21  (RUNNING 00:00:22.550)**

```
     13      Q.      And can rheology also be an
     14  indication that the slurry is too thin to be
     15  used for foam cement?
     16          MR. HILL:  Object to form.
```

**MDL 2179 HESI TRIAL**

```
17       A.     I don't think you can say it's
18  too thin for foam.  If it's stable, you know,
19  and it meets other placement criteria, then
20  there shouldn't be a problem with -- with
21  that particular slurry.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:14:47.788)**

CONFIDENTIAL