MDL 2179 HESI TRIAL

 MDL 10-2179 J(1)

 **Gardner, Craig (Vol. 01) - 08/17/2011**                    1 CLIP  (RUNNING 00:10:38.755)

3-25-13

GARDNER C V1                   17 SEGMENTS  (RUNNING 00:10:38.755)



```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     MAR 2 7 2013

LORETTA G. WHYTE
        CLERK
```

except played
in Court
3-27-2013
SK

**1. PAGE 174:21 TO 175:01 (RUNNING 00:00:15.560)**

```
   21           I'd like to start out with your
   22   background some more.  What is your -- what do
   23   you do in your current role?  And what is your
   24   title, first of all?
   25       A.  I'm Team Leader for the Cement Team,
00175:01   Chevron Energy Technology Company.
```

**2. PAGE 16:03 TO 16:12 (RUNNING 00:00:21.010)**

```
   03       Q.  In connection with this matter, I
   04   understand that you received an assignment from
   05   the company as a result of a request from the
   06   National Commission on the BP DEEPWATER HORIZON
   07   Investigation?
   08       A.  Correct.
   09       Q.  All right.  Did the company ask you to do
   10   work to respond to the request of the National
   11   Commission?
   12       A.  Yes, sir.
```

**3. PAGE 75:12 TO 75:21 (RUNNING 00:00:26.310)**

```
   12       Q.  Okay.  May we turn to Tab 1 in your book,
   13   please.  This is your Report to the National
   14   Commission.  And we'll give it a -- an exhibit
   15   number, which is 4572.
   16           (Exhibit No. 4572 marked.)
   17       Q.  (By Mr. Thornhill) This is the October
   18   26, 2010 letter.  It says on the second page at
   19   the bottom Craig Gardner and has a signature; is
   20   that your name and signature?
   21       A.  Yes, sir.
```

**4. PAGE 75:25 TO 76:03 (RUNNING 00:00:13.470)**

```
   25           Does this Report include all of the
00076:01   information that was considered and used in
   02   performing the tests at Chevron?
   03       A.  Yes.
```

**5. PAGE 78:05 TO 78:11 (RUNNING 00:00:25.300)**

```
   05       Q.  Was it your purpose at Chevron to
   06   evaluate the testing procedures used by
   07   Halliburton at each juncture for each test as
   08   distinguished from the general parameters of the
   09   API 10B-4 documents, which we -- we reviewed?
   10       A.  The purpose was not to evaluate -- was
   11   not to evaluate the Halliburton protocol.
```

**6. PAGE 284:19 TO 285:05 (RUNNING 00:00:24.883)**

```
   19           The first thing I wanted to -- to ask you
   20   is I just want to clarify for the Judge who's
   21   watching, that it's your understanding that the
   22   testing you performed at the request of the
   23   National Commission was done on shelf samples
```

MDL 2179 HESI TRIAL

```
        24  essentially, correct, out of the Halliburton
        25  Laboratory?
00285:01       A.   Correct.
        02       Q.   Okay.  And so it -- it also -- what that
        03  means is you did not test the actual cement blend
        04  as it existed on the rig, correct?
        05       A.   Correct.
```

**7. PAGE 291:02 TO 292:10  (RUNNING 00:01:18.996)**

```
        02       Q.   (By Mr. Hill) Okay.  So what I'd like to
        03  understand is in -- you know, in your opinion,
        04  this preference for testing rig samples is
        05  primarily in response to a concern that there
        06  could be variability between testing rig samples
        07  and any other source of -- and -- of the branded
        08  cement, correct?
        09       A.   True.
        10       Q.   Okay.  Now, it's not just -- indeed when
        11  Operators generally go offshore to get -- to go
        12  to the rigs and bring back their rig samples for
        13  testing, they don't just bring back one, but they
        14  actually update that sample on a -- on a -- on a
        15  20 or 30 calendar day basis, correct?
        16       A.   You -- you can get multiple samples from
        17  the rig, yes.
        18       Q.   Okay.  And -- and I -- I just want to be
        19  clear.  I'm not saying multiple samples.  I'm
        20  talking about multiple successive samples over
        21  time?
        22       A.   Sampled multiple times.
        23       Q.   Right.
        24       A.   Correct.
        25       Q.   And so, for example, if we bring in a rig
00292:01  sample and test it in the lab, and 60 days later,
        02  they want to -- to test again that same cement
        03  blend, they might go out and get rig samples
        04  again or resample the blend on the rig, correct?
        05       A.   Yes.
        06       Q.   And that's in response to a concern that
        07  even with the duration of time, there could be
        08  chemical changes in the characteristics of the
        09  cement, correct?
        10       A.   Yes.
```

