## MDL 2179 HESI TRIAL

MDL 10-2179 J(1)

 **Faul, Ronald R. (Vol. 01) - 06/29/2011**     1 CLIP  (RUNNING 00:07:26.205)

3-25-13

**FAUL R V1**          **13 SEGMENTS  (RUNNING 00:07:26.205)**



**1. PAGE 10:02 TO 10:06  (RUNNING 00:00:11.707)**

```
02     Q.  And what's your current
03  employment?
04     A.  I am a technology manager for
05  Halliburton, Gulf of Mexico region,
06  cementing.
```

**2. PAGE 253:07 TO 253:15  (RUNNING 00:00:15.572)**

```
07     Q.  So you -- you did a couple of
08  tests with Mr. Quirk?
09     A.  That's correct.
10     Q.  Now, did you use the actual cement
11  blend that was from the rig for the --
12     A.  No.
13     Q.  -- production casing job?
14     A.  Those -- those samples are locked
15  up, and we did not touch them.
```

**3. PAGE 284:01 TO 284:04  (RUNNING 00:00:08.280)**

```
00284:01     Q.  Okay.  So apparently you had
     02  Mr. Quirk conduct some foam stability
     03  contaminated with synthetic oil-based mud?
     04     A.  Yes.
```

**4. PAGE 284:10 TO 285:07  (RUNNING 00:00:43.807)**

```
10     Q.  Okay.  Did he use any of the
11  synthetic oil-based mud from the -- from
12  the rig?
13     A.  No.
14     Q.  So where did he get his materials
15  to use for testing?
16     A.  We had some synthetic oil-based
17  mud in the lab.
18     Q.  Okay.  Did you know it to be the
19  same mud that was provided by -- is it
20  M-I SWACO for this job?
21     A.  I don't know that it was the same
22  mud at all.  It was just a similar mud
23  that was in the lab, synthetic oil-based
24  mud.
25     Q.  Was it of a particular weight,
00285:01  14.17 pounds per gallon?
     02     A.  It says here it was 12.6 pounds
     03  per gallon.
     04     Q.  Is that the same that was used on
     05  the -- the rig for the production casing
     06  job?
     07     A.  No, it's not.
```

**5. PAGE 285:14 TO 285:23  (RUNNING 00:00:32.916)**

```
14     Q.  Right.  Does it matter to you that
15  the mud that you had Mr. Quirk test was
16  much lighter; it was 12.6 pounds per
17  gallon?
```



excerpt played in Court 3-27-2013 SK

```
        18      A.  In this case, it did not.  I was
        19  not trying to repeat anything related to
        20  Macondo.  My only interest here was to
        21  take a foam cement, mix it with various
        22  concentrations of synthetic oil-based mud
        23  and record the results.
```

### 6. PAGE 286:21 TO 287:06  (RUNNING 00:00:29.630)

```
        21      Q.  Who at Halliburton told you to run
        22  this test?
        23      A.  Nobody told me to.
        24      Q.  Just as a matter of curiosity, why
        25  wouldn't you test the base cement against
00287:01  the synthetic oil-based mud?
        02      A.  My -- my interest was not in
        03  testing the base cement with synthetic
        04  oil-based mud.  I wanted to see what the
        05  effects were of contaminating foam cement
        06  with synthetic oil-based mud.
```

### 7. PAGE 289:21 TO 290:09  (RUNNING 00:00:27.390)

```
        21      Q.  Okay.  All right.  Now, from this,
        22  then, it appears that there were no
        23  additives?
        24      A.  It doesn't list any.
        25      Q.  All right.  And it would have been
00290:01  pretty important to you to get any
        02  additives Mr. Quirk put in it so that you
        03  could write it down and preserve that
        04  information; is that fair?
        05      A.  My -- again, my interest was what
        06  happens to a foam cement when you
        07  contaminate it with oil-based mud.  I
        08  didn't really care what the additives were
        09  in there.
```

