## MDL 2179 HESI TRIAL

MDL 10-2179 J (1)

Morgan, Rickey L. (Vol. 01) - 01/17/2011                                   1 CLIP  (RUNNING 00:08:12.911)

3-25-13

**MORGAN R V1**                       24 SEGMENTS  (RUNNING 00:08:12.911)

**1. PAGE 7:19 TO 7:21 (RUNNING 00:00:03.250)**

```
19      Q.      Can you tell me your full name,
20   please?
21      A.      Rickey Lynn Morgan.
```

**2. PAGE 13:07 TO 13:12 (RUNNING 00:00:25.010)**

```
07      Q.      What was your involvement with
08   the Macondo well 252 project, if any?
09      A.      After the well had issues I was
10   called by Ronnie Faul and asked to mix up a
11   slurry and give him my opinion of what I
12   thought about it.
```

**3. PAGE 15:23 TO 16:01 (RUNNING 00:00:09.700)**

```
23         Q.      And roughly how many weeks after
24   or days after?
25         A.      Roughly two weeks, two to four
00016:01   weeks.
```

**4. PAGE 18:04 TO 18:06 (RUNNING 00:00:08.920)**

```
04      Q.      And what did -- what did you do?
05      A.      I got the slurry sheet, and I
06   went and mixed the slurry up.
```

**5. PAGE 18:14 TO 18:15 (RUNNING 00:00:04.650)**

```
14      Q.      And what's on the slurry sheet?
15      A.      The recipe for the slurry.
```

**6. PAGE 20:06 TO 20:09 (RUNNING 00:00:05.340)**

```
06      Q.      Was it a foam slurry?
07      A.      Yes, sir.
08      Q.      How would you describe that
09   slurry?
```

**7. PAGE 20:23 TO 21:03 (RUNNING 00:00:12.320)**

```
23         A.      When I mixed it up it looked
24   thin to me.
25         Q.      (BY MR. GONZALEZ)  And what does
00021:01   that mean?
02         A.      It was not as viscous as I was
03   expecting it to be.
```

**8. PAGE 21:09 TO 21:12 (RUNNING 00:00:08.000)**

```
09      Q.      So the thinner the slurry, the
10   less likely that it will be stable?
11      MR. BOWMAN:  Objection; form.
12      A.      Not -- not necessarily.
```

**9. PAGE 22:10 TO 23:10 (RUNNING 00:00:39.850)**

```
10      Q.      And you reported it?
11      A.      No, sir.
12      Q.      You didn't tell it to anyone?
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 27 2013

LORETTA G. WHYTE
CLERK

excerpt played
in Court
3-27-2013
SK

MDL 2179 HESI TRIAL

```
           13      A.    I didn't record it.  I told it
           14  to Ronnie Faul.
           15      Q.    Right, you told it to Ronnie.
           16  On the phone?
           17      A.    Yes, sir.
           18      Q.    Now, did Ronnie tell you not to
           19  write it down?
           20      A.    No, sir.
           21      Q.    You just chose not to?
           22      A.    Yes, sir.
           23      Q.    And was that because you were
           24  concerned that it might be considered
           25  something that could be used in litigation
  00023:01  against the company down the road?
           02      A.    No, sir.  He was asking for my
           03  opinion, and I gave him my opinion.  I didn't
           04  want to put anything on an e-mail that could
           05  be twisted, and turned, just like we were
           06  talking about earlier.
           07      Q.    Okay.  So tell me exactly what
           08  you remember telling Ronnie about the
           09  third -- slurry being thinner than you
           10  thought it would be.
```

**10. PAGE 23:15 TO 23:21 (RUNNING 00:00:08.807)**

```
           15      A.    I told him that I thought the
           16  slurry was thin.
           17      Q.    What did he say?
           18      A.    He said okay put it in an
           19  e-mail.
           20      Q.    Did you?
           21      A.    No.
```

**11. PAGE 23:24 TO 24:02 (RUNNING 00:00:05.080)**

```
           24      Q.    You didn't want your words
           25  turned around -- down the road?
  00024:01      A.    Twisted, exactly, taken out of
           02  context.
```

**12. PAGE 29:08 TO 30:02 (RUNNING 00:00:47.650)**

```
           08      Q.    Did you do this test more than
           09  once?
           10      A.    Yes, sir.
           11      Q.    How many times did you do it?
           12      A.    Twice.
           13      Q.    Did you get the same result?
           14      A.    Yes, sir.
           15      Q.    And did you tell Ronnie -- did
           16  you call Ronnie after the first test and the
           17  second test, or did you call him after both
           18  tests were done?
           19      A.    Both tests.
           20      Q.    Did he tell you to run it twice,
           21  or did you decide to do it on your own?
           22      A.    No, sir.  Tim Quirk called and
           23  asked how mad- -- how I conditioned the
           24  slurry.
           25      Q.    And you told him?
  00030:01      A.    Yes, sir, I didn't condition it.
           02  I just mixed it and looked at it.
```

**13. PAGE 33:23 TO 34:09 (RUNNING 00:00:35.450)**

```
           23      Q.    Tell me about your conversation
           24  with Tim Quirk, everything you remember about
```

MDL 2179 HESI TRIAL

```
           25  it.  Tim calls and says, hi, Rickey, and then
    00034:01  said what?
           02       A.   He says -- he just straight up
           03  asked me how -- if I conditioned -- how I
           04  mixed the slurry I mixed when I talked to
           05  Ron, I talked to Ronnie about.  And, and he
           06  said that they had conditioned their slurry
           07  down there and asked me if I had and I said
           08  no.  So I went back and repeated the test,
           09  conditioned it.
```

**14. PAGE 72:21 TO 73:04 (RUNNING 00:00:22.200)**

