U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 2 6 2013
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Case No. 13-30221

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

*Lyle W. Cayce*
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
_X_ Dkld_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 25, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30221   In Re: Deepwater Horizon  
    USDC No. 2:10-MD-2179

Enclosed is an order entered in this case.

In addition to filing the joint designation of the record with the District Court, please notify this court by separate letter that the designation has been filed and provide us with the document number assigned to that filing.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _Connie Brown_  
    Connie Brown, Deputy Clerk  
    504-310-7671

Mr. Robert C. Mike Brock  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Timothy A. Duffy  
Mr. Jeremy D. Friedman  
Mr. Richard Cartier Godfrey  
Mr. Don Keller Haycraft  
Mr. James Andrew Langan  
Mr. Steven Andrew Myers  
Mr. Joseph Darrell Palmer  
Ms. Loretta Whyte