UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

### LIBERTY INSURANCE UNDERWRITERS, INC.'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSIONS

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court for a one-week extension of time, until April 8, 2013, to respond to the First Set of Requests for Admissions propounded by Cameron International Corporation ("Cameron"), on the following grounds:

1.

On February 28, 2013, Cameron propounded on Liberty its First Set of Requests for Admissions ("Discovery Requests"). *See* Discovery Requests, attached as Exh. A. Under Rule 36(a)(3) of the Federal Rules of Civil Procedure, Liberty's responses to the Discovery Requests are due on or about April 1, 2013.

2.

Liberty requires a short extension of time to respond to Cameron's Discovery Requests. Counsel for Cameron has consented to the requested extension.

825556

3.

Accordingly, Liberty requests that the Court grant its Motion for Extension and briefly extend the deadline for Liberty to respond to Cameron's Discovery Requests until April 8, 2013.

                                          Respectfully submitted,

                                          /s/ Judy Y. Barrasso
                                          Judy Y. Barrasso, 2814
                                          Celeste Coco-Ewing, 25002
                                          BARRASSO USDIN KUPPERMAN
                                              FREEMAN & SARVER, L.L.C.
                                          909 Poydras Street, 24th Floor
                                          New Orleans, Louisiana  70112
                                          504.589.9700 (Telephone)
                                          504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

825556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Unopposed Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of March, 2013.

/s/ Judy Y. Barrasso

825556