UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** **Case No. 12-311** | * * * | **JURY TRIAL DEMANDED** |

## O R D E R

CONSIDERING the foregoing Liberty Insurance Underwriters, Inc.'s Unopposed Motion for One-Week Extension of Time to Respond to Requests for Admission,

IT IS HEREBY ORDERED THAT Liberty Insurance Underwriters, Inc. be and is hereby GRANTED a one-week extension of time until April 8, 2013 to respond to Cameron International Corporation's Requests for Admissions.

New Orleans, this ____ day of _____, 2013

_____
MAGISTRATE JUDGE