UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG ) | | MDL No. 2179 |
| "DEEPWATER HORIZON" in the ) | | |
| GULF OF MEXICO, on APRIL 20, 2010 ) | | Section J; Mag. 1 |
| ) | | |
| This Document Relates to: ) | | Judge Barbier |
| In re: 10-8888 Short Form Joinders ) | | Mag. Judge Shushan |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline is hereby granted and all Short Form Joinders filed by Claimants identified in Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, and Exhibit G into the record of Civil Action No. 10-0999 and/or 10-8888, shall be considered as timely filed in the Transocean Limitation (Civil Action 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre- Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge