UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
| * | SECTION J |
| Relates to: *All Cases* * | |
| * | |
| (Including No. 10-2771) * | JUDGE BARBIER |
| * | |
| * | MAG. JUDGE SHUSHAN |

*********************************************

**SUBMISSION OF PSC's PHASE TWO EXHIBIT LIST**

**NOW INTO COURT** comes the Plaintiffs Steering Committee, thru Plaintiffs' Liaison Counsel, and respectfully submit the PSC's Exhibit List for the Phase Two Limitation and Liability Trial as EXHIBIT A.

The PSC respectfully reserves the right to seek admission of any exhibit identified and/or sought to be admitted by any other party, and further reserves the right to seek admission of any document for purposes of impeachment or rebuttal, or for such other purposes as may be allowed by the Court.

This 29th day of March, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this Submission, along with the Exhibit List, will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 29th day of March, 2013.

/s/  James Parkerson Roy and Stephen J. Herman