# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BP'S 3/29/2013 GOOD FAITH PHASE II TRIAL EXHIBIT LIST-SECOND INSTALLMENT

Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 3/29/2013 Good Faith Phase II Trial Exhibit List for Phase II of the Limitation and Liability Trial (attached hereto as "Exhibit A"). Pursuant the Court's 10/16/2012 Order re Working Group Conference, BP will also circulate a version of Exhibit A in Microsoft Excel format.

BP reserves the right to supplement or amend its 3/29/2013 Good Faith Phase II Trial Exhibit List. These additions or deletions may be for reasons including, but not limited to: (1) adding and/or removing documents pursuant to the Court's 11/14/2012 Order re Phase II Exhibit Lists and Evidentiary Objections; (2) adding and/or removing documents in light of other parties' pre-trial filings, exhibit lists and demonstratives, as well as the evidence and arguments presented by other parties at trial; (3) adding and/or removing documents produced by other parties recently or in the future; (4) adding and/or removing documents in connection with the outcome of rulings by the Court on motions in limine and other issues, or filings by the parties on those issues; (5) adding and/or removing documents as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; (6) adding and/or removing documents in light of the parties' listing of witnesses on their witness lists. BP reserves the right to offer into evidence or use for

impeachment or other purposes documents included on other parties' exhibit lists or referenced by other parties' experts in their reports or at trial.  BP further reserves the right to add to this list documents used for rebuttal and/or refreshing recollection.

Dated: March 29, 2013                          Respectfully submitted,

                                               /s/ Don K. Haycraft
                                               Don K. Haycraft (Bar #14361)
                                               R. Keith Jarrett (Bar #16984)
                                               LISKOW & LEWIS
                                               701 Poydras Street, Suite 5000
                                               New Orleans, Louisiana 70139-5099
                                               Telephone: (504) 581-7979
                                               Facsimile: (504) 556-4108

                                               Richard C. Godfrey, P.C.
                                               J. Andrew Langan, P.C.
                                               Robert R. Gasaway
                                               Mark J. Nomellini
                                               KIRKLAND & ELLIS LLP
                                               300 North LaSalle Street
                                               Chicago, IL 60654
                                               312-862-2000 (Tel)
                                               312-862-2200 (Fax)

                                               Robert C. "Mike" Brock
                                               COVINGTON & BURLING LLP
                                               1201 Pennsylvania Avenue, NW
                                               Washington, DC 20004-2401
                                               202-662-5985

                                               *Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of March, 2013.



_____/s/ Don K. Haycraft_____