State of LA 3/29/2013 Good Faith Phase Two Trial Exhibit List: Second Installment

| Exhibit No. | Date Of Exhibit | Description of Exhibit | Range of Bates Nos. | Phase | Status |
|---|---|---|---|---|---|
| TREX170000 | 3/10/2003 | Letter from MMS regarding Zone consistency Determination for Initial Exploration Plan oCS-G32306 Block 252 Mississippi Canyon Area Wells A and B | LA-ST-000001 LA-ST-000056 | Phase Two | New |
| TREX170001 | 5/2/2010 | Memorandum From Jeff Harris, Coastal Scientist DCL-B Consistency Section RE: Review of C20090112, Exploration Plan and Consistency Certification forward to OCM by MMS for Mississippi Canyon Block 252 | LA-ST-000057 LA-ST-000061 | Phase Two | New |
| TREX170002 | | Consistency Coding Form | LA-ST-000062 LA-ST-000065 | Phase Two | New |
| TREX170003 | 3/30/2009 | Letter to Michelle Griffitt from Gregory J. DuCote Acting Adminstrator Interagency Affairs/Field Services Division RE: C20090112. Coastal Zone Consistency Intial Exploration Plan BP Exploration & Production Inc. Mississippi Canyon, Block 252 OCS-G32306, Control N-09349 | LA-ST-000066 LA-ST-000072 | Phase Two | New |
| TREX170004 | 4/21/2010 | SPOC INCIDENT #10-02075 | LA-ST-000073 LA-ST-000075 | Phase Two | New |
| TREX007047 | 4/13/2009 | Email and Attachment re Regulatory and Group Compliance Meeting Follow-up | BP-HZN-2179MDL00353196- BP-HZN-2179MDL00353198 | Phare One; Phase Two | |
| TREX000860 | 8/11/2010 | Email and Attachment fr. Samuel Defranco to J. Wetherbee re Swiss Cheese | BP-HZN-BlY00092832 - BP-HZN-BlY00092832 | Phase One; Phase Two | |
| TREX000861 | NA | Figure - BP's Hazard Barrier Diagram | | Phase One; Phase Two | |
| TREX021535 | NA | BP Macondo Risk Matrix | BP-HZN-2179MDL01573251- BP-HZN-2179MDL01573256 | Phase One; Phase Two | |
| TREX002701 | 3/10/2010 | Guidance on Practice for Major Hazard and Risk Egister Development | BP-HZN-2179MDL01335856- BP-HZN-2179MDL01335856 | Phase One; Phase Two | |