UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>*ALL CASES & 2:10-CV-02771* | MDL No. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S SUBMISSION OF PHASE TWO
"GOOD FAITH" TRIAL EXHIBIT LIST – SECOND INSTALLMENT**

**NOW INTO COURT** come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and, in accord with the Court's Order of November 14, 2012 [Doc. 7888], respectfully submit the following "Good Faith" Trial Exhibit List – Second Installment for Phase Two of the Limitation and Liability Trial, attached as Exhibit A.

Transocean further reserves the right to offer any exhibit listed or offered by any other party.

DATED: March 29, 2013                                          Respectfully submitted,

| | |
|---|---|
| By: /s/ Brad D. Brian<br>Brad D. Brian<br>Michael R. Doyen<br>Luis Li<br>Grant A. Davis-Denny<br>MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180 | By: /s/ Steven L. Roberts<br>Steven L. Roberts<br>Rachel Giesber Clingman<br>Sean D. Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com, |

Email: brad.brian@mto.com  
    michael.doyen@mto.com  
    luis.li@mto.com  
    grant.davis-denny@mto.com  

    rachel.clingman@sutherland.com  
    sean.jordan@sutherland.com  

By: /s/ Edwin G. Preis  
Edwin G. Preis, Jr.  
PREIS & ROY PLC  
Versailles Blvd., Suite 400  
Lafayette, LA 70501  
(337) 237-6062  
  and  
601 Poydras Street, Suite 1700  
New Orleans, LA 70130  
(504) 581-6062  

By: /s/ Kerry J. Miller  
Kerry J. Miller  
FRILOT, LLC  
110 Poydras St., Suite 3700  
New Orleans, LA 70163  
Tel: (504) 599-8194  
Fax: (504) 599-8154  
Email: kmiller@frilot.com  

John M. Elsley  
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP  
711 Louisiana Street, Suite 500  
Houston, TX 77002  
(713) 224-8380  

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of March, 2013, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                            /s/ Kerry J. Miller