UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Working Group Conference on Friday, March 15, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### EQUIPMENT AT MICHOUD AND OTHER LOCATIONS

1. **Cement Materials**.

On March 14, BP submitted questions concerning the Kodiak/Macondo cement. Halliburton will provide its report on the cement, including answers to BP's questions, by 8:00 a.m. on **Monday, March 18**. The PSC will prepare a report on the cement after Tim Quirk testifies on **Tuesday, March 19**. The Court contacted Captain Englebert, who will go to Broussard, Louisiana, on **Tuesday, March 19**, to pick up the cement sample. The U.S. asked that a formal chain of custody be maintained.

2. **Michoud Audit**.

The audit report was received from BP.

3. **Mold Impressions**.

There was no report on the July 2012 mold impressions.

4. **Riser Inspection**.

The inspection of the riser at the Transocean Amelia yard is set for **Tuesday, March 19.**

5. **Coflexip Pipes and Braces**.

Cameron's proposed order for disposal of the Coflexip pipes and braces was signed. Rec. doc. 8936.

## PHASE ONE ISSUES

1. **Walter Guillot Video Clip.**

The issue with the Walter Guillot Video Clip is moot.

2. **Transocean Video Clips**.

BP will raise an issue concerning Transocean's announcement of the video clips for its case. The PSC will join in BP's objection.

3. **Call-outs**.

On March 13, an order was issued regarding call-outs and exhibits. Rec. doc. 8892. Not all of the parties are pre-preparing call-outs. Some call-outs are "live." In these circumstances, the trial attorney should call-out the TREX number, the PDF page number, and the section on the page. At the close of the day, the trial attorney should supply a list of the live call-outs to everyone using the uniform numbering system.

The parties are asked to remind their trial teams to clearly identify the call-outs with the uniform numbering system for the record in order to simplify the marshaling work.

The Court clarified that the deadlines referred to in the March 13 order are deadlines for the final lists. By the deadline, all objections must have been submitted, all disputes resolved, and the list in final form. An objection relating to the preceding Wednesday and Thursday may not be raised for the first time on Monday at 12:00 noon.

**4.   Admission of Full Exhibits.**

There was discussion of BP's proposal of March 14 regarding the thumb drives that inData provides to Judge Barbier each week. BP's proposal was adopted.

After the documents are listed for admission and admitted, inData will provide the following to the Judge (in addition to the party's demonstratives):

a.  If a party lists both full exhibits and callouts/pages, only the callouts/pages will be provided to Judge Barbier by inData.

b.  If a party only lists callouts/pages, only those callouts/pages will be provided to Judge Barbier by inData.

c.  If a party only lists exhibits, inData will provide the full exhibit to Judge Barbier. Given Judge Barbier's preference, this option is to be used sparingly except for extremely short (1-3 page) documents.

A document admitted through this and the marshaling conference process will be admitted regardless of whether it is part of the separate process (described in the next sentence) to introduce a number (currently 25) of the very large documents, and it will not be 'de-admitted' even if it is not a part of that separate process.

Subject to the foregoing, the PSC's suggestion that all parties agree on a list of documents to be admitted into evidence in their entirety will be kept on the agenda.

5. **Deposition Bundles**.

The deposition bundles that Louisiana considered offering were submitted by other parties.

Transocean will communicate with the parties and inData concerning whether the deposition bundle for Graham "Pinky" Vinson is complete. The PSC wants to introduce Mr. Vinson's deposition bundle in its case-in-chief. The deposition bundle was put on Worldwide's site on February 10, 2012.

6. **Demonstrative Numbering**.

The PSC may run out of the assigned numbers for demonstratives. The parties were asked to coordinate additions to the assigned numbers to accommodate additional assigned numbers.

7. **Richard Coronado**.

The parties will be permitted to admit the deposition bundle for Mr. Coronado. It should be offered at the Marshaling Conference on **Thursday, March 21.**

8. **Donald Vidrine**.

Judge Barbier will resolve the motions for adverse inference regarding Mr. Vidrine.

