UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>   **"Deepwater Horizon" in the Gulf**<br>   **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

### ORDER

**[Regarding the Joint Objections of the U.S. and Transocean to BP's Submission of Privilege Logs and *In Camera* Documents in Response to Motion to Compel (Rec. doc. 8974)]**

IT IS ORDERED as follows:

1. The objection of the U.S. and Transocean to BP's provision of certain materials to the Court is denied.

2. The objection of the U.S. and Transocean to an *in camera* review of the documents identified on the crime-fraud exception logs is denied.

3. By **Wednesday, April 3, 2013**, BP shall provide the U.S. and Transocean with the logs submitted by BP with its letter of March 5, 2013 (Rec. doc. 9035) (hereinafter "crime-fraud exception logs").

4. Until further order of the Court, the crime-fraud exception logs shall be treated as confidential pursuant to PTO 13.

5. By **Wednesday, April 3, 2013**, BP shall submit for *in camera* review, the documents identified on the log related to the April 29, April 30 and May 4, 2010 SEC filings and the log related to the May 4, 2010 Congressional Briefing. BP shall identify the documents on these two logs which fall into Category A. It is not necessary that it identify the remaining documents by category.

6. BP shall respond to the argument by the U.S. and Transocean that its criteria for selecting documents for its privilege logs and *in camera* review is too narrow. Rec. doc. 8974 at 5-6. The U.S. and Transocean may submit a joint reply. This will be the final submission on the crime-fraud exception motions. The U.S., Transocean and BP shall meet-and-confer on a schedule for completion of briefing.

7. Except as provided herein, BP's request for further proceedings before the resolution of the crime-fraud exception motions is denied.

8. The deadline for an appeal of this order is **Friday, April 5, 2013.**

New Orleans, Louisiana, this 1st day of April, 2013.

                                                       **SALLY SHUSHAN**
                                                     **United States Magistrate Judge**