MINUTE ENTRY
SHUSHAN, M.J.
APRIL 1, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating: Brian Barr, Nat Chakeres, Tony Fitch, Rob Gasaway, Stuart Drake, Joe Eisert and Gwen Richard.

After consideration of the parties' submissions and comments regarding the dates for Dr. Bea's reports and any replies, the schedule is as follows:

| | |
|---|---|
| 4/5/13 | Service of Dr. Bea's report. |
| 4/10/13 | Service of Dr. Bea's consideration materials. |
| 5/10/13 | Service of Defendants' reports and consideration materials for issues raised in Dr. Bea's report. |
| 6/10/13 | Service of the reports and consideration materials from Dr. Bea and any other expert in reply to the reports served on May 10, 2013. |

SALLY SHUSHAN
**United States Magistrate Judge**

MJSTAR  00:20