UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| This Document Relates to: No. 13-492 | * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

___

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY, *Plaintiffs* | * * * * | CIVIL ACTION NO. 13-0492 SECTION J |
| versus | * * | HONORALBE CARL J. BARBIER |
| DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; and PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the *Deepwater Horizon* Economic and Property Damages Settlement Trust, *Defendants* | * * * * * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

___

## NOTICE OF SUBMISSION

Please take notice that the Motion to Dismiss Pursuant to Rule 12(b)(6), filed by defendants Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon

1

Economic and Property Damages Settlement Trust, will be submitted for hearing on April 24, 2013, at 9:30 a.m.

        Respectfully submitted,

        */s/ Jennifer L. Thornton*
        Richard C. Stanley, 8487
        Jennifer L. Thornton, 27019
        Gina M. Palermo, 33307
        Patrick H. Fourroux, 34550
            Of
        STANLEY, REUTER, ROSS,
         THORNTON & ALFORD, L.L.C.
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone:    (504) 523-1580
        Facsimile:    (504) 524-0069

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of April, 2013, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Jennifer L. Thornton*