UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the Gulf  Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION J |
| This Document Relates to:  No. 13-492 | * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

_____

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC.  and BP AMERICA PRODUCTION COMPANY,  *Plaintiffs* | * * * * | CIVIL ACTION NO. 13-0492  SECTION J |
| versus | * * | HONORALBE CARL J. BARBIER |
| DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; and PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the *Deepwater Horizon* Economic and Property Damages Settlement Trust,  *Defendants* | * * * * * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

_____

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 78.1, the Defendants, Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust, respectfully request that the Court hear oral argument on the Defendants' Motion to Dismiss Pursuant to Rule

1

12(b)(6), which was filed on this date and is being submitted for hearing on April 24, 2013. Because the Defendants' motion seeks to dismiss the entirety of BP's lawsuit, the Defendants respectfully submit that oral argument is warranted and would assist the Court in resolving the motion.

Accordingly, the Defendants respectfully request that the Court grant this request and set the their Motion to Dismiss Pursuant to Rule 12(b)(6) for hearing with oral argument.

Respectfully submitted,

*/s/ Jennifer L. Thornton*
Richard C. Stanley, 8487
Jennifer L. Thornton, 27019
Gina M. Palermo, 33307
Patrick H. Fourroux, 34550
    Of
STANLEY, REUTER, ROSS,
 THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:   (504) 523-1580
Facsimile:    (504) 524-0069

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2013, I electronically filed the foregoing Request with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jennifer L. Thornton*