IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * | |
| | | HONORABLE CARL J. BARBIER |
| | * * | |
| | * * * | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., *et al.,* individually and on behalf of themselves and all others similarly situated, | * * * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| | | HONORABLE CARL J. BARBIER |
| v. | * * | |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

**CLAIMS ADMINISTRATOR PATRICK JUNEAU AND THE
SETTLEMENT PROGRAM'S EX PARTE MOTION TO FILE UNDER
SEAL PORTIONS OF THEIR RESPONSE AND CERTAIN EXHIBITS TO
<u>RESPONSE TO BP'S EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION</u>**

Patrick A. Juneau, Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement ("Claims Administrator"), and the *Deepwater Horizon* Court Supervised Settlement Program ("Settlement Program"), through their undersigned counsel, respectfully submit this motion to file under seal portions of their Response to the "Emergency Motion for a Preliminary Injunction Against Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims based on

Fictitious 'Losses'" filed by BP Exploration & Production, Inc., and BP America Production Company (collectively, "BP"), as well as certain exhibits to their Response.

The April 4, 2012 memorandum attached to the Response as Exhibit B(1) and C(1) is labeled "HIGHLY CONFIDENTIAL SUBJECT TO SETTLEMENT DISCUSSIONS CONFIDENTIALITY AGREEMENT." The memo is also discussed in the affidavit attached as Exhibit B to the Response, as well as in the Response itself. The Claims Administrator and the Settlement Program are not parties to that confidentiality agreement, but submit this motion out of an abundance of caution, such that the Court may determine in the exercise of its discretion whether the document should be filed in the public record.

WHEREFORE, the Claims Administrator and the Settlement Program respectfully request that this motion be granted and that this Court grant them leave to file portions of their Response, portions of Exhibit B, and Exhibits B(1) and C(1) under seal.

Respectfully submitted,

*/s/ Gina M. Palermo*
Richard C. Stanley, 8487
Jennifer L. Thornton, 27019
Gina M. Palermo, 33307
Patrick H. Fourroux, 34550
    Of
STANLEY, REUTER, ROSS,
 THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:   (504) 523-1580
Facsimile:    (504) 524-0069

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2012, I electronically filed the foregoing Response with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Gina M. Palermo*