IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * | |
| | * * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., *et al.,* individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

**CLAIMS ADMINISTRATOR PATRICK JUNEAU AND THE
SETTLEMENT PROGRAM'S MEMORANDUM IN SUPPORT OF
MOTION TO FILE UNDER SEAL A PORTION OF THEIR RESPONSE
AND CERTAIN EXHIBITS TO RESPONSE TO BP'S EMERGENCY
<u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

Patrick A. Juneau, Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement ("Claims Administrator"), and the *Deepwater Horizon* Court Supervised Settlement Program ("Settlement Program"), through their undersigned counsel, respectfully submit this memorandum in support of their motion to file under seal portions of their Response to the "Emergency Motion for a Preliminary Injunction Against Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business

Economic Loss Claims based on Fictitious 'Losses'" filed by BP Exploration & Production, Inc., and BP America Production Company (collectively, "BP"), as well as certain exhibits to their Response.

PricewaterhouseCoopers LLP ("PwC"), and Postlethwaite & Netterville, APAC, Settlement Program accountants, provided Business Economic Loss Framework observations and recommendations in a memorandum sent to counsel for the Plaintiff's Steering Committee and BP on April 4, 2012. That memorandum is labeled "HIGHLY CONFIDENTIAL SUBJECT TO SETTLEMENT DISCUSSIONS CONFIDENTIALITY AGREEMENT." The Claims Administrator and the Settlement Program are not parties to that agreement, nor do they have a copy of the terms of that agreement. The April 4, 2012 memorandum, and the email forwarding the memorandum, are attached as Exhibit B(1) and C(1) to the Claims Administrator's Response to BP's Motion for Preliminary Injunction. The memo is also discussed in the affidavit attached as Exhibits B to the Response, as well as in the Response itself. The Claims Administrator believes that this document is relevant to BP's Emergency Motion for Preliminary Injunction and the Response, and forms part of the factual record to be considered by the Court. However, out of an abundance of caution, the Claims Administrator also believes it appropriate to file the document and the passages from the affidavit and the Response that reference the document under seal, such that the Court may determine in the exercise of its discretion whether the document should be filed in the public record.

Respectfully submitted,

*/s/ Gina M. Palermo*
Richard C. Stanley, 8487
Jennifer L. Thornton, 27019
Gina M. Palermo, 33307
Patrick H. Fourroux, 34550
    Of
STANLEY, REUTER, ROSS,
 THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:     (504) 523-1580
Facsimile:      (504) 524-0069

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2012, I electronically filed the foregoing Response with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ _Gina M. Palermo_____*