# BP Environmental Litigation
# Exhibit A

The Following Cases Relate to Civil Action 10-8888 Only

| Name | Date Filed | Document Number |
|---|---|---|
| Richard Stewart d/b/a Container Rentals, Inc. | 3-7-13 | 123801 |
| Phillips, Shana | 3-6-13 | 123778 |

1

# BP Environmental Litigation
## Exhibit B

The Following Cases Relate to Civil Action 10-8888 Only

| Name | Date Filed | Document Number |
|---|---|---|
| RBR Developments, LLC | 3-7-13 | 123802 |
| Schlinkert, Thomas | 3-7-13 | 123799 |
| Scott Ard Safety Consultants, LLC | 3-7-13 | 123803 |
| Wolf Bay, L.L.C. | 3-6-13 | 123777 |

# BP Environmental Litigation
## Exhibit C

The Following Cases Relate to Civil Action 10-8888 Only

| Name | Date Filed | Document Number |
|---|---|---|
| Angels Auto Sales | 3-11-13 | 123986 |
| Applewhite, Robert | 3-7-13 | 123800 |
| Brown, Kenneth | 3-27-13 | 126699 |
| Coney, Casey<br>    d/b/a Classy Car Wash | 3-27-13 | 126697 |
| Country Corner Café & Honduran Rest. | 3-12-13 | 124230 |
| El Toro Mexican Restaurant | 3-8-13 | 123817 |
| Hebert, Jack | 3-8-13 | 123818 |
| Hild, Christopher J. | 3-8-13 | 123894 |
| House of Seafood | 3-7-13 | 123804 |
| Hughes III, Odie | 3-8-13 | 123895 |
| Jet Blast of MS | 3-11-13 | 123987 |
| Kelly Builders | 3-11-13 | 123982 |
| Magic City Mobile Homes | 3-11-13 | 123983 |
| Mr. Quick Wash, LLC | 3-8-13 | 123819 |
| Nelson, Ernest | 3-11-13 | 123988 |
| Penton, Ronnie G. | 3-12-13 | 124228 |
| Rushing, Heath (Seagrove) | 3-11-13 | 124018 |
| Southern Avionics and Communications | 3-11-13 | 123989 |
| Stewart, Kathy | 3-6-13 | 123784 |
| The Penton Law Firm | 3-12-13 | 124229 |
| Valle, Eugenio | 3-11-13 | 124019 |
| YoYo's Bar & Grille | 3-8-13 | 123891 |
| YoYo's Mexican Restaurant | 3-8-13 | 123893 |

# BP Environmental Litigation
# Exhibit D

The Following Cases Relate to Civil Action 10-9999 Only

| Name | Date Filed | Document Number |
|---|---|---|
| City of St. Pete Beach, FL | 3-6-13 | 233 |
| City of St. Petersburg, FL | 3-6-13 | 231 |
| City of Treasure Island, FL | 3-6-13 | 232 |
| Tampa Bay Water Authority | 3-6-13 | 230 |
| Tampa Sports Authority | 3-6-13 | 229 |
|     (Raymond James Stadium) | | |
|     (Babe Zaharias Golf Course) | | |
|     (Rocky Point Golf Course) | | |
|     (Rogers Park Golf Course) | | |

# BP Environmental Litigation
# <u>Exhibit E</u>

The Following Cases Relate to Civil Action 10-8888 Only

| Name | Date Filed | Document Number |
|---|---|---|
| Panther Ridge Estates, Inc. | 3-6-13 | 123782 |
| The Birds of Paradise, LLC | 3-6-13 | 123736 |

