# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf Of Mexico on April 20, 2010** | * * * * | **DOCKET NUMBER: MDL 2179** |
| **This Filing Relates to:** | * * | |
| 2013-cv-00184 | * * | |
| **Forrest C. Morrison** | * * | **JUDGE BARBIER** |
| **Vs.** | * * | |
| **Worley Catastrophe Response, LLC, Worley Catastrophe Services, LLC, Claims Liquidating LLC** | * * * * | **MAGISTRATE WILKINSON** |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## FILING EXECUTED WAIVER OF SERVICE OF SUMMONS

NOW INTO COURT through undersigned counsel herein, appears PLAINTIFF FORREST C. MORRISON and files the attached executed Waiver of Service of Summons of Defendant Claims Liquidating, LLC executed by Mary Margaret LeBato on February 14, 2013.

/s/ Kenneth P. Carter
Attorney at Law
11 Dogwood Lane
Covington, Louisiana 70435
(504) 214-2619 )(Phone)
(985) 276-4394 (Fax)
kcarter@carterlaw.com

**Counsel for Plaintiff Forrest C. Morrison**

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been filed with the Court's ECF system and that a copy has been emailed and mailed to Margaret LeBato and James R. Lewis, first class postage pre-paid this 1st day of April, 2013.

/s/ Kenneth P. Carter