UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## O R D E R

CONSIDERING the foregoing Liberty Insurance Underwriters, Inc.'s Unopposed Motion for One-Week Extension of Time to Respond to Requests for Admission,

IT IS HEREBY ORDERED THAT Liberty Insurance Underwriters, Inc. be and is hereby GRANTED a one-week extension of time until April 8, 2013 to respond to Cameron International Corporation's Requests for Admissions.

New Orleans, this  1st  day of  April , 2013

_____
United States Magistrate Judge