# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:
**THE OIL SPILL**
**OF THE "DEEPWATER HORIZON"**            MDL 2179
**IN THE GULF OF MEXICO**
**ON APRIL 10, 2010**

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  MAR 2 9 2013

LORETTA G. WHYTE
Clerk

---

**BON SECOUR FISHERIES, INC.,** *et. al.,*
Plaintiffs

**v.**                                    CASE NO. 12-MD-002179

**BP EXPLORATION & PRODUCTION, INC.;**
**BP AMERICA PRODUCTION COMPANY;**
**BP PIPELINE COMPANY,**
Defendants

---

### DANIEL J. LEVITAN'S NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that Appellant-Objector Daniel J. Levitan will be unavailable from on or about March 15, 2013 through on or about March 31, 2013; this could change by order of the court to be extended by up to two weeks through April 15, 2013. At present Levitan is incarcerated and is scheduled to appear in *State of Florida v. Daniel J. Levitan*, Case No. 2009-CF-003786A for an appellate bond hearing on March 21, 2013. As this hearing will require his presence and transportation, he will be held at the Escambia County Jail and any pleading required during this period is requested to be extended during this time. The mail will not follow him and will be held by the Florida Department of Corrections; and the legal materials and access to legal services will thereby be unavailable to him during this same time period. In the event that some time period for pleading or filing becomes due during this time Levitan would request that the time be enlarged as he has no control over receipt of or the ability to plead/defend/prosecute these proceedings during this period of time.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__X__ CtRmDep_____
_____ Doc. No._____

TENDERED FOR FILING

MAR 2 9 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Respectfully submitted,

DANIEL J. LEVITAN, *pro se*
650607-LEGAL MAIL
Santa Rosa C.I.-Annex
5850 East Milton Road
Milton, FL. 32583-7914
Tel:850/477-5674
djl0911@aol.com

Dated: 8|26|13

DANIEL J. LEVITAN, *pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of

Unavailability was sent by ECM/ECF system by the filing of the Notice to all attorneys of record

who have consented to receipt by electronic means on this ____26____ day of March 2013.

DANIEL J. LEVITAN

2

Liberty
FOREVER

Daniel Uzuitan 650607
Santa Rosa Correctional
Institutional Annex
5850 E Milton Rd.
Milton, FL 32583

LEGAL MAIL

United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

70130 3357