UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Nos. 12-970 and 13-492 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO BP'S MOTIONS FOR PRELIMINARY INJUNCTION <u>IN EXCESS OF ORDINARY PAGE LIMITATIONS</u>

NOW INTO COURT, through Co-Lead Class Counsel, come the Economic and Property Damage Class, who respectfully seeks leave to file their Opposition to the Motions for Preliminary Injunction filed by BP in excess of the ordinary page limitations. Given the breadth of issues implicated by BP's Motions, and the extensive record before the Court, Class Counsel respectfully suggest that such briefing is appropriate. Class Counsel have attempted to be as concise as possible, and believe that such briefing will be of assistance and benefit to the Court.

1

**WHEREFORE** the Economic and Property Damages Class respectfully prays for an order granting leave to file in excess of the ordinary page limitations.

This <u>1st</u> day of <u>April</u>, <u>2013</u>.

Respectfully submitted,

| | |
|---|---|
|    /s/   Stephen J. Herman |    /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>1st</u> day of <u>April</u>, <u>2013</u>.

                                                  /s/ Stephen J. Herman and James Parkerson Roy