UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Nos. **12-970** and **13-492** | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING the Class' Motion for Leave:

IT IS HEREBY ORDERED that the Economic & Property Damages Class be and are hereby granted leave to file their Opposition to BP's Motions for Preliminary Injunction.

SIGNED this ____ day of April, 2013, New Orleans, Louisiana.

_____
Hon. Carl J. Barbier

1