**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

**MDL NO. 2179**

# Economic and Property Damages Settlement

# Medical Settlement

# Geographical Location – Gulf Coast Areas



# Standard Approach

- Causation

- Documentation

- Calculate Compensation

- Apply RTP (if applicable)

- Deduct Cash Credits (if applicable)

13

# Zone Presumptions

|  | Presumption Zone A | Presumption Zone B | Zone C | Zone D |
|---|---|---|---|---|
| **Seafood Industry Primary** | Gets Presumption | Gets Presumption | Gets Presumption | Gets Presumption |
| **Secondary** | Gets Presumption | Gets Presumption | Gets Presumption | Required to meet Causation Nexus |
| **Tourism Industry** | Gets Presumption | Gets Presumption | Required to meet Causation Nexus | Required to meet Causation Nexus |
| **Restaurants** | Gets Presumption | Gets Presumption | Required to meet Causation Nexus | Required to meet Causation Nexus |
| **Other Industry** | Gets Presumption | Required to meet Causation Nexus | Required to meet Causation Nexus | Required to meet Causation Nexus |
| **Causation** | All Presumption | Seafood/Tourism Presumption | Seafood Presumption | Proof |

14

# Summary of Revenue Pattern Requirements for Causation Tests

| Test | Zone A | Zone B (Non-Tourism and Non-Seafood) | | Zone C (Non-Seafood) | | Zone D | |
|---|---|---|---|---|---|---|---|
| | Down Up | Down | Up | Down | Up | Down | Up |
| V-Test | N/A | -8.5% | 5% | -8.5% | 5% | -15% | 10% |
| Modified V-Test* | N/A | -5% | 5% | -5% | 5% | -10% | 7% |
| Down Only test* | N/A | -8.50% | N/A | -8.50% | N/A | -15% | N/A |

*= For the Modified V-Test and the Down Only Test, additional requirements apply, as described in Exhibits.

15

# Business Economic Loss Framework

**April 20, 2010**

Benchmark Years   Compensation Period

| 2007 | 2008 | 2009 | May Jun Jul Aug Sep Oct Nov Dec |
|---|---|---|---|
| | | | 2010 |

**Benchmark Period** same months claimant selected for compensation period averaged if use < 2009

Claimants Selects any 3 months or more consecutive

16

# Excluded Industries And Entities

- State Municipalities
- Opt Outs
- Court Employees
- BP (or other defendants) Employees
- Banking Industry
- Funds, Trusts and Other Financial Vehicles
- Defense Contractors and Their Sub-Contractors and Suppliers
- Gaming Industry
- Insurance Industry
- Oil & Gas Industry
- Real Estate Developers or Sellers
- BP Branded Fuel
- GCCF Fully Released Claims

39