## BP'S INITIAL PROPOSAL REGARDING CLAIM NO. 88168

BP Exploration & Production Inc. ("BP") respectfully submits this Memorandum in Support of its Final Proposal with regard to the appeal of Claim No. 88168 (Claimant ███████████).[1] Claimant in this appeal is a ███████████████████████ approximately 90 miles from the Gulf of Mexico. The Settlement Program awarded Claimant $███████ in pre-RTP lost profits, and a total award of $███████. However, in 2010, the Claimant earned $███████ in revenue, which is more than in any previous year for which it submitted financial data.

It is unclear on what basis a ███████████████████ company can assert a spill-related loss, a necessary prerequisite to class membership and recovery.

Claimant executed a Registration Form and a Claims Form, both under penalties of perjury, seeking recovery for Business Economic Losses "arising from" or "due to the Spill." *See* Registration Form at 1, attached hereto as Exhibit 1; Claim Form at 1, attached hereto as Exhibit 2. *See also*, Registration Form at 9 (explaining that the Business Economic Loss Claim Form is to be completed by "businesses [...] that assert economic loss *due to the Spill*) (emphasis added). There is no indication in the record as to on what possible basis a ███████████ ███████████ could have any losses associated with the Spill. Class membership and the right to recover are limited to those who had a loss due to the spill. *See* Settlement Agreement Sec. 1.3.1.2 (defining the Economic Damage Category to include "[l]oss of income, earnings or profits suffered by Natural Persons or Entities *as a result of* the **DEEPWATER**

---

[1] BP is aware of the Court's Order of March 5, 2013. BP respectfully disagrees with this decision and continues to believe that the current implementation of the agreement by the Claims Administrator is contrary to its terms, contrary to fundamental principles of economics and accounting, and contrary to common sense. BP will pursue all available legal options (including all rights of appeal) to challenge this decision and therefore files this brief based on its good-faith belief that the Order is in error and should be reversed.

1

**HORIZON INCIDENT"**) (emphasis added). If Claimant believes that there is evidence of a basis for asserting a spill-related loss, BP is willing to evaluate such evidence. In the absence of an objective basis to claim a spill-related loss, this claim is not permitted, and BP thus submits an Initial Proposal of $0.