UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| This Document Relates To: 13-492, 12-970 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

**ORDER**
**[Regarding the Preliminary Injunction Hearing Scheduled for April 5, 2013, at 9:30 a.m.]**

The Court previously scheduled a hearing on BP's motions for preliminary injunction against the Claims Administrator and the Settlement Program (*see* Rec. Doc. 8964, 8965) for Friday, April 5 at 9:30 a.m (Rec. Doc. 8949). During this hearing, the Court will also consider the Claims Administrator's recently-filed motion to dismiss in case no. 13-492. (Rec. Doc. 9066) BP shall file its response to this motion no later than Thursday, April 4, at noon.

Furthermore, in light of the voluminous briefing submitted and the Court's familiarity with these issues, the Court will limit oral argument at the April 5th hearing to 40 minutes, divided as follows:

    BP—20 minutes

    Class Counsel & Claims Administrator—20 minutes[1]

Signed in New Orleans, Louisiana, this 2nd day of April, 2013.

                                                      United States District Judge

---

[1] Class Counsel and counsel for the Claims Administrator shall confer and determine how to apportion the 20 minutes among themselves.