UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### SUPPLEMENTAL DECLARATION OF JOHN E. TOMLINSON

1. My name is John E. Tomlinson and I was an attorney participant on behalf of the PSC/Class Counsel in negotiations with BP representatives to construct the Economic Damage portion of the Class Settlement Agreement, specifically including the Business Economic Loss Frameworks.
2. I previously submitted to this Court a declaration on February 18, 2013. *See attached Declaration of John E. Tomlinson.* All of the statements in my original Declaration are still true and accurate.
3. I have reviewed the *Declaration of Andrew T. Karron in Response to the Declaration of John E. Tomlinson* (Exhibit 32 to BP's Motion for Injunction). Although Mr. Karron's Declaration contains some accurate statements, it also promulgates half-truths regarding certain focus or discussion points in negotiations at that time, which are completely relevant to the issue at hand.
4. Noticeably absent from Mr. Karron's Declaration is the fact that, during the period of time in question, the parties performed Step-1 Business Economic Loss calculations (using both EBITDA and Variable Profit) on the previously referenced test case profit and loss statements. These profit and loss statements contained all revenues and expenses for the proposed testing periods. In order to perform a Step-1 BEL calculation, monthly revenues and variable expenses have to be compared over periods of time to arrive at a Step-1 result. These Step-1 calculation results were compared and discussed by the parties. At that time and prior to Settlement, any monthly revenue spikes, negative variable profits, and/or wide variations in monthly variable profit, which BP now claims would necessitate matching/smoothing, would have been readily apparent to BP representatives from the Step-1 calculation results using these test profit and loss statements.
5. Again, despite having access to these test case profit and loss statements, BP representatives, including Mr. Karron, did not raise the topics of proposed

triggers/thresholds and/or the matching/smoothing of revenues and expenses in any of the negotiation sessions I participated in. In addition, there were certainly no tests nor formulas presented by BP, at that time, for addressing these topics.

I declare under penalty of perjury that the foregoing is a true and correct statement.

*[signature]*
John E. Tomlinson -Attorney

Dated: April 1, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J
JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

DECLARATION OF JOHN E. TOMLINSON

1. My name is John E. Tomlinson and I was an attorney participant on behalf of the PSC/Class Counsel in negotiations with BP representatives to construct the Economic Damage portion of the Class Settlement Agreement, specifically including the Business Economic Loss Frameworks.
2. Based on my review of BP's recent post-settlement proposal of matching revenues and expenses, BP has suggested various triggers or thresholds that, in its view, would identify claimants whose revenues and/or expenses would require smoothing/matching. These proposed triggers would include, but are not limited to, monthly revenue spikes, negative variable profits, and/or wide variations in monthly variable profit.
3. As part of settlement negotiations in late 2011, I provided BP representatives several profit and loss statements from actual businesses as test cases to apply the negotiated business economic loss framework. The test cases were numbered, most identified by industry, and the parties were allowed the opportunity to review and compare results of their Step 1 compensation calculations. Test Case #s 13, 20, 71 and 72, consisting of a brick paving company, plumbing company, and two construction related companies, were among those I sent to and were received by BP representatives.
4. It is clear from analyzing the actual profit and loss statements of these and other test cases that the above-referenced triggers or thresholds (that BP now asserts necessitates the matching of revenues and expenses) were easily identifiable in these test case profit and loss statements prior to settlement. (See attached summaries of test case data (prepared for this declaration) highlighting revenue and variable profit triggers) [1]
5. Despite having access to these test case profit and loss statements, BP representatives did not raise the topics of proposed triggers/thresholds and/or the matching/smoothing of revenues and expenses in any of the negotiation sessions I participated in. In addition,

---

[1] For the purposes of these summaries, only 2009-2010 information was compared and cost of goods sold totals were used for variable expenses.

there were certainly no tests or formulas presented by BP, at that time or at any time before the Settlement Agreement was finalized and approved by the Court, for addressing these topics.

