## AFFIDAVIT OF DAVID WOLF

**Appearing** before me, Notary Public, on the date set forth below, was

### DAVID WOLF

Who being by me duly sworn, deposed and stated that the following is true and correct to the best of his personal knowledge:

1. I am a person of the full age of majority and am a resident of St. Tammany Parish, Louisiana. I am fully competent to submit this affidavit and to present testimony to a Court. If called as a witness before a Court, I believe that I could testify based on personal knowledge as to the facts set forth in this affidavit.

2. My educational background is as follows:

    Undergraduate:  Duke University

    Graduate:  Georgetown University Law Center

3. I have extensive experience in the alligator farming industry. From 2007-2009, I was the CEO of one of the largest alligator farms in the United States, until the company was sold. I have intimate knowledge of the business, including a micro and macro-level understanding of the industry and its players. Since 2009, I have served as a consultant to Wall's Gator Farm ("WGF"), providing business advice to WGF and its managing member, Nathan Wall.

4. WGF is one of the largest and most respected Crocodilian-species farms in the world. Since 2005, WGF has steadily expanded its facilities and its capacity to raise top-quality alligators. The primary alligator market is for the skins, which ultimately wind up in high-end luxury goods, particularly watchstraps. The industry demands minimum quality of 90% Grade 1 (flawless) and 10% Grade 2 (nearly flawless) skins. WGF routinely produces in excess of 95% Grade 1 skins.

5. The demand for skins produced by WGF is extremely high, and WGF is generally unable to supply a sufficient number of skins to satisfy demand. The limiting factor in terms of supply is the number of available alligator eggs and hatchlings. WGF facilities have the capacity to produce at least 20% more alligator skins than it ever

has to date. While a majority of WGF's supply is under long-term contract with several buyers, WGF sells a minority of its skins on the "spot" market, to take advantage of competitive bidding for the stock. If WGF desired, it could have every alligator skin it is capable of producing under guaranteed, multi-year contract.

6. The eggs WGF acquires each year derive from contracts with numerous landowners. These lands have the appropriate habitat for alligators to lay eggs, and WGF picks up eggs each year, typically in June and July. The Louisiana Department of Wildlife and Fisheries ("DWF") issues permits for each piece of land, and DWF determines a maximum number of eggs that may be removed from each site. The intention is to limit the number of eggs removed, to perpetuate a vibrant, long-term habitat. Historically, absent extraordinary circumstances (such as, for example, Hurricanes Katrina and Rita in 2005), WGF has been able to retrieve the maximum number of eggs authorized by all permits. The eggs are brought to the WGF facility, where they are incubated in climate-controlled facilities and hatched, typically in August. The hatchlings are then grown for roughly one year, into alligators with a belly width of approximately 25-29 centimeters – the ideal size for the watchstrap market.

7. In 2010, as a result of the BP Deepwater Horizon oil spill (the "Spill"), many of the lands for which WGF possesses egg permits were adversely affected. Freshwater diversions were opened as a result of the Spill to repel Macondo well oil from the Louisiana coast. Those diversions caused devastating flooding and damage to the alligator breeding habitat on lands from which WGF obtains eggs.

8. The Spill and its effects on WGF's property resulted in drastically reduced numbers of eggs available for collection in the summer of 2010. The actual number of eggs that were harvested was far below the number of eggs permitted. Additionally, of the eggs that were available, many were of poor quality, yielding a reduced hatch rate. The draft spreadsheet attached hereto as Exhibit A, was prepared prior to the approval of the Settlement Agreement with BP, and details the affected pieces of land and the numbers of alligator eggs lost. The columns flow through to the ultimate loss of profit by landowner, leading to a total loss by WGF in excess of $2,000,000. This

does not take into account the loss of revenue from meat sales, a significant and profitable ancillary market for WGF.

9. It is important to note that 2010 WGF financials do not demonstrate a revenue impact from the loss of eggs in 2010. Revenue is achieved 10-16 months after the eggs hatch, when the alligators have grown to size, are harvested, skinned, salted and shipped to the tanneries. As a result, WGF financials demonstrate an adverse impact from the Spill in 2011-2012.

10. WGF filed a business economic loss claim pursuant to the Settlement Agreement with BP. The methodology set forth in the Settlement Agreement for calculating damages does not take the realities of WGF's losses into account; rather it is a formulaic methodology that focuses on 2010 revenue losses. The Claims Administrator reviewed the claim and awarded approximately $1.2 million to WGF, including the risk transfer premium (the "Award"). BP, in its *Memorandum in Support of Emergency Motion for a Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims Based on Fictitious "Losses"* (the "BP Memo"), highlighted the WGF claim as an example of "fictitious losses." *See* BP Memo at Appendix B, p. B-8. In reality, WGF was damaged to a far greater extent than the Award, calculated pursuant to the Settlement Agreement, represents.

_____
DAVID WOLF

Sworn to and subscribed before me,
this 26Th day of March, 2013
at St. Tammany Parish, Louisiana.

