# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*

                                                                \*

**IN RE: OIL SPILL by the OIL RIG**     \* **MDL No. 2179**
**"DEEPWATER HORIZON" in the**     \* **SECTION J**
**GULF OF MEXICO, on APRIL 20,**     \* **JUDGE BARBIER**
**2010**     \* **MAG. JUDGE SHUSHAN**
                                                                 \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*

## <u>Declaration of Malcolm J. Dugas, Jr.</u>

1. I am a founding partner in the law firm Dugas & Mire, L.L.C. located in Donaldsonville, LA. I am licensed to practice law in the state of Louisiana, and have been in active practice for 39 years. In this role, I represent clients all across south Louisiana primarily in the areas of commercial and personal injury law. I've known some of my clients far longer than I've been practicing law. This includes Chef John D. Folse, and his company Chef John Folse & Company, L.L.C. I've known Chef John D. Folse personally for over 35 years, and have represented him professionally for approximately 25 years. I've represented his company, Chef John Folse & Company, L.L.C. for 25 years and through such representation I've gained personal knowledge of its basic operations, product lines, history, personnel, location, and organizational structure.

2. Chef John Folse & Company, L.L.C. retained myself and another law firm in connection with the above referenced matter along with another law firm, in connection with the above referenced matter to evaluate and assist Chef John Folse & Company, L.L.C. in the evaluation, preparation and submission of a claim on its behalf under the Business Economic Loss Framework ("BEL"). In doing so, I assisted with gathering necessary records and supporting documentation and working with our client, its CPA, and the other law firm to prepare and file Chef John Folse & Company, L.L.C.'s BEL claim.

3. The purpose of this Declaration is to provide background information regarding the history, operations, location, product lines, personnel, organizational structure Chef John Folse & Company, L.L.C based on my

personal knowledge of Chef Folse and Chef John Folse & Company, L.L.C. gained over the many years I've maintained a personal and professional relationship with the Chef and his company.

4.   Chef John Folse & Company, LLC ("CJF & Company") is a Louisiana limited liability company that operates a USDA cook and chill food manufacturing plant in Donaldsonville, LA.  As its name would suggest, Chef John D. Folse (along with his wife) owns the company, and serve as its CEO and Secretary/Treasurer, respectively.

5.   In 1988 the Louisiana Legislature gave Chef Folse the title of "Louisiana's Culinary Ambassador to the World."[1]  Chef Folse and his Company are very visible participants in and supporters of Louisiana's Seafood industry. Chef Folse serves a spokesperson and board member for the Louisiana Seafood Promotion and Marketing Board; the Company sells numerous frozen seafood dishes and products[2]; participates in numerous Gulf Seafood related promotional events such as hosting the Great American Seafood Cookoff in New Orleans in 2009, 2010, and 2011; forming the "Friends of the Fishermen" foundation with the Seafood Board in response to the BP Oil Spill to raise awareness of issues related to Gulf Seafood; and even handled all of the preparation, packing and shipping of the seafood dishes for BP's "Spirit of the Gulf" event at the 2012 London Olympic Games.[3]

6.   Chef John Folse & Company, L.L.C. is one of the few chef-owned food-manufacturing companies in America producing custom-manufactured foods for the retail and food service industry, as well as selling its own product line of Cajun and Creole cuisine.  While it was originally headquartered in Gonzales, LA, and still has some minor operations there to this day, in January 2005 the company opened a much larger USDA cook and chill manufacturing plant in Donaldsonville, and in 2007 growing demands pushed the Donaldsonville plant to expand to over 32,000 square feet and become the company's headquarters and location for all executive offices. Today CJF & Company is capable of producing 50 million pounds of frozen or

---

[1] See Exhibit A, containing a bio on Chef John D Folse from his website at www.jfolse.com
[2] See Exhibit B, containing a company description and product list available on the company's website at www.jfolse.com/newusda/index.htm
[3] See Exhibit C, containing an article available related to the work the Company did for the "Spirit of the Gulf" event hosted by BP at the London Olympics at the following web address:
http://theadvocate.com/csp/mediapool/sites/Advocate/assets/templates/FullStoryPrint.csp?cid=3424507&preview=y

fresh, fully cooked and ready to serve products on a single shift per year, and 150 tons weekly.[4]

7.  The company manufactures various Cajun and Creole entrées, vegetables, soups, sauces and specialty products for foodservice distribution, retail sales and national restaurant chains.  Focusing primarily on Louisiana's indigenous cuisine, CJF and Company produces and sells items such as its popular Acadiana Seafood Gumbo, Creole Corn & Shrimp Soup, Sweet Corn Crab and Shrimp Bisque, Red Bean and Sausage Soup, and Boubon Street Seafood Gumbo. It also produces a number of non-Cajun/Creole dishes such as Grilled Chicken Tortilla Soup and Artichoke Dip. A full description of the plant and the more than 50 products it produces is attached hereto as **Exhibit B.**

8.  In addition to his own product line of Cajun and Creole cuisine, the company also creates custom manufactures products for restaurants and food services companies to sell under their own brands, it sells a popular line of cookbooks on Cajun cuisine, seafood and wild game, among other topics, and it also handles food processing for special events such as BP's "Spirit of the Gulf" event, preparing pre-cooked dishes for the Oscar Award Ceremony dinner in Los Angeles, CA, and many similar national and international events. Chef John Folse & Company, L.L.C. is one of the most well know ambassadors for Louisiana Seafood.

9.  When evaluating the Company's claim under the Deepwater Horizon Settlement Agreement, we determined that it was entitled to a presumption of causation because its headquarters are located in Donaldsonville, LA, which is in Zone C, and its operations qualify it under the "Secondary Seafood Processor" definition found in the Settlement Agreement's Seafood Industry Definitions in Exhibit 3 to the Settlement Agreement. The company purchases Gulf Seafood from Primary Seafood Processors in order to add further value by cooking, packaging, and shipping its seafood product lines. It's operations involve doing all of the things that make up the definition of the term in Exhibit 3. BP is well aware of the Company's operations and status as a Secondary Seafood Processor because the Company was hired to handle the food preparation and shipping for BP's "Spirit of the Gulf" event at the London Olympics and that job also involved it performing each of the elements that make up the definition of Secondary Seafood Processor. While the company does sell some products that have nothing to do with seafood (i.e., chicken & tortilla soup, pre-made roux, jams, cheeses, etc), and even some that nothing to do with food at all (i.e., cookbooks, etc), but it should be clear to anyone that the Company is a major producer of seafood products

---

[4] See http://www.jfolse.com/newusda/newmanufacturing.htm and company Description attached as Exhibit A.

and the Louisiana seafood industry in general.  That Chef John Folse &
Company qualifies as a Secondary Seafood Processor as that term is defined
in Exhibit 3, we believe, is beyond debate.

