BP'S INITIAL PROPOSAL REGARDING CLAIM NO. 88708

INTRODUCTION

Claimant in this appeal is a ▓▓▓▓▓▓▓▓▓▓ located in ▓▓▓▓▓▓▓▓▓▓. The Settlement Program awarded Claimant $▓▓▓▓ pre-RTP ($▓▓▓▓ post-RTP). This award was made despite the fact that Claimant's gross billings and payroll costs increased in 2010, indicating ▓▓▓▓ was actually busier and rendered more services in 2010 than during the Benchmark Year of 2009. Indeed, the award is being driven not by a decrease in economic activity after the Spill, but rather ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ during the post-Spill Compensation Period.

Claimant's own economic data show that Claimant is not a class member and thus may not file a claim or receive compensation under the Settlement Agreement. In order to be a class member, one must have incurred loss as a result of the Spill. Because we know that Claimant's downturn in variable profit was caused by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, *see* Claimant's Profit & Loss Statements, it simply is not possible that the alleged loss was caused by the Spill.

Even if Claimant were a class member, the Settlement Program misclassified certain variable expenses as fixed, which resulted in overcompensation.

BP submits an Initial Proposal of $0, as the record evidence does not support an award of any compensation.

1