IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * | |
| | * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., *et al.,* individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

## ORDER

Considering the Claims Administrator and Settlement Program's *Ex Parte* Motion to File Under Seal Exhibits B(1) and C(1), a portion of Exhibit B, and a portion of its Response,

**IT IS ORDERED** that the redacted version of the Claims Administrator and Settlement Program's Response, along with its exhibits, be filed in the record of this matter.

**IT IS FURTHER ORDERED** that Exhibits B(1) and C(1), and unredacted versions of Exhibit B and the Response, be filed under seal.

New Orleans, Louisiana this 1st day of April, 2013.

_____
United States District Judge