IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., *et al.*, individually and on behalf of themselves and all others similarly situated, Plaintiffs, v. BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., Defendants. | * * * * * * * * * * * | Civil Action No. 12-970 SECTION J HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## AFFIDAVIT OF HOWARD K. FISHER

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME** this day personally appeared

**HOWARD K. FISHER**

who, upon being first duly sworn, states that he is over the age of 21 and is competent to make this affidavit, which is based upon personal knowledge, and states the following:

1. I am the Director of Business Processes and Reporting for the Deepwater Horizon Economic and Property Damages Settlement Program, responsible for the oversight of the testing program for Business Economic Loss claims.

1

EXHIBIT D

2. In April 2012, in the lawsuit entitled *Bon Secours Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.*, C.A. No. 12-970 (E.D. La.), BP and plaintiffs reached a Settlement Agreement to resolve the majority of economic and property damages claims allegedly caused by the *Deepwater Horizon* spill.

3. The Settlement Agreement established the procedure to be used in resolving claims for economic loss and property damage resulting from the *Deepwater Horizon* spill.

4. In particular, Exhibit 4 to the Settlement Agreement established a Business Economic Loss Framework (the "BEL Framework") specifying what business claimants must provide in order to receive compensation for *Deepwater Horizon* spill-related losses.

5. A Calculator was developed by the Settlement Program accountants in accordance with the guidelines set forth in the Court-approved Settlement Agreement and was established as a self-contained framework to facilitate the processing of BEL Claims.

6. Upon completion, the Calculator was certified by the Claims Administration Business Process Team as compliant with Exhibit 4 of the Settlement Agreement by the Claims Administration.

7. Beginning in June 2012, a blind variance analysis testing of the Calculator and Settlement Agreement interpretation was undertaken by the parties.

8. In order to complete this blind testing, BP, the Plaintiff's Steering Committee, and a team of Claims Administrator-appointed accountants were each provided with sixty-two sample BEL claims.

9. These sixty-two sample claims were chosen as blind testing data sets because they contained Profit and Loss Statements which had been available to both BP and the PSC during negotiations prior to the approval of the Settlement Agreement.

10. The "blind testing" provided BP, the PSC, and the Settlement Program accountants the opportunity to test the Calculator and framework interpretation to ensure claimant awards would be accurate and consistent.

11. The "blind testing" allowed for independent testing by BP, the PSC, and the Claims Administration to determine whether the Calculator, when populated with sample BEL claimant provided-information, was accurately operating in accordance with the Settlement Agreement in calculating the correct compensation due a BEL claimant. It also allowed both BP and the PSC to conduct this blind testing independently, and potentially identify any subjective issues of Settlement Agreement interpretation.

12. On or around June 19, 2012, the data sets of these sixty-two BEL claims were uploaded by Keith Moskowitz of SNR Denton to a BP FTP site for independent testing.

13. These sample claims were then made available to the PSC and PwC from the BP FTP site in order to conduct the blind testing.

14. From on or about June 28, 2012, to on or about July 2, 2012, BP, along with Compass Lexecon (an independent consulting firm engaged by BP to conduct the blind testing on its behalf), and Claims Administration accountants performed a series of tests using the sample claims blind data.

15. Accountants for both BP and the Claims Administration independently calculated and interpreted the compensation based on the Profit and Loss Statements of each of the sixty-two BEL sample claim data sets.

16. Upon completion of the testing on or about July 2, 2012, the compensation results of BP and the Claims Administration accountants were compared to identify continuity and compensation variance issues.

17. The result of each party's blind testing was shared with the other in order to attempt to reconcile any variances. *See* Exhibit 1 - Results of the Variance Test.

18. Thirty-nine of the sample claims had no variance between the BP calculation and the Claims Administration accountant calculation.

19. Twenty-two sample claims revealed a variance.

20. Seven of these variances were the result of simple calculation errors (such as using the incorrect benchmark period, omitting a cost line item, etc.).

21. Fifteen of these variances were the result of interpretation differences in the framework. *See* Exhibit 2 - Two Interpretative Issues. Of these fifteen variances (a) thirteen of these interpretation differences were related to Variable Payroll Calculation; and (b) two were related to the Two Month Minimum Payroll/Revenue Calculation.

