UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO: 10-2179 SECTION "J", DIVISION "1" |
| | * | HONORABLE JUDGE BARBIER |
| This document relates to Case No. 12-1576 | * * | MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of defendant, Mid-Gulf Recovery Services, L.L.C., in the above-referenced matter

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

  /s/ Robert S. Reich
**ROBERT S. REICH (#11163)**
**MICHAEL T. WAWRZYCKI (#30799)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
E-mail: rreich@rapllclaw.com
E-mail  mwawrzycki@rapllclaw.com
*Attorneys for Mid-Gulf Recovery Servs., L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of April, 2013.

  /s/ Robert S. Reich
  ROBERT S. REICH