UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates to: 10-3896, 11-826, and | * | Judge Barbier |
| 12-968 | * | |
| *  *  *  *  *  *  *  *  *  *  *  *  *  *  * | * | Magistrate Judge Shushan |

**MOTION TO RECONSIDER MOTION TO SEVER CLAIM
FROM DEEPWATER HORIZON MDL AND TO SET SCHEDULING
CONFERENCE AND/OR TO VACATE THAT PORTION OF THE
COURT'S COMMENTS AS TO MASON'S STATUS AS A MEMBER
OF THE MEDICAL BENEFITS CLASS AND/OR TO EXTEND THE
DEADLINE FOR OPTING OUT OF THE MEDICAL BENEFITS CLASS
AS THAT DEADLINE PERTAINS TO DUWAYNE MASON**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Duwayne Mason, and requests this Honorable Court reconsider its ruling (rec. doc. 8811) upon Duwayne Mason's Motion to Sever Claim from Deepwater Horizon MDL and To Set Scheduling Conference or, alternatively, to vacate that portion of the Court's reasoning as to Mason's alleged status as a member of the Medical Benefits Class, or – in the further alternative – to set a hearing and briefing schedule concerning Mason's status, all for the reasons articulated in the attached Memorandum.

In the final alternative, plaintiff requests an extension of the deadline within which he is allowed to file a formal Opt-Out Notice with regard to the Medical Benefits Class Settlement.

Respectfully submitted:

SILBERT, GARON, PITRE & FRIEDMAN

*/s Scott E. Silbert*

By: SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, Louisiana 70112
Telephone: (504) 581-6200
Facsimile: (504) 584-5270
Counsel for plaintiff, Duwayne Mason

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been duly served on all counsel of record by facsimile, electronic mail, hand delivery, and/or by placing a copy of same in the United States Mail, postage prepaid on this 2nd day of April, 2013

*/s Scott E. Silbert*

SCOTT E. SILBERT