# AFFIDAVIT

STATE OF FLORIDA

COUNTY OF LEON

**BEFORE ME**, a Notary Public, duly commissioned and qualified in and for the above county and state, personally appeared:

### DUWAYNE MASON

a person of the full age of majority, who, after first being duly sworn did depose that:

1. At all times while serving aboard the M/V SEACOR VANGUARD, my job was to serve as engineer;

2. I was never engaged in nor did I ever assist in performing oil clean-up operations or in the handling or recovery of dispersants;

3. The M/V SEACOR VANGUARD acted as a first responder vessel from the time of the rig fire until the Deepwater Horizon Rig collapsed and sank;

4. Subsequent to the sinking of the Deepwater Horizon Rig, the M/V SEACOR VANGUARD was chartered to assist in cleaning spilled oil and dispersant; however, the clean-up work was handled by contract personnel or persons assigned by the U.S. Coast Guard and not the navigation crew of the M/V SEACOR VANGUARD;

5. The allegations in my Complaint and in the M/V SEACOR VANGUARD Limitation Claim filed in the U.S. District Court for the Eastern District of Louisiana to the effect that "plaintiff and his

EXHIBIT "1"

vessel were sent to assist in cleaning-up oil and dispersant," was meant only as a reference to the locale where the vessel was positioned when the noxious exposure occurred;

6. At no time did I engage in clean-up operations or remediation efforts nor did I handle any dispersants or decontaminates; rather, my work was limited to running the engines, pumps, electrical and mechanical components of the M/V SEACOR VANGUARD;

7. I have suffered a permanently paralyzed left hemidiaphragm which is not an upper respiratory condition;

8. At no time did I receive written notice of the medical benefits class action settlement; and,

9. That the above and foregoing eight statements are true and made of affiant's personal knowledge.

*DuWayne Mason*

Sworn to and Subscribed Before Me, this 26th Day of March, 2013

*Notary Public*

Printed Name: Claire C. Davis

[Bar/Notary No.]: _____

My Commission Expires: _____

CLAIRE C. DAVIS
Commission # DD 913166
Expires November 27, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

Page 2 of 2