UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig | * MDL No. 2179 |
| "Deepwater Horizon" in the | * |
| Gulf of Mexico, on April 20, 2010 | * SECTION "J" |
| | * |
| This Document Relates to: 10-3896, 11-826, and | * Judge Barbier |
| 12-968 | * |
| * * * * * * * * * * * * * * * | * Magistrate Judge Shushan |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the attached *Motion to Reconsider Motion to Sever Claim from Deepwater Horizon MDL and to Set Scheduling Conference and/or to Vacate That Portion of the Court's Comments as to Mason's Status as a Member of the Medical Benefits Class and/or to Extend he Deadline for Opting Out of the Medical Benefits Class as That Deadline Pertains to DuWayne Mason* will be submitted to United States District Judge Carl J. Barbier for decision on April 24, 2013, at 9:30 a.m.

Respectfully submitted:

SILBERT, GARON, PITRE & FRIEDMAN

/s Scott E. Silbert
_____
By:    SCOTT E. SILBERT (12068)
       909 Poydras Street, Suite 2130
       New Orleans, Louisiana 70112
       Telephone: (504) 581-6200
       Facsimile: (504) 584-5270
       Counsel for plaintiff, Duwayne Mason

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been duly served on all counsel of record by facsimile, electronic mail, hand delivery, and/or by placing a copy of same in the United States Mail, postage prepaid on this 2nd day of April, 2013

*/s Scott E. Silbert*

SCOTT E. SILBERT