UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates to: 10-3896, 11-826, and | * | Judge Barbier |
| 12-968 | * | |
| * * * * * * * * * * * * * * * | * | Magistrate Judge Shushan |

### REQUEST FOR ORAL ARGUMENT

Plaintiff, DuWayne Mason, respectfully moves for oral argument in connection with his *Motion to Reconsider Motion to Sever Claim from Deepwater Horizon MDL and to Set Scheduling Conference and/or to Vacate That Portion of the Court's Comments as to Mason's Status as a Member of the Medical Benefits Class and/or to Extend he Deadline for Opting Out of the Medical Benefits Class as That Deadline Pertains to DuWayne Mason*, as the motion involves complex issues of fact and law.

                                      Respectfully submitted:

                                      SILBERT, GARON, PITRE & FRIEDMAN

                                      */s Scott E. Silbert*
                                      _____
By:   SCOTT E. SILBERT (12068)
        909 Poydras Street, Suite 2130
        New Orleans, Louisiana 70112
        Telephone: (504) 581-6200
        Facsimile: (504) 584-5270
        Counsel for plaintiff, Duwayne Mason

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing pleading has been duly served on all counsel of record by facsimile, electronic mail, hand delivery, and/or by placing a copy of same in the United States Mail, postage prepaid on this 2nd day of April, 2013

                                              */s Scott E. Silbert*

                                            SCOTT E. SILBERT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Relates to: 10-3896, 11-826, and** | * | **Judge Barbier** |
| **12-968** | * | |
| * * * * * * * * * * * * * * * | * | **Magistrate Judge Shushan** |

## PROPOSED ORDER

**WHEREFORE,** it is hereby ordered that plaintiff's request for oral argument be granted.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE