UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Relates to: 10-3896, 11-826, and** | * | **Judge Barbier** |
| **12-968** | * | |
| * * * * * * * * * * * * * * * | * | **Magistrate Judge Shushan** |

## PROPOSED ORDER

**WHEREFORE,** it is hereby ordered that plaintiff's request for oral argument be granted.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE