UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J (1) |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:10-CV-08888; 2:10-cv-02771<br>_____ / | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Cossich, Sumich, Parsiola & Taylor, LLC, and its individual attorneys (hereinafter sometimes collectively referred to as "Counsel") respectfully move this Court for an order allowing them to withdraw as counsel of record for Plaintiff, **William Letourneau**, and as grounds would state:

1. Plaintiff and Counsel have terminated their attorney/client relationship.

2. Plaintiff has been notified by certified mail that Counsel will no longer be representing Plaintiff and of the applicable deadlines and applicable pending court appearances.

3. Plaintiff will remain in the litigation.

4. The present address and telephone number of Plaintiff is the following:

    William Letourneau
    491 Trout River Drive
    Jacksonville, FL 32208
    (772) 834-7078

5. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Cossich, Sumich, Parsiola & Taylor, LLC and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for Plaintiff William Letourneau in the above-captioned action.

Dated: April 3, 2013.

        Respectfully submitted,

        **BY:**   /s/ Philip F. Cossich, Jr.
        **Philip F. Cossich, Jr. (La. Bar No. 1788)**
        8397 Highway 23, Suite 100
        Belle Chasse, Louisiana  70037
        Telephone:  (504) 394-9000
        Facsimile:  (504)-394-9110
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via U.S. Mail, postage prepaid and properly addressed, to the last known address of the Plaintiff.

        /s/ Philip F. Cossich, Jr
        Philip F. Cossich Jr.