UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: Forrest C. Morrison v. Worley Catastrophe Response, LLC et al.; 13-184 | SECTION "J" (2) |

## WAIVER OF JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(d) and 39(a)(1), undersigned counsel, who represents plaintiff in this action, hereby waives all jury demands in this case and agrees on behalf of plaintiff that all issues in this matter may be tried to the court without a jury, pending defendants' determination on this issue.

April 2, 2013    _____
DATE             PLAINTIFF(S)


New Orleans, Louisiana, this __2d__ day of April, 2013.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE