MINUTE ENTRY
WILKINSON, M.J.
APRIL 2, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Forrest C. Morrison v. Worley Catastrophe Response, LLC et al.</u>; 13-184 | SECTION "J" (2) |

The captioned case was recently reassigned and referred to me by Judge Barbier. Record Doc. No. 8884. A status conference was conducted before me on this date. Participating were: Kenneth Carter, representing plaintiff; Jennifer Anderson (via telephone) and Maggie Lebato, representing defendants. During the conference, counsel executed a written form of consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A scheduling order setting forth pretrial, trial and other deadlines will be separately entered.

Defendants' answer or responsive motion must be filed no later than **April 9, 2013**. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **April 26, 2013**. Plaintiff's counsel executed a waiver of his jury demand. Defendants will

MJSTAR:  0 : 25

determine whether they will demand a jury trial and so indicate in their answer. The Clerk is directed to file this minute entry in the records of both MDL 2179 and C.A. No. 13-184.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**