Minute Entry
Barbier, J.
April 2, 2013
JS 10:  7 hr. 49 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

CASE MANAGER:                                      COURT REPORTER:
STEPHANIE KALL                                      JODI SIMCOX (AM)
                                                                     KAREN IBOS (PM)


NON-JURY TRIAL
(Day twenty)

TUESDAY, APRIL 2, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

PSC offers list of exhibits/demonstratives regarding exam of Nathaniel Chaisson; ORDERED admitted. (see attached)

Halliburton offers lists of exhibits/demonstratives regarding exams of Nathaniel Chaisson and Richard Strickland; ORDERED admitted. (see attached)

Halliburton offers flash drive of deposition excerpts played in court on 3/27/13 as to Greg Garrison, Craig Gardner, Ronald Faul and Rickey Morgan; ORDERED admitted.

Transocean offers lists of exhibits/demonstratives regarding exams of Bill Ambrose and Jeff Wolfe; ORDERED admitted. (see attached)

State of Alabama offers list of exhibits/demonstratives regarding exam of Richard Strickland; ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exam of Nathaniel Chaisson; ORDERED admitted. (see attached)

Cameron offers list of exhibits/demonstratives regarding exam of Bill Ambrose; ORDERED admitted. (see attached)

BP offers lists of exhibits/demonstratives regarding exams of Richard Strickland and Bill Ambrose; ORDERED admitted. (see attached)

Witness: Jesse Gagliano; sworn and testified.

US offers list of exhibits/demonstratives regarding exam of Nathaniel Chaisson; ORDERED admitted. (see attached)

Witness: Glen Stevick; sworn and testified. (Expert)

Court recesses at 5:59 p.m.

Court will resume on Wednesday, April 3, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Phil Wittman