PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Nathaniel Chaisson on 3/27, 2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| 00708 | Email - From: Nathaniel Chaisson To: Jesse Gagliano - Subject: 9.875" x 7" Casing Post Job, with attachment (16 Pages) | 1 | PDF Pages Only |
| 26145 | Deposition of Nathaniel Chaisson | 1, 290, 291 | PDF Pages Only |
| D-2023 | Figure 2: Planned Cement Slurry Replacement | | Already Admitted in Full |

admitted 4/2/2013
SK

**HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN
TO NATHANIEL J. CHAISSON ON DIRECT-EXAMINATION**

HESI offers the following documents it used during its March 27, 2013 direct-
examination of Nathaniel J. Chaisson into evidence:   *admitted 4/2/2013
SK*

TREX-0737
TREX-0718
TREX-0717
TREX-0713


TREX 0737.1.1.HESI
TREX 0718.1.HESI
TREX 0718.1.1.HESI
TREX 0718.1.2.HESI
TREX 0718.2.1.HESI
TREX 0718.3.1.HESI
TREX 0718.4.1.HESI
TREX 0718.6.1.HESI
TREX 0718.8.1.HESI
TREX 0718.8.2.HESI
TREX 0718.9.1.HESI
TREX 0718.9.2.HESI
TREX 0718.9.3.HESI
TREX 0718.12.1.HESI
TREX 0718.12.2.HESI
TREX 0718.12.3.HESI
TREX 0718.12.4.HESI
TREX 0718.13.1.HESI
TREX 0717.1.HESI
TREX 0717.1.1.HESI
TREX 0717.1.2.HESI
TREX 0717.2.1.HESI
TREX 0717.4.1.HESI
TREX 0717.5.HESI
TREX 0717.8.HESI
TREX 0717.22.1.HESI
TREX 0713.1.1.HESI
TREX 0713.3.1.HESI
TREX 0713.7.1.HESI
TREX 0713.8.1.HESI
TREX 0713.13.1.HESI

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN
## TO RICHARD F. STRICKLAND ON DIRECT-EXAMINATION

HESI offers the following documents it used during its March 27, 2013 direct-examination of Richard F. Strickland into evidence: *admitted 4/2/2013 SK*

TREX-22581
TREX-5845
D-8015
TREX-60083
TREX-3540
D-8025
TREX-3549
TREX-7279
D-8244
D-8245
TREX-7852
TREX-3541


TREX 22581.1.HESI
TREX 22581.2.1.HESI
TREX 22581.2.HESI
TREX 22581.3.HESI
TREX 5845.1.HESI
TREX 5845.2.1.HESI
TREX 3540.1.HESI
TREX 3540.1.1.HESI
TREX 3540.1.2.HESI
TREX 3540.2.1.HESI
TREX 3540.4.1.HESI
TREX 3540.6.1.HESI
TREX 3549.1.1.HESI
TREX 7279.1.HESI
TREX 7279.1.1.HESI
TREX 7279.1.2.HESI

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE
## EXAMINATION OF BILL AMBROSE (3/26/2013)

Transocean offers the following documents it used during its March 26, 2013 direct-examination of Mr. Bill Ambrose into evidence:

*admitted 4/2/2013*
*SK*

**Trial Exhibits:**

- TREX 52536 (Exhibit)
- TREX 52536.1 (Page)
- TREX 52536.57.1 (Callout)
- TREX 52536.70.1 (Callout)
- TREX 52668 (Exhibit)
  - TREX 05571 (Exhibit)
  - TREX 01776 (Exhibit)
  - TREX 01786 (Exhibit)
  - TREX 50324 (Exhibit)
  - TREX 03074 (Exhibit)
  - TREX 03075 (Exhibit)
  - TREX 05574 (Exhibit)
  - TREX 01726 (Exhibit)
  - TREX 50394 (Exhibit)
- TREX 052666 (Exhibit)
  - TREX 5585 (Exhibit)
  - TREX 5586 (Exhibit)
  - TREX 5587 (Exhibit)
  - TREX 5590 (Exhibit)
  - TREX 5589 (Exhibit)
  - TREX 5580 (Exhibit)
  - TREX 5571 (Exhibit)
  - TREX 3075 (Exhibit)
  - TREX 50326 (Exhibit)
  - TREX 3074 (Exhibit)
  - TREX 3076 (Exhibit)
- TREX 5571 (Exhibit)
- TREX 5571.1 (Page)
- TREX 5571.4.1 (Callout)
- TREX 4680.1 (Page)
- TREX 4680.8.1 (Callout)
- TREX 938.23.1 (Callout)
- TREX 47180 (Exhibit)
- TREX 44070 (Exhibit)
- TREX 44070.147.1 (Callout)
- TREX-36030 (Exhibit)
- TREX 3285.2, .6 (Pages)

