IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to Case Numbers 12-970 and 13-492. | * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**BP'S OBJECTION TO AND MOTION TO STRIKE
REFERENCES TO SETTLEMENT COMMUNICATIONS**

BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") object to and move to strike from the briefs of Class Counsel, the Claims Administrator, and the Settlement Program (the "Opposing Parties") any and all references and argument based upon settlement communications. The Opposing Parties' attempts to use these confidential settlement communications violates two contracts (the Settlement Discussion Confidentiality Agreement and the Settlement Agreement), two rules of evidence (Federal Rules of Evidence 106 and 408), and a rule of law (the parol evidence rule).

WHEREFORE, for the reasons stated above and for the reasons more fully set forth in the attached Memorandum any and all references and argument based upon settlement communications should be stricken from the Opposing Parties' briefs, and no such settlement communications should be considered by the Court.

April 3, 2013                                       Respectfully submitted,

                                        */s/ Richard C. Godfrey, P.C.*

| | |
|---|---|
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Wendy L. Bloom |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX  77079 | R. Chris Heck |
| Telephone:  (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 862-2200 | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| Daniel A. Cantor | Telephone:  (312) 862-2000 |
| Andrew T. Karron | Telefax:  (312) 862-2200 |
| ARNOLD & PORTER LLP | |
| 555 Twelfth Street, NW | Jeffrey Bossert Clark |
| Washington, DC 20004 | Steven A. Myers |
| Telephone:  (202) 942-5000 | KIRKLAND & ELLIS LLP |
| Telefax:  (202) 942-5999 | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| Jeffrey Lennard | Telephone:  (202) 879-5000 |
| Keith Moskowitz | Telefax:  (202) 879-5200 |
| SNR DENTON | |
| 233 South Wacker Drive | */s/ Don K. Haycraft* |
| Suite 7800 | S. Gene Fendler (Bar #05510) |
| Chicago, IL  60606 | Don K. Haycraft (Bar #14361) |
| Telephone:  (312) 876-8000 | R. Keith Jarrett (Bar #16984) |
| Telefax:  (312) 876-7934 | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| *OF COUNSEL* | New Orleans, Louisiana 70139 |
| | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone:  (202) 662-5985 |
| | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.,*
*AND BP AMERICA PRODUCTION COMPANY, AND BP PLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of April 2013.

/s/ Don K. Haycraft
Don K. Haycraft