# EXHIBIT 01

# to

# BP's Memorandum In Support Of Objection To And Motion To Strike References To Settlement Communications

[PENDING MOTION TO FILE UNDER SEAL]