# EXHIBIT 04

## to

## BP's Memorandum In Support Of Objection To And Motion To Strike References To Settlement Communications

[PENDING MOTION TO FILE UNDER SEAL]