**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| **This document relates to Case Numbers 12-970 and 13-492.** | * * * | |
| | | **Honorable CARL J. BARBIER** |
| | * * | |
| | | **Magistrate Judge SHUSHAN** |
| | * * | |

**[PROPOSED] ORDER ON BP'S OBJECTION TO AND MOTION TO**
**STRIKE REFERENCES TO SETTLEMENT COMMUNICATIONS**

Upon consideration of BP's Objection To And Motion To Strike References To Settlement Communications exhibits in support of the motion, the opposition to the motion, and the entire record herein, it is HEREBY ORDERED that BP's motion is GRANTED as follows:

1.     Any and all references and argument based upon discussions, communications, and exchanges of information, documents, data, proposals, and drafts relating to the negotiation of the Economic And Property Damages Settlement Agreement are stricken.

2.     The Court will not consider any discussions, communications, and exchanges of information, documents, data, proposals, and drafts relating to the negotiation of the Economic And Property Damages Settlement Agreement in ruling on BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses."

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of April, 2013.

_____
United States District Judge