# Exhibit 02

## Godfrey, Richard C.

**From:** Godfrey, Richard C.
**Sent:** Thursday, February 23, 2012 2:52 PM
**To:** Sally Shushan
**Cc:** Neath, James J; Holstein, Esq., Mark
**Subject:** FW: Rule 408 Settlement Communication: Confidential: Observations about the PSC's Concerns Regarding the "Benchmark Period" in the Compensation Framework for Business Economic Loss Claims document

Your Honor:  Following up on your question to me a short time ago, please see below, which I sent last week to the PSC and have had no formal response or even general rejoinder to by the PSC.  BP believes that the Compensation Framework is in the "done bucket"; our problem is that the PSC is seeking to interpret a provision of the Framework in a manner that fundamentally is at odds with our understanding, is contrary to the plain language of the Framework, and is in conflict with basic economic principles.  After you have had the opportunity to review the message below, we can discuss further at your convenience.


Rick



Richard C. Godfrey, P. C.
Kirkland & Ellis LLP
300 North La Salle
Chicago, IL  60654
312-862-2391 DIRECT __| 312-862-2200 FAX
rgodfrey@kirkland.com



**From:** Godfrey, Richard C.
**Sent:** Friday, February 17, 2012 11:30 AM
**To:** Joe Rice (jrice@motleyrice.com); 'Calvin Fayard'
**Cc:** james.neath@bp.com

1

**Subject:** Rule 408 Settlement Communication: Confidential: Observations about the PSC's Concerns Regarding the "Benchmark Period" in the Compensation Framework for Business Economic Loss Claims document

Friends:  I have personally spent time with our PSC colleagues, including Rhon, John and Wally, along with BP's economic and accounting experts, in an effort to understand the concern Joe raised earlier this week regarding the definition of the "Benchmark Period" in the "Compensation Framework" document.  I have approached an analysis of the PSC's concerns not only with an open mind, but also as one who was not involved in drafting the document entitled "Compensation Framework for Business Economic Loss Claims."   Obviously, I was involved at a general level of discussion with the PSC concerning the goals and basic approach for the Framework in mind, but I had no role in drafting of the Framework.  Since Joe raised the PSC's concerns, however, I have spent a fair amount of time reviewing the document's drafting history, as well as listening to the perspectives of Rohn, John and Wally.  I wish to express my thanks and deep appreciation for the time which the PSC spent with me explaining its perspective, and am particularly thankful to Rhon for the time he has spent educating me about the PSC's concerns.  Finally, I have not cross-examined the BP drafting team about the meaning or intent of the Compensation Framework document.  Thus, I did not ask or examine Wendy Bloom, for example, as to what she understood or intended with respect to the Compensation Framework document.  Instead, I started with the documents, the drafting history, and once I had digested those, I then met with Andy Karron to walk through my understanding of the documents, and after that, met with Hal Side and then Rhon to walk through and discuss the issues.

Unfortunately, despite spending the better part of the last two days analyzing the PSC's concerns, I have concluded that I do not agree with the PSC's concerns.  In this regard, please consider the following points:

1.   The term "Benchmark period" is a defined term.  Its definition does not change depending upon the paragraph of the Compensation Framework in which it is used.  Rather, it is a simple, defined term, to be used (and which is used) throughout the several page Compensation Framework document.

2.   The basic concept of the Compensation Framework is to determine compensation for a post-spill loss.  The Compensation Framework is not the "causation test," which determines eligibility to claim that there was a loss *caused by* the oil spill.  Rather, once the causation test has been satisfied (or presumed, as in Zone A for example), the Compensation Framework is designed to determine the compensation amount for a post-spill loss.

3.   The economics or accounting for determining a compensation amount for a post-spill loss is, in simple terms, to compare the *actual financial results* during the defined loss period measured against