# Exhibit 03

## Karron, Andrew T.

**From:** Karron, Andrew T.
**Sent:** Wednesday, February 29, 2012 11:44 PM
**To:** Rhon Jones
**Cc:** Godfrey, Richard C.; Bloom, Wendy L.; Douglas, Charles W; Wallace, Benee
**Subject:** Business Comp Framework Step 2

Rhon:

Following up on our discussions today, I am attaching, in clean and redlined format, the revised Business Comp Framework Step 2 explanation, which reflects the option of selecting 6, 7, or 8 consecutive months and adds an additional example.

## Andrew T. Karron

Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Tel.:  202-942-5335
Fax:   202-942-5999
Cell:  301-237-6221
Andrew_Karron@aporter.com
www.arnoldporter.com

1

2012-02-29  Edits to Business Comp  Step 2 Compensation - 02-28-12 - Clean - 026030 - 026031.pdf

**Step 2 Compensation**

Step 2 of the Compensation Calculation for Business Economic Loss Claims is intended to compensate claimants for incremental profits or losses the claimant might have been expected to generate in 2010 in the absence of the spill, based on the claimant's growth in revenue in January-April of 2010 relative to the claimant-selected Benchmark Period (2009 or (average of 2008 and 2009) or (average of 2007, 2008 and 2009)).

**Calculation:**

Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims:

1. Claimant may select from the following six-consecutive month periods for calculating Step 2 Compensation:
    a. May-October
    b. June-November
    c. July-December
   Unless claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months in 2010 shall be used for Step 2.
2. Calculate the Claimant-Specific Factor:
    a. Calculate the difference between claimant's total revenue for January through April 2010 and total revenue in January through April of the Benchmark Period.
    b. Divide the revenue change calculated in [2.a] by total revenue in January through April of the Benchmark Period to derive the Claimant-Specific Factor.  If the calculated Claimant-Specific Factor falls below -2% or exceeds +10%, then it will be set at -2% or +10%, respectively.
3. Calculate Incremental Revenue:
    a. Calculate total revenue in the consecutive months of the Benchmark Period selected in [1] above.
    b. Multiply total revenue by the sum of the Claimant-Specific Factor and the General Adjustment Factor of 2% to calculate Incremental Revenue.
4. Multiply Incremental Revenue by the Variable Margin in the Benchmark Period to calculate Step 2 Compensation.

**HIGHLY CONFIDENTIAL**
**SUBJECT TO SETTLEMENT DISCUSSION CONFIDENTIALITY AGREEMENT**

BP - 2/29/12

**Example 1:**

In this example, the claimant selects June-November as the six-consecutive month period in the Benchmark Period to calculate Step 2 Compensation:

| | | |
|---|---|---:|
| June-November Revenue in the Benchmark Period | [a] | $200,000 |
| Claimant-Specific Factor | [b] | 8% |
| General Adjustment Factor | [c] | 2% |
| Incremental Revenue | [d] = [a]*([b]+[c]) | $20,000 |
| Variable Margin Percentage | [e] | 50% |
| Step 2 Compensation | [f] = [d]*[e] | $10,000 |

**Example 2:**

In this example, the claimant selected June-December as the seven-consecutive month Compensation Period in Step 1 and therefore must use the same period of identical consecutive months in the Benchmark Period to calculate Step 2 Compensation:

| | | |
|---|---|---:|
| June-December Revenue in the Benchmark Period | [a] | $220,000 |
| Claimant-Specific Factor | [b] | 8% |
| General Adjustment Factor | [c] | 2% |
| Incremental Revenue | [d] = [a]*([b]+[c]) | $22,000 |
| Variable Margin Percentage | [e] | 50% |
| Step 2 Compensation | [f] = [d]*[e] | $11,000 |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO SETTLEMENT DISCUSSION CONFIDENTIALITY AGREEMENT**

2012-02-29 edits to Business Comp  Step 2 Compensation - Clean - -26030 - 026031.doc

**Step 2 Compensation**

Step 2 of the Compensation Calculation for Business Economic Loss Claims is intended to compensate claimants for incremental profits or losses the claimant might have been expected to generate in 2010 in the absence of the spill, based on the claimant's growth in revenue in January-April of 2010 relative to the claimant-selected Benchmark Period (2009 or (average of 2008 and 2009) or (average of 2007, 2008 and 2009)).

**Calculation:**

Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims:

1.  Claimant may select from the following six-consecutive month periods for calculating Step 2 Compensation:
    a.  May-October
    b.  June-November
    c.  July-December
    Unless claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months in 2010 shall be used for Step 2.
2.  Calculate the Claimant-Specific Factor:
    a.  Calculate the difference between claimant's total revenue for January through April 2010 and total revenue in January through April of the Benchmark Period.
    b.  Divide the revenue change calculated in [2.a] by total revenue in January through April of the Benchmark Period to derive the Claimant-Specific Factor.  If the calculated Claimant-Specific Factor falls below -2% or exceeds +10%, then it will be set at -2% or +10%, respectively.
3.  Calculate Incremental Revenue:
    a.  Calculate total revenue in the consecutive months of the Benchmark Period  selected in [1] above.
    b.  Multiply total revenue by the sum of the Claimant-Specific Factor and the General Adjustment Factor of 2% to calculate Incremental Revenue.
4.  Multiply Incremental Revenue by the Variable Margin in the Benchmark Period to calculate Step 2 Compensation.

