# Exhibit 04

## Bloom, Wendy L.

**From:** Bloom, Wendy L.
**Sent:** Thursday, March 01, 2012 12:55 PM
**To:** 'Rhon Jones'; 'John Tomlinson'
**Cc:** 'Wallace, Benee'; 'Rice, Joe'; 'Wallace, Benee'; Heck, R. Chris; Douglas, Charles W
**Subject:** RE: Step 2 -- need to know are we agreed -- asap

Great.  We will revise the biz comp framework then so we can get that into the done buck items.

**From:** Rhon Jones [mailto:Rhon.Jones@BeasleyAllen.com]
**Sent:** Thursday, March 01, 2012 12:08 PM
**To:** Bloom, Wendy L.; John Tomlinson
**Cc:** Wallace, Benee; Rice, Joe; Wallace, Benee
**Subject:** RE: Step 2 -- need to know are we agreed -- asap

We are in agreement, yes.

Rhon Jones
Toxic Torts Section Head
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. Post Office Box 4160
Montgomery, AL 36104
800.898.2034
334.269.2343
334.954.7555 fax
Rhon.Jones@beasleyallen.com
www.BeasleyAllen.com

**From:** Bloom, Wendy L. [mailto:wbloom@kirkland.com]
**Sent:** Thursday, March 01, 2012 11:57 AM
**To:** Rhon Jones; John Tomlinson
**Cc:** 'Wallace, Benee'
**Subject:** Step 2 -- need to know are we agreed -- asap

Rhon & John--  We need to revise business economic loss framework to include the revised Step 2 if we are now agreed.  Please let us know asap.   Wendy

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```