IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to Case Numbers 12-970 and 13-492. | * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**BP'S *EX PARTE* MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF BP'S MEMORANDUM IN SUPPORT OF OBJECTION TO AND MOTION TO STRIKE REFERENCES TO SETTLEMENT COMMUNICATIONS, AND RELATED EXHIBITS**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641), and the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573), BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), respectfully request leave to file under seal certain portions of BP's Memorandum In Support Of Objection To And Motion To Strike References To Settlement Communications ("Memorandum") and the four exhibits to that Memorandum.  The grounds for the motion are that BP believes that these portions of the Memorandum and the four exhibits contain or concern confidential settlement communications.

WHEREFORE, BP respectfully requests that the Court order that certain portions of the Memorandum and the four exhibits to the Memorandum be filed under seal.

April 3, 2013                               Respectfully submitted,

    */s/ Richard C. Godfrey, P.C.*

James J. Neath                              Richard C. Godfrey, P.C.
Mark Holstein                               J. Andrew Langan, P.C.
BP AMERICA INC.                             Wendy L. Bloom
501 Westlake Park Boulevard                 Andrew B. Bloomer, P.C.
Houston, TX  77079                          R. Chris Heck
Telephone:  (281) 366-2000                  KIRKLAND & ELLIS LLP
Telefax:  (312) 862-2200                    300 North LaSalle Street
                                            Chicago, IL 60654
Daniel A. Cantor                            Telephone:  (312) 862-2000
Andrew T. Karron                            Telefax:  (312) 862-2200
ARNOLD & PORTER LLP
555 Twelfth Street, NW                      Jeffrey Bossert Clark
Washington, DC 20004                        Steven A. Myers
Telephone:  (202) 942-5000                  KIRKLAND & ELLIS LLP
Telefax:  (202) 942-5999                    655 Fifteenth Street, N.W.
                                            Washington, D.C. 20005
Jeffrey Lennard                             Telephone:  (202) 879-5000
Keith Moskowitz                             Telefax:  (202) 879-5200
SNR DENTON
233 South Wacker Drive                         */s/ Don K. Haycraft*
Suite 7800                                  S. Gene Fendler (Bar #05510)
Chicago, IL  60606                          Don K. Haycraft (Bar #14361)
Telephone:  (312) 876-8000                  R. Keith Jarrett (Bar #16984)
Telefax:  (312) 876-7934                    LISKOW & LEWIS
                                            701 Poydras Street, Suite 5000
*OF COUNSEL*                                New Orleans, Louisiana 70139
                                            Telephone:  (504) 581-7979
                                            Telefax:  (504) 556-4108

                                            Robert C. "Mike" Brock
                                            COVINGTON & BURLING LLP
                                            1201 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            Telephone:  (202) 662-5985
                                            Telefax:  (202) 662-6291

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.,*
*BP AMERICA PRODUCTION COMPANY, AND BP PLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of April 2013.

                                                /s/ Don K. Haycraft
                                                Don K. Haycraft