IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to Case Numbers 12-970 and 13-492. | * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**[PROPOSED] ORDER ON BP'S *EX PARTE* MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF BP'S MEMORANDUM IN SUPPORT OF OBJECTION TO AND MOTION TO STRIKE REFERENCES TO SETTLEMENT COMMUNICATIONS, AND RELATED EXHIBITS**

Upon consideration of BP's *Ex Parte* Motion To File Under Seal Certain Portions Of BP's Memorandum In Support Of Objection To And Motion To Strike References To Settlement Communications (the "Memorandum"), And Related Exhibits, and the entire record herein, it is HEREBY ORDERED that BP's motion is GRANTED as follows:

1. The portions of the Memorandum designated by BP shall be filed under seal.

2. The four exhibits to the Memorandum shall be filed under seal.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of April, 2013.

_____
United States District Judge