**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888, [Rec. Doc. 63716]; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Considering the foregoing Motion to Withdraw as Counsel of Record.

The Court having read and considered argument of counsel and being fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel filed on behalf of the Dugan Law Firm, APLC be and the same is hereby GRANTED.

2. All correspondence and pleadings for the Plaintiff shall be mailed to: Barrett Taylor, 518 Kershaw Street, Calhoun Falls, South Carolina 29628, Telephone: (864) 447-8337.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE