IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to No. 12-970. | * * * * * * * | Honorable CARL J. BARBIER <br><br> Magistrate Judge SHUSHAN |

## NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., defendants (collectively "BP") in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the decree and decision in Order, Review of Issue from Panel (Matching of Revenue and Expenses) (Rec. Doc. 8812).  This Order was entered March 5, 2013, and this appeal is thus timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days of the Order.  The Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291, including the collateral order doctrine, and 28 U.S.C. § 1292(a)(3).  No source of law disallows this appeal.

| | |
|---|---|
| April 3, 2013 | Respectfully submitted, |
| |   /s/ Richard C. Godfrey, P.C.   |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Wendy L. Bloom |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX  77079 | R. Chris Heck |
| Telephone:  (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 862-2200 | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| Theodore B. Olson | Telephone:  (312) 862-2000 |
| Miguel A. Estrada | Telefax:  (312) 862-2200 |
| Thomas G. Hungar | |
| GIBSON, DUNN & CRUTCHER LLP | Jeffrey Bossert Clark |
| 1050 Connecticut Avenue, N.W. | Steven A. Myers |
| Washington, DC  20036 | KIRKLAND & ELLIS LLP |
| Telephone:  (202) 955-8500 | 655 Fifteenth Street, N.W. |
| Telefax: (202) 467-0539 | Washington, D.C. 20005 |
| | Telephone:  (202) 879-5000 |
| Daniel A. Cantor | Telefax:  (202) 879-5200 |
| Andrew T. Karron | |
| ARNOLD & PORTER LLP |   /s/ Don K. Haycraft   |
| 555 Twelfth Street, NW | S. Gene Fendler (Bar #05510) |
| Washington, DC 20004 | Don K. Haycraft (Bar #14361) |
| Telephone:  (202) 942-5000 | R. Keith Jarrett (Bar #16984) |
| Telefax:  (202) 942-5999 | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| Jeffrey Lennard | New Orleans, Louisiana 70139 |
| Keith Moskowitz | Telephone:  (504) 581-7979 |
| SNR DENTON | Telefax:  (504) 556-4108 |
| 233 South Wacker Drive | |
| Suite 7800 | Robert C. "Mike" Brock |
| Chicago, IL  60606 | COVINGTON & BURLING LLP |
| Telephone:  (312) 876-8000 | 1201 Pennsylvania Avenue, NW |
| Telefax:  (312) 876-7934 | Washington, DC 20004 |
| | Telephone:  (202) 662-5985 |
| ***OF COUNSEL*** | Telefax:  (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of April, 2013.

                                         /s/ Don K. Haycraft
                                         Don K. Haycraft