UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege (Rec. docs. 8417 and 8457)][1]**

BP reports that it is prepared to implement a court order requiring it to produce the documents identified as within Category A on the privilege logs of withheld documents. Category A contains documents in which George Rainey was an active participant and that relates to the matters in BP's guilty plea. Rec. doc. 8715 at 7-8.

BP will be ordered to produce the Category A documents identified in the logs of withheld documents for the May 24, 2010 letter, the June 25, 2010 letter and the May 19, 2010 email. The remaining documents will be the subject of a further order of the Court.

IT IS ORDERED that:

1. The Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege (Rec. docs. 8417 and 8457) are GRANTED in PART.

---

[1] The motion by the U.S. is at Rec. doc. 8417. Transocean's motion is at Rec. doc. 8457. BP filed an opposition. Rec. doc. 8715. Transocean (Rec. doc. 8844) and the U.S. (Rec. doc. 8868) filed replies.

2. By **Tuesday, April 9, 2013**, BP shall produce all documents identified as within in Category A for the logs of withheld documents for the May 24, 2010 letter, the June 25, 2010 letter and the May 19, 2010 email.

3. The deadline for an appeal of this order is **Monday, April 8, 2013 at noon.**

New Orleans, Louisiana, this 4th of April, 2013.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**