UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Nos. **12-970** and **13-492** | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### OPPOSITION TO BP'S MOTION TO STRIKE EXHIBITS

The Economic Settlement Class, by and thru appointed Class Counsel, respectfully submits the following Opposition to BP's Objections to and Motion to Strike References to Settlement Communications [Rec. Doc. 9103] :

**MAY IT PLEASE THE COURT:**

BP'S objections should be overruled and motion to strike denied, as:

a. Class Counsel argued that the interpretative issue could be resolved according to the clear and express language of the Settlement Agreement itself, and only submitted additional extrinsic evidence out of an abundance of caution in the event that the Court might find some ambiguity.[1]

b. BP has not confined its arguments or evidence to the "four corners" of the Settlement Agreement. Rather, BP submitted and relied upon, initially, three extrinsic expert declarations and an October Memo from the Claims Administrator;[2] then, upon reconsideration, BP asked the Court to consider 18 total exhibits, including 12 declarations;[3] and now, on its Motion for Preliminary Injunction, BP asks the Court

---

[1] *See* CLASS *IN CAMERA* SUBMISSION IN OPPOSITION TO BP MOTION FOR RECONSIDERATION [Rec. Doc. 8963-54], at pp.7-20, 23-26.

[2] *See* Rec. Doc. Nos. 8963-20 thru 8963-25.

[3] *See* Rec. Doc. Nos. 8963-35 thru 8963-53.

1

    to consider a total if 41 exhibits, most of them extrinsic to the Settlement Agreement itself, including 20 declarations (which are inherently extrinsic by their very nature).[4]

c. The February 17, 2012 E-Mail from Rick Godfrey to Class Counsel was: **(i)** filed into the Record by BP;[5] **(ii)** designated as part of the U.S. Fifth Circuit Appeal Record by BP;[6] and **(iii)** attached as an Exhibit to BP's own Motion for Preliminary Injunction.[7]

d. The Declaration of John Tomlinson was: **(i)** filed into the Record by BP;[8] and **(ii)** designated as part of the U.S. Fifth Circuit Appeal Record by BP.[9]

e. The Declaration of Robert Michael Wallace was: **(i)** filed into the Record by BP;[10] and **(ii)** designated as part of the U.S. Fifth Circuit Appeal Record by BP.[11]

f. The April 4, 2012 E-Mail and Recommendation from Charles Hacker is not a privileged settlement communication. Mr. Hacker is not a party to the Settlement Agreement. The Parties did, jointly and separately, consult with experts and consultants and exchange such information during the settlement negotiations which would fall within the ambit of the Confidentiality Agreement and/or Federal Rule of Evidence 408. However, in this particular instance, the Parties were soliciting feedback from what were contemplated to be *independent* third-party Program Vendors in order to get some insight as to how they might interpret or apply the Settlement Agreement that had been negotiated.

g. BP did not object to or move to strike either the Godfrey E-Mail, the Tomlinson Declaration, nor the Wallace Declaration, from the time they were submitted to the Court on February 18, 2013 until yesterday.

---

[4] *See* Rec. Doc. 8910.

[5] *See* Rec. Doc. 8963 and 8963-58.

[6] *See* Rec. Doc. 9083, at p.102.

[7] *See* Rec. Doc. 8910-4, ¶3 No. 25, and 8910-38.

[8] *See* Rec. Doc. 8963 and 8963-86.

[9] *See* Rec. Doc. 9083, at p.102.

[10] *See* Rec. Doc. 8963 and 8963-84.

[11] *See* Rec. Doc. 9083, at p.102.

    h.  BP did not move to strike either the Godfrey E-Mail itself or the reference in the Court's March 5th ruling for 29 days after the document was specifically quoted by the Court in its ruling and released publicly on PACER.[12]

    i.  BP itself submitted a Declaration of Andrew Karron in Response to the Tomlinson Declaration.[13]

    j.  BP itself submitted two declarations from Hal Sider in which he references his participation on behalf of BP in the settlement negotiations.[14]

    k.  BP, in its very Objection and Motion to Strike, submits and asks the Court to consider three *new* e-mail communications from BP Counsel to Judge Shushan and Class Counsel during the course of the settlement negotiations.[15]

Accordingly, any objection to these documents has clearly been waived, and BP's Motion to Strike should be denied.

---

[12] *See* REVIEW OF ISSUE FROM PANEL (Matching of Revenue and Expenses) (3/5/2013) [Rec. Doc. 8812], at p.3.

[13] *See* Rec. Doc. 8910-4, ¶3 No. 32, and 8910-45.

[14] *See* Rec. Doc. 8910-27, ¶2 and Rec. Doc. 8910-28, ¶1.  While Mr. Sider does not appear to comment directly on the content of settlement discussions or communications, one might reasonably infer from his declaration a suggestion that the Settlement Agreement is not being interpreted as it was negotiated and intended to be applied, according to Mr. Sider.  Of course, the other inference to be drawn is that Mr. Sider cannot truthfully attest or verify that BP's current position is actually the framework that was discussed by the Parties and submitted to the Court.  To the extent Mr. Sider's silence on the issue is interpreted in this way, it is a damning admission.

[15] *See* BP EXHIBIT 2 (E-Mail from R. Godfrey to Judge Shushan, Feb. 23, 2012); BP EXHIBIT 3 (E-Mail from A. Karron to R. Jones, Feb. 29, 2012); and BP EXHIBIT 4 (E-Mail from W. Bloom to J. Tomlinson and R. Jones, March 1, 2012).

This <u>4th</u> day of <u>April</u>, <u>2013</u>.

Respectfully submitted,

   /s/   Stephen J. Herman                       /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129     **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**           **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                              556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113               Lafayette, Louisiana 70501
Telephone: (504) 581-4892                  Telephone: (337) 233-3033
Fax No. (504) 569-6024                       Fax No. (337) 233-2796
E-Mail: sherman@hhklawfirm.com         E-Mail: jimr@wrightroy.com
*Lead Class Counsel*                                 *Lead Class Counsel*

## ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL

Brian H. Barr
LEVIN, PAPANTONIO
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

**CERTIFICATE OF SERVICE**

We Hereby Certify that the above and foregoing Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>4th</u> day of <u>April</u>, <u>2013</u>.

/s/ Stephen J. Herman and James Parkerson Roy