**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888, [Rec. Doc. 72042]; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, Ronald Scott Smith. In support thereof, Movants would show:

1.      On or about April 20, 2011, Plaintiff retained the law firm, The Dugan Law Firm, to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2.      On or about April 20, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 72042].

3.      On March 15, 2013, Plaintiff was notified by certified mail that the Dugan Law Firm would no longer be representing Plaintiff and of the applicable deadlines and applicable pending court appearances.

4.      Thus, the Dugan Law Firm and Plaintiff have terminated their attorney/client relationship and the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiff in this case.

5.      This motion is made in good faith and considering Plaintiff has chosen to

represent himself and/or hire other counsel in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

6.      The current mailing address of Plaintiff is 1406 Brooke Street, Houma, Louisiana 70363.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: April 4, 2013

Respectfully submitted,

By:

**THE DUGAN LAW FIRM**

 /s/ David B. Franco
David B. Franco (TXBSA# 24072097)
James R. Dugan, II (LSBA# 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the last known address of the Plaintiff on this 4th day of April 2013.

Ronald Scott Smith
1406 Brooke Street
Houma, LA 70363

/s/ David B. Franco
David B. Franco, Esq.

3