UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| Case No. 2:10-cv-8888, [Rec. Doc. 72022]; 2:10-cv-2771 | MAG. JUDGE SHUSHAN |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel of Record for Plaintiff, She Buys, LLC filed on behalf of the Dugan Law Firm, APLC be and the same is hereby GRANTED;

2. All correspondence and pleadings for the Plaintiff shall be mailed to: She Buys, LLC, 602 West One 58th Street, Galliano, Louisiana 70354.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE