UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>Case No. 2:10-cv-8888, [Rec. Doc. 72091]; 2:10-cv-2771 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel of Record for Plaintiff, Nicole Lombas Rentals, LLC filed on behalf of the Dugan Law Firm, APLC be and the same is hereby GRANTED;

2. All correspondence and pleadings for the Plaintiff shall be mailed to: Nicole Lombas Rentals, LLC, 602 West One 58th Street, Galliano, Louisiana 70354.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE