IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION J |
| This document relates to all actions. | * * * | HONORABLE CARL J. BARBIER |
| | * * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., *et al.,* individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 <br> SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

## **ORDER**

Considering the Claims Administrator and Settlement Program's *Ex Parte* Motion to File Under Seal portions of its Response to BP's Objection to and Motion to Strike References to Settlement Communications,

**IT IS ORDERED** that the unredacted version of the Claims Administrator and Settlement Program's Response be filed under seal.

New Orleans, Louisiana, this _____ day of April, 2013.

_____
UNITED STATE DISTRICT JUDGE