Minute Entry
Barbier, J.
April 3, 2013
JS 10:  6 hr. 29 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br> JODI SIMCOX (AM)<br> KAREN IBOS (PM) |

NON-JURY TRIAL
(Day twenty-one)

WEDNESDAY, APRIL 3, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Halliburton offers list of exhibits/demonstratives regarding exam of Jesse Gagliano: ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding exam of Jesse Gagliano: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Jesse Gagliano: ORDERED admitted. (see attached)

Witnesses: Glen Stevick, previously sworn and testified. (Expert)
John J. Gisclair, by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Kurt A. Kronenberger; by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Frederick (Gene) Beck; sworn and testified. (Expert)

US offers list of exhibits/demonstratives regarding exam of Jesse Gagliano: ORDERED admitted. (see attached)

US offers revised list of exhibits/demonstratives regarding exam of Alan Huffman: ORDERED admitted. (see attached)

Cameron requests that its 52(c) motion for judgment on partial findings [9024] be taken up orally.

ORDERED that Cameron's motion [9024] is GRANTED for reasons orally stated on the record. This order completely dismisses Cameron including cross-claims of Halliburton and Transocean and plaintiffs' claims for punitive damages.

Transocean offers list of exhibits/demonstratives regarding exam of Jesse Gagliano: ORDERED admitted. (see attached)

Court recesses at 5:10 p.m.

Court will resume on Thursday, April 4, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, David Beck, David Jones, Alex Roberts, Geoff Gannaway, Phil Wittman