## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO JESSE GAGLIANO ON DIRECT-EXAMINATION

HESI offers the following documents it used during its April 2, 2013 direct-examination of Jesse Gagliano into evidence:

*admitted 4/3/2013 SK*

TREX-60068
TREX-5219
TREX-4348
TREX-60455
TREX-7722
TREX-63201
D-8242
TREX-1395
TREX-287
D-8247
TREX-7469
TREX-63076
TREX-60443

TREX 60068.1.1.HESI
TREX 60068.7.1.HESI
TREX 60068.7.2.HESI
TREX 60068.9.1.HESI
TREX 60455.1.1.HESI
TREX 60455.1.2.HESI
TREX 60455.1.3.HESI
TREX 60455.1.4.HESI
TREX 60455.2.1.HESI
TREX 60455.2.2.HESI
TREX 7722.1.4.HESI
TREX 7722.2.2.HESI
TREX 63201.1.1.HESI
TREX 287.1.1.HESI
TREX 1395.1.1.HESI

PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Jesse Gagliano on April 2, 2013

Admitted 4/3/2013 SK

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| 00982 | Halliburton: "BP Deepwater Horizon Investigation: Preliminary Insights" | | Already Admitted in Full |
| 04357 | Observations | | Already Admitted in Full |
| 07469 | Email from Gagliano to Morel & Hafle, Subject: Macondo BoD, attaching Halliburton Macondo BoD | 1 | PDF Page Only |
| 02035 | Email from J Gagliano to E Cunningham re: "Foamed Production Jobs at BP- Livelink 10 KB | | Entire Exhibit |
| 20012 | N2 CEMENT Job Summaries | | Entire Exhibit |
| 04566 | Cement Lab Weigh-Up Sheet, Apr 17, 2010 - Req/Slurry: US-73909/1 for Transocean Horizon | | Entire Exhibit |
| 00808 | Cement Lab Weigh-Up Sheet, Feb 12, 2010 - Req/Slurry: US-65112/3 | | Entire Exhibit |
| 00809 | Cement Lab Weigh-up Sheet, Feb 16, 2010- Req/ Slurry: US-65112/3 | | Entire Exhibit |
| 00984 | CEMENT LAB WEIGH-UP SHEET - Req/Slurry: US-73909/1 | | Entire Exhibit |
| 07491 | Halliburton Experience with Foam Cement Using D-AIR 3000 in The Slurry In The GOM - 2005 - April 20, 2010 chart | | Already Admitted in Full |
| 07491A | Halliburton Experience with Foam Cement Using D-AIR 3000 in The Slurry In The GOM - 2005 - April 20, 2010 chart - Revised as per Gagliano's Testimony on 4/2/2013 | | Entire Exhibit |
| D-3276 | Foam Slurry Should Not Include Defoaming Agents | | Demonstrative |
| D-3277 | Foam Slurry Should Not Include Defoaming Agents | | Demonstrative |
| 07489 | Email from Gagliano, Jesse to Hafle, Mark; Morel, Brian; Fleece, Trent; Gray, George dated Dec 07 20:31:48 2009 Subject: Bulk Cement & Chemical on Marianas | | Already Admitted in Full |

# BP - Exhibits for GAGLIANO

BP offers the following documents it used during its examination of Mr. Jesse Gagliano into evidence:

