MDL 10-2179 J(1)   **MDL 2179 HESI TRIAL**

📁 **Gisclair, John J. (Vol. 01) - 03/14/2011**                    **1 CLIP  (RUNNING 00:07:38.491)**

 3-25-13

**GISCLAIR J V1**                    **7 SEGMENTS  (RUNNING 00:07:38.491)**



**1. PAGE 16:17 TO 16:24  (RUNNING 00:00:13.990)**

```
17        Q.      Mr. Gisclair, could you briefly
18   just describe your educational background
19   after high school?
20        A.      I have a bachelor's degree from
21   the University of Louisiana at Lafayette.
22        Q.      And in what area of study was
23   your bachelor's degree?
24        A.      General studies.
```

**2. PAGE 59:06 TO 61:06  (RUNNING 00:02:18.881)**

```
06        Q.      Thank you, sir.  I've marked as
07   Exhibit 602 which is Tab 8 in your binder an
08   excerpt of the DEEPWATER HORIZON accident
09   investigation report prepared by BP which is
10   Appendix S.  Do you see that?
11        A.      Yes.
12        Q.      And you've seen Appendix S
13   before; is that correct?
14        A.      Yes.
15        Q.      Appendix S, generally speaking,
16   sets forth some analysis for a 39-barrel gain
17   between the time period of 2052 and 2108 or
18   8:52 and 9:08; correct?
19        A.      Correct.
20        Q.      You've reviewed these
21   calculations; correct?
22        A.      Yes, I have.
23        Q.      Mr. Gisclair, my question is:
24   Do you disagree with the analysis that's set
25   forth here in Appendix S?
00060:01        A.      Yes, I do.
02        Q.      And can you tell me the basis
03   that you have for disputing or disagreeing
04   with these calculations?
05        A.      The data doesn't corroborate
06   this analysis.
07        Q.      Okay.  In what respect is it
08   your opinion that the data does not
09   corroborate this analysis, Mr. Gisclair?
10        A.      The pit volume gain does not
11   match the combined trip tank transfer plus
12   this 39-barrel gain claimed by the report.
13        Q.      Your -- from your analysis,
14   you've calculated a pit volume gain amount?
15        A.      Yes.
16        Q.      Okay.  And in what respect does
17   it not match the analysis set forth here,
18   i.e., is it too high or too low?
19        A.      The analysis here is too high.
20   The gain is too high.  The trip tank -- the
21   gain based on the trip tank -- let me back
22   up.  The trip tank was roughly 42 barrels.
23        Q.      Yes.
24        A.      And if you drain that into the
```



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR   3 2013

LORETTA G. WHYTE
CLERK

excerpt played
in court on 4/3/13
SK

## MDL 2179 HESI TRIAL

```
        25  pits with no other outside influences, you
00061:01  would expect to gain about 42 barrels in the
        02  pit tank, in the main -- in the active pits.
        03  Over this time period, the pit volume gain in
        04  the active pits, which was pit No. 6 at the
        05  time, very closely matched that 42 barrels
        06  that came from the trip tank.
```

**3. PAGE 65:06 TO 65:15  (RUNNING 00:00:17.810)**

```
        06         Q.     Have you looked at the flow-in
        07  and compared it to the pit levels during this
        08  time period to see whether you can identify a
        09  gain between 8:52 and 9:08?
        10         A.     Yes.
        11         Q.     Okay.  And what was the result
        12  of your analysis?
        13         A.     I showed a gain in the pit level
        14  that matched the volume that was emptied from
        15  the trip tank.
```

**4. PAGE 323:15 TO 323:18  (RUNNING 00:00:06.900)**

```
        15         Q.     Okay.  What about drill pipe
        16  pressure, you mentioned that as well for a
        17  kick indicator?
        18         A.     Yes, sir.
```

**5. PAGE 324:07 TO 324:12  (RUNNING 00:00:18.880)**

```
        07            If you're displacing the riser with
        08  seawater, what do you expect drill pipe
        09  pressure to do under normal circumstances?
        10         A.     Well, generally, whenever you're
        11  taking a hydrocarbon kick with gas, you would
        12  expect the stand pipe pressure to drop.
```

