MDL 10-2179 J(1) **MDL 2179 HESI TRIAL**

📁 **Kronenberger, Kurt A. (Vol. 01) - 08/02/2011**          1 CLIP  (RUNNING 00:04:58.987)

 3-25-13

**KRONENBERGER K V**          **3 SEGMENTS  (RUNNING 00:04:58.987)**

**1. PAGE 8:18 TO 8:23  (RUNNING 00:00:12.920)**

```
18      Q.  Good morning.  I'm Mike Palmintier.  And
19   would you state your full name and your business
20   address for the record.
21      A.  Sure.  It's Kurt Adam Kronenberger.
22   Business address is 3950 Interwood South Parkway,
23   Houston, Texas.
```

**2. PAGE 79:02 TO 81:05  (RUNNING 00:02:53.540)**

```
02      Q.  As we sit here today, you haven't looked
03   at data and arrived at a conclusion or an
04   opinion, have you?
05      A.  I have looked at roughly two hours' worth
06   of data in a -- a realtime chart, and that's the
07   extent of it.
08      Q.  Okay.  Did you review the realtime chart
09   that was produced -- a model chart that was
10   produced by John Gisclair?
11      A.  I don't know the source.
12      Q.  Was this a -- an actual charting of
13   the -- of the monitoring on -- on paper, a hard
14   copy, or were you looking at computer?
15      A.  Both.  At different times.
16      Q.  Were you with Counsel when you were
17   looking at these documents, or you with -- were
18   you with someone other than Counsel?
19      A.  Both.  What -- I first saw it more than a
20   year ago, digitally, not with Counsel.  And here
21   recently, I -- I saw it with Counsel on paper.
22      Q.  When you were not with Counsel, when you
23   were looking at it digitally, did you form any
24   conclusions about the materials that you were
25   looking at, of the data that you were looking at?
00080:01   A.  Not that I was comfortable with.  I
02   formed opinions.
03      Q.  Yes, sir.
04      A.  But I -- I think "conclusions" might be a
05   little bit too concrete a word to describe my
06   opinions.
07      Q.  Fair enough.  And these, I guess you
08   would say, concepts that you formed while looking
09   at this data, would be speculative on your part,
10   correct?
11      A.  Yes.
12      Q.  Nonetheless, would you give us your best
13   recollection of the impressions that you got when
14   you were looking at this data?
15          MR. HARTLEY:  The electronic data a
16   year ago?
17          MR. PALMINTIER:  Yes, a year ago.
18   Thank you.
19          MR. HARTLEY:  (Nodding.)
20      A.  I -- my first impression was that it was
21   busy.  There was a lot of movement of fluids.  It
22   was a difficult set of data to look at, and,
```



```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR  3 2013
                      SC
LORETTA G. WHYTE
     CLERK
```

Excerpt played
in court on
4/3/13
      SC



```
        23  really, I've -- I was empathizing with people who
        24  would have to look at it and interpret it,
        25  because it was confusing.
00081:01          It -- it really only gives you part of
        02  the picture, because you don't have the -- the
        03  benefit of dialogue that's going on at the same
        04  time.  So it really generated as many questions
        05  as it did answers, to me.
```

**3. PAGE 224:08 TO 225:14  (RUNNING 00:01:52.527)**

```
        08      Q.  (By Mr. Goforth) What was Joseph Keith
        09  known for as a Mud Logger?
        10      A.  Hard to narrow that down to --
        11      Q.  Well, give it a try.
        12      A.  You mean, just to describe --
        13      Q.  Yeah.  I mean, what particular talents
        14  do -- do you think that he had, or -- or -- or
        15  what -- did he have any -- any -- anything going
        16  around the company about his talents or his
        17  abilities or anything of that sort?
        18      A.  I would say he's generally thought of as
        19  being particularly skilled at well monitoring.
        20      Q.  That's good enough.
        21          Would you agree -- going back to the
        22  question of the visual check that -- that Joseph
        23  made sometime 9:10 to 9:12, 9:08, something like
        24  that, would you agree that a visual check is the
        25  best method for checking to see if a well is
00225:01  flowing?
        02      A.  I would agree that that would be my first
        03  check.
        04      Q.  So Joseph did -- did the right thing when
        05  he looked at the camera to check to see if -- if
        06  he could see any flow and he could not.  He made
        07  the right decision there, correct?
        08      A.  I agree.
        09      Q.  So at the time of the sheen test, which
        10  was this period of time, when Joseph Keith made
        11  the visual check, you would agree with him that
        12  there was no flow?
        13          MR. BROADHEAD:  Object, form.
        14      A.  Based on the flow line, yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:58.987)**