# RILEY ✦ JACKSON
## ATTORNEYS

ROBERT R. RILEY, JR.
*KEITH JACKSON
*NOLAN E. AWBREY
KALLIE C. LUNSFORD
JAMES E. MURRILL, JR.
**JEREMIAH M. MOSLEY

*ALSO LICENSED TO PRACTICE IN GA
**ALSO LICENSED TO PRACTICE IN FL

OF COUNSEL:
FRANCOIS M. BLAUDEAU, MD, FCLM

FILED mmf
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUIS-

2013 APR -2 PM 3:18

LORETTA G. WHYTE
CLERK

March 21, 2013

*Via Certified Mail – Return Receipt Requested*
*7012 2210 0000 1082 0936*

BP p.l.c.
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938
*Through the Louisiana Long Arm Statute,*
*LSA - R.S. 13:3201,*
*pursuant to Section 3204 of Title 13.*

    RE:    In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL 2179
            USDC, Civil Action No.: 2:13-cv-00471 "J"(1)

Dear Sir/Madame:

    Enclosed herewith please find a Summons and Complaint in the above described civil action, which is hereby served on BP p.l.c. Response to the Complaint will be expected within the time permitted by the Court.

    If you have any questions, please feel free to contact me.

                                Very truly yours,
                                **RILEY & JACKSON, P.C.**

                                Kallie C. Lunsford

KCL/mmf
Enclosures

___Fee___
___Process___
_X_Dktd___
___CtRmDep___
___Doc. No.___

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana ▼

D&H PROPERTIES, LLC )
)
*Plaintiff* )
)
v. ) Civil Action No. 2:13-cv-00471 "J"(1)
BP EXPLORATION & PRODUCTION, INC. ET AL ) In Re: Oil Spill by the Oil Rig
) "Deepwater Horizon" in the
*Defendant* ) Gulf of Mexico, on April 20, 2010
MDL 2179

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BP p.l.c.
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938
Through the Louisiana Long Arm Statute, LSA – R.S. 13:3201,
pursuant to Section 3204 of Title 13.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert R. Riley, Jr
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, Alabama 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901
rob@rileyjacksonlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: Mar 14 2013

*Deputy clerk's signature*



CERTIFIED MAIL

7012 2210 0000 1082 0936

Loretta G. Whyte
USDC Clerk of Court
500 Poydras Street, Room C151
New Orleans, LA 70130



BP p.l.c.
North American Headquarters
28101 Research Parkway
Warrenville, IL 60555-3948

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD



02 1P
0004416159  $ 008.97⁰
MAILED FROM ZIP CODE 35209
MAR 21 2013
PITNEY BOWES

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BP p.l.c.
   North American Headquarters
   28100 Torch Parkway
   Warrenville, IL 60555-3938

   *Through the Louisiana Long Arm Statute,
   LSA - R.S. 13:3201,
   pursuant to Section 3204 of Title 13.*

2. Article Number
   *(Transfer from service label)*

   7012 2210 0000 1082 0936

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                        ☐ Agent
                                            ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

Quality Park Item #41815
Treated with an antimicrobial agent to protect the envelope from
the growth of bacteria, mold, mildew, fungus and odors
*Licensed by Silverco*