IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to No. 12-970. | * * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 8(a)(1) FOR A STAY AND INJUNCTION PENDING APPEAL FROM THIS COURT'S MARCH 5, 2013 ORDER ON REVIEW OF ISSUE FROM PANEL, REC. DOC. 8812**

**NOW INTO COURT**, through undersigned counsel, come BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c., who move this Court for a Stay and Injunction Pending Appeal from this Court's March 5, 2013, Order on Review of Issue from Panel, Rec. Doc. 8812, for the reasons more fully set forth in the attached memorandum and in BP's Memorandum in Support of Emergency Motion for a Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims Based on Fictitious Losses, Rec. Doc. 8964 through Rec. Doc. 8964-44, incorporated herein by reference.

April 4, 2013                                              Respectfully submitted,

                                                     */s/ Richard C. Godfrey, P.C.*

| | |
|---|---|
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Wendy L. Bloom |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX 77079 | R. Chris Heck |
| Telephone: (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax: (312) 862-2200 | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| Theodore B. Olson | Telephone: (312) 862-2000 |
| Miguel A. Estrada | Telefax: (312) 862-2200 |
| Thomas G. Hungar | |
| GIBSON, DUNN & CRUTCHER LLP | Jeffrey Bossert Clark |
| 1050 Connecticut Avenue, N.W. | Steven A. Myers |
| Washington, DC 20036 | KIRKLAND & ELLIS LLP |
| Telephone: (202) 955-8500 | 655 Fifteenth Street, N.W. |
| Telefax: (202) 467-0539 | Washington, D.C. 20005 |
| | Telephone: (202) 879-5000 |
| Daniel A. Cantor | Telefax: (202) 879-5200 |
| Andrew T. Karron | |
| ARNOLD & PORTER LLP | */s/ S. Gene Fendler* |
| 555 Twelfth Street, NW | S. Gene Fendler (Bar #05510) |
| Washington, DC 20004 | Don K. Haycraft (Bar #14361) |
| Telephone: (202) 942-5000 | R. Keith Jarrett (Bar #16984) |
| Telefax: (202) 942-5999 | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| Jeffrey Lennard | New Orleans, Louisiana 70139 |
| Keith Moskowitz | Telephone: (504) 581-7979 |
| SNR DENTON | Telefax: (504) 556-4108 |
| 233 South Wacker Drive | |
| Suite 7800 | Robert C. "Mike" Brock |
| Chicago, IL 60606 | COVINGTON & BURLING LLP |
| Telephone: (312) 876-8000 | 1201 Pennsylvania Avenue, NW |
| Telefax: (312) 876-7934 | Washington, DC 20004 |
| | Telephone: (202) 662-5985 |
| ***OF COUNSEL*** | Telefax: (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of April, 2013.

                                                    /s/ S. Gene Fendler
                                                    S. Gene Fendler