**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| | * | |
| This document relates to No. 12-970. | * * | |
| | * | **HONORABLE CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * * * * | |

**[PROPOSED] ORDER**

Upon consideration of the motion of BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c. (collectively, "BP"), pursuant to Federal Rule of Appellate Procedure 8(a)(1), for a Stay and Injunction Pending Appeal from this Court's March 5, 2013, Order, it is HEREBY ORDERED that BP's motion is GRANTED as follows, pending the outcome of BP's appeal to the United States Court of Appeals for the Fifth Circuit:

1.        This Court's March 5, 2013 Order entitled "Review of Issue from Panel (Matching of Revenue and Expenses)" is hereby STAYED pending outcome of appeal.

2.        The Claims Administrator and Settlement Program are ENJOINED pending outcome of appeal from implementing the Claims Administrator's January 15, 2013 Policy Decisions regarding business economic loss claims (the "BEL Policy Decisions").

3.        The Claims Administrator and Settlement Program are ENJOINED pending outcome of appeal from issuing or paying to claimants any determinations for business economic loss claims under the Economic and Property Damages Settlement Agreement ("Settlement Agreement") where the amount of the determination depends, in whole or in part, on the BEL Policy Decisions.

**[As an alternative to Paragraphs 2 and 3:]**

2.      The Claims Administrator and Settlement Program are ENJOINED pending outcome of appeal from issuing or paying to claimants in the agriculture, construction, professional services, real estate, wholesale trade, manufacturing, and retail trade industries any determinations for business economic loss claims under the Economic and Property Damages Settlement Agreement ("Settlement Agreement").  The North American Industry Classification System ("NAICS") codes for these specified industries are all codes starting with 11 (except 114111, 114112, 114119, and 114210), 23, 31 (except 311711 and 311712), 32, 33, 42 (except 424460), 44, 45, 53, or 54.

IT IS SO ORDERED.


New Orleans, Louisiana, this _____ day of April, 2013.


_____
UNITED STATES DISTRICT JUDGE