UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| This Document Relates to: No. 13-492 | * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY, *Plaintiffs* | * * * * | CIVIL ACTION NO. 13-0492 SECTION J |
| versus | * * | HONORABLE CARL J. BARBIER |
| DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; and PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the *Deepwater Horizon* Economic and Property Damages Settlement Trust, *Defendants* | * * * * * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

## **MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

Defendants Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust, through undersigned counsel, respectfully move the Court for leave to file the attached reply memorandum in further support

1

of their motion to dismiss (Rec. Doc. 9066).  The proposed reply memorandum responds directly to the arguments raised in the opposition memorandum filed by BP, and Defendants submit that the reply memorandum will assist the Court in resolving their motion.

WHEREFORE, the Defendants move the Court to grant this motion and allow them to file the attached reply memorandum into the record.

Respectfully submitted,

/s/ Jennifer L. Thornton
Richard C. Stanley, 8487
Jennifer L. Thornton, 27019
Gina M. Palermo, 33307
Patrick H. Fourroux, 34550
    Of
STANLEY, REUTER, ROSS,
 THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:   (504) 523-1580
Facsimile:    (504) 524-0069

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2013, I electronically filed the foregoing Motion for Leave with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

           */s/ Jennifer L. Thornton*