UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION J |
| This Document Relates to: No. 13-492 | * * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

_____

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY,  *Plaintiffs* | * * * * | CIVIL ACTION NO. 13-0492  SECTION J |
| versus | * * | HONORABLE CARL J. BARBIER |
| DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; and PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the *Deepwater Horizon* Economic and Property Damages Settlement Trust,  *Defendants* | * * * * * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

_____

# **ORDER**

The Court, having considered the foregoing Motion for Leave to File Reply Memorandum, filed by Defendants Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the

1

Deepwater Horizon Economic and Property Damages Settlement Trust, hereby **GRANTS** the motion.

  **IT IS HEREBY ORDERED** that the Defendants' Reply Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) be filed in the record of this matter.

  New Orleans, Louisiana, this _____ day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE