UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J (1) |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:10-CV-02771; 2:10-CV-08888 (Rec. Doc. 65639) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

_____ /

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual attorneys.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual Attorneys be and the same is hereby GRANTED.

2. All correspondence and pleadings for the Plaintiff shall be mailed to: Stacy B. Ridge, 340 Myrtle Grove Rd., Port Sulphur, LA 70083, Tel: (504) 458-3756

DONE AND ORDERED in chambers, at New Orleans, Louisiana on this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE