## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater                          MDL No. 2179
Horizon" in the Gulf of Mexico, on
April 20, 2010                                                      Section:  J (1)

THIS DOCUMENT RELATES:

Case No.: 2:10-CV-02771; 2:10-CV-08888                             JUDGE BARBIER
(Rec. Doc. 70854)                                                  MAG. JUDGE SHUSHAN

_____ /


### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual attorneys.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual Attorneys be and the same is hereby GRANTED.

2. All correspondence and pleadings for the Plaintiff shall be mailed to: Melvin A. Hakes, II, 4231 Hwy 43 North, Picayune, MS 39466, Tel: (601) 569-2374.

DONE AND ORDERED in chambers, at New Orleans, Louisiana on this _____ day of _____, 2013.


_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE