UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>2:12-cv-01483 | | |

## ATTACHMENT "A"

| | Plaintiff | Present Address | Telephone Number |
|---|---|---|---|
| 1. | Bethany Mullin | 5715 Green Island Drive<br>Columbus, GA 31904 | 706-571-3151 |
| 2. | Philip Meeks | 215 Londonberry Road, NW<br>Atlanta, GA 30327 | 404-503-4541 |