UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: | |
| 2:10-CV-08888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 12, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle

Signed this _____ day of _____, 2013

_____
JUDGE

1

# EXHIBIT "A"

| CLAIMANT | DATE FILED | SHORT FORM |
|---|---|---|
| Toren's Painting LLC | 03/22/13 | 125290 |
| Insurance Protection Services, LLC | 03/22/13 | 125244 |
| St. Peters Street Bar, Inc. | 03/22/13 | 125225 |
| Central Monitoring Inc. | 03/22/13 | 125138 |
| Toulouse Street Bar | 03/22/13 | 125183 |
| Gainey & Son, Excavation, LLC | 03/22/13 | 125117 |
| On The Town, Inc. | 03/25/13 | 126000 |
| Royal St. Charles, LLC | 03/25/13 | 126030 |
| Meeks Seafood, LLC | 03/25/13 | 126072 |
| Allied Shipyard, Inc. | 03/25/13 | 126113 |
| JDMS Enterprises, LLC | 03/25/13 | 126154 |
| RR & N d/b/a Triple Play | 03/25/13 | 126173 |
| Sanders, Linn | 03/25/13 | 126245 |
| Dinh, Christine | 03/25/13 | 126247 |
| Nail Fetish | 03/25/13 | 126249 |
| Sal's 90 West, LLC | 03/25/13 | 126280 |
| Chassin Tails Service | 03/25/13 | 126281 |
| Bungalows, Inc. | 03/27/13 | 126778 |
| New Orleans Lager & Ale Brewing Co., LLC | 03/28/13 | 126837 |
| Tony Mai, Inc. | 03/28/13 | 126849 |
| Frederic, John | 04/01/13 | 127188 |
| Tripi, John | 04/01/13 | 127250 |
| Lanner, James | 03/20/13 | 124461 |
| Flora Savage | 04/01/13 | 127330 |
| RCI Entertainment, (Louisiana) Inc. | 04/01/13 | 127430 |

| | | |
|---|---|---|
| RS 522 Entertainment, LLC | 04/01/13 | 127394 |
| Danco Truck & Dozer Svs., LLC | 04/01/13 | 127455 |
| Flory, Robert | 04/05/13 | 128277 |
| Faul, Tammie | 04/03/13 | 128045 |
| Hebert, Thomas | 04/03/13 | 128100 |
| Bourg, Charles | 04/03/13 | 128101 |
| Vadell, Thomas | 04/03/13 | 128106 |
| Royal Washateria | 04/05/13 | 128109 |
| Weaver, Jacob | 04/04/13 | 128269 |
| Badeaux, Brian | 04/04/13 | 128270 |
| Mr. Mudbug, Inc. | 04/05/13 | 128276 |
| Huynh, Tien Hoa | 03/27/13 | 126749 |
| Mike The Bike Guy, LLC | 03/27/13 | 126756 |
| Lee Collision Center, LLC | 03/27/13 | 126762 |
| Nguyen, Tien | 03/27/13 | 126763 |
| Yeungzheng, LLC d/b/a Sake Café II | 03/27/13 | 126765 |
| Rising Star Enterprises, LLC d/b/a Sake I | 03/27/13 | 126773 |
| Vincent, Vu | 03/27/13 | 126748 |