UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179 Section: J Judge Barbier Magistrate Shushan | |
| This Document Relates to: 2:12-cv-01484 | | |

ATTACHMENT "A"

| | Plaintiff | Present Address | Telephone Number |
|---|---|---|---|
| 1. | Doug White | 3636 Valley Vista Road<br>Nashville, TN 37205 | 615-269-6606 |
| 2. | Alon Mor | Post Office Box 9869<br>Panama City Beach, FL 32417 | 727-423-8284 cell<br>954-926-6666 wk |
| 3. | Banner Tire Key West, Inc. | C/O Arcadio D. Rodriguez, Jr.<br>2312 North Roosevelt Boulevard<br>Key West, FL 33040 | 305-296-6528 wk |
| 4. | Rob Davidson | 1815 Satellite Boulevard, #502<br>Duluth, GA 30097 | 404-229-5006 |
| 5. | Northwest Florida Surgery Center, Inc. | C/O Ron Samuelian<br>767 Airport Road<br>Panama City, FL 32405 | 850-866-6961 cell<br>850-747-0400 hm |
| 6. | Shoreline Installations, Inc. | C/O Gerald Armstrong<br>2319 Oakwood Street<br>Panama City, FL 32408 | 850-832-6546 cell<br>850-234-7662 hm |