Minute Entry
Barbier, J.
April 4, 2013
JS 10:  3 hr. 23 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG                    MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                     SECTION J (1)

                                                                 JUDGE BARBIER
                                                                 MAG. JUDGE SHUSHAN
------------------------------------------------------------------------------------------------------------
IN RE: THE COMPLAINT AND PETITION          C.A. 10-2771   J (1)
OF TRITON ASSET LEASING GmbH, ET AL
------------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA                        C.A. 10-4536    J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                                       COURT REPORTER:
STEPHANIE KALL                                        JODI SIMCOX

NON-JURY TRIAL
(Day twenty-two)

THURSDAY, APRIL 4, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Halliburton offers flash drive of deposition excerpts of John Gisclair and Kurt Kronenberger played in court on 4/3/13: ORDERED admitted.

BP addresses the Court regarding additional discovery requested from Halliburton as to its motion for sanctions against Halliburton.

Late yesterday, the Court ordered that Halliburton comply with the last paragraph (read in open court) of this request from BP's counsel, Mr. Langan, by 12:00 noon today.

BP requests to use a portion of this newly produced documentation in cross-examination of Gene Beck, Trex 48285: ORDERED granted.

Witness: Frederick (Gene) Beck; previously sworn and testified. (Expert)

Halliburton conditionally rests subject to reasons orally stated on record.

In light of Cameron's dismissal in this case, Transocean requests that Cameron's objections to deposition bundles of Gary Kenney and Neil Thompson be denied as moot: SO ORDERED, subject to the objections by the US regarding reports, opinions and analyses by DNV.

Court recesses at 11:54 a.m.

Court will resume on Monday, April 8, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft