UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater          MDL No. 2179
Horizon" in the Gulf of Mexico, on
April 20, 2010                                        Section:  J (1)

THIS DOCUMENT RELATES:

Case No.: 2:10-CV-02771; 2:10-CV-08888              JUDGE BARBIER
(Rec. Doc. 119138)                                   MAG. JUDGE SHUSHAN

_____ /

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel filed on behalf of

Cossich, Sumich, Parsiola & Taylor, LLC and its individual attorneys.

The Court having read and considered argument of counsel and being otherwise fully apprised in

the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.  That the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich,

    Parsiola & Taylor, LLC and its individual Attorneys be and the same is hereby

    GRANTED.

2.  All correspondence and pleadings for the Plaintiff shall be mailed to: Jason Liner,

    Sr., 2887 Bayou Dularge Road, Theriot, LA 70397, Tel: (985) 709-7060

DONE AND ORDERED in chambers, at New Orleans, Louisiana on this _____ day of

_____, 2013.

                                        _____
                                        HONORABLE CARL J. BARBIER
                                        UNITED STATES DISTRICT JUDGE