IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  *  *  * | MDL NO. 2179  SECTION J |
| This document relates to No. 12-970. | *  *  *  *  *  *  *  * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., defendants (collectively "BP") in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's April 5, 2013, denial on the record in open court of BP's motion for a preliminary injunction enjoining the payment of all Business Economic Loss claims under the Economic and Property Damages Settlement Agreement As Amended On May 2, 2012 or, in the alternative, enjoining awards and payments to BEL claimants in the agriculture, construction, professional services, real estate, manufacturing, wholesale trade, and retail trade industries, pending final judicial establishment of the correct interpretation of the Settlement Agreement, *see* Rec. Doc. 8964.

This appeal was timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days after the District Court's denial of BP's motion.  The Court of Appeals thus has jurisdiction under 28 U.S.C. § 1292(a)(1).

| | |
|---|---|
| April 5, 2013 | Respectfully submitted, |
| | |
| |   */s/ Richard C. Godfrey, P.C.* |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Wendy L. Bloom |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX  77079 | R. Chris Heck |
| Telephone:  (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 862-2200 | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| Theodore B. Olson | Telephone:  (312) 862-2000 |
| Miguel A. Estrada | Telefax:  (312) 862-2200 |
| Thomas G. Hungar | |
| GIBSON, DUNN & CRUTCHER LLP | Jeffrey Bossert Clark |
| 1050 Connecticut Avenue, N.W. | Steven A. Myers |
| Washington, DC  20036 | KIRKLAND & ELLIS LLP |
| Telephone:  (202) 955-8500 | 655 Fifteenth Street, N.W. |
| Telefax: (202) 467-0539 | Washington, D.C. 20005 |
| | Telephone:  (202) 879-5000 |
| George H. Brown | Telefax:  (202) 879-5200 |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1881 Page Mill Road |   */s/ S. Gene Fendler* |
| Palo Alto, CA 94304-1211 | S. Gene Fendler (Bar #05510) |
| Telephone: (650) 849-5300 | Don K. Haycraft (Bar #14361) |
| Telefax: (650) 849-5333 | R. Keith Jarrett (Bar #16984) |
| | LISKOW & LEWIS |
| Daniel A. Cantor | 701 Poydras Street, Suite 5000 |
| Andrew T. Karron | New Orleans, Louisiana 70139 |
| ARNOLD & PORTER LLP | Telephone:  (504) 581-7979 |
| 555 Twelfth Street, NW | Telefax:  (504) 556-4108 |
| Washington, DC 20004 | |
| Telephone:  (202) 942-5000 | Robert C. "Mike" Brock |
| Telefax:  (202) 942-5999 | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| Jeffrey Lennard | Washington, DC 20004 |
| Keith Moskowitz | Telephone:  (202) 662-5985 |
| SNR DENTON | Telefax:  (202) 662-6291 |
| 233 South Wacker Drive | |
| Suite 7800 | |
| Chicago, IL  60606 | |
| Telephone:  (312) 876-8000 | |
| Telefax:  (312) 876-7934 | |

*OF COUNSEL*

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.,  BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of April, 2013.

/s/ S. Gene Fendler
S. Gene Fendler