AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

D&H PROPERTIES, LLC )
)
*Plaintiff* )
)
v. ) Civil Action No. 2:13-cv-00471 "J"(1)
BP EXPLORATION & PRODUCTION, INC. ET AL ) In Re: Oil Spill by the Oil Rig
) "Deepwater Horizon" in the
*Defendant* ) Gulf of Mexico, on April 20, 2010
MDL 2179

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Halliburton Energy Services, Inc.
through its registered agent of process
C.T. Corporation System
5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, Alabama 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901
rob@rileyjacksonlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Mar 14 2013

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00471-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Halliburton Energy Services, Inc.

was received by me on *(date)*  03/14/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  C. McLaughlin , who is designated by law to accept service of process on behalf of *(name of organization)*  C.T. Corporation System  on *(date)*  03/25/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  04/05/2013

*Kallie Lunsford*
*Server's signature*

Kallie Lunsford
*Printed name and title*

Riley & Jackson, P.C.
3530 Independence Drive
Birmingham, AL 35209
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.32 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.97 |

Postmark Here

Sent To: Halliburton Energy Services, Inc.
through its registered agent of process
C.T. Corporation System
5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

7012 2210 0000 1082 0875

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Halliburton Energy Services, Inc.
   through its registered agent of process
   C.T. Corporation System
   5615 Corporate Blvd
   Suite 400B
   Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. McLaughlin
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7012 2210 0000 1082 0875

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540