IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to No. 13-492. | *<br>*   MDL No. 2179<br>*<br>*   SECTION J<br>*<br>*   Honorable CARL J. BARBIER<br>*<br>*   Magistrate Judge SHUSHAN<br>* |

## NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc. and BP America Production Company, plaintiffs (collectively "BP") in *BP Exploration & Production Inc. et al. v. Deepwater Horizon Court Supervised Settlement Program et al.*, No. 13-492, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's April 5, 2013, order entered on the record in open court (1) dismissing this lawsuit; and (2) denying BP's motion for a preliminary injunction enjoining the payment of all Business Economic Loss claims under the Economic and Property Damages Settlement Agreement As Amended On May 2, 2012 or, in the alternative, enjoining awards and payments to BEL claimants in the agriculture, construction, professional services, real estate, manufacturing, wholesale trade, and retail trade industries, pending final judicial establishment of the correct interpretation of the Settlement Agreement, *see* Rec. Doc. 8965.

This appeal was timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days after the District Court's denial of BP's motion and dismissal of this case.  The Court of Appeals thus has jurisdiction under 28 U.S.C. § 1291 and 28 U.S.C. § 1292(a)(1).

| | |
|---|---|
| April 5, 2013 | Respectfully submitted, |

| | |
|---|---|
| James J. Neath |   /s/ Richard C. Godfrey, P.C. |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | Andrew B. Bloomer, P.C. |
| Telephone:  (281) 366-2000 | R. Chris Heck |
| Telefax:  (312) 862-2200 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| Theodore B. Olson | Chicago, IL 60654 |
| Miguel A. Estrada | Telephone:  (312) 862-2000 |
| Thomas G. Hungar | Telefax:  (312) 862-2200 |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1050 Connecticut Avenue, N.W. | Jeffrey Bossert Clark |
| Washington, DC  20036 | Steven A. Myers |
| Telephone:  (202) 955-8500 | KIRKLAND & ELLIS LLP |
| Telefax: (202) 467-0539 | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| George H. Brown | Telephone:  (202) 879-5000 |
| GIBSON, DUNN & CRUTCHER LLP | Telefax:  (202) 879-5200 |
| 1881 Page Mill Road | |
| Palo Alto, CA 94304-1211 |   /s/ S. Gene Fendler |
| Telephone: (650) 849-5300 | S. Gene Fendler (Bar #05510) |
| Telefax:  (650) 849-5333 | Don K. Haycraft (Bar #14361) |
| | R. Keith Jarrett (Bar #16984) |
| Daniel A. Cantor | LISKOW & LEWIS |
| Andrew T. Karron | 701 Poydras Street, Suite 5000 |
| ARNOLD & PORTER LLP | New Orleans, Louisiana 70139 |
| 555 Twelfth Street, NW | Telephone:  (504) 581-7979 |
| Washington, DC 20004 | Telefax:  (504) 556-4108 |
| Telephone:  (202) 942-5000 | |
| Telefax:  (202) 942-5999 | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| Jeffrey Lennard | 1201 Pennsylvania Avenue, NW |
| Keith Moskowitz | Washington, DC 20004 |
| SNR DENTON | Telephone:  (202) 662-5985 |
| 233 South Wacker Drive | Telefax:  (202) 662-6291 |
| Suite 7800 | |
| Chicago, IL  60606 | |
| Telephone:  (312) 876-8000 | |
| Telefax:  (312) 876-7934 | |

*OF COUNSEL*

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of April, 2013.

/s/ S. Gene Fendler
S. Gene Fendler