AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

D&H PROPERTIES, LLC )
)
*Plaintiff* )
)
v. )   Civil Action No.  2:13-cv-00471 "J"(1)
BP EXPLORATION & PRODUCTION, INC. ET AL )   In Re: Oil Spill by the Oil Rig
)   "Deepwater Horizon" in the
*Defendant* )   Gulf of Mexico, on April 20, 2010
    MDL 2179

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Moex USA Corporation
c/o Moex USA Corporation
9 Greenway Plaza
Suite 1220
Houston, Texas 77046
Through the Louisiana Long Arm Statute, LSA – R.S. 13:3201,
pursuant to Section 3204 of Title 13.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, Alabama 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901
rob@rileyjacksonlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: Mar 14 2013

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00471-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Moex USA Corporation
was received by me on *(date)* 03/14/2013 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* illegible signature & name not printed, see attached , who is designated by law to accept service of process on behalf of *(name of organization)* Moex USA Corporation
on *(date)* 03/26/2013 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/05/2013

*Kallie Lunsford*
*Server's signature*

Kallie Lunsford
*Printed name and title*

Riley & Jackson, P.C.
3530 Independence Drive
Birmingham, AL 35209
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.32 |
| Certified Fee | 3.10 |
| Return Reciept Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.97 |

Postmark Here

Sent To: Moex USA Corporation
c/o Moex USA Corporation
Street, Apt. N or PO Box N: 9 Greenway Plaza
Suite 1220
City, State, Z: Houston, Texas 77046
Through the Louisiana Long Arm Statute,
LSA - R.S. 13:3201,
pursuant to Section 3204 of Title 13.

PS Form 3800

7002 2410 0003 6163 1343

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Moex USA Corporation
   c/o Moex USA Corporation
   9 Greenway Plaza
   Suite 1220
   Houston, Texas 77046
   *Through the Louisiana Long Arm Statute,*
   *LSA - R.S. 13:3201,*
   *pursuant to Section 3204 of Title 13.*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2410 0003 6163 1343

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540