UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW

NOW INTO COURT, through undersigned counsel, comes Lynden, Inc. to move this Court to enter an Order, removing Gregory S. LaCour, formerly with the law firm of Christovich & Kearney, LLP, as counsel of record for Lynden, Inc., with Kevin R. Tully and H. Carter Marshall and the law firm of Christovich & Kearney, LLP, remaining as counsel of record for Lynden, Inc.

WHEREFORE, Lynden, Inc. moves this Court to enter an order, withdrawing Gregory S. LaCour as counsel of record for Lynden Inc., in the above-captioned matter with Kevin R. Tully and H. Carter Marshall and the law firm of Christovich & Kearney, LLP remaining as counsel of record for Lynden, Inc.

Respectfully submitted,

s/*Kevin R. Tully*

**KEVIN R. TULLY - BAR #1627**
krtully@christovich.com
**H. CARTER MARSHALL - BAR #28136**
hcmarshall@christovich.com
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for Lynden, Inc.

## C E R T I F I C A T E

I hereby certify that the above and foregoing Motion to Withdraw has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on the 5th day of April 2012.

s/*Kevin R. Tully*
**KEVIN R. TULLY**
**H. CARTER MARSHALL**

2