**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:   OIL SPILL by the OIL RIG
          "DEEPWATER HORIZON" in the
          GULF OF MEXICO, on
          APRIL 20, 2010

THIS DOCUMENT RELATES TO:

*ALL CASES IN PLEADING BUNDLE*
*SECTION III.B(3)*

. . . . . . . . . . . . . . . . . . . . . . .

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

. . . . . . . . . . . . . . . . .

**<u>ORDER</u>**

Considering the foregoing Motion to Withdraw;

IT IS ORDERED, ADJUDGED AND DECREED that Gregory S. LaCour, formerly of the law firm of Christovich & Kearney, LLP, be removed as counsel of record for Lynden, Inc., in the above-captioned matter, with Kevin R. Tully and H. Carter Marshall and the law firm of Christovich & Kearney, LLP remaining as counsel of record for Lynden, Inc.

Thus Ordered and Signed this _____ day of April 2013 at New Orleans, Louisiana.

_____
J U D G E