| Client Name | Client Company | dba | EIN | Short Form Joinder No. in 10-9999 |
|---|---|---|---|---|
| Robert Pinkerton | City of South Padre Island, TX | N/A | 741756442 | 239 |
| William Daniel | The City of Baton Rouge | N/A | N/A | 238 |