Minute Entry
Barbier, J.
April 4, 2013
MJStar:  17 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION<br>OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>JODI SIMCOX |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

THURSDAY, APRIL 4, 2013    11:55 AM

Exhibit Marshaling conference regarding non-jury trial (phase I) conducted.

Agreed upon list of exhibits/demonstratives by all parties from 4/4/13 marshaling conference, 3/18/13 (Barnhill) through 4/2/13 (Gagliano) offered: ORDERED admitted. (see list attached)

PSC offers flash drive and deposition bundle list containing deposition bundle of Richard Coronado; deposition bundles of 5th amendment witnessess, 30(b)(6) witnesses and Transocean's list of deposition bundles: ORDERED admitted. (see list attached)

Transocean deposition bundles regarding Gary Kenney and Neil Thompson are admitted subject to objections by the US regarding DNV testimony.

Halliburton addresses the Court regarding compliance with BP's request for production and the Court's order regarding same.

Court recesses at 12:12 p.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft