Deposition Bundles Provided on April 4, 2013

*flash drive containing listed deposition bundles - admitted 4/4/2013 SK*

Fifth Amendment Witnesses - (Submitted by PSC and Previously Admitted)

1. Bertone, Stephen
2. Fleytas, Andrea
3. Hafle, Mark
4. Haire, Christopher
5. Harrell, Jimmy
6. Holloway, Caleb
7. Ingram, James
8. Kaluza, Robert
9. Kuchta, Curt
10. Morel, Brian
11. Sandell, Micah
12. Seraile, Allen
13. Willis, Cathleenia

30(b)(6) Witnesses - (Submitted by PSC and Previously Admitted)

1. Billon, Brad
2. Gisclair, John
3. Lirette, Brent
4. McMahan, Larry
5. McWhorter, David
6. O'Bryan, Patrick
7. Sabins, Fred
8. Vargo, Richard
9. Vinson, Graham ("Pinky")
10. Ambrose, Bill
11. Cowie, Jim

Additional Bundle

1. Coronado, Richard - (Submitted by PSC and ~~Previously~~ Admitted *4/4/13 SK*)

Transocean's List of Deposition Bundles - (Submitted by Transocean and Previously Admitted)

1. Haynie, William
2. Cramond, Neil
3. Emmerson, Anthony
4. Liu, Xuemei
5. Price, Vincent
6. Kenney, Gary

7. McKay, David
8. Thompson, Neil
9. Johnson, Steven
10. Meche, Gregory
11. Neal, Eric
12. Martinez, Victor
13. Bement, James
14. Young, Ken
15. Hart, Derek
16. Holloway, Caleb
17. Johnson, Dustin
18. McDonald, John
19. Odenwald, Jay
20. Taylor, Carl
21. Walsh, Robert
22. Watson, Nick
23. Wolfe, Jeff
24. Sutton, Steve
25. Odom, Michael
26. Clawson, Bryan
27. Sepulvado, Murry
28. Neal, Robert

flash drive containing listed deposition bundles
- admitted 4/4/2013
SK