UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: 10-8888 | * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW COMES various Claimants as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought Triton Asset Leasing GmbH, Transocean Holdings, L.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claims contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. The acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,*, 313 F.3d 359, 362 (5th Cir. 1963).

6. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimants respectfully request that the Court grant Movant's Motion for Acceptance of the Short Form Joinders Filed Beyond The April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

*Glago Law Firm, LLC*

/s/Joseph "Joey" F. LaHatte, III
_____

**Mark P. Glago, Bar No. 25395**
**Joseph "Joey" F. LaHatte, III Bar No. 31224**
First Bank and Trust Tower
29th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Telephone:   (504) 599-8666
Facsimile:    (504) 599-8699
Email:         MGlago@GlagoLawFirm.com
                  JLahatte@GlagoLawFirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/Joseph "Joey" F. LaHatte, III
_____
Joseph "Joey" F. LaHatte, III

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | * * * * * | **MDL NO. 2179** |
| | * | **SECTION J** |
| **THIS DOCUMENT RELATES TO: 10-8888** | * * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion For Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011 Deadline:

It is ORDERED that the Motion For Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders No. 24 and 25.

Signed this _____day of _____, 2013

                                                                          _____
                                                                          Honorable Carl J. Barbier, U.S. District Court Judge

# Exhibit "A"

| Claimant Name | Date of Filing | Short Form Number |
|---|---|---|
| Keith Rogers | 04/05/2013 | 128289 |
| James Reagan | 04/05/2013 | 128290 |
| Kip Scott | 04/05/2013 | 128292 |
| Jimmie Jovan Slugher | 04/05/2013 | 128293 |
| Terrance Gyron | 04/05/2013 | 128294 |
| Shawn Travis | 04/05/2013 | 128295 |
| Nicol Voltalina | 04/05/2013 | 128296 |
| Oksana Troescher | 04/05/2013 | 128297 |
| Blaize Mills | 04/05/2013 | 128298 |
| Chrystal Payne | 04/05/2013 | 128299 |
| Quiona Waters | 04/05/2013 | 128300 |
| Kirwyn Wiggins | 04/05/2013 | 128301 |
| Anthony Richardson | 04/05/2013 | 128302 |
| Derrence Green | 04/05/2013 | 128303 |
| Carla Jewell | 04/05/2013 | 128304 |
| Robert Casco | 04/05/2013 | 128305 |
| Autumn Kane | 04/05/2013 | 128306 |
| Kenneth Douglas | 04/05/2013 | 128307 |
| Christopher Harrington | 04/05/2013 | 128308 |
| Isaac King | 04/05/2013 | 128309 |
| Maria Edwards | 04/05/2013 | 128310 |
| Derrence Green | 04/05/2013 | 128311 |
| Susan Knoll | 04/05/2013 | 128312 |
| Derek Estelle | 04/05/2013 | 128313 |
| Robert Estelle | 04/05/2013 | 128314 |
| George Leslie | 04/05/2013 | 128315 |
| Debora Fleming | 04/05/2013 | 128316 |
| Alvin Clark | 04/05/2013 | 128317 |
| Josey Moore | 04/05/2013 | 128318 |
| Danny Gaines | 04/05/2013 | 128319 |
| Wesley Breen | 04/05/2013 | 128320 |
| Juanisha Poindexter | 04/05/2013 | 128321 |
| Shawn Harris | 04/05/2013 | 128322 |
| Daniel Prevost | 04/05/2013 | 128323 |
| Gilmer Ramos | 04/05/2013 | 128324 |
| Dana Hayles | 04/05/2013 | 128325 |
| Diosi Mendoza | 04/05/2013 | 128326 |
| Cindy Abraham | 04/05/2013 | 128327 |
| Muntadhir Hussan | 04/05/2013 | 128328 |
| Avrel Jeansonne | 04/05/2013 | 128329 |
| Antonio Campos | 04/05/2013 | 128331 |
| Victor Cerise | 04/05/2013 | 128347 |