# Exhibit "A"

| Claimant Name | Date of Filing | Short Form Number |
|---|---|---|
| Keith Rogers | 04/05/2013 | 128289 |
| James Reagan | 04/05/2013 | 128290 |
| Kip Scott | 04/05/2013 | 128292 |
| Jimmie Jovan Slugher | 04/05/2013 | 128293 |
| Terrance Gyron | 04/05/2013 | 128294 |
| Shawn Travis | 04/05/2013 | 128295 |
| Nicol Voltalina | 04/05/2013 | 128296 |
| Oksana Troescher | 04/05/2013 | 128297 |
| Blaize Mills | 04/05/2013 | 128298 |
| Chrystal Payne | 04/05/2013 | 128299 |
| Quiona Waters | 04/05/2013 | 128300 |
| Kirwyn Wiggins | 04/05/2013 | 128301 |
| Anthony Richardson | 04/05/2013 | 128302 |
| Derrence Green | 04/05/2013 | 128303 |
| Carla Jewell | 04/05/2013 | 128304 |
| Robert Casco | 04/05/2013 | 128305 |
| Autumn Kane | 04/05/2013 | 128306 |
| Kenneth Douglas | 04/05/2013 | 128307 |
| Christopher Harrington | 04/05/2013 | 128308 |
| Isaac King | 04/05/2013 | 128309 |
| Maria Edwards | 04/05/2013 | 128310 |
| Derrence Green | 04/05/2013 | 128311 |
| Susan Knoll | 04/05/2013 | 128312 |
| Derek Estelle | 04/05/2013 | 128313 |
| Robert Estelle | 04/05/2013 | 128314 |
| George Leslie | 04/05/2013 | 128315 |
| Debora Fleming | 04/05/2013 | 128316 |
| Alvin Clark | 04/05/2013 | 128317 |
| Josey Moore | 04/05/2013 | 128318 |
| Danny Gaines | 04/05/2013 | 128319 |
| Wesley Breen | 04/05/2013 | 128320 |
| Juanisha Poindexter | 04/05/2013 | 128321 |
| Shawn Harris | 04/05/2013 | 128322 |
| Daniel Prevost | 04/05/2013 | 128323 |
| Gilmer Ramos | 04/05/2013 | 128324 |
| Dana Hayles | 04/05/2013 | 128325 |
| Diosi Mendoza | 04/05/2013 | 128326 |
| Cindy Abraham | 04/05/2013 | 128327 |
| Muntadhir Hussan | 04/05/2013 | 128328 |
| Avrel Jeansonne | 04/05/2013 | 128329 |
| Antonio Campos | 04/05/2013 | 128331 |
| Victor Cerise | 04/05/2013 | 128347 |