UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico on April, 20, 2010** | * | **SECTION J(2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **13-184, Morrison v. Worley** | * | **MAG. JUDGE WILKINSON** |
| **Catastrophe Response, LLC, et al.** | * | |

## ORDER

In light of the fact that the parties to this matter recently consented to proceed before Magistrate Judge Wilkinson pursuant to 28 U.S.C. § 636(c) (Rec. Doc. 9140),

**IT IS ORDERED** that Case No. 13-184 is hereby **SEVERED** and **DECONSOLIDATED** from Multidistrict Litigation 2179.

Signed in New Orleans, Louisiana this 8th day of April, 2013.

United States District Judge