**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No. MDL NO. 2179 |
| | Civil Action No. 2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: **Case No. 2:10-cv-08888-CJB-SS** | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Client Last | Client First | Termination Date | Document No. |
|---|---|---|---|
| BUTLER | SHAUN | 02/11/13 | 109787 |
| CANTU, Jr. | FERNANDO | 02/11/13 | 82144 |
| CARRIERE | CHRISTOPHER | 02/11/13 | 82638 |
| CARTER | HERBERT | 02/11/13 | 83137 |
| CHAMBERS | DANIEL | 02/11/13 | 83499 and 97748 |
| CHAMBERS | MICHAEL | 02/11/13 | 82857 |
| CHOW | LINSTRAND | 02/11/13 | 80946 |
| CHRISTMAS | JAMES | 02/11/13 | 82820 |
| CHRISTMAS | SEAN | 02/11/13 | 61666 |
| CLARK | ALICIA | 02/11/13 | 82822 |
| CLARK | ASHLEY | 02/11/13 | 83941 |

| | | | |
|---|---|---|---|
| CLAY | LARRY | 02/11/13 | 83934 |
| COLEMAN | MANUEL | 02/11/13 | 83933 |
| COLLIER | DEMETRIS | 02/11/13 | 83136 |
| COLLINS | TIERA | 02/11/13 | 81007, 82669 and 94658 |
| CONNER | AUDREY | 02/11/13 | 82904 |
| CORDOVA | PAUL | 02/11/13 | 56315 and 81045 |
| CRAWFORD | Courtney | 02/11/13 | 82913 |
| CROCTON | RODNEY | 02/11/13 | 84061 |
| CROSBY | LAKEISHA | 02/11/13 | 56324 |
| DAHL | DAVID | 02/11/13 | 83501 and 94639 |
| DANGERFIELD | ISAAC | 02/11/13 | 82983 |
| DAVIDSON | MARVIN | 02/11/13 | 56331 |
| DAVIS | ADAM | 02/11/13 | 81212 |
| DAVIS | ELIZABETH | 02/11/13 | 84062 |
| DAVIS | RICKESHIA | 02/11/13 | 55746 and 81018 |
| DAVIS | ROBERT | 02/11/13 | 83131 |
| DAVIS | TALISHA | 02/11/13 | 83132 |
| DEAN | BRIAN | 02/11/13 | 82597 |
| DEDEAUX, JR. | BRODERICK | 02/11/13 | 56011 |
| DEDEAUX, JR. | JERMAINE | 02/11/13 | 83927 |

| | | | |
|---|---|---|---|
| **DEDEAUX** | **JOHN** | **02/11/13** | **82596** |
| **DIAZ** | **HUMBERTO** | **02/11/13** | **56018** |
| **DICKENSAUGE** | **JAMES** | **02/11/13** | **56025 and 70968** |
| **DILLON** | **ALVA** | **02/11/13** | **82594 and 82595** |
| **DONALDSON** | **CHRISTOPHER** | **02/11/13** | **82592** |
| **DORRIS** | **MICHAEL** | **02/11/13** | **70989** |
| **DOTSON** | **FONTA** | | **82591** |
| **DUCRE** | **EDGAR** | | **82723** |
| **DUNN** | **ROSEMARY** | | **82590** |
| **DUVERNAY** | **CASSIE** | | **82653** |
| **EARLY** | **EVERETT** | | **82721** |
| **EAVES** | **DONALD** | | **56036** |
| **ECHEVARRIA** | **MITCHEL** | | **82643** |
| **EDWARDS** | **ALICIA** | | **56045** |