Minute Entry
Barbier, J.
April 5, 2013
JS 10:  19 min.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG                    MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                      SECTION J (1)

                                                 JUDGE BARBIER
                                                 MAG. JUDGE SHUSHAN
--------------------------------------------------------------------------------------------------------------------
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER       C.A. 10-8888
HORIZON" SHORT-FORM JOINDERS                      DOC #48042
--------------------------------------------------------------------------------------------------------------------
BON SECOUR FISHERIES, INC ET AL V. BP            C.A. 12-970
EXPLORATION & PRODUCTION INC. ET AL

CASE MANAGER:                                    COURT REPORTER:
STEPHANIE KALL                                   KAREN IBOS


### SHOW CAUSE HEARING

FRIDAY, APRIL 5, 2013   9:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Show Cause Hearing as to Brent Coon and James J. Dailey regarding claim of Dien Nguyen
[8996]: Counsel Brent Coon and James J. Dailey address the Court in response to show cause
order. Claimant Dien Nguyen addresses the Court.

ORDERED that the Court finds as a matter of fact that Mr. Dien Nguyen did not sign a contract
or knowingly hire an attorney regarding his claim.  ORDERED that the attorneys' fee lien is
DISMISSED and settlement should be released to Mr. Dien Nguyen.

Present:      Dien Nguyen, claimant; Thoai Nguyen, sworn and testified; Interpreter for
              claimant
              Brent Coon, James J. Dailey