Minute Entry
Barbier, J.
April 5, 2013
JS 10:  1 hr. 29 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC ET AL V. BP EXPLORATION & PRODUCTION INC. ET AL | C.A. 12-970 |
| BP EXPLORATION & PRODUCTION INC. ET AL V. DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM ET AL | C.A. 13-492 |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS |

PRELIMINARY INJUNCTION HEARING

FRIDAY, APRIL 5, 2013   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

MOTION [9066] to dismiss case 13-492 for Failure to State a Claim by Defendants Patrick A. Juneau, Deepwater Horizon Court Supervised Settlement Program; Argued; ORDERED GRANTED.

MOTION for Preliminary Injunction [8965] regarding case 13-492 by BP Exploration & Production Inc. and BP America Production Company; Argued; ORDERED DENIED AS MOOT; case is dismissed.

MOTION for Preliminary Injunction [8964] regarding case 12-970 by BP Exploration & Production Inc. and BP America Production Company; Argued: ORDERED DENIED.

MOTION [9151] for a Stay and Injunction Pending Appeal from [8812] March 5, 2013 Order, by Defendants BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c; Argued; ORDERED DENIED.

Present:   Soren Giselson and James Roy, for the Plaintiffs' Steering Committee.
Richard Godfrey, Andrew Bloomer, Jeffrey Clark, R. Keith Jarrett, S. Gene Fendler, and Jeffrey Lennard, for BP
Richard Stanley and Jennifer Thornton, for Patrick Juneau and Deepwater Horizon Court Supervised Settlement Program
Steven Herman, Paul Sterbcow, Duke Williams, Jeffrey A. Breit, Robert Cunningham, Elizabeth Cabraser, Joe Rice, Calvin Fayard, Anthony Irpino, Soren Giselson and James Roy, for the Plaintiffs' Steering Committee.
Richard Godfrey, Andrew Bloomer, Jeffrey Clark, R. Keith Jarrett, S. Gene Fendler, and Jeffrey Lennard, for BP