# CONFERENCE ATTENDANCE RECORD

DATE: 4/5/2013          TIME: 9:30 am

CASE NAME: _____

CIVIL DOCKET NO. MDL 2179          CRIMINAL DOCKET NO. _____

**CIRCLE ONE:**          STATUS     PRE-TRIAL     SETTLEMENT

**ATTORNEYS PRESENT:** (Please PRINT your name, telephone number and the party you represent)

| Name | Phone | Party |
|---|---|---|
| Andrew B. Bloomer | 312/862/2000 | BP |
| Richard C. Godfrey | 312/862/2391 | BP |
| Jeffrey B. Clark | 202/879/5960 | BP |
| Keith Jarrett | 504/581/7979 | BP |
| S. Gene Fendler | " " " | BP |
| Jeffrey Lennard | 312 876-8152 | BP |

# CONFERENCE ATTENDANCE RECORD

DATE: 4/5/2013       TIME: 9:30 am

CASE NAME: _____

CIVIL DOCKET NO. MDL 2179        CRIMINAL DOCKET NO. _____

CIRCLE ONE:        STATUS    PRE-TRIAL    SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| Name | Party |
|---|---|
| Paul Sterbcow | PSC |
| Duke Williams | " " |
| Jeffrey A. Breit | " " |
| Stan Herman | " " |
| Robert Cunningham | " " |
| Elizabeth Cabraser | " " |
| Joe Rice | " " |
| Calvin Fayard | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE: 4/5/2013           TIME: 9:30 am

CASE NAME: _____

CIVIL DOCKET NO. MDL 2179        CRIMINAL DOCKET NO. _____

CIRCLE ONE:        STATUS    PRE-TRIAL    SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| Name | Phone | Party |
|---|---|---|
| Anthony Irpino | (504) 525-1500 | Π's/PSC |
| Soren Gisleson | 504-581-4892 | Π's/PSC |
| SH | | |
| James P. Roy | 337-278-7892 | PSC |