**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>**Case No. 2:10-cv-08888-CJB-SS** | Case No.  MDL NO. 2179<br><br>Civil Action No.  2:10-MD-02179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ATTACHMENT A**

| LAST NAME | FIRST NAME | TERMINATION DATE | DOCUMENT NO. |
|---|---|---|---|
| EDWARDS | NINA | 02/11/13 | 56047 |
| ELLIS | REICO | 02/11/13 | 82588 |
| EPPES | CLAYTON | 02/11/13 | 82587 |
| EVANS | REGINALD | 02/11/13 | 83744 and 94693 |
| EVANS | STEPHEN | 02/11/13 | 82713 |
| EVANS | TIMOTHY | 02/11/13 | 82141 |
| FARQUHARSON | KINGSLEY | 02/11/13 | 83782 |
| FISHER | MELANIE | 02/11/13 | 61703 |
| FITZGERALD | JESSIE | 02/11/13 | 56060 and 109874 |
| FOBB | KENDRICK | 02/11/13 | 82712 |
| FOSTER | LAQUITA | 02/11/13 | 56066 |
| FOUNTAIN | ANGEL | 02/11/13 | 55898 and 81399 |

| | | | |
|---|---|---|---|
| FOUNTAIN | CHRISTOPHER | 02/11/13 | 82796 |
| FOUNTAIN | JEREMIAH | 02/11/13 | 55899 and 81397 |
| FOUNTAIN | SELENA | 02/11/13 | 55902 and 81199 |
| FOUNTAIN | TAWANDA | 02/11/13 | 55905 and 81198 |
| FOXWORTH | TONGELIA | 02/11/13 | 82628 |
| FRANKS | TYRON | 02/11/13 | 81992 |
| FRIERSON | SUSAN | 02/11/13 | 81367 |
| GAINES, JR. | HERMAN | 02/11/13 | 81311 |
| GAINES, JR. | JESSIE | 02/11/13 | 81255 |
| GAINES | RANDY | 02/11/13 | 82626 |
| GAINES | SHANNON | 02/11/13 | 55869 |
| GANDY | PAMELA | 02/11/13 | 55874 |
| GRAHAM | MARILYN | 02/11/13 | 56079 |
| GRAVES | MARTIN | 02/11/13 | 56084 |
| GRAY | GREGORY | 02/11/13 | 81224, 109670 |
| GREEN | ERIC | 02/11/13 | 84198 |
| GREENE | ABSALOM | 02/11/13 | 81227 |
| GREENE | CORDERO | 02/11/13 | 81230 |
| GRIFFIN | TERRA | 02/11/13 | 56503, 83994, 109861 |
| HANSON | SHAUN | 02/11/13 | 94709 |

| | | | |
|---|---|---|---|
| HARPER | LATISHA | 02/11/13 | 81869 |
| HARRIS | CONDARION | 02/11/13 | 82618 |
| HARVEY | RYAN | 02/11/13 | 56132 |
| HAWTHORNE | LEVORNE | 02/11/13 | 81218 |