UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION INC. ET AL V. DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM ET AL | THIS PERTAINS TO:<br>C.A. 13-492 |

J U D G M E N T

Considering the court's reasons, orally stated on the record, on April 5, 2013,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Deepwater Horizon Court Supervised Settlement Program and Patrick A Juneau—in his official capacity as Claims Administrator administering the Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust—and against plaintiffs, BP Exploration & Production Inc. and BP America Production Company, dismissing the plaintiffs' suit with prejudice, at plaintiffs' cost.

New Orleans, Louisiana, this 8th day of APRIL, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE