UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA SANCHEZ | CIVIL ACTION |
| VERSUS | NO: 12-164 |
| AMERICAN POLLUTION CONTROL CORP. | SECTION: "J"(1) |

### ORDER

**IT IS HEREBY ORDERED** that the above-captioned matter is **CONSOLIDATED** with MDL 2179.

The Clerk of Court is directed to issue the customary pretrial orders that follow consolidation and file a copy of this Order in both 12-164 and 10-md-2179.

New Orleans, Louisiana this 4th day of April, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE