IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section J |
| This document relates to<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

Now comes Jack's G&M Auto-Electric, Inc. (hereinafter referred to as Claimant") moves this Court for acceptance of its late filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1.  This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2.  The court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3.  Claimant contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimant was unaware of the Court-established deadlines, or had not yet fully realized its damages, and did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimant respectfully requests that the Court grant Movant's Motion for Acceptance of Short Form Joinder filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

*/s/ John R. Santa Cruz*
John R. Santa Cruz, Attorney for
Jack's G&M Auto-Electric, Inc.

**CERTIFICATE OF SERVICE**

I, John R. Santa Cruz, attorney for Claimant, Jack's G&M Auto-Electric, Inc., do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

THIS the 3rd day of April, 2013.

/s/ *John R. Santa Cruz*
JOHN R. SANTA CRUZ


John R. Santa Cruz
Santa Cruz Law Firm
718 Dunbar, Suite 1A
Bay St. Louis, MS  39520
Telephone:  (228) 467-8484
Facsimile:   (228) 467-8485
Randy@SantaCruzLawFirm.net

# EXHIBIT "A"

| | |
|---|---|
| Name: | Jack's G&M Auto Electric, Inc. |
| Address: | 10613 Highway 603, Bay St. Louis, MS 39520 |
| Telephone Number: | (228) 467-0705 |
| DWH ID No.: | 100052490 |
| GCCF No.: | 1147153 |