IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.: 2179<br><br>Section J |
| This document relates to<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the Motion for Acceptance of Short Form Joinder Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011, deadline is hereby Granted and the Short Form Joinder filed by Claimant, Jack's G&M Auto-Electric, Inc., into the record of Civil action No. 10-08888, shall be considered timely filed in the Transocean Limitation (Civil action No. 10-2771), in accordance with Pretrial Orders Nos. 24 and 25.

Signed this the _____ day of _____ 2013.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE