**Exhibit "A"**

| NO. | NAME | DOCUMENT # | FILE DATE |
|---|---|---|---|
| 1 | Chambers County, Texas | 243 | 4/6/2013 |
| 2 | City of Beaumont, Texas | 240 | 4/6/2013 |
| 3 | City of Bridge City, Texas | 242 | 4/6/2013 |
| 4 | City of D'Iberville, Mississippi | 259 | 4/8/2013 |
| 5 | City of Galveston, Texas | 244 | 4/6/2013 |
| 6 | City of Jamaica Beach, Texas | 248 | 4/6/2013 |
| 7 | City of Orange, Texas | 251 | 4/6/2013 |
| 8 | City of Port Arthur, Texas | 252 | 4/6/2013 |
| 9 | City of Vidor, Texas | 256 | 4/6/2013 |
| 10 | City of West Orange, Texas | 257 | 4/6/2013 |
| 11 | City of Wiggins, Mississippi | 258 | 4/6/2013 |
| 12 | Galveston Park Board | 245 | 4/6/2013 |
| 13 | George County, Mississippi | 247 | 4/6/2013 |
| 14 | Jefferson County, Texas | 249 | 4/6/2013 |
| 15 | Orange County, Texas | 250 | 4/6/2013 |
| 16 | Port of Beaumont, Beaumont, Texas | 241 | 4/6/2013 |
| 17 | Port of Galveston, Galveston, Texas | 246 | 4/6/2013 |
| 18 | Port of Port Arthur, Port Arthur, Texas | 253 | 4/6/2013 |
| 19 | Sabine-Neches Navigation District | 254 | 4/6/2013 |
| 20 | Stone County, Mississippi | 255 | 4/6/2013 |