UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | § | **MDL No. 2179** |
|     "Deepwater Horizon" in the | § | |
|     Gulf of Mexico, on | § | **SECTION: "J"** |
|     April 20, 2010 | § | |
| | § | **Judge Barbier** |
| **This Document Relates to: All Cases** | § | |
| | § | |
| **(includes No. 2:10-cv-09999-CJB-SS)** | § | **Mag. Judge Shushan** |

## ORDER

Considering the Motion For Leave To File Short Form Joinders Filed Beyond The September 16, 2011 Deadline and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as various claimants in Exhibit "A" of the aforementioned Motion, in the action 2:10-cv-09999-CJB-SS are hereby considered to be timely-filed claims in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-9999), in accordance with Pre-Trial Order No. 33.

Signed on _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge