UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 13-492, 12-970 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that BP's Objection to and Motion to Strike References to Settlement Communications (Rec. Doc. 9103) is **DENIED** for the reasons advanced by Class Counsel and the Claims Administrator in their opposition briefs (Rec. Docs. 9118, 9134).

For similar reasons, **IT IS FURTHER ORDERED** that BP's and the Claims Administrator's related motions to file certain documents under seal (Rec. Docs. 9104, 9135) are **DENIED**. The subject documents shall be unsealed and attached to the filings to which they relate.

Signed in New Orleans, Louisiana, this 5th day of April, 2013.

                                              United States District Judge