**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No. MDL NO. 2179 |
| | Civil Action No. 2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: Case No. 2:10-cv-08888-CJB-SS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**ATTACHMENT A**

| Last Name | First Name | Date Terminated | Document No. |
|---|---|---|---|
| LEWIS | GLENN | 02/11/2013 | 80940 |
| LINDSEY | MARISSA | 02/11/2013 | 82645 |
| LINDSEY | MYRTIS | 02/11/2013 | 82875, 109840 |
| LOTT | DERRAL | 02/11/2013 | 82816, 83091 |
| LOWERY | LABANACHECK | 02/11/2013 | 83780 |
| LULL, JR. | MAURICE | 02/11/2013 | 81339 |
| MAGEE | ARIAL | 02/11/2013 | 82952 |
| MAGEE | CONELS | 02/11/2013 | 84866 |
| MAGEE | DORETHA | 02/11/2013 | 84861 |
| MAGEE | ELNESTER | 02/11/2013 | 83846 |
| MAGEE | TIFFANY | 02/11/2013 | 82955 |
| MARTIN | CHRISTOPHER | 02/11/2013 | 56573 |
| MARTINEZ | BERNADETTE | 02/11/2013 | 84781 |
| MATEEN | KATRINA | 02/11/2013 | 83169 |
| MAY | JOEY | 02/11/2013 | 81974 |
| McCARTY | SANDRA | 02/11/2013 | 83840 |

| | | | |
|---|---|---|---|
| McCLOUD | GLOVER | 02/11/2013 | 83812 |
| McCORVEY | JERRY | 02/11/2013 | 55941 |
| McDONALD | CRYESHA | 02/11/2013 | 83736 |
| McDONALD | JAKE | 02/11/2013 | 56577 |
| McDOUGLE | MARCO | 02/11/2013 | 83732 |
| McFADDEN | BENJAMIN | 02/11/2013 | 83726 |
| McGILL | STEPHANIE | 02/11/2013 | 56579 |
| McMILLAN | WILLIE | 02/11/2013 | 82779, 82943 |
| McNAIR | GERALDINE | 02/11/2013 | 83807 |
| MECUM | CLARA | 02/11/2013 | 82138 |
| MELTON | BRETREIL | 02/11/2013 | 83447 |
| MERRICK | ALASTAIR | 02/11/2013 | 55953 |
| MILES | RICHARD | 02/11/2013 | 83450, 94776 |
| MILLER, SR | STANLEY | 02/11/2013 | 62266 |
| MITCHELL, JR | EDWARD E. | 02/11/2013 | 56587 |
| MITCHELL | TRAVIS | 02/11/2013 | 56591 |
| MOORE | CASSANDRA | 02/11/2013 | 84772 |
| MOORE | GEORGE | 02/11/2013 | 84766 |
| MOORE | JARON | 02/11/2013 | 84764 |
| MOORE | TAKARUS | 02/11/2013 | 56596 |