**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

Case No.  MDL NO. 2179

Civil Action No.  2:10-MD-02179

SECTION "J"

THIS DOCUMENT RELATES TO:
**Case No. 2:10-cv-08888-CJB-SS**

JUDGE BARBIER
MAG. JUDGE SHUSHAN

**<u>ORDER</u>**

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that Nexsen Pruet, LLC and Douglas M. Schmidt, APLC be allowed

to withdraw as counsel of record for all Plaintiffs as set forth in Attachment A.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010


THIS DOCUMENT RELATES TO:
**Case No. 2:10-cv-08888-CJB-SS**

Case No.  MDL NO. 2179

Civil Action No.  2:10-MD-02179

SECTION "J"


JUDGE BARBIER
MAG. JUDGE SHUSHAN


<u>**ATTACHMENT A**</u>

| Last Name | First Name | Date Terminated | Document No. |
|---|---|---|---|
| LEWIS | GLENN | 02/11/2013 | 80940 |
| LINDSEY | MARISSA | 02/11/2013 | 82645 |
| LINDSEY | MYRTIS | 02/11/2013 | 82875, 109840 |
| LOTT | DERRAL | 02/11/2013 | 82816, 83091 |
| LOWERY | LABANACHECK | 02/11/2013 | 83780 |
| LULL, JR. | MAURICE | 02/11/2013 | 81339 |
| MAGEE | ARIAL | 02/11/2013 | 82952 |
| MAGEE | CONELS | 02/11/2013 | 84866 |
| MAGEE | DORETHA | 02/11/2013 | 84861 |
| MAGEE | ELNESTER | 02/11/2013 | 83846 |
| MAGEE | TIFFANY | 02/11/2013 | 82955 |
| MARTIN | CHRISTOPHER | 02/11/2013 | 56573 |
| MARTINEZ | BERNADETTE | 02/11/2013 | 84781 |
| MATEEN | KATRINA | 02/11/2013 | 83169 |
| MAY | JOEY | 02/11/2013 | 81974 |
| McCARTY | SANDRA | 02/11/2013 | 83840 |

| | | | |
|---|---|---|---|
| McCLOUD | GLOVER | 02/11/2013 | 83812 |
| McCORVEY | JERRY | 02/11/2013 | 55941 |
| McDONALD | CRYESHA | 02/11/2013 | 83736 |
| McDONALD | JAKE | 02/11/2013 | 56577 |
| McDOUGLE | MARCO | 02/11/2013 | 83732 |
| McFADDEN | BENJAMIN | 02/11/2013 | 83726 |
| McGILL | STEPHANIE | 02/11/2013 | 56579 |
| McMILLAN | WILLIE | 02/11/2013 | 82779, 82943 |
| McNAIR | GERALDINE | 02/11/2013 | 83807 |
| MECUM | CLARA | 02/11/2013 | 82138 |
| MELTON | BRETREIL | 02/11/2013 | 83447 |
| MERRICK | ALASTAIR | 02/11/2013 | 55953 |
| MILES | RICHARD | 02/11/2013 | 83450, 94776 |
| MILLER, SR | STANLEY | 02/11/2013 | 62266 |
| MITCHELL, JR | EDWARD E. | 02/11/2013 | 56587 |
| MITCHELL | TRAVIS | 02/11/2013 | 56591 |
| MOORE | CASSANDRA | 02/11/2013 | 84772 |
| MOORE | GEORGE | 02/11/2013 | 84766 |
| MOORE | JARON | 02/11/2013 | 84764 |
| MOORE | TAKARUS | 02/11/2013 | 56596 |