**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No.  MDL NO. 2179 |
| | Civil Action No.  2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: **Case No. 2:10-cv-08888-CJB-SS** | |
| | JUDGE BARBIER MAG. JUDGE SHUSHAN |

<u>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>

**NOW INTO COURT**, the undersigned counsel moves this Court for an order withdrawing Nexsen Pruet, LLC and Douglas M. Schmidt, APLC as counsel of record for Plaintiffs listed herein in Attachment A.  The Movants and the Plaintiffs listed in Attachment A have terminated their relationship.  At the time of termination, the Movants delivered correspondence via United States mail, first class postage prepaid, to the Plaintiffs listed in Attachment A, confirming termination of the relationship and informing the recipient of upcoming deadlines.

In further support, Movant states that all Plaintiffs will remain in the litigation and counsel has advised Plaintiffs of all relevant deadlines.  This motion is made in good faith.   Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

As indicated by the Certificate of Service, pursuant to Local Civil Rule 83.2.11, a true and correct copy of the foregoing Motion has been served on the Plaintiffs listed in Attachment A via certified mail on this 11th day of February, 2013.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of Nexsen Pruet, LLC and Douglas M. Schmidt, APLC as counsel of record for all Plaintiffs as set forth in Attachment A.

Respectfully submitted,

/s/ Paul A. Dominick

Paul A. Dominick          Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt          Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

April 8, 2013                    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was filed into the record *via* the Court's CM/ECF system and was served on all counsel of record *via* Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on April 8, 2013.

I further certify that Plaintiffs listed in Attachment A have been advised of all relevant deadlines and pending court appearances, and a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served on the Plaintiffs listed in Attachment A via certified mail pursuant to Local Civil Rule 83.2.11 on April 8, 2013.

/s/ Paul A. Dominick
Paul A. Dominick
NEXSEN PRUET, LLC
