# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No.  MDL NO. 2179<br><br>Civil Action No.  2:10-MD-02179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>**Case No. 2:10-cv-08888-CJB-SS** | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Last Name | First Name | Date Terminated | Document Number |
|---|---|---|---|
| Laboy | JAVIER | 02/11/2013 | 56598 |
| MORAN | CHRISTOPHER | 02/11/2013 | 56601, 82654 |
| MORGAN | LANEEKA | 02/11/2013 | 62304 |
| MORGAN | RENEE | 02/11/2013 | 83940 |
| MORGAN | STEVE | 02/11/2013 | 56603 |
| MORRIS | R. KING | 02/11/2013 | 82689 |
| MORRIS | KELVIN | 02/11/2013 | 56605 |
| MOSELY | MARKEITH | 02/11/2013 | 84004 |
| MURAD | SAMER | 02/11/2013 | 62315, 80925 |
| MYERS | BERONICA | 02/11/2013 | 83627 |
| NASSAR | EMAD | 02/11/2013 | 94724 |
| NELSON | COREY | 02/11/2013 | 56608 |
| NETTO | BRENDA | 02/11/2013 | 83836 |
| NICHOLS | SHARON | 02/11/2013 | 56610, 71899 |
| NICHOLSON | THOMAS | 02/11/2013 | 55957 |
| NORRIS, II | DAVID | 02/11/2013 | 83845 |

| NORWOOD | CHRISTOPHER | 02/11/2013 | 83824 |
|---|---|---|---|
| OCKMAN | THOMAS | 02/11/2013 | 84007 |
| OLIVER | GARY | 02/11/2013 | 84010 |
| OSBY | VIOLA | 02/11/2013 | 84748 |
| OVERACKER | TERESA | 02/11/2013 | 84016 |
| OWENS | MARQUITTA | 02/11/2013 | 83821 |
| PACKER | STEPHEN | 02/11/2013 | 84020, 97773 |
| PAIGE | JAMES | 02/11/2013 | 83820 |
| PATMON | ANTONIO | 02/11/2013 | 83644 |
| PATTON | MATTHEW | 02/11/2013 | 80980 |
| PAYTON | OLLIE | 02/11/2013 | 56612 |
| PEARSON | RAMONA | 02/11/2013 | 55961, 81710 |
| PETTY | MICHAEL | 02/11/2013 | 62334, 118349 |
| PHILLIPS | DRUCE | 02/11/2013 | 83893 |
| PLAINER | TERRENCE | 02/11/2013 | 56616 |
| POLK | IOLA | 02/11/2013 | 83760 |
| POLK | WILLIAM | 02/11/2013 | 56618 |
| POWELL | VIDA | 02/11/2013 | 83772 |
| PRIDE | ISAIAH | 02/11/2013 | 83944 |
| QUARLES | BARBARA | 02/11/2013 | 82147 |
| RAINEY, JR. | JACK | 02/11/2013 | 82145 |
| RAMSEY | MICAH | 02/11/2013 | 84300 |
| RANDALL | DAVID | 02/11/2013 | 81826, 82651 |
| RATTLER | JOEL | 02/11/2013 | 62358, 80886 |
| RAY | MARQUESE | 02/11/2013 | 82782 |
| RAY | MICHAEL | 02/11/2013 | 83854 |
| REDMON | OTIS | 02/11/2013 | 82785 |