**Exhibit "A"**

| NO. | NAME | DOCUMENT # | FILE DATE |
|---|---|---|---|
| 1 | 21 Group Inc | 127338 | 4/1/2013 |
| 2 | A Accredited Insurance Agency | 127353 | 4/1/2013 |
| 3 | A Foto Insurance Agency of Slidell LLC | 127356 | 4/1/2013 |
| 4 | A Foto Insurance Inc | 127359 | 4/1/2013 |
| 5 | A&N Properties LLC Galveston Development Corp | 127364 | 4/1/2013 |
| 6 | Aaron's Freight, Inc. | 85485 | 4/20/2011 |
| 7 | B&F Distributors LLC | 127373 | 4/1/2013 |
| 8 | B&G Climate Control Warehouse Inc | 127376 | 4/1/2013 |
| 9 | Baker Pile Driving & Site Work LLC | 127380 | 4/1/2013 |
| 10 | Ballard, David | 127382 | 4/1/2013 |
| 11 | Bay City Crab Inc | 127386 | 4/1/2013 |
| 12 | Black Elk Energy (Operator) | 85484 | 4/20/2011 |
| 13 | Blackburn Brothers Inc | 127389 | 4/1/2013 |
| 14 | Blackmon, J Lynn | 128348 | 4/5/2013 |
| 15 | Blue Ridge Properties LLC | 128189 | 4/4/2013 |
| 16 | Breathwit Marine Contractors | 127426 | 4/1/2013 |
| 17 | Breathwit Marine Shipyard | 127429 | 4/1/2013 |
| 18 | Brolin, James | 128191 | 4/4/2013 |
| 19 | Brown Finance Inc | 127436 | 4/1/2013 |
| 20 | Brown, Eric | 127434 | 4/1/2013 |
| 21 | Bruno, Cliff | 128192 | 4/4/2013 |
| 22 | Callais, Trent | 105702 | 4/22/2011 |
| 23 | Cannon, Janice | 127439 | 4/1/2013 |
| 24 | Cash2Go of Mississippi Inc | 127441 | 4/1/2013 |
| 25 | Chapel Hill LLC | 127443 | 4/1/2013 |
| 26 | Chapman Road Development LLC | 127445 | 4/1/2013 |
| 27 | Charles Bolton Individually and as Administrator | 128279 | 4/5/2013 |
| 28 | Cherokee Consultants | 85483 | 4/20/2011 |
| 29 | CJ Teeple Inc | 127447 | 4/1/2013 |
| 30 | Coastal Mining & Marine LLC | 128330 | 4/5/2013 |
| 31 | Conmaco/Rector, L.P. | 85482 | 4/20/2011 |
| 32 | Crawford Technical Services, Inc. | 85477 | 4/20/2011 |
| 33 | Crown Fish Company | 127451 | 4/1/2013 |
| 34 | D and D Consultants LLC | 127453 | 4/1/2013 |
| 35 | Drake Rentals, Inc. | 85476 | 4/20/2011 |
| 36 | Dupre Brothers Construction Co Inc | 127464 | 4/1/2013 |
| 37 | E Goodwin & Sons Inc | 128193 | 4/4/2013 |
| 38 | Eastman, Andrea | 128333 | 4/5/2013 |
| 39 | Eckles, Frederick | 127465 | 4/1/2013 |
| 40 | Edge Financial Group PA | 127466 | 4/1/2013 |

| 41 | Efficient Mechanical & Welding Service, Inc. | 85474 | 4/20/2011 |
|---|---|---|---|
| 42 | Endeavour Marina Clear Lake | 127467 | 4/1/2013 |
| 43 | EPHVAC US Inc | 127468 | 4/1/2013 |
| 44 | Estave, Laura | 128195 | 4/4/2013 |
| 45 | Fastway Fuels LLC | 128275 | 4/4/2013 |
| 46 | Fitzpatrick, Jim | 127469 | 4/1/2013 |
| 47 | Fletcher Songe Agency | 127470 | 4/1/2013 |
| 48 | Flipside Entertainment by Bo Inc | 127471 | 4/1/2013 |
| 49 | Focus Exploration I LP | 127472 | 4/1/2013 |
| 50 | Focus Exploration LLC | 127473 | 4/1/2013 |
