### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-CV-2771-CJB-SS | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

_____

### MOTION FOR ACCEPTANCE OF LIMITATION
### SHORT FORM JOINDER FILED BEYOND SEPTEMBER 16, 2011 MONITION DATE

NOW INTO COURT, through undersigned counsel, come various claimants identified in Exhibit A, who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").

In support of their motion, the Claimants declare as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was extended to September 16, 2011.

3. Claimants contacted counsel after the Court-established deadline seeking assitance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Because claimants were not aware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011.  Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

6. The Transocean Limitation Proceeding is pending and undetermined.

For these reasons, Movants respectfully request that the Court grant Movants' Motion for Leave to File Short Form Joinders and that this Court deem that said Short Form Joiners are timely filed in the Transocean Limitation Proceeding.


Respectfully submitted,


_/s/John W. deGravelles_
**JOHN W. deGRAVELLES** (#04808), T.A.
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
225/344-3735 / Fax:  225/336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2013, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

<u>    /s/John W. deGravelles                              </u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10-CV-2771-CJB-SS | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

_____

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND SEPTEMBER 16, 2011 MONITION DATE**

NOW INTO COURT, through undersigned counsel, come various claimants who file this Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Date. Attached to this Memorandum is a list of all claimants who filed late short forms and are joint movants for the purpose of this motion (Attached as "Exhibit A"). These claimants seek this Honorable Court's permission to accept claimant's late-filed claims for injuries in the limitation proceeding for the following reasons:

1. All claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damage, they did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filings. Such filings have been

filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Sulphur Co. V. Blue Stack Towing, Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. V. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, claimants respectfully request that the Court accept their late-filed short forms and grant the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 date.

Respectfully submitted,

   */s/John W. deGravelles*

**JOHN W. deGRAVELLES** (#04808), T.A.
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
225/344-3735 / Fax:  225/336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2013, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/John W. deGravelles*

**EXHIBIT A**

| CLAIMANT NAME | DATE OF FILING | RECORD DOC NO. |
|---|---|---|
| ExPert E&P Consultants, LLC | 4/8/2013 | 128394 |
| ExPert Riser Solutions, LLC | 4/8/2013 | 128393 |
| Green Marine & Industrial Equipment Company, Inc. | 4/8/2013 | 128392 |
| Gulf South Services, Inc. | 4/8/2013 | 128391 |
| Louisiana Minerals & Exploration, Inc. | 4/8/2013 | 128390 |
| Martin Midstream Partners, LP | 4/8/2013 | 128389 |
| Martin Resource Management Corporation | 4/8/2013 | 128388 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL** | ) | **MDL NO. 2719** |
| **RIG "DEEPWATER** | ) | |
| **HORIZON" in the GULF OF** | ) | |
| **MEXICO, on APRIL 20, 2010** | ) | **SECTION J** |
| | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **JUDGE BARBIER** |
| | ) | |
| **IN RE: TRITON ASSET** | ) | **MAGISTRATE JUDGE** |
| **LEASING, GmbH** | ) | **SHUSHAN** |
| **Case No. 2:10-CV-2771-CJB-SS** | ) | |
| | ) | |

_____

**ORDER**

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the

September 16, 2011 Monition Date and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as

various claimants in "Exhibit A", in the action 2:10-cv-08888-CJB-SS are hereby considered to be

timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), in accordnace with

Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge