UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 12-970 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

In light of this Court's rulings on April 5, 2013, granting the Claims Administrator's motion to dismiss case 13-492, mooting BP's motion for preliminary injunction in case 13-492, denying BP's motion for preliminary injunction in case 12-970, and denying BP's motion for stay and injunction pending appeal (*see* Rec. Doc. 9202), and having considered the parties' positions regarding directives to the Settlement Appeal Panelists, the Court hereby **ORDERS** and **DECREES** that the Parties, Settlement Program, Claims Administrator, and Appeal Panelists are instructed to follow and are bound by the following:

> The December 12, 2012 Ruling of the Court regarding the revenue of non-profit entities and the Court's acknowledgment of the Parties' agreement regarding analysis of causation as set forth in paragraph "2" of the Claims Administrator's "Announcement of Policy Decisions Regarding Claims Administration," dated October 10, 2012; and

> The March 5, 2013 Ruling of the Court regarding "Matching of Revenue and Expenses."

Signed in New Orleans, Louisiana, this 9th day of April, 2013.

                                                   United States District Judge