Minute Entry
Barbier, J.
April 8, 2013
JS 10:  7hr. 30 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

CASE MANAGER:                                       COURT REPORTER:
STEPHANIE KALL                                        CATHY PEPPER (AM)
                                                                  TONI TUSA (PM)

NON-JURY TRIAL
(Day twenty-three)

MONDAY, APRIL 8, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

PSC offers list of exhibit/demonstratives regarding exam of Glen Stevick: ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Glen Stevick: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Glen Stevick: ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exam of Glen Stevick: ORDERED admitted. (see attached)

US offers list of exhibits/demonstratives regarding exam of Frederick 'Gene' Beck: ORDERED admitted. (see attached)

Witness: Gregory S. Walz, by video deposition. Transcript of deposition excerpt accepted and filed into the record.

Halliburton offers flash drive of deposition excerpt played in court on 4/8/13 as to Gregory S. Walz; ORDERED admitted.

Halliburton conditionally rests subject to reasons orally stated on record.

Witness: Adam (Ted) Bourgoyne, Jr., sworn and testified. (Expert)

BP offers expert reports of Adam (Ted) Bourgoyne, Jr., Trex 8173 and Trex 8174: ORDERED admitted.

Transocean offers list of exhibits/demonstratives regarding exam of Frederick Beck: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Frederick Beck: ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding exam of Frederick Beck: ORDERED admitted. (see attached)

Court recesses at 6:00 p.m.

Court will resume on Tuesday, April 9, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft