PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Glen Stevick on 4/2/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| 05155 | Email from E. Gaude to R. Jahn re: AMF batteries | | Already Admitted in Full |
| 05155.6.1.PSC | Callout from TREX 05155 | | Callout |
| 05155.8.1.PSC | Callout from TREX 05155 | | Callout |
| 21789 | Hay, Mark: E-mail with attachment RE: Shearing Drill Pipe (3 Pages) | | Entire Exhibit |
| 21789.1.1.PSC | Callout from TREX 21789 | | Callout |
| 07046 | Email - From: Torben Knudsen To: Allen Pere and others - Subject: FW: BOP Shear Rams, with attachment (4 pages) | | Entire Exhibit |
| 07046.3.1.PSC | Callout from TREX 07046 | | Callout |
| 07046.3.2.PSC | Callout from TREX 07046 | | Callout |
| 07046.4.1.PSC | Callout from TREX 07046 | | Callout |
| 07009 | Ultra deep Drilling Pushes Drilling Technology Innovations, by Jellison, Chandler, Payne & Shepard, SPE Drilling & Completion (11 pages) | | Entire Exhibit |
| 07009.1.1.PSC | Callout from TREX 07009 | | Callout |
| 07009.9.1.PSC | Callout from TREX 07009 | | Callout |
| 07009.10.1.PSC | Callout from TREX 07009 | | Callout |
| 01454 | Transocean - Well Control Handbook | | Already Admitted in Full |
| 01454.132.1.PSC | Callout from TREX 01454 | | Callout |
| 01454.132.2.PSC | Callout from TREX 01454 | | Callout |
| 04423 | Email from Byrd to Jackson, Welsinger, Kirton, Stover, Haylor, Buzards, & Hernandez; Subject: PREP Exercise (2 pages) | | Entire Exhibit |
| 04423.1.1.PSC | Callout from TREX 04423 | | Callout |
| 04423.1.2.PSC | Callout from TREX 04423 | | Callout |
| 04423.1.3.PSC | Callout from TREX 04423 | | Callout |

admitted 4/8/2013 SL

**HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN
TO GLEN STEVICK ON DIRECT-EXAMINATION**

HESI offers the following documents it used during its April 2, 2013  and April 3,
2013 direct-examination of Glen Stevick into evidence:

*admitted 4/8/2013 SK*

TREX-61124
TREX-61123
TREX-7691
TREX-6169
TREX-1454
TREX-3527
TREX-5094
TREX-4114
TREX-4115
D-8176
TREX-3340
TREX-5495
D-8204
D-8203
D-8226

TREX 7691.1.2.HESI
TREX 6169.1.1.HESI
TREX 1454.1.HESI
TREX 1454.31.1.HESI
TREX 3527.1.HESI
TREX 3527.2.1.HESI
TREX 5094.1.HESI
TREX 5094.6.1.HESI
TREX 4114.1.HESI
TREX 4114.2.3.HESI
TREX 4115.1.1.HESI

## BP - Exhibits for STEVICK

**BP offers the following documents it used during its examination of Dr. Glen Stevick into evidence:**

admitted 4/8/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4607 | MMS Confirmed BOP Met Regulations |
| D-4644 | APDs Approved by MMS in 2010 |
| TREX-003792 | 2/24/2010 Email from DWH, SubSeaSup - J. Kent re Batteries |
| TREX-003792.1.1.BP | Callout of TREX-003792 |
| TREX-005834 | Form MMS 123A/123S - Application for Revised Bypass - 4/15/2010 |
| TREX-005834.2.1.BP | Callout of TREX-005834 |
| TREX-007542 | 6/18/2010 Email from P. Tiziano - I. Schneider et al. re R: Rigs w/Cameron BOP stack with 2 shear ram cavities |
| TREX-007542.3.2.BP | Callout of TREX-007542 |
| TREX-007665.7.2.BP | Callout of TREX-007665 |
| TREX-007762.10.1.BP | Callout of TREX-007762 |
| TREX-047846_167.1.2.BP | Callout of TREX-047846_167 |

**TRANSOCEAN'S LIST OF EXHIBITS FOR THE
EXAMINATION OF GLEN STEVICK (4/2-3/2013)**

Transocean offers the following exhibits it used during its April 2-3, 2013 cross-examination of Glen Stevick into evidence:

*admitted 4/8/2013 SC*

**Trial Exhibits**

- TREX 581.4.1.TO (Callout)
- TREX 1195 (Exhibit)
- TREX 1195.223.1.TO (Callout)
- TREX 1195.223.2.TO (Callout)
- TREX 3340 (Exhibit)
- TREX 3340.1.1.TO (Callout)
- TREX 3340.2.1.TO (Callout)
- TREX 3340.11.1.TO (Callout)
- TREX 3340.15.1.TO (Callout)
- TREX 3340.22.1.TO (Callout)
- TREX 4114.1.1.TO (Callout)
- TREX 4114.2.1.TO (Callout)
- TREX 4617 (Exhibit)
- TREX 4617.61.1.TO (Callout)
- TREX 5102.3.2.TO (Callout)
- TREX 5102.3.3.TO (Callout)
- TREX 5154 (Exhibit)
- TREX 5154.1.1.TO (Callout)
- TREX 5495.5.1.TO (Callout)
- TREX 7697.16.1.TO (Callout)
- TREX 22729.15.1.TO (Callout)
- TREX 41594 (Exhibit)
- TREX 41594.302.1.TO (Callout)
- TREX 61123.14.1.TO (Callout)
- TREX 61123.16.1.TO (Callout)
- TREX 61123.27.2.TO (Callout)
- TREX 61123.28.1.TO (Callout)
- TREX 61123.95.1.TO (Callout)
- TREX 61124.15.1.TO (Callout)
- TREX 61124.15.2.TO (Callout)
- TREX 61124.16.1.TO (Callout)
- TREX 61124.19.1.TO (Callout)
- TREX 61124.24.1.TO (Callout)

