MDL 10-2179 JCD          MDL 2179 HESI TRIAL

**Walz, Gregory S. (Vol. 01) - 04/21/2011**                          1 CLIP  (RUNNING 00:01:20.030)

3-21-13

WALZ G V1                3 SEGMENTS  (RUNNING 00:01:20.030)

**1. PAGE 13:15 TO 13:19  (RUNNING 00:00:09.110)**

```
15      Q.      Good morning, Mr. Walz.  We just
16 met.  My name is John deGravelles.  Could
17 you tell us your full name as it appears on
18 your birth certificate?
19      A.      Gregory Steven Walz.
```

**2. PAGE 14:03 TO 14:24  (RUNNING 00:00:33.030)**

```
03      Q.      And who do you work for?
04      A.      BP.
05      Q.      And how long have you worked for
06 BP?
07      A.      I came with them through the
08 Arco merger, so approximately over 30
09 years.
10      Q.      And what is your current job
11 title?
12      A.      I am a drilling engineering team
13 leader.
14      Q.      And is that the same position
15 you held on April the 20th of 2010?
16      A.      Yes, it is.
17      Q.      Are your duties today the same
18 as they were on April the 20th of 2010?
19      A.      Yes, they are.
20      Q.      And tell us what those duties
21 are?
22      A.      I oversee the engineering
23 planning and engineering support during the
24 operations.
```

**3. PAGE 216:23 TO 217:14  (RUNNING 00:00:37.890)**

```
        23      Q.      But the reason you were try --
        24 you're interested in keeping the zone
        25 isolated is so you don't have a blowout,
00217:01 right?  That's what --
        02      A.      Not a -- a blowout -- I mean,
        03 when we look at these things, you know, we
        04 were not looking at this from a well
        05 control perspective.  Everything we were
        06 looking at it from was a remedial cementing
        07 type of viewpoint and from productions.
        08 And one of the aspects of that is to make
        09 sure that, yeah, you don't have where you
        10 could build pressure on to the backside
        11 back to surface.  But it was really the,
        12 you know, focus is around remedial
        13 cementing and cross-flow potentials,
        14 et cetera.
```



U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR - 8 2013
LORETTA G. WHYTE
CLERK

excerpt played in court on 4/8/2013 SK

MDL 2179 HESI TRIAL

 **Walz, Gregory S. (Vol. 02) - 04/22/2011**     1 CLIP (RUNNING 00:11:31.178)

 3-21-13

WALZ G V2     16 SEGMENTS (RUNNING 00:11:31.178)     

**1. PAGE 536:12 TO 537:21 (RUNNING 00:00:51.510)**

```
          12     Q.    And in fact, Mr. Gagliano came
          13  to see you on the morning of the 19th, the
          14  day before the blowout, correct?
          15     A.    Yes, sir.
          16     Q.    And he asked you if you'd
          17  seen -- sorry.  Let me put that again.
          18           Mr. Gagliano asked you if you
          19  had seen the report; isn't that right?
          20     A.    Yes, sir.
          21     Q.    So he wanted to make certain
          22  this new report was in your hands?
          23     A.    Yes, sir.
          24     Q.    This was in BP's Houston's
          25  office, correct?
00537:01     A.    Yes.
          02     Q.    And you told him you hadn't seen
          03  it, right?  You hadn't opened it and read
          04  it?
          05     A.    I hadn't opened it and read it.
          06  I don't recall my exact words.
          07     Q.    And Mr. Gagliano pointed out to
          08  you the channeling problem that you had --
          09     A.    Yes, sir.
          10     Q.    -- according to the model,
          11  correct?
          12     A.    Yes, sir, we talked about
          13  channeling.
          14     Q.    And you also discussed the ECD
          15  effects with him, correct?
          16     A.    Yes.
          17     Q.    And he indicated that the
          18  reduction in the number of centralizers was
          19  creating an issue with channeling according
          20  to the model, correct?
          21     A.    Yes, sir.
```

