# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Bell Marine Service, Inc. | 3-13-13 | 124258 |
| Snell, Frank Earl | 3-13-13 | 124287 |
| Baldwin, Leamon Jr. | 3-13-13 | 124288 |
| Brown, Paul M. | 3-13-13 | 124289 |
| Royal, George McClinton | 3-19-13 | 124352 |
| Winger, Norman (AMENDED) | 3-22-13 | 125097 |
| Haute Tanning, LLC | 3-22-13 | 125180 |
| Scott Baehr, LLC | 3-22-13 | 125197 |
| Newsome, Jarrod Vashon | 3-22-13 | 125219 |
| Mayo, William M. Jr. | 3-22-13 | 125285 |
| White's Recycling | 3-25-13 | 125905 |
| Mechanical Technical Services, Inc. | 3-25-13 | 125908 |
| Lil Dental, P.A. | 3-25-13 | 125909 |
| Harold Sinrod, D.D.S. | 3-25-13 | 125915 |
| Eastern Shore Hyundai, LLC | 3-25-13 | 125919 |
| Carson Construction, Inc. | 3-25-13 | 125920 |
| B & S International, LLC | 3-25-13 | 125925 |
| Carson Lovell, Inc. | 3-25-13 | 126308 |
| Mechanical Technical Services, Inc. (AMENDED) | 3-29-13 | 126886 |
| Real Talk Music and Magazine | 4-1-13 | 127138 |
| Guhl, Gerald M. | 4-2-13 | 127499 |
| Irby, Lamarcia D. | 4-2-13 | 127787 |
| Samuel W. Bearman Law Offices, LC | 4-2-13 | 127792 |
| Artice L. McGraw P.A. | 4-2-13 | 127794 |
| Messer, Brian S. | 4-2-13 | 127804 |
| Carrabelle Commercial Property, LLC | 4-3-13 | 127978 |
| Howard, Mashondra N. | 4-3-13 | 127995 |
| Yaisha L. Russell | 4-3-13 | 128001 |
| Slater Productions (AMENDED) | 4-3-13 | 128010 |
| Boyette, Harry H. | 4-3-13 | 128103 |
| West Coast Power Boat Club, LLC | 4-4-13 | 128208 |
| Sunrise Supermarket & Restaurant, Inc. | 4-4-13 | 128211 |
| Elwood Corporation - Renegade Marine | 4-4-13 | 128212 |
| Keesecker, Chris O. | 4-5-13 | 128286 |
| Smith, Sammie | 4-5-13 | 128288 |