# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Venice Bayou Club, LLC | 3-13-13 | 124257 |
| Marguerite, LLC | 3-13-13 | 124259 |
| Panama City Beach Hotel, LLC | 3-14-13 | 124301 |
| Danielle's Bridal & Formal Wear, LLC | 3-14-13 | 124302 |
| Keith's Plumbing Service of Belle Chasse, Inc. | 3-14-13 | 124303 |
| Charlie Henderson Ford, Inc. | 3-14-13 | 124304 |
| Fortmeyer Farms, LLC | 3-14-13 | 124305 |
| P.G. Taste Bud's, Inc. dba Deco Cafe | 3-14-13 | 124306 |
| Adams, Nicholas Ernest | 3-14-13 | 124307 |
| Team Savage, Inc. | 3-18-13 | 124318 |
| Kiss Distributing, Inc. | 3-19-13 | 124354 |
| Hubbard's Waveland Hardware, Inc. | 3-22-13 | 125096 |
| Brunet's Cajun Restaurant, Inc. | 3-22-13 | 125151 |
| All Brands Corp A/C, Inc. | 3-22-13 | 125156 |
| Better Builders of Citrus, Inc. | 3-22-13 | 125159 |
| Catalanotto Marcades II, LLC dba Crown Vending | 3-22-13 | 125163 |
| Carefree Boat Club of Largo, Inc. | 3-22-13 | 125166 |
| CRA Consulting, Inc. | 3-22-13 | 125168 |
| Crescent Business Machines | 3-22-13 | 125170 |
| Crews Marine, Inc. | 3-22-13 | 125172 |
| Crystal Clear Pool Services | 3-22-13 | 125176 |
| Everett Management Group, Inc. | 3-22-13 | 125177 |
| Buck Kreihs Marine Repair, LLC | 3-22-13 | 125179 |
| K&K Hardware & Marine, Inc. | 3-22-13 | 125181 |
| Morgan's Construction, Inc. | 3-22-13 | 125182 |
| Billiot Bros., Inc. | 3-22-13 | 125190 |
| Damico's Refrigeration Services, LLC | 3-22-13 | 125193 |
| R.I.A.M. Pet, LLC | 3-22-13 | 125200 |
| Radiology and Interventional Associates of Metairie, LLC | 3-22-13 | 125202 |
| The Riverside Hotel, LLC | 3-22-13 | 125204 |
| Daigle Lafayette Investments, LLC | 3-22-13 | 125206 |
| New Orleans A La Carde, LLC | 3-22-13 | 125209 |
| Daigle Towing Service, LLC | 3-22-13 | 125212 |
| Landscape Accents, LLC | 3-22-13 | 125213 |
| Tours Bayou, LLC | 3-22-13 | 125216 |
| Albert & Judy, LLC | 3-22-13 | 125218 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Blue Angel Investments, LLC | 3-22-13 | 125222 |
| Bobby Anslum Construction | 3-22-13 | 125224 |
| Riverside Citrus Farm, Inc. | 3-22-13 | 125248 |
| GG's Drink Shop, Inc. | 3-22-13 | 125275 |
| Manhattan-Harvey Investments, LLC | 3-22-13 | 125277 |
| Gulf Coast Intermodal, Inc. | 3-22-13 | 125279 |
| Blanchard, Donna Shieffler | 3-22-13 | 125289 |
| 324 Clarke Road Bayou Vista, LLC | 3-22-13 | 125291 |
| Garrigan Ent. dba Image Sun Tanning Center | 3-22-13 | 125292 |
| Garrigan, Gary Lee | 3-22-13 | 125293 |
| GIO Investments, LLC | 3-22-13 | 125294 |
| B.B.F.F., Inc. dba Louisiana Spring Water | 3-22-13 | 125310 |
| Brenda Lincoln Rental Properties | 3-25-13 | 125891 |
| Robert J. LeBlanc | 3-25-13 | 125901 |
| Giordano, Wayne C. | 3-25-13 | 125902 |
| Damico, Anthony | 3-25-13 | 125903 |
| Damico, Johnette P. | 3-25-13 | 125904 |
| Weeks Island Rentals, LLC | 3-25-13 | 125906 |
| Pensacola Yacht Club, Inc. | 3-25-13 | 125907 |
| INTERLYS, Inc dba Chez les Francais | 3-25-13 | 125912 |
| Designer Business Cards, Inc. | 3-25-13 | 125918 |
| Blanchard, John Jay | 3-25-13 | 125923 |
| Pirate Island Daiquiri Shop | 3-25-13 | 126293 |
| O-Way-Pat, Inc. | 3-25-13 | 126298 |
| Nez Coupe Souvenir & Tackle Shop | 3-25-13 | 126301 |
| Grand Isle Property Management, LLC dba Landry's Camp Ground and RV Park | 3-25-13 | 126306 |
| Frank's Rentals | 3-25-13 | 126319 |
| Florida Keys Tree Service LLC | 3-25-13 | 126322 |
| Banks & Banks II, Ltd dba Topper World of Slidell | 3-27-13 | 126750 |
| Banks & Banks II, Ltd dba Topper World of Gulfport | 3-27-13 | 126751 |
| Expert Marine Services of Palm Harbor, Inc. | 3-27-13 | 126752 |
| Italian American Fishing Rodeo, LLC | 3-27-13 | 126753 |
