IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This document relates to: 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Venice Bayou Club, LLC | 3-13-13 | 124257 |
| Marguerite, LLC | 3-13-13 | 124259 |
| Panama City Beach Hotel, LLC | 3-14-13 | 124301 |
| Danielle's Bridal & Formal Wear, LLC | 3-14-13 | 124302 |
| Keith's Plumbing Service of Belle Chasse, Inc. | 3-14-13 | 124303 |
| Charlie Henderson Ford, Inc. | 3-14-13 | 124304 |
| Fortmeyer Farms, LLC | 3-14-13 | 124305 |
| P.G. Taste Bud's, Inc. dba Deco Cafe | 3-14-13 | 124306 |
| Adams, Nicholas Ernest | 3-14-13 | 124307 |
| Team Savage, Inc. | 3-18-13 | 124318 |
| Kiss Distributing, Inc. | 3-19-13 | 124354 |
| Hubbard's Waveland Hardware, Inc. | 3-22-13 | 125096 |
| Brunet's Cajun Restaurant, Inc. | 3-22-13 | 125151 |
| All Brands Corp A/C, Inc. | 3-22-13 | 125156 |
| Better Builders of Citrus, Inc. | 3-22-13 | 125159 |
| Catalanotto Marcades II, LLC dba Crown Vending | 3-22-13 | 125163 |
| Carefree Boat Club of Largo, Inc. | 3-22-13 | 125166 |
| CRA Consulting, Inc. | 3-22-13 | 125168 |
| Crescent Business Machines | 3-22-13 | 125170 |
| Crews Marine, Inc. | 3-22-13 | 125172 |
| Crystal Clear Pool Services | 3-22-13 | 125176 |
| Everett Management Group, Inc. | 3-22-13 | 125177 |
| Buck Kreihs Marine Repair, LLC | 3-22-13 | 125179 |
| K&K Hardware & Marine, Inc. | 3-22-13 | 125181 |
| Morgan's Construction, Inc. | 3-22-13 | 125182 |
| Billiot Bros., Inc. | 3-22-13 | 125190 |
| Damico's Refrigeration Services, LLC | 3-22-13 | 125193 |
| R.I.A.M. Pet, LLC | 3-22-13 | 125200 |
| Radiology and Interventional Associates of Metairie, LLC | 3-22-13 | 125202 |
| The Riverside Hotel, LLC | 3-22-13 | 125204 |
| Daigle Lafayette Investments, LLC | 3-22-13 | 125206 |
| New Orleans A La Carde, LLC | 3-22-13 | 125209 |
| Daigle Towing Service, LLC | 3-22-13 | 125212 |
| Landscape Accents, LLC | 3-22-13 | 125213 |
| Tours Bayou, LLC | 3-22-13 | 125216 |
| Albert & Judy, LLC | 3-22-13 | 125218 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Blue Angel Investments, LLC | 3-22-13 | 125222 |
| Bobby Anslum Construction | 3-22-13 | 125224 |
| Riverside Citrus Farm, Inc. | 3-22-13 | 125248 |
| GG's Drink Shop, Inc. | 3-22-13 | 125275 |
| Manhattan-Harvey Investments, LLC | 3-22-13 | 125277 |
| Gulf Coast Intermodal, Inc. | 3-22-13 | 125279 |
| Blanchard, Donna Shieffler | 3-22-13 | 125289 |
| 324 Clarke Road Bayou Vista, LLC | 3-22-13 | 125291 |
| Garrigan Ent. dba Image Sun Tanning Center | 3-22-13 | 125292 |
| Garrigan, Gary Lee | 3-22-13 | 125293 |
| GIO Investments, LLC | 3-22-13 | 125294 |
| B.B.F.F., Inc. dba Louisiana Spring Water | 3-22-13 | 125310 |
| Brenda Lincoln Rental Properties | 3-25-13 | 125891 |
| Robert J. LeBlanc | 3-25-13 | 125901 |
| Giordano, Wayne C. | 3-25-13 | 125902 |
| Damico, Anthony | 3-25-13 | 125903 |
| Damico, Johnette P. | 3-25-13 | 125904 |
| Weeks Island Rentals, LLC | 3-25-13 | 125906 |
| Pensacola Yacht Club, Inc. | 3-25-13 | 125907 |
| INTERLYS, Inc dba Chez les Francais | 3-25-13 | 125912 |
| Designer Business Cards, Inc. | 3-25-13 | 125918 |
| Blanchard, John Jay | 3-25-13 | 125923 |
| Pirate Island Daiquiri Shop | 3-25-13 | 126293 |
| O-Way-Pat, Inc. | 3-25-13 | 126298 |
| Nez Coupe Souvenir & Tackle Shop | 3-25-13 | 126301 |
| Grand Isle Property Management, LLC dba Landry's Camp Ground and RV Park | 3-25-13 | 126306 |
| Frank's Rentals | 3-25-13 | 126319 |
| Florida Keys Tree Service LLC | 3-25-13 | 126322 |
| Banks & Banks II, Ltd dba Topper World of Slidell | 3-27-13 | 126750 |
| Banks & Banks II, Ltd dba Topper World of Gulfport | 3-27-13 | 126751 |
