# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No. MDL NO. 2179<br><br>Civil Action No. 2:10-MD-02179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:10-cv-08888-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Last Name | First Name | Date Terminated | Document Number |
|---|---|---|---|
| REYNOLDS | SHAWN | 02/11/2013 | 81706, 97766 |
| RICHARDSON, III | ALLEN | 02/11/2013 | 82788 |
| ROBERSON | JACQUELINE | 02/11/2013 | 62386, 97795 |
| ROBERSON | JULIUS | 02/11/2013 | 82791 |
| ROBERTS | DWAYNE | 02/11/2013 | 82792 |
| ROBINSON | DANE | 02/11/2013 | 62400 |
| ROBINSON | DANNY | 02/11/2013 | 62409 |
| ROBINSON | JOHN | 02/11/2013 | 56633, 81702 |
| ROBY | CHARLES | 02/11/2013 | 83756, 109743 |
| ROGERS | MICKEL | 02/11/2013 | 56599, 81696 |
| ROGERS | NOVA | 02/11/2013 | 83991 |
| ROQUE | ALEXIS | 02/11/2013 | 82646 |
| RUELAS (SILVA) | ARTURO | 02/11/2013 | 83738 |
| SAAID | ENTISAR | 02/11/2013 | 83619 |
| SALDANA | JUAN | 02/11/2013 | 62508 |
| SALISBURY | DEBBIE | 02/11/2013 | 83847 |

| | | | |
|---|---|---|---|
| SAMBUJUC | VEACESLAV | 02/11/2013 | 81692, 97707 |
| SAMIS | HOWARD | 02/11/2013 | 80991, 82665 |
| SANCHEZ | VICTOR | 02/11/2013 | 83844 |
| SANDERS | MICHAEL | 02/11/2013 | 82799 |
| SANDIFER | ROSA | 02/11/2013 | 56518, 104323 |
| SAUCIER | MINDI | 02/11/2013 | 82647, 109845 |
| SCARBOUGH | AARON | 02/11/2013 | 84023 |
| SCOTT | ANTONIO | 02/11/2013 | 56629 |
| SCOTT | BEONKA | 02/11/2013 | 83983 |
| SCOTT | JAMES | 02/11/2013 | 84290 |
| SCOTT | PATRICK | 02/11/2013 | 82974 |
| SEWER | DARRELL | 02/11/2013 | 56523 |
| SHARPE | EDWARD | 02/11/2013 | 84286 |
| SIGLER | MARK | 02/11/2013 | 62569 |
| SILAS | LARRY | 02/11/2013 | 81353 |
| SIMMONS | ELMER | 02/11/2013 | 82978 |
| SIMPKINS | JEREMY | 02/11/2013 | 83978 |
| SIMPKINS | MICHAEL | 02/11/2013 | 81364 |
| SMITH | KATHY | 02/11/2013 | 84236 |
| SMITH | KENNETH | 02/11/2013 | 81351 |
| SMITH | McKENZIE | 02/11/2013 | 82993 |
| SMITH | REGINALD | 02/11/2013 | 81360 |
| SMITH | SHIRLEY | 02/11/2013 | 82910 |
| SOUBLET | MELVIN | 02/11/2013 | 82916 |
| SPINEY | JOSEPH | 02/11/2013 | 82648 |
| STETLER | RAE | 02/11/2013 | 82944 |
| STIGLET | RONALD | 02/11/2013 | 82966 |
| SWARTS | AUSTIN | 02/11/2013 | 71775, 97737 |