**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>**Case No. 2:10-cv-08888-CJB-SS** | Case No.  MDL NO. 2179<br><br>Civil Action No.  2:10-MD-02179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ATTACHMENT A

| Last Name | First Name | Termination Date | Document Number |
|---|---|---|---|
| TAYLOR | CHANNING | 02/11/2013 | 83680 |
| TEAGUE | DAMIEN | 02/11/2013 | 71777, 97692 |
| THOMAS | CORNELIUS | 02/11/2013 | 83964 |
| THOMAS | TERRY | 02/11/2013 | 83965 |
| THOMASON | AMBER | 02/11/2013 | 83887 |
| TOLIVER | MAREO | 02/11/2013 | 84223 |
| VEGA | JOSE | 02/11/2013 | 83730 |
| WALKER | DESMOND | 02/11/2013 | 56673, 97630 |
| WALKER | VERDELL | 02/11/2013 | 83656 |
| WARD | BRITTANY | 02/11/2013 | 84303 |
| WARSAME | AHMED | 02/11/2013 | 82659 |
| WASHINGTON | COURTNEY | 02/11/2013 | 83874 |
| WATKINS | CHRISTOPHER | 02/11/2013 | 83871 |
| WATSON | KEVIN | 02/11/2013 | 56561 |
| WEI | LIHUA | 02/11/2013 | 82787 |

| | | | |
|---|---|---|---|
| WHEELER | THOMAS | 02/11/2013 | 83870 |
| WHITE, JR. | ERROL | 02/11/2013 | 83849 |
| WHITE | EUGENE | 02/11/2013 | 62941, 83637 |
| WHITE | LADARYAL | 02/11/2013 | 55990 |
| WHITE | ROBERT | 02/11/2013 | 56136 |
| WHITE | TELTORIANO | 02/11/2013 | 56680 |
| WHITE | THEODIS DEREK | 02/11/2013 | 82786 |
| WILLIAMS | BOBBY | 02/11/2013 | 83866 |
| WILLIAMS | FLORINE | 02/11/2013 | 84203 |
| WILLIAMS | JARRED | 02/11/2013 | 82633 |
| WILLIAMS | LUTHER | 02/11/2013 | 83863 |
| WILLIAMS | MARCUS | 02/11/2013 | 82844, 83112 |
| WILLIAMS | THOMAS | 02/11/2013 | 83862 |
| WILLIAMS | VONTERIOUS | 02/11/2013 | 82641 |
| WILMORE | ISHMAEL | 02/11/2013 | 56695 |
| WOODS | DeSHAWNA | 02/11/2013 | 83901, 109851 |
| WORTHY | DORA | 02/11/2013 | 83899 |
| WRIGHT | BENJAMIN | 02/11/2013 | 83985, 109886 |
| WRIGHT | LAQUISHA | 02/11/2013 | 82640 |
| ZAYAS | THOMAS | 02/11/2013 | 83896 |