UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 10-3896, 11-826, 12-968 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

On March 5, 2013, the Court issued an Order and Reasons denying DuWayne Mason's motion to sever claim from Multidistrict Litigation 2179. (Rec. Doc. 8811) On April 2, DuWayne Mason filed a motion requesting that the Court reconsider its ruling, and/or vacate a portion of its ruling, and/or extend the deadline for opting out of the Medical Benefits Class as that deadline pertains to DuWayne Mason. (Rec. Doc. 9091).

**IT IS ORDERED** that any responses to DuWayne Mason's motion (Rec. Doc. 9091) shall be filed no later than <u>Tuesday, April 30, 2013</u>, at which time the motion will be deemed submitted for decision.

New Orleans, Louisiana, this 9th day of April, 2013.

_____
United States District Judge