**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>**Case No. 2:10-cv-08888-CJB-SS** | Case No.  MDL NO. 2179<br><br>Civil Action No.  2:10-MD-02179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ATTACHMENT A**

| Last Name | First Name | Termination Date | Document No. |
|---|---|---|---|
| HAYES | JAMEL | 02/11/2013 | 61734 |
| HAYNES | IESHA | 02/11/2013 | 84194 |
| HEIDELBERG | ERICA | 02/11/2013 | 55901 |
| HEMPHILL | JOSEPH | 02/11/2013 | 56104 |
| HEMPHILL | SHAWN | 02/11/2013 | 56106 |
| HENARD | MARKESTON | 02/11/2013 | 56109, 61747, 81839 |
| HERNANDEZ | ARIEL | 02/11/2013 | 80988 |
| HESTER | COREY | 02/11/2013 | 84043 |
| HILL | DANNY | 02/11/2013 | 56514 |
| HILL | SHAUN | 02/11/2013 | 82607 |
| HOLLAND | BENNIE | 02/11/2013 | 81200, 82674 |
| HOLLIMAN | AMY | 02/11/2013 | 56569 |
| HOLLINGER | BYRON | 02/11/2013 | 55910 |
| HOLLOWAY | KEVIN | 02/11/2013 | 81214 |
| HOLMES | PRINCE-LORENZO | 02/11/2013 | 82603 |
| HOPKINS | CHARLES | 02/11/2013 | 81985 |

| | | | |
|---|---|---|---|
| HORNE | AJARY | 02/11/2013 | 72851 |
| HUDGIES | DANNY | 02/11/2013 | 81346 |
| HUERTA | TEODORO | 02/11/2013 | 83773 |
| HUSBAND | MARILYN | 02/11/2013 | 81216 |
| HUTSON | MISTZE | 02/11/2013 | 80985 |
| IDOM | MILISSA | 02/11/2013 | 81989 |
| JACKSON | ALTONIO | 02/11/2013 | 56570 |
| JACKSON, JR. | JOHNNIE | 02/11/2013 | 81997 |
| JEFFERSON | WANDA | 02/11/2013 | 83183 |
| JOHNSON | JOHN | 02/11/2013 | 82642 |
| JOHNSON | LEROY | 02/11/2013 | 56703 |
| JOHNSON | TRAMAINE | 02/11/2013 | 83785 |
| JOHNSON | TREVOR | 02/11/2013 | 84307 |
| JONES | BRIDGETTE | 02/11/2013 | 84306 |
| JONES | LEANDER | 02/11/2013 | 82880 |
| JONES | REGINALD | 02/11/2013 | 83179 |
| JONES | REGINALD S. | 02/11/2013 | 48491, 61958 |
| JORDAN | HAROLD | 02/11/2013 | 83424 |
| JORDON | LOUIS | 02/11/2013 | 61965 |
| JOSEPH | ROBERT | 02/11/2013 | 82804, 83103 |
| JOURNIGAN | HENRY | 02/11/2013 | 82894 |
| KELLY | CARLOS | 02/11/2013 | 81188 |
| KEMP | ELLA | 02/11/2013 | 82898 |
| KEYES | ANQUELIC | 02/11/2013 | 82906 |
| KEYS | JONATHAN | 02/11/2013 | 56714 |
| KEYS | KEVIN | 02/11/2013 | 83937 |
| LACAZE | JERRY | 02/11/2013 | 62028 |
| LANCLOS | BEVERLY | 02/11/2013 | 82949 |
| LEE | SHARON | 02/11/2013 | 82951 |