Minute Entry
Barbier, J.
April 9, 2013
JS 10:  7hr. 54 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536    J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>CATHY PEPPER (AM)<br>TONI TUSA (PM) |

NON-JURY TRIAL
(Day twenty-four)

TUESDAY, APRIL 9, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

PSC offers agreed redactions of the expert rebuttal report of Gregg Perkin, Trex-07536: ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of Frederick Beck: ORDERED admitted. (see attached)

Witnesses: Adam (Ted) Bourgoyne, Jr., previously sworn and testified. (Expert)
Morten Emilsen, sworn and testified. (Expert)

BP offers expert report of Morten Emilen, Trex 40003: ORDERED admitted.

Witnesses: Steve Robinson, sworn and testified.
Kevin Lacy, by video deposition. Transcript of deposition excerpt accepted and filed into the record. Flash drive of deposition excerpt of Kevin Lacy offered and admitted.
Neil Shaw, sworn and testified.

Court recesses at 5:58 p.m.

Court will resume on Wednesday, April 10, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft