*PSC offered 4/9/2013 - admitted 4/9/2013 SK*

## Agreed Redactions of the Expert Rebuttal Report of Gregg Perkin, TREX-07536

The parties have agreed to the following redactions to the expert rebuttal report of Gregg Perkin, TREX-07536:

- Appendix C, pages 8-11;

- Appendix E, pages 20-26;

- Appendix F, page 30, paragraph beginning "BP's Management exercised control over BOP decisions even in the area of maintenance."

- Appendix G, page 39, bullet point that reads "Redundant MUX cable routing with one set of MUX cables routed through non-hazardous areas."

- Appendix G, page 39, bullet point that reads "Protection of the MUX cables as they run through the moon pool (which could have been done)."

- Appendix G, page 41, paragraph beginning "Post incident, it was also discovered the solenoid 103 on the yellow pod failed to function properly."

- Appendix G, pages 41-42, paragraph beginning "For the AMF to function effectively, power was derived from the battery packs located on each individual control pod."

- Appendix G, pages 42, paragraph beginning "The batteries on the blue and yellow pod had no monitoring capability and could only be tested

(1)

PSC offered 4/9/2013 - admitted 4/9/2013 SK

at the surface requiring BP to maintain strict adherence to Cameron's recommendation for replacement.";

- Appendix G, page 48, under Section title "Subsea BOP Regulatory Compliance" and paragraph on page 48, beginning "C.F.R. Title 30 Part 250;
- Appendix G, page 52, under section G.3 Training, title "Training" and paragraph beginning "BP developed a MMS Well Control Training Plan that was supposed to comply with the requirements of 30 CFR Part 250 Subpart "O".";
- Appendix G, page 53, paragraph beginning "BP's Drilling and Well Operations Practices ("DWOP") stated that:";
- Appendix G, page 53, paragraph beginning "The BP Business Units were to be adequately prepared to remediate any well control event by using the procedures in the Well Control Response Guide and the BP Well Control Manual.";
- Appendix G, page 53, paragraph beginning "On Macondo, all Transocean personnel and BP's Well Site Leaders ("WSL") had current Well Control Certifications.";
- Appendix G, page 53, paragraph beginning "BP provided procedures to be used if a kick was detected.";
- Appendix G, page 53, paragraph beginning "While BP provides procedures on basic well control, the procedures and drills do not

PSC offered 4/9/2013 - admitted 4/9/2013

encompass a "worst case" scenario such as was encountered on the HORIZON.";

- Appendix G, page 54, sentence that reads "30 CFR 250.1503 requires the Operator (BP) to ensure that its employees are adequately trained with regard to well control issues.";

- Appendix G, pages 57-59, section G.4 titled "BOP Maintenance";

- Appendix G, page 59, section G.5 titled "Best Available and Safest Technology ("BAST");

- Appendix G, page 61;

- Appendix G, page 62, Figure G.10;

- Appendix G, pages 64-65, section titled "BOP Stack Monitoring System:" (ending on page 65 before the last paragraph beginning "BP, as the owner of the Thunderhorse production platform, had DVS ram blocks and tandem boosters configured in its BOP.");

- Appendix G, pages 65-66, section titled "Alarm Systems";

- Appendix H, pages 70-71 (ending on page 71 before section titled "H.2 Maximum Allowable Surface Pressure ("MASP")");

- Appendix H, pages 81-84, section titled "H.3 Well Control Responsibilities" (ending on page 84 before paragraph that begins "BP's Risk Register, with regard to the BOP, does not list a blowout, or uncontrolled well flow, as a perceived risk.");

- Sentence in Appendix K, page 99, in comment section of item entitled "Non-inclusion of Double "V" Shear Rams in BSR.", "BAST not used.";

(3)

PSC offered 4/9/2013 - offered 4/9/2013
SK

- Appendix K, page 99, item and comment entitled "Non-Rechargeable batteries in the Blue and Yellow Control Pods.";

- Appendix K, page 100, item and comment entitled "Discharged batteries in the Blue Control Pod.";

- Appendix K, page 100, item and comment entitled "Inability to monitor battery charge at surface.";

- Appendix K, page 100, item and comment entitled "Mark II Control System not BAST for Macondo.";

- Appendix K, page 100, item and comment entitled "The original Ram-Type BOP Bonnets were out of certification as stipulated by MMS.";

- Appendix K, page 100, item and comment entitled "No surface alarms to detect high temperatures, high flows and/or high pressures in the BOP.";

- Appendix K, page 101, item and comment entitled "No independent verification that the BOP was fit for purpose.";

- Appendix K, page 101, item and comment entitled "The MUX Cables not protected from hazardous environment.";

- Appendix K, page 102, item and comment entitled "Insufficient well control training for Well Site Leaders ("WSL")."

The PSC also agrees to withdraw the following portions of TREX-07536 from the Phase 1 trial, but reserves the right to reoffer these excerpts in the Phase 2 trial:
- Appendix G, page 42-43, section titled "ROV"

(4)