**HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO DR. FREDERICK EUGENE BECK ON DIRECT-EXAMINATION**

HESI offers the following documents it used during its April 3, 2013 direct-examination of Dr. Frederick Eugene Beck into evidence:

*admitted 4/9/2013 SK*

| | |
|---|---|
| TREX-22571 | TREX 22571.1.HESI |
| TREX-8140 | TREX 22571.2.1.HESI |
| TREX-61117 | TREX 22571.2.2.HESI |
| TREX-8154 | TREX 22571.2.3.HESI |
| TREX-4477 | TREX 22571.3.1.HESI |
| TREX-6121 | TREX 22571.3.HESI |
| D-8015 | TREX 22571.4.1.HESI |
| D-8027 | TREX 6121.1.HESI |
| TREX-901 | TREX 6121.9.1.HESI |
| TREX-1517 | TREX 6121.13.1.HESI |
| TREX-2582 | TREX 6121.16.1.HESI |
| D-8037 | TREX 6121.42.1.HESI |
| D-8038 | TREX 0901.1.HESI |
| D-8039 | TREX 0901.1.1.HESI |
| D-8040 | TREX 0901.1.2.HESI |
| TREX-22257 | TREX 1517.1.HESI |
| TREX-2584 | TREX 1517.2.1.HESI |
| TREX-4457 | TREX 2582.1.1.HESI |
| TREX-0007 | TREX 4477.2.HESI |
| TREX-3188 | TREX 4477.42.1.HESI |
| TREX-0184 | TREX 22257.1.HESI |
| TREX-4515 | TREX 22257.24.HESI |
| D-8041 | TREX 22257.26.1.HESI |
| D-8018 (07_NPT) | TREX 2584.1.1.HESI *(previously admitted)* |
| D-8249 | TREX 4457.1.1.HESI *(previously admitted)* |
| | TREX 0007.1.1.HESI |
| | TREX 3188.1.3.HESI |
| | TREX 0184.1.HESI |
| | TREX 0184.9.1.HESI |
| | TREX 0184.10.1.HESI |
| | TREX 4515.1.1.HESI |
| | TREX 4515.1.2.HESI |
| | TREX 4515.2.1.HESI |