**Designation Run Report**

MDL 10-2179 J(1)

# Lacy, Kevin - BP

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR   9 2013
LORETTA G. WHYTE
CLERK

Lacy, Kevin 06-01-2011
Lacy, Kevin 06-02-2011

excerpt played
in Court
4/9/203

Our Designations  00:06:11

Total Time  00:06:11



ID:V51                                                                                              04-09-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V51-Lacy, Kevin - BP** | |
| 15:19 - 15:20 | **Lacy, Kevin 06-01-2011 (00:00:03)**<br>15:19  Q. What is your name, please?<br>15:20  A. My name is Kevin Dennis Lacy. | V51.1 |
| 33:10 - 33:14 | **Lacy, Kevin 06-01-2011 (00:00:09)**<br>33:10  Q. And in February of 2008, what<br>33:11 role did you assume at that point?<br>33:12  A. The vice president of drilling<br>33:13 and completions for the Gulf of Mexico<br>33:14 business unit for BP. | V51.2 |
| 711:8 - 712:1 | **Lacy, Kevin 06-02-2011 (00:00:53)**<br>711:8  Q. Did you ever direct anyone in<br>711:9 your leadership team or your engineering<br>711:10 teams to choose riskier activities at the<br>711:11 sacrifice of safety?<br>711:12  A. No, absolutely not.<br>711:13  Q. And to your knowledge, did your<br>711:14 leadership team practice engineering in a way<br>711:15 that chose safety over costs?<br>711:16  A. I had full confidence in my<br>711:17 engineer -- in my D&C organization that they<br>711:18 were doing proper well design and proper risk<br>711:19 assessment commensurate with the risks that<br>711:20 we had at the time up until my departure.<br>711:21  Q. And that would include any<br>711:22 decisions that were made on the Macondo well<br>711:23 up until your departure; correct?<br>711:24  A. Those would have, of course,<br>711:25 included anything that -- that happened prior<br>712:1 to my departure relative to Macondo, yes. | V51.3 |
| 712:14 - 714:18 | **Lacy, Kevin 06-02-2011 (00:02:16)**<br>712:14 This is a cover e-mail from you to<br>712:15 Mr. Thierens, and an e-mail below from<br>712:16 Mr. Shaw to the GoM SPU leadership team.  And<br>712:17 attached to that is a document entitled "2009<br>712:18 GoM D&C Performance Summary, VP D&C, Kevin<br>712:19 Lacy." Do you see this?<br>712:20  A. Yes, I do.<br>712:21  Q. Have you seen this document<br>712:22 previously?<br>712:23  A. Yes.  I prepared this document | V51.4<br>2953.1.3<br><br>2953.2.3 |

| Page/Line | Source | ID |
|---|---|---|
| | V51-Lacy, Kevin - BP | |
| | 712:24 as a summary of the -- the GoM D&C | |
| | 712:25 performance for 2009 to document what had | |
| | 713:1 been accomplished prior to my departure. | |
| | 713:2   Q. Okay.  And so this is a review | |
| | 713:3 that you put together yourself, is that | |
| | 713:4 accurate? | |
| | 713:5   A. I -- I collated this with | |
| | 713:6 assistance from Mick Leary and from a number | |
| | 713:7 of other sources and presented that to Neil | |
| | 713:8 Shaw, yes. | |
| | 713:9   Q. You were asked yesterday about | |
| | 713:10 any staff reductions as a result of any cost | |
| | 713:11 cutting. | |
| | 713:12 Do you recall those questions | |
| | 713:13 generally? | |
| | 713:14   A. There were general questions | |
| | 713:15 about staff reductions and cost cutting, yes. | |
| | 713:16   Q. Okay.  And under "People," can | 2953.2.4 |
| | 713:17 you read to us what you wrote in your | |
| | 713:18 performance summary in 2009.  The first two | |
| | 713:19 sentences, please. | |
| | 713:20   A. Under People, yes. | |
| | 713:21 "Built staff in key areas of | |
| | 713:22 completions, projects and well site leaders | |
| | 713:23 by 47 net employees, while reducing contract | |
| | 713:24 staff by 30 people." | |
| | 713:25   Q. Go ahead.  Next sentence, too. | |
| | 714:1 I'm sorry. | |
| | 714:2   A. "This was the largest contractor | |
| | 714:3 reduction in Gulf of Mexico and had no | |
| | 714:4 visible impact on safety or operational | |
| | 714:5 performance." | |
| | 714:6   Q. Okay.  So was it the case that | |
| | 714:7 in 2009, you built a staff of 47 -- you | |
| | 714:8 increased your staff by 47 BP employees in | |
| | 714:9 the D&C GoM operations? | |
| | 714:10   A. That's accurate, yes.  It's -- | |
| | 714:11 it would be a net, because we reduced 30 | |
| | 714:12 contract staff.  So the net would have been a | |
| | 714:13 total of 17 in terms of head count. | |

