**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| | ) | SECTION J |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE BARBIER |
| | ) | |
| IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10-CV-2771-CJB-SS | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

_____

**ORDER**

Considering the *ex parte* motion for leave to file short form joinder beyond September 16, 2011 monition date and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinder filed by Tammany Holdings Company, LLC in the action 2:10-cv-08888-CJB-SS is hereby considered to be a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.


_____
Honorable Carl J. Barbier
U.S. District Court Judge