UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**ORDER**
_____

Considering the foregoing Motion to Substitute Counsel of Record for Cuc Nguyen, filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA,

IT IS HEREBY ORDERED that Chris Coffin of Pendley, Bandin & Coffin, LLP be substituted for Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA, as counsel of record for Plaintiff Cuc Nguyen.

New Orleans, Louisiana, this _____ day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

1