UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S OBJECTIONS TO EXHIBITS OFFERED BY BP IN CONNECTION WITH STEVEN ROBINSON'S TESTIMONY**

Pursuant to Judge Barbier's instructions during trial on April 10, 2013, Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), hereby file the following objections to the exhibits offered by BP in connection with Steven Robinson's testimony:

| Trial Exhibit/Callout/ Demonstrative Number | Description | Transocean Objection |
|---|---|---|
| TREX-000296 | BP Incident Investigation Team - Notes of Interview with Mark Hafle - July 8, 2010 | Hearsay |
| TREX-000296.1.2.BP | Callout of TREX-000296 | No objection |
| TREX-000296.6.10.BP | Callout of TREX-000296 | No objection |
| TREX-037031 | Robinson Investigation Notebook | Hearsay |
| TREX-037031.1.1.BP | Callout of TREX-037031 | No objection |
| TREX-037031.13.2.BP | Callout of TREX-037031 | Hearsay |
| TREX-037031.13.3.BP | Callout of TREX-037031 | No objection |
| TREX-037031.14 | Page of TREX-037031 | Hearsay |

1

| | | |
|---|---|---|
| TREX-037031.15.4.BP | Callout of TREX-037031 | Hearsay |
| TREX-037031.17.1.BP | Callout of TREX-037031 | Hearsay |
| TREX-037031.19.1.BP | Callout of TREX-037031 | Hearsay |
| TREX-037031.22 | Page of TREX-037031 | Hearsay |
| TREX-037031.23.2.BP | Callout of TREX-037031 | Hearsay |
| TREX-037031.38.2.BP | Callout of TREX-037031 | No objection |
| TREX-037031.41.1.BP | Callout of TREX-037031 | No objection |
| TREX-037031.94.1.BP | Callout of TREX-037031 | Hearsay |
| TREX-037031.95.1.BP | Callout of TREX-037031 | No objection |

DATED:  April 10, 2013              Respectfully submitted,

By: /s/ Brad D. Brian                                By: /s/ Steven L. Roberts
Brad D. Brian                                        Steven L. Roberts
Michael R. Doyen                                     Rachel Giesber Clingman
Daniel B. Levin                                      Sean Jordan
Susan E. Nash                                        SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                            1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor                     Houston, Texas 77002
Los Angeles, CA 90071                                Tel:  (713) 470-6100
Tel: (213) 683-9100                                  Fax:  (713) 354-1301
Fax:  (213) 683-5180                                 Email: steven.roberts@sutherland.com
Email: brad.brian@mto.com                            rachel.clingman@sutherland.com
       michael.doyen@mto.com                         sean.jordan@sutherland.com
       daniel.levin@mto.com
       susan.nash@mto.com                            By: /s/ Kerry J. Miller
                                                     Kerry J. Miller
                                                     FRILOT, LLC
                                                     110 Poydras St., Suite 3700
                                                     New Orleans, LA 70163
                                                     Tel:  (504) 599-8194
By:  /s/ Edwin G. Preis                              Fax:  (504) 599-8154
Edwin G. Preis, Jr.                                  Email: kmiller@frilot.com
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501                                  John M. Elsley

2

| | |
|---|---|
| (337) 237-6062 | ROYSTON, RAYZOR, VICKERY & |
| WILLIAMS | |
| *And* | LLP |
| 601 Poydras Street, Suite 1700 | 711 Louisiana Street, Suite 500 |
| New Orleans, LA 70130 | Houston, TX 77002 |
| (504) 581-6062 | (713) 224-8380 |

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2013, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

  /s/ Kerry J. Miller_____
    Kerry J. Miller