UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-CV-08888-CJB-SS | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

---

**MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDER FILED BEYOND SEPTEMBER 16, 2011 MONITION DATE[1]**

NOW INTO COURT, through undersigned counsel, come various claimants identified in Exhibit A, who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding"). In support of their motion, the Claimants declare as follows:

1.

The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

---

[1] This motion was originally filed on April 8, 2013 (Record Doc. No. 9231), but was deemed deficient by the Clerk of Court. Thus, undersigned counsel is refiling the motion and attachments to remedy the deficiency.

2.

By order of the Court, this deadline was extended to September 16, 2011.

3.

Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4.

Because claimants were not aware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5.

No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011.  Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

6.

The Transocean Limitation Proceeding is pending and undetermined.

For these reasons, Movants respectfully request that the Court grant Movants' Motion for Leave to File Short Form Joinders and that this Court deem that said Short Form Joiners are timely filed in the Transocean Limitation Proceeding.

By attorneys:

   *s/John W. deGravelles*
**JOHN W. deGRAVELLES** (#04808)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana  70801-1910
Telephone:  225/344-3735
Facsimile:  225/336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2013, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to and provided notice by and through LexisNexis to all counsel of record.

   *s/John W. deGravelles*
**JOHN W. deGRAVELLES**