**EXHIBIT A**

| CLAIMANT NAME | DATE OF FILING | RECORD DOC NO./ SHORT FORM NO. |
|---|---|---|
| ExPert E&P Consultants, LLC | 4/8/2013 | 128394 |
| ExPert Riser Solutions, LLC | 4/8/2013 | 128393 |
| Green Marine & Industrial Equipment Company, Inc. | 4/8/2013 | 128392 |
| Gulf South Services, Inc. | 4/8/2013 | 128391 |
| Louisiana Minerals & Exploration, Inc. | 4/8/2013 | 128390 |
| Martin Midstream Partners, LP | 4/8/2013 | 128389 |
| Martin Resource Management Corporation | 4/8/2013 | 128388 |