UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-CV-08888-CJB-SS | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Monition Date and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as various claimants in "Exhibit A", in the action 2:10-CV-08888-CJB-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge