UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   APR - 8 2013 WP

LORETTA G. WHYTE
Clerk

CASE # MDL-2179
" Oil Spill J "
Deepwater Horizon

# PLAINTIFF'S RIGHTS TO FILE CLAIM

Comes now the plantiff JAMES RICHARD BAIN moves this court asking to keep his rights to file a claim in the cause above:

① Plaintiff has been incorcerated with the STATE OF FLORIDA since 9-18-2011

② Plantiff, has no contact with public or is not aware of a claims deadline.

③ Plantiff has asked, the CLERK OF COURT for the claim admistrator's address to file a claim.

WHEEFORE THE plaintiff prays that this court will keep his rights to file a claim:

I HEREBY CERITFY that a copy of this document has been furnished to Stephen J Herman 820 O'Keefe Avene, NEW ORLEANS LA. 70113 via prepaid first class U.S. MAIL on this 2 day of April 2013

James Ruchard Bain
Wakulla Correctional Int Annex
110 Melaleuca Drive
Crawforduille Fla
32327

LEGAL MAIL

TENDERED FOR FILING

APR - 8 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

James Richard Bain 883132 K1/S1S
WAKULLA C.I. ANNEX
110 MELALEUCA DR
CRAWFORDVILLE, FL 32327

LEGAL MAIL

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

Hasler
04/04/2013
US POSTAGE
$00.92

FIRST-CLASS MAIL

ZIP 32327
011D11631598

7013 3020 2102

CLERK'S OFFICE 500 POYDRAS ST C-151
UNITED STATES DISTIRCT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS LA
70130