# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-CV-08888-CJB-SS<br>And Record Doc. No. 128546 | ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

### *EX PARTE* MOTION FOR LEAVE TO FILE SHORT FORM JOINDER RECORD DOCUMENT NO. 128546 BEYOND SEPTEMBER 16, 2011 MONITION DATE[1]

NOW INTO COURT, through undersigned counsel, comes Tammany Holdings Company, LLC, who moves this Court for acceptance of their late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").

In support of their motion, the Tammany Holdings Company, LLC declares as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was extended to September 16, 2011.

3. Tammany Holdings Company, LLC contacted counsel after the Court-established deadline

---

[1] This motion was originally filed on April 10, 2013 (Record Doc. No. 128546), but was deemed deficient by the Clerk of Court. Thus, undersigned counsel is refiling the motion and attachments to remedy the deficiency.

seeking assistance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Because Tammany Holdings Company, LLC was not aware of the Court-established deadline, or had not yet fully realized their damages, it did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

6. The Transocean Limitation Proceeding is pending and undetermined.

7. Tammany Holdings Company, LLC filed its short form joinder on April 10, 2013. It was assigned docket number 128546.

For these reasons, Tammany Holdings Company, LLC respectfully requests that the Court grant Tammany Holdings Company, LLC's Motion for Leave to File Short Form Joinder and that this Court deem that said Short Form Joiner is timely filed in the Transocean Limitation Proceeding.

Respectfully submitted,

   */s/Kenny Hooks*
**Kenny Hooks**
Dodson, Hooks & Fredrick
112 Founders Drive
Baton Rouge, LA 70810
(225) 756-0222
Kenny@dodsonhooks.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2013, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

    */s/Kenny Hooks*