**Amended Exhibit "A"**

| NO. | NAME | DOCUMENT # | FILE DATE |
|---|---|---|---|
| 1 | 21 Group Inc | 127338 | 4/1/2013 |
| 2 | A Accredited Insurance Agency | 127353 | 4/1/2013 |
| 3 | A Foto Insurance Agency of Slidell LLC | 127356 | 4/1/2013 |
| 4 | A Foto Insurance Inc | 127359 | 4/1/2013 |
| 5 | A&N Properties LLC Galveston Development Corp | 127364 | 4/1/2013 |
| 6 | B&F Distributors LLC | 127373 | 4/1/2013 |
| 7 | B&G Climate Control Warehouse Inc | 127376 | 4/1/2013 |
| 8 | Baker Pile Driving & Site Work LLC | 127380 | 4/1/2013 |
| 9 | Ballard, David | 127382 | 4/1/2013 |
| 10 | Bay City Crab Inc | 127386 | 4/1/2013 |
| 11 | Blackburn Brothers Inc | 127389 | 4/1/2013 |
| 12 | Blackmon, J Lynn | 128348 | 4/5/2013 |
| 13 | Blue Ridge Properties LLC | 128189 | 4/4/2013 |
| 14 | Breathwit Marine Contractors | 127426 | 4/1/2013 |
| 15 | Breathwit Marine Shipyard | 127429 | 4/1/2013 |
| 16 | Brolin, James | 128191 | 4/4/2013 |
| 17 | Brown Finance Inc | 127436 | 4/1/2013 |
| 18 | Brown, Eric | 127434 | 4/1/2013 |
| 19 | Bruno, Cliff | 128192 | 4/4/2013 |
| 20 | Cannon, Janice | 127439 | 4/1/2013 |
| 21 | Cash2Go of Mississippi Inc | 127441 | 4/1/2013 |
| 22 | Chapel Hill LLC | 127443 | 4/1/2013 |
| 23 | Chapman Road Development LLC | 127445 | 4/1/2013 |
| 24 | Charles Bolton Individually and as Administrator | 128279 | 4/5/2013 |
| 25 | CJ Teeple Inc | 127447 | 4/1/2013 |
| 26 | Coastal Mining & Marine LLC | 128330 | 4/5/2013 |
| 27 | Crown Fish Company | 127451 | 4/1/2013 |
| 28 | D and D Consultants LLC | 127453 | 4/1/2013 |
| 29 | Dupre Brothers Construction Co Inc | 127464 | 4/1/2013 |
| 30 | E Goodwin & Sons Inc | 128193 | 4/4/2013 |
| 31 | Eastman, Andrea | 128333 | 4/5/2013 |
| 32 | Eckles, Frederick | 127465 | 4/1/2013 |
| 33 | Edge Financial Group PA | 127466 | 4/1/2013 |
| 34 | Endeavour Marina Clear Lake | 127467 | 4/1/2013 |
| 35 | EPHVAC US Inc | 127468 | 4/1/2013 |
| 36 | Estave, Laura | 128195 | 4/4/2013 |
| 37 | Fastway Fuels LLC | 128275 | 4/4/2013 |
| 38 | Fitzpatrick, Jim | 127469 | 4/1/2013 |
| 39 | Fletcher Songe Agency | 127470 | 4/1/2013 |
| 40 | Flipside Entertainment by Bo Inc | 127471 | 4/1/2013 |

| 41 | Focus Exploration I LP | 127472 | 4/1/2013 |
|---|---|---|---|
| 42 | Focus Exploration LLC | 127473 | 4/1/2013 |
| 43 | Focus Exploration, LLC dba Focus Offshore Exploration | 127474 | 4/1/2013 |
| 44 | Fritz Holdings LLC | 127475 | 4/1/2013 |
| 45 | Frogland USA LLC | 127476 | 4/1/2013 |
| 46 | Galveston Party Boats | 128222 | 4/4/2013 |
| 47 | Galveston Seawall Motel Ltd | 128335 | 4/5/2013 |
