UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig § | | MDL No. 2179 |
| "Deepwater Horizon" in the § | | |
| Gulf of Mexico, on § | | SECTION: "J" |
| April 20, 2010 § | | |
| § | | Judge Barbier |
| This Document Relates to: All Cases § | | |
| § | | |
| (includes No. 2:10-cv-08888-CJB-SS) § | | Mag. Judge Shushan |

**AMENDED MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR LEAVE
TO FILE SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

**NOW INTO COURT**, through undersigned counsel, come various claimants who file this Amended Memorandum in Support of Motion For Leave To File Short Form Joinders Beyond The September 16, 2011 Deadline.  Attached to this Amended Memorandum is a list of all claimants who filed late short forms and are joint movants for the purpose of this motion.  *See Amended Exhibit "A"* "[3], [4].  These claimants seek this Honorable Court's permission to accept claimants' late-filed claims in the limitation proceeding for the following reasons:

1. Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

---

[3] Counsel is filing this Amended Motion because counsel inadvertently included in the original Motion and in the Original Exhibit "A" the names and information for various clients whose short forms were timely filed and submitted and thus should not be part of this Motion.  Counsel has Amended Exhibit "A" to remove those timely filed short form joinders.

[4] The short form for Wright's Well Control Services LLC was timely filed on April 20, 2011 as a business claim but due to an error on ECF/Pacer – Counsel recently noticed that it is classified as an individual claim instead of a business claim so out of an abundance of caution counsel filed another short form to ensure it is correctly identified.  However, form 85875 filed on April 20, 2011 should be classified as a business claim and also as timely filed.

3. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late-filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Slack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. v. M/T Shinoussa,* 980 F.2d 349, 351 (5th Cir. 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, claimants respectfully request that the Court accept their late-filed short forms and grant the accompanying Amended Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline.

Respectfully submitted,

**WILLIAMSON & RUSNAK**

__/s/ *Jimmy Williamson*_____
JIMMY WILLIAMSON
State Bar No. 21624100
4310 Yoakum Boulevard
Houston, Texas 77006
Telephone:  713/223-3330
Facsimile:  713/223-0001
Email: jimmy@jimmywilliamson.com

**Amended Exhibit "A"**

| NO. | NAME | DOCUMENT # | FILE DATE |
|---|---|---|---|
| 1 | 21 Group Inc | 127338 | 4/1/2013 |
| 2 | A Accredited Insurance Agency | 127353 | 4/1/2013 |
| 3 | A Foto Insurance Agency of Slidell LLC | 127356 | 4/1/2013 |
| 4 | A Foto Insurance Inc | 127359 | 4/1/2013 |
| 5 | A&N Properties LLC Galveston Development Corp | 127364 | 4/1/2013 |
| 6 | B&F Distributors LLC | 127373 | 4/1/2013 |
| 7 | B&G Climate Control Warehouse Inc | 127376 | 4/1/2013 |
| 8 | Baker Pile Driving & Site Work LLC | 127380 | 4/1/2013 |
| 9 | Ballard, David | 127382 | 4/1/2013 |
| 10 | Bay City Crab Inc | 127386 | 4/1/2013 |
| 11 | Blackburn Brothers Inc | 127389 | 4/1/2013 |
| 12 | Blackmon, J Lynn | 128348 | 4/5/2013 |
| 13 | Blue Ridge Properties LLC | 128189 | 4/4/2013 |
| 14 | Breathwit Marine Contractors | 127426 | 4/1/2013 |
| 15 | Breathwit Marine Shipyard | 127429 | 4/1/2013 |
| 16 | Brolin, James | 128191 | 4/4/2013 |
| 17 | Brown Finance Inc | 127436 | 4/1/2013 |
| 18 | Brown, Eric | 127434 | 4/1/2013 |
| 19 | Bruno, Cliff | 128192 | 4/4/2013 |
| 20 | Cannon, Janice | 127439 | 4/1/2013 |
| 21 | Cash2Go of Mississippi Inc | 127441 | 4/1/2013 |
| 22 | Chapel Hill LLC | 127443 | 4/1/2013 |
| 23 | Chapman Road Development LLC | 127445 | 4/1/2013 |
| 24 | Charles Bolton Individually and as Administrator | 128279 | 4/5/2013 |
| 25 | CJ Teeple Inc | 127447 | 4/1/2013 |
| 26 | Coastal Mining & Marine LLC | 128330 | 4/5/2013 |
| 27 | Crown Fish Company | 127451 | 4/1/2013 |
| 28 | D and D Consultants LLC | 127453 | 4/1/2013 |
| 29 | Dupre Brothers Construction Co Inc | 127464 | 4/1/2013 |
| 30 | E Goodwin & Sons Inc | 128193 | 4/4/2013 |
| 31 | Eastman, Andrea | 128333 | 4/5/2013 |
| 32 | Eckles, Frederick | 127465 | 4/1/2013 |
| 33 | Edge Financial Group PA | 127466 | 4/1/2013 |
| 34 | Endeavour Marina Clear Lake | 127467 | 4/1/2013 |
| 35 | EPHVAC US Inc | 127468 | 4/1/2013 |
| 36 | Estave, Laura | 128195 | 4/4/2013 |
| 37 | Fastway Fuels LLC | 128275 | 4/4/2013 |
| 38 | Fitzpatrick, Jim | 127469 | 4/1/2013 |
| 39 | Fletcher Songe Agency | 127470 | 4/1/2013 |
| 40 | Flipside Entertainment by Bo Inc | 127471 | 4/1/2013 |

