**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | § | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | § | |
| **Gulf of Mexico, on** | § | **SECTION: "J"** |
| **April 20, 2010** | § | |
| | § | **Judge Barbier** |
| **This Document Relates to: All Cases** | § | |
| | § | |
| **(includes No. 2:10-cv-08888-CJB-SS)** | § | **Mag. Judge Shushan** |

<u>**ORDER**</u>

Considering the Amended Motion For Leave To File Short Form Joinders Filed Beyond
The September 16, 2011 Deadline and Supporting Amended Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as
various claimants in Amended Exhibit "A" of the aforementioned Motion, in the action 2:10-cv-
08888-CJB-SS are hereby considered to be timely-filed claims in the Transocean Limitation
(Civil Action No. 10-2771, by way of Civil Action No. 10-8888), in accordance with Pre-Trial
Order Nos. 24 and 25.

Signed on _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge