UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR HOMERO CAMARGO**
_____

Plaintiff Homero Camargo respectfully requests that this Honorable Court enter an order enrolling Mr. Jonathan B. Andry of the Andry Lerner LLC in substitution for Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA as counsel of record for Homero Camargo in this matter.

Dated: April 11, 2013.

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|
| BY:  /s/ *Jonathan B. Andry* | BY:  /s/ *Stephen S. Kreller* |
| ANDRY LERNER LLC | THE KRELLER LAW FIRM |
| Jonathan B. Andry | Stephen S. Kreller (LA # 28440) |
| 610 Baronne Street | 757 St. Charles Avenue, Suite 301 |
| New Orleans, LA 70113 | New Orleans, LA  70130 |
| Telephone: 504-525-5535 | Telephone:  504-484-3488 |
| Facsimile: 504-586-8933 | Facsimile:  504-294-6091 |

1

Email: jandry@andrylawgroup.com

Email: ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Homero Camargo has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of April, 2013.

/s/ *Stephen S. Kreller*_____