UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MDL NO.  2179 |
| | | SECTION:  J |
| | | JUDGE:  BARBIER |
| THIS DOCUMENT RELATES TO: No. 2:10-cv-08888; 2:10-cv-02771 | | MAGISTRATE:  SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW

NOW INTO COURT, come Peirce A. Hammond II and the Hammond Law Firm, LLC, and move this Honorable Court for permission to withdraw as counsel for Plaintiff, Whitfield's Air Conditioning & Heating, LLC and as grounds therefore state:

1. On or about April 13, 2011 Plaintiff, Whitfield's Air Conditioning & Heating, LLC filed a Direct Filing Short form into case No.: 2:10-cv-08888 identified as Rec. Doc. 52669.

2. Plaintiff and Counsel have terminated their attorney/client relationship.

3. Plaintiff has been notified by certified mail that Counsel will no longer be representing Plaintiff and of the applicable deadlines and applicable pending court appearances.

4. Plaintiff will remain in the litigation.

5. The present address and telephone number of Plaintiff is the following:

>Whitfield Air Conditioning & Heating LLC
>63388 Old Military Road
>Pearl River, LA  39470
>Phone: (985) 863-0911

6. This motion is made in good faith and will not prejudice any party.

WHEREFORE, Peirce A. Hammond, Hammond Law Firm, LLC respectfully request that this Honorable Court allow them to withdraw as counsel of record for Plaintiff, Whitfield's Air Conditioning & Heating LLC, in the above captioned action.

>Respectfully submitted,
>
>_/ s / Peirce A. Hammond II_
>Peirce A. Hammond, II (#18076)
>Hammond Law Firm, LLC
>650 Poydras Street, Suite 1400
>New Orleans, LA  70130
>Telephone: (504) 299-3458
>Facsimile: (504) 299-3491
>Email: phammond@hammond-law.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 11th day of April , 2013.  Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via certified U.S. Mail, postage prepaid and properly addressed, to the last known address of Plaintiff

>_/ s / Peirce A. Hammond II_
>Peirce A. Hammond, II