UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO.   2179 |
| | * | SECTION:   J |
| | * * | |
| THIS DOCUMENT RELATES TO: No. 2:10-cv-08888; 2:10-cv-02771 | * * * | JUDGE:   BARBIER MAGISTRATE:   SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON MOTION TO WITHDRAW

Considering the above and foregoing Motion to Withdraw,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion to Withdraw is granted, and Peirce A. Hammond II and the Hammond Law Firm, LLC are hereby allowed to withdraw as counsel for Brooke Whitfield (Doc 69723) in the above-styled civil action.

Signed in New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE