Minute Entry
Barbier, J.
April 10, 2013
JS 10:  6 hr. 5 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION<br>OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA (PM) |

NON-JURY TRIAL
(Day twenty-five)

WEDNESDAY, APRIL 10, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Halliburton offers list of exhibits/demonstratives regarding exam of Morten Emilsen: ORDERED admitted. (see attached)

Witness: Neil Shaw, previously sworn and testified.
    Daun Winslow, by video deposition. Transcript of deposition excerpt accepted and filed into the record.
    Vincent Tabler, by video deposition. Transcript of deposition excerpt accepted and filed into the record.

PSC offers list of exhibits/demonstratives regarding exam of Adam Bourgoyne, Jr.: ORDERED admitted. (see attached)

BP offers lists of exhibits/demonstratives regarding exams of Adam Bourgoyne, Jr., Steve Robinson, Morten Emilsen and Kevin Lacy: ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exam of Steve Robinson: ORDERED admitted. (see attached)

BP offers flash drives of video deposition excerpts regarding Daun Winslow and Vincent Tabler, played in court on 4/10/13: ORDERED admitted.

Witness: Lee Lambert, sworn and testified.
       David Lewis, sworn and testified. (Expert)
       Brent Lirette, sworn and testified.

Court recesses at 4:21 p.m.

Court will resume on Thursday, April 11, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, Chris Keegan