# HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO MORTEN H. EMILSEN ON CROSS-EXAMINATION

HESI offers the following documents it used during its April 9, 2013 cross-examination of Morten H. Emilsen into evidence:

D-8015
TREX-7279
D-8041

*admitted 4/10/2013 SK*

TREX 7279.1.3.HESI
TREX 7279.2.1.HESI

PSC List of Exhibits/Demonstratives Used and Offered
in Connection with the Examination of Dr. Adam T. Bourgoyne, Jr. on 4/8/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION/PAGES |
|---|---|---|---|
| 22705 | CV of Dr. Adam T. Bourgoyne | | Entire Exhibit |
| 8173 | Expert Report of Dr. Adam T. Bourgoyne, Jr. | | Entire Exhibit |
| 8173.51.1 | Expert Report of Dr. Adam T. Bourgoyne, Jr. | Call out | PDF Page Only |
| 8173.68.1 | Expert Report of Dr. Adam T. Bourgoyne, Jr. | Call out | PDF Page Only |
| 8174 | Rebuttal Report of Dr. Adam T. Bourgoyne, Jr. | | Entire Exhibit |
| 41559.10.1 | Ch. 1 of Applied Drilling Engineering, SPE Textbook by Dr. Adam T. Bourgoyne | Call out | PDF Page Only |
| 4447 | BP Incident Investigation Team July 8, 2010 - Notes of Interview with Mark Hafle | | Entire Exhibit |
| 4447.6.1 | BP Incident Investigation Team July 8, 2010 - Notes of Interview with Mark Hafle | Call out | PDF Page Only |
| 21829 | "Review of Recent Diverter Performance During Well Control Emergencies" - by Dr. Bourgoyne - 3/3/89 | | Entire Exhibit |
| 21829.4.1 | "Review of Recent Diverter Performance During Well Control Emergencies" - by Dr. Bourgoyne - 3/3/89 | Call out | PDF Page Only |
| 2188.10 | The Transocean Major Accident Hazard Risk Assessment for the Deepwater Horizon | | Already admitted in full |
| D-3282 (b - n) | Decisions | | Demonstratives |
| D-3282.n.1 | Decisions w/ responses of witness | | Demonstrative |

admitted 4/10/2013 SK

# BP - Exhibits for BOURGOYNE

BP offers the following documents it used during its examination of Dr. Adam "Ted" Bourgoyne into evidence:

Admitted 4/10/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4117A | What is Formation Pore Pressure? |
| D-4118A | Formation Pore Pressure is Controlled by Mud Weight |
| D-4155A | Leak-Off Test Results for 13-5/8" Shoe |
| D-4157A | Formation Integrity Test Results for 9-7/8" Shoe |
| D-4162 | LOT Results are Often Higher Than Expected |
| D-4163 | Comparison of Predicted Fracture Gradients and Pressure Integrity Test Results for MC 252 Area |
| D-4204A | Well Unloading Sequence Calculated for "Piston-Like" Displacement |
| D-4205A | Kick Indications That Were Not Detected |
| D-4363.1 | Deepwater Horizon - Vertical Scale; Not to Horizontal Scale |
| D-4363.2 | Deepwater Horizon - Vertical Scale; Not to Horizontal Scale |
| D-4363.3 | Deepwater Horizon - Vertical Scale; Not to Horizontal Scale |
| D-4675 | Transocean Decision Matrix for Loss Circulation While Drilling |
| D-4726 | Static Well Condition |
| D-4726 | Static Well Condition |
| D-4730 | What is a Pressure Integrity Test or Shoe Test |
| D-4731 | Hypothetical Fracture Scenario 1: Casing Shoe Strength Overcome (Stage 1) |
| D-4732 | Hypothetical Fracture Scenario 1: Casing Shoe Strength Overcome (Stage 2) |
| D-4733 | Hypothetical Fracture Scenario 1: Casing Shoe Strength Overcome (Stage 3) |
| D-4735 | Hypothetical Fracture Scenario 2: Weak Zone Below the Casing Shoe (Stage 2) |
| D-4736 | Hypothetical Fracture Scenario 2: Weak Zone Below the Casing Shoe (Stage 3) |
| D-4737 | 13-5/8" Pressure Integrity Test |
| D-4742 | Mud Log for 13-5/8" Shoe Test |
| D-4744 | Mud Log for 9-7/8" Shoe Test |
| D-4746 | Dr. Huffman's Issues for 9 7/8" Shoe |
| D-4750 | Drilling Summary for Last Hole Section Below 9-7/8" Liner |
| D-4751 | Drilling Summary for Last Hole Section (Continued) |
| D-4753 | Drilling Summary for Last Hole Section (Continued) |

