# CONFERENCE ATTENDANCE RECORD

DATE: 4-12-13    TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tony Fitch | Anadarko |
| Jenny Martinez | HESI |
| Anthony Irpino | PSC |
| Sarah Liams | Anadarko |
| Alan York | Halliburton |
| Sean Fleming | " " |
| Gwen Richard | " " |
| Lauren Mitchell | " " |
| Don Haycraft | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Mark Nomellini | BP |
| Brian Barr | PSC |
| Daniel Dysart | Transocean |
| Abby Andre | US |
| Steve O'Rourke | US |
| Ryan Babiuch | BP |
| Rob Gasaway | BP |
| David Baay | TO |
| Doug Kraus | La |
| Carter Williams | TO |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## MDL 2179 - Phase Two Discovery Conference

### 4/12/13 Telephone Participants

Sarah Himmelhoch - U.S.

Corey Maze - Alabama

Ben Mayeaux - Airborne Support

Joe Eisert - BP

Carter Marshall - Linden Air

Tom Benson - U.S.

Mike Petrino - BP

Kate Tierney - Environmental Protection Agency

Joe Russell - BP