**Designation Run Report**

MDL 10-2179 JLB

# Tabler, Vincent - BP Video

Tabler, Vincent 06-13-2011
Tabler, Vincent 06-14-2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 1 0 2013   SK
LORETTA G. WHYTE
CLERK

excerpt played in
Court 4/10/2013 SK

Our Designations  00:08:18
Total Time  00:08:18



ID:V55                                              04-10-2013

| Page/Line | Source | ID |
|---|---|---|
| 11:4 - 11:21 | **Tabler, Vincent 06-13-2011 (00:00:34)**<br>11:4  Q. Are you currently<br>11:5 employed?<br>11:6  A. Yes, sir.<br>11:7  Q. By whom?<br>11:8  A. Halliburton.<br>11:9  Q. In what capacity?<br>11:10  A. I'm a service supervisor three.<br>11:11  Q. What is a service supervisor<br>11:12 three?<br>11:13  A. Cementer.<br>11:14  Q. Could you be a little bit more<br>11:15 specific as to what your duties and<br>11:16 responsibilities entail?<br>11:17  A. My duties and responsibilities<br>11:18 are to maintain and execute cement jobs<br>11:19 on -- on the rig.<br>11:20  Q. Offshore rigs?<br>11:21  A. Yes, sir. | V55.1 |
| 451:10 - 451:14 | **Tabler, Vincent 06-14-2011 (00:00:12)**<br>451:10  Q. Now, service supervisor three at<br>451:11 Halliburton, is that the highest level that<br>451:12 a cementer can obtain at Halliburton?<br>451:13  A. As far as my knowledge, yes,<br>451:14 sir. | V55.2 |
| 19:9 - 19:12 | **Tabler, Vincent 06-13-2011 (00:00:09)**<br>19:9  Q. And what did you do before then?<br>19:10  A. I was a service supervisor two.<br>19:11 I've been employed with Halliburton<br>19:12 12 years. | V55.3 |
| 30:12 - 30:20 | **Tabler, Vincent 06-13-2011 (00:00:20)**<br>30:12 I want to talk<br>30:13 generally about the DEEPWATER HORIZON.<br>30:14 When were you first<br>30:15 assigned to that rig?<br>30:16  A. February of '09.<br>30:17  Q. And you were assigned to that<br>30:18 rig as a cement -- a service supervisor<br>30:19 three?<br>30:20  A. Yes, sir. | V55.4 |

Case 2:10-md-02179-CJB-DPC   Document 9268   Filed 04/10/13   Page 3 of 8

| Page/Line | Source | ID |
|---|---|---|
| | **V55-Tabler, Vincent - BP Video** | |
| 426:5 - 426:11 | **Tabler, Vincent 06-14-2011 (00:00:18)**<br>426:5   Q. And at the April 19th meeting,<br>426:6 did anyone from BP, Halliburton, or any of<br>426:7 the other contractors express concern with<br>426:8 the cement job that was going to be<br>426:9 performed by Halliburton?<br>426:10   A. No, sir, not to my recollection.<br>426:11 I -- there wasn't any concern at all. | V55.5 |
| 378:2 - 378:6 | **Tabler, Vincent 06-14-2011 (00:00:12)**<br>378:2 Is it your testimony that<br>378:3 the cementing operations on the DEEPWATER<br>378:4 HORIZON on April 19th and 20th were<br>378:5 completed successfully?<br>378:6   A. Yes, sir. | V55.6 |
| 382:18 - 383:5 | **Tabler, Vincent 06-14-2011 (00:00:27)**<br>382:18   Q. Was there anything during the<br>382:19 cement job that raised a question in your<br>382:20 mind whether the job was completed<br>382:21 successfully?<br>382:22   A. No, sir.<br>382:23   Q. Okay.  Now, was there anything<br>382:24 that BP did during the cement job that you<br>382:25 believed was unsafe?<br>383:1   A. No, sir.<br>383:2   Q. Well, step -- take a step back.<br>383:3 Was there anything that BP<br>383:4 did on the DEEPWATER HORIZON that you<br>383:5 believe was unsafe? | V55.7 |
| 383:8 - 383:11 | **Tabler, Vincent 06-14-2011 (00:00:07)**<br>383:8   A. No, sir.<br>383:9   Q. Was there anything that BP did<br>383:10 on the DEEPWATER HORIZON that raised a<br>383:11 concern in your mind? | V55.8 |
| 383:16 - 384:8 | **Tabler, Vincent 06-14-2011 (00:00:41)**<br>383:16   A. No, sir.<br>383:17   Q. Was there anything that BP did<br>383:18 that you questioned?<br>383:19   A. No, sir.<br>383:20   Q. Has anyone from BP ever told you<br>383:21 to cut corners? | V55.9 |

