**Designation Run Report**

MDL 10-2179 J(1)

# Winslow, Daun - BP Video

Winslow, Daun 04-20-2010
Winslow, Daun 04-21-2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 10 2013

LORETTA G. WHYTE
CLERK

excerpt played in court 4/10/2013

Our Designations  00:08:57

Total Time  00:08:57



ID:V50

04-10-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V50-Winslow, Daun - BP Video** | |
| 10:23 - 11:15 | **Winslow, Daun 04-20-2010 (00:00:35)** | V50.1 |
| | 10:23   Q. You are employed by Transocean? | |
| | 10:24   A. Transocean. | |
| | 10:25   Q. In April of last year, where did | |
| | 11:1 you live? | |
| | 11:2   A. I lived in Houston, Texas. | |
| | 11:3   Q. And what was your role and job | |
| | 11:4 at that time? | |
| | 11:5   A. I was an operations manager | |
| | 11:6 performance and I oversee the BP account, | |
| | 11:7 which was four drilling rigs, and another. | |
| | 11:8 So that's five operations I was accountable | |
| | 11:9 for. | |
| | 11:10   Q. All right.  And was that in the | |
| | 11:11 Gulf of Mexico, those five rigs? | |
| | 11:12   A. In the Gulf of Mexico. | |
| | 11:13   Q. All right.  Were they all | |
| | 11:14 deepwater rigs? | |
| | 11:15   A. Yes. | |
| 50:11 - 50:16 | **Winslow, Daun 04-20-2010 (00:00:23)** | V50.2 |
| | 50:11   Q. Okay.  Now, tell me this.  In | |
| | 50:12 your years working with BP engineering, do | |
| | 50:13 you have a feeling or impression about | |
| | 50:14 whether or not the BP engineering services, | |
| | 50:15 globally, are competent engineering | |
| | 50:16 operations people? | |
| 50:19 - 51:2 | **Winslow, Daun 04-20-2010 (00:00:25)** | V50.3 |
| | 50:19   A. The years that I worked as an | |
| | 50:20 operations manager performance was solely | |
| | 50:21 with BP.  And as a rig manager or a -- | |
| | 50:22 offshore, I worked with BP before.  So I | |
| | 50:23 had a lot of confidence in the capabilities | |
| | 50:24 of BP and how they manage their programs | |
| | 50:25 compared to some of the other companies | |
| | 51:1 that I worked for.  I think they got a big, | |
| | 51:2 strong engineering team. | |
| 405:25 - 406:4 | **Winslow, Daun 04-21-2011 (00:00:11)** | V50.4 |
| | 405:25   Q. All right.  Did you feel that | |
| | 406:1 all the BP people whom your rig managers | |
| | 406:2 worked with were competent and safety | |

| Page/Line | Source | ID |
|---|---|---|
| | **V50-Winslow, Daun - BP Video** | |
| 147:3 - 147:9 | 406:3 conscious people?<br>406:4  A. Yes, I believe they were.<br>**Winslow, Daun 04-20-2010 (00:00:18)**<br>147:3 We understand, and you told<br>147:4 us this, that you were on a visibility<br>147:5 visit to the -- to the rig.  And you<br>147:6 departed Houma by chopper and you arrived<br>147:7 on the rig that afternoon, I believe,<br>147:8 correct, April the 20th?<br>147:9  A. That's correct. | V50.5 |
| 154:8 - 154:23 | **Winslow, Daun 04-20-2010 (00:00:36)**<br>154:8   Q. About what time was this you<br>154:9 were in the drill shack?<br>154:10  A. I'm thinking it was around<br>154:11 five'ish.  A quarter to five.  By the time<br>154:12 it takes us to walk around the moon pool<br>154:13 and it goes down to the pontoons and be<br>154:14 back in the galley by 6:30.  You know, so<br>154:15 that's about an hour.  At that time frame,<br>154:16 that takes all of a good hour.  So it could<br>154:17 have been a little earlier, you know, 4:45.<br>154:18 I can't remember from my notes right now<br>154:19 the exact time.<br>154:20   Q. Is your best feel they were<br>154:21 talking about the negative pressure test?<br>154:22   A. Negative pressure test or<br>154:23 displacement pressure. | V50.6 |
| 453:24 - 454:12 | **Winslow, Daun 04-21-2011 (00:00:43)**<br>453:24 Do you recall that your<br>453:25 view was that it was a professional<br>454:1 businesslike discussion that you were<br>454:2 overhearing?<br>454:3   A. It was -- call it professional.<br>454:4 You know, it was -- it appeared to be a<br>454:5 very in-depth discussion about what was<br>454:6 going on at the time.  And -- what you mean<br>454:7 by professional, you know, there was --<br>454:8 there was just calm conversation.  That's<br>454:9 the word I can use.<br>454:10   Q. Calm, cool, collected.  No | V50.7 |

