UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 10-8888 | * | |
| | * | MAGISTRATE SHUSHAN |

# ORDER

Considering the Motions to Withdraw as Counsel,[1] **IT IS ORDERED** that the Motions are **GRANTED** and Cossich, Sumich, Parisiola & Taylor, LLC and its individual attorneys are hereby withdrawn as counsel for the plaintiffs/claimants listed in Exhibit A to this Order.

New Orleans, Louisiana, this 11th day of April, 2013.

_____
United States District Judge

---

[1] Record Documents 9141-9149, 9153-9159. 9161-9165, 9167-9168, 9172-9175.