|  | **Client Name** | **Client Address** | **Rec. Doc. Motion to Withdraw** | **Rec. Doc. Direct Filing Short Form** |
|---|---|---|---|---|
| 1. | Scott Reid | 609 A Fourth Street<br>Morgan City, LA 70380<br>(985) 518-3733 | 9141 | 54620 |
| 2. | Eugene A. Hickman | 8 Tommy Seal Rd.<br>Lumberton, MS 39455<br>(504) 616-1059 | 9142 | 111651 |
| 3. | Louie Harrell | P.O. Box 124<br>Berwick, LA 70342<br>(985) 312-2431 | 9143 | 54615 |
| 4. | Ranzell Domangue | 5273 Bayouside Drive<br>Chauvin, LA 70344<br>(985) 790-1551 | 9144 | 109123 |
| 5. | William Letourneau | 491 Trout River Drive<br>Jacksonville, FL 32208<br>(772) 834-7078 | 9145 | 54636 |
| 6. | Steve Reynoza | # 20120436<br>St. Mary Parish Correctional Center<br>P.O. Box 579<br>Centerville, LA 70522<br>(985) 255-3958 | 9146 | 54658 |
| 7. | Donald Barilleaux | 1317 North Sibley St.<br>Metairie, LA 70003<br>(504) 650-8385 | 9147 | 53166 |
| 8. | Benny J Chauvin, Jr. | 2600 N Bengal Rd.<br>Metairie, LA 70003<br>(504) 301-6555 | 9148 | 53193 |
| 9. | Benny J. Chauvin, Sr. | 308 Marmandie Ave.<br>River Ridge, LA 70123<br>(504) 487-0961 | 9149 | 53422 |
| 10. | Edward Scott Sullivan | PO Box 1151<br>Centerville, TX 75833<br>(409) 692-3201 | 9153 | 54765 |
| 11. | Floyd Griffin | 156 Jerica St.<br>Galliano, LA 70354<br>(985) 258-2322 | 9154 | 58119 |
| 12. | Lynwood E. Ridge, Jr. | 340 Myrtle Grove Rd.<br>Port Sulphur, LA 70083<br>(504) 458-4446 | 9155 | 65603 |
| 13. | Stacy B. Ridge | 340 Myrtle Grove Rd.<br>Port Sulphur, LA 70083<br>(504) 458-4446 | 9156 | 65639 |
| 14. | Gerald L. Cormier, Jr. | 632 Diplomat Street<br>Terrytown, LA 70056<br>(504) 906-9671 | 9157 | 66883 |

| | | | | |
|---|---|---|---|---|
| 15. | Wayne J. Galjour, Sr. | 732 Oakwood Drive<br>Gretna, LA 70056<br>(504) 914-7075 | 9158 | 66911 |
| 16. | Melvin A. Hakes, II | 4231 Hwy 43 North<br>Picayune, MS 39466<br>(601) 569-2374 | 9159 | 70854 |
| 17. | Mark Bergeron | 222 Lake Road<br>Franklin, LA 70538<br>(985) 397-1114 | 9161 | 111056 |
| 18. | George T. Reno | 111 Frickey Lane<br>Buras, LA 70041<br>(504) 453-6886 | 9162 | 109068 |
| 19. | Godfrey Cadiere, Jr. | 426 Highridge Dr.<br>Houma, LA 70363<br>(985) 226-5572 | 9163 | 109620 |
| 20. | Jack L. Bergeron, Jr. | 723 Gabriel Street<br>Apt 14<br>Patterson, LA 70342 | 9164 | 109621 |
| 21. | Edward E. Floyd | 241 Southwest Road<br>Morgan City, LA 70380<br>(985) 395-5760 | 9165 | 111011 |
| 22. | Joel Floyd | 1711 Cross Road,<br>Lot 2<br>Morgan City, LA 70380<br>(985) 412-6277 | 9167 | 111012 |
| 23. | Brent Gros | 265 Murial St.<br>Morgan City, LA 70380<br>(985) 518-6063 | 9168 | 111061 |
| 24. | Byron Joseph Liner, Jr. | 16 Rocky Road<br>Houma, LA 70363<br>(985) 232-7921 | 9172 | Original SF 85161 & Amending SF 119139 |
| 25. | Rene Romero | 225 Pontiff St.<br>Houma, LA 70363<br>(985) 232-5530 | 9173 | Original SF 90977 & Amending SF 109623 |
| 26. | Jason Liner, Sr. | 2887 Bayou Dularge Road<br>Theriot, LA 70397<br>(985) 709-7060 | 9174 | Original SF 85163 & Amending SF 119138 |
| 27. | Troy Pellegrin | 113 Oak Circle<br>Port Sulphur, LA 70083<br>(504) 329-6544 | 9175 | Original SF 73711 & Amending SF 111065 |