| Client Name | Client Company | EIN | Short Form Joinder No. |
|---|---|---|---|
| Lance Ward | Azalea City Mortgage | 6650 | 128418 |
| Jim Eady | Hamilton Mortgage Coporation | 5978 | 128378 |
| James Wilkes | Alabama Mortgage Brokers Association | 2017 | 128452 |

| Cient Name | SS# | Short Form Joinder No. |
|---|---|---|
| Lance Ward | 4456 | 128375 |
| Amy Ferguson | 1134 | 128379 |
| Jenny Jetten | 5019 | 128381 |
| Judy Clewis | 4149 | 128380 |
| Dola Patronus | 2074 | 128382 |
| Tammy Stevens | 0072 | 128383 |
| Colin Patronas | 2541 | 128384 |
| Phyllis Parker-Rosen | 2235 | 128385 |
| Zack Rogers | 1244 | 128386 |
| Douglas Ferguson | 0172 | 128410 |
| Mary Holley | 1134 | 128414 |
| Judy Clewis | 4149 | 128415 |