# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      *    MDL No. 2179
       "Deepwater Horizon" in the Gulf    *
       of Mexico, on April 20, 2010      *    SECTION "J"
                         *

This Document Relates To:       *    JUDGE BARBIER
10-2771 & 10-4536            *
                         *    MAGISTRATE SHUSHAN

## <u>ORDER</u>
### [Regarding objections to video deposition clips of Craig Gardner and Greg Garrison]

The United States and Halliburton object to videotaped deposition clips of Craig Gardner and Greg Garrison that BP proposes to play during the Phase One Trial.  The parties submitted letter briefs on this issue, which the Court has reviewed.[1]  For the reasons expressed by BP, the Court **OVERRULES** the United States' and Halliburton's objections to the Gardner and Garrison video clips.

Signed in New Orleans, Louisiana, this 12th day of April, 2013.

United States District Judge

---

[1] BP submitted its initial letter brief on April 10 and a reply brief on April 11.  The United States' and Halliburton's letter briefs were submitted on April 10 and April 11, respectively.