Exhibit A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Alvin E. Swanner | 4/11/12 | 128684 |
| Brion Properties | 4/11/12 | 128685 |