**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL NO. 2179** |
| **MARK SCHLOEGEL d/b/a SCHLOEGEL STEAMER** | **SECTION J** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE BARBIER** |
| **IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10cv-2771-CJB-SS** | **MAGISTRATE JUDGE SHUSHAN** |

**EX PARTE MOTION FOR LEAVE TO FILE SHORT FORM**
**JOINDER BEYOND SEPTEMBER 16, 2011 MONITION DATE**

**NOW INTO COURT,** through undersigned counsel, comes **MARK SCHLOEGEL d/b/a SCHLOEGEL STEAMER** (hereinafter "Movant"), who moves this Court for acceptance of their late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").

In support of their motion, the Movant declares as follows:

1.  The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2.  By order of the Court, this deadline was extended to September 16, 2011.

3. Movant contacted counsel after the Court established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4.  Because Movant was not aware of the Court-established deadline, or had not yet fully realized their damages, it did not timely file in the Transocean limitation proceeding.

5.  No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011.  Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

6.  The Transocean Limitation Proceeding is pending and undetermined.

7. Movant filed its short form joinder on April 12th, 2013.  It was assigned docket number 128749.

For these reasons, Movant respectfully requests that the Court grant its Motion for Leave to File Short Form Joinder and that this Court deem that said Short Form Joinder is timely filed in the Transocean Limitation Proceeding.

**DATED,** this the 12th day of April, 2013.


Respectfully submitted,

/s/MATTHEW G. MESTAYER


### C E R T I F I C A T E

I, hereby certify that on April 12th, 2013, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

This the 12th day of April, 2013.


/s/MATTHEW G. MESTAYER

MATTHEW G. MESTAYER
REEVES & MESTAYER, PLLC
160 MAIN STREET
PO DRAWER 1388
BILOXI, MS 39533
mgm@attorneys4people.com