UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 CARLTON WILLIAMS | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10cv-2771-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the *ex parte* motion for leave to file short form joinder beyond September 16, 2011 monition date and Support Memorandum;

It is ORDERED that the late-filed Short Form Joinder filed by **CARLTON WILLIAMS** in the action 2:10-cv-08888-CJB-SS is hereby considered to be a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge