UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| This Document Relates To: 13-492 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

On April 4, 2013, the Claims Administrator moved for leave to file a reply brief in support of its motion to dismiss the referenced case. (Rec. Doc. 9152). The Court considered the reply brief with the underlying motion to dismiss, but inadvertently failed to formally grant the motion for leave. Accordingly, the Court hereby **GRANTS** the motion for leave (Rec. Doc. 9152) and instructs the Clerk of Court to file the Claims Administrator's reply brief into the record, so that the record may be complete.

Signed in New Orleans, Louisiana, this 15th day of April, 2013.

_____
United States District Judge