UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. SECTION: | 2179 J |
| | * * | JUDGE: | BARBIER |
| THIS DOCUMENT RELATES TO: No. 2:10-cv-08888; 2:10-cv-02771 | * * | MAGISTRATE: | SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON MOTIONS TO WITHDRAW

Considering the Motions to Withdraw (Rec. Docs. 9263, 9264, 9265),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motions to Withdraw are granted, and Peirce A. Hammond II and the Hammond Law Firm, LLC are hereby allowed to withdraw as counsel for Whitfield's Air Conditioning & Heating, LLC (Doc 52669), Kirk Whitfield (Doc 6972), and Brooke Whitfield (Doc 69723) in the referenced actions.

**In future filings in this matter, Counsel is instructed to use a single, omnibus motion, rather than multiple motions that seek similar or identical relief.**

New Orleans, Louisiana, this 15th day of April, 2013.

_____
United States District Judge