UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  13-282, 13-283 | MAGISTRATE JUDGE SHUSHAN |

### STIPULATED MOTION TO EXTEND TIME
### TO RESPOND TO COMPLAINTS IN INTERPLEADER

On February 14, 2013, certain underwriters at Lloyd's, London, and various insurance companies that issued or subscribed to certain excess liability policies (collectively, the "Third Excess Layer Insurers" and the "Fourth Excess Layer Insurers") filed two complaints in interpleader (Civil Action Nos. 13-282 and 13-283) in this MDL No. 2179 against BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Products North America Inc., and BP America Inc. (collectively, "BP") and Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (collectively, "Transocean").  BP and Transocean have waived service of process and are currently due to respond to the complaints by April 16, 2013.

All parties to these cases hereby stipulate and agree, without prejudice to or waiver of any rights, claims, or defenses of any party, that the time for BP and Transocean to answer or otherwise respond to the complaints should be extended, by 20 days, to May 6, 2013, and the parties hereby jointly so move.  A proposed form of order has been filed herewith.

2

Dated: April 15, 2013                               Respectfully submitted,

/s/ David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Mark D. Herman | Christine G. England |
| Covington & Burling LLP | Covington & Burling, LLP |
| 1201 Pennsylvania Avenue, NW | One Front Street, 35th Floor |
| Washington, DC  20004-2401 | San Francisco, California  94111 |
| Tel:  (202) 662-6000 | Tel:  (415) 591-6000 |
| Fax:  (202) 778-5575 | Fax: (415) 591-6091 |
| Email: abmoore@cov.com | Email  dgoodwin@cov.com |
| Email: stucker@cov.com | Email: adepottere@cov.com |
| Email: mherman@cov.com | Email: cengland@cov.com |

COUNSEL FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA INC., BP PRODUCTS NORTH AMERICA INC., AND BP AMERICA INC.

/s/ Kerry J. Miller

| | |
|---|---|
| Steven L. Roberts (TX No. 17019300) | Kerry J. Miller (LA No. 24562) |
| Rachel Giesber Clingman (TX No. 00784125) | Frilot, L.L.C. |
| Kent C. Sullivan (TX No 19487300) | 1100 Poydras Street, Suite 3700 |
| Sutherland, Asbill & Brennan, LLP | New Orleans, Louisiana  70163 |
| 1001 Fannin Street, Suite 3700 | Tel:  (504) 599-8169 |
| Houston, Texas  77002 | Fax:  (504) 599-8154 |
| Tel:  (713) 470-6100 | Email: kmiller@frilot.com |
| Fax:  (713) 654-1301 | |

Email: steven.roberts@sutherland.com
          rachel.clingman@sutherland.com
          kent.sullivan@sutherland.com

John M. Elsley (TX, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Tel:  (713) 224-8380
Fax:  (713) 225-9945
Email: john.elseley@roystonlaw.com

COUNSEL FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.

3

/s/ Richard N. Dicharry
Richard N. Dicharry (LA No. 4929)
Evans Martin McLeod (LA No. 24846)
Kyle S. Moran (LA No. 33611)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Tel:  (504) 566-1311
Fax:  (504) 568-9130
Email:  Richard.Dicharry@phelps.com
　　　　Marty.McLeod@phelps.com
　　　　Kyle.Moran@phelps.com

COUNSEL FOR VARIOUS INSURANCE COMPANIES ISSUING OR SUBSCRIBING TO EXCESS LIABILITY POLICIES ARS4928, PE0902635, PE0902652, AND PE0902744

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of April, 2013.

          /s/ Mark D. Herman
          Mark D. Herman