UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  13-282, 13-283 | MAGISTRATE JUDGE SHUSHAN |

STIPULATED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINTS IN INTERPLEADER

Considering the Stipulated Motion to Extend Time to Respond to Complaints in Interpleader (Civil Action Nos. 13-282 and 13-283), it is hereby

ORDERED that the Stipulated Motion is GRANTED, and the deadline for all defendants to answer or otherwise respond to the complaints in these cases is hereby extended to and including May 6, 2013.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
United States District Judge