UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
_____

The undersigned counsel, moves this Court for an order withdrawing  Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for the following Plaintiffs in this matter.

1. The undersigned attorneys request to withdraw as counsel of record from the following individuals and entities (hereinafter referred to as Plaintiffs):

      a. <u>Bien Do</u>
         Case No. 2:11-CV-03180, First Am. Compl. ¶ 238, ECF No. 5667
         P.O. Box 6491, D'Iberville, MS 39540
         Phone: (H) 337-344-1926, (C) 228-254-0334

      b. <u>Hoang Tran</u>
         Case No. 2:11-CV-03180, First Am. Compl. ¶ 240, ECF No. 5667
         16029 Lorraine Circle, Biloxi, MS 39532
         Phone: (H) 941-323-8146, (C) 941-447-9016

      c. <u>William (Marshall) Phifer</u>

1

      Case No. 2:11-CV-03180, First Am. Compl. ¶ 663, ECF No. 5667
      5600 Hawkinsville Road, Macon, GA 31216
      Phone: (C) 850-778-0227

d. <u>Andy D. Tran</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 582, ECF No. 5667
   1002 South Hopkins Street, New Iberia, LA 70560
   Phone: (C) 337-321-0847

e. <u>Rick Cao</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 698, ECF No. 5667
   8495 Louise Street, Biloxi, MS 39532
   Phone: (H) 228-327-0515 , (C) 985-856-8713

f. <u>Tommy V. Cao</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 33, ECF No. 5667
   8495 Louise Street, Biloxi, MS 39532
   Phone: (H) 228-327-0515 , (C) 985-856-8713

g. <u>Russell Floyd</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 543, ECF No. 5667
   P.O. Box 185, Bayou La Batre, AL 36509
   Phone: (C) 251-622-5387

h. <u>George Wyatt, Jr.</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 669, ECF No. 5667
   P.O. Box 1823, Tappahannock, VA 22560
   Phone: (C) 804-450-8871

i. <u>Linh Nguyen</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 703, ECF No. 5667
   335 Diane Street, D'Iberville, MS 39532
   Phone: (C) 228-365-4929

j. <u>Hai Pham</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 44, ECF No. 5667
   107 Ollie Drive, Abbeville, LA 70510
   Phone: (H) 337-303-0027, (C) 337-207-2082

k. <u>Hien Nguyen</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 796, ECF No. 5667
   107 Ollie Drive, Abbeville, LA 70510
   Phone: (C) 337-303-0027

l. <u>Viet Pham</u>
   Case No. 2:11-CV-03180, First Am. Compl. ¶ 714, ECF No. 5667

      107 Ollie Drive, Abbeville, LA 70510
      Phone: (C) 337-322-5775

m. Trai V. Nguyen
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 717, ECF No. 5667
    107 Plaza Village Drive, Lafayette, LA 70506
    Phone: (H) 337-985-0566

n. Jody Clinton Simms
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 719, ECF No. 5667
    8625 Pine Street, Bayou La Batre, AL 36509
    Phone: (H) 251-656-8198, (C) 251-391-4927, (B) 251-709-1951

o. David M. Jackson
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 448, ECF No. 5667
    636 Florissant Hwy, St. Bernard, LA 70085
    Phone: (H) 504-884-7203

p. Justin Arebalo
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 735, ECF No. 5667
    13950 John Clark Road, Apt. A, Gulfport, MS 39503
    Phone: (C) 228-669-7083

q. Vinh Van Le
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 760, ECF No. 5667
    14813 Nassau Drive, Biloxi, MS 39532
    Phone: Unknown

r. Gerald Pitre
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 763, ECF No. 5667
    7325 Barataria Blvd, Marrero, LA 70072
    Phone: (B) 504-689-8370

s. Tung Phu Dinh
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 767, ECF No. 5667
    175 West 49th Street, Cut Off, LA 70345
    Phone: (C) 504-915-5826

t. Khuyen Nguyen
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 686, ECF No. 5667
    7112 Darby Creek Drive, Mobile, AL 36695
    Phone: Unknown

u. Tien Van Nguyen
    Case No. 2:11-CV-03180, First Am. Compl. ¶ 114, ECF No. 5667
    3325 Roanoke Ave., Port Arthur, TX 77642

        Phone: Unknown

  v. <u>Anthony Gregg Drake</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 776, ECF No. 5667
     13606 Southern Pine Road, Vancleave, MS 39565-7332
     Phone: (C) 228-474-6622

  w. <u>Ngot Thi Nguyen</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 121, ECF No. 5667
     6692 Balboa Circle, Ocean Springs, MS 39564
     Phone: (H) 228-235-8773, (C) 228-447-5121

  x. <u>Jose Martinez</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 397, ECF No. 5667
     P.O. Box 492, Seadrift, TX 77983
     Phone: (H) 361-655-0935

  y. <u>Canh Van Tran</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 800, ECF No. 5667
     15004 Dismuke Ave., Biloxi, MS 39532
     Phone: (H) 228-243-1134

  z. <u>George Hromadka</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 658, ECF No. 5667
     544 Kelly Street, Destin, FL 32541
     Phone: (H) 850-837-7398, (C) 850-543-5438

  aa. <u>Larry Mullins Jr. d/b/a Bottom Line Fisheries</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 645, ECF No. 5667
     940 Fenton Lane Unit 35, Lakeland, FL 33809
     Phone: (C) 863-450-9552

  bb. <u>Darren Martin</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 435, ECF No. 5667
     206 Black Jack Oak Drive, Madisonville, LA 70447
     Phone: (H) 985-845-2469

  cc. <u>Mederic (Trey) Meyer III</u>
     Case No. 2:11-CV-03180, First Am. Compl. ¶ 457, ECF No. 5667
     P.O. Box 542, St. Bernard, LA 70085
     Phone: Unknown

2. Between January 4, 2011 and February 1, 2012, all of the above listed Plaintiffs retained the law firms of The Kreller Law Firm, Faegre Baker Daniels, LLP and/or Langston & Lott, P.A.

to represent them as counsel with respect to their claims for payment from the Gulf Coast Claims Facility and to represent them in this multi-district litigation.

