UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, P.A.,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for the following Plaintiffs:

    a. Bien Do
       P.O. Box 6491, D'Iberville, MS 39540
       Phone: (H) 337-344-1926, (C) 228-254-0334

    b. Hoang Tran
       16029 Lorraine Circle, Biloxi, MS 39532
       Phone: (H) 941-323-8146, (C) 941-447-9016

c. William (Marshall) Phifer
5600 Hawkinsville Road, Macon, GA 31216
Phone: (C) 850-778-0227

d. Andy D. Tran
1002 South Hopkins Street, New Iberia, LA 70560
Phone: (C) 337-321-0847

e. Rick Cao
8495 Louise Street, Biloxi, MS 39532
Phone: (H) 228-327-0515 , (C) 985-856-8713

f. Tommy V. Cao
8495 Louise Street, Biloxi, MS 39532
Phone: (H) 228-327-0515 , (C) 985-856-8713

g. Russell Floyd
P.O. Box 185, Bayou La Batre, AL 36509
Phone: (C) 251-622-5387

h. George Wyatt, Jr.
P.O. Box 1823, Tappahannock, VA 22560
Phone: (C) 804-450-8871

i. Linh Nguyen
335 Diane Street, D'Iberville, MS 39532
Phone: (C) 228-365-4929

j. Hai Pham
107 Ollie Drive, Abbeville, LA 70510
Phone: (H) 337-303-0027, (C) 337-207-2082

k. Hien Nguyen
107 Ollie Drive, Abbeville, LA 70510
Phone: (C) 337-303-0027

l. Viet Pham
107 Ollie Drive, Abbeville, LA 70510
Phone: (C) 337-322-5775

m. Trai V. Nguyen
107 Plaza Village Drive, Lafayette, LA 70506
Phone: (H) 337-985-0566

n. Jody Clinton Simms

      8625 Pine Street, Bayou La Batre, AL 36509
      Phone: (H) 251-656-8198, (C) 251-391-4927, (B) 251-709-1951

o. David M. Jackson
   636 Florissant Hwy, St. Bernard, LA 70085
   Phone: (H) 504-884-7203

p. Justin Arebalo
   13950 John Clark Road, Apt. A, Gulfport, MS 39503
   Phone: (C) 228-669-7083

q. Vinh Van Le
   14813 Nassau Drive, Biloxi, MS 39532
   Phone: Unknown

r. Gerald Pitre
   7325 Barataria Blvd, Marrero, LA 70072
   Phone: (B) 504-689-8370

s. Tung Phu Dinh
   175 West 49th Street, Cut Off, LA 70345
   Phone: (C) 504-915-5826

t. Khuyen Nguyen
   7112 Darby Creek Drive, Mobile, AL 36695
   Phone: Unknown

u. Tien Van Nguyen
   3325 Roanoke Ave., Port Arthur, TX 77642
   Phone: Unknown

v. Anthony Gregg Drake
   13606 Southern Pine Road, Vancleave, MS 39565-7332
   Phone: (C) 228-474-6622

w. Ngot Thi Nguyen
   6692 Balboa Circle, Ocean Springs, MS 39564
   Phone: (H) 228-235-8773, (C) 228-447-5121

x. Jose Martinez
   P.O. Box 492, Seadrift, TX 77983
   Phone: (H) 361-655-0935

y. Canh Van Tran
   15004 Dismuke Ave., Biloxi, MS 39532
   Phone: (H) 228-243-1134

      z.  George Hromadka
         544 Kelly Street, Destin, FL 32541
         Phone: (H) 850-837-7398, (C) 850-543-5438.

     aa.  Larry Mullins Jr. d/b/a Bottom Line Fisheries
         940 Fenton Lane Unit 35, Lakeland, FL 33809
         Phone: (C) 863-450-9552

     bb.  Darren Martin
         206 Black Jack Oak Drive, Madisonville, LA 70447
         Phone: (H) 985-845-2469

     cc.  Mederic (Trey) Meyer III
         P.O. Box 542, St. Bernard, LA 70085
         Phone: Unknown

New Orleans, Louisiana, this _____ day of April, 2013.

 

_____

UNITED STATES DISTRICT JUDGE