Minute Entry
Barbier, J.
April 11, 2013
JS 10: 3hr. 20 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER |

NON-JURY TRIAL
(Day twenty-six)

THURSDAY, APRIL 11, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

PSC offers list of exhibits/demonstratives regarding exam of Steve Robinson: ORDERED admitted. (see attached)

US offers lists of exhibits/demonstratives regarding exams of Morten Emilsen and Adam Bourgoyne, Jr.: ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exams of Adam Bourgoyne, Jr.: ORDERED admitted. (see attached)

Halliburton offers lists of exhibits/demonstratives regarding exams of Adam Bourgoyne, Jr. and Brent Lirette: ORDERED admitted. (see attached)

Transocean offers list of exhibits/demonstratives regarding exam of Morten Emilsen: ORDERED admitted. (see attached)

Witness: Arthur Zatarain, sworn and testified.(Expert)

BP offers amended expert report of Arthur Zatarain, Trex 40009: ORDERED admitted.

Transocean offers list of exhibits/demonstratives regarding exam of Neil Shaw: ORDERED admitted. (see attached)

Court recesses at 11:56 a.m.

Court will resume on Monday, April 15, 2013 at 8:00 a.m.


Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, Chris Keegan, Paul Collier