PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Steven Robinson on 4/9/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| D-2761 | Bly Investigation Team | | Demonstrative |
| 37031 | Robinson Investigation Notebook (98 Pages) | 1, 60, 38, 39, | PDF Pages Only |
| 00037 | Typewritten Notes - Interview with John Guide (3 pages) | 1, 2 | PDF Pages Only |
| 00151.C | BP Incident Investigation Team - Notes of Interview with John Guide (15 pages) | 1, 6, 7 | PDF Pages Only |
| 00096 | Email - From: Kent Corser To: Tony Brock - Subject: FW: John Guide Email Capture, with attachment (6 pages) | 1, 2 | PDF Pages Only |
| D-2020 | Hydrocarbons Entering Riser | | Already Admitted |

admitted 4/11/2013 sk

The United States offers the following documents it used during its April 9, 2013 examination of Morten Haug Emilsen into evidence:

*admitted 4/11/2013 SK*

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Pincites* |
|---|---|---|---|
| TREX-22659 | | Expert Deposition of Morten Haug Emilsen | 169:9-13+ |
| TREX-63152 | | 30(b)(6) Deposition of Morten Haug Emilsen, Vol. 1 | 318:7-13+<br>318:14-17+ |
| TRX-63153 | | 30(b)(6) Deposition of Morten Haug Emilsen, Vol. 2 | 92:12-18+ |
| TREX-07401 | | Emilsen Expert Report, Summary and Conclusions, Deepwater Horizon Incident | |

\* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

+ These cites are provided for the Court's convenience. The page numbers listed refer to the PDF version of the deposition transcripts that have been processed as TREXes.

The United States offers the following documents it used during its April 8, 2013 examination of Adam Ted Bourgoyne into evidence:

Admitted 4/11/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Pincites+ | Callouts* |
|---|---|---|---|---|
| TREX-25098 | | Deposition of Martin Albertin | p. 75:14-19+ | |
| TREX-25100 | | Deposition of Mark William Alberty | pp. 35:9-36:4+ | |
| TREX-22657 | | Deposition of Adam Ted Bourgoyne | p. 451:11-14+ | |
| TREX-22657 | | Deposition of Adam Ted Bourgoyne | pp. 337:13-338:7+ | |
| TREX-22657 | | Deposition of Adam Ted Bourgoyne | pp. 451:18-452:8+ | |
| TREX-22657 | | Deposition of Adam Ted Bourgoyne | pp. 568:25-569:7+ | |
| TREX-25179 | | Deposition of Michael Saucier | pp. 291:18-292:20+ | |
| TREX-25179 | | Deposition of Michael Saucier | p. 294:1-17+ | |
| TREX-25179 | | Deposition of Michael Saucier | pp. 308:23-309:12+ | |
| TREX-25207 | | Deposition of David James Trocquet | pp. 184:23-185:8+ | |
| TREX-25207 | | Deposition of David James Trocquet | p. 187:6-18+ | |
| TREX-25207 | | Deposition of David James Trocquet | pp. 258:21-259:14+ | |
| D-03564 | Trex-32000 | BP Tubular Design Manual Figure 7.1 Casing Setting Depth Diagram | | D-3564.2.1.US |

US re Adam Bourgoyne      admitted 4/11/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Pincites+ | Callouts* |
|---|---|---|---|---|
| D-03607 | Trex-32026.1, 04533.28 | Casing Set Graphic Data and line graph | | |
| TREX-00215 | | GP 10-10 - Well Control: Group Practice - BP Group Engineering Technical Practices | | TREX-00215.9.1.US |
| TREX-03551 | | MEMO: POST-WELL SUBSURFACE DESCRIPTION OF MACONDO WELL (MC0252_1BP1) V3 | | TREX-03551.12.1.US |
| TREX-03727 | | E-MAIL - SUBJECT: RE: MC 252 #001 - MV CHANGE REQUEST | | TREX-03727.1.1.US |
| TREX-03733 | | E-Mail - From: Alberty Mark W Sent: Thu Mar 25 14:35:42 2010 To: Martin L. Albertin; Randall Sant Subject: RE: LOT Data from the Cement unit | | TREX-03733.2.1.US |
| TREX-04022 | | Westlaw 30 C.F.R. § 250.427 Effective: August 14 2006 | | TREX-04022.1.1.US |

