**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL                     MDL NO. 2179
RIG "DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010
PATRICIA L. ALLEN                               SECTION J

THIS DOCUMENT RELATES TO:                       JUDGE BARBIER

IN RE: TRITON ASSET                             MAGISTRATE JUDGE
LEASING, GmbH                                   SHUSHAN
Case No. 2:10cv-2771-CJB-SS


**EX PARTE MOTION FOR LEAVE TO FILE SHORT FORM**
**JOINDER BEYOND SEPTEMBER 16, 2011 MONITION DATE**

**NOW INTO COURT,** through undersigned counsel, comes Harrison County

Tourism Commission, who moves this Court for acceptance of their late-filed Short

Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH,

Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean

Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators

of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation

Proceeding").

In support of their motion, the Harrison County Tourism Commission declares as

follows:

1.  The Honorable Court established a deadline for the filing of claims in the

Transocean limitation proceeding for April 20, 2011.

2.  By order of the Court, this deadline was extended to September 16, 2011.

3. Harrison County Tourism Commission contacted counsel after the Court

established deadline seeking assistance in filing claims for injuries and damages

incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4.  Because Harrison County Tourism Commission was not aware of the Court-

established deadline, or had not yet fully realized their damages, it did not timely file in

the Transocean limitation proceeding.

5.  No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011.  Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

6.  The Transocean Limitation Proceeding is pending and undetermined.

7. Harrison County Tourism Commission filed its short form joinder on April 15, 2013.  It was assigned docket number 260.

For these reasons, Harrison County Tourism Commission respectfully requests that the Court grant Harrison County Tourism Commission's Motion for Leave to File Short Form Joinder and that this Court deem that said Short Form Joinder is timely filed in the Transocean Limitation Proceeding.

**DATED,** this the 15th day of April, 2013.

Respectfully submitted,

/s/MATTHEW G. MESTAYER

## C E R T I F I C A T E

I, hereby certify that on April 15, 2013, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

This the 15th day of April, 2013.

/s/MATTHEW G. MESTAYER

MATTHEW G. MESTAYER
REEVES & MESTAYER, PLLC
160 MAIN STREET
PO DRAWER 1388
BILOXI, MS 39533
mgm@attorneys4people.com