UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.   2179 |
| | | NUMBER: |
| | | SECTION: |
| This document relates to: Civil Action No. 2:12-cv-01295-CJB-SS | * * * * * * | JUDGE: BARBIER |
| | | MAGISTRATE: SHUSHAN |

## MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who file this Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages for the purpose of the addition of a cause of action and the addition of a defendant.

In accordance with Local Civil Rule 7.6 for the United States District Court for the Eastern District of Louisiana, Plaintiffs' First Amended Complaint for Damages was circulated to opposing counsel on March 8, 2013. *See Exhibit 1:* April 8, 2013, Email Correspondence from Ileene Dawsey to Opposing Counsel. To date, no objection from opposing counsel has been received. The amending of the petition in this matter will not delay the proceedings or prejudice any parties. Accordingly, Plaintiffs request that this Honorable Court grant leave so that the attached Motion for Leave to File Plaintiffs' First Amended Complaint for Damages may be filed and served pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

*S/Catherine B.Cummins*
**CATHERINE B. CUMMINS (29558)**
Email: ccummins@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

Attorney for Plaintiffs


Co-Counsel for Plaintiffs

**ROBERT J. McKEE (# 0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick,
Campbell, et al
12 Southeast 7th Street - #801
Fort Lauderdale, Florida 33301

Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292