**Ileene Dawsey**

| | |
|---|---|
| **From:** | Ileene Dawsey |
| **Sent:** | Monday, April 08, 2013 4:45 PM |
| **To:** | 'hflanagan@flanaganpartners.com'; 'adupre@flanaganpartners.com'; 'sbrady@flanaganpartners.com'; 'spesce@flanaganpartners.com' |
| **Cc:** | Cate Cummins |
| **Subject:** | Bonanno, et al. v. BP Exploraton & Production, Inc. et al |
| **Attachments:** | 130408LtrtoCounselfor1stAmended Complaint_DRC.pdf; 130408LtrtoCounselfor1stAmended Complaint_BPDanos&Curole.pdf |

Dear Counselors:

Please see the attached documents.

Ileene N. Dawsey
LAW OFFICES of SMITH STAG, L.L.C.
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600
Fax: (504) 593-9601

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 504-593-9600 and return the original message to us at mail@smithstag.com

1





# SMITH STAG, LLC

One Canal Place | 365 Canal Street | Suite 2850 | New Orleans, Louisiana 70130
Phone 504 593 9600 | Fax 504 593 9601 | www.smithstag.com | mail@smithstag.com

Stuart H. Smith†
Michael G. Stag†

Catherine B. Cummins
Robert D. McMillin
Sean S. Cassidy±
John L. Fontenot
Merritt E. Cunningham°
Ashley M. Liuzza

Of Counsel:
Barry J. Cooper, Jr.‡

† Limited Liability Company
‡ Also Admitted in Texas
± Also Admitted in New Jersey
° Also Admitted in Mississippi

April 8, 2013

**VIA EMAIL**

| DRC Emergency Services, LLC | DRC Emergency Services, LLC | DRC Emergency Services, LLC | DRC Emergency Services, LLC |
|---|---|---|---|
| Harold J. Flanagan | Any Joseph Dupre | Sean Patrick Brady | Stephen M. Pesce |
| Flanagan Partners, LLP | Flanagan Partners, LLP | Flanagan Partners, LLP | Flanagan Partners, LLP |
| 201 St. Charles Ave. | 201 St. Charles Ave. | 201 St. Charles Ave. | 201 St. Charles Ave. |
| Suite 2405 | Suite 2405 | Suite 2405 | Suite 2405 |
| New Orleans, LA 70170 | New Orleans, LA 70170 | New Orleans, LA 70170 | New Orleans, LA 70170 |
| (Lead Attorney) | | | |

Re: Bonanno v. BP Exploration & Production Inc et al

Dear Counselors:

Please find attached, Plaintiffs' First Amended Petition for Damages. We are circulating this amendment pursuant to Civil Rule 7.6 for the United States District Court for the Eastern District of Louisiana, Plaintiffs' First Amended Complaint for Damages. Please notify us of any objections that you may have within 3 full business days, or by Thursday at 5 p.m.

Cordially,

**SMITH STAG, LLC**

Catherine B. Cummins

CBC/ind
Attachment



# SMITH STAG, LLC

One Canal Place | 365 Canal Street | Suite 2850 | New Orleans, Louisiana 70130
Phone 504 593 9600 | Fax 504 593 9601 | www.smithstag.com | mail@smithstag.com

Stuart H. Smith[†]
Michael G. Stag[†]

Catherine B. Cummins
Robert D. McMillin
Sean S. Cassidy[±]
John L. Fontenot
Merritt E. Cunningham[°]
Ashley M. Liuzza

Of Counsel:
Barry J. Cooper, Jr.[‡]

† Limited Liability Company
‡ Also Admitted in Texas
± Also Admitted in New Jersey
° Also Admitted in Mississippi

April 8 , 2013

**VIA EMAIL**

| **Danos and Curole Staffing LLC** | **Danos and Curole Staffing LLC** | **Danos and Curole Staffing LLC** | **Danos and Curole Staffing LLC** |
|---|---|---|---|
| Harold J. Flanagan | Any Joseph Dupre | Sean Patrick Brady | Stephen M. Pesce |
| Flanagan Partners, LLP | Flanagan Partners, LLP | Flanagan Partners, LLP | Flanagan Partners, LLP |
| 201 St. Charles Ave. | 201 St. Charles Ave. | 201 St. Charles Ave. | 201 St. Charles Ave. |
| Suite 2405 | Suite 2405 | Suite 2405 | Suite 2405 |
| New Orleans, LA 70170 | New Orleans, LA 70170 | New Orleans, LA 70170 | New Orleans, LA 70170 |
| (Lead Attorney | | | |

Re: Bonanno v. BP Exploration & Production Inc et al

Dear Counselors:

Please find attached, Plaintiffs' First Amended Petition for Damages. We are circulating this amendment pursuant to Civil Rule 7.6 for the United States District Court for the Eastern District of Louisiana, Plaintiffs' First Amended Complaint for Damages. Please notify us of any objections that you may have within 3 full business days, or by Thursday at 5 p.m.

