## LOCAL RULE 7.6 CERTIFICATE

I certify that Plaintiffs' First Amended Complaint for Damages was circulated to opposing counsel on April 8, 2013. To date, no objection from opposing counsel has been received.

*S/Catherine B. Cummins*
**CATHERINE B. CUMMINS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 15, 2013.

*S/Catherine B. Cummins*
**CATHERINE B. CUMMINS**