UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.   2179 |
| | * | NUMBER: |
| | * | SECTION: |
| | * | |
| This document relates to: Civil Action No. 12-2338 | * | JUDGE: BARBIER |
| | | * |
| | * * * * | MAGISTRATE: SHUSHAN |

*****************************************

## ORDER

Considering the above and foregoing Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages:

**IT IS HEREBY ORDERED** that Plaintiffs be granted leave to file Plaintiffs' First Amended Complaint for Damages.

**THIS DONE AND SIGNED** on this _____ day of _____, 2013, in New Orleans, Louisiana.

_____
**JUDGE**