UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>      2:12-cv-01484 | | |

**ATTACHMENT "A"**

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1.  John Gollinger | C/O Lola Gollinger<br>502 West Superior<br>Munising, MI 49862 | 906-387-2847 |