UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Working Group Conference on Friday, April 12, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### EQUIPMENT AT MICHOUD AND OTHER LOCATIONS

Captain Englebert's March activity report was allocated. The parties are asked to pay their shares as promptly as possible.

The BOP and LMRP were opened at Michoud on **Friday, April 12** for inspection.

A further inspection of the riser at the Transocean Amelia yard is set for **Wednesday, April 17, at 9:00 a.m.** Photographs of the prior inspection were made available to the parties.

The U.S. and BP reported that if BP does not use the molds or information derived from them, there will be no issue for resolution. If this changes, the parties will bring the issue to the Court's attention. The matter will be removed from the agenda.

## PHASE ONE ISSUES

**1.     Halliburton Production Issues.**

BP's motion for sanctions (Rec. doc. 8977) is pending. Cement Sample 63981 is secured at Michoud. There were no reports on Halliburton production issues. This will be removed from the agenda.

**2.     Final Marshaling Conference.**

A final Marshaling Conference will be held after the trial ends. No date is set for this conference. Phone participation will be encouraged so counsel do not have to travel for the conference.

The request by the U.S. for inclusion of 73 exhibits associated with deposition bundles will be on the agenda at the final Marshaling Conference. The deposition bundles will not be reopened for the addition of these exhibits. The U.S. will review the 73 documents to determine the ones it is truly interested in moving into the record. In addition, the parties will review the 73 documents to determine those that were actually referenced and used with a witness in designated portions of the deposition testimony. There was agreement that where any of the 73 documents were referenced in the designated portions but not identified as an exhibit, that is a logistical problem and not a substantive problem.

Each party will be permitted to submit a list of documents to be added as exhibits. The party shall provide a very brief explanation of why each document should come in. Judge Barbier will review the lists and determine the documents to be admitted. The <u>suggested</u> limit is 10 documents per party. The U.S. is not required to list any of the 73 documents on its list of 10 documents. The U.S. urges that this process is part of the effort to avoid custodial witnesses.

Deadlines were not set for these lists or completion of the reviews on the 73 documents. Both matters will be on the agenda for **Friday, April 19.**

3.  **Exhibits.**

On April 15, the PSC submitted a proposed list of 25 exhibits which would be admitted into evidence in their entirety. This will be on the agenda for **April 19**.

4.  **Findings of Fact**.

Judge Barbier asked the parties to consider whether proposed agreed-upon findings of fact could be submitted after the conclusion of the trial. The Court asked the PSC to prepare a draft and circulate it to the parties for comment.

Transocean reported that it was working on a joint agreement on a schedule for post-trial briefing and submission of proposed findings and conclusions.

## PHASE TWO PREPARATION

1.  **Experts**.

New dates will be required for Dr. Aaron Zick because of the elimination of the seventh week for expert depositions. The Court asked the U.S. to determine if it can move Dr. Zick forward to the beginning of the schedule because some parties contend his report is foundational to other experts' work and opinions.

The U.S. objected to two day depositions for the experts. The U.S. and PSC urged that they be limited to one day. BP, Anadarko and Halliburton contend that two days is required for the experts.

The U.S. contends that an expert deposition is not required for Tom Hunter because he was deposed as fact witnesses.

BP reported that once it sees the reports from Transocean, it may be able to agree to less time for the source control experts.

**2.     Transocean Issue**.

Transocean raised the issue of whether Phase Two is a continuation of the liability of Phase One or is it a separate liability phase. The PSC expressed its understanding that it is one continuous trial broken into phases. The Court will discuss the issue with Judge Barbier.

**3.     Deposition Designations**.

The U.S. reported that the deposition designations were proceeding on schedule. It listed two and a half groups for foundational purposes. Based on an agreement among the parties that deposition testimony can be used in response to objections to exhibits, the U.S. will withdraw the foundation groups. Any objection to this procedure shall be made by close of business on **Monday, April 15.**

Anadarko raised an issue about the deposition summaries. Unless there is an issue with a particular witness, the parties will follow the established procedure.

**4.     Revision of Phase Two Timeline**.

A revised time and preliminary schedule for expert depositions was distributed. It was clarified that the deadline for exchanging exhibit and witness lists is also the deadline for filing the lists in the record. The timeline is attached.

**5.     Regarding Phase Two Exhibit Lists and Evidentiary Objections**.

The November 14, 2012 order provided for two installments (Rec. doc. 7888). The U.S. raised the issue of a third installment concerning hearsay within hearsay objections and whether such objections should be resolved before trial or during the trial. This will be added to agenda.

**6.     Dr. Leifer's Audio Journal**.

BP reported on the progress on the preliminary examination.

**7.     Crime-Fraud.**

The joint response of the U.S. and Transocean for their crime-fraud exception motions is due on **Wednesday, April 17.**  This is the final brief on the crime-fraud exception.

**8.     Oceaneering Request for Expenses**.

On April 10, 2013, Oceaneering submitted a request for reimbursement of its expenses in responding to the subpoena for its deposition.

**9.     Intertek**.

The U.S. reported a possible issue with production of data on tests performed by Intertek.

## MATTERS NOT RELATED TO PHASE ONE OR PHASE TWO

**1.     U.S. Proposed Order on Confidential Communications**.

The U.S. is working on an order clarifying that communications between the U.S. and the States, particularly the non-party States, are confidential.

**2.     Sample Extracts Order.**

The parties are working on a consent joint motion concerning sample extracts.

**3.     Motions to Withdraw as Counsel of Record.**

The Court reported on the volume of motions to withdraw as counsel of record.  The PSC was asked to investigate a uniform and simple procedure for motions to withdraw.

## **PHASE THREE**

BP, Anadarko and the U.S. were asked to discuss the issues to be raised in the penalty phase if the Court decides to proceed with that phase.

## **CONFERENCE SCHEDULE**

| Date | Event |
|---|---|
| 04/19/13 | WGC meeting at 9:30 a.m. |
| 04/26/13 | No conference - Jazz Fest Break |
| 05/03/13 | WGC meeting at 9:30 a.m. |
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/28/13 | WGC meeting at 9:30 a.m. |
| 07/05/13 | No Conference |
| 07/12/13 | WGC meeting at 9:30 a.m. |
| 07/19/13 | WGC meeting at 9:30 a.m. |
| 07/26/13 | WGC meeting at 9:30 a.m. |
| 08/02/13 | No Conference |
| 08/09/13 | WGC meeting at 9:30 a.m. |
| 08/16/13 | WGC meeting at 9:30 a.m. |

08/23/13        WGC meeting at 9:30 a.m.

08/29/13        Phase Two Final Pre-Trial Conference

08/29/13        No Conference

09/06/13        WGC meeting at 9:30 a.m.

09/13/13        WGC meeting at 9:30 a.m.

09/16/13        Commencement of Phase Two Trial

**All Saturdays are email free days.**

New Orleans, Louisiana, this 16th day of April, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**