**Phase Two Trial Preparation Timeline**

<u>Date</u>      <u>Deadline/Event</u>

3/22/13      Source of Plaintiffs' expert reports (except report from Dr. Bea).[1]

3/25/13      The Three Groups provide the U.S. with a prioritized list of Phase II and Phase I depositions that will be designated.

>       Group One - The U.S., PSC and States.
>       Group Two - BP and Anadarko.
>       Group Three - Transocean, Halliburton and Cameron.

3/26/13      The U.S. distributes a list identifying which depositions fall into which group for designation. There is an agreed-upon procedure for the U.S. to make this identification.

3/29/13      Deadline for good faith trial exhibit list - second installment (21 days after last fact deposition). Rec. doc. 7888 at 3.

3/29/13      Announce schedule for experts for Plaintiffs, including deposition of Dr. Bea.

4/1/13       Service of Consideration Materials associated with Plaintiffs' expert reports (except Dr. Bea's).

4/5/13       Initial designations and objective summaries for the Group 1 depositions.

4/5/13       Service of Dr. Bea's report.

4/10/13      Service of Consideration Materials associated with Dr. Bea's report.

4/12/13      Cross-designations and any needed meet-and-confer on the objective summaries for the Group 1 depositions. The 6-week cycle begins for Group 2 depositions.

4/19/13      Rebuttal designations and highlighted deposition exhibits for Group 1 depositions. The 6-week cycle begins for Group 3 depositions.

4/19/13      Objections to good faith trial exhibit list - second installment (21 days from the service of March 29 list). Rec. doc. 7888 at 3.

---

[1] If Transocean intends to submit a report from an expert in support of its limitation position, it is required to submit such a report at this time. All other reports of experts for Transocean will be submitted on the deadline for reports of experts for the defendants.

| | |
|---|---|
| 4/26/13 | Objections to designations and identification of any testimony that should be treated as "Coke formula" testimony for Group 1 depositions.  The 6-week cycle begins for Group 4 depositions. |
| 4/26/13 | Meet and confer regarding objections to good faith trial exhibit list -- second installment. |
| 5/1/13 | Service of Defendants' expert reports (except regarding Dr. Bea's report). |
| 5/3/13 | Each group serves its segment for the deposition summary for the Group 1 depositions.  The 6-week cycle begins for Group 5 depositions. |
| 5/8/13 | Announce deposition schedule of experts for Defendants except for experts addressing issues in Dr. Bea's report. |
| 5/10/13 | Service of Defendants' expert reports and consideration materials for issues in Dr. Bea's report. |
| 5/10/13 | Service of Consideration Materials associated with Defendants' expert reports served on May 1, 2013. |
| 5/10/13 | Optional motions (limited to 10 pages double-spaced) addressing the admissibility of a reasonable number of sample documents where objections not withdrawn - second installment (21 days from the initial receipt of the objections on April 19).  Rec. doc. 7888 at 4. |
| 5/10/13 | inData will certify all the designations, objections, and highlighted exhibits for the Group 1 depositions.  The 6-week cycle begins for Group 6 depositions. |
| 5/17/13 | Announce deposition schedule of experts for Defendants addressing issues addressed in Dr. Bea's report. |
| 5/20/13 | Responses (limited to 10 pages double-spaced) to motions filed on 5/10/13. |
| 5/22/13 | Parties shall submit preliminary *in camera* list of dispositive motions and motions *in limine* which they anticipate filing.  A schedule for the resolution of the motions will be prepared. |
| 5/28/13 | Replies (limited to 3 pages double-spaced) in support of motions filed on 5/10/13. |
| 6/10/13 | Service of the reports and consideration materials from Dr. Bea and any other expert in reply to the reports served on May 1 and 10, 2013. |

| | |
|---|---|
| 6/15/13 | Parties disclose the fact and 30(b)(6) witnesses that will be called live or by deposition at trial. |
| | The parties will be required to indicate in good faith those witnesses who <u>will</u> be called in the absence of reasonable notice to the contrary. Each party may designate 1 may call witness. Except for good cause shown, the parties will not be permitted to add fact witnesses or 30(b)(6) witnesses after this date. |
| 6/17/13 | Announce deposition schedule of Plaintiffs' reply experts. |
| 6/17/13 | Commencement of expert depositions. |
| | Week One of Experts, including Saturday. |
| 6/24/13 | Week Two of Experts, including Saturday. |
| 7/01/13 | Week Three of Experts, including Saturday. |
| 7/08/13 | Week Four of Experts, including Saturday. |
| 7/15/13 | Week Five of Experts, including Saturday. |
| 7/19/13 | File and serve parties' Reliance Exhibit lists. |
| 7/22/13 | Week Six of Experts, including Saturday. |
| 7/22/13 | Deadline for any request for any items at Michoud to be produced at the trial. |
| 7/27/13 | Deadline for completion of expert depositions and file and serve final lists of experts. |
| 8/03/13 | The deadline for contesting the authenticity of any document used in a deposition of an expert witness is fourteen (14) calendar days from the email delivery of a final certified electronic copy of the transcript. |
| 8/09/13 | Exchange and file final exhibit lists. |
| | Except for good cause shown, the parties will not be permitted to add exhibits after this date. |
| 8/12/13 | *Daubert* Motions for Phase Two Trial (limited to 15 pages double spaced). |
| 8/26/13 | Oppositions to *Daubert* Motions (limited to 15 pages double spaced). |
| 8/29/13 | Submit pre-trial stipulations. |

        Each party shall submit a pre-trial statement no longer than 5 pages double-spaced. The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial. It may contain summaries of material facts or lists of contested facts or issues of law. The parties shall not submit a formal pre-trial order.

9/03/13        Replies in support of *Daubert* Motions (limited to 3 pages double spaced).

9/04/13        The parties shall exchange all demonstratives that they can reasonably anticipate using in the trial.[2]

        The parties shall exchange any additional demonstratives to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aides are to be used for the first time. Demonstrative aides to be used in *cross examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time. Both of these deadlines (*i.e.,* for demonstratives to be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed.

9/05/13        Final Pretrial Conference. Technical walk through for parties' technical staff only.

9/09/13        Deadline for advance notice of witnesses to testify during first week of trial.

9/09/13        Deadline for objections to demonstrative aides exchanged on 9/4/13.

9/11/13        Resolve all technology issues in courtroom and related space.

9/16/13        Trial of Phase Two Begins.

---

[2] A simple opening or closing statement outline, bullet points, exhibits or portions of an exhibit, or a portion of written transcript of a deposition, video clips of a deposition and the like are not "demonstrative" aides and need not be exchanged in advance of their use at trial. If they are excerpts from an exhibit or a written transcript of a deposition or a video clip of a deposition, they shall clearly identify their source by reference to the exhibit number, date of deposition and page number of the transcript.

If an aide is something newly created or based on an exhibit which has been manipulated in some way, that is a "demonstrative." All demonstratives must be exchanged in accord with Amended Pre-Trial Order No. 54. Rec. doc. 8173 at 3-4. All demonstratives based on an exhibit shall clearly identify their source by reference to the exhibit number and be identified in accord with Phase One procedure.