UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010.<br><br>THIS PLEADING APPLIES TO:<br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**(CORRECTED) MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINES**

Now comes Claimant Brett Ainsworth, (Date of Filing: 04/12/2013, Short Form Document #: 128861), who moves this Court for acceptance of Claimant's late filed Short Form Joinder in the limitation proceeding brought by Triton Asset Transocean Holdings LLC, Transocean LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimant contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimant was unaware of the Court-established deadlines, or had not yet fully realized his damages, and did not timely filed in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Claimant respectfully requests that the Court grant Movant's Motion for Acceptance of Short Form Joinder Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinder as timely filed.

Respectfully submitted:

/s/ Robert J. Diliberto

**Robert J. Diliberto** (LSBA# 24783)
**Damon A. Kirin** (LSBA# 24729)
Diliberto & Kirin, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Facsimile: (504) 828-1555

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/Robert J. Diliberto
Robert Diliberto, Esq.