Minute Entry
Barbier, J.
April 11, 2013
MJStar: 33 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

CASE MANAGER:                                           COURT REPORTER:
STEPHANIE KALL                                           CATHY PEPPER

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

THURSDAY, APRIL 11, 2013    12:04 PM

Exhibit Marshaling conference regarding non-jury trial (phase I) conducted.

Agreed upon list of exhibits/demonstratives by all parties for 4/11/13 marshaling conference offered: ORDERED admitted. (see list attached)

Halliburton offers lists and flash drive of deposition deposition bundles: ORDERED admitted with the exception of those that are conditional, subject to being called lived. (see attached lists)

PSC offers deposition bundle of Larry McMahan unconditionally: ORDERED that deposition bundle of Larry McMahan is admitted for all purposes.

PSC and Halliburton offer deposition bundle of Daun Winslow: ORDERED admitted.

List of deposition bundle exhibits submitted to the court regarding, (1.) 30(b)(6) witness bundles, (2.) witness bundle - Coronado, (3.) Plaintiffs' 126 bundles, (4.) 5th amendment

witness bundles, (5.) witness bundles - Boughton, Florence, Turlak and Williams , (6.) Transocean witness bundles (see attached)

Court recesses at 12:37 p.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, Chris Keegan, Paul Collier