All-Party Agreed Upon List of Exhibits and Demonstratives
for 4/11/2013 Marshalling Conference

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 4/2/13 4:36 PM | Stevick | 61123 | | Exhibit | HESI | Admitted | Admitted 4/11/2013 SK |
| 4/2/13 4:36 PM | Stevick | 61124 | | Exhibit | HESI | Admitted | |
| 4/2/13 4:46 PM | Stevick | 7691.1.2.HESI | | Callout | HESI | Admitted | |
| 4/2/13 4:48 PM | Stevick | 6169 | | Exhibit | HESI | Admitted | |
| 4/2/13 4:48 PM | Stevick | 6169.1.1.HESI | | Callout | HESI | Admitted | |
| 4/2/13 4:49 PM | Stevick | 1454.1.HESI | | Page | HESI | Admitted | |
| 4/2/13 4:49 PM | Stevick | 1454.31.1.HESI | | Callout | HESI | Admitted | |
| 4/2/13 4:51 PM | Stevick | 3527 | | Exhibit | HESI | Admitted | |
| 4/2/13 4:51 PM | Stevick | 3527.1.HESI | | Page | HESI | Admitted | |
| 4/2/13 4:51 PM | Stevick | 3527.2.1.HESI | | Callout | HESI | Admitted | |
| 4/2/13 4:57 PM | Stevick | 5094.1.HESI | | Page | HESI | Admitted | |
| 4/2/13 4:57 PM | Stevick | 5094.6.1.HESI | | Callout | HESI | Admitted | |
| 4/2/13 4:58 PM | Stevick | 4114.1.HESI | | Page | HESI | Admitted | |
| 4/2/13 5:00 PM | Stevick | 4115 | | Exhibit | HESI | Admitted | |
| 4/2/13 5:00 PM | Stevick | 4114.2.3.HESI | | Callout | HESI | Admitted | |
| 4/2/13 5:00 PM | Stevick | 4115.1.1.HESI | | Callout | HESI | Admitted | |
| 4/2/13 5:03 PM | Stevick | D-8176 | | Demonstrative | HESI | Admitted | |
| 4/2/13 5:06 PM | Stevick | 5155.8.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:08 PM | Stevick | 5155.6.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:11 PM | Stevick | 21789 | | Exhibit | PSC | Admitted | |
| 4/2/13 5:11 PM | Stevick | 21789.1.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:17 PM | Stevick | 7046.3.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:17 PM | Stevick | 7046.3.2.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:18 PM | Stevick | 7009 | | Exhibit | PSC | Admitted | |
| 4/2/13 5:18 PM | Stevick | 7046.4.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:22 PM | Stevick | 7009.1.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:23 PM | Stevick | 7009.9.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:24 PM | Stevick | 7009.10.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:27 PM | Stevick | 1454.132.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:27 PM | Stevick | 1454.132.2.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:29 PM | Stevick | 4423 | | Exhibit | PSC | Admitted | |
| 4/2/13 5:29 PM | Stevick | 4423.1.1.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:42 PM | Stevick | 4423.1.2.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:44 PM | Stevick | 4423.1.3.PSC | | Callout | PSC | Admitted | |
| 4/2/13 5:44 PM | Stevick | 61123.28.1.TO | | Callout | TO | Admitted | |
| 4/2/13 5:47 PM | Stevick | 61123.16.1.TO | | Callout | TO | Admitted | |
| 4/2/13 5:49 PM | Stevick | D-6746 | | Demonstrative | TO | Admitted | |
| 4/2/13 5:29 PM | Stevick | 61124.15.1.TO | | Callout | TO | Admitted | |
| 4/2/13 5:50 PM | Stevick | 61124.15.2.TO | | Callout | TO | Admitted | |
| 4/2/13 5:56 PM | Stevick | D-6750 | | Demonstrative | TO | Admitted | |
| 4/3/13 8:13 AM | Stevick | 61124.16.1.TO | | Callout | TO | Admitted | |
| 4/3/13 8:13 AM | Stevick | 41594 | | Exhibit | TO | Admitted | |
| 4/3/13 8:15 AM | Stevick | 41594.302.1.TO | | Callout | TO | Admitted | |
| 4/3/13 8:16 AM | Stevick | 7697.16.1.TO (Stevick) | | Callout | TO | Admitted | |
| | Stevick | 61123.95.1.TO | | Callout | TO | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 4/11/2013 Marshalling Conference

