# HALLIBURTON ENERGY SERVICES, INC'S LIST OF DEPOSITION BUNDLES TO ADMIT APRIL 11, 2013

HESI offers the following Deposition Bundles to be admitted into evidence.

Paul Anderson – 3/14/2013 (PSC); *conditionally admitted subject to live witness*
Roland Chemali– 3/14/2013 (PSC); *conditionally admitted subject to live witness*
Skip Clark
Richard Coronado—posted 3/18; discussed on 4/4....to be admitted today. — *previously admitted*
Richard Dubois– 3/14/2013 (PSC); *conditionally admitted subject to live witness*
Victor Emmanuel
Trent Fleece
John Gisclair—3/14/2013 (PSC); admitted by the PSC as 30(b)(6) - *previously admitted*
Kelly Gray--2/28/2013 (PSC); admitted as part of 126 bundles — *previously admitted*
Kurt Kronenberger– 3/14/2013 (PSC); *conditionally admitted subject to live witness*
Sarah Sanders– 3/14/2013 (PSC); *conditionally admitted subject to live witness*
Vincent Tabler– 3/14/2013 (PSC); *conditionally admitted subject to live witness*
David Winter

Deposition Bundles Conditionally Offered by Halliburton (subject to future live testimony):

John Guide– 3/14/2013 (PSC); *conditionally admitted subject to live witness*
Lee Lambert– *conditionally admitted subject to live witness*
Larry McMahan– 3/14/2013 (PSC); 30b6 group; *conditionally admitted subject to live witness*
Patrick O'Bryan—3/14/2013 (PSC); admitted by PSC as 30(b)(6)
Neil Shaw– 3/14/2013 (PSC); *conditionally admitted subject to live witness*
Gregory Walz—2/28/2013 (PSC); admitted as part of the 126 bundles
Daun Winslow– 3/26/2013 (PSC); *conditionally admitted subject to live witness*
Norman Wong– 3/14/2013 (PSC); *conditionally admitted subject to live witness*

— admitted 4/11/2013 at exhibit marshaling conference — with the exception of those that are conditional, subject to being called live —SK

Doc 2137020-v1 – Exhibit List

**HALLIBURTON ENERGY SERVICES, INC'S LIST OF
DEPOSITION BUNDLES ADMITTED ON APRIL 11, 2013,
AND TENDERED TO THE COURT[1]**

Paul Anderson
Roland Chemali
Skip Clark
Richard Coronado
Richard Dubois
Victor Emmanuel
Trent Fleece
John Gisclair
Kelly Gray
Kurt Kronenberger
Sarah Sanders
Vincent Tabler
David Winter
Daun Winslow

*[handwritten annotation:]* deposition bundles admitted on 4/11/2013 and contained on flash drive submitted to the Court on 4/11/2013 SK

*(exh marshaling conf)*

---

[1] The below list does not include deposition bundles conditionally offered by Halliburton pending the appearance of certain witnesses as live witnesses at trial.

Doc 2137020-v1 – Exhibit List