# Bundle Exhibits:

**Exhibits Offered to the Court for the Following 30(b)(6) Witness Bundles:**

| BUNDLE | EXH# |
|---|---|
| Billon, Brad | 0691 |
| Billon, Brad | 0967 |
| Billon, Brad | 1015 |
| Billon, Brad | 1039 |
| Billon, Brad | 2801 |
| Billon, Brad | 2802 |
| Billon, Brad | 2804 |
| Billon, Brad | 2805 |
| Billon, Brad | 2806 |
| Billon, Brad | 2808 |
| Billon, Brad | 2810 |
| Billon, Brad | 2813 |
| Billon, Brad | 2814 |
| Billon, Brad | 2815 |
| Billon, Brad | 2816 |
| Billon, Brad | 2809 |
| Billon, Brad | 2817 |
| Billon, Brad | 2811 |
| Billon, Brad | 2819 |
| Billon, Brad | 2820 |
| Billon, Brad | 2821 |
| Billon, Brad | 1026 |
| Billon, Brad | 1030 |
| Billon, Brad | 2807 |
| Gisclair, John | 0601 |
| Gisclair, John | 0602 |
| Gisclair, John | 0603 |
| Gisclair, John | 0605 |
| Gisclair, John | 0607 |
| Gisclair, John | 0604 |
| Gisclair, John | 0614 |
| Gisclair, John | 0620 |
| Gisclair, John | 0621 |
| Gisclair, John | 0606 |
| Gisclair, John | 0609 |
| Gisclair, John | 0611 |
| Gisclair, John | 0613 |
| Gisclair, John | 0616 |
| Gisclair, John | 0622 |

| | |
|---|---|
| Gisclair, John | 2034 |
| Gisclair, John | 2040 |
| Gisclair, John | 2104 |
| Gisclair, John | 2108 |
| Gisclair, John | 2110 |
| Gisclair, John | 2114 |
| Gisclair, John | 0005 |
| Gisclair, John | 0006 |
| Gisclair, John | 0009 |
| Lirette, Brent | 0354 |
| Lirette, Brent | 2582 |
| Lirette, Brent | 2583 |
| Lirette, Brent | 2599 |
| Lirette, Brent | 3000 |
| Lirette, Brent | 3004 |
| Lirette, Brent | 0197 |
| McMahan, Larry | 3510 |
| McMahan, Larry | 0950 |
| McMahan, Larry | 1356 |
| McMahan, Larry | 1454 |
| McMahan, Larry | 1523 |
| McMahan, Larry | 1760 |
| McMahan, Larry | 1761 |
| McMahan, Larry | 2182 |
| McMahan, Larry | 2188 |
| McMahan, Larry | 2189 |
| McMahan, Larry | 2190 |
| McMahan, Larry | 2191 |
| McMahan, Larry | 2192 |
| McMahan, Larry | 2193 |
| McMahan, Larry | 2194 |
| McMahan, Larry | 2195 |
| McMahan, Larry | 2196 |
| McMahan, Larry | 2197 |
| McMahan, Larry | 2198 |
| McMahan, Larry | 2872 |
| McMahan, Larry | 2873 |
| McMahan, Larry | 3502 |
| McMahan, Larry | 3503 |
| McMahan, Larry | 3505 |
| McMahan, Larry | 2871 |
| McMahan, Larry | 3511 |
| McMahan, Larry | 7098 |
| McMahan, Larry | 3506 |
| McMahan, Larry | 3507 |
| McMahan, Larry | 3508 |
| McMahan, Larry | 3509 |
| McMahan, Larry | 1434 |
| McMahan, Larry | 1452 |
| McMahan, Larry | 1474 |
| McMahan, Larry | 2187 |
| McWhorter, David | 3124 |

