# Bundle Exhibits:

## Exhibits Offered to the Court for the Following Witness Bundle:

| BUNDLE | EXH# |
| --- | --- |
| Coronado, Richard | 0051 |
| Coronado, Richard | 3065 |
| Coronado, Richard | 3344 |
| Coronado, Richard | 3605 |
| Coronado, Richard | 3620 |
| Coronado, Richard | 4115 |
| Coronado, Richard | 4155 |
| Coronado, Richard | 5094 |
| Coronado, Richard | 5153 |
| Coronado, Richard | 5155 |
| Coronado, Richard | 5157 |
| Coronado, Richard | 5159 |
| Coronado, Richard | 5161 |
| Coronado, Richard | 5165 |
| Coronado, Richard | 5169 |
| Coronado, Richard | 5175 |
| Coronado, Richard | 7576 |
| Coronado, Richard | 7581 |
| Coronado, Richard | 8035 |
| Coronado, Richard | 8036 |
| Coronado, Richard | 8037 |
| Coronado, Richard | 8038 |
| Coronado, Richard | 8039 |
| Coronado, Richard | 8043 |
| Coronado, Richard | 8044 |
| Coronado, Richard | 8045 |
| Coronado, Richard | 8047 |
| Coronado, Richard | 8048 |
| Coronado, Richard | 8049 |
| Coronado, Richard | 8051 |
| Coronado, Richard | 8052 |
| Coronado, Richard | 8053 |
| Coronado, Richard | 8054 |
| Coronado, Richard | 8055 |
| Coronado, Richard | 8056 |
| Coronado, Richard | 8057 |