# Bundle Exhibits:

## Exhibits Offered to the Court for the Following 5th Amendment Witness Bundles:

| BUNDLE | EXH# |
|---|---|
| Bertone, Stephen | 0929 |
| Bertone, Stephen | 1887 |
| Bertone, Stephen | 3339 |
| Bertone, Stephen | 3342 |
| Bertone, Stephen | 3405 |
| Bertone, Stephen | 3417 |
| Bertone, Stephen | 4361 |
| Bertone, Stephen | 4362 |
| Bertone, Stephen | 4363 |
| Bertone, Stephen | 4364 |
| Fleytas, Andrea | 1121 |
| Fleytas, Andrea | 1120 |
| Fleytas, Andrea | 4469 |
| Fleytas, Andrea | 4463 |
| Fleytas, Andrea | 4464 |
| Fleytas, Andrea | 4465 |
| Fleytas, Andrea | 4466 |
| Fleytas, Andrea | 4467 |
| Fleytas, Andrea | 4468 |
| Fleytas, Andrea | 4470 |
| Fleytas, Andrea | 4471 |
| Fleytas, Andrea | 4472 |
| Fleytas, Andrea | 4458 |
| Fleytas, Andrea | 4459 |
| Fleytas, Andrea | 4460 |
| Fleytas, Andrea | 4461 |
| Hafle, Mark | 2840 |
| Hafle, Mark | 2869 |
| Hafle, Mark | 0093 |
| Hafle, Mark | 0186 |
| Hafle, Mark | 0214 |
| Hafle, Mark | 0791 |
| Hafle, Mark | 0901 |
| Hafle, Mark | 1234 |
| Hafle, Mark | 1555 |
| Hafle, Mark | 2041 |
| Hafle, Mark | 3575 |
| Hafle, Mark | 4447 |
| Hafle, Mark | 4448 |

| | |
|---|---|
| Hafle, Mark | 4449 |
| Hafle, Mark | 4450 |
| Hafle, Mark | 4451 |
| Hafle, Mark | 0045 |
| Hafle, Mark | 4452 |
| Hafle, Mark | 0140 |
| Hafle, Mark | 4453 |
| Hafle, Mark | 4454 |
| Hafle, Mark | 4455 |
| Hafle, Mark | 4456 |
| Hafle, Mark | 4457 |
| Hafle, Mark | 0014 |
| Haire, Christopher | 2580 |
| Haire, Christopher | 0811 |
| Haire, Christopher | 3641 |
| Haire, Christopher | 3642 |
| Haire, Christopher | 3646 |
| Haire, Christopher | 3649 |
| Haire, Christopher | 3650 |
| Haire, Christopher | 3651 |
| Haire, Christopher | 3652 |
| Haire, Christopher | 3654 |
| Haire, Christopher | 3657 |
| Haire, Christopher | 3659 |
| Haire, Christopher | 3679 |
| Haire, Christopher | 3683 |
| Haire, Christopher | 3684 |
| Haire, Christopher | 3685 |
| Haire, Christopher | 3664 |
| Haire, Christopher | 3648 |
| Haire, Christopher | 3653 |
| Haire, Christopher | 0001 |
| Haire, Christopher | 0745 |
| Haire, Christopher | 2035 |
| Haire, Christopher | 3026 |
| Haire, Christopher | 3099 |
| Haire, Christopher | 3635 |
| Haire, Christopher | 3644 |
| Harrell, Jimmy | 3465 |
| Harrell, Jimmy | 3466 |
| Harrell, Jimmy | 3809 |
| Harrell, Jimmy | 0571 |
| Harrell, Jimmy | 0939 |
| Harrell, Jimmy | 1454 |
| Harrell, Jimmy | 2157 |
| Harrell, Jimmy | 3800 |
| Harrell, Jimmy | 3801 |
| Harrell, Jimmy | 3806 |
| Harrell, Jimmy | 3807 |
| Harrell, Jimmy | 3810 |
| Harrell, Jimmy | 3813 |
| Harrell, Jimmy | 3802 |

| Harrell, Jimmy | 3803 |
|---|---|
| Harrell, Jimmy | 3804 |
| Harrell, Jimmy | 3805 |
| Harrell, Jimmy | 3808 |
| Harrell, Jimmy | 7116 |
| Harrell, Jimmy | 0926 |
| Harrell, Jimmy | 0986 |
| Harrell, Jimmy | 1452 |
| Harrell, Jimmy | 1523 |
| Holloway, Caleb | 0571 |
| Holloway, Caleb | 2621 |
| Holloway, Caleb | 2622 |
| Holloway, Caleb | 2619 |
| Holloway, Caleb | 2620 |
| Ingram, James | 2451 |
| Ingram, James | 2456 |
| Ingram, James | 4807 |
| Ingram, James | 4809 |
| Ingram, James | 4810 |
| Ingram, James | 4811 |
| Ingram, James | 4812 |
| Ingram, James | 4813 |
| Ingram, James | 4814 |
| Ingram, James | 4815 |
| Ingram, James | 4816 |
| Ingram, James | 4818 |
| Ingram, James | 4819 |
| Kaluza, Robert | 7318 |
| Kaluza, Robert | 0569 |
| Kaluza, Robert | 0045 |
| Kaluza, Robert | 0063 |
| Kaluza, Robert | 0926 |
| Kaluza, Robert | 3188 |
| Kaluza, Robert | 3189 |
| Kaluza, Robert | 3190 |
| Kaluza, Robert | 3555 |
| Kaluza, Robert | 3568 |
| Kaluza, Robert | 3569 |
| Kaluza, Robert | 3570 |
| Kaluza, Robert | 3571 |
| Kaluza, Robert | 3572 |
| Kaluza, Robert | 3573 |
| Kaluza, Robert | 3574 |
| Kaluza, Robert | 3575 |
| Kaluza, Robert | 3576 |
| Kaluza, Robert | 3577 |
| Kaluza, Robert | 0741 |
| Kaluza, Robert | 0785 |
| Kaluza, Robert | 3191 |
| Kaluza, Robert | 3192 |
| Kaluza, Robert | 3194 |
| Kaluza, Robert | 3195 |

