# Bundle Exhibits:

## Exhibits Offered to the Court for the Following Witness Bundles:

| | |
|---|---|
| Boughton, Geoff | 0002 |
| Boughton, Geoff | 0596 |
| Boughton, Geoff | 1356A |
| Boughton, Geoff | 1454 |
| Boughton, Geoff | 3185 |
| Boughton, Geoff | 3299 |
| Boughton, Geoff | 3318 |
| Boughton, Geoff | 3435 |
| Boughton, Geoff | 4248 |
| Boughton, Geoff | 4270 |
| Boughton, Geoff | 4277 |
| Boughton, Geoff | 4300 |
| Boughton, Geoff | 4304 |
| Boughton, Geoff | 4306 |
| Boughton, Geoff | 4307 |
| Boughton, Geoff | 4308 |
| Boughton, Geoff | 4309 |
| Boughton, Geoff | 4310 |
| Boughton, Geoff | 4311 |
| Boughton, Geoff | 4312 |
| Boughton, Geoff | 4313 |
| Boughton, Geoff | 4315 |
| Boughton, Geoff | 4316 |
| Boughton, Geoff | 4317 |
| Boughton, Geoff | 4323 |
| Florence, Robert | 3318 |
| Florence, Robert | 3435 |
| Florence, Robert | 4248 |
| Florence, Robert | 4305 |
| Florence, Robert | 5489 |
| Florence, Robert | 5490 |
| Florence, Robert | 5492 |
| Florence, Robert | 5493 |
| Florence, Robert | 5494 |
| Florence, Robert | 5495 |
| Florence, Robert | 5496 |
| Florence, Robert | 5497 |
| Florence, Robert | 5498 |
| Florence, Robert | 5499 |
| Florence, Robert | 5654 |
| Florence, Robert | 5655 |

| | |
|---|---|
| Florence, Robert | 5657 |
| Florence, Robert | 5658 |
| Florence, Robert | 5659 |
| Florence, Robert | 5660 |
| Florence, Robert | 5661 |
| Florence, Robert | 5662 |
| Florence, Robert | 5666 |
| Florence, Robert | 5667 |
| Turlak, Robert | 0039 |
| Turlak, Robert | 0106 |
| Turlak, Robert | 0590 |
| Turlak, Robert | 0596 |
| Turlak, Robert | 1166 |
| Turlak, Robert | 1169 |
| Turlak, Robert | 1452 |
| Turlak, Robert | 1454 |
| Turlak, Robert | 1666 |
| Turlak, Robert | 2386 |
| Turlak, Robert | 3085 |
| Turlak, Robert | 3259 |
| Turlak, Robert | 3919 |
| Turlak, Robert | 4423 |
| Turlak, Robert | 4794 |
| Turlak, Robert | 5239 |
| Turlak, Robert | 5361 |
| Turlak, Robert | 5372 |
| Turlak, Robert | 5385 |
| Turlak, Robert | 5386 |
| Turlak, Robert | 5387 |
| Turlak, Robert | 5388 |
| Turlak, Robert | 5390 |
| Turlak, Robert | 5391 |
| Turlak, Robert | 5392 |
| Turlak, Robert | 5393 |
| Turlak, Robert | 5396 |
| Turlak, Robert | 5397 |
| Turlak, Robert | 5404 |
| Turlak, Robert | 5405 |
| Turlak, Robert | 5406 |
| Turlak, Robert | 5407 |
| Turlak, Robert | 5408 |
| Turlak, Robert | 5409 |
| Turlak, Robert | 5410 |
| Turlak, Robert | 5411 |
| Turlak, Robert | 5412 |
| Turlak, Robert | 5413 |
| Turlak, Robert | 5414 |
| Turlak, Robert | 5416 |
| Turlak, Robert | 6212 |
| Turlak, Robert | 6299 |
| Turlak, Robert | 7102 |
| Turlak, Robert | 7104 |

| | |
|---|---|
| Turlak, Robert | 7107 |
| Williams, Michael | 0929 |
| Williams, Michael | 1109 |
| Williams, Michael | 1111 |
| Williams, Michael | 1887 |
| Williams, Michael | 4143 |