# Bundle Exhibits:

Exhibits Offered to the Court for the Following Witness Bundles Offered by TO:

| BUNDLE | EXH# |
| --- | --- |
| Bement, James | 0609 |
| Bement, James | 0614 |
| Bement, James | 0640 |
| Bement, James | 1269 |
| Bement, James | 1501 |
| Bement, James | 2002 |
| Bement, James | 3116 |
| Bement, James | 4331 |
| Bement, James | 4477 |
| Bement, James | 4479 |
| Bement, James | 5158 |
| Bement, James | 5180 |
| Bement, James | 5181 |
| Bement, James | 5182 |
| Bement, James | 5183 |
| Bement, James | 5184 |
| Bement, James | 5185 |
| Bement, James | 5186 |
| Bement, James | 5187 |
| Bement, James | 5188 |
| Bement, James | 5189 |
| Bement, James | 5190 |
| Clawson, Bryan | 0841 |
| Clawson, Bryan | 1154 |
| Clawson, Bryan | 2450 |
| Clawson, Bryan | 2559 |
| Clawson, Bryan | 2560 |
| Clawson, Bryan | 2561 |
| Clawson, Bryan | 2562 |
| Clawson, Bryan | 2563 |
| Clawson, Bryan | 2572 |
| Clawson, Bryan | 2573 |
| Clawson, Bryan | 2574 |
| Clawson, Bryan | 2575 |
| Clawson, Bryan | 2576 |
| Clawson, Bryan | 2577 |
| Clawson, Bryan | 2578 |
| Clawson, Bryan | 2579 |
| Clawson, Bryan | 2580 |
| Clawson, Bryan | 2581 |

| | |
|---|---|
| Clawson, Bryan | 2582 |
| Clawson, Bryan | 2583 |
| Clawson, Bryan | 2584 |
| Clawson, Bryan | 2585 |
| Clawson, Bryan | 2586 |
| Clawson, Bryan | 2587 |
| Clawson, Bryan | 2588 |
| Clawson, Bryan | 2590 |
| Clawson, Bryan | 2591 |
| Clawson, Bryan | 2592 |
| Clawson, Bryan | 2593 |
| Clawson, Bryan | 2594 |
| Clawson, Bryan | 2595 |
| Clawson, Bryan | 2596 |
| Clawson, Bryan | 2597 |
| Clawson, Bryan | 2598 |
| Cramond, Neil | 0002 |
| Cramond, Neil | 0010 |
| Cramond, Neil | 0011 |
| Cramond, Neil | 1819 |
| Cramond, Neil | 1820 |
| Cramond, Neil | 1821 |
| Cramond, Neil | 1822 |
| Cramond, Neil | 1823 |
| Cramond, Neil | 1824 |
| Cramond, Neil | 1825 |
| Cramond, Neil | 1826 |
| Cramond, Neil | 1827 |
| Cramond, Neil | 1828 |
| Cramond, Neil | 1829 |
| Cramond, Neil | 1830 |
| Cramond, Neil | 1831 |
| Cramond, Neil | 1832 |
| Cramond, Neil | 1833 |
| Cramond, Neil | 1835 |
| Cramond, Neil | 1836 |
| Cramond, Neil | 1838 |
| Cramond, Neil | 1839 |
| Cramond, Neil | 1841 |
| Emmerson, Antony | 0001 |
| Emmerson, Antony | 1893 |
| Emmerson, Antony | 3190 |
| Emmerson, Antony | 3555 |
| Emmerson, Antony | 5516 |
| Emmerson, Antony | 5519 |
| Emmerson, Antony | 5520 |
| Emmerson, Antony | 5525 |
| Emmerson, Antony | 5527 |
| Emmerson, Antony | 5530 |
| Emmerson, Antony | 5534 |
| Emmerson, Antony | 5537 |
| Emmerson, Antony | 5538 |

