Minute Entry
Barbier, J.
April 15, 2013
JS 10:  7 hr. 36 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION<br>OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br> JODI SIMCOX (AM)<br> KAREN IBOS (PM) |

NON-JURY TRIAL
(Day twenty-seven)

MONDAY, APRIL 15, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Transocean offers list of exhibits/demonstratives regarding exam of Lee Lambert: ORDERED admitted. (see attached)

BP offers lists of exhibits/demonstratives regarding exams of Lee Lambert, Brent Lirette, David Lewis and Arthur Zatarain: ORDERED admitted. (see attached)

US offers list of exhibit/demonstratives regarding exam of Arthur Zatarain: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Neil Shaw: ORDERED admitted. (see attached)

PSC offers lists of exhibits/demonstratives regarding exams of Neil Shaw and Arthur Zatarain: ORDERED admitted.

Witness: John Guide; sworn and testified.

Court recesses at 5.56 p.m.

Court will resume on Tuesday, April 16, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, Chris Keegan, Paul Collier