# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF LEE LAMBERT (4/10/2013)

Transocean offers the following exhibits it used during its April 10, 2013 cross-examination of Lee Lambert into evidence:

**Trial Exhibit**

*admitted 4/15/2013 SK*

- TREX 759.1.1.TO (Callout)

# BP - Exhibits for LAMBERT

BP offers the following documents it used during its examination of Mr. Lee Lambert into evidence:

admitted 4/15/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4369 | On the Rig: Daily Meetings - Multiple Opportunities for Information Sharing |
| TREX-000001.88.1.BP | Callout of TREX-000001 |
| TREX-000708 | 4/20/2010 Email from N. Chaisson - J. Gagliano re 9.875" x 7" Casing Post Job (with attachment) |
| TREX-000708.1 | Page of TREX-000708 |
| TREX-000708.5 | Page of TREX-000708 |
| TREX-000708.6 | Page of TREX-000708 |
| TREX-041022 | 4/20/2010 MC 252 #1 ST00 BP01 Daily Drilling Report |
| TREX-041022.1.2.BP | Callout of TREX-041022 |
| TREX-048116 | Deepwater Horizon General Arrangement Drill Floor Plan |

# BP - Exhibits for LIRETTE

BP offers the following documents it used during its examination of Mr. Brent Lirette into evidence:

admitted 4/15/2013 sk

| Trial Exhibit/Callout/ Demonstrative Number | Description |
| --- | --- |
| TREX-002582 | Weatherford Flow-Activated Mid-Bore Auto-Fill Float Collar Model M45AP |
| TREX-002582.1 | Page of TREX-002582 |
| TREX-002582.2 | Page of TREX-002582 |
| TREX-002582.2.A | Page of TREX-002582 (marked in court) |
| TREX-002582.8 | Page of TREX-002582 |
| TREX-007597.5 | Page of TREX-007597 |
| TREX-007597.6 | Page of TREX-007597 |
| TREX-007598.19 | Page of TREX-007598 |
| TREX-087132 | Photograph of Auto-Fill Tube Shear Screws (Figure 39 to Lirette Expert Report) |

# BP - Exhibits for LEWIS

BP offers the following documents it used during its examination of Mr. David Lewis into evidence:

*admitted 4/15/2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4363.4 | Deepwater Horizon Long String Production Casing |
| D-4857 | Barriers to Flow |
| D-4858 | Burst and Collapse Loads |
| D-4859 | Annular Pressure Buildup |
| D-4919 | Summary of Opinions |
| D-4920 | Burst and Collapse Pressures |
| TREX-000002.178.1.BP | Callout of TREX-000002 |
| TREX-000002.178.2.BP | Callout of TREX-000002 |
| TREX-008098 | Review of the Production Casing Design for the Macondo Well - Expert Report by David Lewis |
| TREX-008098.1.1.BP | Callout of TREX-008098 |
| TREX-008098.7.2.BP | Callout of TREX-008098 |
| TREX-008098.11.1.BP | Callout of TREX-008098 |
| TREX-008098.11.2.BP | Callout of TREX-008098 |
| TREX-008098.19.1.BP | Callout of TREX-008098 |
| TREX-008098.19.2.BP | Callout of TREX-008098 |
| TREX-008098.27.1.BP | Callout of TREX-008098 |
| TREX-008098.30.1.BP | Callout of TREX-008098 |
| TREX-008098.31.1.BP | Callout of TREX-008098 |
| TREX-041666 | Evaluation of Casing Design Basis for Macondo Prospect - Mississippi Canyon Block 252 - OCS-G-32306 Well No. 1 (Revision 4) - 22 March 2010 |
| TREX-041666.15.1.BP | Callout of TREX-004166 |

# BP - Exhibits for ZATARAIN

BP offers the following documents it used during its examination of Mr. Arthur Zatarain into evidence:

