# Exhibit "A"

| Claimant Name | Short Form Document No. |
|---|---|
| Delgado, Jorge | 128495 |
| Islas, Silvia | 128496 |
| Hernandez, Juan Luis | 128676 |
| Sanchez Ulin, Adelita | 128675 |
| Ventura, Asuncion | 128674 |
| S.C.P.P. El Botadero | 128673 |
| S.C.P.P. Plan de Ayutla S.C. de R.L. | 128672 |
| Sanchez Torres, Jose | 128671 |
| Barrera, Joaquin | 128670 |
| S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. | 128669 |
| S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. | 128668 |
| S.C.P. Escameros de Sanchez Magallanes | 128667 |
| S.C. Pescadores El Nuevo Milenio | 128666 |
| Hernandez, Maribel | 128665 |
| Nava, Flor | 128664 |
| Quiroga, Luis | 128663 |
| Uscanga, Santiago | 128662 |
| Zopot, Eugenio | 128660 |
| Cancino Diaz, Juan | 128659 |
| Cancino Hernandez, Cesar | 128658 |
| Carillo Lopez, Fernando | 128657 |
| Carillo Lopez, Jesus | 128656 |
| Cosmopulos Lopez, Luis | 128655 |
| S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. | 128654 |
| De La Cruz Morales, George | 128653 |
| S.C.P.P. Penjamo R.L. de C.V | 128652 |
| De la Cruz Ventura, Jorge | 128651 |
| S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. | 128649 |
| Garcia Segura, Alexis | 128645 |
| Genesta rodriguez, Miguel | 128643 |
| S.C.P.P. Pescadores Unidos del Cascajal S.R.L de C.V. | 128593 |
| Gonzalez Dominguez, Carmen | 128592 |
| Gonzalez Hermida, Ricardo Luis | 128591 |
| Gonzalez Juarez, Edilia | 128589 |
| Hernandez Hernandea, Maria del Carmen | 128588 |
| Hernandez Madrigal, Waldo | 128587 |
| Jimenez Perez, Elias | 128586 |
| Mendoza Vargas, Carlos Mario | 128584 |
| Ortiz Dominguez, Josefa | 128582 |

| | |
|---|---|
| Pena Crisanto, Maria de la Luz | 128580 |
| Perez, Victor Javier | 128578 |
| Perez Flores, Leobardo | 128576 |
| Perez Madrigal, Doris | 128574 |
| Perez Madrigal, Victor | 128572 |
| S.C.P.P. Puerto de Sanchez Magallanes S.C.L | 128571 |
| S.C.P.P. Las Palmas de Sanchez Magallanes S.C. de R.L. de C.V. | 128570 |
| Perez Wilson, Rober | 128569 |
| S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. | 128568 |
| S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. | 128566 |
| Segura, Romula | 128564 |
| Segura Segura, Exequiel | 128562 |
| Torres Gomez, Concepcion | 128560 |
| Ulloa Garcia, Carmen | 128558 |
| Uscanga Perez, Homero | 128555 |
| S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V | 128553 |
| Ventura Jimenez, Luciano | 128552 |
| Vicente Olan, Nelson | 128550 |
| Vicente Wilson, Alejandro | 128548 |
| S.C.P.P. Nueva Creacion de Bienes y Servicios R.L. de C.V. | 128544 |
| S.P.P. Acuicola y Bienes y Servicios Las Golondrinas de Sabancuy S.C. de R.L. | 128543 |
| S.C.P.P. Punto San Julian S.C. de R.L. | 128541 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios El Cangrejo Azul S.C. de R.L. | 128539 |
| Canul Mijangos, Fernando | 128537 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Reyna Del Golfo S.C. de R.L. | 128535 |
| Santisbon Herrera, Gilberto | 128533 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Vista Alegre S.C. de R.L. | 128531 |
| Loyda Ballezas, Jesus | 128528 |
| S.C. Producion de Bienes y Servicios Puerto de Abrigo S.C. de R.L. | 128524 |
| S.C.P.P. Acuicola y Bienes y Servicios el Senor de Las Maravillas S.C.L | 128522 |
| Perez Gomez, Jose del Carmen | 128518 |
| S.C.P.P. 20 de Noviembre S.C de R.L. | 128515 |
| Producion Pesquera Acuicola y Turistica y Bienes y Servicios La Pesca Milagrosa S.C. de R.L. de C.V. | 128514 |
| S.C.P.P. El Boqueron de Sabancuy S.C. de R.L. | 128513 |
| Vela Gomez, Mario | 129499 |
| S.C. de P.P. Acuicola de Bienes y Servicios El Gato Macho S.C. de R.L. | 128511 |
| Herrera Rivero, Miguel Angel | 128510 |
| Lopez Diaz, Nayeli Rosita | 128508 |
| Coperativa de Producion de Bienes y Servicios Tritones del Golfo S.C. de R.L. de C.V. | 128506 |
| Moha Carillo, Oscar | 128505 |
| Prieto Mora, Rogelio | 128504 |
| Candelera Colorado, Romeo | 128503 |
| S.C.P.P. Pescadores Artesanos S.C. de R.L. | 129497 |

| | |
|---|---|
| S.C.P.P. La Marina S.C. de R.L. de C.V. | 128502 |
| Ramos Capitaine, Jose Luis | 128501 |
| Ramirez Sanchez, Manuel | 128500 |
| Oyarvide Stevens, Homero | 128499 |
| S.C.P.P Liberacion 2003 S.C. de R.L. de C.V, | 128498 |
| Pescados y Mariscos Alexa | 128497 |
| Constante Cabrales, Fray | 129744 |
| Vela, Mauro | 129898 |
| Carbonell, Guillermo | 130007 |
| Carbonell, Isidro | 130008 |
| Chano Ramirez, Otilio | 130018 |
| Diaz Gonzalez, Jose Agusto | 130066 |
| Eligio Lopez, Luis Alberto | 130069 |
| S.C.P.P. Acuicola y Bienes y Servicios La Atlantida S.C.L | 130072 |
| S.C.P.P. El Chejere S.C. de R.L. | 130075 |
| Rejon Diaz, Leopoldo | 130079 |
| S.C.P. Riberena de Bienes y Servicios Rio Caribe S.C. de R.L. de C.V. | 130084 |
| S.C.P.P. La Petrita S.C. de R.L. | 130087 |
| Velveta Diaz, Joaquin Jose | 130090 |
| Zavala Salinas, Rene | 130093 |
| S.C.P. Riberena Acuicola de Bienes y Servicios La Jarocha S.C. de R.L. | 130096 |
| Soc. De Sol. Social Pescadores de la Libertad CNC | 130098 |
| Soc. De Sol. Social Jesus Maria de Carbajal CNC | 130100 |
| Soc. De Sol. Social Mobilisacion Social, CNC | 130101 |