IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | § | Ref CA No. 10-2771 |
| GULF OF MEXICO | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| 2:10-cv-08888 § | | |

<u>Memorandum In Support of</u>

<u>Claimants' Motion for Leave to File  Short Form Joinders</u>

<u>After the September 16, 2011 Deadline</u>

NOW INTO COURT, through undersigned counsel, comes Claimants identified in Exhibit A (collectively, "Claimants"), who file this Memorandum in Support of the Accompanying Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline.  Claimants move this Court for Leave to File Limitation Short Form Joinders After the September 16, 2011 deadline in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.  The monitions date was extended from April 20, 2011 to September 16, 2011, to file claims against Petitioners Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Triton Asset Leasing GmbH and their underwriters.  Upon consultation with the Court, Claimants file Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline on behalf of all Movants.

Claimants state the following as the basis for this motion:

1. The Court originally set a deadline of April 20, 2011 for the filing of claims in the Transocean limitations proceeding.

2. No prejudice will result from the acceptance of the late filings. Such filings have been previously filed and permitted in the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

3. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,* 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the Court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa,* 980 F.2d 349, 351 (5th Cir, 1993)). Here, there are no indications that any Party to this proceeding would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

4. Limitation has not been determined; and there is no prejudice to the limiting parties or other defendants. For these reasons, Claimants respectfully request that the Court accept their late filed Short Forms and grant the accompanying Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline.

WHEREFORE, Claimants respectfully move this Court for an Order granting Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline, and accepting that the Joinders, as identified in Exhibit A, as properly and timely filed.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */S/ Anthony G. Buzbee*
Anthony G. Buzbee (TA)
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR CLAIMANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing THE BUZBEE LAW FIRM'S **Memorandum in Support of Claimants' Motion for Leave to File Short Form Joinders** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of April, 2013.

                                                                                     */S/ Anthony G. Buzbee*
                                                                                     Anthony G. Buzbee