IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | § | Ref CA No. 10-2771 |
| GULF OF MEXICO | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| 2:10-cv-08888 | § | |

### Order

Considering the Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline:

It is ORDERED that Claimants' Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline, as identified in Exhibit A, shall be **Granted**. Claimants' Short Form Joinders shall be deemed properly and timely filed in the Master Complaint in MDL No. 2179.

Signed this _____ day of _____ 2013.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge