1                    UNITED STATES DISTRICT COURT

2                 THE EASTERN DISTRICT OF LOUISIANA

3                         AT NEW ORLEANS

4

5   IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179-CJB-SS "J"
              *DEEPWATER HORIZON* IN THE   *
6             GULF OF MEXICO ON            *
              APRIL 20, 2010               *   April 12, 2013
7                                          *
                                           *
8   Applies to:   All Cases               *   9:30 a.m.
    **************************************

9

10

11                    WORKING GROUP CONFERENCE

12              BEFORE THE HONORABLE SALLY SHUSHAN

13                UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19  SUSAN A. ZIELIE, RPR, FCRR
    Official Court Reporter
20  HB 406
    500 Poydras Street
21  New Orleans, Louisiana 70130
    susan_zielie@laed.uscourts.gov
22  504.589.7781

23

24  Proceedings Recorded by Computer-aided Stenography Transcription
    Software.

25

```
 1    APPEARANCES:

 2


 3    For the PSC:              IRPINO LAW FIRM
                                BY:  ANTHONY IRPINO, ESQ.
 4                              One Canal Place
                                365 Canal Street
 5                              Suite 2990
                                New Orleans LA 70130
 6
      For the PSC:              LEVIN PAPANTONIO THOMAS MITCHELL
 7                                    RAFFERTY & PROCTOR
                                BY:  BRIAN H. BARR, ESQ.
 8                              316 South Baylen Street
                                Suite 600
 9                              Pensacola FL 32502

10    For the United States     ENVIRONMENTAL ENFORCEMENT SCT.
      Of America:               US DEPARTMENT OF JUSTICE
11                              BY:  STEVEN O'ROURKE, ESQ.
                                PO Box 7611
12                              Washington DC 20044

13    For the Federal           US DEPARTMENT OF JUSTICE
      Government Interests:      BY:  ABBY ANDRE, ESQ.
14                              450 GOLDEN GATE AVENUE
                                ROOM 7-5395
15                              SAN FRANCISCO CA 94102

16    For the State of          KANNER & WHITELEY, LLC
      Louisiana:                BY:  DOUGLAS R. KRAUS, ESQ.
17                              701 Camp Street
                                New Orleans LA 70130
18
      For the Defendant:        KIRKLAND & ELLIS, LLP
19                              BY:  RYAN BABIUCH, ESQ.
                                300 N. Lasalle
20                              Chicago, IL 60654

21    For the Defendant:        LISKOW & LEWIS, APLC
                                BY:  DON K. HAYCRAFT, ESQ.
22                              701 Poydras Street
                                Suite 5000
23                              New Orleans LA 70139

24    For the Defendant:        KIRKLAND & ELLIS, LLP
                                BY:  MARK J. NOMELLINI, ESQ.
25                              300 N. Lasalle
                                Chicago, IL 60654
```

```
 1   APPEARANCES:

 2   For the Defendant:           KIRKLAND & ELLIS, LLP
                                  BY:  ROBERT R. GASAWAY, ESQ.
 3                                655 Fifteenth Street NW
                                  Washington DC 20005
 4
     For the Defendant:           FRILOT, LLC
 5                                BY:  DAVID BAAY, ESQ.
                                       DANIEL DYSART, ESQ.
 6                                1100 Poydras Street
                                  Suite 3700
 7                                New Orleans LA 70163

 8   For the Defendant:           SUTHERLAND ASBILL & BRENNAN, LLP
                                  BY:  STEVEN ROBERTS, ESQ.
 9                                CARTER WILLIAMS, ESQ.
                                  1001 Fannin Street
10                                Suite 3700
                                  Houston TX 77002
11
     For the Defendant:           GODWIN RONQUILLO, PC
12                                BY:  JENNY L. MARTINEZ, ESQ.
                                       SEAN FLEMING, ESQ.
13                                     LAUREN MITCHELL, ESQ.
                                  1201 Elm Street
14                                Suite 1700
                                  Dallas TX 75270
15
     For the Defendant:           GODWIN RONQUILLO, PC
16                                BY:  R. ALAN YORK, ESQ.
                                       GWEN E. RICHARD, ESQ.
17                                1331 Lamar
                                  Suite 1665
18                                Houston TX 770101

19   For the Defendant:           KUCHLER POLK SCHELL WEINER
                                    & RICHARDSON, LLC
20                                BY: SARAH IIAMS, ESQ.
                                  1615 Poydras Street
21                                Suite 1300
                                  New Orleans LA 70112
22
     For the Defendant:           BINGHAM MCCUTCHEN, LLP
23                                BY:  WARREN A. FITCH, ESQ.
                                  2020 K Street NW
24                                Washington DC 20006

25
```

```
 1   PPEARING TELEPHONICALLY:        DERICK BENSON, ESQ.
                                     SARAH HEMMELHOCK, ESQ.
 2                                   COREY MAZE, ESQ.
                                     BEN MAYEAUX, ESQ.
 3                                   JOE EISERT, ESQ.
                                     CARTER MARSHALL, ESQ.
 4                                   MIKE PETRINO, ESQ.
                                     KATE TIERNEY, ESQ.
 5                                   JOE RUSSELL, ESQ.
                                     ERICA PENCAK, ESQ.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              NEW ORLEANS, LOUISIANA; FRIDAY, APRIL 12, 2013      09:20:5

 2                            9:30 A.M.                            09:21:0

 3              THE COURT:  Telephone participants?  Telephone     09:31:4

 4    participants?  Sarah?                                        09:31:4

 5              MS. HIMMELHOCH:  Good morning, Your Honor.         09:31:5

 6              THE COURT:  There you go, girl.  You've got to get back  09:31:5

 7    in the swing of things.                                      09:31:5

 8              MS. HIMMELHOCH:  I guess so.                       09:31:5

 9              THE COURT:  You don't sound exactly happy by the   09:31:5

10    prospect.                                                    09:32:0

11              MS. HIMMELHOCH:  I'm certainly glad to be chatting with  09:32:0

12    you.  But, I don't know about you, but we've been marching a  09:32:0

13    long time now.                                               09:32:0

14              THE COURT:  Did you notice that?  I think we should  09:32:1

15    probably take a poll of how everybody's feeling and whether or  09:32:1

16    not this is getting the better of them.                      09:32:2

17                  Haycraft says no.                              09:32:2

18              MR. HAYCRAFT:  No.  We're all loving it.           09:32:2

19              THE COURT:  Tell me what you're saying.            09:32:2

20              MR. BAAY:  Yeah.                                   09:32:3

21              THE COURT:  Yeah.                                  09:32:3

22                  Let's take a vote.                             09:32:3

23              MR. YORK:  The trial, you mean?                    09:32:3

24              THE COURT:  Just everything.  You know, hand vote.  09:32:4

25              MR. HAYCRAFT:  I think Phase One and Phase Two are  09:32:4
```

1    living such different lives make.                                        09:32:4

2            MR. O'KEEFE:  Was it Judge Barbier that suggested, now           09:32:4

3    that Phase One is moving along, he's going to start Phase Two            09:32:5

4    early?                                                                   09:32:5

5            THE COURT:  He did mention that.  He was thinking like          09:32:5

6    July.                                                                    09:33:0

7                Look at Alan, he's laughing, but his eyes are               09:33:0

8    darting around wildly.                                                   09:33:0

9            MR. YORK:  Your Honor, actually, that would give me the         09:33:1

10   excuse I needed.                                                         09:33:1

11           THE COURT:  For?  For what?                                      09:33:1

12           MR. YORK:  Throwing up my hands.                                 09:33:1

13           THE COURT:  Okay.  Well, let's see.  We have a couple           09:33:2

14   of things to cover today.                                               09:33:2

15               Abby, I need your help with the Elmo.  Cory Maze            09:33:2

16   is sitting in his high-rise office in Montgomery, Alabama.              09:33:3

17               Hello, Corey.                                                09:33:4

18           MR. MAZE:  It is very beautiful here too, Judge.                09:33:4

19           THE COURT:  Corey sent me a picture looking out of his         09:33:4

20   window at the blue, blue sky in downtown Montgomery.  I just            09:33:4

21   didn't have time to send it down to systems unit for color              09:33:5

22   printing.                                                               09:33:5

23               But, as you all know, I have just gotten back from         09:33:5

24   my trip to gay Parie, and that's the car I purchased while I was        09:34:0

25   there.  What do you think?                                              09:34:0

1        I didn't really purchase it.  But I really wanted

2   to purchase it.  How about that?

3        And I'll have more pictures for you in coming

4   weeks.  But I thought we'd start with really what I wanted to

5   drive home in.

6        MR. HAYCRAFT:  What year is that?

7        THE COURT:  We're figuring it's probably a '68 or '69.

8        Don't you remember, it used to have -- I had a

9   friend that had one of those here in New Orleans, and it had

10  hydraulics where it would go up when you turned the ignition on.

11  And then, when you turned it off, it would go rrrrr and kind of

12  stop.  I never understood what the point of that was.

13       But, anyway, it was a great car.

14       Okay.  We're going to have some visitors coming.

15  Today is Boss For a Day, so we're going to have some young

16  visitors.  So, when they come in, we'll have them introduce

17  themselves to you.

18       But we're going to try to make it quick, because

19  today is French Quarter Fest, and Mike and I want to go out

20  there for lunch.

21       If you all don't know it, the food up on

22  Waldenberg Park is delicious.  You've just got to kind of walk

23  around and see what looks good.

24       Last year, we had roast beef po-boys with roast

25  beef cooked for like a day and a half, and it just kind of fell

1    apart on your po-boy bread.  We had sausage on a stick.           09:35:3

2              What else did we have?  Something else.                 09:35:4

3         MR. O'KEEFE:  I can't remember.                              09:35:4

4         THE COURT:  We went two days.                                09:35:4

5              So, if you're looking for lunch today, just walk        09:35:5

6    up by the aquarium and then walk down by the park and see what    09:35:5

7    looks good.                                                       09:35:5

8         MR. YORK:  Speaking of food, Your Honor, I just wanted        09:36:0

9    to thank the Court for its warning that it would be visiting the  09:36:0

10   war rooms during the week.  It has greatly improved the quality   09:36:0

11   of lunch.  It did in the Halliburton war room, and I would        09:36:1

12   imagine in others as well.                                        09:36:1

13        THE COURT:  Well, and the problem is that Mike and I         09:36:1

14   got so busy that we didn't have time for our sneak attacks.  But  09:36:1

15   maybe we'll try to do it before the trial is over.                09:36:2

16             And I guess BP can help me.                             09:36:2

17             BP, are you going to rest this week?                    09:36:2

18        MR. HAYCRAFT:  Your Honor, I would put my money, if         09:36:3

19   things go as quickly as they did this week, that we will be done  09:36:3

20   at the end of the 18th.                                           09:36:4

21        THE COURT:  Then we have to mark our calenders.  So         09:36:4

22   it's not as much of a sneak if you know that I have one week.     09:36:4

23        MR. HAYCRAFT:  Everything depends on the PSC.  They         09:36:5

24   have their cross examination.  But, if they keep it to the way    09:36:5

25   that Barbier wants it, we'll be done.                             09:36:5

1    THE COURT:  Don't forget that they're planning a

2  three-week rebuttal case.

3         MR. HAYCRAFT:  In that case --

4         MR. KRAUSE:  Can I ask a question?

5              I know you've disclosed the witnesses and the

6  order.  Is that the final witness list?  Are there any more

7  witnesses in addition to that?  Or are you at liberty to say?

8         MR. HAYCRAFT:  The witness list we disclosed on

9  Wednesday, which goes through and including Andrew Mitchell --

10        MR. KRAUSE:  Correct.

11        MR. HAYCRAFT:  -- I believe is the full witness list.

12        MR. KRAUSE:  Okay.  Thank you.

13        THE COURT:  No surprises.  Except for the three-week

14 PSC rebuttal witnesses.

15        MR. HAYCRAFT:  Other than that, we're in good shape,

16 Brian.

17        MR. BARR:  I tried to warn you.

18        MR. O'ROURKE:  This is Steve O'Rourke for the United

19 States.

20        THE COURT:  Of course, the microphone didn't help.

21        MR. O'ROURKE:  Is this thing on?

22             This is Steve O'Rourke for the United States.

23             Yesterday, BP distributed video clips for Mr.

24 Sabins, and the question went around of whether that means he's

25 not coming in person.  And can we have the answer to that

1    question, please?

2         MR. HAYCRAFT:  Since I'm on the microphone and being

3    transcribed and sworn to tell the truth as an officer of the

4    court, the answer, Mr. O'Rourke, is that we are awaiting Judge

5    Barbier's ruling on the issue the United States' objections to

6    the video clips of Gardner and Garrison.

7         Should Judge Barbier rule that those clips can

8    come into evidence or be played in the courtroom, I should say,

9    it is highly unlikely that we would call Fred Sabins as a live

10   witness.  So perhaps.

11        THE COURT:  Mr. O'Rourke, a follow-up question?

12        MR. O'ROURKE:  No.  Follow-up recommendation or idea.

13        Which was, with respect to Gardner and Garrison,

14   if I had had the opportunity yesterday, we have would have said

15   play the clips, you have our objections.  The parts that we

16   object to were inadmissible, we think.  They think it's not.

17   Play the clips.

18        We can do the same thing for Sabins.  We'll

19   distribute our objections the same way we did, by highlighting

20   the proposed transcript, and we'll submit it to the Court.

21   We'll tell the judge:  Play the clip, you have our objections,

22   we think the yellow parts are objectionable.

23        And, if that means that you guys can commit that

24   Sabins won't come in person, then we can let some people get

25   their lives back and not present examination.

 1          MR. HAYCRAFT:  We'll take that suggestion to heart and

 2  report.

 3          MR. O'ROURKE:  Thank you.

 4          THE COURT:  Alan?

 5          MR. YORK:  Good morning, Your Honor.  Alan York for

 6  Halliburton.

 7              Obviously, we have a pretty large interest in Mr.

 8  Sabins as well.  And I'm not sure, as much as we'd like to, that

 9  we can take that same position.  As we read the clips, we think

10  that they get into, very definitively, some opinions that have

11  been excluded by the Court based on Mr. Sabins' conduct and the

12  CSI's conduct pretrial.  And we think that implicates some

13  larger issues.

14              So, as much as we want to expedite everything --

15  and we are fine with them, I suppose, playing clips if they're

16  not going to call him live, I believe -- though I can't state

17  for certainty -- that we would have some objections to the clips

18  that have been proposed.

19          THE COURT:  Okay.  All right.

20              Well, why don't you all think about that this

21  afternoon and try to have a little dialog by email and see if we

22  can figure it out?  If not, off you go next week.

23              All right.  So let's get into the agenda.

24              Captain Englebert has sent our her March activity

25  report and it's been allocated.  If you all would go ahead and

1    process those invoices, that would be good.                    09:40:4

2                    We are having, at the request of Transocean, the   09:40:5

3    inspection of the BOP and opening the LMRP today.  She told me,   09:40:5

4    advised that there were ten -- she referred to them as souls.   09:41:0

5    I'm not sure that the people out there have souls, but okay.   09:41:0

6    Ten people will be inspecting BOP this morning.                09:41:1

7                    Are we done with the riser inspection issue and   09:41:1

8    have we now returned that to Hunting property?                 09:41:2

9            MR. O'KEEFE:  No, no.  It was going to be Cameron that   09:41:3

10   was going to be returning the property.  I think their yard is   09:41:3

11   going to stay a yard.                                          09:41:3

12           THE COURT:  Your yard is going to stay a yard.  Okay.   09:41:3

13   Never mind.                                                    09:41:4

14           MR. BAAY:  Correct.                                    09:41:4

15           THE COURT:  Everything with regard to the photographs   09:41:4

16   is a done deal?                                                09:41:4

17           MR. BAAY:  Yes.  David Baay, Transocean.               09:41:4

18                    We did that last week on Friday.  There's some   09:41:5

19   more to be done.  We're happy to accommodate that.            09:41:5

20           THE COURT:  Good.                                      09:41:5

21                    Anything relative to the mold impressions?  Or can   09:41:5

22   I take that off my continuing list of agenda items?           09:41:5

23           MS. HIMMELHOCH:  Your Honor, we've agreed to disagree   09:42:0

24   until and if BP actually uses the mold or information derived   09:42:0

25   from the mold.  And then we'll stake out our respective       09:42:1

1    positions and we'll bring them to you at that point in time.

2           THE COURT:  Good.  So it comes off, at least

3    temporarily.

4           MS. HIMMELHOCH:  I think that's right.

5           THE COURT:  Anything to report on the Halliburton

6    production issue?  If not, I'm fine not hearing about it.  But,

7    if so, let's go ahead and cover.

8                (No response.)

9           THE COURT:  Fine and dandy.

10          Okay.  Let's see.  I think we've mooted out the

11   issue of the inclusion of the 73 exhibits in deposition bundles.

12   We took care of that yesterday at the marshalling conference, I

13   think.  Okay.

14               (No response.)

15          THE COURT:  Now let's talk about the marshalling

16   conference.

17          MR. NOMILLINI:  Your Honor --

18          THE COURT:  Yes.  Good morning, Mark.

19          MR. NOMILLINI:  Actually, I'm not quite sure how the 73

20   documents came out yesterday.  I think -- I think it was our

21   position that, if a document is not part of the highlighted

22   transcript, it does not get included.

23               I think Transocean and Halliburton were proceeding

24   under that assumption as well.

25               I think the United States and PSC had a different

1   view.                                                                09:43:4

2           And so I'm not sure how that's being resolved.              09:43:4

3           I think the issue we have from our perspective is,          09:43:4

4   if documents that are not on the highlighted part come in -- and    09:43:5

5   it was our understanding we weren't doing it that way -- you         09:43:5

6   know, the other parties might want to do the same thing.  I          09:44:0

7   think we need to get some finality on this.                          09:44:0

8           I think the rules -- and there's a portion of the           09:44:0

9   October 14th, 2011 Working Group Conference that go to this --       09:44:1

10  the rules are that, if an exhibit is not highlighted it, it          09:44:1

11  doesn't come in.                                                     09:44:2

12          If the rules change, I think everybody's going to           09:44:2

13  change it at this point, and that's going to be kind of a            09:44:2

14  headache at this point in the trial.  So that's our view.            09:44:2

15          THE COURT:  Okay.                                            09:44:3

16          And, Abbey, I thought you and I agreed that we              09:44:3

17  wouldn't fool with the deposition bundles; but, instead, you all     09:44:3

18  would consider those exhibits in the final group of exhibits         09:44:4

19  that you may marshal on our last day and introduce in their          09:44:5

20  entirety.                                                            09:44:5

21          MS. ANDRE:  Abbey Andre for the United States.               09:44:5

22          Your Honor, that's right.  I think we don't need            09:44:5

23  to reopen the bundles.  What's important to us is that we have       09:45:0

24  the opportunity to move the documents that we thought had            09:45:0

25  already been moved in.                                               09:45:0

1       And, as far as the list yesterday, for folks who

2   weren't there, we discussed that, to avoid custodial witnesses

3   and to clean up generally, we would submit a finite list.  All

4   parties would have the same opportunity at the last marshalling

5   conference or some reasonable agreed time thereafter.

6           THE COURT:  Thereafter, okay.  Good.

7           Yes, Mark.

8       MR. NOMILLINI:  Your Honor, are we going to talk about

9   that now, or come back to that later?

10          THE COURT:  We are.  That's next up to on my agenda.

11  If you want to come stand, you might as well.

12          So here's the deal.  We have vaguely talked about

13  our final marshalling conference or a meeting after the trial

14  closes, at which we'll take care of lose ends.  And some of

15  those lose ends are the finite list.  Not the document dump that

16  we've all been trying to avoid, but the finite list of documents

17  that the parties want to be admitted in their entirety into the

18  record.

19          So, to complicate matters, I had a conversation

20  with Judge Barbier this morning, and he wants to put his two

21  cents in.  And he says:  Well, what I'd like to do is see the

22  list, the finite list of documents that the parties want to

23  admit into evidence in their entirety, with a brief explanation

24  of why those documents should come in.  And then he'll decide

25  what comes in.

1          So I don't want to --

2          Would somebody go see who is outside?  And, if

3  those are two young high school kids, bring them in?

4          Gentlemen, come on in.

5          I was going to put them up in the jury box.

6          Except, first, you've got to come up and introduce

7  yourself.

8          All right.  Ladies and gentlemen, I want to

9  introduce to you, first of all, Malcolm Darensbourg, who is

10 Grade 11 at Destrahan Senior High School.  This gentlemen right

11 here.

12          Wave to the crowd.

13          Mr. Darensbourg plays football.

14      MR. DARENSBOURG:  Yes, ma'am.

15      THE COURT:  What position?

16      MR. DARENSBOURG:  Linebacker and strong safety.

17      THE COURT:  He's too small for linebacker in college,

18 so we're going for a scholarship in strong safety.  Is that

19 correct?

20      MR. DARENSBOURG:  Yes, ma'am.

21      THE COURT:  He's interested in political science as a

22 major.

23      MR. DARENSBOURG:  Yes, ma'am.

24      THE COURT:  And then I'd like to introduce to you

25 Phillip Blake, Junior, who is in 12th grade at De La Salle High

1    School.

2                  The people at Liskow will be pleased to know that

3    I've told him about Ken Polite and his stellar career at De La

4    Salle, and the fact that he is now going to become our -- or, we

5    believe going to become our local United States Attorney.  And

6    that's quite the alum for him.

7                  And he thinks he's going to medical school to do

8    some kind of clinical practice after graduation.

9                  So why don't you guys go sit up in the jury box.

10   We started without you.  So, you know, what can I tell you.

11                  And, guys, I'm going to ask the attorneys to tell

12   you who they are.  So we met this morning before the conference

13   and so they have an overview of what we're doing.  But why don't

14   we go around the room and tell them who you are and who you

15   represent.

16        MR. NOMILLINI:  I'm Mark Nomillini.  I represent BP.

17   I'm from Chicago.

18        MR. HAYCRAFT:  I am Don Haycraft, from New Orleans,

19   also representing BP.

20        MR. FITCH:  I'm Tony Fitch.  I represent a company

21   named Anadarko that's headquartered in Houston.  And I happen to

22   be from Washington, DC.

23        MS. MARTINEZ:  I'm Jenny Martinez from Dallas.  And I

24   represent Halliburton.

