Minute Entry
Barbier, J.
April 16, 2013
JS 10:  7hr. 42 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | JODI SIMCOX (AM)<br>KAREN IBOS (PM) |

NON-JURY TRIAL
(Day twenty-eight)

TUESDAY, APRIL 16, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Court resumes.

Transocean offers list of exhibits/demonstratives regarding Arthur Zatarain: ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding Lee Lambert: ORDERED admitted. (see attached)

Witnesses: John Guide, previously sworn and testified.
           Earl Shanks, sworn and testified. (Expert)

BP offers expert and rebuttal reports of Earl Shanks, Trex 40008 and Trex 40020: ORDERED admitted.

Witnesses:  Larry McMahan, by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Frank Patton, by video deposition. Transcript of deposition excerpt accepted and filed into the record.
Leo Lindner, by video deposition. Transcript of deposition excerpt accepted and filed into the record.

BP offers flash drives regarding exams of Larry McMahan, Frank Patton Leo Lindner, played in court on 4/16/13: ORDERED admitted.

Court recesses at 5:41 p.m.

Court will resume on Wednesday, April 17, 2013 at 8:00 a.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, Chris Keegan, Paul Collier