# TRANSOCEAN'S LIST OF EXHIBITS FOR THE
# EXAMINATION OF ARTHUR ZATARAIN (4/11/2013)

Transocean offers the following exhibits it used during its April 11, 2013 cross-examination of Arthur Zatarain into evidence:

**Trial Exhibits**

*admitted 4/11/2013 SK*

- TREX 1195.223.2.TO (Callout)
- TREX 3130 (Exhibit)
- TREX 3130.37.1.TO (Callout)
- TREX 3797.4.1.TO (Callout)
- TREX 5097 (Exhibit)
- TREX 5097.1.1.TO (Callout)
- TREX 5097.6.1.TO (Callout)
- TREX 5102.3.1.TO (Callout)
- TREX 5154.1.1.TO (Callout)
- TREX 5154.2.1.TO (Callout)
- TREX 5165.1.1.TO (Callout)
- TREX 5165.2.2.TO (Callout)
- TREX 5165.2.3.TO (Callout)
- TREX 7406 (Exhibit)
- TREX 7406.12.1.TO (Callout)
- TREX 7410 (Exhibit)
- TREX 7410.1 (Excerpt)
- TREX 7410.2.1.TO (Callout)
- TREX 22740.29.1.TO (Callout)
- TREX 40009.14.1.TO (Callout)
- TREX 40009.16.2.TO (Callout)
- TREX 40009.16.5.TO (Callout)
- TREX 40009.16.7.TO (Callout)
- TREX 40009.22.1.TO (Callout)
- TREX 40009.23.4.TO (Callout)
- TREX 43093.59.1.TO (Callout)
- TREX 43093.63.1.TO (Callout)
- TREX 43093.64.1.TO (Callout)
- TREX 43093.64.2.TO (Callout)
- TREX 52683 (Exhibit)
- TREX 52683.1.1.TO (Callout)
- TREX 52683.787.1.TO (Callout)
- TREX 75235 (Redacted Exhibit)
- TREX 75235.1.2.TO (Callout)

**Demonstratives**

- D4898a.1.TO (Callout)

PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Lee Lambert on 4/10/2013

| NUMBER | DESCRIPTION | ADMISSION / PAGES |
|---|---|---|
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| 2159.1.1.PSC | Callout of Deepwater Module 4: Deepwater Well Startup | Callout |
| 2157.2.1.PSC | Callout of Interview of Lee Lambert | Callout |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| 2152.1.1.PSC | Callout of E-Mail - From: Morel, Brian P Sent: 6:40 AM - Subject: FW: Ops Note | Callout |
| 2152.1.2.PSC | Callout of E-Mail - From: Morel, Brian P Sent: 6:40 AM - Subject: FW: Ops Note | Callout |

admitted 4/16/2013 SK