UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates To: 2:10-cv-08888-CJB-SS | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * *

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

**COME NOW,** through undersigned counsel, various Claimants as set forth on Exhibit "A" ("Claimants"), who move this Court to allow the filing of multiple Short Form Joinders in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and in the Master Complaint [Rec. Doc. 879] for private economic losses and property damage claims ("B1 Bundle") filed in MDL No. 2179, and as grounds show the court as follows:

1. This Court established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted undersigned counsel after the Court's deadline seeking assistance in filing a claim for damages incurred as a result of the *Deepwater Horizon* explosion and resultant oil spill.

00223054.WPD

4. Claimants were unaware of the Court's deadlines, had not yet fully realized their damages, or were unaware of the availability of the Short Form Joinder generally. As a result, Claimants did not meet the deadline as set by the Court.

5. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. No Action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. Claimants set forth on Exhibit "A" respectfully request the Court allow their Short Forms to be added to the present action. Therefore, for good cause and without resulting prejudice, Claimants submit the proposed list of plaintiffs whose Short Forms have been filed in 2:10-cv-08888, attached as Exhibit A.

WHEREFORE, Claimants set forth on Exhibit "A" request that the Court grant their motion to include and accept the Short Form Joinders in the pending limitation action and in the Master Complaint [Rec. Doc. 879] filed in MDL No. 2179, and that the Court deem said Short Form Joinders as timely filed.

Respectfully Submitted,

**BURGLASS & TANKERSLEY, L.L.C.**

/s/ Scott O. Gaspard
**BRUCE D BURGLASS, JR., ESQ. (14112) T.A.**
**SCOTT O. GASPARD, ESQ. (#23747)**
5213 Airline Drive
Metairie, Louisiana 70001-55602
Phone:   (504) 836-0405
Telefax:  (504) 287-0445
E-Mail:  bburglass@burglass.com
E-Mail:  sgaspard@burglass.com

00223054.WPD

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 17, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis File & Serve to all counsel of record.

                                        /s/ Scott O. Gaspard

                                        Scott O. Gaspard, Esq.