UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | SECTION: J |
| on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| 2:10-cv-08888-CJB-SS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

**COME NOW,** through undersigned counsel, various Claimants as set forth on Exhibit "A" ("Claimants"), who file this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline. Claimants set forth on Exhibit "A" filed late short forms and are joint claimants for the purpose of this motion. These Claimants seek to have this Honorable Court accept Claimants' late filed claims in the Transocean limitation proceeding for the following reasons:

1. Claimants set forth on Exhibit "A" contacted counsel after the Court established deadline of September 16, 2011, seeking assistance for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

2. Because Claimants were unaware of the Court established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court established filing system under the action 2:10-cv-0888 CJB-

SS. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the Court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir, 1993)).

5. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, Claimants set forth on Exhibit "A" respectfully request that the Court accept their late filed short forms as timely filed and grant the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline.

Respectfully Submitted,

**BURGLASS & TANKERSLEY, L.L.C.**

/s/ Scott O. Gaspard
**BRUCE D BURGLASS, JR., ESQ. (14112) T.A.**
**SCOTT O. GASPARD, ESQ. (#23747)**
5213 Airline Drive
Metairie, Louisiana 70001-55602
Phone:   (504) 836-0405
Telefax:  (504) 287-0445
E-Mail:  bburglass@burglass.com
E-Mail:  sgaspard@burglass.com

00223060.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis File & Serve to all counsel of record.

/s/ Scott O. Gaspard
Scott O. Gaspard, Esq.

00223060.WPD