UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | SECTION: J |
| on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| 2:10-cv-08888-CJB-SS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## EXHIBIT "A"

| CLAIMANT NAME | FILING DATE | SHORT FORM DOCUMENT NUMBERS |
|---|---|---|
| 1. Pelican General Insurance Agency, LLC | 4/17/2013 | 130460 |
| 2. Gulf Coast Marine, LLC | 4/17/2013 | 130651 |