UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | SECTION: J |
| on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |
| 2:10-cv-08888-CJB-SS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING Claimants' Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline;

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Forms Joinders filed by the Claimants listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888 shall be considered timely filed answers and claims in the Transocean Limitation, (Civil Action No. 10-2771), as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

New Orleans, Louisiana, this the ____ day of _____, 2013.

_____
Honorable Carl J. Barbier
United States District Judge

00223059.WPD