UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO:**
*Wolf Bay, LLC, et al v. BP Exploration & Production, Inc., et al*
*Civil Action Number 12-cv-02663*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT** comes Plaintiffs' Counsel/Proposed Class Counsel who respectfully give notice to this Honorable Court that the Plaintiffs are dismissing the Complaint in this matter, without prejudice and, in support thereof, would say the following:

1. This matter, having been filed on November 1, 2012, was stayed pursuant to certain pretrial orders in MDL 2179;

2. There has been no certification, no Defendant has answered, and no Defendant has filed any dispositive motions;

3. The Advisory Committee notes to the 2003 amendments to the Federal Rules of Civil Procedure state: "Rule 23(e)(1) is revised to delete the requirement that the parties must win court approval for a precertification dismissal or settlement."; and,

4. Accordingly, the plaintiffs respectfully give notice to this Honorable Court of that their Dismissal Without Prejudice is appropriate.

**WHEREFORE**, for the foregoing reasons, the Plaintiffs respectfully give notice to this Honorable Court they are dismissing the complaint in this matter, pursuant to Federal Rules of Civil Procedure Rule 23(e)(1), without prejudice.

This, the 11th day of April, 2013.

Respectfully submitted,

| /s Frederick T. Kuykendall, III | /s Ronnie G. Penton |
|---|---|
| **s/Frederick T. Kuykendall, III** | **/s Ronnie G. Penton** |
| AL Bar No. ASB4462A59F | LA Bar No. #10462 |
| Federal Bar No.: KUYF4462 | THE PENTON LAW FIRM |
| KUYKENDALL & ASSOCIATES, LLC | 209 Hoppen Place |
| 23937 US Hwy 98, Suite 3 | Bogalusa, Louisiana 70427 |
| Fairhope, AL 36532 | Phone: (985) 732-5651 |
| Phone: (251) 928-4008 | Fax: (985) 735-5579 |
| Fax: (205) 453-0042 | Email:fedcourtmail@rgplaw.com |
| Plaintiffs' Counsel | Plaintiffs' Counsel |

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing pleading will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of April, 2013.

| | |
|---|---|
| /s Frederick T. Kuykendall, III____ | /s Ronnie G. Penton_____ |
| **s/Frederick T. Kuykendall, III** | **/s Ronnie G. Penton** |
| AL Bar No. ASB4462A59F | LA Bar No. #10462 |
| Federal Bar No.: KUYF4462 | THE PENTON LAW FIRM |
| KUYKENDALL & ASSOCIATES, LLC | 209 Hoppen Place |
| 23937 US Hwy 98, Suite 3 | Bogalusa, Louisiana 70427 |
| Fairhope, AL 36532 | Phone: (985) 732-5651 |
| Phone: (251) 928-4008 | Fax: (985) 735-5579 |
| Fax: (205) 453-0042 | Email: fedcourtmail@rgplaw.com |
| Plaintiffs' Counsel | Plaintiffs' Counsel |