| CLAIMANTS NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| HARRISON COUNTY TOURISM COMMISSION | 4-15-13 | 260 |
| MISSISSIPPI COAST COLISEUM AND CONVENTION CENTER | 4-15-13 | 261 |
|  |  |  |

**EXHIBIT "A"**