UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: 10-8888 | * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW COMES various Claimants as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought Triton Asset Leasing GmbH, Transocean Holdings, L.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claims contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. The acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,*, 313 F.3d 359, 362 (5th Cir. 1963).

6. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimants respectfully request that the Court grant Movant's Motion for Acceptance of the Short Form Joinders Filed Beyond The April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

*Glago Law Firm, LLC*

/s/Joseph "Joey" F. LaHatte, III
_____

**Mark P. Glago, Bar No. 25395**
**Joseph "Joey" F. LaHatte, III Bar No. 31224**
First Bank and Trust Tower
29th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 599-8666
Facsimile: (504) 599-8699
Email: MGlago@GlagoLawFirm.com
JLahatte@GlagoLawFirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/Joseph "Joey" F. LaHatte, III
_____
Joseph "Joey" F. LaHatte, III

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: 10-8888 | * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the Motion For Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011 Deadline:

It is ORDERED that the Motion For Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders No. 24 and 25.

Signed this _____day of _____, 2013

_____
Honorable Carl J. Barbier, U.S. District Court Judge

# Exhibit "A"

| Date of Filing | SF# | Claimant Name |
| --- | --- | --- |
| 04/17/2013 | 130468 | Short-Form Joinder of Janelle Johnson, 2141.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130470 | Short-Form Joinder of Danny Gaines, 8536.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130472 | Short-Form Joinder of Demetria Gaines, 8746.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130474 | Short-Form Joinder of Derrick Green, 0919.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130477 | Short-Form Joinder of Shene Growe, 6709.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130479 | Short-Form Joinder of Brandon Harris, 8373.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130483 | Short-Form Joinder of Winona Harris, 7704.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130486 | Short-Form Joinder of Royal Hawthorne, 1885.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130488 | Short-Form Joinder of Ruthie Mosbey, 8083.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130489 | Short-Form Joinder of Frank Mike, 9556.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130491 | Short-Form Joinder of Chad Phillips, 9095.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130493 | Short-Form Joinder of Eron Henderson, 2971.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130495 | Short-Form Joinder of Barry Harris, 4249.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130496 | Short-Form Joinder of Troy Gause, 8327.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130499 | Short-Form Joinder of Courtney Fulgham, 0150.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130501 | Short-Form Joinder of Torris Jackson, 2463.(Glago, Mark) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/17/2013 | 130503 | Short-Form Joinder of Jonathan Henderson, 6414.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130506 | Short-Form Joinder of Lawrence Jacques, 8212.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130508 | Short-Form Joinder of Jenisha Reno, 2473.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130510 | Short-Form Joinder of Donald Rideau, 4565.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130511 | Short-Form Joinder of Joseph Rivera, 8609.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130513 | Short-Form Joinder of Corey Jumpiere, 2404.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130515 | Short-Form Joinder of Ernest Kendrick, 0954.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130517 | Short-Form Joinder of Linda Kennard, 3690.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130518 | Short-Form Joinder of Michael LaGarde, 5697.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130519 | Short-Form Joinder of Jacques Lee, 4931.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130520 | Short-Form Joinder of Whitney Peters, 9580.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130522 | Short-Form Joinder of Frank Newton, 9376.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130524 | Short-Form Joinder of Michelle Smith, 0095.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130525 | Short-Form Joinder of Jonathan Square, 2607.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130526 | Short-Form Joinder of Shana Sullivan, 2227.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130527 | Short-Form Joinder of Wayne Sullivan, 3166.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130528 | Short-Form Joinder of Abdula Miles, 8166.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130529 | Short-Form Joinder of Gabriel Navarro, 9969.(Glago, Mark) (Entered: 04/17/2013) |

