# Exhibit "A"

| Date of Filing | SF# | Claimant Name |
|---|---|---|
| 04/17/2013 | 130468 | Short-Form Joinder of Janelle Johnson, 2141.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130470 | Short-Form Joinder of Danny Gaines, 8536.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130472 | Short-Form Joinder of Demetria Gaines, 8746.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130474 | Short-Form Joinder of Derrick Green, 0919.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130477 | Short-Form Joinder of Shene Growe, 6709.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130479 | Short-Form Joinder of Brandon Harris, 8373.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130483 | Short-Form Joinder of Winona Harris, 7704.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130486 | Short-Form Joinder of Royal Hawthorne, 1885.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130488 | Short-Form Joinder of Ruthie Mosbey, 8083.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130489 | Short-Form Joinder of Frank Mike, 9556.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130491 | Short-Form Joinder of Chad Phillips, 9095.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130493 | Short-Form Joinder of Eron Henderson, 2971.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130495 | Short-Form Joinder of Barry Harris, 4249.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130496 | Short-Form Joinder of Troy Gause, 8327.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130499 | Short-Form Joinder of Courtney Fulgham, 0150.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130501 | Short-Form Joinder of Torris Jackson, 2463.(Glago, Mark) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/17/2013 | 130503 | Short-Form Joinder of Jonathan Henderson, 6414.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130506 | Short-Form Joinder of Lawrence Jacques, 8212.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130508 | Short-Form Joinder of Jenisha Reno, 2473.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130510 | Short-Form Joinder of Donald Rideau, 4565.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130511 | Short-Form Joinder of Joseph Rivera, 8609.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130513 | Short-Form Joinder of Corey Jumpiere, 2404.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130515 | Short-Form Joinder of Ernest Kendrick, 0954.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130517 | Short-Form Joinder of Linda Kennard, 3690.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130518 | Short-Form Joinder of Michael LaGarde, 5697.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130519 | Short-Form Joinder of Jacques Lee, 4931.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130520 | Short-Form Joinder of Whitney Peters, 9580.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130522 | Short-Form Joinder of Frank Newton, 9376.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130524 | Short-Form Joinder of Michelle Smith, 0095.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130525 | Short-Form Joinder of Jonathan Square, 2607.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130526 | Short-Form Joinder of Shana Sullivan, 2227.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130527 | Short-Form Joinder of Wayne Sullivan, 3166.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130528 | Short-Form Joinder of Abdula Miles, 8166.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130529 | Short-Form Joinder of Gabriel Navarro, 9969.(Glago, Mark) (Entered: 04/17/2013) |

| 04/17/2013 | 130530 | Short-Form Joinder of Valerie Lightell, 0884.(Glago, Mark) (Entered: 04/17/2013) |
|---|---|---|
| 04/17/2013 | 130531 | Short-Form Joinder of Derrick Lee, 1577.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130532 | Short-Form Joinder of Nathaniel Rogers, 5745.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130533 | Short-Form Joinder of Dwayne Perrin, 8542.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130534 | Short-Form Joinder of Aljay Smith, 4031.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130535 | Short-Form Joinder of Emmett Barthelemy, 6587.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130536 | Short-Form Joinder of Cory Arabie, 2569.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130537 | Short-Form Joinder of Terrence Anderson, 2971.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130538 | Short-Form Joinder of Cory Antoine, 5057.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130539 | Short-Form Joinder of Judles Arbuthnot, 8905.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130540 | Short-Form Joinder of Darlene Arrington, 8905.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130541 | Short-Form Joinder of James Arrington, 7194.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130542 | Short-Form Joinder of Murphy Battley, 5832.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130544 | Short-Form Joinder of Waris Sabree, 0337.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130546 | Short-Form Joinder of Brandon Duplessis, 2288.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130547 | Short-Form Joinder of James Bibbins, 5496.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130548 | Short-Form Joinder of Jason Blanchard, 1563.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130549 | Short-Form Joinder of Jonathan Braud, 9215.(Glago, Mark) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/17/2013 | 130550 | Short-Form Joinder of Wesley Breen, 6529.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130552 | Short-Form Joinder of Kirsten Broussard, 4536.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130553 | Short-Form Joinder of Brad Brown, 6995.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130558 | Short-Form Joinder of Evans Brown, 7600.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130560 | Short-Form Joinder of Davin Adams, 5948.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130561 | Short-Form Joinder of Joseph St. Val, 3195.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130563 | Short-Form Joinder of Devrick Charles, 7500.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130565 | Short-Form Joinder of Estelle Campbell, 2910.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130566 | Short-Form Joinder of Ellie Brister, 8416.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130578 | Short-Form Joinder of Adele Borie, 6521.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130579 | Short-Form Joinder of Benny Benefield, 6063.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130580 | Short-Form Joinder of Drazell Denson, 6705.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130581 | Short-Form Joinder of Morris Charles, 7500.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130584 | Short-Form Joinder of Alex Clark, 0075.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130585 | Short-Form Joinder of Brandon Craig, 1058.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130586 | Short-Form Joinder of Brandi Digeorge, 5703.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130588 | Short-Form Joinder of Emanuel Warren, 1469.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130589 | Short-Form Joinder of Cecil Wattigney, 5313.(Glago, Mark) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/17/2013 | 130591 | Short-Form Joinder of Edward Weber, 6008.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130594 | Short-Form Joinder of Gregory Duvall, 6189.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130597 | Short-Form Joinder of Joycelyn Farve, 1544.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130600 | Short-Form Joinder of Joshua Fink, 1544.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130601 | Short-Form Joinder of Julian Mamolo, 3118.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130606 | Short-Form Joinder of Louis Ruddick, 4175.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130608 | Short-Form Joinder of Kenneth Sylve, 3773.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130610 | Short-Form Joinder of Shawn Touchet, 8154.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130613 | Short-Form Joinder of Chad Westley, 2456.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130615 | Short-Form Joinder of Bryant Williams, 1956.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130617 | Short-Form Joinder of Demond Williams, 0735.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130619 | Short-Form Joinder of Quinessa Williams, 3524.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130621 | Short-Form Joinder of Emmette Sylve, 6138.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130623 | Short-Form Joinder of Keith Jones, 3140.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130624 | Short-Form Joinder of Darrin Elliott, 3202.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130626 | Short-Form Joinder of Gerald Watson, 2295.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130628 | Short-Form Joinder of Benjamin Vodopija, 7033.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130629 | Short-Form Joinder of Neal Williams, 0003.(Glago, Mark) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/17/2013 | 130630 | Short-Form Joinder of Randy Wilkinson, 0829.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130631 | Short-Form Joinder of Luis Zepeda, 6737.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130633 | Short-Form Joinder of Leo Wilson, 4770.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130634 | Short-Form Joinder of Rhonda Williams, 7350.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130636 | Short-Form Joinder of Terrance Williams, 2746.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130637 | Short-Form Joinder of Dwayne Wright, 2675.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130640 | Short-Form Joinder of David Yochim, 9482.(Glago, Mark) (Entered: 04/17/2013) |
| 04/17/2013 | 130641 | Short-Form Joinder of Theron Weber, 8740.(Glago, Mark) (Entered: 04/17/2013) |