UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * | Civil Action No. 10-2771 MDL No. 2179 |
| THIS DOCUMENT RELATES TO: IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | Section: J |

## ORDER

**CONSIDERING** CLAIMANTS Michael Ellis, James Harrell, Jr., Bellagio Developers, LLC, Linda Gabbett, Ronald Gabbett, Perdido Investments, LLC, Mobile Bay Partnership, LLC, Florencia Development, LLC, B&B Orange Beach Development, LLC, Elaine Drake, Caribe East, LLC, Carson Kimbrough, Todd Martin, Fort Morgan Paradise Joint Venture, West Dauphin, LLC, Starr Boykin, Jan Miller, Frances Jay, and Ocllo Mason, Sandra Kuwica, and Norton Family Properties, LLC's Motion for Leave to File an Answer and Claim in the Limitation beyond the monition date:

**IT IS ORDERED** that Claimants be and are hereby granted leave to file an Answer and Claim in the Limitation.

**SIGNED** in New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**U.S. District Court Judge**