UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAGISTRATE SUSHAN |
| **Pappas Restaurants, Inc.**   *Plaintiffs*, | * * * | |
| v. | * * | CASE NO. 10-4429 |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Anadarko Petroleum Corporation Co.; Anadarko E&P Company LP; Halliburton Energy Services, Inc.; M-I, LLC; Cameron International Corporation; Weatherford U.S. LP MOEX Offshore 2007 LLC; MOEX USA Corporation; Mitsui Oil Exploration Co., Ltd.;   *Defendants*. | * * * * * * * * * * * | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Pappas Restaurants, Inc. ("Pappas") respectfully requests leave of Court, pursuant to FED. R. CIV. P. 15(a)2, to permit the filing of Plaintiff's First Amended Complaint (attached as Ex. A hereto) and in support provides the attached Memorandum (*See* Ex. B) and would show the Court as follows:

**I.**

1.    Pappas seeks leave of court to file its First Amended Complaint for Damages, which (1) adds additional party Defendants and (2) supplements, clarifies, and/or amends

Pappas' factual allegations and claims described in Pappas' Original Texas State Court Petition.

2.   FED. R. CIV. P. 15(a)2 provides that a "court should freely give leave when justice so requires."  Since this action was filed, Pappas has obtained additional information as to the identities of necessary parties and relevant facts surrounding the Deepwater Horizon explosion and subsequent oil spill.  As a result, it has become necessary for Pappas to file the attached First Amended Complaint to account for these additional parties and information.

3.   Pappas request for leave to amend and requests that the attached First Amended Complaint be effective as of the date of this filing, April 18, 2013.

## II.

Plaintiff respectfully request leave of court to file its Frist Amended Complaint.

**DATED: April 18, 2013**

Respectfully Submitted,

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas Bar No:  24032461
Noah M. Wexler
Texas Bar No: 24060816
Arnold & Itkin LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
713.222.3800 Phone
713.222.3850 Fax

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on April 18, 2013.

                                                   */s/ Jason A. Itkin*
                                                   Jason A. Itkin