UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |
| **Pappas Restaurants, Inc.**<br>    *Plaintiffs*,<br><br>v.<br><br>BP Exploration & Production, Inc.;<br>BP America Production Company; BP p.l.c.;<br>Anadarko Petroleum Corporation Co.;<br>Anadarko E&P Company LP;<br>Halliburton Energy Services, Inc.; M-I, LLC;<br>Cameron International Corporation;<br>Weatherford U.S. LP<br>MOEX Offshore 2007 LLC;<br>MOEX USA Corporation;<br>Mitsui Oil Exploration Co., Ltd.;<br>    *Defendants*. | * * * * * * * * * * * * * * * * * | CASE NO. 10-4429 |

PLAINTIFF'S MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff Pappas Restaurants, Inc. ("Pappas") respectfully requests leave of Court, pursuant to Fed. R. Civ. P. 15(a)2, to permit the filing of Plaintiff's First Amended Complaint (attached as Ex. A hereto) and in support shows the Court as follows:

I.

**Procedural Background**

1.   This matter was originally filed in Galveston County, Texas on May 13, 2010. On May 28, 2010, Defendant Cameron International Corporation filed its Notice of Removal. In response, Pappas filed a Motion to Remand in the Southern District of Texas on June 24, 2010.

2.      Prior to ruling on Pappas' Motion to Remand, Defendants filed a Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation. A Transfer Order was then entered on November 30, 2010.[1]

3.      Pappas's Original Texas State Court Petition and Motion to Remand remain pending before this Court.

## II.

### The Court Should Grant Pappas' Request For Leave to Amend

4.      FED. R. CIV. P. 15(a)2 provides that a "court should freely give leave when justice so requires." Since this action was filed, Pappas has obtained additional information as to the identities of necessary parties and relevant facts surrounding the Deepwater Horizon explosion and subsequent oil spill. As result it has become necessary for Pappas to file the attached First Amended Complaint to address these additional parties and information.

5.      No prejudice will result from the acceptance of this proposed filing.

6.      The applicable limitations period for Pappas' claims have not yet run.

7.      Pappas request for leave to amend pursuant to FED. R. CIV. P. 15(a)2, and that the attached First Amended Complaint be effective as of the date of this filing, April 18, 2013.

## III.

### Conclusion

Plaintiff respectfully request that this Court grant its Motion For Leave to file Plaintiff's First Amended Complaint and deem said filing to be effective as of the date of this motion, April 18, 2013.

**DATED: April 18, 2013**

---

[1] Rec. Doc. No. 34.

Respectfully Submitted,

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas Bar No: 24032461
Noah M. Wexler
Texas Bar No: 24060816
Arnold & Itkin LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
713.222.3800 Phone
713.222.3850 Fax

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on April 18, 2013.

*/s/ Jason A. Itkin*
Jason A. Itkin