# EXHIBIT "D"

# Appendix A: Map of the Macondo Well, MC 252 Lease OCS-G 32306



Mississippi Canyon
Block 252
OCS-G 32306
Macondo
Well No. 1
Offshore Louisiana