# EXHIBIT "F"



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Buoyancy Casing Analysis

# REPORT

# Rev. 0

September 2010

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**List of Figures & Tables**                                             9/22/2010 Rev. 0

| **Title** | | **Page No.** |
|---|---|---|
| Quality Assurance Page | | |
| List of Figures & Tables | | |
| Section 1 | Introduction | |
| Section 2 | Executive Summary | |
| Section 3 | Calculations & Figures | |
| Section 4 | Basis of Calculations | |
| | Casing weight | |
| | Effect of temperature on casing dimensions | |
| | Effect of pressure on casing dimensions | |
| | Differential pressures | |
| | Material properties | |
| | Weight on fluids inside casing | |
| | Weight of displaced fluids outside casing | |
| | Crossover dimensions | |
| | Seal area calculations | |
| Section 5 | HYSYS Calculations | |
| Section 6 | List of References | |
| Appendix A | List of Abbreviations | |
| Appendix B | Material Supplied by BOEMRE | |



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

## Quality Assurance

9/22/2010 Rev. 0

The scope of this report is limited to the matters expressly covered.  This report is prepared exclusively for and at the request of the BOEMRE.  In preparing this report, Keystone Engineering Inc has relied on information provided by the BOEMRE.  KEI has made no independent investigation as to the accuracy of the information provided and has assumed the information is accurate and complete.

All findings and conclusions stated in this report are based upon the information as it existed at the time of the report.  Changes to the information may affect the findings and conclusions.

In the course of this investigation, KEI had conversations with persons not on the investigation team and this report draws upon the members understanding of those conversations.   The investigation team did not record or produce verbatim transcripts of those conversations nor did the team ask the other parties to review or endorse the notes taken by the team members.

Graphics are used to depict information and conditions;  these may be simplified or not to scale.  They are intended as an aid to the reader in the context of the report.

The view, opinions, and/or findings contained in this report are those of the author(s) and should not be construed as an official Government position, policy or decision, unless so designated by other documentation.

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**List of Figures & Tables**                                           9/22/2010 Rev. 0

## List of Figures

Figure 3.1 – Condition 1

Figure 3.2 – Condition 2

Figure 3.3 – Condition 3

Figure 3.4 – Condition 4

Figure 3.5 – Condition 5

Figure 3.6 – Condition 6

Figure 3.7 – Condition 7

Figure 3.8 – Condition 8

## List of Tables

Table 3.1 – Condition 1

Table 3.2 – Condition 2

Table 3.3 – Condition 3

Table 3.4 – Condition 4

Table 3.5 – Condition 5

Table 3.6 – Condition 6

Table 3.7 – Condition 7

Table 3.8 – Condition 8



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Section 1 - Introduction

9/22/2010 Rev. 0

## Objective

Keystone Engineering Inc (KEI) was contracted by the Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) to review the design of the BP Macondo Well 9-7/8" by 7" production casing and its hanger and to calculate the static forces acting upon the casing to determine if they could lift the casing and hanger from its design location.  The deliverables are:

- Calculation of buoyancy force acting on the 9-7/8" by 7" production casing
- Calculation of forces on the
    - Bottom of the 7" casing
    - Crossover of the 9-7/8" by 7" casing
    - 9-7/8" by 7" casing hanger

The BOEMRE provided KEI with data that included a wellbore schematic, a casing crossover schematic, reports from cement service providers and drilling reports.  The data is listed in the Appendix B.

## Method

A spreadsheet model of the wellbore was developed which considered the properties of the annulus casing, production casing, fluids in both the annulus and production casing, and formation temperatures at wellbore depths.  This data was derived from the information provided by BOEMRE.

Several possible operating conditions were considered and eight were chosen for detailed calculations. The conditions are:

- Condition 1 - Wellbore as designed with the cement complete as designed.  The design includes 14 ppg mud in the annulus up to the seal/hanger at the 5061 foot depth and the production casing up to the Rig Kelly Bushing (RKB).  (See Fig 3.1.)
- Condition 2 - Communication through the cement to the annulus that allows the pressure at the bottom of the annulus to drop to the reservoir pressure.  The annulus is still full of 14 ppg mud up to the seal at the 5061 feet.  Production casing is full of 14 ppg mud.  (See Fig 3.2.)
- Condition 3 - Communication through the cement to the annulus that allows production fluid into the annulus.  Annulus is filled with production fluid up to the seal at the 5061 feet.  Production casing is full of 14 ppg mud.  (See Fig 3.3.)
- Condition 4 - Communication through the cement to the annulus that allows production fluid into the annulus.  Annulus is filled with production fluid up to the seal at the 5061 feet.  The production casing is filled with gel, seawater and mud.  The mud level is at 8367 feet, which is the depth of the drill string in the wellbore schematic.  (See Fig 3.4.)
- Condition 5 - Communication through the cement that allows production fluid into the production casing.  Annulus is filled with 14 ppg mud up to the seal at the 5061 feet.  The production casing is filled with gel, seawater and mud.  The mud level is at 8367 feet which is the depth of the drill string in the wellbore schematic.  (See Fig 3.5.)
- Condition 6 - Communication through the cement that allows production fluid into the production casing.  Annulus is filled with production fluid up to the seal at the 5061 feet.  The production casing is filled with static production fluid.  (See Fig 3.6.)



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

- Condition 7 - Communication through the cement that allows production fluid into the production casing.  Annulus is filled with 14 ppg mud up to the seal at 5061 feet.  The production casing is filled with static production fluid.  (See Fig 3.7.)
- Condition 8 - Communication through the cement that allows production fluid into the production casing.  Annulus is filled with production fluid up to the seal at 5061 feet. The production casing is filled with static production fluid.  The pressure in the casing at 5061feet is set to 2358 psi, which is the pressure from Condition 5 with gel and seawater in the casing above the wellhead.  This is a close approximation to the pressure if the production fluid is flowing to the surface.  The production fluid is not modeled in HSYS since the flow rate is not known.  This condition will give an estimate of the highest pressure in the annulus and the lowest pressure in the casing.  (See Figure 3.8)

These conditions are detailed in Section 3 of this report.  Diagrams showing the fluid levels and the pressures are included for each condition.

The production casing was considered to have been set on its hanger while the cement was still fluid so the weight of the casing is supported by the hanger only and no axial support is given by the cement or the bottom of the hole.  Without this assumption, the forces on the hanger cannot be determined.

The buoyant forces in each condition are developed using the principle of Archimedes that the buoyant force on a submerged object is the weight of the displaced fluid.  The force varies depending on the weight of the fluid in the annulus; in this study the fluid is either 14 ppg mud or production fluid from the reservoir.  The shape of the object has no effect on the buoyant force, so the pressure differentials at the 9-7/8" by 7" crossover have no effect.

The differential pressure between the annulus and the interior of the production casing will cause the casing dimensions to change from the nominal design.  The amount of deformation was calculated to determine the effect.  The temperature of the casing will also change the dimensions, and those changes were determined.  The calculations are included in Section 4.

The production casing is made of Q-125 steel (9-7/8") and HC-125 steel (7").  These steels are classified as Low Chrome Moly steels.  The properties of Chrome Moly steels were taken from the table for "Low Chrome Moly steels, chrome < 3%" from ANSI B31.3.  The properties are included in Section 4.

The dimensions of the 9-7/8" by 7" crossover were taken from the drawing by K&B (Appendix B).  The weight and volumes of the crossover were calculated separately and entered into the buoyancy calculations as a combined weight and volume.  The details are included in Section 4.

Differences in the annular and interior pressures at the crossover will result in net radial forces at the crossover.  Also, due to the shape of the crossover (larger top reducing to a smaller bottom), the areas exposed to the annular and interior pressures differ.  The crossover is therefore subject to a net vertical force that is calculated in Section 4.  Note that this vertical force is included in the buoyancy force and is not additional.  The principle of Archimedes uses displacement weights, the shape of the object (hull) is not considered.



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

The temperature and compressibility properties of the Synthetic Oil Based Mud (SOBM) were not available so a constant 14 ppg density was used.

The density of the production fluid was developed by entering the component analysis from Schlumberger (Appendix B, Item 6) into a HYSYS model for a static column from the bottom of the well to the hanger.  The boundary conditions for the column are the bottom hole temperature and pressure and an upper temperature of 110 Deg F at the rig floor.  The upper temperature was chosen to match wellhead temperatures commonly observed in production operations.  The HYSYS model is detailed in Section 5.

The capacity of the casing strings is calculated in Section 4.

The forces on the bottom of the casing were determined from the following condition.  The production casing and its annulus were filled with mud and the cement was pumped into the bottom of the well with the casing elevated above the hanger.  The casing was then lowered into the cement, which was still fluid.  The casing was then supported by the hanger.  The pressures on the annulus and interior sides are equal, and the axial force is that pressure times the area of the 7" 32 lb/ft casing.  The axial force is then the hydrostatic pressure (13,200 psi) times the casing metal area (10 sq in).  Three conditions are possible:

- The cement seals the casing interior but allows communication between the annulus and the reservoir.  The axial force remains the same, 132,000 lb.

- The cement allows communication between the interior and the reservoir but seals the annulus.  The hydrostatic force is the reservoir pressure.

- The reservoir communicates with both the annulus and the interior.  The hydrostatic force is the reservoir pressure.

The resulting forces and pressures are listed in the results for each condition.  Note that these forces are included in the buoyant force calculation and are not to be added to the buoyant force.

Temperatures along the casing string will change with fluid flow from the reservoir.  The casing was assumed to be in equilibrium with the formation temperatures when the casing is set.  Determination of casing temperatures depends on many factors (e.g. fluid properties, flow rates, cement and annular fluid properties, reservoir properties and time) that are not known.  The determination of forces due to temperature expansion in the casing is beyond the scope of the investigation.



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Section 2 - Executive Summary

9/22/2010 Rev. 0

The design of the 9-7/8" by 7" production casing for the Macondo well was reviewed for determination of the buoyant force that would lift the production casing from its hanger.  Eight possible operating conditions of the wellbore were examined.  The key results are listed below:

- Conditions 5 and 8 result in a net upward force on the hanger.

- The weight of the production casing steel is greater than the weight of the displaced fluid if the fluid is 14 ppg mud.  Since the mud is the heaviest of the displaced fluids, the production casing is not buoyant if the pressure forces at the hanger are not considered.

- The weight of the contents of the production casing opposes the buoyant force if the cement at the bottom of the casing seals the casing.  The weight of the contents is the largest force in the calculation.

- The net buoyancy of the production casing is:
  - the weight of the displaced fluid
  - minus the weight of the steel
  - minus the weight of the contents of the casing (if the cement seals the contents)

- If the cement at the bottom of the casing does not seal the casing, the weight of the contents has no influence on the buoyant force.

- The net force on the production casing hanger is:
  - the net buoyancy of the casing
  - plus the annulus pressure at the hanger times the projected annular area of the hanger
  - minus the interior pressure of the casing times the projected inside area of the casing
  - This calculation assumes the production casing is set with no support from the cement or the bottom of the hole, i.e. the casing is set on fluid cement.

- The annulus pressure and pressure inside the production casing at the hanger create large forces.
  - If the cement at the bottom of the casing does not seal, the net buoyancy becomes positive (upwards) if the annulus pressure is greater than the interior pressure by a certain amount.  This amount changes for each condition depending upon the density of the fluids in the annulus and interior.
  - If the cement seals, the net buoyancy will be negative (downwards) regardless of annulus pressure.

- The temperatures and pressures of the well do not change the radial dimensions of the production casing enough to be significant.  The changes are about 0.13% (temperature of 262 Deg F) and 0.18% (differential pressure of 6572 psi).

- The production fluid static column was modeled in HYSYS using reference temperatures of 110 and 160 Deg F to determine sensitivity to the assumed temperature.  The net change was 0.36% which is considered negligible.

- Forces due to temperature changes of the production casing were not determined.

---

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Section 3 - Calculations & Figures

9/22/2010 Rev. 0

## Condition 1

*Basis*

The wellbore is filled with mud fluid and the cement is intact as designed.

The production casing is filled with mud to the Rig Kelly Bushing (RKB).

The annulus is filled with mud to the production casing hanger.

Cement seals the reservoir from the annulus and the production casing, so the pressures in the well are hydrostatic pressures of the mud.

Since the production casing is sealed at the bottom, lifting the casing will lift the contents of the casing up to the RKB, and so the weight of the contents is included in the buoyancy calculation. This weight of the contents will act to oppose the buoyancy force.

The hydrostatic pressure in the annulus at the bottom of the hanger is due to mud fixed in the annulus after cementing when the production casing is lowered into the hanger. This annulus pressure acts upon the exposed annular area of the production casing hanger creating an upward force that adds the buoyant force. This upward force is opposed by the hydrostatic pressure in the production casing acting on the exposed interior area of the hanger.

The area of the production casing hanger exposed to the annulus pressure is the area between the inner diameter of the 18-3/4 inches casing (18.62 inches) and the outer diameter of the production casing hanger (9-7/8 inches). This area was determined to be 195.7 sq. in. (from the Dril-Quip drawing 2-PD-32424-02CP, Appendix B, Item 3).

The area of the production casing hanger exposed to the production casing pressure is the area between the inner diameter of the 18-3/4" hanger (18.62 inches) and the inner diameter of the production casing hanger (8.553 inches). This area was calculated to be 214.8 sq. in. (from the Dril-Quip drawing 2-PD-32424-02CP, Appendix B, Item 3).

The casing shoe was treated as 7" casing.

Friction between the production casing and cement or (annular or interior) fluids was not considered. The production casing does not lift in this condition so friction does not apply.

The ability of the cement to hold the production casing in place was not considered.

The shoe and bottom of the hole formation will resist the lowering of the production casing. Since this effect is applicable only if the casing is lowered by a negative buoyant force and this study is considering the lifting of the casing, the resistance of the shoe and formation is outside the scope of this study.

The buoyancy calculation sheet (Table 3.1) and Figure 3.1 are included in this section.



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                   9/22/2010 Rev. 0

Area calculations are included in Section 4.

*Results*
- The buoyancy is a negative 1.63 million lb, so the production casing will not lift.
- The net force on the hanger is a negative 1.70 million lb, so the hanger will not lift
- The resultant of the pressure forces on the hanger is a downward force.
- The casing and hanger will not lift in this condition.
- The weight of the production casing is more than the weight of the displaced mud.  Since this condition has the heaviest displaced weight of all the conditions, this indicates that the buoyant force will be positive (cause the casing to lift) only with a high differential between the annulus pressure and the production casing pressure at the hanger.
- The pressures and forces at the crossover due to the pressures and area differences are:
    o  Annular pressure        9077 psi
    o  Interior pressure        9077 psi
    o  Vertical force        73500 lb, upwards
- The pressures and forces at the bottom of the casing are:
    o  Annular pressure        13200 psi
    o  Interior pressure        13200 psi
    o  Vertical force        132000 lb, upwards

## Condition 2

*Basis*
The wellbore is filled with mud fluid.  Communication through the annulus cement allows reservoir fluid into the annulus.

The production casing is filled with mud to the RKB.

The annulus is filled with mud to the production casing hanger and is sealed at the hanger.  The pressure at the top of the annulus is determined by hydrostatic weight of the mud using the reservoir pressure as the known pressure.  The pressure at the bottom of the annulus is reservoir pressure.  Mud flows into the reservoir until pressures are equal.

Cement seals the reservoir from the production casing, so the pressure inside the production casing is the hydrostatic pressure of the mud.

Since the production casing is sealed at the bottom, lifting the casing will lift the contents of the casing up to the RKB, and so the weight of the contents is included in the buoyancy calculation.  This weight of the contents will act to oppose the buoyancy.

Pressures in the annulus and in the production casing affect the buoyant force on the hanger as described in Condition 1.

The areas of the production casing hanger exposed to the annulus and production casing pressures are as described in Condition 1.

The casing shoe was treated as 7" casing.



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

Friction between the production casing and cement or annular or interior fluids was not considered. The production casing does not lift in this condition so friction does not apply.
The ability of the cement to hold the production casing in place was not considered.

The ability of the shoe and bottom of the hole formation to resist the lowering of the production casing was ignored per the reasoning stated in Condition 1.

The buoyancy calculation sheet (Table 3.2) and Figure 3.2 are included in this section.

*Results*
- The buoyancy is a negative 1.63 million lb, so the production casing will not lift.
- The net force on the hanger is a negative 1.84 million lb, so the hanger will not lift
- The decrease in the net force on the hanger from Condition 1 is due to the reduction in annulus pressure at the hanger.
- The resultant of the pressure forces on the hanger is a downward force.
- The casing and hanger will not lift in this condition.
- The pressures and forces at the crossover due to the pressures and area differences are:
    - Annular pressure          8354 psi
    - Interior pressure          9077 psi
    - Vertical force              46078 lb, upwards
- The pressures and forces at the bottom of the casing are:
    - Annular pressure          13200 psi
    - Interior pressure          11844 psi
    - Vertical force              132000 lb, upwards

## Condition 3

*Basis*
Communication through the annulus cement allows reservoir fluid into the annulus. The annulus is filled with production fluid whose properties are determined from a HYSYS model for a static column.  The composition of the production fluid was taken from the Schlumberger report (Appendix B, Item 6).

The production casing contains mud to the RKB.

This condition would occur if the reservoir – annulus communication occurred before the seawater was introduced into the production casing.

Cement seals the reservoir from the production casing, so the pressure inside the production casing is the hydrostatic pressure of the gel/seawater/mud column.

Since the production casing is sealed at the bottom, lifting the casing will lift the contents of the casing up to the RKB, and so the weight of the contents is included in the buoyancy calculation.  This weight of the contents will act to oppose the buoyancy.

Pressures in the annulus and in the production casing affect the buoyant force on the hanger as described in Condition 1.



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                    9/22/2010 Rev. 0

The areas of the production casing hanger exposed to the annulus and production casing pressures are as described in Condition 1.

