DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy Management, Regulation, and Enforcement
Forensic Examination Of Deepwater Horizon Blowout Preventer
Volume II Appendices

MANAGING RISK  DNV

# APPENDIX G

# FAULT TREE

EP030842
20 March 2011

Top Event
BSR closed and sealed
BSR closed
Confirmed by evidence
BSR sealed
Confirmed failed by evidence
BSR Close Function
HP Shear Close Function
EDS Function
AMF/Deadman Function
Autoshear Function
ROV Hot Stab Function
Intentional Select from Surface
No eyewitness record
Accidental Select from Surface
Not in close proximity to other intended functions
Intentional Select from Surface
No eyewitness record
Accidental Select from Surface
Not in close proximity to other intended functions
Intentional Select from Surface
Eyewitness record
Accumulator function on BOP Stack
Confirmed through function testing
MUX Communication from surface
Control Panel confirmation
No corroborative eyewitness record
LMRP unlatch Control Pod retract
No ROV confirmation
Automatic initiation
ROV initiation
System armed
Yellow Control Pod
9V Battery
Confirmed through function testing
27V Battery
Confirmed through function testing
Solenoid 103Y
Inconclusive function testing
Blue Control Pod
9V Battery
Confirmed through function testing
27V Battery
Low voltage recorded in function test
Solenoid 103B
Confirmed through function testing
Hydraulic circuit
Confirmed through function testing
Loss of MUX
see EDS
Loss of hydraulic pressure
System armed
Yellow Control Pod
9V Battery
Confirmed through function testing
27V Battery
Confirmed through function testing
Solenoid 103Y
Inconclusive function testing
Blue Control Pod
9V Battery
Confirmed through function testing
27V Battery
Low voltage recorded in function test
Solenoid 103B
Confirmed through function testing
Hydraulic circuit
Confirmed through function testing
Loss of MUX
see EDS
ROV initiated hydraulic pressure loss
No pressure when cut
Automatic initiation
System armed
Hydraulic plunger released
ROV confirmed intact
Hydraulic circuit
Confirmed through function testing
ROV Initiation
System armed
Hydraulic plunger released
ROV cut confirmed
Hydraulic circuit
Confirmed through function testing
Hydraulic circuit
Confirmed through function testing
ROV confirmation
Rapid pressure build BSR already closed

