# EXHIBIT "L"

# Appendix I: APD Departures at the Macondo Well Granted by MMS

| Regulation | Departure |
|---|---|
| 30 CFR 250.423(b) | The conductor casing (28") will not be tested to 200 psi as the subsequent open hole section will be drilled riserless.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.433(b) | Partial closing of the diverter sealing element shall be considered to be an actuation test. Full closure actuation will be conducted in conjunction with regular scheduled BOP testing. The vent lines will not be flow tested and the system will not be pressure tested per the subject regulation.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.445(g) | A safety valve will not be on the rig floor for the casing being run unless the casing string length results in the casing being across the blind/shear rams prior to the crossing over to the drill pipe running string.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.447(b) | The 14-day BOP pressure test is not required for blind shear rams. The blind shear rams and the wellhead connector will be tested to the casing pressure tests as specified in the APD during casing tests such that code requirement of 250.449(e) is met.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.447(c) | The BOP's will be pressure tested every 14 days. The BOP test before drilling out each casing string and/or liner shall not be expressly required, except that the 14- day pressure test must be valid. This applies to the following casing strings: 18" liner; 16" liner; 13 5/8" liner and contingency liners.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.448 (b,c) | The subsea BOPs will *not* be pressure tested to 15K psi rated working pressure, and the annular will *not be* tested to 70% of its rated working pressure, on the test stump, or after installation. We propose that the single ram type BOPs shall be stump-tested to 10,000 psi and the annular-type BOPs shall be stump-tested to 5,000 psi. Thereafter, test pressures will be per the APD.<br><br>The blind/shear rams will not be pressure tested to their rated working pressure upon installation or during subsequent tests. The blind/shear rams will be tested to the casing test pressures as specified in the APD. |

| | |
|---|---|
| | The upper inner and outer annular bleed valves will *not* be pressure tested to their rated working pressure. A pressure test of the upper inner and outer bleed valves will be performed against the annular BOP to the annular test pressure specified in the APD.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.449(f) | Request not to test on 6⅝" casing landing string during BOP tests. During drilling operations 6⅝" drill pipe will be used above the BOP stack (it will never go into or below the BOP stack). The remainder of the string will be made up of 5½" drill pipe (From the BOP stack down). However to land the heavy 22" and 16" casing stings, a 6⅝" drill pipe landing string will be used. Once the casing is landed and cemented, the 6⅝" drill pipe will be across the BOP stack (for approximately 12 hours). There will be no drilling ahead with the 6⅝" drill pipe in or below the BOP stack. Both 5½" drill pipe and 6⅝" drill pipe will be tested during the stump test, prior to running the BOP stack.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.449(f) | Variable bore-pipe rams will be pressure tested against largest and smallest sizes of pipe that will be across the stack, excluding drill collars, HWDP, and bottom-hole tools.<br><br>The annular BOP will only be tested to the smallest OD drill pipe when a tapered string is in use.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.449 (h) | Request to delay or omit 7-day function test of Blind/Shear and casing shear rams, when function test is due and the drill string is across the stack. The maximum time between function tests shall not exceed 14 days, unless authorized by the MMS district office on a case by case basis.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.1721 | Set a 300' cement plug (125 cu. Ft. of Class H Cement from 8367' to 8067'.<br><br>The requested surface plug depth variation is for minimizing the chance of damaging the LDS sealing area, for future completion operations. |

|  | This is a temporary abandonment only. |
|  | The Cement plug length has been extended to compensate for added setting depth. |
|  | **Approved 4/16/10.** |