# EXHIBIT "M"

# Appendix J: Risk Register for the Macondo Well

**Risk Register for Project: Macondo**   Last Updated: 26-Jun-09

| R/O no. | Date Check | Risk or Opp. | Category | Risk/Opportunity Name | Event Description / Impact | Owner | Risk Status | Actions | By | Date | Impact Type | Impact Level | Prob. | Manageability | Rating | Impact Type | Impact Level | Prob. | Rating | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OK | T | NDS | Well Control | Potential well control problem; risk of losing the wellbore in an uncontrolled situation | Mark Hafle | Accepted | 0 | Mark Hafle | 17-Jun-09 | Cost | Medium | Moderate | High | Mod. | Cost | Medium | Moderate | Mod. | Casing program design to mitigate issues. |
| 2 | OK | T | NDS | Complex overburden | Multiple shallow water flow units, faults & potential gas. | Craig Scherschel | Accepted | | Mark Hafle | 27-Apr-09 | Cost | Medium | Low | High | Low | Cost | Medium | Very Low | V. Low | Picked the best location to mitigate the risk. |
| 3 | OK | T | NDS | PP/FG uncertainty | Drilling into pressure ramps unexpectedly or without proper mud weight or shoe test can cause a kick, fluid loss, and stuck pipe which lead to possible loss of hole section and/or well. Kicks identified in the offsets. | Marty Albertin | Accepted | | Mark Hafle | 27-Apr-09 | Cost | Medium | Moderate | High | Mod. | Cost | Medium | Low | Low | |
| 4 | OK | T | NDS | Wellbore stability | Drilling through any set/swell/ment interface may encounter problems with shales sloughing/slumping into the well bore | Mark Hafle | Dormant | | Mark Hafle | 27-Apr-09 | Cost | Low | Low | Medium | V. Low | | | | | Primarily a risk with salt exit. We chose a location without salt. EPTG wellbore stability study to determine if minimum MW will cause wellbore breakout / instability. |
| 5 | OK | T | NDS | Tight hole, stuck pipe | Offset well (Rigel) encountered problems with stuck pipe at 9000'. | Mark Hafle | Accepted | | Mark Hafle | 27-Apr-09 | Cost | Medium | Medium | Low | Cost | | Medium | Low | | We are aware of it and will monitor the situation while drilling. This entails sidetracking the well. Conditioning trip will be made prior to running casing. Weight vs depth will be monitored to help decision in pulling casing. Decision tree on way for |
| 6 | OK | T | NDS | Mass Transport Deposits (MTD) | Can be shallow water flow units when buried deeper than about 500 ft in deepwater settings, may be over pressured. May have quite variable soil properties. Not ideal strata to set casing shoe. Evaluate the setting depth of csg shoes with respect to the depth of MTDs identified geophysically and in offset wells. Have pump and dump mud ready to kill SWF while drilling riserless. | Binh Van Nguyen | Accepted | | Mark Hafle | 13-May-09 | Cost | Low | Low | V. Low | Cost | | Low | Low | V. Low | Identified them and are aware. |
| 7 | OK | T | NDS | Reduced wireline program | Loss of data or limited data collection as a result of well problems or borehole environmental conditions. | Team | Accepted | | Team | 13-May-09 | Schedule | Medium | | High | Low | | | | | Talking just about the MSE. |
| 8 | OK | T | NDS | Lost Circulation | Lost circulation indentified in the offsets. Risk to time and cost. | Mark Hafle | Active | | Mark Hafle | 17-Jun-09 | Cost | Low | Moderate | Low | | | | | | Loss circulation is possible with narrow PP/FG window. Keep mud weight on the light side and have a robust loss circulation contingency plan in place. |
| 9 | OK | T | NDS | Narrow PP/FG window | Isabela had a narrow PP/FG windows (Miocene). If mud weight and hole conditions are not monitored carefully the well may begin to experience substantial losses to the formation in the well may flow back | Marty Albertin | Accepted | | Mark Hafle | 17-Jun-09 | Cost | Medium | Moderate | High | Mod. | Cost | Medium | Moderate | Mod. | Keep MW as close to PP as possible. Two contingency strings are available if necessary: 9-7/8" liner and 7" liner. Use LWD tool if possible to get real time pressure samples. |
| 10 | OK | | | | | | | | | | | | | | | | | | | |
| 11 | OK | T | NDS | Hurricane | Hurricanes and storms often exceed tolerances, and the rig must unlatch and move to safer conditions. | Team | Accepted | | Team | 20-May-09 | Schedule | Medium | Moderate | Low | Mod. | Schedule | Medium | Moderate | Mod. | Have a Hurricane plan which is updated daily during Hurricane season with T-drives and other requirements needed to secure the well. Suspending before peak hurricane season. |
