# EXHIBIT "O"

# Appendix L: Production Casing Cement Job Decision Tree

