# EXHIBIT "P"



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

Silvia Murphy
Joint Investigation Team
Bureau of Ocean Energy Management, Regulation & Enforcement
Gulf of Mexico Region


Monday, August 1, 2011


**JIT MACONDO WELL TESTING**


Mrs. Silvia Murphy:

This report summarizes the results of the testing conducted in the cementing laboratory at Oilfield Testing & Consulting at your request.

A post-job evaluation of the given slurry designs, based on the cement design for the job performed on the Macando well, was to be performed with the specific outlined testing protocol given by you, the Joint Investigation Team.  All testing was to be performed with cement, cement additives, spacer, base oil, and drilling fluid samples, representative of those used on the job for the Macando well in April 2010.

Except as specifically requested by you (and noted herein), all tests were conducted according to API Recommended Practice 10B-2 which is identical to ISO Document 10426-2 "Testing of Well Cements."  Calibrations of all equipment have been performed according to API/ISO specifications and are attached in the Annex.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Table of Contents

SECTION 1. SAMPLE DESCRIPTION ................................................................................. 3

SECTION 2. WATER ANALYSIS ..................................................................................... 4

SECTION 3. MIXING AND BLENDING .............................................................................. 5

SECTION 4. FLUID CONDITIONING ................................................................................ 6

SECTION 5. RHEOLOGY ............................................................................................... 7

SECTION 6. FREE FLUID AND BP SETTLING ................................................................. 13

SECTION 7. FLUID LOSS ............................................................................................ 22

SECTION 8. THICKENING TIME .................................................................................... 25

SECTION 9. COMPRESSIVE STRENGTH ......................................................................... 27

SECTION 10. COMPATIBILITY TESTS ............................................................................ 33

SECTION 11. FOAM STABILITY .................................................................................... 34

APPENDIX A GRAPHS AND TABLES .............................................................................. 44

APPENDIX B ORIGINAL FOAM STABILITY DATA ............................................................ 93

ANNEX: CALIBRATIONS & CERTIFICATIONS .................................................................. 99

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 1. SAMPLE DESCRIPTION

Five 5-gallon buckets of Macaondo well samples were received Wednesday, June 22, 2011 from the U.S. Coast Guard. Among the samples received was one cement blend Lafarge cement sample, one Zonesealant 2000 sample, and three SCR-100L samples. A 1-gallon sample of Fourchon City water (6-22-11) was also received at this time. Four 5-gallon buckets of Lafarge Class H cement were received on Monday, June 27th, 2011. Some dry and wet additives were received from Halliburton, Friday, July 1, 2011, which included the following: SS1 (200-mesh) Silica flour, SS2 (100-mesh) Silica sand, SCR-100L retarder, ZoneSealant 2000 foam stabilizer, D-Air 3000 defoamer, SA-541 polysacharide, EZ-FLO flow enhancer, and KCL (Potassium Chloride) salt. A 1-gallon sample of Fourchon City water (from 6-8-11) was also received at this time. The materials to mix the spacer, Dual Spacer Surfactant A, Dual Surfactant B, Tuned Spacer III, SEM-8 emulsifier, and D-Air 3000L defoamer, were received Friday, July 8, 2011. Finally, one Rheliant base oil and one Rheliant drilling fluid (mud) sample was received from MI Swaco, Monday, July 11, 2011.

The slurry composition in the form of lab weights for a 600-mL portion of the 0.09 gps SCR-100L slurry was given as:

- Class H cement- 659.06 g
- SSA-1- 131-81 g
- SSA-2- 98.86 g
- KCL- 13.18 g
- D-Air 3000- 1.65 g
- SA-541- 1.32 g
- EZ-FLO- 0.46 g
- Fresh Water- 281.38 g
- SCR-100L- 6.10 g
- Zonesealant 2000- 6.85 g

Based on the above design, the wet phase of the 0.08 gps SCR-100L slurry was calculated as :

- Fresh Water- 282.06 g
- SCR-100L- 5.42 g
- Zonesealant 2000- 6.85 g

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 2. WATER ANALYSIS

Two Fourchon City water samples were received by OFTC.  These samples were tested against Houston City water and a control sample of distilled water.  The water analysis test results are as follows:

| Water Sample Type | Sample Date | Sample ID | CL- (mg/L) | SO4 (mg/L) | Tannin Lignin (mg/L) | Total Hardness (as CaCO3) (ppm) | pH |
|---|---|---|---|---|---|---|---|
| Fresh | 6-27-11 | Houston City Water | 65 | < 50 | 0 | 25 | 7.7 |
| Fresh | 6-22-11 | Fourchon City Water | 30 | 75 | 0 | 250 | 7.0 |
| Fresh | 6-8-11 | Fourchon City Water | 35 | 75 | 0 | 250 | 7.3 |
| Fresh | 6-27-11 | Distilled Water | 10 | < 50 | 0 | 25 | 7.5 |



**Figure #1.  Fourchon City water samples.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 3. MIXING AND BLENDING

All slurries were prepared as described in API RP 10B-2 Clause 5, or API RP 10B-4 Clause 7 (for foamed cement), as applicable.

- Both the cement and the water temperature were tested before beginning. All the samples were in the range of 71-75°F.
- The cement and the water were weighed in a clean dry container to an accuracy of 0.01 grams.  The water was weighed immediately before use to prevent loss due to de-hydration.
- The mixer had a blade assembly with ≤ 10% wear on the blade and no obvious deformation.
- The dry cement was added to the water at a uniform rate in ≤ 15 seconds while the mixer maintained a speed of 4,000 rpm (±200 rpm).
- The mix was monitored for a clear vortex, and mixability is noted in the table below.
- The slurry was then mixed at 12,000 rpm (± 500 rpm) for 35 seconds, and an average speed under load for all slurries was documented.

Special mixing procedures for foamed cement:

The foam was achieved using a multi-blade assembly with a retro-fitted slurry cup that has a threaded cap, an o-ring, and a removable plug with a vent hole.  The base slurry was prepared as described above, then the appropriate weight of slurry was placed in the cup which was then sealed.  The mixer was turned to 12,000 rpm or the highest achievable rpm (and recorded) for 15 seconds.



**Figure #2.  Base slurry was mixable and a clear vortex was visable.**

Job ID # 11-0411-01                                                   Page 5 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 4. FLUID CONDITIONING

Fluids were conditioned in two different manners given by API RP 10B-2, Clause 12.4 (b,c).  Depending on the test, the fluid was conditioned at either atmospheric pressure or in a pressurized vessel.

*In both procedures*, the consistometer cups were at room temperature when slurry was added to them. The slurry was mixed according to Section 1 mixing procedure, and then was immediately poured into the consistometer cup for test initiation. The test was increased to conditions in the individual manners described below, then allowed to stir for the designated conditioning time, as set by the JIT. Once the conditioning time was completed, every effort was made to prevent the slurry from remaining static for any period of time and was vigorously stirred with a spatula for 5 seconds immediately before removing the slurry from the vessel.  At that time, the slurry was then prepared for prompt use.

