

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Stability of Set Foamed Cement Slurry

| # | Wt of Top (g) | Wt of H20 Removed (g) | Density of Top (g) | Wt of Middle (g) | Wt of H20 Removed (g) | Density of Middle (g) | Wt of Bottom (g) | Wt of H20 Removed (g) | Density of Bottom (g) |
|---|---|---|---|---|---|---|---|---|---|
| FM1 | 61.68 | 39.90 | 12.88 | 77.40 | 43.15 | 14.94 | 63.77 | 32.20 | 16.50 |
| FM2 | 76.84 | 55.05 | 11.63 | 78.06 | 58.20 | 11.17 | 80.31 | 47.97 | 13.95 |
| FM3 | 79.81 | 50.80 | 13.09 | 66.02 | 40.15 | 13.70 | 59.07 | 34.66 | 14.20 |
| FM4 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.80 |
| FM5 | 67.57 | 43.22 | 13.02 | 48.33 | 27.60 | 14.59 | 74.78 | 40.17 | 15.51 |
| FM6 | 84.00 | 62.23 | 11.07 | 73.15 | 49.17 | 12.39 | 69.18 | 44.53 | 12.94 |
| FM7 | 70.31 | 45.62 | 12.84 | 61.86 | 36.57 | 14.09 | 50.44 | 27.51 | 15.27 |
| FM8 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| CFM1 | 71.40 | 32.37 | 11.44 | 76.61 | 50.06 | 12.75 | 75.63 | 47.96 | 13.14 |
| CFM2 | 67.43 | 49.19 | 11.42 | 78.49 | 53.65 | 12.19 | 62.80 | 41.40 | 12.64 |
| CFM3 | 76.09 | 50.87 | 12.46 | 86.87 | 54.87 | 13.19 | 70.86 | 43.73 | 13.5 |
| CFM4 | 49.15 | 33.52 | 12.21 | 66.84 | 43.32 | 12.85 | 72.51 | 45.92 | 13.15 |
| FM9 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.8 |
| FM10 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| MAC4 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**Note:  MAC4 Macondo samples did not set hard during the 48 hour curing period, and, therefore, could not be tested for this particular part of the testing protocol.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Figure #13.  Pictures on the left show the 0.08 gps SCR-100 slurry that was pre-conditioned for 1.5 hours and tested for Foam Stability at 13% (l) and 18.5% (r) Foam Quality right after mixing.  Pictures on the right show the 0.09 SCR-100 gps slurry that was pre-conditioned for 1.5 hours and tested for Foam Stability at 13% (l) nd 18.5% (r) Foam Quality right after mixing.**





**Figure #14.  Pictures on the left show the 0.08 gps SCR-100 slurry that was pre-conditioned for 1.5 hours and tested for Foam Stability at 13% (l) and 18.5% (r) Foam Quality after 2-hour period.  Pictures on the right show the 0.09 SCR-100 gps slurry that was pre-conditioned for 1.5 hours and tested for Foam Stability at 13% (l) nd 18.5% (r) Foam Quality after 2-hour period.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com




**Figure #15.  Pictures on the left show the 0.08 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% (l) and 18.5% (r) Foam Quality right after mixing.  Pictures on the right show the 0.09 SCR-100 gps slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% (l) nd 18.5% (r) Foam Quality right after mixing.**




**Figure #16.  Pictures on the left show the 0.08 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% (l) and 18.5% (r) Foam Quality after 2-hour period.  Pictures on the right show the 0.09 SCR-100 gps slurry that was pre-conditioned for 2 hours and tested for Foam Stability at 13% (l) nd 18.5% (r) Foam Quality after 2-hour period.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

 

**Figure #17.  Pictures above show the MAC4 Macondo cement 0.09 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% Foam Quality right after mixing.**

 

**Figure #18.  Pictures above show the MAC4 Macondo cement 0.09 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% Foam Quality right after 2-hour period.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Figure #19.  Picture above shows the 0.09 gps SCR-100 slurry with 20% base oil contamination that was pre-conditioned for 3 hours and tested for Foam Stability at 13% Foam Quality.  Cement cubes were not hard set after 48 hour curing period.**



