

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #34.  Graph for 0.08 gps system pressurized conditioning for UCA test with 230 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #35.  Graph for 0.09 gps system pressurized conditioning for UCA test with 83 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #36.  Graph for 0.09 gps system pressurized conditioning for UCA test with 230 min ramp.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #37.  Graph for 0.08 gps system pressurized conditioning for Compressive Strength Crush test with 83 min ramp.**

Job ID # 11-0411-01                                                    Page 81 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #38.  Graph for 0.08 gps system pressurized conditioning for Compressive Strength Crush test with 230 min ramp.

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #39.  Graph for 0.09 gps system pressurized conditioning for Compressive Strength Crush test with 83 min ramp.**

Job ID # 11-0411-01                                      Page 83 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #40. Graph for 0.09 gps system pressurized conditioning for Compressive
Strength Crush test with 230 min ramp.

Job ID # 11-0411-01                                    Page 84 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #41.  Graph for 0.09 gps system pressurized conditioning for UCA test with 5% spacer with 83 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #42.  Graph for 0.09 gps system pressurized conditioning for UCA test with 25% spacer with 83 min ramp.

Job ID # 11-0411-01                                   Page 86 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #43. Graph for 0.09 gps system pressurized conditioning for UCA test with 5% spacer with 230 min ramp.**

Job ID # 11-0411-01                                    Page 87 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #44.  Graph for 0.09 gps system pressurized conditioning for UCA test with 25% spacer with 230 min ramp.

Job ID # 11-0411-01                                          Page 88 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #45.  Graph for 0.09 gps system pressurized conditioning for UCA test with 5% base oil with 83 min ramp.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #46.  Graph for 0.09 gps system pressurized conditioning for UCA test with 25% base oil with 83 min ramp.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Graph #47.  Graph for 0.09 gps system pressurized conditioning for UCA test with 5% base oil with 230 min ramp.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Graph #48.  Graph for 0.09 gps system pressurized conditioning for UCA test with 25% base oil with 230 min ramp.

Job ID # 11-0411-01                                                   Page 92 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## APPENDIX B ORIGINAL FOAM STABILITY DATA

**Note:**
**The original test calculations for the foam stability tests were based upon a blender cup volume of 1000 ml (1L). This data is illustrated here in Appendix B. It was later discovered the calibrated volume of the blender cup is 1178 ml. Therefore, the tests were repeated using the correct volume, and the data is presented in the main document (Section 11). The theoretical foam qualities in Appendix B are 15.3% and 21.8%, instead of the targeted values of 13% and 18.5%.**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**Composition and Test Conditions Defined**

| # | COMPOSITION | Pre-condition Time | Temp (°F) | ppg | % gas (target) |
|---|---|---|---|---|---|
| FM1 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 135 | 14.5 | 13 |
| FM2 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13 |
| FM3 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 135 | 14.5 | 13 |
| FM4 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13 |
| FM5 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 135 | 13.6 | 18.5 |
| FM6 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 135 | 13.6 | 18.5 |
| FM7 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 135 | 13.6 | 18.5 |
| FM8 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 13.6 | 18.5 |
| CFM1 | Base Slurry + 0.08 gps SCR-100 +10% Oil | 3.0 hr | 135 | 14.5 | 13 |
| CFM2 | Base Slurry + 0.08 gps SCR-100 + 20% Oil | 3.0 hr | 135 | 14.5 | 13 |
| CFM3 | Base Slurry + 0.09 gps SCR-100 +10% Oil | 3.0 hr | 135 | 14.5 | 13 |
| CFM4 | Base Slurry + 0.09 gps SCR-100 + 20% Oil | 3.0 hr | 135 | 14.5 | 13 |

**SLURRY PREPARATION DATA**

| # | Cement °F (avg) | Water °F (avg) | Load Rpm (avg) | Add'l seconds | Vortex & Mixability notes |
|---|---|---|---|---|---|
| FM1 | 70.8 | 71.0 | 12181 | 0 | Vortex visable |
| FM2 | 70.4 | 70.7 | 12117 | 0 | Vortex visable |
| FM3 | 71.8 | 70.5 | 12121 | 0 | Vortex visable |
| FM4 | 71.2 | 70.7 | 12121 | 0 | Vortex visable |
| FM5 | 70.5 | 70.7 | 12221 | 0 | Vortex visable |
| FM6 | 70.6 | 70.8 | 12117 | 0 | Vortex visable |
| FM7 | 71.2 | 70.7 | 12113 | 0 | Vortex visable |
| FM8 | 71.4 | 70.7 | 12127 | 0 | Vortex visable |
| CFM1 | 71.7 | 71.0 | 12123 | 0 | Vortex visable |
| CFM2 | 71.9 | 71.0 | 12130 | 0 | Vortex visable |
| CFM3 | 71.3 | 70.9 | 12123 | 0 | Vortex visable |
| CFM4 | 71.4 | 70.6 | 12121 | 0 | Vortex visable |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Stability of Unset Foamed Cement Slurry

| # | Wt of Slurry in Blender (g) | Volume of Sample (mL) | S.G. (g/cm3) | Density of Slurry (ppg) |
|---|---|---|---|---|
| FM1 | 1746.91 | 994.0 | 1.76 | 14.7 |
| FM2 | 1746.91 | 1000.00 | 1.75 | 14.6 |
| FM3 | 1746.91 | 950.00 | 1.83 | 15.2 |
| FM4 | 1746.91 | 960.00 | 1.82 | 15.2 |
| FM5 | 1639.30 | 990.00 | 1.66 | 13.8 |
| FM6 | 1639.30 | 960.00 | 1.70 | 14.2 |
| FM7 | 1639.30 | 850.00 | 1.93 | 16.1 |
| FM8 | 1639.30 | 950.00 | 1.72 | 14.3 |
| CFM1 | 1482.94 | 910.00 | 1.63 | 13.6 |
| CFM2 | 1427.57 | 930.00 | 1.53 | 12.7 |
| CFM3 | 1415.90 | 820.00 | 1.73 | 14.4 |
| CFM4 | 1288.41 | 790.00 | 1.63 | 13.6 |

