

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com



CERTIFICATE OF CONFORMANCE

Date:                  March 30, 2011
Customer:              Chandler Engineering
Purchase Order#:       BT13090
Serial #:              24970-4-3
Item #:                4
SSI Job#               24970

This is to certify that the material supplied on this purchase order meets all the requirements of the order. 100% Quality Assurance was performed on each piece for compliance to standard specification. This type J thermocouple is per ANSI MC96.1 special limits of error +/- 1 degree C (+/- 2 degrees F) up to 277 degrees C (530 degrees F). Pressure testing was performed at the following rates:

Per 07-0437-02 REV. D- pressure tested to 60,000 psig @ ambient temperature.

*Dave Adkins*

Temperature Measurement...The Right Way!

1920 Aldine Western • Houston, TX 77038
P: 281-272-5333 • F: 281-272-5332
www.smartsensors.com

3

Job ID # 11-0411-01                                              Page 117 of 117

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.