# EXHIBIT "Q"

# Appendix N – Information on Transocean's 21-Day Hitch Policy

In September 2009, Transocean revised their offshore employee hitch schedule from 14 days to 21 days.  The revision to the work schedules was partially due to a transportation schedule which would allow for fewer flights to and from the facilities.  Seven of the eleven individuals who died onboard the DWH were onboard for over 19 days.

There were a number of individuals on the rig who were directly overseeing all operations and were responsible for the negative test, displacement of the riser, the cement job, noticing the anomalies, and the safety of the *Deepwater Horizon* personnel.  For example, on 20 April 2010 at 15:01:06 the following personnel were onboard:

*BP*: (Average of 5 days on)
Donald Vidrine - 6 days on (WSL)
Bob Kaluza - 4 days on (WSL)

*Transocean*:
Jimmy Harrell - 15 days on (OIM)
Jason Anderson - 6 days on (Toolpusher on the rig floor/deceased)
Miles Ezell - 7 days on (Senior Toolpusher)
Curt Kuchta - 0 days (Master)
Wyman Wheeler - 20 days (was off duty at the time of the incident and in the galley)

*Halliburton: (*cement job - average of 4 days)
Vincent Tabler - 7days on (Cementer)
Nathaniel Chaisson - 3 days on (Cement Engineer - off the rig at the time of the referenced POB)
2 Nitorgen Supervisors - 3 days on

*Sperry Sun:* (well monitoring - average of 3.5 days)
Joseph Keith - 0 days on (arrived the morning of the 20th)
Cathleenia Willis - 7 days on

*Opposite floorhands and drillers on the rig on 4/20*
Micah Burgess (Driller) - 6 days
Allen Seraile (Asst. Driller) - 6 days

Anthony Graham (Floorhand) - 6 days

Matthew Hugehs (Floorhand) - 6 days

Jonathan Kersey (Floorhand) - 6 days

Mark Nunley (Floorhand) - 6 days

Jerry Pitts (Floorhand) - 6 days