UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |
| **Pappas Restaurants, Inc.**<br>    *Plaintiffs*,<br><br>v.<br><br>BP Exploration & Production, Inc.;<br>BP America Production Company; BP p.l.c.;<br>Anadarko Petroleum Corporation Co.;<br>Anadarko E&P Company LP;<br>Halliburton Energy Services, Inc.; M-I, LLC;<br>Cameron International Corporation;<br>Weatherford U.S. LP<br>MOEX Offshore 2007 LLC;<br>MOEX USA Corporation;<br>Mitsui Oil Exploration Co., Ltd.;<br>    *Defendants*. | * * * * * * * * * * * * * * * * | CASE NO. 10-4429 |

# ORDER

Before the Court is Plaintiff Pappas Restaurants, Inc.'s Motion for Leave to File its First Amended Complaint. The Court, after considering Plaintiff's Motion, is of the opinion that it is meritorious and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff is granted leave to file its First Amended Complaint and the filing of which is deemed to have occurred as of the date of the filing of Plaintiff's Motion for Leave, April 18, 2013.

SIGNED this _____ day of _____, 2013.

_____
**THE HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**