**Designation Run Report**

MDL 10-2179 JTS

# Lindner, Leo - BP Video

Lindner, Leo 09-14-2011
Lindner, Leo 09-15-2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 1 6 2013

LORETTA G. WHYTE SK
CLERK

Our Designations 00:05:36
Total Time 00:05:36

excerpt played in Court on 4-16-2013 SK



ID:v57   04-11-2013

| Page/Line | Source | ID |
|---|---|---|
| | v57-Lindner, Leo - BP Video | |
| 5:19 - 5:21 | **Lindner, Leo 09-14-2011 (00:00:09)**<br>5:19 Would you do us the favor of sharing your<br>5:20 full name and your address for the record?<br>5:21   A. It is Leo Thomas Lindner, III. | v57.1 |
| 5:23 - 5:25 | **Lindner, Leo 09-14-2011 (00:00:08)**<br>5:23   Q. By whom are you currently employed?<br>5:24   A. I am employed by M-I.  I'm also teaching<br>5:25 adjunct classes at Nicholls State University. | v57.2 |
| 6:1 - 6:6 | **Lindner, Leo 09-14-2011 (00:00:13)**<br>6:1   Q.  For how long have you been<br>6:2 employed by M-I?<br>6:3   A. A little more than ten years.<br>6:4   Q. What is your current position<br>6:5 with M-I?<br>6:6   A. I am a Senior Drilling Fluid Specialist. | v57.3 |
| 546:9 - 546:11 | **Lindner, Leo 09-15-2011 (00:00:06)**<br>546:9   Q.  you and your MI-SWACO Team<br>546:10 were specialists in drilling fluids, right?<br>546:11   A. Yes. | v57.4 |
| 368:19 - 368:21 | **Lindner, Leo 09-15-2011 (00:00:06)**<br>368:19 My understanding is you arrived on the<br>368:20 DEEPWATER HORIZON on April 6th; is that right?<br>368:21   A. That's right. | v57.5 |
| 368:25 - 369:8 | **Lindner, Leo 09-15-2011 (00:00:27)**<br>368:25   Q.   What were your responsibilities or<br>369:1 duties during that roughly two-week period?<br>369:2   A. As a Mud Engineer, as a Drilling --<br>369:3 Drilling Fluid Specialist?<br>369:4   Q. Yes.<br>369:5   A. To conduct tests on the -- on the<br>369:6 drilling fluid and create a Daily Report, a -- a<br>369:7 mud check.  Created some LCM pills the night that<br>369:8 I got there. | v57.6 |
| 369:8 - 369:13 | **Lindner, Leo 09-15-2011 (00:00:07)**<br>369:8 Those are basically what I -- what<br>369:9 I was doing.<br>369:10   Q. Those are your general duties as a Mud<br>369:11 Specialist or a Drilling Fluids Specialist when<br>369:12 you're on an offshore rig?<br>369:13   A. Right. | v57.7 |

| | v57-Lindner, Leo - BP Video | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 551:11 - 551:15 | **Lindner, Leo 09-15-2011 (00:00:10)**<br>551:11 The idea of using the two<br>551:12 LCM pills, combining them and -- and making them<br>551:13 into a spacer, I'm going to yet again address<br>551:14 that subject.<br>551:15 A. (Nodding.) | v57.8 |
| 75:3 - 75:5 | **Lindner, Leo 09-14-2011 (00:00:03)**<br>75:3  Q. you made the suggestion<br>75:4 to Murry Sepulvado?<br>75:5  A. True. | v57.9 |
| 560:14 - 561:2 | **Lindner, Leo 09-15-2011 (00:00:31)**<br>560:14  Q. you can see that the concept of<br>560:15 taking the two LCM pills and -- and using them as<br>560:16 a spacer was discussed at a fairly high level<br>560:17 there in the MI-SWACO organization, correct?<br>560:18  A. Yes.<br>560:19  Q. So -- so the idea isn't being just done<br>560:20 because you said so, right?<br>560:21  A. Oh, absolutely.<br>560:22  Q. Or because John Guide said so?<br>560:23  A. No. My -- my initial conversation with<br>560:24 Murry, if -- and I don't know if I was the first<br>560:25 one to talk about it, concerning that particular<br>561:1 one -- but that was really just the beginning of<br>561:2 the process. | v57.10 |
| 564:23 - 565:10 | **Lindner, Leo 09-15-2011 (00:00:25)**<br>564:23  Q. Your company told you that it would be<br>564:24 the right way to go?<br>564:25  A. That is -- that is the idea that I got<br>565:1 from -- from Doyle.<br>565:2  Q. Okay. And you, yourself, thought it was<br>565:3 the right way to go?<br>565:4  A. Oh, yes.<br>565:5  Q. And you and your colleagues, with the<br>565:6 experience that you've described, Blair Manuel<br>565:7 and Gordon Jones, also agreed it was the right<br>565:8 way to go?<br>565:9  A. I don't remember either one of them<br>565:10 having any qualms about it. | v57.11 |
| 234:4 - 234:7 | **Lindner, Leo 09-14-2011 (00:00:07)** | v57.12 |

