MDL 10-2179 J(1)

Designation Run Report

# McMahan Larry - BP Video

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 1 6 2013

LORETTA G. WHYTE
CLERK

McMahan, Larry 06-29-2011

Our Designations 00:06:11

Total Time 00:06:11

excerpt played
in Court on
4-16-2013 SK



ID:V52                               04-10-2013

| Page/Line | Source | ID |
|---|---|---|
| | V52-McMahan Larry - BP Video | |
| 10:18 - 10:20 | **McMahan, Larry 06-29-2011 (00:00:04)**<br>10:18  Q. What is your full name and<br>10:19 address, sir?<br>10:20  A. Larry Don McMahan, | V52.1 |
| 10:23 - 10:25 | **McMahan, Larry 06-29-2011 (00:00:04)**<br>10:23  Q. And by whom are you<br>10:24 presently employed?<br>10:25  A. Transocean Offshore Drilling,. | V52.2 |
| 11:7 - 11:16 | **McMahan, Larry 06-29-2011 (00:00:30)**<br>11:7  Q. What is your<br>11:8 position and duties with Transocean?<br>11:9  A. I'm currently vice-president of<br>11:10 performance. I oversee a performance team.<br>11:11 We analyze field information and enhance<br>11:12 performance in the field.<br>11:13  Q. Okay. And what does that mean?<br>11:14  A. I've got a group of people that<br>11:15 are working to support activities in the<br>11:16 field in drilling and well construction. | V52.3 |
| 13:4 - 13:6 | **McMahan, Larry 06-29-2011 (00:00:06)**<br>13:4  Q. And how long have you now been<br>13:5 in the oil industry?<br>13:6  A. Since 1973. | V52.4 |
| 225:8 - 225:18 | **McMahan, Larry 06-29-2011 (00:00:25)**<br>225:8  Q. As part of the well<br>225:9 section planning and optimization, would<br>225:10 Transocean have been reviewing with BP the<br>225:11 different operating steps that would be<br>225:12 undertaken during the various stages of<br>225:13 drilling the well?<br>225:14  A. Yes.<br>225:15  Q. And that would include the<br>225:16 different types of tests -- testing that<br>225:17 would be done at different intervals, such as<br>225:18 a leak off test, correct? | V52.5 |
| 225:20 - 225:20 | **McMahan, Larry 06-29-2011 (00:00:01)**<br>225:20 THE WITNESS: Yes, it should. | V52.6 |
| 226:9 - 226:12 | **McMahan, Larry 06-29-2011 (00:00:05)**<br>226:9  Q.  it would also include<br>226:10 negative pressure testing to be performed, | V52.7 |

| Page/Line | Source | ID |
|---|---|---|
| | **V52-McMahan Larry - BP Video** | |
| | 226:11 correct? | |
| | 226:12  A. It should. | |
| 222:16 - 222:22 | **McMahan, Larry 06-29-2011 (00:00:17)** | V52.8 |
| | 222:16  Q. did you ever get any reports | |
| | 222:17 from your people on the Deepwater Horizon | |
| | 222:18 that they were not getting good communication | |
| | 222:19 from BP when it came to the daily operations | |
| | 222:20 of drilling a well? | |
| | 222:21  A. I never personally received any | |
| | 222:22 reports of that nature. | |
| 235:24 - 236:3 | **McMahan, Larry 06-29-2011 (00:00:07)** | V52.9 |
| | 235:24  Q. You're familiar | |
| | 235:25 with the drillers' key responsibilities as | |
| | 236:1 laid out in the Transocean field operations | |
| | 236:2 manual, correct? | |
| | 236:3  A. Yes, I am. | |
| 236:15 - 236:21 | **McMahan, Larry 06-29-2011 (00:00:14)** | V52.10 |
| | 236:15  Q. Is it true | |
| | 236:16 that under drillers' key responsibilities, | |
| | 236:17 that one of the drillers' key | |
| | 236:18 responsibilities is to shut in the well as | |
| | 236:19 quickly as possible if a kick is indicated or | |
| | 236:20 suspected? | |
| | 236:21  A. Correct. | |
| 237:5 - 237:9 | **McMahan, Larry 06-29-2011 (00:00:10)** | V52.11 |
| | 237:5  Q. Transocean would rather have a | |
| | 237:6 driller shut in a well that turns out to be a | |
| | 237:7 false alarm than wait too long to shut in a | |
| | 237:8 well and run the risk of a catastrophic | |
| | 237:9 blowout, correct? | |
| 237:11 - 237:11 | **McMahan, Larry 06-29-2011 (00:00:01)** | V52.12 |
| | 237:11 THE WITNESS: Yes. | |
| 255:18 - 255:20 | **McMahan, Larry 06-29-2011 (00:00:08)** | V52.13 |
| | 255:18 Would you ever want a driller | |
| | 255:19 failing to detect a kick for over 30 minutes | |
| | 255:20 while the well was coming in? | |
| 255:22 - 255:22 | **McMahan, Larry 06-29-2011 (00:00:00)** | V52.14 |
| | 255:22 THE WITNESS: No. | |
| 271:4 - 271:8 | **McMahan, Larry 06-29-2011 (00:00:09)** | V52.15 |
| | 271:4  Q. Who has the day-to-day | |

