**Designation Run Report**

MDL 10-2179 JUS

# Patton, Frank - BP Video

Patton, Frank 07-13-2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 1 6 2013

LORETTA G. WHYTE
CLERK

Our Designations  00:08:57
Total Time  00:08:57

excerpt played
in court on
4-16-2013 SK



ID:V66                                                          04-11-2013

| Page/Line | Source | ID |
|---|---|---|
| | V66-Patton, Frank - BP Video | |
| 14:9 - 14:12 | **Patton, Frank 07-13-2011 (00:00:06)**<br>14:9  Q.  what was your job title on<br>14:10 April 20th, 2010?<br>14:11  A. It was the same title, drilling<br>14:12 engineer in New Orleans district. | V66.1 |
| 24:18 - 25:10 | **Patton, Frank 07-13-2011 (00:00:45)**<br>24:18  Q. Now, let's move on to --<br>24:19 to what you do now.<br>24:20 Could you give me a -- an<br>24:21 overview of what your job duties were on<br>24:22 April 20th, 2010?<br>24:23 Let's use that date as the<br>24:24 benchmark.<br>24:25  A. Okay.  My main duties were, and<br>25:1 are right now, review applications for<br>25:2 permits to drill new wells, sidetracks and<br>25:3 bypasses, to review revisions to those<br>25:4 permits, to review completions of the wells<br>25:5 if they're going to be completed, or<br>25:6 abandonments, if they are going to be<br>25:7 abandoned, is my main duties.<br>25:8 And also, I review well<br>25:9 activity reports and end of operation<br>25:10 reports from time to time. | V66.2 |
| 153:18 - 155:1 | **Patton, Frank 07-13-2011 (00:01:07)**<br>153:18  Q.  let's go back<br>153:19 to the -- to reviewing the applications<br>153:20 that are submitted.<br>153:21  A. Okay.<br>153:22  Q. You -- you carefully review<br>153:23 these applications, correct?<br>153:24  A. I try to, yes.<br>153:25  Q. Because you want to make sure<br>154:1 that everything is in accordance with the<br>154:2 regulations?<br>154:3  A. That is correct.<br>154:4  Q. And that everything is capable<br>154:5 of being used at the depths they want to<br>154:6 use it and that the well is being designed<br>154:7 safely? | V66.3 |

| Page/Line | Source | ID |
|---|---|---|
| | **V66-Patton, Frank - BP Video** | |
| | 154:8   A. Yes.<br>154:9   Q. And you carefully review it<br>154:10 because you want to make sure that the<br>154:11 casing program, the cementing program, and<br>154:12 the drilling program, in general, is safe<br>154:13 and sufficient to drill a successful and<br>154:14 safe well?<br>154:15   A. Those are parts of my review,<br>154:16 yes.<br>154:17   Q. Okay. And in this instance, all<br>154:18 of the applications that were submitted by<br>154:19 BP were, in fact, approved, correct?<br>154:20   A. Yes.<br>154:21   Q. And you agree that all the APDs<br>154:22 that were approved by the MMS met the<br>154:23 minimum requirements of the regulations?<br>154:24   A. To the best of my review, I --<br>154:25 it appeared to be.<br>155:1 Yes is the answer to that. | |
| 167:19 - 168:4 | **Patton, Frank 07-13-2011 (00:00:19)**<br>167:19   Q. And you wouldn't approve a<br>167:20 document that required MMS approval unless<br>167:21 you were satisfied with all of the<br>167:22 information contained within the document?<br>167:23   A. Right. As far as our review<br>167:24 goes, if -- if we thought that it was<br>167:25 correct and complete, we would approve it.<br>168:1   Q. And if you thought it was<br>168:2 correct and complete and consistent with<br>168:3 the regulations, you would approve it?<br>168:4   A. Yes. | V66.4 |
| 142:19 - 143:6 | **Patton, Frank 07-13-2011 (00:00:24)**<br>142:19   Q. And the MMS internal<br>142:20 policy for drilling margin is, you should<br>142:21 have a 0.5 point (sic) per gallon window<br>142:22 between the formation integrity test result<br>142:23 and the mud weight?<br>142:24   A. That is correct.<br>142:25   Q. Okay. And it's not actually<br>143:1 between the fracture gradient and the mud | V66.5 |

