UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: *All Cases* | | * * * | |
| (Including No. 2:10-cv-08888-CJB-SS) | | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come various claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1.  This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached as "Exhibit A." No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding should the Court grant this Motion.

For these reasons, Movants respectfully request this Court grant Movants' Motion for Acceptance of Short Form Joinders Filed after the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders to be timely filed.

Respectfully submitted:

*/s/ Christine E. Sevin*
Walter J. Leger, Jr., Esq., 08278
Franklin G. Shaw, Esq., 01594
Christine E. Sevin, Esq., 32683
LEGER & SHAW
600 Carondelet Street, Floor 9

New Orleans, Louisiana 70130<br>
Telephone: (504) 588-9043<br>
Facsimile: (504) 588-9980<br>
Email: csevin@legershaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 18, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

<i>/s/ Christine E. Sevin</i><br>
CHRISTINE E. SEVIN

3