<u>EXHIBIT A</u>

| CLAIMANT | DOCUMENT NUMBER | DATE FILED |
|---|---|---|
| Henry Perez, Jr. | 111112, 130787 | 2.9.12, 4.18.13 |
| Jack (and Cindy) Jensen | 130023 | 4.17.13 |