**EXHIBIT A**

| CLAIMANT NAME | DATE OF FILING | RECORD DOC NO./ SHORT FORM NO. |
|---|---|---|
| Energy Drilling Fluids, LLC | 4-18-13 | 131163 |
| Gordon Reed & Associates, Inc. | 4-18-13 | 131183 |
| Gordon Reed & Associates II, LLC | 4-18-13 | 131186 |