UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 PATRICIA L. ALLEN | MDL NO. 2179 <br><br> SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| (Includes No. 2:10-cv-08888-CJB-SS | MAG. JUDGE SHUSHAN |

### EX PARTE MOTION FOR LEAVE TO FILE SHORT FORM JOINDERS BEYOND SEPTEMBER 16, 2011 DEADLINE

**NOW INTO COURT**, through undersigned counsel, comes the various Claimants as set forth on Exhibit "A" (Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the Claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimants respectfully request that the Court grant Movants' Motion for Leave to File Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

**DATED,** this the 18th day of April, 2013.

> Respectfully submitted,
> /s/MATTHEW G. MESTAYER

## C E R T I F I C A T E

I, hereby certify that on April 15, 2013, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

This the 18th day of April, 2013.

> /s/MATTHEW G. MESTAYER

MATTHEW G. MESTAYER
REEVES & MESTAYER, PLLC
160 MAIN STREET
PO DRAWER 1388
BILOXI, MS 39533
mgm@attorneys4people.com

2