| CLAIMANTS NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Joseph Bates | 4-12-13 | 128741 |
| Cat Island Properties, LLC | 4-12-13 | 128743 |
| Global Employment Services, Inc. | 4-12-13 | 128744 |
| Knights Marine & Industrial Services, Inc. | 4-12-13 | 128746 |
| MMIF, LLC | 4-12-13 | 128755 |
| Tony Parnell Construction Co., Inc. | 4-18-13 | 131090 |
| Wilson's Welding Service, Inc. | 4-18-13 | 131091 |

**EXHIBIT "A"**