UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| 2:10-cv-08888-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the *Ex Parte* Motion for Leave to File Short Form Joinders Beyond September 16, 2011 deadline and Supporting Memorandum of Law;

It is ORDERED that the Ex Parte Motion for Leave to File Short Form Joinders Beyond September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial Orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

                                                                                         _____
                                                                                         Honorable Carl J. Barbier
                                                                                         U.S. District Court Judge

| CLAIMANTS NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Joseph Bates | 4-12-13 | 128741 |
| Cat Island Properties, LLC | 4-12-13 | 128743 |
| Global Employment Services, Inc. | 4-12-13 | 128744 |
| Knights Marine & Industrial Services, Inc. | 4-12-13 | 128746 |
| MMIF, LLC | 4-12-13 | 128755 |
| Tony Parnell Construction Co., Inc. | 4-18-13 | 131090 |
| Wilson's Welding Service, Inc. | 4-18-13 | 131091 |

EXHIBIT "A"