UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MDL NO.: 2179; NO. 10-2771; SECTION: J JUDGE BARBIER MAGISTRATE SUSHAN |

\* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes T. Duffy Builders, LLC (also known as T.A. Duffy Builders, LLC and formerly known as Benchmark Development, LLC) ("Claimant") who moves this Court for leave of Court to accept their Short Form Joinder in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

(1) The deadline for filing the claims in the Transocean limitation action was set for April 20, 2011 and extended to September 16, 2011.

(2) Claimant contacted counsel after the deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

(3) Because Claimant was unaware of the Court's deadline, or had not yet fully realized their damages, they did not timely file a Short Form Joinder in the Transocean limitation action.

(4) No prejudice will result from the acceptance of the late filed Short Form Joinder. No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

For the above reasons, Claimant requests that the Court grant the foregoing Motion for Acceptance of Short Form Joinder filed Beyond the September 16, 2011 Deadline, and that the Court deem the Short Form Joinder as timely filed in the Transocean Limitation Proceeding.

**CERTIFICATE OF SERVICE**
I hereby certify that I electronically filed the foregoing pleading by CM/ECF. I also certify that the foregoing has been delivered to all counsel of record, either by electronic notice by CM/ECF, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 18th day of April, 2013, at their last known address of record.
 / s / Peirce A. Hammond II
Peirce A. Hammond, II

Respectfully submitted,

 / s / Peirce A. Hammond II
Peirce A. Hammond, II (#18076)
Hammond Law Firm, LLC
650 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 299-3458
Facsimile: (504) 299-3491
Email: phammond@hammond-law.com
Attorney for T. Duffy Builders, LLC

N:\Files\BP - Duffy Builders-40250\Pleadings\Motion for Acceptance of Short Form Joinders.doc