EXHIBIT A

| CLAIMANT | DOCUMENT NUMBER | DATE FILED |
|---|---|---|
| St. Bernard Port, Harbor and Terminal District | 312 | 4.18.13 |
| Southeast Louisiana Flood Protection Authority-East & also Orleans Levee District, East Jefferson Levee District and Lake Borgne Basin Levee District | 311 | 4.18.13 |
| South Lafourche Levee District | 305 | 4.18.13 |
| City of Thibodaux | 298 | 4.18.13 |
| Craig Webre, Lafourche Parish Sheriff (Lafourche Parish Sheriff's Office & Lafourche Parish Law Enforcement District) | 313 | 4.18.13 |
| Michael Martin, Lafourche Parish Assessor (Lafourche Parish Assessor's Office) | 316 | 4.18.13 |
| Lafourche Fire Protection District No. 9 | 302 | 4.18.13 |
| Lafourche Parish Recreation District No. 8 | 304 | 4.18.13 |
| Lafourche Parish Drainage District No. 1 | 299 | 4.18.13 |
| Central Lafourche Ambulance Service District | 309 | 4.18.13 |
| Lafourche Parish Recreation District No. 1 | 303 | 4.18.13 |