UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: *All Cases* | * * * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| (Including No. 2:10-cv-09999-CJB-SS) | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed beyond the September 16, 2011 Deadline and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as various claimants in "Exhibit A," in the action 2:10-cv-09999-CJB-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-9999), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this____day of_____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge