UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

This Document Relates to:

2:10-cv-08888-CJB-SS

MDL No. 2179

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

**Exhibit A to Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Abdon Callais Offshore, LLC | April 17, 2013 | 130723 |
| K&K Offshore, LLC | April 17, 2013 | 130743 |
| K&K Transportation, LLC | April 17, 2013 | 130720 |
| Transporter Offshore, LLC | April 17, 2013 | 130716 |
| Southland Fabricators, LLC | April 17, 2013 | 130711 |
| Premier Steel Fabrication & Construction, LLC | April 17, 2013 | 130709 |
| Arthur Pulitzer | April 17, 2013 | 130722 |
| Russ Ryan | April 17, 2013 | 130719 |
| Leslie Marie | April 17, 2013 | 130708 |