UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:  J |
| | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO:
No. 2:10-cv-08888- CJB-SS

### MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes Tyrone Baker, who moves this Court for acceptance of his late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean Limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimant contacted counsel in January 2013 and he then timely presented his claim.

4. He filed his claim on April 18, 2013 and it is document number 131372.

5. Because Claimant was unaware of the Court-established deadline, he did not timely file a joinder in this proceeding.

6. No prejudice will result from the acceptance his Short Form Joinders, as no action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Claimant respectfully requests that the Court grant his Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

*R. Todd Elias*

R. Todd Elias
Federal:			21551
Texas Bar No.:		00787427
Steve Gordon
Texas Bar No. :		08207980
Jeff Seely
Texas Bar No.:		24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:		713-668-9999
Facsimile:		713-668-1980

**CERTIFICATE OF SERVICE**

  I certify that the above and foregoing Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April, 2013.


          *R. Todd Elias*
          R. Todd Elias