UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG　　　　　MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010　　　SECTION:   J

　　　　　　　　　　　　　　　　　　　　JUDGE BARBIER

　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
No. 2:10-cv-08888- CJB-SS

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Tyrone Baker (Doc. No. 131372 2:10-cv-08888-CJB-SS) is hereby considered to be a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-8888) as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this ___ day of _____, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Carl J. Barbier
　　　　　　　　　　　　　　　　　　U.S. District Court Judge