UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR HOANG NGUYEN**

The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for Hoang Nguyen.

1. On July 21, 2011, Mr. Hoang Nguyen retained the law firms of The Kreller Law Firm, Faegre Baker Daniels, LLP and/or Langston & Lott, P.A. ("the law firms") to represent him as counsel with respect to his claims for payment from the Gulf Coast Claims Facility and under the Vessels of Opportunity Program.  On January 9, 2012, Mr. Nguyen retained the law firms to represent him in this multi-district litigation.

2. On February 13, 2012 the undersigned counsel filed an Amended Complaint on behalf of Mr. Nguyen (First Am. Compl. 2:11-CV-03180, ¶ 137, ECF No. 5667).

1

3.  On July 23, 2012, Mr. Nguyen terminated representation by the law firms.

4.  Mr. Nguyen informed the law firms that he had engaged Mr. John Foxworth as his new counsel. The law firms have attempted to contact Mr. Foxworth by phone and email requesting that he substitute as Mr. Nguyen's counsel in this case. Mr. Foxworth has not responded and the law firms now move to withdraw as Mr. Nguyen's counsel.

5.  Mr. Nguyen will remain in this litigation and neither he, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, P.A. move this Honorable Court for an order withdrawing them as counsel of record for Hoang Nguyen.

Dated: April 18, 2013.

RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*_____

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488
Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

                LANGSTON & LOTT, P.A.
                Duncan Lott (admitted pro hac vice)
                Casey L. Lott (admitted pro hac vice)
                100 South Main Street
                Booneville, MS  38829
                Telephone:  662-728-9733
                Facsimile:  662-728-1992

                **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Further, I hereby certify that notice of the foregoing Motion was served via U.S. Mail, postage prepaid, on the persons listed below on this 18th day of April, 2013.

a. <u>Hoang Nguyen</u>
   916 North East Avenue, Panama City, FL 32401
   Phone: (B) 850-867-5524, (H) 850-348-3758, (C) 850-867-5524

b. <u>John Foxworth Jr.</u>
   P.O. Box 2345, Gulfport, MS 39505
   Phone: (B) 228-328-0200

The above named individuals have been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*_____