UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR BARRY RANDO, SR. AND BARRY RANDO, JR.**
_____

The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for Barry Rando, Sr. and Barry Rando, Jr.

1.  On February 17, 2011, Mr. Barry Rando, Sr. and Mr. Barry Rando, Jr. retained the law firms of The Kreller Law Firm, Faegre Baker Daniels, LLP and/or Langston & Lott, P.A. ("the law firms") to represent them as counsel with respect to their claims for payment from the Gulf Coast Claims Facility.  On December 8, 2011 and December 9, 2011, respectively, Mr. Rando, Sr. and Mr. Rando, Jr. retained the law firms to represent them in this multi-district litigation.

1

2. On February 13, 2012 the law firms filed an Amended Complaint on behalf of Mr. Rando, Sr. (First Am. Compl. 2:11-CV-03180, ¶ 511, ECF No. 5667) and Mr. Rando, Jr. (First Am. Compl. 2:11-CV-03180, ¶ 697, ECF No. 5667).

3. On June 6, 2012, Mr. Rando, Sr. terminated representation by the law firms. And on January 15, 2013, Mr. Rando, Jr. terminated representation by the law firms.

4. The Randos informed the law firms that they had engaged Mr. Phillip Whittman as their new counsel. The law firms have attempted to contact Mr. Whittman multiple times to request that he substitute as counsel for the Randos in this case. Mr. Whittman has not responded and the law firms now move to withdraw as counsel for Barry Rando, Sr. and Barry Rando, Jr.

5. Barry Rando, Sr. and Barry Rando, Jr. will remain in this litigation and neither they, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, P.A. move this Honorable Court for an order withdrawing them as counsel of record for Barry Rando, Sr. and Barry Rando, Jr.

Dated: April 18, 2013.

        RESPECTFULLY SUBMITTED:

        BY:  /s/ *Stephen S. Kreller*_____

        THE KRELLER LAW FIRM

        Stephen S. Kreller (LA # 28440)
        757 St. Charles Avenue, Suite 301
        New Orleans, LA  70130
        Telephone:  504-484-3488
        Facsimile:  504-294-6091
        Email:  ssk@krellerlaw.com

        FAEGRE BAKER DANIELS, LLP

William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Further, I hereby certify that notice of the foregoing Motion was served via U.S. Mail, postage prepaid, on the persons listed below on this 18th day of April, 2013.

a. <u>Barry Rando, Sr.</u>
   111 CCC Road, Perkinston, MS 39573
   Phone: (C) 601-716-5059

b. <u>Barry Rando, Jr.</u>
   503 Debbie Circle, Pass Christian, MS 39571
   Phone: (H) 228-669-957

The above named individuals have been made of aware of all deadlines and pending court appearances.

/s/ *Stephen S. Kreller*