UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| This document relates to:<br>Case No. 2:11-CV-03180 | SECTION: J<br><br>Judge Barbier<br>Magistrate Judge Shushan |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, P.A.,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Barry Rando, Sr. and Barry Rando, Jr.

New Orleans, Louisiana, this _____ day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

1