UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**Exhibit A to Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Steven Briley | 4/18/13 | 131317 |
| Michael Creel | 4/18/13 | 131420 |
| Bradford Edwards, Jr. | 4/18/13 | 131403 |
| Wilmer Landry | 4/18/13 | 131368 |
| George Nonette | 4/18/13 | 131357 |
| Raymond Vinson, Jr. | 4/18/13 | 131350 |
| Tony Watson | 4/18/13 | 131343 |
| Darrell Yokum | 4/18/13 | 131330 |
| Huey Celesting | 4/18/13 | 131443 |
| Patrick Guillory | 4/18/13 | 131384 |
| Joshua Hardin | 4/18/13 | 131379 |
| Rellisa Alford | 4/18/13 | 131158 |
| Chad Valadez | 4/18/13 | 131166 |