UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| 2:10-cv-08888-CJB-SS | MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and the Memorandum in Support filed therewith:

It is ORDERED that the late-filed Short Form Joinders filed by the Movants in the action 2:10-cv-08888-CJB-SS, and whose identities are set forth in "Exhibit A" to the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline, are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Hon. Carl J. Barbier
U.S. District Judge