UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

### ORDER

The following motions are before Court:

Transocean's Motion for Partial Judgment on the Pleadings as to Punitive Damages Claims (Rec. Doc. 8105);

Transocean's Motion for Partial Judgment on the Pleadings as to Claims Based on Subsurface Discharge of Oil (Rec. Doc. 8106);

Transocean's Motion for Partial Judgment on the Pleadings as to Claims Assigned Under Settlement Agreement (Rec. Doc. 8120);

Halliburton's Motion for Judgment on the Pleadings or Alternative Motion for Summary Judgment Regarding Punitive Damages (Rec. Doc. 8267); and

Halliburton's Motion for Judgment on the Pleadings or Alternative Motion for Summary Judgment Regarding BP's Assignment of Claims (Rec. Doc. 8268).

**IT IS ORDERED** that any responses to these motions shall be filed no later than May 20, 2013.

Any replies shall be filed no later than May 27, 2013.

Signed in New Orleans, Louisiana, this 18th day of April, 2013.

_____
United States District Judge