# Exhibit "A"

| Date of Filing | SF# | Claimant Name |
|---|---|---|
| 04/18/2013 | 131290 | Short-Form Joinder of Dedrick Page, 8073.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131292 | Short-Form Joinder of Jermaine Paul, 5837.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131297 | Short-Form Joinder of Edward Weber, 7727.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131301 | Short-Form Joinder of Perry Duskin, 2112.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131304 | Short-Form Joinder of Debora Flemming, 9611.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131306 | Short-Form Joinder of Darrell Farve, 9885.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131310 | Short-Form Joinder of Stephanie Payne, 1450.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131312 | Short-Form Joinder of Craig Oxley, 4873.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131314 | Short-Form Joinder of Shawn Jackson, 5727.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131320 | Short-Form Joinder of Carl Hebert, 4093.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131322 | Short-Form Joinder of Alicia Jackson, 3238.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131327 | Short-Form Joinder of Walter Jackson, 1583.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131329 | Short-Form Joinder of Kenneth Wise, 1326.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131332 | Short-Form Joinder of Danny Nelson, 0735.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131337 | Short-Form Joinder of Jovan Taylor, 8025.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131340 | Short-Form Joinder of Kizzy Trufant, 7263.(Glago, Mark) (Entered: 04/18/2013) |

| | | |
|---|---|---|
| 04/18/2013 | 131342 | Short-Form Joinder of Thomas Villano, 3406.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131346 | Short-Form Joinder of Jermaine Poree, 4918.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131388 | Short-Form Joinder of Kenneth Robinson, 1896.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131391 | Short-Form Joinder of Shea Shelton, 6573.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131394 | Short-Form Joinder of Jason Smith, 3357.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131395 | Short-Form Joinder of Larry St. Ann, 6923.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131398 | Short-Form Joinder of Denzil Syvle, 7617.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131399 | Short-Form Joinder of Jill Jasmine, 2375.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131401 | Short-Form Joinder of Quentin Johnson, 5235.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131405 | Short-Form Joinder of Ian Kennard, 1574.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131409 | Short-Form Joinder of Karsten Kirk, 7331.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131412 | Short-Form Joinder of Gabriel Lafrance, 5326.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131413 | Short-Form Joinder of Donald Starks, 4151.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131417 | Short-Form Joinder of Ernest Shiloh, 0501.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131421 | Short-Form Joinder of Al Reed, 4149.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131423 | Short-Form Joinder of Gyron Terrance, 8372.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131426 | Short-Form Joinder of Larry Sylve, 9587.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131435 | Short-Form Joinder of Theodore Mondale, 9444.(Glago, Mark) (Entered: 04/18/2013) |

| | | |
|---|---|---|
| 04/18/2013 | 131438 | Short-Form Joinder of Russell Leal, 1391.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131439 | Short-Form Joinder of Amber Lane, 2660.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131447 | Short-Form Joinder of Jermeryl Lawrence, 8093.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131451 | Short-Form Joinder of Lashawna Lawrence, 6718.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131455 | Short-Form Joinder of Michael Lomack, 0036.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131457 | Short-Form Joinder of Johniesha Luckett, 1506.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131459 | Short-Form Joinder of Aaron Syvle, 1782.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131461 | Short-Form Joinder of Clyve Davis, 5485.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131462 | Short-Form Joinder of Darlene Arrington, 0879.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131464 | Short-Form Joinder of Michael Thigpen, 0582.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131470 | Short-Form Joinder of James Darby, 3208.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131473 | Short-Form Joinder of Trovon Vance, 7947.(Glago, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 131475 | Short-Form Joinder of Rodney Shannon, 9347.(Glago, Mark) (Entered: 04/18/2013) |