# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: No. 10-2771; No. 10-9999 | | * * * | MAG. JUDGE SHUSHAN |

*****************************************************************************

## MOTION FOR LEAVE TO FILE ANSWER AND CLAIM IN LIMITATION ACTION

**NOW INTO COURT**, through undersigned counsel, comes claimant, Hospital Service District No. 1 of Iberia Parish, commonly known as Iberia Medical Center (hereinafter "Iberia"), to respectfully request leave of this Honorable Court to file its answer and claim in the Limitation Action (Civil Action No. 10-2771) by means of its Local Government Entity Short Form, which is attached hereto as Exhibit A. In support of its motion, and as more fully explained in its attached memorandum in support, Iberia avers:

(1)  The deadline for filing an answer and claim in the Limitation Action was April 20, 2011. Claims/answers were ultimately allowed through September 16, 2011 and have been allowed since that time by leave of Court.

(2)  Iberia was unaware of the Court-established deadline and had not fully realized its damages from the Deepwater Horizon explosion and the resulting oil spill at the time of the deadline.

(3)  After the deadline passed, Iberia contacted undersigned counsel to assist it in pursuing recovery on its damages.

(4)  No prejudice will result from the Court's allowance of Iberia's answer and claim in the Limitation Action as the action is still pending and not determined and the

statute of limitations on Iberia's claims has not run. The Court has granted similar motions during the pendency of the Limitation Action and it has the discretion to continue to do so. No party will be adversely affected by such allowance.

**WHEREFORE**, Iberia prays that this Honorable Court grant its present motion and order that Iberia's answer and claim in the Limitation Action, via its Local Government Entity Short Form, be deemed timely and allowed.

> Respectfully submitted,
>
> /s/ *Normand F. Pizza*
> Normand F. Pizza (#8692) (T.A.)
> Thomas S. Schneidau (#33359)
> MILLING BENSON WOODWARD L.L.P.
> 827 West 22nd Avenue
> Covington, Louisiana 70433
> Telephone: 985-871-3924
> Facsimile: 985-871-6957
> npizza@millinglaw.com
> tschneidau@millinglaw.com
> *Attorneys for Hospital Service District No. 1 of Iberia Parish*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April, 2013.

> /s/ *Normand F. Pizza*
> Normand F. Pizza

417275/87626