UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE:** | **OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON"** | * | |
| | **IN THE GULF OF MEXICO ON** | * | **SECTION: J** |
| | **APRIL 20, 2010** | * | |
| | | * | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** | | * | |
| **No. 10-2771; No. 10-9999** | | * | **MAG. JUDGE SHUSHAN** |
| | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

*Considering the foregoing Motion for Leave to File Answer and Claim in Limitation Action filed by Hospital Service District No. 1 of Iberia Parish ("Iberia");*

**IT IS ORDERED, ADJUDGED AND DECREED** that Iberia's Motion is **GRANTED** and that its answer and claim in the Limitation Action (Civil Action No. 10-2771), made by means of its Local Government Entity Short Form, is deemed timely and allowed.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

417286/87626