UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**Exhibit A to Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Constance Blanchard | April 18, 2013 | 131611 |
| Bluefin Land Co., LLC | April 18, 2013 | 131612 |
| Keith Lovett | April 18, 2013 | 131614 |
| Jackie Jordan | April 18, 2013 | 131615 |
| White Tail Oilfield Services, LLC | April 18, 2013 | 131617 |