# EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Plaquemines Parish Hospital Service District No. 1 | 4/19/13 | 346 |

G:\Clients\PLAQUEMINES HOSPITAL DISTRICT NO. 1\Pleadings - General\Motion to File Short Form Joinder Exhibit A.wpd