UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL-SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J: MAG. 1 |
| This Document Relates To: | JUDGE BARBIER |
| In Re: 10-9999 Short-Form Joinder | MAG. JUDGE SHUSHAN |

### ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Short Form Joinder Beyond September 16, 2011 Monition Date filed by the Plaquemines Parish Hospital Service District No. 1:

IT IS ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the Short Form Joinder filed by PLAQUEMINES PARISH HOSPITAL SERVICE DISTRICT NO. 1 shall be deemed timely and filed in the Transocean Limitation Proceeding (Civil Action No. 10-2771).

New Orleans, Louisiana this ___ day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

G:\Clients\PLAQUEMINES HOSPITAL DISTRICT NO. 1\Pleadings - General\Motion to File Short Form Joinder Order.wpd