## EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| A.B. Dock Services, Inc. | 4/18/13 | 131044 |
| Allstar Pipe Services, Inc. | 4/18/13 | 131057 |
| Cesco Chemicals, Inc. | 4/18/13 | 131056 |
| Javeler Construction Co., Inc. | 4/18/13 | 131052 |
| Oil Country Tubular, Inc. | 4/18/13 | 131054 |