UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * | MAG. JUDGE SHUSAN |
| | * | |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**************************************************************************

## MOTION FOR LEAVE TO FILE LIMITATION SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE

# EXHIBIT A

| Claimant | Date Filed | Docket Number |
|---|---|---|
| 1 Melissa Aldridge | 04/09/2013 | 128420 |
| 2 Sherry Barker | 04/09/2013 | 128421 |
| 3 Albert Bergeron | 04/09/2013 | 128422 |
| 4 Delmer Bodden | 04/09/2013 | 128423 |
| 5 Oscar Cade | 04/09/2013 | 128424 |
| 6 Silas Cherry | 04/09/2013 | 128425 |
| 7 Arnold Collins | 04/09/2013 | 128426 |
| 8 Michael Darby | 04/09/2013 | 128427 |
| 9 Andre Davis | 04/09/2013 | 128428 |
| 10 Izik Davis | 04/09/2013 | 128429 |
| 11 Michael Dixon | 04/09/2013 | 128430 |
| 12 Hansen-Dreijer Marine Ent., Inc. | 04/09/2013 | 128431 |
| 13 GMT, LLC | 04/09/2013 | 128432 |
| 14 Fallon & Associates, LLC | 04/09/2013 | 128433 |
| 15 Keith Francis | 04/09/2013 | 128434 |
| 16 James Giangrosso | 04/09/2013 | 128435 |
| 17 Durwin Jared Gipson | 04/09/2013 | 128436 |
| 18 Allen Green | 04/09/2013 | 128437 |
| 19 Henry Wealth Management, LLC | 04/09/2013 | 128438 |
| 20 Art Catering, Inc. | 04/09/2013 | 128439 |
| 21 Empire Fuel & Oil, Inc. | 04/09/2013 | 128440 |
| 22 Daniel Hinojosa | 04/09/2013 | 128441 |
| 23 Midship Marine, Inc. | 04/09/2013 | 128442 |
| 24 Randy Hinojosa | 04/09/2013 | 128443 |

| # | Name | Date | Number |
|---|---|---|---|
| 25 | Anthony Holden | 04/09/2013 | 128444 |
| 26 | Tabias James | 04/09/2013 | 128445 |
| 27 | Derrick Johnson | 04/09/2013 | 128446 |
| 28 | Laura Johnson | 04/09/2013 | 128447 |
| 29 | Dwight Jones | 04/09/2013 | 128448 |
| 30 | Robert Keown | 04/09/2013 | 128449 |
| 31 | Team BG & Associates LMA, Inc. | 04/15/2013 | 129289 |
| 32 | Robert Levitt | 04/15/2013 | 129293 |
| 33 | Michael Levy | 04/15/2013 | 129294 |
| 34 | American Taxi Cab/Isaac Lindsay | 04/15/2013 | 129303 |
| 35 | Victor Lockarno | 04/15/2013 | 129305 |
| 36 | Paul Madere | 04/15/2013 | 129306 |
| 37 | Calixte Marshall | 04/15/2013 | 129308 |
| 38 | Danny Matherne | 04/15/2013 | 129309 |
| 39 | Clyde McComas | 04/15/2013 | 129311 |
| 40 | Anthony Moore | 04/15/2013 | 129313 |
| 41 | Swan Offshore Marine Transportation | 04/15/2013 | 129315 |
| 42 | R&D Enterprises of LA, LLC | 04/15/2013 | 129317 |
| 43 | Stanley Palliser | 04/15/2013 | 129318 |
| 44 | Gulf Atlantic Chemical, LLC | 04/15/2013 | 129319 |
| 45 | Fin & Feather Adventures, LLC | 04/15/2013 | 129321 |
| 46 | Fin & Feather Cabins, LLC | 04/15/2013 | 129323 |
| 47 | Fin & Feather, LLC | 04/15/2013 | 129325 |
| 48 | Minghang Wei | 04/15/2013 | 129326 |
| 49 | Ronnie Price | 04/15/2013 | 129327 |
| 50 | Larry Rinehart | 04/15/2013 | 129329 |
| 51 | Nancy Saltzman | 04/15/2013 | 129330 |
| 52 | Eagle Maritime Security Consultants, Inc | 04/15/2013 | 129332 |
| 53 | Kirk Prest | 04/18/2013 | 130886 |
| 54 | Damiyhan Verrett | 04/18/2013 | 130884 |
| 55 | Waldorff Insurance & Bonding, Inc. | 04/18/2013 | 130881 |
| 56 | Swan Crew Boats, Inc. | 04/18/2013 | 130879 |
| 57 | Stone Creek, LLC | 04/18/2013 | 130875 |
| 58 | Felicia Wicker | 04/18/2013 | 130839 |
| 59 | Rodney Washington | 04/18/2013 | 130836 |
| 60 | Wai-Kiew Tsang | 04/18/2013 | 130834 |
| 61 | Allan Tsang | 04/18/2013 | 130832 |
| 62 | Anthony Trenticosta | 04/18/2013 | 130830 |
| 63 | Derrick Strong | 04/18/2013 | 130827 |
| 64 | Dwight Jones | 04/18/2013 | 130825 |
| 65 | John Spears | 04/18/2013 | 130824 |
| 66 | Richard Smith | 04/18/2013 | 130823 |
| 67 | Carvil Small | 04/18/2013 | 130821 |
| 68 | Wilber Seaman | 04/18/2013 | 130819 |
| 69 | James McLaurin | 04/18/2013 | 130818 |
| 70 | Allen Matherne Jr Welding | 04/18/2013 | 130816 |

