UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * * | MAG. JUDGE SHUSAN |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**************************************************************************

## ORDER

Consider the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as the 414 claimants in "Exhibit A," shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this _____ day of _____, 2012

_____
Honorable Carl J. Barbier,
U.S. District Court Judge