# CONFERENCE ATTENDANCE RECORD

DATE: 4-19-13            TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS    CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Herman | PSC |
| Tony Fitch | Anadarko |
| Sarah Iiams | Anadarko |
| Alan York | Halliburton |
| Carter Williams | TO |
| Grant Davis Denny | TO |
| Kyle Cassize | TO |
| Anthony Irpino | PSC |
| William Sardin | A Johnson |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Corey Maze | Alabama |
| Brian Barr | PSC |
| Duke Williams | PSC |
| Abby André | US |
| Steve O'Rourke | US |
| Scott Cernich | US |
| Dave McElwain | US |
| Tom Benson | US |
| Doug Kraus | LA |
| David L. McIlwain | DoJ |
| Mark Nomellini | BP |
| Alan York | HESI |
| Jenny Martinez | " " |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Michael Wawrzycki | Grand Isle Shipyard / MGID |
| Paul Sterbcow | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE: _____    TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| MIKE UNDERHILL | US |
| Andy Langan | BP |
| Don Haycraft | BP |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**MDL 2179 - WGC**

**4/19/13**

George Crow- Lane Aviation

Sarah Hemelich-US

Don Godwin

Jenny Martinez

Joseph Russel

Joe Eisert-BP

Jim Roy

Mike Petrino

Ben Miyou (sp?)- Airborne Support

Kerry Miller

Erica Pensack (sp?)