# EXHIBIT "A"

| CLAIMANT | DATE FILED | SHORT-FORM NO. |
|---|---|---|
| AA ABC Air Conditioning-Refrigeration Service, Inc. | 04/18/13 | 131419 |
| Airport Shuttle, Inc. | 04/18/13 | 131429 |
| ASI to Airport Joint Venture | 04/18/13 | 131471 |
| Autin, Scott | 04/18/13 | 131468 |
| Boone, Clarence | 04/18/13 | 131476 |
| Chez Bourbon | 04/18/13 | 131480 |
| Chris Owens, Inc. | 04/18/13 | 131484 |
| City Blueprint & Supply Corporation | 04/15/13 | 129223 |
| Comeaux, David | 03/13/13 | 124279 [Amending 124278] |
| Destination Management, Inc. | 04/18/13 | 131488 |
| Faris Video, LLC | 04/18/13 | 131491 |
| Gainey, Joseph | 04/18/13 | 131495 |
| Givens, Lennie | 04/18/13 | 131499 |
| Guidry, Anthony | 04/12/13 | 128721 |
| K-Joe's Cajun & Creole Cuisine, LLC | 04/18/13 | 131505 |
| Kaszowski, Jonathan | 04/18/13 | 131381 [Amending 123953] |
| Kenzy, Dorian | 04/15/13 | 129476 |
| Kulture Vulture, Inc. | 04/18/13 | 131501 |
| Luckmore Finance Corporation | 04/15/13 | 129419 |
| Miljak, Myrna | 04/18/13 | 131522 |

| | | |
|---|---|---|
| Moses, Steven | 04/18/13 | 131513 |
| Muller's Seafood LLC | 04/18/13 | 131517 |
| New Orleans Paddlewheels, Inc. | 04/12/13 | 128757 |
| New Orleans Tours, Inc. | 04/18/13 | 131520 |
| Oakview Bed & Breakfast | 04/18/13 | 131539 |
| SHRM, LLC | 04/18/13 | 131541 |
| Sycamore House, LLC | 4/18/13 | 131410 [Amending 123934] |
| Tran, Hanh | 04/16/13 | 129789 |
| Whitsett, Wendy | 04/18/13 | 131544 |
| Zeyna, LLC | 04/18/13 | 131546 |