# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA *ex rel.* | * | MDL NO. 2179 |
| PLAQUEMINES PARISH SCHOOL BOARD | * | |
| | * | NO.  2:11-CV-00348 |
| VERSUS | * | |
| | * | SECTION "J" |
| BP, PLC *et al.* | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, the State of Louisiana *ex rel.* Plaquemines Parish School Board, which, waiving its challenge to the jurisdiction of this Court as set forth in its pending motion to remand,  moves for leave to file a Second Amended Complaint as set forth in Exhibit A, for the reasons set forth in the accompanying memorandum.


| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| _____ | _____ |
| ROBERT E. ARCENEAUX, (No. 1199) | MARGARET E. WOODWARD.(No. 13677) |
| Robert E. Arceneaux, LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana 70119 |
| Metairie, LA 70001 | Telephone:  504.301.4333 |
| Telephone: 504.833.7533 | Facsimile:  504.301.4365 |
| Facsimile: 504.833.7612 | Email:  mewno@aol.com |
| Email: rea7001@cox.net | |

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Amend has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2013.

/s/ Robert E. Arceneaux