## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* **PLAQUEMINES PARISH SCHOOL BOARD** | * * | **MDL NO. 2179** |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

ON MOTION OF the State of Louisiana *ex rel*. Plaquemines Parish School Board,

**IT IS ORDERED** that the State of Louisiana *ex rel*. Plaquemines Parish School Board be and it is hereby granted leave to file its Second Amended Complaint.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
JUDGE