UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* | * | **MDL NO. 2179** |
| **PLAQUEMINES PARISH SCHOOL BOARD** | * | |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff the State of Louisiana *ex rel*. Plaquemines Parish School Board will submit its Motion for Leave to File Second Amended Complaint to the Honorable Carl J. Barbier at 9:30 a.m. on Wednesday, May 8, 2013 at 500 Camp Street, New Orleans, Louisiana, without oral argument.


/s/ Robert E. Arceneaux                              /s/ Margaret E. Woodward
_____        _____
ROBERT E. ARCENEAUX, (No. 1199)      MARGARET E. WOODWARD.(No. 13677)
Robert E. Arceneaux, LLC                           3701 Canal Street, Suite C
47 Beverly Garden Drive                              New Orleans, Louisiana 70119
Metairie, LA 70001                                        Telephone:  504.301.4333
Telephone: 504.833.7533                            Facsimile:  504.301.4365
Facsimile: 504.833.7612                              Email:  mewno@aol.com
Email: rea7001@cox.net

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Amend has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in
MDL 2179, on this 19th day of April, 2013.

/s/ Robert E. Arceneaux