IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * | CIVIL ACTION MDL NO. 2179 |
| | * | SECTION "J" |
| **THIS DOCUMENTS RELATES TO:** | * * | HON. CARL BARBIER |
| Docket No. 2:10-cv-08888 & Docket No. 2:10-cv-02771 | * * * * | MAG. JUDGE SHUSHAN |

### MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now comes various Claimants as set for in Exhibit "A" {"Claimants"} who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1.  This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2.  The Court extended the deadline for the filing of the claims in the Transocean limitations proceeding to September 16, 2011.

1

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimants respectfully request that the Court grant Movants' motion for Acceptance of Short Form Joinders filed beyond the April 20, 2011 deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted,

SINGLETON LAW FIRM

**/s/ W. JAMES SINGLETON**
W. JAMES SINGLETON {LBR# 17801}
wjsingleton@singletonlaw.com

CHRISTOPHER L. SICES {LBR #32409}
csices@singletonlaw.com

KEENAN L. DUNLAP {LBR #31448}
kdunlap@singletonlaw.com

THE SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108
Telephone: 318-631-5200
Facsimile: 318-636-7759
ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2013, I electronically files the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ **W. JAMES SINGLETON**
W. JAMES SINGLETON