# EXHIBIT "A"

|  | DOCUMENT NUMBER | LAST NAME | FIRST NAME | DATE FILED |
|---|---|---|---|---|
| 1 | 128734 | BROUSSARD | QUIANA | 4/12/2013 |
| 2 | 128761 | FREEMAN INSURANCE AGENCY |  | 4/12/2013 |
| 3 | 128765 | MORGAN | AL | 4/12/2013 |
| 4 | 128769 | FARMER | ALBERTO | 4/12/2013 |
| 5 | 128771 | BROCK | ALEX | 4/12/2013 |
| 6 | 128774 | HARDING | ALEX | 4/12/2013 |
| 7 | 128778 | ESSPANDRE | ALEXANDER | 4/12/2013 |
| 8 | 128784 | CHARLES | ALICE | 4/12/2013 |
| 9 | 128786 | BOESE | ALMA | 4/12/2013 |
| 10 | 128788 | MORGAN | ALONZA | 4/12/2013 |
| 11 | 129018 | MATTHEWS | REGINALD | 4/13/2013 |
| 12 | 128790 | JACKSON | ALTONIO | 4/12/2013 |
| 13 | 128792 | JACKSON | ANDREA | 4/12/2013 |
| 14 | 128793 | FUSELIER | ANGELENE | 4/12/2013 |
| 15 | 128794 | GUILLORY | ANTHONY | 4/12/2013 |
| 16 | 128796 | HENRY | ANTHONY | 4/12/2013 |
| 17 | 128797 | RICHARD | ANTHONY | 4/12/2013 |
| 18 | 128798 | CHARLES | APRIL | 4/12/2013 |
| 19 | 128799 | PATRICK | ARLINE | 4/12/2013 |
| 20 | 128800 | COLLINS | ARTHUR | 4/12/2013 |
| 21 | 128801 | RUFFIN | ASHLEY | 4/12/2013 |
| 22 | 128802 | JOHNSON | BERNARD | 4/12/2013 |
| 23 | 128803 | JOHNSON | BERNARD S | 4/12/2013 |
| 24 | 128805 | MOORE | BERWICK | 4/12/2013 |
| 25 | 128806 | JONES | BOBBY | 4/12/2013 |
| 26 | 128807 | JONES | BRANDON | 4/12/2013 |
| 27 | 128808 | BLAKE | BREE | 4/12/2013 |
| 28 | 128809 | HANKINS | BRUCE | 4/12/2013 |
| 29 | 128810 | EDWARDS | BYRON | 4/12/2013 |
| 30 | 128811 | HILLS | BYRON | 4/12/2013 |
| 31 | 128812 | BROWN | CARLETTE | 4/12/2013 |
| 32 | 128813 | LYONS | CARLTON | 4/12/2013 |
| 33 | 128814 | DABNEY | CHAD | 4/12/2013 |
| 34 | 128815 | RICHARD | CHAD | 4/12/2013 |
| 35 | 128816 | CHARLES | ALFRED | 4/12/2013 |
| 36 | 128817 | BABINEAUX | CHARLES | 4/12/2013 |
| 37 | 128818 | BERNARD | CHARLES | 4/12/2013 |
| 38 | 128819 | LEWIS | CHASITY | 4/12/2013 |
| 39 | 128821 | BROUSSARD | CHERRIE | 4/12/2013 |
| 40 | 128822 | LEWIS | CHESTER | 4/12/2013 |
| 41 | 128824 | MAYEAUX | CHRISTOPHER | 4/12/2013 |
| 42 | 128826 | LEVY | CLARENCE | 4/12/2013 |
| 43 | 128827 | REELS | CLARK | 4/12/2013 |
| 44 | 128828 | POLIDORE | CLATTER | 4/12/2013 |
| 45 | 128829 | JONES | CLAUDE A | 4/12/2013 |
| 46 | 128830 | CLAY | CALVIN | 4/12/2013 |

