UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL-SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J: MAG. 1 |
| This Document Relates To: | JUDGE BARBIER |
| In Re: 10-9999 Short-Form Joinder | MAG. JUDGE SHUSHAN |

### *EX PARTE* MOTION FOR LEAVE TO FILE SHORT FORM JOINDER BEYOND SEPTEMBER 16, 2011 MONITION DATE

**NOW INTO COURT,** through undersigned counsel, comes CAMERON PARISH POLICE JURY, which has filed its Short Form Joinder in Civil Action No. 10-9999 (the "Claimant"), individually and on behalf of the related "Cameron entities" identified therein. Undersigned counsel respectfully requests leave to file Claimant's Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice,

and/or Operators of the *MODU Deepwater Horizon*, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").[1]

In support of its motion, the Claimant declares as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding, which was extended to September 16, 2011.

2. Upon review of Deepwater Horizon Settlement documentation, Claimants have viable claims against the defendants.

3. No prejudice will result from the acceptance of the Short Form Joinder filed after September 16, 2011. Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

4. The Transocean Limitation Proceeding is pending and undetermined.

5. Some seventy-two (72) local government entities have filed Short Form Joinders since the monition deadline, sixty (60) of which were filed in 2013 alone.

---

[1] To the extent that Claimant will settle its claims against BP and related entities, its Short Form Joinder shall be construed to relate only to those defendants and/or claims *not* released under its settlement agreement.

For these reasons, the Claimant respectfully moves this Honorable Court for an Order granting this Motion for Leave to File Short Form Joinder and that this Court deem that said Short Form Joinder is timely filed in the Transocean Limitation Proceeding.

Respectfully submitted,

**MARTZELL & BICKFORD, A.P.C.**

/s/ Scott R. Bickford
**SCOTT R. BICKFORD T. A., (#1165)**
**SPENCER R. DOODY (#27793)**
**LAWRENCE J. CENTOLA III (#27402)**
338 Lafayette Street
New Orleans, LA  70130
504/581-9065 (Telephone)
504/581-7635 (Fax)
usdcedla@mbfirm.com

and

**HOFFOSS DEVALL, LLC**
**CLAUDE P. DEVALL (#29148)**
3205 Ryan Street
Lake Charles, LA 70601
337-433-2053
337-433-2055 fax
tclaudedevall@yahoo.com

Of Counsel, Cameron Parish Police Jury

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 19, 2013, I filed and served the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

/s/ Scott R. Bickford
SCOTT R. BICKFORD

G:\Clients\CAMERON PARISH POLICE JURY\Pleadings\Motion to File Short Form Joinder.wpd