# EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Cameron Parish Police Jury and related entities | 4/19/13 | 359 |

G:\Clients\CAMERON PARISH POLICE JURY\Pleadings\Motion to File Short Form Joinder Exhibit A.wpd