UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

Claimants as set forth and identified in Exhibit "A" ("Claimants") to this Motion, move this Court for acceptance of their short form joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

**I.**

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants have (1) at all times prior to their respective short form filings attempted to resolve their respective claims exclusively by and through submissions made to the Gulf Coast Claims Facility and/or Court Supervised Settlement Program have therefore abstained from seeking relief through the Court or (2) contacted counsel after September 16,

2011, seeking assistance in filing claims for injuries and/or damages which occurred as a result of the Deepwater Horizon explosion and subsequent oil spill and were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not file and answer and claim in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A".

5. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

6. As set out in further detail in Claimants' Memorandum in Support of this Motion, Claimants respectfully request that the Court grant their Motion and deem Claimants' respective short form joinders as timely filed in the limitation action.

**DATED: April 19, 2013**

Respectfully Submitted,

/s/  *Noah M. Wexler*
Noah M. Wexler
Texas Bar No:  24060816
Arnold & Itkin LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
713.222.3800 Phone
713.222.3850 Fax

**ATTORNEY FOR CLAIMANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on April 19, 2013.

                                                   /s/  Noah M. Wexler
                                                   Noah M. Wexler