# **EXHIBIT "A"**

| Name | Date of Filing | Short Form Document # |
|---|---|---|
| Smith, Robert | 4/13/2013 | 129015 |
| Woods, Winstun | 4/13/2013 | 129020 |
| Benoit, Corey D. | 4/13/2013 | 129023 |
| Clark, Michael D. | 4/13/2013 | 129027 |
| Martin, Bucky J. | 4/13/2013 | 129035 |
| Taylor, William J. | 4/13/2013 | 129037 |
| Weems, Richard A. | 4/13/2013 | 129040 |
| Bonner, David W. | 4/13/2013 | 129043 |
| Thompson, Chancey | 4/13/2013 | 129044 |
| Pearce, Pete | 4/13/2013 | 129056 |
| Aultman, Aaron K. | 4/13/2013 | 129061 |
| Prine, Thomas M. | 4/13/2013 | 129065 |
| Gatlin, Danny | 4/13/2013 | 129072 |
| Williams, Jason | 4/13/2013 | 129080 |
| Bujan, Gary | 4/13/2013 | 129096 |
| Dukes, Kenny | 4/13/2013 | 129097 |
| Sims, Reginald | 4/13/2013 | 129099 |
| Herrera-Sanchez, Teodulo | 4/13/2013 | 129111 |
| Paz, Francisco | 4/13/2013 | 129112 |
| Aguilar, Felix Cedillo | 4/13/2013 | 129113 |
| Diaz, Antonio David | 4/13/2013 | 129114 |
| Esteban, Raciel | 4/13/2013 | 129115 |
| Flores, Armando | 4/13/2013 | 129116 |
| Flores, Elidio | 4/13/2013 | 129117 |
| Guajardo, Julio | 4/13/2013 | 129118 |
| Guajardo, Jeffrey | 4/13/2013 | 129119 |
| Linarte, Luis R. | 4/13/2013 | 129120 |
| Moreno, Raul Blanco | 4/13/2013 | 129121 |
| Vasquez, Manuel | 4/13/2013 | 129123 |
| Mendoza, German | 4/13/2013 | 129124 |
| Ramos, Ray Reyes | 4/13/2013 | 129126 |
| Torres, Thomas | 4/13/2013 | 129127 |
| Zapata, Edgar A. | 4/13/2013 | 129128 |

| | | |
|---|---|---|
| Castillo, Joaquin Martinez | 4/13/2013 | 129130 |
| Ahumada, Jr., Benito Escobedo | 4/13/2013 | 129132 |
| Kathi's Crabs | 4/13/2013 | 129133 |
| Taylor, Keesha | 4/13/2013 | 129134 |
| Muniz, Gregorio | 4/13/2013 | 129135 |
| Olguin, Nicolas | 4/13/2013 | 129137 |
| Rodriguez, Juan Martin Sr. | 4/13/2013 | 129139 |
| Berryman, John | 4/13/2013 | 129140 |
| Hernandez, Ruben | 4/13/2013 | 129141 |
| McCorkle, Charles | 4/13/2013 | 129143 |
| McConnell, Mitchell | 4/13/2013 | 129144 |
| Cervantes, Jose G. | 4/13/2013 | 129146 |
| Bautista Corp. | 4/13/2013 | 129149 |
| Bea's Corp. | 4/13/2013 | 129150 |
| Dos Caballeros, Inc. | 4/13/2013 | 129152 |
| IBC, LGC | 4/13/2013 | 129153 |
| J & C Reds, Inc. | 4/13/2013 | 129155 |
| Linda Maria Trawlers, Inc. | 4/13/2013 | 129157 |
| Miro Trawlers, Inc. | 4/13/2013 | 129158 |
| Si Se Puede | 4/13/2013 | 129159 |
| Coop Marine Railways, LLC | 4/13/2013 | 129160 |
| Raul Garcia d/b/a Garcia Shrimp Co. | 4/13/2013 | 129162 |
| Reynaga, Inc. | 4/13/2013 | 129163 |
