| CLAIMANTS NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Camden Court Development, LLC | 4-12-13 | 128742 |
| Robert Johnson | 4-12-13 | 128745 |
| Holiday Inn Resorts | 4-12-13 | 128747 |
| S. Trout, Inc. | 4-12-13 | 128748 |
| Schloegel Steamer | 4-12-13 | 128749 |
| Seainn, LLC | 4-12-13 | 128756 |
| Howard Stabler | 4-12-13 | 128750 |
| Stuart Company | 4-12-13 | 128751 |
| Stephanie Trombley | 4-12-13 | 128753 |
| Carlton Williams | 4-12-13 | 128754 |
| Bay Point Yacht Brokerage | 4-12-13 | 130056 |

**EXHIBIT "A"**