UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, On April 20, 2010 | ) ) ) ) ) | MDL NO. 2179 |
| This Document Relates To: IN RE; 10-8888 Short-Form Joinders | ) ) ) ) ) | SECTION J: MAG. 1 JUDGE BARBIER MAG. JUDGE SHUSHAN |

**EXHIBIT A**

1. Morgan Brothers Millwork and Supply Company     Document No. 132541
2. Southern Fastener, LLC     Document No. 132560
3. McIlwain Construction, Inc.     Document No. 132569
4. Consolidated Electrical Contractors, Inc.     Document No. 132577