UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, On April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| This Document Relates To: | ) ) ) | SECTION J: MAG. 1 JUDGE BARBIER |
| IN RE; 10-8888 Short-Form Joinders | ) ) | MAG. JUDGE SHUSHAN |

## EXHIBIT A

1. Morgan Brothers Millwork and Supply Company	Document No. 132541
2. Southern Fastener, LLC	Document No. 132560
3. McIlwain Construction, Inc.	Document No. 132569
4. Consolidated Electrical Contractors, Inc.	Document No. 132577