UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL-SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J: MAG. 1 |
| This Document Relates To: | JUDGE BARBIER |
| In Re: 10-9999 Short-Form Joinder | MAG. JUDGE SHUSHAN |

### ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Short Form Joinder Beyond September 16, 2011 Monition Date filed by the Cameron Parish School Board:

IT IS ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the Short Form Joinder filed by Cameron Parish School Board shall be deemed timely and filed in the Transocean Limitation Proceeding (Civil Action No. 10-2771).

New Orleans, Louisiana this ___ day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE