**EXHIBIT A**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Cameron Parish School Board | 4/19/13 | Rec. Doc. 360 |