UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELACROIX CORPORATION | * | CIVIL ACTION NO. 2:11cv01317 |
| VERSUS | * | c/w MDL 2179 |
| BP PRODUCTS NORTH AMERICA, INC., BP AMERICAN, INC., THE | * | JUDGE BARBIER |
| GOVERNOR'S OFFICE OF COASTAL ACTIVITIES OF THE STATE OF | * | MAGISTRATE JUDGE SHUSHAN |
| LOUISIANA, THE OFFICE OF COASTAL PROTECTION AND | * | |
| RESTORATION OF THE STATE OF LOUISIANA, THE DEPARTMENT OF | * | |
| NATURAL RESOURCES OF THE STATE OF LOUISIANA, AND THE | * | |
| PARISH OF PLAQUEMINES | * | |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD AND REQUEST FOR NOTICE

**NOW INTO COURT** comes Plaintiff Delacroix Corporation, who moves this Honorable Court for an Order enrolling Robert E. Couhig, Jr., Lisa L. Maher, and Jonathan P. Lemann of the law firm of Couhig Partners, L.L.C., 3250 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163, as additional counsel of record to represent its interests in this matter.  Delacroix further requests that Robert E. Couhig, Jr., Lisa L. Maher, and Jonathan P. Lemann be added to the Court's e-filing notification system.

Respectfully submitted:

/s/ Melinda Benge Brown
MELINDA BENGE BROWN (#26220)
DONNA M. BORRELLO (#16817)
LAURIN M. JACOBSEN (#32164)

206 Decatur Street
New Orleans, Louisiana 70130
Telephone: (504) 595-6191
Facsimile: (504) 595-6192
Email: mbbrown@delacorixcorp.com

AND

/s/ Robert E. Couhig, Jr.
Robert E. Couhig, Jr. (#4439)
Lisa L. Maher (#21326)
Jonathan P. Lemann (# 26830)

Couhig Partners, L.L.C.
3250 Energy Centre • 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 588-1288
Facsimile: (504) 588-9750
Email: couhigre@couhigpartners.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all counsel of record through this Court's electronic case filing system and through Lexis Nexis File and Serve on this 19th day of April 2013.

/s/ Robert E. Couhig, Jr.
Robert E. Couhig, Jr.