UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELACROIX CORPORATION | * | CIVIL ACTION NO. 2:11cv01317 |
| VERSUS | * | c/w MDL 2179 |
| BP PRODUCTS NORTH AMERICA, INC., BP AMERICAN, INC., THE | * | JUDGE BARBIER |
| GOVERNOR'S OFFICE OF COASTAL ACTIVITIES OF THE STATE OF | * | MAGISTRATE JUDGE SHUSHAN |
| LOUISIANA, THE OFFICE OF COASTAL PROTECTION AND | * | |
| RESTORATION OF THE STATE OF LOUISIANA, THE DEPARTMENT OF | * | |
| NATURAL RESOURCES OF THE STATE OF LOUISIANA, AND THE | * | |
| PARISH OF PLAQUEMINES | * | |

## **ORDER**

In consideration of Delacroix Corporation's Ex Parte Motion to Enroll Additional Counsel of Record and Request for Notice;

IT IS ORDERED that Robert E. Couhig, Jr., Lisa L. Maher, and Jonathan P. Lemann of the law firm of Couhig Partners, L.L.C. are enrolled as additional counsel of record on behalf of Delacroix Corporation in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____ 2013.

_____
DISTRICT JUDGE