UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELACROIX CORPORATION | * | CIVIL ACTION NO. 2:11cv01317 |
| VERSUS | * | c/w MDL 2179 |
| BP PRODUCTS NORTH AMERICA, INC., BP AMERICAN, INC., THE GOVERNOR'S OFFICE OF COASTAL ACTIVITIES OF THE STATE OF LOUISIANA, THE OFFICE OF COASTAL PROTECTION AND RESTORATION OF THE STATE OF LOUISIANA, THE DEPARTMENT OF NATURAL RESOURCES OF THE STATE OF LOUISIANA, AND THE PARISH OF PLAQUEMINES | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

**IN CONSIDERATION OF** the foregoing Motion for Leave to File Delacroix Corporation's First Supplemental and Amended Complaint;

**IT IS HEREBY ORDERED** that Delacroix Corporation's Motion for Leave be and is hereby **GRANTED**, and that Delacroix Corporation's First Supplemental and Amended Complaint be and is hereby filed into the record of this Court.

New Orleans, Louisiana, this _____ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE