UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | | MDL No. 2179 |
| "DEEPWATER HORIZON" in the ) | | |
| GULF OF MEXICO, on APRIL 20, 2010 ) | | Section J; Mag. 1 |
| ) | | |
| This Document Relates to: ) | | Judge Barbier |
| In re: 10-8888 and 10-9999 ) | | |
| Short Form Joinders ) | | Mag. Judge Shushan |

**MOTION FOR ACCEPTANCE OF LIMITATION SHORT
FORM JOINDER FILED BEYOND THE
SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come various claimants (hereinafter "Claimants" whose lists are attached herein and identified as Exhibit A, Exhibit B, and Exhibit C,), who move this Honorable Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

1

3. Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders for these various claimants, a list of which is attached hereto and identified as Exhibit A, Exhibit B and Exhibit C.  No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

For these reasons, Movant respectfully requests that the Court grant Movant's Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX           :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Claimants

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2013, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

s/Ronnie G. Penton
Ronnie G. Penton
