# BP Environmental Litigation
# <u>Exhibit A</u>

| Name | Date Filed | Document Number |
|---|---|---|
| Kaufman, Englett & Lynd, P.A. | 4/2/13 | 127658 |
| Tampa Bay Inpatient Medicine a/k/a Tampa Bay Hospitalists | 4/2/13 | 127662 |
| Terri Anderson, LLC fka Minnifer, Inc. | 4/1/13 | 127125 |
| Total Health & Fitness, Inc. | 4/2/13 | 127670 |
| Total Health & Wellness I | 4/2/13 | 127667 |
| Total Health & Wellness II | 4/2/13 | 127669 |

1

# BP Environmental Litigation
## Exhibit B

| Name | Date Filed | Document Number |
|---|---|---|
| Bolton, Charles     d/b/a Sky & Ski Corp. | 3-8-13 | 123820 |
| Quinn, Charles | 4/4/13 | 128179 |

# BP Environmental Litigation
## Exhibit C

| Name | Date Filed | Document Number |
|---|---|---|
| Taylor, Deney | 4/4/13 | 128252 |