UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION "J" (1) |
| THIS DOCUMENT APPLIES TO: *ALL CASES & 2:10-CV-02771* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S PHASE TWO EXHIBIT OBJECTIONS
SECOND INSTALLMENT**

**NOW INTO COURT** come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. (collectively "Transocean"), and, pursuant to the Court's Orders of November 14, 2012 (Rec. Doc. 7888), and April 16, 2013 (Rec. Doc. 9334), respectfully submit the following Phase Two Exhibit Objections – Second Installment for Phase Two of the Limitation of Liability Trial. Transocean raises the following general objections and sets forth specific objections in the attached Exhibit A:

1) Transocean reserves the right to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

2) Transocean reserves the right to object at trial to all photographic, demonstrative and/or physical exhibits.

3) Transocean objects to the introduction and/or use of any exhibit solely related to Phase One issues that appears for the first time on any party's Phase Two exhibit list.

4) Transocean objects pursuant to 46 U.S.C. § 6308 to the introduction and/or use of all exhibits related to the Marine Board Investigation.

5) Transocean objects pursuant to 42 U.S.C. § 7412 to the introduction and/or use of all exhibits related to any U.S. Chemical Safety Board investigation and/or report.

6) Transocean objects to the introduction and/or use of all governmental reports, including all testimony, attachments, figures, pictures, and documents thereto.

7) Transocean objects to the introduction and/or use of all exhibits that set forth full or partial deposition testimony, page-line deposition designations, or deposition narrative summaries.

8) Transocean objects to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto. Transocean specifically does not object to the introduction and/or use of the DNV report, including all attachments, figures, pictures, and other documents related thereto, given its status as a court-authorized investigation.

9) Transocean objects to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein.

10) Transocean objects to the introduction and/or use of all exhibits that are substantially similar or a complete or partial duplicate of exhibits that Transocean has specifically objected to.

11) Because Phase II discovery is ongoing, Transocean reserves the right to supplement this list with objections to deposition testimony or other exhibits that may be identified by the parties at a later date.

12) By objecting to certain exhibits, Transocean does not waive the right to introduce such exhibits at trial.  For example, Transocean has included certain exhibits on its Phase II Exhibit List that are hearsay if introduced by another party, but may be admissible as party admissions if offered against that party.

13) To the extent Transocean objects to a specific exhibit, Transocean also objects to all subsections of that exhibit.

14) To the extent Transocean objects to a specific exhibit, Transocean also objects to any "cured" versions of that exhibit.

15) Transocean cannot locate several exhibits or parts of exhibits identified in the parties' exhibit lists.  These documents are identified specifically in Exhibit A.  Based on the descriptions provided by the respective parties, Transocean is not currently objecting to each of these entries' inclusion on various exhibit lists.  However, Transocean reserves the right to object to these exhibits later if they contain material subject to an objection that is not apparent from the description the parties provided.

Respectfully submitted this 19th day of April, 2013.

DATED: April 19, 2013                               Respectfully submitted,

By:  /s/ Brad D. Brian                              By: /s/ Steven L. Roberts
Brad D. Brian                                       Steven L. Roberts
Michael R. Doyen                                    Rachel Giesber Clingman
Luis Li                                             Sean D. Jordan
Grant Davis-Denny                                   SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                           1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor                  Houston, Texas 77002
Los Angeles, CA 90071                               Tel:  (713) 470-6100
Tel: (213) 683-9100                                 Fax:  (713) 354-1301
Fax: (213) 683-5180                                 Email: steven.roberts@sutherland.com,
Email: brad.brian@mto.com                                      rachel.clingman@sutherland.com

3

<div style="columns:2">

michael.doyen@mto.com
luis.li@mto.com
grant.davis-denny@mto.com

By:  /s/ Edwin G. Preis
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
  *and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

sean.jordan@sutherland.com

By:  /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel:  (504) 599-8194
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

</div>

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of April, 2013, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Kerry J. Miller