UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| *All Cases and 2:10-CV-09999-CJB-SS* _____ / | MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come the Parish of Jefferson of the State of Louisiana, its municipalities, political subdivisions and service districts, and all other entities identified individually and listed in Exhibit "A" ("Claimants"), who move this Court for acceptance of their late filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimants were unaware of the Court's deadline, or had not yet fully realized their damages and did not timely file a Short Form Joinder in the Transocean limitation action.

5. No prejudice will result from the acceptance of the late filed Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For the foregoing reasons, Claimants respectfully requests that the Court grant the Motion for Acceptance of Short Form Joinder Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinder as timely filed in this action.

Respectfully submitted,

BY:   s/ Daryl A. Higgins
**DARYL A. HIGGINS (#06868)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS &**
**GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
Email: dhiggins@grhg.net;  wlanglois@grhg.net

-and-

s/ Kriste Talton Utley
**TERRILL W. BOYKIN (#18132)**
**KRISTE TALTON UTLEY (#25268)**
**SHAUNDRA M. WESTERHOFF (#32007)**
**TIFFANY T. SMITH (#32255)**
**BOYKIN EHRET & UTLEY**
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Fax: (504) 527-5436
Email: ktu@beulaw.com

>COUNSEL FOR THE PARISH OF JEFFERSON OF THE STATE OF LOUISIANA, AND ITS MUNICIPALITIES, POLITICAL SUBDIVISIONS AND SERVICE DISTRICTS (AS SET FORTH IN EXHIBIT "A")

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified and provided notice by and through LexisNexis this 19th day of April, 2013.

>s/ Daryl A. Higgins