UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater      MDL No. 2179
Horizon" in the Gulf of Mexico, on
April 20, 2010      SECTION: J

THIS DOCUMENT APPLIES TO:      JUDGE BARBIER

*All Cases and 2:10-CV-09999-CJB-SS*      MAGISTRATE JUDGE SHUSHAN
_____ /

### EXHIBIT "A" - JEFFERSON PARISH SERVICE DISTRICTS AND POLITICAL SUBDIVISIONS

1. Ambulance Service District No. 2 of the Parish of Jefferson, State of Louisiana
   **(Grand Isle, Cheniere Camanada, and Grand Terre on West Bank of Parish)**
   Governing Authority- Jefferson Parish Council

2. East Bank Consolidated Special Service Fire Protection District of Jefferson Parish
   **(East Bank of Parish Unincorporated Areas)**
   Governing Authority- Jefferson Parish Council

3. Fire Protection District No. 3 of the Parish of Jefferson, State of Louisiana
   **(East Bank of Parish- Harahan)**
   Governing Authority- Jefferson Parish Council

4. Fire Protection District No. 4 of the Parish of Jefferson, State of Louisiana
   **(West Bank of Parish- Lafitte, Barataria, Crown Point)**
   Governing Authority- Jefferson Parish Council

5. Fire Protection District No. 5 of the Parish of Jefferson, State of Louisiana
   **(West Bank of Parish Unincorporated Areas- Harvey)**
   Governing Authority- Jefferson Parish Council

6. Fire Protection District No. 6 of the Parish of Jefferson, State of Louisiana
   **(West Bank of Parish Unincorporated Areas- Gretna)**
   Governing Authority- Jefferson Parish Council

7. Fire Protection District No. 7 of the Parish of Jefferson, State of Louisiana
   **(West Bank of Parish Unincorporated Areas- Avondale)**
   Governing Authority- Jefferson Parish Council

8. Fire Protection District No. 8 of the Parish of Jefferson, State of Louisiana
   **(West Bank of Parish Unincorporated Areas- Marrero)**
   Governing Authority- Jefferson Parish Council

9.  Fire Protection District No. 9 of the Parish of Jefferson, State of Louisiana
    **(Grand Isle, Grand Terre, Cheniere Caminada)**
    Governing Authority- Jefferson Parish Council

10. Consolidated Garbage District No. 1 of the Parish of Jefferson, State of Louisiana
    **(East and West Banks Unincorporated Areas, Lafitte)**
    Governing Authority- Jefferson Parish Council

11. Consolidated Jefferson Recreation and Community Center and Playground District of the Parish of Jefferson, State of Louisiana **( Parishwide)**
    Governing Authority- Jefferson Parish Council

12. Subdistrict No. 1 of Consolidated Recreation/Community Center/Playground District No.2 of the Parish of Jefferson, State of Louisiana **(West Bank-Marrero)**
    Governing Authority- Jefferson Parish Council

13. Community Center and Playground District No. 16 of the Parish of Jefferson, State of Louisiana (**Grand Isle/Cheniere Caminada)**
    Governing Authority- Jefferson Parish Council

14. Consolidated Sewerage District No. 1 of the Parish of Jefferson, State of Louisiana
    **(East and West Bank of Parish Unincorporated Areas)**
    Governing Authority- Jefferson Parish Council

15. Consolidated Waterworks District No. 1 of the Parish of Jefferson, State of Louisiana
    **(East & West Bank Unicor Parish, Harahan, Kenner)**
    Governing Authority- Jefferson Parish Council

16. Road Lighting District No. 7 of the Parish of Jefferson, State of Louisiana
    **(West Bank of Parish Town of Grand Isle)**
    Governing Authority- Jefferson Parish Council

17. Jefferson Parish Consolidated Road Lighting District
    **(East and West Bank of Parish Unincorporated Areas)**
    Governing Authority- Jefferson Parish Council

18. The City of Kenner and its political subdivisions, departments and service districts
    **(Incorporated Municipality On East Bank of Parish)**
    Fire Department
    Garbage Collection- Disposal
    Streets

19. Consolidated Sewerage District of the City of Kenner, Parish of Jefferson, State of Louisiana **(City of Kenner East Bank Jefferson Parish)**
    Governing Authority- Kenner City Council

20. Newell Norman, Sheriff of Jefferson Parish **(Parishwide)**
    Governing Authority- Newell Norman, Sheriff

21. Consolidated Drainage District No. 2 of the Parish of Jefferson, State of Louisiana **(East and West Bank Incorporated Areas Including Lafitte)**
    Governing Authority- Jefferson Parish Council

22. Jefferson Parish Special Services Special District **(East and West Bank, Lafitte)**
    Governing Authority- Jefferson Parish Council

23. Jefferson Parish, Louisiana **(East and West Bank of Parish)**
    Governing Authority-Jefferson Parish Council
    Alimony
    Library
    Health Unit
    Juvenile Detention Home
    Court & Judicial Comm.
    Transportation System
    Transportation System- Disabled
    Exempted Municipalities

24. Law Enforcement District Of Jefferson Parish (**Parishwide and Municipalities**)
    Governing Authority- Sheriff Newell Norman

25. Jefferson Parish Sales Tax District **(Parishwide)**
    Governing Authority- Jefferson Parish Council

26. New Orleans International Airport Sales Tax District **(Airport Boundaries)**
    Governing Authority- Kenner City Council

27. Dr. Gerald "Gerry " Cvitanovich- Jefferson Parish Coroner **(Parishwide)**
    Governing Authority- Dr. Cvitanovich

28. All other service district and/or special service districts of the Parish of Jefferson or City of Kenner which received sales tax and/or property taxes in 2010.