# IN RE: OIL SPILL by "Deepwater Horizon"
# LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY) [1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

| GOVERNMENTAL BODY OR ENTITY | |
|---|---|
| Body/Entity | Parish of Jefferson et al |
| County/Parish | Jefferson |
| State | LA |
| Primary Physical Address | 10th Floor, Joseph S. Yenni Bldg. |
| City/State/Zip | Jefferson, LA 70123 |

| PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT | | |
|---|---|---|
| Name: Daryl A. Higgins | State / Bar No. (if attorney): 6868 | |
| Address: 401 Whitney Ave. Suite 500 | Phone: (504) 362-2466 | |
| City/State/Zip: Gretna, LA 70056 | E-Mail Address: dhiggins@grhg.net | |
| Claim Filed with BP?   YES ■   NO ☐ Claim No. | | |

**Claim Type (Please check all that apply):**

- [x] Loss of Tax Revenue / Income / Use
- [x] Damage, Destruction, or Diminution in Value of Property
- [x] Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- [ ] Civil or Criminal Penalties
- [x] Punitive Damages
- [x] Other Damages or Loss   increased cost of governmental services and others allowed by law

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

**Brief Description:**

1. **For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.**

ll removal costs yet unpaid or to be incurred in the future by the plaintiffs and damages under 33 U.S.C. Sections 2701 (31), 2702(a), and 2702(b)(1), and all damages recoverable under 33 U.S.C. Sections 2701(5), 2702(a), and 2702(b)(2), which have occurred or may occur in the future. These damages include but are not limited to loss of sales tax revenues, use tax revenues, ad valorem tax revenues, City, Parish, and State tax revenues, inventory tax revenues, hotel and motel tax revenues, severance tax revenues, dedicated funding revenues, royalties, rents and fees, and all other sources of revenue and funding. In addition, the plaintiff has and will in the future experience increased costs in providing services during or after removal activities, including protection from fire, safety, or health hazards, and any other damages incurred or to be incurred and allowable by law or equity, including punitive damages. The plaintiffs have complied with the requirements under 33 U.S.C. section 2713 by making Presentment to the Responsible Party on December 12, 2012, and more than ninety (90) days has passed since presentment.

2. **For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.**

Plaintiffs have and will suffer a diminution in the value of all property located within its boundaries and/or jurisdiction

3. **For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.**

Not applicable

---

Signature of Authorized Attorney, Official or other Representative

Daryl A. Higgins
Printed Name

April 19, 2013
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*