# Philip A. Garrett, CPA
## 117 Fairgrounds Blvd
## Bush, La 70431
## 985-635-1500
## pgarrett@garrettco.com
\

Honorable Judge Carl Barbier
United States District Court
500 Poydras St.  Room C256
New Orleans, La 70130

April 16, 2013

Dear Judge Barbier,

I have been requested that additional cash assessments now expended to be reimbursed to the PSC from the Common Benefit Fee Qualified Settlement Fund.

In your last order you had authorized that $22,304,454.93 be distributed from the $75,000,000.00 escrow fund to reimburse for cash assessments and to pay 3 large vendors who had held their billings. All but $211,000.00 has been paid and we are awaiting the bank information to wire the final batch to the PSC members.

The PSC collected $1,950,000 of additional cash assessments and has expended all but approximately $400,000.00 of those funds and has more than that $400,000.00 in payables being held for payment.

The fund has received an additional $38,366,265.50 on 4-11-2013 and has a balance in the fund of $91,274,410.61.

I have attached your previous order for your review and would recommend that the reimbursement of cash assessments of $1,950,000.00 be completed as quickly as possible.

If you have any questions please do not hesitate to contact me.

Sincerely,

Philip A. Garrett, CPA

cc: Mr Jim Roy
cc: Mr Steve Herman