IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG       ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF   ) | |
| MEXICO, ON APRIL 20, 2010             ) | SECTION J |
|                                        ) | |
| THIS DOCUMENT RELATES TO:              ) | HON. CARL J. BARBIER |
| 2:10-cv-08888 &                        ) | |
| 2:10-cv-02771                          ) | MAG. JUDGE SHUSHAN |

_____

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**
_____

COME NOW, Claimants identified in Exhibit "A" ("Claimants") and move this Court for acceptance of their Limitation Short Form Joinders after the September 16, 2011 deadline in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and the proceeding in MDL 2179, and as grounds therefore show the Court as follows:

1. This Court set a deadline for filing the claims in the Transocean Limitation Proceeding ("limitation proceeding") for April 20, 2011 and later extended the deadline to September 16, 2011.

2. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

3. Claimants were unaware of the Court-established deadlines and/or had not yet fully realized their damages and did not timely file their Short Form Joinders in the limitation proceeding.

1

4. No prejudice will result from the acceptance of Claimants' late filed Short Form Joinders. No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding.

For the above reasons, Claimants respectfully request that this Court grants Movants' *Motion for Acceptance of Short Form Joinders filed beyond the September 16, 2011 Deadline*, and the Court deems the Short Form Joinders as timely filed in the limitation proceeding and MDL 2179.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
E-mail:  dreich@reichandbinstock.com

***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document, *Motion for Acceptance of Short Form Joinders filed beyond the September 16, 2011 Deadline*, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2013.

/s/ Dennis C. Reich
Dennis Reich, Esq.

Exhibit "A"

|  | Claimant Name | Pleading Filed | Doc. No. |
|---|---|---|---|
| 1 | Adirolf Holdings, LLC | 4/19/2013 | 131985 |
| 2 | Administrative Concepts | 4/17/2013 | 130441 |
| 3 | Alternative Property Solutions | 4/19/2013 | 131993 |
| 4 | BCS Dental, LLC | 4/18/2013 | 130922 |
| 5 | Blue Ash Group, LLC | 4/19/2013 | 132001 |
| 6 | Carl Lackey | 4/17/2013 | 130325 |
| 7 | Carol Moye | 4/18/2013 | 130927 |
| 8 | Cecil Jones | 4/18/2013 | 130931 |
| 9 | Charles and Betty Wade | 4/19/2013 | 132004 |
| 10 | Charles Harger | 4/19/2013 | 132011 |
| 11 | Christian Jensen | 4/18/2013 | 130935 |
| 12 | Compass Lake in the Hills Property Owners, Inc. | 4/19/2013 | 132017 |
| 13 | Compass Rose Marina | 4/19/2013 | 132587 |
| 14 | Dale Burnett | 4/18/2013 | 130937 |
| 15 | Akel Family Rentals | 4/17/2013 | 130383 |
| 16 | Debbie Lyn James, LLC | 4/17/2013 | 130450 |
| 17 | Donald Paro | 4/17/2013 | 130336 |
| 18 | Edward Allan Lege | 4/17/2013 | 130342 |
| 19 | Executive Visions, Inc. | 4/17/2013 | 130452 |

|  | Claimant Name | Pleading Filed | Doc. No. |
|---|---|---|---|
| 20 | George Vota | 4/17/2013 | 130355 |
| 21 | Glenn Helwig | 4/19/2013 | 132024 |
| 22 | Herbert Burns, III | 4/19/2013 | 132028 |
| 23 | Hit Sum To Me, LLC | 4/19/2013 | 132036 |
| 24 | Irene Harris Family, LLC | 4/18/2013 | 130941 |
| 25 | Jack Bickford | 4/18/2013 | 130945 |
| 26 | James Glendinning | 4/19/2013 | 132049 |
| 27 | James S. Griffith, Jr. | 4/19/2013 | 132061 |
| 28 | Jamin, LLC | 4/19/2013 | 132067 |
| 29 | Jason Self | 4/19/2013 | 132075 |
| 30 | JMP Investment Fund, LLP | 4/19/2013 | 132085 |
| 31 | John Dickinson | 4/19/2013 | 132093 |
| 32 | Ultimate Swimwear | 4/19/2013 | 132102 |
| 33 | John Shufflebotham | 4/17/2013 | 130455 |
| 34 | Joseph Santoro | 4/19/2013 | 132110 |
| 35 | Kevin Phillips | 4/17/2013 | 130458 |
| 36 | Lawrence Metz | 4/17/2013 | 130464 |
| 37 | M & M Gaming | 4/19/2013 | 132128 |
| 38 | Marina Developers of West Florida, Inc. | 4/19/2013 | 132429 |
| 39 | Mark Essert | 4/17/2013 | 130466 |
| 40 | Masari Unlimited, LLC | 4/17/2013 | 130469 |

|    | Claimant Name | Pleading Filed | Doc. No. |
|----|---------------|----------------|----------|
| 41 | Mayport Wholesale Seafood | 4/19/2013 | 132168 |
| 42 | Michael Endres | 4/19/2013 | 132179 |
| 43 | Michael Waggoner | 4/19/2013 | 132545 |
| 44 | Michele TenBroek-Jackson | 4/17/2013 | 130473 |
| 45 | Mike Simon | 4/17/2013 | 130478 |
| 46 | My Florida Land, LLC | 4/19/2013 | 132203 |
| 47 | Nest Egg, LLC | 4/19/2013 | 132212 |
| 48 | Pan Florida Land Acquisition Group, LLC | 4/19/2013 | 132221 |
| 49 | Paul Wilson | 4/19/2013 | 132228 |
| 50 | Quiet Surf, LLC | 4/19/2013 | 132241 |
| 51 | Robert and Dorothy Cinato | 4/19/2013 | 132246 |
| 52 | Robert Johnston | 4/17/2013 | 130349 |
| 53 | Robert P. Gates | 4/18/2013 | 130949 |
| 54 | Roger Sorensen | 4/19/2013 | 132252 |
| 55 | Roy Guentner | 4/18/2013 | 130955 |
| 56 | Sicurezza, LLC (Joseph Lexa) | 4/19/2013 | 132262 |
| 57 | Sip N Chill | 4/18/2013 | 130959 |
| 58 | Ski Inn Restaurant | 4/18/2013 | 130962 |
| 59 | South Marsh Developers, LLC | 4/18/2013 | 130965 |
| 60 | St. Andrews Developers, LLC | 4/18/2013 | 131035 |
| 61 | Steve and Susan Grimstead | 4/17/2013 | 130485 |

|    | Claimant Name | Pleading Filed | Doc. No. |
|----|---------------|----------------|----------|
| 62 | Steven Shulman | 4/19/2013 | 132271 |
| 63 | Surete, LLC | 4/19/2013 | 132279 |
| 64 | Susan Massey | 4/19/2013 | 132286 |
| 65 | Taleff Family, LLC | 4/18/2013 | 130970 |
| 66 | Watercolor Properties of Kentucky, LLC | 4/18/2013 | 131004 |
| 67 | Zalesky Investments, LLC | 4/18/2013 | 131011 |
| 68 | Zalesky, Allan | 4/18/2013 | 131015 |
| 69 | ZF Trust, LLC | 4/18/2013 | 131026 |