IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF ) | | |
| MEXICO, ON APRIL 20, 2010 ) | | SECTION J |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | | HON. CARL J. BARBIER |
| 2:10-cv-08888 & ) | | |
| 2:10-cv-02771 ) | | MAG. JUDGE SHUSHAN |

___

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE**
___

COME NOW, Claimants identified in Exhibit "A" ("Claimants") and file this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 deadline. Claimants respectfully seek this Honorable Court's permission to accept Claimants' filed claims in the Transocean Limitation Proceeding ("limitation proceeding") and MDL 2179 for the following reasons:

1. Claimants contacted counsel after the Court-established deadline of September 16, 2011, seeking assistance for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Claimants were unaware of the Court-established deadlines and/or had not yet fully realized their damages and did not timely file their Short Form Joinders in the limitation proceeding.

3. No prejudice will result from the acceptance of Claimants' late filed Short Form Joinders. No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding.

4. Claimants have finalized presentment of their claims pursuant to 33 U.S.C. § 2713 under the Oil Pollution Act, which states "all claims for removal costs or damages shall be presented first to the responsible party." Claimants' short form joinders have either been filed after the expiration of ninety (90) days from presentment of their claim, after receiving a denial letter from the responsible party, or within the ninety (90) day notice period in order to preserve their claims before the expiration of the statute of limitations.

5. Local Rule 7.8 allows for the Court's discretion in accepting late filed claims upon motion and for good cause shown. Specifically, the Supplemental Admiralty Rule 4(f) in the Federal Rules of Civil Procedure provides that the court has discretion to enlarge the time within which claims may be filed. In *Texas Gulf Sulfur Co. v. Blue Stock Towing Co.*, the court reaffirmed the guiding principle on limitation proceedings that a court will freely grant permission to late filed claims under the following considerations: (1) whether the proceeding is pending and undetermined, (2) whether granting the motion will adversely affect the rights of the parties, and (3) the claimant's reasons for filing late. 313 F.2d 359, 362 (5th Cir. 1963). In the limitation proceeding at hand, limitation has not been determined and no prejudice will result from the acceptance of a short form joinder filed after the September 16, 2011 deadline. Further, Claimants were unable to meet the deadline because they were unaware of the Court-established deadline for filing their claim and/or did not realize their damages until after the deadline. As such, Claimants contacted counsel after the deadline had passed.

For the above reasons, Claimants respectfully request that this Court grants Movants' Motion for Acceptance of Short Form Joinders filed beyond the September 16, 2011 Deadline, and the Court deems the Short Form Joinders as timely filed in the Transocean Limitation Proceeding and MDL 2179.

                    Respectfully submitted,

                    **REICH & BINSTOCK, LLP**

                    /s/ Dennis C. Reich
                    Dennis Reich, Esq.
                    State Bar No. 16739600
                    4265 San Felipe, Suite 1000
                    Houston, Texas  77027
                    (713) 622-7271 [Telephone]
                    (713) 623-8724 [Facsimile]
                    E-mail:  dreich@reichandbinstock.com

                    *ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document, *Memorandum in Support of Motion for Acceptance of Short Form Joinders filed beyond the September 16, 2011 Deadline*, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2013.

                    /s/ Dennis C. Reich
                    Dennis Reich, Esq.

Exhibit "A"

|  | Claimant Name | Pleading Filed | Doc. No. |
|---|---|---|---|
| 1 | Adirolf Holdings, LLC | 4/19/2013 | 131985 |
| 2 | Administrative Concepts | 4/17/2013 | 130441 |
| 3 | Alternative Property Solutions | 4/19/2013 | 131993 |
| 4 | BCS Dental, LLC | 4/18/2013 | 130922 |
| 5 | Blue Ash Group, LLC | 4/19/2013 | 132001 |
| 6 | Carl Lackey | 4/17/2013 | 130325 |
| 7 | Carol Moye | 4/18/2013 | 130927 |
| 8 | Cecil Jones | 4/18/2013 | 130931 |
| 9 | Charles and Betty Wade | 4/19/2013 | 132004 |
| 10 | Charles Harger | 4/19/2013 | 132011 |
| 11 | Christian Jensen | 4/18/2013 | 130935 |
| 12 | Compass Lake in the Hills Property Owners, Inc. | 4/19/2013 | 132017 |
| 13 | Compass Rose Marina | 4/19/2013 | 132587 |
| 14 | Dale Burnett | 4/18/2013 | 130937 |
| 15 | Akel Family Rentals | 4/17/2013 | 130383 |
| 16 | Debbie Lyn James, LLC | 4/17/2013 | 130450 |
| 17 | Donald Paro | 4/17/2013 | 130336 |
| 18 | Edward Allan Lege | 4/17/2013 | 130342 |
| 19 | Executive Visions, Inc. | 4/17/2013 | 130452 |

