IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: 2:10-cv-08888 & 2:10-cv-02771 | ) ) ) ) | HON. CARL J. BARBIER  MAG. JUDGE SHUSHAN |

_____

**ORDER ON MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**
_____

The Court, having considered *Plaintiffs' Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline* and supporting *Memorandum,* finds that Plaintiffs' motion should be granted and Claimants' Short Form Joinders identified in Exhibit "A" shall be considered timely filed in the Transocean Limitation Proceeding and MDL 2179; accordingly, it is,

**ORDERED** that *Plaintiffs' Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline* is **GRANTED.**

Signed this ____day of _____2013.

_____
Hon. Carl J. Barbier
United States District Court Judge

1

Exhibit "A"

|  | Claimant Name | Pleading Filed | Doc. No. |
|---|---|---|---|
| 1 | Adirolf Holdings, LLC | 4/19/2013 | 131985 |
| 2 | Administrative Concepts | 4/17/2013 | 130441 |
| 3 | Alternative Property Solutions | 4/19/2013 | 131993 |
| 4 | BCS Dental, LLC | 4/18/2013 | 130922 |
| 5 | Blue Ash Group, LLC | 4/19/2013 | 132001 |
| 6 | Carl Lackey | 4/17/2013 | 130325 |
| 7 | Carol Moye | 4/18/2013 | 130927 |
| 8 | Cecil Jones | 4/18/2013 | 130931 |
| 9 | Charles and Betty Wade | 4/19/2013 | 132004 |
| 10 | Charles Harger | 4/19/2013 | 132011 |
| 11 | Christian Jensen | 4/18/2013 | 130935 |
| 12 | Compass Lake in the Hills Property Owners, Inc. | 4/19/2013 | 132017 |
| 13 | Compass Rose Marina | 4/19/2013 | 132587 |
| 14 | Dale Burnett | 4/18/2013 | 130937 |
| 15 | Akel Family Rentals | 4/17/2013 | 130383 |
| 16 | Debbie Lyn James, LLC | 4/17/2013 | 130450 |
| 17 | Donald Paro | 4/17/2013 | 130336 |
| 18 | Edward Allan Lege | 4/17/2013 | 130342 |
| 19 | Executive Visions, Inc. | 4/17/2013 | 130452 |

|    | Claimant Name | Pleading Filed | Doc. No. |
|----|---------------|----------------|----------|
| 20 | George Vota | 4/17/2013 | 130355 |
| 21 | Glenn Helwig | 4/19/2013 | 132024 |
| 22 | Herbert Burns, III | 4/19/2013 | 132028 |
| 23 | Hit Sum To Me, LLC | 4/19/2013 | 132036 |
| 24 | Irene Harris Family, LLC | 4/18/2013 | 130941 |
| 25 | Jack Bickford | 4/18/2013 | 130945 |
| 26 | James Glendinning | 4/19/2013 | 132049 |
| 27 | James S. Griffith, Jr. | 4/19/2013 | 132061 |
| 28 | Jamin, LLC | 4/19/2013 | 132067 |
| 29 | Jason Self | 4/19/2013 | 132075 |
| 30 | JMP Investment Fund, LLP | 4/19/2013 | 132085 |
| 31 | John Dickinson | 4/19/2013 | 132093 |
| 32 | Ultimate Swimwear | 4/19/2013 | 132102 |
| 33 | John Shufflebotham | 4/17/2013 | 130455 |
| 34 | Joseph Santoro | 4/19/2013 | 132110 |
| 35 | Kevin Phillips | 4/17/2013 | 130458 |
| 36 | Lawrence Metz | 4/17/2013 | 130464 |
| 37 | M & M Gaming | 4/19/2013 | 132128 |
| 38 | Marina Developers of West Florida, Inc. | 4/19/2013 | 132429 |
| 39 | Mark Essert | 4/17/2013 | 130466 |
| 40 | Masari Unlimited, LLC | 4/17/2013 | 130469 |

|    | Claimant Name | Pleading Filed | Doc. No. |
|----|---------------|----------------|----------|
| 41 | Mayport Wholesale Seafood | 4/19/2013 | 132168 |
| 42 | Michael Endres | 4/19/2013 | 132179 |
| 43 | Michael Waggoner | 4/19/2013 | 132545 |
| 44 | Michele TenBroek-Jackson | 4/17/2013 | 130473 |
| 45 | Mike Simon | 4/17/2013 | 130478 |
| 46 | My Florida Land, LLC | 4/19/2013 | 132203 |
| 47 | Nest Egg, LLC | 4/19/2013 | 132212 |
| 48 | Pan Florida Land Acquisition Group, LLC | 4/19/2013 | 132221 |
| 49 | Paul Wilson | 4/19/2013 | 132228 |
| 50 | Quiet Surf, LLC | 4/19/2013 | 132241 |
| 51 | Robert and Dorothy Cinato | 4/19/2013 | 132246 |
| 52 | Robert Johnston | 4/17/2013 | 130349 |
| 53 | Robert P. Gates | 4/18/2013 | 130949 |
| 54 | Roger Sorensen | 4/19/2013 | 132252 |
| 55 | Roy Guentner | 4/18/2013 | 130955 |
| 56 | Sicurezza, LLC (Joseph Lexa) | 4/19/2013 | 132262 |
| 57 | Sip N Chill | 4/18/2013 | 130959 |
| 58 | Ski Inn Restaurant | 4/18/2013 | 130962 |
| 59 | South Marsh Developers, LLC | 4/18/2013 | 130965 |
| 60 | St. Andrews Developers, LLC | 4/18/2013 | 131035 |
| 61 | Steve and Susan Grimstead | 4/17/2013 | 130485 |

|    | Claimant Name | Pleading Filed | Doc. No. |
|----|---------------|----------------|----------|
| 62 | Steven Shulman | 4/19/2013 | 132271 |
| 63 | Surete, LLC | 4/19/2013 | 132279 |
| 64 | Susan Massey | 4/19/2013 | 132286 |
| 65 | Taleff Family, LLC | 4/18/2013 | 130970 |
| 66 | Watercolor Properties of Kentucky, LLC | 4/18/2013 | 131004 |
| 67 | Zalesky Investments, LLC | 4/18/2013 | 131011 |
| 68 | Zalesky, Allan | 4/18/2013 | 131015 |
| 69 | ZF Trust, LLC | 4/18/2013 | 131026 |