MDL 2179: ANADARKO'S OBJECTIONS TO OTHER PARTIES' PHASE TWO TRIAL EXHIBITS - SECOND INSTALLMENT

| Objections To | Trial Exhibit Number | Bates Range | Document Date | Description | Phase | New Exhibit/Revised Exhibit Since Prior List | Substantive Objections | Authenticity Objections |
|---|---|---|---|---|---|---|---|---|
| HESI | TREX-002640 | ANA-MDL-000240671 - ANA-MDL-000240678 | 7/28/2010 | Email - From: Bill Goetz To: Robert Quitzau - Subject: FW: Well Control - Anadarko | Phase Two | New | FRE 402-Not relevant, FRE 802-Hearsay | |
| HESI | TREX-002648 | ANA-MDL-000258665 - ANA-MDL-000258671 | 6/16/2010 | Email - From: Robert Quitzau To: Barbara Lasley Subject: RE: Relief Well Decision Trees - Deep Intercept, with attachment | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-002992 | BP-HZN-2179MDL00989447 - BP-HZN-2179MDL00989448 | 5/7/2010 | Email - From: Darrell Hollek To: Robert Fryar - Subject: RE: Daily report | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-002994 | DWHMX00308478 - DWHMX00308480 | 6/8/2010 | Email - From: Barbara Dunbar To: Maurice Tate - Subject: RE: Handling of jointly owned oil/gas collected from Macondo | Phase Two | New | FRE 402-Not relevantt | |
| HESI | TREX-004992 | ANA-MDL-000038825 - ANA-MDL-000038826 | 9/10/2009 | Email - From: Allen Sanders To: Richard Beecher and others - Subject: Weekly EGOM Ops Report 09.10.09.doc | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-004993 | APC-HEC1-000004687 | 10/22/2009 | Document: Risk Consistency Review and Summary | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-004994 | APC-HEC1-000004652 | 11/23/2009 | Email - From: Darrell Hollek To: Alan O'Donnell - Subject: FW: BP's Macondo (MC 252) Well Cost Update | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-004995 | ANA-MDL-000039304 - ANA-MDL-000039306 | 12/1/2009 | Email - From: Nikhil Joshi To: Dawn Peyton and others Subject: RE: Macondo OLGA Model | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-004997 | ANA-MDL-000005284 - ANA-MDL-000005288 | NA | Document: Macondo Discovery | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-004998 | ANA-MDL-000277627 - ANA-MDL-000277646 | NA | Document: Anadarko Petroleum Corp, Economic Summary | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-004999 | ANA-MDL-000036761 - ANA-MDL-000036764 | 11/30/2009 | Email - From: Dawn Peyton To: Ben Manoochehri - Subject: RE: BP's Macondo (MC 252) Well Cost Update | Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-005013 | ANA-MDL-000039354 - ANA-MDL-000039356 | 12/16/2009 | Email - From: Alan O'Donnell To: Dawn Peyton - Subject: Macondo, with attachment | Phase Two | New | FRE 802-Hearsay | |
| HESI | TREX-005019 | ANA-MDL-000008010 - ANA-MDL-000008012 | 4/6/2010 | Email - From: Derek Folger To: Peter Botevyle - Subject: RE: Macondo Update | Phase One; Phase Two | New | FRE 402-Not relevant | |
| HESI | TREX-005022 | ANA-MDL-000277651 | NA | Document: Handwritten note -- Macondo Present MC252 | Phase Two | New | FRE 402-Not relevant | FRE 901-Handwritten notes of unknown author |
| HESI | TREX-150024 | OSE052-002019 - OSE052-002025 | 10/18/2010 | Document: Interview Summary for Dr. Marcia McNutt | Phase Two | New | FRE 802-Hearsay | |
| US | TREX-010846 | IGS034-005134 - IGS034-005162 | 7/18/2010 | WIT Reservoir Depletion/Flow Analysis Discussions, July 18, 2010 6:00PM CDT | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-010702 | HCG383-001528 - HCG383-001530 | 5/25/2010 | Email from Lawrence Greene to Lawrence Greene, et al re FW: FRTG Update, including string and attaching memo by Marcia McNutt re Flow Rate Technical Group (FRTG), Update for Tuesday, May 25 1400 h | Phase Two | New | FRE 802-Hearsay | |

MDL 2179: ANADARKO'S OBJECTIONS TO OTHER PARTIES' PHASE TWO TRIAL EXHIBITS - SECOND INSTALLMENT

| Objections To | Trial Exhibit Number | Bates Range | Document Date | Description | Phase | New Exhibit/Revised Exhibit Since Prior List | Substantive Objections | Authenticity Objections |
|---|---|---|---|---|---|---|---|---|
| TO | TREX-010703 | IGS678-007540 - IGS678-007544 | 5/26/2010 | Email from Marcia McNutt to Judy Nowakowski, et al re RE: RESEND--flagged priority: DHS Dep Sec Lute requests status report on FRTG -- please advise, including string and attaching Summary Preliminary Report from the Flow Rate Technical Group | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-010846 | IGS034-005134 - IGS034-005162 | 7/18/2010 | Draft USGS, Los Alamos National Laboratory, Sandia National Laboratories, Lawrence Livermore National Laboratory presentation titled "WIT Reservoir Depletion/Flow Analysis Discussions," July 18, 2010, 6:00pm CDT | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-011349 | SNL129-000191 - SNL129-000194 | 7/29/2010 | Email from Barry Charles to Arthur Ratzel, et al re RE: Read & Weep - Flow Meeting Draft Report 28 Jul 1300.pptx, including string and attaching three slides re Estimating Total Oil lost | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-011352 | SNL086-006529 - SNL086-006560 | 7/30/2010 | Email from Arthur Ratzel to Curtt Ammerman, et al re Flow Meeting Draft Report 28 Jul 1300.pptx, and attaching 07/26/2010 presentation titled "Flow Modeling Activities" | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-011355 | SNL008-014677 - SNL008-014694 | 8/6/2010 | Email from Ronald Dykhuizen to Curtt Ammerman, et al re first draft, and attaching memo titled Analysis of Macondo Well Flow Rate | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-011357 | SDX005-0039084 - SDX005-0039090 | 8/6/2010 | Email from Arthur Ratzel to Curtt Ammerman, et al re, and attaching memo titled Analysis of Macondo Well Flow Rate, and also attaching 08/02/2010 press release titled "U.S. Scientific Teams Refine Estimates of Oil Flow from BP's Well Prior to Capping" | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-011358 | SNL008-013618 - SNL008-013647 | 8/22/2010 | Email from Wayne Miller to Ronald Dykhuizen, et al re LLNL appendix to flow calc paper, including string and attaching memo titled Analysis of Macondo Well Flow Rate | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-011434 | ADX001-0015269 - ADX001-0015322 | 9/27/2010 | Email from Ronald Dykhuizen to Arthur Ratzel, et al re RE: flowrpt_9-25-10 acr.docx, including string and attaching DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident | Phase Two | New | FRE 802-Hearsay | |
| TO | TREX-150042 | ANA-MDL-000230538 - ANA-MDL-000230539 | 6/3/2010 | Email from Nancy Seiler to Jim Hackett, et al re Comments | Phase Two | New | FRE 802-Hearsay; FRE 402-Not Relevant | |