IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF | ) | |
| MEXICO, ON APRIL 20, 2010 | ) | SECTION J |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | HON. CARL J. BARBIER |
| 2:10-cv-08888 & | ) | |
| 2:10-cv-02771 | ) | MAG. JUDGE SHUSHAN |

_____

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER BEYOND THE SEPTEMBER 16, 2011 DEADLINE**
_____

COMES NOW, Claimant, William D. Leib, files this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinder Beyond the September 16, 2011 deadline. Claimant respectfully seeks this Honorable Court's permission to accept Claimant's filed claim in the Transocean Limitation Proceeding ("limitation proceeding") and MDL 2179 for the following reasons:

1. Claimant contacted counsel after the Court-established deadline of September 16, 2011, seeking assistance for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Claimant was unaware of the Court-established deadlines and/or had not yet fully realized his damages and did not timely file his Short Form Joinder in the limitation proceeding.

3. No prejudice will result from the acceptance of Claimant's late filed Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding.

4. Claimant has finalized presentment of his claim pursuant to 33 U.S.C. § 2713 under the Oil Pollution Act, which states "all claims for removal costs or damages shall be presented first to the

responsible party." Claimant's short form joinder has been filed after Claimant received a denial letter dated March 31, 2013 from the responsible party.

5. Local Rule 7.8 allows for the Court's discretion in accepting late filed claims upon motion and for good cause shown. Specifically, the Supplemental Admiralty Rule 4(f) in the Federal Rules of Civil Procedure provides that the court has discretion to enlarge the time within which claims may be filed. In *Texas Gulf Sulfur Co. v. Blue Stock Towing Co.*, the court reaffirmed the guiding principle on limitation proceedings that a court will freely grant permission to late filed claims under the following considerations: (1) whether the proceeding is pending and undetermined, (2) whether granting the motion will adversely affect the rights of the parties, and (3) the claimant's reasons for filing late. 313 F.2d 359, 362 (5th Cir. 1963). In the limitation proceeding at hand, limitation has not been determined and no prejudice will result from the acceptance of a short form joinder filed after the September 16, 2011 deadline. Further, Claimant was unable to meet the deadline because he was unaware of the Court-established deadline for filing his claim and/or did not realize his damages until after the deadline. As such, Claimant contacted counsel after the deadline had passed.

For the above reasons, Claimant respectfully requests that this Court grants Movant's Motion for Acceptance of Short Form Joinder filed beyond the September 16, 2011 Deadline, and the Court deems the Short Form Joinder as timely filed in the Transocean Limitation Proceeding and MDL 2179.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]

(713) 623-8724 [Facsimile]
E-mail:  dreich@reichandbinstock.com

*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document, *Memorandum in Support of Motion for Acceptance of Short Form Joinder filed beyond the September 16, 2011 Deadline*, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2013.

/s/ Dennis C. Reich
Dennis Reich, Esq.