Exhibit "A" - List of Filed Short-Form Joinder Forms

| Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|
| Jeanne Turlich | 2/10/2012 | 111136 |
| Guy H. Bumpas, IV/Heirs of J.B. Fasterling | 2/14/2012 | 111209 |
| Ivana C. Popich | 4/28/2012 | 118794 |
| James L. Cappiello | 4/28/2012 | 118795 |
| Peter V. Jancich | 4/28/2012 | 118796 |
| Sylvia Yuratich McNabb | 4/28/2012 | 118797 |
| Albert S. Enos | 4/28/2012 | 118798 |
| A A Repair Service, Inc. | 4/28/2012 | 118799 |
| Esccentric Charters | 4/30/2012 | 118803 |
| Sylinda P. Anderson | 5/04/2012 | 118879 |
| Michael Pitre | 5/09/2012 | 118914 |
| Alzina Pitre | 5/09/2012 | 118915 |
| AA Pitre Land Company, Inc. | 5/09/2012 | 118916 |
| Tommy Bowers | 5/09/2012 | 118917 |
| JoAn Bowers | 5/09/2012 | 118918 |
| Clifford L. Anderson | 5/09/2012 | 118920 |
| Damjan Tesvic | 5/09/2012 | 118921 |
| Deborah B. Bowles | 5/10/2012 | 118955 |
| Kay M. Bacino | 5/10/2012 | 118956 |
| Chad Bowles | 5/10/2012 | 118957 |
| Frances Popich | 5/10/2012 | 118958 |
| Nike Popich | 5/10/2012 | 118959 |
| Romana Buras | 5/10/2012 | 118960 |

| Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|
| Judy V. Taliancich | 5/15/2012 | 119029 |
| Spat Set, Inc. | 5/15/12 | 119030 |
| Gaspar L. Perlander | 5/17/2012 | 119079 |
| Reilly Danos | 5/23/2012 | 119106 |
| August Vegas | 5/23/2012 | 119107 |
| Joseph Vegas Oyster, Co., Inc. | 5/23/2012 | 119108 |
| Ballay, Braud & Colon, PLC | 4/16/2013 | 129537 |
| Mardi Gras Logistics, LLC | 4/16/2013 | 129841 |
| E.C. Colley Warehouse Corp. | 4/16/2013 | 129850 |
| Dock Lift Service, Inc. | 4/16/2013 | 129855 |
| Louisiana Roofing & Sheet Metal, Inc. | 4/16/2013 | 129860 |
| Schneider Construction & Restoration, Inc. | 4/16/2013 | 129866 |
| Wilco Marsh Buggies and Draglines, Inc. | 4/16/2013 | 129886 |
| Environmental Wetlands Recovery Services, L.L.C. | 4/16/2013 | 129890 |
| Denman W. Armstrong | 4/17/2013 | 130344 |
| Estate of Mitchell M. Stella | 4/17/2013 | 130348 |
| Estate of Rita S. Hayes | 4/17/2013 | 130351 |
| Randall G. Oustalet | 4/17/2013 | 130353 |
| Estate of Leopold Taliancich | 4/17/2013 | 130356 |
| Estate of Roko Petrovich | 4/17/2013 | 130359 |
| Estate of Vinca Stella Kaliszeski | 4/17/2013 | 130360 |
| Champion Growers, LTD. | 4/17/2013 | 130363 |
| Estate of Anthony J. Lulich | 4/17/2013 | 130364 |
| Cecele Alma Sylve Alexis | 4/17/2013 | 130366 |

| Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|
| Thecle Armstrong Delahoussye | 4/17/2013 | 130377 |
| Morrill J. Armstrong | 4/17/2013 | 130382 |
| Linda F. Shank | 4/17/2013 | 130385 |
| Estate of Luke Scobel | 4/17/2013 | 130390 |
| Estate of Bozo S. Taliancich | 4/17/2013 | 130392 |
| Fletcher C. Puderer | 4/17/2013 | 130395 |
| Loveless J. Saunier | 4/17/2013 | 130396 |
| Mitchell Lulich | 4/17/2013 | 130398 |
| Fletcher Cochran | 4/18/2013 | 131271 |
| The Rigolets Club, L.L.C. | 4/18/2013 | 131275 |
| Plaquemine Land Co. | 4/18/2013 | 131279 |
| Panel, Inc. | 4/18/2013 | 131282 |
| Carma Holdings, LLC | 4/18/2013 | 131283 |
| LAC Real Estate Holdings | 4/18/2013 | 131285 |
| David J. Scalfano | 4/18/2013 | 131287 |
| Toby J. Lowe | 4/18/2013 | 131291 |
| Stephen D. Thiel | 4/18/2013 | 131295 |
| Emile J. Lamulle | 4/18/2013 | 131300 |
| Robert U. Weiss | 4/18/2013 | 131307 |
| Jorge J. Sanchez | 4/18/2013 | 131311 |
| Anthony Ward | 4/18/2013 | 131321 |
| Herman Schoenberger | 4/18/2013 | 131324 |
| Melvyn A. Bulot | 4/18/2013 | 131334 |
| John Lulich, III | 4/18/2013 | 131339 |
| John Lulich | 4/18/2013 | 131347 |

| Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|
| John E. Scariano | 4/18/2013 | 131351 |
| Patrick R. Scariano | 4/18/2013 | 131355 |
| Joann L. Bauer | 4/18/2013 | 131359 |
| Philomena C. Eccles | 4/18/2013 | 131362 |
| Margaret M. Carver | 4/18/2013 | 131364 |
| Kim M. Beathard | 4/18/2013 | 131369 |
| Cathy C. Darragh | 4/18/2013 | 131373 |
| Kelly C. Lack | 4/18/2013 | 131378 |
| Carolyn Brennan | 4/18/2013 | 131386 |
| Stephen T. Cochran | 4/18/2013 | 131392 |
| Mae Nelson Adler | 4/18/2013 | 131408 |
| Augusta Schoenberger | 4/18/2013 | 131414 |
| Earl O. Armstrong | 4/18/2013 | 131424 |
| Mavis H. Ashby | 4/18/2013 | 131433 |
| Bonnie Bethel | 4/18/2013 | 131497 |
| Brenda Bethel | 4/18/2013 | 131503 |
| Leon Cognevich, Jr. | 4/18/2013 | 131508 |
| Louis S. Miller, Jr. | 4/18/2013 | 131510 |
| Norman L. Miller | 4/18/2013 | 131511 |
| Robert Charles Miller | 4/18/2013 | 131512 |
| Charles E. McHale, Jr. | 4/18/2013 | 131524 |
| Victor D. Martinez | 4/18/2013 | 131529 |
| Warren V. Jazpriza | 4/18/2013 | 131535 |
| Kenneth E. Holmes, Jr. | 4/18/2013 | 131540 |
| Lois A. Gafford | 4/18/2013 | 131543 |

| Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|
| Frank A. Ashby, Jr. | 4/18/2013 | 131547 |
| Christian R. Fatzer, Jr. | 4/18/2013 | 131550 |
| Kurt J. Ragas | 4/19/2013 | 132547 |
| Kenneth J. Ragas | 4/19/2013 | 132555 |
| Gary S. Ragas | 4/19/2013 | 132559 |
| Donald A. Ragas | 4/19/2013 | 132564 |
| Anne P. Potts | 4/19/2013 | 132570 |
| Edna Moore Lard | 4/19/2013 | 132573 |
| Jane Ann Musick | 4/19/2013 | 132576 |
| Marilyn Carter Musick | 4/19/2013 | 132581 |
| Felicity Ann Musick | 4/19/2013 | 132583 |
| Mercedes Perez Mack Exempt Trust | 4/19/2013 | 132585 |
| Paulette M. Wollard | 4/19/2013 | 132588 |
| Sunrise Fish & Oyster Co., Inc. | 4/19/2013 | 132592 |
| Georgia A. Spears | 4/19/2013 | 132596 |
| Sara M. Bumpas | 4/19/2013 | 132824 |
| Lorraine Collette | 4/19/2013 | 132827 |
| Joan F. Meyers | 4/19/2013 | 132836 |
| Charles W. Fasterling | 4/19/2013 | 132841 |
| John B. Fasterling | 4/19/2013 | 132847 |
| Kenneth C. McGee | 4/19/2013 | 132851 |
| John F. McGee | 4/19/2013 | 132855 |
| David Pavlovich | 4/19/2013 | 132856 |
| BNB Partners, LLC | 4/19/2013 | 132862 |
| Charles Arceneaux | 4/19/2013 | 132865 |

| Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|
| Ruth A. Amy | 4/19/2013 | 132879 |
| Sallee A. Pavlovich | 4/19/2013 | 132881 |
| Susanne Pavlovich | 4/19/2013 | 132882 |
| Suzanne Genevay Lagarde | 4/19/2013 | 132884 |
| Albert E. Prats | 4/19/2013 | 132886 |
| Linda Blicharz | 4/19/2013 | 132887 |
| Carla Ann Ratican | 4/19/2013 | 132888 |
| Anita D. Blanke | 4/19/2013 | 132889 |
| Catherine Vacarro Hanson | 4/19/2013 | 132892 |
| Monica Marsden D'Antoni | 4/19/2013 | 132895 |
| BC Subs, Inc. | 4/19/2013 | 132940 |
| JMW, Inc. | 4/19/2013 | 132943 |
| WJW, Inc. | 4/19/2013 | 132948 |