UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.   2179 |
| | * | NUMBER: |
| | * * | SECTION: |
| | * * | JUDGE: |
| | * * | |
| This document relates to: 2:12-cv-02048 | * * * * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS:
CHRIS ALBERT MARTIN,
JEFFREY R. VAUGHAN, STEVEN AGUINAGA,
STEPHANE AGUINAGA, MONETTE WYNNE,
GREG WYNNE, DOUG MAURRAS, RACHEL MANEEN,
ROCHELLE VAUGHAN, AND JENNIFER MARTIN

VERSUS

DEFENDANTS:
BP EXPLORATION & PRODUCTION INC., BP
AMERICA PRODUCTION COMPANY, BP, P.L.C.,
AIRBORNE SUPPORT INTERNATIONAL, INC.,
AIRBORNE SUPPORT, INC., ANADARKO
PETROLEUM CORPORATION, ANADARKO E&P
ONSHORE LLC f/k/a ANADARKO E&P COMPANY LP,
MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION,
TRANSOCEAN LTD, TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC., TRANSOCEAN
DEEPWATER INC, TRANSOCEAN HOLDINGS LLC,
TRITON ASSET LEASING GMBH, HALLIBURTON
ENERGY SERVICES, INC., M-I L.L.C., CAMERON
INTERNATIONAL CORPORATION, MORAN
ENVIRONMENTAL RECOVERY, LLC,
BOOM TECHNOLOGY, INC.,JIM FOX,
COUNCIL DEVELOPMENT COMPANY, L.L.C.
(FORMERLY COUNCIL DEVELOPMENT CORP.,
INC. D/B/A PEC/PREMIER SAFETY MANAGEMENT INC.)

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who file this Memorandum in Support of Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages. The amending of the petition in this matter will not delay the proceedings or prejudice any parties. As this case is currently stayed and the defendants have nto filed responsive pleadings. Accordingly, Plaintiffs request that this Honorable Court grant leave so that the attached Motion for Leave to File Plaintiffs' First Amended Complaint for Damages may be filed and served pursuant to the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs move this Honorable Court to grant Plaintiffs' First Amended Complaint For Damages as outlined above.

Respectfully submitted:

*S/Catherine B. Cummins*
**CATHERINE B. CUMMINS (29558)**
Email: ccummins@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

Attorney for Plaintiffs

Co-Counsel for Plaintiffs

**ROBERT J. McKEE (# 0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick,
Campbell, et al
12 Southeast 7th Street - #801
Fort Lauderdale, Florida 33301

Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 19, 2013.

*S/Catherine B. Cummins*
**CATHERINE B. CUMMINS**