Exhibit A

1. Akari Energy
2. Christensen Financial
3. Admiral Towing, LLC
4. Coastal Logistics, LLC
5. Alison Jane, LLC
6. Brown Florida Holdings, LLC
7. Cajun Queen, LLC
8. LA Barge, LLC
9. LA Marsh Buggies, LLC
10. Providence Barge, LLC
11. RC Barge, LLC
12. Triple BBB, LLC
13. Backbone Marine, LLC
14. Brown Water Barges, LLC
15. Camcorp, LLC
16. Codyliz, LLC
17. K&K Marine, LLC
18. Lady Towing, LLC
19. Uncle George, LLC
20. Safety First, LLC
21. Erdman, Jon
22. Rosean, Beau
23. Barthelemew, Anthony
24. Honiron Corp.
25. Venus World
26. Cherie F. Garmin
27. Estay, Edward
28. F&S Marine
29. Klenert, Gerry
30. Hartwig Moss Insurance Agency
31. LeBlanc Leasing, Co., LLC
32. Atomic Holdings, LLC
33. Dixie Marine, INC.
34. Houston Ship Repair
35. Industrial Marine & Equipment Co.
36. Johnson, Mark
37. Phil Guilbeau Offshore

38. St. Mary Galvanizing
39. M-Tec Rise
40. Ram Maching Tooling, Inc.
41. No Limit Gaming, LLC
42. Favalora Constructors
43. ARCI
44. Creekstone
45. Industrial Specialties Co. of LA
46. Cutitto, Claude
47. Keith Huber, Inc.
48. James Bosarge
49. Delaney Development
50. Jade Consulting
51. McKenzine Oil Co., Inc.
52. Kennedy Insurance Agency
53. Star Engineering
54. Madrid, Cesar
55. Burch, Bryan