UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>2:12-cv-01484<br>2:12-cv-01485 | Magistrate Judge Shushan |

**ORDER**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave of Court of File Plaintiffs' Amended Complaints for Damages.  The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED that Plaintiffs be granted leave to file Plaintiffs' Amended Complaint for Damages.

DONE AND ORDERED on this _____ day of _____, 2013, in New Orleans, Louisiana.

_____

Honorable Carl J. Barbier,
United States District Judge