**Exhibit A**

| Claimant | Document Number | Date Filed |
|---|---|---|
| Coroner, St. Tammany Parish | Eastern District Doc. No. 370 (Lexis Nexis Doc. No. 51885471) | 4/19/2013 |
| St. Tammany Parish Association for Retarded Citizens, Inc. (STARC) | Eastern District Doc. No. 371 (Lexis Nexis Doc. No. 51885906) | 4/19/2013 |
| Northshore Harbor Center District | Eastern District Doc. No. 397 (Lexis Nexis Doc. No. 51887697) | 4/19/2013 |