**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO, ON APRIL 20, 2010 | § | |
| | § | SECTION:    J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *All cases in Pleading Bundle Section* | § | JUDGE BARBIER |
| *III.B(3) (the "B3 Bundle")* | § | |
| | § | |
| *2:11-cv-00951-CJB-SS* | § | MAGISTRATE JUDGE SHUSHAN |

<u>**PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMEND COMPLAINT AND
JOINDER OF CERTAIN PERSONAL INJURY CLAIMANTS INTO
PLEADING BUNDLE "B3"**</u>

COME NOW, DARNELL ALEXANDER, *et al.,* Plaintiffs, filing this, their Motion for Leave to File their Third Amended Complaint and Joinder into Pleading Bundle B3 and in support of which would respectfully show unto the Court as follows:

On April 20, 2011, Plaintiffs in the above entitled and numbered cause filed their Original Complaint and Joinder into Pleading Bundle B3, which pleading contained a list of all Plaintiffs by name wishing to join the pleading; eight (8) more exposure victims joined on May 13, 2011; and four hundred and one (401) additional exposure victims joined on April 19, 2012. All facts and allegations contained in Plaintiffs' Original Complaint and Joinder to Pleading Bundle B3, ECF Doc. #1 are fully incorporated as if set forth herein.  Furthermore, Plaintiffs would respectfully request to amend their Complaint to include Exhibit D, Sabrina Bachi, a single Plaintiff attached hereto with redacted Social Security and home state.  Through these filings, Plaintiffs in Exhibits A, B, C and D do not waive their right to return to their respective home states for trial on the merits upon completion of this MDL's pretrial proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request leave of this Court to amend its pleadings to include the attached Exhibit D and to join this Plaintiff into this lawsuit.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

By: _____*/s/ Brent W. Coon*_____
BRENT W. COON
State Bar No. 04769750
Federal Bar No. 9308
215 Orleans
Beaumont, TX 77701
Telephone: 409.835.2666
Facsimile: 409.835.1912

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PTO 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 19, 2013.

By: _____*/s/ Brent W. Coon*_____
BRENT W. COON