**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | § | SECTION:   J |
| THIS DOCUMENT RELATES TO: *All cases in Pleading Bundle Section III.B(3) (the "B3 Bundle")* | § § § § | JUDGE BARBIER |
| 2:11-cv-00951-CJB-SS | § | MAGISTRATE JUDGE SHUSHAN |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE THE THIRD AMENDED COMPLAINT AND JOINDER OF CERTAIN PERSONAL INJURY CLAIMANTS INTO PLEADING BUNDLE "B3"**

COME NOW, DARNELL ALEXANDER *et al.,* Plaintiffs, filing this, their Motion for Leave to File the Third Amended Complaint and Joinder into Pleading Bundle B3, and in support of which would respectfully show unto the Court as follows:

On April 20, 2011, Plaintiffs in the above-entitled and numbered cause filed their Original Complaint and Joinder into Pleading Bundle B3, which pleading contained a list of all Plaintiffs by name wishing to join the pleading. Eight more exposure victims joined this pleading on May 13, 2011 and four hundred and one (401) joined on April 19, 2012.  Plaintiffs now request that one additional Plaintiff, attached hereto on Exhibit D, who is identified by name, redacted Social Security or GCCF Claim number and home state join in Pleading Bundle B3.  Under Federal Rule of Civil Procedure 15(a)(2), when a party seeks to amend its Complaint, "[t]he court should freely give leave when justice so requires."

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request leave to file their Third Amended Complaint and Joinder into Pleading Bundle B3

with Exhibits A, B, C and D attached thereto.

                              Respectfully submitted,

                              BRENT COON & ASSOCIATES

                              BY:_____

                                  BRENT W. COON
                                  STATE BAR NO. 04769750
                                  215 Orleans
                                  Beaumont, TX 77701
                                  (409) 835-2666 – Telephone
                                  (409) 835-1912 – Telecopier
                                  E-mail:  brent@bcoonlaw.com

                                  ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PTO 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 19, 2013.

                              BY:___/s/ *Brent W. Coon*_____
                              BRENT W. COON