| CLAIMANT NAME | Date of Filing | Document No. |
|---|---|---|
| Brite Star Custom Yachts | 4-10-13 | 128494 |
| Captain Barney Robert | 4-18-13 | 130888 |
| James Chapman | 4-17-13 | 130516 |
| Hondo Enterprises, Inc. | 4-18-13 | 130880 |
| Biloxi Gaming Partners 1, L.L.C. | 4-17-13 | 130476 |
| Red River Electric of Louisiana, L.L.C. | 4-17-13 | 130494 |
| Thomas Vu | 4-18-13 | 130882 |
| Kenneth Bolin | 4-17-13 | 130482 |
| P&K Offshore Contractors, L.LlC | 4-18-13 | 130885 |
| RSI Global Inc. | 4-20-13 | 133214 |
| Patricia Thibodaux | 4-20-13 | 133211 |
| Brodney Mouton | 4-17-13 | 130487 |
| Marcelle Tessier | 4-17-13 | 130512 |
| The Florida House Restaurant | 4-19-13 | 132567 |
| Charles Waldron | 4-19-13 | 132556 |
| Brenda Waldron | 4-19-13 | 132553 |
| Brodney Mouton | 4-20-13 | 133212 |



EXHIBIT A