UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010. | MDL No. 2179 |
| | SECTION: J |
| THIS PLEADING RELATES TO: 2:10-cv-08888-CJB-SS | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and the Short Form Joinder filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

                                                        _____
**Honorable Carl J. Barbier**
**U.S. District Court Judge**

# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document # |
|---|---|---|
| CEM Supply, LLC | 4/19/13 | 132181 |
| Slidell Specialty Hospital, L.P. | 4/19/13 | 132033 |
| Padgett, Linda | 4/19/13 | 132263 |
| Pizani, Nevil | 4/18/13 | 131496 |
| Doussan Jr., Warren B. | 4/19/13 | 132305 |
| Hanuman Corp. | 4/19/13 | 132164 |
| Sunshine Ventures, Inc. | 4/19/13 | 132173 |
| Pump Systems, LLC | 4/19/13 | 132361 |
| Worksite Benefit Services, Inc. | 4/19/13 | 132149 |
| Hookup and Pipeline, Inc. | 4/19/13 | 132070 |
| National Holdings, LLC | 4/19/13 | 131975 |
| Bevo Vino, LLC | 4/19/13 | 131998 |
| St. Mary Sand & Limestone, LLC | 4/19/13 | 131988 |
| C.A.F., Inc. | 4/19/13 | 132015 |
| Commodore Transportation, Inc. | 4/19/13 | 131946 |
| C&H Lures Ultimate Tackle Center, Inc. | 4/19/13 | 131933 |
| Davis, William B. | 4/19/13 | 132324 |
| Powell, Blake | 4/19/13 | 132314 |
| Zalenski, Douglas | 4/18/13 | 131583 |
| Directional Road Boring | 4/19/13 | 131579 |
| New Century Fabricators, Inc. | 4/18/13 | 131569 |
| Dickinson, Joan A. | 4/18/13 | 131557 |
| Lucky Coin Machine Company | 4/18/13 | 131553 |
| Eymard Homes, Inc. | 4/18/13 | 131536 |
| M&M Shipping, Inc. | 4/18/13 | 131466 |
| Rigolets Bait & Seafood, LLC | 4/18/13 | 131450 |
| USA Marine Consulting, LLC | 4/18/13 | 131415 |
| Greenwell Springs Marine, Inc. | 4/18/13 | 131404 |
| ABL Fabricators, LLC | 4/18/13 | 131390 |
| Thru Tubing Systems, Inc. | 4/18/13 | 131376 |
| RBT Welders | 4/18/13 | 131171 |
| CORDS, LLC | 4/18/13 | 131169 |
| Cleveland Billiot General Contractor | 4/18/13 | 131087 |
| American Seafoods, Inc. | 4/18/13 | 131085 |
| Serranos Clearview, LLC | 4/18/13 | 131074 |
| Digital Designers, LLC | 4/18/13 | 131072 |
| Alabama Roll, Inc. | 4/18/13 | 131082 |
| Serranos Johnston, LLC | 4/18/13 | 131079 |

| | | |
|---|---|---|
| Serranos Highland, LLC | 4/18/13 | 131077 |
| BP Homebuilders & Remodel | 4/18/13 | 131507 |
| Imperial Trading Company, LLC | 4/18/13 | 131542 |
| Alpaugh Supply, LLC | 4/18/13 | 131600 |
| Safety System Services, LLC | 4/18/13 | 131598 |
| J. Dunning, LLC | 4/18/13 | 131593 |
| 6901 Jefferson, LLC | 4/18/13 | 131515 |
| Brown, Lobdell P. | 4/19/13 | 132060 |
| Taylor's Industrial Specialties, Inc. | 2/10/12 | 111137 |