UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, ON | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |
| Case No. 2:10-cv-08888-CJB-SS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, come the claimants identified in the attached Exhibit A, who, for the reasons expressed in the attached memorandum, respectfully move that the Court grant them permission to file their short form joinders under the docket number 2:10-cv-08888-CJB-SS.

Respectfully submitted,

**BLOCK LAW FIRM**
422 East First Street
Post Office Box 108
Thibodaux, Louisiana  70302
Telephone (985) 446-0418
Facsimile (985) 446-0422

/s/ Matthew F. Block
MATTHEW F. BLOCK (#25577)

**CERTIFICATE**

I hereby certify that on 18 April 2013, I electronically filed the foregoing document with the Clerk of Court for the United State District Court of the Eastern District of Louisiana via the CM/ECF System, and provided by notice to call counsel of record.

/s/ Matthew F. Block
Matthew F. Block