UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, ON | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come several claimants (all identified in the attached Exhibit A) who file this Memorandum in Support of accompanying Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline.  These claimants all suffered significant economic harm resulting from the Deepwater Horizon oil spill.  Further, they have met all of the procedural steps required to submit this claim, including making presentment as required under the Oil Pollution Act, *33 U.S.C. §2701 et seq*. (1990).  They respectfully ask that this Court grant them permission to submit their short form joinders at this time.

Each of the claimants had submitted claims to either the Gulf Coast Claims Facility and/or the Court Supervised Settlement Program identifying the damages caused by the oil spill with a certain sum of economic loss.  Most have claims still pending with the Deepwater Horizon Economic Claims Center (DHECC).  These claimants have submitted their short form joinders as a precaution in the event their claims are not resolved with the settlement program.

Under supplemental admiralty Rule 14(f), the Court has discretion to permit the late filing of claims in a limitation proceeding. There clearly is no prejudice that will result from the acceptance of the late filing. These short form joinders have been (and are currently being) filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding. This is clearly the most efficient way for the Court to handle the numerous claims currently being filed in advance of the three year anniversary of the oil spill.

For these reasons, claimants respectfully request that the Court accept their late-filed short forms and grant the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline.

Respectfully submitted,

**BLOCK LAW FIRM**
422 East First Street
Post Office Box 108
Thibodaux, Louisiana  70302
Telephone (985) 446-0418
Facsimile (985) 446-0422

/s/ Matthew F. Block
MATTHEW F. BLOCK (#25577)

## CERTIFICATE

I hereby certify that on 18 April 2013, I electronically filed the foregoing document with the Clerk of Court for the United State District Court of the Eastern District of Louisiana via the CM/ECF System, and provided by notice to call counsel of record.

/s/ Matthew F. Block
Matthew F. Block