ATTACHMENT A

Scotco, Inc.
Vermillion River Tool & Equipment Co., Inc.
MKC Services, Inc.
M.M. Industries, Inc.
MSF Oilfield Equipment, Inc.
Tools, Inc.
Maxum Industries, LLC
M.M. Plastics, Inc.
M/V Drake, LLC
Premium Distributors, LLC
Prados Machine Works, LLC
Westgate Development, Inc.