UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO: Case No. 2:10-cv-08888-CJB-SS | JUDGE BARBIER |
| Case No. 2:10-cv-02771-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR LEAVE TO FILE SHORT FORM
JOINDER AFTER MONITION DATE**

NOW INTO COURT, through undersigned counsel, comes claimant Henry B. Johnson, III, who moves the Court for leave to file his short form joinder in the limitation proceeding with docket number 2:10-cv-02771-CJB-SS (the "Transocean limitation proceeding") after the monition date and shows the following grounds in support of his motion:

1. Claimant was unaware of the Court-established September 16, 2011 deadline for the filing of claims in the Transocean limitation proceeding and first contacted the undersigned counsel long after that deadline had passed.

2. Because claimant was not aware of the Court-established deadline, he did not file a timely claim in that proceeding.

3. No prejudice will result from the Court's *nunc pro tunc* acceptance of claimant's short form joinder, information concerning which is attached as Exhibit "A" to this motion. The limitation proceeding remains pending and undetermined, and the rights of the parties will not be adversely affected by the late filing.

For these reasons, claimant Henry B. Johnson, III, respectfully requests that the Court grant his motion for leave to file his short form joinder after the monition date, and that the Court deem his short form joinder timely filed.

Respectfully submitted,

**NICKELSON LAW PLLC**

/s/ John C. Nickelson
―――――――――――――――――
John C. Nickelson #32214
400 Travis Street, Suite 330
Shreveport, LA 71101
Telephone: (318) 200-0673
Facsimile: (318) 300-4762
john.nickelson@nickelsonlaw.com

ATTORNEY FOR CLAIMANT
HENRY B. JOHNSON, III

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 after the undersigned counsel gains access to that system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2013.

/s/ John C. Nickelson
_____
John C. Nickelson