UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:10-cv-08888-CJB-SS<br>Case No. 2:10-cv-02771-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Henry B. Johnson, III | April 19, 2013 | Rec. Doc. No. 133035 |