UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: Case No. 2:10-cv-08888-CJB-SS | JUDGE BARBIER |
| Case No. 2:10-cv-02771-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Leave to File Short Form Joinder After Monition Date:

IT IS ORDERED that the Motion for Leave to File Short Form Joinder After Monition Date filed by claimant Henry B. Johnson, III, be and hereby is GRANTED.

IT IS FURTHER ORDERED that the short form joinder filed by claimant Henry B. Johnson on April 19, 2013 [doc. no. 133035] shall be accepted and considered as timely filed in the Transocean limitation proceeding with docket number 2:10-cv-02771-CJB-SS.

SIGNED this ____ day of _____, 2013.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE