UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO: Case No. 2:10-cv-08888-CJB-SS | JUDGE BARBIER |
| Case No. 2:10-cv-02771-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SHORT FORM JOINDER AFTER MONITION DATE**

Claimant Henry B. Johnson, III, was unaware of the Court-established September 16, 2011 deadline for the filing of claims in the Transocean limitation proceeding and first contacted the undersigned counsel long after that deadline had passed. Because he was unaware of the deadline, he did not file a timely claim in that proceeding. The limitation proceeding is pending and undetermined, and the rights of the parties would not be adversely affected by affording claimant relief from the deadline. Claimant accordingly requests that the Court exercise its discretion under Supplemental Admiralty Rule F(4) to accept his April 19, 2013 short form joinder (rec. doc. no. 133035 in case no. 2:10-cv-08888-CJB-SS) as a late-filed claim in the Transocean limitation proceeding, case number 2:10-cv-02771-CJB-SS. *See, e.g., Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313

-2-

F.2d 359, 362 (5th Cir. 1963) ("[S]o long as the limitation proceeding is pending and undetermined, and that the rights of the parties are not adversely affected, the court will freely grant permission to file late claims upon a showing of the reasons therefor." (internal quotations, ellipses, and citation omitted));  *see also In re Gladiator Marine, Inc.*, Nos. 98-2037, 98-3800, 1999 WL 378121, at *2 (E.D. La. June 7, 1999) ("[T]he Court finds that in fairness, it must allow [claimant] to file these claims now.").

Respectfully submitted,

**NICKELSON LAW PLLC**

/s/ John C. Nickelson
_____
John C. Nickelson #32214
400 Travis Street, Suite 330
Shreveport, LA 71101
Telephone: (318) 200-0673
Facsimile: (318) 300-4762
john.nickelson@nickelsonlaw.com

ATTORNEY FOR CLAIMANT HENRY B. JOHNSON, III

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing memorandum will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 after the undersigned counsel gains access to that system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2013.

```
                              /s/ John C. Nickelson
                         _____
                              John C. Nickelson
```