Exhibit A to:
**MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE**

| | | |
|---|---|---|
| 04/18/2013 | 131633 | Short-Form Joinder of Forest Insurance Facilities, Inc., 6968.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131647 | Short-Form Joinder of Lane and Associates, Inc., 1269.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131635 | Short-Form Joinder of Regatta Research and Money Management, 1087.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131643 | Short-Form Joinder of LA Service of Norco, Inc., 8531.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131640 | Short-Form Joinder of RPC Management LLC, 1568.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131645 | Short-Form Joinder of Clements Insurance Services, Inc., 1222.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131649 | Short-Form Joinder of Peyton Asset Management, 9282.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131629 | Short-Form Joinder of Ronald Marcotte, 9525.(Culotta, John) (Entered: 04/18/2013) |
| 04/19/2013 | 133045 | Short-Form Joinder of Janice Giffin, 1654.(Culotta, John) (Entered: 04/19/2013) |
| 04/18/2013 | 131658 | Short-Form Joinder of Gaspar LoCicero, 6833.(Culotta, John) (Entered: 04/18/2013) |
| 04/19/2013 | 133073 | Short-Form Joinder of Prentiss Deshautreaux, 9040.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 133041 | Short-Form Joinder of William McNamara, 2487.(Culotta, John) (Entered: 04/19/2013) |
| 04/18/2013 | 131655 | Short-Form Joinder of Edward Fraiche, 8868.(Culotta, John) (Entered: 04/18/2013) |

| | | |
|---|---|---|
| 04/18/2013 | 131656 | Short-Form Joinder of Edward Fraiche, 8868.(Culotta, John) (Entered: 04/18/2013) |
| 04/18/2013 | 131657 | Short-Form Joinder of Andrew LoCicero, 3448.(Culotta, John) (Entered: 04/18/2013) |
| 04/19/2013 | 133161 | Short-Form Joinder of James The Village at Magnolia Square, LLC, 4891.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 133140 | Short-Form Joinder of Sandra Tisdale, 3451.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 132883 | Short-Form Joinder of Tuan Robinson, 5133.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 133153 | Short-Form Joinder of Alvin Kinler, 4272.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 133038 | Short-Form Joinder of Scott Dusang Title Insurance Agency, LLC, 3402.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 133100 | Short-Form Joinder of Jack Sachse, 8946.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 132843 | Short-Form Joinder of Entertainment Group, Inc., 2484.(Culotta, John) (Entered: 04/19/2013 |
| 04/19/2013 | 133083 | Short-Form Joinder of Michelle Bodle, 5176.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 133118 | Short-Form Joinder of Jonathan Young, 7184.(Culotta, John) (Entered: 04/19/2013) |
| 04/19/2013 | 133165 | Short-Form Joinder of Michael Sackett, 5738.(Culotta, John) (Entered: 04/19/2013) |
| 04/20/2013 | 133277 | Short-Form Joinder of Welch Developments, 4226.(Culotta, John) (Entered: 04/20/2013) |
| 04/20/2013 | 133305 | Short-Form Joinder of Welch Investments, 4957.(Culotta, John) (Entered: 04/20/2013) |

| 04/20/2013 | 133294 | Short-Form Joinder of Welch Construction, 1407.(Culotta, John) (Entered: 04/20/2013) |