**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | : | |
| Case No. 2:10-cv-08888-CJB-SS | : | MAG. JUDGE SHUSAN |

**ORDER**

Having carefully considered the Motion for Acceptance of Limitation Short Form

Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as the

claimants in "Exhibit A," shall be considered as timely filed claims in the Transocean

Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3

Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and

25.

Signed this _____ day of _____, 2013

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

1