**EXHIBIT A**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NO. |
|---|---|---|
| Jacob Boyd | 3/8/13 | 55112647 |
| Joseph Boyd | 3/8/13 | 55112722 |
| Angela Burt | 3/8/13 | 55112764 |
| Cox Quick Lube | 3/8/13 | 55112842 |
| Coden Bayou Auto Sales | 3/8/13 | 55112876 |
| Crescent City School of Gaming and Bartending | 3/8/13 | 55112911 |
| Bobbie Graham | 3/8/13 | 55112960 |
| Gruening Group | 3/8/13 | 55112983 |
| Katrina Harris | 3/8/13 | 55113012 |
| William Havard | 3/8/13 | 55113039 |
| Etta Johnson | 3/8/13 | 55113089 |
| James Johnson | 3/8/13 | 55113121 |
| Victor Johnson | 3/8/13 | 55113176 |
| Robert Kleimann | 3/8/13 | 55113242 |
| Janice Jula | 3/8/13 | 55113316 |
| Matt Lischke | 3/8/13 | 55113354 |
| Ray Rawls | 3/8/13 | 55114309 |
| Eric Matthews | 3/8/13 | 55114514 |
| Stephanie Matthews | 3/8/13 | 55114865 |
| Michael McClantoc | 3/8/13 | 55114899 |
| Tamara McClantoc | 3/8/13 | 55114921 |
| Rod Mitchell | 3/8/13 | 55114944 |
| Wade Moore | 3/8/13 | 55114993 |
| Gloria Morrison | 3/8/13 | 55115016 |
| Bernie Nelson | 3/8/13 | 55115053 |
| Kim Nelson | 3/8/13 | 55115075 |
| Owens Auto Parts | 3/8/13 | 55115166 |
| Owens Grocery | 3/8/13 | 55115215 |
| Jason Rawls & Global Transp. | 3/8/13 | 55115243 |
| Salty Dog | 3/8/13 | 55115258 |
| Elgin Schjott | 3/8/13 | 55115277 |
| Susan Sellers | 3/8/13 | 55115293 |
| Dustin Stokes | 3/8/13 | 55115316 |
| Say Thakhavong | 3/8/13 | 55115337 |
| Guillermo Contreras & A&G Transportation | 3/8/13 | 55115375 |
| Casto Clemente | 3/8/13 | 55115388 |
| Hui Hong Tan | 3/8/13 | 55115402 |
| Leonel Melendez | 3/8/13 | 55115424 |
| Jose Pineda | 3/8/13 | 55115436 |
| Tan Su | 3/8/13 | 55115453 |

| | | |
|---|---|---|
| Bobby Esfeller | 3/8/13 | 55115554 |
| FV Dreamer | 2/5/12 | 40216990 |
| Clarence Alexander | 2/5/12 | 40217735 |
| Louie Barber, Jr. | 2/5/12 | 40218179 |
| Raymond Barbour | 2/5/12 | 40218363 |
| Bates Enterprises | 2/5/12 | 40218453 |
| Marvin Bishop | 2/5/12 | 40218541 |
| Ronald Bishop | 2/5/12 | 40218618 |
| Stephen Branch | 2/5/12 | 40218675 |
| Eric Collier | 2/5/12 | 40219027 |
| Joseph Collier | 2/5/12 | 40219102 |
| Otis Collier, Sr. | 2/5/12 | 40219184 |
| John Dismuke | 2/5/12 | 40219234 |
| William Eddins | 2/5/12 | 40219281 |
| Paul Ford | 2/5/12 | 40219338 |
| Curtis Goleman | 2/5/12 | 40219395 |
| Clarence Higgins | 2/5/12 | 40219452 |
| Michael Hunt | 2/5/12 | 40219583 |
| John Inthavong | 2/5/12 | 40219739 |
| Andrew Johnson, Sr. | 2/5/12 | 40219924 |
| Donna Johnson | 2/5/12 | 40220082 |
| George Johnson | 2/5/12 | 40220459 |
| Gill Johnson, Sr. | 2/5/12 | 40220732 |
| Paul Johnson | 2/5/12 | 40220853 |
| Rory Johnson | 2/5/12 | 40220964 |
| Terry Johnson | 2/5/12 | 40221054 |
| K&K Dredge | 2/5/12 | 40221303 |
| Michael Ladnier | 2/5/12 | 40221425 |
| Robert Morrison | 2/5/12 | 40221524 |
| Brenda Nelson | 2/5/12 | 40221685 |
| Ronald Curran | 4/19/13 | |
| Norman Darby | 4/19/13 | |
| Brett Bauman | 4/19/13 | 55803538 |
| Robert Burt | 4/19/13 | 55803545 |
| Carolyn Gazzier | 4/19/13 | 55803563 |
| Vincent Gazzier | 4/19/13 | 55803572 |
| Darrell Graham | 4/19/13 | 55803577 |
| Danielle L Johnson | 4/19/13 | 55803584 |
| Joseph Johnson | 4/19/13 | 55803593 |
| Darrell Johnson | 4/19/13 | 55803608 |
| Michelle Johnson | 4/19/13 | 55803620 |
| Matthew Noel | 4/19/13 | 55803625 |
| PlanetGuide.com | 4/19/13 | 55803636 |
| David Skinner | 4/19/13 | 55803641 |
| Joshua Wells | 4/19/13 | 55803650 |

| | | |
|---|---|---|
| Winner's Circle Trophy | 4/19/13 | 55803659 |
| Francis Johnson | 4/19/13 | 55803730 |
| Fredys Amendarez | 4/20/13 | 55798084 |
| Deborah Barbour | 4/20/13 | 55798180 |
| Raymond Barbour | 4/20/13 | 55798214 |
| Bayou Auto Parts | 4/20/13 | 55798281 |
| David Boudoin | 4/20/13 | 55798341 |
| Joni Broussard | 4/20/13 | 55798381 |
| Angela Burt | 4/20/13 | 55798404 |
| Paul Cheramie | 4/20/13 | 55798428 |
| Cox Triangle | 4/20/13 | 55798450 |
| Amy Cubbage | 4/20/13 | 55798464 |
| Raymond Dardar | 4/20/13 | 55798478 |
| Johnny Davis | 4/20/13 | 55798511 |
| Joseph Dupre | 4/20/13 | 55798549 |
| Winter Esfeller | 4/20/13 | 55798570 |
| Jason Jaye | 4/20/13 | 55798627 |
| Roy Luke | 4/20/13 | 55798661 |
| Walter Rayborn | 4/20/13 | 55798684 |
| United Seafood Assoc. | 4/20/13 | 55798742 |
| Jonathon Wells | 4/20/13 | 55798798 |
| Michael Wooten | 4/20/13 | 55798825 |
| Daniel Zirlott, III | 4/20/13 | 55798903 |
| Linda Zirlott | 4/20/13 | 55799074 |