# EXHIBIT A

| Official Name | Date of Filing | Short Form Document # |
|---|---:|---:|
| 3L Leasing, L.L.C. | 4/19/2013 | 132958 |
| Adrian Gaskill | 4/19/2013 | 132602 |
| Albert Franklin | 4/19/2013 | 132590 |
| Alcurtis Celestine | 4/18/2013 | 131644 |
| Alexander Ellsworth | 4/19/2013 | 132579 |
| Aluminum Pipehooks, Inc. | 4/18/2013 | 131592 |
| Amberjack Tours & Transportation LLC | 4/18/2013 | 131594 |
| Andrew Stall | 4/20/2013 | 133319 |
| ANS Engines, Inc. | 4/18/2013 | 131603 |
| Anthony Roy Jerome | 4/18/2013 | 131693 |
| Aunt Imogene's, L.L.C. | 4/20/2013 | 133284 |
| Barton Siegel | 4/18/2013 | 130966 |
| Bart's Financial, Inc. | 4/18/2013 | 131619 |
| Big Pie, L.L.C. | 4/18/2013 | 131625 |
| Bryan Cooks | 4/18/2013 | 131688 |
| Buquet Distributing Co., Inc. | 4/18/2013 | 131636 |
| Bux-Sun, L.L.C. | 4/18/2013 | 131637 |
| Calvin Willis | 4/18/2013 | 131896 |
| Captain Elliott's Party Boats, Inc. d/b/a Texas Crewboats | 4/19/2013 | 133056 |
| Carlos Bonilla | 4/18/2013 | 131626 |
| Celtic Sub-Sea Construction Services, LLC | 4/18/2013 | 131654 |
| Centurion Marine Offshore, L.L.C. | 4/18/2013 | 131652 |
| Chad J. Costales | 4/18/2013 | 131690 |
| Chad Manieri | 4/19/2013 | 133184 |
| Charles J. Corona | 4/18/2013 | 131689 |
| Cheramie Marine, L.L.C. | 4/20/2013 | 133312 |
| Cheryl A. Giardina | 4/19/2013 | 132635 |
| Chippy P. Bruce | 4/18/2013 | 131634 |
| Chrisopher Hunziker | 4/19/2013 | 133032 |
| Christopher Booker | 4/18/2013 | 131627 |
| Christopher Charpentier | 4/18/2013 | 131684 |

# EXHIBIT A

| Name | Date | Number |
|---|---|---|
| Christopher Dill | 4/18/2013 | 132412 |
| Christopher Sasser | 4/20/2013 | 133309 |
| Clyde Licorish | 4/20/2013 | 133300 |
| Comar Marine, L.L.C. | 4/18/2013 | 131687 |
| Cory Chapman | 4/18/2013 | 131683 |
| Craig Berner | 4/18/2013 | 131622 |
| Crescent City Transportation LLC | 4/19/2013 | 132281 |
| Crusader Marine Offshore, L.L.C. | 4/19/2013 | 132283 |
| Damion Kearney | 4/19/2013 | 133064 |
| Daniel Gollinger | 4/19/2013 | 132911 |
| Daniel Hammond | 4/19/2013 | 133008 |
| David M. White | 4/18/2013 | 131894 |
| Dennis Hebert Sr. | 4/19/2013 | 133013 |
| Derek Jones | 4/19/2013 | 133048 |
| Derrick King | 4/19/2013 | 133066 |
| Deryl Barras | 4/18/2013 | 131616 |
| DET Trucking Servics, LLC | 4/19/2013 | 132369 |
| Dictator Marine Offshore, LLC | 4/19/2013 | 132396 |
| Dill Land Services, Inc. | 4/19/2013 | 132419 |
| Diversified Marketing Agency, L.L.C. | 4/19/2013 | 132422 |
| Donald Brown | 4/18/2013 | 131631 |
| Donald Lutz | 4/20/2013 | 133301 |
| Earthell Turner | 4/18/2013 | 131719 |
| Edgar Vinasco | 4/18/2013 | 131722 |
| Edgar Zatarain | 4/18/2013 | 131900 |
| Edward Errickson | 4/19/2013 | 132574 |
| Ellsworth Corporation | 4/19/2013 | 132426 |
| Emanuel Couto | 4/18/2013 | 131691 |
| Eric Hofsommer | 4/19/2013 | 133015 |
| Eric Guillot | 4/19/2013 | 133004 |
| Eric Smith | 4/18/2013 | 131703 |
| Eugene Johnson | 4/19/2013 | 133046 |

