UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*; *Bon Secour Fisheries, Inc., et all, individually and on behalf of themselves and all others similarly situated vs. BP Exploration & Production Inc., et al.* | MDL No. 2179; No. 12-970; 10-8888; 10-9999<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come various Claimants identified in Exhibit "A" and "B" ("Claimants") who file this Memorandum in Support of Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline. Exhibit "A" attached hereto lists Claimants who filed Short Form Joinders in March 2013 in docket 10-8888. Exhibit "B" attached hereto lists Claimants who filed Short Form Joinders in March 2013 in 10-9999. Claimants seek to have this Honorable Court accept the Short Form Joinders in the Transocean limitation proceeding for the following reasons:

Claimants, listed on Exhibit "A" and "B", contacted counsel after the Court's deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill, and/or:

Claimants were unaware of the Court's deadline and did not timely file a Short Form Joinder in the Transocean limitation action.

1

No prejudice will result from the acceptance of the late filed Short Form Joinders of the Claimants identified in Exhibit "A" and "B." No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. <u>Texas Gulf Sulphur Co. v. Blue Stack Towing Co.</u>, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); <u>In re Gladiator Marine, Inc.</u>, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); <u>citing</u> <u>Golnoy Barge Co. v. M/T Shinoussa</u>, 980 F.2d 349, 351 (5th Cir. 1993). There is no indication that any plaintiff in the limitation of liability action would be adversely affected or suffer any prejudice if the Short Form Joinders are accepted as filed and deemed timely.

Limitation has not been determined and there is no prejudice to the Limiting Parties or other Defendants.

For the above reasons, Claimants request that the Court grant the Motion for Acceptance of Short Form Joinders beyond the September 16, 2011 Deadline and accept the filed Short Form Joinders as listed on Exhibit "A" and "B" as timely filed.

Dated March 27, 2013.

    Respectfully submitted,

    <u>/s/ Wesley J. Farrell, Esq.</u>

    Wesley J. Farrell, Esq.
    FLBN 71785
    Farrell & Patel, Attorneys At Law
    113 Almeria Ave
    Coral Gables, FL 33134

                Tel: 305-798-4177
                Fax: 800-946-6711

                <u>/s/ Terry A. C. Gray, Esq.</u>

                Terry A. C. Gray, Esq.
                FLBN 100732
                Farrell & Patel, Attorneys At Law
                113 Almeria Ave
                Coral Gables, FL 33134
                Tel: 305-798-4177
                Fax: 800-946-6711

            **ATTORNEYS FOR PLAINTIFFS**

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 27, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                <u>/s/ Sarah E. Spigener, Esq.</u>