UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig *Deepwater Horizon*
in the Gulf of Mexico, on April 20, 2010

This document refers to:
Case No.: 2:10-cv-08888-CJB-SS
Rec. Doc. No. 58326

MDL NO. 2179

SECTION: J

Honorable Carl J. Barbier

Magistrate Judge Shushan

---

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR
POMES SEAFOOD, LLC**

---

Plaintiff Pomes Seafood, LLC respectfully requests that this Honorable Court

enter an order enrolling Charles H. Abbott of Cotten, Schmidt, & Abbott, LLC in

substitution for Lanny R. Zatzkis of Zatzkiz, McCarthy & Associates, LLC as counsel of

record for Pomes Seafood, LLC.

Respectfully Submitted:

*/s/ Charles H. Abbott*
CHARLES H. ABBOTT (#27930)
**COTTEN SCHMIDT & ABBOTT, LLP**
650 Poydras St., Ste. 2810
New Orleans, LA 70130
Phone: (504) 568-9393
Facsimile: (504) 524-1933
cabbott@csa-lawfirm.com

Respectfully Submitted:

*/s/ Lanny R. Zatzkis*
LANNY R. ZATZKIS
**ZATZKIS McCARTHY &
ASSOCIATES, LLC**
650 Poydras St., Ste 2750
New Orleans, LA 70130
Phone: (504) 523-2266
lanny@zatzkis.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of April, the above and foregoing Motion to Substitute Counsel of Record for Pomes Seafood, LLC has been served on all counsel of record by electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System in accordance with the procedures established in MDL 2179.

*/s/ Charles H. Abbott*