UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION |
| | * | |
| RELATES TO CASE NO: 2:12-cv-02338 | * | MAGISTRATE |
| KOLIAN, et al vs. BP EXPLORATION & | * | |
| PRODUCTION INC., et al | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come, Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P., counsel of record for Falck Alford a/k/a Falck Alford Holding Company, Inc., who move to withdraw as counsel of record for Falck Alford a/k/a Falck Alford Holding Company, Inc., on the grounds that this party has other representation, which attorneys are already enrolled in this matter on behalf of Falck Alford a/k/a Falck Alford Holding Company, Inc.

**WHEREFORE**, undersigned counsel prays that Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P. be withdrawn as counsel of record for Falck Alford a/k/a Falck Alford Holding Company, Inc.

1

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

*/s/ Richard S. Vale*

_____
RICHARD S. VALE, T.A., #12995
PAMELA NOYA MOLNAR, #18208
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3046
Attorneys for Falck Alford a/k/a Falck Alford Holding Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Richard S. Vale*

_____
RICHARD S. VALE