UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION |
| | * | |
| RELATES TO CASE NO: 2:12-cv-02338 | * | MAGISTRATE |
| KOLIAN, et al vs. BP EXPLORATION & | * | |
| PRODUCTION INC., et al | * | |

* * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing motion:

IT IS ORDERED by the Court that Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P. be withdrawn as counsel of record for Falck Alford a/k/a Falck Alford Holding Company, Inc.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2013.

_____
J U D G E