UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To:<br>2:10-cv-08888-CJB-SS | ) ) | MAG. JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

COME NOW, through undersigned counsel, multiple plaintiffs, as evidenced by the list attached hereto as Exhibit A, who move this Court to allow the filing of multiple Short Form Joinders in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and in the Master Complaint [Rec. Doc. 879] for private economic losses and property damage claims ("B1 Bundle") filed in MDL No. 2179, and as grounds show the court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Movants contacted undersigned counsel after the Court's deadline. Movants sought assistance in filing a claim for damages incurred as a result of the Deepwater Horizon explosion and resultant oil spill.

4. Movants were unaware of the Court's deadlines, had not yet fully realized their damages, or were unaware of the availability of the Short Form Joinder generally, and therefore Movants did not timely file a Short Form.

5. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,* 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the Court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.,* No.9802037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351(5th Cir. 1993)). In this case, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

6. No prejudice will result from the acceptance of the late filed Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

WHEREFORE, Movants request that the Court grant their motion to include and accept the Short Form Joinders, a list of which is attached hereto as Exhibit A, in the pending limitation action and in the Master Complaint [Rec. Doc. 879] filed in MDL No. 2179, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted,

/s/ Jeff Friedman
Jeff Friedman (asb-6868-n77j)
Matt Conn (asb-9628-t83c
FRIEDMAN, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Corporate Woods Drive
Birmingham, Alabama 35243-3219
Phone: (205) 278-7000
Fax: (205) 278-7001
jfriedman@friedman-lawyers.com
mconn@friedman-lawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on April 22, 2013.

/s/ Jeff Friedman