In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

## EXHIBIT A

| CLAIMANT NAME | FILING DATE | SHORT FORM DOCUMENT NUMBERS |
|---|---|---|
| Robert Henkel | 4-19-13 | 133042 |
| Robert Henkel | 4-19-13 | 133043 |
| Rhes Low | 4-19-13 | 133047 |
| Michael Maddox | 4-19-13 | 133049 |
| Barry Pegram | 4-19-13 | 133052 |
| Alfred Seibt | 4-19-13 | 133054 |
| Eugene Wright | 4-19-13 | 133055 |