UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig :Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>Section: J |
| This Document Relates To:<br>Case No. 2:10-cv-0888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

COMES NOW, 2 Eastbrooke, LLC, through the undersigned counsel, and moves this Court for acceptance of its Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show unto the Court as follows:

1. This Court originally established a deadline for the filing of claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. 2 Eastbrooke, LLC contacted counsel after September 16, 2011 seeking assistance in filing claims for injuries and damages occurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. 2 Eastbrooke, LLC was unaware of the Court's deadline, or had not yet fully realized its damages, and did not timely file a short form joinder in the Transocean limitations action.

1

5.      No prejudice will result from the acceptance of the post-deadline Short Form Joinder of 2 Eastbrooke, LLC, a copy of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which would cause prejudice to any other party to the proceeding.

For the reasons set out above, and those set out in the Memorandum Brief in Support, 2 Eastbrroke, LLC respectfully requests that this Court grant its Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline and that this Court deem said Short Form Joinder of 2 Eastbrooke, LLC as timely filed in this action.

RESPECTFULLY SUBMITTED, this the 22nd day of April, 2013.

                                                                                             __s/ Teresa E. Harvey_____
                                                                                             TERESA E. HARVEY

Prepared by:
Teresa E. Harvey (MSB 100442)
CG Law Group, P.A.
120 N. Congress St., Suite 200
Jackson, MS  39201
Telephone:     601-948-8005
Facsimile:     601-948-8010
tharvey@cglawms.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified and provided notice through the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this the 22nd day of April, 2013.

                                                _s/ Teresa E. Harvey_
                                                TERESA E. HARVEY