UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: Oil Spill by the Oil Rig :Deepwater          MDL No. 2179
Horizon" in the Gulf of Mexico, on                  Section: J
April 20, 2010

This Document Relates To:                           JUDGE BARBIER
Case No. 2:10-cv-0888-CJB-SS                         MAGISTRATE JUDGE SHUSHAN

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER FILED BEYONDTHE SEPTEMBER 16, 2011 DEADLINE

COMES NOW, 2 Eastbrooke, LLC, through the undersigned counsel, and files this Memorandum in Support of Motion for Acceptance of Short Form Joinder Beyond the September 16, 2011 deadline.  2 Eastbrooke, LLC seeks this Honorable Court's permission to accept its late filed claim in the limitation proceeding for the following reasons:

1.      2 Eastbrooke, LLC contacted counsel after September 16, 2011 seeking assistance in filing claims for injuries and damages occurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2.      2 Eastbrooke, LLC was unaware of the Court's deadline, or had not yet fully realized its damages, and did not timely file a short form joinder in the Transocean limitations action.

3.      No prejudice will result from the acceptance of the post-deadline Short Form Joinder of 2 Eastbrooke, LLC, a copy of which is attached hereto as Exhibit "A".  No action has been taken in the limitation proceeding which would cause prejudice to any other party to the proceeding.

4.      Supplemental Admiralty Rule 14(f) gives the Court discretion to permit late filing of

1

claims in a limitation proceeding.  Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown.  *Texas Gulf Sulfur Co. v. Blue Stack Towing Co*., 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the Court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993)).  Here, there are no indications that any limitation plaintiff would adversely be affected or suffer any prejudice if this post-deadline claim is deemed timely.

5.      Additionally, limitation has not been determined, and there is no prejudice to the limiting parties or other defendants;

For the reasons set out above, 2 Eastbrroke, LLC respectfully requests that this Court grant its Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline and that this Court deem said Short Form Joinder of 2 Eastbrooke, LLC as timely filed in this action.

RESPECTFULLY SUBMITTED, this the 22nd day of April, 2013.


__s/ Teresa E. Harvey_____
TERESA E. HARVEY

Prepared by:
Teresa E. Harvey (MSB 100442)
CG Law Group, P.A.
120 N. Congress St., Suite 200
Jackson, MS  39201
Telephone:     601-948-8005
Facsimile:      601-948-8010
tharvey@cglawms.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified and provided notice through the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this the 22nd day of April, 2013.

s/ Teresa E. Harvey

TERESA E. HARVEY