UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig :Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>Section: J |
| This Document Relates To:<br>Case No. 2:10-cv-0888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum of 2 Eastbrooke, LLC:

IT IS ORDERED that the Motion is hereby granted and that Short Form Joinder of 2 Eastbrooke, LLC shall be considered as timely filed in the Transocean Limitation, (Civil Action No. 102771), as well as joinder in the appropriate Master Complaints.

So Ordered, this the 22nd day of April, 2013.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

1