IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF ) | |
| MEXICO, ON APRIL 20, 2010 ) | SECTION J |
| ) | |
| THIS DOCUMENT RELATES TO: ) | HON. CARL J. BARBIER |
| 2:10-cv-08888 & ) | |
| 2:10-cv-02771 ) | MAG. JUDGE SHUSHAN |

_____

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**
_____

COMES NOW, Claimant, The Boiling Point, moves this Court for acceptance of his Limitation Short Form Joinder, Doc. 134114, after the September 16, 2011 deadline in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and the proceeding in MDL 2179, and as grounds therefore shows the Court as follows:

1. This Court set a deadline for filing the claims in the Transocean Limitation Proceeding ("limitation proceeding") for April 20, 2011 and later extended the deadline to September 16, 2011.

2. Claimant contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

3. Claimant was unaware of the Court-established deadlines and/or had not yet fully realized his damages and did not timely file his Short Form Joinder in the limitation proceeding.

1

4.  No prejudice will result from the acceptance of Claimant's late filed Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding.

For the above reasons, Claimant respectfully requests that this Court grants Movant's *Motion for Acceptance of Short Form Joinder filed beyond the September 16, 2011 Deadline*, and the Court deems the Short Form Joinder as timely filed in the limitation proceeding and MDL 2179.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
E-mail:  dreich@reichandbinstock.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing document, *Motion for Acceptance of Short Form Joinder filed beyond the September 16, 2011 Deadline*, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2013.

                                                   /s/ Dennis C. Reich
                                                   Dennis Reich, Esq.