IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF ) | |
| MEXICO, ON APRIL 20, 2010 ) | SECTION J |
| ) | |
| THIS DOCUMENT RELATES TO: ) | HON. CARL J. BARBIER |
| 2:10-cv-08888 & ) | |
| 2:10-cv-02771 ) | MAG. JUDGE SHUSHAN |

_____

**ORDER ON MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER FILED
BEYOND THE SEPTEMBER 16, 2011 DEADLINE**
_____

The Court, having considered *Plaintiff's Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline* and supporting *Memorandum,* finds that Plaintiff's motion should be granted and Claimant's Short Form Joinder, Doc. 134114, shall be considered timely filed in the Transocean Limitation Proceeding and MDL 2179; accordingly, it is,

**ORDERED** that *Plaintiff's Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline* is **GRANTED.**

Signed this ____day of _____2013.

_____
Hon. Carl J. Barbier
United States District Court Judge

1