UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**Exhibit A to Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Wayne Hebert | 4/22/13 | 134015 |
| Warren Jones | 4/22/13 | 134020 |
| Darrel Owens | 4/22/13 | 134010 |
| Thuan T. Le | 4/22/13 | 134060 |
| Kha Hoang Tran Nguyen | 4/22/13 | 134055 |
| Tom Nguyen | 4/22/13 | 134045 |
| Mai Thi Do | 4/22/13 | 134036 |
| Ngan Ngoc Huynh | 4/22/13 | 134051 |
| Duc Van Le | 4/22/13 | 134066 |
| Luu Thi Le | 4/22/13 | 134041 |
| Hoa Thi Bui | 4/22/13 | 134062 |
| Domino's Seafood | 4/22/13 | 134203 |
| Michael Le | 4/22/13 | 134185 |
| Michelle Le | 4/22/13 | 134189 |
| Cynthia Lee | 4/22/13 | 134193 |
| Pete's Barbecue | 4/22/13 | 134198 |