UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal an unredacted version of the memorandum regarding the scope of BP's identification of documents responsive to the crime-fraud motion to compel, Dkt. No. 9355.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the memorandum shall be filed under seal.

IT IS SO ORDERED this __22nd__ day of __April__, 2013, at New Orleans, Louisiana.

_____
United States Magistrate Judge