# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

April 3, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re:    MDL 2179 — BP's Further *In Camera* Submission
                Per April 1, 2013 Order (Rec. Doc. 9064)

Dear Judge Shushan:

      As directed in paragraph 5 of Monday's Court Order, (Rec. Doc. 9064), BP is delivering to Chambers today for *in camera* review the documents identified on the already submitted logs related to the relevant SEC filings and the May 4, 2010 congressional briefing.

      In addition, Monday's Order directs BP to identify which of these documents fall within Category A. (*Id.*) BP writes to inform the Court and parties that, according to the definitions employed by BP's previous submissions, no documents from this group are Category A documents. Accordingly, BP will not be providing supplemental logs reflecting additional categorizations — a possibility we mentioned in an email to the United States and Transocean on April 1, 2013. (M. Petrino email to T. Benson and G. Davis-Denny (Apr. 1, 2013).) We review below our thinking and analysis in this regard.

      BP's Opposition to the United States' motion to compel (which was joined by Transocean) stated that BP had placed within Category A, "[d]ocuments in which Mr. Rainey is an active participant and that relate to the matters in BP's guilty plea allocution." (BP Opp, at 1.) But none of the documents identified on the logs related to the relevant SEC filings and May 4, 2010 briefing session satisfy these criteria.

      Specifically, no documents on the SEC log involve David Rainey as an active participant, let alone as a recipient, or copied addressee — or were otherwise located in Mr. Rainey's custodial file. These documents therefore do not belong within Category A. In addition, these

Chicago     Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
April 3, 2013
Page 2

documents also do not "relate to the matters in BP's guilty plea allocution" and therefore do not fall within Category A for a second reason.

As for the May 4 log, certain identified documents do involve Mr. Rainey (as the log entries demonstrate) and/or were drawn from his custodial file. These May 4 documents involving Mr. Rainey are evident on their face and from the corresponding log entries — with the exception of documents 10.0 and 11.0, which are from Mr. Rainey's custodial file although his involvement is not evident from the face of the documents.

As the Court and parties know, the initial categorization scheme for these documents contained five categories (A-E) reflecting, in part, different levels of participation from Mr. Rainey. Given the small number of documents at issue, and for the Court's convenience, we will send an updated May 4 log to the Court and movants with a new column titled "David Rainey Custodian or Email Party." As you will see in that log, we have noted "Yes" in that column where Mr. Rainey was the sender or FROM recipient or the document was located in his custodial file. (As shown on the logs, there are no instances for this small set of documents where Mr. Rainey is listed as a CC recipient or BCC recipient.) This designation is not intended to convey any judgment about the degree of Mr. Rainey's participation in the document at issue, merely to highlight this objective information for the Court's convenience.

But in all cases, these documents also do not fall within Category A because they do not "relate to the matters in BP's guilty plea allocution." As explained in BP's Opposition, BP pled guilty to a single count of obstructing a congressional investigation through BP's May 24, 2010 letter to Congressman Markey. (Opp. at 4.) Contrary to Transocean's claims, which were raised for the first time in its reply brief (TO Reply at 8-9), none of the May 4 or SEC documents relate to the admissions in BP's guilty plea allocution, which concerned certain statements in the May 24 and June 25, 2010 letters to Congressman Markey (*See* Opp. at 17-20). Accordingly, none of the May 4 or SEC documents "relate to the matters in BP's guilty plea allocution" and therefore none are Category A documents.

In sum, even though no documents submitted today fall within Category A, certain of the May 4 documents do involve Mr. Rainey, while none of the SEC documents involve Mr. Rainey.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
April 3, 2013
Page 3

\* \* \*

  Please let us know if the Court has questions regarding the submitted materials or if any additional materials might aid the Court's review.

              Respectfully submitted,

              Robert R. Gasaway

cc (by electronic mail):

Michael O'Keefe
United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Joel M. Gross