UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO.: 2179; 10-2771; 10-8888 |
| | * | SECTION: J |
| This Document Relates to Case 10:8888 and Document Number 134216 | * * * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum filed by Claimant, T. Duffy Builders, LLC (also known as T.A. Duffy Builders, LLC and formerly known as Benchmark Development, LLC):

IT IS ORDERED that the Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline is hereby granted and all Short Form Joinder filed by Claimant identified in Exhibit "A" into the record of Civil Action No. 10-8888 and No. 10-9999, shall be considered as timely filed in the Transocean Limitation (Civil Action 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____

**J U D G E**

N:\Files\BP - Duffy Builders-40250\Pleadings\Proposed Order.doc