UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**Exhibit A to Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Scott Porter | 4/22/13 | 134239 |