UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | § | Section: J |
| This Document relates to: | § § | |
| Civil Action No. 2:11-cv-237 - *Vickie Matranga v. BP PLC, et al.* | § § | Judge Barbier Magistrate Judge Shushan |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff, Vicki Matranga, by and through undersigned counsel of record, Cunningham Bounds, LLC, and files this Motion for Leave to File Amended Complaint, and would show unto this Honorable Court the following:

1. Plaintiff filed its Complaint on November 5, 2010 in the in the Circuit Court of Mobile County, Alabama, Civil Action No. 2010-1332.

2. This case was subsequently transferred to this Honorable Court pursuant to Conditional Transfer Order No. 4 ("CTO-4") in *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010*, Civil Action No. 2:10-md-02179, issued by the United States Judicial Panel on Multidistrict Litigation on September 8, 2010.

3. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, leave to amend shall be freely given.

4. The Fifth Circuit outlined the federal policy for amendment. In *U.S. ex rel. Willard v. Humana Health Plan of Texas, Inc.,* the court stated that leave to amend

1

"should be granted absent some justification for refusal." *U.S. ex rel. Willard v. Humana Health Plan of Texas, Inc.,* 336 F.3d 375, 386 (5th Cir. 2003) (quoting *Forman v. Davis,* 371 U.S. 178, 181 (1962). The court held further that "[t]he liberal amendment policy underlying Rule 15(a) affords the court broad discretion in granting leave to amend and, consequently, a motion for leave to amend should not be denied unless there is undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed [or] undue prejudice to the opposing party by virtue of allowance of the amendment…." *Id.* at 386.

5. The proposed Amended Complaint seeks to add claims under the Oil Spill Pollution Act and the facts that give rise to such claims on behalf of Plaintiff.

6. Nothing in Plaintiff's proposed Amended Complaint will divest this Court of jurisdiction in this matter.

7. Plaintiffs' proposed Amended Complaint is attached hereto as Exhibit "1".

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that an Order be entered granting it leave of Court to file the Amended Complaint attached hereto as Exhibit 1, and that the proposed Amended Complaint be deemed filed as of the date of this Motion.

RESPECTFULLY SUBMITTED this the 22nd day of April, 2013.

  /s/ Allison E. White
**Allison E. White**
La. Bar No. 32957
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
Phone: 251-471-6191
Fax: 251-479-1031

E-mail: aew@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com