IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

| | | |
|---|---|---|
| In Re:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179

Section: J |
| This Document relates to:

Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.* | § § § § | Judge Barbier
Magistrate Judge Shushan |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

COME NOW, Plaintiffs, Sarah H. Moore, Tommy Henderson, S.J. Henderson, Tim Henderson, Hettie Harrington, Mobile Management, LLC, William Henderson, Bruce Henderson, Lorraine Lee, Laura Woddail, Marilyn Roberts, Newell Robinson, Kathryn Steinemann, Kathryn Dexter Fillippeli, Mary H. Waite, Robert S. Waite III, Mary Ellen Dumas, William Berry Dumas, Jessica Dexter Taylor, Roderick B. Dexter, Helen Dexter McDavid, and William Dexter, individually ("Plaintiffs"), who are owners and/or lessees of real property on the Gulf Coast bays, and estuaries, including oyster beds and associated marshlands that are and continue to be adversely and negatively impacted and damaged as a result of the explosion, burning and sinking of the semi-submersible drilling vessel *Deepwater Horizon* on or about April 20, 2010, on the outer Continental Shelf off the Gulf coast, that resulted in the release of unprecedented amounts of crude oil into the waters of the Gulf of Mexico, by and through undersigned counsel of record, Balch & Bingham LLP, and file this their Motion for Leave to File Second Amended Complaint, and would show unto this Honorable Court the following:

1

1. Plaintiffs filed their Complaint on June 9, 2010 in the United States District Court for the Southern District of Alabama, Southern Division, Civil Action No. 1:10-cv-00293.

2. This case was subsequently transferred to this Honorable Court pursuant to Conditional Transfer Order No. 4 ("CTO-4") in *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010*, Civil Action No. 2:10-md-02179, issued by the United States Judicial Panel on Multidistrict Litigation on September 8, 2010.

3. Prior to the issuance of CTO-4, two party Defendants, Cameron International Corporation and Halliburton Energy Services, Inc., filed responsive motions in the Southern District of Alabama; however, no rulings were made on those motions prior to the transfer to this Honorable Court.

4. Upon transfer to this Honorable Court, Plaintiffs sought and obtained leave to file an Amended Complaint. Upon obtaining such leave, Plaintiffs filed their First Amended Complaint on or about December 23, 2010 [Dkt. 928].

5. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, leave to amend shall be freely given.

6. The Fifth Circuit outlined the federal policy for amendment. In *U.S. ex rel. Willard v. Humana Health Plan of Texas, Inc.,* the court stated that leave to amend "should be granted absent some justification for refusal." *U.S. ex rel. Willard v. Humana Health Plan of Texas, Inc.,* 336 F.3d 375, 386 (5th Cir. 2003) (quoting *Forman v. Davis,* 371 U.S. 178, 181 (1962). The court held further that "[t]he liberal amendment policy underlying Rule 15(a) affords the court broad discretion in granting leave to amend and,

2

consequently, a motion for leave to amend should not be denied unless there is undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed [or] undue prejudice to the opposing party by virtue of allowance of the amendment…." *Id.* at 386.

7. The proposed Second Amended Complaint seeks to add claims under the Oil Spill Pollution Act and the facts that give rise to such claims on behalf of Plaintiffs.

8. Nothing in Plaintiffs' proposed Second Amended Complaint will divest this Court of jurisdiction in this matter.

9. Plaintiffs' proposed Second Amended Complaint is attached hereto as Exhibit "1".

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that an Order be entered granting it leave of Court to file the Second Amended Complaint attached hereto as Exhibit 1, and that the proposed Second Amended Complaint be deemed filed as of the date of this Motion.

RESPECTFULLY SUBMITTED this the 22nd day of April, 2013.

    /s Matthew W. McDade
Michael D. Freeman (ASB-6065-F44M)
M. Todd Lowther (ASB-3992-A60L)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

Jonathan P. Dyal (MS Bar No. 99146)
Matthew W. McDade (LSB – 32899)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

3

And

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com

**Allison E. White,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aew@cunninghambounds.com

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave to File a Second Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 22nd day of April, 2013.

                                                                                           /s Matthew W. McDade
                                                                                          Of Counsel