UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES: *All Cases* | * * * | MAG. JUDGE SHUSHAN |
| (Including No. 2:10-cv-09999-CJB-SS) | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR ACCEPTANCE OF A SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes St. Bernard Parish School Board who moves this Court for acceptance of its late-filed Short Form Joinder (Document 326, filed April 18, 2013) in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Before Claimant retained the undersigned counsel, Claimant timely filed a Short Form (Document 52009) in 2:10-cv-08888.

5. Claimant has suffered economic injury, damage and/or losses as a result of the oil spill which were only discovered and their connection to the oil spill discovered many months after April 20, 2010.

6. No prejudice will result from the acceptance of the late-filed Short Form Joinder, (Document 326, filed April 18, 2013) in 2:10-cv-09999 since Answer and Claim in Limitation was previously filed by Claimant in 2:10-cv-08888. Additionally, no action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding should the Court grant this Motion.

For these reasons, Movant respectfully requests this Court grant Movant's Motion for Acceptance of a Short Form Joinder Filed after the September 16, 2011 Deadline, and that the Court deem said Short Form Joinder to be timely filed.

Respectfully submitted:

2

*/s/ Christine E. Sevin*
Walter J. Leger, Jr., Esq., 08278
Franklin G. Shaw, Esq., 01594
Christine E. Sevin, Esq., 32683
LEGER & SHAW
600 Carondelet Street, Floor 9
New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: csevin@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/ Christine E. Sevin*
CHRISTINE E. SEVIN