UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: *All Cases* | * | MAG. JUDGE SHUSHAN |
| | * * | |
| (Including No. 2:10-cv-09999-CJB-SS) | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF A SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes the St. Bernard Parish School Board which files this Memorandum in support of the accompanying Motion for Acceptance of a Short Form Joinder Filed Beyond the September 16, 2011 Deadline. Before retaining the undersigned counsel, Claimant timely filed a Short Form Joinder in 2:10-cv-08888 (Document 52009). On April 18, 2013, Claimant filed a Short Form Joinder in 2:10-cv-09999, Document 326. Claimant seeks this Honorable Court's permission to accept claimant's late-filed claim in the limitation proceeding for the following reasons:

1. Claimant contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Before retaining the undersigned counsel, Claimant timely filed a Short Form Joinder in 2:10-cv-08888, Document 52009. This Answer and Claim in Limitation has

1

already been filed, but not in 2:10-cv-09999.

3. Claimant has suffered economic injury, damage and/or losses as a result of the oil spill which were only discovered and their connection to the oil spill discovered many months after April 20, 2010.

4. No prejudice will result from the acceptance of the late-filed Short Form Joinder, (Document 326, filed April 18, 2013) in 2:10-cv-09999 since Answer and Claim in Limitation was already filed in 2:10-cv-08888. A new Short Form Joinder has been filed in the Court-established filing system under the action 2:10-cv-0999-CJB-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

5. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. V. Blue Stack Towing Co.,* 313 F. 3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); In re Gladiator Marine, Inc., No. 98-2037, 1999 WL378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. V. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, Claimant respectfully requests that the Court accept its late- filed Short

Form and grant the accompanying Motion for Acceptance of a Short Form Joinder Filed Beyond the September 16, 2011 Deadline.

        Respectfully submitted:

        */s/ Christine E. Sevin*
        Walter J. Leger, Jr., Esq., 08278
        Franklin G. Shaw, Esq., 01594
        Christine E. Sevin, Esq., 32683
        LEGER & SHAW
        600 Carondelet Street, Floor 9
        New Orleans, Louisiana 70130
        Telephone: (504) 588-9043
        Facsimile: (504) 588-9980
        Email: csevin@legershaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

        */s/ Christine E. Sevin*
        CHRISTINE E. SEVIN