UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: *All Cases* | * * * | |
| (Including No. 2:10-cv-09999-CJB-SS) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Acceptance of a Short Form Joinder Filed beyond the September 16, 2011 Deadline and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinder (Document 326) filed by St. Bernard Parish School Board in the action 2:10-cv-09999-CJB-SS on April 18, 2013 is hereby considered to be a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-9999), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this____day of_____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge