UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG   "DEEPWATER HORIZON" in the   GULF OF MEXICO, on   APRIL 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: *All Cases* | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |
| (Including No. 2:10-cv-09999-CJB-SS) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come various claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimants have suffered economic injury, damage and/or losses as a result of the oil spill; said injury, damage and losses were only discovered and their connection to the oil spill discovered many months after the Court established deadline.

4. Because claimants had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached as "Exhibit A." No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding should the Court grant this Motion.

For these reasons, Movants respectfully request this Court grant Movants' Motion for Acceptance of Short Form Joinders Filed after the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders to be timely filed.

Respectfully submitted:

| | |
|---|---|
| */s/ Christine E. Sevin* | */s/ Michael A. Gorbaty* |
| Walter J. Leger, Jr., Esq., 08278 | John F. "Jack" Rowley, Esq. |
| Franklin G. Shaw, Esq., 01594 | DISTRICT ATTORNEY |
| Christine E. Sevin, Esq., 32683 | Michael A. Gorbaty, Esq., 25688 |
| LEGER & SHAW | ASSISTANT DISTRICT ATTORNEY |
| 600 Carondelet Street, Floor 9 | ST. BERNARD PARISH |

2

New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: csevin@legershaw.com

**ATTORNEYS FOR ST. BERNARD PARISH SCHOOL BOARD AND LAFOURCHE PARISH SCHOOL BOARD**

STATE OF LOUISIANA
1101 West St. Bernard Highway
Chalmette, Louisiana  70043
Telephone: (504) 271-1658
maglsu@usa.net

**ATTORNEYS FOR STATE OF LA "EX REL." ST. BERNARD PARISH SCHOOL BOARD**

*/s/ Camille. A. Morvant*
Camille A. "Cam" Morvant, Esq. 04196
DISTRICT ATTORNEY
LAFOURCHE PARISH
STATE OF LOUISIANA
103 Maronge Street, Suite A
Thibodaux, Louisiana 70301
Telephone: (985) 447-2003
da17jdc@lpda.org

**ATTORNEY FOR STATE OF LA "EX REL." LAFOURCHE PARISH SCHOOL BOARD**

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 22, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                              */s/ Christine E. Sevin*

                                              CHRISTINE E. SEVIN