UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL by the OIL RIG    *   | MDL No. 2179 |
| "DEEPWATER HORIZON" in the    *   | |
| GULF OF MEXICO, on    *   | SECTION J |
| APRIL 20, 2010    *   | |
| *   | JUDGE BARBIER |
| THIS DOCUMENT RELATES: *All Cases*    *   | MAG. JUDGE SHUSHAN |
| *   | |
| *   | |
| (Including No. 2:10-cv-09999-CJB-SS)    *   | |
| *   | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed beyond the September 16, 2011 Deadline and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as various claimants in "Exhibit A," in the action 2:10-cv-09999-CJB-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-9999), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this____day of_____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge