## EXHIBIT A

| CLAIMANT | DOCUMENT NUMBER | DATE FILED |
|---|---|---|
| STATE OF LOUISIANA "EX REL." ST. BERNARD PARISH SCHOOL BOARD AND ST. BERNARD PARISH SCHOOL BOARD IN ITS CAPACITY AS TRUSTEE, ADMINISTRATOR AND/OR MANAGER OF "SECTION 16" LANDS WITHIN ST. BERNARD PARISH, LOUISIANA | 324 | 4.18.13 |
| STATE OF LOUISIANA "EX REL." LAFOURCHE PARISH SCHOOL BOARD AND LAFOURCHE PARISH SCHOOL BOARD IN ITS CAPACITY AS TRUSTEE, ADMINISTRATOR AND/OR MANAGER OF "SECTION 16" LANDS WITHIN LAFOURCHE PARISH, LOUISIANA | 321 | 4.18.13 |