UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document refers to: Case No.: 2:10-cv-08888-CJB-SS | Honorable Carl J. Barbier |
| Rec. Doc. No. 84809 | Magistrate Judge Shushan |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR REPUBLIC NEW ORLEANS, LLC**

COMES NOW, V.M. Wheeler, III of the law firm Gordon, Arata, McCollam, Duplantis & Eagan, LLC, attorney of record for Plaintiff Republic New Orleans, LLC respectfully requests that this Honorable Court allow enrollment of Charles H. Abbott of Cotten, Schmidt, & Abbott, LLC as additional counsel of record for Republic New Orleans, LLC.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| */s/ Charles H. Abbott* | */s/ V.M. Wheeler, III* |
| CHARLES H. ABBOTT (#27930) | V.M. Wheeler, III |
| **COTTEN SCHMIDT & ABBOTT, LLP** | **Gordon, Arata, McCollam, Duplantis & Eagan, LLC** |
| 650 Poydras St., Ste. 2810 | |
| New Orleans, LA 70130 | 201 St. Charles Ave., 40th Floor |
| Phone: (504) 568-9393 | New Orleans, LA 70170 |
| Facsimile: (504) 524-1933 | Phone: (504) 569-1667 |
| cabbott@csa-lawfirm.com | vmwheeler@gordonarata.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of April, the above and foregoing Motion to Enroll Additional Counsel of Record for Republic New Orleans, LLC has been served on all counsel of record by electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System in accordance with the procedures established in MDL 2179.

/s/ Charles H. Abbott