**EXHIBIT A**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Double Eagle Energy Services, LLC | 4/22/13 | Rec. Doc. 134341 |