UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>2:12-cv-01483<br>2:12-cv-02194 | Magistrate Judge Shushan |

**PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE
PLAINTIFFS' AMENDED COMPLAINTS FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who file this Motion for Leave of Court to file Plaintiffs' Amended Complaints for Damages for the purpose of the addition of a cause of action and the addition of defendants.

Pursuant to Pretrial Order 11 (Doc 569), Plaintiffs' consulted with the PSC and the PSC granted permission to Plaintiffs to file this motion to file Plaintiffs' Amended Complaints for Damages.  The amending of the complaints in the above matters will not delay the proceedings or prejudice any parties.  Plaintiffs have received no responsive pleading or motion under Rule 12(b), (e), or (f).

WHEREOFRE, Plaintiffs request that this Honorable Court grant leave so that the attached Plaintiffs' Amended Complaints for Damages may be filed and served pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.

        By: /s/   Robert J. McKee

        Robert J. McKee, Esquire
        Florida Bar Number:  972614
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Stuart H. Smith, Esquire
        Louisiana Bar Number:  17805
        ssmith@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Motion for Leave to File Amended Complaints for Damages has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April 2013.

            KRUPNICK, CAMPBELL, MALONE,
            BUSER, SLAMA, HANCOCK,
            LIBERMAN & McKEE, P.A.

            By:  /s/   Robert J. McKee

            Robert J. McKee, Esquire
            Florida Bar Number:  972614
            rmckee@krupnicklaw.com
            12 Southeast Seventh Street, Suite 801
            Fort Lauderdale, Florida  33301-3426
            954-763-8181 telephone
            954-763-8292 facsimile

            and

            Stuart H. Smith, Esquire
            Louisiana Bar Number:  17805
            ssmith@smithstag.com
            SMITH STAG, L.L.C.
            One Canal Place, Suite 2850
            365 Canal Street
            New Orleans, Louisiana  70130
            (504) 593-9600 telephone
            (504) 593-9601 facsimile

            *Attorneys for Plaintiffs*