UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG          MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010      Section "J"

         Judge Barbier

This Document Relates to:          Magistrate Judge Shushan
2:12-cv-01483
2:12-cv-02194


**PLAINTIFFS' MEMORANUM IN SUPPORT OF
MOTION FOR LEAVE OF COURT TO FILE
PLAINTIFFS' AMENDED COMPLAINTS FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who file this Memorandum in Support of Motion for Leave of Court to File Plaintiffs' Amended Complaints for Damages for the purpose of the addition of a cause of action and the addition of defendants.

Pursuant to Pretrial Order 11 (Doc 569), Plaintiffs' consulted with the PSC and the PSC granted permission to Plaintiffs to file this motion to file Plaintiffs' Amended Complaints for Damages.  The amending of the complaints in the above matters will not delay the proceedings or prejudice any parties.  Plaintiffs have received no responsive pleading or motion under Rule 12(b), (e), or (f).

WHEREFORE, Plaintiffs request that this Honorable Court grant leave so that the attached Plaintiffs' Amended Complaints for Damages may be filed and served pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.

By: /s/ Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number: 17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Plaintiffs' Memorandum in Support of Motion for Leave to File Amended Complaints for Damages has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April 2013.

                                        KRUPNICK, CAMPBELL, MALONE,
                                        BUSER, SLAMA, HANCOCK,
                                        LIBERMAN & McKEE, P.A.

                                        By:  /s/  Robert J. McKee

                                        Robert J. McKee, Esquire
                                        Florida Bar Number:  972614
                                        rmckee@krupnicklaw.com
                                        12 Southeast Seventh Street, Suite 801
                                        Fort Lauderdale, Florida  33301-3426
                                        954-763-8181 telephone
                                        954-763-8292 facsimile

                                        and

                                        Stuart H. Smith, Esquire
                                        Louisiana Bar Number:  17805
                                        ssmith@smithstag.com
                                        SMITH STAG, L.L.C.
                                        One Canal Place, Suite 2850
                                        365 Canal Street
                                        New Orleans, Louisiana  70130
                                        (504) 593-9600 telephone
                                        (504) 593-9601 facsimile

                                        *Attorneys for Plaintiffs*