UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG              MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010              Section "J"

                                             Judge Barbier

This Document Relates to:                    Magistrate Judge Shushan
2:12-cv-01483
2:12-cv-02194

**ORDER**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave of Court of File

Plaintiffs' Amended Complaints for Damages.  The Court having read and considered argument

of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED that Plaintiffs be granted leave to file Plaintiffs' Amended Complaint for

Damages.

DONE AND ORDERED on this _____ day of _____, 2013, in New Orleans,

Louisiana.

_____

Honorable Carl J. Barbier,
United States District Judge