UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This Document Relates To:** | * | JUDGE BARBIER |
| All Cases and 10-8888 (Rec. Doc. | * | |
| 86372) | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a request by Brian W. Gortney, II[1] for an exemption from user fees for electronically retrieving Court documents filed in this multidistrict litigation, MDL 2179, through the Public Access to Court Electronic Records ("PACER") system. Users typically are charged ten cents ($0.10) per page that is viewed electronically through PACER.[2] Mr. Gortney states that such fees are excessive in light of the fact that the master docket for MDL contains over 9,000 separate document entries (and counting); therefore, he and others like him are restricted in their ability to monitor the progress of the MDL. Mr. Gortney seeks an exemption from the user fee so that he may gather all documents filed in this MDL and publish them on a website that he will maintain, where they may be viewed by anyone free-of-charge. Mr. Gortney emphasizes that his proposal is a non-profit undertaking and the website will generate no revenue through advertising or any other means.

The Judicial Conference Policy Note to PACER's fee schedule states that "[t]he Electronic Public Access (EPA) fee and its exemptions are directly related to the requirement that the judiciary

---

[1] Mr. Gortney's request was made via a letter to chambers dated April 12, 2013, a copy of which is attached to this Order. Mr. Gortney states that he is a plaintiff in this case. The record indeed reflects that Mr. Gortney filed a Direct Filing Short Form with this Court. *See* C.A. No. 10-8888, Rec. Doc. 86372.

[2] *See* Electronic Public Access Fee Schedule ¶ 1(effective April 1, 2013), *available at* http://www.pacer.gov. Documents may be viewed (but not printed) for free at courthouse public access terminals. *See id.* at ¶ 8.

charge user-based fees for the development and maintenance of electronic public access services." *See supra* note 2 at p.4. Although courts are permitted to grant exemptions to PACER's user fees, "exemptions should be granted as the exception, not the rule," and courts are prohibited from "exempting *all users* from EPA fees." *Id.* (emphasis added). Placing all MDL documents on a website where they may be viewed by anyone without charge would effectively circumvent these instructions.[3]

It should also be mentioned that, since the outset of the MDL, the Court has routinely posted substantive orders, minute entries, and other information on a website can be viewed by anyone at no cost. *See* www.laed.uscourts.gov/OilSpill/OilSpill.htm . Certain materials from the Phase One trial are also available free-of-charge at www.mdl2179trialdocs.com .

For these reasons,

**IT IS ORDERED** that Brian W. Gortney, II's request for exemption from Electronic Public Access user fees is **DENIED**.

Signed in New Orleans, Louisiana, this 22nd day of April, 2013.

_____
United States District Judge

---

[3] Mr. Gortney's proposal would similarly circumvent the instruction that "Courts should ***not*** . . . exempt . . . local, state or federal government agencies, members of the media, privately paid attorneys or others who have the ability to pay the fee." *Supra* note 2 ¶ 9 (emphasis added). Likewise, his proposal would essentially give all users free access to PACER documents without requiring any user to demonstrate, as they must, "that an exemption is necessary in order to avoid unreasonable burdens." *Id.* His proposal also would be inconsistent with, if not violative of, the restriction that "[t]he user receiving the exemption . . . ***must not transfer*** any data obtained as the result of the fee exemption, unless expressly authorized by the court." *Id.* (emphasis added). Notably, transferring data is prohibited without regard to whether or not the transfer was in exchange for direct consideration or some other, indirect pecuniary gain (e.g., selling advertisement space on the website).

**Clerk to serve via mail:**

Brian W. Gortney, II
P.O. Box 1465
Fort Walton Beach, FL 32549



Brian W. Gortney, II
PO Box 1465
Fort Walton Beach, FL 32549
mobile 850.502.3553
fax 866.675.0301
bwg@briangortney.com

April 12, 2013

VIA FIRST CLASS MAIL

Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C 256
New Orleans, LA 70130

Re:   Request for exemption from PACER Electronic Public Access Fees
      MDL No. 2179, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Dear Judge Barbier,

I am writing to request an exemption from Electronic Public Access ("EPA") user fees charged for retrieving documents through the *Public Access to Court Electronic Records* ("PACER") system. The exemption should be limited to all documents related to the above referenced case, MDL No. 2179 (the "Case"), and should extend from now until its conclusion.

