IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket No. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Civil No. 2:10-cv-03104-CJB-SS | MAG. JUDGE SHUSHAN |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

COMES NOW, David C. Rash and David C. Rash, P.A. and respectfully request that this Honorable Court enter an Order granting their motion to withdraw as counsel for the Plaintiff, Woods Fisheries, Inc., in tag-along case *Woods Fisheries, Inc. v. BP, p.l.c., et al.*, Case No. 2:10-cv-03104 transferred to this Honorable Court from the Northern District of Florida, for the following reasons:

1.  The Plaintiff, Woods Fisheries, Inc., has been and is currently represented by Alters Law Firm, P.A. f/k/a Alters, Boldt, Brown, Rash & Culmo, P.A. ("ALF").

2.  Although David C. Rash was a partner with ALF, he departed the firm on March 8, 2013 to start his own practice and firm, David C. Rash, P.A.

3.  Mr. Rash's only representation of Woods Fisheries, Inc. was through ALF. Mr. Rash has not represented Woods Fisheries, Inc. and currently does not represent Woods Fisheries, Inc.

5.  However, Mr. Rash's name and new firm, David C. Rash, P.A., appear as counsel for Woods Fisheries, Inc. in this matter.

6.  Therefore, Mr. Rash and David C. Rash, P.A. respectfully request that this Honorable Court enter an Order granting the instant motion to withdraw as counsel for Woods Fisheries, Inc. effective March 8, 2013.

WHEREFORE, David C. Rash and David C. Rash, P.A. respectfully request that this Honorable Court enter an Order granting the foregoing motion.

DATED:  April 22, 2013

Respectfully submitted,

/s David C. Rash
David C. Rash (Fla. Bar No. 0977764)
david@dcrashlaw.com
DAVID C. RASH, P.A.
2200 North Commerce Parkway
Suite 200
Weston, Florida 33326
Telephone:     (954) 529-2222
Facsimile:      (954) 529-2229

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2013.

/s David C. Rash
David C. Rash (Fla. Bar No. 0977764)
david@dcrashlaw.com
DAVID C. RASH, P.A.
2200 North Commerce Parkway
Suite 200
Weston, Florida 33326
Telephone:     (954) 529-2222
Facsimile:      (954) 529-2229

2

DAVID C. RASH, P.A.
2200 NORTH COMMERCE PARKWAY, SUITE 200, WESTON, FLORIDA 33326 - TELEPHONE (954) 529-2222 FACSIMILE (954) 529-2224