UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | MAG. JUDGE SHUSHAN |

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
FILED BEYOND SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Claimants as set forth in Exhibit A, who respectfully move this Honorable Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drillings, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operations of the MODU Deepwater Horizon, and as grounds therefor would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitation proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitation proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached hereto as Exhibit A. No action has been taken in the limitation proceeding which would cause prejudice to any other party to the proceeding.

For these reasons, Claimants respectfully request that the Court grant their Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*/s/ Caleb H. Didriksen*
**CALEB H. DIDRIKSEN**, La. Bar No. 1334
**DIANE R. COSENZA**, La. Bar No. 4419
**MICHAEL D. LANE**, La. Bar No. 30364
3114 Canal Street
New Orleans, LA 70119
Telephone: (504) 586-1600
Facsimile: (504) 822-3119
Email: caleb@didriksenlaw.com
diane@didriksenlaw.com
mike@didriksenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 22nd day of April, 2013.

*/s/ Caleb H. Didriksen*