# EXHIBIT A

| **CLAIMANT** | **DATE OF FILING** | **DOCUMENT NO.** |
|---|---|---|
| Mike Breaux | 04.22.2013 | 134311 |
| Lori Breaux | 04.22.2013 | 134314 |
| Kelly Tapp | 04.22.2013 | 134316 |
| Larry Tapp | 04.22.2013 | 134317 |
| Jim Juneau | 04.22.2013 | 134319 |
| James Agent | 04.22.2013 | 134320 |
| Scott Levandoske | 04.22.2013 | 134323 |
| TSL Sheet Metal, LLC | 04.22.2013 | 134324 |
| Brian Bennett | 04.22.2013 | 134327 |
| Melanie Bennett | 04.22.2013 | 134331 |
| Peggy Forester | 04.22.2013 | 134329 |
| John Forester | 04.22.2013 | 134334 |
| Parish Truck Sales, Inc. | 04.22.2013 | 134399 |