UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011 Deadline and accompanying Memorandum in Support;

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Filed Beyond September 16, 2011 Deadline is GRANTED and all Short Form Joinders filed by the Claimants in the record of Civil Action No. 10-08888 as listed in Exhibit A attached to the motion shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the B1 and/or B3 Amended Master Complaints in accordance with Pre-Trial Order Nos. 11, 24, and 25.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
United States District Judge