UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE ROUSSELL** | ) CIVIL ACTION NO. 2:12-CV-00702 |
| | ) |
| **VERSUS** | ) SECTION : "J" Judge Barbier |
| | ) |
| **P.I.E. OFFSHORE, L.L.C.,** *et al* | ) MAG. (1) – Mag. Shushan |
| | ) |

# ORDER

**CONSIDERING** the above and foregoing;

**IT IS ORDERED** that plaintiff Rene Roussell be, and hereby is, granted leave to file his First Supplemental and Amended Complaint.

New Orleans, LA this _____ day of _____, 2013

_____
JUDGE