Exhibit "A" - List of Filed Short-Form Joinder Forms

| Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|
| Lamulle Construction, LLC | 4/22/13 | 134350 |
| Grillot Construction, LLC | 4/22/13 | 134353 |
| Braithwaite Construction, LLC | 4/22/13 | 134363 |
| Circle, Inc. | 4/22/13 | 134364 |