UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES: | |
| *2:10-cv-08888-CJB-SS* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law;

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline is hereby GRANTED and all Short Forms Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-8888 shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this_____ day of _____, 2013.

_____
Honorable Carl J. Barbier, U.S. District Court Judge