UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*; *Bon Secour Fisheries, Inc., et al, individually and on behalf of themselves and all others similarly situated vs. BP Exploration & Production Inc., et al.* | § MDL No. 2179; No. 12-970;<br>§ 10-8888; 10-9999<br>§<br>§ SECTION J<br>§<br>§ JUDGE BARBIER<br>§ MAGISTRATE SHUSHAN<br>§<br>§<br>§ |

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE

**MAY IT PLEASE THE COURT;**

Claimants identified in Exhibit "A" ("Claimants") attached to the Motion for Acceptance of Limitation Short Form Joinders Beyond the September 16, 2011 Deadline filed simultaneously herewith and made a part by made a part hereof, seek to intervene, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179). Claimants further seek to have this Honorable Court accept the Short Form Joinders in the Transocean limitation proceeding for the reasons set forth below.

*"The Court may grant permission to file a late claim in a limitation proceeding if the potential claimant presents evidence showing the reasons justifying the late filing, and the rights of the parties are not adversely affected."* In re Gulf S. Marine Transp. Inc., CIV.A. 10-3140, 2011 WL 3268310 (E.D. La. July 28, 2011); citing Tex. Gulf Sulphur Co. v. Blue Stack Towing Co., 313 F.2d 359, 362 (5th Cir.1963).

The deadline for filing claims in the Transocean limitation action was originally set for April 20, 2011 and extended to September 16, 2011.

The late filing of Shot Form Joinders is justified as the Claimants were unaware of the Court's deadline and did not timely file a Short Form Joinder in the Transocean limitation proceedings. After the Court's deadline passed, the Claimants contacted counsel seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill. As such, counsel wishes to obtain the Court's permission to file the Short Form Joinders on behalf of those Claimants to preserve their claims against the named parties in this matter.

No prejudice will result from the acceptance of the late filed Short Form Joinders of the Claimants identified in Exhibit "A." No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

For the above reasons, Claimants request that this Honorable Court grant the Motion to file Short Form Joinders beyond the September 16, 2011 Deadline.

Dated  April 19, 2013

Respectfully submitted,

*/s/Jason J. Joy*
JASON J. JOY
Texas State Bar No. 24058932
909 Texas Street, Suite 1801
Houston, TX 77002
Tel: 713-221-6500
Fax: 713-221-1717

**ATTORNEY FOR CLAIMANTS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___ day of April, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                                   */s/Jason J. Joy*