UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | § | **MDL No. 2179; No. 12-970;** |
| **"DEEPWATER HORIZON" in the GULF** | § | **10-8888; 10-9999** |
| **OF MEXICO, on APRIL 20, 2010** | § | |
| | § | **SECTION J** |
| **This Document Relates to:** | § | |
| | § | **JUDGE BARBIER** |
| *All Cases*; *Bon Secour Fisheries, Inc., et al,.* | § | **MAGISTRATE SHUSHAN** |
| *individually and on behalf of themselves and* | § | |
| *all others similarly situated vs. BP Exploration* | § | |
| *& Production Inc., et al.* | § | |

## ORDER

Considering the foregoing Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline is hereby granted and all Short Form Joinders filed by Claimants identified in Exhibit "A" attached to the subject motion shall be considered as timely filed in the Transocean Limitation (Civil Action 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

SIGNED in _____, Louisiana on this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
U.S. District Court Judge