# EXHIBIT "A"

| Date | Doc No. | Claimant |
|---|---|---|
| 04/20/2013 | 133218 | - Alton LeBlanc & Sons, LLC, |
| 04/20/2013 | 133219 | - Shannon Lewis dba Chick-Fil-A, |
| 04/20/2013 | 133221 | - John Arton dba Chick-Fil-A, |
| 04/20/2013 | 133224 | - Steven Arton dba Chick-Fil-A, |
| 04/20/2013 | 133225 | - Jules Bolden dba Chick-Fil-A, |
| 04/20/2013 | 133235 | - C. Designs, |
| 04/20/2013 | 133246 | - Benjamin Daigle |
| 04/20/2013 | 133251 | - Synchronized Transportation, LLC, |
| 04/20/2013 | 133261 | - Dehyco, Inc., |
| 04/20/2013 | 133279 | - D&L Communications, Inc., |
| 04/20/2013 | 133287 | - Laser Leveling, 7347. |
| 04/20/2013 | 133298 | - Miguez Fuel, Inc., |
| 04/20/2013 | 133334 | - Universal Electric Supply, LLC, |
| 04/20/2013 | 133341 | - Equipments Rents, LLC, |
| 04/20/2013 | 133345 | - Finance Motors of Crowley, LLC, |
| 04/20/2013 | 133355 | - Triple D's Homes, LLC, |
| 04/20/2013 | 133633 | - Anthony's Feed & Farm Supply, Inc., |
| 04/20/2013 | 133644 | - J.R. Mosard, Inc. |
| 04/20/2013 | 133660 | - MBI Global, LLC, |
| 04/20/2013 | 133679 | - MBI Leasing, LLC, |
| 04/20/2013 | 133707 | - MB Industries, LLC, |
| 04/20/2013 | 133722 | - The Carmel Group, Inc., |
| 04/20/2013 | 133728 | - Carmel Enterprises, LLC, |
| 04/20/2013 | 133737 | - Louisiana Cattle Festival & Fair, Assn. |
| 04/20/2013 | 133742 | - Deep South Machine, Inc., |
| 04/20/2013 | 133752 | - Prejean Metal Works, LLC, |
| 04/20/2013 | 133762 | - Lenco Finance of Carencro, Inc., |
| 04/20/2013 | 133766 | - Lenco Finance of Gonzales, Inc., |
| 04/20/2013 | 133768 | - Lenco Finance of New Roads, Inc., |
| 04/20/2013 | 133769 | - Lenco Finance of Walker, Inc., |
| 04/20/2013 | 133771 | - Lenco Finance, Inc. |
| 04/20/2013 | 133774 | - Monster Heavy Haulers, LLC |
| 04/20/2013 | 133782 | - V&B Developments, LLC, |
| 04/20/2013 | 133785 | - Hernandez Ironworks, LLC, |
| 04/20/2013 | 133788 | - Hernandez Properties, LLC, |
| 04/20/2013 | 133792 | - Wayne Dailey dba Dailey Rentals, |
| 04/20/2013 | 133795 | - Dailey's Iron Works & Machine, Inc., |
| 04/20/2013 | 133802 | - Camel, Inc., |

| Date | Doc. No. | Client |
|---|---|---|
| 04/20/2013 | 133806 | - Thibs Machine & Welding, |
| 04/20/2013 | 133810 | - JPS Diesel & Automotive, |
| 04/20/2013 | 133817 | - Advanced Oil Products & Filtration Services, |
| 04/21/2013 | 133941 | - Marvin Gaspard, |
| 04/21/2013 | 133942 | -  Fred Gossen Carmel Foods, LLC, |
| 04/21/2013 | 133943 | - Crossroads Boring, Inc., |
| 04/21/2013 | 133944 | - Fred Gossen Co., LLC, |
| 04/21/2013 | 133945 | - Machine Specialty & Manufacturing, |
| 04/21/2013 | 133946 | - Gaspard d/b/a Highway 14 Cattle Co., |
| 04/21/2013 | 133947 | - Molded Rubber Specialties, |
| 04/21/2013 | 133948 | - Dailey's Iron Words & Machine, Inc., |
| 04/22/2013 | 134459 | - Title2Land, LLC, |
| 04/22/2013 | 134460 | - Midnite Energy, Inc. |