UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010. <br><br> THIS PLEADING APPLIES TO: <br> 2:10-cv-08888-CJB-SS | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINES**

Now comes various Claimants as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Transocean Holdings LLC, Transocean LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely filed in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Claimants respectfully request that the Court grant Movants' Motion for Acceptance of Short Form Joinder Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinder as timely filed.

Respectfully submitted:

/s/ Robert J. Diliberto
**Robert J. Diliberto** (LSBA# 24783)
**Damon A. Kirin** (LSBA# 24729)
Diliberto & Kirin, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Facsimile: (504) 828-1555

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/Robert J. Diliberto
Robert Diliberto, Esq.

# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document # |
|---|---|---|
| Bernard Dehart | 4/21/13 | 133933 |
| Thomas Crain | 4/21/13 | 133934 |
| John Newhall | 4/21/13 | 133935 |
| Michael Kraft | 4/21/13 | 133936 |
| Raphael Guenther | 4/21/13 | 133937 |
| Debbie Westervelt | 4/21/13 | 133938 |
| Earl Westervelt | 4/21/13 | 133940 |
| The Florida Caribbean Trading Co. Inc. | 4/21/13 | 133940 |
| Donald Rymer | 4/22/13 | 134082 |
| Emelda Williams | 4/22/13 | 134415 |
| Linda Espadron | 4/22/13 | 134411 |
| Kathy Powell | 4/22/13 | 134381 |
| LK&K, LLC | 4/22/13 | 134377 |
| Milton Gagnon | 4/22/13 | 134374 |
| Edwin Lastrapes | 4/22/13 | 134367 |
| Elisabeth Rareshide | 4/22/13 | 134362 |
| Aaron Angelette | 4/22/13 | 134486 |
| Douglas Schwander | 4/22/13 | 134485 |
| Alvin Blanchard | 4/22/13 | 134488 |
| Anna Dupre | 4/22/13 | 134489 |
| Branden Cavalier | 4/22/13 | 134490 |
| Jeff Ellis | 4/22/13 | 134491 |
| Gwen Johnson | 4/22/13 | 134494 |
| John Droughton | 4/22/13 | 134493 |
| Jerry Nettleton | 4/22/13 | 134492 |
| Kevin Cuccia | 4/22/13 | 134496 |
| Kenneth Jenkins | 4/22/13 | 134495 |
| Lonny Rhodes | 4/22/13 | 134497 |
| Mark Plaisance | 4/22/13 | 134498 |
| Melvin Blanchard | 4/22/13 | 134499 |
| Raymond Hayden | 4/22/13 | 134500 |
| Richard Hine | 4/22/13 | 134501 |
| William Naquin | 4/22/13 | 134502 |