UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010.<br><br>THIS PLEADING RELATES TO:<br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER**

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and the Short Form Joinder filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
**Honorable Carl J. Barbier**
**U.S. District Court Judge**

# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document # |
|---|---|---|
| Bernard Dehart | 4/21/13 | 133933 |
| Thomas Crain | 4/21/13 | 133934 |
| John Newhall | 4/21/13 | 133935 |
| Michael Kraft | 4/21/13 | 133936 |
| Raphael Guenther | 4/21/13 | 133937 |
| Debbie Westervelt | 4/21/13 | 133938 |
| Earl Westervelt | 4/21/13 | 133940 |
| The Florida Caribbean Trading Co. Inc. | 4/21/13 | 133940 |
| Donald Rymer | 4/22/13 | 134082 |
| Emelda Williams | 4/22/13 | 134415 |
| Linda Espadron | 4/22/13 | 134411 |
| Kathy Powell | 4/22/13 | 134381 |
| LK&K, LLC | 4/22/13 | 134377 |
| Milton Gagnon | 4/22/13 | 134374 |
| Edwin Lastrapes | 4/22/13 | 134367 |
| Elisabeth Rareshide | 4/22/13 | 134362 |
| Aaron Angelette | 4/22/13 | 134486 |
| Douglas Schwander | 4/22/13 | 134485 |
| Alvin Blanchard | 4/22/13 | 134488 |
| Anna Dupre | 4/22/13 | 134489 |
| Branden Cavalier | 4/22/13 | 134490 |
| Jeff Ellis | 4/22/13 | 134491 |
| Gwen Johnson | 4/22/13 | 134494 |
| John Droughton | 4/22/13 | 134493 |
| Jerry Nettleton | 4/22/13 | 134492 |
| Kevin Cuccia | 4/22/13 | 134496 |
| Kenneth Jenkins | 4/22/13 | 134495 |
| Lonny Rhodes | 4/22/13 | 134497 |
| Mark Plaisance | 4/22/13 | 134498 |
| Melvin Blanchard | 4/22/13 | 134499 |
| Raymond Hayden | 4/22/13 | 134500 |
| Richard Hine | 4/22/13 | 134501 |
| William Naquin | 4/22/13 | 134502 |