**EXHIBIT A**

Almetia Ancar
Barry Despaux
Bernard Sneeze
Blake DesRoches
Brittany Jones
Janice  Andry
Jeremy Marshall
Jose Martinez
Julie Lawler
Kenny Wiltz
Lennis Lormand
Leslie Smith
Luther Thomas
Madison Jones
Pamela Berthelot
Relief Jones Jr.
Rose Baptiste
Tommy Berthelot
Tot Hoang
13 Oysters, LLC
24 Hour Road Side Assistance
814 Orleans, L.L.C.
A-1 Steel Erectors INC
AAA Boat Tow
ABC Notary and Auto Title, Inc.
Abe's Boat Rentals, Inc
Acadian Chiropractic, INC.
Achievement Therapeutic Services, L.L.C.
Acquisition Title, L.L.C.
Adams Catfish House, L.L.P.
Adam's Rentals, L.L.C
Adorina Guidry
Adrian Gaskill
Agnes Smith
Alena Ledet
Alfredo Aguero
Alisha Davis
Alisha Davis, on behalf of minor child, E.P.
Alisha Davis, on behalf of minor child, E.P. 1
Alishia Davis on behalf of my minor child E.P. 2
All Stars Limousine and Transportation LLC
Allen Davis Jr.
Alliano Enterprise, Inc.
Alltech Specialist, Inc.
Allyson Wilson
Alvin Ray Williams Jr.

Amba Sai Shakti, LLC
Amy Tripp
Ana DeSouza
Andrea Notariami
Andrew Scallan
Andrew Scallan
Andry & Andry, LLC
Angel Strong
Angela Bartholomew

Angela Bartholomew, on behalf of her minor child, A.B.

Angela Bartholomew, on behalf of her minor child, S.B. 1

Angela Bartholomew, on behalf of her minor child, S.B. 2
Angelle M. Martin
Angelo Farrell Construction Co., L.L.C.
Angie Holmes
Anode, LLC
Anthon Grosch
Anthony  A. Legeaux II
Anthony Grosch
Anthony P. Scoggins
A-Plus Contractors, LLC
April Ayers
Ariel Ragas
ASB Productions,Inc.
Ashylnn Buras
Atocha Treasure Adventures, L.L.C.
Atocha Treasure Tours, Inc.
Audrey Cheramie dba Audrey's Florist & Gifts
August Bertoniere
Avdhut, LLC
B & B Hardware & Rental, Inc.
B & B Red Maple Restaurant, L.L.C.
B & E Seafood Market & Restaurant, L.L.C.
Bay County FL 0002, LLC
Baynham Best, L.L.C.
Bayou Car Wash, Inc.
Bayou Norman, Inc.
Bayou Planet Number Four L.L.C. dba Planet Beach Thibodaux
Bayou Planet, LLC dba Planet Beach-Houma
BB Facilities Company, LLC
BB Mini-Storage Operations
BBL Marine, LLC
Beatrice Merrick

Becky Gremillion
Belinda Alonzo
Bennett Brothers Developement, LLC
Benny's Seafood Market, L.L.C
Bergens Construction, L.L.C.
Bernadine Mickey
Bert Hymes Jr.
Bert Hymes Jr., on behalf of his minor child, B.A.D
Big Easy Fashion Outlet, Inc.
Big Pie Pizza, LLC
Bigg Katt Enterprises, L.L.C.
Billy Burr
Birdsall Jewelry, FIne Gifts & Accents, LLC
Blake and Hunter LLC
Bobby Matherne
Bodden Records, LLC
Boudreaux's Air Boats, Inc.
Bourgeois Fishing Charters, Inc.
Brad M. Williamson
Brandi Merritt
Brandon Mixon
Brenda Labiche
Brenda Merrick
Brenda Merrick on behalf of minor child, B.M.
Brenda Merrick, on behalf of her minor child, K.M.
Brenda Merrick, on behalf of her minor child, S.M
Brennon Harrison
Bret Boudreaux
Brett M. DesRoches
Brian Matherne
Brian Vetter
Broad Street Cafe' LLC
Broussard Real Estate Appraisal
Brown Michael
Bruce Merrick
Bryan Stokes
Busato & Lawton, Inc.
C & K Enterprises dba Mo Money/Mo Money Co. USA
C & R Bar, LLC
C&C Laundromat, Inc.
C&E Construction, L.L.C.
Camille Bourgeois
Camp K
Cannon Fitness, LLC
Capt Dave's Guide Service, LLC
Car Wash Blues, L.L.C.
Carl Riley Jr.

