UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179<br><br>Section: J |
| **THIS DOCUMENT RELATES:**<br>*2:10-cv-08888-CJB-SS*<br><br>_____ | * * * * * | <br><br>JUDGE BARBIER<br>MAGISTRATE JUDGE<br>SHUSHAN |

## ORDER

Considering the "Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline" and Supporting Memorandum of Law;

It is ORDERED that the Motion is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-8888 shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this ____ day of _____, 2013.

_____
Honorable Carl J. Barbier, U.S. District Judge