UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, | * | |
| on April 20, 2010 | * | |
| | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| NO.  2:11-CV-00348 | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT

This memorandum is respectfully submitted on behalf of the State of Louisiana *ex rel*. Plaquemines Parish School Board ("PPSB") in support of its motion for leave to file a Second Amended Complaint as set forth in Exhibit A.

Pursuant to 33 U.S.C. §2713, PPSB filed a presentment of its claims to BP Exploration ("BP"), which was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2701.  BP failed to respond to PPSB's presentment, triggering the right to file a new claim against BP under OPA.

In filing its OPA claim, PPSB now waives its pending motion to remand the captioned action.  Having abandoned its motion to remand, PPSB now wishes to assert other federal claims, such as its newly-articulated claims under general admiralty law.  Additionally, consistent with such amendments, PPSB wishes to adopt pertinent factual statements from the Voluntary Master Complaint, Cross Claim, and Third Party Complaint for Local Governmental Entities in Accordance with PTO No. 11 [CMO No. 1] Section III (C) ["C" Bundle], case 2:10-cv-02771-CJB-SS, Rec. Doc.

253, filed 3/4/11 in MDL 2179 in the United States District Court for the Eastern District of Louisiana. Finally, PPSB seeks to add as defendants MOEX U.S.A. CORP. and MITSUI OIL EXPLORATION COMPANY LTD. Discovery and other proceedings in this action suggest that these entities share in the responsibility PPSB previously cast on their companion entity, MOEX Offshore LLC, which PPSB named in its original complaint.

Rule 15 (a)(2) of the Federal Rules of Civil Procedure states that leave to amend shall be freely granted "when justice so requires." In this case, having timely complied with OPA's presentment requirement, PPSB is newly authorized to file an OPA complaint, which it is entitled to do under the facts and circumstances of this action. Additionally, PPSB is hereby abandoning its pending motion to remand. PPSB forewent the articulation of possible federal claims pending this Court's decision on its motion to remand. As there has been no action on remand, PPSBB now wishes to assert other federal claims, and is entitled to do so. Finally, it seeks to name two defendants who are companions to MOEX Offshore, previously named in PPSB's original petition. Because the MOEX entities have been named as defendants by numerous plaintiffs in this MDL action and have been actively involved in all phases of the litigation, PPSB's amendment cannot cause them any prejudice.

Because PPSB is entitled to amend its complaint and such amendment will not cause any prejudice to the defendants, Rule 15 suggests that the amendment should be allowed.

|  |  |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| ROBERT E. ARCENEAUX, (No. 1199) | MARGARET E. WOODWARD.(No. 13677) |
| Robert E. Arceneaux, LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana 70119 |
| Metairie, LA 70001 | Telephone: 504.301.4333 |
| Telephone: 504.833.7533 | Facsimile: 504.301.4365 |
| Facsimile: 504.833.7612 | Email: mewno@aol.com |
| Email: rea7001@cox.net | |

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Amend has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2013.

/s/ Robert E. Arceneaux