UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, | * | |
| on April 20, 2010 | * | |
| | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| NO.  2:11-CV-00348 | * | MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

ON MOTION OF the State of Louisiana *ex rel*. Plaquemines Parish School Board,

**IT IS ORDERED** that the State of Louisiana *ex rel*. Plaquemines Parish School Board be and it is hereby granted leave to file its Second Amended Complaint.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
JUDGE