UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, | * | |
| on April 20, 2010 | * | |
| | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| NO.  2:11-CV-00348 | * | MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**SECOND AMENDED COMPLAINT**</u>

NOW COMES plaintiff, the State of Louisiana *ex rel*. Plaquemines Parish School Board ("PPSB"), through undersigned counsel and, waiving its challenge to the jurisdiction of this Court as set forth in its pending motion to remand, with respect represents:

1.

Plaintiff adopts and reavers all of the allegations of its original Petition and Amended Complaint.

2.

**Additional Defendants**

Named as additional Defendants are MOEX U.S.A. CORP. ("MOEX"), a foreign corporation doing business in the State of Louisiana, and MITSUI OIL EXPLORATION COMPANY LTD, ("Mitsui"), a foreign corporation doing business in the State of Louisiana.

3.

Mitsui is the parent company of MOEX and MOEX Offshore,LLC, which was named as defendant in PPSB's original petition for damages (collectively, "MOEX Entities"). MOEX Entities are oil and gas exploration and production companies, who, together with previously-named

Defendants, held a working-interest ownership in the lease of the Macondo prospect granted by the United States Mineral Management Service on the site where the well blowout on the MODU *Deepwater Horizon* occurred.

4.

MOEX Entities took part in the acts of negligence, recklessness, and gross negligence described in the original petition and first amended petition, and therefore are jointly liable with the other Defendants for all damages caused to PPSB by their negligent actions and for exemplary damages. Mitsui owns, dominates, controls, and benefits from the activities of MOEX Entities such that it is the alter ego and/or agent of its subsidiaries, MOEX Entities. Mitsui has dominated and controlled the business, operations, policies, and actions of MOEX Entities to the extent that there is no meaningful distinction between them and Mitsui, and they are more accurately described as agents and/or alter egos of Mitsui, thus requiring that the liability of MOEX Entities be imputed to MITSUI.

5.

**OPA Claim**

BP Exploration was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2701. It is therefore strictly liable to PPSB for damages that resulted from the blowout, explosion, fire and resulting massive oil spill. PPSB complied with the suit prerequisite contained in OPA by satisfying the presentment requirement described in 33 U.S.C. §2713. More than 90 days has passed since presentment was filed. BP has failed to counter or formally respond to PPSB's presented claims.

6.

**Adoption of Master Pleadings**

PPSB hereby adopts by reference and incorporates herein as if specifically pled in their entirety paragraphs 164 (and preceding "Introduction"), 173, 178-188, 198-223-226, 227-516, 542-558, 563-567, 581-595, 659-710, 727-737 and 747-769 of the Voluntary Master Complaint, Cross Claim, and Third Party Complaint for Local Governmental Entities in Accordance with PTO No. 11 [CMO No. 1] Section III (C) ["C" Bundle], case 2:10-cv-02771-CJB-SS, Rec. Doc. 253, filed 3/4/11 in MDL 2179 in the United States District Court for the Eastern District of Louisiana.

7.

**General Maritime Claims**

At all times material hereto, the vessel MODU *Deepwater Horizon* was owned, navigated in navigable waters, manned, possessed, managed, controlled, chartered and/or operated by Defendants. Defendants' negligence, recklessness and gross negligence damaged PPSB as described in the original petition, and therefore Defendants are liable to PPSB under the general maritime law and general maritime products liability law.

WHEREFORE, State of Louisiana *ex rel.* Plaquemines Parish School Board respectfully prays that after due proceedings are had, judgment be entered in its favor, awarding reasonable compensatory and punitive damages, together with interest, and all costs of this action against Defendants.

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| _____ | _____ |
| ROBERT E. ARCENEAUX, (No. 1199) | MARGARET E. WOODWARD.(No. 13677) |
| Robert E. Arceneaux, LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana 70119 |
| Metairie, LA 70001 | Telephone:  504.301.4333 |
| Telephone: 504.833.7533 | Facsimile:  504.301.4365 |
| Facsimile: 504.833.7612 | Email:  mewno@aol.com |
| Email: rea7001@cox.net | |

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2013.

/s/ Robert E. Arceneaux