UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * * | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Considering the Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline:

It is ORDERED that Claimants' Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline, as identified in Exhibit A, shall be **Granted.** Claimants; Short Form Joinders shall be deemed properly and timely filed in the Master Complaint in MDL No. 2179.

Signed this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER,
U.S. DISTRICT COURT JUDGE