ATTACHMENT A

Scotco, Inc. – ***Document Number: 131229***
Vermilion River Tool & Equipment Co., Inc. – ***Document Number: 131240***
MKC Services, Inc. – ***Document Number: 131242***
M.M. Industries, Inc. – ***Document Number: 131233***
MSF Oilfield Equipment, Inc. – ***Document Number: 131235***
Tools, Inc. – ***Document Number: 131237***
Maxum Industries, LLC – ***Document Number: 131234***
M.M. Plastics, Inc. – ***Document Number 131236***
M/V Drake, LLC – ***Document Number: 131241***
Premium Distributors, LLC – ***Document Number: 131238***
Prados Machine Works, LLC – ***Document Number: 131230***
Westgate Development, Inc. – ***Document Number: 131244***