Minute Entry
Barbier, J.
April 17, 2013
JS 10:  7 hr. 33 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br>SECTION J (1)<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | JODI SIMCOX (AM)<br>KAREN IBOS (PM) |

NON-JURY TRIAL
(Day twenty-nine)

WEDNESDAY, APRIL 17, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court resumes.

Transocean offers list of exhibits/demonstratives regarding exam of John Guide: ORDERED admitted. (see attached)

Halliburton offers list of exhibits/demonstratives regarding exam of John Guide: ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding exam John Guide: ORDERED admitted. (see attached)

PSC offers list of exhibits/demonstratives regarding exam of Earl Shanks. PSC will file stipulation regarding demonstrative used with exam of Earl Shanks regarding issue of the times of the phone calls: ORDERED admitted subject to this stipulation. (see attached)

US offers list of exhibits/demonstratives regarding exam of John Guide: ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of John Guide: ORDERED admitted. (see attached)

Witness: Patrick O'Bryan; sworn and testified.

BP offers lists of exhibits/demonstratives regarding exams of Earl Shanks, Leo Lindner, Larry McMahan and Frank Patton: ORDERED admitted. (see attached)

PSC offers flash drive of redacted expert report and rebuttal report of Gregg Perkin: ORDERED admitted.

Witnesses:  Craig Gardner, by video deposition. Transcript of deposition excerpt accepted and filed into the record.
 Greg Garrison, by video deposition. Transcript of deposition excerpt accepted and filed into the record.

BP offers flash drives (2) regarding deposition excerpts of Craig Gardner and Greg Garrison: ORDERED admitted.

Witness: Andrew Mitchell, sworn and testified. (Expert)

BP offers expert report of Andrew Mitchell with redactions of paragraphs 192 through 208, TREX 40011: ORDERED admitted.

BP offers deposition bundles of Peter Bjerager, Andrea Katsounas, Chris Milsap, Jim Prestidge, Bill Johnson, Patrick Morgan and Wyman Wheeler: ORDERED to be taken up at final marshaling conference.

BP reurges Motion for judgment on partial findings: ORDERED denied.

BP conditionally rests subject to reasons orally stated on record.

Ordered that the "record" is being kept open for limited purposes as orally stated on the record.

An order regarding post-trial briefs will be issued by the Court.

Court adjourned at 5:52 p.m.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft, Chris Keegan, Paul Collier