# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF JOHN GUIDE (4/15/2013)

Transocean offers the following exhibits it used during its April 15, 2013 cross-examination of John Guide into evidence:

**Trial Exhibits**

*admitted 4/17/2013 SC*

- TREX 275 (entire exhibit)
- TREX 275.1.1.TO (Callout)
- TREX 275.4.1.TO (Callout)
- TREX 275.4.2.TO (Callout)
- TREX 275.17.1.TO (Callout)
- TREX 275.18.1.TO (Callout)
- TREX 275.20.1.TO (Callout)
- TREX 305.1.1.TO (Callout)
- TREX 305.2.1.TO (Callout)
- TREX 533.1.1.TO (Callout)
- TREX 547.1.1.TO (Callout)
- TREX 836.1.1.TO (Callout)
- TREX 1143 (entire exhibit)
- TREX 1143.1.1.TO (Callout)
- TREX 1234 (entire exhibit)
- TREX 1234.1.1.TO (Callout)
- TREX 1234.2.1.TO (Callout)
- TREX 1234.3.1.TO (Callout)
- TREX 1371.1.1.TO (Callout)
- TREX 1372 (entire exhibit)
- TREX 1372.1.1.TO (Callout)
- TREX 1375 (entire exhibit)
- TREX 1375.1.1.TO (Callout)
- TREX 1376.21.1.TO (Callout)
- TREX 1377 (entire exhibit)
- TREX 1377.1.1.TO (Callout)
- TREX 1379 (entire exhibit)
- TREX 1379.1.1.TO (Callout)
- TREX 1385.1.1.TO (Callout)
- TREX 1396.2.1.TO (Callout)
- TREX 1396.3.1.TO (Callout)
- TREX 1721.1.1.TO (Callout)
- TREX 1721.7.1.TO (Callout)
- TREX 1721.7.2.TO (Callout)
- TREX 1721.8.1.TO (Callout)
- TREX 1721.8.2.TO (Callout)
- TREX 1722 (entire exhibit)
- TREX 1816.1.1.TO (Callout)

*TO re John Guide*

*Admitted 4/17/2013 SK*

- TREX 1976 (entire exhibit)
- TREX 1976.1.1.TO (Callout)
- TREX 3568 (entire exhibit)
- TREX 3568.1.1.TO (Callout)
- TREX 3568.4.1.TO (Callout)
- TREX 3568.5.2.TO (Callout)
- TREX 20198.1.1.TO (Callout)
- TREX 20843 (entire exhibit)
- TREX 20843.1.1.TO (Callout)
- TREX 20845 (entire exhibit)
- TREX 20845.1.1.TO (Callout)
- TREX 20845.5.2.TO (Callout)
- TREX 20845.5.3.TO (Callout)
- TREX 37031.42.1.TO (Callout)
- TREX 37031.89.2.TO (Callout)
- TREX 43076.1.1.TO (Callout)
- TREX 44046 (entire exhibit)
- TREX 44046.1.1.TO (Callout)
- TREX 44046.3.1.TO (Callout)
- TREX 44046.11.1.TO (Callout)
- TREX 44046.14.1.TO (Callout)
- TREX 44046.16.1.TO (Callout)
- TREX 44046.16.2.TO (Callout)
- TREX 47194.1.1.TO (Callout)
- TREX 47361 (entire exhibit)
- TREX 47361.1.1.TO (Callout)
- TREX 47361.2.1.TO (Callout)
- TREX 60051.12.3.TO (Callout)

## HALLIBURTON ENERGY SERVICES, INC'S LIST OF EXHIBITS SHOWN TO JOHN GUIDE ON CROSS-EXAMINATION

HESI offers the following documents it used during its April 16, 2013 cross-examination of John Guide into evidence:

