**Designation Run Report**

MDL 10-2179 J(1)

# Gardner, Craig - BP

Gardner, Craig 08-17-2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 17 2013

LORETTA G. WHYTE
CLERK

Excerpt of deposition played in court on 4-17-2013 SK

Our Designations 00:06:21
Total Time 00:06:21



ID:V53            04-04-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V53-Gardner, Craig - BP** | |
| 174:21 - 175:1 | **Gardner, Craig 08-17-2011 (00:00:15)**<br>174:21 I'd like to start out with your<br>174:22 background some more. What is your -- what do<br>174:23 you do in your current role? And what is your<br>174:24 title, first of all?<br>174:25  A. I'm Team Leader for the Cement Team,<br>175:1 Chevron Energy Technology Company. | V53.1 |
| 16:3 - 16:12 | **Gardner, Craig 08-17-2011 (00:00:21)**<br>16:3  Q. In connection with this matter, I<br>16:4 understand that you received an assignment from<br>16:5 the company as a result of a request from the<br>16:6 National Commission on the BP DEEPWATER HORIZON<br>16:7 Investigation?<br>16:8  A. Correct.<br>16:9  Q. All right. Did the company ask you to do<br>16:10 work to respond to the request of the National<br>16:11 Commission?<br>16:12  A. Yes, sir. | V53.2 |
| 227:15 - 228:2 | **Gardner, Craig 08-17-2011 (00:00:35)**<br>227:15  Q. Now take a look at the first page of your<br>227:16 letter to Mr. Sankar. Look at the last sentence<br>227:17 on the second paragraph.<br>227:18  A. Correct.<br>227:19  Q. Can you read that into the record?<br>227:20  A. "To our knowledge, these materials were<br>227:21 supplied by Halliburton as representative of<br>227:22 materials used on the Deepwater Horizon but are<br>227:23 neither bulk plant samples nor rig samples from<br>227:24 the actual job."<br>227:25  Q. So based on everything you understand,<br>228:1 the tests that you -- the material that you did<br>228:2 your testing on was representative -- | V53.3 |
| 228:4 - 228:5 | **Gardner, Craig 08-17-2011 (00:00:01)**<br>228:4  Q. (By Mr. Chen) -- of what was on the<br>228:5 DEEPWATER HORIZON? | V53.4 |
| 228:7 - 228:7 | **Gardner, Craig 08-17-2011 (00:00:01)**<br>228:7  A. To our knowledge. | V53.5 |
| 90:4 - 90:11 | **Gardner, Craig 08-17-2011 (00:00:30)**<br>90:4  Q. Now, let's, if we can,<br>90:5 generally talk about your lab results. I see in | V53.6 |

| Page/Line | Source | ID |
|---|---|---|
| | **V53-Gardner, Craig - BP** | |
| | 90:6 your lab results, several references to the foam<br>90:7 cement slurry would not mix -- or was not stable,<br>90:8 let me say that; that it was not stable. Is --<br>90:9 is that a fair conclusion from the testing that<br>90:10 you did?<br>90:11 A. Yes, sir. | |
| 91:1 - 91:7 | **Gardner, Craig 08-17-2011 (00:00:19)**<br>91:1 Q. (By Mr. Thornhill) And I<br>91:2 know I'm drawing conclusions, so I -- I apologize<br>91:3 for that, but is it -- is it fair for me to say<br>91:4 that, when you tested the foam cement design<br>91:5 provided for the foam cement job -- for the<br>91:6 production casing job, that is, you, at Chevron,<br>91:7 concluded that the cement would not be stable? | V53.7 |
| 91:11 - 91:20 | **Gardner, Craig 08-17-2011 (00:00:27)**<br>91:11 A. That is the sentence -- the last sentence<br>91:12 on the second page reflects that we were unable<br>91:13 to generate a stable foam.<br>91:14 Q. (By Mr. Thornhill) Okay. And -- and that<br>91:15 was true for multiple tests that you ran on<br>91:16 the -- on the foam cement design, correct?<br>91:17 A. Correct.<br>91:18 Q. Just so that the Court will understand,<br>91:19 what does it mean to you, as a tester, when you<br>91:20 see a foam cement design that is not stable? | V53.8 |
| 91:22 - 92:3 | **Gardner, Craig 08-17-2011 (00:00:26)**<br>91:22 A. The goal in designing a foam cement job<br>91:23 is to end up with a slurry that, after it has<br>91:24 set, has a uniform distribution of gas.<br>91:25 So an unstable system means either the<br>92:1 solids are settling out of it, and/or the gas is<br>92:2 breaking out of it, so the resulting density is<br>92:3 not uniform. | V53.9 |
| 92:10 - 92:12 | **Gardner, Craig 08-17-2011 (00:00:12)**<br>92:10 When you find that the cement is<br>92:11 unstable, does that instability reflect the<br>92:12 prospective breakout of the gas from the cement? | V53.10 |
| 92:14 - 93:1 | **Gardner, Craig 08-17-2011 (00:00:30)**<br>92:14 A. That's what the test is intended to<br>92:15 indicate. | V53.11 |

