**Designation Run Report**

*MDL 10-2179 JCU*

# Garrison, Greg - BP

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR  1 7  2013    *SL*

LORETTA G. WHYTE
CLERK

------------------------------------------------

**Greg, Garrison 20111104**

------------------------------------------------

**Our Designations  00:10:52**

**Total Time  00:10:52**

*excerpt played*
*in Court on*
*4-17-2013 SL*



| Page/Line | Source | ID |
|---|---|---|
| | **V54-Garrison, Greg - BP** | |

| Page/Line | Source | ID |
|---|---|---|
| 8:11 - 8:13 | **Greg, Garrison 20111104 (00:00:02)**<br>8:11   Q. Please state your name for the<br>8:12 record.<br>8:13   A. Greg Garrison. | V54.1 |
| 11:16 - 12:4 | **Greg, Garrison 20111104 (00:00:30)**<br>11:16   Q. And you're a principal in a --<br>11:17 in a -- in a company, correct?<br>11:18   A. Yes.<br>11:19   Q. And what's that company?<br>11:20   A. It's Oilfield Testing &<br>11:21 Consulting.<br>11:22   Q. And can you briefly describe --<br>11:23 explain for us what -- what Oilfield Testing<br>11:24 & Consulting is, what they do?<br>11:25   A. We -- we are a third party or an<br>12:1 independent cement testing facility.  We --<br>12:2 we follow API procedures for the oil field<br>12:3 and oil well applications from shallow, cool,<br>12:4 to hot and deep wells. | V54.2 |
| 15:6 - 15:20 | **Greg, Garrison 20111104 (00:00:25)**<br>15:6   Q. And it appears, sir, that<br>15:7 you were hired at -- your company at least<br>15:8 was hired at some point to do some testing on<br>15:9 behalf of the joint investigation team with<br>15:10 regard to the cement slurries from the<br>15:11 Macondo well; is that correct?<br>15:12   A. Yes.<br>15:13   Q. Okay.  And did your company<br>15:14 actually perform that testing?<br>15:15   A. Yes.<br>15:16   Q. And did it receive certain<br>15:17 slurries and certain additives regarding<br>15:18 the -- the cement from the Macondo well or<br>15:19 representative samples of that?<br>15:20   A. Yes. | V54.3 |
| 16:10 - 16:17 | **Greg, Garrison 20111104 (00:00:19)**<br>16:10   Q. Is this report, sir, first page<br>16:11 dated August 1 of 2011, directed to a<br>16:12 Mrs. Silvia Murphy with the JIT, the joint<br>16:13 investigation team?  Is this the complete | V54.4 |

| Page/Line | Source | ID |
|---|---|---|

V54-Garrison, Greg - BP

16:14 report relative to the cement testing and
16:15 analysis that your company performed on
16:16 behalf of the JIT?
16:17  A. Yes.

**17:6 - 17:23**  **Greg, Garrison 20111104 (00:00:31)**                V54.5
17:6  Q. Now, were you involved in -- in
17:7 either the testing itself or supervising the
17:8 testing that was performed?
17:9  A. Yes.
17:10  Q. Okay.  And with respect to the
17:11 testing, were there specific protocols, the
17:12 testing protocols, that you followed?
17:13  A. Yes.
17:14  Q. And who provided those protocols
17:15 to you for the tests?
17:16  A. The -- the JIT.
17:17  Q. And if on a given test you were
17:18 going to perform if there was no specific
17:19 protocols within that test, was there any
17:20 other guidelines that you followed when you
17:21 performed those tests?
17:22  A. Yes.  We followed API
17:23 guidelines.

