OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: 4-18-2013

U.S. ex. Rel. Dillon

vs.

BP, PLC et.al.

Case No. 12-987   Section J-1

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

① 1. (name) BP Exploration, Inc. - Reg. Agent CT Corp. System
     (address) 5615 Corporate Blvd, Suite 400B - B.R. 70808

② 2. (name) BP Products North America, Inc.
     (address) Reg. Agent - The Prentice-Hall Corp. System, INC.
        320 So. merallos Street - B.R., La. 70802

④ 3. (name) c/o Briens Response Mngment, Inc, Reg. Agent, National Reg't Agents, Inc.
     (address)

③ 4. (name) BP, PLC   5615 Corp. Blvd. Suite 400B B.R., La. 70808
     (address) North American Headquarters
     28100 TORCH Parkway
     Warrenville, Illinois
     60555-3938

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

___ Fee
___ Process
_X_ Dkt
___ CtRmDep
___ Doc. No.

Address  219 W. Colorado Ave.
Suite 110
Colorado Springs, Co.
80903