UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| Deltona Corporation v. BP, PLC, et al. | * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:12-cv-1475 and 10-md-2179 | * * | |

## DELTONA CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Deltona Corporation, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, files this *Notice of Voluntary Dismissal* of its claims against Defendants BP, plc, BP Exploration and Production, Inc., BP American Production Company, BP Products North America, Inc., BP America, Inc., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., Transocean Holdings, LLC, Triton Asset Leasing GMBH, M-I, LLC, Cameron International Corporation F/K/A Cooper-Cameron Corporation, Anadarko Petroleum Corporation Co., Anadarko E&P Company, L.P., MOEX Offshore 2007, LLC, Mitsui Oil Exploration Co., Ltd., and Halliburton Energy Services, Inc. (collectively referred to as "Defendants") asserted in the matter of *Deltona Corporation v. BP, PLC, et al.*, Civil Action No. 2:12-cv-1475.

On June 8, 2012, Plaintiff filed its *Complaint* (Doc. #1) against Defendants. Plaintiff's filing was premature because presentment of the claim had not been made to the responsible party pursuant to 33 U.S.C. § 2713 under the Oil Pollution Act prior to filing suit. Defendants have not been served, and Defendants have not served an answer or a motion for summary judgment.

{N2588007.1}

Plaintiff files this notice of dismissal with the intention of dismissing the case under FRCP 41(a)(1)(A)(i) without prejudice to refiling.

**WHEREFORE**, in light of the above grounds for dismissal, Plaintiff Deltona Corporation voluntarily dismisses the case set forth in the matter of *Deltona Corporation v. BP, PLC, et al.*, Civil Action No. 2:12-cv-1475.

Respectfully submitted:

*/s/ Michael D. Sydow*
MICHAEL D. SYDOW
THE SYDOW FIRM, LLP
1980 Post Oak Boulevard
Suite 2100
Houston, TX  77056
Telephone:  (713) 622-9700

And

DENNIS REICH
REICH & BINSTOCK
4265 San Felipe
Suite 1000
Houston, TX  77027
Telephone:  (713) 622-7271
dreich@reichandbinstock.com

*Counsel for Deltona Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Voluntary Dismissal* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of April, 2013.

/s/ Michael D. Sydow
Michael D. Sydow

3

/s/ Dennis C. Reich
Dennis Reich, Esq.