# Teresa Porter

**From:** Daniel.W.Roberts@clev.frb.org on behalf of Pay.Gov.CLEV@clev.frb.org
**Sent:** Monday, April 22, 2013 7:52 AM
**To:** Teresa Porter
**Subject:** Re: Cancellation of Transaction and Charge

Pay.gov is not authorized to cancel or refund transactions.  Please contact LAED at (504) 589-7788 for assistance.

Sincerely,

Dan Roberts
Pay.gov Customer Service

From: Teresa Porter <TPorter@reichandbinstock.com>
To: "pay.gov.clev@clev.frb.org" <pay.gov.clev@clev.frb.org>
Date: 04/19/2013 07:31 PM
Subject: Cancellation of Transaction and Charge

```
Please cancel this transaction/charge.  I pressed the back button to modify the document after the
card already charged and did not complete my transaction.  Below is the transaction information.
 Thank you.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 25AE5H30
Agency Tracking ID: 053L-3922011
Transaction Type: Sale
Transaction Date: Apr 19, 2013 6:38:51 PM

Account Holder Name: Dennis C. Reich
Transaction Amount: $350.00
Billing Address: 4265 San Felipe, Ste.1000
City: Houston
State/Province: TX
Zip/Postal Code: 77027
Country: USA
Card Type: AmericanExpress
Card Number: ************3013
```

Teresa E. Porter
Reich & Binstock, L.L.P.
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone: 713.622.7271 Ext. 4747
Fax: 713.623.8724
tporter@reichandbinstock.com
http://www.reichandbinstock.com