## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| *All Cases and 2:10-CV-09999-CJB-SS* _____/ | MAGISTRATE JUDGE SHUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come the Parish of Jefferson of the State of Louisiana, its municipalities, political subdivisions and service districts, and all other entities identified individually and listed in Exhibit "A"("Claimants"), who file this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline. Claimants seek this Honorable Court's permission to accept Claimants' late filed claim in the limitation proceeding for the following reasons:

1. Claimants contacted counsel after the Court-established deadline of September 16, 2011, seeking assistance for damages and injuries incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

2. Because Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceedings.

3. No prejudice will result from the acceptance of the late filing. Such filing has been filed in the Court-established filing system under the action 2:10-cv-09999-CJB-SS. No action

has been taken in the limitation proceeding, which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,* 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the Court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.,* No.9802037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351(5th Cir. 1993)). In this case, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

5. Additionally, limitation has not been determined; and there is no prejudice to the limiting parties or other defendants.

For the foregoing reasons, Claimants respectfully request that the Court accept their late filed short forms and grant the accompanying Motion for Acceptance of Short Form Joinder Beyond the September 16, 2011 Deadline.

Respectfully submitted,

BY:	s/ Daryl A. Higgins
**DARYL A. HIGGINS (#06868)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
Email:dhiggins@grhg.net;  wlanglois@grhg.net

-and-

s/ Kriste Talton Utley
**TERRILL W. BOYKIN (#18132)**
**KRISTE TALTON UTLEY (#25268)**
**SHAUNDRA M. WESTERHOFF (#32007)**
**TIFFANY T. SMITH (#32255)**
**BOYKIN EHRET & UTLEY**
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Fax: (504) 527-5436
Email: ktu@beulaw.com

COUNSEL FOR THE PARISH OF JEFFERSON OF THE STATE OF LOUISIANA, AND ITS MUNICIPALITIES, POLITICAL SUBDIVISIONS AND SERVICE DISTRICTS (AS SET FORTH IN EXHIBIT "A")

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified by and through LexisNexis this 19th day of April, 2013.

s/ Daryl A. Higgins