UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| *All Cases and 2:10-CV-09999-CJB-SS*<br>_____ / | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short From Joinder Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinder filed by Claimants, the Parish of Jefferson of the State of Louisiana, its municipalities, political subdivisions and service districts, and all other entities identified individually and listed in Exhibit "A" into the record of Civil Action No. 10-09999, shall be considered as timely filed in Transocean Limitation (Civil Action 10-2771), as well as joinder in the Section III (C) ["C" Bundle] case 2:10-CV-02771-CJB-SS, Rec. Doc. 253, filed 3/4/11 in MDL 2179 in the United States District Court for the Eastern District of Louisiana, in accordance with Pre-Trial Order Nos. 11, 24, and 25.

Signed this \_\_\_\_\_ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE