UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 |
| | | * | SECTION: J |
| | | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | * | MAG. JUDGE SHUSHAN |
| | | * | |
| Corliss Gallo, et al. v. BP, PLC, et al.; Civil Action No. 2:10-cv-2795 | | * * | |

*************************************************************************

ORDER

This matter having come before the Court on Plaintiff Retreat Investments, Inc.'s Motion for Leave to File Amended Complaint, and the Court having considered the same,

IT IS ORDERED, ADJUDGED and DECREED that said Motion be and is hereby GRANTED.

DONE AND SIGNED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
United States District Judge