UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document refers to: Case No.: 2:10-cv-08888-CJB-SS Rec. Doc. 58326 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record for Pomes Seafood, LLC ,

IT IS HEREBY ORDERED that Charles H. Abbott of Cotten Schmidt & Abbott, LLP be substituted for Lanny R. Zatzkis of Zatzkis McCarthy & Associates, LLC as counsel of record for Pomes Seafood, LLC.

New Orleans, Louisiana this 23rd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

1