# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | **MDL No. 2179** |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on APRIL 20, 2010 | ) | **Section J; Mag. 1** |
| | ) | |
| **This Document Relates to:** | ) | **Judge Barbier** |
| **In re: 10-8888 Short Form Joinders** | ) | **Mag. Judge Shushan** |

### MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come various claimants (hereinafter "Claimants" whose lists are attached herein and identified as Exhibit A), who move this Honorable Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater  Drilling, Inc.,  Transocean  Deepwater,  Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1.  This  Court established  a  deadline for the filing of claims in  the Transocean limitation proceeding for April 20, 2011.

2.  By order of the Court, this deadline was subsequently extended to September 16, 2011.

3.     Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4.     Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5.     No prejudice will result from the acceptance of the late-filed Short Form Joinders for these various claimants, a list of which is attached hereto and identified as Exhibit A.  No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

For these reasons, Movant respectfully requests that the Court grant Movant's Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted

s/Frederick T. Kuykendall, III
**Frederick T. Kuykendall, III**
AL Bar No. ASB4462A59F
Federal Bar No.: KUYKF4462
KUYKENDALL & ASSOCIATES, LLC
23937 US Hwy 98, Suite 3
Fairhope, AL 36532
Phone: (251) 928-4008
Fax: (251) 928-2151
Plaintiffs' Counsel

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2013, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

s/Frederick T. Kuykendall, III
Frederick T. Kuykendall

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on APRIL 20, 2010 | ) | Section J; Mag. 1 |
| | ) | |
| This Document Relates to: | ) | Judge Barbier |
| In re: 10-8888 Short Form Joinders | ) | Mag. Judge Shushan |

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

**MAY IT PLEASE THE COURT:**

Now come various claimants, through undersigned counsel, who file this Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline. Attached to this Memorandum are exhibits identified as Exhibit A which outline a list of all claimants who filed late short forms and are joint movants for the purposes of this motion ("Claimants").  These Claimants seek this Honorable Court's permission to accept Claimants' late-filed claims in the limitation proceeding for the following reasons:

1. All Claimants  contacted counsel  after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2.    Because Claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

3.    No prejudice will result from the acceptance of the late filings. Such filings are being filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS and/or 10-9999. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

4.    Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late-filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stock Towing Co.*, 313 F.3d 359,362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims,"); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349,351 (5th Cir. 1993)).   Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed  timely. Limitation has not  been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, Claimants respectfully request that the Court accept their late-filed short forms and grant the accompanying Motion for Acceptance of Limitation Short Form Joinders Beyond the September 16, 2011 Deadline.

Respectfully submitted

s/Frederick T. Kuykendall, III
**Frederick T. Kuykendall, III**
AL Bar No. ASB4462A59F
Federal Bar No.: KUYKF4462
KUYKENDALL & ASSOCIATES, LLC
23937 US Hwy 98, Suite 3
Fairhope, AL 36532
Phone: (251) 928-4008
Fax: (251) 928-2151
Plaintiffs' Counsel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on APRIL 20, 2010 | ) | Section J; Mag. 1 |
| | ) | |
| This Document Relates to: | ) | Judge Barbier |
| In re: 10-8888 Short Form Joinders | ) | Mag. Judge Shushan |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline is hereby granted and all Short Form Joinders filed by Claimants identified in Exhibit A into the record of Civil Action No. 10-0999 and/or 10-8888, shall be considered as timely filed in the Transocean Limitation (Civil Action 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of April, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge