**EXHIBIT A TO MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

Claimants who filed in 2:10-cv-08888

| Claimant | Document No. |
|---|---|
| Coop. Real Celestun | 134504 |
| Sociedad Cooperativa Punta Kopte | 134505 |
| Sociedad Cooperativa Pulperos del Caribe | 134506 |
| Coop. Peten Bastos | 134507 |
| Coop. Pescadores Riberenos | 134508 |
| Sociedad Cooperativa Nohuch Cuch | 134509 |
| Sociedad Cooperativa Mayan Forever | 134510 |
| Coop. Legitimos Riberenos | 134511 |
| Cooperativa Laguna Rosada | 134512 |
| Coop. Ruta Hacia el Progreso | 134513 |
| Coop. Unidos de San Crisanto | 134519 |
| Union de Amigos por Sisal | 134520 |
| Sociedad Cooperativa Union de Usarios | 134521 |
| Coop. Vanguardia del Mar | 134522 |
| Coop. XLAA Barco | 134523 |
| Coop. 9 Hermanos | 134526 |
| Coop. Cholenco Tours | 134528 |
| Coop. Lancheros Turisticos Damero | 134529 |
| Coop. Lancheros Turisticos Laguna de Yalahau | 134530 |
| Acuicultores Ecologicos de Celestun | 134531 |
| Coop. Alacran Reef | 134533 |
| Coop. Anzuleros de Chuburna | 134534 |
| Coop. Bajo de Corsario | 134535 |
| Coop. Cabo Catoche | 134536 |
| Coop. Callo Arenas | 134537 |
| Coop. Chipepte Tours | 134538 |
| Coop. Chucwinil | 134539 |
| Cooperativa Ecoturisticos Yalmakan | 134540 |
| Coop. El Cuyo | 134541 |
| Cooperativa El Meco | 134542 |
| Coop. Ensenada de Celestun | 134543 |
| Sociedad Cooperativa Ensueno del Caribe | 134544 |
| Coop. Fraternidad Ambiental | 134545 |
| Coop. Isla Holbox | 134546 |
| Coop. Isla Morena | 134547 |
| Coop. Isla Pasion | 134548 |
| Coop. La Pobre de Dios | 134549 |