IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br><br>All Actions, Including:<br><br>Case No. 11-CV-3180 | MDL No. 2179<br><br>Section: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

Plaintiffs in the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) matter, and their undersigned counsel, who, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully moves for leave to file the attached second supplemental and amended complaint for damages, attached hereto as Exhibit "A". The Defendants, BP America Production Company, BP Exploration and Production, Inc., Anadarko Petroleum Corporation, MOEX Offshore 2007, LLC, MOEX USA Corporation, Mitsui Oil Exploration Co., Ltd., Transocean Holdings, LLC, Triton Asset Leasing GMBH, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd., Cameron International Corporation F/K/A Cooper-Cameron Corporation, Halliburton Energy Services, Inc., M-I, LLC, and Weatherford U.S., LP, have not filed responsive pleadings to the Original Complaint, filed on December 29, 2011, or the First Amended Complaint (MDL 2179 Rec. Doc. No. 5667), filed

on February 13, 2012.  The Plaintiffs seek leave to file the attached pleading and exhibits to assert additional claims against the defendants.

Federal Rule of Civil Procedure 15(a) provides that "[A] party may amend [his] pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."  Fed. R. Civ. P. 15(a)(2).  In *Foman v. Davis*, the United States Supreme Court enunciated the following general standard to be employed under Rule 15(a) by the district courts:

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be "freely given."

Wright and Miller's Federal Practice, 6 FPP § 1487 (2007) *quoting Foman v. Davis*, 83 S.Ct. 227, 230 (1962).  Plaintiffs respectfully suggest that there are no apparent or declared reasons that would warrant the denial of their motion.  This is the second amendment sought by Plaintiffs and the Defendants have not filed responsive pleadings to the Original Complaint, filed on December 29, 2011, or the First Amended Complaint (MDL 2179 Rec. Doc. No. 5667), filed on February 13, 2012.  Moreover, the granting of this motion will not be futile, nor will it unduly prejudice the Defendants.

WHEREFORE, considering the aforementioned, Plaintiffs respectfully moves this Honorable Court to grant it leave to file the attached pleading and exhibits.

Dated: April 23, 2013

RESPECTFULLY SUBMITTED:

BY:  */s/Stephen S. Kreller*

THE KRELLER LAW FIRM
    Stephen S. Kreller (LA # 28440)
    757 St. Charles Avenue
    Suite 301
    New Orleans, LA  70130
    Telephone:  504-484-3488
    Facsimile:  504-294-6091
    Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS LLP

    Gerard M. Nolting
    William L. Roberts
    Craig S. Coleman
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN  55402
    Telephone:  612-766-7000
    Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

    Duncan Lott
    Casey L. Lott
    100 South Main Street
    Booneville, MS  38829
    Telephone:  662-728-9733
    Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**