IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL No. 2179 |
| | ) | Section: J |
| This document relates to: | ) ) | Honorable Carl J. Barbier |
| | ) | Magistrate Judge Shushan |
| All Actions, Including: | ) ) | |
| Case No. 11-CV-3180 | ) ) ) | |

## __ORDER__

Considering the foregoing Motion for Leave to File Second Supplemental and Amended Complaint and Memorandum in Support filed by Plaintiffs in the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) matter,

**IT IS HEREBY ORDERED** that the Motion for Leave to File Second Supplemental and Amended Complaint and Memorandum in Support filed by Plaintiffs in the *Thanh Hai, Inc., et al. v. BP American Production Company, et al.*, U.S.D.C. for the Eastern District of Louisiana, Case No. 2:11-cv-03180 (OPA90 Complaint) is hereby GRANTED.

New Orleans, Louisiana, this ____ day of April, 2013.

_____

Hon. Carl J. Barbier