**8. PAGE 225:08 TO 225:14  (RUNNING 00:00:22.325)**

```
        08       Q.   M-h'm.  More specifically, do you believe
        09  that your testing is a reliable indication of
        10  what would have happened if you tested the rig
        11  blend?
        12            MR. HILL:  Objection, form.
        13       A.   I would have to test the rig blend to
        14  answer that.
```

**9. PAGE 300:22 TO 301:20  (RUNNING 00:00:45.120)**

```
        22       Q.   Okay.  And -- and I would just like to
        23  ask you, do -- do you believe that the test --
        24  the Report, the testing that was reported in
        25  the -- in this Report that we've been talking
00301:01  about all day, do you believe that it proves that
        02  the rig cement was unstable?
        03       A.   "Proves" is a strong word.
        04       Q.   Right.
        05       A.   It demonstrates this slurry design as
        06  tested with these materials was not stable.
        07       Q.   Right.  But the -- we've already
```

## MDL 2179 HESI TRIAL

```
08  established that what you tested was something
09  other than rig cement, right?
10      A.   That's true.
11      Q.   And cement being what it is, something
12  that changes over time, changes based on
13  environmental conditions, has a unique char --
14  has its own unique characteristics?
15      A.   M-h'm.
16      Q.   There's potential for variability in
17  testing between what was on the rig and what you
18  tested in the lab?
19              MR. CHEN:   Objection, form.
20      A.   That's correct.
```

**10. PAGE 231:24 TO 232:14  (RUNNING 00:00:55.250)**

```
        24      Q.   (By Mr. Chen) Now, if -- if you -- if
        25  your density measurements were uniform, or
00232:01  reasonably uniform, and -- but they were
        02  different from your target density, would you
        03  consider that to be a stable foam cement?
        04      A.   The -- there are other indicators that
        05  are also mentioned in 10B-4, bubble breakout,
        06  striation, solid sedimentation, free fluid.  In
        07  the absence of all of those, and if the numbers
        08  were reasonably uniform around the target 14.5
        09  value, then you would call it stable.
        10      Q.   Okay.  And the Halliburton Lab Report
        11  doesn't indicate that there's an -- doesn't have
        12  any comments indicating any visual indications of
        13  instability, right?
        14      A.   Correct.
```

**11. PAGE 294:10 TO 294:15  (RUNNING 00:00:11.662)**

```
10      Q.   (By Mr. Hill) You performed a variety of
11  foam stability tests, and I think it was
12  Section 9 -- 7 -- Section 9, yeah.  Should be
13  easy to remember because it was Section 9 and you
14  did nine tests, right?
15      A.   Yes.
```

**12. PAGE 297:04 TO 297:09  (RUNNING 00:00:14.747)**

```
04      Q.   (By Mr. Hill) Where 8, the only
05  difference is the inclusion of a mill sample from
06  Lafarge, Test 8 is kind of an outlier in terms of
07  the foam stability test results, correct?
08      A.   The reason for running 8 was to make sure
09  that the prior tests were not outliers.
```

**13. PAGE 297:12 TO 298:12  (RUNNING 00:00:55.116)**

```
        12      Q.   I understand that.  But I -- my question
        13  was:  It's something of an outlier in terms if
        14  you compare all four of those test result ranges,
        15  correct?
        16      A.   In magnitude, the differences are there.
        17  The fact that there's variation across the entire
        18  sample is the same across all four.
        19      Q.   Fair enough.  But that variation is --
        20      A.   Large.
        21      Q.   -- vastly different in Test 8, correct?
        22      A.   It is higher.
        23      Q.   Okay.  And would you agree with me that
        24  that is -- and -- and I don't mean to cast
        25  aspersions.  I'm sure the test was done fine.
00298:01  But doesn't -- isn't this a built-in
```

## MDL 2179 HESI TRIAL

```
02   demonstration that the source of the cement
03   matters, that you could have different test
04   results or variability in testing based on where
05   the cement blend comes from?
06        A.  Which is the reason why what you read
07   earlier was representative samples.
08        Q.  Right.  So you would agree with my
09   statement?
10        A.  That where -- that you should use
11   representative materials and that -- that
12   different samples could be different, yes.
```