### 8. PAGE 291:19 TO 293:10  (RUNNING 00:01:28.794)

```
        19      Q.  Okay.  So are you telling me you
        20  just had Mr. Quirk mix up something for
        21  the sake of general interest and you
        22  weren't intending it to have any
        23  particular weight or -- or be given any
        24  particular importance; you were just
        25  mixing up some stuff?
00292:01      A.  That's right.  I -- from time to
        02  time when I want some information about
        03  what might happen, I call Tim and -- or
        04  call the la -- in this case I called Tim,
        05  and just asked him to do a test for me,
        06  I'd like to get this information.
        07      Q.  Right.
        08      A.  It's not associated with a
        09  customer.  It's a Halliburton internal for
        10  information purposes only.
        11      Q.  Okay.  All right.  And -- and so
        12  is it fair for me to say you weren't
        13  really trying to test the same recipe of
        14  cement and additives that had been tested
        15  in Duncan?
        16      A.  In this case, that would be
        17  correct.
        18      Q.  In other words, you weren't trying
        19  to say, look, Duncan, you tested it and
        20  the cement you tested in Duncan had
        21  settling, it appeared to have problems,
```

```
        22  now I'm going to test it with Tim Quirk
        23  and we're going to show that it didn't
        24  settle?  You didn't -- that wasn't your
        25  objective; is that correct?
00293:01      A.  We're -- we're talking about two
        02  different tests.
        03      Q.  Two different tests?
        04      A.  This is the foam stability test
        05  with synthetic oil-based mud.  This was
        06  done in August, by the way, much later
        07  than the other stuff.
        08      Q.  Other stuff being the May test in
        09  Duncan?
        10      A.  Yes.
```

### 9. PAGE 293:25 TO 294:18  (RUNNING 00:00:50.375)

```
        25      Q.  (BY MR. THORNHILL)  Considering
00294:01  our detailed discussion of the importance
        02  of having the exact same materials for
        03  testing, would it be fair for me to say
        04  that this Exhibit Number 807, which we are
        05  looking at under tab 64, which you typed
        06  up, was not intended by you to be used as
        07  a point of comparison with the cement that
        08  was tested with additives in your lab
        09  before there was an ultimate pumping of
        10  that job on the production casing?
        11      A.  Yeah, that'd be a fair statement.
        12  It wasn't meant to be a comparison of that
        13  at all.
        14      Q.  Okay.  Now, you said you did some
        15  other tests with Tim.  What were they?
        16      A.  The only other test is the one
        17  that I talked about before, the foam
        18  stability test.
```

### 10. PAGE 295:11 TO 295:17  (RUNNING 00:00:11.330)

```
        11      Q.  Did you tell him not to keep any
        12  records?
        13      A.  No, I didn't.
        14      Q.  Do you know he wrote down on a
        15  piece of paper some information and then
        16  threw it away?
        17      A.  I didn't know that.
```

### 11. PAGE 296:14 TO 296:24  (RUNNING 00:00:28.530)

```
        14      Q.  Yeah.  And then you talked about
        15  the foam stability.  Now, that, I guess,
        16  you tried to get samples?
        17      A.  No.  Again, using lab stock
        18  materials.
        19      Q.  Okay.
        20      A.  We didn't use anything that had to
        21  do with the samples that came from the
        22  rig.  My intention there was to have Tim
        23  repeat that foam stability test on the
        24  last BP lab report.
```