```
           21       Q.   Now, had you been the individual
           22  that had tested the mix on the slurry before
           23  it was used, you would have pointed out to
           24  someone that in your opinion the slurry
           25  seemed too thin?
    00073:01       MR. BOWMAN:  Objection; form.
           02       A.   The slurry may have been
           03  designed to be that particular viscosity, for
           04  some reason.
```

**15. PAGE 77:06 TO 77:20 (RUNNING 00:00:19.320)**

```
           06            When you mixed your mixability
           07  test, when you mixed that slurry --
           08       A.   Yes, sir.
           09       Q.   -- you were using all
           10  off-the-shelf product?
           11       A.   Yes, sir.
           12       Q.   You -- is there any reason to
           13  believe you had any of the materials that
           14  were from the specific batches that were used
           15  on the Deepwater Horizon?
           16       A.   No, sir.
           17       Q.   And did -- you didn't have
           18  access to any samples from the Macondo
           19  project?
           20       A.   No, sir.
```

**16. PAGE 97:11 TO 98:02 (RUNNING 00:00:43.770)**

```
           11       Q.   And what conclusions did you
           12  draw about the -- that the formulation of the
           13  slurry as it related to how thin the slurry
           14  was?
           15       A.   I didn't know what their design
           16  parameters was, if they had tight hole, that
           17  kind of stuff.  So I assume they designed it
           18  like they wanted it.
           19       Q.   And, now, when you're referring
           20  to the tight hole, that's because depending
           21  on the difference between the pore pressure
           22  and fracture gradient in the hole, you might
           23  need a thinner or thicker slurry --
           24       A.   Yes.
           25       Q.   -- to avoid losses; is that
    00098:01  right?
           02       A.   Exactly, yes, ma'am.
```

**17. PAGE 98:09 TO 98:14 (RUNNING 00:00:08.840)**

```
           09       Q.   And did you believe, based upon
           10  what you saw, about the slurry that you
           11  mixed, that it would be able to foam
           12  properly?
           13       A.   It did foam properly, yes,
```

MDL 2179 HESI TRIAL

```
            14  ma'am.
```

**18. PAGE 98:22 TO 99:10  (RUNNING 00:00:24.750)**

```
            22       Q.   And you were able to
            23  successfully foam it?
            24       A.   Yes, ma'am.
            25       Q.   Did you see any signs of gas
   00099:01  break-out when you foamed it?
            02       A.   No, ma'am.
            03       Q.   And did the slurry foam all the
            04  way up to fill the container?
            05       A.   Yes, ma'am.
            06       Q.   Did you see any signs of free
            07  fluid after you foamed it?
            08       A.   No, ma'am.
            09       Q.   Or any streaking?
            10       A.   No, ma'am.
```

**19. PAGE 104:18 TO 105:03  (RUNNING 00:00:27.220)**

```
            18       Q.   Okay.  Thank you.  And then even
            19  after you conditioned the slurry for two to
            20  three hours at 135, it still looked the same
            21  as the first test; is that right?
            22       A.   The viscosity was, yes, ma'am.
            23       Q.   So it was still thinner than you
            24  would expect for a foam slurry?
            25       A.   Yes, ma'am.
   00105:01       Q.   Now, did you notice any other
            02  differences after you conditioned the slurry?
            03       A.   No, ma'am.
```

**20. PAGE 105:11 TO 106:01  (RUNNING 00:00:47.150)**

```
            11       Q.   And you also threw away the
            12  slurry sample?
            13       A.   No.  I actually poured the
            14  sample into a -- a cylinder and ran a test
            15  there.
            16       Q.   And what test did you run for
            17  the second one?
            18       A.   I poured it in a 250 milliliter
            19  cylinder that is about an inch and a half in
            20  diameter and 1 foot tall.  I set it in a
            21  134-degree water bath for an hour and a half
            22  to two hours, and then I observed what the
            23  slurry looked like.
            24       Q.   So pretty much like the API
            25  onset foam slurry test?
   00106:01       A.   Close to it, yeah.
```

**21. PAGE 107:08 TO 107:18  (RUNNING 00:00:36.380)**

```
            08       Q.   Okay.  And what did you observe
            09  about the slurry after you finished running
            10  this test for two hours?
            11       A.   I looked at the slurry to see if
            12  there was any foam breaking out, if the level
            13  of the slurry had dropped, and there wasn't.
            14  I also took a glass rod and dropped down into
            15  the slurry to see if the bottom was glass or
            16  if there had been settling of the solids in
            17  the cylinder, and there wasn't.  So the
            18  slurry looked stable in that particular test.
```

**22. PAGE 107:22 TO 108:03  (RUNNING 00:00:19.470)**

```
            22       Q.   If you had been performing the
```

MDL 2179 HESI TRIAL

```
        23  tests that you described in advance of a
        24  cement job, would you have relied on the test
        25  results you had to show that the foam slurry
  00108:01  was stable?
        02       A.    Yes, ma'am, and I would have
        03  poured some samples, some stability samples.
```

**23. PAGE 191:13 TO 191:24  (RUNNING 00:00:23.000)**

```
        13       Q.    Did you notice any settling
        14  issues?
        15       A.    No, sir.
        16       Q.    And that goes for the original
        17  test as well as a repeat test?
        18       A.    Yes, sir.
        19       Q.    If Mr. Quirk had reported to
        20  Mr. Faul that the test showed signs of
        21  settling, where would he have gotten that
        22  information?
        23       MR. BOWMAN:  Objection; form.
        24       A.    I have no idea.
```

**24. PAGE 199:12 TO 199:15  (RUNNING 00:00:06.784)**

```
        12       Q.    And, in fact, did you -- based
        13  on your test, did it seem, that the slurry
        14  was, in fact, stable?
        15       A.    Yes, sir.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:08:12.911)**