9. **Overflow Courtrooms**.

The overflow courtrooms through March 29 are: (1) Judge Sear (C311); (2) Judge Moore (B407); and (3) Judge Shushan (B309). Seating is assigned in the three courtrooms.

## PHASE TWO PREPARATION

1. **Anadarko's Proposed Order.**

After modification, Anadarko's proposed order regarding Phase Two expert document production was entered. Rec. doc. 8907.

**2.     Revision of Phase Two Timeline**.

There was no objection to the modification sought by Transocean to the time line. BP had a clarification for the "Bea track" of expert reports. It also submitted a letter, dated March 15, on the same point. The U.S. emailed the parties and the Court regarding missing dates in the timeline. Halliburton had some proposed changes to the timeline.

**3.     Deposition Designations**.

There was discussion of the proposals by the U.S. It was agreed that the parties will follow the Phase One protocol for designation, uploading to inData and copying all parties.

**4.     Deposition Summaries.**

The following are brief statements on the parties' positions on deposition summaries:

| | |
|---|---|
| U.S.: | Objective summary only. |
| Anadarko: | Up to 3 page summaries by each group. Submit to Judge Barbier grouped as source control and quantification. |
| HESI: | Grouping gets a maximum number of substantive bullet points. |
| TO: | Likes the bullet point idea adding a line or word limit and "ungrouping" for parties to submit separate points. |
| BP: | Likes short summaries of no more than 2 pages per group. It does not like bullet points. |

These were reviewed with Judge Barbier, who adopted Anadarko's proposal with a modification proposed by Transocean: For a limited number of depositions, Transocean and Halliburton may be unable to agree on a 3 page summary. In those circumstances, Transocean and Halliburton will each submit page and a half summaries.

5. **Dr. Leifer's Audio Journal**.

By **Friday, March 22**, the parties (UCSB, BP and the U.S.) shall report on the procedures and schedule for the preliminary examination. Rec. doc. 8891.

6. **Crime Fraud.**

The Court reported that it will consider BP's *in camera* submission. By the close of business on **Thursday, March 21**, the U.S. and Transcoean will respond. If the U.S. and Transocean cannot make a joint submission, Transocean should not have much to add. BP's right to respond to the U.S./TO submission(s) is reserved. If BP responds, the right of the U.S. to make the final submission is reserved.

## MATTERS NOT RELATED TO PHASE ONE OR PHASE TWO

1. **U.S. Proposed Order on Confidential Communications**.

The U.S. is working on an order clarifying that communications between the U.S. and the States, particularly the non-party States, are confidential.

2. **Sample Extracts Order.**

The parties are working on a consent joint motion concerning sample extracts.

## PHASE THREE

By **Wednesday, April 10**, each party shall submit a 2 page statement on the proposed the scope of Phase Three.

## CONFERENCE SCHEDULE

03/22/13     No WGC Conference

03/29/13     No WGC Conference

04/05/13     No WGC Conference

| | |
|---|---|
| 04/12/13 | WGC meeting at 9:30 a.m. |
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | WGC meeting at 9:30 a.m. |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/28/13 | WGC meeting at 9:30 a.m. |
| 07/05/13 | No WGC Conference |
| 07/12/13 | WGC meeting at 9:30 a.m. |
| 07/19/13 | WGC meeting at 9:30 a.m. |
| 07/26/13 | WGC meeting at 9:30 a.m. |
| 08/02/13 | No WGC Conference |
| 08/09/13 | WGC meeting at 9:30 a.m. |
| 08/16/13 | WGC meeting at 9:30 a.m. |
| 08/23/13 | WGC meeting at 9:30 a.m. |
| 08/29/13 | Phase Two Final Pre-Trial Conference |
| 09/06/13 | WGC meeting at 9:30 a.m. |

09/13/13       WGC meeting at 9:30 a.m.

09/16/13       Commencement of Phase Two Trial

    **All Saturdays are email free days.**

New Orleans, Louisiana, this 1st day of April, 2013.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**