5

# BP Environmental Litigation
## Exhibit F

The Following Cases Relate to Civil Action 10-8888 Only

| Name | Date Filed | Document Number |
|---|---|---|
| Adams, Deangelo | 3-11-13 | 124040 |
| Adams, Laterrance | 3-11-13 | 124038 |
| Anderson, Kimberly | 3-11-13 | 124037 |
| Barr, Alonzo | 3-22-13 | 125311 |
| Barr, Derrick | 3-11-13 | 124036 |
| Beecham, Kendrick | 3-11-13 | 124035 |
| Boddie, Franklin | 3-11-13 | 124032 |
| Bradley, Ernest | 3-11-13 | 124025 |
| Bradley, Rodney | 3-11-13 | 124026 |
| Bridges, Greatta | 3-11-13 | 124028 |
| Brown, Carl | 3-11-13 | 124027 |
| Brumfield, LaDeborah | 3-11-13 | 124029 |
| Butler, Anthony | 3-11-13 | 124030 |
| Butler, Michael | 3-11-13 | 124048 |
| Calcote, Kendron | 3-11-13 | 124031 |
| Carter, Qutena | 3-11-13 | 124042 |
| Clark, Brodgerick | 3-11-13 | 124041 |
| Clark, Paula | 3-26-13 | 126487 |
| Colley, Ebony | 3-12-13 | 124072 |
| Colley, Travis | 3-12-13 | 124073 |
| Coney, Casey | 3-27-13 | 126695 |
| Cooper, Larry | 3-12-13 | 124074 |
| Cunningham, Carolyn | 3-12-13 | 124075 |
| Daniels, Andre | 3-12-13 | 124076 |
| Daniels, Larry | 3-12-13 | 124077 |
| Delmas, Helaire E. | 3-12-13 | 124078 |
| Denson, Demetrice | 3-12-13 | 124079 |
| Dickerson, Steven | 3-12-13 | 124084 |
| Dillon, Damien | 3-22-13 | 125312 |
| Dillon, Jasper | 3-12-13 | 124085 |
| Dillon, Santoniyo | 3-12-13 | 124086 |
| Fairley, Gabrielle | 3-12-13 | 124087 |
| Fields, Lorenzo | 3-12-13 | 124088 |
| Franks, Marilyn | 3-12-13 | 124089 |
| Franks, Willie | 3-12-13 | 124080 |
| Glover, Hildrey | 3-12-13 | 124081 |
| Gordon, Kalon | 3-22-13 | 125313 |
| Green, Mareo | 3-12-13 | 124083 |

| | | |
|---|---|---|
| Hackett, Marshelle | 3-12-13 | 124082 |
| Hall, Danarus | 3-22-13 | 125314 |
| Harris, Tracy | 3-12-13 | 124100 |
| Hickman, Michael | 3-12-13 | 124101 |
| Hicks, Quincy | 3-12-13 | 124103 |
| Hill, Rokedrick | 3-12-13 | 124104 |
| Hodges, Anthony | 3-12-13 | 124105 |
| Jackson, Alexander | 3-12-13 | 124106 |
| Jackson, CB | 3-12-13 | 124095 |
| Jackson, Darius | 3-12-13 | 124096 |
| Jackson, James | 3-12-13 | 124098 |
| Jackson, Kelvin | 3-12-13 | 124099 |
| Jackson, Prentiss | 3-12-13 | 124116 |
| James, Samatha | 3-12-13 | 124117 |
| Jefferson, Cecil | 3-8-13 | 123910 |
| Jefferson, Demiracle | 3-8-13 | 123911 |
| Johnson, Alisha | 3-8-13 | 123912 |
| Johnson, Henry | 3-8-13 | 123913 |
| Johnson, Ralph | 3-8-13 | 123914 |
| Johnson, Ricky | 3-8-13 | 123915 |
| Johnson, Stacy | 3-8-13 | 123916 |
| Johnson, William | 3-8-13 | 123917 |
| Jones, Quentin | 3-8-13 | 123918 |
| Kelly, Aundrea Porter | 3-8-13 | 123919 |
| Kelly, Jeremy | 3-11-13 | 123975 |
| Lett, Dakiesta | 3-12-13 | 124118 |
| Lett, Gerrolen D. | 3-12-13 | 124119 |
| Lett, Kendall | 3-12-13 | 124120 |
| Leverette, Eric | 3-12-13 | 124111 |
| Liddell, Darius | 3-12-13 | 124112 |
| Lockhart, Bregget | 3-12-13 | 124113 |
| London, Aurelius | 3-26-13 | 126479 |
| London, Felicia | 3-12-13 | 124114 |
| London, Shacarto | 3-26-13 | 126495 |
| Mackey, Mickel | 3-12-13 | 124131 |
| Martin, Laschucklan | 3-12-13 | 124127 |
| Martin, Stanley | 3-12-13 | 124128 |
| Mathis, Alvin | 3-11-13 | 123977 and 124130 |
| McCann, Tyanna | 3-11-13 | 123978 |
| McCorey, Kenneth | 3-11-13 | 123979 |
| McCrory, Cedric | 3-11-13 | 123980 |
| McGee, Sandy | 3-11-13 | 123981 |
| McGhee, Ricketric | 3-11-13 | 123968 |
| Mikell, Armond | 3-11-13 | 123969 |
| Mitchell, Sonja | 3-11-13 | 123974 |
| Moore, Damien | 3-8-13 | 123929 |