I declare under penalty of perjury that the foregoing is a true and correct statement.

John E. Tomlinson - Attorney

Dated: February 18, 2013

Test Case #13

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | May-Dec | Annual | Revenue/Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Step 1 Calculation:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| Revenue | 51,886 | 62,604 | 81,873 | 67,997 | 103,414 | 100,444 | 111,741 | 74,288 | 93,365 | 80,826 | 55,960 | 106,671 | 726,709 | 991,069 | 1.65 |
| Variable Expense | 49,385 | 45,150 | 49,267 | 45,687 | 58,539 | 54,271 | 65,546 | 54,937 | 51,725 | 39,258 | 45,165 | 42,090 | 411,531 | 601,020 | |
| Variable Profit | 2,501 | 17,454 | 32,606 | 22,310 | 44,875 | 46,173 | 46,195 | 19,351 | 41,640 | 41,568 | 10,795 | 64,581 | 315,178 | 390,049 | |
| **2010** | | | | | | | | | | | | | | | |
| Revenue | 47,631 | 22,770 | 72,090 | 70,738 | 155,248 | 74,522 | 181,089 | 55,711 | 26,196 | 65,722 | 53,545 | 71,737 | 683,770 | 896,999 | 1.36 |
| Variable Expense | 27,672 | 17,657 | 39,163 | 46,960 | 79,999 | 87,882 | 69,762 | 31,332 | 47,462 | 37,816 | 27,296 | 148,612 | 530,161 | 661,613 | |
| Variable Profit | 19,959 | 5,113 | 32,927 | 23,778 | 75,249 | (13,360) | 111,327 | 24,379 | (21,266) | 27,906 | 26,249 | (76,875) | 153,609 | 235,386 | |
| Change in Variable Profit (2010-2009) | | | | | 30,374 | (59,533) | 65,132 | 5,028 | (62,906) | (13,662) | 15,454 | (141,456) | | | |
| BEL Step 1 Compensation | | | | | | | | | | (202,570) | | | | | |
| **BP's Proposal:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 81,435 | 74,451 | 81,240 | 75,337 | 96,530 | 89,492 | 108,084 | 90,590 | 85,293 | 64,736 | 74,476 | 69,406 | 678,606 | 991,069 | |
| Variable Expense | 49,385 | 45,150 | 49,267 | 45,687 | 58,539 | 54,271 | 65,546 | 54,937 | 51,725 | 39,258 | 45,165 | 42,090 | 411,531 | 601,020 | |
| BP Proposed Variable Profit | 32,050 | 29,301 | 31,973 | 29,650 | 37,991 | 35,221 | 42,538 | 35,653 | 33,568 | 25,478 | 29,311 | 27,316 | 267,075 | 390,049 | |
| **2010** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 37,517 | 23,939 | 53,096 | 63,667 | 108,461 | 119,148 | 94,582 | 42,479 | 64,348 | 51,270 | 37,007 | 201,485 | 695,514 | 896,999 | |
| Variable Expense | 27,672 | 17,657 | 39,163 | 46,960 | 79,999 | 87,882 | 69,762 | 31,332 | 47,462 | 37,816 | 27,296 | 148,612 | 530,161 | 661,613 | |
| BP Proposed Variable Profit | 9,845 | 6,282 | 13,933 | 16,707 | 28,462 | 31,266 | 24,820 | 11,147 | 16,886 | 13,454 | 9,711 | 52,873 | 188,619 | 235,386 | |
| Change in BP Proposed Variable Profit (2010-2007/09 Average) | | | | | (9,529) | (3,954) | (17,718) | (24,506) | (16,683) | (12,024) | (19,600) | 25,557 | | | |
| BEL Step 1 Compensation (per BP's Proposal) | | | | | | | | | (104,013) | | | | | | |