_____
NOTARY PUBLIC
Printed Name:_____
La. Bar Roll/Notary ID #:_____



SAMANTHA L. BLOEMER
NOTARY PUBLIC
NOTARY #132940
STATE OF LOUISIANA
My Commission is for Life

**WALL'S GATOR FARM, LLC**

| Landowner | Permitted | Actual Collected | Egg Loss | Actual Hatch Rate | Normal Hatch Rate | Deviation from normal Hatch Rate | Hatchling Loss | Mortality Rate | Loss Adjusted for Mortality | Returns at 12% | Saleable Gators (net of Returns) | Cost per Egg | Cost to Raise per Gator | Sale Price per cm | Ave cm per Gator | Ave Sale Price per Gator | Total Loss per Landowner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alliance River Properties LLC | 70 | | 70 | | 85% | -85.00% | 60 | 5% | 57 | 7 | 49 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $5,823.27 |
| Barbara Collura | 70 | 55 | 15 | 76% | 85% | -9.00% | 18 | 5% | 17 | 2 | 15 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $1,732.30 |
| Bertrand Foch & Frederick Schafer | 105 | 63 | 42 | 78% | 85% | -7.00% | 40 | 5% | 38 | 5 | 33 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $3,925.57 |
| Borgnemouth Realty Co. | 385 | | 385 | | 85% | -85.00% | 327 | 5% | 311 | 39 | 272 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $32,027.96 |
| Clyde Giordano | 140 | 77 | 63 | 77% | 85% | -8.00% | 60 | 5% | 57 | 7 | 50 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $5,843.82 |
| Delacroix | 25,000 | 7,686 | 17,314 | 67% | 85% | -18.00% | 16,100 | 5% | 15,295 | 1932 | 13,363 | $16.00 | $52.00 | $7.00 | 27.00 | $189.00 | $1,430,840.77 |
| Dorothy Gonzales Molero | 280 | | 280 | | 85% | -85.00% | 238 | 5% | 226 | 29 | 198 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $23,293.06 |
| Emile Meyers | 35 | 19 | 16 | 74% | 85% | -11.00% | 16 | 5% | 15 | 2 | 13 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $1,535.58 |
| Eustin Becnel/Hayes Thompson | 105 | 52 | 53 | 79% | 85% | -6.00% | 48 | 5% | 46 | 6 | 40 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $4,714.40 |
| Foster Dartus/Anthony Palazzo | 70 | 44 | 26 | 80% | 85% | -5.00% | 24 | 5% | 23 | 3 | 20 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $2,378.24 |
| Frank Priola | 175 | 96 | 79 | 79% | 85% | -6.00% | 73 | 5% | 69 | 9 | 61 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $7,135.70 |
| Gladys Ansardi | 105 | 101 | 4 | 75% | 85% | -10.00% | 14 | 5% | 13 | 2 | 11 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $1,321.25 |
| Guy Collora | 105 | | 105 | | 85% | -85.00% | 89 | 5% | 85 | 11 | 74 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $8,734.90 |
| Howard Hingle | 105 | 90 | 15 | 77% | 85% | -8.00% | 20 | 5% | 19 | 2 | 17 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $1,952.51 |
| James Martin | 105 | 60 | 45 | 78% | 85% | -7.00% | 42 | 5% | 40 | 5 | 35 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $4,154.58 |
| Jesse Camille LeBlance, III | 105 | 54 | 51 | 78% | 85% | -7.00% | 47 | 5% | 45 | 6 | 39 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $4,612.61 |
| Ken Savastano Properties | 175 | 99 | 76 | 77% | 85% | -8.00% | 73 | 5% | 69 | 9 | 60 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $7,097.53 |
| Kenneth Savastano | 105 | 65 | 40 | 78% | 85% | -7.00% | 39 | 5% | 37 | 5 | 32 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $3,772.89 |
| Leonard Lauga | 70 | 40 | 30 | 78% | 85% | -7.00% | 28 | 5% | 27 | 3 | 23 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $2,769.72 |
| Livaudais Co, LLC | 1,120 | | 1,120 | | 85% | -85.00% | 952 | 5% | 904 | 114 | 790 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $93,172.24 |
| Millard Ciaccio | 70 | 52 | 18 | 79% | 85% | -6.00% | 18 | 5% | 17 | 2 | 15 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $1,802.77 |
| Morgan City Land & Fur Co. LLC | 910 | 542 | 368 | 77% | 85% | -8.00% | 356 | 5% | 338 | 43 | 296 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $34,857.38 |
| O S Livaudais Estate | 70 | | 70 | | 85% | -85.00% | 60 | 5% | 57 | 7 | 49 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $5,823.27 |
| Peter Moss et al (Big Mar) | 245 | | 245 | | 85% | -85.00% | 208 | 5% | 198 | 25 | 173 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $20,381.43 |
| Planche-Bopp Properties | 525 | | 525 | | 85% | -85.00% | 446 | 5% | 424 | 54 | 370 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $43,674.49 |
| Raymond Lambert | 105 | 57 | 48 | 77% | 85% | -8.00% | 45 | 5% | 43 | 5 | 38 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $4,439.38 |
| Robert Lobrano et al | 280 | 146 | 134 | 78% | 85% | -7.00% | 124 | 5% | 118 | 15 | 103 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $12,147.62 |
| SGH Marshland Properties | 4,600 | 1,378 | 3,222 | 78% | 85% | -7.00% | 2,835 | 5% | 2,693 | 340 | 2,353 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $277,477.11 |
| Shingle Point, LLC | 70 | | 70 | | 85% | -85.00% | 60 | 5% | 57 | 7 | 49 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $5,823.27 |
| The Livaudais Co, LLC | 175 | | 175 | | 85% | -85.00% | 149 | 5% | 141 | 18 | 123 | $7.00 | $52.00 | $7.00 | 27.00 | $189.00 | $14,558.16 |
| **TOTAL** | | 35,480 | 10,776 | 24,704 | | | | 22,609 | | | | | | | | | **$2,067,823.75** |

**EXHIBIT A**