10. Chef John Folse & Company, L.L.C. is capable of handling both routine and
special orders, and both local and international events. It supplies
supermarkets, small stores, and many other types of retail establishments
across Louisiana and the country at large with wonderful seafood soups and
entrees. As stated earlier, CJF and Company is well known to BP, as it
prepared all of the Seafood dishes for the various chefs who participated in
BP's "Spirit of the Gulf" event at the London Olympics. In doing so, it cooked,
packaged, and shipped more than a ton of Seafood internationally in order to
feed over 1,000 people per day during that event.

11. Although the Company's assigned itself an NAICS code of 311900 for "Other
Food Manufacturing," as BP pointed out in its Initial Proposal to its appeal of
the Company's claim, we never saw anything in the Settlement Agreement
that mentioned NAICS codes being relevant to whether a claimant meets one
of the Seafood Industry definitions, including the Secondary Seafood
Processor definition.  Further, it should be of no surprise to BP that the
Company would assign itself a generic food manufacturer NAICS code, rather
than one just for Seafood Processors or anything else specific, because as BP
is aware, not every product the Company sells contains seafood, although
many do. The Claims Administrator assigned the Company an NAICS code of
311711 for "Seafood Canning," but we presume this was for its own internal
purposes because we never suggested that and it doesn't appear to be
relevant to the Secondary Seafood Processor designation. Perhaps BP should
ask the Claims Administrator, but no matter what NAICS code the Settlement
Program assigns to the claim, or what code the Company chose for itself for
tax reporting purposes, none of that has any impact whatsoever on the
company's actual operations and whether it routinely does each of the things
required of Secondary Seafood Processors. There is no minimum percentage
of business that must be seafood related, or percentage of costs that must be
seafood related included in the Secondary Seafood Processor definition, nor
are there any special documentation requirements such as are found in some
of the other Seafood industry definitions. Therefore, we determined that it
Chef John Folse & Company, L.L.C. fit squarely within the Secondary Seafood
Processor definition found in Exhibit 3 to the Settlement Agreement and
attached hereto as Exhibit D.

12. Based on our determination regarding the Company's status as a Secondary
Seafood Processor headquartered in Zone C, we instructed the Company's
CPAs who were assisting on the claim to prepare full claim calculations and
prepare a financial exhibit package including all required financial
statements, tax reconciliations and copies of the relevant tax returns without
testing the claim under the other causation tests or gathering records for

customer mix test evaluations because under the terms of the Settlement Agreement, causation for this claim is presumed.

I declare that the foregoing is true and correct to the best of my knowledge and experience as attorney for Chef John Folse and Company, L.L.C. for the past 25 years.

By,

Malcolm J. Dugas, Jr.
Dugas & Meyer, L.L.C.
Counsel for Chef John Folse & Company, L.L.C.

As of March 29, 2013

# EXHIBIT A

Experience Great Cajun & Creole Food and Recipes with Chef John Folse & Co.                    10/16/12 2:48 PM





## MEET THE MAN

**Chef John Categories:**

- ➤ Biography
- ➤ History
- ➤ Favorite Places
- ➤ Folse Philosophy
- ➤ Recognition & Awards
- ➤ Press Room
- ➤ Cajun Ingredients
- ➤ Questions & Answers

## BIOGRAPHY



CHEF JOHN D. FOLSE, CEC, AAC

Chef John Folse, born in St. James Parish in 1946, learned early that the secrets of Cajun cooking lay in the unique ingredients of Louisiana's swamp floor pantry. Folse seasoned these raw ingredients with his passion for Louisiana culture and cuisine, and from his cast iron pots emerged Chef John Folse & Company.

When Folse opened Lafitte's Landing Restaurant in 1978 in Donaldsonville, he set out to market his restaurant by taking "a taste of Louisiana" worldwide. He introduced Louisiana's indigenous cuisine to Japan in 1985, Beijing in 1986 and Hong Kong and Paris in 1987. In 1988, Folse made international headlines with the opening of "Lafitte's Landing East" in Moscow during the Presidential Summit between Ronald Reagan and Mikhail Gorbachev. In 1989, Folse was the first non-Italian chef to create the Vatican State Dinner in Rome. Promotional restaurants also included London in 1991 and 1993, Bogota in 1991, Taipei in 1992 and 1994 and Seoul in 1994. In 1988, the Sales and Marketing Executives of Greater Baton Rouge named Folse "Marketer of the Year" and the Louisiana Legislature gave him the title of "Louisiana's Culinary Ambassador to the World."



The international success of Folse's cornerstone property, Lafitte's Landing Restaurant, spawned the incorporation of several other Chef John Folse & Company properties. White Oak Plantation in 1986 established Folse's catering and events management division. Chef John Folse & Company Publishing, since 1989, has produced eight cookbooks in his Cajun and Creole series, plus a novel, two children's books and a religious memoir by other authors. "A Taste of Louisiana" is Folse's international television series produced by Louisiana Public Broadcasting since 1990. Chef John Folse & Company Manufacturing, since 1991, is one of the few chef-owned food manufacturing companies in America producing custom-manufactured foods for the retail and food service industry. In January 2005 a new USDA manufacturing plant opened in Donaldsonville, and in 2007 growing demands pushed the plant to expand. In 2008, Folse cut the ribbon of his expanded 68,000 square-foot food manufacturing plant.

The Chef John Folse Culinary Institute at Nicholls State University in Thibodaux, La., opened in October 1994 and is dedicated to the preservation of Louisiana's rich culinary and cultural heritage. In

RUTH U. FERTEL
CULINARY ARTS BUILDING



August 1996, Folse began broadcasting his radio cooking talk show, "Stirrin' It Up." In 2001, "Stirrin' It Up" expanded to a television cooking segment during the 5 p.m. newscast on WAFB-TV Channel 9 in Baton Rouge, La.

Exceptional Endings, the pastry division, was launched in 1996 to create specialty desserts, pastries and savories. In October 1998, a fire destroyed the 200-year-old Viala Plantation, which housed Lafitte's Landing Restaurant, and in May 1999 Folse opened his former Donaldsonville home as Lafitte's Landing Restaurant at Bittersweet Plantation offering fine dining and bed and breakfast accommodations. In the year 2000, Folse incorporated Digi-Tek Productions, a full service digital recording studio. Expanding on the catering services of White Oak Plantation, Chef John FOLSEvents Management & Catering fulfills the special events needs of clients both regionally and nationally. In 2002, Bittersweet Plantation Dairy opened, offering a full line of fresh and aged cheeses.