22. One claim was incomplete.

23. The total claims sample compensation calculated by the Claims Administration accountants was $13,468,297; the total claims sample compensation calculated by BP and Compass Lexecon was $13,531,640.

24. The net difference between these two total compensation calculations was $63,342, or 0.47%.

25. Of the sixty-two sample claims tested, the only interpretation issues identified were a) the calculation of variable payroll and b) the correct application of payroll expenses.

26. Of the sixty-two sample claims tested, neither BP nor the Claims Administration accountants raised any issue with the comparison of cash received in a given month with the cash paid out for expenses in that same month.

27. Within the 62 claim sample, there were claimants whose profit and loss statements contained noticeably variable monthly revenues (*i.e*, their profit and loss statements contained what appear to be revenue spikes). To my knowledge and recollection, no issue was raised by BP or the Claims Administration accountants during the testing regarding the interpretation of the Settlement Agreement as to when certain revenue was earned or whether the cash paid out in a particular month represented expenses corresponding to revenues received that month.

28. No issue of revenue abnormalities was raised by BP or the Claims Administration accountants during testing.

29. On July 5, 2012, a presentation of findings on the BEL claims sample testing was made to several interested parties from BP, the PSC, and the Claims Administrator's office. *See* Exhibit 3, list of attendees.

*[signature]*

HOWARD K. FISHER

Sworn to and subscribed before me,
This 28th day of MARCH, 2013.

*[signature]*

NOTARY PUBLIC

Christine Reitano
22142

# EXHIBIT 1 – RESULTS OF THE VARIANCE TEST

Below is an excerpt from the original variance report that was finalized on July 3, 2012. The excerpt identifies the BEL Calculation Step 1 and Step 2 results and total compensation for the Claims Administration, BP/Compass Lexecon, and any observed variance (if applicable).