1

Transocean re Bill Ambrose

admitted 4/2/2013
SK

- TREX 3285.45.1 (Callout)
- TREX 3285.45.3 (Callout)
- TREX-3285.50.1 (Callout)
- TREX-3285.54.1 (Callout)
- TREX-3285.55.1 (Callout)
- TREX-3285.88.1 (Callout)
- TREX-664.1 (Page)
- TREX-6164.1 (Page)
- TREX 6164.2.1 (Callout)
- TREX-6164.5.1 (Callout)
- TREX-6164.3.1 (Callout)
- TREX-5102 (Exhibit)
- TREX-3134.1 (Page)
- TREX-3134.37.1 (Callout)
- TREX-3134.40.1 (Callout)
- TREX-81.1 (Page)
- TREX-81.7.1 (Callout)
- TREX-81.7.2 (Callout)
- TREX-81.8.1 (Callout)
- TREX 81.11.1 (Callout)
- TREX 81.8.2 (Callout)
- TREX-1192.30.1 (Callout)
- TREX 44068.35.1 (Callout)
- TREX-75.13.1 (Callout)
- TREX-1192.1.1 (Callout)
- TREX-1192.12.2 (Callout)
- TREX-3404.19 (Page)
- TREX-3404.2.1 (Callout)
- TREX-47568 (Exhibit)
- TREX-3403.1 (Page)
- TREX-3403.8.7 (Callout)
- TREX-3403.39.3 (Callout)
- TREX-3404.1 (Page)
- TREX-3404.4.1 (Callout)
- TREX-3404.19.2 (Callout)
- TREX-47568.1.1 (Callout)
- TREX-4680.1 (Page)
- TREX-4680.46.2 (Callout)
- TREX-26019.2 (Page)
- TREX-47568.2.3 (Callout)
- TREX-3404.31.2 (Callout)
- TREX-47568.2.2 (Callout)
- TREX-3403.1 (Page)
- TREX-3403.8.1 (Callout)

Transocean re Bill Ambrose

admitted 4/2/2013
sk

- TREX-47568.1.2 (Callout)
- TREX-47568.1.3 (Callout)
- TREX-47568.1.4 (Callout)
- TREX-47568.5.1 (Callout)
- TREX-7088.1.1 (Callout)
- TREX-3405.1 (Page)
- TREX-1381.1 (Page)
- TREX-1832.1 (Page)
- TREX-1381.3.3 (Callout)
- TREX-1372.1.1 (Callout)
- TREX-1832.4.1 (Callout)
- TREX-1372.1.2 (Callout)
- TREX-1832.4.2 (Callout)
- TREX-1372.1.3 (Callout)
- TREX-1832.5.1 (Callout)
- TREX-1372.1.4 (Callout)
- TREX-1832.5.2 (Callout)
- TREX-1372.1.5 (Callout)
- TREX-1832.2.1 (Callout)
- TREX-1832.7.1 (Callout)
- TREX-1832.4.3 (Callout)
- TREX-1832.10.2 (Callout)
- TREX-3405.24.1 (Callout)
- TREX-1381.2.2 (Callout)
- TREX-3405.42.1 (Callout)
- TREX-1381.4.1 (Callout)
- TREX-1381.3.2 (Callout)
- TREX-51134.3 (Page)
- TREX 4248 (Exhibit)
- TREX 4248.001 (Page)
- TREX 4248.002 (Page)
- TREX 4248.003 (Page)
- TREX 4248.196.1 (Callout)
- TREX-4248.198.1 (Callout)
- TREX 4248.80 (Page)
- TREX 4248.198.2 (Callout)
- TREX 4248.198.3 (Callout)
- TREX 4248.199.1 (Callout)
- TREX 4248.199.2 (Callout)
- TREX 4248.199.3 (Callout)
- TREX 4248.200.1 (Callout)