**HIGHLY CONFIDENTIAL**
**SUBJECT TO SETTLEMENT DISCUSSION CONFIDENTIALITY AGREEMENT**

**Example 1:**

In this example, the claimant selects June-November as the six-consecutive month period in the Benchmark Period to calculate Step 2 Compensation:

| | | |
|---|---|---:|
| June-November Revenue in the Benchmark Period | [a] | $200,000 |
| Claimant-Specific Factor | [b] | 8% |
| General Adjustment Factor | [c] | 2% |
| Incremental Revenue | [d] = [a]*([b]+[c]) | $20,000 |
| Variable Margin Percentage | [e] | 50% |
| Step 2 Compensation | [f] = [d]*[e] | $10,000 |

**Example 2:**

In this example, the claimant selected June-December as the seven-consecutive month Compensation Period in Step 1 and therefore must use the same period of identical consecutive months in the Benchmark Period to calculate Step 2 Compensation:

| | | |
|---|---|---:|
| June-December Revenue in the Benchmark Period | [a] | $220,000 |
| Claimant-Specific Factor | [b] | 8% |
| General Adjustment Factor | [c] | 2% |
| Incremental Revenue | [d] = [a]*([b]+[c]) | $22,000 |
| Variable Margin Percentage | [e] | 50% |
| Step 2 Compensation | [f] = [d]*[e] | $11,000 |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO SETTLEMENT DISCUSSION CONFIDENTIALITY AGREEMENT**

2012-02-29 Edits to Business Comp. Step 2 Compensation 02-28-12 - Redline - 026028 - 026029.pdf

BP - 2/29/12

**Step 2 Compensation**

Step 2 of the Compensation Calculation for Business Economic Loss Claims is intended to compensate claimants for incremental profits or losses the claimant might have been expected to generate in 2010 in the absence of the spill, based on the claimant's growth in revenue in January-April of 2010 relative to the claimant-selected Benchmark Period (2009 or (average of 2008 and 2009) or (average of 2007, 2008 and 2009)).

**Calculation:**

Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims:

1. Claimant may select from the following six-consecutive month periods for calculating Step 2 Compensation:
    a. May-October
    b. June-November
    c. July-December
    d. Unless claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months in 2010 shall be used for Step 2.
2. Calculate the Claimant-Specific Factor:
    a. Calculate the difference between claimant's total revenue for January through April 2010 and total revenue in January through April of the Benchmark Period.
    b. Divide the revenue change calculated in [2.a] by total revenue in January through April of the Benchmark Period to derive the Claimant-Specific Factor. If the calculated Claimant-Specific Factor falls below -2% or exceeds +10%, then it will be set at -2% or +10%, respectively.
3. Calculate Incremental Revenue:
    a. Calculate total revenue in the consecutive months of the Benchmark Period during the six months selected in [1] above.
    b. Multiply total revenue by the sum of the Claimant-Specific Factor and the General Adjustment Factor of 2% to calculate Incremental Revenue.
4. Multiply Incremental Revenue by the Variable Margin in the Benchmark Period to calculate Step 2 Compensation.

*Formatted: Indent: Left: 0.5", No bullets or numbering*

HIGHLY CONFIDENTIAL
SUBJECT TO SETTLEMENT DISCUSSION CONFIDENTIALITY AGREEMENT

BP - 2/29/12

**Example 1:**

In this example, the claimant selects June-November as the six-consecutive month period in the Benchmark Period to calculate Step 2 Compensation:

| | | |
|---|---|---|
| June-November Revenue in the Benchmark Period | [a] | $200,000 |
| Claimant-Specific Factor | [b] | 8% |
| General Adjustment Factor | [c] | 2% |
| Incremental Revenue | [d] = [a]*([b]+[c]) | $20,000 |
| Variable Margin Percentage | [e] | 50% |
| Step 2 Compensation | [f] = [d]*[e] | $10,000 |

**Example 2:**

In this example, the claimant selected June-December as the seven-consecutive month Compensation Period in Step 1 and therefore must use the same period of identical consecutive months in the Benchmark Period to calculate Step 2 Compensation:

| | | |
|---|---|---|
| June-December Revenue in the Benchmark Period | [a] | $220,000 |
| Claimant-Specific Factor | [b] | 8% |
| General Adjustment Factor | [c] | 2% |
| Incremental Revenue | [d] = [a]*([b]+[c]) | $22,000 |
| Variable Margin Percentage | [e] | 50% |
| Step 2 Compensation | [f] = [d]*[e] | $11,000 |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO SETTLEMENT DISCUSSION CONFIDENTIALITY AGREEMENT**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO SETTLEMENT DISCUSSION CONFIDENTIALITY AGREEMENT**

026029