admitted 4/3/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4290 | Gagliano's Cementing Resources |
| D-4381 | D-Air Should Not Be Used in Foam Cement |
| D-4683 | Halliburton Foam Jobs in Gulf Containing D-AIR |
| D-4684 | Halliburton Failed Foam Jobs in Gulf |
| D-4686 | Foam Job with D-Air Failed in January 2010 |
| D-4687 | Halliburton Pre-Incident Viking Information |
| D-4691A | Diagram - Total Depth 18,354 ft |
| TREX-000708 | 4/20/2010 Email from N. Chaisson - J. Gagliano re 9.875" x 7" Casing Post Job |
| TREX-000708.1.4.BP | Callout of TREX-000708 |
| TREX-000713 | 4/21/2010 Email from N. Chaisson - J. Gagliano re BP / Horizon / Post Job Report (w/ attachment) |
| TREX-000713.1.2.BP | Callout of TREX-000713 |
| TREX-000982 | 9/26/2010 Halliburton Presentation Slides - BP Deepwater Horizon Investigation: Preliminary Insights |
| TREX-000982.1.1.BP | Callout of TREX-000982 |
| TREX-000982.11.1.BP | Callout of TREX-000982 |
| TREX-002033 | 4/11/2010 Committee on Energy and Commerce - Telephone Interview of J. Gagliano |
| TREX-002033.73.1.BP | Callout of TREX-002033 |
| TREX-002133 | Halliburton - US Land-Offshore Cementing Work Methods - April 2010 |
| TREX-002133.1 | Page of TREX-002133 |
| TREX-002133.238.1.BP | Callout of TREX-002133 |
| TREX-002133.239 | Page of TREX-002133 |
| TREX-002133.239.2.BP | Callout of TREX-002133 |
| TREX-002580 | 4/15/2010 Email from B. Morel - J. Gagliano & M. Hafle et al. re RE: OptiCem Report |
| TREX-002580.2.1.BP | Callout of TREX-002580 |
| TREX-003118 | Halliburton Slides on Top of Cement |
| TREX-003118.1.1.BP | Callout of TREX-003118 |
| TREX-003118.3.1.BP | Callout of TREX-003118 |
| TREX-004340 | 4/21/2010 Email from J. Gagliano - T. Roth re Horizon Information |
| TREX-004340.1.2.BP | Callout of TREX-004340 |
| TREX-004347 | Halliburton GLobal Laboratory Best Practices |
| TREX-004347.1 | Page of TREX-004347 |

# BP - Exhibits for GAGLIANO (cont'd)

*Admitted 4/3/2013 sk*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-004347.1848.4.BP | Callout of TREX-004347 |
| TREX-005204 | 9/20/2010 Email from K. Ravi - T. Roth re presentation (w/ attachment) |
| TREX-005204.20.3.BP | Callout of TREX-005204 |
| TREX-005595 | 3/7/2010 Cement Lab Weigh-Up Sheet |
| TREX-005595.1.2.BP | Callout of TREX-005595 |
| TREX-007483 | 3/7/2010 Email from M. Hafle - J. Gagliano re Macondo 11-7/8 or 11-3/4 Expandable (w/ attachment) |
| TREX-007483.1.2.BP | Callout of TREX-007483 |
| TREX-007484 | 3/7/2010 Email from J. Gagliano - M. Hafle re Macondo 11-7/8 or 11-3/4 Expandable (w/ attachments) |
| TREX-007484.1.2.BP | Callout of TREX-007484 |
| TREX-007485 | Halliburton Webpage: "Halliburton Advantage" |
| TREX-007485.1.4.BP | Callout of TREX-007485 |
| TREX-007492 | Defendant Halliburton Energy Services, Inc.'s Objections and Responses to Co-Defendant Anadarko Petroleum Corporation's Interrogatories and Requests for Production |
| TREX-007492.5.1.BP | Callout of TREX-007492 |
| TREX-007492.6.1.BP | Callout of TREX-007492 |
| TREX-007493 | 2/1/2010 Email from C. Haire - D. Mooney & K. Miller et al. re Daily Report Horizon (w/ attachment) |
| TREX-007493.1.1.BP | Callout of TREX-007493 |
| TREX-007493.5.2.BP | Callout of TREX-007493 |
| TREX-007494 | 1/28/2010 Email from J. Gagliano - A. Cupit & C. Haire et al. re Macondo Well (w/ attachment) |
| TREX-007494.1.1.BP | Callout of TREX-007494 |
| TREX-007722 | 4/12/2010 Halliburton Lab Results re Transocean Horizon |
| TREX-007722.2 | Page of TREX-007722 |
| TREX-007722.2.2.BP | Callout of TREX-007722 |
| TREX-007872 | Halliburton Energy Services, Inc.'s Responses to Subpoena to Produce Documents, Information, or Objects |
| TREX-007872.1 | Page of TREX-007872 |
| TREX-007872.2.1.BP | Callout of TREX-007872 |
| TREX-007876 | 10/29/2009 Email from J. Gagliano - T. Fleece re Re: cement (w/ attachments) |
| TREX-007876.1.1.BP | Callout of TREX-007876 |
| TREX-007876.4.1.BP | Callout of TREX-007876 |
| TREX-037037 | Viking System emails related to Request 73909 |
| TREX-037037.5.2.BP | Callout of TREX-037037 |
| TREX-047996 | 4/23/2010 Email from J. Gagliano - M. Hafle re Post Job (w/ attachment) |