**6. PAGE 341:15 TO 343:20  (RUNNING 00:02:33.100)**

```
        15         Q.     So the fact that the -- are you
        16  testifying that the fact that the crew is
        17  pumping water from the sea chest, which is a
        18  nonmonitored pit, doesn't affect the Sperry
        19  data's ability to measure flow-in versus
        20  flow-out; is that right?
        21         A.     I'm not sure what you mean with
        22  the comparison between the flow-in versus
        23  flow-out.  It doesn't matter that they were
        24  pumping from the sea chest, the Sperry system
        25  can calculate the flow-in and the sensor can
00342:01  measure the flow-out.
        02         Q.     In fact, it was at 8:02 p.m.?
        03         A.     Yes, at 8:02, the flow-in
        04  calculation and flow-out measurement were
        05  functional.
        06         Q.     But because they were pumping
        07  from the sea chest, you couldn't measure
        08  volume; is that right?
        09         A.     Could not accurately measure the
        10  pit volume gain or loss.
        11         Q.     But could you have done a
        12  calculation because based on you know the
        13  volume being pushed through the pumps and
        14  compare that to the volume in the pits when
        15  the fluids were returning?
        16         A.     Not in realtime.  And not as
        17  long as they were pumping to pits 9 and 10
        18  and still dumping the sand trap at the same
```

```
      19  time.
      20        Q.      But they weren't dumping the
      21  sand trap just yet; were they?
      22        A.      Yes, they were.
      23        Q.      At 8:02?
      24        A.      Yes, the sand trap -- the
      25  dumping of the sand trap was something that
00343:01  had started hours before.
      02        Q.      So dumping the sand trap was a
      03  continuous operation that took several hours.
      04  Is that what you're saying?
      05        A.      If you look at the pit volume
      06  change, the red line, from the very top of
      07  the chart all the way down to 2010 when they
      08  started taking fluid from the hole, you will
      09  see that gradual increase where it veers off
      10  to the right, over the last 20, 25 minutes.
      11  That's an influence of their emptying the
      12  sand traps to pits 9 and 10.  Then at 2010
      13  you start to get the returns coming from out
      14  of the hole while they're displacing, which
      15  produces that sharp increase, all the way
      16  down to 2034 and then at 2034 they switched
      17  pits from -- switched the returns from pits 9
      18  and 10 into pit 7 and then you see this
      19  continuation of the increase in the pit
      20  volume due to the sand trap.
```

**7. PAGE 344:16 TO 346:01  (RUNNING 00:01:48.930)**

```
      16        Q.      So then if you look at 8:34,
      17  their returns were directed away from the
      18  active pits and into the reserve pits; is
      19  that right?
      20        A.      Well, the active pit designation
      21  is really a designation made by the -- made
      22  in the system by the mudlogging personnel on
      23  tour.  Like on the HORIZON, in a 20-pit
      24  system, you can designate any pit that you
      25  choose as the active.  But in restrictive
00345:01  definitions, the active pits are the pits to
      02  which you're returning your fluid and sucking
      03  fluid out.
      04        But in any case, yes, what's
      05  functioning as the active pits were pits 9
      06  and 10 and then at 2034 they switched pits to
      07  one of the other pits, it went into pit 7,
      08  which at the time was a reserve pit.
      09        Q.      Okay.  Would these activities
      10  make it more difficult for the mudlogger to
      11  be conducting the activities of monitoring
      12  the well?
      13        A.      Yes.
      14        Q.      But would it be possible to
      15  still calculate volume in and out of the pits
      16  even though you're dumping the trip tank and
      17  the sand traps, would it still be possible to
      18  calculate volume?
      19        A.      Not in realtime.  You would have
      20  to wait until the fluid transfers were
      21  finished and then go back and see what the
      22  pit volume was before a specific time frame
      23  started and what the pit volume was after and
      24  find out how much you gained or lost and
      25  compare that how much you gained or lost
00346:01  through other means.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:38.491)**

**CONFIDENTIAL**