| 51 | Focus Exploration, LLC dba Focus Offshore Exploration | 127474 | 4/1/2013 |
| 52 | Fritz Holdings LLC | 127475 | 4/1/2013 |
| 53 | Frogland USA LLC | 127476 | 4/1/2013 |
| 54 | Galveston Party Boats | 128222 | 4/4/2013 |
| 55 | Galveston Seawall Motel Ltd | 128335 | 4/5/2013 |
| 56 | Galveston.com & Company Inc | 127535 | 4/2/2013 |
| 57 | Gary Howard Seafood Inc | 127542 | 4/2/2013 |
| 58 | Germeraad, John L. | 85473 | 4/20/2011 |
| 59 | Gibson Electric Motor Sales & Service Inc | 127546 | 4/2/2013 |
| 60 | Gray Construction | 128223 | 4/4/2013 |
| 61 | Great Sage Inc | 128225 | 4/4/2013 |
| 62 | Gugliotta, Ben | 127553 | 4/2/2013 |
| 63 | Gugliotta, Gina | 127570 | 4/2/2013 |
| 64 | Gugliotta, Tia | 128226 | 4/4/2013 |
| 65 | Gulf Hydraulics and Pneumatics Inc | 127571 | 4/2/2013 |
| 66 | Gulf of Mexico Reef Fish Shareholders' Alliance | 127572 | 4/2/2013 |
| 67 | Gulf Point Real Estate LLC | 128337 | 4/5/2013 |
| 68 | Harris Crab House Inc | 127573 | 4/2/2013 |
| 69 | Harris Seafood Company LLC | 127576 | 4/2/2013 |
| 70 | Hewett, Marion W. | 76838 | 4/20/2011 |
| 71 | Hults, Jean | 128232 | 4/4/2013 |
| 72 | Hutcheson Enterprises Inc | 128237 | 4/4/2013 |
| 73 | InterNav Surveys Group LLC | 127577 | 4/2/2013 |
| 74 | Island Insurance Agency Inc | 128338 | 4/5/2013 |
| 75 | Island Machine Works | 127578 | 4/2/2013 |
| 76 | Jana Cody Individually and as Administrator | 128280 | 4/5/2013 |
| 77 | Jaz-Tek Services, LLC | 85471 | 4/20/2011 |
| 78 | JEL Investments III LLC | 127581 | 4/2/2013 |
| 79 | Jimarge Investments | 85470 | 4/20/2011 |
| 80 | John Nelson | 127584 | 4/2/2013 |
| 81 | JSD's Boardwalk Grill and Sports Bar LLC | 128238 | 4/4/2013 |
| 82 | Junior's Fish Market Inc | 127589 | 4/2/2013 |
| 83 | Kahala Development LP | 128339 | 4/5/2013 |
| 84 | Kajun Crab Traps | 43254 | 4/5/2011 |

| | | | |
|---|---|---|---|
| 85 | Kelley Construction Group Inc | 127590 | 4/2/2013 |
| 86 | Knotts, Jodi | 127593 | 4/2/2013 |
| 87 | Laughlin, Kathryn | 128239 | 4/4/2013 |
| 88 | LeBlanc, Vincent | 127695 | 4/2/2013 |
| 89 | Lloyd's Oyster House Inc | 127698 | 4/2/2013 |
| 90 | LD Amory Co Inc | 128263 | 4/4/2013 |
| 91 | Malin International Ship Repair | 128340 | 4/5/2013 |
| 92 | Marathon Oil Company | 128241 | 4/4/2013 |
| 93 | Massengale, Marc | 127701 | 4/2/2013 |
| 94 | McInnis, Samuel | 128242 | 4/4/2013 |
| 95 | Metro Custom Homes | 128243 | 4/4/2013 |
| 96 | Theall, Micheal | 111030 | 1/31/2012 |
| 97 | Mitchell, Matt | 128244 | 4/4/2013 |
| 98 | Mobjack Bay Seafood Inc | 12707 | 4/2/2013 |
| 99 | Mortgage Services of Mississippi Inc | 127710 | 4/2/2013 |
| 100 | MPMS LLC | 128245 | 4/4/2013 |
| 101 | Mr B's Seafood Inc | 127718 | 4/2/2013 |