TO re Glen Stevick     admitted 4/8/2013
                                                    SK

**Demonstratives:**

- D6636
- D6683
- D6746
- D6750

The United States offers the following documents it used during its April 3, 2013 examination of Frederick "Gene" Beck into evidence:

admitted 4/8/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-08140 | | Revised Expert Report of Dr. Frederick "Gene" Beck | TREX-08140.71.5.US |

* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

**TRANSOCEAN'S LIST OF EXHIBITS FOR THE
EXAMINATION OF DR. FREDERICK BECK (4/3/2013)**

Transocean offers the following documents it used during its April 3, 2013 cross-examination of Dr. Frederick Beck into evidence:

*Admitted 4/8/2013 SK*

**Trial Exhibits:**

- TREX-08140.102.3.TO (Callout)
- TREX-08140.98.2.TO (Callout)
- TREX-08140.17.1.TO (Callout)

1

# BP - Exhibits for BECK

**BP offers the following documents it used during its examination of Dr. Frederick "Gene" Beck into evidence:**

admitted 4/8/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4309A | Pre- and Post-Incident Foam Cement Testing |
| D-4342.1 | Page of D-4342 |
| D-4429 | Transocean Led the Discussion Re Bladder Effect |
| D-4474 | Consequences of Unstable Cement |
| D-4638 | Handwritten Notes on Map of Drill Floor |
| D-4781 | Handwritten Notes on Weatherford M45AP Float Collar Used in Macondo Well |
| D-4782 | Obstructions Prevent Circulation |
| TREX-000097 | 4/26/2010 Email from B. Morel - C. Holik re FW: Ops Note |
| TREX-000097.1.1.BP | Callout of TREX-000097 |
| TREX-002033 | 6/11/2010 Telephone Interview of Jesse Marc Gagliano - Committee on Energy and Commerce |
| TREX-002033.64-65 | Pages of TREX-002033 |
| TREX-002033.72.1.BP | Callout of TREX-002033 |
| TREX-002033.92 | Page of TREX-002033 |
| TREX-002033.93 | Page of TREX-002033 |
| TREX-002133 | US Land-Offshore Cementing Work Methods April 2010 |
| TREX-002133.319 | Page of TREX-002133 |
| TREX-002133.320 | Page of TREX-002133 |
| TREX-002133.321 | Page of TREX-002133 |
| TREX-002659 | 4/14/2010 Drilling & Completions MOC Initiate |
| TREX-002659.1.1.BP | Callout of TREX-002659 |
| TREX-004026.1.4.BP | Callout of TREX-004026 |
| TREX-008140.104.3.BP | Callout of TREX-008140 |
| TREX-008140.14.1.BP | Callout of TREX-008140 |
| TREX-008140.17.2.BP | Callout of TREX-008140 |
| TREX-008140.78.1.BP | Callout of TREX-008140 |
| TREX-008140.78.2.BP | Callout of TREX-008140 |
| TREX-008141.9.1.BP | Callout of TREX-008141 |
| TREX-008143 | Transcript of the Testimony of G. Beck presentation on December 8, 2011 |
| TREX-008143.1 | Page of TREX-008143 |
| TREX-008143.6.1.BP | Callout of TREX-008143 |
| TREX-008143.8 | Page of TREX-008143 |
| TREX-008143.8.1.BP | Callout of TREX-008143 |
| TREX-008146 | 4/15/2010 Email from M. Hafle - G. Walz & B. Morel re TD casing and TA plan forward_Rev1.ppt (with attachment) |

# BP - Exhibits for BECK (cont'd)

admitted 4/8/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-008146.10 | Page of TREX-008146 |
| TREX-008147 | 6/3/2010 Halliburton presentation slides - Energy and Commerce Committee Staff Briefing |
| TREX-008150 | 10/29/2010 Transcript of NPR Morning Edition: Cement Tests Should Have Raised Doubts |
| TREX-008150.1 | Page of TREX-008150 |
| TREX-008150.1.1.BP | Callout of TREX-008150 |
| TREX-041071.3 | Page of TREX-041071 |
| TREX-041245 | GoM Exploration Wells - MC 252 #1 - Macondo Prospect Appendix - January 2010 |
| TREX-048285 | 10/17/2010 Email from M. Baritiu - T. Roth re FW: Comment from Andrew Gould - SENSITIVE & CONFIDENTIAL |

PSC List of Exhibits/Demonstratives Used and Offered
in Connection with the Examination of Dr. Frederick Eugene Beck on 4/3/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION/PAGES |
|---|---|---|---|
| 22571 | CV of Dr. Frederick Beck | | Entire Exhibit |
| 8140 | Revised Expert Report of Dr. Frederick Beck | | Entire Exhibit |
| 8140.95.1 | Revised Expert Report of Dr. Frederick Beck | Call out | PDF Page Only |
| 8140.103.01.PSC | Revised Expert Report of Dr. Frederick Beck | Call out | PDF Page Only |
| D-2445 | Bea's Demonstrative | | Demonstrative |
| D-2445A | Bea's Demonstrative Redacted | | Demonstrative |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

admitted 4/8/2013 SK