**2. PAGE 540:13 TO 542:15 (RUNNING 00:02:18.020)**

```
          13     Q.    Let's look at tab 17.  This is
          14  the April 18 Halliburton OptiCem report.
          15  Did you recognize that?
          16     A.    Yes, sir, let me verify
          17  something.  Yes, sir.
          18     Q.    And this is the report, based on
          19  the modeling for six centralizers,
          20  correct -- sorry -- seven centralizers, as
          21  it turns out?
          22     A.    Yes, sir.
          23     Q.    And this is what Mr. Gagliano
          24  came to talk with you about on the morning
          25  of 19th?
00541:01     A.    Yes, sir.
          02     Q.    Telling you the model predicted
          03  increased channeling and higher ECDs,
          04  right?
```

```
        05      A.      Yes, sir.
        06      Q.      Okay.  And what pages of that
        07 report did you look at?
        08      A.      I was looking at the -- on the
        09 report pages, I believe it would be page 24
        10 on the -- where there's a graph.  Yes, it
        11 was looking at pages 24 and 25 of the
        12 reports page number.
        13      Q.      Do you specifically recall
        14 looking at that page?
        15      A.      Yes, sir.
        16      Q.      And you recall not looking at
        17 any other pages?
        18      A.      This is all I recall looking at.
        19      Q.      I'm asking you if you're certain
        20 now it all you looked or it's just the only
        21 thing you recall?  You might have looked at
        22 other things?
        23      A.      All I can recall looking at is
        24 these.
        25      Q.      Did you ask anyone on your team
00542:01 to read the report based on Mr. Gagliano's
        02 concern about increased channeling and
        03 increased ECDs?
        04      A.      No, I did not.
        05      Q.      Did Mr. Gagliano tell you that
        06 in his view the increased channeling ECDs
        07 were not a problem?
        08      A.      He -- he -- he was expressing
        09 the concern that we were back up and the
        10 risk was lost circulation and -- but we
        11 then also talked about, that we had the
        12 contingency, if that occurred, that we
        13 would have to go in, run the bond log and
        14 then we may be having to do remedial
        15 squeeze work.
```

**3. PAGE 543:25 TO 545:15  (RUNNING 00:01:19.170)**

```
        25      Q.      During this conversation with
00544:01 Mr. Gagliano on April 19th, you and he got
        02 into a discussion that maybe you needed to
        03 do a bottoms-up circulation?
        04      A.      Yes, sir.  Yes, sir.  That was
        05 one of the things that we talked about.
        06      Q.      How did that come up?
        07      A.      That was in the conversation
        08 about the -- the channeling.
        09      Q.      And why would that help with
        10 channel?
        11      A.      There again, it was just
        12 centering around moving the mud that was
        13 sitting there, had been sitting on the back
        14 side and freshening up as far as getting
        15 fresh mud across the open hole interval.
        16      Q.      And why would that help -- why
        17 would getting fresh mud across the interval
        18 help with channeling?
        19              MR. TUOHEY:
        20                      Let him finish.  Let him
        21 finish.
        22         THE WITNESS:
        23                      It was a -- from a
        24 displacement deficiency standpoint.  It
        25 would -- it would improve -- once the
00545:01 cement rounded the corner, it may help the
        02 cement displace any cuttings or anything
```

```
03   like that out along the -- in the existing
04   hole.
05   BY MR. DOYEN:
06        Q.   Okay.  That would help you get a
07   better quality cement job, correct?
08        A.   It -- it -- his -- his thought,
09   yes, it may improve the cement.
10        Q.   And was that your thought as
11   well?
12        A.   I -- yes.  I mean, in moving --
13   making sure that we had plenty of fresh mud
14   moving across the open hole was important.
15   It -- was important to me, yes.
```

**4. PAGE 571:24 TO 572:07 (RUNNING 00:00:13.516)**

```
      24        Q.   Who at BP was ultimately
      25   responsible for the design of the Macondo
00572:01   well?
      02        MR. LANCASTER:
      03                 Object to the form.
      04        THE WITNESS:
      05                 The engineering design
      06   would be me as the drilling engineering
      07   team leader.
```

**5. PAGE 600:09 TO 600:15 (RUNNING 00:00:16.960)**

```
09        Q.   Do you agree with me that if the
10   well had not been put in an underbalanced
11   position, that that would have -- that --
12   that the -- the well would ultimately not
13   have allowed hydrocarbons to have escaped
14   up through the riser?
15        A.   Yes, I would agree with that.
```

**6. PAGE 603:13 TO 603:21 (RUNNING 00:00:18.820)**

```
13        Q.   And when you learned, Mr. Walz,
14   that the well had been -- had been
15   displaced -- the mud had been displaced
16   with seawater, did that interest you as an
17   engineer, the senior engineer on the
18   Macondo?
19        A.   Yeah.  I mean, it was all
20   contingent upon, that we had a good
21   negative test.
```