| Lakeway Deli, Inc. | 3-27-13 | 126754 |
| Islamorada Lodge No 2151, Loyal Order of Moose Inc. | 3-27-13 | 126755 |

Order on Motion for Acceptance of Limitations Short Form Joinders
 Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| **CLAIMANT NAME** | **DATE OF FILING** | **SHORT FORM DOCUMENT NO.** |
|---|---|---|
| Shannon's Body Shop, Inc. | 3-27-13 | 126766 |
| Paradise Shipping Depot, Inc. | 3-27-13 | 126767 |
| Volk, Merry S. | 3-27-13 | 126768 |
| B. Cameron, Ltd. | 3-27-13 | 126769 |
| Banks, Weldon | 3-28-13 | 126824 |
| Paco's Grass Cutting | 3-28-13 | 126825 |
| Erickson Powerboats.com Inc. | 3-28-13 | 126826 |
| Pecoraro, Davina Cognevish | 3-29-13 | 126873 |
| Kain, Joan Ficovich | 3-29-13 | 126874 |
| Taylor, Maurissa Cognevich | 3-29-13 | 126875 |
| Landry, Laine P. Sr. | 3-29-13 | 126920 |
| Gregory L. Durr, Inc. dba Durr Environmental Services | 3-29-13 | 127040 |
| Dream Condo Unit 1405, L.L.C. (AMENDED) | 4-1-13 | 127136 |
| P & J Trucking, Inc. | 4-1-13 | 127143 |
| LaSalle Rentals, LLC | 4-2-13 | 127500 |
| Diamondhead Title Co., Inc. | 4-2-13 | 127791 |
| The Casano Law Firm, P.A. | 4-2-13 | 127796 |
| Moore, Wanda Ficovich | 4-3-13 | 127958 |
| Napolitano, Ltd. dba GTS Lawn Care | 4-3-13 | 127963 |
| Putty & Paint, LLC | 4-3-13 | 127965 |
| Tijuana Willies Cafe & Cantina Inc. | 4-3-13 | 127967 |
| Troy Plota, LLC | 4-3-13 | 127968 |
| The Sole Man, Inc. | 4-3-13 | 127970 |
| Sunray Boats of Florida, Inc. dba Sunray Marine | 4-3-13 | 127973 |
| Roberta Andrews Mira, P.A. | 4-3-13 | 127975 |
| Wilcox Pet Center, Inc. dba Pet's Plus | 4-3-13 | 127976 |
| Island View (Island Veiw) | 4-3-13 | 127980 |
| Bellinger & Bellinger II, Ltd. | 4-3-13 | 127982 |
| Bellinger & Bellinger, Ltd. | 4-3-13 | 127984 |
| Bellinger & Bellinger III, LLC | 4-3-13 | 127987 |
| Crocker's Welding & Equipment Service, Inc. | 4-3-13 | 128132 |
| Artisan Kitchen & Bath dba C. Adams Construction & Design, LLC | 4-4-13 | 128183 |
| C. Adams Construction & Design, LLC | 4-4-13 | 128184 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Solar Works dba C. Adams Construction & Design, LLC | 4-4-13 | 128185 |
| John H. Bohlke, Inc. | 4-4-13 | 128201 |
| Huber Marine, LLC | 4-4-13 | 128202 |
| Action Jet Sports, Inc. dba Action Kawasaki Yamaha | 4-4-13 | 128203 |
| JA Harris LTD DBA C.A.S.H.'s Restaurant Equipment | 4-4-13 | 128204 |
| Barnes Marine Service | 4-4-13 | 128205 |
| The Conch Shack LLC | 4-4-13 | 128206 |
| Sarasota Yacht & Ship Service, Inc. | 4-4-13 | 128207 |
| Michael R. Zoller | 4-4-13 | 128209 |
| Water-Land Manufacturing, Inc. dba Continental Trailers | 4-4-13 | 128210 |
| Lepine Builders, LLC | 4-4-13 | 128216 |
| Amy A. Lindback | 4-4-13 | 128217 |
| Affinity, LLC | 4-4-13 | 128218 |
| Seaside Key West Residences Home Owners Association, Inc. | 4-4-13 | 128219 |
| Industrial Coatings of Louisiana, LLC | 4-4-13 | 128220 |
| Seventeenth Avenue Ybor City, LLC | 4-4-13 | 128255 |
| Sireci GA, LLC | 4-4-13 | 128256 |
| Las Casitas On 5th Avenue, LLC | 4-4-13 | 128257 |
| Ybor Village Lofts II, LLC | 4-4-13 | 128259 |
| Sireci Ventures, LLC | 4-4-13 | 128260 |
| 5817/6002 Bassa St., LLC | 4-4-13 | 128264 |
| Keys Cycles, LLC | 4-4-13 | 128265 |
| N.O. East Pool & Patio, Inc. | 4-4-13 | 128266 |
| Varsity Ventures Inc. | 4-4-13 | 128268 |
| 3105 Reynolds, LLC | 4-4-13 | 128271 |
| Florida Keys Quality Foods, Inc. dba Mandalay Oceanfront Grill & Tiki | 4-4-13 | 128272 |
| Smith, James E. Jr. | 4-4-13 | 128273 |
| Gallagher General Contracting, Inc. | 4-5-13 | 128281 |
| Chris Trosset dba Reel Fly Charters | 4-5-13 | 128282 |
| Nevius, Robert D. | 4-5-13 | 128287 |