| Expert Marine Services of Palm Harbor, Inc. | 3-27-13 | 126752 |
| Italian American Fishing Rodeo, LLC | 3-27-13 | 126753 |
| Lakeway Deli, Inc. | 3-27-13 | 126754 |
| Islamorada Lodge No 2151, Loyal Order of Moose Inc. | 3-27-13 | 126755 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Shannon's Body Shop, Inc. | 3-27-13 | 126766 |
| Paradise Shipping Depot, Inc. | 3-27-13 | 126767 |
| Volk, Merry S. | 3-27-13 | 126768 |
| B. Cameron, Ltd. | 3-27-13 | 126769 |
| Banks, Weldon | 3-28-13 | 126824 |
| Paco's Grass Cutting | 3-28-13 | 126825 |
| Erickson Powerboats.com Inc. | 3-28-13 | 126826 |
| Pecoraro, Davina Cognevish | 3-29-13 | 126873 |
| Kain, Joan Ficovich | 3-29-13 | 126874 |
| Taylor, Maurissa Cognevich | 3-29-13 | 126875 |
| Landry, Laine P. Sr. | 3-29-13 | 126920 |
| Gregory L. Durr, Inc. dba Durr Environmental Services | 3-29-13 | 127040 |
| Dream Condo Unit 1405, L.L.C. (AMENDED) | 4-1-13 | 127136 |
| P & J Trucking, Inc. | 4-1-13 | 127143 |
| LaSalle Rentals, LLC | 4-2-13 | 127500 |
| Diamondhead Title Co., Inc. | 4-2-13 | 127791 |
| The Casano Law Firm, P.A. | 4-2-13 | 127796 |
| Moore, Wanda Ficovich | 4-3-13 | 127958 |
| Napolitano, Ltd. dba GTS Lawn Care | 4-3-13 | 127963 |
| Putty & Paint, LLC | 4-3-13 | 127965 |
| Tijuana Willies Cafe & Cantina Inc. | 4-3-13 | 127967 |
| Troy Plota, LLC | 4-3-13 | 127968 |
| The Sole Man, Inc. | 4-3-13 | 127970 |
| Sunray Boats of Florida, Inc. dba Sunray Marine | 4-3-13 | 127973 |
| Roberta Andrews Mira, P.A. | 4-3-13 | 127975 |
| Wilcox Pet Center, Inc. dba Pet's Plus | 4-3-13 | 127976 |
| Island View (Island Veiw) | 4-3-13 | 127980 |
| Bellinger & Bellinger II, Ltd. | 4-3-13 | 127982 |
| Bellinger & Bellinger, Ltd. | 4-3-13 | 127984 |
| Bellinger & Bellinger III, LLC | 4-3-13 | 127987 |
| Crocker's Welding & Equipment Service, Inc. | 4-3-13 | 128132 |
| Artisan Kitchen & Bath dba C. Adams Construction & Design, LLC | 4-4-13 | 128183 |
| C. Adams Construction & Design, LLC | 4-4-13 | 128184 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Solar Works dba C. Adams Construction & Design, LLC | 4-4-13 | 128185 |
| John H. Bohlke, Inc. | 4-4-13 | 128201 |
| Huber Marine, LLC | 4-4-13 | 128202 |
| Action Jet Sports, Inc. dba Action Kawasaki Yamaha | 4-4-13 | 128203 |
| JA Harris LTD DBA C.A.S.H.'s Restaurant Equipment | 4-4-13 | 128204 |
| Barnes Marine Service | 4-4-13 | 128205 |
| The Conch Shack LLC | 4-4-13 | 128206 |
| Sarasota Yacht & Ship Service, Inc. | 4-4-13 | 128207 |
| Michael R. Zoller | 4-4-13 | 128209 |
| Water-Land Manufacturing, Inc. dba Continental Trailers | 4-4-13 | 128210 |
| Lepine Builders, LLC | 4-4-13 | 128216 |
| Amy A. Lindback | 4-4-13 | 128217 |
| Affinity, LLC | 4-4-13 | 128218 |
| Seaside Key West Residences Home Owners Association, Inc. | 4-4-13 | 128219 |
| Industrial Coatings of Louisiana, LLC | 4-4-13 | 128220 |
| Seventeenth Avenue Ybor City, LLC | 4-4-13 | 128255 |
| Sireci GA, LLC | 4-4-13 | 128256 |
| Las Casitas On 5th Avenue, LLC | 4-4-13 | 128257 |
| Ybor Village Lofts II, LLC | 4-4-13 | 128259 |
| Sireci Ventures, LLC | 4-4-13 | 128260 |
| 5817/6002 Bassa St., LLC | 4-4-13 | 128264 |
| Keys Cycles, LLC | 4-4-13 | 128265 |
| N.O. East Pool & Patio, Inc. | 4-4-13 | 128266 |
| Varsity Ventures Inc. | 4-4-13 | 128268 |
| 3105 Reynolds, LLC | 4-4-13 | 128271 |
| Florida Keys Quality Foods, Inc. dba Mandalay Oceanfront Grill & Tiki | 4-4-13 | 128272 |
| Smith, James E. Jr. | 4-4-13 | 128273 |
| Gallagher General Contracting, Inc. | 4-5-13 | 128281 |
| Chris Trosset dba Reel Fly Charters | 4-5-13 | 128282 |
| Nevius, Robert D. | 4-5-13 | 128287 |