| Page/Line | Source | ID |
|---|---|---|
| | **V51-Lacy, Kevin - BP** | |
| | 714:14  Q. Okay. So you cut 30 contract | |
| | 714:15 employees, but you increased 47 BP employees, | |
| | 714:16 correct? | |
| | 714:17  A. Yeah, if I recall reading this | |
| | 714:18 in terms of when we said, net employees, yes. | |
| 715:1 - 715:14 | **Lacy, Kevin 06-02-2011 (00:00:24)** | V51.5 |
| | 715:1  Q. But as a result, you | |
| | 715:2 increased the number of BP employees, | |
| | 715:3 correct? | |
| | 715:4  A. That's correct. The BP head | |
| | 715:5 count increased, yes. | |
| | 715:6  Q. And was it your view that the | |
| | 715:7 contractor reduction had no visible impact on | |
| | 715:8 safety or operational performance? | |
| | 715:9  A. No visible? | |
| | 715:10  Q. I'm sorry. Those are the words | |
| | 715:11 here, "had no visible impact on safety or | |
| | 715:12 operations." | |
| | 715:13  A. That's correct, uh-huh | |
| | 715:14 (indicating affirmatively). | |
| 715:15 - 716:1 | **Lacy, Kevin 06-02-2011 (00:00:32)** | V51.6 |
| | 715:15  Q. In 2009, in the year where there | |
| | 715:16 was reference to cost cutting, was the total | |
| | 715:17 number of people -- BP employees who were | |
| | 715:18 working in the D&C operations more than had | |
| | 715:19 been previously employed in that group in | |
| | 715:20 2008? | |
| | 715:21  A. Yeah, I don't have -- I think | |
| | 715:22 that's what this referenced. And earlier, | |
| | 715:23 there would have been a -- that point in | |
| | 715:24 time, versus 2008, that's what these -- | |
| | 715:25 reference is made to, in terms of the total | |
| | 716:1 net head counts. | |
| 716:13 - 717:7 | **Lacy, Kevin 06-02-2011 (00:00:35)** | V51.7 |
| | 716:13  Q. There is a section here titled, | |
| | 716:14 "Other Notable D&C Accomplishments"; do you | 2953.3.3 |
| | 716:15 see that? | |
| | 716:16  A. I do. | |
| | 716:17  Q. And are these the | |
| | 716:18 accomplishments that you identified as part | |

| Page/Line | Source | ID |
|---|---|---|
| | V51-Lacy, Kevin - BP | |
| | 716:19 of your performance evaluation? | |
| | 716:20  A. Yes. | |
| | 716:21  Q. The first accomplishment noted | |
| | 716:22 here is: "Fully implemented OMS and | |
| | 716:23 completed gap analysis and LMOS | |
| | 716:24 documentation." | |
| | 716:25 Do you see that? | |
| | 717:1  A. That's correct. | |
| | 717:2  Q. Okay. Were you the only person | |
| | 717:3 at BP responsible for implementing OMS? | |
| | 717:4  A. No. | |
| | 717:5  Q. Was there a team of folks that | |
| | 717:6 were working on implementing OMS? | |
| | 717:7  A. Yes. | |
| 746:8 - 746:12 | **Lacy, Kevin 06-02-2011 (00:00:12)** | V51.8 |
| | 746:8  Q. Mr. Lacy, just before the break, | |
| | 746:9 we were talking about Exhibit 2955, which is | 2955.1.2 |
| | 746:10 an e-mail from you to Mick Leary, and then it | |
| | 746:11 attaches the January 27th, 2010, letter that | |
| | 746:12 you prepared. | |
| 749:22 - 750:9 | **Lacy, Kevin 06-02-2011 (00:00:39)** | V51.9 |
| | 749:22  Q. And was that the message | 2955.2.2 |
| | 749:23 that you sent to your leadership team, or at | |
| | 749:24 least proposed to send to your leadership | |
| | 749:25 team, as of January 27th of 2010? | |
| | 750:1  A. That was my intent. | |
| | 750:2  Q. Okay. And did your tell your | 2955.2.3 |
| | 750:3 leadership team in this letter that you were | |
| | 750:4 leaving, knowing that the D&C team was in | |
| | 750:5 great shape and in good hands? | |
| | 750:6  A. The letter states that I said: | |
| | 750:7 "It is opportunity time for a change. I am | |
| | 750:8 able to leave knowing the D&C team is in | |
| | 750:9 great shape and in good hands." | |
| 751:7 - 751:18 | **Lacy, Kevin 06-02-2011 (00:00:24)** | V51.10 |
| | 751:7  Q. You go on to state that: "I'm | 2955.2.4 |
| | 751:8 also able to leave very satisfied that what | |
| | 751:9 was accomplished over the last two years was | |
| | 751:10 very important to GoM and BP. Set some great | |
| | 751:11 examples of teamwork and leadership and was | |