| 48 | Galveston.com & Company Inc | 127535 | 4/2/2013 |
| 49 | Gary Howard Seafood Inc | 127542 | 4/2/2013 |
| 50 | Gibson Electric Motor Sales & Service Inc | 127546 | 4/2/2013 |
| 51 | Gray Construction | 128223 | 4/4/2013 |
| 52 | Great Sage Inc | 128225 | 4/4/2013 |
| 53 | Gugliotta, Ben | 127553 | 4/2/2013 |
| 54 | Gugliotta, Gina | 127570 | 4/2/2013 |
| 55 | Gugliotta, Tia | 128226 | 4/4/2013 |
| 56 | Gulf Hydraulics and Pneumatics Inc | 127571 | 4/2/2013 |
| 57 | Gulf of Mexico Reef Fish Shareholders' Alliance | 127572 | 4/2/2013 |
| 58 | Gulf Point Real Estate LLC | 128337 | 4/5/2013 |
| 59 | Harris Crab House Inc | 127573 | 4/2/2013 |
| 60 | Harris Seafood Company LLC | 127576 | 4/2/2013 |
| 61 | Hults, Jean | 128232 | 4/4/2013 |
| 62 | Hutcheson Enterprises Inc | 128237 | 4/4/2013 |
| 63 | InterNav Surveys Group LLC | 127577 | 4/2/2013 |
| 64 | Island Insurance Agency Inc | 128338 | 4/5/2013 |
| 65 | Island Machine Works | 127578 | 4/2/2013 |
| 66 | Jana Cody Individually and as Administrator | 128280 | 4/5/2013 |
| 67 | JEL Investments III LLC | 127581 | 4/2/2013 |
| 68 | John Nelson | 127584 | 4/2/2013 |
| 69 | JSD's Boardwalk Grill and Sports Bar LLC | 128238 | 4/4/2013 |
| 70 | Junior's Fish Market Inc | 127589 | 4/2/2013 |
| 71 | Kahala Development LP | 128339 | 4/5/2013 |
| 72 | Kelley Construction Group Inc | 127590 | 4/2/2013 |
| 73 | Knotts, Jodi | 127593 | 4/2/2013 |
| 74 | Laughlin, Kathryn | 128239 | 4/4/2013 |
| 75 | LeBlanc, Vincent | 127695 | 4/2/2013 |
| 76 | Lloyd's Oyster House Inc | 127698 | 4/2/2013 |
| 77 | LD Amory Co Inc | 128263 | 4/4/2013 |
| 78 | Malin International Ship Repair | 128340 | 4/5/2013 |
| 79 | Marathon Oil Company | 128241 | 4/4/2013 |
| 80 | Massengale, Marc | 127701 | 4/2/2013 |
| 81 | McInnis, Samuel | 128242 | 4/4/2013 |
| 82 | Metro Custom Homes | 128243 | 4/4/2013 |
| 83 | Theall, Micheal | 111030 | 1/31/2012 |
| 84 | Mitchell, Matt | 128244 | 4/4/2013 |

| 85 | Mobjack Bay Seafood Inc | 12707 | 4/2/2013 |
|---|---|---|---|
| 86 | Mortgage Services of Mississippi Inc | 127710 | 4/2/2013 |
| 87 | MPMS LLC | 128245 | 4/4/2013 |
| 88 | Mr B's Seafood Inc | 127718 | 4/2/2013 |
| 89 | Multi Hull Enterprise Inc | 127721 | 4/2/2013 |
| 90 | Neighborhood Insurance Services Inc | 128246 | 4/4/2013 |
| 91 | Offshore Guides LLC | 127724 | 4/2/2013 |
| 92 | Olympia at Pier 21 Inc | 127729 | 4/2/2013 |
| 93 | Oyster Bay Development LLC | 122732 | 4/2/2013 |
| 94 | P and R Seafood Inc | 128247 | 4/4/2013 |
| 95 | Pederson Development LLC | 128248 | 4/4/2013 |