| | | | |
|---|---|---|---|
| 41 | Focus Exploration I LP | 127472 | 4/1/2013 |
| 42 | Focus Exploration LLC | 127473 | 4/1/2013 |
| 43 | Focus Exploration, LLC dba Focus Offshore Exploration | 127474 | 4/1/2013 |
| 44 | Fritz Holdings LLC | 127475 | 4/1/2013 |
| 45 | Frogland USA LLC | 127476 | 4/1/2013 |
| 46 | Galveston Party Boats | 128222 | 4/4/2013 |
| 47 | Galveston Seawall Motel Ltd | 128335 | 4/5/2013 |
| 48 | Galveston.com & Company Inc | 127535 | 4/2/2013 |
| 49 | Gary Howard Seafood Inc | 127542 | 4/2/2013 |
| 50 | Gibson Electric Motor Sales & Service Inc | 127546 | 4/2/2013 |
| 51 | Gray Construction | 128223 | 4/4/2013 |
| 52 | Great Sage Inc | 128225 | 4/4/2013 |
| 53 | Gugliotta, Ben | 127553 | 4/2/2013 |
| 54 | Gugliotta, Gina | 127570 | 4/2/2013 |
| 55 | Gugliotta, Tia | 128226 | 4/4/2013 |
| 56 | Gulf Hydraulics and Pneumatics Inc | 127571 | 4/2/2013 |
| 57 | Gulf of Mexico Reef Fish Shareholders' Alliance | 127572 | 4/2/2013 |
| 58 | Gulf Point Real Estate LLC | 128337 | 4/5/2013 |
| 59 | Harris Crab House Inc | 127573 | 4/2/2013 |
| 60 | Harris Seafood Company LLC | 127576 | 4/2/2013 |
| 61 | Hults, Jean | 128232 | 4/4/2013 |
| 62 | Hutcheson Enterprises Inc | 128237 | 4/4/2013 |
| 63 | InterNav Surveys Group LLC | 127577 | 4/2/2013 |
| 64 | Island Insurance Agency Inc | 128338 | 4/5/2013 |
| 65 | Island Machine Works | 127578 | 4/2/2013 |
| 66 | Jana Cody Individually and as Administrator | 128280 | 4/5/2013 |
| 67 | JEL Investments III LLC | 127581 | 4/2/2013 |
| 68 | John Nelson | 127584 | 4/2/2013 |
| 69 | JSD's Boardwalk Grill and Sports Bar LLC | 128238 | 4/4/2013 |
| 70 | Junior's Fish Market Inc | 127589 | 4/2/2013 |
| 71 | Kahala Development LP | 128339 | 4/5/2013 |
| 72 | Kelley Construction Group Inc | 127590 | 4/2/2013 |
| 73 | Knotts, Jodi | 127593 | 4/2/2013 |
| 74 | Laughlin, Kathryn | 128239 | 4/4/2013 |
| 75 | LeBlanc, Vincent | 127695 | 4/2/2013 |
| 76 | Lloyd's Oyster House Inc | 127698 | 4/2/2013 |
| 77 | LD Amory Co Inc | 128263 | 4/4/2013 |
| 78 | Malin International Ship Repair | 128340 | 4/5/2013 |
| 79 | Marathon Oil Company | 128241 | 4/4/2013 |
| 80 | Massengale, Marc | 127701 | 4/2/2013 |
| 81 | McInnis, Samuel | 128242 | 4/4/2013 |
| 82 | Metro Custom Homes | 128243 | 4/4/2013 |
| 83 | Theall, Micheal | 111030 | 1/31/2012 |
| 84 | Mitchell, Matt | 128244 | 4/4/2013 |