# BP - Exhibits for BOURGOYNE (cont'd)

admitted 4/10/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4754 | Drilling Summary for Last Hole Section (Continued) |
| D-4755 | Temporary Abandonment |
| D-4756 | Temporary Abandonment |
| D-4756A | Temporary Abandonment |
| D-4764 | Indicators of a Valid Shoe Test |
| D-4842.1 | Summary of Opinions |
| D-4842.2 | Summary of Opinions |
| D-4842.3 | Summary of Opinions |
| D-4848 | Materials Considered in Analysis |
| D-4849 | 9 7/8" Shoe Test Was Valid - Marty Albertin |
| D-4850 | 9 7/8" Shoe Test Was Valid - Pinky Vinson |
| D-4855 | 16" and 9-7/8" Casing Pressure Integrity Tests |
| D-4867 | MMS Drilling Engineer - Shoe Test |
| D-4905 | Decisions - in Response to D3282 |
| D-4907 | David Trocquet - Shoe Test |
| D-4908 | Michael Saucier - Shoe Test |
| TREX-000547.1.1.BP | Callout of TREX-000547 |
| TREX-001343 | 4/2/2010 Email from M. Albertin - M. Morel & J. LeBleu, et al. re RE: Macondo 9-78 LOT FIT Worksheet.xls |
| TREX-001343.1.2.BP | Callout of TREX-001343 |
| TREX-001558 | 30 C.F.R. Section 250.427: What are the requirements for pressure integrity tests? |
| TREX-001558.1.1.BP | Callout of TREX-001558 |
| TREX-004533 | 9/23/2010 Email from M. Alberty - K. Mix & J. Bellow re RE: Email re MC252 #1 (w/ attachments) |
| TREX-004533.26.6.BP | Callout of TREX-004533 |
| TREX-004533.28 | Page of TREX-004533 |
| TREX-007510.36.2.BP | Callout of TREX-007510 |
| TREX-008173 | Expert Report of Adam T. Bourgoyne |
| TREX-008173.1.1.BP | Callout of TREX-008173 |
| TREX-008173.1.2.BP | Callout of TREX-008173 |
| TREX-008173.10.1.BP | Callout of TREX-008173 |
| TREX-008173.52.1.BP | Callout of TREX-008173 |
| TREX-008173.61.1.BP | Callout of TREX-008173 |
| TREX-008173.71.2.BP | Callout of TREX-008173 |
| TREX-008173.72.1.BP | Callout of TREX-008173 |
| TREX-008173.72.3.BP | Callout of TREX-008173 |
| TREX-008173.76.1.BP | Callout of TREX-008173 |
| TREX-008173.77.3.BP | Callout of TREX-008173 |

# BP - Exhibits for BOURGOYNE (cont'd)

Admitted 4/10/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-008173.78.7.BP | Callout of TREX-008173 |
| TREX-008173.78.1.BP | Callout of TREX-008173 |
| TREX-008173.79.2.BP | Callout of TREX-008173 |
| TREX-008173.85.4.BP | Callout of TREX-008173 |
| TREX-008174 | Rebuttal Expert Report of Adam T. Bourgoyne |
| TREX-008174.18.1.BP | Callout of TREX-008174 |
| TREX-008174.25.1.BP | Callout of TREX-008174 |
| TREX-008185 | New Model to Analyze Nonlinear Leak-Off Test Behavior |
| TREX-008185.1.1.BP | Callout of TREX-008185 |
| TREX-041053 | 3/22/2010 IADC Daily Drilling Report No. 5 |
| TREX-041053.1.10.BP | Callout of TREX-041053 |
| TREX-041053.2.5.BP | Callout of TREX-041053 |
| TREX-041559 | *Applied Drilling Engineering,* A.T. Bourgoyne, K.H. Milheim, M.E. Chenevert, and F.S. Young, Society of Petroleum Engineers of AIME: Dallas, TX (SPE Textbook Series Vol. 2) (1986). |
| TREX-041559.1.1.BP | Callout of TREX-041559 |

# BP - Exhibits for ROBINSON

BP offers the following documents it used during its examination of Mr. Steve Robinson into evidence:

*admitted 4/10/2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
| --- | --- |
| TREX-000296 | BP Incident Investigation Team - Notes of Interview with Mark Hafle - July 8, 2010 |
| TREX-000296.1.2.BP | Callout of TREX-000296 |
| TREX-000296.6.10.BP | Callout of TREX-000296 |
| TREX-037031 | Robinson Investigation Notebook |
| TREX-037031.1.1.BP | Callout of TREX-037031 |
| TREX-037031.13.2.BP | Callout of TREX-037031 |
| TREX-037031.13.3.BP | Callout of TREX-037031 |
| TREX-037031.14 | Page of TREX-037031 |
| TREX-037031.15.4.BP | Callout of TREX-037031 |
| TREX-037031.17.1.BP | Callout of TREX-037031 |
| TREX-037031.19.1.BP | Callout of TREX-037031 |
| TREX-037031.22 | Page of TREX-037031 |
| TREX-037031.23.2.BP | Callout of TREX-037031 |
| TREX-037031.38.2.BP | Callout of TREX-037031 |
| TREX-037031.41.1.BP | Callout of TREX-037031 |
| TREX-037031.94.1.BP | Callout of TREX-037031 |
| TREX-037031.95.1.BP | Callout of TREX-037031 |

# BP - Exhibits for EMILSEN

BP offers the following documents it used during its examination of Mr. Morten Emilsen into evidence:

*admitted 4/10/2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4319 | April 20, 2010 20:52 - 21:08 |
| D-4320A | April 20, 2010 21:08 - 21:14 |
| D-4321 | April 20, 2010 21:31 - 21:38 |
| D-4322 | April 20, 2010 21:38 - 21:49 |
| D-4342 | Potential Flow Paths as of 4/20/2010 |
| D-4345 | 9/8/2010 - BP Accident Investigation Report |
| D-4478 | No Evidence of Hydrocarbons in the Annulus |
| D-4638 | Plan at Drill Floor |
| D-4691B | Reservoir Diagram |
| D-4784 | Emilsen: Case 7 is Best Match to Evidence |
| D-4792 | Emilsen:Cumulative Gain |
| D-4852 | Emilsen: Case 7 - Best Match to Evidence |
| D-4853 | Emilsen: Inflow and Hydrocarbon Content in Well |
| D-4854 | September 16, 2010 Relief Well Intercept |
| D-4860 | Morten H. Emilsen, add energy |
| D-4861 | Emilsen: Key Findings |
| TREX-007401 | Summary and Conclusions Deepwater Horizon Incident (Morten Emilsen Expert Report) |
| TREX-040003 | Expert Report of Morten Emilsen |
| TREX-040003.1 | Page of TREX-040003 |
| TREX-041026 | Appendix W - Dynamic Simulations Deepwater Horizon Incident |
| TREX-041026.30.1.BP | Callout of TREX-041026 |
| TREX-041026.31.1.BP | Callout of TREX-041026 |

# BP - Exhibits for LACY

BP offers into evidence the following documents used during the portion of Mr. Kevin Lacy's deposition played in Court on April 9, 2013:

*admitted 4/10/2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-002953 | Email from K. Lacy to H. Thierens re: "FW: Friday's GL Discussion" and KDL 2009 GoM D Attachment |
| TREX-002953.1.5.BP | Callout of TREX-002953 |
| TREX-002953.2.8.BP | Callout of TREX-002953 |
| TREX-002953.2.9.BP | Callout of TREX-002953 |
| TREX-002953.3.5.BP | Callout of TREX-002953 |
| TREX-002955 | Email from K. Lacy to M. Leary re: Checking Email |
| TREX-002955.1.3.BP | Callout of TREX-002955 |
| TREX-002955.2.5.BP | Callout of TREX-002955 |
| TREX-002955.2.6.BP | Callout of TREX-002955 |
| TREX-002955.2.7.BP | Callout of TREX-002955 |

### TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF STEVEN ROBINSON (4/9/2013)

Transocean offers the following exhibits it used during its April 9, 2013 cross-examination of Steven Robinson into evidence:

*admitted 4/10/2013 SK*

**Trial Exhibits**

- TREX 192.3.1.TO (Callout)
- TREX 193.3.2.TO (Callout)
- TREX 4447.6.1.TO (Callout)
- TREX 7313.1.1TO (Callout)
- TREX 7313.6.1.TO (Callout)
- TREX 37031.13.1.TO (Callout)
- TREX 37031.14 (Excerpt)
- TREX 37031.95.1.TO (Callout)