Created On: 04-10-2013                                                                                                       Page 3/8

| Page/Line | Source | ID |
|---|---|---|
| | **V55-Tabler, Vincent - BP Video** | |
| | 383:22  A. No, sir. I was never -- never | |
| | 383:23  hurried, never rushed. Was never asked to | |
| | 383:24  compromise safety. | |
| | 383:25  Q. That -- that was my next | |
| | 384:1  question. | |
| | 384:2  Has anyone from BP ever | |
| | 384:3  told you to cut corners or to put cost | |
| | 384:4  ahead of safety? | |
| | 384:5  A. No, sir. | |
| | 384:6  Q. Have you ever been told that by | |
| | 384:7  anyone? | |
| | 384:8  A. No, sir. | |
| 421:1 - 421:10 | **Tabler, Vincent 06-14-2011 (00:00:34)** | V55.10 |
| | 421:1  Q. What if the -- what if BP were | |
| | 421:2  looking for full returns and lift pressure, | |
| | 421:3  are those also appropriate indicators of a | |
| | 421:4  successful cement job? | |
| | 421:5  A. Yes, sir, that's appropriate. | |
| | 421:6  Q. And have you, in your experience | |
| | 421:7  on other wells, seen operators -- other | |
| | 421:8  operators use those type of indicators to | |
| | 421:9  determine a successful cement job? | |
| | 421:10  A. Yes, sir. | |
| 427:12 - 427:22 | **Tabler, Vincent 06-14-2011 (00:00:28)** | V55.11 |
| | 427:12  Q. Now, is it consistent with what | |
| | 427:13  you've seen in your 27-year history with | |
| | 427:14  other wells that a CBL not be run after a | |
| | 427:15  cement job? | |
| | 427:16  A. Yes, sir. | |
| | 427:17  Q. Sometimes they're run, sometimes | |
| | 427:18  they're not run? | |
| | 427:19  A. That's correct. | |
| | 427:20  Q. Most of the time, you don't run | |
| | 427:21  one if the cement job went well from all | |
| | 427:22  indications? | |
| 427:25 - 428:5 | **Tabler, Vincent 06-14-2011 (00:00:13)** | V55.12 |
| | 427:25  A. Yes, sir. | |
| | 428:1  Q. And is that consistent with your | |
| | 428:2  experience across the industry, including | |
| | 428:3  other operators? | |

**V55-Tabler, Vincent - BP Video**

| Page/Line | Source | ID |
|---|---|---|
| | 428:4  A. The best of my knowledge, yes,<br>428:5 sir. | |
| 445:1 - 445:3 | **Tabler, Vincent 06-14-2011 (00:00:06)**<br>445:1  Q. Okay. Would you agree with me<br>445:2 that there's advantages and disadvantages<br>445:3 to running centralizers? | V55.13 |
| 445:6 - 445:6 | **Tabler, Vincent 06-14-2011 (00:00:01)**<br>445:6  A. Yes, sir. | V55.14 |
| 445:12 - 445:14 | **Tabler, Vincent 06-14-2011 (00:00:07)**<br>445:12  Q. And the number of centralizers<br>445:13 you should use depends on the specific<br>445:14 conditions of the well? | V55.15 |
| 445:17 - 445:17 | **Tabler, Vincent 06-14-2011 (00:00:01)**<br>445:17  A. Yes, sir. | V55.16 |
| 446:20 - 447:20 | **Tabler, Vincent 06-14-2011 (00:01:07)**<br>446:20  Q. And is it your experience at<br>446:21 other wells that sometimes, not all the<br>446:22 centralizers sent out to the well are used?<br>446:23  A. That's correct.<br>446:24  Q. And in terms of the number of<br>446:25 centralizers you've seen in the wells<br>447:1 you've worked on, you've seen people run<br>447:2 more than six centralizers on a casing<br>447:3 string, correct?<br>447:4  A. That's correct.<br>447:5  Q. And you've seen people run less<br>447:6 than six centralizers on a casing string?<br>447:7  A. That's correct.<br>447:8  Q. In fact, you've probably seen<br>447:9 casing strings where they've used no<br>447:10 centralizers before the cement job?<br>447:11  A. That's correct.<br>447:12  Q. And on those cement jobs where<br>447:13 no centralizers were used, were those<br>447:14 successful cement jobs?<br>447:15  A. The best of my knowledge, yes,<br>447:16 sir.<br>447:17  Q. So it would be consistent with<br>447:18 your industry experience that operators<br>447:19 choose to run -- a range of centralizers | V55.17 |