**V50-Winslow, Daun - BP Video**

| Page/Line | Source | ID |
|---|---|---|
| | 454:11 confusion?<br>454:12   A. Correct. | |
| 448:20 - 449:10 | **Winslow, Daun 04-21-2011 (00:00:49)**<br>448:20   Q. When you overheard the<br>448:21 discussion and realized it was truly<br>448:22 business, you left the OIM and you left the<br>448:23 senior toolpusher with that discussion or<br>448:24 to assist in that discussion rather than<br>448:25 distract that group with your tour.  Have I<br>449:1 got that right?<br>449:2   A. Yeah.  It was a very detailed<br>449:3 discussion.  And I know both Randy and<br>449:4 Jimmy Harrell are drilling people in<br>449:5 background, and I guess I thought they'd be<br>449:6 better off staying there in the drill floor<br>449:7 than wandering around down into the columns<br>449:8 and the pontoons on a hot day.  If they<br>449:9 could provide assistance, I'm sure they<br>449:10 would do that. | V50.8 |
| 450:4 - 450:7 | **Winslow, Daun 04-21-2011 (00:00:10)**<br>450:4   Q. You left them so that if there<br>450:5 was assistance needed from the senior most<br>450:6 drilling crew on the rig, that it would be<br>450:7 available to the drill crew? | V50.9 |
| 450:11 - 450:13 | **Winslow, Daun 04-21-2011 (00:00:04)**<br>450:11   A. Yeah.  Jimmy Harrell and Randy<br>450:12 Ezell, senior toolpusher and -- and the<br>450:13 OIM. | V50.10 |
| 451:6 - 451:12 | **Winslow, Daun 04-21-2011 (00:00:18)**<br>451:6   Q. Later in the evening at<br>451:7 the meeting that you've described, you saw<br>451:8 Jimmy Harrell, right?<br>451:9   A. Yeah.  Before the meeting, yeah.<br>451:10   Q. And you -- I'm sorry.  And<br>451:11 you -- and you asked him, is everything<br>451:12 okay? | V50.11 |
| 451:16 - 451:22 | **Winslow, Daun 04-21-2011 (00:00:10)**<br>451:16   A. I said, Is everything going all<br>451:17 right on the rig floor?  Operations doing<br>451:18 good? | V50.12 |

| Page/Line | Source | ID |
|---|---|---|
| | 451:19  Q. And what did Jimmy Harrell<br>451:20 indicate?<br>451:21  A. It was a thumbs up, things are<br>451:22 good.  And we started into the meeting. | |
| 452:16 - 452:21 | **Winslow, Daun 04-21-2011 (00:00:19)**<br>452:16  Q. Did you believe on April the<br>452:17 20th that if Jimmy Harrell or Randy Ezell<br>452:18 had any question about the stability of the<br>452:19 well, that they had the authority to stop<br>452:20 work?<br>452:21  A. Without a doubt. | V50.13 |
| 454:21 - 454:25 | **Winslow, Daun 04-21-2011 (00:00:10)**<br>454:21  Q. Did either Mr. Ezell or<br>454:22 Mr. Harrell come to you that evening and<br>454:23 express any concern about the results of<br>454:24 the negative pressure test?<br>454:25  A. No. | V50.14 |
| 441:1 - 441:5 | **Winslow, Daun 04-21-2011 (00:00:11)**<br>441:1   Q. Am I accurate in -- in stating<br>441:2 that a negative pressure test is a<br>441:3 procedure familiar to drilling crews who<br>441:4 work for Transocean on offshore drilling<br>441:5 rigs? | V50.15 |
| 441:9 - 441:11 | **Winslow, Daun 04-21-2011 (00:00:05)**<br>441:9   A. Drill -- drill crews do carry<br>441:10 out the program and the negative pressure<br>441:11 tests. | V50.16 |
| 441:23 - 442:1 | **Winslow, Daun 04-21-2011 (00:00:06)**<br>441:23 The negative test is a procedure that's<br>441:24 familiar to the drilling crews that work<br>441:25 for Transocean on offshore drilling rigs,<br>442:1 right? | V50.17 |
| 442:5 - 442:17 | **Winslow, Daun 04-21-2011 (00:00:36)**<br>442:5   A. The negative pressure tests are<br>442:6 done in different ways, so, again, there's<br>442:7 different procedures, depending on the<br>442:8 circumstances, how you do the negative<br>442:9 test.  So that typically comes out in the<br>442:10 procedure format that the rig crews would<br>442:11 line up the valves and execute that | V50.18 |