3. On February 13, 2012 the undersigned counsel filed an Amended Complaint on behalf of the Plaintiffs (First Am. Compl. 2:11-CV-03180, ECF No. 5667).

4. Between April 23, 2012 and March 20, 2013, Plaintiffs' representation by the undersigned attorneys was terminated.

5. Plaintiffs will remain in this litigation. None of the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, P.A. move this Honorable Court for an order withdrawing them as counsel of record for Plaintiffs.

Dated: April 15, 2013.

RESPECTFULLY SUBMITTED:

BY: /s/ *Stephen S. Kreller*_____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000

Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Further, I hereby certify that notice of the foregoing Motion was served via U.S. Mail, postage prepaid, on the persons listed below on this 15th day of April, 2013.

a. Bien Do
   P.O. Box 6491, D'Iberville, MS 39540
   Phone: (H) 337-344-1926, (C) 228-254-0334

b. Hoang Tran
   16029 Lorraine Circle, Biloxi, MS 39532
   Phone: (H) 941-323-8146, (C) 941-447-9016

c. William (Marshall) Phifer
   5600 Hawkinsville Road, Macon, GA 31216
   Phone: (C) 850-778-0227

d. Andy D. Tran
   1002 South Hopkins Street, New Iberia, LA 70560
   Phone: (C) 337-321-0847

e. Rick Cao
   8495 Louise Street, Biloxi, MS 39532
   Phone: (H) 228-327-0515 , (C) 985-856-8713

f. Tommy V. Cao
   8495 Louise Street, Biloxi, MS 39532
   Phone: (H) 228-327-0515 , (C) 985-856-8713

g. Russell Floyd
   P.O. Box 185, Bayou La Batre, AL 36509
   Phone: (C) 251-622-5387

h. George Wyatt, Jr.

      P.O. Box 1823, Tappahannock, VA 22560
      Phone: (C) 804-450-8871

i. <u>Linh Nguyen</u>
   335 Diane Street, D'Iberville, MS 39532
   Phone: (C) 228-365-4929

j. <u>Hai Pham</u>
   107 Ollie Drive, Abbeville, LA 70510
   Phone: (H) 337-303-0027, (C) 337-207-2082

k. <u>Hien Nguyen</u>
   107 Ollie Drive, Abbeville, LA 70510
   Phone: (C) 337-303-0027

l. <u>Viet Pham</u>
   107 Ollie Drive, Abbeville, LA 70510
   Phone: (C) 337-322-5775

m. <u>Trai V. Nguyen</u>
   107 Plaza Village Drive, Lafayette, LA 70506
   Phone: (H) 337-985-0566

n. <u>Jody Clinton Simms</u>
   8625 Pine Street, Bayou La Batre, AL 36509
   Phone: (H) 251-656-8198, (C) 251-391-4927, (B) 251-709-1951

o. <u>David M. Jackson</u>
   636 Florissant Hwy, St. Bernard, LA 70085
   Phone: (H) 504-884-7203

p. <u>Justin Arebalo</u>
   13950 John Clark Road, Apt. A, Gulfport, MS 39503
   Phone: (C) 228-669-7083

q. <u>Vinh Van Le</u>
   14813 Nassau Drive, Biloxi, MS 39532
   Phone: Unknown

r. <u>Gerald Pitre</u>
   7325 Barataria Blvd, Marrero, LA 70072
   Phone: (B) 504-689-8370

s. <u>Tung Phu Dinh</u>
   175 West 49th Street, Cut Off, LA 70345
   Phone: (C) 504-915-5826

t. <u>Khuyen Nguyen</u>
   7112 Darby Creek Drive, Mobile, AL 36695
   Phone:  Unknown

u. <u>Tien Van Nguyen</u>
   3325 Roanoke Ave., Port Arthur, TX 77642
   Phone: Unknown

v. <u>Anthony Gregg Drake</u>
   13606 Southern Pine Road, Vancleave, MS 39565-7332
   Phone: (C) 228-474-6622

w. <u>Ngot Thi Nguyen</u>
   6692 Balboa Circle, Ocean Springs, MS 39564
   Phone: (H) 228-235-8773, (C) 228-447-5121

x. <u>Jose Martinez</u>
   P.O. Box 492, Seadrift, TX 77983
   Phone: (H) 361-655-0935

y. <u>Canh Van Tran</u>
   15004 Dismuke Ave., Biloxi, MS 39532
   Phone: (H) 228-243-1134

z. <u>George Hromadka</u>
   544 Kelly Street, Destin, FL 32541
   Phone: (H) 850-837-7398, (C) 850-543-5438

aa. <u>Larry Mullins Jr. d/b/a Bottom Line Fisheries</u>
   940 Fenton Lane Unit 35, Lakeland, FL 33809
   Phone: (C) 863-450-9552

bb. <u>Darren Martin</u>
   206 Black Jack Oak Drive, Madisonville, LA 70447
   Phone: (H) 985-845-2469

cc. <u>Mederic (Trey) Meyer III</u>
   P.O. Box 542, St. Bernard, LA 70085
   Phone: Unknown

The above named Plaintiffs have been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*