*US re Adam Bourgoyne* — admitted 4/11/2013 SK

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Pincites+ | Callouts* |
|---|---|---|---|---|
| TREX-06217 | | Code of Federal Regulations Title 30 Volume 2 [Revised as of July 1 2010] Sec. 250.401 What must I do to keep wells under control? | | TREX-06217.1.1.US |
| TREX-07520 | | BP EXPLORATION AND PRODUCTION FORMATION PRESSURE INTEGRITY TEST (PIT) REPORTING SPREADSHEET | | TREX-07520.1.1.US |
| TREX-08173 | | Expert Report of Dr. Adam Bourgoyne Jr. Dated 10/17/11 | | |

\* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

+ These cites are provided for the Court's convenience. The page numbers listed refer to the PDF version of the deposition transcripts that have been processed as TREXes.

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF ADAM BOURGOYNE (4/8/2013; 4/9/2013)

Transocean offers the following documents it used during its April 8, 2013 and April 9, 2013 cross-examination of Dr. Adam Bourgoyne into evidence:

*admitted 4/11/2013 SC*

**Trial Exhibits**

- TREX 93.47.1.TO (Call-out)
- TREX 567.1.TO (Page)
- TREX 567.1.1.TO (Call-out)
- TREX 2210.2.TO (Page)
- TREX 2210.7.1.TO (Call-out)
- TREX 8173.13.1.TO (Call-out)
- TREX 8173.15.TO (Page)
- TREX 8173.15.1.TO (Call-out)
- TREX 8173.15.2.TO (Call-out)
- TREX 8173.60.1.TO (Call-out)
- TREX 8173.63.1.TO (Call-out)
- TREX 8173.67.TO (Page)
- TREX 8173.67.2.TO (Call-out)
- TREX 8173.67.8.TO (Call-out)
- TREX 8173.68.1.TO (Call-out)
- TREX 8173.68.2.TO (Call-out)
- TREX 8174.1.TO (Page)
- TREX 8174.9.1.TO (Call-out)
- TREX.8174.10.1.TO (Call-out)

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO DR. ADAM BOURGOYNE ON CROSS-EXAMINATION

HESI offers the following documents it used during its April 9, 2013 cross-examination of Dr. Adam Bourgoyne into evidence:

*admitted 4/11/2013 SC*

D-8015
D-8038
D-8036

TREX 8174.1.HESI
TREX 8174.10.1.HESI
TREX 8174.15.1.HESI
TREX 8174.18.1.HESI
TREX 60105.196.1.HESI *(previously admitted)*
TREX 41556.1.HESI
TREX 41556.6.1.HESI
TREX 41556.43.1.HESI
TREX 41556.45.1.HESI
TREX 41556.181.HESI
TREX 41556.185.1.HESI

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO BRENT LIRETTE ON CROSS-EXAMINATION

HESI offers the following documents it used during its April 10, 2013 cross-examination of Brent Lirette into evidence:

*admitted 4/11/2013 SK*

TREX-2582
D-8015 (*previously admitted*)

TREX 2582.1.HESI
TREX 2582.1.2.HESI
TREX 2582.4.1.HESI
TREX 2582.5.1.HESI
TREX 2582.8.HESI

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE
## EXAMINATION OF MORTEN EMILSEN (4/9/2013)

Transocean offers the following exhibits it used during its April 9, 2013 cross-examination of Morten Emilsen into evidence:

*admitted 4/11/2013 SK*

**Trial Exhibits**

- TREX 1.113.1.TO (Callout)
- TREX 2.283.1.TO (Callout)
- TREX 2.284.1.TO (Callout)
- TREX 2.362.1TO (Callout)
- TREX 7401.14.3.TO (Callout)
- TREX 7401.15.1.TO (Callout)
- TREX 50150.132.2.TO (Callout)

# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF NEIL SHAW (4/10/2013)

Transocean offers the following documents it used during its April 10, 2013 cross-examination of Neil Shaw into evidence:

*admitted 4/11/2013 SK*

## Trial Exhibits

- TREX 5679.1.TO
- TREX 5679.1.1.TO
- TREX 5680.1.TO
- TREX 5680.1.1.TO
- TREX 5685.1.1.TO
- TREX 47680.1.1.TO

## Demonstratives

- D 2444
- D 2452
- D 4341