Cordially,

SMITH STAG, LLC

Catherine B. Cummins

CBC/ind
Attachment

# Ileene Dawsey

| | |
|---|---|
| **From:** | Ileene Dawsey |
| **Sent:** | Monday, April 08, 2013 4:42 PM |
| **To:** | 'dkhaycraft@liskow.com'; 'ejhinnigan@liskow.com'; 'rkjarrett@liskow.com'; 'dcreid@liskow.com' |
| **Cc:** | Cate Cummins |
| **Subject:** | Bonanno, et al. v. BP Exploraton & Production, Inc. et al |
| **Attachments:** | 130408LtrtoCounselfor1stAmended Complaint_BPExploration.pdf; 130408LtrtoCounselfor1stAmended Complaint_BPAmerica.pdf |

Dear Counselors:

Please see the attached documents.

Ileene N. Dawsey
LAW OFFICES of SMITH STAG, L.L.C.
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600
Fax: (504) 593-9601

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 504-593-9600 and return the original message to us at mail@smithstag.com



# SMITH STAG, LLC

One Canal Place | 365 Canal Street | Suite 2850 | New Orleans, Louisiana 70130
Phone 504 593 9600 | Fax 504 593 9601 | www.smithstag.com | mail@smithstag.com

Stuart H. Smith†
Michael G. Stag†

Catherine B. Cummins
Robert D. McMillin
Sean S. Cassidy±
John L. Fontenot
Merritt E. Cunningham°
Ashley M. Liuzza

Of Counsel:
Barry J. Cooper, Jr.‡

† Limited Liability Company
‡ Also Admitted in Texas
± Also Admitted in New Jersey
° Also Admitted in Mississippi

April 8, 2013

**VIA EMAIL**

| **BP Exploration & Production Inc.** | **BP Exploration & Production Inc.** | **BP Exploration & Production Inc.** | **BP Exploration & Production Inc.** |
| Don Keller Haycraft | Emma J. Hinnigan | Russel K. Jarret | Devin C. Reid |
| Liskow & Lewis | Liskow & Lewis | Liskow & Lewis | Liskow & Lewis |
| (New Orleans) | (New Orleans) | (New Orleans) | (New Orleans) |
| One Shell Square | One Shell Square | One Shell Square | One Shell Square |
| 701 Poydras St. | 701 Poydras St. | 701 Poydras St. | 701 Poydras St. |
| Suite 5000 | Suite 5000 | Suite 5000 | Suite 5000 |
| New Orleans, LA 70139 | New Orleans, LA 70139 | New Orleans, LA 70139 | New Orleans, LA 70139 |
| (Lead Attorney) | | | |

Re: Bonanno v. BP Exploration & Production Inc et al

Dear Counselors:

Please find attached, Plaintiffs' First Amended Petition for Damages. We are circulating this amendment pursuant to Civil Rule 7.6 for the United States District Court for the Eastern District of Louisiana, Plaintiffs' First Amended Complaint for Damages. Please notify us of any objections that you may have within 3 full business days, or by Thursday at 5 p.m.

Cordially,

SMITH STAG, LLC

Catherine B. Cummins

CBC/ind
Attachment



# SMITH STAG, LLC

One Canal Place | 365 Canal Street | Suite 2850 | New Orleans, Louisiana 70130
Phone 504 593 9600 | Fax 504 593 9601 | www.smithstag.com | mail@smithstag.com

Stuart H. Smith[†]
Michael G. Stag[†]

Catherine B. Cummins
Robert D. McMillin
Sean S. Cassidy[±]
John L. Fontenot
Merritt E. Cunningham[°]
Ashley M. Liuzza

Of Counsel:
Barry J. Cooper, Jr.[‡]

[†] Limited Liability Company
[‡] Also Admitted in Texas
[±] Also Admitted in New Jersey
[°] Also Admitted in Mississippi

April 8, 2013

**VIA EMAIL**

| **BP America Production Co.** | **BP America Production Co.** | **BP America Production Co.** | **BP America Production Co.** |
|---|---|---|---|
| Don Keller Haycraft | Emma J. Hinnigan | Russel K. Jarret | Devin C. Reid |
| Liskow & Lewis | Liskow & Lewis | Liskow & Lewis | Liskow & Lewis |
| (New Orleans) | (New Orleans) | (New Orleans) | (New Orleans) |
| One Shell Square | One Shell Square | One Shell Square | One Shell Square |
| 701 Poydras St. | 701 Poydras St. | 701 Poydras St. | 701 Poydras St. |
| Suite 5000 | Suite 5000 | Suite 5000 | Suite 5000 |
| New Orleans, LA 70139 | New Orleans, LA 70139 | New Orleans, LA 70139 | New Orleans, LA 70139 |
| (Lead Attorney) | | | |

Re: Bonanno v. BP Exploration & Production Inc et al

Dear Counselors:

Please find attached, Plaintiffs' First Amended Petition for Damages. We are circulating this amendment pursuant to Civil Rule 7.6 for the United States District Court for the Eastern District of Louisiana, Plaintiffs' First Amended Complaint for Damages. Please notify us of any objections that you may have within 3 full business days, or by Thursday at 5 p.m.

Cordially,

SMITH STAG, LLC

Catherine B. Cummins

CBC/ind
Attachment