Admitted 4/11/2013 SC

| Date | Witness | Exhibit Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|
| 4/3/13 8:19 AM | Stevick | 61124.19.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:32 AM | Stevick | 61123.27.2.TO | Callout | TO | Admitted | |
| 4/3/13 8:39 AM | Stevick | 61124.24.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:41 AM | Stevick | 4617 | Exhibit | TO | Admitted | |
| 4/3/13 8:41 AM | Stevick | 4617.61.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:42 AM | Stevick | 5154 | Exhibit | TO | Admitted | |
| 4/3/13 8:42 AM | Stevick | 5154.1.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:45 AM | Stevick | 22729.15.1.TO (Stevick) | Callout | TO | Admitted | |
| 4/3/13 8:47 AM | Stevick | 5495.5.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:47 AM | Stevick | 581.4.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:50 AM | Stevick | 1195 | Exhibit | TO | Admitted | |
| 4/3/13 8:50 AM | Stevick | 1195.223.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:50 AM | Stevick | 1195.223.2.TO | Callout | TO | Admitted | |
| 4/3/13 8:53 AM | Stevick | 3340 | Exhibit | TO | Admitted | |
| 4/3/13 8:53 AM | Stevick | 3340.1.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:53 AM | Stevick | 3340.2.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:55 AM | Stevick | 3340.11.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:55 AM | Stevick | 3340.15.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:56 AM | Stevick | 3340.22.1.TO | Callout | TO | Admitted | |
| 4/3/13 8:56 AM | Stevick | 5102.3.2.TO | Callout | TO | Admitted | |
| 4/3/13 8:57 AM | Stevick | 5102.3.3.TO | Callout | TO | Admitted | |
| 4/3/13 8:58 AM | Stevick | 3338.1.1.TO (Stevick) | Callout | TO | Not admitted | BP Objection to foundation sustained |
| 4/3/13 9:00 AM | Stevick | 61123.14.1.TO | Callout | TO | Admitted | |
| 4/3/13 9:01 AM | Stevick | 4114.1.1.TO | Callout | TO | Admitted | |
| 4/3/13 9:01 AM | Stevick | 4114.2.1.TO | Callout | TO | Admitted | |
| 4/3/13 9:15 AM | Stevick | 3792 | Exhibit | BP | Admitted | |
| 4/3/13 9:15 AM | Stevick | 3792.1.1.BP | Callout | BP | Admitted | |
| 4/3/13 9:35 AM | Stevick | 7762.10.1.BP | Callout | BP | Admitted | |
| 4/3/13 9:49 AM | Stevick | 5834.2.1.BP | Callout | BP | Admitted | |
| 4/3/13 9:50 AM | Stevick | 5834 | Exhibit | BP | Admitted | |
| 4/3/13 10:25 AM | Stevick | 7542 | Exhibit | BP | Admitted | |
| 4/3/13 10:25 AM | Stevick | 7542.3.2.BP | Callout | BP | Admitted | |
| 4/3/13 10:28 AM | Stevick | D-4644 | Demonstrative | BP | Admitted | |
| 4/3/13 10:30 AM | Stevick | 47846_167.1.2.BP | Callout | BP | Admitted | |
| 4/3/13 10:36 AM | Stevick | 5495 | Exhibit | HESI | Admitted | |
| 4/3/13 10:41 AM | Stevick | D-8204 | Demonstrative | HESI | Admitted | |
| 4/3/13 10:42 AM | Stevick | D-8203 | Demonstrative | HESI | Admitted | |
| 4/3/13 10:44 AM | Stevick | D-8226 | Demonstrative | HESI | Admitted | |
| 4/3/13 11:05 AM | Beck | 22571 | Exhibit | HESI | Admitted | |
| 4/3/13 11:05 AM | Beck | 22571.1.HESI | Page | HESI | Admitted | Also offered by PSC |
| 4/3/13 11:05 AM | Beck | 22571.2.1.HESI | Callout | HESI | Admitted | |
| 4/3/13 11:05 AM | Beck | 22571.2.2.HESI | Callout | HESI | Admitted | |
| 4/3/13 11:05 AM | Beck | 22571.2.3.HESI | Callout | HESI | Admitted | |
| 4/3/13 11:05 AM | Beck | 22571.3.1.HESI | Callout | HESI | Admitted | |