| | |
|---|---|
| McWhorter, David | 3167 |
| McWhorter, David | 1199 |
| McWhorter, David | 3166 |
| McWhorter, David | 3168 |
| McWhorter, David | 3178 |
| McWhorter, David | 3183 |
| McWhorter, David | 3184 |
| McWhorter, David | 3186 |
| McWhorter, David | 3187 |
| McWhorter, David | 3605 |
| McWhorter, David | 7010 |
| McWhorter, David | 7013 |
| McWhorter, David | 3600 |
| McWhorter, David | 3169 |
| McWhorter, David | 3171 |
| McWhorter, David | 3179 |
| O'Bryan, Patrick | 6089 |
| O'Bryan, Patrick | 0565 |
| O'Bryan, Patrick | 6065 |
| O'Bryan, Patrick | 0757 |
| O'Bryan, Patrick | 0001 |
| O'Bryan, Patrick | 0093 |
| O'Bryan, Patrick | 0268 |
| O'Bryan, Patrick | 0566 |
| O'Bryan, Patrick | 0638 |
| O'Bryan, Patrick | 0759 |
| O'Bryan, Patrick | 0778 |
| O'Bryan, Patrick | 0784 |
| O'Bryan, Patrick | 1126 |
| O'Bryan, Patrick | 1131 |
| O'Bryan, Patrick | 1139 |
| O'Bryan, Patrick | 1146 |
| O'Bryan, Patrick | 0184 |
| O'Bryan, Patrick | 1694 |
| O'Bryan, Patrick | 0564 |
| O'Bryan, Patrick | 2304 |
| O'Bryan, Patrick | 2396 |
| O'Bryan, Patrick | 2523 |
| O'Bryan, Patrick | 2549 |
| O'Bryan, Patrick | 2550 |
| O'Bryan, Patrick | 2580 |
| O'Bryan, Patrick | 4219 |
| O'Bryan, Patrick | 4220 |
| O'Bryan, Patrick | 4221 |
| O'Bryan, Patrick | 4222 |
| O'Bryan, Patrick | 4223 |
| O'Bryan, Patrick | 4226 |
| O'Bryan, Patrick | 4229 |
| O'Bryan, Patrick | 4230 |
| O'Bryan, Patrick | 4231 |
| O'Bryan, Patrick | 4232 |
| O'Bryan, Patrick | 4233 |

| | |
|---|---|
| O'Bryan, Patrick | 4234 |
| O'Bryan, Patrick | 4235 |
| O'Bryan, Patrick | 4239 |
| O'Bryan, Patrick | 4243 |
| O'Bryan, Patrick | 6291 |
| O'Bryan, Patrick | 4242 |
| O'Bryan, Patrick | 4237 |
| O'Bryan, Patrick | 4244 |
| O'Bryan, Patrick | 4240 |
| O'Bryan, Patrick | 6237 |
| O'Bryan, Patrick | 7097 |
| Sabins, Freddie Lyn | 0001 |
| Sabins, Freddie Lyn | 0002 |
| Sabins, Freddie Lyn | 0187 |
| Sabins, Freddie Lyn | 0239 |
| Sabins, Freddie Lyn | 0294 |
| Sabins, Freddie Lyn | 0343 |
| Sabins, Freddie Lyn | 0634 |
| Sabins, Freddie Lyn | 0790 |
| Sabins, Freddie Lyn | 2477 |
| Sabins, Freddie Lyn | 2478 |
| Sabins, Freddie Lyn | 2483 |
| Sabins, Freddie Lyn | 2484 |
| Sabins, Freddie Lyn | 2485 |
| Sabins, Freddie Lyn | 2486 |
| Sabins, Freddie Lyn | 2497 |
| Sabins, Freddie Lyn | 2709 |
| Sabins, Freddie Lyn | 2710 |
| Sabins, Freddie Lyn | 2716 |
| Sabins, Freddie Lyn | 2458 |
| Sabins, Freddie Lyn | 2459 |
| Sabins, Freddie Lyn | 2460 |
| Sabins, Freddie Lyn | 2461 |
| Sabins, Freddie Lyn | 2462 |
| Sabins, Freddie Lyn | 2463 |
| Sabins, Freddie Lyn | 2464 |
| Sabins, Freddie Lyn | 2465 |
| Sabins, Freddie Lyn | 2700 |
| Sabins, Freddie Lyn | 2701 |
| Sabins, Freddie Lyn | 2705 |
| Sabins, Freddie Lyn | 2713 |
| Sabins, Freddie Lyn | 2718 |
| Sabins, Freddie Lyn | 2721 |
| Sabins, Freddie Lyn | 2481 |
| Sabins, Freddie Lyn | 2723 |
| Sabins, Freddie Lyn | 2724 |
| Sabins, Freddie Lyn | 2725 |
| Sabins, Freddie Lyn | 2726 |
| Sabins, Freddie Lyn | 2495 |
| Sabins, Freddie Lyn | 2498 |
| Sabins, Freddie Lyn | 2702 |
| Sabins, Freddie Lyn | 2727 |