| | |
|---|---|
| Kaluza, Robert | 3196 |
| Kaluza, Robert | 3198 |
| Kaluza, Robert | 3553 |
| Kaluza, Robert | 3557 |
| Kaluza, Robert | 3558 |
| Kaluza, Robert | 3559 |
| Kaluza, Robert | 3561 |
| Kaluza, Robert | 3565 |
| Kaluza, Robert | 3566 |
| Kaluza, Robert | 3567 |
| Kaluza, Robert | 0005 |
| Kaluza, Robert | 0031 |
| Kaluza, Robert | 0093 |
| Kaluza, Robert | 1753 |
| Kaluza, Robert | 3193 |
| Kaluza, Robert | 3197 |
| Kaluza, Robert | 3199 |
| Kaluza, Robert | 3552 |
| Kaluza, Robert | 3554 |
| Kaluza, Robert | 3556 |
| Kaluza, Robert | 3560 |
| Kaluza, Robert | 3562 |
| Kaluza, Robert | 3563 |
| Kuchta, Curt | 3752 |
| Kuchta, Curt | 0939 |
| Kuchta, Curt | 3749 |
| Kuchta, Curt | 3754 |
| Kuchta, Curt | 3755 |
| Kuchta, Curt | 0004 |
| Kuchta, Curt | 0938 |
| Kuchta, Curt | 3744 |
| Kuchta, Curt | 3745 |
| Kuchta, Curt | 3746 |
| Kuchta, Curt | 3747 |
| Kuchta, Curt | 3751 |
| Kuchta, Curt | 3753 |
| Morel, Brian | 2579 |
| Morel, Brian | 0097 |
| Morel, Brian | 0203 |
| Morel, Brian | 0570 |
| Morel, Brian | 0987 |
| Morel, Brian | 1390 |
| Morel, Brian | 1396 |
| Morel, Brian | 1517 |
| Morel, Brian | 1802 |
| Morel, Brian | 1803 |
| Morel, Brian | 2041 |
| Morel, Brian | 4500 |
| Morel, Brian | 4501 |
| Morel, Brian | 4502 |
| Morel, Brian | 4503 |
| Morel, Brian | 0791 |

| Morel, Brian | 4504 |
|---|---|
| Morel, Brian | 4505 |
| Morel, Brian | 4506 |
| Morel, Brian | 4507 |
| Morel, Brian | 4508 |
| Morel, Brian | 4509 |
| Morel, Brian | 4510 |
| Morel, Brian | 4511 |
| Morel, Brian | 4512 |
| Morel, Brian | 4513 |
| Morel, Brian | 4514 |
| Morel, Brian | 4515 |
| Morel, Brian | 4516 |
| Morel, Brian | 4517 |
| Morel, Brian | 0214 |
| Sandell, Micah | 2337 |
| Sandell, Micah | 3477 |
| Sandell, Micah | 3478 |
| Sandell, Micah | 3479 |
| Sandell, Micah | 3480 |
| Sandell, Micah | 3482 |
| Sandell, Micah | 2338 |
| Seraile, Allen | 4802 |
| Seraile, Allen | 0093 |
| Seraile, Allen | 0571 |
| Seraile, Allen | 3465 |
| Seraile, Allen | 3466 |
| Seraile, Allen | 4805 |
| Seraile, Allen | 4806 |
| Seraile, Allen | 4803 |
| Seraile, Allen | 4800 |
| Seraile, Allen | 3469 |
| Seraile, Allen | 3473 |
| Seraile, Allen | 4804 |
| Willis, Cathleenia | 3201 |
| Willis, Cathleenia | 3202 |
| Willis, Cathleenia | 3606 |
| Willis, Cathleenia | 3203 |
| Willis, Cathleenia | 3205 |
| Willis, Cathleenia | 3206 |
| Willis, Cathleenia | 3207 |
| Willis, Cathleenia | 3208 |
| Willis, Cathleenia | 3209 |
| Willis, Cathleenia | 0604 |
| Willis, Cathleenia | 0967 |
| Willis, Cathleenia | 1552 |
| Willis, Cathleenia | 3204 |
| Willis, Cathleenia | 3217 |
| Willis, Cathleenia | 3602 |
| Willis, Cathleenia | 3603 |
| Willis, Cathleenia | 3604 |
| Willis, Cathleenia | 3608 |