| | |
|---|---|
| Emmerson, Antony | 6138 |
| Hart, Derek | 0926 |
| Hart, Derek | 3280 |
| Hart, Derek | 3339 |
| Hart, Derek | 4228 |
| Hart, Derek | 4248 |
| Hart, Derek | 4261 |
| Hart, Derek | 4365 |
| Hart, Derek | 4472 |
| Hart, Derek | 5486 |
| Hart, Derek | 5618 |
| Hart, Derek | 5619 |
| Hart, Derek | 5638 |
| Hart, Derek | 5644 |
| Hart, Derek | 5700 |
| Hart, Derek | 5705 |
| Hart, Derek | 5727 |
| Hart, Derek | 5731 |
| Hart, Derek | 5732 |
| Hart, Derek | 5749 |
| Hart, Derek | 5750 |
| Hart, Derek | 5751 |
| Hart, Derek | 5752 |
| Hart, Derek | 5755 |
| Hart, Derek | 5757 |
| Hart, Derek | 5758 |
| Hart, Derek | 5759 |
| Hart, Derek | 5760 |
| Hart, Derek | 5761 |
| Hart, Derek | 5762 |
| Hart, Derek | 5763 |
| Hart, Derek | 5764 |
| Hart, Derek | 5766 |
| Haynie, William | 0088 |
| Haynie, William | 3074 |
| Haynie, William | 3076 |
| Haynie, William | 3077 |
| Haynie, William | 3078 |
| Haynie, William | 3079 |
| Haynie, William | 3080 |
| Haynie, William | 3081 |
| Haynie, William | 3082 |
| Haynie, William | 3084 |
| Haynie, William | 3085 |
| Haynie, William | 3086 |
| Haynie, William | 3087 |
| Haynie, William | 3088 |
| Haynie, William | 3336 |
| Holloway, Caleb | 0571 |
| Holloway, Caleb | 2619 |
| Holloway, Caleb | 2620 |
| Holloway, Caleb | 2621 |

| | |
|---|---|
| Holloway, Caleb | 2622 |
| Johnson, Dustin | 4551 |
| Johnson, Dustin | 4553 |
| Johnson, Dustin | 4554 |
| Johnson, Dustin | 4558 |
| Johnson, Steven | 0698 |
| Kenney, Gary | 0018 |
| Kenney, Gary | 0031 |
| Kenney, Gary | 0040 |
| Kenney, Gary | 1164 |
| Kenney, Gary | 1165 |
| Kenney, Gary | 1868 |
| Kenney, Gary | 3124 |
| Kenney, Gary | 3130 |
| Kenney, Gary | 3131 |
| Kenney, Gary | 3132 |
| Kenney, Gary | 3133 |
| Kenney, Gary | 3134 |
| Kenney, Gary | 3135 |
| Kenney, Gary | 3136 |
| Kenney, Gary | 3137 |
| Kenney, Gary | 3138 |
| Kenney, Gary | 3139 |
| Kenney, Gary | 3140 |
| Kenney, Gary | 3141 |
| Kenney, Gary | 3142 |
| Kenney, Gary | 3143 |
| Kenney, Gary | 3144 |
| Kenney, Gary | 3145 |
| Kenney, Gary | 3146 |
| Kenney, Gary | 3147 |
| Kenney, Gary | 3148 |
| Liu, Xuemei | 2369 |
| Liu, Xuemei | 2370 |
| Liu, Xuemei | 2372 |
| Liu, Xuemei | 2376 |
| Liu, Xuemei | 2378 |
| Liu, Xuemei | 2380 |
| MacDonald, John | 0942 |
| MacDonald, John | 1766 |
| MacDonald, John | 3750 |
| MacDonald, John | 4367 |
| MacDonald, John | 4606 |
| MacDonald, John | 4644 |
| MacDonald, John | 5033 |
| MacDonald, John | 5336 |
| MacDonald, John | 5418 |
| MacDonald, John | 5423 |
| MacDonald, John | 5427 |
| MacDonald, John | 5430 |
| MacDonald, John | 5431 |
| MacDonald, John | 5432 |

| | |
|---|---|
| MacDonald, John | 5433 |
| MacDonald, John | 5434 |
| MacDonald, John | 5437 |
| MacDonald, John | 5438 |
| MacDonald, John | 5446 |
| MacDonald, John | 5454 |
| MacDonald, John | 5455 |
| MacDonald, John | 5456 |
| MacDonald, John | 5457 |
| MacDonald, John | 5461 |
| MacDonald, John | 5463 |
| MacDonald, John | 5464 |
| MacDonald, John | 5465 |
| Martinez, Victor | 0002 |
| Martinez, Victor | 0073 |
| Martinez, Victor | 0076 |
| Martinez, Victor | 0077 |
| Martinez, Victor | 0079 |
| Martinez, Victor | 0088 |
| Martinez, Victor | 0090 |
| Martinez, Victor | 0253 |
| Martinez, Victor | 0254 |
| Martinez, Victor | 0255 |
| Martinez, Victor | 0258 |
| Martinez, Victor | 1170 |
| Martinez, Victor | 1188 |
| Martinez, Victor | 1189 |
| Martinez, Victor | 1301 |
| Martinez, Victor | 1302 |
| Martinez, Victor | 1303 |
| Martinez, Victor | 1304 |
| Martinez, Victor | 1305 |
| Martinez, Victor | 1306 |
| Martinez, Victor | 1307 |
| Martinez, Victor | 7501 |
| McKay, David | 0938 |
| McKay, David | 0939 |
| McKay, David | 1759 |
| McKay, David | 1768 |
| McKay, David | 1770 |
| McKay, David | 1771 |
| McKay, David | 1776 |
| McKay, David | 1777 |
| McKay, David | 1778 |
| McKay, David | 1785 |
| McKay, David | 1790 |
| McKay, David | 1791 |
| McKay, David | 1792 |
| McKay, David | 1793 |
| McKay, David | 1794 |
| McKay, David | 1795 |
| Meche, Gregory | 3213 |