admitted 4/15/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-04334D | Blue Pod Batteries Overdue for Replacement |
| D-04335B | DNV Forensic Examination Discovered Reverse-Wired Solenoid |
| D-04576A | DNV Blue Pod Battery Measurements |
| D-04880 | Arthur Zatarain, PE Qualifications |
| D-04881 | Summary of Opinions |
| D-04882 | BOP Control System - Normal Function |
| D-04883 | BOP Control System - Normal Function (Pod Components) |
| D-04884 | BOP Control System - AMF/Deadman Function |
| D-04885 | BOP Control System - PETU Testing |
| D-04889 | Blue pod: DNV Battery Test Measurements |
| D-04893 | Reverse-Wired Solenoid 103Y |
| D-04896 | Cameron "-63" Solenoid Valve |
| D-04897 | Yellow Pod: DNV PETU Testing of Reverse-Wired Solenoid (March 3, 2011) |
| D-04898A | Yellow Pod: DNV PETU Testing of Reverse-Wired Solenoid (March 4, 2011) |
| D-04906.1 | Yellow Pod: Solenoid Valve 103 (Coil A) |
| D-04906.2 | Yellow Pod: Solenoid Valve 103 (Coil B) |
| D-04906.3 | Yellow Pod: Solenoid Valve 103 (Coils A and B) |
| D-04906.4 | Yellow Pod: Solenoid Valve 103 (Coil A) |
| D-04906.5 | Yellow Pod: Solenoid Valve 103 (Coil B) |
| D-04906.6 | Yellow Pod: Solenoid Valve 103 (Reverse Wired Coils) |
| TREX-003130 | DNV Laboratory Notebook |
| TREX-003130.1.1.BP | Callout of TREX-003130 |
| TREX-003130.31.2.BP | Callout of TREX-003130 |
| TREX-003130.33.3.BP | Callout of TREX-003130 |
| TREX-003130.34.5.BP | Callout of TREX-003130 |
| TREX-003329 | 9/8/2004 Cameron Recommendations for AMF/Deadman Battery Replacement |
| TREX-003329.1.1.BP | Callout of TREX-003329 |
| TREX-003329.2.1 BP | Callout of TREX-003329 |
| TREX-003602 | 5/5/2010 Cameron Daily Report Sheet: Transocean Subsea Pod Intervention |
| TREX-003602.1.1.BP | Callout of TREX-003602 |
| TREX-003602.3.3.BP | Callout of TREX-003602 |

(1)

# BP - Exhibits for ZATARAIN (cont'd)

admitted 4/15/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-003792 | 2/24/2010 Email from DWH, SubSeaSup - J. Kent re Batteries |
| TREX-005165 | 9/15/2010 Cameron Memo re Reversed Solenoid Valves |
| TREX-005165.1.2.BP | Callout of TREX-005165 |
| TREX-005165.2.4.BP | Callout of TREX-005165 |
| TREX-005172 | Summary Preparation Sheet BOP-009 Test Solenoid at Deep Sea Temperature |
| TREX-005172.1 | Page of TREX-005172 |
| TREX-005172.3.1.BP | Callout of TREX-005172 |
| TREX-007669 | 5/14/2010 Email from J. Van Lue - W. Stringfellow re RE: AMF battery EB |
| TREX-007669.1.3.BP | Callout of TREX-007669 |
| TREX-040009 | Expert Report of Arthur Zatarain (Amended Version) |
| TREX-040009.16.1.BP | Callout of TREX-040009 |
| TREX-040009.16.4.BP | Callout of TREX-040009 |
| TREX-043158.33.1.BP | Callout of TREX-043158 (Interlink Systems, Inc.) |

The United States offers the following documents it used during its April 11, 2013 examination of Arthur Zatarain into evidence:

*admitted 4/15/2013 SK*

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-03130 | | LABORATORY NOTEBOOK DNV COLUMBUS INC. with handwritten notes dated from 02/22/11 - 02/24/11 | TREX-03130.32.1.US<br>TREX-03130.32.1.US *with* TREX-050378.29.1.US†<br>TREX-03130.35.1.US<br>TREX-03130.35.1.US *with* TREX-050378.29.1.US† |
| TREX-03299 | | Transocean RMS II - Equipment History Equipment: BOP Control Pod Tag: WCS BOPP 002 Start Date: 20 Jan 2001 End Date: 20 May 2010 | TREX-03299.80.1.US |
| TREX-03797 | | E-Mail - From: Geoff Boughton (Houston) Sent: Sunday May 09 2010 6:02:00 PM To: Ronald Guidry (Offshore) Subject: RE: Issue on the Horizon with pie connectors | TREX-03797.2.1.US |
| TREX-05138 | | E-Mail - From: Michael Fry (Houston) Sent: Monday April 26 2010 To: Geoff Boughton (Houston) Subject: Fw: BOP hose registry workbook | TREX-05138.1.1.US<br>TREX-05138.3.1.US<br>TREX-05138.4.1.US |
| TREX-50378 | | Summary of SEM Testing Results on the Nautilus | TREX-050378.29.1.US<br>TREX-050378.29.1.US *with* TREX-03130.32.1.US†<br>TREX-050378.29.1.US *with* TREX-03130.35.1.US † |

* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

† The callouts followed by a dagger contained two paired TREX and are listed a second time under the number of the second TREX with the order reversed to facilitate sorting and searching.