25        MR. YORK:  I'm Alan York.  I'm from Houston.  And I

1    also represent Halliburton.                                    09:49:4

2              THE COURT:  Let's get to the table over here.        09:49:4

3              MR. KRAUSE:  I am Doug Krause.  I am from here in New 09:49:4

4    Orleans.  And I represent the State of Louisiana.              09:49:4

5              MR. BARR:  I'm Brian Barr from Pensacola, Florida.  We 09:49:4

6    represent a big large group, a committee of us represent all the 09:49:5

7    private businesses and individuals that have filed suit against 09:49:5

8    all these wonderful people.                                    09:49:5

9              MR. O'ROURKE:  I'm Steve O'Rourke from the United     09:50:0

10   States Justice Department, from Washington, DC.                09:50:0

11             And, I think it's probably clear, but this side of   09:50:0

12   the room are the ones who did the suing, and that side of the  09:50:0

13   room are the ones that got sued.                               09:50:1

14             MS. ANDRE:  I'm Abby Andre.  I work with Steve        09:50:1

15   O'Rourke.  And I also represent the United States.             09:50:1

16             MR. HAYCRAFT:  Where are you from?                    09:50:2

17             MS. ANDRE:  Also Washington, DC.                      09:50:2

18             MR. IRPINO:  My name is Anthony Irpino.  I also       09:50:2

19   represent the plaintiffs with these wonderful people over here. 09:50:2

20   I'm from Chicago originally, but I grew up in New Orleans but   09:50:3

21   moved in '93 and have been here since then.  I am a Scorpio.   09:50:3

22   Not afraid to cry.                                             09:50:4

23             THE COURT:  Oh, for God's sakes, Anthony.            09:50:4

24             MR. HAYCRAFT:  He's taking this ball and running with 09:50:5

25   it.                                                            09:50:5

1          MR. BABIUCH:  I'm Brian Babiuch, from Chicago,

2   transplanted to New Orleans for the last two and a half years.

3   And I also represent BP.

4          MR. GASAWAY:  I'm Rob Gasaway from Washington, and I

5   also represent BP.

6          MS. HINES:  I'm Sarah Hines.  I'm from New Orleans.

7   And I represent Anadarko.

8          MR. DYSART:  I'm Danny Dysart.  I'm from here, and I

9   represent Transocean.

10          MR. HAYCRAFT:  What about Alan Johnson?

11          THE COURT:  That's right.

12              Come on, Alan.

13          MR. JOHNSON:  I'm Alan Johnson.  I'm covering the

14   proceedings as a reporter for Bloomberg News.  And I am a New

15   Orleans native.

16          THE COURT:  Okay.  Observers in the back need not.

17              Let's go down our jury box.

18          MR. BAAY:  David Baay from Houston, representing

19   Transocean.  I played strong safety in high school.

20          MR. ROBERTS:  Steve Roberts.  I am from Houston.  I

21   represent Transocean.

22          THE COURT:  What position did you play?

23          MR. ROBERTS:  I ran track.

24          MR. BAAY:  That's not believable.

25          MR. WILLIAMS:  Carter Williams.  I live in Houston.  I

```
 1    represent Transocean.  And I was a small outside linebacker.          09:52:0

 2            THE COURT:  There you go.                                      09:52:0

 3            MR. FLEMING:  Sean Fleming from Dallas, representing           09:52:1

 4    Halliburton.  I sang in glee club.  I actually stood at the back      09:52:1

 5    and had to mime the words.  I was there.                              09:52:2

 6            MS. RICHARD:  I'm Gwen Richard.  I'm originally from           09:52:2

 7    Lake Charles, Louisiana.  I'm live in Houston.  I represent           09:52:2

 8    Halliburton.                                                          09:52:3

 9            THE COURT:  So that gives you a good overview of what          09:52:3

10    we've got in the room.                                                09:52:3

11            MR. IRPINO:  There is going to be a test later.               09:52:4

12            THE COURT:  You all are going to identify name and            09:52:4

13    representation when this is over.                                     09:52:4

14               So, we were talking about the exhibits, the final         09:52:4

15    marshalling, and particularly Judge Barbier's request that the       09:52:5

16    final list of documents that everybody wants to put in in toto       09:52:5

17    be compiled as one list with just a one-sentence explanation of      09:53:0

18    why the document should come in.                                      09:53:0

19               And, you wanted to comment on that, Mark?  Or             09:53:1

20    there was something else?                                             09:53:1

21            MR. NOMILLINI:  Yeah.  I think I like the fact there          09:53:1

22    needs to be an explanation for it.  Because we've now had the        09:53:1

23    trial and a number of witnesses to offer documents through,         09:53:2

24    we've had the deposition bundles.  So it seems like there have       09:53:2

25    been a number of different opportunities.  And I think we all        09:53:3
```

1    have the concern about the documents.

2              To me, the number 75 sounds very high for this

3    exercise at this stage.  I'm not sure exactly how -- another

4    complication is, I'm not sure exactly how we're going to handle

5    objections and I'm not sure what foundation would mean for these

6    documents.

7              So I think the idea of having to provide some kind

8    of explanation or cause is a good one.  And, hopefully, it will

9    keep things limited in this regard.

10             THE COURT:  Okay.

11             Anthony, you want to comment on that?

12             I can see that Alan wants to comment on that.

13        MR. IRPINO:  Anthony Irpino for the PSC.

14             My comment is primarily involving these depo

15   bundle exhibits that got left out.

16        THE COURT:  What we've been referring to as the 73.

17        MR. IRPINO:  Yeah.

18             And I just, to me, those are -- although they can

19   be handled in that regard procedurally, is kind of how I'm

20   looking at it, they seem to be a different grouping.

21             And, again, I will always defer to the United

22   States on this, because it's their primary issue.  And Abbey has

23   spoken well about it.  That seems to be a different group.

24        THE COURT:  Different category.

25        MR. IRPINO:  Yeah.

1        And I think needs to be treated as such.  Because, 09:54:5

2   they were on the list, they were submitted, and it was just left 09:55:0

3   out primarily due to a technical issue of not being able to link 09:55:0

4   them.  And that was it. 09:55:0

5        Now maybe we need to look more closely at those 73 09:55:1

6   and so forth and see how they fit into the bundles, whether or 09:55:1

7   not any testimony was highlighted relative to those. 09:55:1

8        But I look at those as, procedurally, the same in 09:55:2

9   terms of how we handle it.  Leave them out, don't keep them in 09:55:2

10  now, but take care of them later. 09:55:2

11       But that's different than the all parties have an 09:55:3

12  opportunity thing.  Because I just see those as separate. 09:55:3

13  That's my comment. 09:55:3

14       THE COURT:  Okay. 09:55:4

15       Alan? 09:55:4

16       Or, Abbey, did you want to add to that? 09:55:4

17     MS. ANDRE:  I don't think he minds if I -- yeah. 09:55:4

18       I agree with Anthony that they should be dealt 09:55:4

19  with separately. 09:55:5

20       I also think that we're happy to go back and look 09:55:5

21  at the documents, see which ones we're truly interested in 09:55:5

22  moving in at this point. 09:55:5

23       You know, I think, from a fairness perspective, 09:56:0

24  we'd like to see them all go in.  But, from a practical 09:56:0

25  perspective, perhaps that's not important. 09:56:0

1        But I agree with Anthony that I wouldn't want to        09:56:0

2   see the United States or the PSC penalized as far as this other        09:56:1

3   list that we're talking about by having all of our slots used up        09:56:1

4   by the bundled documents.        09:56:2

5        THE COURT:  By the 73.  Okay.        09:56:2

6        MR. KAVANAUGH:  Your Honor, Brian Kavanaugh for BP.        09:56:2

7        If I can add one point?        09:56:2

8        THE COURT:  Sure.        09:56:3

9        MR. KAVANAUGH:  With respect to the 73, I think our        09:56:3

10  view is this.  And I know BP and perhaps some of the other        09:56:3

11  parties have engaged in this with inData during the course of        09:56:3

12  the deposition designation process.  But all -- everybody        09:56:4

13  understood in the process that you couldn't include an exhibit        09:56:4

14  unless it was connected to some designated testimony.  And,        09:56:5

15  during the course of the designation process, inData had        09:56:5

16  problems from time to time linking the exhibit to the testimony        09:56:5

17  if for whatever reason the portion of the testimony that was        09:57:0

18  designated by the parties didn't include the initial point at        09:57:0

19  which the exhibit was marked in the deposition.  So that there        09:57:1

20  was a clear point saying, you know, now we're going to use        09:57:1

21  Exhibit No. 1000.        09:57:1

22        In those instances, we would go back, when that        09:57:1

23  was raised by inData, and point out where in the transcript the        09:57:2

24  document was being used with the witness, even though perhaps        09:57:2

25  the initial point at which it was marked was not designated.        09:57:3

1    And then inData would link it appropriately.    09:57:3

2              To the extent that that's the issue, that the 73    09:57:3

3    documents that we're talking about were actually referenced and    09:57:3

4    used with the witness in designated portions of the testimony,    09:57:4

5    then I think it's just a logistical exercise that some of us    09:57:4

6    have already gone through with inData to correct these very    09:57:5

7    problems, we don't have an issue with doing that.    09:57:5

8              But, if there are exhibits on that 73 that truly    09:57:5

9    were not discussed at all anywhere in the designated testimony,    09:57:5

10   then we do think it's not a technical error.  Those, if they    09:58:0

11   want to include them, should be part of this new process that    09:58:0

12   we're discussing that might be 75 documents or whatever it ends    09:58:1

13   up being.    09:58:1

14        THE COURT:  Right.  Okay.  Good, Brian.  I'm glad that    09:58:1

15   you clarified it.    09:58:1

16             And, Anthony, you want to comment?  I think that's    09:58:2

17   a workable start.    09:58:2

18        MR. IRPINO:  Yeah.  I think, when we're talking about a    09:58:2

19   logistical thing, this may very well be just that.  And why    09:58:2

20   don't we at least drill down on that.  Make sure that, of these    09:58:3

21   73, truly none of them had any testimony designated.  And, if    09:58:3

22   so, they can we can deal with that.    09:58:4

23             But these very well may have had testimony    09:58:4

24   designations and we might have to deal with it in the exact same    09:58:4

25   way some parties dealt with it back then.    09:58:5

1      THE COURT:  Okay.  Let's go ahead and look at that

2  issue.

3           It seems to me that, relative to 73 and relative

4  to the final list of other exhibits that the parties want to

5  introduce in their entirety, we're probably going to have one

6  last marshalling session that won't take place next week or the

7  week after, depending on when the trial ends.

8           We can do it by phone perhaps.  I don't think

9  there's any reason for people to fly in from Dallas or Chicago

10  or Destrahan.  But it looks to me like we're going to have to,

11  beyond next week, work a little bit on those issues.

12           But, other than that, I think that the marshalling

13  -- and I want to compliment the parties, the marshalling has

14  been, after the first week, incredibly well done.  And it's no

15  thanks to Mike and me, I might also add.  So thank you to

16  everybody.  It's gone very smoothly.

17      MR. IRPINO:  A lot of team work.

18           Thank you, Your Honor.

19           The other thing we'll do on those 73, I think, is

20  also how critical of an issue is this.

21      THE COURT:  Abbey pointed that out.  In reality, it may

22  not be critical.  So she's going to look at it from that point.

23      MS. ANDRE:  That's right.

24           And, with everything going on, we really haven't

25  drilled on those.  We will.

1     THE COURT:  What else do you have going on?     10:00:2

2     MS. ANDRE:  Couple things.     10:00:2

3     MR. IRPINO:  Candidly, Your Honor, we'll do the same     10:00:2

4  with our five or whatever.     10:00:2

5          And some of these may have been already in already     10:00:3

6  through the trial.  So it might be a moot point.     10:00:3

7     THE COURT:  So that's why I think we're going to have     10:00:3

8  one last conference after Phase One is over, so that you all can     10:00:3

9  get some breathing time and look at those kinds of issues.     10:00:4

10          Is that right, Regina?     10:00:4

11     MS. VALENTI:  Absolutely.     10:00:4

12     THE COURT:  Alan, you want to comment?     10:00:5

13     MR. YORK:  Very briefly, Your Honor.     10:00:5

14          Alan York for Halliburton.     10:00:5

15          Just a couple of things.  We agree with BP's     10:00:5

16  comment as to the process that we went through.  And, to the     10:00:5

17  extent that these are referenced, though not called out by     10:00:5

18  exhibit in the deposition, we would take the same position, that     10:01:0

19  that is a logistical problem and not anything we would have a     10:01:0

20  substantive objection to.     10:01:0

21          On the second issue of the sort of catch-all     10:01:0

22  documents, just wanted to point out to the Court, one of the     10:01:1

23  things that we have done is we've gone back through our trial     10:01:1

24  plans, looked at what exhibits we were planning on getting in     10:01:1

25  versus what's actually come in.  And we may have two or three     10:01:2

1    that, for example, because we pulled down witnesses, other

2    parties pulled down witnesses that were going to be brought in,

3    that we may want to get a narrow document in to include on that

4    list.

5              But of the things that we've also done -- and I

6    think it's very important, given Judge Barbier's comments this

7    last week -- is that even, if we had it referenced as document

8    X, we had a check done for whether there was a dupe or a near

9    exact dupe that was already in so that we don't overload the

10   process.  So I think that would be a helpful analysis before we

11   get though that point to make sure that we're not putting a lot

12   of duplicated exhibits in that don't necessarily need to come

13   in.

14             THE COURT:  I agree with that.

15             That's something we need to keep our eye on for

16   Phase Two.  You know, lessons learned in Phase One need to carry

17   over to Phase Two.  And, we learned a lot of lessons, including

18   duplicates.  So we'll avoid that.

19             Right, Mark?

20             MR. NOMILLINI:  Absolutely, Your Honor.

21             And, in fact, we're having some people go through

22   the list right now and figure out what duplicates from Phase One

23   are in there.

24             The other thing that I would ask is whether Your

25   Honor or Judge Barbier wants to impose some kind of numerical

1    limit for this final list that's coming up?  Maybe five or some

2    small number like that.  Just so it does not become a document

3    dump.

4              THE COURT:  I think that's right.  I mean, I'm going to

5    include the 73, which I think is in a class by itself and we are

6    going to have work our way through.  And we understand what the

7    objections are by BP and Halliburton.  But we're going to let

8    the US look at that and the PSC look at that.

9              Do you all have a number in mind individually?

10   Maybe we can agree to a number today.

11             MS. ANDRE:  Abbey Andre for the United States.

12             I agree that 75 sounds like too many.  I don't

13   think we have an idea quite yet.  I don't think -- I think five

14   sounds like too few.  Seventy-five sounds like too many.  But

15   perhaps -- perhaps it's something that we could talk about.

16             THE COURT:  Alan is holding up ten fingers.

17             MS. ANDRE:  Ten per party?

18             MR. YORK:  We'd be fine with that.

19             THE COURT:  Alan for Halliburton is suggesting ten per

20   party.

21             Why don't all go back and look at that and see if

22   ten per party will work.

23             And, remember, ten per party means ten per party

24   with explanation that then goes to Judge Barbier.

25             MR. YORK:  With extra points being awarded for coming

1    in under ten.

2          THE COURT:  Oh, absolutely.  Absolutely.  You all know

3    that Judge Barbier will be more inclined if there are only two

4    on your list.

5          MS. ANDRE:  That's right.  And I think we'd say closer

6    to 25 or 30.  But we'll talk about it this week.

7          THE COURT:  Okay.  Good, good, good.

8          MR. NOMILLINI:  And, Your Honor, we'll reserve the

9    right to, if somebody gives their sentence of explanation to

10   say:  Well, this document could have been used with X, Y or Z

11   witness.

12          I don't really think this is really the time to

13   offer up documents that could have gone before.

14          THE COURT:  Okay.  Good enough.

15          All right.  Well, let's put that down for next

16   Friday for discussion after you've gone back and had a

17   preliminary look.  We won't set a deadline for the lists yet.

18   We need to agree on how many and what the procedure will be.

19   But, next week, we'll try to do that.

20          MS. ANDRE:  And we just wanted to remind Judge Barbier

21   and put his mind at ease that this is what we wanted to do to

22   avoid custodial witnesses.

23          THE COURT:  Absolutely.  I'm with you.  I'll put that

24   in the memo to him.

25          Okay.  Let's see what else we've got.

1    The other thing that Judge Barbier wanted you all

2  to start thinking about -- and somebody, one of you mentioned

3  this to him at some point I think in the last week -- is that he

4  wants to you start working on or thinking about proposed

5  agreed-upon Findings of Fact, now that the trial is closing.  If

6  there are such things.  And he seems to think you all seem to

7  think there could be such a thing.  Just put it out there.

8           Tony, you didn't like that idea; did you?

9           MR. FITCH:  I was turning my attention to something

10 else, I must admit.

11           I was thinking about the Phase Two --

12           THE COURT:  We're getting to Phase Two next.

13           MR. FITCH:  -- stipulation next.  Mr. Barr will remind

14 you.

15           THE COURT:  Mr. Barr was the one that made that process

16 so hard.

17           MR. FITCH:  Oh, that's not really fair.

18           MR. IRPINO:  He's really been picked on.

19           MR. FITCH:  I might say that to his face; but, when you

20 say it, he's going to take it seriously.

21           THE COURT:  Yeah.  But now we've got them in the can

22 and there they are.

23           MR. FITCH:  There they are, there's no question about

24 that.

25           THE COURT:  So problem solved.

10:05:2
10:05:2
10:05:3
10:05:3
10:05:4
10:05:4
10:05:5
10:05:5
10:06:0
10:06:0
10:06:0
10:06:1
10:06:1
10:06:1
10:06:1
10:06:2
10:06:2
10:06:2
10:06:2
10:06:3
10:06:3
10:06:3
10:06:3
10:06:4
10:06:4

1    Anthony, what you got?                                    10:06:4

2    MR. IRPINO:  This is a question in terms of a proposed    10:06:4

3  joint Findings of Fact.  Are they things along the lines of  10:06:4

4  Judge Barbier at trial yesterday said:  We know that there are  10:06:5

5  15 centralizers on the rig.  Things like that?              10:06:5

6    THE COURT:  Yes.                                          10:06:5

7    And so think about it.  It seems to me that the           10:07:0

8  PSC may want to put a draft together and circulate it to     10:07:0

9  everyone.  And everybody can either comment or add to.  And  10:07:0

10 let's see what we come up with.                              10:07:1

11    You know, we've got time for that, but it's              10:07:1

12 something that he did want you to at least start thinking about. 10:07:2

13    Someone in the room mentioned or someone in the          10:07:2

14 courtroom mentioned it to him.                               10:07:2

15    Was that you, Mr. Roberts?                               10:07:2

16    MR. ROBERTS:  Judge, Steve Roberts for Transocean.       10:07:2

17    I have been talking to the leads of all of the           10:07:3

18 parties about how to structure the Findings of Fact and      10:07:3

19 Conclusions of Law and post-trial briefing.                  10:07:3

20    I did have a conversation yesterday with Ben.            10:07:3

21 That's probably where this has come from.                    10:07:4

22    I will say that we have made tremendous strides.         10:07:4

23 I will also say that it won't come as a surprise if we can't  10:07:5

24 reach a unanimous view on things.                            10:07:5

25    So I hope to have, this weekend, at least                10:07:5

 1   agreements on briefing schedules and things of that sort.                   10:08:0

 2              We haven't really dealt that much with proposed                  10:08:0

 3   Findings of Fact that would be stipulated.  I certainly think              10:08:0

 4   that's easily possible.  There's nothing wrong with it.                    10:08:1

 5              So, Anthony, if you don't mind bringing it up with              10:08:1

 6   Mr. Herman.  And I can follow-up later today.  We can certainly            10:08:2

 7   work that into the discussions.                                            10:08:2

 8          THE COURT:  And just work it into discussions.  There's             10:08:2

 9   no race to the finish line.                                                10:08:3

10              But you can point the fickle finger to Steve with               10:08:3

11   who came up with that idea.                                                10:08:3

12          MR. O'KEEFE:  I don't mean to complicate things, but                10:08:3

13   would Judge Barbier have any interest in groups of parties                 10:08:4

14   considering joint proposed findings?                                       10:08:4

15          THE COURT:  Yes.  That might be.  I mean, the United                10:08:4

16   States and the PSC could probably work on a proposed together.            10:08:5

17   We're going to let them do that.                                           10:09:0

18          MR. ROBERTS:  I do like Mike's suggestion.  Any time he            10:09:0

19   suggests someone else do the work and then we review the                   10:09:0

20   product.                                                                   10:09:1

21          THE COURT:  So would you vote in favor of that?                     10:09:1

22          MR. IRPINO:  On behalf of Steve Herman, who has been               10:09:1

23   carrying the load, we'll reserve our right to comment.                     10:09:1

24          THE COURT:  On behalf of Steve Herman, you can thank               10:09:1

25   Steve.                                                                     10:09:2

1      MR. KRAUSE:  Doug Kraus on behalf of Louisiana.

2           I think Mr. Roberts addressed some of the issue

3  that I was going to bring up.  But I'm not aware of us being

4  involved in any of those conversations regarding post-trial

5  briefing, length.

6           MR. ROBERTS:  Oh, don't throw me a softball like that.

7  Do not throw me a softball.

8           I went over to talk to Mr. Kanner, but he wasn't

9  available.

10          MR. KRAUSE:  I'm aware.  I was out not doing my job

11 properly monitoring his behavior.

12          THE COURT:  Got you on that one.

13          MR. KRAUSE:  If you could send us an email.

14          MR. ROBERTS:  I would.

15          MR. KRAUSE:  You can send it to me.

16          THE COURT:  Send it to Mr. Krause's attention, please.

17          MR. ROBERTS:  While I'm chastising other lawyers, could

18 you put a picture up, put the picture that Corey Maze apparently

19 sent you?  Because I challenge the idea that there is either a

20 high-rise or a downtown Montgomery.

21          THE COURT:  Corey, do you want to comment on that?

22          I will have it for next week.

23          THE COURT:  I do want to comment on that.  I'm on the

24 third floor, which is the highest floor of this building.