| 04/17/2013 | 130530 | Short-Form Joinder of Valerie Lightell, 0884.(Glago, Mark) (Entered: 04/17/2013) |
|---|---|---|
| 04/17/2013 | 130531 | Short-Form Joinder of Derrick Lee, 1577.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130532 | Short-Form Joinder of Nathaniel Rogers, 5745.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130533 | Short-Form Joinder of Dwayne Perrin, 8542.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130534 | Short-Form Joinder of Aljay Smith, 4031.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130535 | Short-Form Joinder of Emmett Barthelemy, 6587.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130536 | Short-Form Joinder of Cory Arabie, 2569.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130537 | Short-Form Joinder of Terrence Anderson, 2971.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130538 | Short-Form Joinder of Cory Antoine, 5057.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130539 | Short-Form Joinder of Judles Arbuthnot, 8905.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130540 | Short-Form Joinder of Darlene Arrington, 8905.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130541 | Short-Form Joinder of James Arrington, 7194.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130542 | Short-Form Joinder of Murphy Battley, 5832.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130544 | Short-Form Joinder of Waris Sabree, 0337.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130546 | Short-Form Joinder of Brandon Duplessis, 2288.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130547 | Short-Form Joinder of James Bibbins, 5496.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130548 | Short-Form Joinder of Jason Blanchard, 1563.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130549 | Short-Form Joinder of Jonathan Braud, 9215.(Glago, Mark) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/17/2013 | 130550 | Short-Form Joinder of Wesley Breen, 6529.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130552 | Short-Form Joinder of Kirsten Broussard, 4536.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130553 | Short-Form Joinder of Brad Brown, 6995.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130558 | Short-Form Joinder of Evans Brown, 7600.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130560 | Short-Form Joinder of Davin Adams, 5948.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130561 | Short-Form Joinder of Joseph St. Val, 3195.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130563 | Short-Form Joinder of Devrick Charles, 7500.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130565 | Short-Form Joinder of Estelle Campbell, 2910.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130566 | Short-Form Joinder of Ellie Brister, 8416.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130578 | Short-Form Joinder of Adele Borie, 6521.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130579 | Short-Form Joinder of Benny Benefield, 6063.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130580 | Short-Form Joinder of Drazell Denson, 6705.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130581 | Short-Form Joinder of Morris Charles, 7500.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130584 | Short-Form Joinder of Alex Clark, 0075.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130585 | Short-Form Joinder of Brandon Craig, 1058.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130586 | Short-Form Joinder of Brandi Digeorge, 5703.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130588 | Short-Form Joinder of Emanuel Warren, 1469.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130589 | Short-Form Joinder of Cecil Wattigney, 5313.(Glago, Mark) (Entered: 04/17/2013) |

| 04/17/2013 | 130591 | Short-Form Joinder of Edward Weber, 6008.(Glago, Mark) (Entered: 04/17/2013) |
|---|---|---|
| 04/17/2013 | 130594 | Short-Form Joinder of Gregory Duvall, 6189.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130597 | Short-Form Joinder of Joycelyn Farve, 1544.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130600 | Short-Form Joinder of Joshua Fink, 1544.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130601 | Short-Form Joinder of Julian Mamolo, 3118.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130606 | Short-Form Joinder of Louis Ruddick, 4175.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130608 | Short-Form Joinder of Kenneth Sylve, 3773.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130610 | Short-Form Joinder of Shawn Touchet, 8154.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130613 | Short-Form Joinder of Chad Westley, 2456.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130615 | Short-Form Joinder of Bryant Williams, 1956.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130617 | Short-Form Joinder of Demond Williams, 0735.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130619 | Short-Form Joinder of Quinessa Williams, 3524.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130621 | Short-Form Joinder of Emmette Sylve, 6138.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130623 | Short-Form Joinder of Keith Jones, 3140.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130624 | Short-Form Joinder of Darrin Elliott, 3202.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130626 | Short-Form Joinder of Gerald Watson, 2295.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130628 | Short-Form Joinder of Benjamin Vodopija, 7033.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130629 | Short-Form Joinder of Neal Williams, 0003.(Glago, Mark) (Entered: 04/17/2013) |

| 04/17/2013 | 130630 | Short-Form Joinder of Randy Wilkinson, 0829.(Glago, Mark) (Entered: 04/17/2013) |
| --- | --- | --- |
| 04/17/2013 | 130631 | Short-Form Joinder of Luis Zepeda, 6737.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130633 | Short-Form Joinder of Leo Wilson, 4770.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130634 | Short-Form Joinder of Rhonda Williams, 7350.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130636 | Short-Form Joinder of Terrance Williams, 2746.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130637 | Short-Form Joinder of Dwayne Wright, 2675.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130640 | Short-Form Joinder of David Yochim, 9482.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130641 | Short-Form Joinder of Theron Weber, 8740.(Glago, Mark) (Entered: 04/17/2013) |