The casing shoe was treated as 7" casing.

Friction between the production casing and cement or annular or interior fluids was not considered. The production casing does not lift in this condition so friction does not apply.

The ability of the cement to hold the production casing in place was not considered.

The ability of the shoe and bottom of the hole formation to resist the lowering of the production casing will be ignored per the reasoning stated in Condition 1

The buoyancy calculation sheet (Table 3.3), HYSYS model description and results, and Figure 3.3 are included in this section.

*Results*
- The buoyancy is a negative 2.0 million lb, so the production casing will not lift.
- The net force on the hanger is a negative 0.34 million lb, so the hanger will not lift
- The displaced fluid weight is reduced from Condition 1 because the production fluid is lighter than the mud.
- The annulus pressure at the hanger is higher than the interior pressure in the production casing, adding to the buoyant force.
- The net buoyancy force is greater than Condition 1.
- The casing and hanger will not lift in this condition.
- The pressures and forces at the crossover due to the pressures and area differences are:
  - Annular pressure          10540 psi
  - Interior pressure          9077 psi
  - Vertical force             128990 lb, upwards
- The pressures and forces at the bottom of the casing are:
  - Annular pressure          13200 psi
  - Interior pressure          11835 psi
  - Vertical force             132000 lb, upwards

## Condition 4

*Basis*
Communication through the annulus cement allows reservoir fluid into the annulus.  The production casing contains a drill string from the RKB to 8367 feet TVD.  The production casing contains seawater above 8367 feet through the wellhead to the riser.  The riser is filled with seawater to 300 feet below the RKB.  The top 300 feet contains a gel with a density of 16.3 ppg.

This condition would occur if the reservoir – annulus communication occurred after the seawater was introduced into the production casing.

The annulus is filled with production fluid with properties per Condition 3.



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                    9/22/2010 Rev. 0

Cement seals the reservoir from the production casing, so the pressure inside the production casing is the hydrostatic pressure of the mud.

Since the production casing is sealed at the bottom, lifting the casing will lift the contents of the casing up to the RKB, and so the weight of the contents is included in the buoyancy calculation.  This weight of the contents will act to reduce buoyancy.

The drill string is supported by the rig and has no effect on the buoyancy of the production casing.

Pressures in the annulus and in the production casing affect the buoyant force on the hanger as described in Condition 1.

The areas of the production casing hanger exposed to the annulus and production casing pressures are as described in Condition 1.

The casing shoe was treated as 7" casing.

Friction between the production casing and cement or (annular or interior) fluids was not considered. The production casing does not lift in this condition so friction does not apply.

The ability of the shoe and bottom of the hole formation to resist the lowering of the production casing will be ignored per the reasoning stated in Condition 1

The buoyancy calculation sheet (Table 3.4), the HYSYS model description and results, and Figure 3.4 are included in this section.


*Results*
- The buoyancy is a negative 1.56 million lb, so the production casing will not lift
- The net force on the hanger is a negative 0.34 million lb, so the hanger will not lift.
- The weight of the production casing contents is reduced since the gel/seawater/mud column is lighter than that of 14 ppg mud.
- The net buoyancy force is greater than Condition 1.
- The annulus pressure at the hanger is greater than in Condition 1.
- The resultant of the pressure forces on the hanger is an upward force.
- The casing and hanger will not lift in this condition.
- The pressures and forces at the crossover due to the pressures and area differences are:
  - Annular pressure      10540 psi
  - Interior pressure      6818 psi
  - Vertical force         196363 lb, upwards
- The pressures and forces at the bottom of the casing are:
  - Annular pressure      13200 psi
  - Interior pressure      11835 psi
  - Vertical force         132000 lb, upwards

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                    9/22/2010 Rev. 0

## Condition 5

*Basis*
Communication through the production casing cement allows reservoir fluid into the production casing. The production casing contains a drill string from the RKB to 8367 feet TVD.  The production casing contains seawater above 8367 feet through the wellhead to the riser.  The riser is filled with seawater to 300 feet below the RKB.  The top 300 feet is a gel with a density of 16.3 ppg.

This condition would occur if the production casing – reservoir communication occurred after the seawater was introduced into the production casing.

The annulus is filled with mud from the cementing operations.  Pressures in the annulus are the same as Condition 1.

The bottom of the production casing is at reservoir pressure.  The pressure profile in the production casing is the hydrostatic head of the gel/seawater/mud combination.  The hydrostatic pressure of the gel/seawater/mud column is 11083 psi, less than the reservoir pressure of 11844 psi.  The fluid level in the production casing will rise as the higher pressure reservoir flows into the casing.

Since the production casing is not sealed at the bottom, lifting the casing will not lift the contents of the casing up to the RKB.  Therefore the weight of the contents is excluded from the buoyancy calculation.

The drill string is supported by the rig and has no effect on the buoyancy of the production casing.

Pressures in the annulus and in the production casing affect the buoyant force on the hanger as described in Condition 1.

The areas of the production casing hanger exposed to the annulus and production casing pressures are as described in Condition 1.

The casing shoe was treated as 7" casing.

Friction between the production casing and cement or annular or interior fluids was not considered because the value of friction force is dependent on many factors that are unknown.  Friction, however, will only apply when the casing moves.

The ability of the cement to hold the production casing in place was not considered.

The ability of the shoe and bottom of the hole formation to resist the lowering of the production casing will be ignored per the reasoning stated in Condition 1.

The buoyancy calculation sheet (Table 3.5) and results and Figure 3.5 are included in this section.

The production casing and hanger may lift in this condition.  When the hanger lifts, the pressures will equalize between annulus and the interior and the fluid in the annulus will flow to the interior.  The amount of lift cannot be determined with the available information.



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                        9/22/2010 Rev. 0

*Results*

- The production casing interior is underbalanced by about 756 psi, so the reservoir will flow into the casing.
- The buoyancy is a negative 0.11 million lb, so the production casing will not lift.
- The net force on the hanger is a positive 0.11 million lb, so the production casing can lift.  Note the buoyancy force is included in this force.
- The casing and hanger can lift in this condition.  Reservoir fluid has already entered the production casing in this condition, so the effect on flowrate of production fluids is small.
- The amount of lift was not determined.
- The pressures and forces at the crossover due to the pressures and area differences are:
    - Annular pressure        9078 psi
    - Interior pressure        6818 psi
    - Vertical force           140896 lb, upwards
- The pressures and forces at the bottom of the casing are:
    - Annular pressure        11835 psi
    - Interior pressure        11835 psi
    - Vertical force           118350 lb, upwards

## Condition 6

*Basis*
Communication through production casing cement allows reservoir fluid into both the annulus and the production casing. The production casing contains production fluid in a static column (a flowing well is outside the study scope due to the uncertainty of the flowrate).  The annulus also contains a column of static production fluid.

This condition would occur if reservoir communication occurred and if the communication were established between both the annulus and the production casing.

Production fluid properties were determined as in Condition 3.  The bottom of the annulus and the production string are at reservoir pressure.

The pressure profile in the production casing is the combination of hydrostatic head of the production fluid and the friction drop of the flowing fluid.  The production fluid has either swept the previous gel/seawater/mud fluid out of the production casing or has flowed around it.

The rate of flow is unknown.  Since the pressure in the production casing is used only to determine the downward force on the hanger, intermediate pressures and temperatures are not determined.

Since the production casing is not sealed at the bottom, lifting the casing will not lift the contents of the casing up to the RKB.  Therefore the weight of the contents is excluded from the buoyancy calculation.

Pressures in the annulus and in the production casing affect the buoyant force on the hanger as described in Condition 1.

The areas of the production casing hanger exposed to the annulus and production casing pressures are as described in Condition 1.



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                              9/22/2010 Rev. 0

The casing shoe was treated as 7" casing.

Friction between the production casing and cement or annular or interior fluids was not considered. The production casing does not lift in this condition so friction does not apply.

The ability of the cement to hold the production casing in place was not considered.

The ability of the shoe and bottom of the hole formation to resist the lowering of the production casing will be ignored per the reasoning stated in Condition 1

The buoyancy calculation sheet (Table 3.6) and results and Figure 3.6 are included in this section.

*Results*
- The buoyancy is a negative 0.47 million lb, so the production casing will not lift.
- The net force on the hanger is a negative 0.64 lb, so the hanger will not lift.
- The resultant of the pressure forces on the hanger is a downward force.  This is expected because the two pressures are equal and the interior area is larger than the annulus area.
- The bottom of the production casing is assumed to be open so the weight of the contents is not included in the buoyancy calculation.
- The pressures and forces at the crossover due to the pressures and area differences are:
  - Annular pressure        10540 psi
  - Interior pressure        10540 psi
  - Vertical force            85346 lb, upwards
- The pressures and forces at the bottom of the casing are:
  - Annular pressure        11835 psi
  - Interior pressure        11835 psi
  - Vertical force            118350 lb, upwards

## Condition 7

*Basis*
Communication through production casing cement allows reservoir fluid into the production casing. The production casing contains production fluid in a static column (a flowing well is outside the study scope due to the uncertainty of the flowrate).  The annulus contains a mud column from the original cement process.

This condition would occur if the reservoir communication occurred and if communication were established between the production casing but with no communication with the annulus.

Production fluid properties were determined as in Condition 3.  The bottom of the production casing is at reservoir pressure.  The pressures of the annulus are as in Condition 1.

The pressure profile in the production casing is the combination of hydrostatic head of the production fluid and the friction drop of the flowing fluid.  The production fluid has either swept the previous gel/seawater/mud fluid out of the production casing or has flowed around it.

The rate of flow is unknown.  Since the pressure in the production casing is used only to determine the downward force on the hanger, intermediate pressures and temperatures were not determined.



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                    9/22/2010 Rev. 0

---

Since the production casing is not sealed at the bottom, lifting the casing will not lift the contents of the casing up to the RKB.  Therefore the weight of the contents is excluded in the buoyancy calculation.

Pressures in the annulus and in the production casing affect the buoyant force on the hanger as described in Condition 1.

The areas of the production casing hanger exposed to the annulus and production casing pressures are as described in Condition 1.

The casing shoe was treated as 7" casing.

Friction between the production casing and cement or annular or interior fluids was not considered. The production casing does not lift in this condition so friction does not apply.

The ability of the cement to hold the production casing in place was not considered.

The ability of the shoe and bottom of the hole formation to resist the lowering of the production casing will be ignored per the reasoning stated in Condition 1.

The buoyancy calculation sheet (Table 3.7) and results and Figure 3.7 are included in this section.

*Results*
- The buoyancy is a negative 0.11 million lb, so the production casing will not lift.
- The net force on the hanger is a negative 1.28 million lb, so the hanger will not lift.
- The resultant of the pressure forces on the hanger is a downward force. This is because the interior pressure is higher (8816 psig) than the annulus pressure (3797 psig).
- The pressures and forces at the crossover due to the pressures and area differences are:
    - Annular pressure          9077 psi
    - Interior pressure          10540 psi
    - Vertical force               29872 lb, upwards
- The pressures and forces at the bottom of the casing are:
    - Annular pressure          11835 psi
    - Interior pressure          11835 psi
    - Vertical force               118350 lb, upwards

**<u>Condition 8</u>**

*Basis*
Communication through production casing cement allows reservoir fluid into the production casing. The production casing contains production fluid in a static column (a flowing well is out of the study scope due to the uncertainty of the flowrate).  The annulus contains a column of production fluid that is static.

This condition would occur if the reservoir communication occurred and if communication were established between the production casing but with no communication with the annulus.

---



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                    9/22/2010 Rev. 0

Production fluid properties for the annulus were determined as in Condition 3.  The bottom of the production casing is at reservoir pressure.  The pressures of the annulus are as in Condition 1.

The pressure profile in the production casing was set at 2358 psi at the TO casing and 11835 psi (reservoir pressure) at the bottom.  No attempt was made to model the flowing well fluid and the pressure profile in the casing.  The production fluid has either swept the previous gel/seawater/mud fluid out of the production casing or has flowed around it.

The rate of flow is unknown.  Since the pressure in the production casing is used only to determine the downward force on the hanger, intermediate pressures and temperatures are not determined.

Since the production casing is not sealed at the bottom, lifting the casing will not lift the contents of the casing up to the RKB.  Therefore the weight of the contents is excluded in the buoyancy calculation.

Pressures in the annulus and in the production casing affect the buoyant force on the hanger as described in Condition 1.

The areas of the production casing hanger exposed to the annulus and production casing pressures are as described in Condition 1.

The casing shoe was treated as 7" casing.

Friction between the production casing and cement or annular or interior fluids was not considered. The production casing does not lift in this condition so friction does not apply.

The ability of the cement to hold the production casing in place was not considered.

The ability of the shoe and bottom of the hole formation to resist the lowering of the production casing will be ignored per the reasoning stated in Condition 1.

The buoyancy calculation sheet (Table 3.8) and results and Figure 3.8 are included in this section.

The hanger will lift in this condition.  When the hanger lifts, the pressures will equalize between annulus and the interior and the fluid in the annulus will flow to the interior.  We could not determine the amount of lift with the current information.

*Results*
- The buoyancy is a negative 0.47 million lb, so the production casing will not lift.
- The net force on the hanger is a positive 0.75 million lb, so the hanger can lift.
- The resultant of the pressure forces on the hanger is an upward force. This is because the interior pressure is lower (2358 psig) than the annulus pressure (8816 psig).
- The pressures and forces at the crossover due to the pressures and area differences were not determined.
- The pressures and forces at the bottom of the casing are:
  - Annular pressure          11835 psi
  - Interior pressure          11835 psi
  - Vertical force          118350 lb, upwards

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                 9/22/2010 Rev. 0



**Figure 3.1 –** Condition 1

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                    9/22/2010 Rev. 0



**Figure 3.2** – Condition 2

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                    9/22/2010 Rev. 0



**Figure 3.3** – Condition 3

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                    9/22/2010 Rev. 0



**Figure 3.4 –** Condition 4

United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                          9/22/2010 Rev. 0



**Figure 3.5 –** Condition 5

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                        9/22/2010 Rev. 0



**Figure 3.6** – Condition 6

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                  9/22/2010 Rev. 0



**Figure 3.7** – Condition 7

United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 3 – Calculations & Figures**                                 9/22/2010 Rev. 0