| 12 | OK | T | NDS | Loop and Eddy currents | Loop and eddy conditions occur almost throughout the year; many GoM deep water areas. Delays caused by high current velocities can be very costly. | Team | Accepted | | Team | 20-May-09 | Schedule | Medium | Moderate | Low | Mod. | Schedule | Medium | Low | Low | Our location is further North. |
| 13 | OK | T | NDS | Hydrate buildup on wellhead / connector | Potential for hydrate buildup around connectors preventing unlatching. | Mark Hafle | Accepted | | Mark Hafle | 20-May-09 | Schedule | Low | Low | High | V. Low | Schedule | Low | Low | V. Low | Several mitigations in place should the event occur. |
| 14 | OK | T | NDS | Shallow water/gas flows | Uncontrolled shallow water and gas flows prior to riser installation could undermine and crater the drill center. See complex overburden | Mark Hafle | Accepted | | Mark Hafle | 20-Jun-09 | Cost | High | Low | Mod. | Cost | | High | Low | Low | Set 28" for isolation, jet-in formation integrity to allow Fast drill process through 22" section. Set 22" casing above Horizon 50 sand package to have BOP nippled up prior to crossing sand with SGF potential. 28" and 22" will be foam cemented. |
| 15 | OK | T | NDS | Lost drill center/hazzud | Wellhead Subsidence, stuck pipe, surface fracture, TOS rubble zone, potential risk for collapse/squeezing of all conductors. | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-09 | Cost | High | Low | Mod. | Cost | | High | Very Low | Low | 28" for added support. |
| 16 | OK | T | NDS | Gumbo Attack | Gumbo due to pump and dump. | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-09 | Cost | Low | Moderate | High | Low | Cost | Low | Moderate | Low | Gumbo in the offsets. |
| 17 | OK | T | NDS | Shallow depletion | Evaluate potential for depleted zones. | Marty Albertin | Accepted | | Mark Hafle | 20-May-09 | Cost | Medium | Medium | High | Mod. | Cost | Medium | Medium | Mod. | Monitor pressures. Spot Stress Cage material prior to running casing. Have 19" casing patch contingency available. |
| 18 | OK | T | Planning | BOP Issue | Potential for the BOP stack to cause NPT on the well. | Trent Fleece | Accepted | | Team | 17-Jun-09 | Schedule | High | Low | Medium | Mod. | Schedule | High | Low | Mod. | Doing some PM's while the BOP is on the surface. Good get some new equipment versus refurbished if things go long. |
| 19 | OK | T | Planning | Zonal Isolation | Risk of a good cement job on the 9-7/8" Production String | Mark Hafle | Active | | Team | 17-Jun-09 | Cost | Medium | Moderate | High | Mod. | | | | | Numerous simulations show expandable is only option. The sands will be stress caged and fit for purpose cementing design will be used with low circulating rates will be used to keep ECD's below fracture pressure |
| 20 | OK | T | Planning | Shock & Vibration | Risk of down hole tool failures due to shock and vibration. | Mark Hafle | Accepted | | Team | 17-Jun-09 | Cost | Medium | Low | High | Low | Cost | Medium | Very Low | V. Low | Fit for purpose BHA's designed for each hole section incorporating DW GoM BPU lessons learned. |
| 21 | OK | T | Planning | Annular Pressure Build-up | Risk of casing failure during the production phase of the well. | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-09 | Production | High | Low | Medium | Mod. | Cost | | High | Low | Low | Rich Miller in EPTG did a well specific design to mitigate APB issues. This well design incorporates three 16" rupture disc subs. |
| 22 | OK | T | Planning | Compaction | Casing failure late in life due to reservoir compaction. | Mark Hafle | Active | | Mark Hafle | 17-Jun-09 | Production | Low | Very Low | Low | V. Low | | | | | Steve Wilson does not see any compaction risk at the Isabela location. Any compaction would be late in life due to reservoir drawdown. |
| 23 | OK | T | Planning | Expendable Issues | Risk of tubular expansion failure. | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-09 | Cost | Medium | Low | Medium | Low | Cost | | Medium | Low | Low | |
| 24 | OK | | | | | | | | | | | | | | | | | | | |
| 25 | OK | | | | | | | | | | | | | | | | | | | |