Atmospheric Conditioning
Atmospheric conditioning was utilized for rheology and foam stability tests.  The atmospheric consistometer was pre-heated to 80°F or 135°F, as required (refer to specific results in the appropriate sections).  After adding the slurry to the vessel, the temperature was monitored until it reached the designated temperature. At that time, a timer was set to run for 30 minutes.

Pressurized Conditioning
In this series of tests, the pressurized method was used for all fluid loss tests, free fluid tests, BP settling tests, UCA tests, and Crush Strength Tests. The slurries were heated to 135°F and a pressure according to the test schedule for the cement application, using ramp times of 83 and 230 minutes. Specifically, before transferring to the appropriate vessels and/or starting the tests: the fluid loss tests were conditioned at 500 psi for a period of 30 minutes; the free fluid and BP settling tests were conditioned at 14,458 psi for 30 minutes; and the compressive strength tests were stirred at 14,458 psi for 3 hours.  The time was closely monitored, and slurries treated promptly at the end of the designated period. The slurries were immediately and safely removed, and excess oil invaded from the consistometer was blotted from the top of the slurry just before the paddle was removed.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 5. RHEOLOGY

The slurries noted below were prepared as described in Section 1 and tested for rheology and gel strength (10 second & 10 minute) according to API RP 10B-2 Clause 12.4 except as specifically noted in this document.  An atmospheric viscometer was used with a standard rotor/bob/spring combination of R1/B1/F1. Measurements were made at rotational speeds of 3, 6, 30, 60, 100, 200, 300 & 600 rpm.  The 600 RPM reading was observed after all other readings were recorded as illustrated in API RP 10B-2, Clause 12.4, item f.  A heating assembly was used to maintain the temperature ±5°F during testing and to pre-heat the cup.  Upon assembly, centralization of the rotor and bob was checked using a mirror.

After atmospheric conditioning as described in Section 2, for 30 minutes at the temperatures noted in the table below, the slurry was vigorously stirred for 5 seconds and immediately poured into a viscometer cup.

<u>Procedure</u>
The viscometer was initially rotating at 3 rpm as the cup was raised. Each reading was stabilized for 10 seconds before recording the dial reading.  The temperature was taken before the first reading and after the final reading (before performing gel strength tests).   Readings were taken first in ascending order followed by descending order and the ratio of the readings ascending to descending were calculated, as well as the average of the two readings and the difference between the two readings (no differences were greater than ±5°).

Gel strength at 3 rpm was measured immediately after taking the last temperature. The slurry in the cup was mixed at 300 rpm for 1 min to disperse the gel. The setting was then changed to 3 rpm, and the viscometer turned off for 10 seconds. Immediately upon turning the viscometer back on, the maximum dial reading was recorded as the "10 second gel strength." The viscometer was shut back off for 10 minutes and the process repeated for the "10 minute gel strength." A 3rd , final temperature was recorded.

### Composition and Test Conditions Defined

| # | COMPOSITION | Pre-condition | Gel Str. |
|---|---|---|---|
| Rh1 | Base Slurry + 0.08 gps SCR-100 | 30 min @ 80°F | 10s, 10m |
| Rh2 | Base Slurry + 0.08 gps SCR-100 | 30 min @ 135°F | 10s, 10m |
| Rh3 | Base Slurry + 0.09 gps SCR-100 | 30 min @ 80°F | 10s, 10m |
| Rh4 | Base Slurry + 0.09 gps SCR-100 | 30 min @ 135°F | 10s, 10m |

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SLURRY PREPARATION DATA

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|---|---|---|---|---|---|
| Rh1 | 71.7 | 71.5 | 12198 | 0 | Vortex visable |
| Rh2 | 70.6 | 71.4 | 12214 | 0 | Vortex visable |
| Rh3 | 71.6 | 71.4 | 12207 | 0 | Vortex visable |
| Rh4 | 71.3 | 72.9 | 12200 | 0 | Vortex visable |

## RHEOLOGICAL RESULTS

| # | | 600 rpm | 300 rpm | 200 rpm | 100 rpm | 60 rpm | 30 rpm | 6 rpm | 3 rpm | 10s GS | 10m GS | Pv | Ty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rh 1 | Avg DR | 105 | 47 | 30.5 | 16 | 9.5 | 5.5 | 1.5 | 1 | 1 | 2 | 46.5 | 0.50 |
| | Ratio | 1.00 | 1.00 | 1.10 | 1.13 | 1.11 | 1.20 | 2.00 | 1.00 | -- | -- | -- | -- |
| Rh 2 | Avg DR | 99 | 44 | 29 | 15 | 10 | 5.5 | 2.5 | 1.5 | 2 | 8 | 43.5 | 0.50 |
| | Ratio | 1.00 | 1.00 | 1.07 | 1.14 | 1.22 | 1.20 | 1.50 | 2.00 | -- | -- | -- | -- |
| Rh 3 | Avg DR | 62 | 28 | 20 | 9.5 | 5.5 | 3 | 1.5 | 1 | 1 | 3 | 27.8 | 0.25 |
| | Ratio | 1.00 | 1.00 | 1.10 | 1.38 | 1.20 | 1.00 | 2.00 | 1.00 | -- | -- | -- | -- |
| Rh 4 | Avg DR | 84 | 36 | 22.5 | 12 | 7.5 | 4.5 | 1.5 | 1.5 | 2 | 6 | 36.0 | 0.00 |
| | Ratio | 1.00 | 1.00 | 1.04 | 1.00 | 1.14 | 1.25 | 2.00 | 2.00 | -- | -- | -- | -- |

 

**Figure #3.  A heated cup was used for all rheology tests to regulate temperature and a thermometer was used to measure temperature.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

The following rheologies were performed at 135°F, as described above, with the exception of gel strengths, as part of the compatibility regimen. Slurries CR1-4 were mixed and conditioned several times to perform the ratio tests. For performing the ratio tests, the pure mixtures were prepared, then kept mixing at 135° while small aliquots were sequentially removed to prepare and test each of the five individual ratios required (i.e. two pure fluids were used to make each of the 5 ratios with no "dilutions" of previous mixtures).  This procedure for determining compatibilities is further described in API RP 10B-2 Clause 16.