**Figure #20.  Picture above shows the MAC4 Macondo cement 0.09 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% Foam Quality.   Cement cubes were not hard set after 48 hour curing period.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# APPENDIX A GRAPHS AND TABLES

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**GRAPH #1.  THICKENING TIME GRAPH FOR 0.08 GPS SYSTEM WITH 83 MIN RAMP.**

Job ID # 11-0411-01

Page 45 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #2.  Thickening Time graph for 0.08 gps system with 230 min ramp.**

Job ID # 11-0411-01                                           Page 46 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #3.  Thickening Time graph for 0.09 gps system with 83 min ramp.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #4.  Thickening Time graph for 0.09 gps system with 230 min ramp.**

Job ID # 11-0411-01                                    Page 48 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #5.  Thickening Time graph for 0.09 gps system 5% spacer.

Job ID # 11-0411-01                                           Page 49 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #6.  Thickening Time graph for 0.09 gps system 25% spacer.**

Job ID # 11-0411-01                                                Page 50 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you
are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this
document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone
number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #7.  Thickening Time graph for 0.09 gps system 5% base oil.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #8.  Thickening Time graph for 0.09 gps system 25% base oil.**

Job ID # 11-0411-01                                                        Page 52 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #9.  UCA graph for 0.08 gps system with 83 min ramp.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #10.  UCA graph for 0.08 gps system with 230 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #11.  UCA graph for 0.09 gps system with 83 min ramp.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #12.  UCA graph for 0.09 gps system with 230 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #13.  UCA graph for 0.09 gps system with 5% spacer with 83 min ramp.

Job ID # 11-0411-01                                                      Page 57 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #14.  UCA graph for 0.09 gps system with 5% spacer with 230 min ramp.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you
are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this
document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone
number indicated above.



**Oilfield**
*Testing & Consulting*

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #15.  UCA graph for 0.09 gps system with 25% spacer with 83 min ramp.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #16.  UCA graph for 0.09 gps system with 25% spacer with 230 min ramp.**

Job ID # 11-0411-01

Page 60 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #17.  UCA graph for 0.09 gps system with 5% base oil with 83 min ramp.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #18.  UCA graph for 0.09 gps system with 5% base oil with 230 min ramp.**

Job ID # 11-0411-01                                                    Page 62 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #19.  UCA graph for 0.09 gps system with 25% base oil with 83 min ramp.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #20.  UCA graph for 0.09 gps system with 25% base oil with 230 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #21.  Graph for 0.08 gps system pressurized conditioning for 0° Free Fluid with 83 min ramp.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #22.  Graph for 0.08 gps system pressurized conditioning for 45° Free Fluid with 83 min ramp.**

Job ID # 11-0411-01

Page 66 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

# Oilfield
## Testing & Consulting

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #23.  Graph for 0.08 gps system pressurized conditioning for 0° Free Fluid with 230 min ramp.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #24.  Graph for 0.08 gps system pressurized conditioning for 45° Free Fluid with 230 min ramp.**

Job ID # 11-0411-01                                    Page 68 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #25.  Graph for 0.09 gps system pressurized conditioning for 0° Free Fluid with 83 min ramp.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #26.  Graph for 0.08 gps system pressurized conditioning for 45° Free Fluid with 83 min ramp.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #27.  Graph for 0.09 gps system pressurized conditioning for 0° Free Fluid with 230 min ramp.

Job ID # 11-0411-01                                                  Page 71 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #28.  Graph for 0.09 gps system pressurized conditioning for 45° Free Fluid with 230 min ramp.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #29.  Graph for 0.08 gps system pressurized conditioning for BP Settling test with 83 min ramp.

Job ID # 11-0411-01                                    Page 73 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #30.  Graph for 0.08 gps system pressurized conditioning for BP Settling test with 230 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #31.  Graph for 0.09 gps system pressurized conditioning for BP Settling test with 83 min ramp.

Job ID # 11-0411-01

Page 75 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #32.  Graph for 0.09 gps system pressurized conditioning for BP Settling test with 230 min ramp.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #33.  Graph for 0.08 gps system pressurized conditioning for UCA test with 83 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.