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Stability of Unset Foamed Cement Slurry

| # | Wt of Graduated Cylinder (g) | Wt of Slurry/Grad. Cylinder (g) | Volume of Sample (mL) | S.G. (g/cm3) | Density of Slurry (ppg) | Bubble Break-out? | Settling? | Free Fluid? |
|---|---|---|---|---|---|---|---|---|
| FM1 | 238.56 | 605.94 | 250.00 | 1.47 | 12.2 | Yes | Yes | Yes |
| FM2 | 238.18 | 630.62 | 250.00 | 1.57 | 13.10 | Yes | No | No |
| FM3 | 238.00 | 541.25 | 250.00 | 1.33 | 11.10 | Yes | Yes | Yes |
| FM4 | 238.03 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | Yes | No |
| FM5 | 238.96 | 593.64 | 250.00 | 1.53 | 12.70 | Yes | Yes | Yes |
| FM6 | 238.77 | 617.62 | 250.00 | 1.51 | 12.60 | Yes | No | No |
| FM7 | 238.74 | 567.10 | 250.00 | 1.31 | 10.90 | Yes | Yes | Yes |
| FM8 | 238.84 | 591.95 | 250.00 | 1.41 | 11.70 | Yes | Yes | Yes |
| CFM1 | 238.18 | 623.77 | 250.00 | 1.54 | 12.80 | Yes | No | Yes |
| CFM2 | 238.73 | 617.23 | 250.00 | 1.51 | 12.60 | Yes | No | No |
| CFM3 | 238.54 | 622.99 | 250.00 | 1.54 | 12.80 | Yes | No | Yes |
| CFM4 | 238.94 | 603.39 | 250.00 | 1.46 | 12.20 | Yes | No | Yes |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Stability of Set Foamed Cement Slurry

| # | Wt of Top (g) | Wt of H20 Removed (g) | Density of Top (g) | Wt of Middle (g) | Wt of H20 Removed (g) | Density of Middle (g) | Wt of Bottom (g) | Wt of H20 Removed (g) | Density of Bottom (g) |
|---|---|---|---|---|---|---|---|---|---|
| FM1 | 67.10 | 38.54 | 14.50 | 49.50 | 27.18 | 15.17 | 37.27 | 19.34 | 16.05 |
| FM2 | 58.22 | 55.31 | 8.77 | 46.86 | 42.45 | 9.20 | 60.82 | 53.54 | 9.46 |
| FM3 | 38.99 | 27.40 | 11.85 | 49.32 | 26.68 | 15.40 | 53.54 | 26.36 | 16.92 |
| FM4 | 42.47 | 28.51 | 12.41 | 53.84 | 31.50 | 14.24 | 46.53 | 25.01 | 15.50 |
| FM5 | 48.43 | 41.39 | 9.75 | 61.42 | 47.83 | 10.70 | 60.85 | 40.83 | 12.41 |
| FM6 | 58.55 | 47.76 | 10.21 | 51.75 | 45.91 | 9.39 | 55.29 | 47.52 | 9.69 |
| FM7 | 5.54 | 3.62 | 12.75 | 50.56 | 26.58 | 15.85 | 59.98 | 29.02 | 17.22 |
| FM8 | 59.09 | 51.96 | 9.47 | 46.39 | 38.83 | 9.95 | 65.02 | 44.73 | 12.11 |
| CFM1 | 35.43 | 21.43 | 14.16 | 52.88 | 29.41 | 14.98 | 68.53 | 35.75 | 15.97 |
| CFM2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| CFM3 | 57.09 | 36.29 | 13.10 | 76.41 | 46.06 | 13.82 | 49.05 | 26.73 | 15.29 |
| CFM4 | 54.85 | 34.78 | 13.14 | 58.21 | 35.79 | 13.55 | 47.67 | 28.38 | 13.99 |

**Note: CFM2 0.08 gps SCR-100L with 20 % base oil samples did not set hard during the 48 hour curing period, and, therefore, could not be tested for this particular part of the testing protocol.**

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## COMPRESSIVE STRENGTH TEST RESULTS

|  | Property | ACS3 | ACS4 |
|---|---|---|---|
| cube #1 | Area (sq. in.) | 3.15 | 3.36 |
|  | Force (lb$_f$) | 5708 | 6498 |
|  | CS (psi) | 1812 | 1934 |
| cube #2 | Area (sq. in.) | 3.36 | 4.20 |
|  | Force (lb$_f$) | 7306 | 2777 |
|  | CS (psi) | 2174 | 661 |
| cube #3 | Area (sq. in.) | 3.15 | 5.04 |
|  | Force (lb$_f$) | 7475 | 2231 |
|  | CS (psi) | 2373 | 443 |
| Average CS psi |  | 2120 | 1012 |

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com




**Figure #21.  Pictures show 0.09 gps SCR-100 slurry testing for Foam Stability and Foam Quality after a 2-hour quiescent period, pre-conditioned for 1.5 hours (left set) and 3 hours (right set). In each pair of cylinders, the targeted 13% foam quality (15.3% true) is on the left and the targeted 18.5% (21.8% true) is on the right.**

## ANNEX: CALIBRATIONS & CERTIFICATIONS

| EQUIPMENT TYPE | SERIAL NUMBER | FACTORY CALIBRATION | OTC ROUTINE CAL CHECK | CERTIFIED CALIBRATION |
|---|---|---|---|---|