| Page/Line | Source | ID |
|---|---|---|
| | **v57-Lindner, Leo - BP Video** | |
| | 234:4  Q. You had done Displacement | |
| | 234:5 Procedures similar to the one you did on April | |
| | 234:6 20th before; is that correct? | |
| | 234:7  A. Yes. | |
| 128:4 - 128:4 | **Lindner, Leo 09-14-2011 (00:00:01)** | v57.13 |
| | 128:4  Q.   let's walk through this. | |
| 129:2 - 129:8 | **Lindner, Leo 09-14-2011 (00:00:17)** | v57.14 |
| | 129:2  Q. It's got the "MI SWACO" on the | |
| | 129:3 top, got the nice little logo there.  It's got | |
| | 129:4 "BP / Deepwater Horizon," and it has "Rheliant | |
| | 129:5 Displacement Procedure." | |
| | 129:6 Did it have the "Macondo" on there, or | |
| | 129:7 did you add that? | |
| | 129:8  A. I had to change that, right. | |
| 128:4 - 128:20 | **Lindner, Leo 09-14-2011 (00:00:36)** | v57.15 |
| | 128:4  Q.  You | |
| | 128:5 did type this, correct? | |
| | 128:6  A. Well, I mean, there are several versions | |
| | 128:7 from previous wells, and we -- we take a version, | |
| | 128:8 and we redo what needs to be redone.  But, yes, | |
| | 128:9 you can say that I typed it. | |
| | 128:10  Q. All right.  Well, then, let's talk about | |
| | 128:11 that.  So this is another one of those forms | |
| | 128:12 that's saved somewhere on a computer? | |
| | 128:13  A. Right.  This is not a companywide form. | |
| | 128:14 This is just what we used on the HORIZON, the Mud | |
| | 128:15 Engineers used on the HORIZON. | |
| | 128:16  Q. Fair enough.  But it is a -- it is, to -- | |
| | 128:17 to -- to some extent, a form, because some of the | |
| | 128:18 sentences are already typed and available for you | |
| | 128:19 to use? | |
| | 128:20  A. Right. | |
| 236:22 - 237:9 | **Lindner, Leo 09-14-2011 (00:00:21)** | v57.16 |
| | 236:22  Q. Do I understand correctly that | |
| | 236:23 that's part of the services M-I offers to its | |
| | 236:24 clients? | |
| | 236:25  A. Creating a Displacement Procedure? | |
| | 237:1  Q. Yes. | |
| | 237:2  A. Sure. | |
| | 237:3  Q. And is that specific to BP or to -- to | |