| Page/Line | Source | ID |
|---|---|---|
| | **V52-McMahan Larry - BP Video** | |
| | 271:5 responsibility for monitoring the well at all<br>271:6 times, identifying when the well is to be<br>271:7 shut in and shutting in the well quickly and<br>271:8 safely? | |
| 271:10 - 271:20 | **McMahan, Larry 06-29-2011 (00:00:27)**<br>271:10 THE WITNESS: The driller.<br>271:11 BY MR. LANCASTER:<br>271:12  Q. In fact, that's actually a<br>271:13 question on a quiz that Transocean gives to<br>271:14 its drillers, right?<br>271:15  A. Yes.<br>271:16  Q. Another question on a quiz for<br>271:17 drillers is, "If a kick is detected, who has<br>271:18 the responsibility for shutting in the well<br>271:19 as quickly as possible?" What's the right<br>271:20 answer to that multiple choice question? | V52.16 |
| 271:22 - 272:9 | **McMahan, Larry 06-29-2011 (00:00:23)**<br>271:22 THE WITNESS: Well, if a driller is on<br>271:23 there, I'm sure that would be the right<br>271:24 answer.<br>271:25 BY MR. LANCASTER:<br>272:1  Q. The options are: A, toolpusher --<br>272:2 I'll pull out the question. From the<br>272:3 Transocean quiz, "If a kick is detected, who<br>272:4 has the responsibility for shutting in the<br>272:5 well as quickly as possible? A) toolpusher,<br>272:6 B) driller or person performing that<br>272:7 function, C) company man, D) assistant<br>272:8 driller.<br>272:9  A. B. | V52.17 |
| 272:12 - 272:14 | **McMahan, Larry 06-29-2011 (00:00:03)**<br>272:12  Q. That would be driller, correct?<br>272:13  A. Or person performing that<br>272:14 function. | V52.18 |
| 273:2 - 273:6 | **McMahan, Larry 06-29-2011 (00:00:12)**<br>273:2  Q. So is it fair to say that the<br>273:3 only personnel that are authorized on a<br>273:4 Transocean rig to monitor the well constantly<br>273:5 to fulfill the driller's key responsibilities<br>273:6 are Transocean personnel? | V52.19 |