| Page/Line | Source | ID |
|---|---|---|
| | V66-Patton, Frank - BP Video | |
| | 143:2 weight?<br>143:3  A. No.  No, not the fracture<br>143:4 gradient.  It's what the above casing --<br>143:5 the last casing shoe was actually tested<br>143:6 to. | |
| 40:6 - 40:22 | **Patton, Frank 07-13-2011 (00:00:39)**<br>40:6  Q. Let's talk about mud weight for<br>40:7 a second.<br>40:8 Why is that included in the<br>40:9 weekly activity report?<br>40:10  A. The mud weight is important in<br>40:11 keeping the well under control when you are<br>40:12 drilling it so you do not have a blowout.<br>40:13  Q. Okay.  And so they give you mud<br>40:14 weight value on the weekly activity report.<br>40:15 Do you compare it to<br>40:16 anything?  Do you check it against<br>40:17 anything?  What specifically about the mud<br>40:18 weight is important to you?<br>40:19  A. Well, we compare it against the<br>40:20 predicted pore pressure and against the<br>40:21 latest shoe test that was taken on the last<br>40:22 string of casing that was set. | V66.6 |
| 190:24 - 191:4 | **Patton, Frank 07-13-2011 (00:00:16)**<br>190:24  Q. Are you aware that the --<br>190:25 that BP received oral approval to drill<br>191:1 within a 0.3 margin on multiple occasions<br>191:2 at the MC 252 #1 well?<br>191:3  A. I believe I read e-mails in the<br>191:4 last few days that have shown that, yes. | V66.7 |
| 191:20 - 192:1 | **Patton, Frank 07-13-2011 (00:00:15)**<br>191:20 are you aware<br>191:21 that BP sought and obtained oral approval<br>191:22 to drill with a 0.3 margin on March 18th,<br>191:23 2010?<br>191:24  A. I can't recall.  But as you say,<br>191:25 if you have those documents and they show<br>192:1 that, then I would take your word for it. | V66.8 |
| 296:8 - 296:19 | **Patton, Frank 07-13-2011 (00:00:20)**<br>296:8  Q. The third page is labeled | V66.9 |

| Page/Line | Source | ID |
|---|---|---|
| | V66-Patton, Frank - BP Video | |
| | 296:9 Temporary Abandonment Procedure for the<br>296:10 Macondo well, correct?<br>296:11  A. Yes, correct.<br>296:12  Q. And was this a procedure for<br>296:13 temporary abandonment of the well that BP<br>296:14 submitted to you for approval?<br>296:15  A. Yes.<br>296:16  Q. Did you approve this procedure?<br>296:17  A. Yes, I did.<br>296:18  Q. And you reviewed the procedure?<br>296:19  A. Yes, I did. | |
| 244:15 - 245:3 | **Patton, Frank 07-13-2011 (00:00:21)**<br>244:15  Q.  there are no<br>244:16 CFR regulations that govern or control a<br>244:17 negative-pressure test, right?<br>244:18  A. That is correct.<br>244:19  Q. And there's no MMS guideline or<br>244:20 policy, at the time of the incident, that<br>244:21 governs or controls the negative-pressure<br>244:22 test?<br>244:23  A. That is correct.<br>244:24  Q. And, in fact, a<br>244:25 negative-pressure test is not even required<br>245:1 under MMS regulations?<br>245:2  A. At the time of the incident,<br>245:3 that is correct. | V66.10 |
| 48:18 - 49:16 | **Patton, Frank 07-13-2011 (00:01:02)**<br>48:18  Q. Do you do any work during the<br>48:19 APD process regarding analysis of the<br>48:20 blowout preventer or the sufficiency of the<br>48:21 blowout preventer? What do you do that<br>48:22 relates to the blowout preventer?<br>48:23  A. In our review of the<br>48:24 application, of course, one thing we look<br>48:25 at is to see if they have the required<br>49:1 number of different types of preventers<br>49:2 needed to safely -- to drill the well and<br>49:3 all.<br>49:4 And also, we review the<br>49:5 test pressure -- the ratings of the blowout | V66.11 |