| # | Name | Date | Number |
|---|---|---|---|
| 71 | Ralph Vaughn | 04/18/2013 | 131115 |
| 72 | Saving Auto General Repair | 04/18/2013 | 130814 |
| 73 | Jody Ewing | 04/18/2013 | 130857 |
| 74 | TJ Development | 04/18/2013 | 130859 |
| 75 | Petronyx, LLC | 04/18/2013 | 130883 |
| 76 | BCL&L Acquisitions, LLC | 04/18/2013 | 130887 |
| 77 | Fortuna, LLC | 04/18/2013 | 130889 |
| 78 | Baldwin Gate (10), LLC | 04/18/2013 | 130890 |
| 79 | S-G Baldwin, LLC | 04/18/2013 | 130891 |
| 80 | ALNA (Baldwin), LLC | 04/18/2013 | 130892 |
| 81 | Charles Taite | 04/18/2013 | 130894 |
| 82 | Nichols Financial Services | 04/19/2013 | 131807 |
| 83 | TW Painting | 04/19/2013 | 131795 |
| 84 | Accounting Bookkeeping Comp. Serv. | 04/19/2013 | 131792 |
| 85 | Beverly Cutro | 04/19/2013 | 131789 |
| 86 | Darrell Richardson | 04/19/2013 | 131786 |
| 87 | Edgewood Apartments, LTD | 04/19/2013 | 131783 |
| 88 | Oakleigh Apartments, LLC | 04/19/2013 | 131780 |
| 89 | Cha, Inc. | 04/19/2013 | 131778 |
| 90 | Advanced Realty | 04/19/2013 | 131776 |
| 91 | D&A Dirt, LLC | 04/19/2013 | 131774 |
| 92 | Masterliner, Inc. | 04/19/2013 | 131771 |
| 93 | Abraham Aguilar | 04/19/2013 | 131769 |
| 94 | Precision Built Construction, Inc. | 04/19/2013 | 131767 |
| 95 | Janita M Thibodaux | 04/19/2013 | 131765 |
| 96 | Delta Electric, Inc. | 04/19/2013 | 131799 |
| 97 | South Shore Marine & Construction | 04/19/2013 | 131802 |
| 98 | Lawrence Powell | 04/19/2013 | 131804 |