# EXHIBIT "A"

| # | ID | Last | First | Date |
|---|---|---|---|---|
| 47 | 128831 | MCQUERTER | CLIFFORD | 4/12/2013 |
| 48 | 122832 | JONES | CLYDE R | 4/12/2013 |
| 49 | 128835 | COLLAR | CONNIE | 4/12/2013 |
| 50 | 128836 | CLAVELLE | COREY | 4/12/2013 |
| 51 | 128837 | KNIGHT | COREY | 4/12/2013 |
| 52 | 128839 | DUHON | CORNELL | 4/12/2013 |
| 53 | 128840 | ANTOINE | CORVETTE | 4/12/2013 |
| 54 | 128841 | GABRIEL | CRAIG | 4/12/2013 |
| 55 | 128842 | LEVINE | CRAIG | 4/12/2013 |
| 56 | 128843 | LANDRY | CREIG | 4/12/2013 |
| 57 | 128845 | NICKERSON | CURTIS | 4/12/2013 |
| 58 | 128846 | JONES | DAMIAN | 4/12/2013 |
| 59 | 128847 | JONES | DAMIAN N | 4/12/2013 |
| 60 | 128849 | DAIGRE | DAMON | 4/12/2013 |
| 61 | 128851 | HOLMES | DARON | 4/12/2013 |
| 62 | 128852 | HUNTER | DARYL | 4/12/2013 |
| 63 | 128853 | DEROUEN | DAVE | 4/12/2013 |
| 64 | 128854 | MONETTE | DAVEY | 4/12/2013 |
| 65 | 128855 | BRYANT | DAVID | 4/12/2013 |
| 66 | 128856 | GILYOT | DAVID J | 4/12/2013 |
| 67 | 128858 | KINCHEN, JR | DAVID | 4/12/2013 |
| 68 | 128860 | FRANKLIN | DAVIDO | 4/12/2013 |
| 69 | 128862 | HILLS | DEBORAH | 4/12/2013 |
| 70 | 128863 | BROWN | DEMARCUS | 4/12/2013 |
| 71 | 128864 | CARTER | DEREK | 4/12/2013 |
| 72 | 128865 | MARKS | DIANA | 4/12/2013 |
| 73 | 128866 | MOORE | DIANA | 4/12/2013 |
| 74 | 128867 | BERNARD | DONALD | 4/12/2013 |
| 75 | 128868 | CHARLES | DONALD | 4/12/2013 |
| 76 | 128869 | HENRY | DONALD | 4/12/2013 |
| 77 | 128870 | MCCURTIS | DONALD | 4/12/2013 |
| 78 | 128871 | RESTER | DONALD | 4/12/2013 |
| 79 | 128872 | MALLERY | DONNA | 4/12/2013 |
| 80 | 128874 | COLBERT | DONNELL | 4/12/2013 |
| 81 | 128875 | PARKER | DONNIE | 4/12/2013 |
| 82 | 128876 | ROBERTSON | DONOVAN | 4/12/2013 |
| 83 | 128877 | FERGUSON | DORVELL | 4/12/2013 |
| 84 | 128878 | FONTENOT | DUSTIN | 4/12/2013 |
| 85 | 128879 | ALLEN, JR | EARL | 4/12/2013 |
| 86 | 128880 | MOORE | EARL | 4/12/2013 |
| 87 | 128882 | LANDRY | EDDIE | 4/12/2013 |
| 88 | 128883 | DORSEY | EDWARD | 4/12/2013 |
| 89 | 128885 | LOSTON | EMMANUEL | 4/12/2013 |
| 90 | 128886 | MALVEAUX | FLOYD | 4/12/2013 |
| 91 | 128887 | HELAIRE | FRANCISCO | 4/12/2013 |
| 92 | 128888 | PHILLIPS | FREDERICK | 4/12/2013 |
| 93 | 128889 | GUIDRY | GARY | 4/12/2013 |
| 94 | 128890 | DAVIS | GEORGE | 4/12/2013 |
| 95 | 128891 | FORD | GEORGE | 4/12/2013 |
| 96 | 128892 | MALBREAUX | GEORGE | 4/12/2013 |
| 97 | 128894 | DAVIS | GUSTAVIS | 4/12/2013 |
| 98 | 128895 | HARMON | HAESHEEN | 4/12/2013 |