| Michalak, Glenn | 4/13/2013 | 129165 |
| Alpasito, Inc. | 4/13/2013 | 129166 |
| Powell, Gerald | 4/13/2013 | 129174 |
| AK Trawlers | 4/13/2013 | 129175 |
| Cerda, Jose | 4/13/2013 | 129176 |
| Chaney, Sr., John | 4/13/2013 | 129178 |
| Garcia, Ruben | 4/13/2013 | 129180 |
| Le, Huy | 4/13/2013 | 129182; 131008 |
| Lee, Willie | 4/13/2013 | 129183 |
| Lopez Palomar, Arnulfo | 4/13/2013 | 129184 |
| Mary Kalei Shrimp Co., Inc. | 4/13/2013 | 129186 |
| Nguyen, Ho Ngoc | 4/13/2013 | 129187 |
| Nguyen, Nho | 4/13/2013 | 129188 |
| Perez, Jose L. | 4/13/2013 | 129189 |
| Tapia, Nicolas Cardenas | 4/13/2013 | 129190 |
| Porto Jaibo, Inc. | 4/13/2013 | 129191 |

| | | |
|---|---|---|
| Linda Labin, Inc. | 4/13/2013 | 129192 |
| Hamblin, David Wayne | 4/13/2013 | 129193 |
| Longoria, Sr., Vincent | 4/13/2013 | 129194 |
| Independent Fish Company, Inc. | 4/15/2013 | 129268 |
| Rutherford, Michael | 4/15/2013 | 129270 |
| Williams, Jr., Thomas | 4/15/2013 | 129272 |
| Info Fax Investigations | 4/15/2013 | 129275 |
| Rodas, Deborah J. | 4/15/2013 | 129276 |
| Martinez, Olegario | 4/15/2013 | 129277 |
| Huffman Shopping Center, Inc. | 4/15/2013 | 129280 |
| Twin City Shrimp Co. | 4/15/2013 | 129282 |
| Quebedeaux, Joseph P. | 4/15/2013 | 129285 |
| Mayflower Seafood Resturaunt II, Inc. | 4/15/2013 | 129286 |
| Smiley, Alan | 4/15/2013 | 129288 |
| Rivas, Roberto | 4/15/2013 | 129290 |
| Jackson, Cardell | 4/15/2013 | 129292 |
| Bohn Holdings, LLC d/b/a Bohn Brothers Toyota | 4/15/2013 | 129296 |
| Bohn Holdings, LLC d/b/a Bohn Buick GMC | 4/15/2013 | 129297 |
| Bohn-FII, LLC d/b/a Don Bohn Ford | 4/15/2013 | 129298 |
| GPI AL-N, Inc. d/b/a Pat Peck Nissan Mobile | 4/15/2013 | 129300 |
| GPI MS-N, Inc. d/b/a Pat Peck Nissan Gulfport | 4/15/2013 | 129301 |
| GPI MS-SK, Inc. d/b/a Pat Peck Kia | 4/15/2013 | 129302 |
| Ventura Matus, Angel | 4/15/2013 | 129304 |
| Ortiz, Jose | 4/15/2013 | 129307 |
| Huff, William | 4/15/2013 | 129310 |
| Ellis, David D. | 4/15/2013 | 129312 |
| Kincade, Edward | 4/15/2013 | 129314 |
| Grinier, Ernest | 4/15/2013 | 129316 |
| Gutierrez, Eloy | 4/15/2013 | 129320 |
| Guzman Jr., Felix | 4/15/2013 | 129322 |
| Hernaez, Ben | 4/15/2013 | 129324 |
| Dixon, Ray O. | 4/15/2013 | 129328 |
| Bueno, Bernardo | 4/15/2013 | 129331 |
| Alas, Eduardo | 4/15/2013 | 129333 |
| Poc-Tal Trawlers, Inc. | 4/15/2013 | 129334 |
| RPock1, Inc. d/b/a MV Miss Barbara | 4/15/2013 | 129335 |
| Torres, Cecilio | 4/15/2013 | 129336 |
| Rodriguez, Jose Alberto | 4/15/2013 | 129337 |