|    | Claimant Name | Pleading Filed | Doc. No. |
|----|---------------|----------------|----------|
| 20 | George Vota | 4/17/2013 | 130355 |
| 21 | Glenn Helwig | 4/19/2013 | 132024 |
| 22 | Herbert Burns, III | 4/19/2013 | 132028 |
| 23 | Hit Sum To Me, LLC | 4/19/2013 | 132036 |
| 24 | Irene Harris Family, LLC | 4/18/2013 | 130941 |
| 25 | Jack Bickford | 4/18/2013 | 130945 |
| 26 | James Glendinning | 4/19/2013 | 132049 |
| 27 | James S. Griffith, Jr. | 4/19/2013 | 132061 |
| 28 | Jamin, LLC | 4/19/2013 | 132067 |
| 29 | Jason Self | 4/19/2013 | 132075 |
| 30 | JMP Investment Fund, LLP | 4/19/2013 | 132085 |
| 31 | John Dickinson | 4/19/2013 | 132093 |
| 32 | Ultimate Swimwear | 4/19/2013 | 132102 |
| 33 | John Shufflebotham | 4/17/2013 | 130455 |
| 34 | Joseph Santoro | 4/19/2013 | 132110 |
| 35 | Kevin Phillips | 4/17/2013 | 130458 |
| 36 | Lawrence Metz | 4/17/2013 | 130464 |
| 37 | M & M Gaming | 4/19/2013 | 132128 |
| 38 | Marina Developers of West Florida, Inc. | 4/19/2013 | 132429 |
| 39 | Mark Essert | 4/17/2013 | 130466 |
| 40 | Masari Unlimited, LLC | 4/17/2013 | 130469 |

|  | Claimant Name | Pleading Filed | Doc. No. |
|---|---|---|---|
| 41 | Mayport Wholesale Seafood | 4/19/2013 | 132168 |
| 42 | Michael Endres | 4/19/2013 | 132179 |
| 43 | Michael Waggoner | 4/19/2013 | 132545 |
| 44 | Michele TenBroek-Jackson | 4/17/2013 | 130473 |
| 45 | Mike Simon | 4/17/2013 | 130478 |
| 46 | My Florida Land, LLC | 4/19/2013 | 132203 |
| 47 | Nest Egg, LLC | 4/19/2013 | 132212 |
| 48 | Pan Florida Land Acquisition Group, LLC | 4/19/2013 | 132221 |
| 49 | Paul Wilson | 4/19/2013 | 132228 |
| 50 | Quiet Surf, LLC | 4/19/2013 | 132241 |
| 51 | Robert and Dorothy Cinato | 4/19/2013 | 132246 |
| 52 | Robert Johnston | 4/17/2013 | 130349 |
| 53 | Robert P. Gates | 4/18/2013 | 130949 |
| 54 | Roger Sorensen | 4/19/2013 | 132252 |
| 55 | Roy Guentner | 4/18/2013 | 130955 |
| 56 | Sicurezza, LLC (Joseph Lexa) | 4/19/2013 | 132262 |
| 57 | Sip N Chill | 4/18/2013 | 130959 |
| 58 | Ski Inn Restaurant | 4/18/2013 | 130962 |
| 59 | South Marsh Developers, LLC | 4/18/2013 | 130965 |
| 60 | St. Andrews Developers, LLC | 4/18/2013 | 131035 |
| 61 | Steve and Susan Grimstead | 4/17/2013 | 130485 |

|    | Claimant Name | Pleading Filed | Doc. No. |
|---|---|---|---|
| 62 | Steven Shulman | 4/19/2013 | 132271 |
| 63 | Surete, LLC | 4/19/2013 | 132279 |
| 64 | Susan Massey | 4/19/2013 | 132286 |
| 65 | Taleff Family, LLC | 4/18/2013 | 130970 |
| 66 | Watercolor Properties of Kentucky, LLC | 4/18/2013 | 131004 |
| 67 | Zalesky Investments, LLC | 4/18/2013 | 131011 |
| 68 | Zalesky, Allan | 4/18/2013 | 131015 |
| 69 | ZF Trust, LLC | 4/18/2013 | 131026 |