# EXHIBIT A

| | | |
|---|---|---|
| Eunice Griffin Jr. | 4/18/2012 | 131692 |
| Eunice C. Griffin III | 4/19/2013 | 132982 |
| Extreme Fishing, L.L.C. | 4/20/2013 | 133286 |
| Gary Gorman | 4/20/2013 | 133310 |
| Gary Milam | 4/19/2013 | 133192 |
| Gator Offshore, LLC | 4/20/2013 | 133289 |
| George Cox | 4/19/2013 | 132276 |
| Gerald E. Alleman | 4/18/2013 | 131587 |
| Gerry Washington | 4/18/2013 | 131726 |
| Gorman Inc. | 4/20/2013 | 133311 |
| Greg Guidry Enterprises, Inc. | 4/19/2013 | 132967 |
| Gregory A Davis | 4/19/2013 | 132321 |
| Guilbeau Gulf, Inc. | 4/19/2013 | 132999 |
| Guilbeau Marine, Inc. | 4/19/2013 | 133001 |
| Gulf Marine Barge, LLC | 4/19/2013 | 133005 |
| Gulf Offshore Transportation Service, Inc. | 4/19/2013 | 133006 |
| Hancock Brokerage, L.L.C. | 4/19/2013 | 133009 |
| Henry Lee | 4/19/2013 | 133117 |
| Herbert Mims, Jr. | 4/19/2013 | 133194 |
| Hollywood Drews, Inc. | 4/19/2013 | 133017 |
| Horizon Shipping, LTD | 4/19/2013 | 133030 |
| I-110 Military Plaza II | 4/20/2013 | 133291 |
| Iberia Crewboat & Marine Services, Inc. | 4/19/2013 | 133034 |
| Iberia Marine Services, L.L.C. | 4/19/2013 | 133037 |
| Intruder Marine Offshore, L.L.C. | 4/19/2013 | 133040 |
| J & K Marine, Inc. | 4/20/2013 | 133293 |
| J & R Towing and Storage, Inc. | 4/20/2013 | 133295 |
| J. Brady Marine, L.L.C. | 4/19/2013 | 133044 |
| James Denny | 4/19/2013 | 132365 |
| James Ray Marrone | 4/19/2013 | 133187 |
| Jamie Watson | 4/18/2013 | 131890 |
| Jimmy Lee | 4/19/2013 | 133121 |

# EXHIBIT A

| | | |
|---|---|---|
| John Pruis | 4/18/2013 | 131696 |
| John R. Brandon | 4/18/2013 | 131628 |
| Jonathan Olson | 4/18/2013 | 131694 |
| Jose Carrion Jr | 4/18/2013 | 131641 |
| Juan Lugo | 4/19/2013 | 133142 |
| Karen D. Dillard dba Planet Earth Environmental Consulting | 4/19/2013 | 133053 |
| Keith Sullivan | 4/18/2013 | 131711 |
| Keithrick Bass | 4/18/2013 | 131620 |
| Kenneth Washington | 4/18/2013 | 131727 |
| Kevin King | 4/19/2013 | 133071 |
| Kevin Parker | 4/20/2013 | 133304 |
| La Cote, L.L.C. | 4/19/2013 | 133074 |
| Lady Eve, L.L.C. | 4/19/2013 | 133080 |
| Lady Marie, L.L.C. | 4/19/2013 | 133098 |
| LaFouche Parish Tourist Commision | 4/20/2013 | 402 |
| Larry Estelle | 4/20/2013 | 133361 |
| Larry Griffin Towing Co., Inc. | 4/19/2013 | 133108 |
| Leon McElveen | 4/19/2013 | 133189 |
| Leon Terrase Jr. | 4/18/2013 | 131713 |
| Lesage & Associates L.L.C. | 4/19/2013 | 133128 |
| Leslie Barrios | 4/18/2013 | 131618 |
| Lester Haydel | 4/19/2013 | 133011 |
| Lloyd Enterprises, L.L.C. | 4/19/2013 | 133129 |
| Loren Noble | 4/20/2013 | 133303 |
| Lucies Thompson | 4/20/2013 | 133313 |
| Lutz Welding Service, Inc. | 4/19/2013 | 133146 |
| M & M Development | 4/19/2013 | 133164 |
| M&M Wireline & Offshore Services, LLC | 4/19/2013 | 133149 |
| Manisha Bhula | 4/18/2013 | 131623 |
| Marcus Lee | 4/20/2013 | 133299 |
| Marine Transportation Services, Inc. of Florida | 4/19/2013 | 133185 |
| Mark Alombro | 4/18/2013 | 131591 |