Background

The docket for the Case currently consists of over nine thousand (9,000) entries and likely contains, in aggregate, in excess of one hundred thousand (100,000) pages of filings and other information (the docket, entries, and associated attachments together, the "Information"). To access the Information, users of PACER must pay EPA fees that include charges of ten cents ($0.10) per page accessed, which makes viewing a meaningful portion of the Information prohibitively expensive; this negatively impacts both parties and the public, affecting awareness and participation. It could also adversely affect outcomes.

Indeed, as a damaged party, a plaintiff, and a US citizen interested in the Case, I find these fees excessive and feel that my ability to monitor progress and to know the workings and decisions of the Court are significantly impacted; this puts me and others similarly situated at a disadvantage. For these reasons, because of the importance of the Case – which is arguably the largest and most complex in the history of the United States – and because open access to information is a cornerstone of our judiciary, I believe it is in the public interest to provide the Information to all. To that end, I have started a project (the "MDL2179 Docket Project" or the "Project") and created a website where the entirety of the Information will be made available free of charge (the "Site"). As costs for purchasing a complete set of Information – which are likely in excess of ten thousand dollars ($10,000) – are far beyond the budget for the Project, I seek this fee exemption to make it financially viable.

The MDL 2179 Docket Project; The Site

The MDL 2179 Docket Project is a purely non-profit undertaking and consists solely of the Site where the Information will be provided. The Information will be stored in Amazon.com's storage cloud, and will be delivered to users nationwide through their content delivery network. Costs for these and other necessary services will be borne by me. The Project will *not* generate revenue through advertising or any other means.

The Site will be accessible at: http://www.mdl2179docket.com (or at any other domain as may be directed by the Court) within one week of the grant of this exemption, and will remain online for the foreseeable future. Updates to the Site will be automated and performed on a schedule intended to place only minimal burden on PACER systems. Usage and access statistics will be published on the Site. A preview is currently available at: http://mdl2179.briangortney.com.

To ensure that users do not improperly rely on the Site and its contents, every page will bear a legend that indicates that it is an '*Unofficial Docket*' and that it is for informational purposes only (similar to those on bpmdl2179.com and mdl2179trialdocs.com); the Site will additionally direct users to PACER for the official docket.

Justification

The Judicial Conference of the United States (the "Conference") generally requires that applicants for exemption meet certain criteria[1]. These criteria include that the request: (i) promotes and enhances public access, (ii) is need-based or relieves an unreasonable burden, (iii) is limited in scope, and (iv) is for a project that is non-commercial. Additionally, the Conference typically requires that exemptees agree not to sell or redistribute information online or otherwise. In this case, while the Information will not be sold, it will be redistributed via the Internet. The conference does consider that there may be exceptions to this criterion[2], and have given latitude to courts in determining whether to grant an exemption.

As this Case is arguably the largest in the history of the United States, deals with what is arguably the worst environmental disaster we've faced, affected millions of citizens, and involves or has involved hundreds of thousands of plaintiffs, it has a definite and significant impact on the public. Because costs to view a meaningful portion of the Information could range from hundreds to thousands of dollars, and because free access to this information can only benefit the parties to the Case and the public, this request is in the interests of the Court and the nation; therefore, an exception should be made and the request should be granted.

If additional information or clarification is required, I can be contacted via telephone at 850.502.3553, facsimile at 866.675.0301, or email at bwg@briangortney.com; otherwise, I pray that the Court grants this exemption request forthwith.

Sincerely,

Brian W. Gortney, II

---

[1] As detailed in paragraph (9) of the April 1, 2013 Electronic Public Access Fee Schedule, at http://www.pacer.gov/documents/epa_feesched.pdf
[2] Paragraph (9), bullet 3, sub-bullet 1

USA FIRST-CLASS FOREVER

ALEXANDRIA MAIN POST OFFICE
APR 12 2013
22313-9998

U.S. MARSHALS

Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C 256
New Orleans, LA  70130

7013 0935 6136



RECEIVED
APR 15 2013
CHAMBERS OF
U.S. DISTRICT JUDGE

Brian W. Gortney, II
PO Box 1465
Fort Walton Beach, FL  32549