Carlo J. Governale dba C.J. Governale
Caro Properties, L.L.C.
Casey Thonn
CDL Residential Rehab, Inc.
Chad J. Costales
Chance Gomez
Changlais Landey
Charles Bruce, III dba Ecurb Logistics
Charles Martin
Charlette Gabriel
Chase Manuel
Chaussure Rouge, LLC
Cheramie Cleaners and Tuxedo Rentals, Inc.
CHINCHUBA CREEK GARDENHOMES, L.L.C.
Chris's Iron Horse Tavern, L.L.C.
Christina Quartararo
Christopher Adam
Christopher Dore
Christopher Lambert
Christopher Mason,
Christy Badeaux
Chung Sun Pak dba Kings Chicken Restaurant
Clardie Johnson
Classic Southern Home Renovations, Inc.
Classic Super Wash, Inc.
Clement Aucoin
Clinic Drug Store of Golden Meadow Inc-
Cocodrie Charters, L.L.C.
Colby D. Arceneaux
Colonial Chevrolet Co. Inc.
Cormier's Custom Flooring, Inc.
Corso Fabricators, LLC
Covington Place Cottages, LLC
Creative Tees, Inc.
Crescent Moon Properties, Inc.
Crystal L. Gisclair
Crystals of Delaware, Inc.
Crystal's Recovery, Inc.
Curtis Navarre
Custom Body & Paint, Inc
Cynthia Johnson
D & L Equipment, Inc.
Dabunch, L.L.C.
Daisy Jones
Dakota of D.A., Inc.
Dallas LaCombe
Dana Skyvara

Daniel Lonthier,
Daniel Timothy Brown
Dant A. Sandras, D.D.S., L.L.C.
Darleen Perez
Darlene Alombro
Darlene Armstrong
Darlene Durden
Darlfecus Gregory
Darrel A. Moreau
Darrell Guillory
Darrin W. Ditcharo
Darryl Stevens
David Caro
David Mesa
David S. Forrest dba Scott's Pharmacy
David Wade Marine, Inc.
Dawn Berthelot
deBautte A/C & Heating, LLC
Debbie Gisclair
Deborah DeVillier
Debra Mitchell
Debra's Movie World, Inc.
Delaney Properties, Inc.
Delaune Yacht Brokerage, LLC
Del-Carmel Investments, LLC
Delta Restaurant Supply, L.L.C.
Delta Tires & Automotive Service, L.L.C.
Delward Reddick
Demetrius L. Goodie,
Demietriek Scott
Dennis Cuevas
Derwin Ancar Sr.
Dewan Bodiford
Dion Thomas
Dish-One, L.L.C.
Diversified Commercial Contractors, Inc.
Dolores Butler
Don DeMaria dba Sea Samples
Don Gremillion
Donald George
Donald Harris, D.D.S., LTD
Donald John DeMaria,
Donn Youngblood
Dorethea Smith
Double DY Express Inc.
Douglas Plaisance
Douglas Thibodaux