*admitted 4/17/2013 SK*

D-4800
TREX-757
TREX-21099
TREX-1140
TREX-1958
TREX-684
TREX-1363
TREX-1126
TREX-287
TREX-533
TREX-282


TREX 757.2.1.HESI
TREX 757.3.1.HESI
TREX 21099.1.1.HESI
TREX 1140.1.1.HESI
TREX 1958.1.1.HESI
TREX 1958.1.2.HESI
TREX 684.1.1.HESI
TREX 1363.1.1.HESI
TREX 1363.1.2.HESI
TREX 1126.1.1.HESI
TREX 287.1.2.HESI
TREX 533.1.1.HESI
TREX 282.1.2.HESI

PSC List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of John Guide on 4/15/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| D-2220 | Onshore Organizational Chart | | Demonstrative |
| D-3281A | Guide E-mailSummary - Progressive Graphic | | Demonstrative |
| D-3283A | Guide Calls to WSL Office - Bly Chronology | | Demonstrative |
| D-3283B | Guide Calls to WSL Office - Bly Chronology | | Demonstrative |
| D-3283C | Guide Calls to WSL Office - Bly Chronology | | Demonstrative |
| D-3283D | Guide Calls to WSL Office - Bly Chronology | | Demonstrative |
| D-3284 | Dysfunctional Leadership | | Demonstrative |
| 00001 | Bly Report | | Already Admitted in Full |
| 00093 | Drilling and Well Control Operation Practice - E&P Defined Operating Practice, October 2008, Issue 1 | | Already Admitted in Full |
| 00153 | BP Incident Investigation Team - Notes of Interview with John Guide (15 Pages) | 1, 7, 12 | PDF Pages Only |
| 00194 | Guide Interview Notes (Korser) (9 pages) | 1, 5 | PDF Pages Only |
| 01976 | Role Definition - Title: Wells Team Leader (2 Pages) | | Entire Exhibit |
| 01144 | Email - From: John Guide To: David Sims - Subject: Discussion - The way we work with engineering | | Already Admitted in Full |
| 01126 | Email - From: David Sims To: John Guide - Subject: RE: call (2 pages) | | Entire Exhibit |
| 01127 | Email - From: David Sims - Long Draft (2 pages) | | Entire Exhibit |
| 01129 | Email - From: John Guide To: David Sims - Subject: Re: Meeting (1 Page) | | Entire Exhibit |
| 02516 | BP DW D&C Organizational Chart January 7, 2010 (32 Pages) | 1, 12 | PDF Pages Only |
| 37031 | Robinson Notebook | | Already Admitted in Full |

admitted 4/17/2013 SK

PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Forrest Shanks on 4/16/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| D-2774 | MODEL: BSR (with base showing 18 ¾ "wellbore" opening) | | Demonstrative |
| D-2775 | MODEL: DVS (with base showing 18 ¾ "wellbore" opening) | | Demonstrative |
| 03974 | Cameron - Engineering Report Abstract - Report Number: 3495 - Subject: Shear Test Using 18-15M TL CDVS Rams on 10 3/4" C110 60.7 ppf Casing (1 Page) | | Entire Exhibit |
| 03974.1.1.PSC | Callout of TREX - 03974 | | Callout |
| 08122.50.1.PSC | Callout of Expert Report of Shanks - 2011 | | Callout |
| D-2106 | Key Finding #5 – Well Control Response Actions Failed To Gain Control of Well | | Demonstrative |
| 40008.29.1.PSC | Callout of Amended Report of Shanks | | Callout |
| 01454.132.1.PSC | Callout of Transocean - Well Control Handbook | | Callout |

*admitted 4/17/2013*
*SK*

The United States offers the following documents it used during its April 15, 2013 examination of John Guide into evidence:

*admitted 4/17/2013 SK*

| Exhibit or Demonstrative Number | Source of Demonstrative Number | Title | Callouts* |
|---|---|---|---|
| TREX-01721 | | GP 10-40 - Drilling Rig Audits and Rig Acceptance: Group Practice - BP Group Engineering Technical Practices | TREX-01721.8.1.US |
| TREX-01951 | | E-Mail - From: John Guide Sent: Wed Oct 07 11:40:19 2009 To: Brett W. Cocales; Keith G. Daigle- Subject: FW: Deepwater Horizon Rig Audit | TREX-01951.1.1.US<br>TREX-01951.1.2.US<br>TREX-01951.1.3.US |
| TREX-03527 | | U.S. Department of Interior Mineral Management Service (MMS) Form MMS 123A/123S - Electronic Version Application for Revised Bypass Lease G32306 Area/Block MC 252 Well Name 001 ST 00 BP 01 Approval Date: 04/15/2010 | TREX-03527.10.1.US |
| TREX-51165 | | Drilling & Completions MOC dated 4-15-2010 | TREX-51165.1.1.US |

* These cites are not intended to limit what is introduced into evidence. Unless otherwise specified by the United States, the documents it uses are offered in their entirety.

# BP - Exhibits for GUIDE

BP offers the following documents it used during its examination of Mr. John Guide into evidence:

admitted 4-17-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-04072 | Macondo BtB Stage Gate Process |
| D-04316 | Persons On Board DWH on April 20 |
| D-04341 | BP & DWH Extensive Experience in GoM |
| D-04350 | Safety Survey |
| D-04800 | Macondo Drilling Team April 2010 |
| D-04932A | Different Types of Centralizers |
| D-04940 | Temporary Abandonment |
| D-04941 | John Guide's Drilling Experience |
| TREX-000051 | Powerpoint Presentation re Macondo Lessons Learned |
| TREX-000051.2.1.BP | Callout of TREX-000051 |
| TREX-000051.8.1.BP | Callout of TREX-000051 |
| TREX-000093 | Drilling and Well Operations Practice; E&P Defined Operationg Practice GP10-00 |
| TREX-000093.48.1.BP | Callout of TREX-000093 |
| TREX-000533 | 4/13/2010 Email re Rev 1 Procedure |
| TREX-000533.1.2.BP | Callout of TREX-000533 |
| TREX-000545.9.2.BP | Callout of TREX-000545 |
| TREX-000545.GMT | GMT to Central Substitute for TREX-000545 |
| TREX-000545.GMT.1.3.BP | Callout of TREX-000545.GMT |
| TREX-000686 | 3/30/2010 : Email from A. Rodriguez to J. Guide and B. Cocales, et al RE: Deepwater Horizon's Rig Audit Close Out Report Status and attachment |
| TREX-000686.1 | Page of TREX-000686 |
| TREX-000686.1.2.BP | Callout of TREX-000686 |
| TREX-000741 | 4/20/2010 E-mail from Deepwater Horizon Formen to Robert Kaluza re: FW: Updated Info for Prod Casing Job |
| TREX-000741.1.1.BP | Callout of TREX-000741 |
| TREX-000741.1.3.BP | Callout of TREX-000741 |
| TREX-000741.32.1.BP | Callout of TREX-000741 |
| TREX-000757 | Risk Register for Project Macondo (native) |
| TREX-000757.1.2.BP | Callout of TREX-000757 (native) |
| TREX-000796 | 4/16/2010 E-mail from John Guide to David Sims re "FW: Additional Centralizers" |
| TREX-000796.1.10.BP | Callout of TREX-000796 |
| TREX-000796.1.11.BP | Callout of TREX-000796 |
| TREX-000796.1.6.BP | Callout of TREX-000796 |
| TREX-000796.2.3.BP | Callout of TREX-000796 |
| TREX-000836 | 4/12/2010 E-mail from Brian Morel to Murray Sepulvado and Ronald Sepulvado re "Rev 1 Procedure" attaching Macondo Drilling Production Interval |
| TREX-000836.1.2.BP | Callout of TREX-000836 |
| TREX-001021 | 3/18/2010 Email re Lesson Learned - Plan Forward: Macondo with Attached Lessons Learnt/Plan Forward Document |



(1)