| Page/Line | Source | ID |
|---|---|---|
| | **V53-Gardner, Craig - BP** | |
| | 92:16  Q. (By Mr. Thornhill) Okay. And if you see<br>92:17 that there is the prospective breakout of the gas<br>92:18 from the cement, what does that tell you, as a<br>92:19 tester?<br>92:20  A. You would redesign the cement slurry to<br>92:21 prevent that.<br>92:22  Q. Okay. Maintaining uniformity of the gas<br>92:23 mixed in the cement is an objective for purposes<br>92:24 of making the cement perform its job, fair to<br>92:25 say?<br>93:1  A. Yes. | |
| 93:25 - 94:4 | **Gardner, Craig 08-17-2011 (00:00:11)**<br>93:25  Q. (By Mr. Thornhill) Now, did you have<br>94:1 available to you any of the testing that was done<br>94:2 by Halliburton that showed that the cement slurry<br>94:3 intended for the production casing job was not<br>94:4 stable? | V53.12 |
| 94:6 - 94:11 | **Gardner, Craig 08-17-2011 (00:00:14)**<br>94:6  A. The only Halliburton data we had was what<br>94:7 was published in the Bly Report, the April 12th,<br>94:8 the line item indicating the two specific gravity<br>94:9 values.<br>94:10  Q. (By Mr. Thornhill) And did that indicate<br>94:11 to you instability of the foam cement job? | V53.13 |
| 94:13 - 94:21 | **Gardner, Craig 08-17-2011 (00:00:26)**<br>94:13  A. The two values were equal, but they were<br>94:14 higher than the design, than the intended design<br>94:15 density. So it was an indicator that it may not,<br>94:16 even if it was uniform, it was not at 14 and a<br>94:17 half pound per gallon.<br>94:18  Q. (By Mr. Thornhill) And did that indicate<br>94:19 instability to you?<br>94:20  A. That would -- that could be an indicator<br>94:21 of instability. | V53.14 |
| 95:18 - 95:23 | **Gardner, Craig 08-17-2011 (00:00:13)**<br>95:18  Q. (By Mr. Thornhill) In your practice,<br>95:19 generally speaking, it would be common under<br>95:20 those circumstances when there's made a<br>95:21 determination that the foam cement is not stable<br>95:22 to redesign the cement slurry before the job is | V53.15 |

| Page/Line | Source | ID |
|---|---|---|
| | **V53-Gardner, Craig - BP** | |
| 95:25 - 95:25 | 95:23 pumped, correct?<br>**Gardner, Craig 08-17-2011 (00:00:00)**<br>95:25  A. Yes. | V53.16 |
| 110:7 - 110:19 | **Gardner, Craig 08-17-2011 (00:00:36)**<br>110:7  Q. Okay.  Under "Section 9, Foam Mixing and<br>110:8 Stability," I believe this is the last section of<br>110:9 your test, and then we're going to need to take a<br>110:10 little break.  There's a reference to the foam<br>110:11 mixing and stability.  Already we've identified<br>110:12 that the -- the foam slurry was not stable, and<br>110:13 in this particular section you say as follows:<br>110:14 "API RP10B-4 and ISO 10426-4 are silent on the<br>110:15 matter of slurry conditioning so several<br>110:16 conditioning methods were used.  None of the<br>110:17 tests produced a stable foam."  Did I read that<br>110:18 correctly?<br>110:19  A. Yes, sir. | V53.17 |
| 118:7 - 118:13 | **Gardner, Craig 08-17-2011 (00:00:17)**<br>118:7  Q. In the section on Test 4, you point out<br>118:8 that "Settling was observed in the base and<br>118:9 foamed slurry," correct?  It's like the fourth<br>118:10 sentence there.<br>118:11  A. Yes.  Slurry' condition foamed, density<br>118:12 low, yes, settling is observed in both the base<br>118:13 and the foam system.  Yes, sir, that's right. | V53.18 |
| 118:20 - 118:21 | **Gardner, Craig 08-17-2011 (00:00:05)**<br>118:20  Q. And also settling, did that indicate to<br>118:21 you potential problems with the design? | V53.19 |
| 118:23 - 118:23 | **Gardner, Craig 08-17-2011 (00:00:02)**<br>118:23  A. They are negative indicators. | V53.20 |
| 219:14 - 219:17 | **Gardner, Craig 08-17-2011 (00:00:12)**<br>219:14  Q. Now, you ran nine tests here.<br>219:15 Do -- do you believe that that is sufficient<br>219:16 facts to reach the opinion that the -- that the<br>219:17 slurry did not form a stable foam? | V53.21 |
| 219:19 - 219:23 | **Gardner, Craig 08-17-2011 (00:00:14)**<br>219:19  A. What we put in the Report was is that we<br>219:20 were unable to generate a foam in nine instances.<br>219:21  Q. (By Mr. Chen) M-h'm.  You were unable to<br>219:22 generate a stable foam in nine instances? | V53.22 |