**22:9 - 23:19**  **Greg, Garrison 20111104 (00:01:33)**                V54.6
22:9  Q. Sir, I'd like to refer
22:10 you to page 34, section 11, the foam
22:11 stability test.
22:12 Now, in this test, sir, you
22:13 tested also a number of different
22:14 compositions of the cement slurry, correct?
22:15  A. Yes.
22:16  Q. Okay.  And you also tested
22:17 something you have listed as MAC4.
22:18 What is that on page 35 in that
22:19 first box?
22:20  A. That -- MAC4 is a specific
22:21 formulation using the cement from the rig.
22:22  Q. Okay.  So this test, the foam
22:23 stability test, not only did you -- not only
22:24 did your company test the different

| Page/Line | Source | ID |
|---|---|---|

**V54-Garrison, Greg - BP**

22:25 compensations as they're -- as is set forth
23:1 in this top box on page 35, you also actually
23:2 tested the cement samples that were provided
23:3 to you from the Macondo well?
23:4  A. Yes.
23:5  Q. Okay.  Basically, the rig
23:6 samples themselves, correct, sir?
23:7  A. The -- the cement, specifically
23:8 the cement.
23:9  Q. Now, with respect to all
23:10 the tests, sir, that -- that you performed
23:11 for foam stability, I'd like to turn you to
23:12 page 38.  You tested both the unset foam and
23:13 on page 39, the set foam, correct, sir?
23:14  A. Yes.
23:15  Q. Okay.  And with respect to the
23:16 testing on page 38 of the unset foam, what --
23:17 what does it mean here, sir, where every
23:18 sample that you tested showed bubble
23:19 breakout?  What does that mean?

| 23:22 - 24:1 | **Greg, Garrison 20111104 (00:00:13)** | V54.7 |
|---|---|---|

23:22  A. The -- the -- the bubble
23:23 breakout is -- is just saying that once
23:24 the -- the foam is generated, we're seeing
23:25 bubble breakout, which is an indication that
24:1 the -- the foam slurry is not stable.

| 24:20 - 25:1 | **Greg, Garrison 20111104 (00:00:15)** | V54.8 |
|---|---|---|

24:20  Q. And, sir, would you agree
24:21 that at least for purposes of the testing
24:22 that you did on the unset foam slurry, you
24:23 would interpret the test of all of the
24:24 different compositions of the cement slurry,
24:25 including the Macondo well sample that you've
25:1 described, as not being stable?

| 25:3 - 25:3 | **Greg, Garrison 20111104 (00:00:00)** | V54.9 |
|---|---|---|

25:3  A. That's correct.

| 106:20 - 107:12 | **Greg, Garrison 20111104 (00:00:51)** | V54.10 |
|---|---|---|

106:20 And this is the -- the cement
106:21 testing that you did at the -- at the request
106:22 of the JIT, correct?

| Page/Line | Source | ID |
|---|---|---|
| | **V54-Garrison, Greg - BP** | |

106:23  A. Correct.
106:24  Q. Now, if you could turn to
106:25 page 38.
107:1  A. Okay.
107:2  Q. Now, 38 sets out, basically,
107:3 the -- the results of your unset foam -- foam
107:4 slurry test?
107:5  A. Yes.
107:6  Q. And then 39 sets out the results
107:7 of your set foam slurry test?
107:8  A. Yes.
107:9  Q. Now, this morning -- and let me
107:10 just ask you again:  On page 38, do any of
107:11 these test results indicate to you that the
107:12 foam cement is stable --

**107:14 - 107:23**    **Greg, Garrison 20111104 (00:00:23)**    V54.11
107:14  Q. -- on page 38?
107:15  A. No.
107:16  Q. Okay.  So going down to the last
107:17 row, MAC4, that is the Macondo rig sample,
107:18 correct?
107:19  A. Correct.
107:20  Q. Now, does anything in that row
107:21 indicate to you that that test was somehow
107:22 good as opposed to any of the other tests?
107:23  A. No, same result.

**108:6 - 108:11**    **Greg, Garrison 20111104 (00:00:16)**    V54.12
108:6 Is there anything in the row
108:7 labeled MAC4, which is the rig blend,
108:8 correct? --
108:9  A. Correct.
108:10  Q. -- that indicates the unset foam
108:11 slurry test indicated that sample was stable?