### 14. PAGE 171:03 TO 171:17  (RUNNING 00:00:47.221)

```
03        Q.  (By Mr. Thornhill) These are the Chevron
04   Bates numbers beginning with 182 and running
05   through 215.  Particularly ask you to look at the
06   chart on Page 189.  All right?  I believe you
07   told me earlier that you looked at the Bly
08   Report, particularly these appendices, J, M, K,
09   correct?
10        A.  We looked over these Appendices.  This is
11   not -- this is the CSI Report, it's not
12   incorporated in -- there was no intention of
13   duplicating this data in the work that we did.
14        Q.  Okay.  Did you look at this data, though,
15   and consider the constituent parts of the blend?
16        A.  No, sir, because this test does not
17   use -- it uses proxy chemicals.
```

### 15. PAGE 217:14 TO 217:25  (RUNNING 00:00:30.061)

```
14        Q.  Okay.  Did you personally disagree with
15   any of the methodology in the CSI Report?
16        A.  The CSI Report was not tested with --
17   with Halliburton materials.  So we just read it
18   for what they did.
19        Q.  Right.  Separate and apart from their
20   test results, you reviewed their methodology.
21   Did you disagree with any of their methodology?
22        A.  I would say we just didn't give -- we
23   just didn't give it a lot of weight except to
24   read what was -- you know, just to read their
25   Report.
```

### 16. PAGE 310:15 TO 312:07  (RUNNING 00:01:35.904)

```
15        Q.  I want to talk to you just about
16   conditioning time generally.  Do you -- what --
17   what is the purpose of conditioning a -- a base
18   slurry?
19        A.  The purpose of the conditioning any
20   slurry is to try to replicate downhole conditions
21   as best you can.
22        Q.  And by "downhole conditions," we're
23   talking about --
24        A.  Temperature and pressure.
25        Q.  Temperature and pressure.
00311:01        And so if you do not condition the base
02   slurry, you are essentially not subjecting your
03   slurry to what you think would be the proper
04   down -- or that, you know, exactly as possible to
05   downhole conditions it's going to experience in
06   placement, right?
07        A.  Well, the discussions around that are in
08   the case of foam, it's difficult to completely
09   replicate the downhole.  Because in foam, you
10   generate the foam, of course, on surface, and
```

# MDL 2179 HESI TRIAL

```
        11  then subject it to temperature and pressure.
        12      Q.  Right.
        13      A.  So it's difficult to completely
        14  replicate.
        15      Q.  And, in fact, API doesn't have any
        16  suggestions or recommendations about conditioning
        17  foam slurries, does it?
        18      A.  It -- as we said in the Report, they're
        19  silent on the issue.
        20      Q.  And so if a -- if a company service --
        21  you know, a -- a cement contractor or Operator
        22  wants to condition that slurry, the base slurry
        23  before it's actually foam, for -- for example, a
        24  foam stability test, that's not prohibited by --
        25      A.  It's not --
00312:01      Q.  -- API, is it?
        02      A.  -- prohibited.
        03      Q.  And, in fact, there are some good reasons
        04  you might want to do it, correct?
        05              MR. CHEN:  Objection, form.
        06      A.  Like I say, it's -- conditioning is -- is
        07  generally a good thing.
```

**17. PAGE 68:25 TO 69:19  (RUNNING 00:00:55.820)**

```
        25      Q.  Do you consider in connection with your
00069:01  running the thickening time test and in the
        02  compressive strength test the likely increase in
        03  temperature from circulating toward static, and
        04  the time that it would take for that increase in
        05  temperature?
        06      A.  Are you asking me whether the temperature
        07  ramp on a compressive strength test is based on a
        08  modeling of the return from circulating to
        09  static?
        10      Q.  Yes.
        11      A.  We usually -- in the Chevron Lab, we
        12  usually use a four-hour heat-up.  That's --
        13  that's based on internal work on using just
        14  exactly what you're asking, heating it on
        15  thickening time, bringing it to schedule, et
        16  cetera, et cetera.
        17          So over time, the protocols we've
        18  developed are a four-hour heat-up and a full
        19  bottomhole pressure.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:10:38.755)**