### 12. PAGE 406:06 TO 407:14  (RUNNING 00:01:28.045)

```
        06      Q.  (BY MS. SULLIVAN)  Mr. Faul, I'm
        07  going to talk to you just a few moments
        08  more about the foam stability test that
        09  Mr. Quirk conducted after the incident.
        10  You asked Mr. -- we've got testimony from
```

```
            11  today you asked Mr. Quirk to run this test
            12  and that he reported the results to you.
            13  But what I don't think I've heard from you
            14  is, what were those results that you got
            15  from Mr. -- Mr. Quirk?
            16      A.  I -- I asked him to call me on the
            17  phone to give me the results.  Basically
            18  he told me he had rerun that test and that
            19  the foam stability test looked good.  Tim
            20  is a very trusted employee.  I trusted his
            21  opinion to look at the results and just
            22  tell me that it was a good -- a good foam
            23  stability test.  I don't recall him giving
            24  me any specific numbers.  I don't recall
            25  asking about it.
     00407:01              I was confident that when he
            02  told me it was a good test that he had
            03  repeated the previous test, I felt
            04  comfortable with that.
            05      Q.  So Mr. Quirk didn't report any
            06  particular numbers, the specific gravity,
            07  pounds per gallon, what the difference
            08  between the top and bottom of the tests
            09  would have been that he conducted?
            10      A.  If he did, I don't remember them.
            11      Q.  You took his word for that?
            12      A.  I did.
            13      Q.  The tests looked good?
            14      A.  Yes.
```

**13. PAGE 409:16 TO 409:21  (RUNNING 00:00:09.829)**

```
            16      Q.  So you did these -- these tests
            17  for -- for yourself; is that my
            18  understanding?
            19      A.  I wanted to have a comfort level
            20  that we could repeat that test and the
            21  results would be okay.
```

 **Faul, Ronald R. (Vol. 02) - 06/30/2011**           1 CLIP  (RUNNING 00:02:18.216)

3-25-13

**FAUL R V2**              **3 SEGMENTS  (RUNNING 00:02:18.216)**            

**1. PAGE 700:21 TO 701:14  (RUNNING 00:00:42.841)**

```
            21              I just want to be clear.  To
            22  your knowledge, has any individual at
            23  Halliburton ever requested that a
            24  postincident test be run on actual rig
            25  cement?
     00701:01      A.  To my knowledge, we have not run
            02  any tests on any of the --
            03      Q.  Okay.
            04      A.  -- postincident cement.  It's all
            05  been locked up.
            06      Q.  And I think you said this, but
            07  I -- I just want to make sure the record
            08  is clear, that to the extent any of the --
            09  any of those -- to the extent anything was
            10  used in those tests, it would have been
```

## MDL 2179 HESI TRIAL

```
        11  lab stock, correct?
        12           MR. CHEN:  Objection, form.
        13      A.  Everything would have been lab
        14  stock; cement additives as well.
```

**2. PAGE 704:22 TO 705:04  (RUNNING 00:00:16.231)**

```
        22              Now, just because it's been
        23  talked about by different counsel, I just
        24  want to make sure we're clear in context.
        25              Regarding the foam stability
   00705:01  test that you gave -- that you requested
        02  that Mr. Quirk do, did you ever request or
        03  tell Mr. Quirk to throw away any
        04  documentation regarding that test?
```

**3. PAGE 705:06 TO 706:09  (RUNNING 00:01:19.144)**

```
        06      A.  I -- I don't recall ever telling
        07  him -- I don't recall ever telling Tim to
        08  do that.  The only thing I remember asking
        09  him to do was not to input the results
        10  into Viking.
        11      Q.  (BY MR. HILL)  Okay.  Do you
        12  recall any further communication between
        13  you and Mr. Quirk about the presentation
        14  of those results?
        15      A.  No, I don't.
        16      Q.  Okay.  In your job, do you have
        17  occasion to request testing from the
        18  laboratory that is not sourced through the
        19  Viking system?
        20      A.  Yes, I do.  I -- as the -- the
        21  fact that the lab reports to me, I feel
        22  like I have a certain latitude to call and
        23  ask him to do testing for me and give me
        24  some results, usually simple things.
        25      Q.  Did anybody at Halliburton ask you
   00706:01  to request that test?
        02      A.  No, I was not requested by anybody
        03  to do that.
        04      Q.  So why did you do it?
        05      A.  I just wanted to gain the
        06  information.
        07      Q.  Okay.  Informational for your own
        08  personal -- purpose?
        09      A.  Yes.
```

| TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:09:44.421) |
|---|