| Name | Date | Number |
|---|---|---|
| Moulds, Archie | 3-8-13 | 123927 |
| Mullins, Michael | 3-8-13 | 123928 |
| Nicholson, Robert | 3-8-13 | 124007 |
| Owens, Cecil | 3-11-13 | 124006 |
| Owens, Danario | 3-11-13 | 124005 |
| Parker, Jameion | 3-22-13 | 125315 |
| Patrick, Kristy | 3-11-13 | 124004 |
| Peters, Briggitt | 3-11-13 | 124003 |
| Pittman, Alfred | 3-11-13 | 123995 |
| Poole, Mildred | 3-11-13 | 123999 |
| Poole, Gerome, Jr. | 3-11-13 | 123996 |
| Porter, Patrick | 3-11-13 | 124000 |
| Powe, Jimmy | 3-22-13 | 125316 |
| Reynolds, Michael | 3-22-13 | 125317 |
| Richardson, Mark | 3-11-13 | 124001 |
| Roberts, Laquanda | 3-11-13 | 124002 |
| Rounds, Vontrell | 3-11-13 | 124008 |
| Seaberry, Zebelon | 3-22-13 | 125318 |
| Sellers, Clifton | 3-12-13 | 124132 |
| Simmons, Mekela | 3-12-13 | 124133 |
| Smith, Andrew Lee | 3-12-13 | 124137 |
| Smith, Arleen | 3-12-13 | 124136 |
| Smith, Deon | 3-12-13 | 124135 |
| Smith, Kevin De'Von | 3-12-13 | 124123 |
| Smith, Tellius | 3-12-13 | 124125 |
| Sparkman, Albert | 3-12-13 | 124126 |
| Stokes, Shamerial | 3-12-13 | 124172 |
| Street, Dominique | 3-12-13 | 124173 |
| Sumrall, Michael | 3-12-13 | 124176 |
| Tait, Brittany Davis | 3-8-13 | 123904 and 124177 |
| Tait, Dwight | 3-8-13 | 123905 |
| Tait, Stephanie | 3-8-13 | 123906 |
| Talbert, Tristan | 3-8-13 | 123907 and 124178 |
| Terry, Kevin | 3-8-13 | 123908 and 124169 |
| Thompson, Tyrone | 3-8-13 | 123903 and 124170 |
| Turner, Dondra | 3-8-13 | 123926 |
| Virgil, Charles | 3-8-13 | 123925 |
| Walker, Ashley | 3-8-13 | 123924 |
| Walker, Clem | 3-8-13 | 123920 |
| Walker, Jana | 3-8-13 | 123921 |
| Walker, Keneshia | 3-8-13 | 123922 |
| Walker, Marketa | 3-12-13 and 3-22-13 | 124197 and 125320 |
| Walker, Roslean | 3-12-13 and 3-22-13 | 124198 and 125322 |
| Walker, Tyronda | 3-12-13 and 3-22-13 | 124199 and 125323 |
| Walker, Vericka | 3-12-13 | 124201 |
| Walley, Clara | 3-12-13 and 3-22-13 | 124202 and 125324 |