Test Case #20

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | May-Dec | Annual | Revenue/Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Step 1 Calculation:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| Revenue | 13,253 | 28,958 | 29,563 | 35,435 | 23,380 | 4,901 | 23,403 | 33,663 | 4,211 | 24,593 | 12,053 | 175,896 | 302,100 | 409,309 | 2.65 |
| Variable Expense | 10,641 | 5,991 | 9,174 | 5,678 | 10,766 | 4,599 | 8,751 | 2,056 | 8,592 | 3,385 | 2,714 | 82,118 | 122,981 | 154,465 | |
| Variable Profit | 2,612 | 22,967 | 20,389 | 29,757 | 12,614 | 302 | 14,652 | 31,607 | -4,381 | 21,208 | 9,339 | 93,778 | 179,119 | 254,844 | |
| **2010** | | | | | | | | | | | | | | | |
| Revenue | 23,654 | 3,486 | 16,474 | 16,014 | 47,946 | 7,335 | 5,067 | 18,855 | 10,199 | 18,220 | 24,402 | 20,870 | 152,894 | 212,522 | 2.70 |
| Variable Expense | 5,990 | 4,173 | 221 | 7,697 | 8,308 | 5,409 | 1,748 | 4,698 | 3,148 | 6,963 | 10,650 | 19,785 | 60,709 | 78,790 | |
| Variable Profit | 17,664 | -687 | 16,253 | 8,317 | 39,638 | 1,926 | 3,319 | 14,157 | 7,051 | 11,257 | 13,752 | 1,085 | 92,185 | 133,732 | |
| | | | | | | | | | | | | | | | |
| Change in Variable Profit (2010-2009) | | | | | 27,024 | 1,624 | (11,333) | (17,450) | 11,432 | (9,951) | 4,413 | (92,693) | | | |
| BEL Step 1 Compensation | | | | | | | | | (115,582) | | | | | | |
| | | | | | | | | | | | | | | | |
| **BP's Proposal:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 28,197 | 15,875 | 24,310 | 15,046 | 28,528 | 12,187 | 23,189 | 5,448 | 22,768 | 8,970 | 7,192 | 217,600 | 325,881 | 409,309 | |
| Variable Expense | 10,641 | 5,991 | 9,174 | 5,678 | 10,766 | 4,599 | 8,751 | 2,056 | 8,592 | 3,385 | 2,714 | 82,118 | 122,981 | 154,465 | |
| BP Proposed Variable Profit | 17,556 | 9,884 | 15,136 | 9,368 | 17,762 | 7,588 | 14,438 | 3,392 | 14,176 | 5,585 | 4,478 | 135,482 | 202,900 | 254,844 | |
| **2010** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 16,157 | 11,256 | 596 | 20,761 | 22,409 | 14,590 | 4,715 | 12,672 | 8,491 | 18,781 | 28,726 | 53,367 | 159,155 | 212,522 | |
| Variable Expense | 5,990 | 4,173 | 221 | 7,697 | 8,308 | 5,409 | 1,748 | 4,698 | 3,148 | 6,963 | 10,650 | 19,785 | 59,005 | 78,790 | |
| BP Proposed Variable Profit | 10,167 | 7,083 | 375 | 13,064 | 14,101 | 9,181 | 2,967 | 7,974 | 5,343 | 11,818 | 18,076 | 33,582 | 92,185 | 133,732 | |
| | | | | | | | | | | | | | | | |
| Change in BP Proposed Variable Profit (2010-2007/09 Average) | | | | | (3,661) | 1,593 | (11,471) | 4,582 | (8,832) | 6,234 | 13,599 | (101,901) | | | |
| BEL Step 1 Compensation (per BP's Proposal) | | | | | | | | | (99,857) | | | | | | |