Folse has received numerous national and international accolades. In 1987, the Louisiana Restaurant Association named him "Louisiana Restaurateur of the Year." In 1989, *Nation's Restaurant News* inducted Lafitte's Landing Restaurant into its "Fine Dining Hall of Fame." In 1990, the American Culinary Federation (ACF) named Folse the "National Chef of the Year." In 1992, Johnson & Wales University in Providence, R.I., recognized Folse with an honorary doctor of Culinary Arts Degree, as did Baltimore International Culinary College in 1995. In 1994, he assumed the role as national president of the American Culinary Federation, the largest organization of professional chefs in America. In 1995, Folse was one of 50 people recognized in *Nation's Restaurant News'* "Profiles of Power." In 1996, Lafitte's Landing Restaurant received the Award of Excellence from Distinguished Restaurants of North America (DiRōNA). Folse served two terms as DiRōNA Chairman from 2000 to 2001, and he served on the National Dairy Council Chef's Advisory Panel. In 1998, Chef John Folse & Company Manufacturing received TGI Friday's Inc. Procurement Product Development Award for assisting in the development of Friday's Jack Daniels© Glaze. In 1998, *Food Arts* magazine awarded Folse the "Silver Spoon Award" for his sterling performance and contributions to the food service industry. In 1999, the Research Chefs Association (RCA) named Chef John Folse & Company "Pioneers in Culinology" because of the efforts of Folse's culinary research team. In 2001, Folse was elected to RCA's Board of Directors. In November 1999, the Acadiana Chapter of the American Culinary Federation inducted Folse into the Louisiana Chef's Hall of Fame for his lifetime contributions to the promotion of Louisiana cuisine. Additionally, Folse received the Antonin Carême Medal in November 2000. Folse also served as president of RCA.  In 2007, Folse served as the American Judge for the Bocuse d'Or World Cuisine Contest in Lyon, France. In October 2008 Folse was awarded the Louisiana Governor's Cultural Economic Development Arts Award and Southern Foodways Alliance Lifetime Achievement Award.

Thirty years of culinary excellence later, Folse is still adding ingredients to the corporate gumbo he calls Chef John Folse & Company, which is as diverse as the Louisiana landscape, and he would not want it any other way.

Experience Great Cajun & Creole Food and Recipes with chef John Folse & Co.

Case 2:10-md-02179-CJB-DPC   Document 9087-6   Filed 04/02/13   Page 9 of 35   10/16/12 2:48 PM

**Return Home** | **Meet the Man** | **Find a Recipe** | **Contact**

Copyright © 2009 Chef John Folse & Company.
2517 South Philippe Ave. • Gonzales, LA 70737 • (225) 644-6000 • FAX (225) 644-1295

# EXHIBIT B

# Chef John Folse & Company, LLC



45270 Chef John Folse Blvd. ◆ Donaldsonville, LA 70346 ◆ (225) 473-0100 ◆ FAX (225) 473-0099
Copyright © 2007 Chef John Folse & Company.

**Chef Owned & Operated USDA Cook & Chill Manufacturing Plant located in Donaldsonville, LA**

Content from Chef John Folse & Company
(http://www.jfolse.com/newusda/index.htm)

At Chef John Folse & Company, we are committed to providing the exceptional service and quality products that our distinguished clientele have come to expect. Let us expand our wealth of experience into a successful business venture with you. Where success meets, great relationships grow.

The food manufacturing and sales division of Chef John Folse & Company was created in 1990 by Chef John Folse based on his vision of a changing food industry in

1

America. From its humble beginnings, the manufacturing division has grown to national prominence with a customer base extending from the Gulf Coast to the Canadian borders and from the West Coast to the Eastern seaboard. The manufacturing of entrées, vegetables, soups, sauces and specialty products for foodservice distribution, retail sales and national restaurant chains forms the foundation of our organization.

Our USDA cook and chill manufacturing plant in Donaldsonville is capable of producing 150 tons of fully-cooked and ready-to-serve products weekly. From our state-of-the-art Chester Jenson kettles to our Cryovac On-Pack 2000 packaging system, our plant is designed to exceed USDA standards. Our Quality Assurance Department is our tool to ensure this.

**Plant Floor**
Our USDA manufacturing facility is capable of producing 50 million pounds of frozen or fresh, fully cooked and ready to serve product on a single shift per year. Our packaging capacity ranges from cryovac boil-in-the-bag to 55-gallon drums, as each customer's needs are different. Our minimum batch size for specialty product is 1000 pounds, or 62 (16-pound) cases.

## Chef John Folse & Company Products:

**Food Service Line:**

Chef John Folse & Company Manufacturing services a wide variety of customers in the foodservice industry, from your favorite casino buffet to the restaurant down the street, you will find Chef John Folse & Company products on the menu. People everywhere are enjoying our products: residents in nursing homes and employees at manufacturing facilities, hospitals and many other places of business.

The diversity of customers is not just in the type of patron but also in the areas serviced. You can find Chef John Folse & Company products all over the map from Las Vegas to Kansas City. If we are not in your neighborhood now, we will be soon.

## Soups
1. **Bourbon Street Seafood Gumbo (CJF item #3044311)** Nothing says Louisiana better than a steaming bowl of seafood gumbo. Shrimp and crab are combined with the smoky flavored andouille sausage, onions, celery, bell pepper and garlic to finish this classic bayou dish.

2. **Bourbon Street Seafood Gumbo Base - no protein (CJF item #3044339)** Sought out by visitors from all over the world, gumbo remains the most popular dish in South Louisiana. Whether you add chicken, sausage or game, you'll find this base perfect for your special version.

2

3. **Acadiana-style Seafood Gumbo (CJF item #3044395)** A South Louisiana favorite, crab, shrimp and okra are combined in a rich seafood broth thickened with a dark Cajun roux, the inclusion of the trinity (onions, celery and bell pepper) round out the flavors of this Cajun classic.

4. **Seafood Bisque Base - *no protein* (CJF item #3044346)** Nothing says Louisiana better than a steaming bowl of seafood gumbo. Shrimp and crab are combined with the smoky flavored andouille sausage, onions, celery, bell pepper and garlic to finish this classic bayou dish.

5. **Plantation-style Chicken and Sausage Gumbo (CJF item #3044326)** A classic dark brown roux simmering with onions, celery and bell pepper is combined with boneless chicken and andouille sausage to create this Louisiana favorite.

6. **Louisiana Chicken and Sausage Gumbo (CJF item #3044396)** Our newest version of this Creole Classic is spicy and smooth. It begins with a dark Cajun roux base.

7. **Creole Corn and Shrimp Soup (CJF item #3044315)** With a medley of shrimp and corn accented by a hint of tomatoes and a blend of herbs, it is no wonder that Corn & Shrimp Soup is as popular in Louisiana as Gumbo.

8. **Crawfish, Corn and Potato Soup (CJF item #3044314)** The main social event of Cajun Country, the crawfish boil, is captured in the combination of the three main ingredients of the boil simmered in crawfish stock and cream. When flavored with a hint of Zatarain's Liquid Crab Boil spice, it's as close as you'll get to Bayou Country.

9. **"Olde" Tyme Baked Potato Soup (CJF item #3044331)** Remember the aroma of hot baked potatoes fresh from the oven? This is the flavor we have recreated by combining potatoes, smoky bacon and sweet cream, just like in the "olde" days!

10. **Creole Onion Soup (CJF item #3044347)** Our Creole Onion Soup is made with simmering beef stock chock full of onions, garlic, red wine and herbs. When finished in your kitchen, top with toasted French bread and Parmesan cheese.