| Claim # | Per Accountant Template | | | Per BP Pilot Data | | | Difference | | | % Difference | Net Effect |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Step 1 | Step 2 | Total Compensation | Step 1 | Step 2 | Total Compensation | Step 1 | Step 2 | Total Compensation | | |
| 1 | 452,286 | 153,998 | 606,283 | 452,286 | 153,998 | 606,283 | - | - | - | 0.00% | No Difference |
| 3 | 105,123 | 18,927 | 124,050 | 105,123 | 18,927 | 124,050 | - | - | - | 0.00% | No Difference |
| 4 | 563,155 | 55,944 | 619,099 | 563,155 | 55,944 | 619,099 | - | - | - | 0.00% | No Difference |
| 6 | 38,412 | 17,349 | 55,761 | 38,412 | 17,349 | 55,761 | - | - | - | 0.00% | No Difference |
| 7 | 121,011 | - | 121,011 | 121,011 | - | 121,011 | - | - | - | 0.00% | No Difference |
| 9 | 12,658 | - | 12,658 | 12,658 | - | 12,658 | - | - | - | 0.00% | No Difference |
| 10 | 54,692 | - | 54,692 | 54,692 | - | 54,692 | - | - | - | 0.00% | No Difference |
| 13 | 176,687 | - | 176,687 | 176,687 | - | 176,687 | - | - | - | 0.00% | No Difference |
| 16 | 38,093 | 60,541 | 98,634 | 38,093 | 60,541 | 98,634 | - | - | - | 0.00% | No Difference |
| 17 | 101,165 | - | 101,165 | 101,165 | - | 101,165 | - | - | - | 0.00% | No Difference |
| 18 | 112,702 | 36,713 | 149,415 | 112,702 | 36,713 | 149,415 | - | - | - | 0.00% | No Difference |
| 20 | 105,437 | - | 105,437 | 105,437 | - | 105,437 | - | - | - | 0.00% | No Difference |
| 24 | 94,078 | 23,303 | 117,381 | 94,078 | 23,303 | 117,381 | - | - | - | 0.00% | No Difference |
| 25 | 67,148 | - | 67,148 | 67,148 | - | 67,148 | - | - | - | 0.00% | No Difference |
| 26 | 44,805 | 27,731 | 72,536 | 44,805 | 27,731 | 72,536 | - | - | - | 0.00% | No Difference |
| 27 | 212,330 | - | 212,330 | 212,330 | - | 212,330 | - | - | - | 0.00% | No Difference |
| 28 | (615) | 13,962 | 13,348 | (615) | 13,962 | 13,348 | - | - | - | 0.00% | No Difference |
| 29 | 35,245 | 15,938 | 51,182 | 35,245 | 15,938 | 51,182 | - | - | - | 0.00% | No Difference |
| 37 | 232,194 | - | 232,194 | 232,194 | - | 232,194 | - | - | - | 0.00% | No Difference |
| 38 | 204,609 | - | 204,609 | 204,609 | - | 204,609 | - | - | - | 0.00% | No Difference |
| 40 | 160,129 | - | 160,129 | 160,129 | - | 160,129 | - | - | - | 0.00% | No Difference |
| 42 | 30,904 | 58,720 | 89,624 | 30,904 | 58,720 | 89,624 | - | - | - | 0.00% | No Difference |
| 44 | 58,192 | 62,400 | 120,592 | 58,192 | 62,400 | 120,592 | - | - | - | 0.00% | No Difference |
| 48 | (393,737) | 1,983,176 | 1,589,439 | (393,737) | 1,983,176 | 1,589,439 | - | - | - | 0.00% | No Difference |
| 53 | 725 | 1,090 | 1,815 | 725 | 1,090 | 1,815 | - | - | - | 0.00% | No Difference |
| 54 | 21,529 | 22,015 | 43,544 | 21,529 | 22,015 | 43,544 | - | - | - | 0.00% | No Difference |
| 56 | 699,202 | - | 699,202 | 699,202 | - | 699,202 | - | - | - | 0.00% | No Difference |
| 57 | 8,604 | - | 8,604 | 8,604 | - | 8,604 | - | - | - | 0.00% | No Difference |
| 58 | 197,386 | 51,202 | 248,588 | 197,386 | 51,202 | 248,588 | - | - | - | 0.00% | No Difference |
| 59 | 312,546 | 74,122 | 386,669 | 312,546 | 74,122 | 386,669 | - | - | - | 0.00% | No Difference |
| 64 | 70,498 | - | 70,498 | 70,498 | - | 70,498 | - | - | - | 0.00% | No Difference |
| 65 | 28,399 | 8,408 | 36,806 | 28,399 | 8,408 | 36,806 | - | - | - | 0.00% | No Difference |
| 67 | 51,497 | 93,795 | 145,292 | 51,497 | 93,795 | 145,292 | - | - | - | 0.00% | No Difference |
| 70 | 85,527 | - | 85,527 | 85,527 | - | 85,527 | - | - | - | 0.00% | No Difference |
| 71 | 44,535 | - | 44,535 | 44,535 | - | 44,535 | - | - | - | 0.00% | No Difference |
| 72 | 138,058 | - | 138,058 | 138,058 | - | 138,058 | - | - | - | 0.00% | No Difference |
| 73 | 93,545 | - | 93,545 | 93,545 | - | 93,545 | - | - | - | 0.00% | No Difference |
| 74 | 21,401 | 103,454 | 124,855 | 21,401 | 103,454 | 124,855 | - | - | - | 0.00% | No Difference |
| 75 | 199,322 | 4,103 | 203,426 | 199,322 | 4,103 | 203,426 | - | - | - | 0.00% | No Difference |
| 69 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 11 | 95,124 | - | 95,124 | 94,656 | - | 94,656 | 468 | - | 468 | 0.49% | Increase |
| 12 | 34,212 | - | 34,212 | 33,634 | - | 33,634 | 578 | - | 578 | 1.72% | Increase |
| 19 | 76,428 | - | 76,428 | 71,561 | - | 71,561 | 4,867 | - | 4,867 | 6.80% | Increase |
| 43 | 46,302 | 27,336 | 73,638 | 46,071 | 27,278 | 73,349 | 231 | 58 | 289 | 0.39% | Increase |
| 46 | 38,435 | 8,720 | 47,155 | 38,172 | 8,713 | 46,885 | 263 | 7 | 270 | 0.58% | Increase |
| 50 | 27,704 | - | 27,704 | 27,522 | - | 27,522 | 182 | - | 182 | 0.66% | Increase |
| 51 | 43,898 | - | 43,898 | 42,949 | - | 42,949 | 949 | - | 949 | 2.21% | Increase |
| 52 | 127,556 | - | 127,556 | 126,770 | - | 126,770 | 786 | - | 786 | 0.62% | Increase |
| 60 | 936,826 | 173,184 | 1,110,010 | 936,826 | 172,997 | 1,109,823 | (0) | 187 | 187 | 0.02% | Increase |
| 62 | 282,614 | - | 282,614 | 282,320 | - | 282,320 | 294 | - | 294 | 0.10% | Increase |
| 63 | 237,303 | 67,284 | 304,587 | 237,048 | 67,266 | 304,314 | 255 | 18 | 273 | 0.09% | Increase |
| 66 | 385,117 | - | 385,117 | 383,227 | - | 383,227 | 1,890 | - | 1,890 | 0.49% | Increase |
| 68 | 178,706 | 230,342 | 409,048 | 176,661 | 230,096 | 406,757 | 2,045 | 246 | 2,291 | 0.56% | Increase |
| 15 | 4,058 | - | 4,058 | 9,197 | - | 9,197 | (5,139) | - | (5,139) | -55.88% | Decrease |
| 55 | 6,107 | - | 6,107 | 5,236 | - | 5,236 | 871 | - | 871 | 16.63% | Increase |
| 14 | 171,161 | - | 171,161 | 133,067 | - | 133,067 | 38,094 | - | 38,094 | 28.63% | Increase |
| 21 | 1,758 | - | 1,758 | (140) | - | (140) | 1,898 | - | 1,898 | -1355.44% | Increase |
| 5 | 1,180,257 | - | 1,180,257 | 1,183,604 | - | 1,183,604 | (3,347) | - | (3,347) | -0.28% | Decrease |
| 61 | 135,367 | - | 135,367 | 327,030 | - | 327,030 | (191,663) | - | (191,663) | -58.61% | Decrease |
| 47.1 | 446,230 | 114,354 | 560,584 | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed |
| 47.2 | 149,850 | 15,145 | 164,995 | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed |
| 47.3 | 301,349 | 29,302 | 330,651 | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed | Not performed |
| 47.4 | 92,894 | 15,827 | 108,720 | 901,614 | 178,054 | 1,079,668 | 88,708 | (3,426) | 85,282 | 7.90% | Increase |
| 8 | 17,363 | - | 17,363 | 18,743 | - | 18,743 | (1,380) | - | (1,380) | -7.36% | Decrease |
| 2 | 283,612 | - | 283,612 | 285,101 | - | 285,101 | (1,489) | - | (1,489) | -0.52% | Decrease |