Transocean re Bill Ambrose

admitted 4/2/2013

**Demonstratives:**

- D6735 - A
- D6735 - B
- D6735 - C
- D6735 - D
- D6735 - E
- D6735 - F
- D6753
- D6755
- D6761
- D6763
- D6725
- D6756
- D6739
- D6748
- D6747

4

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE
## PRESENTATION OF JEFF WOLFE (3/25/2013)

Transocean offers the following documents from Jeff Wolfe's Expert Reports into evidence:

**Trial Exhibits:**

admitted 4|2|2013

| TREX | Description | Cite from Wolfe Report / Comments |
|------|-------------|-----------------------------------|
| TREX-50003 | Jeff Wolfe Initial Expert Report | Previously admitted (Rec. Doc. 8230) |
| TREX-50381 | Jeff Wolfe Rebuttal Expert Report | Previously admitted (Rec. Doc. 8230) |
| TREX-50428 | Code for the Construction and Equipment of Mobile Offshore Drilling Units, 2009, Resolution A.1023(26) | TREX-50381.11 |
| TREX-50325 | ABS Drydocking Survey Checklist | TREX-50003.26 |
| TREX-50427 | DWH Emergency Disconnect Procedures | TREX-50381.10 |
| TREX-7564 | Republic of Marshall Islands Maritime Act of 1990 | Requested by BP |
| TREX-4647 | Section 12, Subsection 2, Deepwater Horizon Emergency Response Manual | Requested by BP |

**Demonstratives:**
- D-6770
- D-6771
- D-6768
- D-6769

State of Alabama's  List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Richard Strickland on 3/27/13

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|--------|-------------|-------|-------------------|
| D-3275 | Handwritten Chart - Triple Combo Log | | Demonstrative |
| D-3272 | Pre-Incident Determination of Shallowest HydroCarbon-Bearing Zone | | Demonstrative |
| D-3273 | Figure 30: Triple Combo Field Print Over M57B & M56A | | Demonstrative |
| 00001 | Bly Report - Page 23: Figure 1: HydroCarbon Zones & Potential Flow Paths | | Already Admitted in Full |

admitted 4/2/2013
SK

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE
## EXAMINATION OF NATHANIEL CHAISSON (3/27/2013)

Transocean offers the following documents it used during its March 27, 2013
cross-examination of Mr. Nathaniel Chaisson into evidence:

*admitted 4/2/2013 SK*

**Trial Exhibits:**

- TREX 717.1.1 TO (Callout)
- TREX 717.3.1 TO (Callout)
- TREX 717.3.2 TO (Callout)
- TREX 718.13.1 TO (Callout)
- TREX 983.102.1 TO (Callout)
- TREX 50335.3.1 TO (Callout)
- TREX 50335.4.1 TO (Callout)
- TREX 50335.7.1 TO (Callout)
- TREX 50335.8.1 TO (Callout)

Cameron offers the following documents from the examination of Bill Ambrose into evidence:

admitted 4/2/2013 SK

| Number | Description | Call-Outs | Admission / Pages |
|---|---|---|---|
| TREX 1356A | Drilling Contract No. 980249, RBS-8D Semisubmersible Drilling Unit, Vastar Resources, Inc. and R&B Falcon Drilling Co., December 9, 1998 | TREX 1356A.2.1.CAM<br>TREX 1356A.20.1.CAM<br>TREX 1356A.48.1.CAM<br>TREX 1356A.86.1.CAM<br>TREX 1356A.86.2.CAM<br>TREX 1356A.78.1.CAM<br>TREX 1356A.79.1.CAM | Entire Exhibit and Callouts |
| TREX 5094 | Vastar Resources, Inc., Deepwater Horizon BOP Stack Design, Technical Position Paper, Sept. 1, 2000 | TREX 5094.1.1.CAM<br>TREX 5094.9.1.CAM<br>TREX 5094.2.1.CAM | Entire Exhibit and Callouts |
| TREX 4276 | Cameron Quotation #445415 for RBS8D Semi-Submersible | TREX 4276.1.1.CAM<br>TREX 4276.9.1.CAM<br>TREX 4276.62.1.CAM<br>TREX 4276.63.1.CAM | Entire Exhibit and Callouts |