# BP - Exhibits for GAGLIANO (cont'd)

admitted 4/3/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
| --- | --- |
| TREX-047996.1.1.BP | Callout of TREX-047996 |
| TREX-047996.3.1.BP | Callout of TREX-047996 |
| TREX-048195 | 65112 Online Weigh-Up Sheet (Screen Shots from Viking) - Test Results |
| TREX-048195.9.1.BP | Callout of TREX-048195 |
| TREX-048195.10.1.BP | Callout of TREX-048195 |
| TREX-048195.10.6.BP | Callout of TREX-048195 |
| TREX-048196 | 73909 Online Weigh-Up Sheet (Screen Shots from Viking) - Test Results |
| TREX-048196.2.1.BP | Callout of TREX-048196 |
| TREX-048196.2.2.BP | Callout of TREX-048196 |

The United States offers the following documents it used during its April 2, 2013 examination of Jesse Gagliano into evidence:

admitted 4/3/2013 Sk

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-03032 | | E-Mail - From: Jesse Gagliano Sent: Mon Apr 19 01:58:10 2010 To: Multiple Recipients Subject: Updated info for Prod Casing job | TREX-03032.7.2.US |
| TREX-06233 | | BP E&P Segment Recommended Practice Drilling and Completions Cementing Manual Cement Laboratory Testing Section SRP 4.1-0003 | |

* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

**Revised List**

The United States offers the following documents it used during its examination of Alan Huffman into evidence:

admitted 4/3/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| Dep. of Dr. Adam Bourgoyne | | Deposition of Adam Theodore Bourgoyne | Vol. 2, 96:15 - 25 |
| D-03553 | | DEMONSTRATIVE: Weakest Fracture Gradient Presumed to be at Previous Shoe Chart - Image | |
| D-03554 | | DEMONSTRATIVE: Hole Behavior Observations Indicate Weakest FG is Below the Shoe Chart – Image | |
| D-03564 | TREX 32000.114 | DEMONSTRATIVE: Tubular Design Manual - Image | TREX 32000.114.1.US |
| TREX-01220 | | E-Mail - From: Robert Bodek Sent: Tue Apr 13 2010 8:44 AM – To: Michael Berne – Subject: RE: Macondo TD | TREX 01220.1.1.US TREX.01220.1.2.US |

1

Revised List

US re Alan Huffman                              admitted 4/3/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-01311 | | E-Mail - From: Brian P. Morel Sent: Tue Mar 23 12:04:27 2010 - To: Mark E. Hafle - Subject: RE: Open hole lot? / Email – From: Mark E. Hafle Sent: Tue, Mar 23, 2010 7:00 AM – To Brian P. Morel Subject: RE: Open hole lot? | TREX 01311.1.1.US |
| TREX-01335 | | BP - DAILY PPFG REPORT - Date and Time: Oct 28 2009 6:00 | TREX 01335.1.1.US |
| TREX-01337 | | BP - MC 252 #1 (Macondo): 18 1/8" x 22" hole-section review (18" CSG section) - Drilling Operations: 10/21/2009 - 10/28/2009 | TREX 01337.1.1.US<br>TREX 01337.9.1.US<br>TREX 01337.10.1.US<br>TREX 01337.11.1.US |
| TREX-01343 | | E-Mail - From: Martin L. Albertin Sent: Fri Apr 02 16:34:40 2010 - To: Multiple - Subject: RE: Macondo 9-78 LOT FIT Worksheet.xls | TREX 01343.1.1.US |

Revised List

US re Alan Huffman                    admitted 4/3/2013 SJC

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-01967 | | BP - DAILY PPFG REPORT Date: Apr 5, 2010 | TREX 01967.1.1.US |
| TREX-02654 | | DAILY PPFG REPORT Date: Mar 23, 2009 [sic] | TREX 02654.1.1.US |
| TREX-03727 | | E-Mail - From: Douglas Scherie D Sent: Sun Oct 25 23:11:35 2009 To: 'lcarter146@cox.net' Subject: Re: MC 252 #001 - MW change request | TREX 03727.1.1.US |
| TREX-03732 | | E-Mail - From: Brett W Cocales Sent: Sun Mar 14 13:50:01 2010 To: Brian P Morel; Mark E Hafle Subject: FIT or LOT for Bypass | TREX 03732.1.1.US |
| TREX-03733 | | E-Mail - From: Martin L. Albertin Sent: Tue Mar 23, 2010 5:21 PM – To: Randall Sant; Mark W Alberty – Subject: FW: LOT Data from the Cement unit | TREX 03733.1.1.US<br>TREX 03733.2.1.US |