| 102 | Multi Hull Enterprise Inc | 127721 | 4/2/2013 |
| 103 | Neighborhood Insurance Services Inc | 128246 | 4/4/2013 |
| 104 | Offshore Guides LLC | 127724 | 4/2/2013 |
| 105 | Olympia at Pier 21 Inc | 127729 | 4/2/2013 |
| 106 | Oyster Bay Development LLC | 122732 | 4/2/2013 |
| 107 | P and R Seafood Inc | 128247 | 4/4/2013 |
| 108 | Pederson Development LLC | 128248 | 4/4/2013 |
| 109 | Performance Energy Products | 85469 | 4/20/2011 |
| 110 | Petro Tool & Supply Co., Inc. | 85878 | 4/20/2011 |
| 111 | Peyton Cotrell Interst Inc | 128341 | 4/5/2013 |
| 112 | Photon Factory LLC | 127735 | 4/2/2013 |
| 113 | Pier 6 Seafood Restaurant of Baker County | 128249 | 4/4/2013 |
| 114 | Pilger Insurance Agency Inc | 128342 | 4/5/2013 |
| 115 | Pinnacle Imports Inc | 127745 | 4/2/2013 |
| 116 | Port Royal Seafood Inc | 127750 | 4/2/2013 |
| 117 | Ramer, David | 128250 | 4/4/2013 |
| 118 | Rice Family Holdings LLLP | 128251 | 4/4/2013 |
| 119 | RJ Broadband LLC | 127753 | 4/2/2013 |
| 120 | RPM Mortgage Investments Inc | 128253 | 4/4/2013 |
| 121 | Rubino's Seafood Co Inc | 128254 | 4/4/2013 |
| 122 | Ruff & Tuff Electric Vehicles Inc | 127754 | 4/2/2013 |
| 123 | Russell Hall Seafood Inc | 128343 | 4/5/2013 |
| 124 | Schmidt, Ed | 127763 | 4/2/2013 |
| 125 | Sloane, Becky | 127767 | 4/2/2013 |
| 126 | Smith, Buntering | 128258 | 4/4/2013 |
| 127 | Southern Paradise LLC | 127770 | 4/2/2013 |
| 128 | Southwest Holdings LLC | 127773 | 4/2/2013 |
| 129 | Specialty Diving of Louisiana Inc | 127775 | 4/2/2013 |

| | | | |
|---|---|---|---|
| 130 | Specialty Offshore Inc | 127777 | 4/2/2013 |
| 131 | Specialty Rentals Inc | 127780 | 4/2/2013 |
| 132 | Steer Services, LLC | 85872 | 4/20/2011 |
| 133 | Subsea Americas, LLC | 111029 | 1/31/2012 |
| 134 | The Shed Franchising LLC | 127783 | 4/2/2013 |
| 135 | Thibodaux, Jonathan P. | 76684 and 76693 | 4/20/2011 |
| 136 | Tiblier, Jack & Glenda | 128344 | 4/5/2013 |
| 137 | Timbrook, Corbin | 128261 | 4/4/2013 |
| 138 | Title Cash Inc | 127786 | 4/2/2013 |
| 139 | Title Cash of Jackson Inc | 127789 | 4/2/2013 |
| 140 | Title Cash of Laurel Inc | 127801 | 4/2/2013 |
| 141 | Title Cash of Mississippi Inc | 127805 | 4/2/2013 |
| 142 | Title Cash of Mobile Inc | 127806 | 4/2/2013 |
| 143 | Toucan's Grill LLC | 128345 | 4/5/2013 |
| 144 | Trapani's Eatery Inc | 127817 | 4/2/2013 |
| 145 | Vaughan's Inc | 127819 | 4/2/2013 |
| 146 | Vidalia Fish & Ice Inc | 127822 | 4/2/2013 |
| 147 | West Gulf Marine Ltd | 127823 | 4/2/2013 |
| 148 | Whitmer, Marshall | 128262 | 4/4/2013 |
| 149 | Wilkinson Technologies, Ltd. | 85871 | 4/20/2011 |
| 150 | Winn Insurance Agency | 127860 | 4/2/2013 |
| 151 | Wright's Well Control Services LLC | 85875 & 128346 | 4/20/2011 and 4/5/2013 |