**7. PAGE 620:11 TO 620:24 (RUNNING 00:00:26.780)**

```
11        Q.   Okay.  And with regard to the
12   centralizers, Halliburton started out with
13   different recommendations, the number that
14   they thought required, and ended up with BP
15   saying we're going to run only six as
16   opposed to 21.
17        A.   Yes, sir.
18        Q.   And -- and so the point being
19   is, regardless of what the reasons were
20   behind the decision, BP did not follow
21   Halliburton's recommendation regarding the
22   number of centralizers to be used on the
23   casing, did it?
24        A.   We did not.
```

**8. PAGE 628:06 TO 629:12 (RUNNING 00:00:55.550)**

```
06        Q.   Okay. And you do recall that on
07   the night of the 18th at about 9:58 or so,
```

```
08  Jesse had sent an updated OptiCem report --
09      A.   Yes, sir.
10      Q.   -- showing what would happen
11  with the -- with the use of seven
12  centralizers?
13      A.   Yes, sir.
14      Q.   You remember that.  And showing
15  that there would be a severe gas flow
16  problem.  You remember seeing that, do you
17  not?
18      A.   Not that night, no, sir.  I
19  may --
20      Q.   But you saw it on the 19th.
21      A.   Jesse made a comment to it early
22  on when we got talking about the
23  channeling, yes.
24      Q.   And that was the next day.  Was
25  that on the morning call the next morning
00629:01  or some other time on the 19th?
02      A.   That was after morning call.  It
03  was like midmorning, as I recall.
04      Q.   Okay.  And -- and Jesse made
05  that comment to you or were -- you and
06  others about the channeling and the report
07  and the gas flow potential?
08      A.   It was to me, as I recall
09  initially.
10      Q.   Okay.
11      A.   And we had a dialogue around it,
12  and it was -- so it was with me.
```

**9. PAGE 629:19 TO 630:07  (RUNNING 00:00:28.620)**

```
19      Q.   In your cube area.  Okay.
20  And -- and so you and Jesse are talking and
21  he's -- did you ask him about it or did he
22  bring it up, about the OptiCem report that
23  he had sent out the night before?
24      A.   He came to me.
25      Q.   Okay.  And he came to you.  And
00630:01  what was your understanding of why he was
02  coming to you on the morning of the 19th of
03  April to discuss the OptiCem report he had
04  sent to you and others the night before?
05      A.   It was centering around, that we
06  were running into the channeling problem
07  and that we could be losing circulation.
```

**10. PAGE 632:15 TO 634:02  (RUNNING 00:01:06.440)**

```
15      Q.   Okay.  And -- and did you gather
16  from Jesse's comments when he was telling
17  you that, that he was concerned about BP's
18  decision to use fewer than Halliburton's
19  recommended number of centralizers of 21?
20      MR. LANCASTER:
21               Object to the form.
22  BY MR. GODWIN:
23      Q.   Did you gather that from his
24  comments?
25      A.   Right.  He -- he brought it up,
00633:01  that, you know -- that -- that given, you
02  know, going back to the six centralizers in
03  his mind was going to increase the risk of
04  the ECDs again.
05      Q.   And did -- and did -- he did not
06  like the idea of there being channeling in
```

```
           07  the well; Jesse didn't like that?
           08       A.   Right.  And then --
           09       Q.   And he told you that on the
           10  morning of the 19th.
           11       A.   That -- that we were back at the
           12  risk of the -- and that we could see
           13  channeling, which would spike the ECDs, and
           14  have the lost circulation, in which case we
           15  talked that then -- I said, fine.  I mean,
           16  if that happens, we've got the bond log
           17  equipment there and that we need -- we'll
           18  have to go down through the remedial
           19  squeeze work.
           20       Q.   Right.  And do the bond log
           21  after the cement job had run and -- and
           22  after the time to allow the cement to set
           23  up, the CBL?
           24       A.   Right.  To -- to run the log --
           25  you know, if we had had losses, we'd run to
    00634:01  identify where the top of cement was and
           02  then look at the squeeze process.
```