| Page/Line | Source | ID |
|---|---|---|
| | V51-Lacy, Kevin - BP | |
| | 751:12 very enjoyable for most of our D&C staff, | |
| | 751:13 especially myself." | |
| | 751:14  A. That's correct. | |
| | 751:15  Q. Did you believe that at the time | |
| | 751:16 that you wrote it? | |
| | 751:17  A. As it relates to the Gulf of | |
| | 751:18 Mexico, yes. | |

Our Designations = 00:06:11
**Total Time = 00:06:11**

**Documents Shown**
2953
2955

From: Lacy, Kevin
Sent: Wed Dec 02 20:47:01 2009
To: Thierens, Harry H
Subject: FW: Friday's GL Discussion
Importance: Normal
Attachments: KDL 2009 GoM D.doc

FYI - each GL starts at ME - You and I need time to discuss your performance summary ahead of Friday - here is what I sent Neil on D&C overall
<<...>>

---

From: Shaw, Neil
Sent: Wednesday, December 02, 2009 1:15 PM
To: G GOM SPU LT
Subject: Friday's GL Discussion

A heads-up. The process that I propose for Friday is that we will assume that everyone is an ME and LT members can advocate (by exception) for other ratings. Look forward to the discussion.
Neil

EXHIBIT 2953

CONFIDENTIAL

BP-HZN-2179MDL01797716

### 2009 GoM D&C Performance Summary – VP D&C Kevin Lacy

**Safety**

IPC Metric – 13 D&C recordables – *on track to meet year end metric of .64 TRIR. GoM D&C incident severity rate down 60%* despite Transocean corporate rate up 132%. *No HiPo's since early June* after D&C intervention efforts and audits at mid year. *Achieved approximately 670 days without a lost time incident* – second longest time interval in the Segment and the largest number of continuous man-hours worked without a DAFWC – led all other SPU's by a significant margin over the 2008/9 timeframe.

**People**

*Key metrics or milestones – built staff* in key areas of completions, projects, and well site leaders by 47 net employees while reducing contract staff by 30 people. This was the largest contractor reduction in GoM and had no visible impact on safety or operational performance. *Contractor percentage of the workforce reduced from 40% to 30%.* Absorbed over 41 D&C professionals into GoM from NAG and EPT and avoided unnecessary terminations. *Reduced expat count from 8 at year end 2008 to 3* at year end 2009. Overhead budget for D&C came in almost $30MM less ( GFO of $118MM ) than forecasted in 2009. Significantly improved partner recovery of D&C staff costs.

*Diversity and Inclusion* – Initiated and led a series of three meetings on D&I for the D&C ELT – expectations of team leaders, Gender Speak, and Microinequeties. D&C LT took action to provide a personal perspective every two months in the D&C portal and newsletter.

*BP Leadership Model - Energizing People* - D&C Zoomerang survey in April 2009 gave clear indication of significant progress in D&C since June 2008.:



CONFIDENTIAL

BP-HZN-2179MDL01797717



## Performance

*Completions Excellence and Performance* – focus on completions led to successfully improve completions outcomes resulting in 120,000 BOPD added vs forecast of 80,000. Early delivery and best in class completions had a major impact on GoM and Segment. Delivered 8 of 12 wells on or ahead of schedule - all 12 at higher rates than planned. Best absolute performance in terms of new well delivery and well work in the Segment.

*Costs* – first D&C organization in North America to secure new contracts in February. Reduced prices and focused efforts on costs savings resulted in $90M savings vs target of $50MM. Capital savings > $400 MM vs GFO due to better performance and lower NPT.