| 96 | Peyton Cotrell Interst Inc | 128341 | 4/5/2013 |
| 97 | Photon Factory LLC | 127735 | 4/2/2013 |
| 98 | Pier 6 Seafood Restaurant of Baker County | 128249 | 4/4/2013 |
| 99 | Pilger Insurance Agency Inc | 128342 | 4/5/2013 |
| 100 | Pinnacle Imports Inc | 127745 | 4/2/2013 |
| 101 | Port Royal Seafood Inc | 127750 | 4/2/2013 |
| 102 | Ramer, David | 128250 | 4/4/2013 |
| 103 | Rice Family Holdings LLLP | 128251 | 4/4/2013 |
| 104 | RJ Broadband LLC | 127753 | 4/2/2013 |
| 105 | RPM Mortgage Investments Inc | 128253 | 4/4/2013 |
| 106 | Rubino's Seafood Co Inc | 128254 | 4/4/2013 |
| 107 | Ruff & Tuff Electric Vehicles Inc | 127754 | 4/2/2013 |
| 108 | Russell Hall Seafood Inc | 128343 | 4/5/2013 |
| 109 | Schmidt, Ed | 127763 | 4/2/2013 |
| 110 | Sloane, Becky | 127767 | 4/2/2013 |
| 111 | Smith, Buntering | 128258 | 4/4/2013 |
| 112 | Southern Paradise LLC | 127770 | 4/2/2013 |
| 113 | Southwest Holdings LLC | 127773 | 4/2/2013 |
| 114 | Specialty Diving of Louisiana Inc | 127775 | 4/2/2013 |
| 115 | Specialty Offshore Inc | 127777 | 4/2/2013 |
| 116 | Specialty Rentals Inc | 127780 | 4/2/2013 |
| 117 | Subsea Americas, LLC | 111029 | 1/31/2012 |
| 118 | The Shed Franchising LLC | 127783 | 4/2/2013 |
| 119 | Tiblier, Jack & Glenda | 128344 | 4/5/2013 |
| 120 | Timbrook, Corbin | 128261 | 4/4/2013 |
| 121 | Title Cash Inc | 127786 | 4/2/2013 |
| 122 | Title Cash of Jackson Inc | 127789 | 4/2/2013 |
| 123 | Title Cash of Laurel Inc | 127801 | 4/2/2013 |
| 124 | Title Cash of Mississippi Inc | 127805 | 4/2/2013 |
| 125 | Title Cash of Mobile Inc | 127806 | 4/2/2013 |
| 126 | Toucan's Grill LLC | 128345 | 4/5/2013 |
| 127 | Trapani's Eatery Inc | 127817 | 4/2/2013 |
| 128 | Vaughan's Inc | 127819 | 4/2/2013 |
| 129 | Vidalia Fish & Ice Inc | 127822 | 4/2/2013 |

| | | | |
|---|---|---|---|
| 130 | West Gulf Marine Ltd | 127823 | 4/2/2013 |
| 131 | Whitmer, Marshall | 128262 | 4/4/2013 |
| 132 | Winn Insurance Agency | 127860 | 4/2/2013 |
| 133 | Wright's Well Control Services LLC (this short form was timely filed on April 20, 2011 as a business claim but due to an error on ECF/Pacer – it was classified as an individual instead of a business claim so out of an abundance of caution we have filed another short form to ensure it is correctly identified. However, form 85875 filed on April 20, 2011 should be classified as a business claim and also as timely filed. Nothing about this filing is intended to waive and /or adversely affect the timely filing of the short form for this Plaintiff on April 20, 2011. | 85875 & 128346 | 4/20/2011 and 4/5/2013 |