| | | | |
|---|---|---|---|
| 85 | Mobjack Bay Seafood Inc | 12707 | 4/2/2013 |
| 86 | Mortgage Services of Mississippi Inc | 127710 | 4/2/2013 |
| 87 | MPMS LLC | 128245 | 4/4/2013 |
| 88 | Mr B's Seafood Inc | 127718 | 4/2/2013 |
| 89 | Multi Hull Enterprise Inc | 127721 | 4/2/2013 |
| 90 | Neighborhood Insurance Services Inc | 128246 | 4/4/2013 |
| 91 | Offshore Guides LLC | 127724 | 4/2/2013 |
| 92 | Olympia at Pier 21 Inc | 127729 | 4/2/2013 |
| 93 | Oyster Bay Development LLC | 122732 | 4/2/2013 |
| 94 | P and R Seafood Inc | 128247 | 4/4/2013 |
| 95 | Pederson Development LLC | 128248 | 4/4/2013 |
| 96 | Peyton Cotrell Interst Inc | 128341 | 4/5/2013 |
| 97 | Photon Factory LLC | 127735 | 4/2/2013 |
| 98 | Pier 6 Seafood Restaurant of Baker County | 128249 | 4/4/2013 |
| 99 | Pilger Insurance Agency Inc | 128342 | 4/5/2013 |
| 100 | Pinnacle Imports Inc | 127745 | 4/2/2013 |
| 101 | Port Royal Seafood Inc | 127750 | 4/2/2013 |
| 102 | Ramer, David | 128250 | 4/4/2013 |
| 103 | Rice Family Holdings LLLP | 128251 | 4/4/2013 |
| 104 | RJ Broadband LLC | 127753 | 4/2/2013 |
| 105 | RPM Mortgage Investments Inc | 128253 | 4/4/2013 |
| 106 | Rubino's Seafood Co Inc | 128254 | 4/4/2013 |
| 107 | Ruff & Tuff Electric Vehicles Inc | 127754 | 4/2/2013 |
| 108 | Russell Hall Seafood Inc | 128343 | 4/5/2013 |
| 109 | Schmidt, Ed | 127763 | 4/2/2013 |
| 110 | Sloane, Becky | 127767 | 4/2/2013 |
| 111 | Smith, Buntering | 128258 | 4/4/2013 |
| 112 | Southern Paradise LLC | 127770 | 4/2/2013 |
| 113 | Southwest Holdings LLC | 127773 | 4/2/2013 |
| 114 | Specialty Diving of Louisiana Inc | 127775 | 4/2/2013 |
| 115 | Specialty Offshore Inc | 127777 | 4/2/2013 |
| 116 | Specialty Rentals Inc | 127780 | 4/2/2013 |
| 117 | Subsea Americas, LLC | 111029 | 1/31/2012 |
| 118 | The Shed Franchising LLC | 127783 | 4/2/2013 |
| 119 | Tiblier, Jack & Glenda | 128344 | 4/5/2013 |
| 120 | Timbrook, Corbin | 128261 | 4/4/2013 |
| 121 | Title Cash Inc | 127786 | 4/2/2013 |
| 122 | Title Cash of Jackson Inc | 127789 | 4/2/2013 |
| 123 | Title Cash of Laurel Inc | 127801 | 4/2/2013 |
| 124 | Title Cash of Mississippi Inc | 127805 | 4/2/2013 |
| 125 | Title Cash of Mobile Inc | 127806 | 4/2/2013 |
| 126 | Toucan's Grill LLC | 128345 | 4/5/2013 |
| 127 | Trapani's Eatery Inc | 127817 | 4/2/2013 |
| 128 | Vaughan's Inc | 127819 | 4/2/2013 |
| 129 | Vidalia Fish & Ice Inc | 127822 | 4/2/2013 |

| | | | |
|---|---|---|---|
| 130 | West Gulf Marine Ltd | 127823 | 4/2/2013 |
| 131 | Whitmer, Marshall | 128262 | 4/4/2013 |
| 132 | Winn Insurance Agency | 127860 | 4/2/2013 |
| 133 | Wright's Well Control Services LLC (this short form was timely filed on April 20, 2011 as a business claim but due to an error on ECF/Pacer – it was classified as an individual instead of a business claim so out of an abundance of caution we have filed another short form to ensure it is correctly identified. However, form 85875 filed on April 20, 2011 should be classified as a business claim and also as timely filed. Nothing about this filing is intended to waive and /or adversely affect the timely filing of the short form for this Plaintiff on April 20, 2011. | 85875 & 128346 | 4/20/2011 and 4/5/2013 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2013, a copy of the foregoing Amended Motion and Amended Memorandum was sent via the Court's CM/ECF system to all counsel of record and via email to all attorneys on the Panel Attorney Service List.

                                                  /s/ *Jimmy Williamson*
                                                 JIMMY WILLIAMSON