| Page/Line | Source | ID |
|---|---|---|
| | **V55-Tabler, Vincent - BP Video** | |
| 447:23 - 447:25 | 447:20 from very few to very many, correct?<br>**Tabler, Vincent 06-14-2011 (00:00:06)**<br>447:23  A. That's correct.<br>447:24  Q. And no one answer is correct for<br>447:25 the number of centralizers to run? | V55.18 |
| 448:3 - 448:3 | **Tabler, Vincent 06-14-2011 (00:00:02)**<br>448:3  A. That's correct. | V55.19 |
| 415:19 - 415:21 | **Tabler, Vincent 06-14-2011 (00:00:08)**<br>415:19  Q. Okay.  So what was your<br>415:20 understanding why Mr. Vidrine did not want<br>415:21 to run a full bottoms up? | V55.20 |
| 415:24 - 416:11 | **Tabler, Vincent 06-14-2011 (00:00:32)**<br>415:24  A. As I just stated, because of the<br>415:25 low frac gradient and the pore pressure.<br>416:1  Q. Uh-huh.  And was that in -- was<br>416:2 that -- did that explanation make sense to<br>416:3 you?<br>416:4  A. Yes, sir, it did.<br>416:5  Q. And is that a reason that you've<br>416:6 seen on prior cement jobs for not running a<br>416:7 bottoms-up circulation?<br>416:8  A. Yes, sir.  I've seen it a -- a<br>416:9 couple other times.<br>416:10  Q. Other operators also?<br>416:11  A. Yes, sir. | V55.21 |
| 146:20 - 146:22 | **Tabler, Vincent 06-13-2011 (00:00:08)**<br>146:20  Q. And is it your understanding<br>146:21 that the float collar did actually convert?<br>146:22  A. Yes, sir. | V55.22 |
| 433:14 - 433:21 | **Tabler, Vincent 06-14-2011 (00:00:14)**<br>433:14  Q. Okay.  Who told you they<br>433:15 converted?<br>433:16  A. I don't remember which driller<br>433:17 was on -- on tour at the time.<br>433:18  Q. Okay.  So a driller called you<br>433:19 on the headset and said, we've converted,<br>433:20 come -- come back out to the floor?<br>433:21  A. Yes, sir. | V55.23 |
| 441:21 - 441:22 | **Tabler, Vincent 06-14-2011 (00:00:05)**<br>441:21  Q. What was your conclusion at the | V55.24 |

| Page/Line | Source | ID |
|---|---|---|
| | **V55-Tabler, Vincent - BP Video** | |
| 441:25 - 442:6 | 441:22 end of the float check?<br>**Tabler, Vincent 06-14-2011 (00:00:25)**<br>441:25  A. It was not just my conclusion.<br>442:1 It was also Bob and the wellsite leader,<br>442:2 Lee, that we had a -- a good float check.<br>442:3  Q. Okay. But what was -- what was<br>442:4 your conclusion that -- was your conclusion<br>442:5 that you had a good float check?<br>442:6  A. Yes, sir -- | V55.25 |
| 442:15 - 442:18 | **Tabler, Vincent 06-14-2011 (00:00:09)**<br>442:15  Q. In your experience, is that a<br>442:16 common way to check the floats that you've<br>442:17 seen on other wells?<br>442:18  A. Yes, sir, that's correct. | V55.26 |
| 549:7 - 549:10 | **Tabler, Vincent 06-14-2011 (00:00:07)**<br>549:7  Q. So he should have --<br>549:8 Mr. Gagliano should have told BP about the<br>549:9 unsuccessful results prior to getting to<br>549:10 the point where the cement job is starting? | V55.27 |
| 549:13 - 549:13 | **Tabler, Vincent 06-14-2011 (00:00:01)**<br>549:13  A. Yes, ma'am. | V55.28 |
| 527:7 - 527:9 | **Tabler, Vincent 06-14-2011 (00:00:08)**<br>527:7  Q. If this foam cement were<br>527:8 unstable, do you think Mr. Gagliano should<br>527:9 have told you? | V55.29 |
| 527:12 - 527:14 | **Tabler, Vincent 06-14-2011 (00:00:04)**<br>527:12  A. Yes, sir.<br>527:13  Q. And if Mr. Gagliano told you,<br>527:14 would you have stopped the job? | V55.30 |
| 527:17 - 527:23 | **Tabler, Vincent 06-14-2011 (00:00:13)**<br>527:17  A. He would have mentioned it way<br>527:18 before we ever started the job.<br>527:19  Q. But if he told you the day<br>527:20 before the job, would you say, hey, I don't<br>527:21 know if that's safe. Let's talk about it.<br>527:22 Let's stop the job until we figure this<br>527:23 out? | V55.31 |
| 528:1 - 528:1 | **Tabler, Vincent 06-14-2011 (00:00:01)**<br>528:1  A. Yes, sir. | V55.32 |

| Page/Line | Source | ID |
|---|---|---|

V55-Tabler, Vincent - BP Video

Our Designations = 00:08:18  
**Total Time = 00:08:18**