| Page/Line | Source | ID |
|---|---|---|
| | **V50-Winslow, Daun - BP Video** | |
| | 442:12 negative test. | |
| | 442:13  Q. So the procedure depends on the | |
| | 442:14 context? | |
| | 442:15  A. The procedure depends on the | |
| | 442:16 context or how they're going to put the | |
| | 442:17 well under negative pressure. | |
| 477:9 - 477:10 | **Winslow, Daun 04-21-2011 (00:00:02)** | V50.19 |
| | 477:9  Q. I'm going to turn to the subject | |
| | 477:10 of kicks. | |
| 482:17 - 482:20 | **Winslow, Daun 04-21-2011 (00:00:08)** | V50.20 |
| | 482:17  Q. On the rigs you worked on as an | |
| | 482:18 assistant driller, driller, toolpusher, | |
| | 482:19 OIM, did you -- did you expect the company | |
| | 482:20 man to detect the kick? | |
| 482:24 - 482:24 | **Winslow, Daun 04-21-2011 (00:00:00)** | V50.21 |
| | 482:24  A. No. | |
| 281:15 - 281:18 | **Winslow, Daun 04-20-2010 (00:00:06)** | V50.22 |
| | 281:15  Q. So for the DEEPWATER | |
| | 281:16 HORIZON rig manager performance, was Paul | |
| | 281:17 Johnson? | |
| | 281:18  A. Yeah, that's correct. | |
| 282:6 - 282:9 | **Winslow, Daun 04-20-2010 (00:00:14)** | V50.23 |
| | 282:6  Q. So every day you and Paul | |
| | 282:7 Johnson would discuss activities that were | |
| | 282:8 planned or had happened on the HORIZON? | |
| | 282:9  A. That's correct. | |
| 498:19 - 498:21 | **Winslow, Daun 04-21-2011 (00:00:09)** | V50.24 |
| | 498:19  Q. Paul Johnson participated | |
| | 498:20 every single morning in an operational | |
| | 498:21 meeting with BP people, didn't he? | |
| 498:24 - 499:3 | **Winslow, Daun 04-21-2011 (00:00:08)** | V50.25 |
| | 498:24  A. Yeah, every morning that he was | |
| | 498:25 there.  There might have been a -- when he | |
| | 499:1 was on holiday or something, then I believe | |
| | 499:2 James Kent would go to the meeting.  There | |
| | 499:3 was always somebody present there, yeah. | |
| 408:16 - 409:9 | **Winslow, Daun 04-21-2011 (00:00:46)** | V50.26 |
| | 408:16  Q. Now, Transocean has a drilling | |
| | 408:17 engineering department or section, doesn't | |
| | 408:18 it? | |

| Page/Line | Source | ID |
|---|---|---|
| | **V50-Winslow, Daun - BP Video** | |
| | 408:19  A. Yes. | |
| | 408:20  Q. If -- when presented with a plan | |
| | 408:21 for drilling a well, the TO people on the | |
| | 408:22 rig or the rig performance managers have | |
| | 408:23 any question about the drilling plan, does | |
| | 408:24 Transocean allow them to consult with the | |
| | 408:25 drilling engineers who are employed by | |
| | 409:1 Transocean? | |
| | 409:2  A. Yes. | |
| | 409:3  Q. And does -- in your experience | |
| | 409:4 with Transocean, does that happen from time | |
| | 409:5 to time, that is, a question comes up with | |
| | 409:6 the oil company's plan and Transocean | |
| | 409:7 consults in-house to assess the plan when a | |
| | 409:8 question arises? | |
| | 409:9  A. Yes. | |
| 489:17 - 489:19 | **Winslow, Daun 04-21-2011 (00:00:05)** | V50.27 |
| | 489:17  Q. On the DEEPWATER HORIZON on | |
| | 489:18 April the 20th, was Captain Kuchta | |
| | 489:19 authorized to EDS? | |
| 489:23 - 489:25 | **Winslow, Daun 04-21-2011 (00:00:04)** | V50.28 |
| | 489:23  A. Yes. | |
| | 489:24  Q. Authorized by the rules of | |
| | 489:25 Transocean? | |
| 490:5 - 490:5 | **Winslow, Daun 04-21-2011 (00:00:00)** | V50.29 |
| | 490:5  A. Yes. | |
| 494:15 - 494:19 | **Winslow, Daun 04-21-2011 (00:00:18)** | V50.30 |
| | 494:15  Q. Do I remember correctly from | |
| | 494:16 your description of the -- of the events on | |
| | 494:17 the night of April the 20th to be that | |
| | 494:18 Captain Kuchta asked you if he should or | |
| | 494:19 could or -- use the EDS disconnect? | |
| 494:22 - 495:6 | **Winslow, Daun 04-21-2011 (00:00:28)** | V50.31 |
| | 494:22  A. From what I recall, Captain Curt | |
| | 494:23 said a whole bunch of things at once. And | |
| | 494:24 to this day, I don't know if it was would, | |
| | 494:25 should, or could within the -- the | |
| | 495:1 information that he was relating to me or | |
| | 495:2 asking me about. | |
| | 495:3  Q. And you do you recall telling | |

| Page/Line | Source | ID |
|---|---|---|
| | V50-Winslow, Daun - BP Video | |
| | 495:4 Captain Kuchta if you haven't already do<br>495:5 so, do it?<br>495:6   A. Something along that line, yes. | |

Our Designations = 00:08:57
**Total Time = 00:08:57**