## All-Party Agreed Upon List of Exhibits and Demonstratives
## for 4/11/2013 Marshalling Conference

admitted 4/11/2013 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 4/3/13 11:05 AM | Beck | 22571.3.HESI | | Page | HESI | Admitted | |
| 4/3/13 11:05 AM | Beck | 22571.4.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:19 AM | Beck | 8140 | | Exhibit | HESI | Admitted subject to redactions | |
| 4/3/13 11:19 AM | Beck | 8154 | | Exhibit | HESI | Admitted subject to redactions | Also offered by US and PSC |
| 4/3/13 11:21 AM | Beck | 4477.2.HESI | | Page | HESI | Admitted | |
| 4/3/13 11:21 AM | Beck | 4477.42.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:27 AM | Beck | 6121 | | Exhibit | HESI | Admitted | |
| 4/3/13 11:27 AM | Beck | 6121.1.HESI | | Page | HESI | Admitted | |
| 4/3/13 11:27 AM | Beck | 6121.13.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:27 AM | Beck | 6121.16.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:27 AM | Beck | 6121.42.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:27 AM | Beck | 6121.9.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:39 AM | Beck | D-8027 | | Demonstrative | HESI | Admitted | |
| 4/3/13 11:41 AM | Beck | 61117 | | Exhibit | HESI | Admitted | |
| 4/3/13 11:41 AM | Beck | 901 | | Exhibit | HESI | Admitted | |
| 4/3/13 11:41 AM | Beck | 901.1.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:41 AM | Beck | 901.1.2.HESI | | Callout | HESI | Admitted | |
| 4/3/13 11:41 AM | Beck | 901.1.HESI | | Page | HESI | Admitted | |
| 4/3/13 1:30 PM | Beck | 1517 | | Exhibit | HESI | Admitted | |
| 4/3/13 1:30 PM | Beck | 1517.1.HESI | | Page | HESI | Admitted | |
| 4/3/13 1:30 PM | Beck | 1517.2.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 1:37 PM | Beck | 2582.1.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 1:39 PM | Beck | D-8037 | | Demonstrative | HESI | Admitted | |
| 4/3/13 1:44 PM | Beck | D-8039 | | Demonstrative | HESI | Admitted | |
| 4/3/13 1:48 PM | Beck | D-8040 | | Demonstrative | HESI | Admitted | |
| 4/3/13 1:50 PM | Beck | 22257 | | Exhibit | HESI | Admitted | |
| 4/3/13 1:50 PM | Beck | 22257.1.HESI | | Page | HESI | Admitted | |
| 4/3/13 1:50 PM | Beck | 22257.24.HESI | | Callout | HESI | Admitted | |
| 4/3/13 1:50 PM | Beck | 22257.26.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 1:55 PM | Beck | 0007 | | Exhibit | HESI | Admitted | |
| 4/3/13 1:55 PM | Beck | 0007.1.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 1:56 PM | Beck | 3188.1.3.HESI | | Callout | HESI | Admitted | |
| 4/3/13 2:05 PM | Beck | 184 | | Exhibit | HESI | Admitted | |
| 4/3/13 2:05 PM | Beck | 184.1.HESI | | Page | HESI | Admitted | |
| 4/3/13 2:05 PM | Beck | 184.10.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 2:05 PM | Beck | 184.9.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 2:15 PM | Beck | 4515 | | Exhibit | HESI | Admitted | |
| 4/3/13 2:15 PM | Beck | 4515.1.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 2:15 PM | Beck | 4515.1.2.HESI | | Callout | HESI | Admitted | |
| 4/3/13 2:15 PM | Beck | 4515.2.1.HESI | | Callout | HESI | Admitted | |
| 4/3/13 2:29 PM | Beck | D-8041 | | Demonstrative | HESI | Admitted | |
| 4/3/13 2:42 PM | Beck | D-8018 (07_NPT) | | Demonstrative | HESI | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 4/11/2013 Marshalling Conference