| | |
|---|---|
| Sabins, Freddie Lyn | 2728 |
| Sabins, Freddie Lyn | 2729 |
| Sabins, Freddie Lyn | 2730 |
| Sabins, Freddie Lyn | 2731 |
| Sabins, Freddie Lyn | 2722 |
| Sabins, Freddie Lyn | 2732 |
| Sabins, Freddie Lyn | 2733 |
| Sabins, Freddie Lyn | 2959 |
| Sabins, Freddie Lyn | 2968 |
| Sabins, Freddie Lyn | 2969 |
| Sabins, Freddie Lyn | 2962 |
| Sabins, Freddie Lyn | 2963 |
| Sabins, Freddie Lyn | 2966 |
| Sabins, Freddie Lyn | 2971 |
| Sabins, Freddie Lyn | 2972 |
| Sabins, Freddie Lyn | 2973 |
| Sabins, Freddie Lyn | 0225 |
| Sabins, Freddie Lyn | 0241 |
| Sabins, Freddie Lyn | 0341 |
| Vargo, Richard | 1391 |
| Vargo, Richard | 1719 |
| Vargo, Richard | 0001 |
| Vargo, Richard | 0625 |
| Vargo, Richard | 0640 |
| Vargo, Richard | 0713 |
| Vargo, Richard | 0716A |
| Vargo, Richard | 0717A |
| Vargo, Richard | 0745 |
| Vargo, Richard | 0803 |
| Vargo, Richard | 0806 |
| Vargo, Richard | 0813 |
| Vargo, Richard | 0816 |
| Vargo, Richard | 0817 |
| Vargo, Richard | 0970 |
| Vargo, Richard | 0976 |
| Vargo, Richard | 0979 |
| Vargo, Richard | 0981 |
| Vargo, Richard | 0982 |
| Vargo, Richard | 0983 |
| Vargo, Richard | 0984 |
| Vargo, Richard | 0985 |
| Vargo, Richard | 0987 |
| Vargo, Richard | 0989 |
| Vargo, Richard | 0992 |
| Vargo, Richard | 0002 |
| Vargo, Richard | 0751 |
| Vargo, Richard | 0716 |
| Vargo, Richard | 0790 |
| Vargo, Richard | 0815 |
| Vargo, Richard | 0907 |
| Vargo, Richard | 0971 |
| Vargo, Richard | 0977 |

| | |
|---|---|
| Vargo, Richard | 0978 |
| Vinson, Graham | 2199 |
| Vinson, Graham | 0153 |
| Vinson, Graham | 0555 |
| Vinson, Graham | 1021 |
| Vinson, Graham | 1069 |
| Vinson, Graham | 1071 |
| Vinson, Graham | 1072 |
| Vinson, Graham | 1079 |
| Vinson, Graham | 1241 |
| Vinson, Graham | 1312 |
| Vinson, Graham | 1314 |
| Vinson, Graham | 1323 |
| Vinson, Graham | 1326 |
| Vinson, Graham | 1343 |
| Vinson, Graham | 1513 |
| Vinson, Graham | 1514 |
| Vinson, Graham | 3063 |
| Vinson, Graham | 3064 |
| Vinson, Graham | 3065 |
| Vinson, Graham | 3066 |
| Vinson, Graham | 3067 |
| Vinson, Graham | 3068 |
| Vinson, Graham | 3069 |
| Vinson, Graham | 3070 |
| Vinson, Graham | 3071 |
| Vinson, Graham | 3072 |
| Vinson, Graham | 3073 |
| Vinson, Graham | 6052 |
| Vinson, Graham | 1556 |
| Vinson, Graham | 2999 |
| Vinson, Graham | 3061 |
| Vinson, Graham | 3062 |
| Vinson, Graham | 1524 |