| | |
|---|---|
| Meche, Gregory | 3808 |
| Meche, Gregory | 5561 |
| Meche, Gregory | 5562 |
| Meche, Gregory | 0331 |
| Meche, Gregory | 0967 |
| Neal, Eric | 4025 |
| Neal, Eric | 4084 |
| Neal, Eric | 4086 |
| Neal, Eric | 4121 |
| Neal, Eric | 4122 |
| Neal, Eric | 4126 |
| Neal, Eric | 4127 |
| Neal, Eric | 4135 |
| Neal, Robert | 1454 |
| Neal, Robert | 2122 |
| Neal, Robert | 4003 |
| Neal, Robert | 4025 |
| Neal, Robert | 4121 |
| Neal, Robert | 4122 |
| Neal, Robert | 4123 |
| Neal, Robert | 4126 |
| Neal, Robert | 4127 |
| Neal, Robert | 4129 |
| Neal, Robert | 4130 |
| Neal, Robert | 4131 |
| Neal, Robert | 4132 |
| Neal, Robert | 4135 |
| Neal, Robert | 4136 |
| Neal, Robert | 4137 |
| Neal, Robert | 4139 |
| Odenwald, Jay | 0588 |
| Odenwald, Jay | 3782 |
| Odenwald, Jay | 4301 |
| Odenwald, Jay | 4309 |
| Odenwald, Jay | 4312 |
| Odenwald, Jay | 4313 |
| Odenwald, Jay | 4423 |
| Odenwald, Jay | 4610 |
| Odenwald, Jay | 4611 |
| Odenwald, Jay | 4612 |
| Odenwald, Jay | 4613 |
| Odenwald, Jay | 4614 |
| Odenwald, Jay | 4617 |
| Odom, Michael | 0003 |
| Odom, Michael | 0010 |
| Odom, Michael | 0011 |
| Odom, Michael | 0012 |
| Odom, Michael | 0020 |
| Odom, Michael | 0055 |
| Odom, Michael | 5571 |
| Odom, Michael | 5572 |
| Odom, Michael | 5573 |

| | |
|---|---|
| Odom, Michael | 5574 |
| Odom, Michael | 5575 |
| Odom, Michael | 5576 |
| Odom, Michael | 5577 |
| Odom, Michael | 5578 |
| Odom, Michael | 5579 |
| Odom, Michael | 5580 |
| Odom, Michael | 5581 |
| Odom, Michael | 5582 |
| Odom, Michael | 5583 |
| Odom, Michael | 5584 |
| Odom, Michael | 5585 |
| Odom, Michael | 5586 |
| Odom, Michael | 5587 |
| Odom, Michael | 5588 |
| Odom, Michael | 5589 |
| Odom, Michael | 5590 |
| Odom, Michael | 5591 |
| Price, Vincent | 2223 |
| Price, Vincent | 3058 |
| Price, Vincent | 3059 |
| Price, Vincent | 3060 |
| Sepulvado, Murry | 0001 |
| Sepulvado, Murry | 0093 |
| Sepulvado, Murry | 0094 |
| Sepulvado, Murry | 0153 |
| Sepulvado, Murry | 0214 |
| Sepulvado, Murry | 0268 |
| Sepulvado, Murry | 0529 |
| Sepulvado, Murry | 0792 |
| Sepulvado, Murry | 0866 |
| Sepulvado, Murry | 1552 |
| Sepulvado, Murry | 1979 |
| Sepulvado, Murry | 1984 |
| Sepulvado, Murry | 1985 |
| Sepulvado, Murry | 1986 |
| Sepulvado, Murry | 1987 |
| Sepulvado, Murry | 1988 |
| Sepulvado, Murry | 1989 |
| Sepulvado, Murry | 1990 |
| Sepulvado, Murry | 1991 |
| Sepulvado, Murry | 1992 |
| Sepulvado, Murry | 1993 |
| Sepulvado, Murry | 1994 |
| Sepulvado, Murry | 1995 |
| Sepulvado, Murry | 1996 |
| Sepulvado, Murry | 1997 |
| Sepulvado, Murry | 1998 |
| Sepulvado, Murry | 1999 |
| Sepulvado, Murry | 2000 |
| Sepulvado, Murry | 2300 |
| Sepulvado, Murry | 2301 |