# BP - Exhibits for SHAW

BP offers the following documents it used during its examination of Mr. Neil Shaw into evidence:

admitted 4/15/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description | Note |
|---|---|---|
| D-4775 | GOM SPU Leadership 2007 v. 2008 | |
| D-4777 | GOM SPU Leadership 2007 v. 2008 | |
| D-4865.2 | Breakdown of 2009 GoM SPU Production Increase | |
| D-4869 | Basis for 2009 GoM SPU Production Increase | |
| D-4901 | Email from N. Shaw re GOM Transformation - Pre-Read | |
| D-4902 | "We are also making very good progress...." | |
| D-4904 | Gulf of Mexico SPU Major Hazards Risk Management Policy | |
| TREX-000866 | Color Native of Gulf of Mexico SPU Operating Plan (OMS Handbook) | Whole Doc - Full Color Native |
| TREX-000866.1 | Page of TREX-000866 | |
| TREX-000866.4.1.BP | Callout of Native of TREX-000866 | |
| TREX-000866.4.2.BP | Callout of Native of TREX-000866 | |
| TREX-000866.5.1.BP | Callout of Native of TREX-000866 | |
| TREX-000866.23.1.BP | Callout of Native of TREX-000866 | |
| TREX-000866.38.1.BP | Callout of TREX-000866 | |
| TREX-002398 | Email from N. Shaw to F. Addison and J. Childs et al. re GOM Safety performance | |
| TREX-002398.1.2.BP | Callout of TREX-002398 | |
| TREX-002398.4.2.BP | Callout of TREX-002398 | |
| TREX-002398.4.3.BP | Callout of TREX-002398 | |
| TREX-002398.4.4.BP | Callout of TREX-002398 | |
| TREX-002500 | Email from N. Shaw to G GOM SPU ELT re GOM - 2008 Performance with attachment | |

(1)

## BP - Exhibits for SHAW (cont'd)

admitted 4/15/2013 SK

| | | |
|---|---|---|
| TREX-002500.1.2.BP | Callout of TREX-002500 | |
| TREX-002500.2.3.BP | Callout of TREX-002500 | Not called out, but witness read from this and was shown to Court |
| TREX-002910 | Color Native of Gulf of Mexico SPU Annual Engineering Plan 2009 | Whole Doc - Full Color Native |
| TREX-002910.1 | Page of Native of TREX-002910 | |
| TREX-002910.3 | Page of Native of TREX-002910 | |
| TREX-002910.27.3.BP | Callout of TREX-002910 | |
| TREX-002912 | Email from S. Ruehle to N. Crammond, et al. re: SPU Top Risk Mitigation Plans (Session 2 of 2) | |
| TREX-002912.1 | Page of Native of TREX-002912 | |
| TREX-002912.10.1.BP | Callout of Native of TREX-002912 | |
| TREX-004171 | Color Native of 2009 Risk Mitigation Plan | Whole Doc - Full Color Native |
| TREX-004171.1 | Page of Native of TREX-004171 | |
| TREX-004426 | HSSE 2010 (5Q) Plan (Draft) | |
| TREX-004426.2 | Page of TREX-004426 | |
| TREX-005678 | Email from N. Shaw to A. Inglis and M. Bly re: GOM Transformation - Pre-Read attaching GoMSPU_Org_v1ppt | |
| TREX-005678.1.1.BP | Callout of TREX-005678 | |
| TREX-005678.2 | Page of TREX-005678 | |
| TREX-005678.6.8.BP | Callout of TREX-005678 | |
| TREX-005688 | Email from P. Zwart to N. Shaw and J. Dupree et al. re: SPU Performance in 2009 attaching GoM 2009 Performance v6; 2009 NShaw IPC close out | |
| TREX-005688.5.2.BP | Callout of TREX-005688 | |
| TREX-005689 | PerformanzFest 2009 Powerpoint | |