25          There is one building that's got about 20 floors

1    on it, and it's in the picture.  So, next week, we'll prove it.    10:10:4

2    Otherwise, the third floor is the highest of pretty much any    10:10:4

3    building downtown.    10:10:4

4            THE COURT:  The 12 story building is the jail?    10:10:5

5                 I will have that printed out.  The Federal    10:10:5

6    government does not give me a color printer, so I have to email    10:10:5

7    it to our systems unit, have them print it and then have them    10:11:0

8    bring it up.  And I didn't get it in enough time.  But we will    10:11:0

9    have that next week for your viewing.    10:11:0

10                And it is pretty good, I have to tell you.  Right    10:11:1

11    in line with what you're saying.    10:11:1

12            THE COURT:  Okay.  Mr. O'Rourke?    10:11:1

13            MR. O'ROURKE:  Your Honor, I just wanted to remind    10:11:1

14    everybody that there are Phase One stipulated facts.    10:11:2

15            THE COURT:  There are?    10:11:2

16            MR. O'ROURKE:  They are of questionable utility, but    10:11:2

17    they exist.    10:11:2

18            THE COURT:  I think there's three of them.    10:11:2

19            MR. HAYCRAFT:  There's a whole bunch.    10:11:3

20            THE COURT:  I think you all stipulated to the date of    10:11:3

21    the accident.    10:11:3

22                What else did you stipulate?    10:11:3

23            MR. O'ROURKE:  We didn't agree to that one.    10:11:3

24            THE COURT:  Okay.  Maybe, when you pull out your    10:11:3

25    possible stipulations that you're going to propose, you could    10:11:4

1    pull out those three prior stipulations.                    10:11:4

2            Okay.  Let's move on to Phase Two.                  10:11:5

3            Let's see.  We've had some back and forth with      10:11:5

4    regard to the experts for Phase Two, and you all will note that  10:11:5

5    we sent out a revised timeline that basically took week seven  10:12:0

6    out.  Because, when I was going through the revision, it     10:12:1

7    occurred to me that, if we went for a seventh week, we would not  10:12:1

8    have time to prepare *Daubert* motions, which was a problem.  So,  10:12:2

9    either we waive *Daubert* motions or we cut out a week of    10:12:2

10   depositions.  And I decided to let you have *Daubert*.       10:12:3

11           So we're going to have go ahead and reschedule      10:12:3

12   Dr. -- yeah.                                                 10:12:4

13           And, other than that, we got some comments on       10:12:4

14   time.  And we got some comments with regard to Paul Hsieh and  10:12:4

15   Tom Hunter.                                                  10:12:5

16           Does anybody want to comment on those right now,    10:12:5

17   or is that something we just continue to work on?           10:12:5

18          MR. O'ROURKE:  This is Steve O'Rourke for the U.S.   10:13:0

19           Just, F-Y-I, it's Hsieh --                          10:13:0

20          THE COURT:  Good.                                    10:13:0

21          MR. O'ROURKE:  -- is the pronunciation.              10:13:0

22          THE COURT:  H-S-I-E-H is Hsieh?                      10:13:0

23          MR. O'ROURKE:  That's -- somehow.                    10:13:1

24           For the United States, we were going to propose     10:13:1

25   it's probably an appropriate time to think about why these are  10:13:1

1    two day depositions.

2              Phase One, they were two-day depositions because

3    there were many more parties with more adverse interests.  A lot

4    of those parties are gone.  Weatherford, Dril-Quip, Cameron,

5    M-I, a bunch of others maybe.

6              Really, Phase Two quantification track involves

7    Anadarko and BP, in our view.  Presumption of the rules is a

8    one-day deposition.  And we're willing to live with a one-day

9    deposition when they put our their reports.  So we think that

10   should be the starting point, for people to justify more than

11   one day.

12        THE COURT:  Guess who is standing behind you?

13        MR. O'ROURKE:  He's this tall, is wearing a blue

14   pinstriped suit.

15        THE COURT:  That would be him.

16             What color is his tie today?

17        MR. O'ROURKE:  I don't remember.

18             Black.

19        THE COURT:  No.  It's not.

20             It's like an olive green.

21             It's very good looking.

22        MR. FITCH:  There are two behind you.

23        MR. O'ROURKE:  So that's our -- an issue to be

24   determined.  Our position is one day would be the way to go.

25   Especially if you want to cut a week out.

1    THE COURT:  I guess, Steve, my question to you on that    10:14:3

2  is, the science looks very complicated.  Is that --    10:14:3

3    MR. O'ROURKE:  The science in Phase One was    10:14:4

4  complicated, too.  And there was no three-day deposition.  I    10:14:4

5  mean, some of these things are complicated, yes.  And one day    10:14:4

6  can cover it.    10:14:5

7    I mean, Judge Barbier isn't going to want to hear    10:14:5

8  two days of testimony about reservoir engineering.  He's going    10:14:5

9  to want to hear an hour or two.  And why do we need 17 hours of    10:14:5

10  deposition time to narrow this down to a one-hour cross    10:15:0

11  examination?    10:15:0

12    THE COURT:  Good.    10:15:0

13    MR. O'ROURKE:  As for Mr. Hunter, we still continue to    10:15:1

14  believe that his deposition topics covered what he's going to    10:15:1

15  talk about, and they had the opportunity to interrogate him for    10:15:1

16  two days.  And he's partially a fact witness because of his    10:15:2

17  involvement in the response.  And we think his deposition has    10:15:2

18  been covered.  Thanks.    10:15:2

19    THE COURT:  Okay.  Thank you.    10:15:2

20    All right.    10:15:3

21    MR. GASAWAY:  Good morning, Your Honor.    10:15:3

22    THE COURT:  Let's see the tie.  Yes.    10:15:3

23    MR. GASAWAY:  Rob Gasaway for BP.    10:15:3

24    It's been a long time.  Good to see you.    10:15:4

25    On the one-day deposition, we think it's a    10:15:4

1    nonstarter.  This is highly technical stuff.  If you want to

2    compare some of the reports that were put in by the United

3    States' experts to some of the key Phase One experts -- and I

4    won't cast aspersions in any other direction -- just read the

5    Azar report that we were talking about.  Obviously he's a very

6    distinguished expert, he's a key expert for BP.  But the level

7    of scientific detail when you're talking about practices of

8    managing of the well vis-a-vis computational fluid dynamics.

9              The United States' expert reports, as you know and

10   as they've made clear before, were primarily the Sandia National

11   Lab's nuclear physicist team.  We used all of our time with the

12   analysis that they had done before.  There were important

13   differences that I won't go into now between their previous

14   analysis and these analyses.

15             The modeling runs that we've gotten as far as

16   their expert packages, it is complicated.

17             And, for quantification, we think anything less

18   than two days is a nonstarter.

19             We agree, however, with the United States with

20   respect to the interests of the parties.  Now, obviously,

21   Cameron's gone.  BP and Anadarko are in the cross hairs.  So, as

22   you'll see in the proposed time allocation, we don't shorten the

23   total time.  But there definitely is a shift there.

24             What we tried to do is identify for every expert

25   that we think we have a handle on three categories of parties,

1    Your Honor:  The target, the sponsor and the peripheral players.    10:17:1

2                And, starting from the premise of a two-day    10:17:1

3    seven-and-a-half-hour deposition total of 15 hours, we gave 12    10:17:2

4    hours to the targets, we gave 90 minutes, as we did in the    10:17:2

5    30(b)(6) to the sponsor, and then we tried to divide the rest of    10:17:2

6    the time equally to remaining peripheral players.  Except, those    10:17:3

7    like Cameron that are completely gone, we zeroed out.  So    10:17:3

8    something like that, we think is workable.    10:17:4

9                But especially for the quantification part, again,    10:17:4

10   it is highly technical science.  It takes a long time to go    10:17:4

11   through a modeling run.  You're not asking somebody about    10:17:5

12   events, you're not asking somebody about industry practices.    10:17:5

13   This is the first oil spill of its type.    10:17:5

14               And with Griffiths, with Dykhuizen, with Tom    10:18:0

15   Hunter who we think falls under the Pinky Vincent rule, we're    10:18:0

16   just going to need two days, as we did with the 30(b)(6).    10:18:1

17               THE COURT:  Good.    10:18:1

18               Alan?    10:18:1

19               Oh, I'm sorry.  Tony.    10:18:1

20          MR. FITCH:  Tony Fitch, Anadarko.    10:18:1

21               Rob has made many of the points that I wanted to    10:18:2

22   make.  I wanted only to add that, trying to do a deposition in    10:18:2

23   one day on these folks, will end up in exactly what Judge    10:18:2

24   Barbier complained about during the trial that's presently going    10:18:3

25   on, on occasion, that, gee, this sounds like an awful lot to me    10:18:3

1   like deposition examination and not trial examination.          10:18:4

2            Exploring these very difficult issues at this time      10:18:4

3   will shorten the trial.  Not lengthen it.                       10:18:5

4            And it does take time to work through a more            10:18:5

5   sophisticated Dykhuizen report, for example.  And to work       10:19:0

6   through very complex stuff that Giffits has put upon us.  And to 10:19:0

7   work through the point change in Kelkar and now Kelkar Raghavan  10:19:1

8   report.                                                         10:19:1

9            So I do respectfully suggest that we at least need     10:19:2

10  to start off with the two-day presumption.  It will shorten      10:19:2

11  things over all.                                                10:19:2

12           THE COURT:  Okay.  Thank you.                          10:19:3

13           Alan?                                                  10:19:3

14  MR. YORK:  Alan York for Halliburton.                          10:19:3

15           I stand on behalf of one of the remaining             10:19:3

16  peripheral parties.                                            10:19:3

17           And, Your Honor, while we recognize that we are        10:19:4

18  probably sort of in the Cameron role during Phase Two on this,  10:19:4

19  we do support two-day depositions as a default for the foregoing 10:19:4

20  reason.                                                        10:19:5

21           We recognize our time is going to be limited to        10:19:5

22  start with.  And, if it's a one-day deposition as opposed to two 10:19:5

23  days, we know it's going to be even shorter.                   10:19:5

24           And, while we do have a limited role here, I want      10:20:0

25  to point out for the Court that there are still claims existing 10:20:0

1  against Halliburton that hinge on Phase Two issues.  And so it's     10:20:0

2  not as -- these are not depositions where we can simply ask:         10:20:1

3  Did you talk to anyone about Halliburton?  We will have to delve     10:20:1

4  in to some of the science of this.  And, reducing it to a           10:20:2

5  one-day deposition, recognizing the Court's likely allocation of    10:20:2

6  time, would essentially prevent us from having sufficient enough     10:20:2

7  time to develop any issues.                                          10:20:3

8          THE COURT:  We're going to give you ten minutes.            10:20:3

9          MR. YORK:  I'm trying not to state the obvious, Your        10:20:3

10 Honor.                                                               10:20:4

11          And we just think that a two-day deposition would           10:20:4

12 better accommodate the needs of all of the parties.                 10:20:4

13          THE COURT:  Okay.  Thank you.                              10:20:4

14          Good morning, Brian.                                       10:20:5

15          MR. BARR:  Good morning, Judge.  Brian Barr for the         10:20:5

16 PSC.                                                                 10:20:5

17          The PSC supports one day.  And we agree with the            10:20:5

18 US on that.                                                          10:20:5

19          And I don't know as much about the quantification          10:21:0

20 issues.                                                              10:21:0

21          THE COURT:  I was going to say, you don't even have to      10:21:0

22 attend those; do you?                                                10:21:0

23          MR. BARR:  You know, you don't know what somebody is        10:21:0

24 going to say, so I imagine we would attend.  But we don't plan       10:21:1

25 on asking any questions, just depending on what is said.            10:21:1

1     But, particularly with Dr. Bea and to Mr. Perkin,          10:21:1

2  these two gentlemen have already been deposed for two days each.  10:21:2

3  They've offered trial testimony.  They've been accepted as        10:21:2

4  experts by this Court.  There's no reason to have to go back       10:21:3

5  through all their qualifications, background, all that             10:21:3

6  information.                                                       10:21:3

7     Dr. Bea's report is 35 pages.  BP's asking for 20          10:21:3

8  minutes a page on his report.  That just seems a little           10:21:3

9  excessive.                                                        10:21:4

10          THE COURT:  You did that math last night?              10:21:4

11          MR. BARR:  That's 35 into 700, I can do that math       10:21:4

12  pretty quickly.                                                  10:21:5

13     But, given the amount of testimony that's already        10:21:5

14  in the record from those two gentlemen, it does seem, with them,  10:21:5

15  that anything more than a day seems unnecessary.                 10:22:0

16          THE COURT:  Okay.  Great.  Thank you.                  10:22:0

17          All right.                                              10:22:0

18          MR. O'ROURKE:  If I may?                               10:22:0

19          THE COURT:  Steve.                                     10:22:1

20          MR. O'ROURKE:  Thank you, Your Honor.  Steve O'Rourke  10:22:1

21  for the United States.                                           10:22:1

22     We didn't sue Halliburton, we settled with              10:22:1

23  Transocean.                                                      10:22:1

24     We're talking quantification tracks.  BP and          10:22:2

25  Anadarko have an identity of interests here.  They are, for all   10:22:2

1    intense and purposes, one party in this quantification track.                    10:22:2

2            No party in this case has ever gotten 12 hours for                    10:22:2

3    anything at any deposition.  And that's the proposal on the                    10:23:3

4    floor, is that identically-situated parties would get 12 hours.                    10:23:3

5    Why doesn't that party get seven hours, like the rules say?                    10:22:4

6            And I'm not really that concerned, quite frankly,                    10:22:4

7    whether people get time in the source control track.  We                    10:22:4

8    probably won't ask any questions unless somebody takes a swipe                    10:22:5

9    at the government in one of their reports.  Which Bea and                    10:22:5

10   Perkins didn't.                    10:23:0

11           But, on the quantification side, it's effectively                    10:23:0

12   US against one identically-situated party on a one-day                    10:23:0

13   deposition, and why should any party get 12 hours?                    10:23:0

14           Thank you.                    10:23:1

15       THE COURT:  Okay.  Thank you.                    10:23:1

16       MR. FITCH:  Judge, Tony Fitch.                    10:23:1

17           And the answer to that question is that BP                    10:23:1

18   attorneys especially, and Anadarko's attorneys to a lesser                    10:23:1

19   extent, spent a heck of a lot of time during these first round                    10:23:2

20   depositions trying to whittle down examination and make these                    10:23:2

21   quick decisions during the depositions, late morning,                    10:23:3

22   mid-afternoon, late afternoon, early the next day, of how to get                    10:23:3

23   in examinations on those less complicated reports.  That's why                    10:23:4

24   two days and 12 hours is needed.                    10:23:4

25       THE COURT:  Okay.  All right.  We're going to tackle                    10:23:4

1    that in the coming weeks.                                     10:23:5

2              We are, what, about two months away from the        10:23:5

3    commencement of the depositions?  Don't we start --           10:23:5

4              MR. FITCH:  Mid-June.                                10:24:0

5              And I would respectfully bring to your attention a  10:24:0

6    reminder of the sequencing point that Transocean very wisely  10:24:0

7    made in its submission to you yesterday.  And, to the extent  10:24:1

8    possible, Anadarko requests that you try to accommodate that  10:24:1

9    consideration also.                                           10:24:2

10             THE COURT:  Okay.  Let's see if the US can talk to the  10:24:2

11   experts and see if they can put them a little earlier in the  10:24:3

12   rotation.                                                     10:24:3

13             MR. O'ROURKE:  I'll confess to being caught off-guard  10:24:3

14   here.  I don't know what we're talking about.                 10:24:4

15             THE COURT:  What we're talking about -- Mr. Roberts, do  10:24:4

16   you want to talk about what we're talking about?              10:24:4

17             MR. ROBERTS:  I actually want to talk about something  10:24:4

18   different than what you're talking about.                     10:24:5

19             THE COURT:  That was not the question.              10:24:5

20             MR. ROBERTS:  No, Your Honor.                       10:24:5

21             THE COURT:  Steve, what we're talking about is that we  10:24:5

22   had some comments about how the experts have been slotted in by  10:24:5

23   the United States toward the end of the deposition schedule,  10:25:0

24   rather than front-loaded as plaintiffs usually are.           10:25:1

25             Did I fairly state that for you, Transocean?        10:25:1

1    MR. BAAY:  Yes.  That's correct, Your Honor.                    10:25:2

2         And I think the specific recommendation was Zink.          10:25:2

3    Mr. Zink, Dr. Zink, to have him go back to the front.           10:25:2

4         MR. FITCH:  He was the -- Zink was a more or a slightly     10:25:3

5    different reason.  Zink should be first, Grant argues in his    10:25:3

6    letter correctly, I would respectfully suggest, because his work 10:25:4

7    and his PVT inputs underlie a number of the other reports.      10:25:4

8         In addition, Grant was pointing out that it has            10:25:4

9    been the practice in this case, as in most cases, that the      10:25:5

10   plaintiff's experts have gone first so that our experts could   10:25:5

11   hear their testimony and testify about it and be challenged by  10:26:0

12   the government.  It has just been the orderly -- the way we've   10:26:0

13   done it because it is the orderly way to do it.                 10:26:1

14        THE COURT:  Okay.  So, if the US would take a look at      10:26:1

15   the draft schedule that you all slotted, and see if we can move 10:26:1

16   them forward, especially Dr. Zink.                              10:26:2

17        MR. O'ROURKE:  We can look into that.                      10:26:2

18        And my vague recollection was Zink was scheduled           10:26:2

19   then because he was away on travel of some sort.  Just off the  10:26:3

20   top of my head.                                                 10:26:3

21        THE COURT:  Right.                                         10:26:3

22        MR. O'ROURKE:  But we picked those dates based on          10:26:3

23   expert availability.  We didn't pick them based on something    10:26:3

24   else.                                                           10:26:4

25        And this is the first we've heard that there's             10:26:4

1   some presumption that our guys go first.  We were told in Phase      10:26:4

2   One and Phase Two provide proposed dates *in camera*, which we       10:26:4

3   did.  We were never told that there's some presumption that we       10:26:5

4   have to go first.                                                    10:26:5

5           And we don't agree with that presumption.                    10:26:5

6   Frankly, they'll have had our reports longer than we've had          10:27:0

7   theirs.                                                              10:27:0

8           THE COURT:  Let's see if we can do something with            10:27:0

9   Dr. Zink for two reasons.  One, we've cut out week seven.  And,      10:26:2

10  two, everybody seems to think that his work was foundational for     10:27:1

11  your other experts.  So maybe we can accommodate him that way.       10:27:1

12          MR. O'ROURKE:  We'll talk to Zink and figure out when        10:27:2

13  he's away.  I just can't answer that right now.                      10:27:2

14          THE COURT:  That's all I'm asking.  Thank you.               10:27:2

15          MR. GASAWAY:  Your Honor, just briefly.  We did have a       10:27:3

16  footnote in our letter saying that source control may be            10:27:3

17  different in the sense that we haven't seen the Transocean          10:27:4

18  reports that we are expecting on May 1.                             10:27:4

19          So, when we're talking about this strong belief in         10:27:4

20  the two-day presumption and the time limits, we did have a          10:27:5

21  footnote saying let us see what Transocean puts in.  I think the    10:27:5

22  big players in source control will be Transocean, PSC and BP.       10:27:5

23          Maybe immediately after May 1, we can have a                10:28:0

24  further conversation based on what we see.  Maybe we can talk a     10:28:0

25  little bit about what they're going see in our reports.  And        10:28:1

1    maybe we can make some progress.                                    10:28:1

2           We didn't put together a proposed allocation for            10:28:1

3    Expert Perkins for that reason.                                     10:28:1

4           THE COURT:  Right.                                           10:28:1

5           MR. GASAWAY:  The only other thing I wanted to say was,      10:28:1

6    just to clarify, our quantification two-day total for BP is the     10:28:2

7    same as it was for 30(b)(6).  We didn't ask for any more            10:28:2

8    for ourselves.                                                      10:28:2

9           What we did was we said, in light of settlements             10:28:3

10   and people getting dropped out, some of the time that had           10:28:3

11   previously gone to other parties ought properly go to Anadarko.     10:28:3

12   But BP is the same as it was for 30(b)(6).                          10:28:3

13          THE COURT:  Okay.                                            10:28:4

14          Steve, was this the issue you wanted to comment              10:28:4

15   on?                                                                 10:28:4

16          MR. ROBERTS:  It's very much related, Judge.                 10:28:4

17          It seems to me that the timing -- the time                   10:28:4

18   requests for depositions is a manifestation of -- at least, in      10:28:5

19   our view for ourselves, for Transocean -- is an underlying issue    10:28:5

20   that hasn't been resolved, and maybe it's not resolvable.           10:28:5

21          It's not clear to us whether Phase Two at the                10:29:0

22   40,000 foot level is a continuation of the liability of Phase       10:29:0

23   One, or is this a separate liability phase in the sense that        10:29:1

24   there's 100 percent assessment in One and a separate 100 percent    10:29:1

25   assessment in Two?  Or maybe the answer is it's just a              10:29:2

1    continuation of the evidentiary phase.                          10:29:2

2              Since the very beginning or since we came up with     10:29:2

3    this idea of two phases, Transocean for instance has settled    10:29:2

4    with -- for the most part, has settled with the government.  We  10:29:3

5    have different interest in Phase Two today than we had in Phase  10:29:3

6    One.                                                            10:29:3

7              I think Mr. York hit the nail on the head when he      10:29:3

8    said we're going to go into Phase Two much like Cameron.  I      10:29:4

9    think personally he ought to go in much more like M-I than       10:29:4

10   Cameron, but that's his business.                               10:29:5

11             THE COURT:  You know, I told M-I that they should be in 10:29:5

12   the overflow courtroom.                                         10:29:5

13             MR. ROBERTS:  It does raise a question.               10:29:5

14             And perhaps the solution is, when the Court gets       10:29:5

15   some time, that we simply have a very informal, very small group 10:30:0

16   meeting of the interested parties to see what it is that we're   10:30:0

17   going to do in Phase Two.                                       10:30:0

18             I'm not completely sure whether we're, Transocean,     10:30:0

19   is going into Phase Two to have an assessment of negligence that 10:30:1

20   just deals with Phase Two, or if this is just a big concept that 10:30:1

21   Judge Barbier's going to deal with at the end of everything.     10:30:2

22   And I don't think anybody really knows.                         10:30:2

23             And it might be helpful for us to get together,        10:30:2

24   and then you can report back to the Court.  Or the Court could   10:30:3

25   join us.  I just think it would help us.                        10:30:3

1    THE COURT:  I think Brian can tell us the answer.

2    MR. BARR:  I can at least give you the PSC's

3  perspective.

4        It's our understanding -- and I thought it was

5  everybody's understanding -- that this entire trial was a

6  unitary trial broken into two phases.  It's a continuation of

7  the evidence, the same trial.  There's no need to go back and

8  reintroduce evidence that was already put into Phase One.  It's

9  one continuous trial broken into two phases.  That's been my

10  understanding.

11    THE COURT:  Okay.  Well, we'll put it on the radar, and

12  I certainly will talk to Judge Barbier about the issue.  Not

13  sure, as you said, we can solve it.

14        Okay.  Everybody is in gear for the deposition

15  designations.

16        Sarah, do you want to report on that?  Or is there

17  any report on that?

18    MS. HIMMELHOCH:  Of course.

19        I think things are going relatively well.  We're

20  in week two, or today is the end of week two.  And, so far, we

21  haven't had any major snags.

22        There was one issue that I just wanted to put on

23  the record and give parties an opportunity to object.