**Figure 3.8** – Condition 8

United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT

| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lb | Production Casing Fluid Temp gradient, Deg F/ft | Annulus Fluid Temp gradient, Deg F/ft | Production Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | Mud | 80.0 | 14 | 218 | 15.4188 | 64759 | | | | | Mud | 80 | 14 | 218 | | | | | |
| | 300 | 600 | Conductor | 19.5 | Mud | 80.0 | 14 | 436 | 15.4188 | 64759 | | | | | Mud | 80 | 14 | 436 | | | | | |
| | 600 | 900 | Conductor | 19.5 | Mud | 80.0 | 14 | 654 | 15.4188 | 64759 | | | | | Mud | 80 | 14 | 654 | | | | | |
| | 900 | 1200 | Conductor | 19.5 | Mud | 80.0 | 14 | 872 | 15.4188 | 64759 | | | | | Mud | 80.0 | 14 | 872 | | | -0.0103815 | -0.010382 | |
| | 1200 | 1500 | Conductor | 19.5 | Mud | 76.9 | 14 | 1090 | 15.4188 | 64759 | | | | | Mud | 76.9 | 14 | 1090 | | | -0.0103815 | -0.010382 | |
| | 1500 | 1800 | Conductor | 19.5 | Mud | 73.8 | 14 | 1308 | 15.4188 | 64759 | | | | | Mud | 73.8 | 14 | 1308 | | | -0.0103815 | -0.010382 | |
| | 1800 | 2100 | Conductor | 19.5 | Mud | 70.7 | 14 | 1526 | 15.4188 | 64759 | | | | | Mud | 70.7 | 14 | 1526 | | | -0.0103815 | -0.010382 | |
| | 2100 | 2400 | Conductor | 19.5 | Mud | 67.5 | 14 | 1744 | 15.4188 | 64759 | | | | | Mud | 67.5 | 14 | 1744 | | | -0.0103815 | -0.010382 | |
| | 2400 | 2700 | Conductor | 19.5 | Mud | 64.4 | 14 | 1963 | 15.4188 | 64759 | | | | | Mud | 64.4 | 14 | 1963 | | | -0.0103815 | -0.010382 | |
| | 2700 | 3000 | Conductor | 19.5 | Mud | 61.3 | 14 | 2181 | 15.4188 | 64759 | | | | | Mud | 61.3 | 14 | 2181 | | | -0.0103815 | -0.010382 | |
| | 3000 | 3300 | Conductor | 19.5 | Mud | 58.2 | 14 | 2399 | 15.4188 | 64759 | | | | | Mud | 58.2 | 14 | 2399 | | | -0.0103815 | -0.010382 | |
| | 3300 | 3600 | Conductor | 19.5 | Mud | 55.1 | 14 | 2617 | 15.4188 | 64759 | | | | | Mud | 55.1 | 14 | 2617 | | | -0.0103815 | -0.010382 | |
| | 3600 | 3900 | Conductor | 19.5 | Mud | 52.0 | 14 | 2835 | 15.4188 | 64759 | | | | | Mud | 52.0 | 14 | 2835 | | | -0.0103815 | -0.010382 | |
| | 3900 | 4200 | Conductor | 19.5 | Mud | 48.9 | 14 | 3053 | 15.4188 | 64759 | | | | | Mud | 48.9 | 14 | 3053 | | | -0.0103815 | -0.010382 | |
| | 4200 | 4500 | Conductor | 19.5 | Mud | 45.7 | 14 | 3271 | 15.4188 | 64759 | | | | | Mud | 45.7 | 14 | 3271 | | | -0.0103815 | -0.010382 | |
| | 4500 | 4800 | Conductor | 19.5 | Mud | 42.6 | 14 | 3489 | 15.4188 | 64759 | | | | | Mud | 42.6 | 14 | 3489 | | | -0.0103815 | -0.010382 | |
| | 4800 | 5001 | Conductor | 19.5 | Mud | 40.5 | 14 | 3635 | 15.4188 | 43389 | | | | | Mud | 40.5 | 14 | 3635 | | | -0.0103815 | -0.010382 | |
| TOBOP | 5001 | 5053 | BOP | 18.375 | Mud | 40.0 | 14 | 3673 | 13.7760 | 10029 | | | | | Mud | 40 | 14 | 3673 | | | -0.0103815 | -0.010382 | |
| | 5053 | 5058 | Lock down seal | 18.375 | Mud | 40 | 14 | 3676 | 13.7760 | 964 | | | | | Mud | 40 | 14 | 3676 | | | | | |
| TOProd. Casing | 5058 | 5058 | | | | | 14 | 3676 | | | | | | | Mud | | 14 | 3676 | | | | | |
| | 5058 | 5059 | Hanger | 8.626 | Mud | 48 | 14 | 3677 | 3.0353 | 42 | 62.8 | 62.8 | | | Mud | 48 | 14 | 3677 | 3.979 | 56 | | | |
| | 5059 | 5061 | Prod. Casing | 8.626 | Mud | 48 | 14 | 3679 | 3.0353 | 85 | 62.8 | 125.6 | | | Mud | 48 | 14 | 3679 | 3.979 | 111 | | | |
| TO 18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | | 48 | 14 | 3679 | | | | | | | Mud | 48 | 14 | 3679 | | | | | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Mud | 57 | 14 | 4042 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 57 | 14 | 4042 | 3.979 | 27851 | | | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Mud | 58 | 14 | 4405 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 58 | 14 | 4405 | 3.979 | 27851 | | | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Mud | 58 | 14 | 4769 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 58 | 14 | 4769 | 3.979 | 27851 | | | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Mud | 59 | 14 | 5132 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 59 | 14 | 5132 | 3.979 | 27851 | | | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Mud | 62 | 14 | 5496 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 62 | 14 | 5496 | 3.979 | 27851 | | | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Mud | 70 | 14 | 5859 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 70 | 14 | 5859 | 3.979 | 27851 | | | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Mud | 90 | 14 | 6082 | 3.0353 | 13003 | 62.8 | 19216.8 | Casing | 9-7/8 | Mud | 90 | 14 | 6082 | 3.979 | 17045 | | | |
| | 8367 | 8867 | Prod. Casing | 8.626 | Mud | 122 | 14 | 6445 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 122 | 14 | 6445 | 3.979 | 27851 | 0.0124301 | | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Mud | 128 | 14 | 6808 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 128 | 14 | 6808 | 3.979 | 27851 | 0.0124301 | | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Mud | 134 | 14 | 7172 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 134 | 14 | 7172 | 3.979 | 27851 | 0.0124301 | | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Mud | 141 | 14 | 7535 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 141 | 14 | 7535 | 3.979 | 27851 | 0.0124301 | | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Mud | 147 | 14 | 7899 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 147 | 14 | 7899 | 3.979 | 27851 | 0.0124301 | | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Mud | 153 | 14 | 8107 | 3.0353 | 12154 | 62.8 | 17960.8 | Casing | 9-7/8 | Mud | 153 | 14 | 8107 | 3.979 | 15931 | 0.0124301 | | |
| TO 13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Mud | 162 | 14 | 8421 | 3.0353 | 18358 | 62.8 | 27129.6 | Casing | 9-7/8 | Mud | 162 | 14 | 8421 | 3.979 | 24063 | 0.0124301 | | |
| BO 16" | 11585 | 12085 | Prod. Casing | 8.626 | Mud | 171 | 14 | 8784 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 171 | 14 | 8784 | 3.979 | 27851 | 0.0179115 | | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Mud | 178 | 14 | 9076 | 3.0353 | 17040 | 62.8 | 25182.8 | Casing | 9-7/8 | Mud | 178 | 14 | 9076 | 3.979 | 22336 | 0.0179115 | | |
| Mid of x-over | 12486 | 12488 | x-over | | Mud | 178 | 14 | 9077 | 1.8674 | 52 | | 470.6 | Casing | | Mud | 178 | 14 | 9077 | 3.628 | 102 | 0.0179115 | | |
| | 12488 | 12490 | x-over | | Mud | 178 | 14 | 9078 | 1.8674 | 52 | | | Casing | | Mud | 178 | 14 | 9078 | 3.628 | 102 | 0.0179115 | | |
| | 12490 | 12585 | Prod. Casing | 6 | Mud | 180 | 14 | 9148 | 1.5150 | 2015 | 32 | 3040 | Casing | 7 | Mud | 180 | 14 | 9148 | 1.999 | 2659 | 0.0179115 | | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Mud | 184 | 14 | 9298 | 1.5150 | 4390 | 32 | 6624 | Casing | 7 | Mud | 184 | 14 | 9298 | 1.999 | 5794 | 0.0179115 | | |
| TO 11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Mud | 193 | 14 | 9661 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 193 | 14 | 9661 | 1.999 | 13994 | 0.0179115 | | |
| | 13292 | 13792 | Prod. Casing | 6 | Mud | 202 | 14 | 10025 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 202 | 14 | 10025 | 1.999 | 13994 | 0.0179115 | | |
| | 13792 | 14292 | Prod. Casing | 6 | Mud | 210 | 14 | 10388 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 210 | 14 | 10388 | 1.999 | 13994 | 0.0179115 | | |
| | 14292 | 14748 | Prod. Casing | 6 | Mud | 219 | 14 | 10720 | 1.5150 | 9672 | 32 | 14592 | Casing | 7 | Mud | 219 | 14 | 10720 | 1.999 | 12763 | 0.0179115 | | |
| TO 9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Mud | 225 | 14 | 10970 | 1.5150 | 7296 | 32 | 11008 | Casing | 7 | Mud | 225 | 14 | 10970 | 1.999 | 9628 | 0.0179115 | | |
| BO 11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Mud | 234 | 14 | 11333 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 234 | 14 | 11333 | 1.999 | 13994 | 0.0179115 | | |
| | 15592 | 16092 | Prod. Casing | 6 | Mud | 243 | 14 | 11697 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 243 | 14 | 11697 | 1.999 | 13994 | 0.0179115 | | |
| | 16092 | 16592 | Prod. Casing | 6 | Mud | 252 | 14 | 12060 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 252 | 14 | 12060 | 1.999 | 13994 | 0.0179115 | | |
| | 16592 | 17092 | Prod. Casing | 6 | Mud | 261 | 14 | 12423 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 261 | 14 | 12423 | 1.999 | 13994 | 0.0179115 | | |
| BO 9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Mud | 262 | 14 | 12471 | 1.5150 | 1379 | 32 | 2080 | Casing | 7 | Mud | 262 | 14 | 12471 | 1.999 | 1819 | 0.0179115 | | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Mud | 262 | 14 | 12567 | 1.5150 | 2800 | 32 | 4224 | Open Hole | 7 | Mud | 262 | 14 | 12567 | 1.999 | 3695 | | | |
| TO Annulus Cement | 17289 | 18072 | Prod. Casing | 6 | Mud | 262 | 14 | 13136 | 1.5150 | 16607 | 32 | 25056 | Cement | 7 | Cement | | | | 1.999 | | | | |
| TO Formation | 18072 | 18104 | Prod. Casing | 6 | Mud | 262 | 14 | 13159 | 1.5150 | 679 | 32 | 1024 | Cement | 7 | Cement | | | | 1.999 | | | | |
| TO Float Collar | 18104 | 18160 | Prod. Casing | 6 | Mud | 262 | 14 | 13200 | 1.5150 | 1188 | 32 | 1792 | Cement | 7 | Cement | | | | 1.999 | | | | |
| TO Inside Cement | 18160 | 18195 | Prod. Casing | 6 | Cement | 262 | | 13200 | 1.5150 | 0 | 32 | 1120 | Cement | 7 | Cement | | | | | | | | |
| BO Formation | 18195 | 18349 | Prod. Casing | 6 | Cement | 262 | | 13200 | 1.5150 | 0 | 32 | 4928 | Cement | 7 | Cement | 175 | | | 1.999 | | | | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Cement | 262 | | 13200 | 1.5150 | 0 | 32 | 0 | Cement | 7 | Cement | 262 | | | 1.999 | | | | |
| Total weight | | | | | | | | | | 1526541 | | 654437 | | | | | | | | 548270 | | | |

**Notes:**

Cement seals resevoir.
Cement plug prevents production fluid from flowing into Production Casing.
Mud fills annulus, cement does not fix Production Casing.
Mud fills Production Casing
Since Production Casing is plugged, the contents of the Production Casing affect the buoyancy.
189 feet of cement in Production Casing

| | | |
|---|---|---|
| Area of Production Casing seal = | 195.71 | sq in |
| Pressure at top of Annulus = | 3676 | psi |
| Upwards force = | 719527 | lb |
| Area of 18" seal = | 214.85 | sq in |
| Pressure wellhead = | 3676 | psi |
| Downwards force = | 789871 | lb |

Net Force on hanger, lbm = Displaced weight - casing weight+upwards force - downwards force
-weight of fluid in ProductionCasing = -1.70E+06 lb

Temperature Criteria:
Above mudline, temperatures are in equilibrium with seawater per pyncocline curve
In wellbore, mud in annulus and production casing are in equilibrium with formations
Annulus Casing Temps from Downhole Temp surveys
Cement density: 5.26 bbl premium H at 16.74 ppg

38.9 bbl Premium H, foamed to 47.75 bbl 14.5 ppg
6.93 bl Premium H 16.74 ppg
20 bbl spacer 14.3 ppg
133 bbl SOBM 14.0 ppg
728.5 bbl SOBM 14.0 ppg (189 ft cement in shoe)

**Table 3.1** – Condition 1

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lbm | Production Casing Fluid Temp gradient, Deg F/ft | Annulus Fluid Temp gradient, Deg F/ft | Production Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | Mud | 80.0 | 14 | 218 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 300 | 600 | Conductor | 19.5 | Mud | 80.0 | 14 | 436 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 600 | 900 | Conductor | 19.5 | Mud | 80.0 | 14 | 654 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 900 | 1200 | Conductor | 19.5 | Mud | 80.0 | 14 | 872 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 1200 | 1500 | Conductor | 19.5 | Mud | 80.0 | 14 | 1090 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 1500 | 1800 | Conductor | 19.5 | Mud | 80.0 | 14 | 1308 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 1800 | 2100 | Conductor | 19.5 | Mud | 80.0 | 14 | 1526 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 2100 | 2400 | Conductor | 19.5 | Mud | 80.0 | 14 | 1744 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 2400 | 2700 | Conductor | 19.5 | Mud | 80.0 | 14 | 1963 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 2700 | 3000 | Conductor | 19.5 | Mud | 80.0 | 14 | 2181 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 3000 | 3300 | Conductor | 19.5 | Mud | 80.0 | 14 | 2399 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 3300 | 3600 | Conductor | 19.5 | Mud | 80.0 | 14 | 2617 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 3600 | 3900 | Conductor | 19.5 | Mud | 80.0 | 14 | 2835 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 3900 | 4200 | Conductor | 19.5 | Mud | 80.0 | 14 | 3053 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 4200 | 4500 | Conductor | 19.5 | Mud | 80.0 | 14 | 3271 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 4500 | 4800 | Conductor | 19.5 | Mud | 80.0 | 14 | 3489 | 15.4188 | 64759 | | | | | | | | | | | | | |
| | 4800 | 5001 | Conductor | 19.5 | Mud | 80.0 | 14 | 3635 | 15.4188 | 43389 | | | | | | | | | | | | | |
| TO BOP | 5001 | 5053 | BOP | 18.375 | Mud | 40.0 | 14 | 3673 | 13.7760 | 10029 | | | | | | | | | | | | | |
| | 5053 | 5058 | Lock down seal | 18.375 | Mud | 40 | 14 | 3676 | 13.7760 | 964 | | | | | | | | | | | | | |
| TO Prod. Casing | 5058 | 5058 | | | | 40 | 14 | 3676 | | | | | | | Mud | 40 | 14 | | 3.9790 | 0 | | | |
| | 5058 | 5059 | Hanger | 8.626 | Mud | 48 | 14 | 3677 | 3.0353 | 42 | 62.8 | 62.8 | | | Mud | 48 | 14 | | 3.979 | 56 | | | |
| | 5059 | 5061 | Prod. Casing | 8.626 | Mud | 48 | 14 | 3679 | 3.0353 | 85 | 62.8 | 125.6 | | | Mud | 48 | 14 | | 3.979 | 111 | | | |
| TO 18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | | 48 | 14 | 3679 | | | | | | | Mud | 48 | 14 | 2956 | | | | | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Mud | 57 | 14 | 4042 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 57 | 14 | 3319 | 3.979 | 27851 | | | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Mud | 58 | 14 | 4405 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 58 | 14 | 3682 | 3.979 | 27851 | | | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Mud | 58 | 14 | 4769 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 58 | 14 | 4046 | 3.979 | 27851 | | | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Mud | 59 | 14 | 5132 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 59 | 14 | 4409 | 3.979 | 27851 | | | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Mud | 62 | 14 | 5496 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 62 | 14 | 4773 | 3.979 | 27851 | | | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Mud | 70 | 14 | 5859 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 70 | 14 | 5136 | 3.979 | 27851 | | | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Mud | 90 | 14 | 6082 | 3.0353 | 13003 | 62.8 | 19216.8 | Casing | 9-7/8 | Mud | 90 | 14 | 5359 | 3.979 | 17045 | | | |
| | 8367 | 8867 | Prod. Casing | 8.626 | Mud | 90 | 14 | 6445 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 90 | 14 | 5722 | 3.979 | 27851 | 0.0124301 | | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Mud | 85 | 14 | 6808 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 85 | 14 | 6085 | 3.979 | 27851 | 0.0124301 | | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Mud | 87 | 14 | 7172 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 87 | 14 | 6449 | 3.979 | 27851 | 0.0124301 | | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Mud | 88 | 14 | 7535 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 88 | 14 | 6812 | 3.979 | 27851 | 0.0124301 | | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Mud | 95 | 14 | 7899 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 95 | 14 | 7176 | 3.979 | 27851 | 0.0124301 | | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Mud | 95 | 14 | 8107 | 3.0353 | 12154 | 62.8 | 17960.8 | Casing | 9-7/8 | Mud | 95 | 14 | 7384 | 3.979 | 15931 | 0.0124301 | | |
| TO 13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Mud | 92 | 14 | 8421 | 3.0353 | 18358 | 62.8 | 27129.6 | Casing | 9-7/8 | Mud | 92 | 14 | 7698 | 3.979 | 24063 | 0.0124301 | | |
| BO 16" | 11585 | 12085 | Prod. Casing | 8.626 | Mud | 95 | 14 | 8784 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 95 | 14 | 8061 | 3.979 | 27851 | 0.0179115 | | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Mud | 102 | 14 | 9076 | 3.0353 | 17040 | 62.8 | 25182.8 | Casing | 9-7/8 | Mud | 102 | 14 | 8353 | 3.979 | 22336 | 0.0179115 | | |
| Mid of x-over | 12486 | 12488 | x-over | | Mud | 102 | 14 | 9077 | 1.8674 | 52 | | 470.6 | Casing | | Mud | 102 | 14 | 8354 | 3.628 | 102 | 0.0179115 | | |
| | 12488 | 12490 | x-over | | Mud | 102 | 14 | 9078 | 1.8674 | 52 | | | Casing | | Mud | 102 | 14 | 8355 | 3.628 | 102 | 0.0179115 | | |
| | 12490 | 12585 | Prod. Casing | 6 | Mud | 102 | 14 | 9148 | 1.5150 | 2015 | 32 | 3040 | Casing | 7 | Mud | 102 | 14 | 8425 | 1.999 | 2659 | 0.0179115 | | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Mud | 105 | 14 | 9298 | 1.5150 | 4390 | 32 | 6624 | Casing | 7 | Mud | 105 | 14 | 8575 | 1.999 | 5794 | 0.0179115 | | |
| TO 11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Mud | 102 | 14 | 9661 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 102 | 14 | 8938 | 1.999 | 13994 | 0.0179115 | | |
| | 13292 | 13792 | Prod. Casing | 6 | Mud | 102 | 14 | 10025 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 102 | 14 | 9302 | 1.999 | 13994 | 0.0179115 | | |
| | 13792 | 14292 | Prod. Casing | 6 | Mud | 112 | 14 | 10388 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 112 | 14 | 9665 | 1.999 | 13994 | 0.0179115 | | |
| | 14292 | 14748 | Prod. Casing | 6 | Mud | 115 | 14 | 10720 | 1.5150 | 9672 | 32 | 14592 | Casing | 7 | Mud | 115 | 14 | 9997 | 1.999 | 12763 | 0.0179115 | | |
| TO 9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Mud | 122 | 14 | 10970 | 1.5150 | 7296 | 32 | 11008 | Casing | 7 | Mud | 122 | 14 | 10247 | 1.999 | 9628 | 0.0179115 | | |
| BO 11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Mud | 126 | 14 | 11333 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 126 | 14 | 10610 | 1.999 | 13994 | 0.0179115 | | |
| | 15592 | 16092 | Prod. Casing | 6 | Mud | 148 | 14 | 11697 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 148 | 14 | 10974 | 1.999 | 13994 | 0.0179115 | | |
| | 16092 | 16592 | Prod. Casing | 6 | Mud | 152 | 14 | 12060 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 152 | 14 | 11337 | 1.999 | 13994 | 0.0179115 | | |
| | 16592 | 17092 | Prod. Casing | 6 | Mud | 158 | 14 | 12423 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 158 | 14 | 11700 | 1.999 | 13994 | 0.0179115 | | |
| BO 9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Mud | 162 | 14 | 12471 | 1.5150 | 1379 | 32 | 2080 | Casing | 7 | Mud | 162 | 14 | 11748 | 1.999 | 1819 | 0.0179115 | | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Mud | 172 | 14 | 12567 | 1.5150 | 2800 | 32 | 4224 | Open Hole | 7 | Mud | 172 | 14 | 11844 | 1.999 | 3695 | | | |
| TO Annulus Cement | 17289 | 18072 | Prod. Casing | 6 | Mud | 172 | 14 | 13136 | 1.5150 | 16607 | 32 | 25056 | Cement | 7 | Cement | 172 | | 11844 | 1.999 | | | | |
| TO Formation | 18072 | 18104 | Prod. Casing | 6 | Mud | 176 | 14 | 13159 | 1.5150 | 679 | 32 | 1024 | Cement | 7 | Cement | 176 | | 11844 | 1.999 | | | | |
| TO Float Collar | 18104 | 18160 | Prod. Casing | 6 | Mud | 175 | 14 | 13200 | 1.5150 | 1188 | 32 | 1792 | Cement | 7 | Cement | 175 | | | 1.999 | | | | |
| TO Inside Cement | 18160 | 18195 | Prod. Casing | 6 | Cement | 175 | | | 1.5150 | | 32 | 1120 | Cement | 7 | Cement | 175 | | | | | | | |
| BO Formation | 18195 | 18349 | Prod. Casing | 6 | Cement | 175 | | | 1.5150 | | 32 | 4928 | Cement | 7 | Cement | 175 | | | 1.999 | | | | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Cement | 262 | | | 1.5150 | | 32 | 0 | Cement | 7 | Cement | 262 | | | 1.999 | | | | |
| Total weight | | | | | | | | | | 1526541 | | 654437 | | | | | | | | 548270 | | | |

**Notes:**

Communication between the reservoir and the annulus, mud still in the annulus.