**Risk Rating Matrix** - customize the matrix in the SETUP worksheet

| | | Type of Impact | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Health & Safety** | **Environment: Threats** | **Environment: Opportunities** | **Reputation: Threats** | **Reputation: Opportunities** | **Cost** | **Schedule** | **Production** | **Reserves** | **NPV** | | | |
| **Impact Level** | One or more fatalities | Damage long-term and/or extensive | – | Outrage. Prosecution. Possible loss of operating license | Commended by NGO at international level. Global recognition | > 10 $M | > 12.75 days | > 0.1 of Project Production* | > 0.15 of Project Reserves* | > 0.1 of Project NPV* | | | **Very High** |
| | Serious injury or DAFWC. HiPo | Short-term damage within facility boundary | Long-term and/or extensive improvement | Involvement of regulator | Commended by NGO at national level. Recognition within country | 3 - 10 $M | 3.4 - 12.75 days | 0.03 - 0.1 of Project Production* | 0.04 - 0.15 of Project Reserves* | 0.03 - 0.1 of Project NPV* | | | **High** |
| | Recordable injury, first aid, serious occurrence | Rapid on-site clean-up | Short-term improvement within facility boundary | Complaints from local community | Commended by NGO at local level. Recognition within area | 1 - 3 $M | 0.85 - 3.4 days | 0.01 - 0.03 of Project Production* | 0.01 - 0.04 of Project Reserves* | 0.01 - 0.03 of Project NPV* | | | **Medium** |
| | No impact | No impact | Minor enhancement | Minimal impact | recognised positive contribution within BP | < 1 $M | < 0.85 days | < 0.01 of Project Production* | < 0.01 of Project Reserves* | < 0.01 of Project NPV* | | | **Low** |

**Probability**

| | |
|---|---|
| **Very Low** | Could only occur as the result of multiple, independent system or control failures. Future occurrence is thought most unlikely. No comparable occurrence is known. |
| **Low** | Could result from a plausible combination of system or control failures. Would probably occur if the system were to be operated for long enough. Comparable events are known to have occurred in the past. |
| **Moderate** | Could result from the failure of a single system or control. Could be expected to occur if this operation were repeated regularly. Comparable events are within the team's direct experience. |
| **High** | Uncontrolled. Will occur whenever circumstances are unfavorable. Comparable events are frequent. |

**Prob-Impact Grid**

| | | Probability / Frequency | | | |
|---|---|---|---|---|---|
| | | **Very Low** | **Low** | **Moderate** | **High** |
| | | < 1% | 1 - 5% | 5 - 25% | > 25% |
| **Impact Level** | **Very High** | Mod. | High | V. High | V. High |
| | **High** | Low | Mod. | High | V. High |
| | **Medium** | V. Low | Low | Mod. | High |
| | **Low** | V. Low | V. Low | Low | Mod. |

**Manageability**

| | |
|---|---|
| **Low** | Project Management Team can only influence impact.  Risk reduction measures are unlikely to be cost-effective. |
| **Medium** | Project Management Team can influence probability and / or impact.  Risk reduction measures will be roughly cost-neutral. |
| **High** | Project Management Team can control probability and / or impact.  Risk reduction measures will be highly cost-effective |