### Composition and Test Conditions Defined

| # | COMPOSITION | Ratio |
|---|---|---|
| CR1 | Base Slurry + 0.09 gps SCR-100 | 100% |
| CR2 | Spacer | 100% |
| CR3 | Base Oil | 100% |
| CR4 | Drilling Fluid | 100% |
| CR5 | Spacer CR2 : Base Oil CR3 | 95 : 5 |
| CR6 | CR5 | 75 : 25 |
| CR7 | CR5 | 50 : 50 |
| CR8 | CR5 | 25 : 75 |
| CR9 | CR5 | 5 : 95 |
| CR10 | Spacer CR2 : Slurry CR1 | 95 : 5 |
| CR11 | CR10 | 75 : 25 |
| CR12 | CR10 | 50 : 50 |
| CR13 | CR10 | 25 : 75 |
| CR14 | CR10 | 5 : 95 |
| CR15 | Base Oil CR3 : Slurry CR1 | 95 : 5 |
| CR16 | CR15 | 75 : 25 |
| CR17 | CR15 | 50 : 50 |
| CR18 | CR15 | 25 : 75 |
| CR19 | CR15 | 5 : 95 |
| CR20 | Drilling Fluid CR4 : Slurry CR1 | 95 : 5 |
| CR21 | CR20 | 75 : 25 |
| CR22 | CR20 | 50 : 50 |
| CR23 | CR20 | 25 : 75 |
| CR24 | CR20 | 5 : 95 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SPACER CR2:BASE OIL CR3 COMPATIBILITY RESULTS

| Fluid Mixture (%) | Test Temp (°F) | Viscometer dial readings @ rpm (avg) | | | | | | | PV mPa·s (cps) | YP Pa (lbf/100 ft²) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 300 | 200 | 100 | 60 | 30 | 6 | 3 | | |
| 100 % spacer | 135 | 73 | 60.5 | 45.5 | 38.5 | 31.5 | 21.5 | 18 | 41.2 | 31.8 |
| 100% base oil | 135 | 6 | 5 | 5 | 4.5 | 4 | 3.5 | 3 | 1.50 | 4.50 |
| 95 % spacer 5 % base oil | 135 | 64 | 53 | 41.5 | 35 | 29.5 | 21 | 18 | 33.8 | 30.2 |
| 75 % spacer 25 % base oil | 135 | 65 | 54 | 41 | 34 | 25.5 | 17.5 | 15.5 | 36.0 | 29.0 |
| 50 % spacer 50 % base oil | 135 | 38 | 30 | 23 | 18.5 | 14.5 | 10.5 | 8.5 | 22.5 | 15.5 |
| 25 % spacer 75 % base oil | 135 | 8 | 7 | 5 | 4.5 | 4 | 3.5 | 3 | 4.50 | 3.50 |
| 5 % spacer 95 % base oil | 135 | 7 | 6.5 | 5 | 4 | 4 | 3 | 3 | 3.00 | 4.00 |

## SPACER CR2:SLURRY CR1 COMPATIBILITY RESULTS

| Fluid Mixture (%) | Test Temp (°F) | Viscometer dial readings @ rpm (avg) | | | | | | | PV mPa·s (cps) | YP Pa (lbf/100 ft²) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 300 | 200 | 100 | 60 | 30 | 6 | 3 | | |
| 100 % spacer | 135 | 73 | 60.5 | 45.5 | 38.5 | 31.5 | 21.5 | 18 | 41.25 | 31.75 |
| 100% slurry | 135 | 27 | 19 | 11.5 | 8 | 6 | 4 | 4 | 23.2 | 3.75 |
| 95 % spacer 5 % slurry | 135 | 173 | 149.5 | 119 | 99.5 | 90.5 | 82.5 | 79.5 | 81.0 | 92.0 |
| 75 % spacer 25 % slurry | 135 | 170 | 143.5 | 112 | 97 | 82.5 | 72.5 | 68.5 | 87.0 | 83.0 |
| 50 % spacer 50 % slurry | 135 | 149 | 119 | 87.5 | 73.5 | 61 | 43.5 | 39.5 | 92.2 | 56.8 |
| 25 % spacer 75 % slurry | 135 | 110 | 82 | 51.5 | 38.5 | 27 | 15 | 11.5 | 87.8 | 22.2 |
| 5 % spacer 95 % slurry | 135 | 28 | 19.5 | 12 | 9 | 7 | 4 | 3.5 | 24.0 | 4.00 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## BASE OIL CR3:SLURRY CR1 COMPATIBILITY RESULTS

| Fluid mixture % | Test temp (°F) | Viscometer dial readings @ rpm (avg) | | | | | | | PV mPa·s (cps) | YP Pa (lbf/100 ft2) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 300 | 200 | 100 | 60 | 30 | 6 | 3 | | |
| 100 % base oil | 135 | 6 | 5 | 5 | 4.5 | 4 | 3.5 | 3 | 1.50 | 4.50 |
| 100% slurry | 135 | 27 | 19 | 11.5 | 8 | 6 | 4 | 4 | 23.2 | 3.80 |
| 95 % base oil 5 % slurry | 135 | 6 | 5 | 4.5 | 4 | 4 | 4 | 3 | 2.25 | 3.75 |
| 75 % base oil 25 % slurry | 135 | 6 | 5 | 4.5 | 4 | 4 | 3 | 3 | 2.25 | 3.75 |
| 50 % base oil 50 % slurry | 135 | 50 | 36 | 22.5 | 16.5 | 12 | 7 | 6 | 41.2 | 8.75 |
| 25 % base oil 75 % slurry | 135 | 83 | 58.5 | 34 | 24 | 15 | 7 | 5.5 | 73.5 | 9.50 |
| 5 % base oil 95 % slurry | 135 | 30 | 20.5 | 12 | 9 | 7 | 4 | 4 | 27.0 | 3.00 |

## DRILLING FLUID CR4:SLURRY CR1 COMPATIBILITY RESULTS

| Fluid mixture % | Test temp (°F) | Viscometer dial readings @ rpm (avg) | | | | | | | PV mPa·s (cps) | YP Pa (lbf/100 ft²) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 300 | 200 | 100 | 60 | 30 | 6 | 3 | | |
| 100 % drilling fluid | 135 | 45 | 32.5 | 21 | 16 | 10.5 | 6.5 | 5 | 36.0 | 9.00 |
| 100% slurry | 135 | 27 | 19 | 11.5 | 8 | 6 | 4 | 4 | 23.2 | 3.75 |
| 95 % drilling fluid 5 % slurry | 135 | 47 | 36.5 | 23.5 | 17 | 12 | 7.5 | 5.5 | 35.2 | 11.8 |
| 75 % drilling fluid 25 % slurry | 135 | 36 | 29 | 18 | 14.5 | 10.5 | 7 | 6 | 27.0 | 9.00 |
| 50 % drilling fluid 50 % slurry | 135 | 30 | 22 | 13.5 | 10 | 7.5 | 4.5 | 3.5 | 24.8 | 5.25 |
| 25 % drilling fluid 75 % slurry | 135 | 39 | 24.5 | 14.5 | 11 | 7.5 | 4.5 | 3.5 | 36.8 | 2.25 |
| 5 % drilling fluid 95 % slurry | 135 | 60 | 40 | 23.5 | 16 | 10 | 4.5 | 3.5 | 54.8 | 5.25 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Figure #4.  Compatibility between 50% base slurry and 50% base oil.**



**Figure #5.  Compatibility between 25% base slurry and 75% drilling fluid.**

The density of each fluid was verified before all compatibility tests were performed. The density measurements are as follows:

| # | COMPOSITION | Density (ppg) |
|---|---|---|
| CR1 | Base Slurry + 0.09 gps SCR-100 | 16.9 |
| CR2 | Spacer | 15.1 |
| CR3 | Base Oil | 6.60 |
| CR4 | Drilling Fluid | 12.6 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 6. FREE FLUID and BP SETTLING

The slurries noted in the first table from the previous section (Section 3, Rh1-4) were re-mixed and re-conditioned (pressurized) as described in previous sections. They were tested for free fluid (with heated static period) and for sedimentation in a BP settling tube according to API RP 10B-2 Clause 15.4 and 15.6 .