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

| | | DATE RANGE | DATE | DATE |
|---|---|---|---|---|
| BALANCE (±0.01g) | G0581121031791 | 03/28/11 - 11/28/11 | NEW | 03/28/11 |
| BALANCE (±0.0001g) | 38670 | 03/28/11 - 11/28/11 | NEW | 03/28/11 |
| CONSTANT SPD MIXER | 1704 | 01/10/11 – 05/10/11 | 06/16/11 | 01/10/11 |
| VISCOMETER | 1251 | 04/11/11 – 07/11/11 | NEW | 04/11/11 |
| VISC TEMP CONTROL | 11-343 | 03/31/11 - 07/22/11 | 06/16/11 | 03/31/11 |
| PRESS.CONSISTOMETER | 449 | 01/10/11 – 05/10/11 | 07/13/11 | 01/10/11 |
| PRESS. CONSISTOMETER | 451 | 01/08/11 – 05/08/11 | 07/13/11 | 01/08/11 |
| PRESS.CONSISTOMETER | 470 | 04/29/11 – 06/30/11 | 07/13/11 | 04/29/11 |
| PRESS.CONSISTOMETER | 1179 | 04/14/11 – 06/30/11 | 07/13/11 | 04/14/11 |
| STIRRED FLUID LOSS | 337 | 01/04/11 – 05/04 2011 | 06/15/11 | 01/04/11 |
| STAT FL TEMP CONTROL | 11-344 | 03/31/11 - 07/22/1 | 06/16/11 | 03/31/11 |
| CURING CHAMBER | 611 | 04/19/11 – 06/30/11 | 07/12/11 | 04/19/11 |
| AUTOMATED PRESS | 345684 | 1/14/2011 – 1/26/2012 | NEW | 01/14/2011 |
| SGSA | 696 | 01/04/11 – 05/04/11 | 07/13/11 | 01/04/11 |
| SGSA | 697 | 01/04/11 – 05/04/11 | 07/13/11 | 01/04/11 |
| SGSA | 707 | 04/19/11 – 06/30/11 | 07/13/11 | 04/19/11 |
| SGSA | 711 | 04/25/11 – 06/30/11 | 07/13/11 | 04/25/11 |
| ATM. CONSISTOMETER | 1090 | 01/05/11 – 05/05/11 | 07/13/11 | 01/05/11 |
| ATM. CONSISTOMETER | 1106 | 04/07/11 – 1/31/12 | 07/13/11 | 04/07/11 |
| ATM CONS. THERM. | NOT REC'D | NOT YET REC'D | NOT YET REC'D | NOT YET REC'D |
| WATER BATH THERM. | 21615 | 03/02/11 - 03/02/12 | NEW | 03/02/11 |
| AIR THERMOMETER | 101861696 | 08/03/10 – 08/03/12 | NEW | 08/03/10 |
| STICK THERM. (21467, 21468, 21470, 21476) | | 02/16/11 – 02/16/12 | NEW | 02/16/11 |
| TIMERS (SET A: 102151418/102151455; SET B 101978797/10198778) | | A: 12/10-12/12 B: 09/10-09/12 | NEW | A: 12/10/11 B: 09/10/11 |
| WEIGHT SET CERTIFICATION ±0.1g (2393: 11/23/2010, 2407/2409: 01/10/2011) | | | | |
| SIEVE CERTIFICATION (E44073, #20) | | | | |
| DAC 5270 CERTIFICATION | | | | |

*Timer & Stick Thermometer calibration certificates available upon request

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



specialty laboratory services

SALES  SERVICE

P.O. Box 15825  Baton Rouge, LA 70895   (225) 303-0419   Fax (225) 303-0867
2500 Bayport Blvd.  Seabrook, TX 77586   (281) 474-3329   Fax (281) 474-5482

## BALANCE CALIBRATION REPORT

**Customer:** Oilfield Testing & Consulting, LLC          **City:** Houston

**Mfr/Model:** Mettler/AE50          **Serial #:** 38670          **Unit ID:**

**Capacity:** 55 g          **Readability:** 0.1 mg          **Location:** Lab

**Date of Service:** 3/28/2011          **Previous Service:** -          **Next Service:** 03/2012

**Temperature:** 23° C          **Humidity:** 49%

| CALIBRATION DATA | | | |
|---|---|---|---|
| Test Points | As Found | As Left | Error As Left |
| 500mg | 0.4996g | 0.5000g | 0 |
| 1g | 0.9993 | 1.0000 | 0 |
| 10 | 9.9927 | 10.0000 | 0 |
| 20 | 19.9854 | 20.0000 | 0 |
| 50 | 49.9642 | 50.0000 | 0 |

**As found Cornerload (within ± 3 counts):** Yes          **As left Cornerload (within ± 3 counts):** Yes

**As found Linearity (within ± 3 counts):** Yes          **As left Linearity (within ± 3 counts):** Yes

### WEIGHT TRACEABILITY

The weight set(s) below, utilized in this calibration have been tested and certified by an accredited calibration laboratory and are directly traceable to the National Institute for Standards and Technology, (NIST) through the Cal Lab Cert. #.

| Weight Set No. | Cal Lab Cert. # | Exp. Date |
|---|---|---|
| 005 | 579521-1 | 11/18/2011 |

### SERVICES PERFORMED

Inspections and adjustments have been performed in accordance to Allometrics work instruction 5-4WI03 in compliance with ISO/IEC 17025, ANSI/NCSL Z540-1 and the principles of ISO 9001-2008.  Reported measurements are within the accredited scope of Allometrics Inc.

**Service Technician:** Brian Burtzlaff

**Comments:**

ACCREDITED
Calibration Cert. #2039.01

REPORT NO. 02003281101

This Calibration Report may not be reproduced, except in full,
without the written consent of Allometrics, Inc.

Page 1 of 1

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



SALES SERVICE

specialty laboratory services

P.O. Box 15825  Baton Rouge, LA 70895  (225) 303-0419  Fax (225) 303-0867
2500 Bayport Blvd.  Seabrook, TX 77586  (281) 474-3329  Fax (281) 474-5482

## BALANCE CALIBRATION REPORT

**Customer:** Oilfield Testing & Consulting, LLC          **City:** Houston

**Mfr/Model:** Ohaus/EOB120          **Serial #:** G0581121031791          **Unit ID:**

**Capacity:** 2100 g          **Readability:** 0.01 g          **Location:** Lab

**Date of Service:** 3/28/2011          **Previous Service:** -          **Next Service:** 03/2012

**Temperature:** 23° C          **Humidity:** 49%

### CALIBRATION DATA

| Test Points | As Found | As Left | Error As Left |
|---|---|---|---|
| 100g | 99.98g | 100.00g | 0 |
| 200 | 199.96 | 200.00 | 0 |
| 500 | 499.91 | 500.00 | 0 |
| 1kg | 999.82 | 1000.00 | 0 |
| 2 | 1999.65 | 2000.00 | 0 |

**As found Cornerload (within ± 3 counts):** Yes          **As left Cornerload (within ± 3 counts):** Yes

**As found Linearity (within ± 3 counts):** Yes          **As left Linearity (within ± 3 counts):** Yes

### WEIGHT TRACEABILITY

The weight set(s) below, utilized in this calibration have been tested and certified by an accredited calibration laboratory and are directly traceable to the National Institute for Standards and Technology, (NIST) through the Cal Lab Cert. #.

| Weight Set No. | Cal Lab Cert. # | Exp. Date |
|---|---|---|
| 005 | 579521-1 | 11/18/2011 |

### SERVICES PERFORMED

Inspections and adjustments have been performed in accordance to Allometrics work instruction 5-4WI03 in compliance with ISO/IEC 17025, ANSI/NCSL Z540-1 and the principles of ISO 9001-2008.  Reported measurements are within the accredited scope of Allometrics Inc.