| Page/Line | Source | ID |
|---|---|---|
| | **v57-Lindner, Leo - BP Video** | |
| | 237:4 your knowledge is it for other clients in the<br>237:5 Gulf?<br>237:6  A. If you were going to displace the well<br>237:7 for another production company, they'd expect you<br>237:8 to print out a Displacement Procedure that<br>237:9 everyone can go off of as a guide. | |
| 464:2 - 464:12 | **Lindner, Leo 09-15-2011 (00:00:22)**<br>464:2  Q. When you had your meeting that<br>464:3 afternoon on April 20th, between 2:00 and 3:00,<br>464:4 or thereabouts, that Pre-Tour Meeting, you walked<br>464:5 through that Displacement Procedure with the<br>464:6 people attending?<br>464:7  A. Yes.<br>464:8  Q. Okay.  You explained how things were<br>464:9 going to happen, and so the strokes you were<br>464:10 looking for and the pro -- procedures that were<br>464:11 going to go on that evening?<br>464:12  A. Yes. | v57.17 |
| 589:23 - 590:4 | **Lindner, Leo 09-15-2011 (00:00:12)**<br>589:23  Q. And my question is simply this:<br>589:24 Transocean had a -- a Toolpusher there, Wyman<br>589:25 Wheeler, right?<br>590:1  A. Yes.<br>590:2  Q. And Dewey Revette, Driller, was there,<br>590:3 right?<br>590:4  A. Correct. | v57.18 |
| 590:7 - 590:12 | **Lindner, Leo 09-15-2011 (00:00:10)**<br>590:7  Q. Was a -- a -- Mr. Curtis, an<br>590:8 Assistant Driller, there?<br>590:9  A. Yes, Mr. Steve Curtis was there.<br>590:10  Q. And Mr. Clark, another Assistant Driller,<br>590:11 was there?<br>590:12  A. Yes. | v57.19 |
| 255:12 - 255:16 | **Lindner, Leo 09-14-2011 (00:00:08)**<br>255:12  Q. Was the displacement the only<br>255:13 subject of this meeting, as far as you can<br>255:14 recall?<br>255:15  A. At that particular meeting, that --<br>255:16 that's what I recall. | v57.20 |
| 344:20 - 344:23 | **Lindner, Leo 09-14-2011 (00:00:06)** | v57.21 |

| Page/Line | Source | ID |
|---|---|---|
| | **v57-Lindner, Leo - BP Video** | |
| | 344:20  Q. (By Mr. Doyen) Did you<br>344:21 understand it -- it was your job to make certain<br>344:22 the participants in the meeting understood what<br>344:23 was to be happening during this job? | |
| 344:25 - 345:2 | **Lindner, Leo 09-14-2011 (00:00:04)**<br>344:25  A. It was my job to explain this document,<br>345:1 as best as I could, to those who were going to be<br>345:2 involved. | v57.22 |
| 343:22 - 344:3 | **Lindner, Leo 09-14-2011 (00:00:08)**<br>343:22  Q. Did you ask for any questions?<br>343:23  A. I -- they certainly had the opportunity.<br>343:24 Yes, I did ask for questions.<br>343:25  Q. Do you recall anybody asking you any<br>344:1 questions?<br>344:2  A. I -- I don't recall anyone asking any<br>344:3 questions. | v57.23 |
| 344:11 - 344:13 | **Lindner, Leo 09-14-2011 (00:00:06)**<br>344:11 Did you recall anybody leaving the room<br>344:12 seeming puzzled as to what they were to do next?<br>344:13  A. I didn't notice anyone like that. | v57.24 |
| 345:17 - 345:21 | **Lindner, Leo 09-14-2011 (00:00:07)**<br>345:17  Q. In -- in fact, wasn't it your<br>345:18 understanding at the time that the basic outlines<br>345:19 of this procedure was something that was familiar<br>345:20 to the crew?<br>345:21  A. Yes. | v57.25 |
| 593:2 - 593:5 | **Lindner, Leo 09-15-2011 (00:00:12)**<br>593:2  Q. Did any BP Company Man ever ask you to<br>593:3 do something that, in your mind, would cut a<br>593:4 corner on safety in order to save time or money?<br>593:5  A. No. | v57.26 |

Our Designations = 00:05:36
**Total Time = 00:05:36**

BP

2807.1.2





LEO TYPED THIS UP - procedure on how they could do MRS
└ MUD ENG ←

BP / Deepwater Horizon
Rheliant Displacement Procedure
"Macondo" OCS-G 32306