**V52-McMahan Larry - BP Video**

| Page/Line | Source | ID |
|---|---|---|
| 273:8 - 273:8 | **McMahan, Larry 06-29-2011 (00:00:01)**<br>273:8 THE WITNESS: That's correct. | V52.20 |
| 321:22 - 322:3 | **McMahan, Larry 06-29-2011 (00:00:20)**<br>321:22 BY MR. LANCASTER:<br>321:23  Q. Are you aware of anything that<br>321:24 BP did that prevented the drillers who were<br>321:25 on duty on April 20th, 2010, on board the<br>322:1 Deepwater Horizon from being able to execute<br>322:2 their key responsibilities as drillers during<br>322:3 the well control event on April 20th, 2010? | V52.21 |
| 322:5 - 322:6 | **McMahan, Larry 06-29-2011 (00:00:01)**<br>322:5 THE WITNESS: I have no knowledge of<br>322:6 that. | V52.22 |
| 215:6 - 215:10 | **McMahan, Larry 06-29-2011 (00:00:12)**<br>215:6  Q. What is Exhibit 2190<br>215:7 for the record, please?<br>215:8  A. It was a PowerPoint collated by<br>215:9 myself and Mike Zangi for the global business<br>215:10 review. | V52.23 |
| 215:15 - 215:22 | **McMahan, Larry 06-29-2011 (00:00:13)**<br>215:15  Q.  the people that are shown in<br>215:16 attendance were Barbara Yilmaz, Rob Set -- I<br>215:17 butchered his pronunciation. I apologize.<br>215:18  A. Saltiel.<br>215:19  Q. Thank you. Steve Newman,<br>215:20 yourself, and Mr. Kevin Lacy; is that<br>215:21 correct?<br>215:22  A. That is correct. | V52.24 |
| 216:2 - 216:3 | **McMahan, Larry 06-29-2011 (00:00:03)**<br>216:2  Q. I'd ask you to turn your<br>216:3 attention to Slide 8. | V52.25 |
| 217:15 - 217:17 | **McMahan, Larry 06-29-2011 (00:00:06)**<br>217:15  Q. And that says, "Leadership<br>217:16 Guidance, Transocean Leads the Rig Team."<br>217:17 What does that mean? | V52.26 |
| 217:19 - 217:23 | **McMahan, Larry 06-29-2011 (00:00:15)**<br>217:19 THE WITNESS: That means that our<br>217:20 strength in leadership needs to be apparent<br>217:21 over BP's when it comes to subject matter<br>217:22 around HSE. We need to be seen leading, not | V52.27 |

| Page/Line | Source | ID |
|---|---|---|
| | **V52-McMahan Larry - BP Video** | |
| | 217:23 following. | |
| 218:13 - 218:22 | **McMahan, Larry 06-29-2011 (00:00:23)**<br>218:13  Q. So just so I understand,<br>218:14 the bullet "Leadership Guidance, Transocean<br>218:15 Leads the Rig Team," Transocean was<br>218:16 communicating that it wanted to be in a<br>218:17 leadership position when it comes to health,<br>218:18 safety and the environment in terms of<br>218:19 projecting that leadership to the key<br>218:20 supervisors on a rig that you've described,<br>218:21 such as the OIM, the captain, the senior<br>218:22 toolpusher, etcetera, correct? | V52.28 |
| 218:24 - 219:4 | **McMahan, Larry 06-29-2011 (00:00:20)**<br>218:24 THE WITNESS:  That is correct.  Prior<br>218:25 to this, BP had HSE personnel onboard at all<br>219:1 times, and they tried to take prime seat in<br>219:2 HSE matters.  And we -- Transocean wanted to<br>219:3 be in the position where we're leading and we<br>219:4 use our systems, our HSE manual, not BP's. | V52.29 |
| 247:1 - 247:6 | **McMahan, Larry 06-29-2011 (00:00:14)**<br>247:1  Q. And so one of things that was<br>247:2 important to you as one of the leadership of<br>247:3 Transocean was demonstrating to BP that<br>247:4 Transocean had the skills and understanding<br>247:5 in how to be prudent in operations, correct?<br>247:6  A. Yes. | V52.30 |
| 244:22 - 244:24 | **McMahan, Larry 06-29-2011 (00:00:07)**<br>244:22  Q. And, again, you felt that both<br>244:23 BP and Transocean were aligned in their<br>244:24 interest on running safe operations, correct? | V52.31 |
| 245:1 - 245:1 | **McMahan, Larry 06-29-2011 (00:00:00)**<br>245:1 THE WITNESS:  Yes. | V52.32 |
| 346:2 - 346:5 | **McMahan, Larry 06-29-2011 (00:00:11)**<br>346:2  Q.  In all your interactions<br>346:3 with BP personnel, did they strike you as<br>346:4 individuals who had genuine concerns about<br>346:5 safe working operations? | V52.33 |
| 346:7 - 346:7 | **McMahan, Larry 06-29-2011 (00:00:00)**<br>346:7 THE WITNESS:  Yes. | V52.34 |

V52-McMahan Larry - BP Video

| Page/Line | Source | ID |
|---|---|---|

Our Designations = 00:06:11
**Total Time = 00:06:11**

BP

2190.1.2



BP

2190.2.2



BP

2190.8.3