| Page/Line | Source | ID |
|---|---|---|
| | V66-Patton, Frank - BP Video | |
| | 49:6 preventers, the rams, the annulars, the<br>49:7 shears, to ensure that they're of a high<br>49:8 enough -- rated to a high enough pressure<br>49:9 that they will be able to contain any<br>49:10 pressures that will be encountered in the<br>49:11 well.<br>49:12   Q. Okay. Where do you get the data<br>49:13 about the BOP, the particular BOP that's<br>49:14 being used, to make that analysis?<br>49:15   A. That is supplied in the<br>49:16 application. | |
| 70:2 - 71:9 | **Patton, Frank 07-13-2011 (00:01:34)**<br>70:2   Q. Now, there are different ways of<br>70:3 calculating MASP, are there not?<br>70:4   A. I believe there are variations,<br>70:5 yes. There are, yes.<br>70:6   Q. Is there a preferred -- does MMS<br>70:7 prefer any one method over another?<br>70:8   A. No. There are two methods that<br>70:9 are calculated in our eWell system from the<br>70:10 data that -- the raw data that is supplied<br>70:11 by the operator.<br>70:12   Q. Now, this data is supplied by<br>70:13 the operator, correct, the data we're<br>70:14 looking at right here?<br>70:15   A. That is correct.<br>70:16   Q. Is this data checked by MMS?<br>70:17   A. Not on this sheet, per se. We<br>70:18 may spot-check it with the information on<br>70:19 those other pages we've reviewed as to all<br>70:20 the casing information at intervals.<br>70:21   Q. Okay. Do you know whether or<br>70:22 not in this particular case, for this APD,<br>70:23 MMS did any type of independent analysis of<br>70:24 maximum anticipated surface pressure<br>70:25 values?<br>71:1   A. The eWell system does that<br>71:2 evaluation. And if it's okay, it shows up<br>71:3 in blue. If we see a problem with it, it<br>71:4 will show up in red. | V66.12 |

| Page/Line | Source | ID |
|---|---|---|
| | **V66-Patton, Frank - BP Video** | |
| | 71:5  Q. Okay.  How does the eWell system<br>71:6 do that calculation?<br>71:7  A. It's based on calculation -- on<br>71:8 formulas that MMS at the time used for<br>71:9 evaluating casing and well design. | |
| 73:13 - 73:18 | **Patton, Frank 07-13-2011 (00:00:21)**<br>73:13  Q. Is there any preferred method of<br>73:14 calculating MASP?<br>73:15  A. As I said, in our eWell system,<br>73:16 we have the formulas that MMS uses to<br>73:17 calculate MASP.  And that is what we rely<br>73:18 on for our evaluation. | V66.13 |
| 233:3 - 233:8 | **Patton, Frank 07-13-2011 (00:00:14)**<br>233:3  Q.  At the time, if a BOP had<br>233:4 two annulars and one of those annulars met<br>233:5 the -- the minimum pressure requirements,<br>233:6 you would have allowed that BOP to continue<br>233:7 operations, correct?<br>233:8  A. Yes. | V66.14 |
| 235:22 - 236:23 | **Patton, Frank 07-13-2011 (00:00:41)**<br>235:22  Q.  And you were aware of the<br>235:23 fact that the lower annular was a 5K<br>235:24 annular and the mass was in excess of -- of<br>235:25 5K when you approved this application,<br>236:1 correct?<br>236:2  A. I would assume I did from<br>236:3 reviewing this.<br>236:4  Q. And, in fact, you -- you<br>236:5 reviewed and approved all of BP's<br>236:6 applications for permits, correct?<br>236:7  A. I believe that -- yes.<br>236:8  Q. And at -- at the time, you<br>236:9 thought you had all the information<br>236:10 necessary to approve those permits?<br>236:11  A. That was the assumption I made,<br>236:12 yes.<br>236:13  Q. And if any information had been<br>236:14 missing, you would have rejected those<br>236:15 APDs?<br>236:16  A. If I had caught the missing | V66.15 |

| | V66-Patton, Frank - BP Video | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 236:17 information, that is correct.<br>236:18   Q. Okay.<br>236:19   A. I would return the APDs for<br>236:20 corrections.<br>236:21   Q. You would have sought further<br>236:22 information from BP?<br>236:23   A. Yes. | |
| 184:17 - 184:20 | **Patton, Frank 07-13-2011 (00:00:08)**<br>184:17   Q. Are you aware of any INCs,<br>184:18 incidents of non-compliance, related to the<br>184:19 DEEPWATER HORIZON rig?<br>184:20   A. No, I'm not. | V66.16 |
| 27:10 - 27:18 | **Patton, Frank 07-13-2011 (00:00:16)**<br>27:10 Have you ever had any --<br>27:11 and I'm talking about before April 20th,<br>27:12 2010.<br>27:13 Have you ever had any<br>27:14 particular problems with BP?<br>27:15   A. No problems.  I'm sure when I<br>27:16 reviewed their applications, there were<br>27:17 things that needed to be changed, like<br>27:18 every other application. | V66.17 |

Our Designations = 00:08:57
**Total Time = 00:08:57**

BP

4032.3.2





**Temporary Abandonment Procedure**
**Macondo – MC 252 #1**
**Deepwater Horizon**