# EXHIBIT "A"

| #   | ID     | Last Name | First Name | Date |
|-----|--------|-----------|------------|------|
| 99  | 128896 | MILLER    | HANDSOME   | 4/12/2013 |
| 100 | 128897 | HARMON    | HARSHEEN   | 4/12/2013 |
| 101 | 128898 | CATHEY    | HARVEY     | 4/12/2013 |
| 102 | 128899 | OSBORNE   | HENRY      | 4/12/2013 |
| 103 | 128900 | LEWIS     | HERBERT    | 4/12/2013 |
| 104 | 128901 | MARKS     | HOLLIS     | 4/12/2013 |
| 105 | 128902 | MOCK      | IVORY      | 4/12/2013 |
| 106 | 128903 | BERNARD   | JACQUELINE | 4/12/2013 |
| 107 | 128904 | ALLEN     | JAHARI     | 4/12/2013 |
| 108 | 128906 | GIBSON    | JAMAL      | 4/12/2013 |
| 109 | 128907 | BERNARD   | JASON      | 4/12/2013 |
| 110 | 128908 | JOHNSON   | JAMES      | 4/12/2013 |
| 111 | 128909 | MESSER    | JAMES      | 4/12/2013 |
| 112 | 128910 | BOREL     | JAPHEF     | 4/12/2013 |
| 113 | 128911 | BOUDREAUX | JARRELL    | 4/12/2013 |
| 114 | 128912 | CROFTON   | JARVIS     | 4/12/2013 |
| 115 | 128913 | DOMINGUE  | JASON      | 4/12/2013 |
| 116 | 128914 | COLE      | JEWEL      | 4/12/2013 |
| 117 | 128915 | BEVERLY   | JOHN       | 4/12/2013 |
| 118 | 128916 | GREEN     | JOHN       | 4/12/2013 |
| 119 | 128926 | KRAEMER   | JOHN       | 4/13/2013 |
| 120 | 128927 | HUNT      | JOHNATHAN  | 4/13/2013 |
| 121 | 128928 | JOHNSON   | JOHNNY     | 4/13/2013 |
| 122 | 128929 | BROWN     | JONATHAN   | 4/13/2013 |
| 123 | 128930 | BROWN     | JORDAN     | 4/13/2013 |
| 124 | 128931 | BERNARD   | JOSEPH     | 4/13/2013 |
| 125 | 128932 | BOURGEOIS | JOSEPH     | 4/13/2013 |
| 126 | 128933 | CALISTE   | JOSEPH     | 4/13/2013 |
| 127 | 128934 | LENARD    | JOSEPH     | 4/13/2013 |
| 128 | 128935 | BROWN     | JOSHUA     | 4/13/2013 |
| 129 | 128936 | COMEAUX   | JULIAN     | 4/13/2013 |
| 130 | 128937 | DECUIR    | JULIE      | 4/13/2013 |
| 131 | 128938 | BROUSSARD | KEISHA M   | 4/13/2013 |
| 132 | 128940 | DAPHINE   | KENNETH    | 4/13/2013 |
| 133 | 128941 | LIVINGSTON| KENNETH R  | 4/13/2013 |
| 134 | 128942 | CHARLOT   | KEVIN      | 4/13/2013 |
| 135 | 128944 | JONES     | KEVIN M    | 4/13/2013 |
| 136 | 128945 | BROWN     | KIMBERLY   | 4/13/2013 |
| 137 | 128946 | GOINGS    | KINYANNA   | 4/13/2013 |
| 138 | 128947 | HENDERSON | KIZZY      | 4/13/2013 |
| 139 | 128948 | KEY       | LACONDA    | 4/13/2013 |
| 140 | 128949 | DAVIS     | LAGUYA     | 4/13/2013 |
| 141 | 128950 | BURRIS    | LAQUITA    | 4/13/2013 |
| 142 | 128951 | DAVIS     | LARRY      | 4/13/2013 |
| 143 | 128952 | PRESTON   | LARRY      | 4/13/2013 |
| 144 | 128953 | JUSTIN    | LARUE      | 4/13/2013 |
| 145 | 128954 | CONNERS   | LASHAWN    | 4/13/2013 |
| 146 | 128955 | GRUBBS    | LAURA      | 4/13/2013 |
| 147 | 128956 | BROUSSARD | LEE        | 4/13/2013 |
| 148 | 128957 | BROUSSARD | LENORA     | 4/13/2013 |
| 149 | 128958 | LEDET     | LEROY      | 4/13/2013 |
| 150 | 128959 | COLLINS   | LESLIE     | 4/13/2013 |