| Moreno, Jesus G. | 4/15/2013 | 129338 |

| | | |
|---|---|---|
| Texgulmarco Company, Inc. | 4/15/2013 | 129339 |
| Zimco Marine, Inc. | 4/15/2013 | 129340 |
| Nuestra Cruz, LLC | 4/15/2013 | 129341 |
| Santa Monica, LLC | 4/15/2013 | 129342 |
| Dorado Cruz, LLC | 4/15/2013 | 129343 |
| Oceanica Cruz, LLC | 4/15/2013 | 129344 |
| Tercera Cruz, LLC | 4/15/2013 | 129345 |
| Fiesta Cruz, LLC | 4/15/2013 | 129346 |
| Plata Cruz, LLC | 4/15/2013 | 129347 |
| Ultima Cruz, LLC | 4/15/2013 | 129348 |
| Gloria Cruz, LLC | 4/15/2013 | 129350 |
| Queen Mary, LLC | 4/15/2013 | 129351 |
| Vera Cruz, LLC | 4/15/2013 | 129352 |
| Hermosa Cruz, LLC | 4/15/2013 | 129353 |
| Texas Gulf Trawling Co., LLC | 4/15/2013 | 129354 |
| Marine Railway, LLC | 4/15/2013 | 129355 |
| Arroya Cruz, LLC | 4/15/2013 | 129356 |
| Joya Cruz, LLC | 4/15/2013 | 129357 |
| Rubi Cruz, LLC | 4/15/2013 | 129358 |
| Blanca Cruz, LLC | 4/15/2013 | 129359 |
| Linda Cruz, LLC | 4/15/2013 | 129360 |
| Salina Cruz, LLC | 4/15/2013 | 129362 |
| Brava Cruz, LLC | 4/15/2013 | 129363 |
| Madera Cruz, LLC | 4/15/2013 | 129365 |
| Sante Fe Cruz, LLC | 4/15/2013 | 129366 |
| Carmelita, LLC | 4/15/2013 | 129367 |
| Quinta Cruz, LLC | 4/15/2013 | 129368 |
| Pearson, Thomas L. | 4/15/2013 | 129427 |
| Mike Romero Trucking, LLC | 4/15/2013 | 129428 |
| Shadowwolf, John | 4/15/2013 | 129429 |
| Belton, Brian | 4/15/2013 | 129431 |
| Overtime Sports Grill | 4/15/2013 | 129434 |
| Thibodeaux, Shannon | 4/15/2013 | 129436 |
| Sparacino, Maria | 4/15/2013 | 129438 |
| Maeroque, Leon | 4/15/2013 | 129439 |
| Get It Together | 4/15/2013 | 129441 |
| Shedrick, Daniel | 4/15/2013 | 129442 |
| Robert's Seafood Hot to Go Kitchen | 4/15/2013 | 129443 |
| Poppele, Andrew | 4/15/2013 | 129444 |

| | | |
|---|---|---|
| McDonald, Ralph | 4/15/2013 | 129445 |
| Harbor Vista Properties | 4/15/2013 | 129446 |
| J & J Custom Tile Installation, Inc. | 4/15/2013 | 129447 |
| Broussard, Margo | 4/15/2013 | 129448 |
| Cantor, Crystal | 4/15/2013 | 129449 |
| Evans, Jarrett | 4/15/2013 | 129450 |
| Bernard, Darren | 4/15/2013 | 129451 |
| Stuber, Julie | 4/15/2013 | 129452 |
| Spaulding, Joy | 4/15/2013 | 129453 |
| Butler, Kirk | 4/15/2013 | 129455 |
| Gibbs, Michele | 4/15/2013 | 129456 |
| Frye, Micheal | 4/15/2013 | 129457 |
| Uptown Antiques and Flea Market | 4/15/2013 | 129458 |
| TEM Holding Company, Inc. d/b/a Will Duett LTD | 4/15/2013 | 129459 |
| Force Group Leasure & Travel LLC | 4/15/2013 | 129460 |
| Mullen, Tavia | 4/15/2013 | 129461 |