# EXHIBIT A

| Name | Date | Number |
|---|---|---|
| Mark H. Peters, A Professional Medical Corporation | 4/19/2013 | 133186 |
| Mark Peters | 4/20/2013 | 133296 |
| Martinez Brown | 4/18/2013 | 131632 |
| Mary Wong | 4/18/2013 | 131899 |
| Mexul, Inc. | 4/19/2013 | 133190 |
| Michael Nunez | 4/20/2013 | 133362 |
| Mid South, LLC | 4/19/2013 | 133191 |
| Mr. J.O., L.L.C. | 4/19/2013 | 133201 |
| Nancy Price | 4/20/2013 | 133308 |
| National Meat & Provision Co., Inc. | 4/19/2013 | 133202 |
| New Orleans Fine Catering, LLC | 4/20/2013 | 133283 |
| Nicholas Collins | 4/18/2013 | 132962 |
| Norris Lee | 4/19/2013 | 133123 |
| North Miami Beach PB, LLC | 4/20/2013 | 133282 |
| North Star Marine, LLC | 4/20/2013 | 133280 |
| Offshore Oil Services, Inc. | 4/20/2013 | 133363 |
| P.C. Consessions, Inc. | 4/20/2013 | 133276 |
| Paloma Energy Consultants, L.P. | 4/20/2013 | 133316 |
| Panther Helicopters, Inc. | 4/20/2013 | 133274 |
| Patrick Fabricating & Welding Enterprises Inc. | 4/20/2013 | 133278 |
| Patrick Poole | 4/20/2013 | 133307 |
| Paul Boyer & Associates, L.L.C. | 4/19/2013 | 132270 |
| Paul Lefort | 4/19/2013 | 133127 |
| Perry Alexcee | 4/18/2013 | 131581 |
| Pitre Industries, L.L.C. | 4/20/2013 | 133317 |
| Planet Beach Franchising Corporation | 4/20/2013 | 133273 |
| Planet P.C. Longview, Inc. | 4/20/2013 | 133270 |
| Predator Marine Offshore, L.L.C. | 4/20/2013 | 133268 |
| Premier Offshore Catering, Incorporated | 4/20/2013 | 133267 |
| Professional Packaging, Inc. | 4/18/2013 | 131695 |
| Renegade Marine Offshore, L.L.C. | 4/18/2013 | 131698 |
| Ricardo Martinez | 4/20/2013 | 133297 |

# EXHIBIT A

| | | |
|---|---|---|
| Richard Juka | 4/19/2013 | 133050 |
| Robert Antoine | 4/18/2013 | 131613 |
| Roger Ziliak | 4/18/2013 | 131905 |
| Ronald Alfred | 4/18/2013 | 131584 |
| Rotolo & Martin Super Market, Inc. | 4/18/2013 | 131700 |
| Roxanne L. Lonthier dba Roxie Transport | 4/20/2013 | 133318 |
| Ryan Pitre | 4/20/2013 | 133306 |
| S & S Consulting, L.L.C. | 4/18/2013 | 131701 |
| Sandis Clay | 4/18/2013 | 131685 |
| Seacraft Shipyard, L.L.C. | 4/18/2013 | 131702 |
| Seven-Eleven Bourbon, L.L.C. | 4/18/2013 | 131577 |
| Shaun Clemons | 4/18/2013 | 131686 |
| Shirish Bhula | 4/18/2013 | 131624 |
| Sig's Bunkhouse, LLC | 4/20/2013 | 133264 |
| Sourcewater Group, Inc. | 4/18/2013 | 131705 |
| Southern Aviation, L.L.C. | 4/18/2013 | 131706 |
| Southern Seaplane, Inc. | 4/18/2013 | 131707 |
| Spirit Industries, LLC | 4/20/2013 | 133260 |
| St. Rose Travel Center, L.L.C | 4/18/2013 | 131708 |
| Stephen Abadie | 4/18/2013 | 131580 |
| Stephen P. Smith | 4/18/2013 | 131704 |
| Storm Brewer | 4/18/2013 | 131630 |
| Streamline Supply, L.L.C. | 4/18/2013 | 131709 |
| Striker Marine Offshore, L.L.C. | 4/18/2013 | 131710 |
| Sukumar Thevar | 4/20/2013 | 133302 |
| Superior Corrosion, LLC | 4/18/2013 | 131712 |
| Talen's Marine & Fuel, LLC | 4/20/2013 | 133257 |
| Terroll F. McCollum | 4/19/2013 | 133188 |
| Terry Alleman | 4/18/2013 | 131590 |
| TGT Tanning, LLC | 4/20/2013 | 133256 |
| The Secret Spa LLC | 4/18/2013 | 131714 |
| Thomas Cerone | 4/18/2013 | 131653 |

# EXHIBIT A

| | | |
|---|---|---|
| Thomas Miller | 4/19/2013 | 133193 |
| Tim Ritchie | 4/18/2013 | 131699 |
| Times Grill III, L.L.C. | 4/20/2013 | 133314 |
| TNT Tanning, L.L.C. | 4/18/2013 | 131715 |
| Tom's Welding, Inc. | 4/18/2013 | 131716 |
| Transportation & Equipment, Inc. | 4/18/2013 | 131717 |
| Travis Marine, Inc. | 4/20/2013 | 133253 |
| Trent Mitchell | 4/19/2013 | 133195 |
| Trident Supply, L.L.C. | 4/18/2013 | 131718 |
| Trinity Insurance Services, Inc. | 4/20/2013 | 133252 |
| Troy Foret | 4/19/2013 | 132586 |
| Tyrant Marine Offshore, LLC | 4/19/2013 | 131720 |
| Union Credit Corporation of Abbeville | 4/18/2013 | 131721 |
| Vivid Tans L.L.C. | 4/18/2013 | 131723 |
| Wainwright & Boyer Land Services, LLC | 4/18/2013 | 131724 |
| Wayne Lacombe | 4/19/2013 | 133076 |
| Whitco Pump & Equipment, L.L.C. | 4/20/2013 | 133315 |
| Whitco Supply, L.L.C. | 4/18/2013 | 131725 |
| William Layton | 4/19/2013 | 133114 |
| Willie Rankin | 4/18/2013 | 131697 |