Driskell Lawn Care, L.L.C.
Dwight Speed
Earl James Claunch Jr.
Earl McCray
Easy Ride Golf Carts, L.L.C.
EILENE BOURGEOIS
Elite Title Insurance Agency, Inc.
Elmer Rogers
Eloise Champagne
Emile Lonzo
Enrique Castillo
Eric Muhoberac
Erica Matt-Quartararo,
Erma Mitchell
Etoyi Jones
Eugene Beard daba Geno's Seafood
Eugene Boutrin
Facilities Holding Company
Facowee, Inc.
Fairway Gardenhomes, L.L.C.
Fausto A. Posadas
Fay W. Mohon dba Sportsman's Wholesale
Felicia Layus
Felisha Walters
Felton D. Green
Flo Tech, Inc.
Forest Dobronich d/b/a Chevron Service Station
Francis Bruce
Frank Cypress
Frank L. Mcnease
Frederick Gassen Jr.,
G & E Construction, L.L.C.
G & E Seafood, Inc.
G. Smith Motorsports, L.L.C.
Galcan Electric, LLC
Gary C. Hymes
Gary Vetter
GC&A Houma LLC - dba - Chubby's Ice Cream
George Maucele A.
George Ray Sample dba Ray Sample Carpentry
Gerald Talcott
Gigi Dinette dba Gigi's Specialities
Gina Tudisco
Gina's Stephen Blanchard dba Gina's Catering
Ginger Broussard
Gloria Mitchell
Goi Nguyen

Gomdaogo Kiendrebeogo
Grace Miller
Gregory Thomas d/b/a AC Communications
Gretna Auto Title, Inc
Groner Investments, L.L.C.
Guidry's A/C & Refrigeration, Inc.
Guilbeau Boat Rentals, L.L.C.
Guillaume Adam Guidry
Guillaume Guidry
Gulf Islands Water Park, LLC
Gulf Net Seafood, L.L.C.
Gwen Macleod
Gymmatrix LLC
H & R Sports & Bar, L.L.C.
Hajari Incorporated
Hajari Investments, LLC
HALO 1 LLC
Hamdi I LLC
HankTon
Harold  Fuselier
Harold Harris
Harold Sam
Harvey Gremillion
Head Gamz Salon, LLC
Henry Bodden
Herbert Roberts
Highway 56 Properties, L.L.C.
Homero Camargo
Hubert Charles Agee
Hunt Graphics, Inc.
Hurricane Shutter Co., L.L.C.
Hy-Tech Roofing Services, Inc.
I Candy Customs, L.L.C.
I, Alena Ledet, on behalf of my minor child, A. L.
I, Alena Ledet, on behalf of my minor child, K. L.
I, Alena Ledet, on behalf of my minor child, L. L.
I, Alena Ledet, on behalf of my minor child, M. L.
I, Alena Ledet, on behalf of my minor child, R.L. Jr.
I, Angie Holmes,on behalf of my minor child, A. H.
I, Angie Holmes,on behalf of my minor child, N.H.

I, Becky Gremillion, on behalf of my minor child, H. G.
I, Becky Gremillion, on behalf of my minor child, R.G.
I, Bert Hymes Jr., on behalf of my minor child, B. H.
I, Bert Hymes Jr., on behalf of my minor child, B. H.III
I, Chippy Bruce, on behalf of my minor child, G. B.
I, Darlene Durden, on behalf of my minor child, A. D.

I, Darlene Durden, on behalf of my minor child, L. D.
I, John Treadaway, on behalf of my minor child, K. T.
I, Latasha Ancar, on behalf of my minor child, B. W.

I, Pamela Berthelot, on behalf of my minor child, K. B.

I, Pamela Berthelot, on behalf of my minor child, To.B.