## BP - Exhibits for GUIDE (cont'd)

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| | *admitted 4-17-2013 SK* |
| TREX-001021.1.2BP | Callout of TREX-001021 |
| TREX-001126 | 3/14/2010 Email re Call |
| TREX-001126.1.1.BP | Callout of TREX-001126 |
| TREX-001126.1.2.BP | Callout of TREX-001126 |
| TREX-001126.1.4.BP | Callout of TREX-001126 |
| TREX-001129 | 4/15/2010 Email re Meeting |
| TREX-001129.1.4.BP | Callout of TREX-001129 |
| TREX-001148 | 3/14/2010 E-mail from David Sims to John Guide re: "Next Week" |
| TREX-001148.1.4.BP | Callout of TREX-001148 |
| TREX-001148.1.5.BP | Callout of TREX-001148 |
| TREX-001148.1.6.BP | Callout of TREX-001148 |
| TREX-001806 | 4/16/2010 Email from M. Hafle to B. Morel RE: Negative Test |
| TREX-001806.1.3.BP | Callout of TREX-001806 |
| TREX-001814 | 4/20/2010 Email from D. Maxie to B. Cocales and T. Haygood, et al RE: Inputs for VH Modeling |
| TREX-001814.1.1.BP | Callout of TREX-001814 |
| TREX-001816 | 4/18/2010 Email from B. Morel to J. Guide Re: Negative Test |
| TREX-001816.1.5.BP | Callout of TREX-001816 |
| TREX-004095 | 6/19/2009 Email from T.Burns re Tiber Performance |
| TREX-004095.1.2.BP | Callout of TREX-004095 |
| TREX-004095.1.3.BP | Callout of TREX-004095 |
| TREX-004456 | MC 252#1 - Macondo Production casing and TA Forward Planning Decision Tree |
| TREX-004456.1.1.BP | Callout of TREX-00456 (native) |
| TREX-005965 | 9/28/2009 Email from J. Guide to P. Johnson, et al. re: HSSE Review - rig/office |
| TREX-005965.1.3.BP | Callout of TREX-005965 |
| TREX-005967 | 10/13/2009 Email from J. Guide to P. Johnson, et al. re: DW Horizon / TOI / BP - HSE conversation Thursday (10/15) 1 - 2 pm |
| TREX-005967.1.4.BP | Callout of TREX-005967 |
| TREX-005973 | 3/21/2010 Email from J. Guide to D. Sims re: Heads up |
| TREX-005973.1.6.BP | Callout of TREX-005973 |
| TREX-006294 | Annual Individual Performance Assessment, J. Guide |
| TREX-006294.1.2.BP | Callout of TREX-006294 |
| TREX-006294.2.2.BP | Callout of TREX-006294 |
| TREX-006294.3.2.BP | Callout of TREX-006294 |
| TREX-007062 | 5/8/2009 Email from J. Guide to M. Gonzalez, et al. re: Rig performance coordination |
| TREX-007062.1 | Page of TREX-007062 |
| TREX-007062.1.3.BP | Callout of TREX-007062 |
| TREX-007392 | 4/16/2010 Email from J. Guide to H. Powell re: Macondo Temporary Abandonment Procedure for MMS |
| TREX-007392.1.1.BP | Callout of TREX-007392 |
| TREX-007685 | 2/13/2010 Email from DWH, OIM to P. Johnson re: Final Signed Macondo Drilling Program attaching Well info; Subsurface pdf; Sect 16 interval; Sect05_13_48_interval; Sect06_9_78_interval |