| Page/Line | Source | ID |
|---|---|---|
| | V53-Gardner, Craig - BP | |
| 219:23 | A. Correct. | |

Our Designations = 00:06:21
**Total Time = 00:06:21**

BP

2702.1



**Chevron**

Craig Gardner
Team Leader - Cementing

Energy Technology Company
Drilling and Completions Department
3901 Briarpark
Houston, TX 77042
Tel 713.954.6154
Fax 713.954.6177
craig.gardner@chevron.com

Sambhav N. "Sam" Sankar
Deputy Chief Counsel
National Commission on the BP Deepwater Horizon
Oil Spill and Offshore Drilling
One Thomas Circle, 4th Floor
Washington DC 20005

October 26, 2010

### NATIONAL COMMISSION ON THE
### BP DEEPWATER HORIZON OIL SPILL AND OFFSHORE DRILLING
### CEMENT TESTING RESULTS

MR. SAMBHAV N. "SAM" SANKAR

This report summarizes the results of the testing conducted in the cementing laboratory at Chevron's Briarpark facility at the request of the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling.

We conducted these tests using samples of cement and additives supplied by Halliburton and sent to the Chevron laboratory at the request of the Commission. To our knowledge, these materials were supplied by Halliburton as representative of materials used on the Deepwater Horizon but are neither bulk plant samples nor rig samples from the actual job.

The mud sample used in the contamination testing described in this report was supplied by MI Swaco at the Commission's request. It is a sample of drilling fluid from an actual drilling operation (i.e. not laboratory-prepared nor taken from a freshly-built mud in a liquid mud plant). MI Swaco supplied an analysis (mud check) with the sample, and a similar suite of tests were run in the Chevron drilling fluids laboratory to confirm the fluid characteristics. Both the MI Swaco results and the Chevron results compare reasonably well with the field mud check #79 dated April 19, 2010. Copies of the mud reports are contained in the Appendix.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.



EXHIBIT NO. 2702

TREX-02702

BP

2702.1.3



We conducted these tests using samples of cement and additives supplied by Halliburton and sent to the Chevron laboratory at the request of the Commission. To our knowledge, these materials were supplied by Halliburton as representative of materials used on the Deepwater Horizon but are neither bulk plant samples nor rig samples from the actual job.



BP

2702.2.4





Many of the test results were in reasonable agreement with those reported by Halliburton. However, we were unable to generate stable foam with any of the tests described in Section 9 of this report.

BP

2702.9.5



### Section 9: Foam Mixing and Stability

A series of nine tests were conducted under varying conditions as described below. Each test consisted of multiple measurements. API RP10B-4 and ISO 10426-4 are silent on the matter of slurry conditioning so several conditioning methods were used. None of the tests produced a stable foam. Foamed stability was assessed using several methods:

BP

2702.9.6



### Section 9: Foam Mixing and Stability

A series of nine tests were conducted under varying conditions as described below. Each test consisted of multiple measurements. API RP10B-4 and ISO 10426-4 are silent on the matter of slurry conditioning so several conditioning methods were used. None of the tests produced a stable foam. Foamed stability was assessed using several methods:

BP

2702.10.7



**Test 4.** This was the first test to include slurry conditioning. The target design density was 14.5 lbm/gal. The slurry was conditioned on an atmospheric consistometer for 20 minutes at 110°F (one of the schedules reported by Cementing Solution Inc. for their tests – Appendix K of the BP report). The slurry was foamed with a multi-blade assembly for 15 seconds @ 12,000 rpm. The density was found to be low. **Settling was observed in the base and foamed slurry.** The stability tests in the graduated cylinder and PVC molds were conducted. The results are reported in Table 7.