**108:13 - 108:22**    **Greg, Garrison 20111104 (00:00:21)**    V54.13
108:13  A. No.
108:14  Q. Okay.  And it actually indicates
108:15 that there was bubble breakout on that
108:16 sample?
108:17  A. Yes.
108:18  Q. And what is bubble breakout?

| Page/Line | Source | ID |
|---|---|---|
| | **V54-Garrison, Greg - BP** | |
| | 108:19   A. It just means that I'm -- my --<br>108:20 my foam was basically falling apart.  When<br>108:21 you say bubble breakout, I'm losing volume<br>108:22 inside my graduated cylinder. | |
| 109:16 - 109:21 | **Greg, Garrison 20111104 (00:00:18)**<br>109:16   Q. If you could turn to<br>109:17 page 42.<br>109:18 Figures 17 and 18 show the<br>109:19 Macondo MAC4 sample in the graduated<br>109:20 cylinder, correct?<br>109:21   A. Correct. | V54.14 |
| 110:16 - 111:8 | **Greg, Garrison 20111104 (00:00:37)**<br>110:16   Q. And so you -- did you<br>110:17 personally observe when -- when this sample<br>110:18 was poured?<br>110:19   A. Oh, yes, sir.<br>110:20   Q. Okay.  And -- because, I mean,<br>110:21 this sample is the -- this sample's the key<br>110:22 sample.  I mean, this is the one from the<br>110:23 rig, right?  So you observed it --<br>110:24   A. Yes.<br>110:25   Q. -- when the test was conducted?<br>111:1 So if we flip back to page 38<br>111:2 for the Macondo 4 -- MAC4 sample indicates<br>111:3 bubble breakout, that's something you,<br>111:4 Mr. Garrison, observed?<br>111:5   A. Yes.<br>111:6   Q. And whether or not it's depicted<br>111:7 in the picture, you observed that there was<br>111:8 loss in volume and bubble breakout? | V54.15 |
| 111:10 - 111:15 | **Greg, Garrison 20111104 (00:00:10)**<br>111:10   A. That's correct.<br>111:11   Q. And that is a sign of an<br>111:12 unstable foam?<br>111:13   A. So it's a parameter that we've<br>111:14 followed in the industry for -- for years,<br>111:15 yes. | V54.16 |
| 27:2 - 27:8 | **Greg, Garrison 20111104 (00:00:09)**<br>27:2   Q. And so you tested the set foam<br>27:3 slurry of all the different compositions, | V54.17 |

| Page/Line | Source | ID |
|---|---|---|
| | **V54-Garrison, Greg - BP** | |

27:4 correct?
27:5   A. Yes.
27:6   Q. Including the Macondo well
27:7 sample that we've talked about, correct?
27:8   A. Yes.

| | | |
|---|---|---|
| 27:13 - 27:19 | **Greg, Garrison 20111104 (00:00:15)** | V54.18 |

27:13 Were any of the set foam cement
27:14 slurries stable?
27:15   A. On all the samples, we saw a
27:16 segregation from top to bottom.
27:17   Q. Okay.  And what does that mean?
27:18   A. It means that the system is not
27:19 stable.

| | | |
|---|---|---|
| 111:16 - 111:24 | **Greg, Garrison 20111104 (00:00:25)** | V54.19 |

111:16   Q. Okay.  Now, let's turn to
111:17 figure 20, which is on page 43.
111:18   A. Figure 40 -- which page?
111:19   Q. Page 43, figure 20.
111:20   A. I'm sorry.  Yes.
111:21   Q. Now, this -- this picture shows
111:22 the MAC4 Macondo cement that you -- that you
111:23 were curing in the cubes?
111:24   A. Yes.

| | | |
|---|---|---|
| 114:6 - 114:17 | **Greg, Garrison 20111104 (00:00:23)** | V54.20 |

114:6   Q. And the cubes are filled to the
114:7 top when you begin the test?
114:8   A. Yes.
114:9   Q. And so a loss in volume, what
114:10 does that mean?
114:11   A. It -- it depicts an instability
114:12 of the -- of the slurry.
114:13   Q. And you personally,
114:14 Mr. Garrison, observed that?
114:15   A. Yes.  I observed the pouring,
114:16 the mixing and also the -- the pulling of the
114:17 samples.

| | | |
|---|---|---|
| 28:24 - 29:5 | **Greg, Garrison 20111104 (00:00:15)** | V54.21 |

28:24   Q. So if -- am I
28:25 clear, sir, in summarizing the foam stability
29:1 testing of the different compositions of the

| Page/Line | Source | ID |
|---|---|---|
| | **V54-Garrison, Greg - BP** | |

29:2 cement slurries that your company tested,
29:3 that none of the cement slurries by way of
29:4 the different compositions indicated that the
29:5 foam was stable?