| Name | Date | Number |
|---|---|---|
| Ware, Mia | 3-22-13 | 125325 |
| Watson, Brittany | 3-12-13 and 3-22-13 | 124194 and 125326 |
| Watson, Corry | 3-12-13 and 3-22-13 | 124195 and 125327 |
| Watson, Octavia | 3-12-13 and 3-22-13 | 124191 and 125328 |
| Weary, Lukis | 3-8-13 | 123923 |
| Weathersby, Anginique | 3-12-13 | 124207 |
| Weathersby, Neko | 3-12-13 | 124208 |
| Weathersby, Steven | 3-12-13 | 124209 |
| Wells, Dorothy | 3-22-13 | 125331 |
| Wells, Jhue | 3-12-13 | 124210 |
| Wells, Kendrick | 3-12-13 | 124211 |
| Wells, Rodney | 3-22-13 | 125333 |
| White, Santaz | 3-12-13 | 124212 |
| Williams, Anthony | 3-12-13 | 124213 |
| Williams, Billy Ray | 3-12-13 | 124214 |
| Williams, Franklin | 3-12-13 | 124205 |
| Williams, Gregory | 3-26-13 | 126473 |
| Williams, Jeremy | 3-26-13 | 126494 |
| Williams, John | 3-12-13 | 124206 |
| Williams, Kenneth | 3-13-12 | 124219 |
| Williams, Kimulan | 3-13-12 | 124221 |
| Williams, Sherekia | 3-13-12 | 124222 |
| Wilson, Alexstion | 3-13-12 | 124223 |
| Winborn, Dewanda | 3-13-12 | 124224 |
| Woullard, Sharmaine | 3-12-13 | 124216 |
| Wyatt, Ebony | 3-12-13 | 124217 |
| Young, Eddie | 3-12-13 | 124218 |

# BP Environmental Litigation
## Exhibit G

The Following Cases Relate to Civil Action 10-8888 Only

| Name | Date Filed | Document Number |
|---|---|---|
| A Point of You, LLC | 3/19/13 | 124361 |
| ABC Printorium, Inc. | 3/28/13 | 126829 |
| A.L. Commercial, Inc. | 3/19/13 | 124632 |
| Adamo Orient Properties, LLC | 3/19/13 | 124363 |
| Aesthetic D-Sign International, Inc. | 3/22/13 | 125090 |
| Air Stream Air Conditioning, Inc. | 3/22/13 | 125091 |
| Alexander, Jr., Gerald E. | 3/22/13 | 125109 |
| Alexander Medical Management, Inc. | 3/19/13 | 124364 |
| Alliance Diagnostic | 3/28/13 | 126830 |
| American Access Controls, Inc. | 3/19/13 | 124365 |
| Armentrout, Mary | 3/22/13 | 125092 |
| Arthur J. Pedregol, M.D., P.A. | 3/19/13 | 124359 |
| Arts Center Association, Inc. | 3/22/13 | 125093 |
|     d/b/a Morean Arts Center | | |
| Avatar Packaging, Inc. | 3/19/13 | 124360 |
| Aymless, Inc. | 3/19/13 | 124366 |
|     d/b/a Bamboozle & Tropic Als | | |
| Bach Distribution, Inc. | 3/28/13 | 126831 |
| Backyards & Beyond, Inc. | 3/20/13 | 124506 |
|     d/b/a Sea Hags Bar & Grill | | |
| Barnett & Pugliano, Inc. | 3/22/13 | 125094 |
| Beauregard Construction Co., Inc. | 3/22/13 | 125095 |
| Be-Mac's Service, Inc. | 3/19/13 | 124367 |
| Bishop Targeted Marketing, Inc. | 3/19/13 | 124368 |
| Blake Manufacturing, Inc. | 3/19/13 | 124371 |
| Blender Tender, Inc., | 3/19/13 | 124372 |
| Blind Pass Entertainment, Inc. | 3/20/13 | 124480 |
|     d/b/a RipTides | | |
| Brinkerhoff, Harold L. | 3/22/13 | 125098 |
| BUPA, LLC | 3/22/13 | 125099 |
| Calm Water Marine Group, LLC | 3/19/13 | 124373 |
| Cardio-Pulmonary Associates, Inc. | 3/19/13 | 124374 |
| Carlevale Electrical Contractors, Inc. | 3/19/13 | 124375 |
| Carmalex, LLC | 3/19/13 | 124377 |
| CDB's Southside, LLC | 3/19/13 | 124379 |
| Chyrsochoos Group, Inc. | 3/19/13 | 124380 |
|     d/b/a Howl at the Moon | | |
|         JTMC Enterprises, LLC | | |
|         Jazz Parlor, LLC | | |