Test Case #71

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | May-Dec | Annual | Revenue/Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Step 1 Calculation:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| Revenue | 108,804 | 188,553 | 148,525 | 137,752 | 141,241 | 195,153 | 113,810 | 92,357 | 130,943 | 103,463 | 80,917 | 79,201 | 937,085 | 1,520,719 | 1.34 |
| Variable Expense | 115,169 | 141,856 | 92,202 | 90,669 | 105,568 | 113,832 | 90,090 | 69,481 | 120,775 | 24,114 | (17,510) | 185,845 | 692,195 | 1,132,091 | |
| Variable Profit | (6,365) | 46,697 | 56,323 | 47,083 | 35,673 | 81,321 | 23,720 | 22,876 | 10,168 | 79,349 | 98,427 | (106,644) | 244,890 | 388,628 | |
| | (0.06) | 0.25 | 0.38 | 0.34 | 0.25 | 0.42 | 0.21 | 0.25 | 0.08 | 0.77 | 1.22 | (1.35) | 0.26 | 0.26 | |
| **2010** | | | | | | | | | | | | | | | |
| Revenue | 90,422 | 109,905 | 62,254 | 94,936 | 87,320 | 127,326 | 64,405 | 78,773 | 78,297 | 42,188 | 31,166 | 29,939 | 539,414 | 896,931 | 1.93 |
| Variable Expense | 52,394 | 50,654 | 36,054 | 19,375 | 33,351 | 53,977 | 23,419 | 23,877 | 35,048 | 6,807 | 4,205 | 126,315 | 306,999 | 465,476 | |
| Variable Profit | 38,028 | 59,251 | 26,200 | 75,561 | 53,969 | 73,349 | 40,986 | 54,896 | 43,249 | 35,381 | 26,961 | (96,376) | 232,415 | 431,455 | |
| | 0.42 | 0.54 | 0.42 | 0.80 | 0.62 | 0.58 | 0.64 | 0.70 | 0.55 | 0.84 | 0.87 | (3.22) | 0.43 | 0.48 | |
| Change in Variable Profit (2010-2009) | | | | | 18,296 | (7,972) | 17,266 | 32,020 | 33,081 | (43,968) | (71,466) | 10,268 | | | |
| BEL Step 1 Compensation | | | | | | | | | | (105,166) | | | | | |
| **BP's Proposal:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 154,705 | 190,553 | 123,853 | 121,794 | 141,808 | 152,909 | 121,016 | 93,333 | 162,235 | 32,392 | (23,521) | 249,642 | 929,814 | 1,520,719 | |
| Variable Expense | 115,169 | 141,856 | 92,202 | 90,669 | 105,568 | 113,832 | 90,090 | 69,481 | 120,775 | 24,114 | -17,510 | 185,845 | 692,195 | 1,132,091 | |
| BP Proposed Variable Profit | 39,536 | 48,697 | 31,651 | 31,125 | 36,240 | 39,077 | 30,926 | 23,852 | 41,460 | 8,278 | (6,011) | 63,797 | 237,619 | 388,628 | |
| **2010** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 100,959 | 97,606 | 69,473 | 37,334 | 64,264 | 104,009 | 45,126 | 46,009 | 67,534 | 13,116 | 8,103 | 243,398 | 591,560 | 896,931 | |
| Variable Expense | 52,394 | 50,654 | 36,054 | 19,375 | 33,351 | 53,977 | 23,419 | 23,877 | 35,048 | 6,807 | 4,205 | 126,315 | 306,999 | 465,476 | |
| BP Proposed Variable Profit | 48,565 | 46,952 | 33,419 | 17,959 | 30,913 | 50,032 | 21,707 | 22,132 | 32,486 | 6,309 | 3,898 | 117,083 | 284,561 | 431,455 | |
| Change in BP Proposed Variable Profit (2010-2007/09 Average) | | | | | (5,326) | 10,955 | (9,219) | (1,720) | (8,974) | (1,968) | 9,909 | 53,285 | | | |
| BEL Step 1 Compensation (per BP's Proposal) | | | | | | | | | (16,252) | | | | | | |