11. **Tomato Bisque (CJF item #1044118)** Tomato soup in its most refined form. Creamy and rich with creole seasonings to complement that luscious tomato flavor. Enjoy as is or add shrimp—it is truly special either way.

12. **Sweet Corn and Crab Bisque (CJF item #3044379)** Many said this dish was born in the cast iron pots of Louisiana. Recreating this magnificent soup is a Louisiana "Birth right." The marriage of rich crab stock, white crabmeat and sweet golden corn come together to create an explosion of flavor in the pot. You may have eaten corn and crab soup, but you havn't sampled any this good.

13. **Sweet Corn, Crab and Shrimp Bisque (CJF item #3044341)**
A classic Louisiana style creamy bisque by birthright. This particular soup explodes with flavor when we add sweet golden corn with gulf crab and shrimp. You won't taste many this good.

14. **Grilled Chicken Tortilla Soup (CJF item #3044495)**
We have combined this Tex-Mex recipe with Louisiana flavor. You'll feel as though you are on the border when this creation hits your taste buds.

15. **Red Bean and Sausage Soup (CJF item # 3044409)**

16. **Broccoli, Cheese and Bacon Soup (CJF item #5044321)**
When the trinity of onions, celery and bell peppers is combined with broccoli florets, minced carrots and cheddar cheese, a soup unlike any other emerges from our black iron pots.

17. **Bayou Garden Vegetable and Beef Soup (CJF item #3044325)**
This recreation of a Cajun favorite combines fresh sweet potatoes, squash, zucchini, carrots, broccoli, cauliflower, okra and red beans with tender sirloin strips and a rich beef stock to give this soup the perfect finish.

## Sauces

18. **Veal Demi-Glace (CJF item #3044440)**
A true fully prepared demi-glace? Yes!! This rich veal stock twice reduced becomes the mother sauce for most classical brown sauces. One taste and you'll know that this sauce is authentic.

19. **Hollandaise (CJF item #3044369**)
Our version of the culinary classic is smooth, rich and creamy and resistant to separation under high heat.

20. **Bechamel (CJF item #3044358)**
The richness and roundness of flavor in this product is a great starting point for any cream sauce.

21. **Sicilian-style Marinara Sauce (CJF item #3044338**)
Unlike its sweet, smooth American cousin, this island-style marinara is

4

chock-full of chunky Roma tomatoes with a slight touch of acidity just as the Sicilians love their spaghetti sauce.

22. **Italian-style Marinara Sauce (CJF item #3044322)**
A robust and flavorful tomato sauce prepared with diced tomatoes and fresh herbs.

23. **Alfredo Sauce (CJF item #3044332)**
What more can we say? This is the traditional sauce of Rome—cream lightly boiled with butter, cheese, egg yolk and herbs. Add a Bayou Country twist with a touch of diced tasso.

24. **Acadiana Crawfish Sauce (CJF item #3044447)**
A magnificent combination of crab, shrimp and crawfish stock married with classical herbs and spices. We recommend this sauce as the perfect accompaniment under fish or chicken and should be considered the ideal pasta sauce when using vegetables and shellfish.

25. **Creole-style Remoulade Sauce (CJF item #3044056)**
Our New Orleans style remoulade sauce is spicy mustard and mayonnaise based sauce, sweetened with a bit of ketchup, fresh herbs and seasoning. Remoulade sauce is delicious served as a dipping sauce with shrimp, crabs or served over salads.

26. **New Orleans-style White Remoulade Sauce (CJF item #3044343**)
New Orleans has two classic rémoulades: the red, sweet tomato-based sauce and the white, spicy rémoulade featured at most great New Orleans eateries. The white rémoulade is flavored with Creole mustard and horseradish and is most often served with boiled seafood or Louisiana crab cakes.

27. **New Orleans Creole Sauce (CJF item #3044352)**
A versatile and spicy tomato sauce made with brown roux, onions, celery, bell peppers, garlic, shrimp stock and seasonings. Adding shrimp or any seafood will round this dish out beautifully.

28. **Southern-style Turkey Gravy (CJF Item #3044406)**
Classic giblet gravy flavored with slow roasted vegetables and aromatic spices.

29. **Mushroom Gravy (CJF Item #3044424)**
A savory sauce of button mushrooms, enhanced with onions and garlic.

## Red Beans

30. **French Market Red Beans (CJF item #3044319)**
Just enough andouille sausage is added to this Monday lunch favorite to give it flavor. We recommend serving a link of heavily smoked sausage on the side.

31. **New Orleans-style Red Beans (CJF item #3044385)**
This version uses turkey sausage for it's flavor and was created for our customers in need of pork-free items.

32. **Louisiana Red Beans and Sausage (CJF item #3044432)**
Sliced smoked sausage has been added to this version. Just ladle it over steamed white rice for the perfect lunch entree.

## Entrées

33. **Louisiana-style Crawfish Etouffee (CJF item #3044433)**
**Crawfish (CJF item #3044323)**
Many etouffees with an origin from deep in the swamps of Louisiana start with a darker roux than the Creoles of New Orleans. This nutty-flavored concoction is what gives the Cajun etouffees, as this fantastic version with crawfish, their unique flavor you just don't find outside Louisiana.

34. **Bayou Country Crawfish Etouffee (CJF item #3044394)**
A staple on the bayou country table. This Etouffee is seasoned with ripe tomatoes and spiced with parsley, thyme and bay leaves.

35. **Bayou Country Shrimp Creole (CJF item #3044328)**
As common as Red Beans and Rice on Mondays, Shrimp Creole can be found on tables throughout Louisiana for Friday lunch or dinner. Our version combines sautéed gulf shrimp with tomatoes, onions, celery, bell peppers and garlic to create this classic Creole dish.

36. **Dressing MIx for Dirty Rice (CJF item #3044477)**
Rarely would a holiday table be set without this Louisiana staple. We prepare a slow-cooked dressing of beef, pork and chicken livers. To serve, simply heat the dressing mix and combine with steamed white rice, prepared separately, for a wonderful marriage of flavors that makes any day feel like a holiday.

37. **Chicken Pot Pie Filling (CJF item #3044481)**
What could one do to enhance the flavor of this traditional family favorite? Well, first you add a rich chicken stock along with fresh sweet peas, potatoes and carrots. Then, you blend it with a butter roux and finish it with sweet whipping cream. Now, that's an improvement.

6

38. **River Road Shrimp Stew (CJF item #5044313)**
    Rarely can a week go by in South Louisiana where you cannot find
    shrimp stew in someone's pot on the Mississippi River Road. You will find
    no potatoes or carrots in the stews of the southern parishes. We begin
    with a traditional dark brown roux and end with a unique flavor that you
    won't soon forget.