EXHIBIT D(1)

# EXHIBIT 2 – TWO INTERPRETATIVE ISSUES

During the variance testing, there were two instances in which the Settlement Agreement interpretation differed amongst the testing parties.

**Interpretation Difference 1: Variable Payroll Calculation**
Sample Claims # 11, 12, 19, 43, 46, 50, 51, 52, 60, 62, 63, 66 & 68

Pursuant to the Compensation Framework for Business Economic Loss Claims; Section I. Definitions; Fixed and Variable Payroll Expenses:

> *5. For any month with Total Payroll Expenses less than Fixed Payroll Expenses, all payroll costs will be considered fixed expenses.*
>
> *6. For any month with Total Payroll Expenses greater than Fixed Payroll Expenses, the excess amount of Total Payroll Expenses will be considered variable expenses.*

While there was an agreement on the applicability of the rules stated above, the methodology utilized to calculate the variable amount of Total Payroll Expenses differed between the two testing parties.

> **Claims Administration** averaged Total Payroll Expenses across all years in the Benchmark Period, on a monthly basis, *BEFORE* comparing the Fixed Payroll Expense component to each monthly average and then applying the applicable rule as stated in part 5 or 6, above.
>
> **BP** first deducted the Fixed Payroll Expense component from the Total Payroll Expense for each specific month, for each specific year in the Benchmark Period on an individual basis. For any month where Total Payroll Expense is less than Fixed Payroll Expenses, Variable Payroll Expense is assumed to zero. Then, BP averaged the calculated Variable Payroll Expense across the years within the Benchmark Period.

Please note that this difference only affected calculations where the Benchmark Period is the average of 2008-2009; or the average of 2007-2009. Calculations based on a Benchmark Period of 2009 only, were unaffected.