# BP - Exhibits for STRICKLAND

BP offers the following documents it used during its examination of Mr. Richard Strickland into evidence:

admitted 4/2/2013
SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4363 | DWH/Marianas Casing Width Test |
| D-4651 | Archie's Equation: Assumed Parameters and Measured Resistivity |
| D-4653 | Sands in the Production Interval M57B |
| D-4653.1 | Page 1 of D-4653 |
| D-4653.2 | Page 2 of D-4653 |
| D-4653.3 | Page 3 of D-4653 |
| D-4653.4 | Page 4 of D-4653 |
| D-4653.5 | Page 5 of D-4653 |
| D-4653.6 | Page 6 of D-4653 |
| D-4653.7 | Page 7 of D-4653 |
| D-4653.8 | Page 8 of D-4653 |
| D-4666 | M57B Not a Hydrocarbon-Bearing Zone - Triple Combo Log |
| D-4673 | Handwritten Notes Made on the Elmo |
| TREX-000611 | Halliburton Sperry Drilling Services - OCS-G 32306 001 ST00BP00 & BP01 Mississippi Canyon Block 252 - Rig Final Report |
| TREX-000611.18 | Page 18 of TREX-000611 |
| TREX-003551 | 7/26/2010 BP Technical Memo from M. Albertin et al. to K. Baker et al. re Post-Well Subsurface Description of Macondo well (MC0252_1BP1) v3 |
| TREX-003551.26.2.BP | Callout of TREX-003551 |
| TREX-005845 | 30 CFR 250.421 |
| TREX-005845.2 | Page 2 of TREX-005845 |
| TREX-060875.6.1.BP | Callout of TREX-060875 |
| TREX-060875.8.4.BP | Callout of TREX-060875 |
| TREX-063070 | ELAN file |
| TREX-063070.1.1.BP | Callout of TREX-063070 |

# BP - Exhibits for CHAISSON

**BP offers the following documents it used during its examination of Mr. Nathaniel Chaisson into evidence:**

*admitted 4/2/2013 CJC*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4620 | Chaisson 4/16/2010 Tally Book Notes |
| D-4621 | Chaisson 4/17/2010 Tally Book Notes |
| D-4647 | Displacing Down Casing |
| D-4649 | Lifting Cement |
| TREX-000708 | 4/20/2010 Email from N. Chaisson - J. Gagliano re 9.875" x 7" Casing Post Job (w/ attachment) |
| TREX-000711 | 4/18/2010 Email from N. Chaisson - J. Gagliano re BP / Horizon / Update (w/ attachment) |
| TREX-000711.1.2.BP | Callout of TREX-000711 |
| TREX-000711.2.4.BP | Callout of TREX-000711 |
| TREX-000711.4.2.BP | Callout of TREX-000711 |
| TREX-000713 | 4/21/2010 Email from N. Chaisson - J. Gagliano re BP / Horizon / Post Job Report (w/ attachment) |
| TREX-000713.1.1.BP | Callout of TREX-000713 |
| TREX-000717 | 4/18/2010 Email from J. Gagliano - A. Cupit & B. Cocales et al. re Updated Info for Prod Casing Job (w/ attachment) |
| TREX-000717.1.5.BP | Callout of TREX-000717 |
| TREX-000717.39.1.BP | Callout of TREX-000717 |
| TREX-002129 | Halliburton - Foam Cement Delivers Long-Term Zonal Isolation and Decreases Remedial Costs |
| TREX-002129.1.1.BP | Callout of TREX-002129 |
| TREX-005823 | Halliburton Slide Presentation - Annular Gas Migration - Solutions to Annular Gas Flow |
| TREX-005823.3.1.BP | Callout of TREX-005823 |
| TREX-005823.31.1.BP | Callout of TREX-005823 |
| TREX-005823.41 | Page of TREX-005823 |

The United States offers the following documents it used during its March 27, 2013 examination of Nathaniel Chaisson into evidence:

admitted 4-2-2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-00713 | | E-Mail - From: Nathaniel Chaisson Sent: Wed Apr 21 14:34:24 2010 - To: Jesse Gagliano - Subject: BP/Horizon/Post Job Report | TREX-00713.5.2.US |
| TREX-00718 | | Handwritten Notes - Nathaniel Chaisson - dated 04/16/2010 re: Tally Book notes for Cement Job. | TREX-00718.6.1.US TREX-00718.7.3.US |

\* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.