3

Revised List

US re Alan Huffman                               admitted 4/3/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-03734 | | E-Mail - From: Brian P Morel Sent: Sat Apr 03 14:56:42 2010 To: Tim A Burns Subject: Re: Question / E-Mail – From: Brian P Morel Sent : Sat Apr 03, 2010 9:52 AM To: Tim A Burns Subject: Re: Question | TREX 03734.1.1.US |
| TREX-03995 | | John LeBleu's Mud Loss Summary May 4, 2010 | TREX 03995.1.1.US<br>TREX 03995.3.1.US<br>TREX 03995.4.1.US<br>TREX 03995.5.1.US |
| TREX-04021 | | Form MMS 123A/123S - Electronic Version Application for Permit to Drill a New Well Area/Block MC 252 Date of Request: 05/13/2009 | TREX 04021.1.1.US |
| TREX-04022 | | Westlaw 30 C.F.R. § 250.427 Effective: August 14 2006 | TREX 04022.1.1.US<br>TREX 04022.1.2.US<br>TREX 04022.1.3.US |

US re Alan Huffman — Revised List — admitted 4/3/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-04047 | | Form MMS 123A/123S - Electronic Version Application for Revised Bypass Area/Block MC 252 Date of Request: 03/26/2010 | TREX 04047.1.1.US<br>TREX 04047.13.1.US<br>TREX 04047.13.2.US |
| TREX-04533 | | E-Mail - From: Mark W Alberty Sent: Thu Sep 23 14:24:41 2010 To: Kurt Mix; Jonathan M Bellow Subject: RE: MC252 #1 | TREX 04533.1.1.US<br>TREX 04533.26.1.US<br>TREX 04533.28.1.US<br>TREX 04533.30.1.US<br>TREX 04533.31.1.US<br>TREX 04533.49.1.US |
| TREX-04535 | | E-Mail - From: Brian P Morel Sent: Wed Apr 28 14:26:30 2010 To: Multiple Recipients Subject: Lessons Learned | TREX 04535.1.1.US<br>TREX 04535.4.1.US |
| TREX-04538 | | BP Drilling & Completions MOC Initiate Date Initiated: 4/16/2010 Initiator: Mueller Eric T Stage: Approve Status: Unapproved | TREX 04538.1.1.US |
| TREX-04776 | | BP Macondo MC 252 #1 Daily Geological Report Date: Apr 01 2010 | TREX 04776.1.1.US |

*US re Alan Huffman — Revised List — admitted 4/3/2013 SK*

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-05837 | | Westlaw. 30 CFR § 250.428 Effective: August 14 2006 | TREX 05837.1.1.US |
| TREX-06217 | | Code of Federal Regulations Title 30 Volume 2 [Revised as of July 1 2010] Sec. 250.401 What must I do to keep wells under control? | TREX 06217.1.1.US |
| TREX-07411 | | EXPERT REPORT OF CHUCK SCHOENNAGEL L.L.C. MMS Regulatory Regime Dated: October 17 2011 | TREX 07411.1.1.US<br>TREX 07411.24.1.US |
| TREX-08186 | | BP - Daily PPFG Report Dated: Apr 4, 2010 | TREX 08186.1.1.US |
| TREX-32019 | | Macondo daily recorded operations data sheet | TREX 32019.1.1.US |

\* These callouts are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF JESSE GAGLIANO (4/2/2013)

Transocean offers the following documents it used during its April 2, 2013 cross-examination of Mr. Jesse Gagliano into evidence:

*admitted 4/3/2013 SK*

**Trial Exhibits:**
- TREX 287
- TREX 287.1.1 TO (Callout)
- TREX 287.1.2 TO (Callout)
- TREX 717
- TREX 717.1.1 TO (Callout)
- TREX 717.3.1 TO (Callout)
- TREX 745.15.1 TO (Callout)
- TREX 752
- TREX 752.1 TO (Callout)
- TREX 808
- TREX 808.2.1.TO (Callout)
- TREX 809
- TREX 809.2.1.TO (Callout)
- TREX 984
- TREX 984.2.1 TO (Callout)
- TREX 984.5.1 TO (Callout)
- TREX 984.6.2 TO (Callout)
- TREX 2133.92.1.TO (Callout)
- TREX 2133.283.1 TO (Callout)
- TREX 2580
- TREX 2580.1.1 TO (Callout)
- TREX 4350
- TREX 4350.1.1 TO (Callout)
- TREX 7481.1.1 TO (Callout)
- TREX 7481.160.1 TO (Callout)

**Demonstratives:**
- D6656
- D6900