**11. PAGE 638:06 TO 639:10  (RUNNING 00:00:54.000)**

```
           06       Q.   Okay.  And -- and did you -- did
           07  you tell Jesse that you were going to check
           08  with the other engineers on your team to
           09  follow up and explain to them what his
           10  concerns were and your concerns?
           11       A.   I looked --
           12       Q.   Yes or no?
           13       A.   Yes.
           14       Q.   Okay.
           15       A.   I told him I would follow up
           16  with John Guide.
           17       Q.   Okay.  Well, after you and Jesse
           18  met that morning and he explained his
           19  concerns about the -- the lack of the
           20  centralizer -- number of centralizers and
           21  the channeling and the ECDs increasing, you
           22  shared all those views with him, correct?
           23       A.   Yes, sir.
           24       Q.   And you told him you were going
           25  to talk to Mr. John Guide.  Did you do so?
    00639:01       A.   Yes, I did.
           02       Q.   And did you tell John of your
           03  concern that with the use of six
           04  centralizers that there would be
           05  channeling -- possibility of channeling?
           06       A.   Yes, I did.
           07       Q.   Did you tell him that that also,
           08  in your opinion, could give rise to an
           09  increase in ECDs?
           10       A.   Yes, I did.
```

**12. PAGE 640:23 TO 641:10  (RUNNING 00:00:25.110)**

```
           23       Q.   -- present?  When you told
           24  Mr. Guide of Jesse's concerns expressed
           25  during the meeting with you had on the
    00641:01  morning of the 19th and the fact that you
           02  shared those concerns, who made the
           03  decision thereafter to still go with only
           04  six centralizers?  Was that John Guide who
           05  made that decision?
           06       A.   No, sir.  John and I discussed
           07  this, and we both agreed.  It was both of
```

```
08  us.
09       Q.    Both of you agreed to it.
10       A.    Yes.
```

**13. PAGE 643:02 TO 643:23  (RUNNING 00:00:41.455)**

```
02       Q.    And what I hear you saying, you
03  and John Guide talked about those concerns
04  of Jesse that you say you shared with
05  Jesse, the two of you talked about it, and
06  the two of you together assumed those risks
07  on behalf of BP, did you not?
08       A.    We -- we decided to -- in our
09  judgment to stay with the -- repositioning
10  the six centralizers.
11       Q.    And you knew that was a risk?
12       A.    Yes.  And --
13       Q.    But you and John decided that
14  even though that was a risk of using only
15  six centralizers, as you said, using your
16  words, it was a risk, you on behalf of BP,
17  you and John Guide assumed for BP that
18  risk, did you not, by going with six
19  centralizers?
20       MR. LANCASTER:
21                 Object to form.
22       THE WITNESS:
23                 Yes, sir.
```

**14. PAGE 648:16 TO 649:07  (RUNNING 00:00:26.797)**

```
16       Q.    And you know that on the morning
17  of the 19th when you Jesse talked about the
18  lack of centralizers increasing ECDs, he
19  also told you then he was concerned about
20  the gas flow problem that would be caused
21  by that in the morning of the 19th meeting?
22  He told you that, didn't he?
23       A.    I don't recall him stating it as
24  a problem like you just depicted.
25       Q.    Well, you don't deny it, do you?
00649:01 A.    He mentioned that -- that --
02  that the gas flow had gone up to severe.
03  And then --
04       Q.    And -- and he mentioned that on
05  the morning of the 19th of April, didn't
06  he?
07       A.    Yes, sir.
```

**15. PAGE 657:18 TO 658:05  (RUNNING 00:00:28.930)**

```
18                 So what I understand you to be
19  saying is, that if the negative test had
20  been interpreted correctly on the day that
21  it was performed, whether it was the first
22  or a second one, whichever it was -- if it
23  had been interpreted correctly and shown it
24  was not a good test, there would have been
25  no displacement to follow.
00658:01 A.    Yes.  If -- if -- if -- if they
02  had -- if they had performed the test and
03  they felt it was -- it had failed, then
04  they would not -- that -- that -- it
05  would -- we would not be displacing.
```

**16. PAGE 665:09 TO 665:18  (RUNNING 00:00:19.500)**

```
09       Q.    Would you -- would you agree
```

```
10  with me on this, that if, in fact, the
11  negative tests were to have been determined
12  to have been not a good result, a failed
13  test, there would have been no displacement
14  until there had been a determination made
15  as to what was wrong, would there?
16       A.    I think if they had determined
17  that if it would have failed that, yes,
18  they would not proceed to the next step.
```

TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:12:51.208)