*Non Productive Time* -reduced completions NPT from 43% to 35% - other NPT from 46% to 32% resulting in a **savings of 211 days** productive time vs 2008. See attachments

## Other Notable D&C Accomplishments

Fully implemented OMS and completed gap analysis and LOMS documentation.

Initiated Backbone PtP pilot on first drilling rig ( Horizon ) in the Segment.

New risk tools and protocol – now being adopted by the D&C discipline as best practice.

GoM Performance target process for D&C FM's adopted as the standard for D&C.

BTB audit confirmed D&C progress on transformation and found no major gaps.

Only D&C organization in the Segment to have two Helios Finalists.

CONFIDENTIAL

BP-HZN-2179MDL01797718



Gulf of Mexico (2009 YTD Oct 31st)



Gulf of Mexico - Drilling (2009 YTD Oct 31st)

968 Tot. Days / 300 NPT Days / 31% NPT    1,020 Tot. Days / 282 NPT Days / 28% NPT



Gulf of Mexico - Completions (2009 YTD Oct 31st)

524 Tot. Days / 225 NPT Days / 43% NPT    514 Tot. Days / 181 NPT Days / 35% NPT

CONFIDENTIAL

BP-HZN-2179MDL01797719



CONFIDENTIAL

BP-HZN-2179MDL01797720

**From:** kevinlacy@juno.com
**Sent:** Thu Feb 04 19:35:27 2010
**To:** Leary, Michael J
**Subject:** Re: Checking E-mail
**Importance:** Normal
**Attachments:** Kevin's%20Note%20January%2027th[1].doc

Mick,

Here is the note I sent to HR - they asked that it not be distributed thru the normal distribution system since I no longer work there but it was Ok for me to send it individually.

I will stay in touch.

Kevin

---

Stock Options
Click to learn about options trading and get the latest information.
http://thirdpartyoffers.juno.com/TGL2141/c?cp=ZdFXFjwYH0V-
i3CW0TZhRQAAJ1Dj8dLIFY813q708FyayjuDAAYAAAAAAAAAAAAAAAAADNAAAAAAAAAAAAAAAAAAQlg
AAAAA=



EXHIBIT 2955

January 27th, 2010

GoM D&C Leadership Team:

Since the announcement of my leaving BP I am sure some of you may have wondered about my long absence and silence over the last six weeks. I am writing this note to explain the gap both in staying in touch and discussing my plans with you.

Just after I took my children to visit family in Oklahoma I had to admit my oldest son into the hospital. He was released just before Christmas but had to be readmitted the day we returned to Houston. Following his discharge he had to take daily outpatient treatments which fully consumed both his and my time for almost three weeks. I had hoped to be able to see everyone at the Holiday party but that weekend turned out to be the only weekend this semester I could take my daughter on a long promised father – daughter trip. While we were gone my son had more problems and they have consumed my last week. It has been a long period of challenges and yesterday was the first day I have been able to get outside the Woodlands for a short meeting with HR to turn in my badge and laptop. I hope you will understand my inability to stay in touch.

I want to thank each of you for your effort last year as 2009 was a great success for D&C. As I said in the December Town Hall it is rare a single group's success has had that much impact on a company the size of BP. I wish you the best in 2010 and will truly miss working with everyone. I do not want to shirk my responsibilities to help you finish your 2009 performance summaries and if you need my feedback please send them to kevinlacy@juno.com. I should have time available over the next week.

At the time I left for the holidays my plans were not finalized. I had hoped to get them completed before Christmas but my family obligations precluded that until after New Year's. I think the decision to leave BP at this time is the right one for me personally and for my family. Trying to balance my family obligations as a single father and my old job responsibilities became increasingly difficult in the last six months. It is an opportune time for a change and I am able to leave knowing the D&C team is in great shape and in good hands. I am also able to leave very satisfied that what was accomplished over the last two years was very important to GoM and BP, set some great examples of teamwork and leadership, and was very enjoyable for most of our D&C staff – especially myself.

While some things in my personal life have been very trying in the last year I have had many blessings and your support and friendship is greatly appreciated. Last year was one of the most rewarding in my professional career.

I plan to write a thank you and farewell to the ELT and D&C staff in the next week. Until then I hope you will extend to them a brief explanation of my absence. I hope to be able to come by one morning in the next month to say thank you and good bye to everyone in person. I also hope to remain in touch as friends and former teammates.

Kevin