admitted 4/11/2013 SL

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 4/3/13 2:48 PM | Beck | D-8249 | | Demonstrative | HESI | Admitted | |
| 4/3/13 3:48 PM | Beck | 8140.103.1.PSC | | Callout | PSC | Admitted | |
| 4/3/13 3:48 PM | Beck | 8140.95.1.PSC | | Callout | PSC | Admitted | |
| 4/3/13 3:51 PM | Beck | D-2445A | | Demonstrative | PSC | Admitted | |
| 4/3/13 4:01 PM | Beck | 8140.71.5.US | | Callout | US | Admitted | |
| 4/3/13 4:25 PM | Beck | 8140.17.1.TO | | Callout | TO | Admitted | |
| 4/3/13 4:27 PM | Beck | 8140.102.3.TO | | Callout | TO | Admitted | |
| 4/3/13 4:35 PM | Beck | 8140.98.2.TO | | Callout | TO | Admitted | |
| 4/3/13 8:40 AM | Beck | 8140.17.2.BP | | Callout | BP | Admitted | |
| 4/3/13 8:40 AM | Beck | 8141.9.1.BP | | Callout | BP | Admitted | |
| 4/4/13 8:41 AM | Beck | 48285 | | Exhibit | BP | Admitted | |
| 4/4/13 8:49 AM | Beck | 4026.1.4.BP | | Callout | BP | Admitted | |
| 4/4/13 9:06 AM | Beck | D-4474 | | Demonstrative | BP | Admitted | |
| 4/4/13 9:10 AM | Beck | 8150 | | Exhibit | BP | Admitted | |
| 4/4/13 9:10 AM | Beck | 8150.1 | | Page | BP | Admitted | |
| 4/4/13 9:10 AM | Beck | 8150.1.1.BP | | Callout | BP | Admitted | |
| 4/4/13 9:16 AM | Beck | 8143 | | Exhibit | BP | Admitted | |
| 4/4/13 9:16 AM | Beck | 8143.1 | | Page | BP | Admitted | |
| 4/4/13 9:16 AM | Beck | 8143.8 | | Page | BP | Admitted | |
| 4/4/13 9:17 AM | Beck | 8143.8.1 | | Callout | BP | Admitted | |
| 4/4/13 9:20 AM | Beck | 8140.104.3.BP | | Callout | BP | Admitted | |
| 4/4/13 9:52 AM | Beck | 2659 | | Exhibit | BP | Admitted | |
| 4/4/13 9:52 AM | Beck | 2659.1.1.BP | | Callout | BP | Admitted | |
| 4/4/13 9:54 AM | Beck | 2033.92 | | Page | BP | Admitted | |
| 4/4/13 9:57 AM | Beck | 8146 | | Exhibit | BP | Admitted | |
| 4/4/13 9:59 AM | Beck | 8146.10 | | Page | BP | Admitted | |
| 4/4/13 10:01 AM | Beck | 97.1.1 | | Callout | BP | Admitted | |
| 4/4/13 10:03 AM | Beck | 8140.78.2.BP | | Callout | BP | Admitted | |
| 4/4/13 10:29 AM | Beck | 8140.78.1.BP | | Callout | BP | Admitted | |
| 4/4/13 10:29 AM | Beck | 8143.6.1.BP | | Callout | BP | Admitted | |
| 4/4/13 10:32 AM | Beck | 41245 | | Exhibit | BP | Admitted | |
| 4/4/13 10:35 AM | Beck | D-4781 | | Demonstrative | BP | Admitted | Marked in court |
| 4/4/13 10:35 AM | Beck | D-4782 | | Demonstrative | BP | Admitted | Marked in court |
| 4/4/13 10:51 AM | Beck | 2033.64-65 | | Pages | BP | Admitted | |
| 4/4/13 10:54 AM | Beck | D-4342.1 | | Demonstrative | BP | Admitted | |
| 4/4/13 11:00 AM | Beck | 41071.3 | | Page | BP | Admitted | |
| 4/4/13 11:03 AM | Beck | 2133.321 | | Page | BP | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 4/4/13 11:08 AM | Beck | 2133.319 | | Page | BP | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 4/4/13 11:08 AM | Beck | 2133.320 | | Page | BP | Admitted | |
| 4/4/13 11:10 AM | Beck | 2033.72.1.BP | | Callout | BP | Admitted | |
| 4/4/13 11:14 AM | Beck | 8140.14.1.BP | | Callout | BP | Admitted | Trial Confidential - Only Redacted Excerpts to be Released |
| 4/4/13 11:16 AM | Beck | D-4429 | | Demonstrative | BP | Admitted | |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 4/11/2013 Marshalling Conference