| | |
|---|---|
| Sepulvado, Murry | 2302 |
| Sepulvado, Murry | 2303 |
| Sepulvado, Murry | 2304 |
| Sutton, Steve | 5571 |
| Sutton, Steve | 7621 |
| Sutton, Steve | 7622 |
| Sutton, Steve | 7623 |
| Sutton, Steve | 7624 |
| Taylor, Carl | 0007 |
| Taylor, Carl | 0037 |
| Taylor, Carl | 2337 |
| Taylor, Carl | 3686 |
| Taylor, Carl | 3687 |
| Taylor, Carl | 3689 |
| Taylor, Carl | 3690 |
| Taylor, Carl | 3691 |
| Taylor, Carl | 3692 |
| Taylor, Carl | 3693 |
| Taylor, Carl | 3694 |
| Taylor, Carl | 3695 |
| Taylor, Carl | 3696 |
| Taylor, Carl | 3697 |
| Thompson, Neil | 1164 |
| Thompson, Neil | 1165 |
| Thompson, Neil | 3121 |
| Thompson, Neil | 3124 |
| Thompson, Neil | 3125 |
| Thompson, Neil | 3126 |
| Thompson, Neil | 3127 |
| Thompson, Neil | 3128 |
| Walsh, Bob | 0078 |
| Walsh, Bob | 0251 |
| Walsh, Bob | 0674 |
| Walsh, Bob | 4248 |
| Walsh, Bob | 4304 |
| Walsh, Bob | 4788 |
| Walsh, Bob | 4789 |
| Walsh, Bob | 4790 |
| Walsh, Bob | 4791 |
| Walsh, Bob | 4792 |
| Walsh, Bob | 4793 |
| Walsh, Bob | 4794 |
| Walsh, Bob | 4795 |
| Walsh, Bob | 4796 |
| Walsh, Bob | 4797 |
| Walsh, Bob | 4798 |
| Walsh, Bob | 4799 |
| Walsh, Bob | 4820 |
| Walsh, Bob | 4822 |
| Walsh, Bob | 4823 |
| Walsh, Bob | 4824 |
| Walsh, Bob | 4825 |

| | |
|---|---|
| Walsh, Bob | 4826 |
| Walsh, Bob | 4827 |
| Walsh, Bob | 5608 |
| Watson, Nick | 3928 |
| Watson, Nick | 3929 |
| Watson, Nick | 3933 |
| Watson, Nick | 3935 |
| Wolfe, Jeff | 0571 |
| Wolfe, Jeff | 0938 |
| Wolfe, Jeff | 0939 |
| Wolfe, Jeff | 0942 |
| Wolfe, Jeff | 1122 |
| Wolfe, Jeff | 1768 |
| Wolfe, Jeff | 1887 |
| Wolfe, Jeff | 3163 |
| Wolfe, Jeff | 3747 |
| Wolfe, Jeff | 3789 |
| Wolfe, Jeff | 4112 |
| Wolfe, Jeff | 4647 |
| Wolfe, Jeff | 5033 |
| Wolfe, Jeff | 5299 |
| Wolfe, Jeff | 5643 |
| Wolfe, Jeff | 7556 |
| Wolfe, Jeff | 7557 |
| Wolfe, Jeff | 7560 |
| Wolfe, Jeff | 7561 |
| Wolfe, Jeff | 7562 |
| Wolfe, Jeff | 7564 |
| Wolfe, Jeff | 7566 |
| Wolfe, Jeff | 7567 |
| Wolfe, Jeff | 7568 |
| Wolfe, Jeff | 7673 |
| Young, Kenneth | 0198 |
| Young, Kenneth | 0199 |
| Young, Kenneth | 0229 |
| Young, Kenneth | 3304 |
| Young, Kenneth | 3305 |
| Young, Kenneth | 3306 |
| Young, Kenneth | 3307 |
| Young, Kenneth | 3308 |
| Young, Kenneth | 3309 |
| Young, Kenneth | 3310 |
| Young, Kenneth | 3311 |