## BP - Exhibits for SHAW (cont'd)

admitted 4/15/2013 SJC

| | | |
|---|---|---|
| TREX-005689.1.1.BP | Callout of Native of TREX-005689 | |
| TREX-005689.8.1.BP | Callout of Native of TREX-005689 | |
| TREX-005689.8.13.BP | Callout of Native of TREX-005689 | |
| TREX-005689.11 | Page of Native of TREX-005689 | |
| TREX-005690 | Email from L. Erwin to R. Morrison and N. Shaw re: New Orleans District Safe Award | |
| TREX-005690.3.1.BP | Callout of TREX-005690 | called in court as .3.11 |
| TREX-005691 | Color Native of 2008 Risk Mitigation Plan | Whole Doc - Full Color Native |
| TREX-005691.1 | Page of Native of TREX-005691 | |
| TREX-045257 | GoM Maroon Book | |
| TREX-045257_E11.1.1.BP | Callout of Native Excel of TREX-045257 | |
| TREX-047145 | Email from N. Shaw to G GOM SPU ALL BP re 2009 SPU Safety | |
| TREX-047145.1.4.BP | Callout of TREX-047145 | |
| TREX-047145.1.5.BP | Callout of TREX-047145 | |
| TREX-047145.2.3.BP | Callout of TREX-047145 | |
| TREX-047962 | Email from J. Grant to S. Todd et al. re BP National MMS SAFE Award Finalist | |
| TREX-047962.1 | Page of TREX-047962 | |
| TREX-048074 | 2009 Performance Contract: Neil Shaw, GoM | |
| TREX-048074.1 | Page of Native of TREX-048074 | |
| TREX-048143 | Email from N. Shaw to G GOM SPU ALL BP re GoM SPU Update | |
| TREX-048143.1.3.BP | Callout of TREX-048143 | |
| TREX-048143.3.3.BP | Callout of TREX-048143 | |
| TREX-048159 | Email from C. Skelton to N. Shaw et al. re GoM SPU Major Hazards Risk Management Policy, with attachment | |

3

## BP - Exhibits for SHAW (cont'd)

admitted 4/15/2013 SK

| | | |
|---|---|---|
| TREX-048159.1.1.BP | Callout of TREX-048159 | |
| TREX-048159.2 | Page of TREX-048159 | |
| TREX-048159.5.4.BP | Callout of TREX-048159 | |
| TREX-048257 | Email from N. Shaw - L. Erwin re FW: GoM Process Safety Improvement Plan for 2009 (w/ attachment) | |
| TREX-048257.1.2.BP | Callout of TREX-048257 | |
| TREX-048257.2.6.BP | Callout of TREX-048257 | record reflects D-4903.1 |

PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Neil Shaw on 4/10/13

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| 02907 | Email - From: Kevin Lacy  To: Neil Shaw and others - Subject: Pre Read for HSSE QPR - Tuesday, October 13, with attachments (27 Pages) | | Entire Exhibit |
| 06020 | PowerPoint: BP D&C HSSE Organization Change - August 09' | | Already Admitted in Full |
| 05677 | Email from N. Shaw to A. Nicoletti re: Jan 9/10 meeting attaching Agenda Jan9&10; GOMTransformation;  Organisation Design; Neil Shaw IPCv10; GOM Performance Management Process; GOM Strategic Cost Managment Plan (12 Pages) | | Entire Exhibit |
| 06017 | BP - Press Release - BP Annual  General Meeting 2010: Speeches - Tony Hayward & | | Already Admitted in Full |
| D-4869 | Basis for 2009 GoM SPU Production Increase | | Demonstrative |
| D-4865.2 | Breakdown of 2009 GoM SPU Production Increase | | Demonstrative |
| D-3175 | OMS Not in Effect on Deepwater Horizon | | Demonstrative |
| 01736 | Gulf of Mexico SPU Risk Management SEEAC Brief - Rev 1 (12 May 2010) (7 Pages) | | Entire Exhibit |
| 02908 | GulfofMexicoSPU - Operating Plan (OMS Handbook) (41 Pages) | | Already Admitted in Full As TREX 866 |
| 02514 | Email - From: Steven Carter To: Cindi Skelton and others - Subject: FW: Action requested FW: OMS SPU Gap Closure Status - Review with Richard, with attachment (12 Pages) | | Entire Exhibit |
| 02919 | Presentation: BP - Process Safety Planning 2010 | | Already Admitted in Full |
| 06025G | 2010 SPU OMS GAPS - Ranking Matrix (8 Pages) | | Entire Exhibit |
| D-4777 | GoM SPU Leadership 2007 v. 2008 | | Demonstrative - Also used by BP |
| 05679 | Email - From: Barbara Yilmaz To: Neil Shaw - Subject: RE: DAWFC on Marianas (2 Pages) | | Entire Exhibit |
| 05650 | TO EAU Incident Investigation Report - Well Control Incident - Riser Unloading | | Already Admitted in Full |
| 05680 | Email - From: Paul McIntyre To: Kevin Lacy - Subject: RE: HiPo Incident GoM Transocean Marianas (1 Page) | | Entire Exhibit |

(1) admitted 4/15/2013 SK

**PSC's DEMONSTRATIVES/EXHIBITS – ARTHUR ZATARAIN**

Demonstratives/Exhibits Used in the 4/11/13 Cross Examination of <u>Arthur Zatarain</u> and Offered Into Evidence by the PSC:

*admitted 4/15/2013 SK*

| Number | Description | Portion of Document Offered by PSC |
|---|---|---|
| TREX-40009 | Zatarain Expert Report | Pages:<br>TREX-40009.11<br>TREX-40009.12 |