24        The United States had listed a large number of

25  depositions, I think two and a half groups essentially, simply

10:30:3
10:30:4
10:30:4
10:30:4
10:30:4
10:30:4
10:30:5
10:30:5
10:31:0
10:31:0
10:31:0
10:31:0
10:31:1
10:31:1
10:31:1
10:31:1
10:31:2
10:31:2
10:31:2
10:31:2
10:31:3
10:31:3
10:31:3
10:31:3
10:31:4

1   for document foundation purposes.  And BP objected, because that   10:31:4

2   would push us very close to the trial date before we were done   10:31:5

3   with all of the depositions destinations.  And I mean really   10:31:5

4   close to the trial date.   10:31:5

5           So what we agreed to do was that, if everybody   10:31:5

6   agreed, that we could use deposition testimony in response to   10:32:0

7   objections even if it had not been designated.  That, we would   10:32:0

8   withdraw those last two and a half groups at that were US only   10:32:1

9   deponents or US nominated only deponents.   10:32:1

10          I believe all of the parties are in agreement that   10:32:2

11  any party can rely on deposition testimony in response to an   10:32:2

12  objection even if it hasn't been designated.  And, if that's the   10:32:3

13  case, then we will have withdrawn those last two and a half   10:32:3

14  groups, and we've got an agreed-upon schedule.   10:32:3

15          THE COURT:  That's great news.   10:32:4

16          If anyone has an objection to what we think is the   10:32:4

17  agreed-upon proposal, please speak let's say close of business   10:32:4

18  on Monday, so that we can proceed if there is no objection.   10:32:5

19  Okay?   10:32:5

20          That's great, Sarah.  Thank you.   10:33:0

21          MR. FITCH:  Judge, Tony Fitch.   10:33:0

22          Another deposition designation process issue.  And   10:33:0

23  I may be, I recognize, moving into whistling in the dark mode.   10:33:0

24          But the summaries, these so-called objective   10:33:1

25  summaries that are being done, they have caused a problem this   10:33:2

1    week.

2          And I respectfully suggest that, instead of this

3    category Role/Responsibility During Response, less than 255

4    words, that's where the two problems can come in.  That we

5    simplify jettison that change that to Position At Time of

6    Response.  So you'll have Stanford University, Professor, and

7    then current employer if that's different, and leave the rest of

8    it for the now three-page summaries that we have at the end of

9    the process.

10          You have heard that from me before.  I'm trying

11   not to say I told you so.  But that's my suggestion.

12          THE COURT:  Sarah.

13          MS. HIMMELHOCH:  Respectfully, yes, we have had

14   meet-and-confers on the summaries, and have requested changes.

15   And changes have been made.  But I think it is working, that

16   we're all agreeing.  I think we only have one or two little

17   edits left to work out on the objective summary.  And I think

18   having an uncontested understanding of who this witness is and

19   what their role and the response was is worth the effort that it

20   has taken to get there.

21          I mean, the effort so far has consisted of an

22   email exchange of maybe five back and forth.  And I think that's

23   worth it.

24          THE COURT:  Okay.  Well, I'll tell you what let's do.

25   Let's see how far we get.  And, if there is a particular witness

10:33:2
10:33:2
10:33:3
10:33:3
10:33:4
10:33:4
10:33:5
10:33:5
10:34:0
10:34:0
10:34:0
10:34:1
10:34:1
10:34:1
10:34:1
10:34:2
10:34:2
10:34:3
10:34:3
10:34:4
10:34:4
10:34:4
10:34:5
10:34:5
10:34:5

1    that we have particular problems with, Tony, we'll consider          10:35:0

2    reverting to your suggestion with regard to that witness.  How       10:35:0

3    about that?                                                          10:35:1

4            MR. FITCH:  It's fine.  But I probably will have given       10:35:1

5    up this crusade by then.                                             10:35:1

6            THE COURT:  Good.  That's even better.                       10:35:2

7                Okay, that's great.                                      10:35:2

8            MR. FITCH:  I may harbor a little resentment.                10:35:2

9            THE COURT:  That's right.  No one says you can't be          10:35:3

10   bitter, so that's okay.                                              10:35:3

11               Okay.  We circulated the revised Phase Two               10:35:3

12   timeline.  We have not heard any comments.  Are there any            10:35:4

13   comments that we should take into account before this goes out       10:35:4

14   in a final form?                                                     10:35:4

15           MR. YORK:  Your Honor, Alan York for Halliburton.            10:35:5

16               I did have a chance to speak with Mark about this.       10:35:5

17   And, I'm sorry, I didn't speak to anyone else.  It's a point of      10:35:5

18   clarification.                                                       10:36:0

19               The timeline as it currently reads provides for          10:36:0

20   exchange of witnesses lists and exhibits lists between the           10:36:0

21   parties but it doesn't provide for filing of those with the          10:36:0

22   Court.  And I don't whether the Court wants them --                  10:36:1

23           THE COURT:  No, I think we do.                               10:36:1

24           MR. YORK:  So I think it's just a tweak that, if it's        10:36:1

25   the same day, it just makes it clear on the timeline that they       10:36:1

1    be exchanged and filed.                                        10:36:2

2              THE COURT:  Perfect.                                 10:36:2

3                   Any other modifications?                        10:36:2

4                   We've only been working on this for how many    10:36:2

5    months?                                                        10:36:2

6                   Good.  Thank you.                               10:36:2

7              MR. BARR:  I'm sure it's my fault.                   10:36:3

8              THE COURT:  By the way, the fact that we've been     10:36:3

9    working on it for many months is Brian's fault.               10:36:3

10                   Thank you, Brian, for pointing that out.       10:36:4

11                   Sarah, go ahead.                               10:36:4

12             MS. HIMMELHOCH:  I don't think it's time to talk about  10:36:4

13   it now, but I do think that we're struggling as we're looking  10:36:4

14   forward to the Phase Three installment and the hearsay within  10:36:5

15   hearsay objection timeframe that we put off until the later --  10:36:5

16   until this last instalment of the exhibit lists.  And we're    10:37:0

17   struggling with how are we going to be able to make the hearsay  10:37:0

18   within hearsay objections because so many of the documents that  10:37:1

19   contain internal hearsay may not be an issue because the party  10:37:1

20   that's going use the document does not intend to offer it for   10:37:1

21   the truth of the matter asserted but simply for evidence of what  10:37:2

22   a party knew.  Or, as your order on our motion reflected, there  10:37:2

23   are times when internal out-of-court statements in a document   10:37:3

24   are not internal hearsay and it really depends on how the       10:37:3

25   document is being used.                                         10:37:4

1    And so I'd like to just put on the tickler list    10:37:4

2  for some point after the Phase Three installment list goes out    10:37:4

3  revisiting this question of what about objections that really    10:37:5

4  depend on how the document is being used and how are we going to    10:37:5

5  efficiently resolve those before trial or does it make sense to    10:38:0

6  resolve those at the trial.    10:38:0

7    THE COURT:  Okay.  Well, let's put that down for next    10:38:1

8  week's agenda and why don't you all think about how you'd like    10:38:1

9  to handle that.    10:38:1

10    Malcolm and Phillip, did you understand that    10:38:2

11  discussion?    10:38:2

12    MR. DARENSBOURG:  No, ma'am.    10:38:2

13    MR. BLAKE:  No, ma'am.    10:38:2

14    THE COURT:  Neither did I.    10:38:2

15    MS. HIMMELHOCH:  I was working on my clarity, Your    10:38:2

16  Honor.  I will try to do better in the future.    10:38:3

17    THE COURT:  No, no.  You were very clear.  It was just    10:38:3

18  a question of hearsay within hearsay that my eyes start to glaze    10:38:3

19  over.    10:38:4

20    But it is a good point and we'll come back to it    10:38:4

21  after we've had an opportunity to think about it for another    10:38:4

22  week.  Okay?    10:38:4

23    MS. HIMMELHOCH:  Okay.    10:38:4

24    THE COURT:  All right.  Thank you.    10:38:4

25    Next up, we are still working on Dr. Leifer's    10:38:5

```
 1    audio journal.                                              10:38:5

 2              Rob, I assume you don't want to report on that?   10:38:5

 3         MR. GASAWAY:  No.                                      10:39:0

 4         MR. HAYCRAFT:  Is there any good stuff in there?       10:39:0

 5         THE COURT:  I certainly don't want to report on it.   10:39:0

 6         MR. GASAWAY:  I should say that we were told at last   10:39:1

 7    that we're going to get something next week, but we've heard 10:39:1

 8    that story before.  The official word is that we should get  10:39:1

 9    something out next week.                                    10:39:2

10              And, certainly, the procedures are in place, and 10:39:2

11    it's just a matter of Captain Englebert working closely with 10:39:2

12    counsel for USC-SB to get the process completed.            10:39:2

13         THE COURT:  Right.  I'm looking for it because I want  10:39:3

14    it off of my desk.  I assume the same is true for you.      10:39:3

15         MR. GASAWAY:  That's correct, Your Honor.              10:39:3

16         THE COURT:  Okay.  Next up, we are currently in the    10:39:3

17    middle of working on the motions to compel relative to the crime 10:39:4

18    fraud exception.  And that's all of I've got to report on that. 10:39:4

19              We've also got Oceaneering's submission for       10:39:5

20    reimbursement of its expenses responding to the subpoena.  That 10:39:5

21    will come up in due course.                                 10:40:0

22              Now, anything relating to Phase One/Phase Two     10:40:0

23    before we move on to other matters?                         10:40:1

24         MR. O'ROURKE:  I'm not sure.  Can you ask Sarah if we  10:40:1

25    have an issue about Intertek?                               10:40:1
```

1    THE COURT:  Oh, Intertek, Sarah.  Do you have we any

2  issues with regard to Intertek?

3    MS. HIMMELHOCH:  I think it's a just tickler; and, if

4  Ms. Pencak is on, I'll let her give you the tickler.

5    MS. PENCAK:  Yes.  I am on the line Your Honor.  This

6  is Sara Pencak for the United States.

7    We just wanted to tee up an issue that we might

8  need to discuss next week.

9    So we've learned from BP that there was some data

10  collected during the destructive testing that was done in the

11  fall of 2012.  There's some data that was not produced to the

12  MDL parties as part of the Intertek Lab Reports.  And two things

13  that we understand from BP that weren't produced are SDM only

14  images and particle size distribution figures.  We've asked for

15  BP to produce those to the parties.  And we've also asked for BP

16  to let us know if there was any other data collected as part of

17  that sampling and testing that wasn't produced.

18    We just asked about this last week.  We haven't

19  had a response yet.  We're going to continue to work with BP to

20  come to a resolution on it.  But we just wanted to sort of tee

21  it up for next week in case we're not able to come to a

22  resolution.

23    THE COURT:  Okay.  Sounds good.  Thank you for the

24  report on it.

25    Sarah, do you want to report -- I'm sorry.

1    MR. BAAY:  Not on this.  I'll wait until you're done.

2  It's a different issue.

3    THE COURT:  Go ahead.

4    MR. BAAY:  I just got an email that there's an

5  additional examination of the riser at the Amelia yard.  Smith

6  Salvage has requested it, and I believe BP is going to attend.

7  I don't have final detail as to whether it's the 17th or the

8  18th.  But I'll submit that to the Court.

9    THE COURT:  For phone participants, possible further

10  inspection of the riser next week, either the 17th or the 18th.

11  And you will get update from Transocean as things solidify.

12    Okay.  Sarah, on the proposed order with regard to

13  confidential communications, anything to report?

14    MS. HIMMELHOCH:  I am awaiting communication from the

15  United States on the draft order that I've proposed.

16    THE COURT:  That's good enough.

17    MS. HIMMELHOCH:  So, no.  Nothing brilliant to report

18  at this point.

19    THE COURT:  All right.  The parties are still working

20  presumably on the consent joint motion concerning sample

21  extracts; true?

22    Yes.  Rob says yes.

23    MR. BENSON:  Your Honor, this is Tom Benson for

24  Justice.

25    I think we have a copy, a proposed draft motion to

1    BP, and are awaiting for comment on that.  But I think we're      10:42:5

2    getting real close.      10:42:5

3            THE COURT:  Okay, good.      10:42:5

4            Next up on my list is really something that, the      10:42:5

5    PSC guys, I'd like you to think about.      10:43:0

6            If you look at the docket, we're getting a lot of      10:43:0

7    housekeeping motions to withdraw as counsel of record in various      10:43:0

8    cases for various reasons.  And I'm wondering whether we should      10:43:1

9    think about one uniform way to handle it, whether they do one      10:43:1

10   motion with a list of cases that they're withdrawing from and      10:43:2

11   next to the name of the case they put they're withdrawn because      10:43:2

12   it's GCCF settlement or they're withdrawn because they've been      10:43:3

13   fired or they're withdrawn because they got paid through the      10:43:3

14   class settlement program, I don't know.  But would you all just      10:43:4

15   kind of think about that and let's see if we can come up with a      10:43:4

16   procedure that you all can instruct everybody on.      10:43:5

17           MR. KRAUS:  We'll do, Your Honor.      10:43:5

18           THE COURT:  That's great.  Thank you.      10:44:0

19           Phase Three.  Boy, did we get the full range of      10:44:0

20   submissions.  I'm not going to discuss it with you today.  What      10:44:0

21   I would ask that maybe start happening in the coming weeks is      10:44:1

22   that BP and the United States start talking about issues that      10:44:1

23   would be raised in a penalty phase if we decide to go with a      10:44:2

24   penalty phase.      10:44:2

25           MR. O'ROURKE:  Your Honor, I just, when we got BP's      10:44:3

1    letter and it was eerily similar to ours --

2              THE COURT:  Wasn't it?

3              MR. O'ROURKE:  I'm wondering if I'd made a mistake.

4              THE COURT:  I think you should rethink your position.

5    Rethink your position, resubmit your letter.  And then talk to

6    BP about what you think the scope of a penalty phase would look

7    like.

8              MR. O'ROURKE:  We're going to have to involve Anadarko

9    in that, too.

10             THE COURT:  Yes.  But, you know --

11             MR. FITCH:  There's so little evidence regarding the

12   facts and Anadarko that we will take a pass.

13             MR. O'ROURKE:  The statute starts at the maximum

14   penalty unless the defendant puts in evidence.

15             MR. FITCH:  We all know that's subject to some debate.

16   But we'll join in.

17             THE COURT:  I'm sorry, Tony, that you felt left out.

18   But you said you wanted nothing to happen until mid-year 2014,

19   and I don't think that's going to happen.

20             MR. FITCH:  That was not quite our position, I must

21   say.

22             THE COURT:  Okay.  I was tongue and cheek, tongue in

23   cheek.

24             MR. FITCH:  I hear you.

25             THE COURT:  So that's the one thing that I think we can

10:44:3
10:44:3
10:44:3
10:44:4
10:44:4
10:44:4
10:44:5
10:44:5
10:44:5
10:44:5
10:45:0
10:45:0
10:45:1
10:45:1
10:45:1
10:45:2
10:45:2
10:45:2
10:45:3
10:45:3
10:45:3
10:45:3
10:45:3
10:45:3
10:45:3

1   move forward on, and we'll defer the other discussions until I          10:45:4

2   can figure out whether we have any other common ground.                  10:45:4

3                   That's all I have for today's agenda.  What else         10:45:5

4   is on your pea-picking brains?                                           10:45:5

5                   MR. BAAY:  Confirm date for the riser inspection         10:46:0

6   Wednesday the 17th at 9 a.m.                                             10:46:0

7                   THE COURT:  The date for the riser inspection is         10:46:0

8   Wednesday the 17th at 9 a.m.  We are confirming the riser                10:46:0

9   inspection.                                                              10:46:0

10                  MR. HAYCRAFT:  You heard it here first.                   10:46:1

11                  MR. BAAY:  Breaking news.                                 10:46:1

12                  THE COURT:  You heard it here first.  Anybody who wants  10:46:1

13  further information, please email David, and he'll give it to            10:46:1

14  you.                                                                     10:46:1

15                  Mark.                                                     10:46:2

16                  MR. NOMILLINI:  Your Honor, I just want to note for the  10:46:2

17  record, because I think it's made everybody's lives easier,             10:46:2

18  Regina and Peter have just put in hours and hours and late              10:46:2

19  nights and weekends of work on the marshalling conference stuff.        10:46:3

20  Regina and Peter have been alternating weeks.  And I think the          10:46:3

21  work has been just flawless and it has just made things run very        10:46:4

22  smoothly.                                                                10:46:4

23                  THE COURT:  Totally, totally agree.                       10:46:4

24                  For the record, round of applause.                        10:46:5

25                  (Applause.)                                               10:46:5

| | | |
|---|---|---|
| 1 | MR. NOMILLINI:  Peter's back in Chicago. | 10:46:5 |
| 2 | THE COURT:  I was going to say, Peter's been recently | 10:46:5 |
| 3 | buried. | 10:47:0 |
| 4 | MR. IRPINO:  Is he taking a nap? | 10:47:0 |
| 5 | THE COURT:  But Regina is still here. | 10:47:0 |
| 6 | MS. VALENTI:  I see the light, and I hope it's not a | 10:47:1 |
| 7 | train. | 10:47:1 |
| 8 | THE COURT:  Exactly.  It probably is.  But don't let it | 10:47:1 |
| 9 | bother you. | 10:47:1 |
| 10 | Really, a remarkably good job.  And please tell | 10:47:1 |
| 11 | Peter how grateful we are.  Because it could have been a real | 10:47:2 |
| 12 | mess. | 10:47:2 |
| 13 | MR. WILLIAMS:  We second that for Transocean, they've | 10:47:2 |
| 14 | been a pleasure to work with and made our lives a lot easier. | 10:47:2 |
| 15 | THE COURT:  Good.  Thank you.  Appreciate it. | 10:47:3 |
| 16 | Anthony? | 10:47:3 |
| 17 | MR. IRPINO:  You might want to start thinking about a | 10:47:3 |
| 18 | post-trial cocktail reception, because we haven't -- | 10:47:3 |
| 19 | THE COURT:  Yeah.  Look, Abbey's all sad because she | 10:47:4 |
| 20 | can't come back in for it. | 10:47:4 |
| 21 | MS. ANDRE:  We're not allowed. | 10:47:4 |
| 22 | THE COURT:  And I want to state for the record that I | 10:47:5 |
| 23 | think that's a silly rule.  And, you know, if you happen to show | 10:47:5 |
| 24 | up at a local watering hole where other attorneys in the case | 10:48:0 |
| 25 | happen to be, then that's just happenstance.  It's just kismet. | 10:48:0 |

1    Okay?                                                              10:48:1

2            MR. O'ROURKE:  Since we're on the record, I completely     10:48:1

3    disagree.                                                         10:48:2

4                (Winking.)                                            10:48:2

5            THE COURT:  Abby, do you want to express your              10:48:2

6    disagreement for the record?                                      10:48:2

7            MS. ANDRE:  I think I'm going to stay silent for the       10:48:2

8    record, Your Honor.                                               10:48:3

9            MR. FITCH:  And we have tried to make arrangements for     10:48:3

10   there to be a cash bar at these functions.                        10:48:3

11           THE COURT:  That's the other thing, a cash bar.  We can    10:48:3

12   do all kinds of things.                                           10:48:4

13           MR. IRPINO:  We'll make sure that that happens.            10:48:4

14           THE COURT:  And, for our visiting friends, so you know,    10:48:4

15   one of the reasons that you can see that we've got a good          10:48:4

16   relationship here in this room is because every few months or so   10:48:5

17   we have an after-hours meeting.  You understand where I'm coming   10:48:5

18   from?  And we get together and we visit with each other,          10:49:0

19   unrelated to the case.  And so we get to be colleagues and        10:49:1

20   friends rather than just attorneys who are in the trenches        10:49:1

21   against each other.  And it makes a big difference.  So that's     10:49:2

22   what we're talking about.                                         10:49:2

23               And I think that we can get around the United         10:49:2

24   States' perceived issues in a couple of different ways, and so    10:49:2

25   you need not look so sad.                                         10:49:3

1          **All right.  Anything else we need to cover today?**          10:49:3

2          Good enough.  Go out and have your lunch at the          10:49:4

3    French Quarter.  See you next week.          10:49:4

4          (11:00 a.m., proceedings concluded.)          10:49:4

5

6

7                    **CERTIFICATE**

8

9

     I, Susan A. Zielie, Official Court Reporter, do hereby
10   certify that the foregoing transcript is correct.