Cement plug prevents production fluid from flowing into Production Casing.

Mud fills annulus, cement does not hold Production Casing.

Mud fills Production Casing

Since Production Casing is plugged, the contents of the Production Casing affect the buoyancy.

Pressure at top of Annulus set equal to balance resevoir pressure at bottom.

Area of Production Casing seal = 195.71 sq in
Pressure at top of Annulus = 2956 psi
Upwards force = 578454 lb
Area of 18 " seal = 214.846 sq in
Pressure wellhead = 3676.45 psi
Downwards force = 789871 lb
Net Buoyancy, lbm = Displaced weight - casing weight+upwards force - downwards force
+Weight of fluid in ProductionCasing =
Net Buoyancy, lb -1.84E+06

Temperature criteria:
Above mudline, temperatures in equilibrium with seawater per pyncocline curve
In wellbore, mud in equilibrium with formations
Cement density: 5.26 bbl premium H at 16.74 ppg
38.9 bbl Premium H , foamed to 47.75 bbl 14.5 ppg
6.93 bl Premium H 16.74 ppg
20 bbl spacer 14.3 ppg
133 bbl SOBM 14.0 ppg
728.5 bbl SOBM 14.0 ppg (189 ft cement in shoe)

11844 psi Halliburton (H) Pressure Test Survey

**Tabl2 3.2** – Condition 2



| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lb | Production Casing Fluid Temp gradient, Deg F/ft | Prod. Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | Mud | 80.0 | 14 | 218 | 15.4188 | 64759 | | | | | | | | | | | | |
| | 300 | 600 | Conductor | 19.5 | Mud | 80.0 | 14 | 436 | 15.4188 | 64759 | | | | | | | | | | | | |
| | 600 | 900 | Conductor | 19.5 | Mud | 80.0 | 14 | 654 | 15.4188 | 64759 | | | | | | | | | | | | |
| | 900 | 1200 | Conductor | 19.5 | Mud | 80.0 | 14 | 872 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 1200 | 1500 | Conductor | 19.5 | Mud | 76.9 | 14 | 1090 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 1500 | 1800 | Conductor | 19.5 | Mud | 73.8 | 14 | 1308 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 1800 | 2100 | Conductor | 19.5 | Mud | 70.7 | 14 | 1526 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 2100 | 2400 | Conductor | 19.5 | Mud | 67.5 | 14 | 1744 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 2400 | 2700 | Conductor | 19.5 | Mud | 64.4 | 14 | 1963 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 2700 | 3000 | Conductor | 19.5 | Mud | 61.3 | 14 | 2181 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 3000 | 3300 | Conductor | 19.5 | Mud | 58.2 | 14 | 2399 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 3300 | 3600 | Conductor | 19.5 | Mud | 55.1 | 14 | 2617 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 3600 | 3900 | Conductor | 19.5 | Mud | 52.0 | 14 | 2835 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 3900 | 4200 | Conductor | 19.5 | Mud | 48.9 | 14 | 3053 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 4200 | 4500 | Conductor | 19.5 | Mud | 45.7 | 14 | 3271 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 4500 | 4800 | Conductor | 19.5 | Mud | 42.6 | 14 | 3489 | 15.4188 | 64759 | | | | | | | | | | | -0.010382 | |
| | 4800 | 5001 | Conductor | 19.5 | Mud | 40.5 | 14 | 3635 | 15.4188 | 43389 | | | | | | | | | | | -0.010382 | |
| TOBOP | 5001 | 5053 | BOP | 18.375 | Mud | 40.0 | 14 | 3673 | 13.7760 | 10029 | | | | | | | | | | | -0.010382 | |
| | 5053 | 5058 | Lock down seal | 18.375 | Mud | 80 | 14 | 3676 | 13.7760 | 964 | | | | | | | | | | | | |
| TOProd. Casing | 5058 | 5058 | | | | | 14 | 3676 | | | | | | | Prod. Fluid | 145 | 4 | | 3.9787 | 0 | | |
| | 5058 | 5059 | Hanger | 8.626 | Mud | 80 | 14 | 3677 | 3.0353 | 42 | 62.8 | 62.8 | | | Prod. Fluid | 145 | 4 | | 3.979 | 18 | | |
| | 5059 | 5061 | Prod. Casing | 8.626 | Mud | 80 | 14 | 3679 | 3.0353 | 85 | 62.8 | 125.6 | | | Prod. Fluid | 145 | 4 | | 3.979 | 36 | | |
| TO 18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | | | 14 | 3679 | | | | | | | Prod. Fluid | 145 | 4 | 8816 | 3.9787 | 0.0000 | | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Mud | 80 | 14 | 4042 | 3.0353 | 21247 | 62.8 | 31400 | Casing | | Prod. Fluid | 149 | 4.46 | | 3.979 | 8872 | | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Mud | 80 | 14 | 4405 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 152 | 4.455 | | 3.979 | 8862 | | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Mud | 65 | 14 | 4769 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 156 | 4.455 | | 3.979 | 8862 | | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Mud | 80 | 14 | 5132 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 160 | 4.453 | | 3.979 | 8858 | | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Mud | 80 | 14 | 5496 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 162 | 4.451 | | 3.979 | 8855 | | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Mud | 80 | 14 | 5859 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 166 | 4.449 | | 3.979 | 8851 | | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Mud | 80 | 14 | 6082 | 3.0353 | 13003 | 62.8 | 19216.8 | Casing | 9-7/8 | Prod. Fluid | 168 | 4.447 | | 3.979 | 5414 | | |
| | 8367 | 8867 | Prod. Casing | 8.626 | Mud | 122 | 14 | 6445 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 171 | 4.445 | | 3.979 | 8843 | 0.0124301 | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Mud | 128 | 14 | 6808 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 175 | 4.443 | | 3.979 | 8839 | 0.0124301 | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Mud | 134 | 14 | 7172 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 179 | 4.441 | | 3.979 | 8835 | 0.0124301 | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Mud | 141 | 14 | 7535 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 182 | 4.439 | | 3.979 | 8831 | 0.0124301 | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Mud | 147 | 14 | 7899 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 186 | 4.437 | | 3.979 | 8827 | 0.0124301 | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Mud | 153 | 14 | 8107 | 3.0353 | 12154 | 62.8 | 17960.8 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.435 | | 3.979 | 5047 | 0.0124301 | |
| TO 13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Mud | 162 | 14 | 8421 | 3.0353 | 18358 | 62.8 | 27129.6 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.434 | | 3.979 | 7621 | 0.0124301 | |
| BO 16" | 11585 | 12085 | Prod. Casing | 8.626 | Mud | 171 | 14 | 8784 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 194 | 4.432 | | 3.979 | 8817 | 0.0179115 | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Mud | 178 | 14 | 9076 | 3.0353 | 17040 | 62.8 | 25182.8 | Casing | 9-7/8 | Prod. Fluid | 197 | 4.43 | | 3.979 | 7068 | 0.0179115 | |
| Mid of x-over | 12486 | 12488 | x-over | | Mud | 178 | 14 | 9077 | 1.8674 | 52 | | 470.6 | Casing | 9-7/8 | Prod. Fluid | 197 | 4.43 | 10540 | 3.628 | 32 | 0.0179115 | |
| | 12488 | 12490 | x-over | | Mud | 178 | 14 | 9078 | 1.8674 | 52 | | | Casing | | Prod. Fluid | 197 | 4.43 | | 3.628 | 32 | 0.0179115 | |
| | 12490 | 12585 | Prod. Casing | 6 | Mud | 180 | 14 | 9148 | 1.5150 | 2015 | 32 | 3040 | Casing | | Prod. Fluid | 198 | 4.43 | | 1.999 | 841 | 0.0179115 | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Mud | 184 | 14 | 9298 | 1.5150 | 4390 | 32 | 6624 | Casing | 7 | Prod. Fluid | 199 | 4.429 | | 1.999 | 1833 | 0.0179115 | |
| TO 11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Mud | 193 | 14 | 9661 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 203 | 4.427 | | 1.999 | 4425 | 0.0179115 | |
| | 13292 | 13792 | Prod. Casing | 6 | Mud | 202 | 14 | 10025 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 206 | 4.425 | | 1.999 | 4423 | 0.0179115 | |
| | 13792 | 14292 | Prod. Casing | 6 | Mud | 210 | 14 | 10388 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 209 | 4.423 | | 1.999 | 4421 | 0.0179115 | |
| | 14292 | 14748 | Prod. Casing | 6 | Mud | 219 | 14 | 10720 | 1.5150 | 9672 | 32 | 14592 | Casing | 7 | Prod. Fluid | 213 | 4.422 | | 1.999 | 4031 | 0.0179115 | |
| TO 9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Mud | 225 | 14 | 10970 | 1.5150 | 7296 | 32 | 11008 | Casing | 7 | Prod. Fluid | 215 | 4.421 | | 1.999 | 3040 | 0.0179115 | |
| BO 11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Mud | 234 | 14 | 11333 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 219 | 4.419 | | 1.999 | 4417 | 0.0179115 | |
| | 15592 | 16092 | Prod. Casing | 6 | Mud | 243 | 14 | 11697 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 222 | 4.417 | | 1.999 | 4415 | 0.0179115 | |
| | 16092 | 16592 | Prod. Casing | 6 | Mud | 252 | 14 | 12060 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 226 | 4.415 | | 1.999 | 4413 | 0.0179115 | |
| | 16592 | 17092 | Prod. Casing | 6 | Mud | 261 | 14 | 12423 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 229 | 4.413 | | 1.999 | 4411 | 0.0179115 | |
| BO 9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Mud | 262 | 14 | 12471 | 1.5150 | 1379 | 32 | 2080 | Casing | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 573 | 0.0179115 | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Mud | 262 | 14 | 12567 | 1.5150 | 2800 | 32 | 4224 | Open Hole | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 1165 | | |
| TO Annulus Cement | 17289 | 18072 | Prod. Casing | 6 | Mud | 262 | 14 | 13136 | 1.5150 | 16607 | 32 | 25056 | Open Hole | 7 | Prod. Fluid | 236 | 4.411 | | 1.999 | 6905 | | |
| TO Formation | 18072 | 18104 | Prod. Casing | 6 | Mud | 262 | 14 | 13159 | 1.5150 | 679 | 32 | 1024 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | 11835 | 1.999 | 282 | | |
| TO Float Collar | 18104 | 18160 | Prod. Casing | 6 | Mud | 262 | 14 | 13200 | 1.5150 | 1188 | 32 | 1792 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | | 1.999 | 494 | | |
| TO Inside Cement | 18160 | 18195 | Prod. Casing | 6 | Cement | 262 | | | 1.5150 | 0 | 32 | 1120 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | | | | | |
| BO Formation | 18195 | 18349 | Prod. Casing | 6 | Cement | 262 | | | 1.5150 | 0 | 32 | 4928 | Cement | 7 | | 236 | | | 1.999 | 0 | | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Cement | 262 | | | 1.5150 | 0 | 32 | 0 | Cement | 7 | | 236 | | | 1.999 | 0 | | |
| Total weight | | | | | | | | | | 1526541 | | 654437 | | 7 | | | | | | 181509 | | |

**Notes:**

Cement fails allowing production fluid to flow into annulus.
Production fluid fills annulus, is trapped by seals at T O Annulus, no flow of production fluid
Pressure at T O annulus is set by reservoir pressure and density of production fluid.
Cement plug prevents production fluid from flowing into Production Casing.
Since Production Casing is plugged, the contents of the Production Casing affect the buoyancy.
Cement does not fix Production Casing.
Mud fills Production Casing

| | | |
|---|---|---|
| Area of Production Casing seal = | 195.71 | sq in |
| Pressure at top of Annulus = | 8816 | psi |
| Upwards force = | 1725401 | lb |
| Area of 18" seal = | 214.85 | sq in |
| Pressure wellhead = | 3676.45 | psi |
| Downwards force = | 789871 | lb |

Net Buoyancy, lbm = Displaced weight - casing weight+upwards force - downwards force
+Weight of fluid in ProductionCasing =
Net Buoyancy, lb -1.06E+06

Temperature criteria:
Above mudline, temperatures are in equilibrium with seawater per pyncocline curve
Prodution Fluid densities,pressures and temperatures for annulus from HYSYS calculation for
Static column, File name "DensityCalc110Deg F"
Production casing temperatures in equilibrium with formations.
Cement density as footnote
Cement density:
38.9 bbl Premium H at 16.74 ppg
6.93 bl Premium H 16.74 ppg
20 bbl spacer 14.3 ppg
133 bbl SOBM 14.0 ppg
728.5 bbl SOBM 14.0 ppg (189 ft cement in shoe)

Note: 11835 psi (sample pressure) used instead of 11844 psi (reservoir pressure) in HYSYS run.