Free Fluid at ≤190°F

A clear, graduated, glass, ASTM Class B, 250 mL cylinder was used with parafilm to reduce evaporation.   The cylinder dimensions and exact slurry volume was documented for each test.  A circulating water bath pre-heated to 135°F was used for the two hour static period. The four fluids were tested at both zero degree (vertical) and 45 degree angles with vibration minimized.  At the end of two hours (from the moment of entering the cylinder), the clear or colored fluid on top of the cement slurry (free fluid) was measured to a precision of ± 0.2mL.  The free fluid was documented as a percent of the original volume.

Sedimentation

Immediately after mixing and before conditioning, the slurry were tested for density with a pressurized mud balance. A BP Settling tube, greased inside and at joints, was utilized for the sedimentation test.  The tube was filled to within ¾" from the top and then puddled (tamped) before completely filling the tube.  A curing chamber heated to 210°F was used instead of a water bath.  Each of the four samples was cured for 24 hours, before removing from the chamber.   The chamber was then cooled to 190°F, the sample was removed and cooled to 80°F ±10°F using a water bath.   The procedure for marking and measuring the density using Archimedes principle, described in API RP 10B-2 Clause 15.6 was used to find the density of each section with a scale of precision 0.001g.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**Composition and Test Conditions Defined**

| # | COMPOSITION | Ramp time | Angle |
|---|---|---|---|
| FF1 | Base Slurry + 0.08 gps SCR-100 | 83 min | 0° |
| FF2 | Base Slurry + 0.08 gps SCR-100 | 83 min | 45° |
| FF3 | Base Slurry + 0.08 gps SCR-100 | 230 min | 0° |
| FF4 | Base Slurry + 0.08 gps SCR-100 | 230 min | 45° |
| FF5 | Base Slurry + 0.09 gps SCR-100 | 83 min | 0° |
| FF6 | Base Slurry + 0.09 gps SCR-100 | 83 min | 45° |
| FF7 | Base Slurry + 0.09 gps SCR-100 | 230 min | 0° |
| FF8 | Base Slurry + 0.09 gps SCR-100 | 230 min | 45° |
| BP1 | Base Slurry + 0.08 gps SCR-100 | 83 min | N/A |
| BP2 | Base Slurry + 0.08 gps SCR-100 | 230 min | N/A |
| BP3 | Base Slurry + 0.09 gps SCR-100 | 83 min | N/A |
| BP4 | Base Slurry + 0.09 gps SCR-100 | 230 min | N/A |

**SLURRY PREPARATION DATA**

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|---|---|---|---|---|---|
| FF1 | 71.3 | 75.2 | 12214 | 0 | Vortex visable |
| FF2 | 71.1 | 71.5 | 12198 | 0 | Vortex visable |
| FF3 | 71.9 | 72.9 | 12207 | 0 | Vortex visable |
| FF4 | 71.3 | 75.1 | 12231 | 0 | Vortex visable |
| FF5 | 71.4 | 74.1 | 12217 | 0 | Vortex visable |
| FF6 | 71.1 | 74.0 | 12223 | 0 | Vortex visable |
| FF7 | 71.3 | 72.3 | 12226 | 0 | Vortex visable |
| FF8 | 71.0 | 73.3 | 12254 | 0 | Vortex visable |
| BP1 | 70.2 | 72.3 | 12226 | 0 | Vortex visable |
| BP2 | 71.4 | 70.2 | 12210 | 0 | Vortex visable |
| BP3 | 70.3 | 75.1 | 12214 | 0 | Vortex visable |
| BP4 | 70.6 | 74.5 | 12207 | 0 | Vortex visable |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## FREE FLUID RESULTS

| # | Ramp Time (min) | Static Test Temp (°F) | Static Period: Heated | Cylinder Ratio (H:W) | Angle | Total Volume (mL) | Free Fluid Volume (mL) | %FF | Settling? |
|---|---|---|---|---|---|---|---|---|---|
| FF1 | 83 | 135°F | Heat | 6:1 | 0° | 250 | 3.5 | 1.40 | No |
| FF2 | 83 | 135°F | Heat | 6:1 | 45° | 250 | 8.5 | 3.40 | Yes |
| FF3 | 230 | 135°F | Heat | 6:1 | 0° | 250 | 4.5 | 1.8 | No |
| FF4 | 230 | 135°F | Heat | 6:1 | 45° | 250 | 18.6 | 7.44 | Yes |
| FF5 | 83 | 135°F | Heat | 6:1 | 0° | 250 | 1.5 | 0.60 | No |
| FF6 | 83 | 135°F | Heat | 6:1 | 45° | 250 | 12.0 | 4.80 | Yes |
| FF7 | 230 | 135°F | Heat | 6:1 | 0° | 250 | 4.5 | 1.80 | No |
| FF8 | 230 | 135°F | Heat | 6:1 | 45° | 250 | 13.0 | 5.20 | Yes |




**Figure #6. Heated Static Free Fluid tests in water bath at 0° and 45° inclination.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

 

**Figure #7.  Picture on the left shows the 0.08 gps SCR-100 (l) and 0.09 (r) gps SCR-100 slurries that were pre-conditioned for 83 minutes and tested at a 45° angle for Free Fluid.  Picture on the right shows the 0.08 gps (l) and 0.09 (r) gps slurries that were pre-conditioned for 230 minutes and tested at a 45° angle.**

 

**Figure #8.  Picture on the left shows the 0.08 gps SCR-100 slurry that was pre-conditioned for 83 minutes and tested at a 0° angle for Free Fluid.  Picture on the right shows the 0.09 gps SCR-100 slurry that was pre-conditioned for 83 minutes and tested at a 0° angle.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## BP SETTLING TEST RESULTS

| Sample # | Weight of Sample  (g) | Weight of Volume of Removed Water (g) | S.G. of Slurry (g/cm$^3$) | Density of Slurry (ppg) | Volume of Sample (cm$^3$) | Percent Difference |
|---|---|---|---|---|---|---|
| 1 (Top) | 12.28 | 6.05 | 2.03 | 16.94 | 89.47 | 0.25 |
| 2 | 30.73 | 14.85 | 2.07 | 17.27 | 79.02 | 2.21 |
| 3 | 28.27 | 13.67 | 2.07 | 17.26 | 64.76 | 2.14 |
| 4 | 23.21 | 11.29 | 2.06 | 17.16 | 52.28 | 1.54 |
| 5 | 25.72 | 12.43 | 2.07 | 17.27 | 40.42 | 2.20 |
| 6 | 33.59 | 16.15 | 2.08 | 17.36 | 26.13 | 2.73 |
| 7 | 15.66 | 7.51 | 2.09 | 17.41 | 14.30 | 2.99 |
| 8 (Bottom) | 22.50 | 10.54 | 2.13 | 17.82 | 5.27 | 5.44 |