**Service Technician:** Brian Burtzlaff

**Comments:**

ACCREDITED
Calibration Cert. #2039.01

REPORT NO. 02003281100

This Calibration Report may not be reproduced, except in full, without the written consent of Allometrics, Inc.

Page 1 of 1

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



**Calibration complies with ISO 9001
ISO/IEC 17025 AND ANSI/NCSL Z540-1**

Calibration
Certificate No. 1750.01

Cert. No.: 4105-3088841

**Traceable® Certificate of Calibration for Thermometer/Time/Date Max/Min**

### Instrument Identification:

Model: 4105    S/N: 101861696    Manufacturer : Control Company

### Standards/Equipment:

| Description | Serial Number | Due Date | NIST Traceable Reference |
|---|---|---|---|
| Temperature Calibration Bath TC-231 | A79341 | | A9B23080-1 |
| Temperature Probe | 3039 | 12/10/10 | A9B23080-1 |
| Thermistor Module | A17118 | 11/19/10 | A9B21010 |
| Temperature Calibration Bath TC-218 | A73332 | | |
| Thermistor Module | A27129 | 8/09/10 | 1000264338 |
| Temperature Probe | 5202 | 3/11/11 | B0310050 |

### Certificate Information:

Technician: 68    Procedure: CAL-03    Cal Date: 8/03/10    Cal Due: 8/03/12

Test Conditions:    22.0°C    45.0 %RH    1018 mBar

### Calibration Data: (New Instrument)

| Unit(s) | Nominal | As Found | In Tol | Nominal | As Left | In Tol | Min | Max | ±U | TUR |
|---|---|---|---|---|---|---|---|---|---|---|
| °C | | N.A. | | 0.000 | 0.5 | Y | -1.5 | 1.5 | 0.310 | >4:1 |
| °C | | N.A. | | 50.000 | 50.0 | Y | 48.5 | 51.5 | 0.580 | 2.6:1 |

This Instrument was calibrated using Instruments Traceable to National Institute of Standards and Technology.

A Test Uncertainty Ratio of at least 4:1 is maintained unless otherwise stated and is calculated using the expanded measurement uncertainty. Uncertainty evaluation includes the instrument under test and is calculated in accordance with the ISO "Guide to the Expression of Uncertainty in Measurement" (GUM). The uncertainty represents an expanded uncertainty using a coverage factor k=2 to approximate a 95% confidence level. In tolerance conditions are based on test results falling within specified limits with no reduction by the uncertainty of the measurement. The results contained herein relate only to the item calibrated. This certificate shall not be reproduced except in full, without written approval of Control Company.

Nominal=Standard's Reading;  As Left=Instrument's Reading;  In Tol=In Tolerance;  Min/Max=Acceptance Range;  ±U=Expanded Measurement Uncertainty;  TUR=Test Uncertainty Ratio;  Accuracy=±(Max-Min)/2;  Min = Nominal(Rounded) - Tolerance;  Max = Nominal(Rounded) + Tolerance;  Date=MM/DD/YY

*Nicol Rodriguez*
Nicol Rodriguez, Quality Manager

*Wallace Berry*
Wallace Berry, Technical Manager

### Maintaining Accuracy:

In our opinion once calibrated your Thermometer/Time/Date Max/Min should maintain its accuracy. There is no exact way to determine how long calibration will be maintained. Thermometer/Time/Date Max/Mins change little, if any at all, but can be affected by aging, temperature, shock, and contamination.

### Recalibration:

For factory calibration and re-certification traceable to National Institute of Standards and Technology contact Control Company.

**CONTROL COMPANY**   4455 Rex Road   Friendswood, TX 77546   USA
Phone 281 482-1714   Fax 281 482-9448   service@control3.com   www.control3.com

Control Company is an ISO 17025:2005 Calibration Laboratory Accredited by (A2LA) American Association for Laboratory Accreditation, Certificate No. 1750.01.
Control Company is ISO 9001:2008 Quality Certified by (DNV) Det Norske Veritas, Certificate No. CERT-01805-2006-AQ-HOU-ANAB.
International Laboratory Accreditation Cooperation (ILAC) - Multilateral Recognition Arrangement (MRA).

Page 1 of 1          Traceable® is a registered trademark of Control Company          © 2009 Control Company

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## NIST TRACEABLE CALIBRATION CERTIFICATE

INSTRUMENT CATALOG No.      **ACC895DIG**

| INSTRUMENT SERIAL NUMBER | CALIBRATION DATE | CALIBRATION DUE DATE |
|---|---|---|
| 21615 | MAR 0 2 2011 | MAR 0 2 2012 |

**TEST REFERENCE**

ASTM E-77 Standard Test Method for Inspection and Verification
        of Thermometers
NIST Publication 250-22 Platinum Resistance Thermometer Calibration.

**PHYSICAL EXAMINATION**

The physical integrity of the thermometer was verified and inspected
for any malfunctions of the digital readout and any defects to the thermometer's
structure. Upon completion, it was determined the thermometer was
suitable for calibration.