# EXHIBIT "A"

| # | ID | Last Name | First Name | Date |
|---|---|---|---|---|
| 151 | 128960 | GIBSON | LINCOLN | 4/13/2013 |
| 152 | 128961 | JONES | LIONEL | 4/13/2013 |
| 153 | 128962 | POLIDORE | LIONEL | 4/13/2013 |
| 154 | 128963 | OPPENHEIMER | LISA A | 4/13/2013 |
| 155 | 128964 | BENJAMIN | LORENA | 4/13/2013 |
| 156 | 128965 | CHARLES | LOUIS | 4/13/2013 |
| 157 | 128966 | GREEN | MARCUS | 4/13/2013 |
| 158 | 128967 | JONES | MARCUS J | 4/13/2013 |
| 159 | 128968 | LEWIS | MARCUS J | 4/13/2013 |
| 160 | 128969 | LEDET | MARCUS | 4/13/2013 |
| 161 | 128970 | JONES | MARK T | 4/13/2013 |
| 162 | 128971 | KEY | MARK | 4/13/2013 |
| 163 | 128972 | PORTALIS | MARK | 4/13/2013 |
| 164 | 128973 | OLIVIA | MARLON R | 4/13/2013 |
| 165 | 128974 | DRUILHET | MARLYN | 4/13/2013 |
| 166 | 128975 | PORTER DEVELOPMENT LLC | | 4/13/2013 |
| 167 | 128976 | BOWMAN, SR | MATTHEW | 4/13/2013 |
| 168 | 128977 | BROUSSARD | MATTHEW J | 4/13/2013 |
| 169 | 128978 | JOHNSON, SR | MATTHEW | 4/13/2013 |
| 170 | 128979 | MCCLELLAN, JR | MOLO | 4/13/2013 |
| 171 | 128980 | LEE | MELDON | 4/13/2013 |
| 172 | 128981 | PREJEAN | MERLIN | 4/13/2013 |
| 173 | 128982 | BROOKSHIRE | MICHAEL | 4/13/2013 |
| 174 | 128983 | GEORGE, JR | MICHAEL A | 4/13/2013 |
| 175 | 128984 | GUILLORY | MICHAEL T | 4/13/2013 |
| 176 | 128985 | HALL | MICHAEL C | 4/13/2013 |
| 177 | 128986 | LASALLE | MICHAEL | 4/13/2013 |
| 178 | 128987 | LEWIS | MICHAEL | 4/13/2013 |
| 179 | 128988 | LEWIS, SR | MICHAEL | 4/13/2013 |
| 180 | 128989 | LEWIS | MICHAEL P | 4/13/2013 |
| 181 | 128990 | LEWIS | MICHAEL V | 4/13/2013 |
| 182 | 128991 | PARRIE | MICHELLE | 4/13/2013 |
| 183 | 128992 | BURLEW | MIKE | 4/13/2013 |
| 184 | 128993 | LANDRY | MONIQUE | 4/13/2013 |
| 185 | 128994 | CREDIT | MOSES | 4/13/2013 |
| 186 | 128995 | ANTHONY, SR | NADRAN | 4/13/2013 |
| 187 | 128996 | DIAZ | NANETTE | 4/13/2013 |
| 188 | 128998 | HATCHERSON | NOLA | 4/13/2013 |
| 189 | 128999 | MITCHELL | PAMELA | 4/13/2013 |
| 190 | 129000 | BERNARD | PATRICIA | 4/13/2013 |
| 191 | 129001 | CASE | PATRICK | 4/13/2013 |
| 192 | 129002 | DOMINGUE | PATRICK | 4/13/2013 |
| 193 | 129003 | ARMENTON | PATTY | 4/13/2013 |
| 194 | 129004 | CALLERY | PAULA | 4/13/2013 |
| 195 | 129005 | JONES | PAULA | 4/13/2013 |
| 196 | 129006 | LAYTON | PAULA | 4/13/2013 |
| 197 | 129008 | MOORE | PERRY | 4/13/2013 |
| 198 | 129009 | DEJEAN, JR | PETER | 4/13/2013 |
| 199 | 129010 | ALLEN | QUANTRELLE | 4/13/2013 |
| 200 | 129011 | FREEMAN | QUINCY | 4/13/2013 |
| 201 | 129012 | GARDNER | QUINCY | 4/13/2013 |
| 202 | 129013 | BROUSSARD, SR | RALPH | 4/13/2013 |