| Bruce, Michael | 4/15/2013 | 129462 |
| Northeast Aquatic Design & Supply, Inc. | 4/15/2013 | 129466 |
| Sutherland, Mark | 4/15/2013 | 129467 |
| Bogden, Sandra | 4/15/2013 | 129469 |
| Calhoun, Kimberly | 4/15/2013 | 129470 |
| L & M MEK, Inc. | 4/15/2013 | 129472 |
| Castro, Jose E. | 4/15/2013 | 129477 |
| Ochoa, Marco A. | 4/15/2013 | 129478 |
| Groomer Seafood, Inc. | 4/15/2013 | 129479 |
| Lopez, Celestino | 4/15/2013 | 129480 |
| Lopez, Mario | 4/15/2013 | 129481 |
| Rey, Mariano Gonzalez | 4/15/2013 | 129482 |
| Corliss, Roger | 4/15/2013 | 129484 |
| Johnson, James | 4/15/2013 | 129485 |
| Beau Ridge LLC | 4/15/2013 | 129487 |
| Ives Realty, Inc. | 4/15/2013 | 129488 |
| DVPJ, LP d/b/a Café Bello | 4/15/2013 | 129489 |
| J3DE, LP d/b/a Ciao Bello | 4/16/2013 | 129591 |
| Timmons Restaurant Partners, Ltd. d/b/a | 4/16/2013 | 129594 |
| Eggert, Anthony | 4/16/2013 | 129599 |
| Peeples, William | 4/16/2013 | 129602 |
| Cantu, Jr., Carlos | 4/16/2013 | 129603 |
| H.Y. Cheng Corporation | 4/16/2013 | 129604 |

| | | |
|---|---|---|
| M.P. Cheng, LLC | 4/16/2013 | 129606 |
| V. A. Cheng, LLC | 4/16/2013 | 129608 |
| P.M. Cheng, LLC | 4/16/2013 | 129611 |
| Y.H. Cheng, LLC | 4/16/2013 | 129616 |
| Booth, Douglas | 4/16/2013 | 129627 |
| Two Chiefs Tile, LLC | 4/16/2013 | 129629 |
| Holtrey, George | 4/16/2013 | 129631 |
| C & J Bait, Inc. | 4/16/2013 | 129633 |
| Boudreaux Shrimp Company, Inc. | 4/16/2013 | 129637 |
| Linwood Trawlers, Inc. | 4/16/2013 | 129640 |
| L & O Trawlers, Inc. | 4/16/2013 | 129644 |
| Harrington Seafood Inc. | 4/16/2013 | 129647 |
| Maritime Marine Radio, Inc. | 4/16/2013 | 129651 |
| Catanese, William | 4/16/2013 | 129655 |
| Deepwater Structures, Inc. | 4/16/2013 | 129658 |
| Demps, Pamela | 4/16/2013 | 129659 |
| Gasca, Capt. Jose L. | 4/16/2013 | 129663 |
| Blanco, Rogelio | 4/16/2013 | 129666 |
| Jimenez, Hector | 4/16/2013 | 129668 |
| Van Burren Shrimp Co., Inc. | 4/16/2013 | 129671 |
| WBP Shrimp Producers Corporation | 4/16/2013 | 129676 |
| Escobedo, Jr., Gilberto | 4/16/2013 | 129681 |
| Cardiel, Ruben D. | 4/16/2013 | 129684 |
| The Shrimp Man | 4/16/2013 | 129686 |
| Caney Creek Marina | 4/16/2013 | 129689; 132251 |
| DG & RC Inc. | 4/16/2013 | 129862 |
| Lighthouse Fisheries, Inc. | 4/16/2013 | 129871 |
| M&S Reyes Investments, Inc. d/b/a Reyes Seafood Products | 4/16/2013 | 129882 |
| Lighthouse Docks, Inc. | 4/16/2013 | 129887 |
| Griggs, Jr., Odell | 4/16/2013 | 129891 |
| Strickland, Dana | 4/16/2013 | 129893 |