I, Pamela Berthelot, on behalf of my minor child, Ty. B.
I-110 Military Plaza, LLC
Imaging Equipment Services, Inc.
Indoor UV 4 Me, L.L.C.
Irma Mitchell
Irvin Riley
Ivory J. London
Ivory Lounge, LLC
Ivy Bruce
J & W Builders, Inc.
J.B. Holton and Associates
Jabiari Lee
Jack's Exxon Service, Inc.
Jacqueline Henriquez
Jahmal Tipado
James Bonvillain,
James Jewelers L.L.C.
James R. Sinitiere
James Rice
James Sloop
James White

Jamie M. Williamson, on behalf of her minor child, J.N.S.
Jamie Williamson
Jarrod Burrle
Jarvi Prather
Jason Deal
Jay Trucks Service, Inc.
Jean Boyle
Jean E. Rincher d/b/a Jean Rincher Trucking
Jeffery Harrington
Jennifer Batiste
Jennifer Spizale
Jeremy Cagle
Jeremy West
Jerome Jones
Jerry Parker
Jesse D Bergens
Jessica Matherne

Jimmy's Service Station
Joann D. Klinner dba Jerry's Superette
Jodie Mateu
Jody Bonvillain
Joel Stewart
Joey McIntosh
John Blank
John J. Moser
John McCovery dba McCovery Seafood
John Merrick
John Phillips
John Plaisance
John Treadaway
Jomarque Renthrope

Jon G. Bordelon dba RV & Mobile Home Rebuild Specialist
Jonathan Mitchell
Jonathan P. Guillot
Jonathan S Fisher
Jorge Lopez
Jose DeBarrientos
Joseph Ingraham
Joseph Malone
Joseph Pack
Joseph Ruffino
Joseph Thomas
Joseph Truong
Josephine Merritt
Joshua LaFrance
Joshua Treadway
Jovan Taylor
June Fallo
June Fallo
June Soprano
Justin R Gonzales
Karen Fraychineaud
Kathy Liles
Kavanaugh, Sandra
Keifer Enterprises, L.L.C.
Keith Jupiter
Keith Osborne, Jr.
Keith Reine
Kel-Sea Adventures, LLC
Kendrea Mitchell
Kenner KFC, Inc.
Kenner KFC, Inc.
Kenner KFC, Inc.

Kenner KFC, Inc.
Kenneth Armstrong Sr.
Kenneth Connelly
Kenneth Parker
Ken's Collision Shop, L.L.C
Kerry M Despaux
Kevin Merrick
Key West Island Excursions, L.L.C.
Key West Treasure Exhibit, Inc.
Keyrone Martin
Keystone Lines, Inc.
Khai Dinh
Khanh Nguyen
Khawaja Omer
Kingfish Lodges and Boat Storage, L.L.C.
Kizzy R. Trufant
Kizzy R. Trufant, on behalf of her minor child, M.A.R.
Kizzy R. Trufant, on behalf of her minor child, T.A.R.
Kizzy R. Trufant, on behalf of minor child, K.T.R.
Kizzyy R. Trufant on behalf of minor child, I.T.
Kris Mic, L.L.C.
Kris Mic, L.L.C.
LA 2, Inc.
La Tour, L.L.C
Lacombe, Wayne
Lafourche Gazette, Inc.
Lainie Davia Designs, Inc.
Land Trust Inc., LLC
Landry's Market, Inc.
Laporte Plumbing and Heating, L.L.C.
Laquia Poole
Larry Courville
Lauren A deBautte,
Lawrence Blackburn
Lawrence J. Leblanc
Laxmi Louisiana Corp.
Le Café' De Bons Temps
Lee Roy Comeaux
Lee Sutton Jr.
Leisure Sports and Recreation, LLC
Leonard Ducro,
Leroy Meaux
Leslie Hymes
Levester Bonner
LGB Concepts, Inc.
Liberto Interiors, Corp
Liberty Self Storage