## BP - Exhibits for GUIDE (cont'd)

Admitted 4/17/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-007685.2 | Page of TREX-007685 |
| TREX-007685.3.2.BP | Callout of TREX-007685 |
| TREX-008093 | DW Wells Leadership Houma Leadership Engagement |
| TREX-008093.1.5.BP | Callout of TREX-008093 |
| TREX-008093.3.1.BP | Callout of TREX-008093 |
| TREX-008146 | 4/15/2010 Email from M. Hafle to G. Walz and B. Morel re: TD casing and TA plan forward attaching same |
| TREX-008146.10.1.BP | Callout of TREX-008146 |
| TREX-008146.3 | Page of TREX-008146 |
| TREX-008146.8.1.BP | Callout of TREX-008146 |
| TREX-021099 | 4/17/2010 GUIDE, JOHN: EMAIL - SUBJECT: RE: DISCUSSION - THE WAY WE WORK WITH ENGINEERING |
| TREX-021099.1.1.BP | Callout of TREX-021099 |
| TREX-021099.1.2.BP | Callout of TREX-021099 |
| TREX-021099.1.3.BP | Callout of TREX-021099 |
| TREX-032031 | Muller, Eric T: BP Management of Change (4/15/2010) |
| TREX-032031.1 | Page of TREX-032031 (native) |
| TREX-032031.1.2.BP | Callout of TREX-032031 (native) |
| TREX-032031.1.4.BP | Callout of TREX-032031 (native) |
| TREX-032031.1.6.BP | Callout of TREX-032031 (native) |
| TREX-032031.2.2.BP | Callout of TREX-032031 (native) |
| TREX-032031.2.3.BP | Callout of TREX-032031 (native) |
| TREX-041025 | 4/4/2010 Email from Guide to Sanders re centralizers |
| TREX-041025.1.3.BP | Callout of TREX-041025 |
| TREX-041245 | MC 252 Appendix |
| TREX-041245.9.1.BP | Callout of TREX-041245 (native) |
| TREX-041245.9.2.BP | Callout of TREX-041245 (native) |
| TREX-041625 | TD casing and TA plan forward |
| TREX-041625.1 | Page of TREX-041625 (native) |
| TREX-041625.9.1.BP | Callout of TREX-041625 (native) |
| TREX-044024 | 9/21/2009 Email from P. Johnson to J. Guide re BP Audit Findings |
| TREX-044024.1.2.BP | Callout of TREX-044024 |
| TREX-044046 | CMID Annex for Deepwater Horizon |
| TREX-044046.14.1.BP | Callout of TREX-044046 |
| TREX-044046.14.2.BP | Callout of TREX-044046 |
| TREX-045259 | Group Leader Peformance and Reward Program (2009) |
| TREX-045259.8.1.BP | Callout of TREX-045259 |
| TREX-047414 | 3/28/2010 Email from J. Neumeyer to J Thibodeaux et al. re Houma Leadership Week - HSSE performance meeting Wednesday 3/31, Attaching Houma Leadership Week - HSSE performance meeting Wednesday 3/31 |
| TREX-047414.3.2.BP | Callout of TREX-047414 |
| TREX-047414.3.4.BP | Callout of TREX-047414 |
| TREX-047461 | 4/10/2010 Email from J. Guide to D. Sims re Crane Block & Dock Pictures |
| TREX-047461.1.3.BP | Callout of TREX-047461 |

## BP - Exhibits for GUIDE (cont'd)

admitted 4/17/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-047461.1.4.BP | Callout of TREX-047461 |
| TREX-047570 | DWH Safety Pulse Check - Report & Action Plan |
| TREX-047570.1 | Page of TREX-047570 (native) |
| TREX-047570.3.1.BP | Callout of TREX-047570 (native) |
| TREX-048042 | 4/16/2010 Email from B. Morel to J. Guide re Centralizer with Color version of attachment |
| TREX-048042.1.2.BP | Callout of TREX-048042 |
| TREX-048042.1.3.BP | Callout of TREX-048042 |
| TREX-051350 | 4/4/2010 Email from D. Sims to J. Canducci, et al. re DWH 1 year recordable free |
| TREX-051350.2.3.BP | Callout of TREX-051350 |