**29:7 - 29:7**   **Greg, Garrison 20111104 (00:00:00)**   V54.22
29:7   A. That's correct.

**268:18 - 269:6**   **Greg, Garrison 20111104 (00:00:32)**   V54.23
268:18   Q. Now, earlier today in -- in
268:19 response to questions I asked you and also in
268:20 response to questions from the attorneys for
268:21 BP, you testified that with respect to all of
268:22 the samples that you -- your lab tested for
268:23 the unset foam cement slurry, none of those
268:24 samples were stable, correct?
268:25   A. That's correct.
269:1   Q. Okay.  Why would you have said
269:2 that, sir, about MAC4?
269:3   A. Well, in -- in our -- in our
269:4 opinion and in what we viewed, it's not a --
269:5 a slurry that we would consider stable or
269:6 recommend --

**269:8 - 270:7**   **Greg, Garrison 20111104 (00:00:45)**   V54.24
269:8   A. -- as being stable.
269:9   Q. Okay.  Well, I know you went
269:10 through the API, which has previously been
269:11 marked as -- specific, it's 10B-4 -- been
269:12 marked as exhibit 4569 in this case.  And
269:13 Mr. Hill went through a number of different
269:14 signs of stability to try to get you to
269:15 agree, see whether or not you saw those
269:16 different conditions with respect to the
269:17 unset foam slurry test of the MAC4.  Do you
269:18 recall that?
269:19   A. Yes.
269:20   Q. Okay.  Even in light of those
269:21 questions, sir, taking a step back, you were
269:22 present in the lab when MAC4 was tested,
269:23 correct?
269:24   A. Correct.
269:25   Q. And you were present when the

| Page/Line | V54-Garrison, Greg - BP | ID |
|---|---|---|
| | Source | |

270:1 unset foam cement slurry of MAC4 was tested,
270:2 correct?
270:3 A. Correct.
270:4 Q. Do you still stand by your
270:5 opinion today, sir, that with respect to the
270:6 unset foam cement slurry test of the MAC4,
270:7 that that was not stable?

**270:9 - 270:9**  **Greg, Garrison 20111104 (00:00:02)**   V54.25
270:9 A. In -- from what we saw, yes.

**271:12 - 271:14**  **Greg, Garrison 20111104 (00:00:05)**   V54.26
271:12 Q. As a cement tester, sir, you
271:13 would not recommend that an operator pump
271:14 cement like that downhole, would you?

**271:16 - 271:20**  **Greg, Garrison 20111104 (00:00:06)**   V54.27
271:16 A. I would try to improve the
271:17 stability.
271:18 Q. Okay.  You would not say that
271:19 this is an acceptable slurry to pump
271:20 downhole, correct?

**271:22 - 272:18**  **Greg, Garrison 20111104 (00:00:43)**   V54.28
271:22 A. Not to say that you couldn't,
271:23 but if -- if you're asking me to pump this, I
271:24 would say, let's -- let's redesign, let's try
271:25 to add more foam or let's do something to
272:1 improve stability.
272:2 Q. Why would you want to do that,
272:3 sir?
272:4 A. Well, again, you don't want to
272:5 have, you know, nitrogen breakout.  You don't
272:6 want a -- you don't want to pump an unstable
272:7 slurry into a wellbore.
272:8 Q. And the consequences of that are
272:9 what you talked about with Mr. Chen earlier
272:10 today on behalf of BP, which is you could
272:11 have flow come through the permeability
272:12 within the foam cement if it has bubble
272:13 breakout, correct?
272:14 A. Yes.  It can.
272:15 Q. And then you would not achieve
272:16 zonal isolation, correct, sir?

| Page/Line | Source | ID |
|---|---|---|
| | **V54-Garrison, Greg - BP** | |
| | 272:17  A. That can be a -- that can be a | |
| | 272:18 result of this, yes. | |
| 153:22 - 154:2 | **Greg, Garrison 20111104 (00:00:10)** | V54.29 |
| | 153:22   Q. And, you know, if the | |
| | 153:23 purpose is to prevent hydrocarbons from | |
| | 153:24 coming into the pipe and coming up to the | |
| | 153:25 surface and you pump an unstable foamed | |
| | 154:1 cement, it's not going to achieve that goal, | |
| | 154:2 right? | |
| 154:5 - 154:7 | **Greg, Garrison 20111104 (00:00:03)** | V54.30 |
| | 154:5   A. That -- that would be the | |
| | 154:6 assumption, yes. | |
| | 154:7   Q. So won't that be unsafe? | |
| 154:10 - 154:10 | **Greg, Garrison 20111104 (00:00:01)** | V54.31 |
| | 154:10   A. Yes. | |