| Name | Date | Number |
|---|---|---|
| Classic Carpet Dyers, Inc. | 3/19/13 | 124382 |
| Coconut Inn, LLC | 3/22/13 | 125100 |
| Compex, Inc. | 3/19/13 | 124386 |
| Complete Chiropractic Healthcare, LLC | 3/19/13 | 124390 |
| Con-40 Wellness, Inc. | 3/19/13 | 124391 |
| Conforti Chiropractic and Wellness Center, Inc. | 3/19/13 | 124392 |
| Conforti's Crossroads Chiropractic Center | 3/19/13 | 124393 |
| Cookie Cutter, LLC | 3/22/13 | 125101 |
| Cuba Travel Adventura, Inc. | 3/22/13 | 125102 |
| Cura-Sod Corporation | 3/19/13 | 124394 |
| Custom Air, Inc. | 3/19/13 | 124395 |
| Delaware North Companies Travel Hospitality Services, Inc. d/b/a Armstrong Airport Concessions | 3/28/13 | 126863 |
| DeRosa, John Christopher | 3/22/13 | 125103 |
| Design Team West, Inc. | 3/19/13 | 124396 |
| Discount Beverage Center of Lee County, Inc. | 3/22/13 | 125104 |
| Dittmer, William R. | 3/22/13 | 125105 |
| Dunlap & Moran, P.A. | 3/19/13 | 124397 |
| ECW Holdings Corporation | 3/22/13 | 125106 |
| Elias Cura, LLC | 3/19/13 | 124398 |
| European Equities Corporation | 3/19/13 | 124399 |
| Evander Preston Contemporary Jewelry Design, Inc. | 3/19/13 | 124408 |
| Eye Force Promotions, Inc. | 3/19/13 | 124409 |
| Falkenstein, Mary B. | 3/22/13 | 125107 |
| Flagstone Pavers | 3/22//13 | 125108 |
| Florida Ear & Sinus Center | 3/19/13 | 124410 |
| Frank Charles Miranda, P.A. | 3/19/13 | 124411 |
| GPM, Inc. | 3/19/13 | 124412 |
| Great Lakes Management Corp. | 3/22/13 | 125302 |
| Greenturf Services, Inc. | 3/19/13 | 124413 |
| Gulf Coast Injury Center, LLC | 3/20/13 | 124526 |
| Gulfcoast Ultrasound Institute, Inc. | 3/19/13 | 124414 and 124415 |
| GW Food Machinery, LLC | 3/22/13 | 125307 |
| H.T. Mai, Inc. | 3/19/13 | 124416 |
| Hair Sensations, Inc. | 3/19/13 | 124417 |
| Horus Construction Services, Inc. | 3/22/13 | 125110 |
| Hudson Pharmacy, Inc. | 3/19/13 | 124418 |
| Hurricane Lounge, Inc. d/b/a Hurricane Seafood Restaurant | 3/19/13 | 124419 |
| In the News, Inc. | 3/28/13 | 126832 |
| Isabelles, LLC | 3/19/13 | 124420 |
| J.C. Enterprises I, LLC | 3/28/13 | 126833 |