Test Case #72

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | May-Dec | Annual | Revenue/Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Step 1 Calculation:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| Revenue | 59,246 | 144,845 | 309,608 | 17,562 | 201,295 | 322,161 | 182,601 | 26,366 | 125,535 | 125,420 | 124,522 | 127,674 | 1,235,574 | 1,766,835 | 1.31 |
| Variable Expense | 52,940 | 121,723 | 140,285 | 146,458 | 166,388 | 165,920 | 107,338 | 47,372 | 69,644 | 163,062 | 74,345 | 95,000 | 889,069 | 1,350,475 | |
| Variable Profit | 6,306 | 23,122 | 169,323 | (128,896) | 34,907 | 156,241 | 75,263 | (21,006) | 55,891 | (37,642) | 50,177 | 32,674 | 346,505 | 416,360 | |
| | 0.11 | 0.16 | 0.55 | (7.34) | 0.17 | 0.48 | 0.41 | (0.80) | 0.45 | (0.30) | 0.40 | 0.26 | | 0.24 | |
| **2010** | | | | | | | | | | | | | | | |
| Revenue | 119,565 | 19,951 | 50,903 | 26,575 | 94,611 | 61,103 | 279,245 | 22,669 | 53,086 | 62,834 | 33,211 | 80,558 | 687,317 | 904,311 | 1.46 |
| Variable Expense | 36,528 | 16,268 | 23,674 | 33,582 | 137,409 | 78,049 | 85,204 | 19,174 | 17,492 | 54,554 | 30,675 | 86,146 | 508,703 | 618,755 | |
| Variable Profit | 83,037 | 3,683 | 27,229 | (7,007) | (42,798) | (16,946) | 194,041 | 3,495 | 35,594 | 8,280 | 2,536 | (5,588) | 178,614 | 285,556 | |
| | 0.69 | 0.18 | 0.53 | (0.26) | (0.45) | (0.28) | 0.69 | 0.15 | 0.67 | 0.13 | 0.08 | (0.07) | | 0.32 | |
| Change in Variable Profit (2010-2009) | | | | | (77,705) | (173,187) | 118,778 | 24,501 | (20,297) | 45,922 | (47,641) | (38,262) | | | |
| BEL Step 1 Compensation | | | | | | | | | | (167,891) | | | | | |
| **BP's Proposal:** | | | | | | | | | | | | | | | |
| **2009** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 69,262 | 159,251 | 183,536 | 191,612 | 217,686 | 217,074 | 140,431 | 61,977 | 91,116 | 213,335 | 97,266 | 124,289 | 1,163,175 | 1,766,835 | |
| Variable Expense | 52,940 | 121,723 | 140,285 | 146,458 | 166,388 | 165,920 | 107,338 | 47,372 | 69,644 | 163,062 | 74,345 | 95,000 | 889,069 | 1,350,475 | |
| BP Proposed Variable Profit | 16,322 | 37,528 | 43,251 | 45,154 | 51,298 | 51,154 | 33,093 | 14,605 | 21,472 | 50,273 | 22,921 | 29,289 | 274,106 | 416,360 | |
| **2010** | | | | | | | | | | | | | | | |
| BP Proposed Revenue | 53,386 | 23,776 | 34,600 | 49,080 | 200,823 | 114,069 | 124,526 | 28,023 | 25,565 | 79,731 | 44,832 | 125,902 | 743,470 | 904,311 | |
| Variable Expense | 36,528 | 16,268 | 23,674 | 33,582 | 137,409 | 78,049 | 85,204 | 19,174 | 17,492 | 54,554 | 30,675 | 86,146 | 508,703 | 618,755 | |
| BP Proposed Variable Profit | 16,858 | 7,508 | 10,926 | 15,498 | 63,414 | 36,020 | 39,322 | 8,849 | 8,073 | 25,177 | 14,157 | 39,756 | 234,767 | 285,556 | |
| Change in BP Proposed Variable Profit (2010-2007/09 Average) | | | | | 12,116 | (15,135) | 6,229 | (5,756) | (13,399) | (25,096) | (8,764) | 10,467 | | | |
| BEL Step 1 Compensation (per BP's Proposal) | | | | | | | | | (61,922) | | | | | | |