39. **Fiesta Chili with Beans (CJF item #5044377)**

## Jambalaya

40. **Jambalaya or Pastalaya Base with Tasso & Andouille (CJF item
    #3044324)**
    ***Creole Style Rice Base (red) with Tasso and Andouille***
    Jambalaya has become the best-known rice dish in America. This Cajun
    classic combines tasso, andouille and chicken into a tasty "one pot meal"
    as the Cajuns did or as an authentic side dish like the Creoles. We've
    added a recipe for using your favorite pasta in place of rice for another
    unique and interesting option.

41. **World Champion Jambalaya Base (CJF item #30445373)**

42. **Jambalaya Base with Chicken and Smoked Sausage (CJF item
    #3044388)** ***Cajun Style Rice Base (brown) with Chicken and Smoked
    Sausage***
    Jambalaya has become the best-known rice dish in America. This Cajun
    classic combines chicken and smoked sausage into a tasty "one pot
    meal" as the Cajuns did or as an authentic side dish like the Creoles.
    With our version, simply fold in cooked rice and enjoy.

## Vegetables

43. **Corn Maque Choux (CJF item #0044052)**
    Exactly how the Indian word for corn, Maque, and the French word for
    cabbage, Choux, became the name of this corn and tomato dish is a
    mystery to us in Cajun Country. The early explorers found this interesting
    combination of corn and tomatoes strange but delicious. Today, it is one
    of Louisiana's favorite vegetable dishes.

44. **Sweet Potato Souffle (CJF Item #3044001)**
    Luxuriously smooth and rich purée of sweet potatoes with a touch of
    cinnamon and other spices.

45. **Okra and Tomatoes (CJF Item #3044370)**
    Tender cuts of okra slowly simmered in a Creole-style sauce of tomatoes
    and aromatic vegetables.

46. **Carrot Souffle (CJF Item #3044356)**
A silky smooth puree of carrots sweetened with vanilla. This airy mixture bakes to a beautiful golden brown and is sure to please any palate.

## Rouxs

47. **Cajun Dark Brown Roux (CJF item #400361)**
Classic Cajun dark brown roux with onions, celery and bell peppers. Perfect for gumbos, stews, fricassees and any dish requiring a dark roux. Packed 50 lbs.

48. **Creole Butter Roux (CJF item #400371)**
Slow cooked and perfect for all light roux dishes. Packed 50 lbs.

49. **Blonde Roux (CJF item #400351)**
Our lightest roux, the blond roux is perfectly blended, but never allowed to brown. Packed 50 lbs.

## Miscellaneous

50. **Bourbon Whiskey Sauce (CJF item #3044006)**

51. **Spinach and Artichoke Dip (CJF item #3044427**)
This classic marriage of two vegetables was first seen in New Orleans in the early 1800s. Our rich dip is further enhanced with Pecorino Romano, Mozzarella and Parmesan cheeses. Serve it hot as a dip or thin it with stock and cream for a beautifully flavored impromptu soup.

## Seafood Products for Sale Through Online Company Store:

1. **Acadiana Seafood Gumbo 64 oz. Bag:** This product is packaged in a cryovac boiling bag, 16 servings from freezer to table in 15 minutes.
Code: 3000
Price: $24.99
Shipping Weight: 8

2. **Acadiana Seafood Gumbo 28 oz. Tub:** Nothing says Louisiana better than a steaming bowl of seafood gumbo. Shrimp and crab are combined with smoked andouille sausage, onions, celery, bell pepper and garlic to finish this classic bayou dish. This product is packaged in a cryovac boiling bag,7 servings from freezer to table in 15 minutes.
Code: 3001
Price: $16.99
Shipping Weight: 5.00

3. **Creole Corn & Shrimp Soup 64 oz. Bag:** With a medley of shrimp and corn accented by a hint of tomatoes and a blend of herbs, it is no wonder that corn & shrimp soup is as popular in Louisiana as Gumbo. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
   Code 3002
   Price $24.99
   Shipping Weight 8

4. **Creole Corn & Shrimp Soup 28 oz. Tub:** With a medley of shrimp and corn accented by a hint of tomatoes and a blend of herbs, it is no wonder that corn & shrimp soup is as popular in Louisiana as Gumbo. This product is packaged in a cryovac boiling bag, 7 servings from freezer to table in 15 minutes.
   Code 3003
   Price $16.99
   Shipping Weight 5

5. **Crawfish, Corn & Potato Soup 64 oz. Bag:** The main social event of Cajun Country, the crawfish boil, is captured in the combination of the three main ingredients of the boil simmered in crawfish stock and cream. When flavored with a hint of Zatarains Liquid Crab Boil spice, it's as close as you'll get to Bayou Country. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
   Code 3004
   Price $26.99
   Shipping Weight 8

6. **Crawfish, Corn & Potato Soup 64 oz. Bag:** The main social event of Cajun Country, the crawfish boil, is captured in the combination of the three main ingredients of the boil simmered in crawfish stock and cream. When flavored with a hint of Zatarains Liquid Crab Boil spice, it's as close as you'll get to Bayou Country. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
   Code 3004
   Price $26.99
   Shipping Weight 8

7. **Crawfish, Corn & Potato Soup 28 oz. Tub:** The main social event of Cajun Country, the crawfish boil, is captured in the combination of the three main ingredients of the boil simmered in crawfish stock and cream. When flavored with a hint of Zatarains Liquid Crab Boil spice, it's as close as you'll get to Bayou Country. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
   Code 3005

Price $16.99
Shipping Weight 5

8. **Sweet Corn & Crab Bisque 28 oz. tub:** Many said this dish was born in the cast iron pots of Louisiana. Recreating this magnificent soup is a Louisiana "birthright." The marriage of rich crab stock, white crabmeat and sweet golden corn come together to create an explosion of flavor in the pot. You may have eaten corn and crab soup, but you haven't sampled any this good.
Code 3008
Price $16.99
Shipping Weight 5

9. **Sweet Corn & Crab Bisque 64 oz. Bag:** Many said this dish was born in the cast iron pots of Louisiana. Recreating this magnificent soup is a Louisiana "birthright." The marriage of rich crab stock, white crabmeat and sweet golden corn come together to create an explosion of flavor in the pot. You may have eaten corn and crab soup, but you haven't sampled any this good.
Code 3009
Price $26.99
Shipping Weight 8

10. **Louisiana Style Crawfish Etouffe 28 oz. Tub:** any etouffes with an origin from deep in the swamps of Louisiana start with a darker roux than the Creoles of New Orleans. This nutty flavored concoction is what gives the Cajun etouffes, like this fantastic version with crawfish, its unique flavor you just don't find outside Louisiana. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
Code 4001
Price $16.99
Shipping Weight 5

11. **Louisiana Style Crawfish Etouffe 64 oz. Bag:** any etouffes with an origin from deep in the swamps of Louisiana start with a darker roux than the Creoles of New Orleans. This nutty flavored concoction is what gives the Cajun etouffes, like this fantastic version with crawfish, its unique flavor you just don't find outside Louisiana. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
Code 4000
Price $26.99
Shipping Weight 8