EXHIBIT D(2)

Test Claim 51: Example of the Variable Payroll Calculation Interpretative Difference

```
Claim #51:
   Fixed Payroll Expenses        $    2,090
   Benchmark Period              Average 2008-2009
```

**Methodology per Accountants:**

|  | 2008 | 2009 | Average |
|---|---|---|---|
| Total Payroll Expenses for September | $ 10,070 | $ 193 | $ 5,132 |
| Less: Fixed Payroll Expenses |  |  | (2,090) |
| **Calculated Variable Payroll Expense** |  |  | **$ 3,042** |

**Methodology per BP:**

|  | 2008 | 2009 |  | Average |
|---|---|---|---|---|
| Total Payroll Expenses for September | $ 10,070 | $ 193 |  |  |
| Less: Fixed Payroll Expenses | (2,090) | (2,090) |  |  |
| **Calculated Variable Payroll Expense** | $ 7,980 | $  -  | (A) | **$ 3,990** |

| Difference |  |  |  | **$ (948)** |
|---|---|---|---|---|

Note:
Amount assumed to be zero, since Total Payroll Expense is less than Fixed Payroll Expense.

**Interpretation Difference 2: Two Month Minimum Payroll Calculation**
Test Claims # 15 & 55

Pursuant to the Compensation Framework for Business Economic Loss Claims; Section I. Definitions; Fixed and Variable Payroll Expenses:

> 3. Identify the two months between May and December 2010 with the lowest Total Payroll Expense.
> - Months in which the claimant has zero revenue, zero non-officer payroll expenses, or the business is closed, will be excluded from this calculation.
>
> 4. Define "Fixed Payroll Expenses" as the average payroll expense over the two months with the lowest Total Payroll Expense.

The methodology utilized to calculate the Fixed Payroll Expense differed between the two testing parties when only one month of payroll expense was provided.

> **BP** asserted that in cases where only one month of payroll expense was posted between May and December 2010, the one month of payroll expense should be deemed as "Fixed Payroll Expense."
>
> **Claims Administration** did not calculate any "Fixed Payroll Expense," if the two month threshold required under part 3, above, was not met.

# EXHIBIT 3 – ATTENDEES FOR VARIANCE RESULTS PRESENTATION

Below is a list of attendees for the July 5, 2012 BEL Variance Testing Results Presentation. All individuals listed either attended the meeting in person, via phone, or via WebEx.

Plaintiff Steering Committee:

| | |
|---|---|
| Aaron Ahlquist | Herman, Herman, Katz, & Cotlar, LLP |
| Annika Martin | Lieff Cabraser Heimann & Bernstein, LLP |
| Jon Baden | Motley Rice LLC |
| John Creevy | Herman, Herman, Katz, & Cotlar, LLP |
| Tommy Tommassie | Domengeaux, Wright, Roy & Edwards, L.L.C. |

BP:

| | |
|---|---|
| Brian Gaspardo | O'Neill & Gaspardo LLC |
| Evan McKay | Compass Lexecon |
| Hal Cider | Compass Lexecon |
| Keith Moskowitz | SNR Denton |
| Nicholas Lawson | KPMG |
| Otto Hanson | Compass Lexecon |
| Renee McMahon | Charles River Associates |
| Wendy Bloom | Kirkland & Ellis LLP |

Claims Administration:

| | |
|---|---|
| Patrick Juneau | Claims Administration |
| Bob Levine | Claims Administration |
| Kirk Fisher | Claims Administration |
| Danny Clavier | Claims Administration |
| Scot Sherick | Claims Administration |
| Philip Ollendike | Claims Administration |
| Henry Mitchell | Claims Administration |
| Anne Broderick | Claims Administration |
| Charles Hacker | PricewaterhouseCoopers |
| John Petzold | PricewaterhouseCoopers |
| Emily Kent | PricewaterhouseCoopers |
| Howard Berkowitz | PricewaterhouseCoopers |
| Mark Staley | Postlethwaite & Netterville |
| Orran Brown | BrownGreer |
| Lynn Greer | BrownGreer |
| Bill Atkinson | BrownGreer |
| Lisa Buckser-Schulz | Garden City Group |
| Jennifer Keough | Garden City Group |