admitted 4/11/2013 SC

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 4/8/13 10:06 AM | Bourgoyne | D-4744 | | Demonstrative | BP | Admitted | |
| 4/8/13 10:08 AM | Bourgoyne | D-4764 | | Demonstrative | BP | Admitted | |
| 4/8/13 10:30 AM | Bourgoyne | 4533.26.6.BP | | Callout | BP | Admitted | |
| 4/8/13 10:32 AM | Bourgoyne | 4533.28 | | Page | BP | Admitted | |
| 4/8/13 10:34 AM | Bourgoyne | 7510.36.2.BP | | Callout | BP | Admitted | |
| 4/8/13 10:36 AM | Bourgoyne | D-4746 | | Demonstrative | BP | Admitted | |
| 4/8/13 10:38 AM | Bourgoyne | D-4855 | | Demonstrative | BP | Admitted | |
| 4/8/13 10:45 AM | Bourgoyne | D-4162 | | Demonstrative | BP | Admitted | |
| 4/8/13 10:48 AM | Bourgoyne | D-4163 | | Demonstrative | BP | Admitted | |
| 4/8/13 10:51 AM | Bourgoyne | D-4750 | | Demonstrative | BP | Admitted | |
| 4/8/13 10:56 AM | Bourgoyne | D-4751 | | Demonstrative | BP | Admitted | |
| 4/8/13 11:00 AM | Bourgoyne | D-4753 | | Demonstrative | BP | Admitted | |
| 4/8/13 11:03 AM | Bourgoyne | D-4754 | | Demonstrative | BP | Admitted | |
| 4/8/13 11:12 AM | Bourgoyne | D-4842.2 | | Demonstrative | BP | Admitted | |
| 4/8/13 11:13 AM | Bourgoyne | D-4755 | | Demonstrative | BP | Admitted | |
| 4/8/13 11:15 AM | Bourgoyne | D-4756 | | Demonstrative | BP | Admitted | |
| 4/8/13 11:17 AM | Bourgoyne | 547.1.1.BP | | Callout | BP | Admitted | |
| 4/8/13 11:18 AM | Bourgoyne | 8173.52.1.BP | | Callout | BP | Admitted | |
| 4/8/13 11:24 AM | Bourgoyne | D-4842.3 | | Demonstrative | BP | Admitted | |
| 4/8/13 11:26 AM | Bourgoyne | D-4204A | | Demonstrative | BP | Admitted | |
| 4/8/13 11:29 AM | Bourgoyne | D-4205A | | Demonstrative | BP | Admitted | D-420A used in Court |
| 4/8/13 11:42 AM | Bourgoyne | 8174.18.1.BP | | Callout | BP | Admitted | |
| 4/8/13 11:45 AM | Bourgoyne | 8174.25.1.BP | | Callout | BP | Admitted | |
| 4/8/13 1:25 PM | Bourgoyne | 41559.10.1.PSC | | Callout | PSC | Admitted | |
| 4/8/13 1:39 PM | Bourgoyne | 8173.51.1.PSC | | Page | PSC | Admitted | |
| 4/8/13 1:53 PM | Bourgoyne | 4447.6.1.PSC | | Page | PSC | Admitted | |
| 4/8/13 2:01 PM | Bourgoyne | 21829 | | Exhibit | PSC | Admitted | |
| 4/8/13 2:01 PM | Bourgoyne | 21829.4.1.PSC | | Page | PSC | Admitted | |
| 4/8/13 2:09 PM | Bourgoyne | 8173.68.1 | | Page | PSC | Admitted | |
| 4/8/13 2:30 PM | Bourgoyne | D-3282.a | | Demonstrative | PSC | Not admitted | Objection |
| 4/8/13 2:33 PM | Bourgoyne | D-3282.b | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:33 PM | Bourgoyne | D-3282.c | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:35 PM | Bourgoyne | D-3282.d | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:38 PM | Bourgoyne | D-3282.e | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:39 PM | Bourgoyne | D-3282.f | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:40 PM | Bourgoyne | D-3282.g | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:43 PM | Bourgoyne | D-3282.h | | Demonstrative | PSC | Admitted | Item 1 was erased since witness true or not |