11

12                         /S/ SUSAN A. ZIELIE, FCRR

13                         _____
                              Susan A. Zielie, FCRR
14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'68** [1] - 7:7
**'69** [1] - 7:7
**'93** [1] - 18:21

**/**

**/S** [1] - 63:12

**1**

**1** [2] - 46:18, 46:23
**10-MD-2179-CJB-SS**
  [1] - 1:5
**100** [2] - 47:24
**1000** [1] - 23:21
**1001** [1] - 3:9
**11** [1] - 16:10
**1100** [1] - 3:6
**11:00** [1] - 63:4
**12** [8] - 1:6, 5:1, 34:4,
  39:3, 43:2, 43:4,
  43:13, 43:24
**1201** [1] - 3:13
**12th** [1] - 16:25
**1300** [1] - 3:21
**1331** [1] - 3:17
**14th** [1] - 14:9
**15** [2] - 31:5, 39:3
**1615** [1] - 3:20
**1665** [1] - 3:17
**17** [1] - 37:9
**1700** [1] - 3:14
**17th** [4] - 57:7, 57:10,
  60:6, 60:8
**18th** [3] - 8:20, 57:8,
  57:10

**2**

**20** [3] - 1:6, 33:25,
  42:7
**20005** [1] - 3:3
**20006** [1] - 3:24
**20044** [1] - 2:12
**2010** [1] - 1:6
**2011** [1] - 14:9
**2012** [1] - 56:11
**2013** [2] - 1:6, 5:1
**2014** [1] - 59:18
**2020** [1] - 3:23
**25** [1] - 29:6
**255** [1] - 51:3
**2990** [1] - 2:5

**3**

**30** [1] - 29:6
**30(b)(6** [1] - 39:5

**30(b)(6)** [3] - 39:16,
  47:7, 47:12
**300** [2] - 2:19, 2:25
**316** [1] - 2:8
**32502** [1] - 2:9
**35** [2] - 42:7, 42:11
**365** [1] - 2:4
**3700** [2] - 3:6, 3:10

**4**

**40,000** [1] - 47:22
**406** [1] - 1:20
**450** [1] - 2:14

**5**

**500** [1] - 1:20
**5000** [1] - 2:22
**504.589.7781** [1] -
  1:22

**6**

**600** [1] - 2:8
**60654** [2] - 2:20, 2:25
**655** [1] - 3:3

**7**

**7-5395** [1] - 2:14
**700** [1] - 42:11
**701** [2] - 2:17, 2:22
**70112** [1] - 3:21
**70130** [3] - 1:21, 2:5,
  2:17
**70139** [1] - 2:23
**70163** [1] - 3:7
**73** [12] - 13:11, 13:19,
  21:16, 22:5, 23:5,
  23:9, 24:2, 24:8,
  24:21, 25:3, 25:19,
  28:5
**75** [3] - 21:2, 24:12,
  28:12
**75270** [1] - 3:14
**7611** [1] - 2:11
**77002** [1] - 3:10
**770101** [1] - 3:18

**9**

**9** [2] - 60:6, 60:8
**90** [1] - 39:4
**94102** [1] - 2:15
**9:30** [2] - 1:8, 5:2

**A**

**A.M** [1] - 5:2

**a.m** [4] - 1:8, 60:6,
  60:8, 63:4
**Abbey** [6] - 14:16,
  14:21, 21:22, 22:16,
  25:21, 28:11
**Abbey's** [1] - 61:19
**Abby** [3] - 6:15, 18:14,
  62:5
**ABBY** [1] - 2:13
**able** [3] - 22:3, 53:17,
  56:21
**absolutely** [5] - 26:11,
  27:20, 29:2, 29:23
**accepted** [1] - 42:3
**accident** [1] - 34:21
**accommodate** [4] -
  12:19, 41:12, 44:8,
  46:11
**account** [1] - 52:13
**activity** [1] - 11:24
**add** [5] - 22:16, 23:7,
  25:15, 31:9, 39:22
**addition** [2] - 9:7, 45:8
**additional** [1] - 57:5
**addressed** [1] - 33:2
**admit** [2] - 15:23,
  30:10
**admitted** [1] - 15:17
**adverse** [1] - 36:3
**advised** [1] - 12:4
**afraid** [1] - 18:22
**after-hours** [1] - 62:17
**afternoon** [3] - 11:21,
  43:22
**agenda** [5] - 11:23,
  12:22, 15:10, 54:8,
  60:3
**agree** [12] - 22:18,
  23:1, 26:15, 27:14,
  28:10, 28:12, 29:18,
  34:23, 38:19, 41:17,
  46:5, 60:23
**agreed** [8] - 12:23,
  14:16, 15:5, 30:5,
  50:5, 50:6, 50:14,
  50:17
**agreed-upon** [3] -
  30:5, 50:14, 50:17
**agreeing** [1] - 51:16
**agreement** [1] - 50:10
**agreements** [1] - 32:1
**ahead** [6] - 11:25,
  13:7, 25:1, 35:11,
  53:11, 57:3
**aided** [1] - 1:24
**Alabama** [1] - 6:16
**ALAN** [1] - 3:16
**Alan** [17] - 6:7, 11:4,
  11:5, 17:25, 19:10,
  19:12, 19:13, 21:12,

22:15, 26:12, 26:14,
  28:16, 28:19, 39:18,
  40:13, 40:14, 52:15
**allocated** [1] - 11:25
**allocation** [3] - 38:22,
  41:5, 47:2
**allowed** [1] - 61:21
**alternating** [1] - 60:20
**alum** [1] - 17:6
**Amelia** [1] - 57:5
**America** [1] - 2:10
**amount** [1] - 42:13
**Anadarko** [10] - 17:21,
  19:7, 36:7, 38:21,
  39:20, 42:25, 44:8,
  47:11, 59:8, 59:12
**Anadarko's** [1] - 43:18
**analyses** [1] - 38:14
**analysis** [3] - 27:10,
  38:12, 38:14
**Andre** [3] - 14:21,
  18:14, 28:11
**ANDRE** [13] - 2:13,
  14:21, 18:14, 18:17,
  22:17, 25:23, 26:2,
  28:11, 28:17, 29:5,
  29:20, 61:21, 62:7
**Andrew** [1] - 9:9
**answer** [6] - 9:25,
  10:4, 43:17, 46:13,
  47:25, 49:1
**Anthony** [10] - 18:18,
  18:23, 21:11, 21:13,
  22:18, 23:1, 24:16,
  31:1, 32:5, 61:16
**ANTHONY** [1] - 2:3
**anyway** [1] - 7:13
**apart** [1] - 8:1
**APLC** [1] - 2:21
**APPEARANCES** [2] -
  2:1, 3:1
**applause** [2] - 60:24,
  60:25
**applies** [1] - 1:8
**appreciate** [1] - 61:15
**appropriate** [1] -
  35:25
**appropriately** [1] -
  24:1
**APRIL** [2] - 1:6, 5:1
**April** [1] - 1:6
**aquarium** [1] - 8:6
**argues** [1] - 45:5
**arrangements** [1] -
  62:9
**ASBILL** [1] - 3:8
**aspersions** [1] - 38:4
**asserted** [1] - 53:21
**assessment** [3] -
  47:24, 47:25, 48:19

**assume** [2] - 55:2,
  55:14
**assumption** [1] -
  13:24
**AT** [1] - 1:3
**attacks** [1] - 8:14
**attend** [3] - 41:22,
  41:24, 57:6
**attention** [3] - 30:9,
  33:16, 44:5
**Attorney** [1] - 17:5
**attorneys** [5] - 17:11,
  43:18, 61:24, 62:20
**audio** [1] - 55:1
**availability** [1] - 45:23
**available** [1] - 33:9
**AVENUE** [1] - 2:14
**avoid** [4] - 15:2, 15:16,
  27:18, 29:22
**awaiting** [3] - 10:4,
  57:14, 58:1
**awarded** [1] - 28:25
**aware** [2] - 33:3, 33:10
**awful** [1] - 39:25
**Azar** [1] - 38:5

**B**

**Baay** [2] - 12:17, 19:18
**BAAY** [11] - 3:5, 5:20,
  12:14, 12:17, 19:18,
  19:24, 45:1, 57:1,
  57:4, 60:5, 60:11
**Babiuch** [1] - 19:1
**BABIUCH** [2] - 2:19,
  19:1
**background** [1] - 42:5
**ball** [1] - 18:24
**bar** [2] - 62:10, 62:11
**Barbier** [14] - 6:2,
  8:25, 10:7, 15:20,
  27:25, 28:24, 29:3,
  29:20, 30:1, 31:4,
  32:13, 37:7, 39:24,
  49:12
**Barbier's** [4] - 10:5,
  20:15, 27:6, 48:21
**BARR** [8] - 2:7, 9:17,
  18:5, 41:15, 41:23,
  42:11, 49:2, 53:7
**Barr** [4] - 18:5, 30:13,
  30:15, 41:15
**based** [4] - 11:11,
  45:22, 45:23, 46:24
**Baylen** [1] - 2:8
**Bea** [2] - 42:1, 43:9
**Bea's** [1] - 42:7
**beautiful** [1] - 6:18
**become** [3] - 17:4,
  17:5, 28:2

**beef** [2] - 7:24, 7:25
**BEFORE** [1] - 1:12
**beginning** [1] - 48:2
**behalf** [4] - 32:22, 32:24, 33:1, 40:15
**behavior** [1] - 33:11
**behind** [2] - 36:12, 36:22
**belief** [1] - 46:19
**believable** [1] - 19:24
**BEN** [1] - 4:2
**Ben** [1] - 31:20
**BENSON** [2] - 4:1, 57:23
**Benson** [1] - 57:23
**better** [4] - 5:16, 41:12, 52:6, 54:16
**between** [2] - 38:13, 52:20
**beyond** [1] - 25:11
**big** [4] - 18:6, 46:22, 48:20, 62:21
**BINGHAM** [1] - 3:22
**bit** [2] - 25:11, 46:25
**bitter** [1] - 52:10
**black** [1] - 36:18
**Blake** [1] - 16:25
**BLAKE** [1] - 54:13
**Bloomberg** [1] - 19:14
**blue** [3] - 6:20, 36:13
**BOP** [2] - 12:3, 12:6
**Boss** [1] - 7:15
**bother** [1] - 61:9
**Box** [1] - 2:11
**box** [3] - 16:5, 17:9, 19:17
**boy** [2] - 8:1, 58:19
**boys** [1] - 7:24
**BP** [30] - 8:16, 8:17, 9:23, 12:24, 17:16, 17:19, 19:3, 19:5, 23:6, 23:10, 28:7, 36:7, 37:23, 38:6, 38:21, 42:24, 43:17, 46:22, 47:6, 47:12, 50:1, 56:9, 56:13, 56:15, 56:19, 57:6, 58:1, 58:22, 59:6
**BP's** [3] - 26:15, 42:7, 58:25
**brains** [1] - 60:4
**bread** [1] - 8:1
**breaking** [1] - 60:11
**breathing** [1] - 26:9
**BRENNAN** [1] - 3:8
**Brian** [9] - 9:16, 18:5, 19:1, 23:6, 24:14, 41:14, 41:15, 49:1, 53:10
**BRIAN** [1] - 2:7

**Brian's** [1] - 53:9
**brief** [1] - 15:23
**briefing** [3] - 31:19, 32:1, 33:5
**briefly** [2] - 26:13, 46:15
**brilliant** [1] - 57:17
**bring** [5] - 13:1, 16:3, 33:3, 34:8, 44:5
**bringing** [1] - 32:5
**broken** [2] - 49:6, 49:9
**brought** [1] - 27:2
**building** [4] - 33:24, 33:25, 34:3, 34:4
**bunch** [2] - 34:19, 36:5
**bundle** [1] - 21:15
**bundled** [1] - 23:4
**bundles** [5] - 13:11, 14:17, 14:23, 20:24, 22:6
**buried** [1] - 61:3
**business** [2] - 48:10, 50:17
**businesses** [1] - 18:7
**busy** [1] - 8:14
**BY** [15] - 1:5, 2:3, 2:7, 2:11, 2:13, 2:16, 2:19, 2:21, 2:24, 3:2, 3:5, 3:8, 3:12, 3:20, 3:23

**C**

**CA** [1] - 2:15
**calenders** [1] - 8:21
**camera** [1] - 46:2
**Cameron** [6] - 12:9, 36:4, 39:7, 40:18, 48:8, 48:10
**Cameron's** [1] - 38:21
**Camp** [1] - 2:17
**Canal** [2] - 2:4, 2:4
**candidly** [1] - 26:3
**Captain** [2] - 11:24, 55:11
**car** [2] - 6:24, 7:13
**care** [3] - 13:12, 15:14, 22:10
**career** [1] - 17:3
**carry** [1] - 27:16
**carrying** [1] - 32:23
**carter** [1] - 19:25
**CARTER** [2] - 3:9, 4:3
**case** [9] - 9:2, 9:3, 43:2, 45:9, 50:13, 56:21, 58:11, 61:24, 62:19
**Cases** [1] - 1:8
**cases** [3] - 45:9, 58:8,

58:10
**cash** [2] - 62:10, 62:11
**cast** [1] - 38:4
**catch** [1] - 26:21
**catch-all** [1] - 26:21
**categories** [1] - 38:25
**category** [2] - 21:24, 51:3
**caught** [1] - 44:13
**caused** [1] - 50:25
**centralizers** [1] - 31:5
**cents** [1] - 15:21
**certainly** [6] - 5:11, 32:3, 32:6, 49:12, 55:5, 55:10
**certainty** [1] - 11:17
**CERTIFICATE** [1] - 63:7
**certify** [1] - 63:10
**challenge** [1] - 33:19
**challenged** [1] - 45:11
**chance** [1] - 52:16
**change** [4] - 14:12, 14:13, 40:7, 51:5
**changes** [2] - 51:14, 51:15
**Charles** [1] - 20:7
**chastising** [1] - 33:17
**chatting** [1] - 5:11
**check** [1] - 27:8
**cheek** [2] - 59:22, 59:23
**Chicago** [7] - 2:20, 2:25, 17:17, 18:20, 19:1, 25:9, 61:1
**circulate** [1] - 31:8
**circulated** [1] - 52:11
**claims** [1] - 40:25
**clarification** [1] - 52:18
**clarified** [1] - 24:15
**clarify** [1] - 47:6
**clarity** [1] - 54:15
**class** [2] - 28:5, 58:14
**clean** [1] - 15:3
**clear** [6] - 18:11, 23:20, 38:10, 47:21, 52:25, 54:17
**clinical** [1] - 17:8
**clip** [1] - 10:21
**clips** [8] - 9:23, 10:6, 10:7, 10:15, 10:17, 11:9, 11:15, 11:17
**close** [4] - 50:2, 50:4, 50:17, 58:2
**closely** [2] - 22:5, 55:11
**closer** [1] - 29:5
**closes** [1] - 15:14

**closing** [1] - 30:5
**club** [1] - 20:4
**cocktail** [1] - 61:18
**colleagues** [1] - 62:19
**collected** [2] - 56:10, 56:16
**college** [1] - 16:17
**color** [3] - 6:21, 34:6, 36:16
**coming** [8] - 7:3, 7:14, 9:25, 28:1, 28:25, 44:1, 58:21, 62:17
**commencement** [1] - 44:3
**comment** [15] - 20:19, 21:11, 21:12, 21:14, 22:13, 24:16, 26:12, 26:16, 31:9, 32:23, 33:21, 33:23, 35:16, 47:14, 58:1
**comments** [1] - 27:6, 35:13, 35:14, 44:22, 52:12, 52:13
**commit** [1] - 10:23
**committee** [1] - 18:6
**common** [1] - 60:2
**communication** [1] - 57:14
**communications** [1] - 57:13
**company** [1] - 17:20
**compare** [1] - 38:2
**compel** [1] - 55:17
**compiled** [1] - 20:17
**complained** [1] - 39:24
**completed** [1] - 55:12
**completely** [3] - 39:7, 48:18, 62:2
**complex** [1] - 40:6
**complicate** [2] - 15:19, 32:12
**complicated** [5] - 37:2, 37:4, 37:5, 38:16, 43:23
**complication** [1] - 21:4
**compliment** [1] - 25:13
**computational** [1] - 38:8
**Computer** [1] - 1:24
**Computer-aided** [1] - 1:24
**concept** [1] - 48:20
**concern** [1] - 21:1
**concerned** [1] - 43:6
**concerning** [1] - 57:20
**concluded** [1] - 63:4
**Conclusions** [1] -

31:19
**conduct** [2] - 11:11, 11:12
**conference** [7] - 13:12, 13:16, 15:5, 15:13, 17:12, 26:8, 60:19
**CONFERENCE** [1] - 1:11
**Conference** [1] - 14:9
**confers** [1] - 51:14
**confess** [1] - 44:13
**confidential** [1] - 57:13
**confirm** [1] - 60:5
**confirming** [1] - 60:8
**connected** [1] - 23:14
**consent** [1] - 57:20
**consider** [2] - 14:18, 52:1
**consideration** [1] - 44:9
**considering** [1] - 32:14
**consisted** [1] - 51:21
**contain** [1] - 53:19
**continuation** [3] - 47:22, 48:1, 49:6
**continue** [2] - 35:17, 37:13, 56:19
**continuing** [1] - 12:22
**continuous** [1] - 49:9
**control** [3] - 43:7, 46:16, 46:22
**conversation** [3] - 15:19, 31:20, 46:24
**conversations** [1] - 33:4
**cooked** [1] - 7:25
**copy** [1] - 57:25
**Corey** [4] - 6:17, 6:19, 33:18, 33:21
**COREY** [1] - 4:2
**correct** [7] - 9:10, 12:14, 16:19, 24:6, 45:1, 55:15, 63:10
**correctly** [1] - 45:6
**Cory** [1] - 6:15
**counsel** [2] - 55:12, 58:7
**couple** [4] - 6:13, 26:2, 26:15, 62:24
**course** [5] - 9:20, 23:11, 23:15, 49:18, 55:21
**COURT** [157] - 1:1, 5:3, 5:6, 5:9, 5:14, 5:19, 5:21, 5:24, 6:5, 6:11, 6:13, 6:19, 7:7, 8:4, 8:13, 8:21, 9:1,

9:13, 9:20, 10:11,
11:4, 11:19, 12:12,
12:15, 12:20, 13:2,
13:5, 13:9, 13:15,
13:18, 14:15, 15:6,
15:10, 16:15, 16:17,
16:21, 16:24, 18:2,
18:23, 19:11, 19:16,
19:22, 20:2, 20:9,
20:12, 21:10, 21:16,
21:24, 22:14, 23:5,
23:8, 24:14, 25:1,
25:21, 26:1, 26:7,
26:12, 27:14, 28:4,
28:16, 28:19, 29:2,
29:7, 29:14, 29:23,
30:12, 30:15, 30:21,
30:25, 31:6, 32:8,
32:15, 32:21, 32:24,
33:12, 33:16, 33:21,
33:23, 34:4, 34:12,
34:15, 34:18, 34:20,
34:24, 35:20, 35:22,
36:12, 36:15, 36:19,
37:1, 37:12, 37:19,
37:22, 39:17, 40:12,
41:8, 41:13, 41:21,
42:10, 42:16, 42:19,
43:15, 43:25, 44:10,
44:15, 44:19, 44:21,
45:14, 45:21, 46:8,
46:14, 47:4, 47:13,
48:11, 49:1, 49:11,
50:15, 51:12, 51:24,
52:6, 52:9, 52:23,
53:2, 53:8, 54:7,
54:14, 54:17, 54:24,
55:5, 55:13, 55:16,
56:1, 56:23, 57:3,
57:9, 57:16, 57:19,
58:3, 58:18, 59:2,
59:4, 59:10, 59:17,
59:22, 59:25, 60:7,
60:12, 60:23, 61:2,
61:5, 61:8, 61:15,
61:19, 61:22, 62:5,
62:11, 62:14
**court** [2] - 10:4, 53:23
**Court** [14] - 1:19, 8:9,
10:20, 11:11, 26:22,
40:25, 42:4, 48:14,
48:24, 52:22, 57:8,
63:9
**Court's** [1] - 41:5
**courtroom** [3] - 10:8,
31:14, 48:12
**cover** [4] - 6:14, 13:7,
37:6, 63:1
**covered** [2] - 37:14,
37:18

**covering** [1] - 19:13
**crime** [1] - 55:17
**critical** [2] - 25:20,
25:22
**cross** [3] - 8:24,
37:10, 38:21
**crowd** [1] - 16:12
**crusade** [1] - 52:5
**cry** [1] - 18:22
**CSI's** [1] - 11:12
**current** [1] - 51:7
**custodial** [2] - 15:2,
29:22
**cut** [3] - 35:9, 36:25,
46:9

# D

**Dallas** [4] - 3:14,
17:23, 20:3, 25:9
**dandy** [1] - 13:9
**DANIEL** [1] - 3:5
**Danny** [1] - 19:8
**Darensbourg** [2] -
16:9, 16:13
**DARENSBOURG** [5] -
16:14, 16:16, 16:20,
16:23, 54:12
**dark** [1] - 50:23
**darting** [1] - 6:8
**data** [3] - 56:9, 56:11,
56:16
**date** [5] - 34:20, 50:2,
50:4, 60:5, 60:7
**dates** [2] - 45:22, 46:2
**Daubert** [3] - 35:8,
35:9, 35:10
**DAVID** [1] - 3:5
**David** [3] - 12:17,
19:18, 60:13
**days** [8] - 8:4, 37:8,
37:16, 38:18, 39:16,
40:23, 42:2, 43:24
**DC** [6] - 2:12, 3:3,
3:24, 17:22, 18:10,
18:17
**De** [2] - 16:25, 17:3
**deadline** [1] - 29:17
**deal** [5] - 12:16, 15:12,
24:22, 24:24, 48:21
**deals** [1] - 48:20
**dealt** [3] - 22:18,
24:25, 32:2
**debate** [1] - 59:15
**decide** [2] - 15:24,
58:23
**decided** [1] - 35:10
**decisions** [1] - 43:21
**DEEPWATER** [1] - 1:5
**default** [1] - 40:19

**Defendant** [10] - 2:18,
2:21, 2:24, 3:2, 3:4,
3:8, 3:11, 3:15, 3:19,
3:22
**defendant** [1] - 59:14
**defer** [2] - 21:21, 60:1
**definitely** [1] - 38:23
**definitively** [1] - 11:10
**delicious** [1] - 7:22
**delve** [1] - 41:3
**DEPARTMENT** [2] -
2:10, 2:13
**Department** [1] -
18:10
**depo** [1] - 21:14
**deponents** [2] - 50:9
**deposed** [1] - 42:2
**deposition** [26] -
13:11, 14:17, 20:24,
23:12, 23:19, 26:18,
36:8, 36:9, 37:4,
37:10, 37:14, 37:17,
37:25, 39:3, 39:22,
40:1, 40:22, 41:5,
41:11, 43:3, 43:13,
44:23, 49:14, 50:6,
50:11, 50:22
**depositions** [11] -
35:10, 36:1, 36:2,
40:19, 41:2, 43:20,
43:21, 44:3, 47:18,
49:25, 50:3
**DERICK** [1] - 4:1
**derived** [1] - 12:24
**designated** [8] -
23:14, 23:18, 23:25,
24:4, 24:9, 24:21,
50:7, 50:12
**designation** [3] -
23:12, 23:15, 50:22
**designations** [2] -
24:24, 49:15
**desk** [1] - 55:14
**destinations** [1] - 50:3
**Destrahan** [2] - 16:10,
25:10
**destructive** [1] - 56:10
**detail** [2] - 38:7, 57:7
**determined** [1] - 36:24
**develop** [1] - 41:7
**dialog** [1] - 11:21
**difference** [1] - 62:21
**differences** [1] - 38:13
**different** [14] - 6:1,
13:25, 20:25, 21:20,
21:23, 21:24, 22:11,
44:18, 45:5, 46:17,
48:5, 51:7, 57:2,
62:24
**difficult** [1] - 40:2

**direction** [1] - 38:4
**disagree** [2] - 12:23,
62:3
**disagreement** [1] -
62:6
**disclosed** [2] - 9:5,
9:8
**discuss** [2] - 56:8,
58:20
**discussed** [2] - 15:2,
24:9
**discussing** [1] - 24:12
**discussion** [2] -
29:16, 54:11
**discussions** [3] -
32:7, 32:8, 60:1
**distinguished** [1] -
38:6
**distribute** [1] - 10:19
**distributed** [1] - 9:23
**distribution** [1] -
56:14
**DISTRICT** [2] - 1:1, 1:2
**divide** [1] - 39:5
**docket** [1] - 58:6
**document** [13] -
13:21, 15:15, 20:18,
23:24, 27:3, 27:7,
28:2, 29:10, 50:1,
53:20, 53:23, 53:25,
54:4
**documents** [17] -
13:20, 14:4, 14:24,
15:16, 15:22, 15:24,
20:16, 20:23, 21:1,
21:6, 22:21, 23:4,
24:3, 24:12, 26:22,
29:13, 53:18
**Don** [1] - 17:18
**DON** [1] - 2:21
**done** [15] - 8:19, 8:25,
12:7, 12:16, 12:19,
25:14, 26:23, 27:5,
27:8, 38:12, 45:13,
50:2, 50:25, 56:10,
57:1
**Doug** [2] - 18:3, 33:1
**DOUGLAS** [1] - 2:16
**down** [10] - 6:21, 8:6,
9:17, 24:20, 27:1,
27:2, 29:15, 37:10,
43:20, 54:7
**downtown** [2] - 6:20,
33:20, 34:3
**Dr** [7] - 35:12, 42:1,
42:7, 45:3, 45:16,
46:9, 54:25
**draft** [4] - 31:8, 45:15,
57:15, 57:25
**Dril** [1] - 36:4