**Table 3.3** – Condition 3

| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lb | Production Casing Fluid Temp gradient, Deg F/ft | Prod. Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | gel | 80.0 | 16.2 | 252 | 15.4188 | 74935 | | | | | | | | | | | | |
| | 300 | 600 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 385 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 600 | 900 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 518 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 900 | 1200 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 651 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 1200 | 1500 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 783 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 1500 | 1800 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 916 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 1800 | 2100 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1049 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 2100 | 2400 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1182 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 2400 | 2700 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1315 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 2700 | 3000 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1447 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 3000 | 3300 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1580 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 3300 | 3600 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1713 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 3600 | 3900 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1846 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 3900 | 4200 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1979 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 4200 | 4500 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 2111 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 4500 | 4800 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 2244 | 15.4188 | 39436 | | | | | | | | | | | | |
| | 4800 | 5001 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 2333 | 15.4188 | 26422 | | | | | | | | | | | | |
| TOBOP | 5001 | 5053 | BOP | 18.375 | Seawater | 80.0 | 8.52554 | 2356 | 13.7760 | 6107 | | | | | | | | | | | | |
| | 5053 | 5058 | Lock down seal | 18.375 | Seawater | 80 | 8.52554 | 2358 | 13.7760 | 587 | | | | | | | | | | | | |
| TOProd. Casing | 5058 | 5058 | | | | | 8.52554 | 2358 | | | | | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.9787 | | | |
| | 5058 | 5059 | Hanger | 8.626 | Seawater | 80 | 8.52554 | 2359 | 3.0353 | 26 | 62.8 | 62.8 | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.979 | 18 | | |
| | 5059 | 5061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 2360 | 3.0353 | 52 | 62.8 | 125.6 | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.979 | 36 | | |
| TO18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | | | 8.52554 | 2360 | | | | | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | 8816 | 3.9787 | 0.0000 | | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 2581 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 149 | 4.46 | | 3.979 | 8872 | | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 2802 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 152 | 4.455 | | 3.979 | 8862 | | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Seawater | 65 | 8.52554 | 3024 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 156 | 4.455 | | 3.979 | 8862 | | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3245 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 160 | 4.453 | | 3.979 | 8858 | | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3466 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 162 | 4.451 | | 3.979 | 8855 | | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3688 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 166 | 4.449 | | 3.979 | 8851 | | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3823 | 3.0353 | 7919 | 62.8 | 19216.8 | Casing | 9-7/8 | Prod. Fluid | 168 | 4.447 | | 3.979 | 5414 | | |
| TOProd Casing Mud | 8367 | 8867 | Prod. Casing | 8.626 | Mud | 122 | 14 | 4186 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 171 | 4.445 | | 3.979 | 8843 | 0.01243 | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Mud | 128 | 14 | 4550 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 175 | 4.443 | | 3.979 | 8839 | 0.01243 | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Mud | 134 | 14 | 4913 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 179 | 4.441 | | 3.979 | 8835 | 0.01243 | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Mud | 141 | 14 | 5277 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 182 | 4.439 | | 3.979 | 8831 | 0.01243 | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Mud | 147 | 14 | 5640 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 186 | 4.437 | | 3.979 | 8827 | 0.01243 | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Mud | 153 | 14 | 5848 | 3.0353 | 12154 | 62.8 | 17960.8 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.435 | | 3.979 | 5047 | 0.01243 | |
| TO13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Mud | 162 | 14 | 6162 | 3.0353 | 18358 | 62.8 | 27129.6 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.434 | | 3.979 | 7621 | 0.01243 | |
| BO16" | 11585 | 12085 | Prod. Casing | 8.626 | Mud | 171 | 14 | 6526 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 194 | 4.432 | | 3.979 | 8817 | 0.01791 | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Mud | 178 | 14 | 6817 | 3.0353 | 17040 | 62.8 | 25182.8 | Casing | 9-7/8 | Prod. Fluid | 197 | 4.43 | | 3.979 | 7068 | 0.01791 | |
| Mid of x-over | 12486 | 12488 | x-over | | Mud | 178 | 14 | 6818 | 1.8674 | 52 | | 470.6 | Casing | | Prod. Fluid | 197 | 4.43 | 10540 | 3.628 | 32 | 0.01791 | |
| | 12488 | 12490 | x-over | | Mud | 178 | 14 | 6820 | 1.8674 | 52 | | | Casing | | Prod. Fluid | 197 | 4.43 | | 3.628 | 32 | 0.01791 | |
| | 12490 | 12585 | Prod. Casing | 6 | Mud | 180 | 14 | 6889 | 1.5150 | 2015 | 32 | 3040 | Casing | 7 | Prod. Fluid | 198 | 4.43 | | 1.999 | 841 | 0.01791 | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Mud | 184 | 14 | 7039 | 1.5150 | 4390 | 32 | 6624 | Casing | 7 | Prod. Fluid | 199 | 4.429 | | 1.999 | 1833 | 0.01791 | |
| TO11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Mud | 193 | 14 | 7403 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 203 | 4.427 | | 1.999 | 4425 | 0.01791 | |
| | 13292 | 13792 | Prod. Casing | 6 | Mud | 202 | 14 | 7766 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 206 | 4.425 | | 1.999 | 4423 | 0.01791 | |
| | 13792 | 14292 | Prod. Casing | 6 | Mud | 210 | 14 | 8130 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 209 | 4.423 | | 1.999 | 4421 | 0.01791 | |
| | 14292 | 14748 | Prod. Casing | 6 | Mud | 219 | 14 | 8461 | 1.5150 | 9672 | 32 | 14592 | Casing | 7 | Prod. Fluid | 213 | 4.422 | | 1.999 | 4031 | 0.01791 | |
| TO9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Mud | 225 | 14 | 8711 | 1.5150 | 7296 | 32 | 11008 | Casing | 7 | Prod. Fluid | 215 | 4.421 | | 1.999 | 3040 | 0.01791 | |
| BO11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Mud | 234 | 14 | 9075 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 219 | 4.419 | | 1.999 | 4417 | 0.01791 | |
| | 15592 | 16092 | Prod. Casing | 6 | Mud | 243 | 14 | 9438 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 222 | 4.417 | | 1.999 | 4415 | 0.01791 | |
| | 16092 | 16592 | Prod. Casing | 6 | Mud | 252 | 14 | 9801 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 226 | 4.415 | | 1.999 | 4413 | 0.01791 | |
| | 16592 | 17092 | Prod. Casing | 6 | Mud | 261 | 14 | 10165 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Prod. Fluid | 229 | 4.413 | | 1.999 | 4411 | 0.01791 | |
| BO9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Mud | 262 | 14 | 10212 | 1.5150 | 1379 | 32 | 2080 | Casing | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 573 | 0.01791 | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Mud | 262 | 14 | 10308 | 1.5150 | 2800 | 32 | 4224 | Open Hole | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 1165 | | |
| TOAnnulusCement | 17289 | 18072 | Prod. Casing | 6 | Mud | 262 | 14 | 10877 | 1.5150 | 16607 | 32 | 25056 | Open Hole | 7 | Prod. Fluid | 236 | 4.411 | | 1.999 | 6905 | | |
| TOFormation | 18072 | 18104 | Prod. Casing | 6 | Mud | 262 | 14 | 10900 | 1.5150 | 679 | 32 | 1024 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | 11835 | 1.999 | 282 | | |
| TOFloat Collar | 18104 | 18160 | Prod. Casing | 6 | Mud | 262 | 14 | 10941 | 1.5150 | 1188 | 32 | 1792 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | | 1.999 | 494 | | |
| TOInside Cement | 18160 | 18195 | Prod. Casing | 6 | Cement | 262 | 14.5 | | 1.5150 | 769 | 32 | 1120 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | | | | | |
| BOFormation | 18195 | 18349 | Prod. Casing | 6 | Cement | 262 | 14.5 | | 1.5150 | 3383 | 32 | 4928 | Cement | 7 | Cement | 236 | | | 1.999 | 0 | | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Cement | 262 | 14.5 | | 1.5150 | 0 | 32 | 0 | Cement | 7 | Cement | 236 | | | 1.999 | 0 | | |
| Total weight | | | | | | | | | | 1084776 | | 654437 | | | | | | | | 181509 | | |

**Notes:**

Communication between the reservoir and the annulus.
Production fluid fills annulus, is trapped by seals at T O Annulus, no flow of production fluid
Pressure at T O annulus is set by reservoir pressure and density of production fluid.
Cement plug prevents production fluid from flowing into Production Casing.
Cement does not fix Production Casing.
Since Production Casing is plugged, the contents of the Production Casing affect the buoyancy.
Area of Production Casing seal = 195.71 sq in
Pressure at top of Annulus = 8816 psi
Upwards force = 1725401 lb
Area of 18 " seal = 214.85 sq in
Pressure wellhead = 2358 psi
Downwards force = 506687 lb
Net Buoyancy, lbm = Displaced weight - casing weight+upwards force - downwards force
+Weight of fluid in ProductionCasing =
Net Buoyancy, lb -3.39E+05

Temperature criteria:
Seawater temperature in production casing is 80 Deg F since seawater is pumped fprm the surface.
Mud temperatures in production casing are in equilibrium with formations.
Prodution Fluid densities,pressures and temperatures for annulus from HYSYS calculation for
Static column, File name "DensityCalc110Deg F"
Production casing Temps from Downhole Temp surveys
Cement density: 5.26 bbl premium H at 16.74 ppg
38.9 bbl Premium H , foamed to 47.75 bbl 14.5 ppg
6.93 bl Premium H 16.74 ppg
20 bbl spacer 14.3 ppg
133 bbl SOBM 14.0 ppg
728.5 bbl SOBM 14.0 ppg (189 ft cement in shoe)
Note: 11835 psi (sample pressure) used instead of 11844 psi (reservoir pressure) in HYSYS run.

**Table 3.4** – Condition 4



United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT

## Section 3 – Calculations & Figures

9/22/2010 Rev. 0

| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lb | Production Casing Fluid Temp gradient, Deg F/ft | Annulus Fluid Temp gradient, Deg F/ft | Production Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | gel | 80.0 | 16.2 | 252 | 15.4188 | 74935 | | | | | | | | | | | | | |
| | 300 | 600 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 385 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 600 | 900 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 518 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 900 | 1200 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 651 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 1200 | 1500 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 783 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 1500 | 1800 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 916 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 1800 | 2100 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1049 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 2100 | 2400 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1182 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 2400 | 2700 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1315 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 2700 | 3000 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1447 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 3000 | 3300 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1580 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 3300 | 3600 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1713 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 3600 | 3900 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1846 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 3900 | 4200 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 1979 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 4200 | 4500 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 2111 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 4500 | 4800 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 2244 | 15.4188 | 39436 | | | | | | | | | | | | | |
| | 4800 | 5001 | Conductor | 19.5 | Seawater | 80.0 | 8.52554 | 2333 | 15.4188 | 26422 | | | | | | | | | | | | | |
| TOBOP | 5001 | 5053 | BOP | 18.375 | Seawater | 80.0 | 8.52554 | 2356 | 13.7760 | 6107 | | | | | | | | | | | | | |
| | 5053 | 5058 | Lock down seal | 18.375 | Seawater | 80 | 8.52554 | 2358 | 13.7760 | 587 | | | | | | | | | | | | | |
| TOProd. Casing | 5058 | 5058 | | | | | 8.52554 | 2358 | | 0 | 62.8 | 0 | Casing | 9-7/8 | Mud | | | 3677 | | | | | |
| | 5058 | 5059 | Hanger | 8.626 | Seawater | 80 | 8.52554 | 2359 | 3.0353 | 26 | 62.8 | 62.8 | Casing | 9-7/8 | Mud | 48 | 14 | 3678 | 3.979 | 56 | | | |
| | 5059 | 5061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 2360 | 3.0353 | 52 | 62.8 | 125.6 | Casing | 9-7/8 | Mud | 48 | 14 | 3679 | 3.979 | 111 | | | |
| TO18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | | | 8.52554 | 2360 | | | | | Casing | 9-7/8 | Mud | 48 | 14 | 3679 | | | | 0.0161048 | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 2581 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 57 | 14 | 4043 | 3.979 | 27851 | | 0.0161048 | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 2802 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 58 | 14 | 4406 | 3.979 | 27851 | | 0.0161048 | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Seawater | 65 | 8.52554 | 3024 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 58 | 14 | 4769 | 3.979 | 27851 | | 0.0161048 | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3245 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 59 | 14 | 5133 | 3.979 | 27851 | | 0.0161048 | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3466 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 62 | 14 | 5496 | 3.979 | 27851 | | 0.0161048 | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3688 | 3.0353 | 12939 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 70 | 14 | 5860 | 3.979 | 27851 | | 0.0161048 | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Seawater | 80 | 8.52554 | 3823 | 3.0353 | 7919 | 62.8 | 19216.8 | Casing | 9-7/8 | Mud | 90 | 14 | 6082 | 3.979 | 17045 | | 0.0161048 | |
| TOProd Casing Mud | 8367 | 8867 | Prod. Casing | 8.626 | Mud | 122 | 14 | 4186 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 122 | 14 | 6446 | 3.979 | 27851 | 0.0124301 | 0.0161048 | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Mud | 128 | 14 | 4550 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 128 | 14 | 6809 | 3.979 | 27851 | 0.0124301 | 0.0161048 | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Mud | 134 | 14 | 4913 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 134 | 14 | 7172 | 3.979 | 27851 | 0.0124301 | 0.0161048 | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Mud | 141 | 14 | 5277 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 141 | 14 | 7536 | 3.979 | 27851 | 0.0124301 | 0.0161048 | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Mud | 147 | 14 | 5640 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 147 | 14 | 7899 | 3.979 | 27851 | 0.0124301 | 0.0161048 | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Mud | 153 | 14 | 5848 | 3.0353 | 12154 | 62.8 | 17960.8 | Casing | 9-7/8 | Mud | 153 | 14 | 8107 | 3.979 | 15931 | 0.0124301 | 0.0161048 | |
| TO13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Mud | 162 | 14 | 6162 | 3.0353 | 18358 | 62.8 | 27129.6 | Casing | 9-7/8 | Mud | 162 | 14 | 8421 | 3.979 | 24063 | 0.0124301 | 0.0161048 | |
| BO16" | 11585 | 12085 | Prod. Casing | 8.626 | Mud | 171 | 14 | 6526 | 3.0353 | 21247 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 171 | 14 | 8785 | 3.979 | 27851 | 0.0179115 | 0.0161048 | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Mud | 178 | 14 | 6817 | 3.0353 | 17040 | 62.8 | 25182.8 | Casing | 9-7/8 | Mud | 178 | 14 | 9076 | 3.979 | 22336 | 0.0179115 | 0.0161048 | |
| Mid of x-over | 12486 | 12488 | x-over | | Mud | 178 | 14 | 6818 | 1.8674 | 52 | | 470.6 | Casing | | Mud | 178 | 14 | 9078 | 3.628 | 102 | 0.0179115 | 0.0161048 | |
| | 12488 | 12490 | x-over | | Mud | 178 | 14 | 6820 | 1.8674 | 52 | | | Casing | | Mud | 178 | 14 | 9079 | 3.628 | 102 | 0.0179115 | 0.0161048 | |
| | 12490 | 12585 | Prod. Casing | 6 | Mud | 180 | 14 | 6889 | 1.5150 | 2015 | 32 | 3040 | Casing | 7 | Mud | 180 | 14 | 9148 | 1.999 | 2659 | 0.0179115 | 0.0161048 | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Mud | 184 | 14 | 7039 | 1.5150 | 4390 | 32 | 6624 | Casing | 7 | Mud | 184 | 14 | 9299 | 1.999 | 5794 | 0.0179115 | 0.0161048 | |
| TO11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Mud | 193 | 14 | 7403 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 193 | 14 | 9662 | 1.999 | 13994 | 0.0179115 | 0.0161048 | |
| | 13292 | 13792 | Prod. Casing | 6 | Mud | 202 | 14 | 7766 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 202 | 14 | 10025 | 1.999 | 13994 | 0.0179115 | 0.0161048 | |
| | 13792 | 14292 | Prod. Casing | 6 | Mud | 210 | 14 | 8130 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 210 | 14 | 10389 | 1.999 | 13994 | 0.0179115 | 0.0161048 | |
| | 14292 | 14748 | Prod. Casing | 6 | Mud | 219 | 14 | 8461 | 1.5150 | 9672 | 32 | 14592 | Casing | 7 | Mud | 219 | 14 | 10720 | 1.999 | 12763 | 0.0179115 | 0.0161048 | |
| TO9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Mud | 225 | 14 | 8711 | 1.5150 | 7296 | 32 | 11008 | Casing | 7 | Mud | 225 | 14 | 10970 | 1.999 | 9628 | 0.0179115 | 0.0161048 | |
| BO11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Mud | 234 | 14 | 9075 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 234 | 14 | 11334 | 1.999 | 13994 | 0.0179115 | 0.0161048 | |
| | 15592 | 16092 | Prod. Casing | 6 | Mud | 243 | 14 | 9438 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 243 | 14 | 11697 | 1.999 | 13994 | 0.0179115 | 0.0161048 | |
| | 16092 | 16592 | Prod. Casing | 6 | Mud | 252 | 14 | 9801 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 252 | 14 | 12061 | 1.999 | 13994 | 0.0179115 | 0.0161048 | |
| | 16592 | 17092 | Prod. Casing | 6 | Mud | 261 | 14 | 10165 | 1.5150 | 10605 | 32 | 16000 | Casing | 7 | Mud | 261 | 14 | 12424 | 1.999 | 13994 | 0.0179115 | 0.0161048 | |
| BO9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Mud | 262 | 14 | 10212 | 1.5150 | 1379 | 32 | 2080 | Casing | 7 | Mud | 262 | 14 | 12471 | 1.999 | 1819 | 0.0179115 | 0.0161048 | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Mud | 262 | 14 | 10308 | 1.5150 | 2800 | 32 | 4224 | Open Hole | 7 | Mud | 262 | 14 | 12567 | 1.999 | 3695 | | 0.0161048 | |
| TOAnnulus Cement | 17289 | 18072 | Prod. Casing | 6 | Mud | 262 | 14 | 10877 | 1.5150 | 16607 | 32 | 25056 | Cement | 7 | Cement | | | | 1.999 | 0 | | 0.0161048 | |
| TOFormation | 18072 | 18104 | Prod. Casing | 6 | Mud | 262 | 14 | 10900 | 1.5150 | 679 | 32 | 1024 | Cement | 7 | Cement | | | | 1.999 | 0 | | 0.0161048 | |
| TOFloat Collar | 18104 | 18160 | Prod. Casing | 6 | Mud | 262 | 14 | 10941 | 1.5150 | 1188 | 32 | 1792 | Open Hole | 7 | Cement | | | | 1.999 | 0 | | 0.0161048 | |
| TOInside Cement | 18160 | 18195 | Prod. Casing | 6 | Mud | 262 | 14 | 10967 | 1.5150 | 742 | 32 | 1120 | Open Hole | 7 | Cement | | | | | | | 0.0161048 | |
| BOFormation | 18195 | 18349 | Prod. Casing | 6 | Mud | 262 | 14 | 11079 | 1.5150 | 3266 | 32 | 4928 | Open Hole | 7 | Cement | 175 | | | 1.999 | 0 | | 0.0161048 | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Mud | 262 | 14 | 11079 | 1.5150 | 0 | 32 | 0 | Open Hole | 7 | Cement | 262 | | | 1.999 | 0 | | 0.0161048 | |
| Total weight | | | | | | | | | | NA | | 654437 | | | | | | | | 548270 | | | |

**Notes:**

Communication between reservoir and Production Casing. Gel/seawater/mud still in Production Casing.

Mud is in annulus, cement does not hold Production Casing.

Production Casing contains seawater down to depth of the drill pipe.

Since hole is open, the contents of the Production Casing do not affect the buoyancy.

Area of Production Casing seal = 195.71 sq in

Pressure at top of Annulus = 3679 psi

Upwards force = 720061 lb

Area of 18" seal = 214.85 sq in

Pressure wellhead = 2358 psi

Downwards force = 506687 lb

Net Buoyancy, lbm = Displaced weight - casing weight+upwards force - downwards force

+Weight of fluid in Production Casing =

Net Buoyancy, lb 1.07E+05

Seawater temperature in production casing is 80 Deg F since seawater is pumped form the surface.

Mud temperatures in production casing and annulus are in equilibrium with formations.