| | |
|---|---|
| **Average Density:** | **17.31** |
| **Top and Bottom Difference:** | **0.88** |
| **Measured Density of Slurry:** | **16.9** |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## BP SETTLING TEST RESULTS

| Sample # | Weight of Sample (g) | Weight of Volume of Removed Water (g) | S.G. of Slurry (g/cm³) | Density of Slurry (ppg) | Volume of Sample (cm³) | Percent Difference |
|---|---|---|---|---|---|---|
| 1 (Top) | 23.30 | 11.29 | 2.06 | 17.23 | 82.38 | 1.93 |
| 2 | 25.31 | 12.18 | 2.08 | 17.35 | 70.64 | 2.63 |
| 3 | 25.01 | 12.05 | 2.08 | 17.32 | 58.53 | 2.51 |
| 4 | 26.31 | 12.69 | 2.07 | 17.31 | 46.16 | 2.40 |
| 5 | 23.22 | 11.19 | 2.08 | 17.32 | 34.22 | 2.49 |
| 6 | 23.55 | 11.35 | 2.07 | 17.32 | 22.95 | 2.48 |
| 7 | 21.39 | 10.31 | 2.07 | 17.32 | 12.12 | 2.47 |
| 8 (Bottom) | 14.70 | 6.96 | 2.11 | 17.63 | 3.48 | 4.32 |

| | |
|---|---|
| Average Density: | 17.35 |
| Top and Bottom Difference: | 0.40 |
| Measured Density of Slurry: | 16.9 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## BP SETTLING TEST RESULTS

| Sample # | Weight of Sample (g) | Weight of Volume of Removed Water (g) | S.G. of Slurry (g/cm³) | Density of Slurry (ppg) | Volume of Sample (cm³) | Percent Difference |
|---|---|---|---|---|---|---|
| 1 (Top) | 21.23 | 10.82 | 1.96 | 16.38 | 90.87 | 3.09 |
| 2 | 24.96 | 12.13 | 2.06 | 17.18 | 79.40 | 1.63 |
| 3 | 27.01 | 13.06 | 2.07 | 17.26 | 66.80 | 2.15 |
| 4 | 26.04 | 12.62 | 2.06 | 17.22 | 53.96 | 1.91 |
| 5 | 25.92 | 12.55 | 2.07 | 17.24 | 41.38 | 2.01 |
| 6 | 25.64 | 12.53 | 2.05 | 17.08 | 28.84 | 1.07 |
| 7 | 33.23 | 16.04 | 2.07 | 17.29 | 14.55 | 2.32 |
| 8 (Bottom) | 13.93 | 6.53 | 2.13 | 17.81 | 3.27 | 5.36 |

|  |  |
|---|---|
| **Average Density:** | **17.18** |
| **Top and Bottom Difference:** | **1.43** |
| **Measured Density of Slurry:** | **16.9** |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## BP SETTLING TEST RESULTS

| Sample # | Weight of Sample (g) | Weight of Volume of Removed Water (g) | S.G. of Slurry (g/cm$^3$) | Density of Slurry (ppg) | Volume of Sample (cm$^3$) | Percent Difference |
|---|---|---|---|---|---|---|
| 1 (Top) | 29.11 | 14.22 | 2.05 | 17.09 | 90.07 | 1.11 |
| 2 | 22.91 | 10.85 | 2.11 | 17.62 | 77.54 | 4.29 |
| 3 | 22.92 | 11.04 | 2.08 | 17.33 | 66.59 | 2.54 |
| 4 | 23.40 | 11.24 | 2.08 | 17.38 | 55.45 | 2.82 |
| 5 | 25.21 | 12.10 | 2.08 | 17.39 | 43.78 | 2.90 |
| 6 | 19.54 | 9.42 | 2.07 | 17.31 | 33.02 | 2.45 |
| 7 | 23.48 | 11.20 | 2.10 | 17.50 | 22.71 | 3.54 |
| 8 (Bottom) | 36.27 | 17.11 | 2.12 | 17.69 | 8.56 | 4.70 |

**Average Density:** **17.41**
**Top and Bottom Difference:** **0.61**
**Measured Density of Slurry:** **16.9**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

 

**Figure #9.  Picture on the left shows the 0.08 gps SCR-100 slurry that was pre-conditioned for 83 minutes and tested for the BP Settling Test.  Picture on the right shows the 0.09 SCR-100 gps slurry that was pre-conditioned for 83 minutes and tested for BP Settling Test.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 7. FLUID LOSS

The slurries noted below were prepared as described in Section 1 and tested for fluid loss according to API RP 10B-2 Clause 10.  A stirred fluid loss apparatus was used to condition and perform all fluid loss tests.  Pre-conditioning was performed for 30 min @ 135°F.

**Composition and Test Conditions Defined**

| # | COMPOSITION | Ramp time |
|---|---|---|
| FL1 | Base Slurry + 0.08 gps SCR-100 | 83 min |
| FL2 | Base Slurry + 0.08 gps SCR-100 | 230 min |
| FL3 | Base Slurry + 0.09 gps SCR-100 | 83 min |
| FL4 | Base Slurry + 0.09 gps SCR-100 | 230 min |
| CL1 | Slurry FL3 : Spacer at 95:5 ratio | 83 min |
| CL2 | Slurry FL3 : Spacer at 75:25 ratio | 83 min |
| CL3 | Slurry FL3 : Base Oil at 95:5 ratio | 83 min |
| CL4 | Slurry FL3 : Base Oil at 75:25 ratio | 83 min |

SLURRY PREPARATION DATA

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|---|---|---|---|---|---|
| FL1 | 70.4 | 71.2 | 12194 | 0 | Vortex visable |
| FL2 | 70.6 | 71.5 | 12220 | 0 | Vortex visable |
| FL3 | 70.1 | 71.3 | 12219 | 0 | Vortex visable |
| FL4 | 71.2 | 70.3 | 12285 | 0 | Vortex visable |
| CL1 | 71.3 | 70.9 | 12216 | 0 | Vortex visable |
| CL2 | 71.3 | 70.1 | 12134 | 0 | Vortex visable |
| CL3 | 72.3 | 71.5 | 12219 | 0 | Vortex visable |
| CL4 | 71.3 | 70.7 | 12219 | 0 | Vortex visable |

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

### FLUID LOSS RESULTS

| # | FL Cell Type | Ramp Time (min) | Test Temp (°F) | Test Time (min:sec) | Final Volume (mL) | Calc. API FL (mL) | Filter Cake Condition |
|---|---|---|---|---|---|---|---|
| FL1 | Stirred FL | 83 | 135°F | 15:17 | 101 | 285 | Crumbly Powder |
| FL2 | Stirred FL | 230 | 135°F | 2:55 | 81.0 | 519 | Crumbly Powder |
| FL3 | Stirred FL | 83 | 135°F | 13:01 | 100 | 303 | Crumbly Powder |
| FL4 | Stirred FL | 230 | 135°F | 2:21 | 62 | 443 | Crumbly Powder |
| CL1 | Stirred FL | 83 | 135°F | 3:39 | 79 | 452 | 4.25 inches |
| CL2 | Stirred FL | 83 | 135°F | 5:41 | 54 | 248 | 3.25 inches |
| CL3 | Stirred FL | 83 | 135°F | 5:08 | 79 | 382 | 3.75 inches |
| CL4 | Stirred FL | 83 | 135°F | 30:00 | 42 | 84 | 2 inches |




**Figure #10.  Fluid Loss specimen after test blew dry (0.08 gps SCR-100 system with 83 minute conditioning time).**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

 

**Figure #11.  Fluid Loss test specimen after 30 minutes for the 75% 0.09 gps SCR-100 base slurry with 25% base oil contamination (with 83 minute conditioning time).**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 8. THICKENING TIME

All samples were tested for thickening time according to API RP 10B-2 Clause 9.