**CALIBRATION RESULTS**

| NIST TRACEABLE INSTRUMENT | NIST CALIBRATION REPORT NUMBER | Calibrated Temperature for: | |
|---|---|---|---|
| Hart Model 850C | S163521 | Freezer | - 20.0 C |
| S/N A12356 | | Refrigerator | + 4.0 C |
| Burns IPRT Probe | S163521 | Incubator | + 37.0 C |
| S/N 757140 | | Water Bath | + 37.0 C |
| | | Block Heater | + 37.0 C |
| | | Thermometer only | + 50.0 C |

The NIST traceable calibration instruments listed above were used to
calibrate the thermometer listed by the comparison method
noted in the above publications. The indications were found to be within
+/- 0.5 C. The liquid bath was maintained at +/-0.05 C during
calibration.

CALIBRATION APPROVED BY: _J. Sauceda_

This certificate may not be reproduced except in full without the
written approval of THERMCO PRODUCTS, INC.

**THERMCO** PRODUCTS, INC

10 Millpond Drive, #2, Lafayette, NJ 07848
phone: 973.300.9100 / fax: 973.940.1112
www.ThermcoProductsInc.com

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

*CHANDLER*
*ENGINEERING*

**ISO 9001**

# CALIBRATION CERTIFICATE

Manufacturer: Chandler Eng.                    Serial Number: 1704
Model: 3060                              Date Calibrated: 01/10/11

This certificate attests that this instrument has been calibrated under the standard conditions with standards traceable to the National Institute of Standards and Technology (NIST).  Evidence of traceablity is maintained on file.

| Identification Number | Description | Serial Number | Calibration Date | Calibration Due Date |
|---|---|---|---|---|
| 620-201 | Multimeter | 81480264 | 6/7/2010 | 6/30/2011 |
| 620-200 | Temperature Calibrator | 7968103 | 1/11/2010 | 1/31/2011 |
| 620-530 | Temperature Calibrator | 9234019 | 6/7/2010 | 6/30/2011 |
| 7030850 | Tachometer | 7030850 | 1/11/2010 | 1/31/2011 |
| 620-207 | Pressure Reference (60K) | 1005406 | 6/29/2010 | 6/30/2011 |
| 620-203 | Pressure Reference (40K) | 926312 | 2/18/2010 | 2/28/2011 |
| 620-202 | Stopwatch | 91280889 | 12/9/2009 | 12/9/2011 |

| Temperature Reference (°F) | Controller | Chart Recorder |
|---|---|---|
| N/A | N/A | N/A |

Tolerance per API Spec 10 (± 3.0°F / 1.7°C)

| Pressure Reference (PSI) | Controller | Chart Recorder | Gauge |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Tolerance per API Spec 10 (0.25% of full range at a minimum 25%,50% & 75% of full scale)

| Motor Speed (RPM) | Tachometer |
|---|---|
| Tolerance per API Spec 10 (150 ± 15 rpm) | N/A |

| Timer (minutes) | Display |
|---|---|
| 2 | 2:00:16 |
| 4 | 4:00:13 |

Tolerance per API Spec 10 (± 30 sec/hour)

Calibrated By: Steve Carlow                    Date: 01/10/11

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

`CHANDLER
ENGINEERING

**ISO 9001**

# CALIBRATION CERTIFICATE

Manufacturer: Chandler Eng.
Model: 7222

Serial Number: 449
Date Calibrated: 01/18/11

This certificate attests that this instrument has been calibrated under the standard conditions with standards traceable to the National Institute of Standards and Technology (NIST).  Evidence of traceability is maintained on file.

| Identification Number | Description | Serial Number | Calibration Date | Calibration Due Date |
|---|---|---|---|---|
| 620-201 | Multimeter | 81480264 | 6/7/2010 | 6/30/2011 |
| 620-200 | Temperature Calibrator | 7968103 | 1/11/2010 | 1/31/2011 |
| 620-530 | Temperature Calibrator | 9234019 | 6/7/2010 | 6/30/2011 |
| 7030850 | Tachometer | 7030850 | 1/11/2010 | 1/31/2011 |
| 620-207 | Pressure Reference (60K) | 1005406 | 6/29/2010 | 6/30/2011 |
| 620-203 | Pressure Reference (40K) | 926312 | 2/18/2010 | 2/28/2011 |
| 620-202 | Stopwatch | 91280889 | 12/9/2009 | 12/9/2011 |

| Temperature Reference (°F) | Controller | Chart Recorder |
|---|---|---|
| 50 | 50 | 50.4 |
| 100 | 100 | 100.2 |
| 200 | 200 | 200.2 |
| 300 | 300 | 300.7 |
| 400 | 400 | 400.0 |

Tolerance per API Spec 10 (± 3.0°F / 1.7°C)

| Pressure Reference (PSI) | Controller | Chart Recorder | Gauge |
|---|---|---|---|
| 5000 | 5.0 | 5.0 | 5000 |
| 10000 | 10.0 | 10.0 | 10000 |
| 15000 | 15.0 | 15.0 | 15000 |
| 20000 | 20.0 | 20.0 | 20000 |
| 22000 | 22.0 | 22.0 | 22000 |

Tolerance per API Spec 10 (0.25% of full range at a minimum 25%,50% & 75% of full scale)

| Motor Speed (RPM) | Tachometer |
|---|---|
| Tolerance per API Spec 10 (150 ± 15 rpm) | 150.1 |

| Timer (minutes) | Display |
|---|---|
| 2 | 2:00:09 |
| 4 | 4:00:10 |

Tolerance per API Spec 10 (± 30 sec/hour)

Calibrated By: General Gillespie   *G. G.*        Date: 01/18/11

Chandler Engineering
2001 North Indianwood Avenue
Broken Arrow, OK 74012

Page 1 of 1

SV-3001d

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## CHANDLER ENGINEERING

**ISO 9001**

# CALIBRATION CERTIFICATE

Manufacturer: Chandler Eng.                    Serial Number: 451
Model: 7222                    Date Calibrated: 01/14/11

This certificate attests that this instrument has been calibrated under the standard conditions with standards traceable to the National Institute of Standards and Technology (NIST).  Evidence of traceablity is maintained on file.