# EXHIBIT "A"

| # | ID | Last Name | First Name | Date |
|---|---|---|---|---|
| 203 | 129014 | POLK | RALPH | 4/13/2013 |
| 204 | 129016 | JONES, JR | RANDY | 4/13/2013 |
| 205 | 129017 | FERNELL | REGINALD | 4/13/2013 |
| 206 | 129019 | BERNARD | RHODONNA L | 4/13/2013 |
| 207 | 129021 | MOORE | RHONDA | 4/13/2013 |
| 208 | 129022 | MOORE | RICKEY | 4/13/2013 |
| 209 | 129204 | BROUSSARD | RICO | 4/13/2013 |
| 210 | 129025 | LEE | RILEY | 4/13/2013 |
| 211 | 129026 | JOHNSON | ROBERT K | 4/13/2013 |
| 212 | 129028 | JOSEPH | ROCHONDA | 4/13/2013 |
| 213 | 129029 | JONES | RODNEY | 4/13/2013 |
| 214 | 129030 | RAYBORN | ROGER | 4/13/2013 |
| 215 | 129032 | HENSON | RONALD | 4/13/2013 |
| 216 | 129033 | PROVOST | ROBERT | 4/13/2013 |
| 217 | 129034 | HAWKINS | RONCHEL | 4/13/2013 |
| 218 | 129036 | LOTT | RONNIE | 4/13/2013 |
| 219 | 129039 | GARRISON | ROSE | 4/13/2013 |
| 220 | 129041 | FRANCIS | RUSSELL | 4/13/2013 |
| 221 | 129042 | BARNES | RUTHIE RENEE | 4/13/2013 |
| 222 | 129045 | RICHMON | SARAH | 4/13/2013 |
| 223 | 129046 | DEROUEN | SCOTT | 4/13/2013 |
| 224 | 129047 | DEROVEN | SCOTT | 4/13/2013 |
| 225 | 129048 | LEWIS | SHANEEKA M | 4/13/2013 |
| 226 | 129049 | MELANCON | SHANNON | 4/13/2013 |
| 227 | 129050 | GUIDRY | SHAWN | 4/13/2013 |
| 228 | 129052 | HAGGRAY | STACY | 4/13/2013 |
| 229 | 129054 | CEASAR | STANFORD | 4/13/2013 |
| 230 | 129055 | GUNNER | STANFORD | 4/13/2013 |
| 231 | 129057 | BRUNER | STEPHEN | 4/13/2013 |
| 232 | 129058 | LUCAS | STEVEN | 4/13/2013 |
| 233 | 129060 | GAVENS | STEVENS | 4/13/2013 |
| 234 | 129063 | PLAISANCE | TAD | 4/13/2013 |
| 235 | 129064 | GONSOULIN | TARA | 4/13/2013 |
| 236 | 129066 | ANTOINE | THOMAS | 4/13/2013 |
| 237 | 129067 | RIDEAU | THOMAS | 4/13/2013 |
| 238 | 129068 | MOORE | TIANNE | 4/13/2013 |
| 239 | 129069 | CLEAREY | TIFFANY | 4/13/2013 |
| 240 | 129070 | LASALLE | TODD | 4/13/2013 |
| 241 | 129073 | COLLETTE | TONY | 4/13/2013 |
| 242 | 129074 | LUANGSY | TONY | 4/13/2013 |
| 243 | 129075 | ALEXIS | TORREY | 4/13/2013 |
| 244 | 129076 | FRANCIS | TONY | 4/13/2013 |
| 245 | 129077 | FRANK | TRACY | 4/13/2013 |
| 246 | 129078 | POTIER | TRANAE | 4/13/2013 |
| 247 | 129079 | DARTEZ | TROY | 4/13/2013 |
| 248 | 129082 | DREXTER | TROYD | 4/13/2013 |
| 249 | 129083 | JACKSON | TRUMAINE | 4/13/2013 |
| 250 | 129084 | CROFTON | TYSON | 4/13/2013 |
| 251 | 129085 | JOHNSON | ULYSESS | 4/13/2013 |
| 252 | 129086 | LEWIS | WARREN | 4/13/2013 |
| 253 | 129087 | DUMAS | WESLEY | 4/13/2013 |
| 254 | 129088 | HENRY | WILFORD | 4/13/2013 |