| Marvis, Capt. Craig | 4/16/2013 | 129895 |
| Villas At The Promenade, LLC | 4/16/2013 | 129896 |
| CRA Advocates, Inc. | 4/16/2013 | 129899 |
| Medrano, Francisco Coronado | 4/16/2013 | 129900 |
| Ladnier, Scottie | 4/16/2013 | 129904 |
| Sanchez, Frank | 4/16/2013 | 129905 |
| Louis, Dwayne | 4/16/2013 | 129906 |

| | | |
|---|---|---|
| Jackson, Gregory | 4/16/2013 | 129907 |
| Hubbard, John | 4/16/2013 | 129908 |
| Townsend, Robert | 4/16/2013 | 129909 |
| Sharp, Sr., Jimmy D. | 4/16/2013 | 129912 |
| Liprie, Anthony | 4/16/2013 | 129914 |
| Weisenger Hydro Seeding & Erosion Control Services | 4/16/2013 | 129916 |
| Quality Oilfield Services, LLC | 4/16/2013 | 129917 |
| Lee, John Ken | 4/16/2013 | 129919 |
| Ogles, Inc. | 4/16/2013 | 129920 |
| Lee, John V. | 4/16/2013 | 129921 |
| Stritchko, Capt. Kathleen | 4/16/2013 | 129922 |
| Southern Display Mirror Co. | 4/16/2013 | 129923 |
| Stevenson, Charles | 4/16/2013 | 129924 |
| Yates, Jr., John | 4/16/2013 | 129925 |
| New Life Cuisine | 4/16/2013 | 129927 |
| Voisine, Shawn | 4/16/2013 | 129928 |
| Smith, Robert | 4/16/2013 | 129930 |
| Pelser, Mark | 4/16/2013 | 129932 |
| Marshall, Byron | 4/16/2013 | 129933 |
| Johnston, Charles | 4/16/2013 | 129934 |
| Triplett, David | 4/16/2013 | 129936 |
| Johnson, David L. | 4/16/2013 | 129938 |
| Ross, Curtis | 4/16/2013 | 129939 |
| Schiano, III, Anthony M. | 4/16/2013 | 129945 |
| South Liberty Seafood | 4/16/2013 | 129947 |
| Simmons, Charles | 4/17/2013 | 129953 |
| Hinds & Kerschner Construction, LLC | 4/17/2013 | 129956 |
| Ramos, Hector | 4/17/2013 | 129959 |
| Valdez, Terry - Extreme Carpet Cleaning | 4/17/2013 | 129960 |
| Mighty B. Shrimp Co. | 4/17/2013 | 129961 |
| Miss Caroline, Inc. | 4/17/2013 | 129963 |
| Pittman, Jeremy | 4/17/2013 | 129965 |
| Guillot, Adam | 4/17/2013 | 129968 |
| Waller, John Michael | 4/17/2013 | 129970 |
| Zavaleta, Gustavo | 4/17/2013 | 129971 |
| Brooks, Timothy | 4/17/2013 | 130036 |
| Stovall, Teresia | 4/17/2013 | 130060 |
| Sandler, Bernard | 4/17/2013 | 130061 |
| Third Coast Sportfishing, Inc. | 4/17/2013 | 130062 |

| | | |
|---|---|---|
| Kidder, Mark | 4/17/2013 | 130064 |
| Berger, Merlin | 4/17/2013 | 130068 |
| GreenStar Corporation | 4/17/2013 | 130070 |
| Integrity Auto Solutions Inc. | 4/17/2013 | 130074 |
| Andelin, Daniel | 4/17/2013 | 130078 |
| Fontenette, Ira | 4/17/2013 | 130080 |
| Raymer, Greg | 4/17/2013 | 130081 |
| Yousef, Hashem | 4/17/2013 | 130083 |
| Day, Worth | 4/17/2013 | 130086 |
| Brown, Michael | 4/17/2013 | 130089 |