Linda Ruffin
Lionel Day
Lisa Parker,
Lolita Frison
Lorene Billiot
Louis Engolia, III
Louis Scandurro
Louis Scandurro
Louis Thompson
Ly'rihanna Demolle on behalf of her minor child, T.D.
M&M Realestate, LLC
MacBrandon Industries, L.L.C.
MACLUBE OIL CO.
Maintenance Dredging I, L.L.C.
Mandry J. Bourgeois
Marcelia McIntosh
Marco Outdoor Advertising, Inc.
Margie Davenport
Marguerite's Cakes "A Taste of Heaven" A Limited Liability Company
Mark Keel
Mark Thompson
Mark Waggoner
Marshland Inflatables, L.L.C.
Martin's Heating & Air Conditioning, Inc. of Galliano
Marvin Barthelemy
Mary Drews
Mast, LLC
Matthew Lonthier
MBA International Company
McCormick Law Firm, L.L.C.
Mel Fisher's Treasures Duval, LLC
Mel's Treasures On-Line, LLC
Melvin Riley III
Mercury Tans, LLC
Metro Business Supplies, L.L.C.
Michae lPerkins
Michael A. Pitre dba Pitre Advertising
Michael Adams
Michael Gaines Sr.
Michael Haydel
Michel Bonck
Miss Dee Dee's Soul Food, LLC
Misty Sylve
Mitchel Anderson
Mitzi M. Cheramie dba Mitzi's Monograms
MNS Hospitality, LLc

Mommie Jo's Restaurant, L.L.C.
Morel Yorsch, L.L.C.
Moss Motors, Inc.
Motivation, Inc.
Mr. Cam Corporation
Myron Smith
Nathaniel Lee
Nestor Zarazua
Neuner Street Boys, LLC dba Shucks Seafood Grille
Nguyen, Tuan d/b/a Diamond Nails
NOLA Title Company, LLC
Nouveau Glo, Inc.
Nutri-Sport of Mandeville, LLC
Orlando Ragas
Osprey Charters, LLC
Otis Douglas
Pablovich, Lori
Pamela Bonvillain
Patrick Thoma
Paul Johnson
Pauline Badeaux
Pauline Plaisance-Forister,
PCF Enterprises, LLC
Penny Mutz
Penny Mutz dba Sencore Properties
Physical Therapy Specialists, Inc.
Phytoceutical Formulations, LLC
Pinal Patel
Pistol Power, L.L.C.-
Plaisance Sheet Metal, L.L.C
Planet Beach Tanning Salons, Incorporated
Price's Big Star Supermarket, Inc.
R.E. Huber Construction Company, Inc.
Rachael  Hilburn
Rafeal Lopez
Ralph E. Preveau Jr.
Randy Adam
Rapid Retail Solutions, LLC
Raydell Stovall
Raymond Riley
Rebecca Bezou
Reed Alleman
Reedabus Forms, L.L.C.
Rehab Xcel - New Iberia, Inc.
Rene Baltodano
Rhonda Comeaux
Rhynell Washington-Jones

Ricardo Steele
Ricky Hill dba Hills Lawn Care
Rob-Andry Construction, Inc.
Robby Plaisance
Robert Bruce
Robert C. Harvey, Jr.
Robert Good dba White Sands Property Management
Robert Kurisko
Robert Refrigeration Service, Inc.
Robert Sawyer
Roberto O. Reyes
Robie Autin
Ronald Brent Hutto
Ronald McDonald
Ronald Miller
Rondey Andry
Rosa Lanza
Rose Baptiste, on behalf of her minor child, H.B.
Rosemary Mitchell
Roy Baudoin Furniture & Appliances, Inc.
Roy Melancon dba Roy's Body Shop
Russ Kreller
S & J Gold L.L.C.
S Investments LLC d/b/a Econolodge
Safe Harbor
Sam Poole
Sam Poole Plant Farm, Inc.
Sameer, Inc.
Sam's Westbank Cyclery, L.L.C.
Sandra Bartholomew
Sarah Gibson
Satellite Works, L.L.C.
Scan Properties Inc.
Scarlet Ragas
SCS Services, LLC
Servcorp International, Inc.
Shane Dinette
Shannon Stansbury
Sharon  Macaluso
Sharon Sylve
Sharonica Hill
Shawn M. Cowles
Shawn Schwartz
Shirley Anderson
SHREE LAXMI, LLC
Sinclair Grill, LLC
SMD - Investments, L.L.C.