# BP - Exhibits for SHANKS

BP offers the following documents it used during its examination of Mr. Earl Shanks into evidence:

admitted 4/17/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description | Notes |
|---|---|---|
| D-4327B | Image - Lower LMRP and BOP | |
| D-4328B | BOP Timeline Apr. 20 ~21:40 | |
| D-4329D | BOP Timeline Apr. 20 21:47 | |
| D-4336B | BOP Timeline Apr. 20 21:49 | |
| D-4336C | BOP Timeline Apr. 20 ~21:55 | |
| D-4338C | BOP Timeline Apr. 20 ~22:25 | |
| D-4340A | BOP Timeline 07:48 | |
| D-4538 | Table 38 with Surface Liquid Flow Rate in Barrels/Day | |
| D-4584 | Hook Load and Standpipe Pressure Relationship | |
| D-4599 | Deepwater Horizon BOP Configuration | |
| D-4608 | Drill Pipe Behavior | |
| D-4644 | APDs Approved by MMS in 2010 | |
| D-4801.1 | Earl Shanks - Qualifications | |
| D-4801.2 | Earl Shanks - Professional Affiliations/Publications | |
| D-4802.1 | Earl Shanks - Professional Experience | |
| D-4802.2 | E. Shanks - Professional Experience | |
| D-4802.3 | E. Shanks - Professional Experience | |
| D-4803.1 | Summary of Opinions | |
| D-4803.3 | AMF/Deadman | |
| D-4803.4 | Was the Deepwater Horizon BOP Suitable? | |
| D-4806 | BOP Timeline: Upper Annular Did Not Seal | |
| D-4809 | BOP Timeline: VBRs Closed and Sealed | |
| D-4810 | VBRs Closed and Sealed | |
| D-4811 | Favorable Shearing Conditions When AMF/Deadman Should Have Activated | |
| D-4813 | BOP Timeline Apr. 20 Traveling Block Falls | |
| D-4815 | Evidence Supports Force From Above Being Transmitted to Drill Pipe Below BSR | |
| D-4818 | There Was Not Enough "Force-From-Below" to Buckle the Drill Pipe Before the Annular Closed | |
| D-4819 | "Force-from-Below" Theory Inconsistent With Measured Hook Load | |
| D-4824 | BSR Did Not Fully Close Due to Drill Pipe Partially Outside Its Blades | |
| D-4826 | DWH BOP Was a Common Configuration | |
| D-4872 | Deepwater Horizon BSR Had Sufficient Shearing Capacity | |


(1)

# BP - Exhibits for SHANKS (cont'd)

*Admitted 4/17/2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description | Notes |
|---|---|---|
| D-4874 | Force from Above Plastically Deformed Drill Pipe Within the BOP | |
| D-4876 | Figure 5. Shear Ram Configuration of Transocean North American Off-Shore Rigs in 2010 | |
| D-4912 | Evidence Supports Force From Above Being Transmitted to Drill Pipe Below BSR | |
| D-4914 | DWH BOP Had Sufficient Shearing Capacity and Would Have Sheared the Drill Pipe If It Was Within the BSR's Blades | |
| D-4923A | "Force-from-Below" Theory Inconsistent With Measured Hook Load | |
| D-4924 | Stress Engineering Calculated Effective Tension Along Drill Pipe | |
| D-4925 | Shear Pressure Is Dependent on Close Side and Open Side Pressure | |
| D-4926 | Pipe Segment 39 Separation "E" (physical demonstrative) | |
| D-4927 | Pipe Segment 1-B-1 Separation "E" (physical demonstrative) | |
| D-4948 | Friction From Closed VBRs Would Isolate Force-From-Below | |
| D-4949 | Force-from-Below Theory Does Not Support Drill Pipe Buckling at AMF Time | |
| D-4953.1 | Hand drawn demonstrative | |
| D-6750 | Hook Load | |
| TREX-001199 | Cameron EB 702D - Shearing Capabilities of Cameron Shear Rams | |
| TREX-001199.10.2.BP | Callout of TREX-001199 | |
| TREX-004793 | Spreadsheet with information about BOPs for various rigs operating for Transocean; four pages | Exhibit cited in and supporting D-4826 |
| TREX-007542.3.2.BP | Callout of TREX-007542 | |
| TREX-007547 | Supplemental APD Information Sheet | Exhibit cited in and supporting D-4826 |
| TREX-007696.120.6.BP | Callout of TREX-007696 | |
| TREX-007696.144.1.BP | Callout of TREX-007696 | |
| TREX-007696.145.3.BP | Callout of TREX-007696 | |
| TREX-040008 | Expert Report of Forrest Earl Shanks (as amended) | |
| TREX-040020 | Rebuttal Expert Report of Earl Shanks (as amended) | |