Our Designations = 00:10:52
**Total Time = 00:10:52**

BP

5937.1.3





# Oilfield

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

Silvia Murphy
Joint Investigation Team
Bureau of Ocean Energy Management, Regulation & Enforcement
Gulf of Mexico Region

Monday, August 1, 2011



Job ID # 11-0411-01                                        Page 1 of 117

BP

5937.34.2





15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.ofitesting.com

## SECTION 11: FOAM STABILITY

The tests noted below were prepared as described below and tested for foam stability according to API RP 10B-4 Clauses 5 and 9. The stability was assessed using visual inspection (e.g. FF, settling, bubble conc.), as well as three density measurement methods, also described below. Foam stability tests were performed on a 14.5 ppg and a 13.6 ppg slurry prepared at atmospheric conditions to achieve approximately 13% and 18.5% gas, respectively. The base slurry was prepared and conditioned as described in Sections 1-2 for 90 minutes and 3 hours. The foam was achieved using a multi-blade assembly with a retro-fitted slurry cup that has a threaded cap, an o-ring, and a removable plug with a vent hole.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

BP

5937.35.3



Oilfield

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oilfield.com

| # | COMPOSITION | Pre-condition Time | Temp (°F) | ppg | % gas | |
|---|---|---|---|---|---|---|
| FM1 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 135 | 14.5 | 13 | |
| FM2 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13 | |
| FM3 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 135 | 14.5 | 13 | |
| FM4 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 14.5 | 13 | |
| FM5 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 135 | 13.6 | 18.5 | |
| FM6 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 135 | 13.6 | 18.5 | |
| FM7 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 135 | 13.6 | 18.5 | |
| FM8 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | 13.6 | 18.5 | |
| CFM1 | Base Slurry + 0.08 gps SCR-100 +10% Oil | 3.0 hr | 135 | 14.5 | 13 | |
| CFM2 | Base Slurry + 0.08 gps SCR-100 + 20% Oil | 3.0 hr | 135 | 14.5 | 13 | |
| CFM3 | Base Slurry + 0.09 gps SCR-100 +10% Oil | 3.0 hr | 135 | 14.5 | 13 | |
| CFM4 | Base Slurry + 0.09 gps SCR-100 + 20% Oil | 3.0 hr | 135 | 14.5 | 13 | |
| MAC4 | Macondo well Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 135 | | | |

**SLURRY PREPARATION DATA**

| # | COMPOSITION | | | | | Pre-condition Time | Temp (°F) | ppg | % gas |
|---|---|---|---|---|---|---|---|---|---|
| FM4 | 71.3 | 72.2 | 12233 | 0 | Vortex visable | | | | |
| MAC4 | Macondo well Base Slurry + 0.09 gps SCR-100 | | | | | 3.0 hr | 135 | 14.5 | 13 |
| FM8 | 70.6 | 74.5 | 12198 | 0 | Vortex visable | | | | |
| CFM1 | 71.3 | 71.8 | 12204 | 0 | Vortex visable | | | | |
| CFM2 | 70.8 | 71.3 | 12201 | 0 | Vortex visable | | | | |
| CFM3 | 71.3 | 74.5 | 12230 | 0 | Vortex visable | | | | |
| CFM4 | 71.6 | 74.1 | 12209 | 0 | Vortex visable | | | | |
| MAC4 | 71.7 | 72.5 | 12207 | 0 | Vortex visable | | | | |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information of this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