11

| Claimant | Date | Number |
|---|---|---|
| JDBR, Inc. d/b/a DK Model & Talent Agency | 3/22/13 | 125111 |
| John T. Ossi, P.A. | 3/19/13 | 124421 |
| Key Note, Inc. | 3/22/13 | 125112 |
| Keystone Motel, Inc. | 3/19/13 | 124422 |
| Kotila Chiropractic, Inc. | 3/19/13 | 124423 |
| Kurtz, Kari L. | 3/22/13 | 125113 |
| Kutsky, Alex | 3/22/13 | 125114 |
| Law Offices of Dana A. Friedlander, P.A. | 3/19/13 | 124424 |
| Lifeline Medical Management | 3/19/13 | 124425 |
| Long Leaf Development | 3/22/13 | 125135 |
| Loughery, Amy | 3/22/13 | 125136 |
| MacSub Enterprises, Inc. | 3/19/13 | 124426 |
| MacSub II, Inc. | 3/19/13 | 124427 |
| MacSub III, Inc. | 3/20/13 | 124430 |
| MacSub IV, Inc. | 3/20/13 | 124458 |
| MacSub VI, Inc. | 3/20/13 | 124432 |
| MacSub VII, Inc. | 3/20/13 | 124433 |
| MacSub VIII, Inc. | 3/20/13 | 124434 |
| MacSub IX, Inc. | 3/20/13 | 124431 |
| MacSub X, Inc. | 3/20/13 | 124435 |
| MacSub XI, Inc. | 3/20/13 | 124436 |
| MacSub XII, Inc. | 3/20/13 | 124438 |
| MacSub XIV, Inc. | 3/20/13 | 124437 |
| MacSub XV, Inc. | 3/20/13 | 124443 |
| MacSub XVI, Inc. | 3/20/13 | 124444 |
| MacSub XVII, Inc. | 3/20/13 | 124445 |
| MacSub XVIII, Inc. | 3/20/13 | 124446 |
| MacSub XIX, Inc. | 3/20/13 | 124439 |
| MacSub XX, Inc. | 3/20/13 | 124447 |
| MacSub XXII, Inc. | 3/20/13 | 124448 |
| MacSub XXIV, Inc. | 3/20/13 | 124449 |
| MacSub XXV, Inc. | 3/20/13 | 124451 |
| MacSub XXVI, Inc. | 3/20/13 | 124452 |
| MacSub XXVII, Inc. | 3/20/13 | 124459 |
| MacSub XXVIII, Inc. | 3/20/13 | 124460 |
| MacSub XXIX, Inc. | 3/20/13 | 124453 |
| MacSub XXX, Inc. | 3/20/13 | 124462 |
| MacSub XXXI, Inc. | 3/20/13 | 124463 |
| MacSub XXXII, Inc. | 3/20/13 | 124464 |
| MacSub XXXIII, Inc. | 3/20/13 | 124456 |
| MacSub XXXIV, Inc. | 3/20/13 | 124457 |
| Madeira Sands Condominium Association, Inc. | 3/28/13 | 126835 |
| Make It Burn, Inc. | 3/20/13 | 124465 |
| Mancini Automotive, Inc. | 3/20/13 | 124466 |

| Name | Date | Number |
|---|---|---|
| Mandy Electric, Inc. | 3/20/13 | 124474 |
| Mangrove Grill | 3/20/13 | 124475 |
| Mike Carter Construction, Inc. | 3/20/13 | 124472 |
| Mike Carter I, Inc. | 3/20/13 | 124470 |
| Miksch & Company | 3/20/13 | 124473 |
| Millenium Spa & Beauty Salon Corp. | 3/22/13 | 125158 |
| Morton's Gourmet, Inc. | 3/22/13 | 125160 |
| Murray, Robert | 3/28/13 | 126865 |
| Museum of Fine Arts | 3/22/13 | 125308 |
| Nicklaus Investment Enterprises, Inc. & Undertow Beach Bar - St. Pete Beach, Inc. | 3/20/13 | 124476 |
| Null, Christina | 3/22/13 | 125162 |
| Omar F. Medina, P.A. | 3/22/13 | 125164 |
| On Demand Printing | 3/22/13 | 125165 |
| Ossi Construction Company | 3/22/13 | 125167 |
| Park South Imaging Center, LTD | 3/22/13 | 125169 |
| Parkview Center, LLC | 3/28/13 | 126867 |
| Pass-a-Grille Yacht Club | 3/22/13 | 125235 |
| Pennsylvania Fresh Mushrooms, Inc. | 3/22/13 | 125236 |
| Pipo's Cafe, Inc. | 3/22/13 | 125137 |
| Planeng, Inc. | 3/22/13 | 125238 |
| Platinum Plus, LLC" | 3/20/13 | 124477 |
| PPM Holdings, LLC | 3/22/13 | 125239 |
| Preferred Pools & Patios, Inc. | 3/22/13 | 125240 |
| Premier Process Service, Inc. | 3/22/13 | 125246 |
| Prieto, Prieto & Goan, P.A. | 3/22/13 | 125249 |
| Que Pasa Tours | 3/22/13 | 125250 |
| R.D. Marina II, Inc. | 3/20/13 | 124478 |
| R.P. Sales, Inc. | 3/22/13 | 125251 |
| Rapid Security Solutions, LLC | 3/22/13 | 125253 |
| Rehab One, Inc. | 3/22/13 | 125254 |
| Restaurant Masters, LLC d/b/a Chico's Wood Fired Grill | 3/22/13 | 125304 |
| Richard M. Rocha, P.A. | 3/22/13 | 125256 |
| Richards, Donna Kaye | 3/28/13 | 126836 |
| Richards, Eric Todd | 3/28/13 | 126838 |
| Richards, Helen Chattin | 3/28/13 | 126840 |
| Richards, James S. | 3/28/13 | 126841 |
| Richards, Keith A. | 3/28/13 | 126842 |
| Richards, Sydney | 3/28/13 | 126843 |
| Rivas Medical Center, Inc. | 3/22/13 | 125258 |
| Rockstar Promotions | 3/20/13 | 124481 |
| S&S Plumbing, Inc. | 3/22/13 | 125259 |
| S. Roza & Company | 3/22/13 | 125260 |
| Sames, Diana | 3/22/13 | 125262 |
| Sarasota Baptist Church, Inc. | 3/22/13 | 125263 |