## Entrées

12. **Louisiana Style Crawfish Etouffe 28 oz. Tub**
Many etouffes with an origin from deep in the swamps of Louisiana start with a darker roux than the Creoles of New Orleans. This nutty flavored concoction is what gives the Cajun etouffes, like this fantastic version with crawfish, its unique flavor you just don't find outside Louisiana. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
Code: 4001
Price: $16.99
Shipping Weight: 5.00

13. **French Market Red Beans 64 oz. Bag**
In Louisiana, red beans, rice and sausage are as common on Monday as the New Orleans Jazz Brunch is on Sunday. Our red beans are simmered with onions, celery, bell peppers, garlic and diced andouille for the perfect smoked flavor. We recommend serving a link of heavy smoked sausage on the side. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
Code: 4004
Price: $24.99
Shipping Weight: 8.00

14. **New Orleans Red Beans with Smoked Sausage 28 oz. Tub**
Our red beans are simmered with onions, celery, bell peppers, garlic and sliced smoked sausage for the perfect smoked flavor. Just ladle it over steamed white rice for the perfect lunch entrée. This product is packaged in a cryovac boiling bag, from freezer to table in 15 minutes.
Code: 4005
Price: $16.99
Shipping Weight: 5.00

15. **Creole Jambalaya Mix 64 oz. Bag**
Jambalaya has become the best known rice dish in America. This classic combines tasso, andouille and chicken into a tasty "one pot meal" as the Cajuns did or as an authentic side dish like the Creoles. This Creole style jambalaya is characterized by a smooth tomato base. All you need to do is add two cups of uncooked rice or three cups of uncooked pasta to create a fabulous meal.
Code: 4006
Price: $24.99
Shipping Weight: 8.00

**<u>Retail Sales Product List (sold to grocery stores, etc):</u>**

Chef John Folse & Company Manufacturing began producing retail products in 1994 and selling labeled 64-ounce Cryovac boiling bags. Due to the continued growth of retail sales, Chef John Folse created a new package in 1999. The boiling bag continues to sell well in the southern region, but the new 28-ounce tub can be purchased at major grocery chains in Missouri, Oklahoma, Arkansas, Tennessee, Kansas, Texas, Mississippi, Alabama, Georgia, Florida, South Carolina, and of course, Louisiana.

Our products can also be found in your favorite grocer's deli department served as part of their lunch or dinner specials or also as part of their home meal replacement program.

## Retail Tubs

1. **NEW!** **Crawfish Bisque -** *seasonal* **(6, 22 oz)**  Many trace the origin of this dish to Nantua, France, where crawfish or lobster meat was puréed into quenelles, then cooked in a rich, shellfish-based cream or Nantua sauce. Here in Louisiana, crawfish bisque is a Lenten tradition often found on Good Friday and Easter Sunday tables. Cajun families gather the week before Easter to boil the crawfish, grind the tail meat with seasonings then stuff the mixture into the shells. These stuffed "heads" are then simmered in a rich, roux-based crawfish sauce.

2. **Creole Corn & Shrimp (6, 28 oz)**: With a medley of shrimp and corn accented by a hint of tomatoes and a blend of herbs, it is no wonder that Corn & Shrimp Soup is as popular in Louisiana as Gumbo.

3. **Acadiana Seafood Gumbo (6, 28 oz)** A South Louisiana favorite, crab, shrimp and okra are combined in a rich seafood broth thickened with a dark Cajun roux, the inclusion of the trinity (onions, celery and bell pepper) round out the flavors of this Cajun classic.

4. **Crawfish, Corn & Potato Soup (6, 28 oz)** The main social event of Cajun Country, the crawfish boil, is captured in the combination of the three main ingredients of the boil simmered in crawfish stock and cream. When flavored with a hint of Zatarain's Liquid Crab Boil spice, it's as close as you'll get to Bayou Country.

5. **Louisiana Style Crawfish Etouffee (6, 28 oz)** Many etouffees with an origin from deep in the swamps of Louisiana start with a darker roux than the Creoles of New Orleans. This nutty-flavored concoction is what gives the Cajun etouffees, as this fantastic version with crawfish, their unique flavor you just don't find outside Louisiana.

12

6. **Sweet Corn & Crab Bisque (6, 28 oz**) A classic Louisiana style creamy bisque by birthright. This particular soup explodes with flavor when we add sweet golden corn with gulf crab and shrimp. You won't taste many this good.

## Retail Soups

7. **Bourbon Street Seafood Gumbo (4, 4 lb boiling bags)**
Nothing says Louisiana better than a steaming bowl of seafood gumbo. Shrimp and crab are combined with the smoky flavored andouille sausage, onions, celery, bell pepper and garlic to finish this classic bayou dish.

8. **Acadiana-style Seafood Gumbo (4, 4 lb boiling bags)**
A South Louisiana favorite, crab, shrimp and okra are combined in a rich seafood broth thickened with a dark Cajun roux, the inclusion of the trinity (onions, celery and bell pepper) round out the flavors of this Cajun classic.

9. **Plantation-style Chicken and Sausage Gumbo (4, 4 lb boiling bags)**
A classic dark brown roux simmering with onions, celery and bell pepper is combined with boneless chicken and andouille sausage to create this Louisiana favorite.

10. **Louisiana Chicken and Sausage Gumbo (4, 4 lb boiling bags)**
Our newest version of this Creole Classic is spicy and smooth.

11. **Creole Corn and Shrimp Soup (4, 4 lb boiling bags)**
With a medley of shrimp and corn accented by a hint of tomatoes and a blend of herbs, it is no wonder that Corn & Shrimp Soup is as popular in Louisiana as Gumbo.

12. **"Olde" Tyme Baked Potato Soup (4, 4 lb boiling bags)**
Remember the aroma of hot baked potatoes fresh from the oven? This is the flavor we have recreated by combining potatoes, smoky bacon and sweet cream, just like in the "olde" days!

13. **Sweet Corn and Crab Bisque (4, 4 lb boiling bags)**
Many said this dish was born in the cast iron pots of Louisiana. Recreating this magnificent soup is a Louisiana "Birth right." The marriage of rich crab stock, white crabmeat and sweet golden corn come together to create an explosion of flavor in the pot. You may have eaten corn and crab soup, but you havn't sampled any this good.

14. **Broccoli, Cheese and Bacon Soup (4, 4 lb boiling bags)**
When the trinity of onions, celery and bell peppers is combined with broccoli

13

florets, minced carrots and cheddar cheese, a soup unlike any other emerges from our black iron pots.

15. **Crawfish, Corn and Potato Soup (4, 4 lb boiling bags)**
The main social event of Cajun Country, the crawfish boil, is captured in the combination of the three main ingredients of the boil simmered in crawfish stock and cream. When flavored with a hint of Zatarain's Liquid Crab Boil spice, it's as close as you'll get to Bayou Country.