All-Party Agreed Upon List of Exhibits and Demonstratives
for 4/11/2013 Marshalling Conference

admitted 4/11/2013 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 4/8/13 2:44 PM | Bourgoyne | D-3282.i | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:44 PM | Bourgoyne | D-3282.j | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:45 PM | Bourgoyne | D-3282.k | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:47 PM | Bourgoyne | D-3282.l | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/2013 2:48 PM | Bourgoyne | D-3282.m | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:49 PM | Bourgoyne | D-3282.n | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:49 PM | Bourgoyne | D-3282.n.1 | | Demonstrative | PSC | Admitted | Item 1 was erased since witness did not know if it was true or not |
| 4/8/13 2:50 PM | Bourgoyne | 22705 | | Demonstrative | PSC | Admitted | |
| 4/8/13 5:59 PM | Bourgoyne | 51133.3.1.TO | | Callout | TO | Not admitted | |
| 4/9/13 9:03 AM | Bourgoyne | D-4907 | | Demonstrative | BP | Admitted | BP Objection Sustained |
| 4/9/13 9:05 AM | Bourgoyne | D-4908 | | Demonstrative | BP | Admitted | |
| 4/9/13 9:06 AM | Bourgoyne | D-4867 | | Demonstrative | BP | Admitted | |
| 4/9/13 9:07 AM | Bourgoyne | 8173.61.1.BP | | Callout | BP | Admitted | |
| 4/9/13 9:12 AM | Bourgoyne | D-4756A | | Demonstrative | BP | Admitted | |
| 4/9/13 9:14 AM | Bourgoyne | D-4905 | | Demonstrative | BP | Admitted | Called out as D-3282A |
| 4/9/13 9:31 AM | Bourgoyne | D-4860 | | Demonstrative | BP | Admitted | |
| 4/9/13 9:36 AM | Emilsen | 40003 | | Exhibit | BP | Admitted | |
| 4/9/13 9:36 AM | Emilsen | 40003.1 | | Page | BP | Admitted | |
| 4/9/13 9:36 AM | Emilsen | 7401 | | Exhibit | BP | Admitted | Also offered by US |
| 4/9/13 9:37 AM | Emilsen | D-4861 | | Demonstrative | BP | Admitted | |
| 4/9/13 9:45 AM | Emilsen | D-4784 | | Demonstrative | BP | Admitted | |
| 4/9/13 9:47 AM | Emilsen | D-4852 | | Demonstrative | BP | Admitted | |
| 4/9/13 9:53 AM | Emilsen | D-4691B | | Demonstrative | BP | Admitted | |
| 4/9/13 9:58 AM | Emilsen | 41026.31.1.BP | | Callout | BP | Admitted | |
| 4/9/13 9:59 AM | Emilsen | 41026 | | Exhibit | BP | Admitted | |
| 4/9/13 9:59 AM | Emilsen | 41026.30.1.BP | | Callout | BP | Admitted | |
| 4/9/13 10:00 AM | Emilsen | D-4853 | | Demonstrative | BP | Admitted | |
| 4/9/13 10:05 AM | Emilsen | D-4320A | | Demonstrative | BP | Admitted | |
| 4/9/13 10:05 AM | Emilsen | D-4321 | | Demonstrative | BP | Admitted | |
| 4/9/13 10:05 AM | Emilsen | D-4322 | | Demonstrative | BP | Admitted | |
| 4/9/13 10:06 AM | Emilsen | D-4792 | | Demonstrative | BP | Admitted | |
| 4/9/13 10:07 AM | Emilsen | D-4345 | | Demonstrative | BP | Admitted | |
| 4/9/13 10:08 AM | Emilsen | D-4478 | | Demonstrative | BP | Admitted | |
| 4/9/13 10:08 AM | Emilsen | D-4854 | | Demonstrative | BP | Admitted | |
| 4/9/13 12:01 PM | Emilsen | 7279.1.3.HESI | | Callout | HESI | Admitted | |
| 4/9/13 12:01 PM | Emilsen | 7279.2.1.HESI | | Callout | HESI | Admitted | |
| 4/9/13 12:10 PM | Emilsen | D-8041 | | Demonstrative | HESI | Admitted | |
| 4/9/13 1:43 PM | Robinson | 37031 | | Exhibit | BP | Admitted | TO Hearsay Objection Overruled |