**Dril-Quip** [1] - 36:4
**drill** [1] - 24:20
**drilled** [1] - 25:25
**drive** [1] - 7:5
**dropped** [1] - 47:10
**due** [2] - 22:3, 55:21
**dump** [2] - 15:15, 28:3
**dupe** [2] - 27:8, 27:9
**duplicated** [1] - 27:12
**duplicates** [2] - 27:18,
27:22
**During** [1] - 51:3
**during** [8] - 8:10,
23:11, 23:15, 39:24,
40:18, 43:19, 43:21,
56:10
**Dykhuizen** [2] - 39:14,
40:5
**dynamics** [1] - 38:8
**DYSART** [2] - 3:5,
19:8
**Dysart** [1] - 19:8

# E

**early** [2] - 6:4, 43:22
**ease** [1] - 29:21
**easier** [2] - 60:17,
61:14
**easily** [1] - 32:4
**EASTERN** [1] - 1:2
**edits** [1] - 51:17
**eerily** [1] - 59:1
**effectively** [1] - 43:11
**efficiently** [1] - 54:5
**effort** [2] - 51:19,
51:21
**EISERT** [1] - 4:3
**either** [4] - 31:9,
33:19, 35:9, 57:10
**ELLIS** [3] - 2:18, 2:24,
3:2
**Elm** [1] - 3:13
**Elmo** [1] - 6:15
**email** [6] - 11:21,
33:13, 34:6, 51:22,
57:4, 60:13
**employer** [1] - 51:7
**end** [6] - 8:20, 39:23,
44:23, 48:21, 49:20,
51:8
**ends** [4] - 15:14,
15:15, 24:12, 25:7
**ENFORCEMENT** [1] -
2:10
**engaged** [1] - 23:11
**engineering** [1] - 37:8
**Englebert** [2] - 11:24,
55:11
**entire** [1] - 49:5

entirety [4] - 14:20, 15:17, 15:23, 25:5
ENVIRONMENTAL [1] - 2:10
equally [1] - 39:6
ERICA [1] - 4:5
error [1] - 24:10
especially [4] - 36:25, 39:9, 43:18, 45:16
ESQ [30] - 2:3, 2:7, 2:11, 2:13, 2:16, 2:19, 2:21, 2:24, 3:2, 3:5, 3:5, 3:8, 3:9, 3:12, 3:12, 3:13, 3:16, 3:16, 3:20, 3:23, 4:1, 4:1, 4:2, 4:2, 4:3, 4:3, 4:4, 4:4, 4:5, 4:5
essentially [2] - 41:6, 49:25
events [1] - 39:12
evidence [7] - 10:8, 15:23, 49:7, 49:8, 53:21, 59:11, 59:14
evidentiary [1] - 48:1
exact [2] - 24:24, 27:9
exactly [5] - 5:9, 21:3, 21:4, 39:23, 61:8
examination [7] - 8:24, 10:25, 37:11, 40:1, 43:20, 57:5
examinations [1] - 43:23
example [2] - 27:1, 40:5
except [3] - 9:13, 16:6, 39:6
exception [1] - 55:18
excessive [1] - 42:9
exchange [2] - 51:22, 52:20
exchanged [1] - 53:1
excluded [1] - 11:11
excuse [1] - 6:10
exercise [2] - 21:3, 24:5
exhibit [6] - 14:10, 23:13, 23:16, 23:19, 26:18, 53:16
Exhibit [1] - 23:21
exhibits [10] - 13:11, 14:18, 20:14, 21:15, 24:8, 25:4, 26:24, 27:12, 52:20
exist [1] - 34:17
existing [1] - 40:25
expecting [1] - 46:18
expedite [1] - 11:14
expenses [1] - 55:20
expert [6] - 38:6, 38:9,

38:16, 38:24, 45:23
Expert [1] - 47:3
experts [9] - 35:4, 38:3, 42:4, 44:11, 44:22, 45:10, 46:11
explanation [6] - 15:23, 20:17, 20:22, 21:8, 28:24, 29:9
exploring [1] - 40:2
express [1] - 62:5
extent [4] - 24:2, 26:17, 43:19, 44:7
extra [1] - 28:25
extracts [1] - 57:21
eye [1] - 27:15
eyes [2] - 6:7, 54:18

F

face [1] - 30:19
fact [5] - 17:4, 20:21, 27:21, 37:16, 53:8
Fact [4] - 30:5, 31:3, 31:18, 32:3
facts [2] - 34:14, 59:12
fair [1] - 30:17
fairly [1] - 44:25
fairness [1] - 22:23
fall [1] - 56:11
falls [1] - 39:15
Fannin [1] - 3:9
far [6] - 15:1, 23:2, 38:15, 49:20, 51:21, 51:25
fault [2] - 53:7, 53:9
favor [1] - 32:21
FCRR [3] - 1:19, 63:12, 63:13
Federal [2] - 2:13, 34:5
fell [1] - 7:25
felt [1] - 59:17
Fest [1] - 7:19
few [2] - 28:14, 62:16
fickle [1] - 32:10
Fifteenth [1] - 33:3
figure [4] - 11:22, 27:22, 46:12, 60:2
figures [1] - 56:14
figuring [1] - 7:7
filed [2] - 18:7, 53:1
filing [1] - 52:21
final [9] - 9:6, 14:18, 15:13, 20:14, 20:16, 25:4, 28:1, 52:14, 57:7
finality [1] - 14:7
Findings [1] - 30:5, 31:3, 31:18, 32:3
findings [1] - 32:14

fine [5] - 11:15, 13:6, 13:9, 28:18, 52:4
finger [1] - 32:10
fingers [1] - 28:16
finish [1] - 32:9
finite [4] - 15:3, 15:15, 15:16, 15:22
fired [1] - 58:13
FIRM [1] - 2:3
first [12] - 16:6, 16:9, 25:14, 39:13, 43:19, 45:5, 45:10, 45:25, 46:1, 46:4, 60:10, 60:12
fit [1] - 22:6
Fitch [4] - 17:20, 39:20, 43:16, 50:21
FITCH [20] - 3:23, 17:20, 30:9, 30:13, 30:17, 30:19, 30:23, 36:22, 39:20, 43:16, 44:4, 45:4, 50:21, 52:4, 52:8, 59:11, 59:15, 59:20, 59:24, 62:9
five [5] - 26:4, 28:1, 28:13, 28:14, 51:22
FL [1] - 2:9
flawless [1] - 60:21
FLEMING [3] - 3:12, 20:3
Fleming [1] - 20:3
floor [4] - 33:24, 34:2, 43:4
floors [1] - 33:25
Florida [1] - 18:5
fluid [1] - 38:8
fly [1] - 25:9
folks [2] - 15:1, 39:23
follow [3] - 10:11, 10:12, 32:6
follow-up [3] - 10:11, 10:12, 32:6
food [2] - 7:21, 8:8
fool [1] - 14:17
foot [1] - 47:22
football [1] - 16:13
footnote [2] - 46:16, 46:21
foregoing [2] - 40:19, 63:10
forget [1] - 9:1
form [1] - 52:14
forth [3] - 22:6, 35:3, 51:22
forward [3] - 45:16, 53:14, 60:1
foundation [2] - 21:5, 50:1
foundational [1] -

46:10
FRANCISCO [1] - 2:15
frankly [2] - 43:6, 46:6
fraud [1] - 55:18
Fred [1] - 10:9
French [2] - 7:19, 63:3
FRIDAY [1] - 5:1
Friday [2] - 12:18, 29:16
friend [1] - 7:9
friends [2] - 62:14, 62:20
FRILOT [1] - 3:4
front [2] - 44:24, 45:3
front-loaded [1] - 44:24
full [2] - 9:11, 58:19
functions [1] - 62:10
future [1] - 54:16
FYI [1] - 35:19

G

Gardner [2] - 10:6, 10:13
Garrison [2] - 10:6, 10:13
GASAWAY [9] - 3:2, 19:4, 37:21, 37:23, 46:15, 47:5, 55:3, 55:6, 55:15
Gasaway [2] - 19:4, 37:23
GATE [1] - 2:14
gay [1] - 6:24
GCCF [1] - 58:12
gear [1] - 49:14
gee [1] - 39:25
generally [1] - 15:3
gentlemen [5] - 16:4, 16:8, 16:10, 42:2, 42:14
Giffits [1] - 40:6
girl [1] - 5:6
given [3] - 27:6, 42:13, 52:4
glad [2] - 5:11, 24:14
glaze [1] - 54:18
glee [1] - 20:4
God's [1] - 18:23
GODWIN [2] - 3:11, 3:15
GOLDEN [1] - 2:14
government [4] - 34:6, 43:9, 45:12, 48:4
Government [1] - 2:13
grade [1] - 16:25
Grade [1] - 16:10
graduation [1] - 17:8
Grant [2] - 45:5, 45:8

grateful [1] - 61:11
great [6] - 7:13, 42:16, 50:15, 50:20, 52:7, 58:18
greatly [1] - 8:10
green [1] - 36:20
grew [1] - 18:20
Griffiths [1] - 39:14
ground [1] - 60:2
Group [1] - 14:9
GROUP [1] - 1:11
group [4] - 14:18, 18:6, 21:23, 48:15
grouping [1] - 21:20
groups [4] - 32:13, 49:25, 50:8, 50:14
guard [1] - 44:13
guess [4] - 5:8, 8:16, 36:12, 37:1
gULF [1] - 1:6
guys [5] - 10:23, 17:9, 17:11, 46:1, 58:5
Gwen [1] - 20:6
GWEN [1] - 3:16

H

hairs [1] - 38:21
half [6] - 7:25, 19:2, 39:3, 49:25, 50:8, 50:13
Halliburton [16] - 8:11, 11:6, 13:5, 13:23, 17:24, 18:1, 20:4, 20:8, 26:14, 28:7, 28:19, 40:14, 41:1, 41:3, 42:22, 52:15
hand [1] - 5:24
handle [5] - 21:4, 22:9, 38:25, 54:9, 58:9
handled [1] - 21:19
hands [1] - 6:12
happenstance [1] - 61:25
happy [3] - 5:9, 12:19, 22:20
harbor [1] - 52:8
hard [1] - 30:16
Haycraft [2] - 5:17, 17:18
HAYCRAFT [19] - 2:21, 5:18, 5:25, 7:6, 8:18, 8:23, 9:3, 9:8, 9:11, 9:15, 10:2, 11:1, 17:18, 18:16, 18:24, 19:10, 34:19, 55:4, 60:10
HB [1] - 1:20

head [2] - 45:20, 48:7
headache [1] - 14:14
headquartered [1] - 17:21
hear [4] - 37:7, 37:9, 45:11, 59:24
heard [6] - 45:25, 51:10, 52:12, 55:7, 60:10, 60:12
hearing [1] - 13:6
hearsay [8] - 53:14, 53:15, 53:17, 53:18, 53:19, 53:24, 54:18
heart [1] - 11:1
heck [1] - 43:19
hello [1] - 6:17
help [4] - 6:15, 8:16, 9:20, 48:25
helpful [2] - 27:10, 48:23
HEMMELHOCK [1] - 4:1
hereby [1] - 63:9
Herman [3] - 32:6, 32:22, 32:24
high [5] - 6:16, 16:3, 19:19, 21:2, 33:20
High [2] - 16:10, 16:25
high-rise [2] - 6:16, 33:20
highest [2] - 33:24, 34:2
highlighted [4] - 13:21, 14:4, 14:10, 22:7
highlighting [1] - 10:19
highly [5] - 10:9, 38:1, 39:10
HIMMELHOCH [13] - 5:5, 5:8, 5:11, 12:23, 13:4, 49:18, 51:13, 53:12, 54:15, 54:23, 56:3, 57:14, 57:17
HINES [1] - 19:6
Hines [1] - 19:6
hinge [1] - 41:1
hit [1] - 48:7
holding [1] - 28:16
hole [1] - 61:24
home [1] - 7:5
Honor [34] - 5:5, 6:9, 8:8, 8:18, 11:5, 12:23, 13:17, 14:22, 15:8, 23:6, 25:18, 26:3, 26:13, 27:20, 27:25, 29:8, 34:13, 37:21, 39:1, 40:17, 41:10, 42:20, 44:20, 45:1, 46:15, 52:15,

54:16, 55:15, 56:5, 57:23, 58:17, 58:25, 60:16, 62:8
HONORABLE [1] - 1:12
hope [2] - 31:25, 61:6
hopefully [1] - 21:8
HORIZON [1] - 1:5
hour [3] - 37:9, 37:10, 39:3
hours [11] - 37:9, 39:3, 39:4, 43:2, 43:4, 43:5, 43:13, 43:24, 60:18, 62:17
housekeeping [1] - 58:7
Houston [8] - 3:10, 3:18, 17:21, 17:25, 19:18, 19:20, 19:25, 20:7
Hsieh [3] - 35:14, 35:19, 35:22
HSIEH [1] - 35:22
hunter [1] - 37:13
Hunter [2] - 35:15, 39:15
Hunting [1] - 12:8
hydraulics [1] - 7:10

**I**

idea [7] - 10:12, 21:7, 28:13, 30:8, 32:11, 33:19, 48:3
identically [2] - 43:4, 43:12
identically-situated [2] - 43:4, 43:12
identify [2] - 20:12, 38:24
identity [1] - 42:25
ignition [1] - 7:10
IIAMS [1] - 3:20
IL [2] - 2:20, 2:25
images [1] - 56:14
imagine [2] - 8:12, 41:24
immediately [1] - 46:23
implicates [1] - 11:12
important [4] - 14:23, 22:25, 27:6, 38:12
impose [1] - 27:25
impressions [1] - 12:21
improved [1] - 8:10
IN [2] - 1:5, 1:5
inadmissible [1] - 10:16
inclined [1] - 29:3

include [5] - 23:13, 23:18, 24:11, 27:3, 28:5
included [1] - 13:22
including [2] - 9:9, 27:17
inclusion [1] - 13:11
incredibly [1] - 25:14
inData [5] - 23:11, 23:15, 23:23, 24:1, 24:6
individually [1] - 28:9
individuals [1] - 18:7
industry [1] - 39:12
informal [1] - 48:15
information [3] - 12:24, 42:6, 60:13
initial [2] - 23:18, 23:25
inputs [1] - 45:7
inspecting [1] - 12:6
inspection [6] - 12:3, 12:7, 57:10, 60:5, 60:7, 60:9
installment [2] - 53:14, 54:2
instalment [1] - 53:16
instance [1] - 48:3
instances [1] - 23:22
instead [2] - 14:17, 51:2
instruct [1] - 58:16
intend [1] - 53:20
intense [1] - 43:1
interest [3] - 11:7, 32:13, 48:5
interested [3] - 16:21, 22:21, 48:16
interests [3] - 36:3, 38:20, 42:25
Interests [1] - 2:13
internal [3] - 53:19, 53:23, 53:24
interrogate [1] - 37:15
Intertek [4] - 55:25, 56:1, 56:2, 56:12
introduce [6] - 7:16, 14:19, 16:6, 16:9, 16:24, 25:5
invoices [1] - 12:1
involve [1] - 59:8
involved [1] - 33:4
involvement [1] - 37:17
involves [1] - 36:6
involving [1] - 14:5
IRPINO [16] - 2:3, 2:3, 18:18, 20:11, 21:13, 21:17, 21:25, 24:18, 25:17, 26:3, 30:18,

31:2, 32:22, 61:4, 61:17, 62:13
Irpino [2] - 18:18, 21:13
issue [23] - 10:5, 12:7, 13:6, 13:11, 14:3, 21:22, 22:3, 24:2, 24:7, 25:2, 25:20, 26:21, 33:2, 36:23, 47:14, 47:19, 49:12, 49:22, 50:22, 53:19, 55:25, 56:7, 57:2
issues [10] - 11:13, 25:11, 26:9, 40:2, 41:1, 41:7, 41:20, 56:2, 58:22, 62:24
items [1] - 12:22
itself [1] - 28:5

**J**

jail [1] - 34:4
Jenny [1] - 17:23
jENNY [1] - 3:12
jettison [1] - 51:5
job [2] - 33:10, 61:10
JOE [2] - 4:3, 4:5
Johnson [2] - 19:10, 19:13
JOHNSON [1] - 19:13
join [2] - 48:25, 59:16
joint [3] - 31:3, 32:14, 57:20
journal [1] - 55:1
Judge [20] - 6:2, 6:18, 10:4, 10:7, 15:20, 20:15, 27:6, 27:25, 28:24, 29:3, 29:20, 30:1, 31:4, 32:13, 37:7, 39:23, 41:15, 47:16, 48:21, 49:12
judge [4] - 10:21, 31:16, 43:16, 50:21
JUDGE [1] - 1:13
July [1] - 6:6
June [1] - 44:4
Junior [1] - 16:25
jury [3] - 16:5, 17:9, 19:17
Justice [2] - 18:10, 57:24
JUSTICE [2] - 2:10, 2:13
justify [1] - 36:10

**K**

KANNER [1] - 2:16
Kanner [1] - 33:8
KATE [1] - 4:4

KAVANAUGH [2] - 23:6, 23:9
Kavanaugh [1] - 23:6
keep [4] - 8:24, 21:9, 22:9, 27:15
Kelkar [2] - 40:7
Ken [1] - 17:3
key [2] - 38:3, 38:6
kids [1] - 16:3
kind [9] - 7:11, 7:22, 7:25, 14:13, 17:8, 21:7, 21:19, 27:25, 58:15
kinds [2] - 26:9, 62:12
KIRKLAND [3] - 2:18, 2:24, 3:2
kismet [1] - 61:25
knows [1] - 48:22
KRAUS [2] - 2:16, 58:17
Kraus [1] - 33:1
Krause [1] - 18:3
KRAUSE [8] - 9:4, 9:10, 9:12, 18:3, 33:1, 33:10, 33:13, 33:15
Krause's [1] - 33:16
KUCHLER [1] - 3:19

**L**

LA [5] - 2:5, 2:17, 2:23, 3:7, 3:21
Lab [1] - 56:12
Lab's [1] - 38:11
ladies [1] - 16:8
Lake [1] - 20:7
Lamar [1] - 3:17
large [3] - 11:7, 18:6, 49:24
larger [1] - 11:13
Lasalle [2] - 2:19, 2:25
last [15] - 7:24, 12:18, 14:19, 15:4, 19:2, 25:6, 26:8, 27:7, 30:3, 42:10, 50:8, 50:13, 53:16, 55:6, 56:18
late [3] - 43:21, 43:22, 60:18
laughing [1] - 6:7
LAUREN [1] - 3:13
LAW [1] - 2:3
Law [1] - 31:19
lawyers [1] - 33:17
leads [1] - 31:17
learned [2] - 27:16, 27:17, 56:9
least [7] - 13:2, 24:20, 31:12, 31:25, 40:9,

47:18, 49:2
**leave** [2] - 22:9, 51:7
**left** [4] - 21:15, 22:2, 51:17, 59:17
**Leifer's** [1] - 54:25
**length** [1] - 33:5
**lengthen** [1] - 40:3
**less** [3] - 38:17, 43:23, 51:3
**lesser** [1] - 43:18
**lessons** [2] - 27:16, 27:17
**letter** [4] - 45:6, 46:16, 59:1, 59:5
**level** [2] - 38:6, 47:22
**LEVIN** [1] - 2:6
**LEWIS** [1] - 2:21
**liability** [2] - 47:22, 47:23
**liberty** [1] - 9:7
**light** [2] - 47:9, 61:6
**likely** [1] - 41:5
**limit** [1] - 28:1
**limited** [3] - 21:9, 40:21, 40:24
**limits** [1] - 46:20
**line** [3] - 32:9, 34:11, 56:5
**linebacker** [3] - 16:16, 16:17, 20:1
**lines** [1] - 31:3
**link** [2] - 22:3, 24:1
**linking** [1] - 23:16
**Liskow** [1] - 17:2
**LISKOW** [1] - 2:21
**list** [23] - 9:6, 9:8, 9:11, 12:22, 15:1, 15:3, 15:15, 15:16, 15:22, 20:16, 20:17, 22:2, 23:3, 25:4, 27:4, 27:22, 28:1, 29:4, 54:1, 54:2, 58:4, 58:10
**listed** [1] - 49:24
**lists** [4] - 29:17, 52:20, 53:16
**live** [5] - 10:9, 11:16, 19:25, 20:7, 36:8
**lives** [4] - 6:1, 10:25, 60:17, 61:14
**living** [1] - 6:1
**LLC** [3] - 2:16, 3:4, 3:19
**LLP** [5] - 2:18, 2:24, 3:2, 3:8, 3:22
**LMRP** [1] - 12:3
**load** [1] - 32:23
**loaded** [1] - 44:24
**local** [2] - 17:5, 61:24
**logistical** [1] - 24:5,

24:19, 26:19
**look** [17] - 6:7, 22:5, 22:8, 22:20, 25:1, 25:22, 26:9, 28:8, 28:21, 29:17, 45:14, 45:17, 58:6, 59:6, 61:19, 62:25
**looked** [1] - 26:24
**looking** [6] - 6:19, 8:5, 21:20, 36:21, 53:13, 55:13
**looks** [4] - 7:23, 8:7, 25:10, 37:2
**lose** [2] - 15:14, 15:15
**LOUISIANA** [2] - 1:2, 5:1
**Louisiana** [5] - 1:21, 2:16, 18:4, 20:7, 33:1
**loving** [1] - 5:18
**lunch** [4] - 7:20, 8:5, 8:11, 63:2

# M

**ma'am** [5] - 16:14, 16:20, 16:23, 54:12, 54:13
**MAGISTRATE** [1] - 1:13
**major** [2] - 16:22, 49:21
**Malcolm** [2] - 16:9, 54:10
**managing** [1] - 38:8
**manifestation** [1] - 47:18
**March** [1] - 11:24
**marching** [1] - 5:12
**Mark** [7] - 13:18, 15:7, 17:16, 20:19, 27:19, 52:16, 60:15
**mark** [1] - 8:21
**MARK** [1] - 2:24
**marked** [2] - 23:19, 23:25
**marshal** [1] - 14:19
**MARSHALL** [1] - 4:3
**marshalling** [9] - 13:12, 13:15, 15:4, 15:13, 20:15, 25:6, 25:12, 25:13, 60:19
**MARTINEZ** [2] - 3:12, 17:23
**Martinez** [1] - 17:23
**math** [2] - 42:10, 42:11
**matter** [2] - 53:21, 55:11
**matters** [2] - 15:19,