Cement density as footnote

Cement density: 5.26 bbl premium H at 16.74 ppg

5.26 bbl premium H at 16.74 ppg

38.9 bbl Premium H , foamed to 47.75 bbl 14.5 ppg

6.93 bl Premium H 16.74 ppg

20 bbl spacer 14.3 ppg

133 bbl SOBM 14.0 ppg

728.5 bbl SOBM 14.0 ppg (189 ft cement in shoe)

Pressure at BO Annulus = pressure at cementing = 12567 psi

**Table 3.5** – Condition 5



| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lb | Diff. Press at end of segment | Production Casing Fluid Temp gradient, Deg F/ft | Annulus Fluid Temp gradient, Deg F/ft | Production Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 300 | 600 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 600 | 900 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 900 | 1200 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 1200 | 1500 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 1500 | 1800 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 1800 | 2100 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 2100 | 2400 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 2400 | 2700 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 2700 | 3000 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3000 | 3300 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3300 | 3600 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3600 | 3900 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3900 | 4200 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 4200 | 4500 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 4500 | 4800 | Conductor | | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 4800 | 5001 | Conductor | | | | | | 15.4188 | | | | | | | | | | | | | | | |
| TO BOP | 5001 | 5053 | BOP | | | | | | 13.7760 | | | | | | | | | | | | | | | |
| | 5053 | 5058 | Lock down seal | | | | | | 13.7760 | | | | | | | | | | | | | | | |
| TO Prod. Casing | 5058 | 5058 | | | Prod. Fluid | 145 | 4.463 | 8815 | 3.0353 | 0 | | | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.9787 | 0 | | | | |
| | 5058 | 5059 | Hanger | | Prod. Fluid | 145 | 4.463 | 8815 | 3.0353 | 14 | 62.8 | 62.8 | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.979 | 18 | | | | |
| | 5059 | 5061 | Prod. Casing | | Prod. Fluid | 145 | 4.463 | 8816 | 3.0353 | 27 | 62.8 | 125.6 | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.979 | 36 | | | | |
| TO 18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | Prod. Fluid | 145 | 4.463 | 8816 | | | | | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | 8816 | 3.9787 | 0.0000 | | | | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Prod. Fluid | 149 | 4.46 | | 3.0353 | 6769 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 149 | 4.46 | | 3.979 | 8872 | | | | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Prod. Fluid | 152 | 4.455 | | 3.0353 | 6761 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 152 | 4.455 | | 3.979 | 8862 | | | | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Prod. Fluid | 156 | 4.455 | | 3.0353 | 6761 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 156 | 4.455 | | 3.979 | 8862 | | | | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Prod. Fluid | 160 | 4.453 | | 3.0353 | 6758 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 160 | 4.453 | | 3.979 | 8858 | | | | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Prod. Fluid | 162 | 4.451 | | 3.0353 | 6755 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 162 | 4.451 | | 3.979 | 8855 | | | | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Prod. Fluid | 166 | 4.449 | | 3.0353 | 6752 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 166 | 4.449 | | 3.979 | 8851 | | | | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Prod. Fluid | 168 | 4.447 | | 3.0353 | 4130 | 62.8 | 19216.8 | Casing | 9-7/8 | Prod. Fluid | 168 | 4.447 | | 3.979 | 5414 | | | | |
| | 8367 | 8867 | Prod. Casing | 8.626 | Prod. Fluid | 171 | 4.445 | | 3.0353 | 6746 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 171 | 4.445 | | 3.979 | 8843 | | | | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Prod. Fluid | 175 | 4.443 | | 3.0353 | 6743 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 175 | 4.443 | | 3.979 | 8839 | | | | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Prod. Fluid | 179 | 4.441 | | 3.0353 | 6740 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 179 | 4.441 | | 3.979 | 8835 | | | | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Prod. Fluid | 182 | 4.439 | | 3.0353 | 6737 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 182 | 4.439 | | 3.979 | 8831 | | | | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Prod. Fluid | 186 | 4.437 | | 3.0353 | 6734 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 186 | 4.437 | | 3.979 | 8827 | | | | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Prod. Fluid | 188 | 4.435 | | 3.0353 | 3850 | 62.8 | 17960.8 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.435 | | 3.979 | 5047 | | | | |
| TO 13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Prod. Fluid | 188 | 4.434 | | 3.0353 | 5814 | 62.8 | 27129.6 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.434 | | 3.979 | 7621 | | | | |
| BO 16" | 11585 | 12085 | Prod. Casing | 8.626 | Prod. Fluid | 194 | 4.432 | | 3.0353 | 6726 | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 194 | 4.432 | | 3.979 | 8817 | | | | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Prod. Fluid | 197 | 4.43 | | 3.0353 | 5392 | 62.8 | 25182.8 | Casing | 9-7/8 | Prod. Fluid | 197 | 4.43 | | 3.979 | 7068 | | | | |
| Mid of x-over | 12486 | 12488 | x-over | | Prod. Fluid | 197 | 4.43 | 10540 | 1.8674 | 17 | | 470.6 | Casing | | Prod. Fluid | 197 | 4.43 | 10540 | 3.628 | 32 | | | | |
| | 12488 | 12490 | x-over | | Prod. Fluid | 197 | 4.43 | | 1.8674 | 17 | | | Casing | | Prod. Fluid | 197 | 4.43 | | 3.628 | 32 | | | | |
| | 12490 | 12585 | Prod. Casing | 6 | Prod. Fluid | 198 | 4.43 | | 1.5150 | 638 | 32 | 3040 | Casing | 7 | Prod. Fluid | 198 | 4.43 | | 1.999 | 841 | | | | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Prod. Fluid | 199 | 4.429 | | 1.5150 | 1389 | 32 | 6624 | Casing | 7 | Prod. Fluid | 199 | 4.429 | | 1.999 | 1833 | | | | |
| TO 11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Prod. Fluid | 203 | 4.427 | | 1.5150 | 3353 | 32 | 16000 | Casing | 7 | Prod. Fluid | 203 | 4.427 | | 1.999 | 4425 | | | | |
| | 13292 | 13792 | Prod. Casing | 6 | Prod. Fluid | 206 | 4.425 | | 1.5150 | 3352 | 32 | 16000 | Casing | 7 | Prod. Fluid | 206 | 4.425 | | 1.999 | 4423 | | | | |
| | 13792 | 14292 | Prod. Casing | 6 | Prod. Fluid | 209 | 4.423 | | 1.5150 | 3350 | 32 | 16000 | Casing | 7 | Prod. Fluid | 209 | 4.423 | | 1.999 | 4421 | | | | |
| | 14292 | 14748 | Prod. Casing | 6 | Prod. Fluid | 213 | 4.422 | | 1.5150 | 3055 | 32 | 14592 | Casing | 7 | Prod. Fluid | 213 | 4.422 | | 1.999 | 4031 | | | | |
| TO 9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Prod. Fluid | 215 | 4.421 | | 1.5150 | 2304 | 32 | 11008 | Casing | 7 | Prod. Fluid | 215 | 4.421 | | 1.999 | 3040 | | | | |
| BO 11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Prod. Fluid | 219 | 4.419 | | 1.5150 | 3347 | 32 | 16000 | Casing | 7 | Prod. Fluid | 219 | 4.419 | | 1.999 | 4417 | | | | |
| | 15592 | 16092 | Prod. Casing | 6 | Prod. Fluid | 222 | 4.417 | | 1.5150 | 3346 | 32 | 16000 | Casing | 7 | Prod. Fluid | 222 | 4.417 | | 1.999 | 4415 | | | | |
| | 16092 | 16592 | Prod. Casing | 6 | Prod. Fluid | 226 | 4.415 | | 1.5150 | 3344 | 32 | 16000 | Casing | 7 | Prod. Fluid | 226 | 4.415 | | 1.999 | 4413 | | | | |
| | 16592 | 17092 | Prod. Casing | 6 | Prod. Fluid | 229 | 4.413 | | 1.5150 | 3343 | 32 | 16000 | Casing | 7 | Prod. Fluid | 229 | 4.413 | | 1.999 | 4411 | | | | |
| BO 9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Prod. Fluid | 230 | 4.413 | | 1.5150 | 435 | 32 | 2080 | Casing | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 573 | | | | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Prod. Fluid | 230 | 4.413 | | 1.5150 | 883 | 32 | 4224 | Open Hole | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 1165 | | | | |
| TO Annulus Cement | 17289 | 18072 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.411 | | 1.5150 | 5233 | 32 | 25056 | Cement | 7 | Prod. Fluid | 236 | 4.411 | | 1.999 | 6905 | | | | |
| TO Formation | 18072 | 18104 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.41 | | 1.5150 | 214 | 32 | 1024 | Cement | 7 | Prod. Fluid | 236 | 4.41 | 11835 | 1.999 | 282 | | | | |
| TO Float Collar | 18104 | 18160 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.41 | | 1.5150 | 374 | 32 | 1792 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | 11835 | 1.999 | 494 | | | | |
| TO Inside Cement | 18160 | 18195 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.41 | 11835 | 1.5150 | 234 | 32 | 1120 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | 11835 | | | | | | |
| BO Formation | 18195 | 18349 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.411 | 11835 | 1.5150 | 1029 | 32 | 4928 | Open Hole | 7 | | 236 | | | 1.999 | 0 | | | | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.411 | 11835 | 1.5150 | 0 | 32 | 0 | Open Hole | 7 | | 236 | | | 1.999 | 0 | | | | |
| Total weight | | | | | | | | | | NA | | 654437 | | | | | | | | 181509 | | | | |

**Notes:**

Communication between reservoir and Production Casing.

Production fluid fills annulus, is trapped by seals at T O Annulus, no flow of production fluid

Pressure at T O annulus is set by reservoir pressure and density of production fluid.

Production fluid is in annulus, cement does not hold Production Casing.

Since hole is open, the contents of the Production Casing do not affect the buoyancy.

Area of Production Casing seal = 195.7 sq in

Pressure at top of Annulus = 8816 psi

Upwards force = 1725401 lb

Area of 18 " seal = 214.85 sq in

Pressure wellhead = 8815 psi

Downwards force = 1893934 lb

Net Buoyancy, lbm = Displaced weight - casing weight+upwards force - downwards force

+Weight of fluid in ProductionCasing =

Net Buoyancy, lb -6.41E+05

Production Fluid densities,pressures and temperatures for annulus from HYSYS calculation for static column, File name "DensityCalc110Deg F"

Production Fluid densities,pressures and temperatures for production casing the same as annulus.

Production casing contents ignored since contents do not affect buoyancy.

Note: 11835 psi (sample pressure) used instead of 11844 psi (reservoir pressure) in HYSYS run.

5.26 bbl premium H at 16.74 ppg

Note: If Production Casing pressure is less than annulus pressure by 2084 psi (at Hanger), than buoyant force on hanger is positive and hanger and production casing will lift unless held by cement.

**Table 3.6** – Condition 6



United States Department of the Interior
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT

## Section 3 – Calculations & Figures

9/22/2010 Rev. 0

| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lb | Production Casing Fluid Temp gradient, Deg F/ft | Production Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | NA | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 300 | 600 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 600 | 900 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 900 | 1200 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 1200 | 1500 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 1500 | 1800 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 1800 | 2100 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 2100 | 2400 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 2400 | 2700 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 2700 | 3000 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 3000 | 3300 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 3300 | 3600 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 3600 | 3900 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 3900 | 4200 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 4200 | 4500 | Conductor | 19.5 | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 4500 | 4800 | Conductor | | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| | 4800 | 5001 | Conductor | | | | | | 15.4188 | 0 | | | | | | | | | | | | |
| TOBOP | 5001 | 5053 | BOP | | | | | | 13.7760 | 0 | | | | | | | | | | | | |
| | 5053 | 5058 | Lock down seal | | | | | | 13.7760 | 0 | | | | | | | | | | | | |
| TO Prod. Casing | 5058 | 5058 | | | Prod. Fluid | 145 | 4.463 | 8815 | | | | | Casing | 9-7/8 | Mud | 40 | 14 | | 3.9787 | 0 | | |
| | 5058 | 5059 | Hanger | | Prod. Fluid | 145 | 4.463 | | 3.0353 | 14 | 62.8 | 62.8 | Casing | 9-7/8 | Mud | 48 | 14 | | 3.979 | 56 | | |
| | 5059 | 5061 | Prod. Casing | | Prod. Fluid | 145 | 4.463 | | 3.0353 | 27 | 62.8 | 125.6 | Casing | 9-7/8 | Mud | 48 | 14 | | 3.979 | 111 | | |
| TO 18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | Prod. Fluid | 145 | 4.463 | | | | | | Casing | 9-7/8 | Mud | 48 | 14 | 3679 | | | 0 | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Prod. Fluid | 149 | 4.46 | | 3.0353 | 6769 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 55.07405178 | 14 | 4042 | 3.979 | 27851 | 0 | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Prod. Fluid | 152 | 4.455 | | 3.0353 | 6761 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 62.14810355 | 14 | 4406 | 3.979 | 27851 | 0 | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Prod. Fluid | 156 | 4.455 | | 3.0353 | 6761 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 69.22215533 | 14 | 4769 | 3.979 | 27851 | 0 | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Prod. Fluid | 160 | 4.453 | | 3.0353 | 6758 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 76.2962071 | 14 | 5133 | 3.979 | 27851 | 0 | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Prod. Fluid | 162 | 4.451 | | 3.0353 | 6755 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 83.37025888 | 14 | 5496 | 3.979 | 27851 | 0 | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Prod. Fluid | 166 | 4.449 | | 3.0353 | 6752 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 90.44431066 | 14 | 5860 | 3.979 | 27851 | 0 | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Prod. Fluid | 168 | 4.447 | | 3.0353 | 4130 | 62.8 | 19216.8 | Casing | 9-7/8 | Mud | 94.77363034 | 14 | 6082 | 3.979 | 17045 | 0 | |
| | 8367 | 8867 | Prod. Casing | 8.626 | Prod. Fluid | 171 | 4.445 | | 3.0353 | 6746 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 101.8476821 | 14 | 6445 | 3.979 | 27851 | 0.0141481 | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Prod. Fluid | 175 | 4.443 | | 3.0353 | 6743 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 109 | 14 | 6809 | 3.979 | 27851 | 0.0141481 | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Prod. Fluid | 179 | 4.441 | | 3.0353 | 6740 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 116 | 14 | 7172 | 3.979 | 27851 | 0.0141481 | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Prod. Fluid | 182 | 4.439 | | 3.0353 | 6737 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 123 | 14 | 7536 | 3.979 | 27851 | 0.0141481 | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Prod. Fluid | 186 | 4.437 | | 3.0353 | 6734 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 130 | 14 | 7899 | 3.979 | 27851 | 0.0141481 | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Prod. Fluid | 188 | 4.435 | | 3.0353 | 3850 | 62.8 | 17960.8 | Casing | 9-7/8 | Mud | 134 | 14 | 8107 | 3.979 | 15931 | 0.0141481 | |
| TO 13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Prod. Fluid | 188 | 4.434 | | 3.0353 | 5814 | 62.8 | 27129.6 | Casing | 9-7/8 | Mud | 140 | 14 | 8421 | 3.979 | 24063 | 0.0141481 | |
| BO 16" | 11585 | 12085 | Prod. Casing | 8.626 | Prod. Fluid | 194 | 4.432 | | 3.0353 | 6726 | 62.8 | 31400 | Casing | 9-7/8 | Mud | 147 | 14 | 8784 | 3.979 | 27851 | 0.0141481 | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Prod. Fluid | 197 | 4.43 | | 3.0353 | 5392 | 62.8 | 25182.8 | Casing | 9-7/8 | Mud | 153 | 14 | 9076 | 3.979 | 22336 | 0.0141481 | |
| Mid of x-over | 12486 | 12488 | x-over | | Prod. Fluid | 197 | 4.43 | 10540 | 1.8674 | 17 | | 470.6 | Casing | | Mud | 153 | 14 | 9077 | 3.628 | 102 | 0.0141481 | |
| | 12488 | 12490 | x-over | | Prod. Fluid | 197 | 4.43 | | 1.8674 | 17 | | | Casing | | Mud | 153 | 14 | 9079 | 3.628 | 102 | 0.0141481 | |
| | 12490 | 12585 | Prod. Casing | 6 | Prod. Fluid | 198 | 4.43 | | 1.5150 | 638 | 32 | 3040 | Casing | 7 | Mud | 154 | 14 | 9148 | 1.999 | 2659 | 0.0141481 | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Prod. Fluid | 199 | 4.429 | | 1.5150 | 1389 | 32 | 6624 | Casing | 7 | Mud | 157 | 14 | 9298 | 1.999 | 5794 | 0.0141481 | |
| TO 11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Prod. Fluid | 203 | 4.427 | | 1.5150 | 3353 | 32 | 16000 | Casing | 7 | Mud | 164 | 14 | 9662 | 1.999 | 13994 | 0.0141481 | |
| | 13292 | 13792 | Prod. Casing | 6 | Prod. Fluid | 206 | 4.425 | | 1.5150 | 3352 | 32 | 16000 | Casing | 7 | Mud | 172 | 14 | 10025 | 1.999 | 13994 | 0.0141481 | |
| | 13792 | 14292 | Prod. Casing | 6 | Prod. Fluid | 209 | 4.423 | | 1.5150 | 3350 | 32 | 16000 | Casing | 7 | Mud | 179 | 14 | 10389 | 1.999 | 13994 | 0.0141481 | |
| | 14292 | 14748 | Prod. Casing | 6 | Prod. Fluid | 213 | 4.422 | | 1.5150 | 3055 | 32 | 14592 | Casing | 7 | Mud | 185 | 14 | 10720 | 1.999 | 12763 | 0.0141481 | |
| TO 9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Prod. Fluid | 215 | 4.421 | | 1.5150 | 2304 | 32 | 11008 | Casing | 7 | Mud | 190 | 14 | 10970 | 1.999 | 9628 | 0.0141481 | |
| BO 11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Prod. Fluid | 219 | 4.419 | | 1.5150 | 3347 | 32 | 16000 | Casing | 7 | Mud | 197 | 14 | 11334 | 1.999 | 13994 | 0.0141481 | |
| | 15592 | 16092 | Prod. Casing | 6 | Prod. Fluid | 222 | 4.417 | | 1.5150 | 3346 | 32 | 16000 | Casing | 7 | Mud | 204 | 14 | 11697 | 1.999 | 13994 | 0.0141481 | |
| | 16092 | 16592 | Prod. Casing | 6 | Prod. Fluid | 226 | 4.415 | | 1.5150 | 3344 | 32 | 16000 | Casing | 7 | Mud | 211 | 14 | 12060 | 1.999 | 13994 | 0.0141481 | |
| | 16592 | 17092 | Prod. Casing | 6 | Prod. Fluid | 229 | 4.413 | | 1.5150 | 3343 | 32 | 16000 | Casing | 7 | Mud | 218 | 14 | 12424 | 1.999 | 13994 | 0.0141481 | |
| BO 9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Prod. Fluid | 230 | 4.413 | | 1.5150 | 435 | 32 | 2080 | Casing | 7 | Mud | 219 | 14 | 12471 | 1.999 | 1819 | 0.0141481 | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Prod. Fluid | 230 | 4.413 | | 1.5150 | 883 | 32 | 4224 | Open Hole | 7 | Mud | 221 | 14 | 12567 | 1.999 | 3695 | 0.0141481 | |
| TO Annulus Cement | 17289 | 18072 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.411 | | 1.5150 | 5233 | 32 | 25056 | Cement | 7 | Cement | 232 | | | 1.999 | 0 | 0.0141481 | |
| TO Formation | 18072 | 18104 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.41 | | 1.5150 | 214 | 32 | 1024 | Cement | 7 | Cement | 233 | | | 1.999 | 0 | 0.0141481 | |
| TO Float Collar | 18104 | 18160 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.41 | | 1.5150 | 374 | 32 | 1792 | Open Hole | 7 | Cement | 233 | | | 1.999 | 0 | 0.0141481 | |
| TO Inside Cement | 18160 | 18195 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.41 | 11835 | 1.5150 | 234 | 32 | 1120 | Open Hole | 7 | Cement | 233.8211921 | | | | | 0.0141481 | |
| BO Formation | 18195 | 18349 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.411 | 11835 | 1.5150 | 1029 | 32 | 4928 | Open Hole | 7 | Cement | 236 | | | 1.999 | 0 | 0.0141481 | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Prod. Fluid | 236 | 4.411 | 11835 | 1.5150 | 0 | 32 | 0 | Open Hole | 7 | | 236 | | | 1.999 | 0 | 0.0141481 | |
| Total weight | | | | | | | | | | NA | | 654437 | | | | | | | | 548270 | | |

**Notes:**

Communication between reservoir and Production Casing.