- The slurry cup was assembled before filling with the exception of the plug nut.  Grease was applied to the threaded areas, only. While tapping on the side of the cup, the slurry was poured into the cup until it flowed out of the hole.  Cement was wiped from the threads and capped. The cup was checked to ensure the paddle turned freely.
- Each test was initiated within 5 min ± 15 sec of mixing, with the exact time being recorded.

### Composition and Test Conditions Defined

| # | Composition | Test Temp (°F) | Test Pressure (psi) | Ramp Time (min) |
|----|----------------------------------------|------|--------|-----|
| TT1 | Base Slurry + 0.08 gps SCR-100 | 135 | 14,458 | 83 |
| TT2 | Base Slurry + 0.08 gps SCR-100 | 135 | 14,458 | 230 |
| TT3 | Base Slurry + 0.09 gps SCR-100 | 135 | 14,458 | 83 |
| TT4 | Base Slurry + 0.09 gps SCR-100 | 135 | 14,458 | 230 |
| CT1 | Slurry TT3 : Spacer at 95:5 ratio | 135 | 14,458 | 83 |
| CT2 | Slurry TT3 : Spacer at 75:25 ratio | 135 | 14,458 | 83 |
| CT3 | Slurry TT3 : Base Oil at 95:5 ratio | 135 | 14,458 | 83 |
| CT4 | Slurry TT3 : Base Oil at 75:25 ratio | 135 | 14,458 | 83 |

Refer to Appendix A for thickening time graphs

### SLURRY PREPARATION DATA

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|-----|------|------|-------|---|------------------|
| TT1 | 71.7 | 73.4 | 12224 | 0 | Vortex visable |
| TT2 | 71.7 | 73.4 | 12219 | 0 | Vortex visable |
| TT3 | 74.1 | 72.4 | 12211 | 0 | Vortex visable |
| TT4 | 71.2 | 73.7 | 12230 | 0 | Vortex visable |
| CT1 | 70.6 | 73.5 | 12229 | 0 | Vortex visable |
| CT2 | 71.1 | 75.4 | 12211 | 0 | Vortex visable |
| CT3 | 71.3 | 71.9 | 12229 | 0 | Vortex visable |
| CT4 | 70.5 | 70.0 | 12219 | 0 | Vortex visable |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## THICKENING TIME RESULTS

| # | Test Temp (°F) | Batch Mix (min)* | Initial Bc | 30 Bc at hh:mm | 50 Bc at hh:mm | 70 Bc at hh:mm | 100 Bc at hh:mm |
|---|---|---|---|---|---|---|---|
| TT1 | 135 | N/A | 9 | 05:51 | 05:54 | 05:57 | 05:59 |
| TT2 | 135 | N/A | 14 | 07:42 | 08:02 | 08:09 | 08:12 |
| TT3 | 135 | N/A | 14 | 07:24 | 07:46 | 08:11 | 08:18 |
| TT4 | 135 | N/A | 7 | 08:02 | 08:29 | 08:33 | 08:37 |
| CT1 | 135 | N/A | 14 | 00:09 | 00:15 | 08:33 | 08:36 |
| CT2 | 135 | N/A | 22 | 01:02 | 10:20 | 10:27 | 10:33 |
| CT3 | 135 | N/A | 13 | 07:20 | 07:32 | 07:35 | 07:37 |
| CT4 | 135 | N/A | 17 | 07:36 | 07:49 | 07:54 | 08:01 |

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 9. COMPRESSIVE STRENGTH

UCA Procedure

The slurries noted below were prepared as described in Section 1 and tested for compressive strength according to API RP 10B-2 Clause 8, except as specifically noted in this document.  An alternate heat up schedule  was used, as requested, as discussed in API RP 10B-2, clause 7.5.4 when simulating specific well conditions. The UCA cell was pre-heated to 135°F before accepting slurry. The test was initiated within 5 minutes of pre-conditioning. Each test was 48 hours, including ramp time, calculated from the initiation of temperature and pressure on the UCA cell. Pressure was maintained at 3000 psi throughout the UCA test. Pre-conditioning and the heat up schedule is outlined below and was utilized in testing the following slurry formulations:

**Composition and Test Conditions Defined**

| # | COMPOSITION | Pre-condition |
|---|---|---|
| UCA1 | Base Slurry + 0.08 gps SCR-100 | 3 hours @ 135°F (83 min ramp) |
| UCA1-B | Base Slurry + 0.08 gps SCR-100 | 3 hours @ 135°F (230 min ramp) |
| UCA2 | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F(83 min ramp) |
| UCA2-B | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F (230 min ramp) |
| CU1 | Slurry UCA2 : Spacer at 95:5 ratio | 3 hours @ 135°F (83 min ramp) |
| CU1-B | Slurry UCA2 : Spacer at 95:5 ratio | 3 hours @ 135°F (230 min ramp) |
| CU2 | Slurry UCA2 : Spacer at 75:25 ratio | 3 hours @ 135°F  (83 min ramp) |
| CU2-B | Slurry UCA2 : Spacer at 75:25 ratio | 3 hours @ 135°F (230 min ramp) |
| CU3 | Slurry UCA2 : Base Oil at 95:5 ratio | 3 hours @ 135°F (83 min ramp) |
| CU3-B | Slurry UCA2 : Base Oil at 95:5 ratio | 3 hours @ 135°F (230 min ramp) |
| CU4 | Slurry UCA2 : Base Oil at 75:25 ratio | 3 hours @ 135°F (83 min ramp) |
| CU4-B | Slurry UCA2 : Base Oil at 75:25 ratio | 3 hours @ 135°F (230 min ramp) |

Pre-condition all samples for 3 hours at 135°F
Ramp from 135°F to 165°F in 4 hours
Ramp from 165°F to 185°F in 4 hours
Ramp from 185°F to 195°F in 4 hours
Ramp from 195°F to 210°F in 4 hours
Maintain 210°F for the remainder of the test period

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

Crush Test Procedure

The slurries noted below were prepared as described in Section 1 and tested for compressive strength according to API RP 10B-2 Clause 7.   The slurry was conditioned for 3 hours at 135°F and transferred to a pre-heated water bath at 180°F for 48 hours.

| # | COMPOSITION | Pre-condition | Water Bath |
|---|---|---|---|
| ACS1 | Base Slurry + 0.08 gps SCR-100 | 3 hours @ 135°F (83 min ramp) | 180°F |
| ACS1-B | Base Slurry + 0.08 gps SCR-100 | 3 hours @ 135°F (230 min ramp) | 180°F |
| ACS2 | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F (83 min ramp) | 180°F |
| ACS2-B | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F (83 min ramp) | 180°F |

The slurries noted below were prepared as described in Section 1 and tested for compressive strength according to API RP 10B-2 Clause 7. The slurry was conditioned according to the schedule listed below

| # | COMPOSITION | Pre-condition | Weight | Foam Quality |
|---|---|---|---|---|
| ACS3 | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F | 14.5 ppg | 13% |
| ACS4 | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F | 13.6 ppg | 18.5% |

Pre-condition samples for 3 hours at 135°F
Foam the slurry to the noted density and place in the water bath
Ramp from 135°F to 165°F in 4 hours
Ramp from 165°F to 180°F in 4 hours
Maintain 180°F for the remainder of the test period, total test time of 48 hours.