| Identification Number | Description | Serial Number | Calibration Date | Calibration Due Date |
|---|---|---|---|---|
| 620-201 | Multimeter | 81480264 | 6/7/2010 | 6/30/2011 |
| 620-200 | Temperature Calibrator | 7968103 | 1/11/2010 | 1/31/2011 |
| 620-530 | Temperature Calibrator | 9234019 | 6/7/2010 | 6/30/2011 |
| 7030850 | Tachometer | 7030850 | 1/11/2010 | 1/31/2011 |
| 620-207 | Pressure Reference (60K) | 1005406 | 6/29/2010 | 6/30/2011 |
| 620-203 | Pressure Reference (40K) | 926312 | 2/18/2010 | 2/28/2011 |
| 620-202 | Stopwatch | 91280889 | 12/9/2009 | 12/9/2011 |

| Temperature Reference (°F) | Controller | Chart Recorder |
|---|---|---|
| 50 | 50 | 50.0 |
| 100 | 100 | 100.0 |
| 200 | 200 | 200.0 |
| 300 | 300 | 300.0 |
| 400 | 400 | 400.0 |

Tolerance per API Spec 10 (± 3.0°F / 1.7°C)

| Pressure Reference (PSI) | Controller | Chart Recorder | Gauge |
|---|---|---|---|
| 5000 | 5.0 | 5.0 | 5000 |
| 10000 | 10.0 | 10.0 | 10000 |
| 15000 | 15.0 | 15.0 | 15000 |
| 20000 | 20.0 | 20.0 | 20000 |
| 22000 | 22.0 | 22.0 | 22000 |

Tolerance per API Spec 10 (0.25% of full range at a minimum 25%,50% & 75% of full scale)

| Motor Speed (RPM) | Tachometer |
|---|---|
| Tolerance per API Spec 10 (150 ± 15 rpm) | 150.9 |

| Timer (minutes) | Display |
|---|---|
| 2 | 2:00:02 |
| 4 | 4:00:10 |

Tolerance per API Spec 10 (± 30 sec/hour)

Calibrated By: _General Gillespie_   *G. G.*                    Date: _01/14/11_

Chandler Engineering
2001 North Indianwood Avenue
Broken Arrow, OK 74012

SV-3001d

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**CHANDLER**
**ENGINEERING**                                                    **ISO 9001**

# CALIBRATION CERTIFICATE

Manufacturer: Chandler Eng.                    Serial Number: 470
Model: 7222                                    Date Calibrated: 04/29/11

This certificate attests that this instrument has been calibrated under the standard conditions with standards traceable to the National Institute of Standards and Technology (NIST).  Evidence of traceability is maintained on file.

| Identification Number | Description | Serial Number | Calibration Date | Calibration Due Date |
|---|---|---|---|---|
| 620-200 | Temperature Calibrator | 7968103 | 1/24/2011 | 1/31/2012 |
| 7030850 | Tachometer | 7030850 | 1/24/2011 | 1/31/2012 |
| 620-207 | Pressure Reference (60K) | 1005406 | 6/29/2010 | 6/30/2011 |
| 620-205 | Stopwatch | 91280889 | 12/9/2009 | 12/9/2011 |

| Temperature Reference (°F) | Controller | Chart Recorder |
|---|---|---|
| 50 | 50 | 50.0 |
| 100 | 100 | 100.0 |
| 200 | 200 | 200.0 |
| 400 | 400 | 400.0 |

Tolerance per API Spec 10 (± 3.0°F / 1.7°C)

| Pressure Reference (PSI) | Controller | Chart Recorder | Gauge |
|---|---|---|---|
| 5000 | 5.0 | 5.0 | 5000 |
| 10000 | 10.0 | 10.0 | 10000 |
| 15000 | 15.0 | 15.0 | 15000 |
| 20000 | 20.0 | 20.0 | 20000 |
| 22000 | 22.0 | 22.0 | 22000 |

Tolerance per API Spec 10 (0.25% of full range at a minimum 25%,50% & 75% of full scale)

| Motor Speed (RPM) | Tachometer |
|---|---|
| Tolerance per API Spec 10 (150 ± 15 rpm) | 150.4 |

| Timer (minutes) | Display |
|---|---|
| 2 | 2:00:12 |
| 4 | 4:00:11 |

Tolerance per API Spec 10 (± 30 sec/hour)

Calibrated By: General Gillespie  *G. G.*           Date: 04/29/11

Chandler Engineering
2001 North Indianwood Avenue
Broken Arrow, OK 74012

Page 1 of 1                                                          SV-3001d

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**CHANDLER ENGINEERING**

**ISO 9001**

# CALIBRATION CERTIFICATE

Manufacturer: Chandler Eng.
Model: 8240

Serial Number: 1179
Date Calibrated: 04/14/11

This certificate attests that this instrument has been calibrated under the standard conditions with standards traceable to the National Institute of Standards and Technology (NIST). Evidence of traceability is maintained on file.

| Identification Number | Description | Serial Number | Calibration Date | Calibration Due Date |
|---|---|---|---|---|
| 620-200 | Temperature Calibrator | 7968103 | 24/01/11 | 1/31/2012 |
| 7030850 | Tachometer | 7030850 | 1/24/2011 | 1/31/2012 |
| 620-207 | Pressure Reference (60K) | 1005406 | 6/29/2010 | 6/30/2011 |
| 620-202 | Stopwatch | 91280889 | 12/9/2009 | 12/9/2011 |

| Temperature Reference (°F) | Controller | Chart Recorder |
|---|---|---|
| 50 | 50 | 50.0 |
| 100 | 100 | 100.0 |
| 200 | 200 | 200.0 |
| 400 | 400 | 400.0 |
| 600 | 600 | 600.1 |

Tolerance per API Spec 10 (± 3.0°F / 1.7°C)

| Pressure Reference (PSI) | Controller | Chart Recorder | Gauge |
|---|---|---|---|
| 5000 | 5.0 | 5.0 | 5000 |
| 10000 | 10.0 | 10.0 | 10000 |
| 15000 | 15.0 | 15.0 | 15000 |
| 20000 | 20.0 | 20.0 | 20000 |
| 30000 | 30.0 | 30.0 | 30000 |
| 40000 | 40.0 | 40.0 | 40000 |

Tolerance per API Spec 10 (0.25% of full range at a minimum 25%,50% & 75% of full scale)

| Motor Speed (RPM) | Tachometer |
|---|---|
| | 150.4 |

Tolerance per API Spec 10 (150 ± 15 rpm)

| Timer (minutes) | Display |
|---|---|
| 2 | 2:00:12 |
| 4 | 4:00:08 |

Tolerance per API Spec 10 (± 30 sec/hour)