# EXHIBIT "A"

| # | ID | Last | First | Date |
|---|---|---|---|---|
| 255 | 129089 | ANDING | WILLIAM | 4/13/2013 |
| 256 | 129090 | DAVIS | WILLIAM | 4/13/2013 |
| 257 | 129091 | KIEL | WILLIAM | 4/13/2013 |
| 258 | 129093 | MARSHALL | WILSON | 4/13/2013 |
| 259 | 129094 | ALFRED | ZACHARY | 4/13/2013 |
| 260 | 129095 | HARMON | ZURI | 4/13/2013 |
| 261 | 129498 | STITH | CHARLOTTE | 4/16/2013 |
| 262 | 129500 | PROVOST | ROBERT L | 4/16/2013 |
| 263 | 129501 | SWAN | DANIEL | 4/16/2013 |
| 264 | 129502 | STANSBURY | BRAD | 4/16/2013 |
| 265 | 129503 | TATE | THOMAS | 4/16/2013 |
| 266 | 129504 | VINCENT | WILLIE | 4/16/2013 |
| 267 | 129505 | WILLIAMS | ANDERSON | 4/16/2013 |
| 268 | 129506 | WILLIAMS | HERMAN | 4/16/2013 |
| 269 | 129507 | YANCY | TURNER | 4/16/2013 |
| 270 | 129509 | WYBLE | KENNETH | 4/16/2013 |
| 271 | 129510 | VITAL | KEN | 4/16/2013 |
| 272 | 129513 | WAGNER | ROBERT | 4/16/2013 |
| 273 | 129515 | WASHINGTON | CLYDE | 4/16/2013 |
| 274 | 129518 | WALKER | KERRY | 4/16/2013 |
| 275 | 129520 | WELCH | CORTNEY | 4/16/2013 |
| 276 | 129521 | THOMPSON | RAY | 4/16/2013 |
| 277 | 129523 | WILSON | CARROLL | 4/16/2013 |
| 278 | 129525 | VERRET | SHENADA | 4/16/2013 |
| 279 | 129527 | ROBERTSON | POMONA | 4/16/2013 |
| 280 | 129529 | SELLERS | LOUMIS | 4/16/2013 |
| 281 | 129531 | SAM | DEMETRIUS | 4/16/2013 |
| 282 | 129532 | WILKINS | KEVIN | 4/16/2013 |
| 283 | 129533 | WHITE | AARON | 4/16/2013 |
| 284 | 129535 | WEBER | LUNEISHA | 4/16/2013 |
| 285 | 129538 | SMITH | DAVID | 4/16/2013 |
| 286 | 129539 | SMITH | WARREN | 4/16/2013 |
| 287 | 129541 | BLANCHARD | DARION | 4/16/2013 |
| 288 | 129542 | GRIMM | MOSES | 4/16/2013 |
| 289 | 129544 | SANDERS | BURNEY | 4/16/2013 |
| 290 | 129545 | GUILBEAU | ERNEST | 4/16/2013 |
| 291 | 129547 | ALFRED, JR | RUDY | 4/16/2013 |
| 292 | 129549 | SYLTON | FRANCIS | 4/16/2013 |
| 293 | 129552 | TARDY | CORNELL | 4/16/2013 |
| 294 | 129562 | TRACY | JOSHUA | 4/16/2013 |
| 295 | 129564 | THIBODEAUX | RONALD | 4/16/2013 |
| 296 | 129568 | SMITH | JAMES | 4/16/2013 |
| 297 | 129570 | TRUNDY | JEFF | 4/16/2013 |
| 298 | 129607 | VIATOR | ALLEN | 4/16/2013 |
| 299 | 129610 | SMITH | JOSHUA E | 4/16/2013 |
| 300 | 129613 | SMITH | CATHENE | 4/16/2013 |
| 301 | 129617 | SMITH | JEREMY | 4/16/2013 |
| 302 | 129620 | SMITH | CATHENE | 4/16/2013 |
| 303 | 129623 | SMTIH | JEREMY | 4/16/2013 |
| 304 | 129625 | SMITH | DARREN | 4/16/2013 |
| 305 | 129626 | SONNIER | CHAD | 4/16/2013 |
| 306 | 129634 | SMITH | JOHNELL | 4/16/2013 |