| Baker, Thomas | 4/17/2013 | 130094 |
| Response Emergency Training Consultants | 4/17/2013 | 130102 |
| Goodman, Monroe | 4/17/2013 | 130105 |
| DeRoche, Reed | 4/17/2013 | 130107 |
| K-Broughton Trucking | 4/17/2013 | 130108 |
| Hooker, Terry | 4/17/2013 | 130110 |
| May, Robert P. | 4/17/2013 | 130112 |
| Lilley, John | 4/17/2013 | 130116 |
| Ezekiel Bread, LLC | 4/17/2013 | 130118 |
| Cook, Jesse | 4/17/2013 | 130122 |
| Joe Rugs Water Adventures | 4/17/2013 | 130127 |
| Mainus, Dianna | 4/17/2013 | 130131 |
| Mullis, John | 4/17/2013 | 130136 |
| Ginny's | 4/17/2013 | 130147 |
| Sanders, Darlyn | 4/17/2013 | 130150 |
| McDaniel, Niki | 4/17/2013 | 130151 |
| Coastwide Construction | 4/17/2013 | 130152 |
| Senkyrik, Frank | 4/17/2013 | 130153 |
| Bullock, Jerry D. | 4/17/2013 | 130154 |
| Sushi VIP Room, Inc. | 4/17/2013 | 130156 |
| Pierre, John | 4/17/2013 | 130157 |
| Willie Joe's Seafood Restaurant | 4/17/2013 | 130158 |
| Connally, Charles | 4/17/2013 | 130159 |
| Brannen, Larry | 4/17/2013 | 130161 |
| Arcadia Seafood, Inc. | 4/17/2013 | 130163 |
| Simpson, Billy | 4/17/2013 | 130164 |
| Jones, Alfred B. | 4/17/2013 | 130165 |
| Robinson, Wilbert | 4/17/2013 | 130166 |
| Haan, Darryl | 4/17/2013 | 130168 |

| | | |
|---|---|---|
| Jones, Edward | 4/17/2013 | 130170 |
| Conway, Leo | 4/17/2013 | 130171 |
| Cain, Sr., Demetrius | 4/17/2013 | 130172 |
| Godfrey, Roger J. | 4/17/2013 | 130173 |
| Morrissette, Alvin | 4/17/2013 | 130177 |
| Black Gold Exploration, LLC | 4/17/2013 | 130178 |
| Campbell, Jimmy Ray | 4/17/2013 | 130180 |
| MC3 Media Group, Inc. | 4/17/2013 | 130182 |
| Liaskonis, Cathy N. | 4/17/2013 | 130183 |
| Ray, Stephen | 4/17/2013 | 130184 |
| Zoupoya, Koffi | 4/17/2013 | 130186 |
| Happy Hooker Charters | 4/17/2013 | 130188 |
| Nelson, Leonard | 4/17/2013 | 130190 |
| Myers, Trevor | 4/17/2013 | 130191 |
| Moxey, Nicole | 4/17/2013 | 130193 |
| Carmouche, Darbie | 4/17/2013 | 130197 |
| Field, Marlon | 4/17/2013 | 130200 |
| Mendoza, Mannie | 4/17/2013 | 130202 |
| Fabre Engineering, Inc. | 4/17/2013 | 130205 |
| Hayes, Michael | 4/17/2013 | 130208 |
| Calcam Services, LLC | 4/17/2013 | 130210 |
| Kaliviotis, Penelope | 4/17/2013 | 130213 |
| David Raves, Inc. d/b/a Turbochargers.com | 4/17/2013 | 130246 |
| Carr, David | 4/17/2013 | 130249 |
| Boyd, Mark C. | 4/17/2013 | 130252 |
| Crumpton, Jr., Raymond L. | 4/17/2013 | 130256 |
| Guidry, Craig | 4/17/2013 | 130258 |
| Aymond, Pamela | 4/17/2013 | 130261 |
| Heath, Kristopher | 4/17/2013 | 130265 |