Smoky's BBQ LLC
Solomon Fisher
Sophia Lopez
SOURCE CHIROPRACTIC & REHABILITATION, L.L.C.
Southern Coastal Restoration, L.L.C.
SOUTHERN LODGING, LLC
Southern Repair & Maintenance, L.L.C.
Southern Star Construction Company, Inc.
Spaportunity LLC
Stacey Kreller
Standard Gravel Co. Inc.
Stanley J .Menesses
Statewide Security Patrol Enforcement LLC
Steve Dejean Custom Flooring, L.L.C.
Steven Galliano dba Galliano Waste Disposal
Steven Simpson
Studio Suites, L.L.C.
SU CASA CONSTRUCTION, LLC
Sue Dee Trucking, L.L.C.
SUGARLAND COUNTRY CLUB, INC
Sunshine Express, L.L.C.
Suzanne Maywalt
T.R.E.S. of Louisiana, Inc.
Talor Jupiter
Tammy Joseph
Tanya R. Bruce
Tarabia Franklin
Tattoo Ya  INC.
Tatyana Williamson
Ted F. Wheelock,
Termine, Anthony
Terrance Bonvillain
Terrinika Wilson
The Player's Club, Inc.
The Venice Palms Lodge, L.L.C.
Thellis W. Brass dba TB Tax Services
Theophile Bourgeois dba Cajun Vista Inn
THEOPHILE BOURGEOIS III
Theophile Bourgeois IV
Theresa Purcell
THOMAS ABSTRACTING AND TITLE SERVICES, INC
Thomas Orgeron
Thomas W. Hall III
Three-D Plumbing Repairs, L.L.C.
TIBBS STAFFING SERVICES, INC.
Tiffany Mitchell, on behalf of her minor child, J.H.
Tiffany Mitchell, on behalf of her minor child, T.H.

Tiffany Mitchell, on behalf of minor child, S.H.
Tiffiny Mitchell
TJ's Corner Market, LLC
Todd Plaisance
Tommy Berthelot, on behalf of his minor child, H.B.
Tommy Berthelot, on behalf of my minor child, K.B.
Tony Martin
Tony Riley
Tony Vaughn
Totalcom International, Inc.
Tracy Dufrene
Trademark Properties, B.B.A.
Traffic Camera Reports, Inc.
Travis Merrick
Travis Williams
Trevor Mouton
Tria, Inc.         (no dba
Troy Wise
Trufant, Ian
Tuan Nguyen
Twin Princess, LLC
Two Brothers Lounge and Grill LLC
Tyneika Martin
Ultra Light Flights, Inc.
UNITED ELECTRICAL AND COMMUNICATION, LLC
UNR Hospitality, LLC
Upstream Energy Capital, LLC
Uptown Gas Station Management, LLC
Vera Martin
Verna  Johnston
Vetter Lumber Company, Inc.
Vhores' Master Prints, Inc.
Vince Viator
Vincent Tessitore Jr.
Virgil Duncan
Virginia Sitter Service Corp.
Vishnu Enterprises, Inc.
VJH Hospitality, LLC-
VOODOO FISHING CHARTERS, L.L.C.
Wakisha Riley
Walter Birdsall Pharmacy, Inc
Wayne LaCombe
Wayne Lacombe Jr. dba Lacombe Strategic Investments,
Weiler & Rees, LLC
Whitney Ragas
William A. Lutz,
William Carter

Wilton A. Guillory III, DC, LLC
X-Tra Space Storage, LLC
Yankee Enterprises, LLC
Yvonda Barthelemy

Yvonda Barthelemy, on behalf of her minor child, D.A. 3

Yvonda Barthelemy, on behalf of her minor child, D.A. 1

Yvonda Barthelemy, on behalf of her minor child, D.A. 2

Yvonda Barthelemy, on behalf of her minor child, Y.A. 1

Yvonda Barthelemy, on behalf of her minor child, Y.A. 2
Zachary Hardin
ZORAN NIKOLOVSKI