2

# BP - Exhibits for SHANKS (cont'd)

*admitted 4/17/2013 SC*

| Trial Exhibit/Callout/ Demonstrative Number | Description | Notes |
|---|---|---|
| TREX-047846.00163 | Application for Revised New Well | Exhibit cited in and supporting D-4644 |
| TREX-047846.00167 | Application for Permit to Drill A New Well | Exhibit cited in and supporting D-4826 |
| TREX-047846.00168 | Application for Permit to Drill A New Well | Exhibit cited in and supporting D-4826 |
| TREX-047846.00169 | Application for Permit to Drill A New Well | Exhibit cited in and supporting D-4644 |
| TREX-047846.00174 | Application for Permit to Drill A New Well | Exhibit cited in and supporting D-4644 |
| TREX-047846.00177 | Application for Revised Sidetrack | Exhibit cited in and supporting D-4644 |
| TREX-047846.00180 | Application for Revised New Well | Exhibit cited in and supporting D-4644 |
| TREX-047855 | Documents from IMS998-000001 associated with well API No. 608174108000 | Exhibit cited in and supporting D-4826 |
| TREX-047933 | APD and related documents for API well #608114049500 | Exhibit cited in and supporting D-4826 |
| TREX-047934 | APD and related documents for API well #608114049600 | Exhibit cited in and supporting D-4826 |
| TREX-047936 | APD and related documents for API well #608124002302 | Exhibit cited in and supporting D-4826 |
| TREX-047937 | APD and related documents for API well #608124002600 | Exhibit cited in and supporting D-4826 |
| TREX-047938 | APD and related documents for API well #608124002700 | Exhibit cited in and supporting D-4826 |
| TREX-047939 | APD and related documents for API well #608124002900 | Exhibit cited in and supporting D-4826 |
| TREX-047940 | APD and related documents for API well #608124003400 | Exhibit cited in and supporting D-4826 |

## BP - Exhibits for SHANKS (cont'd)

*admitted 4/17/2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description | Notes |
|---|---|---|
| TREX-047941 | APD and related documents for API well #608174113600 | Exhibit cited in and supporting D-4826 |
| TREX-047942 | APD and related documents for API well #608174114700 | Exhibit cited in and supporting D-4826 |
| TREX-047943 | APD and related documents for API well #608124002500 | Exhibit cited in and supporting D-4826 |
| TREX-047944 | APD and related documents for API well #608124002700 | Exhibit cited in and supporting D-4826 |

# BP - Exhibits for LINDNER

BP offers into evidence the following documents used during the portion of Mr. Leo Lindner's deposition played in Court on April 16, 2013:

admitted 4/17/2013 SC

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-002807 | BP/Deepwater Horizon Rheliant Displacement Procedure "Macondo" |
| TREX-002807.1.2.BP | Callout of TREX-002807 |

# BP - Exhibits for MCMAHAN

BP offers into evidence the following documents used during the portion of Mr. Larry McMahan's deposition played in Court on April 16, 2013:

Admitted 4-17-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-002190 | Global Leadership Discussion - BP & Transocean Drilling Operations |
| TREX-002190.1.2.BP | Callout of TREX-002190 |
| TREX-002190.2.2.BP | Callout of TREX-002190 |
| TREX-002190.8.3.BP | Callout of TREX-002190 |

# BP - Exhibits for PATTON

BP offers into evidence the following documents used during the portion of Mr. Frank Patton's deposition played in Court on April 16, 2013:

*admitted 4-17-2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-004032 | Form MMS-124 - Electronic Version |
| TREX-004032.3.2.BP | Callout of TREX-004032 |