BP

5937.38



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**Stability of Unset Foamed Cement Slurry**

| # | Wt of Graduated Cylinder (g) | Wt of Slurry/Grad. Cylinder (g) | Volume of Sample (mL) | S.G. (g/cm3) | Density of Slurry (ppg) | Bubble Break-out? | Settling? | Free Fluid? |
|---|---|---|---|---|---|---|---|---|
| FM1 | 238.73 | 627.68 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM2 | 238.83 | 669.32 | 250.00 | 1.72 | 14.30 | Yes | No | No |
| FM3 | 239.00 | 679.03 | 250.00 | 1.76 | 14.7 | Yes | Yes | Yes |
| FM4 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM5 | 238.81 | 628.85 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM6 | 238.75 | 650.67 | 250.00 | 1.65 | 13.74 | Yes | No | No |
| FM7 | 238.07 | 684.63 | 250.00 | 1.79 | 14.90 | Yes | Yes | Yes |
| FM8 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| CFM1 | 238.38 | 649.63 | 250.00 | 1.64 | 13.70 | Yes | No | No |
| CFM2 | 238.85 | 627.55 | 250.00 | 1.55 | 12.91 | Yes | No | No |
| CFM3 | 238.80 | 658.27 | 250.00 | 1.68 | 14.00 | Yes | No | No |
| CFM4 | 238.86 | 621.41 | 250.00 | 1.53 | 12.74 | Yes | No | No |
| FM9 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM10 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| MAC4 | 238.51 | 686.42 | 250.00 | 1.79 | 14.90 | Yes | No | No |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above

BP

5937.39



Oilfield

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

### Stability of Set Foamed Cement Slurry

| # | Wt of Top (g) | Wt of H20 Removed (g) | Density of Top (g) | Wt of Middle (g) | Wt of H20 Removed (g) | Density of Middle (g) | Wt of Bottom (g) | Wt of H20 Removed (g) | Density of Bottom (g) |
|---|---|---|---|---|---|---|---|---|---|
| FM1 | 61.68 | 39.90 | 12.88 | 77.40 | 43.15 | 14.94 | 63.77 | 32.20 | 16.50 |
| FM2 | 76.84 | 55.05 | 11.63 | 78.06 | 58.20 | 11.17 | 80.31 | 47.97 | 13.95 |
| FM3 | 79.81 | 50.80 | 13.09 | 66.02 | 40.15 | 13.70 | 59.07 | 34.66 | 14.20 |
| FM4 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.80 |
| FM5 | 67.57 | 43.22 | 13.02 | 48.33 | 27.60 | 14.59 | 74.78 | 40.17 | 15.51 |
| FM6 | 84.00 | 62.23 | 11.07 | 73.15 | 49.17 | 12.39 | 69.18 | 44.53 | 12.94 |
| FM7 | 70.31 | 45.62 | 12.84 | 61.86 | 36.57 | 14.09 | 50.44 | 27.51 | 15.27 |
| FM8 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| CFM1 | 71.40 | 32.37 | 11.44 | 76.61 | 50.06 | 12.75 | 75.63 | 47.96 | 13.14 |
| CFM2 | 67.43 | 49.19 | 11.42 | 78.49 | 53.65 | 12.19 | 62.80 | 41.40 | 12.64 |
| CFM3 | 76.09 | 50.87 | 12.46 | 86.87 | 54.87 | 13.19 | 70.86 | 43.73 | 13.5 |
| CFM4 | 49.15 | 33.52 | 12.21 | 66.84 | 43.32 | 12.85 | 72.51 | 45.92 | 13.15 |
| FM9 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.8 |
| FM10 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| MAC4 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

Note: MAC4 Macondo samples did not set hard during the 48 hour curing
period, and, therefore, could not be tested for this particular part of the
testing protocol.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you
are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this
document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone
number indicated above.