13

| | | |
|---|---|---|
| Schwartz Consulting Partners | 3/22/13 | 125264 |
| Schwartz Field Service d/b/a      Schwartz Research | 3/22/13 | 125265 |
| Self Storage Centers of America, LLC | 3/20/13 | 124486 |
| Smith, Donald | 3/22/13 | 125266 |
| Smith, Glenn A. | 3/22/13 | 125267 |
| Soleil Tanning | 3/22/13 | 125268 |
| Sosa Family Chiropractic Center, P.A. | 3/22/13 | 125270 |
| St. Pete Paper Company | 3/28/13 | 126861 |
| St. Petersburg Yacht Club | 3/22/13 | 125271 |
| Staples, Nicole | 3/22/13 | 125272 |
| Stark, Denise | 3/22/13 | 125273 |
| Steve Rupert Mediations, Inc. | 3/22/13 | 125274 |
| Sun Ketch III Condominium Assoc., Inc.      c/o Resource Property Management | 3/22/13 | 125276 |
| T.D. Auditing      d/b/a Bevinco St. Petersburg | 3/28/13 | 126862 |
| T.F.S. Building, Inc. | 3/20/13 | 124487 |
| Tampa Food & Beverage, LLC | 3/20/13 | 124489 |
| Tampa Rehab & Chiropractic, LLC | 3/22/13 | 125280 |
| Tempi-Allegro, Inc.      d/b/a Mattioli School of Music & Art | 3/22/13 | 125281 |
| The Florida Aquarium, Inc. | 3/22/13 | 125282 |
| The Jono Center, LLC | 3/20/13 | 124492 |
| The Jono Plaza, LLC      d/b/a Twin Oaks Plaza | 3/20/13 | 124497 |
| The Little Man, LLC | 3/20/13 | 124498 |
| Tiffany Rose, Inc. | 3/22/13 | 125283 |
| Tile Bandits, Inc. | 3/20/13 | 124499 |
| Tri-County Hauling & Recycling, Inc. | 3/22/13 | 125284 |
| Tropiki-a Florida Original | 3/20/13 | 124500 |
| Value Transmission, Inc. | 3/22/13 | 125286 |
| Video Inspections, Inc. | 3/22/13 | 125288 |
| VLC Enterprises, LLC | 3/22/13 | 125296 |
| Walker, Christopher | 3/22/13 | 125297 |
| Warehouse on Broadway, Inc. | 3/20/13 | 124518 |
| Welplex, Inc. | 3/20/13 | 124501 |
| Whole Development, Inc. | 3/22/13 | 125301 |
| Williams, Eugene C. | 3/22/13 | 125299 |
| Williams Food Machinery, Inc. | 3/22/13 | 125298 |
| Windsurfing Florida Suncoast, Inc.      d/b/a Aguera Surf Shop | 3/20/13 | 124502 |
| Wood Product Services, Inc. | 3/22/13 | 125300 |
| Zacks Value Center, LLC      d/b/a Slimers Value Center | 3/20/13 | 124504 |