**EXHIBIT C**

# Chefs: 'Real gumbo' heads to England



[Show caption](#)

Advocate staff photo by ADAM LAUChefs John Folse and Calvin Coleman, from left, add alligator sausage to an Olympic-size batch of gumbo at the Chef John Folse & Co. manufacturing plant outside Donaldsonville on July 17. The two will be heading to London as part of BP's "Spirit of the Gulf" program to feed Team USA, families, and visitors at the 2012 Summer Olympics.

**BY BETH COLVIN**

*Assistant Food editor*

Chef John Folse is among a cadre of Gulf Coast chefs who will journey to the Olympics as part of BP's "Spirit of the Gulf" series of events for Team USA.

The group, including Folse and Galatoire's Michael Sichel from Louisiana, chefs Chris Sherrill and Alec Naman from Alabama, Mississippi chefs Chris Poplin and Calvin Coleman, and chef Paul Stellato of Florida, will prepare fresh seafood dishes for U.S. Olympians, their families and visitors.

"We got some real gumbo," Folse said. "They're still trying to figure it out over there. We're gonna bring them a taste."

Folse and Coleman, who operates Naomi's Catering in Biloxi, Miss., whipped up a whopping batch of alligator sausage and seafood gumbo July 17. The gumbo, along with the other chefs' recipes, was prepared in Folse's Donaldsonville manufacturing plant, chilled to minus 40, then shipped to London via UPS.

"You're going to feed 1,000 athletes a day," Folse said, but probably after they compete. "All the chefs have great catering experience and are used to volume feeding. But we don't want to find ourselves chopping onions."

Folse called on his company's experience catering international events to pull off a fais do do of Olympic proportions. The recipes had to be tweaked to comply with USDA and U.K. food laws. For instance, Coleman's gumbo couldn't contain the oysters he originally planned and his sausage had to be special ordered to omit processed pork.

"The reputation of John Folse had a lot to do with this," Coleman said. "One mistake and we got 30 pounds of gumbo sitting on a dock."

Folse said the logisitics of getting that much Gulf seafood to London took a lot of skill and a lot of trust.

"We all know what we want. The chefs put a lot of trust in us here," Folse said. "It's authentically produced as the chef would have it done."

Coleman couldn't stop grinning once all 160 pounds of his gumbo, prepared using his grandmother's recipe, was done and out of its enormous kettle. "This is the same way I make a gallon," he said as the vat of steaming gumbo was weighed and wheeled off for packaging. "It's perfect."

Once packaged, it was put into color-coded boxes and flash frozen for shipping. The frozen boxes will then go across the pond, where they will be met by Mosimann's, headed up by Sir Anton Mosimann.

## What's on Lolo's plate?

Veteran Olympian and former LSU hurdler Lolo Jones is familiar with eating Olympic-style.

"It's kind of like eating in a college cafeteria, just exponentially huge," she said of noshing in the Olympic Village. "Instead of different fraternities or whatever, you have

athletes from different countries speaking different languages."

And there's always at least one familiar face. "Just in case there's nothing you're familiar with, everybody is familiar with McDonald's," she said.

While British food may get a bum rap, Jones says there's one thing they do well: sugar.

"They have some of the most amazing chocolate cake, it's weird. At the meets I've been there for, they always have chocolate cake," she said. "The Brits love their sweets. They absolutely love their sugar stuff. So it's a good place to end a race because you can just indulge in everything — tea, biscuits and just amp up on the sugar."

Let's hope she ends her races in gold.

Advocate staff writer Sheldon Mickles contributed
to this report.

---

Copyright © 2011, Capital City Press LLC • 7290 Bluebonnet Blvd., Baton Rouge, LA 70810 • All Rights Reserved

**EXHIBIT D**

# EXHIBIT 3

**ATTACHMENT A - SEAFOOD DISTRIBUTION CHAIN DEFINITIONS**

**Seafood** shall be defined as fish and shellfish, including shrimp, oysters, crab, and finfish, caught in the Specified Waters of the Gulf of Mexico.  **Seafood** shall exclude menhaden.

This document shall establish **Seafood** distribution chain definitions, as set forth below:

1. **Commercial Fishermen**, **Seafood Crew**, **Oyster Leaseholders** and **Seafood Vessel Owners**

   Economic loss claims by **Commercial Fishermen**, **Seafood Crew**, **Oyster Leaseholders** and **Seafood Vessel Owners** shall be governed by the **Seafood Program**.

   Definitions for **Commercial Fisherman**, **Seafood Crew**, **Oyster Leaseholder** and **Seafood Vessel Owner** are set forth below:

   a. **Commercial Fisherman** shall be defined as a Natural Person or entity that holds a commercial fishing license issued by the United States and/or the State(s) of Alabama, Florida, Louisiana, Mississippi and/or Texas and derives income from catching and selling **Seafood** that he caught.  The following additional definitions are relevant with regard to the **Commercial Fisherman** definition:

      i. **Shrimp Fisherman** shall be defined as a **Commercial Fisherman** that catches shrimp.

      ii. **Oyster Harvester** shall be defined as a **Commercial Fisherman** that harvests oysters.

      iii. **Crab Fisherman** shall be defined as a **Commercial Fisherman** that catches crab.

      iv. **Finfish Fisherman** shall be defined as a **Commercial Fisherman** that catches finfish.

   b. **Seafood Crew** shall be defined as the **Seafood Boat Captain**, **Seafood First Mate**, **Seafood Second Mate**, **Seafood Boatswain**, **Seafood Deckhand**, working for a **Commercial Fisherman**.

      i. **Seafood Boat Captain** shall be defined as a Natural Person who owns or operates a **Commercial Fishing** vessel.  In addition, the **Seafood Boat Captain** may plan and oversee the fishing operation, the fish to be sought, the location of the best fishing grounds, the method of capture, the duration of the trip, and the sale of the catch.  A person with the job of skipper will be considered to satisfy this definition.

      ii. **Seafood First Mate** shall be defined as a Natural Person who assists a **Seafood Boat Captain** and assumes control of the **Commercial Fishing** vessel when the **Seafood Boat Captain** is off duty, and who assists in directing the fishing operations and sailing responsibilities of the **Seafood Deckhands**, including the operation, maintenance, and repair of the vessel and the gathering, preservation, stowing, and unloading of the catch.

      iii. **Seafood Second Mate** shall be defined as a Natural Person who assists in performing the duties of a **Seafood First Mate**.

028950

    iv.  **Seafood Boatswain** shall be defined as a Natural Person who is a highly skilled **Seafood Deckhand** with supervisory responsibilities on a **Commercial Fishing** vessel, and who directs the **Seafood Deckhands** as they carry out sailing and fishing operations.

    v.  **Seafood Deckhand** shall be defined as a Natural Person who provides services on marine vessels (not personally owned or leased) to any type of **Commercial Fisherman**, including, but not limited to, the following:

        1.  Operating fishing gear;
        2.  Letting out and pulling in nets and lines;
        3.  Extracting the catch;
        4.  Washing, salting, icing and stowing the catch;
        5.  Ensuring the decks are clear and clean at all times;
        6.  Loading equipment and supplies prior to departure; and/or
        7.  Unloading the catch.

  c.  An **Oyster Leaseholder** shall be defined as a Natural Person or entity that is a lessee holding one or more private oyster leases.

  d.  **Seafood Vessel Owner** shall be defined as a Natural Person or entity that owns a vessel and earns income from leasing or renting that vessel to a **Commercial Fisherman** and/or **Oyster Leaseholder**.  A **Seafood Vessel Owner** may also be a **Commercial Fisherman** and/or an **Oyster Leaseholder**.