**All-Party Agreed Upon List of Exhibits and Demonstratives for 4/11/2013 Marshalling Conference** admitted 4/11/2013 SK

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 4/9/13 1:43 PM | Robinson | 37031.1.1.BP | | Callout | BP | Admitted | |
| 4/9/13 1:48 PM | Robinson | 37031.13.2.BP | | Callout | BP | Admitted | |
| 4/9/13 1:56 PM | Robinson | 37031.13.3.BP | | Callout | BP | Admitted | |
| 4/9/13 1:57 PM | Robinson | 37031.14 | | Page | BP | Admitted | |
| 4/9/13 2:00 PM | Robinson | 37031.15.4.BP | | Callout | BP | Admitted | |
| 4/9/13 2:04 PM | Robinson | 37031.17.1.BP | | Callout | BP | Admitted | TO Hearsay Objection Overruled |
| 4/9/13 2:04 PM | Robinson | 37031.19.1.BP | | Callout | BP | Admitted | TO Hearsay Objection Overruled |
| 4/9/13 2:05 PM | Robinson | 37031.22 | | Page | BP | Admitted | TO Hearsay Objection Overruled |
| 4/9/13 2:06 PM | Robinson | 37031.23.2.BP | | Callout | BP | Admitted | TO Hearsay Objection Overruled |
| 4/9/13 2:08 PM | Robinson | 37031.38.2.BP | | Callout | BP | Admitted | TO Hearsay Objection Overruled |
| 4/9/13 2:08 PM | Robinson | 37031.41.1.BP | | Callout | BP | Admitted | TO Hearsay Objection Overruled |
| 4/9/13 2:09 PM | Robinson | 193.3.2.TO | | Callout | TO | Admitted | |
| 4/9/13 2:09 PM | Robinson | 37031.94.1.BP | | Callout | BP | Admitted | |
| 4/9/13 2:10 PM | Robinson | 37031.95.1.BP | | Callout | BP | Admitted | |
| 4/9/13 2:11 PM | Robinson | 296.1.2.BP | | Callout | BP | Admitted | |
| 4/9/13 3:18 PM | Robinson | 296.6.10.BP | | Callout | BP | Admitted | |
| 4/9/13 3:18 PM | Robinson | 3213-Willis | | Exhibit | USA | Not Admitted | |
| 4/9/13 3:37 PM | Robinson | 37031.13.1.TO | | Callout | TO | Admitted | |
| 4/9/13 3:39 PM | Robinson | 192.3.1.TO | | Callout | TO | Admitted | |
| 4/9/13 3:41 PM | Robinson | 37031.14 | | Page | TO | Admitted | |
| 4/9/13 3:44 PM | Robinson | 37031.95.1.TO | | Callout | TO | Admitted | |
| 4/9/13 3:45 PM | Robinson | 4447.6.1.TO (Robinson) | | Callout | TO | Admitted | |
| 4/9/13 3:49 PM | Robinson | 7313.1.1.TO | | Callout | TO | Admitted | |
| 4/9/13 3:50 PM | Robinson | 7313.6.1.TO | | Callout | TO | Admitted | |
| 4/9/13 3:51 PM | Lacy (video) | 2953 | | Exhibit | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2955 | | Exhibit | BP | Admitted | BP Objection Sustained |
| 4/9/13 4:00 PM | Lacy (video) | 2953.1.5.BP | | Callout | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2953.2.8.BP | | Callout | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2953.2.9.BP | | Callout | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2953.3.5.BP | | Callout | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2955.1.3.BP | | Callout | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2955.2.5.BP | | Callout | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2955.2.6.BP | | Callout | BP | Admitted | |
| 4/9/13 4:00 PM | Lacy (video) | 2955.2.7.BP | | Callout | BP | Admitted | |
| 4/11/13 12:00 PM | Huffman | 32000.114.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | 01220.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | 01220.1.2.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | 01311.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | 01335.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 01337.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 01337.9.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 01337.10.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 01337.11.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 01343.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 01967.1.1.US | | Callout | US | Admitted | |

**All-Party Agreed Upon List of Exhibits and Demonstratives for 4/11/2013 Marshalling Conference**

Admitted 4/11/2013 SC

| Date | Witness | Exhibit | Pages | Type | Party | Ruling | Notes |
|---|---|---|---|---|---|---|---|
| 4/11/13 12:00 PM | Huffman | TREX 02654.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03727.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03732.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03733.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03733.2.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03734.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03995.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03995.3.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03995.4.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 03995.5.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04021.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04022.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04022.1.2.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04022.1.3.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04047.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04047.13.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04047.13.2.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04533.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04533.26.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04533.28.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04533.30.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04533.31.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04533.49.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04535.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04535.4.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04538.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 04776.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 05837.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 06217.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 07411.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 07411.24.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 08186.1.1.US | | Callout | US | Admitted | |
| 4/11/13 12:00 PM | Huffman | TREX 32019.1.1.US | | Callout | US | Admitted | |