55:23
**maximum** [1] - 59:13
**MAYEAUX** [1] - 4:2
**Maze** [2] - 6:15, 33:18
**MAZE** [2] - 4:2, 6:18
**MCCUTCHEN** [1] - 3:22
**MDL** [1] - 56:12
**mean** [9] - 5:23, 21:5, 28:4, 32:12, 32:15, 37:5, 37:7, 50:3, 51:21
**means** [4] - 9:24, 10:23, 28:23
**medical** [1] - 17:7
**meet** [1] - 51:14
**meet-and-confers** [1] - 51:14
**meeting** [3] - 15:13, 48:16, 62:17
**memo** [1] - 29:24
**mention** [1] - 6:5
**mentioned** [3] - 30:2, 31:13, 31:14
**mess** [1] - 61:12
**met** [1] - 17:12
**MEXICO** [1] - 1:6
**MI** [3] - 36:5, 48:9, 48:11
**microphone** [2] - 9:20, 10:2
**mid** [3] - 43:22, 44:4, 59:18
**mid-afternoon** [1] - 43:22
**mid-June** [1] - 44:4
**mid-year** [1] - 59:18
**middle** [1] - 55:17
**might** [11] - 14:6, 15:11, 24:12, 24:24, 25:15, 26:6, 30:19, 32:15, 48:23, 56:7, 61:17
**Mike** [3] - 7:19, 8:13, 25:15
**MIKE** [1] - 4:4
**Mike's** [1] - 32:18
**mime** [1] - 20:5
**mind** [4] - 12:13, 28:9, 29:21, 32:5
**minds** [1] - 22:17
**minutes** [3] - 39:4, 41:8, 42:8
**mistake** [1] - 59:3
**MITCHELL** [2] - 2:6, 3:13
**Mitchell** [1] - 9:9
**mode** [1] - 50:23
**modeling** [2] - 38:15, 39:11

**modifications** [1] - 53:3
**mold** [1] - 12:21, 12:24, 12:25
**Monday** [1] - 50:18
**money** [1] - 8:18
**monitoring** [1] - 33:11
**Montgomery** [3] - 6:16, 6:20, 33:20
**months** [4] - 44:2, 53:5, 53:9, 62:16
**moot** [1] - 26:6
**mooted** [1] - 13:10
**morning** [10] - 5:5, 11:5, 12:6, 13:18, 15:20, 17:12, 37:21, 41:14, 41:15, 43:21
**most** [2] - 45:9, 48:4
**motion** [4] - 53:22, 57:20, 57:25, 58:10
**motions** [4] - 35:8, 35:9, 55:17, 58:7
**move** [5] - 14:24, 35:2, 45:15, 55:23, 60:1
**moved** [2] - 14:25, 18:21
**moving** [3] - 6:3, 22:22, 50:23
**MR** [165] - 5:18, 5:20, 5:23, 5:25, 6:2, 6:9, 6:12, 6:18, 7:6, 8:3, 8:8, 8:18, 8:23, 9:3, 9:4, 9:8, 9:10, 9:11, 9:12, 9:15, 9:17, 9:18, 9:21, 10:2, 10:12, 11:1, 11:3, 11:5, 12:9, 12:14, 12:17, 13:17, 13:19, 15:8, 16:14, 16:16, 16:20, 16:23, 17:16, 17:18, 17:20, 17:25, 18:3, 18:5, 18:9, 18:16, 18:18, 18:24, 19:1, 19:4, 19:8, 19:10, 19:13, 19:18, 19:23, 19:24, 19:25, 20:3, 20:11, 20:21, 21:13, 21:17, 21:25, 23:6, 23:9, 24:18, 25:17, 26:3, 26:13, 27:20, 28:18, 28:25, 29:8, 30:9, 30:13, 30:17, 30:18, 30:19, 30:23, 31:2, 31:16, 32:12, 32:18, 32:22, 33:1, 33:6, 33:10, 33:13, 33:14, 33:15, 33:17, 34:13, 34:16, 34:19, 34:23, 35:18, 35:21, 35:23, 36:13,

36:17, 36:22, 36:23, 37:3, 37:13, 37:21, 37:23, 39:20, 40:14, 41:9, 41:15, 41:23, 42:11, 42:18, 42:20, 43:16, 44:4, 44:13, 44:17, 44:20, 45:1, 45:4, 45:17, 45:22, 46:12, 46:15, 47:5, 47:16, 48:13, 49:2, 50:21, 52:4, 52:8, 52:15, 52:24, 53:7, 54:12, 54:13, 55:3, 55:4, 55:6, 55:15, 55:24, 57:1, 57:4, 57:23, 58:17, 58:25, 59:3, 59:8, 59:11, 59:13, 59:15, 59:20, 59:24, 60:5, 60:10, 60:11, 60:16, 61:1, 61:4, 61:13, 61:17, 62:2, 62:9, 62:13
**MS** [31] - 5:5, 5:8, 5:11, 12:23, 13:4, 14:21, 17:23, 18:14, 18:17, 19:6, 20:6, 22:17, 25:23, 26:2, 26:11, 28:11, 28:17, 29:5, 29:20, 49:18, 51:13, 53:12, 54:15, 54:23, 56:3, 56:5, 57:14, 57:17, 61:6, 61:21, 62:7
**must** [2] - 30:10, 59:20

# N

**nail** [1] - 48:7
**name** [3] - 18:18, 20:12, 58:11
**named** [1] - 17:21
**nap** [1] - 61:4
**narrow** [2] - 27:3, 37:10
**National** [1] - 38:10
**native** [1] - 19:15
**near** [1] - 27:8
**necessarily** [1] - 27:12
**need** [16] - 6:15, 14:7, 14:22, 19:16, 22:5, 27:12, 27:15, 27:16, 29:18, 37:9, 39:16, 40:9, 49:7, 56:8, 62:25, 63:1
**needed** [2] - 6:10, 43:24
**needs** [3] - 20:22, 22:1, 41:12
**negligence** [1] - 48:19

**never** [3] - 7:12, 12:13, 46:3
**new** [1] - 24:11
**NEW** [2] - 1:3, 5:1
**New** [13] - 1:21, 2:5, 2:17, 2:23, 3:7, 3:21, 7:9, 17:18, 18:3, 18:20, 19:2, 19:6, 19:14
**News** [1] - 19:14
**news** [2] - 50:15, 60:11
**next** [23] - 11:22, 15:10, 25:6, 25:11, 29:15, 29:19, 30:12, 30:13, 33:22, 34:1, 34:9, 43:22, 54:7, 54:25, 55:7, 55:9, 55:16, 56:8, 56:21, 57:10, 58:4, 58:11, 63:3
**night** [1] - 42:10
**nights** [1] - 60:19
**NOMELLINI** [1] - 2:24
**Nomillini** [1] - 17:16
**NOMILLINI** [9] - 13:17, 13:19, 15:8, 17:16, 20:21, 27:20, 29:8, 60:16, 61:1
**nominated** [1] - 50:9
**none** [1] - 24:21
**nonstarter** [2] - 38:1, 38:18
**note** [2] - 35:4, 60:16
**nothing** [3] - 32:4, 57:17, 59:18
**notice** [1] - 5:14
**nuclear** [1] - 38:11
**number** [8] - 20:23, 20:25, 21:2, 28:2, 28:9, 28:10, 45:7, 49:24
**numerical** [1] - 27:25
**NW** [2] - 3:3, 3:23

## O

**O'KEEFE** [4] - 6:2, 8:3, 12:9, 32:12
**O'Rourke** [8] - 9:18, 9:22, 10:4, 18:9, 18:15, 34:12, 35:18, 42:20
**O'ROURKE** [29] - 2:11, 9:18, 9:21, 10:12, 11:3, 18:9, 34:13, 34:16, 34:23, 35:18, 35:21, 35:23, 36:13, 36:17, 36:23, 37:3, 37:13, 42:18,

42:20, 44:13, 45:17, 45:22, 46:12, 55:24, 58:25, 59:3, 59:8, 59:13, 62:2
**o'Rourke** [1] - 10:11
**object** [2] - 10:16, 49:23
**objected** [1] - 50:1
**objection** [5] - 26:20, 50:12, 50:16, 50:18, 53:15
**objectionable** [1] - 10:22
**objections** [10] - 10:5, 10:15, 10:19, 10:21, 11:17, 21:5, 28:7, 50:7, 53:18, 54:3
**objective** [2] - 50:24, 51:17
**observers** [1] - 19:16
**obvious** [1] - 41:9
**obviously** [3] - 11:7, 38:5, 38:20
**occasion** [1] - 39:25
**occurred** [1] - 35:7
**Oceaneering's** [1] - 55:19
**October** [1] - 14:9
**OF** [4] - 1:2, 1:6, 2:10, 2:13
**off-guard** [1] - 44:13
**offer** [3] - 20:23, 29:13, 53:20
**offered** [1] - 42:3
**office** [1] - 6:16
**officer** [1] - 10:3
**Official** [2] - 1:19, 63:9
**official** [1] - 55:8
**oil** [2] - 1:5, 39:13
**OIL** [1] - 1:5
**olive** [1] - 36:20
**ON** [1] - 1:6
**one** [39] - 7:9, 8:22, 20:17, 21:8, 23:7, 25:5, 26:8, 26:22, 30:2, 30:15, 33:12, 33:25, 34:23, 36:8, 36:11, 36:24, 37:5, 37:10, 37:25, 39:23, 40:15, 40:22, 41:5, 41:17, 43:1, 43:9, 43:12, 46:9, 49:9, 49:22, 51:16, 52:9, 58:9, 59:25, 62:15
**One** [15] - 2:4, 5:25, 6:3, 26:8, 27:16, 27:22, 34:14, 36:2, 37:3, 38:3, 46:2, 47:23, 47:24, 48:6, 49:8

**one-day** [6] - 36:8, 37:25, 40:22, 41:5, 43:12
**one-hour** [1] - 37:10
**one-sentence** [1] - 20:17
**One/Phase** [1] - 55:22
**ones** [3] - 18:12, 18:13, 22:21
**opening** [1] - 12:3
**opinions** [1] - 11:10
**opportunities** [1] - 20:25
**opportunity** [7] - 10:14, 14:24, 15:4, 22:12, 37:15, 49:23, 54:21
**opposed** [1] - 40:22
**order** [4] - 9:6, 53:22, 57:12, 57:15
**orderly** [2] - 45:12, 45:13
**originally** [2] - 18:20, 20:6
**ORLEANS** [2] - 1:3, 5:1
**Orleans** [13] - 1:21, 2:5, 2:17, 2:23, 3:7, 3:21, 7:9, 17:18, 18:4, 18:20, 19:2, 19:6, 19:15
**otherwise** [1] - 34:2
**ought** [2] - 47:11, 48:9
**ourselves** [2] - 47:8, 47:19
**out-of-court** [1] - 53:23
**outside** [2] - 16:2, 20:1
**overflow** [1] - 48:12
**overload** [1] - 27:9
**overview** [2] - 17:13, 20:9

## P

**packages** [1] - 38:16
**page** [2] - 42:8, 51:8
**pages** [1] - 42:7
**paid** [1] - 58:13
**PAPANTONIO** [1] - 2:6
**Parie** [1] - 6:24
**park** [1] - 8:6
**Park** [1] - 7:22
**part** [7] - 13:21, 14:4, 24:11, 39:9, 48:4, 56:12, 56:16
**partially** [1] - 37:16
**participants** [3] - 5:3,

5:4, 57:9
**particle** [1] - 56:14
**particular** [2] - 51:25, 52:1
**particularly** [2] - 20:15, 42:1
**parties** [28] - 14:6, 15:4, 15:17, 15:22, 22:11, 23:11, 23:18, 24:25, 25:4, 25:13, 27:2, 31:18, 32:13, 36:3, 36:4, 38:20, 38:25, 40:16, 41:12, 43:4, 47:11, 48:16, 49:23, 50:10, 52:21, 56:12, 56:15, 57:19
**parts** [2] - 10:15, 10:22
**party** [13] - 28:17, 38:20, 28:22, 28:23, 43:1, 43:2, 43:5, 43:12, 43:13, 50:11, 53:19, 53:22
**pass** [1] - 59:12
**Paul** [1] - 35:14
**PC** [2] - 3:11, 3:15
**pea** [1] - 60:4
**pea-picking** [1] - 60:4
**penalized** [1] - 23:2
**penalty** [4] - 58:23, 58:24, 59:6, 59:14
**Pencak** [2] - 56:4, 56:6
**PENCAK** [2] - 4:5, 56:5
**Pensacola** [2] - 2:9, 18:5
**people** [1] - 10:24, 12:5, 12:6, 17:2, 18:8, 18:19, 25:9, 27:21, 36:10, 43:7, 47:10
**per** [5] - 28:17, 28:19, 28:22, 28:23
**perceived** [1] - 62:24
**percent** [2] - 47:24
**perfect** [1] - 53:2
**perhaps** [8] - 10:10, 22:25, 23:10, 23:24, 25:8, 28:15, 48:14
**peripheral** [2] - 39:1, 39:6, 40:16
**Perkin** [1] - 42:1
**Perkins** [2] - 43:10, 47:3
**person** [2] - 9:25, 10:24
**personally** [1] - 48:9
**perspective** [4] - 14:3, 22:23, 22:25, 49:3

**Peter** [3] - 60:18, 60:20, 61:11
**peter's** [1] - 61:1
**Peter's** [1] - 61:2
**PETRINO** [1] - 4:4
**Phase** [36] - 5:25, 6:3, 26:8, 27:16, 27:17, 27:22, 30:11, 30:12, 34:14, 35:2, 35:4, 36:2, 36:6, 37:3, 38:3, 40:18, 41:1, 46:1, 46:2, 47:21, 47:22, 48:5, 48:8, 48:17, 48:19, 48:20, 49:8, 52:11, 53:14, 54:2, 55:22, 58:19
**phase** [5] - 47:23, 48:1, 58:23, 58:24, 59:6
**phases** [3] - 48:3, 49:6, 49:9
**Phillip** [1] - 16:25, 54:10
**phone** [2] - 25:8, 57:9
**photographs** [1] - 12:15
**physicist** [1] - 38:11
**pick** [1] - 45:23
**picked** [2] - 30:18, 45:22
**picking** [1] - 60:4
**picture** [4] - 6:19, 33:18, 34:1
**pictures** [1] - 7:3
**Pinky** [1] - 39:15
**pinstriped** [1] - 36:14
**Place** [1] - 2:4
**place** [2] - 25:6, 55:10
**plaintiff's** [1] - 45:10
**plaintiffs** [2] - 18:19, 44:24
**plan** [1] - 41:24
**planning** [2] - 9:1, 26:24
**plans** [1] - 26:24
**play** [4] - 10:15, 10:17, 10:21, 19:22
**played** [2] - 10:8, 19:19
**players** [3] - 39:1, 39:6, 46:22
**playing** [1] - 11:15
**plays** [1] - 16:13
**pleased** [1] - 17:2
**pleasure** [1] - 61:14
**po** [2] - 7:24, 8:1
**PO** [1] - 2:11
**po-boy** [1] - 8:1
**po-boys** [1] - 7:24
**point** [24] - 7:12, 13:1,

14:13, 14:14, 22:22, 23:7, 23:18, 23:20, 23:23, 23:25, 25:22, 26:6, 26:22, 27:11, 30:3, 32:10, 36:10, 40:7, 40:25, 44:6, 52:17, 54:2, 54:20, 57:18
**pointed** [1] - 25:21
**pointing** [2] - 45:8, 53:10
**points** [2] - 28:25, 39:21
**Polite** [1] - 17:3
**political** [1] - 16:21
**POLK** [1] - 3:19
**poll** [1] - 5:15
**portion** [2] - 14:8, 23:17
**portions** [1] - 24:4
**Position** [1] - 51:5
**position** [9] - 11:9, 13:21, 16:15, 19:22, 26:18, 36:24, 59:4, 59:5, 59:20
**positions** [1] - 13:1
**possible** [4] - 32:4, 34:25, 44:8, 57:9
**post** [3] - 31:19, 33:4, 61:18
**post-trial** [3] - 31:19, 33:4, 61:18
**Poydras** [4] - 1:20, 2:22, 3:6, 3:20
**PPEARING** [1] - 4:1
**practical** [1] - 22:24
**practice** [2] - 17:8, 45:9
**practices** [2] - 38:7, 39:12
**preliminary** [1] - 29:17
**premise** [1] - 39:2
**prepare** [1] - 35:8
**present** [1] - 10:25
**presently** [1] - 39:24
**presumably** [1] - 57:20
**presumption** [6] - 36:7, 40:10, 46:1, 46:3, 46:5, 46:20
**pretrial** [1] - 11:12
**pretty** [4] - 11:7, 34:2, 34:10, 42:12
**prevent** [1] - 41:6
**previous** [1] - 38:13
**previously** [1] - 47:11
**primarily** [3] - 21:14, 22:3, 38:10
**primary** [1] - 21:22
**print** [1] - 34:7

**printed** [1] - 34:5
**printer** [1] - 34:6
**printing** [1] - 6:22
**private** [1] - 18:7
**problem** [5] - 8:13, 26:19, 30:25, 35:8, 50:25
**problems** [4] - 23:16, 24:7, 51:4, 52:1
**procedurally** [2] - 21:19, 22:8
**procedure** [2] - 29:18, 58:16
**procedures** [1] - 55:10
**proceed** [1] - 50:18
**proceeding** [1] - 13:23
**Proceedings** [1] - 1:24
**proceedings** [2] - 19:14, 63:4
**process** [11] - 12:1, 23:12, 23:13, 23:15, 24:11, 26:16, 27:10, 30:15, 50:22, 51:9, 55:12
**PROCTOR** [1] - 2:7
**produce** [1] - 56:15
**produced** [3] - 56:11, 56:13, 56:17
**product** [1] - 32:20
**production** [1] - 13:6
**Professor** [1] - 51:6
**program** [1] - 58:14
**progress** [1] - 47:1
**pronunciation** [1] - 35:21
**properly** [2] - 33:11, 47:11
**property** [2] - 12:8, 12:10
**proposal** [2] - 43:3, 50:17
**propose** [2] - 34:25, 35:24
**proposed** [13] - 10:20, 11:18, 30:4, 31:2, 32:2, 32:14, 32:16, 38:22, 46:2, 47:2, 57:12, 57:15, 57:25
**prospect** [1] - 5:10
**prove** [1] - 34:1
**provide** [3] - 21:7, 46:2, 52:21
**provides** [1] - 52:19
**PSC** [14] - 2:3, 2:6, 8:23, 9:14, 13:25, 21:13, 23:2, 28:8, 31:8, 32:16, 41:16, 41:17, 46:22, 58:5
**PSC's** [1] - 49:2

**pull** [2] - 34:24, 35:1
**pulled** [2] - 27:1, 27:2
**purchase** [2] - 7:1, 7:2
**purchased** [1] - 6:24
**purposes** [2] - 43:1, 50:1
**push** [1] - 50:2
**put** [24] - 8:18, 15:20, 16:5, 20:16, 29:15, 29:21, 29:23, 30:7, 31:8, 33:18, 36:9, 38:2, 40:6, 44:11, 47:2, 49:8, 49:11, 49:22, 53:15, 54:1, 54:7, 58:11, 60:18
**puts** [2] - 46:21, 59:14
**putting** [1] - 27:11
**PVT** [1] - 45:7

**Q**

**qualifications** [1] - 42:5
**quality** [1] - 8:10
**quantification** [8] - 36:6, 38:17, 39:9, 41:19, 42:24, 43:1, 43:11, 47:6
**Quarter** [2] - 7:19, 63:3
**questionable** [1] - 34:16
**questions** [2] - 41:25, 43:8
**quick** [2] - 7:18, 43:21
**quickly** [2] - 8:19, 42:12
**Quip** [1] - 36:4
**quite** [5] - 13:19, 17:6, 28:13, 43:6, 59:20

**R**

**race** [1] - 32:9
**radar** [1] - 49:11
**RAFFERTY** [1] - 2:7
**Raghavan** [1] - 40:7
**raise** [1] - 48:13
**raised** [2] - 23:23, 58:23
**ran** [1] - 19:23
**range** [1] - 58:19
**rather** [2] - 44:24, 62:20
**RE** [1] - 1:5
**reach** [1] - 31:24
**read** [2] - 11:9, 38:4
**reads** [1] - 52:19
**real** [2] - 58:2, 61:11
**reality** [1] - 25:21

**really** [17] - 7:1, 7:4, 25:24, 29:12, 30:17, 30:18, 32:2, 36:6, 43:6, 48:22, 50:3, 53:24, 54:3, 58:4, 61:10
**reason** [6] - 23:17, 25:9, 40:20, 42:4, 45:5, 47:3
**reasonable** [1] - 15:5
**reasons** [3] - 46:9, 58:8, 62:15
**rebuttal** [2] - 9:2, 9:14
**recently** [1] - 61:2
**reception** [1] - 61:18
**recognize** [2] - 40:17, 40:21, 50:23
**recognizing** [1] - 41:5
**recollection** [1] - 45:18
**recommendation** [2] - 10:12, 45:2
**record** [10] - 15:18, 42:14, 49:23, 58:7, 60:17, 60:24, 61:22, 62:2, 62:6, 62:8
**Recorded** [1] - 1:24
**reducing** [1] - 41:4
**referenced** [3] - 24:3, 26:17, 27:7
**referred** [1] - 12:4
**referring** [1] - 21:16
**reflected** [1] - 53:22
**regard** [8] - 12:15, 21:9, 21:19, 35:4, 35:14, 52:2, 56:2, 57:12
**regarding** [2] - 33:4, 59:11
**Regina** [4] - 26:10, 60:18, 60:20, 61:5
**reimbursement** [1] - 55:20
**reintroduce** [1] - 49:8
**related** [1] - 47:16
**relating** [1] - 55:22
**relationship** [1] - 62:16
**relative** [5] - 12:21, 22:7, 25:3, 55:17
**relatively** [1] - 49:19
**rely** [1] - 50:11
**remaining** [2] - 39:6, 40:15
**remarkably** [1] - 61:10
**remember** [4] - 7:8, 8:3, 28:23, 36:17
**remind** [3] - 29:20, 30:13, 34:13
**reminder** [1] - 44:6