Mud fills annulus, is trapped by seals at T O Annulus, no flow of production fluid

Pressure at T O annulus is set by reservoir pressure and density of mud.

Production fluid is in annulus, cement does not hold Production Casing.

Production Casing contains production fluid

Since hole is open, the contents of the Production Casing do not affect the buoyancy.

| | | |
|---|---|---|
| Area of Production Casing seal = | 195.71 | sq in |
| Pressure at top of Annulus = | 3679 | psi |
| Upwards force = | 720026 | lb |
| Area of 18 " seal = | 214.8 | sq in |
| Pressure wellhead = | 8815 | psi |
| Downwards force = | 1893869 | lb |

Net Buoyancy, lbm = Displaced weight - casing weight+upwards force - downwards force

+Weight of fluid in ProductionCasing =

Net Buoyancy, lb -1.28E+06

Production Fluid densities,pressures and temperatures for annulus from HYSYS calculation for Static column, File name "DensityCalc110Deg F"

Temperature criteria In wellbore, mud in equilibrium with formations

Production casing contents ignored since contents do not affect buoyancy.

Note: 11835 psi (sample pressure) used instead of 11844 psi (reservoir pressure) in HYSYS run.

**Table 3.7** – Condition 7

United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT

## Section 3 – Calculations & Figures

9/22/2010 Rev. 0

| Comments | Start True Vertical Depth | End True Vertical Depth | Production Casing Description | Production Casing ID | Production Casing Fluid | Production Casing Ave Temp. Deg F | Production Casing Fluid ppg | Production Casing Pressure at end of segment | Production Casing Fluid Capacity gal/ft | Production Casing Fluid Capacity wt/section, lb | Production Casing weight, lb/ft | Production Casing weight, lb per segment | Annulus Casing Description | Annulus ID for Displacement | Exterior Fluid | Annulus Fluid Ave Temp. Deg F | Annulus Fluid ppg | Annulus Pressure at end | Production Casing Fluid Displacement gal/ft | Production Casing Fluid Displacement wt/section, lb | Diff. Press. at end of segment | Production Casing Fluid Temp gradient, Deg F/ft | Annulus Fluid Temp gradient, Deg F/ft | Production Casing Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 300 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 300 | 600 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 600 | 900 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 900 | 1200 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 1200 | 1500 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 1500 | 1800 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 1800 | 2100 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 2100 | 2400 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 2400 | 2700 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 2700 | 3000 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3000 | 3300 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3300 | 3600 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3600 | 3900 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 3900 | 4200 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 4200 | 4500 | Conductor | 19.5 | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 4500 | 4800 | Conductor | | | | | | 15.4188 | | | | | | | | | | | | | | | |
| | 4800 | 5001 | Conductor | | | | | | 15.4188 | | | | | | | | | | | | | | | |
| TOBOP | 5001 | 5053 | BOP | | | | | | 13.7760 | | | | | | | | | | | | | | | |
| | 5053 | 5058 | Lock down seal | | | | | | 13.7760 | | | | | | | | | | | | | | | |
| TOProd. Casing | 5058 | 5058 | | | Prod. Fluid | | | 2358 | 3.0353 | | | | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.9787 | 0 | | | | |
| | 5058 | 5059 | Hanger | | Prod. Fluid | | | 2358 | 3.0353 | | 62.8 | 62.8 | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.979 | 18 | | | | |
| | 5059 | 5061 | Prod. Casing | | Prod. Fluid | | | 2358 | 3.0353 | | 62.8 | 125.6 | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | | 3.979 | 36 | | | | |
| TO 18" x 16" Annulus | 5061 | 5061 | Prod. Casing | | Prod. Fluid | | | 2358 | | | | | Casing | 9-7/8 | Prod. Fluid | 145 | 4 | 8816 | 3.9787 | 0.0000 | | | | |
| | 5061 | 5561 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 149 | 4.46 | | 3.979 | 8872 | | | | Q-125 |
| | 5561 | 6061 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 152 | 4.455 | | 3.979 | 8862 | | | | |
| | 6061 | 6561 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 156 | 4.455 | | 3.979 | 8862 | | | | |
| | 6561 | 7061 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 160 | 4.453 | | 3.979 | 8858 | | | | |
| | 7061 | 7561 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 162 | 4.451 | | 3.979 | 8855 | | | | |
| | 7561 | 8061 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 166 | 4.449 | | 3.979 | 8851 | | | | |
| | 8061 | 8367 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 19216.8 | Casing | 9-7/8 | Prod. Fluid | 168 | 4.447 | | 3.979 | 5414 | | | | |
| | 8367 | 8867 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 171 | 4.445 | | 3.979 | 8843 | | | | |
| | 8867 | 9367 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 175 | 4.443 | | 3.979 | 8839 | | | | |
| | 9367 | 9867 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 179 | 4.441 | | 3.979 | 8835 | | | | |
| | 9867 | 10367 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 182 | 4.439 | | 3.979 | 8831 | | | | |
| | 10367 | 10867 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 186 | 4.437 | | 3.979 | 8827 | | | | |
| | 10867 | 11153 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 17960.8 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.435 | | 3.979 | 5047 | | | | |
| TO 13-5/8" | 11153 | 11585 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 27129.6 | Casing | 9-7/8 | Prod. Fluid | 188 | 4.434 | | 3.979 | 7621 | | | | |
| BO 16" | 11585 | 12085 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 31400 | Casing | 9-7/8 | Prod. Fluid | 194 | 4.432 | | 3.979 | 8817 | | | | |
| | 12085 | 12486 | Prod. Casing | 8.626 | Prod. Fluid | | | | 3.0353 | | 62.8 | 25182.8 | Casing | 9-7/8 | Prod. Fluid | 197 | 4.43 | | 3.979 | 7068 | | | | |
| Mid of x-over | 12486 | 12488 | x-over | | Prod. Fluid | | | | 1.8674 | | | 470.6 | Casing | | Prod. Fluid | 197 | 4.43 | 10540 | 3.628 | 32 | | | | |
| | 12488 | 12490 | x-over | | Prod. Fluid | | | | 1.8674 | | | | Casing | | Prod. Fluid | 197 | 4.43 | | 3.628 | 32 | | | | |
| | 12490 | 12585 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 3040 | Casing | 7 | Prod. Fluid | 198 | 4.43 | | 1.999 | 841 | | | | HCQ-125 |
| | 12585 | 12792 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 6624 | Casing | 7 | Prod. Fluid | 199 | 4.429 | | 1.999 | 1833 | | | | |
| TO 11-7/8 | 12792 | 13292 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 16000 | Casing | 7 | Prod. Fluid | 203 | 4.427 | | 1.999 | 4425 | | | | |
| | 13292 | 13792 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 16000 | Casing | 7 | Prod. Fluid | 206 | 4.425 | | 1.999 | 4423 | | | | |
| | 13792 | 14292 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 16000 | Casing | 7 | Prod. Fluid | 209 | 4.423 | | 1.999 | 4421 | | | | |
| | 14292 | 14748 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 14592 | Casing | 7 | Prod. Fluid | 213 | 4.422 | | 1.999 | 4031 | | | | |
| TO 9-7/8" | 14748 | 15092 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 11008 | Casing | 7 | Prod. Fluid | 215 | 4.421 | | 1.999 | 3040 | | | | |
| BO 11-7/8" | 15092 | 15592 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 16000 | Casing | 7 | Prod. Fluid | 219 | 4.419 | | 1.999 | 4417 | | | | |
| | 15592 | 16092 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 16000 | Casing | 7 | Prod. Fluid | 222 | 4.417 | | 1.999 | 4415 | | | | |
| | 16092 | 16592 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 16000 | Casing | 7 | Prod. Fluid | 226 | 4.415 | | 1.999 | 4413 | | | | |
| | 16592 | 17092 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 16000 | Casing | 7 | Prod. Fluid | 229 | 4.413 | | 1.999 | 4411 | | | | |
| BO 9-7/8" | 17092 | 17157 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 2080 | Casing | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 573 | | | | |
| Open Hole | 17157 | 17289 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 4224 | Open Hole | 7 | Prod. Fluid | 230 | 4.413 | | 1.999 | 1165 | | | | |
| TO Annulus Cement | 17289 | 18072 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 25056 | Cement | 7 | Prod. Fluid | 236 | 4.411 | | 1.999 | 6905 | | | | |
| TO Formation | 18072 | 18104 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 1024 | Cement | 7 | Prod. Fluid | 236 | 4.41 | 11835 | 1.999 | 282 | | | | |
| TO Float Collar | 18104 | 18160 | Prod. Casing | 6 | Prod. Fluid | | | | 1.5150 | | 32 | 1792 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | 11835 | 1.999 | 494 | | | | |
| TO Inside Cement | 18160 | 18195 | Prod. Casing | 6 | Prod. Fluid | | | 11835 | 1.5150 | | 32 | 1120 | Open Hole | 7 | Prod. Fluid | 236 | 4.41 | 11835 | | | | | | |
| BO Formation | 18195 | 18349 | Prod. Casing | 6 | Prod. Fluid | | | 11835 | 1.5150 | | 32 | 4928 | Open Hole | 7 | | 236 | | | 1.999 | 0 | | | | |
| Shoe | 18349 | 18349 | Prod. Casing | 6 | Prod. Fluid | | | 11835 | 1.5150 | | 32 | 0 | Open Hole | 7 | | 236 | | | 1.999 | 0 | | | | |
| Total weight | | | | | | | | | | NA | | 654437 | | | | | | | | 181509 | | | | |

**Notes:**

Communication between reservoir and Production Casing.

Production fluid fills annulus, is trapped by seals at T O Annulus, no flow of production fluid

Pressure at T O annulus is set by reservoir pressure and density of production fluid.

Production fluid is in annulus, cement does not hold Production Casing.

Since hole is open, the contents of the Production Casing do not affect the buoyancy.

Area of Production Casing seal = 195.7 sq in

Pressure at top of Annulus = 8816 psi

Upwards force = 1725401 lb

Area of 18 " seal = 214.85 sq in

Pressure wellhead = 2358 psi

Downwards force = 506607 lb

Net Buoyancy, lbm = Displaced weight - casing weight+upwards force - downwards force

+Weight of fluid in ProductionCasing =

Net Buoyancy, lb 7.46E+05

Prodution Fluid densities,pressures and temperatures for annulus from HYSYS calculation for

Static column, File name "DensityCalc110Deg F"

Production casing pressure at TO casing set to 2358 psi.

Production casing contents ignored since contents do not affect buoyancy.

Note: 11835 psi (sample pressure) used instead of 11844 psi (reservoir pressure) in HYSYS run.

5.26 bbl premium H at 16.74 ppg

Note: If Production Casing pressure is less than annulus pressure by 2084 psi (at Hanger), than buoyant force on hanger is positive and hanger and production casing will lift unless held by cement.

**Table 3.8** – Condition 8



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Section 4 - Basis of Calculations
9/22/2010 Rev. 0

## Temperature Calculations

For temperature growth

delta L = L*alpha*delta T
Where:
L = characteristic length
alpha = thermal coefficient of material, in/in per Deg F
delta T = change in Temperature, Deg F

For 9-7/8" casing, close to the crossover:
I D, in, =          8.625
b, in, =         4.3125
t, in, =          0.625
At 12486 feet depth,
T, temperature at depth, Deg F =          178
T0, temperature at floor, Deg F =           70
delta T, Deg F =          108
alpha =                        6.26E-06

b, inner id, in, =                4.3125
a, outer id, in, =                4.9375
Delta a, in, = a*alpha*delta T, in
Delta a, in, =              3.34E-03      or        0.0676 percent, negligible
Delta b, in, = b*alpha*delta T, in
Delta b, in, =              2.91E-03      or        0.0676 percent, negligible
The increase in steel volume is accompanied by a reduction in density.

For 7" casing, close to the shoe:
O D, in, =                7
b, in, =          3.047
t, in, =          0.453           R/t =       6.726269
At 18349 TVD feet depth,
T, temperature at depth, Deg F =          262
T0, temperature at floor, Deg F =           70
delta T, Deg F =          192
alpha =                        6.52E-06

b, inner id, in, =                3.047
a, outer id, in, =                3.5
Delta a, in, = a*alpha*delta T, in
Delta a, in, =              4.38E-03      or        0.1253 percent, negligible
Delta b, in, = b*alpha*delta T, in
Delta b, in, =              3.82E-03      or        0.1253 percent, negligible
The increase in steel volume is accompanied by a reduction in density.



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                                                       9/22/2010 Rev. 0

## Pressure Calculations

per Roark & Young, "Formulas for Stress and Strain, Fifth Edition:
Table 29, "Formulas for membrane stresses and deformations in thin walled pressure vessels ", pp 448

for vessel with radius R, thickness t under uniform load q (psi)
applicable for R/t > 10
Delta R = q * R^2/(E *t)
E = modulus of elasticity, psi
For 9-7/8" casing, close to the crossover:

| | | | |
|---|---|---|---|
| I D, in, = | 8.625 | | |
| R, in, = | 4.3125 | | |
| t, in, = | 0.625 | R/t = | 6.90 |

For 7" casing, close to the shoe:

| | | | |
|---|---|---|---|
| O D, in, = | 7 | | |
| R, in, = | 3.047 | | |
| t, in, = | 0.453 | R/t = | 6.73 |

Do not use, R/t is too small.