Job ID # 11-0411-01                                                      Page 28 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SLURRY PREPARATION DATA

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|---|---|---|---|---|---|
| UCA1 | 70.2 | 73.7 | 12229 | 0 | Vortex visable |
| UCA1-B | 70.3 | 73.6 | 12224 | 0 | Vortex visable |
| UCA2 | 70.9 | 75.4 | 12260 | 0 | Vortex visable |
| UCA2-B | 70.9 | 72.7 | 12267 | 0 | Vortex visable |
| CU1 | 71.4 | 72.4 | 12220 | 0 | Vortex visable |
| CU1-B | 70.3 | 71.7 | 12218 | 0 | Vortex visable |
| CU2 | 70.2 | 72.1 | 12203 | 0 | Vortex visable |
| CU2-B | 70.7 | 72.3 | 12224 | 0 | Vortex visable |
| CU3 | 70.3 | 71.8 | 12235 | 0 | Vortex visable |
| CU3-B | 70.1 | 72.3 | 12204 | 0 | Vortex visable |
| CU4 | 70.0 | 71.0 | 12217 | 0 | Vortex visable |
| CU4-B | 70.5 | 74.6 | 12205 | 0 | Vortex visable |
| ACS1 | 70.8 | 70.6 | 12221 | 0 | Vortex visable |
| ACS1-B | 71.7 | 70.2 | 12210 | 0 | Vortex visable |
| ACS2 | 71.4 | 75.9 | 12242 | 0 | Vortex visable |
| ACS2-B | 70.4 | 75.1 | 12224 | 0 | Vortex visable |
| ACS3 | 71.3 | 72.2 | 12233 | 0 | Vortex visable |
| ACS4 | 70.6 | 74.5 | 12198 | 0 | Vortex visable |

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## UCA ("SONIC") COMPRESSIVE STRENGTH TEST RESULTS

| # | Test Temp | Test Press. | 50 psi at hh:mm | 500 psi at hh:mm | psi at 12:00 | psi at 24:00 | psi at 48:00 |
|---|---|---|---|---|---|---|---|
| UCA1 | 210°F | 3000 psi | 14:06 | 15:11 | 0 | 3006 | 3550 |
| UCA1-B | 210°F | 3000 psi | 16:24 | 17:20 | 0 | 2637 | 3551 |
| UCA2 | 210°F | 3000 psi | 15:22 | 16:33 | 0 | 2762 | 3459 |
| UCA2-B | 210°F | 3000 psi | 16:32 | 17:42 | 0 | 2794 | 3958 |
| CU1 | 210°F | 3000 psi | 15:26 | 16:33 | 0 | 2401 | 3042 |
| CU1-B | 210°F | 3000 psi | 16:51 | 17:56 | 0 | 2342 | 3137 |
| CU2 | 210°F | 3000 psi | 16:58 | 19:50 | 0 | 846 | 1263 |
| CU2-B | 210°F | 3000 psi | 18:33 | 21:56 | 0 | 669 | 1183 |
| CU3 | 210°F | 3000 psi | 16:43 | 19:43 | 0 | 1817 | 2596 |
| CU3-B | 210°F | 3000 psi | 15:51 | 17:57 | 0 | 2158 | 2692 |
| CU4 | 210°F | 3000 psi | 20:52 | 34:50 | 0 | 322 | 557 |
| CU4-B | 210°F | 3000 psi | 20:27 | 24:13 | 0 | 486 | 852 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## COMPRESSIVE STRENGTH TEST RESULTS

| | Property | ACS1 | ACS1-B | ACS2 | ACS2-B |
|---|---|---|---|---|---|
| cube #1 | Area (sq. in.) | 3.99 | 4.20 | 3.99 | 4.72 |
| | Force (lb$_f$) | 16945 | 16388 | 18020 | 20066 |
| | CS (psi) | 4247 | 3902 | 4516 | 4251 |
| cube #2 | Area (sq. in.) | 3.99 | 3.99 | 4.10 | 4.30 |
| | Force (lb$_f$) | 15561 | 15759 | 17201 | 22060 |
| | CS (psi) | 3900 | 3950 | 4195 | 5124 |
| Average CS psi | | 4073 | 3926 | 4355 | 4688 |

## COMPRESSIVE STRENGTH TEST RESULTS

| | Property | ACS3 | ACS4 |
|---|---|---|---|
| cube #1 | Area (sq. in.) | 4.0 | 4.2 |
| | Force (lb$_f$) | 3953 | 3749 |
| | CS (psi) | 988.2 | 892.6 |
| cube #2 | Area (sq. in.) | 4.6 | 4.2 |
| | Force (lb$_f$) | 6663 | 4782 |
| | CS (psi) | 1448 | 1139 |
| cube #3 | Area (sq. in.) | 4.4 | 4.4 |
| | Force (lb$_f$) | 4456 | 3841 |
| | CS (psi) | 1012 | 873 |
| Average CS psi | | 1150 | 968 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Figure #12.  Picture on the left shows the 0.08 gps SCR-100 slurry that was pre-conditioned for 3 hours with a ramp of 230 minutes and tested for the Compressive Strength.  Picture on the right shows the 0.09 SCR-100 gps slurry that was pre-conditioned for 3 hours with a ramp of 230 minutes and tested for Compressive Strength.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 10. COMPATIBILITY TESTS

The sections listed below describe the testing that was done to determine compatibility:

- Section 5 – Rheology of tests CR1-CR24
- Section 8– Thickening Time of tests CT1-CT4
- Section 7 – Fluid Loss of tests CL1-CL4
- Section 9 – UCA Compressive Strength of tests CU1-CU4-B
- Section 11 – Foam Stability of CFM1-CFM4

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 11. FOAM STABILITY

The tests noted below were prepared as described below and tested for foam stability according to API RP 10B-4 Clauses 5 and 9. The stability was assessed using visual inspection (e.g. FF, settling, bubble conc.), as well as three density measurement methods, also described below. Foam stability tests were performed on a 14.5 ppg and a 13.6 ppg slurry prepared at atmospheric conditions to achieve approximately 13% and 18.5% gas, respectively. The base slurry was prepared and conditioned as described in Sections 1-2 for 90 minutes and 3 hours. The foam was achieved using a multi-blade assembly with a retro-fitted slurry cup that has a threaded cap, an o-ring, and a removable plug with a vent hole.