Calibrated By: General Gillespie   *G. G.*

Date: 04/14/11

Chandler Engineering
2001 North Indianwood Avenue
Broken Arrow, OK 74012

Page 1 of 1

SV-3001d

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

*CHANDLER*
*ENGINEERING*                                                         **ISO 9001**

# CALIBRATION CERTIFICATE

Manufacturer: Chandler Eng.                          Serial Number: 1090
    Model: 1200                                      Date Calibrated: 01/05/11

This certificate attests that this instrument has been calibrated under the standard conditions with standards
traceable to the National Institute of Standards and Technology (NIST).  Evidence of traceablity is
maintained on file.

| Identification Number | Description | Serial Number | Calibration Date | Calibration Due Date |
|---|---|---|---|---|
| 620-201 | Multimeter | 81480264 | 6/7/2010 | 6/30/2011 |
| 620-200 | Temperature Calibrator | 7968103 | 1/11/2010 | 1/31/2011 |
| 620-530 | Temperature Calibrator | 9234019 | 6/7/2010 | 6/30/2011 |
| 7030850 | Tachometer | 7030850 | 1/11/2010 | 1/31/2011 |
| 620-207 | Pressure Reference (60K) | 1005406 | 6/29/2010 | 6/30/2011 |
| 620-203 | Pressure Reference (40K) | 926312 | 2/18/2010 | 2/28/2011 |
| 620-202 | Stopwatch | 91280889 | 12/9/2009 | 12/9/2011 |

| Temperature Reference (°F) | Controller | Chart Recorder |
|---|---|---|
| 50 | 50 | N/A |
| 100 | 100 | |
| 150 | 150 | |
| 200 | 200 | |

Tolerance per API Spec 10 (± 3.0°F / 1.7°C)

| Pressure Reference (PSI) | Controller | Chart Recorder | Gauge |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Tolerance per API Spec 10 (0.25% of full range at a minimum 25%,50% & 75% of full scale)

| Motor Speed (RPM) | Tachometer |
|---|---|
| Tolerance per API Spec 10 (150 ± 15 rpm) | 150.4 |

| Timer (minutes) | Display-L | Display-R |
|---|---|---|
| 2 | 2:00:03 | 2:00:09 |
| 4 | 4:00:00 | 4:00:04 |

Tolerance per API Spec 10 (± 30 sec/hour)

Calibrated By: General Gillespie  *G. G.*                    Date: 01/05/11

Chandler Engineering
2001 North Indianwood Avenue
Broken Arrow, OK 74012

Page 1 of 1                                                           SV-3001d

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you
are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this
document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone
number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



S/N E 44073

## Construction Materials

# HUMBOLDT

**Testing Equipment for**

## Certificate of Compliance

to specifications of

ASTM — American Society for Testing and Materials
ANSI — American National Standards Institute
ISO — International Standards Organization

This is to certify that the openings in the wire cloth of this test sieve have been checked
through advanced optical technology to ensure conformity to ASTM Specification E-11.
The dimensions of the test sieve frame have also been checked with precision gauges
to ensure conformity to these same specifications.

Humboldt Mfg. Co. — 1.800.544.7220 • www.humboldtmfg.com • hmc@humboldtmfg.com

LITHO. IN U.S.A.

©1994 GOES 455
All Rights Reserved

1 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**CHANDLER**
**ENGINEERING**

**CALIBRATION CERTIFICATE**

**AMETEK**

| | |
|---|---|
| SERIAL NUMBER | 2393 |
| CERTIFICATE NUMBER | 2393-1 |
| JOB NUMBER | 222459 |
| CALIBRATION DATE | November 23, 2010 |

DESCRIPTION          Calibrated Weight Set

**CALIBRATION STANDARDS**

| I.D. Number | Manufacturer | Description | Model Number | Serial Number | Exp. Date |
|---|---|---|---|---|---|
| 610-405 | Ohaus | Balance | EP6102 | 1321 | 12/30/10 |
| 620-053 | Sartorius | Balance | 3862 | 3210003 | 12/30/10 |

**35-0314 Chan 35 Weight Set**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2393A | 10 | 0.1 | | | |
| 2393B | 20 | 0.1 | | | |
| 2393C | 50 | 0.1 | | | |
| 2393D | 100 | 0.1 | | | |
| 2393E | 200 | 0.1 | | | |

**07-1537 Consistometer Weight Set**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2393A | 10 | 0.1 | 10.00 | 0.00 | Pass |
| 2393B | 20 | 0.1 | 20.00 | 0.00 | Pass |
| 2393C | 20 | 0.1 | 20.00 | 0.00 | Pass |
| 2393D | 50 | 0.1 | 50.00 | 0.00 | Pass |
| 2393E | 100 | 0.1 | 100.00 | 0.00 | Pass |
| 2393F | 100 | 0.1 | 100.00 | 0.00 | Pass |
| 2393G | 100 | 0.1 | 100.00 | 0.00 | Pass |
| 2393H | 100 | 0.1 | 100.00 | 0.00 | Pass |
| 2393I | 100 | 0.1 | 100.00 | 0.00 | Pass |
| 2393J | 500 | 0.1 | 500.01 | 0.01 | Pass |

**07-1538 Weight Hanger**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2393X | 50 | 0.1 | 50.00 | 0.00 | Pass |

Tolerance as per API Specifications: ±0.1g

The accuracy of the Calibrating Instruments is traceable to National Standards.  Evidence of traceability is maintained on file.