# EXHIBIT "A"

| # | ID | Last Name | First Name | Date |
|---|---|---|---|---|
| 307 | 129636 | SONNIER | GREGORY | 4/16/2013 |
| 308 | 129638 | SIMON | JAMARCUS | 4/16/2013 |
| 309 | 129641 | SIMON | WANDA | 4/16/2013 |
| 310 | 129643 | STEEL | COREY | 4/16/2013 |
| 311 | 129646 | STEWART | ERIC | 4/16/2013 |
| 312 | 129649 | RICHARDSON | CARL | 4/16/2013 |
| 313 | 129652 | RICHARD | JANAY | 4/16/2013 |
| 314 | 129653 | RODRIGUEZ | ALLEN | 4/16/2013 |
| 315 | 129656 | RICHARD, SR | KENDRICK W | 4/16/2013 |
| 316 | 129697 | ROBERTSON | JAYNATHAN | 4/16/2013 |
| 317 | 129699 | ROBINSON | LANDON | 4/16/2013 |
| 318 | 129702 | ROBERTSON | MICHAEL | 4/16/2013 |
| 319 | 129703 | RUDOLPH | SHALONDA | 4/16/2013 |
| 320 | 129708 | RICHARD | BRANDON | 4/16/2013 |
| 321 | 129709 | SHEPARD-DABNEY | JADE | 4/16/2013 |
| 322 | 129710 | SIMS | COLLETTE | 4/16/2013 |
| 323 | 129711 | SMITH | KEVIN | 4/16/2013 |
| 324 | 129713 | SINGLETON | JOHNATHAN | 4/16/2013 |
| 325 | 129714 | SILAS | DEBORAH | 4/16/2013 |
| 326 | 129717 | SKINNER | SHERYL | 4/16/2013 |
| 327 | 129719 | SPEARS | BRUCE | 4/16/2013 |
| 328 | 129721 | ROBINSON | MEOSHIA | 4/16/2013 |
| 329 | 129722 | SMITH | KAREN W | 4/16/2013 |
| 330 | 129724 | SUDDS & ASSOCIATES INSURANCE | | 4/16/2013 |
| 331 | 129725 | PROFILES FINANCIAL ENTERPRISE | | 4/16/2013 |
| 332 | 129726 | SUTTON | HENRY | 4/16/2013 |
| 333 | 129727 | STINER | STEPHANIE | 4/16/2013 |
| 334 | 129729 | TYLER | SHREA W | 4/16/2013 |
| 335 | 129730 | TAYLOR | DIEDRA | 4/16/2013 |
| 336 | 129731 | THOMAS | KIARA E | 4/16/2013 |
| 337 | 129732 | THOMAS | HENRY | 4/16/2013 |
| 338 | 129733 | TAYLOR | CHRISTINE | 4/16/2013 |
| 339 | 129734 | THOMAS | PATSY M | 4/16/2013 |
| 340 | 129735 | TAYLOR | ANTHONY | 4/16/2013 |
| 341 | 129737 | TAYLOR | DEBORAH Z | 4/16/2013 |
| 342 | 129738 | THIBODEAUX | CHASE | 4/16/2013 |
| 343 | 129739 | TAYLOR | AVIE | 4/16/2013 |
| 344 | 129740 | THOMAS | KATRINA D | 4/16/2013 |
| 345 | 129741 | THOMPSON | MELONIE | 4/16/2013 |
| 346 | 129742 | VILLA | LENIS | 4/16/2013 |
| 347 | 129743 | VEAZIE | MICHAEL | 4/16/2013 |
| 348 | 129745 | VERDUN | DEVON | 4/16/2013 |
| 349 | 129746 | WAXLER | ALCIDIE S | 4/16/2013 |
| 350 | 129748 | VALTEAU | FALLEN | 4/16/2013 |
| 351 | 129750 | WHITE | EULA M | 4/16/2013 |
| 352 | 129751 | WESTLEY | RYAN A | 4/16/2013 |
| 353 | 129762 | WELCH | DELLA R | 4/16/2013 |
| 354 | 129765 | WILLIAMS | MICHELLE | 4/16/2013 |
| 355 | 129766 | WILLIAMS | JOSHUA | 4/16/2013 |
| 356 | 129769 | WALKER, SR | TOMMY | 4/16/2013 |
| 357 | 129771 | WASHINGTON | ANTHONY | 4/16/2013 |
| 358 | 129773 | WATKINS | TYRONE | 4/16/2013 |