| Beck, Derry | 4/17/2013 | 130267 |
| Donoso Enterprises | 4/17/2013 | 130268 |
| BaitMe Fishing Charters | 4/17/2013 | 130269 |
| Howard, Thomas J. | 4/17/2013 | 130271 |
| Bonnet, Gregory | 4/17/2013 | 130275 |
| Beaux Hawg Barbeque and Catering, LLC | 4/17/2013 | 130278 |
| Geaux Deep Charters | 4/17/2013 | 130280 |
| Browne, Nicholai | 4/17/2013 | 130283 |
| Dunn, Michelle | 4/17/2013 | 130286 |
| Donald Bell Wedling Services | 4/17/2013 | 130289 |

| | | |
|---|---|---|
| Abrego Sandblast & Paint Company | 4/17/2013 | 130292 |
| Hernandez Diesel Service | 4/17/2013 | 130294 |
| Garza, Michael | 4/17/2013 | 130297 |
| Booty, Angela | 4/17/2013 | 130300 |
| Ruben Rosas Welding Services | 4/17/2013 | 130305 |
| Field, Januata L. | 4/17/2013 | 130307 |
| Garraway, Vibert | 4/17/2013 | 130309 |
| Building Supply House | 4/17/2013 | 130311 |
| Captain Marks Seafood Market | 4/17/2013 | 130313 |
| Jani-King of New Orleans | 4/17/2013 | 130316 |
| GPI-H, Inc. d/b/a Pat Peck Honda | 4/17/2013 | 130318 |
| Group 1 FL Holdings, Inc. d/b/a World Ford Pensecola | 4/17/2013 | 130320 |
| Rapid Roofing, Inc. | 4/17/2013 | 130322 |
| Cuevas, Brett D. | 4/17/2013 | 130324 |
| Nickisher, Jay | 4/17/2013 | 130326 |
| Capt. Wally Marine | 4/17/2013 | 130328 |
| Knight, Henry Jay | 4/17/2013 | 130331 |
| Daigle, Gabriel Arthur | 4/17/2013 | 130332 |
| Owensby, Brian | 4/17/2013 | 130334 |
| Hernandez, Erensto | 4/17/2013 | 130418 |
| Perkins, Isom | 4/17/2013 | 130419 |
| Sanders, Darlyn | 4/16/2013 | 129910; 129954 |
| Englund's Deli | 4/17/2013 | 130654 |
| Contero, Jorge | 4/17/2013 | 130664 |
| Bryan, Scott | 4/17/2013 | 130670 |
| Garcia, Raul | 4/17/2013 | 130677 |
| Danton's Gulf Coast Seafood Kitchen | 4/17/2013 | 130691 |
| Heartland Catfish, Inc. | 4/17/2013 | 130712 |
| Tackett Fish Farms | 4/17/2013 | 130713 |
| Live Oaks Planting Company | 4/17/2013 | 130714 |
| Levinson, William | 4/17/2013 | 130736 |
| Yates, Michael | 4/17/2013 | 130739 |
| Duff, Billy | 04/18/2013 | 130915 |
| Eubanks, David | 04/18/2013 | 130956 |
| Gatlin, Danny | 04/18/2013 | 130960 |
| Cedillo, Felix | 04/18/2013 | 130964 |
| Flores, Armando | 04/18/2013 | 130968 |
| Porto Jaibo, Inc. | 04/18/2013 | 131000 |
| Jackson, Cardell | 04/18/2013 | 131036 |

| | | |
|---|---|---|
| Grey Goose Services, Inc. | 04/18/2013 | 131048 |
| Duff, Mary | 04/19/2013 | 132226 |
| Kehoe, Casey | 04/19/2013 | 132250 |
| Rodriguez, Juan M. Jr. | 04/19/2013 | 132261 |
| Gutierrez, Modesto Jr. | 04/19/2013 | 132266 |