BP

5937.38.3

## Stability of Unset Foamed Cement Slurry

| # | Wt of Graduated Cylinder (g) | Wt of Slurry/Grad. Cylinder (g) | Volume of Sample (mL) | S.G. (g/cm3) | Density of Slurry (ppg) | Bubble Break-out? | Settling? | Free Fluid? |
|------|---------|---------|--------|------|-------|-----|-----|-----|
| FM1 | 238.73 | 627.68 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM2 | 238.83 | 669.32 | 250.00 | 1.72 | 14.30 | Yes | No | No |
| FM3 | 239.00 | 679.03 | 250.00 | 1.76 | 14.7 | Yes | Yes | Yes |
| FM4 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM5 | 238.81 | 628.85 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM6 | 238.75 | 650.67 | 250.00 | 1.65 | 13.74 | Yes | No | No |
| FM7 | 238.07 | 684.63 | 250.00 | 1.79 | 14.90 | Yes | Yes | Yes |
| FM8 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| CFM1 | 238.38 | 649.63 | 250.00 | 1.64 | 13.70 | Yes | No | No |
| CFM2 | 238.85 | 627.55 | 250.00 | 1.55 | 12.91 | Yes | No | No |
| CFM3 | 238.80 | 658.27 | 250.00 | 1.68 | 14.00 | Yes | No | No |
| CFM4 | 238.86 | 621.41 | 250.00 | 1.53 | 12.74 | Yes | No | No |
| FM9 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM10 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| MAC4 | 238.51 | 686.42 | 250.00 | 1.79 | 14.90 | Yes | No | No |

BP

5937.39.3



Main: 281-579-1956
Fax: 281-579-1975
www.oftesting.com

**Stability of Set Foamed Cement Slurry**

| # | Wt of Top (g) | Wt of H20 Removed (g) | Density of Top (g) | Wt of Middle (g) | Wt of H20 Removed (g) | Density of Middle (g) | Wt of Bottom (g) | Wt of H20 Removed (g) | Density of Bottom (g) |
|---|---|---|---|---|---|---|---|---|---|
| FM1 | 61.68 | 39.90 | 12.88 | 77.40 | 43.15 | 14.94 | 63.77 | 32.20 | 16.50 |
| FM2 | 76.84 | 55.05 | 11.63 | 78.06 | 58.20 | 11.17 | 80.31 | 47.97 | 13.95 |
| FM3 | 79.81 | 50.80 | 13.09 | 66.02 | 40.15 | 13.70 | 59.07 | 34.66 | 14.20 |
| FM4 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.80 |
| FM5 | 67.57 | 43.22 | 13.02 | 48.33 | 27.60 | 14.59 | 74.78 | 40.17 | 15.51 |
| FM6 | 84.00 | 62.23 | 11.07 | 73.15 | 49.17 | 12.39 | 69.18 | 44.53 | 12.94 |
| FM7 | 70.31 | 45.62 | 12.84 | 61.86 | 36.57 | 14.09 | 50.44 | 27.51 | 15.27 |
| FM8 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| CFM1 | 71.40 | 32.37 | 11.44 | 76.61 | 50.06 | 12.75 | 75.63 | 47.96 | 13.14 |
| CFM2 | 67.43 | 49.19 | 11.42 | 78.49 | 53.65 | 12.19 | 62.80 | 41.40 | 12.64 |
| ?M3 | 76.09 | 50.87 | 12.46 | 86.87 | 54.87 | 13.19 | 70.86 | 43.73 | 13.5 |
| CFM4 | 49.15 | 33.52 | 12.21 | 66.84 | 43.32 | 12.85 | 72.51 | 45.92 | 13.15 |
| FM9 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.8 |
| FM10 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| MAC4 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

Note: MAC4 Macondo samples did not set hard during the 48 hour curing
period, and, therefore, could not be tested for this particular part of the

BP

5937.38.4

## Stability of Unset Foamed Cement Slurry

| # | Wt of Graduated Cylinder (g) | Wt of Slurry/Grad. Cylinder (g) | Volume of Sample (mL) | S.G. (g/cm3) | Density of Slurry (ppg) | Bubble Break-out? | Settling? | Free Fluid? |
|---|---|---|---|---|---|---|---|---|
| FM1 | 238.73 | 627.68 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM2 | 238.83 | 669.32 | 250.00 | 1.72 | 14.30 | Yes | No | No |
| FM3 | 239.00 | 679.03 | 250.00 | 1.76 | 14.7 | Yes | Yes | Yes |
| FM4 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM5 | 238.81 | 628.85 | 250.00 | 1.56 | 13.00 | Yes | Yes | Yes |
| FM6 | 238.75 | 650.67 | 250.00 | 1.65 | 13.74 | Yes | No | No |
| FM7 | 238.07 | 684.63 | 250.00 | 1.79 | 14.90 | Yes | Yes | Yes |
| FM8 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| CFM1 | 238.38 | 649.63 | 250.00 | 1.64 | 13.70 | Yes | No | No |
| CFM2 | 238.85 | 627.55 | 250.00 | 1.55 | 12.91 | Yes | No | No |
| CFM3 | 238.80 | 658.27 | 250.00 | 1.68 | 14.00 | Yes | No | No |
| CFM4 | 238.86 | 621.41 | 250.00 | 1.53 | 12.74 | Yes | No | No |
| FM9 | 238.05 | 693.44 | 250.00 | 1.82 | 15.20 | Yes | No | No |
| FM10 | 239.02 | 678.65 | 250.00 | 1.76 | 14.70 | Yes | No | No |
| MAC4 | 238.51 | 686.42 | 250.00 | 1.79 | 14.90 | Yes | No | No |