2.  **Primary Seafood Industry**

The **Primary Seafood Industry** shall be comprised of entities and Natural Persons that satisfy the definitions of **Landing Site**, **Commercial Wholesale or Retail Dealer A**, and **Primary Seafood Processor**, and Natural Persons employed by a **Landing Site**, **Commercial Wholesale or Retail Dealer A**, or **Primary Seafood Processor**, including **Seafood Dockside Workers**.

Economic loss claims by entities and Natural Persons claiming losses related to business income required to be reported on Internal Revenue Service Form 1040 Schedules C, E or F, and that satisfy the **Primary Seafood Industry** definition above shall be compensated pursuant to the **Compensation Framework for Business Economic Loss Claims**.

Economic loss claims by **Individuals** satisfying the **Primary Seafood Industry** definition above shall be compensated pursuant to the **Framework for Individual Economic Loss Claims**.

Definitions of **Landing Site**, **Commercial Wholesale or Retail Dealer A**, **Primary Seafood Processor**, and **Seafood Dockside Worker** are set forth below:

  a.  **Landing Site** shall be defined as a business at which boats first land their catch, including facilities for unloading and handling **Seafood**.  A landing site  may also include the provision of ice, fresh water fuel and boat repair or service in connection with the landing of **Seafood**. The following additional definition is relevant with regard to **Landing Site**:

    i.  **Seafood Dockside Worker** shall be a Natural Person performing services for a **Landing**

028951

Site.

b. **Commercial Wholesale or Retail Dealer A**  shall be defined as an entity or Natural Person that holds a commercial wholesale or retail dealer license issued by the State(s) of Alabama, Florida, Louisiana, Mississippi and/or Texas for which 75% or more of the 2009 cost or weight in pounds of the product it purchases constitutes **Seafood**  purchased directly from **Commercial Fisherman** or **Landing Site** and re-sells to **Primary Seafood Processors**, **Seafood Distributors**, **Seafood Wholesalers** and **Seafood Retailers**.

c. **Primary Seafood Processor** shall be defined as an entity or Natural Person that receives and prepares **Seafood** purchased from a **Commercial Fisherman**, **Landing Site**, or **Commercial Wholesale** or **Retail Dealer** including, but not limited to, cleaning, cooking, canning, smoking, salting, drying or freezing, grading by size, packing storing **Seafood** for shipment.

3. **Secondary Seafood Industry**

The **Secondary Seafood Industry** shall be comprised of entities that satisfy the definitions of **Commercial Wholesale or Retail Dealer B**, **Secondary Seafood Processor**, **Seafood Wholesaler or Distributor**, and **Seafood Retailer**, and Natural Persons employed by a **Commercial Wholesale or Retail Dealer B**, **Secondary Seafood Processor**, **Seafood Wholesaler or Distributor**, or **Seafood Retailer**.

Economic loss claims by entities and Natural Persons claiming losses related to business income required to be reported on Internal Revenue Service Form 1040 Schedules C, E or F, and that satisfy the **Secondary Seafood Industry** definition above shall be compensated pursuant to the **Compensation Framework for Business Economic Loss Claims**.

Economic loss claims by **Individuals** satisfying the **Secondary Seafood Industry** definition above shall be compensated pursuant to the **Framework for Individual Economic Loss Claims**.

Definitions of **Commercial Wholesale or Retail Dealer B**, **Secondary Seafood Processor**, **Seafood Wholesaler or Distributor**, and **Seafood Retailer** are set forth below:

a. **Commercial Wholesale or Retail Dealer B** shall be defined as an entity or Natural Person that holds a commercial wholesale or retail dealer license issued by the State(s) of Alabama, Florida, Louisiana, Mississippi and/or Texas for which less than 75% of the cost or weight in pounds of the product it purchases constitutes **Seafood** purchased directly from a **Commercial Fisherman** or **Landing Site**, and re-sells to **Primary Seafood Processors**, **Seafood Distributors**, **Seafood Wholesalers** and **Seafood Retailers**.

b. **Secondary Seafood Processor** shall be defined as an entity or Natural Person that purchases **Seafood** from a **Primary Seafood Processor** in order to add further value including, but not limited to, cleaning, cooking, canning, smoking, salting, drying or freezing, grading by size packing and storing **Seafood** for  shipment.

c. **Seafood Wholesaler or Distributor** shall be defined as an entity or Natural Person that purchases **Seafood** in bulk quantities and sells to retailers such as restaurants, fish shop and supermarkets.

d. **Seafood Retailer** shall be defined as an entity that is an end user of **Seafood** such as a restaurant, fish market or super market for which 25% or more of total food costs for 2009 constitute **Seafood**.

Concerning Item 1 of the PSC's Package To Close, dated March 1, 2012, it states: "PSC will take Deckhands and Crew—working on boats (non-Dockside workers) into the Seafood Program (Attachment "A")."

Subject to the understanding expressly set forth below, concerning Attachment A, BP agrees with the PSC's deletions on page 1 of the Attachment A, which is entitled "Seafood Distribution Chain Definitions", specifically BP agrees to delete the following from the Definitions: "and/or Other Seafood Crew….".

Subject to the same understanding expressly set forth below, BP also agrees with the PSC's deletions on page 2 of that same Attachment A, specifically, BP agrees to delete the following from the Definitions: "(6) Ensuring that the vessel's engines and equipment are kept in good working order" and BP also agrees with the other deletion on page 2 of the same Attachment A: "vi. Other Seafood Crew shall be defined as any Natural Person who provides any other services not covered by the definition of Seafood Boar Captain, Seafood First Mate, Seafood Second mate, Seafood Boatswain, or Seafood Deckhand, to any type of Commercial Fisherman, including dockside series not provided by an employee of a Landing Site."

With respect to each of the deletions from the Attachment A as set forth and quoted above, however, BP's agreement to make each of the deletions is expressly conditioned upon the express understanding with the PSC that if a member of a boat crew also performs dockside work or services incidental to or because of his primary job of serving as a member of an on-the-water crew, then such persons are included in Attachment A, and are not deleted or excluded from Attachment A's definitions. For example, if a member of the boat crew also acts as the boat's engineer, then his or her engineering services are incidental to their on the water boat crew services and hence are not deleted from Attachment A. Similarly, if a boat crew member performs dockside work incidental to his or her work for the boat, then that person is not excluded from Attachment A.

1

028954