**reopen** [1] - 14:23
**report** [18] - 11:2, 11:25, 13:5, 38:5, 40:5, 40:8, 42:7, 42:8, 48:24, 49:16, 49:17, 55:2, 55:5, 55:18, 56:24, 56:25, 57:13, 57:17
**reporter** [1] - 19:14
**Reporter** [2] - 1:19, 63:9
**reports** [9] - 36:9, 38:2, 38:9, 43:9, 43:23, 45:7, 46:6, 46:18, 46:25
**Reports** [1] - 56:12
**represent** [17] - 17:15, 17:16, 17:20, 17:24, 18:1, 18:4, 18:6, 18:15, 18:19, 19:3, 19:5, 19:7, 19:9, 19:21, 20:1, 20:7
**representation** [1] - 20:13
**representing** [3] - 17:19, 19:18, 20:3
**request** [2] - 12:2, 20:15
**requested** [2] - 51:14, 57:6
**requests** [2] - 44:8, 47:18
**reschedule** [1] - 35:11
**resentment** [1] - 52:8
**reserve** [2] - 29:8, 32:23
**reservoir** [1] - 37:8
**resolution** [2] - 56:20, 56:22
**resolvable** [1] - 47:20
**resolve** [2] - 54:5, 54:6
**resolved** [1] - 14:2, 47:20
**respect** [3] - 10:13, 23:9, 38:20
**respectfully** [5] - 40:9, 44:5, 45:6, 51:2, 51:13
**respective** [1] - 12:25
**responding** [1] - 55:20
**Response** [2] - 51:3, 51:6
**response** [7] - 13:8, 13:14, 37:17, 50:6, 50:11, 51:19, 56:19
**rest** [3] - 8:17, 39:5, 51:7
**resubmit** [1] - 59:5
**rethink** [2] - 59:4, 59:5

returned [1] - 12:8
returning [1] - 12:10
reverting [1] - 52:2
review [1] - 32:19
revised [2] - 35:5, 52:11
revision [1] - 35:6
revisiting [1] - 54:3
RICHARD [2] - 3:16, 20:6
Richard [1] - 20:6
RICHARDSON [1] - 3:19
RIG [1] - 1:5
rig [1] - 31:5
rise [2] - 6:16, 33:20
riser [6] - 12:7, 57:5, 57:10, 60:5, 60:7, 60:8
roast [2] - 7:24
Rob [5] - 19:4, 37:23, 39:21, 55:2, 57:22
ROBERT [1] - 3:2
Roberts [5] - 19:20, 31:15, 31:16, 33:2, 44:15
ROBERTS [12] - 3:8, 19:20, 19:23, 31:16, 32:18, 33:6, 33:14, 33:17, 44:17, 44:20, 47:16, 48:13
role [3] - 40:18, 40:24, 51:19
Role/Responsibility [1] - 51:3
RONQUILLO [2] - 3:11, 3:15
ROOM [1] - 2:14
room [7] - 8:11, 17:14, 18:12, 18:13, 20:10, 31:13, 62:16
rooms [1] - 8:10
rotation [1] - 44:12
round [2] - 43:19, 60:24
RPR [1] - 1:19
rrrrr [1] - 7:11
rule [3] - 10:7, 39:15, 61:23
rules [5] - 14:8, 14:10, 14:12, 36:7, 43:5
ruling [1] - 10:5
run [2] - 39:11, 60:21
running [1] - 18:24
runs [1] - 38:15
RUSSELL [1] - 4:5
RYAN [1] - 2:19

# S

Sabins [5] - 9:24, 10:9, 10:18, 10:24, 11:8
Sabins' [1] - 11:11
sad [2] - 61:19, 62:25
safety [3] - 16:16, 16:18, 19:19
sakes [1] - 18:23
Salle [2] - 16:25, 17:4
SALLY [1] - 1:12
Salvage [1] - 57:6
sample [1] - 57:20
sampling [1] - 56:17
SAN [1] - 2:15
Sandia [1] - 38:10
sang [1] - 20:4
Sara [1] - 56:6
SARAH [2] - 3:20, 4:1
Sarah [10] - 5:4, 19:6, 49:16, 50:20, 51:12, 53:11, 55:24, 56:1, 56:25, 57:12
sausage [1] - 8:1
SB [1] - 55:12
schedule [3] - 44:23, 45:15, 50:14
scheduled [1] - 45:18
schedules [1] - 32:1
SCHELL [1] - 3:19
scholarship [1] - 16:18
school [3] - 16:3, 17:7, 19:19
School [2] - 16:10, 17:1
science [5] - 16:21, 37:2, 37:3, 39:10, 41:4
scientific [1] - 38:7
scope [1] - 59:6
Scorpio [1] - 18:21
SCT [1] - 2:10
SDM [1] - 56:13
SEAN [1] - 3:12
Sean [1] - 20:3
second [2] - 26:21, 61:13
see [33] - 6:13, 7:23, 8:6, 11:21, 13:10, 15:21, 16:2, 21:12, 22:6, 22:12, 22:21, 22:24, 23:2, 28:21, 29:25, 31:10, 35:3, 37:22, 37:24, 38:22, 44:10, 44:11, 45:15, 46:8, 46:21, 46:24, 46:25, 48:16, 51:25, 58:15, 61:6, 62:15,
63:3
seem [3] - 21:20, 30:6, 42:14
send [4] - 6:21, 33:13, 33:15, 33:16
Senior [1] - 16:10
sense [3] - 46:17, 47:23, 54:5
sent [4] - 6:19, 11:24, 33:19, 35:5
sentence [2] - 20:17, 29:9
separate [3] - 22:12, 47:23, 47:24
separately [1] - 22:19
sequencing [1] - 44:6
seriously [1] - 30:20
session [1] - 25:6
set [1] - 29:17
settled [3] - 42:22, 48:3, 48:4
settlement [2] - 58:12, 58:14
settlements [1] - 47:9
seven [4] - 35:5, 39:3, 43:5, 46:9
seven-and-a-half-hour [1] - 39:3
seventh [1] - 35:7
seventy [1] - 28:14
seventy-five [1] - 28:14
shape [1] - 9:15
shift [1] - 38:23
shorten [3] - 38:22, 40:3, 40:10
shorter [1] - 40:23
show [1] - 61:23
SHUSHAN [1] - 1:12
side [3] - 18:11, 18:12, 43:11
Sikh [1] - 45:2
silent [1] - 62:7
silly [1] - 61:23
similar [1] - 59:1
simplify [1] - 51:5
simply [4] - 41:2, 48:15, 49:25, 53:21
sit [1] - 17:9
sitting [1] - 6:16
situated [2] - 43:4, 43:12
size [1] - 56:14
sky [1] - 6:20
slightly [1] - 45:4
slots [1] - 23:3
slotted [2] - 44:22, 45:15
small [4] - 16:17, 20:1,
28:2, 48:15
Smith [1] - 57:5
smoothly [2] - 25:16, 60:22
snags [1] - 49:21
sneak [2] - 8:14, 8:22
so-called [1] - 50:24
softball [2] - 33:6, 33:7
Software [1] - 1:24
solidify [1] - 57:11
solution [1] - 48:14
solve [1] - 49:13
solved [1] - 30:25
someone [3] - 31:13, 32:19
sophisticated [1] - 40:5
sorry [4] - 39:19, 52:17, 56:25, 59:17
sort [5] - 26:21, 32:1, 40:18, 45:19, 56:20
souls [2] - 12:4, 12:5
sound [1] - 5:9
sounds [6] - 21:2, 28:12, 28:14, 39:25, 56:23
source [3] - 43:7, 46:16, 46:22
South [1] - 2:8
speaking [1] - 8:8
specific [1] - 45:2
spent [1] - 43:19
spill [1] - 39:13
SPILL [1] - 1:5
spoken [1] - 21:23
sponsor [2] - 39:1, 39:5
stage [1] - 21:3
stake [1] - 12:25
stand [2] - 15:11, 40:15
standing [1] - 36:12
Stanford [1] - 51:6
start [13] - 6:3, 7:4, 24:17, 30:2, 30:4, 31:12, 40:10, 40:22, 44:3, 54:18, 58:21, 58:22, 61:17
started [1] - 17:10
starting [2] - 36:10, 39:2
starts [1] - 59:13
state [4] - 11:16, 41:9, 44:25, 61:22
State [2] - 2:16, 18:4
statements [1] - 53:23
STATES [2] - 1:1, 1:13
States [20] - 2:10,
9:19, 9:22, 13:25, 14:21, 17:5, 18:10, 18:15, 21:22, 23:2, 28:11, 32:16, 35:24, 38:19, 42:21, 44:23, 49:24, 56:6, 57:15, 58:22
States' [4] - 10:5, 38:3, 38:9, 62:24
statute [1] - 59:13
stay [3] - 12:11, 12:12, 62:7
stellar [1] - 17:3
Stenography [1] - 1:24
Steve [16] - 9:18, 9:22, 18:9, 18:14, 19:20, 31:16, 32:10, 32:22, 32:24, 32:25, 35:18, 37:1, 42:19, 42:20, 44:21, 47:14
STEVEN [2] - 2:11, 3:8
stick [1] - 8:1
still [5] - 37:13, 40:25, 54:25, 57:19, 61:5
stipulate [1] - 34:22
stipulated [2] - 32:3, 34:14, 34:20
stipulation [1] - 30:13
stipulations [2] - 34:25, 35:1
stood [1] - 20:4
stop [1] - 7:12
story [2] - 34:4, 55:8
Street [11] - 1:20, 2:4, 2:8, 2:17, 2:22, 3:3, 3:6, 3:9, 3:13, 3:20, 3:23
strides [1] - 31:22
strong [4] - 16:16, 16:18, 19:19, 46:19
structure [1] - 31:18
struggling [2] - 53:13, 53:17
stuff [4] - 38:1, 40:6, 55:4, 60:19
subject [1] - 59:15
submission [1] - 44:7, 55:19
submissions [1] - 58:20
submit [3] - 10:20, 15:3, 57:8
submitted [1] - 22:2
subpoena [1] - 55:20
substantive [1] - 26:20
sue [1] - 42:22
sued [1] - 18:13
sufficient [1] - 41:6

**suggest** [3] - 40:9, 45:6, 51:2
**suggested** [1] - 6:2
**suggesting** [1] - 28:19
**suggestion** [4] - 11:1, 32:18, 51:11, 52:2
**suggests** [1] - 32:19
**suing** [1] - 18:12
**suit** [2] - 18:7, 36:14
**Suite** [8] - 2:5, 2:8, 2:22, 3:6, 3:10, 3:14, 3:17, 3:21
**summaries** [4] - 50:24, 50:25, 51:8, 51:14
**summary** [1] - 51:17
**support** [1] - 40:19
**supports** [1] - 41:17
**suppose** [1] - 11:15
**surprise** [1] - 31:23
**surprises** [1] - 9:13
**Susan** [2] - 63:9, 63:13
**SUSAN** [2] - 1:19, 63:12
**susan_zielie@laed. uscourts.gov** [1] - 1:21
**SUTHERLAND** [1] - 3:8
**swing** [1] - 5:7
**swipe** [1] - 43:8
**sworn** [1] - 10:3
**systems** [2] - 6:21, 34:7

## T

**table** [1] - 18:2
**tackle** [1] - 43:25
**tall** [1] - 36:13
**target** [1] - 39:1
**targets** [1] - 39:4
**team** [2] - 25:17, 38:11
**technical** [4] - 22:3, 24:10, 38:1, 39:10
**tee** [2] - 56:7, 56:20
**telephone** [2] - 5:3
**TELEPHONICALLY** [1] - 4:1
**temporarily** [1] - 13:3
**ten** [10] - 12:4, 12:6, 28:16, 28:17, 28:19, 28:22, 28:23, 29:1, 41:8
**terms** [2] - 22:9, 31:2
**test** [1] - 20:11
**testify** [1] - 45:11
**testimony** [14] - 22:7, 23:14, 23:16, 23:17,

24:4, 24:9, 24:21, 24:23, 37:8, 42:3, 42:13, 45:11, 50:6, 50:11
**testing** [2] - 56:10, 56:17
**THE** [160] - 1:2, 1:5, 1:5, 1:12, 5:3, 5:6, 5:9, 5:14, 5:19, 5:21, 5:24, 6:5, 6:11, 6:13, 6:19, 7:7, 8:4, 8:13, 8:21, 9:1, 9:13, 9:20, 10:11, 11:4, 11:19, 12:12, 12:15, 12:20, 13:2, 13:5, 13:9, 13:18, 14:15, 14:15, 15:6, 15:10, 16:15, 16:17, 16:21, 16:24, 18:2, 18:23, 19:11, 19:16, 19:22, 20:2, 20:9, 20:12, 21:10, 21:16, 21:24, 22:14, 23:5, 23:8, 24:14, 25:1, 25:21, 26:1, 26:7, 26:12, 27:14, 28:4, 28:16, 28:19, 29:2, 29:7, 29:14, 29:23, 30:12, 30:15, 30:21, 30:25, 31:6, 32:8, 32:15, 32:21, 32:24, 33:12, 33:16, 33:21, 33:23, 34:4, 34:12, 34:15, 34:18, 34:20, 34:24, 35:20, 35:22, 36:12, 36:15, 36:19, 37:1, 37:12, 37:19, 37:22, 39:17, 40:12, 41:8, 41:13, 41:21, 42:10, 42:16, 42:19, 43:15, 43:25, 44:10, 44:15, 44:19, 44:21, 45:14, 45:21, 46:8, 46:14, 47:4, 47:13, 48:11, 49:1, 49:11, 50:15, 51:12, 51:24, 52:6, 52:9, 52:23, 53:2, 53:8, 54:7, 54:14, 54:17, 54:24, 55:5, 55:13, 55:16, 56:1, 56:23, 57:3, 57:9, 57:16, 57:19, 58:3, 58:18, 59:2, 59:4, 59:10, 59:17, 59:22, 59:25, 60:7, 60:12, 60:23, 61:2, 61:5, 61:8, 61:15, 61:19, 61:22, 62:5, 62:11, 62:14
**theirs** [1] - 46:7
**themselves** [1] - 7:17

**thereafter** [2] - 15:5, 15:6
**they've** [5] - 38:10, 42:3, 58:12, 61:13
**thinking** [6] - 6:5, 30:2, 30:4, 30:11, 31:12, 61:17
**thinks** [1] - 17:7
**third** [2] - 33:24, 34:2
**THOMAS** [1] - 2:6
**Three** [3] - 53:14, 54:2, 58:19
**three** [8] - 9:2, 9:13, 26:25, 34:18, 35:1, 37:4, 38:25, 51:8
**three-day** [1] - 37:4
**three-page** [1] - 51:8
**three-week** [2] - 9:2, 9:13
**throw** [2] - 33:6, 33:7
**throwing** [1] - 6:12
**tickler** [3] - 54:1, 56:3, 56:4
**tie** [2] - 36:16, 37:22
**TIERNEY** [1] - 4:4
**timeframe** [1] - 53:15
**timeline** [4] - 35:5, 52:12, 52:19, 52:25
**timing** [1] - 47:17
**today** [12] - 6:14, 7:15, 7:19, 8:5, 12:3, 28:10, 32:6, 36:16, 48:5, 49:20, 58:20, 63:1
**today's** [1] - 60:3
**together** [5] - 31:8, 32:16, 47:2, 48:23, 62:18
**Tom** [3] - 35:15, 39:14, 57:23
**tongue** [2] - 59:22
**Tony** [7] - 17:20, 39:19, 39:20, 43:16, 50:21, 52:1, 59:17
**tony** [1] - 30:8
**took** [2] - 13:12, 35:5
**top** [1] - 45:20
**topics** [1] - 37:14
**total** [3] - 38:23, 39:3, 47:6
**totally** [2] - 60:23
**toto** [1] - 20:16
**toward** [1] - 44:23
**track** [4] - 19:23, 36:6, 43:1, 43:7
**tracks** [1] - 42:24
**train** [1] - 61:7
**transcribed** [1] - 10:3
**transcript** [2] - 10:20, 13:22, 23:23, 63:10

**Transcription** [1] - 1:24
**Transocean** [19] - 12:2, 12:17, 13:23, 19:9, 19:19, 19:21, 20:1, 31:16, 42:23, 44:6, 44:25, 46:17, 46:21, 46:22, 47:19, 48:3, 48:18, 57:11, 61:13
**transplanted** [1] - 19:2
**travel** [1] - 45:19
**treated** [1] - 22:1
**tremendous** [1] - 31:22
**trenches** [1] - 62:20
**trial** [25] - 5:23, 8:15, 14:14, 15:13, 20:23, 25:7, 26:6, 26:23, 30:5, 31:4, 31:19, 33:4, 39:24, 40:1, 40:3, 42:3, 49:5, 49:6, 49:7, 49:9, 50:2, 50:4, 54:5, 54:6, 61:18
**tried** [4] - 9:17, 38:24, 39:5, 62:9
**trip** [1] - 6:24
**true** [2] - 55:14, 57:21
**truly** [3] - 22:21, 24:8, 24:21
**truth** [2] - 10:3, 53:21
**try** [6] - 7:18, 8:15, 11:21, 29:19, 44:8, 54:16
**trying** [5] - 15:16, 39:22, 41:9, 43:20, 51:10
**turned** [2] - 7:10, 7:11
**turning** [1] - 30:9
**tweak** [1] - 52:24
**Two** [21] - 5:25, 6:3, 27:16, 27:17, 30:11, 30:12, 35:2, 35:4, 36:6, 40:18, 41:1, 46:2, 47:21, 47:25, 48:5, 48:8, 48:17, 48:19, 48:20, 52:11, 55:22
**two** [39] - 8:4, 15:20, 16:3, 19:2, 26:25, 29:3, 36:1, 36:2, 36:22, 37:8, 37:9, 37:16, 38:18, 39:2, 39:16, 40:10, 40:19, 40:22, 41:11, 42:2, 42:14, 43:24, 44:2, 46:9, 46:10, 46:20, 47:6, 48:3, 49:6,

49:9, 49:20, 49:25, 50:8, 50:13, 51:4, 51:16, 56:12
**two-day** [7] - 36:2, 39:2, 40:10, 40:19, 41:11, 46:20, 47:6
**TX** [3] - 3:10, 3:14, 3:18
**type** [1] - 39:13

## U

**U.S** [1] - 35:18
**unanimous** [1] - 31:24
**uncontested** [1] - 51:18
**under** [3] - 13:24, 29:1, 39:15
**underlie** [1] - 45:7
**underlying** [1] - 47:19
**understood** [2] - 7:12, 23:13
**uniform** [1] - 58:9
**unit** [2] - 6:21, 34:7
**unitary** [1] - 49:6
**UNITED** [2] - 1:1, 1:13
**United** [24] - 2:10, 9:18, 9:22, 10:5, 13:25, 14:21, 17:5, 18:9, 18:15, 21:21, 23:2, 28:11, 32:15, 35:24, 38:2, 38:9, 38:19, 42:21, 44:23, 49:24, 56:6, 57:15, 58:22, 62:23
**University** [1] - 51:6
**unless** [3] - 23:14, 43:8, 59:14
**unlikely** [1] - 10:9
**unnecessary** [1] - 42:15
**unrelated** [1] - 62:19
**up** [35] - 6:12, 7:10, 7:21, 8:6, 10:11, 10:12, 15:3, 15:10, 16:5, 16:6, 17:9, 18:20, 23:3, 24:13, 28:1, 28:16, 29:13, 31:10, 32:5, 32:6, 32:11, 33:3, 33:18, 34:8, 39:23, 48:2, 52:5, 54:25, 55:16, 55:21, 56:7, 56:21, 58:4, 58:15, 61:24
**update** [1] - 57:11
**US** [9] - 2:10, 2:13, 28:8, 41:18, 43:12, 44:10, 45:14, 50:8, 50:9
**USC** [1] - 55:12

**USC-SB** [1] - 55:12
**uses** [1] - 12:24
**utility** [1] - 34:16

## V

**vague** [1] - 45:18
**vaguely** [1] - 15:12
**vALENTI** [1] - 26:11
**VALENTI** [1] - 61:6
**various** [2] - 58:7, 58:8
**versus** [1] - 26:25
**video** [2] - 9:23, 10:6
**view** [6] - 14:1, 14:14, 23:10, 31:24, 36:7, 47:19
**viewing** [1] - 34:9
**Vincent** [1] - 39:15
**vis** [2] - 38:8
**vis-a-vis** [1] - 38:8
**visit** [1] - 62:18
**visiting** [2] - 8:9, 62:14
**visitors** [2] - 7:14, 7:16
**vote** [3] - 5:22, 5:24, 32:21

## W

**wait** [1] - 57:1
**waive** [1] - 35:9
**Waldenberg** [1] - 7:22
**walk** [3] - 7:22, 8:5, 8:6
**wants** [8] - 8:25, 15:20, 20:16, 21:12, 27:25, 30:4, 52:22, 60:12
**war** [2] - 8:10, 8:11
**warn** [1] - 9:17
**warning** [1] - 8:9
**WARREN** [1] - 3:23
**Washington** [7] - 2:12, 3:3, 3:24, 17:22, 18:10, 18:17, 19:4
**watering** [1] - 61:24
**wave** [1] - 16:12
**ways** [1] - 62:24
**wearing** [1] - 36:13
**weatherford** [1] - 36:4
**Wednesday** [3] - 9:9, 60:6, 60:8
**week** [35] - 8:10, 8:17, 8:19, 8:22, 9:2, 9:13, 11:22, 12:18, 25:6, 25:7, 25:11, 25:14, 27:7, 29:6, 29:19,

30:3, 33:22, 34:1, 34:9, 35:5, 35:7, 35:9, 36:25, 46:9, 49:20, 51:1, 54:22, 55:7, 55:9, 56:8, 56:18, 56:21, 57:10, 63:3
**week's** [1] - 54:8
**weekend** [1] - 31:25
**weekends** [1] - 60:19
**weeks** [4] - 7:4, 44:1, 58:21, 60:20
**WEINER** [1] - 3:19
**whistling** [1] - 50:23
**WHITELEY** [1] - 2:16
**whittle** [1] - 43:20
**whole** [1] - 34:19
**wildly** [1] - 6:8
**Williams** [1] - 19:25
**WILLIAMS** [3] - 3:9, 19:25, 61:13
**willing** [1] - 36:8
**window** [1] - 6:20
**winking** [1] - 62:4
**wisely** [1] - 44:6
**withdraw** [2] - 50:8, 58:7
**withdrawing** [1] - 58:10
**withdrawn** [4] - 50:13, 58:11, 58:12, 58:13
**witness** [11] - 9:6, 9:8, 9:11, 10:10, 23:24, 24:4, 29:11, 37:16, 51:18, 51:25, 52:2
**witnesses** [9] - 9:5, 9:7, 9:14, 15:2, 20:23, 27:1, 27:2, 29:22, 52:20
**wonderful** [2] - 18:8, 18:19
**wondering** [2] - 58:8, 59:3
**word** [1] - 55:8
**words** [2] - 20:5, 51:4
**workable** [2] - 24:17, 39:8
**WORKING** [1] - 1:11
**worth** [2] - 51:19, 51:23

## Y

**yard** [5] - 12:10, 12:11, 12:12, 57:5
**year** [3] - 7:6, 7:24, 59:18
**years** [1] - 19:2
**yellow** [1] - 10:22
**yesterday** [8] - 9:23,

10:14, 13:12, 13:20, 15:1, 31:4, 31:20, 44:7
**YORK** [14] - 3:16, 5:23, 6:9, 6:12, 8:8, 11:5, 17:25, 26:13, 28:18, 28:25, 40:14, 41:9, 52:15, 52:24
**York** [6] - 11:5, 17:25, 26:14, 40:14, 48:7, 52:15
**young** [2] - 7:15, 16:3
**yourself** [1] - 16:7

## Z

**zeroed** [1] - 39:7
**Zielie** [2] - 63:9, 63:13
**ZIELIE** [2] - 1:19, 63:12
**Zink** [8] - 45:3, 45:4, 45:5, 45:16, 45:18, 46:9, 46:12