Table 39, "Formulas for thick walled vessels under internal and external loading", pp 505

For 9-7/8" casing, the maximum differential is at the hanger in condition 4

| | | | |
|---|---|---|---|
| I D, in, = | 8.625 | | |
| R, in, = | 4.3125 | | |
| t, in, = | 0.625 | R/t = | 6.9 |

At 5061 foot depth, 48 Deg F

| | | | | |
|---|---|---|---|---|
| inner pressure, psi, = | | 2358 | (Condition 4) | |
| Outer pressure , psi, = | | 8816 | | |
| net inner pressure, psi, = | | -6458 | Condition 2 | |
| E, psi, = | | 2.99E+07 | Temp = | at 70 Deg F |
| mu, Poisson's ratio = | | 0.3 | | |

| | | | |
|---|---|---|---|
| b, inner id, in, = | 4.3125 | L, length, in = | 89160 |
| a, outer id, in, = | 4.9375 | | |

Delta a, in, = q*/E*2*a*b^2*/(a^2-b^2)

| | | | | |
|---|---|---|---|---|
| Delta a, in, = | | -0.008986 | or | -0.182 | percent, negligible |

Delta b, in, = q*b/E*((a^2+b^2)/(a^2-b^2)+mu)

| | | | | |
|---|---|---|---|---|
| Delta b, in, = | | -0.007197 | or | -0.167 | percent, negligible |

Delta L, in, = -q*mu*L/E*2*b^2/(a^2-b^2)

| | | | | |
|---|---|---|---|---|
| | | 37.134928 | or | 0.042 | percent, negligible |



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                                   9/22/2010 Rev. 0

## Pressure Calculations (Cont'd)

For 7" casing, the maximum differential is at the bottom hole in condition 5

| | | |
|---|---|---|
| O D, in, = | 7 | |
| R, in, = | 3.047 | |
| t, in, = | 0.453 | R/t = 6.726269 |

At 17163 feet depth,

| | | |
|---|---|---|
| inner pressure, psi, = | 11079 | |
| Outer pressure , psi, = | 12576 | |
| net inner pressure, psi, = | -1497 | |
| E, psi, = | 2.92E+07 | Temp =   at 262 Deg F |
| mu, Poisson's ratio = | 0.3 | |

| | | | |
|---|---|---|---|
| b, inner id, in, = | 3.047 | L, length, in, = | 68064 |
| a, outer id, in, = | 3.50 | | |

Delta a, in, = q*/E*2*a*b^2*/(a^2-b^2)

| | | | | |
|---|---|---|---|---|
| Delta a, in, = | -0.001483 | or | -0.042 | percent, negligible |

Delta b, in, = q*b/E*((a^2+b^2)/(a^2-b^2)+mu)

| | | | | |
|---|---|---|---|---|
| Delta b, in, = | -0.001181 | or | -0.039 | percent, negligible |

Delta L, in, = -q*mu*L/E*2*b^2/(a^2-b^2)

| | | | |
|---|---|---|---|
| | 27.59 or | 0.041 | percent, negligible |



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                                         9/22/2010 Rev. 0

## Differential Pressure

| | | | Casing size, in | | Differential, psi |
|---|---|---|---|---|---|
| Condition 1 | | | 9-7/8" | 7" | |
| | hanger | Pi, psig | 3676 | | |
| | | Po, psig | 3676 | | 0 |
| | xovr | Pi, psig | 9077 | | |
| | | Po, psig | 9077 | | 0 |
| | BH | Pi, psig | | 12567 | |
| | | Po, psig | | 13200 | -633 |
| Condition 2 | | | 9-7/8" | 7" | |
| | hanger | Pi, psig | 3676 | | |
| | | Po, psig | 2956 | | -720 |
| | xovr | Pi, psig | 9077 | | |
| | | Po, psig | 8358 | | 719 |
| | BH | Pi, psig | | 13200 | |
| | | Po, psig | | 11844 | 1356 |
| Condition 3 | | | 9-7/8" | 7" | |
| | hanger | Pi, psig | 3676 | | |
| | | Po, psig | 8816 | | -5140 |
| | xovr | Pi, psig | 9077 | | |
| | | Po, psig | 10540 | | -1463 |
| | BH | Pi, psig | | 13200 | |
| | | Po, psig | | 11844 | 1356 |
| Condition 4 | | | 9-7/8" | 7" | |
| | hanger | Pi, psig | 2358 | | |
| | | Po, psig | 8816 | | -6458   max |
| | xovr | Pi, psig | 6818 | | |
| | | Po, psig | 10540 | | -3722   max |
| | BH | Pi, psig | | 10941 | |
| | | Po, psig | | 11835 | -894 |
| Condition 5 | | | 9-7/8" | 7" | |
| | hanger | Pi, psig | 2358 | | |
| | | Po, psig | 3679 | | -1321 |
| | xovr | Pi, psig | 6818 | | |
| | | Po, psig | 9078 | | -2260 |
| | BH | Pi, psig | | 11079 | |
| | | Po, psig | | 12567 | -1488   max |
| Condition 6 | | | 9-7/8" | 7" | |
| | hanger | Pi, psig | 8815 | | |
| | | Po, psig | 8816 | | -1 |
| | xovr | Pi, psig | 10540 | | |
| | | Po, psig | 10540 | | 0 |
| | BH | Pi, psig | | 11835 | |
| | | Po, psig | | 11835 | 0 |



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                                   9/22/2010 Rev. 0

## Differential Pressure (Cont'd)

|  |  |  | Casing size, in | Differential, psi |
|---|---|---|---|---|
|  |  |  | 9-7/8" | 7" |
| Condition 7 |  |  |  |  |
|  | hanger | Pi, psig | 8815 |  |
|  |  | Po, psig | 3679 | 5136 |
|  | xovr | Pi, psig | 10540 |  |
|  |  | Po, psig | 9077 | -1463 |
|  | BH | Pi, psig | 11835 |  |
|  |  | Po, psig | 11835 | 0 |
| Condition 8 |  |  | 9-7/8" | 7" |
|  | hanger | Pi, psig | 2358 |  |
|  |  | Po, psig | 8816 | -6458 |
|  | xovr | Pi, psig | NA |  |
|  |  | Po, psig | NA |  |
|  | BH | Pi, psig | 11835 |  |
|  |  | Po, psig | 11835 | 0 |

## Material Properties

Low Chrome Moly steels, Cr less than 3%

Modulus of elasticity  from ANSI B31.3

| Temp, Deg F | E, psi (multiply table by 10^6) |  |  |
|---|---|---|---|
| -100 | 30.4 |  |  |
| 70 | 29.9 |  |  |
| 200 | 29.5 | 178 | 29.6 |
| 300 | 29.0 | 262 | 29.19 |
|  |  |  |  |
| 262 | 29.19 |  |  |
| 162 | 29.6 |  |  |

Mean Coefficient of thermal expansion between 70 Deg F and temperature, from ANSI B31.3

| Temp, Deg F | A, in/in (multiply table by 10^6) |  |  |
|---|---|---|---|
| 70 | 0 |  |  |
| 125 | 6.19 |  |  |
| 150 | 6.25 |  |  |
| 175 | 6.31 | 178 | 6.26 |
| 200 | 6.43 |  |  |
| 250 | 6.49 |  |  |
| 275 | 6.54 |  |  |
|  |  |  |  |
| 262 | 6.52 |  |  |
| 162 | 6.28 |  |  |



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                                      9/22/2010 Rev. 0

## Volumes and weights of Displaced Fluids

19.5" ID conductor =  .3694 bbl/ft =                  15.419 gal/ft
18.375 " ID casing =  .3280 bbl/ft =                  13.776 gal/ft
14.92" ID casing =    .2162 bbl/ft =                   9.080 gal/ft
9-7/8" OD casing =    .09473 bbl/ft displacement =       3.979 gal/ft
9-7/8" OD, 8.626 " ID casing =   .07227 bbl/ft =         3.035 gal/ft
7" OD casing, displacement =   .0476  bbl/ft =           1.999 gal/ft
7" OD, 6" ID casing =             0.036071 bbl/ft =      1.515 gal/ft


9-7/8" OD, 62.8 #/ft casing is 8.626 "
7" OD, 32 #/ft casing is 6" ID
16", 97#/ft casing is 14.92" ID


"Prod. Casing Fluid ppg" used density of seawater at 80 Deg F
Fresh water =            8.318 lb/gal at 80 Deg F    (Ref. No. 9)
Seawater sp gr =         1.025
Seawater =               8.526 lb/gal


Production Fluid density is determined from HYSYS runs which give static gradient at each depth.
         gradient (in/ft) / 12 = gradient (psi/ft)         psi/ft * 8.337 / .433 = lb/gal.
              7.38257 inH2O/ft=    0.26475   psi/ft =        5.098      lb/gal
Density of seawater at depths is read from the graph of density vs. sea depth, (Ref. No.2)
This data is generic, site specific data was not used.

Density of mud was fixed at 14 ppg.  No data was given for the change in density with pressure or temperature.

"Prod Casing Pressure at end of segment" is determined from:
         Fluid ppg / 8.37 (freshwater ppg) * .433 (gradient of freshwater) * length of segment plus previous
         pressure

"Prod Casing Fluid Capacity" is determined from:
         Either id of casing or tables (Ref. No. 2)

Temperatures of fluid and casing were determined by:
         For pumped seawater, temperature is 80 Deg F.
         For mud in Production Casing, temperature is in equilibrium with the formations.
         Temperatures of the formations were determined from Ref. No. 1
         Temperatures of produced fluids were determined from Appendix B, Item 6.

Reservoir pressure was determined from Halliburton, Appendix B Item 5.

Annulus Casing Description is not applicable for the segments of the riser, BOP and the Production Casing
hanger.

These items are supported by the well head and surface conductor and do not affect the loads on the Production
Casing.  The contents of the riser, BOP and Production Casing hanger would move if the Production Casing
moves.

Therefore, the contents of the riser, BOP and Production Casing hanger are included in the Production
Casing loads.



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                    9/22/2010 Rev. 0

## Crossover Dimensions

Crossover dimensions from K&B drawing, (See Apeendix B, Item.4)

1 Cross over is 10.078 " od, 8.626" id for 8.5"
2 Cross over is 10.078 " od, 6.034" id at 48-32.161-8.5 =7.34"
1.5 Tapers from 1 to 2 over the 7.34"
3 Cross over is 10.078 " od, 6.034" id for 32.382-48+32.151"=16.533"  16.533
4 Cross over is 7.016" od, 6.034" id at 6.9"
3.5 Tapers from 3 to 4 over 48-32.392-6.9 = 8.708"  8.708

7.339

so:

| | | | | | |
|---|---|---|---|---|---|
| 10.087 " od by | 8.626 " id for | 8.5 | ", volume of OD = | 679.26 cu in | |
| | | | ", volume of ID = | 496.74 cu in | 0.2875 cu ft = 2.15 gal |

Taper is

| | | | | | |
|---|---|---|---|---|---|
| 10.087 " od by | 7.33 " id for | 7.34 | ", volume of OD = | 586.56 cu in | |
| | | | ", volume of ID = | 309.74 cu in | |
| 10.087 " od by | 6.034 " id for | 16.533 | ", volume of OD = | 1321.19 cu in | |
| | | | ", volume of ID = | 472.77 cu in | 0.9990 cu ft = 7.47 gal |

Taper is

| | | | | | |
|---|---|---|---|---|---|
| 8.5515 " od by | 6.034 " id for | 8.708 | ", volume of OD = | 500.14 cu in | |
| | | | ", volume of ID = | 249.01 cu in | |
| 7.016 " od by | 6.034 " id for | 6.9 | ", volume of OD = | 266.76 cu in | |
| | | | ", volume of ID = | 197.31 cu in | |

Displacement is total of OD volume =        3353.90 cu in    1.94 cu ft = 14.51 gal
Contents is total of ID volume =            1725.57 cu in    0.999 cu ft = 7.47 gal
Weight is difference of OD volume and ID volume =  1628.33 cu in   470.59 lb
Density is 8000 kg/cu m =                    0.289 lb/cu in

7700   0.287
8000   0.289
8030   0.29

Check totals

Add section 1-4    47.981 Overall length from drawing = 48 inches
Length is ok.



United States Department of the Interior
BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                                      9/22/2010 Rev. 0

## Seal Area Calculations

Pressure, force downward

        Pressure = pressure in wellhead = pressure at top of Production casing = pressure at 5058 foot depth

        Area = inside of 18.620" Seal = Area (18.62" dia ) - Area (8.553" dia)

         214.8461  sq in

Pressure, force upwards

        Pressure = pressure in annulus at T O Annulus = pressure at 5061 foot depth

        Area = inside of 18.620" Seal = Area (18.62" dia ) - Area (9.875" dia)

         195.7124

## Forces at Crossover

Crossover dimensions from K&B drawing, (See Appendix B, Item.4)

        1 Cross over is 10.078 " od, 8.626" id at upper end

        4 Cross over is 7.016" od, 6.034" id at lower end

External area

        The external vertical force on the crossover is the external pressure times the horizontal projection of the outside area

        The internal vertical force on the crossover is the internal pressure times the horizontal projection of the inside area

        Outside area, below reducer = 10.087 OD by 7.016" ID = Ao =     54.14    sq in

        Outside area, above reducer = 10.087 OD by 9.875" ID = Ao =    16.21    sq in

        Inside area = 8.625" OD by 6.034" ID = Ai =         29.83    sq in

        Note the two outside area counteract each other.

Pressure forces

Pressure forces are due to the different pressures and areas at the crossover.

Radial forces.

        The Horizontal forces are due to the difference in the external and internal pressures.

        The pressures are listed below because the radial pressures are used to determine stress levels in the casing.

| Condition | External Pressure, psi | Internal Pressure, psi |
|---|---|---|
| 1 | 9077 | 9077 |
| 2 | 8354 | 9077 |
| 3 | 10540 | 9077 |
| 4 | 10540 | 6818 |
| 5 | 9078 | 6818 |
| 6 | 10540 | 10540 |
| 7 | 9077 | 10540 |



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

**Section 4 – Basis of Calculations**                                    9/22/2010 Rev. 0

**Forces at Crossover (Cont'd)**

Vertical Forces

The external vertical force on the crossover is the external pressure times the horizontal projection of (the below outside area - the above outside area.)

The internal vertical force on the crossover is the internal pressure times the horizontal projection of the inside area

The forces oppose each other because the external vertical force is an upward force, and the internal force is an downrwards force.

For simplicity, the same external pressure is used for the above and below outside areas.

These areas a only 4 feet apart.

| Condition | External Pressure, psi | Internal Pressure, psi | Net upwards vertical force, lbm |
|---|---|---|---|
| 1 | 9077 | 9077 | 73500 |
| 2 | 8354 | 9077 | 46078 |
| 3 | 10540 | 9077 | 128988 |
| 4 | 10540 | 6818 | 196363 |
| 5 | 9078 | 6818 | 140896 |
| 6 | 10540 | 10540 | 85346 |
| 7 | 9077 | 10540 | 29872 |

These forces are included in the buoyancy calculations by Archimedes principle.

United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Section 5 - HYSYS Calculations

9/22/2010 Rev. 0

## WELL SIMULATION USING ASPEN HYSYS (ver. 7.1)

The well bore sample report from Schlumberger (Appendix B) was reviewed for the best fit for the component input requirements for HYSYS. The sample chosen was sample 1.18. The component information supplied was entered into the computer for simulation. Components heavier than C30 were combined to form a C30+ component. Since the oil/gas composition is eighty-five mole percent gas, the C30+ component will not significantly change the simulation.

Once the input stream compositions were entered and a physical property database chosen, the process flow for the well simulation was modeled in HYSYS. The sample component results were entered for the gas and the oil phases at a set reservoir pressure of 11,856 psia and reservoir temperature of 243 degrees Fahrenheit. A mixer was used to combine the phases into one stream at a 11,856 psia and 243 degrees Fahrenheit, then sent through a heat exchanger to adjust temperature and pressure to the sample collection conditions of 236 degrees Fahrenheit and 11,835.3 psig. The output was connected to a pipe with a length and vertical elevation specified to match the bottom hole to RKB TVD. The exit temperature was also specified. The velocity in the pipe was minimized in order to approximate a static column of fluid. The chosen output numbers were density, temperature and pressure at various elevations. These outputs were inputs into the buoyancy calculation worksheets.

The specified output temperature was chosen to be 110 deg F at rig floor elevation. This approximates a normal wellhead temperature for this type of production.

In this simulation, the pipe length and elevation (well inlet is zero length at zero elevation) were set to 18,074 feet. The molar flow was set to 100 moles per hour to make checking of the component composition percentages easier and to minimize the flow through the pipe (i.e. Well) to approach static conditions.
The well profile output was extracted and loaded into an Excel spreadsheet. The density and pressure were used in the buoyancy spreadsheets.

To check sensitivity to temperature, the specified output temperature was changed to 160 Deg F at rig floor elevation. All other parameters were held constant. The output for the 110 Deg F outlet temperature case was compared to that for the 160 outlet temperature case. The pressure differences at the production casing hanger were different by only 0.36%. For the buoyancy calculations, this difference is negligible, so the pressures are insensitive to the chosen outlet temperature.

The temperature of the static column will drop with time due to lower temperatures in the formations eventually reaching the formation temperatures. This process will take an undetermined length of time. The densities of the fluid will be higher so the hydrostatic pressures will be lower at the top of the column. (The bottom pressure is controlled by the reservoir pressure.) The higher temperatures used in the model therefore result in higher pressures at the hanger. The results in the buoyancy calculations are an upper bound for pressures at the hanger.

The buoyant force that lifts the casing in Condition 4 will be lower as the production fluid cools.



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Section 6 - List of References

9/22/2010 Rev. 0

1. "Density of Ocean Water", Pynocline graph Windows to the Universe website, accessed 8/24/2010

2. Schlumberger\i-Handbook

3. Crane "Flow of Fluids" Technical Paper No. 410 Physical Properties of Water, pg-A6

4. Roark & Young "Formulas for Stress & Strain", Fifth Edition, 1975 McGraw-Hill ppg 504, ppg 583



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Appendix A – List of Abbreviations

9/22/2010 Rev. 0

| | |
|---|---|
| KEI | Keystone Engineering Inc |
| BOEMRE | Bureau of Ocean Energy, Management, Regulation and Enforcement |
| RKB | Rig Kelly Bushing |
| ppg | pound per gallon |
| SOBM | Synthetic oil based mud |
| T O | Top Of |
| BH | Bottom Hole |
| BOP | Blow Out Preventer |
| TVD | True Vertical Depth |
| sq in | Square Inch |
| psi | Pounds per square inch |
| lb | Pounds |
| wt | Weight |
| x-over | crossover |
| Deg F | Degrees Fahrenheit |
| ID | inner diameter |
| OD | outer diameter |
| bbl | barrel (42 gallons) |



United States Department of the Interior

BUREAU OF OCEAN ENERGY
MANAGEMENT, REGULATION, AND ENFORCEMENT

# Appendix B – Material Supplied by BOEMRE          9/22/2010 Rev. 0

1. Wellbore Schematic, File Name "BP-HZN-MBI000184559.xls" BP GoM Deepwater Exploration "Macondo" As-Drilled Schematic, Rev. 15, 4/22/2010

2. Halliburton "BP AMERICA PRODUCTION COMPANY PO Box 22024 Tulsa OK 74121-2024 Macondo #1" 9 7/8" x 7" Production Casing Design Report" for Brian Morel, April 18, 2010

3. Dril-Quip BP Proposal Drawing for Wellhead System, Part Number 2-PD-32424-02CP "Macando" , File name DQ-DHJI-000011

4. K & B Machine Works Drawing of Crossover – 9 7/8" 62.80# TSH 523 BOX x 7" 32.0# TSH 513 PIN x 48" LG, Drawing # KB-TOX-0978-0014, Rev. B, 3/30/10

5. Halliburton, Houston Technology Center, "GeoTap Pressure Transient Analysis, BP Exploration & Production Inc. Well: OCS-G 32306 001 ST00BP01…" by Steve Kizziar, 04/08/10

6. Schlumberger "Fluid Analysis on "Macondo" Samples, BP …Well: OCS-G 32306 #1, Reservoir Sample Analysis Report", Updated 6/09/10 .  Prepared by S.George Mathews, Schlumberger OilPhase – DBR