The total volume of the blender cup was measured on a scale with tap water prior to testing. The total volume measured was 1178.00 mL. This total volume was used to calculate the amount of base slurry and foamer required to generate 13% and 18.5% Foam Quality.

Density measurement of slurry sampled from the blender

Determined by the volume and weight of the slurry in the container.

Density measurement via graduated cylinder

The volume and weight of the slurry sampled from graduated cylinder after a 2-hour quiescent period according to API RP10B-4/ISO 10426-4 Clause 9.3.1.

Density measurement by Archimedes' Principle

The density of samples cured in PVC molds at 180°F according to API RP10B-4/ISO 10426-4 Clause 9.3.3.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

| # | COMPOSITION | Pre-condition Time | Temp (°F) | ppg | % gas |
|---|---|---|---|---|---|
| FM1 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 135 | 14.5 | 13 |
| FM2 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13 |
| FM3 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 135 | 14.5 | 13 |
| FM4 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13 |
| FM5 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 135 | 13.6 | 18.5 |
| FM6 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 135 | 13.6 | 18.5 |
| FM7 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 135 | 13.6 | 18.5 |
| FM8 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 13.6 | 18.5 |
| CFM1 | Base Slurry + 0.08 gps SCR-100 +10% Oil | 3.0 hr | 135 | 14.5 | 13 |
| CFM2 | Base Slurry + 0.08 gps SCR-100 + 20% Oil | 3.0 hr | 135 | 14.5 | 13 |
| CFM3 | Base Slurry + 0.09 gps SCR-100 +10% Oil | 3.0 hr | 135 | 14.5 | 13 |
| CFM4 | Base Slurry + 0.09 gps SCR-100 + 20% Oil | 3.0 hr | 135 | 14.5 | 13 |
| MAC4 | Macondo well Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13 |

SLURRY PREPARATION DATA

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|---|---|---|---|---|---|
| FM1 | 72.0 | 71.3 | 12262 | 0 | Vortex visable |
| FM2 | 71.6 | 71.0 | 12204 | 0 | Vortex visable |
| FM3 | 71.8 | 74.3 | 12235 | 0 | Vortex visable |
| FM4 | 71.3 | 72.2 | 12233 | 0 | Vortex visable |
| FM5 | 72.2 | 72.9 | 12221 | 0 | Vortex visable |
| FM6 | 71.5 | 72.2 | 12226 | 0 | Vortex visable |
| FM7 | 71.4 | 74.8 | 12228 | 0 | Vortex visable |
| FM8 | 70.6 | 74.5 | 12198 | 0 | Vortex visable |
| CFM1 | 71.3 | 71.8 | 12204 | 0 | Vortex visable |
| CFM2 | 70.8 | 71.3 | 12201 | 0 | Vortex visable |
| CFM3 | 71.3 | 74.5 | 12230 | 0 | Vortex visable |
| CFM4 | 71.6 | 74.1 | 12209 | 0 | Vortex visable |
| MAC4 | 71.7 | 72.5 | 12207 | 0 | Vortex visable |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

The following samples were conditioned and tested as described below.  These samples were tested in conjunction with ACS3 and ACS4 as described in section 7 of this document.  Testing all samples at the same time and water bath limited any variation in temperature exposure between the various samples.

| # | COMPOSITION | Pre-condition Time | Temp (°F) | Weight (ppg) | Foam Quality |
|---|---|---|---|---|---|
| FM9 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13% |
| FM10 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 13.6 | 18.5% |

Pre-condition samples for 3 hours at 135°F
Foam the slurry to the noted density and place in the water bath
Ramp from 135°F to 165°F in 4 hours
Ramp from 165°F to 180°F in 4 hours
Maintain 180°F for the remainder of the test period, total test time of 48 hours.

SLURRY PREPARATION DATA

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|---|---|---|---|---|---|
| FM9 | 71.3 | 72.2 | 12233 | 0 | Vortex visable |
| FM10 | 70.6 | 74.5 | 12198 | 0 | Vortex visable |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Stability of Unset Foamed Cement Slurry

| # | Wt of Slurry in Blender (g) | Volume of Sample (mL) | S.G. (g/cm3) | Density of Slurry (ppg) |
|---|---|---|---|---|
| FM1 | 2057.86 | 1178.00 | 1.75 | 14.5 |
| FM2 | 2057.86 | 1170.00 | 1.76 | 14.7 |
| FM3 | 1931.08 | 1030.00 | 1.87 | 15.6 |
| FM4 | 2057.86 | 1130.00 | 1.82 | 15.2 |
| FM5 | 1931.09 | 1178.00 | 1.64 | 13.7 |
| FM6 | 1931.09 | 1150.00 | 1.68 | 14.0 |
| FM7 | 2057.86 | 1120.00 | 1.83 | 15.3 |
| FM8 | 1931.08 | 1120.00 | 1.72 | 14.3 |
| CFM1 | 1781.32 | 1100.00 | 1.62 | 13.5 |
| CFM2 | 1708.03 | 1120.00 | 1.52 | 12.7 |
| CFM3 | 1715.36 | 1000.00 | 1.71 | 14.2 |
| CFM4 | 1569.35 | 980.00 | 1.60 | 13.3 |
| FM9 | 2057.86 | 1130.00 | 1.82 | 15.2 |
| FM10 | 1931.08 | 1120.00 | 1.72 | 14.3 |
| MAC4 | 2057.86 | 1100.00 | 1.87 | 15.6 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Stability of Unset Foamed Cement Slurry

| # | Wt of Graduated Cylinder (g) | Wt of Slurry/Grad. Cylinder (g) | Volume of Sample (mL) | S.G. (g/cm3) | Density of Slurry (ppg) | Bubble Break-out? | Settling? | Free Fluid? |
|---|---|---|---|---|---|---|---|---|
| FM1 | 238.73 | 627.68 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM2 | 238.83 | 669.32 | 250.00 | 1.72 | 14.30 | Yes | No | No |
| FM3 | 239.00 | 679.03 | 250.00 | 1.76 | 14.7 | Yes | Yes | Yes |
| FM4 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM5 | 238.81 | 628.85 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM6 | 238.75 | 650.67 | 250.00 | 1.65 | 13.74 | Yes | No | No |
| FM7 | 238.07 | 684.63 | 250.00 | 1.79 | 14.90 | Yes | Yes | Yes |
| FM8 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| CFM1 | 238.38 | 649.63 | 250.00 | 1.64 | 13.70 | Yes | No | No |
| CFM2 | 238.85 | 627.55 | 250.00 | 1.55 | 12.91 | Yes | No | No |
| CFM3 | 238.80 | 658.27 | 250.00 | 1.68 | 14.00 | Yes | No | No |
| CFM4 | 238.86 | 621.41 | 250.00 | 1.53 | 12.74 | Yes | No | No |
| FM9 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM10 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| MAC4 | 238.51 | 686.42 | 250.00 | 1.79 | 14.90 | Yes | No | No |

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.