CALIBRATED BY:    DANNY  WEBER          DATE:          11/23/10

SIGNATURE:

FCD-0034                                Page 1 of 1                                Revision 3

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## CHANDLER
### ENGINEERING
### CALIBRATION CERTIFICATE

**AMETEK**

| | |
|---|---|
| SERIAL NUMBER | 2407 |
| CERTIFICATE NUMBER | 2407-1 |
| JOB NUMBER | 222459 |
| CALIBRATION DATE | January 10, 2011 |

DESCRIPTION            Calibrated Weight Set

### CALIBRATION STANDARDS

| I.D. Number | Manufacturer | Description | Model Number | Serial Number | Exp. Date |
|---|---|---|---|---|---|
| 610-405 | Ohaus | Balance | EP6102 | 1321 | 06/30/11 |
| 620-053 | Sartorius | Balance | 3862 | 3210003 | 06/30/11 |

**35-0314 Chan 35 Weight Set**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2407A | 10 | 0.1 | | | |
| 2407B | 20 | 0.1 | | | |
| 2407C | 50 | 0.1 | | | |
| 2407D | 100 | 0.1 | | | |
| 2407E | 200 | 0.1 | | | |

**07-1537 Consistometer Weight Set**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2407A | 10 | 0.1 | 10.00 | 0.00 | Pass |
| 2407B | 20 | 0.1 | 20.00 | 0.00 | Pass |
| 2407C | 20 | 0.1 | 20.00 | 0.00 | Pass |
| 2407D | 50 | 0.1 | 50.00 | 0.00 | Pass |
| 2407E | 100 | 0.1 | 100.07 | 0.07 | Pass |
| 2407F | 100 | 0.1 | 100.00 | 0.00 | Pass |
| 2407G | 100 | 0.1 | 100.00 | 0.00 | Pass |
| 2407H | 100 | 0.1 | 100.02 | 0.02 | Pass |
| 2407I | 100 | 0.1 | 100.02 | 0.02 | Pass |
| 2407J | 500 | 0.1 | 500.04 | 0.04 | Pass |

**07-1538 Weight Hanger**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2407X | 50 | 0.1 | 50.00 | 0.00 | Pass |

Tolerance as per API Specifications: ±0.1g

The accuracy of the Calibrating Instruments is traceable to National Standards.  Evidence of traceability is maintained on file.

| CALIBRATED BY: | DANNY .WEBER | DATE: | 01/10/11 |
|---|---|---|---|

SIGNATURE:

FCD-0034                          Page 1 of 1                          Revision 3

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**CHANDLER**
**ENGINEERING**          **CALIBRATION CERTIFICATE**          **AMETEK**

| | |
|---|---|
| SERIAL NUMBER | 2409 |
| CERTIFICATE NUMBER | 2409-1 |
| JOB NUMBER | 222459 |
| CALIBRATION DATE | January 10, 2011 |

DESCRIPTION          Calibrated Weight Set

**CALIBRATION STANDARDS**

| I.D. Number | Manufacturer | Description | Model Number | Serial Number | Exp. Date |
|---|---|---|---|---|---|
| 610-405 | Ohaus | Balance | EP6102 | 1321 | 06/30/11 |
| 620-053 | Sartorius | Balance | 3862 | 3210003 | 06/30/11 |

**35-0314.Chan 35 Weight Set**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2409A | 10 | 0.1 | | | |
| 2409B | 20 | 0.1 | | | |
| 2409C | 50 | 0.1 | | | |
| 2409D | 100 | 0.1 | | | |
| 2409E | 200 | 0.1 | | | |

**07-1537 Consistometer Weight Set**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2409A | 10 | 0.1 | 10.00 | 0.00 | Pass |
| 2409B | 20 | 0.1 | 20.00 | 0.00 | Pass |
| 2409C | 20 | 0.1 | 20.00 | 0.00 | Pass |
| 2409D | 50 | 0.1 | 50.00 | 0.00 | Pass |
| 2409E | 100 | 0.1 | 99.98 | -0.02 | Pass |
| 2409F | 100 | 0.1 | 100.03 | 0.03 | Pass |
| 2409G | 100 | 0.1 | 100.05 | 0.05 | Pass |
| 2409H | 100 | 0.1 | 100.06 | 0.06 | Pass |
| 2409I | 100 | 0.1 | 100.05 | 0.05 | Pass |
| 2409J | 500 | 0.1 | 500.02 | 0.02 | Pass |

**07-1538 Weight Hanger**

| Serial Number | Reference (g) | Tol. (±.1 g) | Actual (g) | Deviation (g) | Pass/Fail |
|---|---|---|---|---|---|
| 2409X | 50 | 0.1 | 50.00 | 0.00 | Pass |

Tolerance as per API Specifications: ±0.1g

The accuracy of the Calibrating Instruments is traceable to National Standards.  Evidence of traceability is maintained on file.

| CALIBRATED BY: | DANNY  WEBER | DATE: | 01/10/11 |
|---|---|---|---|
| SIGNATURE: | | | |

FCD-0034          Page 1 of 1          Revision 3

Job ID # 11-0411-01          Page 114 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



Oilfield
Testing & Consulting

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



# CHANDLER
ENGINEERING®

## Certificate of Conformance

**Date of Certificate:** 2011-01-18
**Sales Order Number:** 15081
**Serial Number:** 451

The 5270 DAC software meets the intended application of data acquisition and control for the following instrument model: 7222 Consistometer

_Lab Technician_

AMETEK®

Job ID # 11-0411-01

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



Tel: 540-349-4746
www.cooperinstruments.com

# CERTIFICATE OF CALIBRATION

| | | |
|---|---|---|
| Transducer Model: | LKCP 410 | |
| Serial Number: | 345684 | |
| Capacity: | 50000 | LBS |
| Calibration Date: | 1/14/2011 | |
| Excitation: | 10 | VDC |
| Calibration Factor: | 2.1252 | MV/V    Compression |
| Input Resistance: | 353 | Ohms |
| Output Resistance: | 353 | Ohms |
| Temperature Range: | 60-160 | Degrees F |

An output of  <u>1.4666</u>  <u>MV/V</u>  is induced when
A shunt resistor of 60K ohms is applied across (-) Excitation and (-) Signal.

**Special Instructions:**

| Wiring Code | RED | (+)Excitation |
|---|---|---|
| | BLACK | (-) Excitation |
| | WHITE | (+)Signal |
| | GREEN | (-) Signal |

*This is to certify that the following instrument was calibrated using loading
equipment traceable to NIST through one or more of standards.  The unit was
found to meet or exceed all published sales literature accuracy specifications.*

Date of Shipment: 1/26/2011   Re-Calibration Date: 1 year after Shipment Date

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you
are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this
document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone
number indicated above.