# EXHIBIT "A"

| | | | | |
|---|---|---|---|---|
| 359 | 129775 | WALKER, JR | TOMMY | 4/16/2013 |
| 360 | 129776 | WILLIAMS | EULIE | 4/16/2013 |
| 361 | 129777 | YARBER | COURTNEY | 4/16/2013 |
| 362 | 129778 | YOUMAN | SILVIA H | 4/16/2013 |
| 363 | 129780 | YOUNG | JOSEPH C | 4/16/2013 |
| 364 | 129782 | SKINNERS | BRENNAN | 4/16/2013 |
| 365 | 129835 | STEVENS | KEVIN | 4/16/2013 |
| 366 | 129839 | VALLIER | KEVIN | 4/16/2013 |
| 367 | 129842 | WASHINGTON | DARRICK | 4/16/2013 |
| 368 | 129845 | WESTON | KEISHA | 4/16/2013 |
| 369 | 129957 | CORMIER | KEITH | 4/16/2013 |
| 370 | 129958 | FELTON | ALFRED | 4/16/2013 |
| 371 | 129962 | LASALLE | NECOLE | 4/16/2013 |
| 372 | 129964 | RHINE | CHRISTINE | 4/16/2013 |
| 373 | 129966 | MAXIETY | ARNOLD | 4/16/2013 |
| 374 | 130009 | H&L INVESTMENT COMPANY | | 4/17/2013 |
| 375 | 130011 | WILLIAMS | ANDREW | 4/17/2013 |
| 376 | 130014 | PHILLIPS | DEON | 4/17/2013 |
| 377 | 130612 | REDMOND | LARRY | 4/17/2013 |
| 378 | 131555 | PORTER PROPERTY & DEVELOP | | 4/18/2013 |
| 379 | 131558 | WILSON | BRADON | 4/18/2013 |
| 380 | 131559 | WASHINGTON | PERRY | 4/18/2013 |
| 381 | 131563 | ACKER | DEBRA | 4/18/2013 |
| 382 | 131568 | ANTOINE | COREY | 4/18/2013 |
| 383 | 131919 | JOHNSON | COLBY | 4/19/2013 |
| 384 | 131922 | BRILEY | KASIE | 4/19/2013 |
| 385 | 131927 | BRANCH | LASHONA | 4/19/2013 |
| 386 | 131930 | BOREL | BRENDA | 4/19/2013 |
| 387 | 132088 | BOWEY | NORMA | 4/19/2013 |