BP

5937.42

 Oilfield

15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

**Figure #17.** Pictures above show the MAC4 Macondo cement 0.09 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% Foam Quality right after mixing.



**Figure #18.** Pictures above show the MAC4 Macondo cement 0.09 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% Foam Quality right after 2-hour period.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

BP

5937.42.3



Figure #17. Pictures above show the MAC4 Macondo cement

Figure #18. Pictures above show the MAC4 Macondo cement

BP

5937.39.4

 Oilfield

Main: 801-579-1033
Fax: 281-579-1975
www.oftesting.com

### Stability of Set Foamed Cement Slurry

| # | Wt of Top (g) | Wt of H20 Removed (g) | Density of Top (g) | Wt of Middle (g) | Wt of H20 Removed (g) | Density of Middle (g) | Wt of Bottom (g) | Wt of H20 Removed (g) | Density of Bottom (g) |
|---|---|---|---|---|---|---|---|---|---|
| FM1 | 61.68 | 39.90 | 12.88 | 77.40 | 43.15 | 14.94 | 63.77 | 32.20 | 16.50 |
| FM2 | 76.84 | 55.05 | 11.63 | 78.06 | 58.20 | 11.17 | 80.31 | 47.97 | 13.95 |
| FM3 | 79.81 | 50.80 | 13.09 | 66.02 | 40.15 | 13.70 | 59.07 | 34.66 | 14.20 |
| FM4 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.80 |
| FM5 | 67.57 | 43.22 | 13.02 | 48.33 | 27.60 | 14.59 | 74.78 | 40.17 | 15.51 |
| FM6 | 84.00 | 62.23 | 11.07 | 73.15 | 49.17 | 12.39 | 69.18 | 44.53 | 12.94 |
| FM7 | 70.31 | 45.62 | 12.84 | 61.86 | 36.57 | 14.09 | 50.44 | 27.51 | 15.27 |
| FM8 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| CFM1 | 71.40 | 32.37 | 11.44 | 76.61 | 50.06 | 12.75 | 75.63 | 47.96 | 13.14 |
| CFM2 | 67.43 | 49.19 | 11.42 | 78.49 | 53.65 | 12.19 | 62.80 | 41.40 | 12.64 |
| CFM3 | 76.09 | 50.87 | 12.46 | 86.87 | 54.87 | 13.19 | 70.86 | 43.73 | 13.5 |
| CFM4 | 49.15 | 33.52 | 12.21 | 66.84 | 43.32 | 12.85 | 72.51 | 45.92 | 13.15 |
| FM9 | 73.56 | 44.25 | 13.85 | 67.59 | 39.18 | 14.37 | 80.39 | 45.25 | 14.8 |
| FM10 | 67.33 | 47.82 | 11.73 | 67.65 | 43.75 | 12.88 | 78.98 | 49.95 | 13.26 |
| MAC4 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**Note:  MAC4 Macondo samples did not set hard during the 48 hour curing period, and, therefore, could not be tested for this particular part of the**

BP

5937.43.2



**Figure #20. Picture above shows the MAC4 Macondo cement**

Figure #20 - Picture above shows the MAC4 Macondo cement **0.09 gps SCR-100 slurry that was pre-conditioned for 3 hours and tested for Foam Stability at 13% Foam Quality. Cement cubes were not hard set after 48 hour curing period.**

Job ID # 11-0411-01                                                    Page 43 of 117

This document may contain confidential information and is intended only for the use of the person to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.