| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/22/2013 | 13 Oysters, LLC | 133991 |
| 4/22/2013 | 24 Hour Road Side Assistance | 134208 |
| 4/19/2013 | 3L Leasing LLC | 132958 |
| 4/20/2013 | 814 Orleans L.L.C. | 133323 |
| 4/20/2013 | A.S.B. Productions, Inc. | 133657 |
| 4/22/2013 | A-1 Steel Erectors, Inc | 133993 |
| 4/22/2013 | AAA Boat Tow | 134212 |
| 4/20/2013 | ABC Notary and Auto Title, Inc. | 133623 |
| 4/22/2013 | Abe's Boat Rentals | 134213 |
| 4/20/2013 | Acadian Chiropractic, Inc. | 133625 |
| 4/20/2013 | Achievement Therapeutic Services, L.L.C. | 133632 |
| 4/22/2013 | Acquisition Title, LLC | 134214 |
| 4/22/2013 | Adams Catfish House, LLP | 134008 |
| 4/20/2013 | Adam's Rentals, L.L.C. | 133326 |
| 4/20/2013 | Adorina Guidry | 133449 |
| 4/19/2013 | Adrian Gaskill | 132602 |
| 4/22/2013 | Adrian Gaskill | 134445 |
| 4/22/2013 | Agnes Smith | 134159 |
| 4/19/2013 | Albert Franklin | 132590 |
| 4/18/2013 | Alcurtis Celestine | 131644 |
| 4/20/2013 | Alena Ledet | 133474 |
| 4/20/2013 | Alena, on behalf of her minor child, A.L. Ledet | 133711 |
| 4/20/2013 | Alena, on behalf of her minor child, K.L. Ledet | 133713 |
| 4/20/2013 | Alena, on behalf of her minor child, L.L. Ledet | 133714 |
| 4/20/2013 | Alena, on behalf of her minor child, M.L. Ledet | 133716 |
| 4/19/2013 | Alexander Ellsworth | 132579 |
| 4/22/2013 | Alfredo Aguero | 134013 |
| 4/20/2013 | Alisha Davis | 133425 |
| 4/22/2013 | Alisha Davis, on behalf of her minor child, E.P. 1 | 134347 |
| 4/20/2013 | Alisha, on behalf of her minor child, E.P. Davis | 133591 |
| 4/22/2013 | All Stars Limousine & Transportation, LLC | 134011 |
| 4/20/2013 | Allen Davis III | 133424 |
| 4/22/2013 | Allen Davis Jr. | 134318 |
| 4/20/2013 | Alliano Enterprise, Inc. | 133645 |
| 4/20/2013 | Alltech Specialist, Inc. | 133665 |
| 4/20/2013 | Allyson Wilson | 133846 |
| 4/20/2013 | Almetia Ancar | 133495 |
| 4/18/2013 | Aluminum Pipe Hooks Inc | 131592 |
| 4/20/2013 | Alvin R Williams Jr | 133552 |
| 4/20/2013 | Amba Sai Shakti, LLC | 133648 |
| 4/18/2013 | Amberjack Tours and Transportation LLC | 131594 |
| 4/22/2013 | Amy Tripp | 134281 |
| 4/20/2013 | Ana DeSouza | 133843 |
| 4/22/2013 | Ana Vanessa Desouza | 134248 |
| 4/20/2013 | Anderson Mitchel | 133327 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/22/2013 | Andrea Notariami | 134325 |
| 4/20/2013 | Andrew Scallan | 133791 |
| 4/22/2013 | Andrew Scallan | 134438 |
| 4/20/2013 | Andrew Stall | 133319 |
| 4/20/2013 | Andry & Andry, LLC | 133492 |
| 4/22/2013 | Angel Strong | 134368 |
| 4/20/2013 | Angela Bartholomew | 133409 |
| 4/20/2013 | Angela, on behalf of her minor child, A.B. Bartholomew | 133643 |
| 4/20/2013 | Angela, on behalf of her minor child, S.B. 1 Bartholomew | 133647 |
| 4/20/2013 | Angela, on behalf of her minor child, S.B. 2 Bartholomew | 133652 |
| 4/20/2013 | Angelo Farrell Construction Co. | 133654 |
| 4/20/2013 | Angie Holmes | 133460 |
| 4/20/2013 | Angie, on behalf of her minor child, N.H. Holmes | 133686 |
| 4/20/2013 | Angie, on behalf of my minor child, A.H. Holmes | 133628 |
| 4/22/2013 | Anode, LLC | 134018 |
| 4/18/2013 | ANS Engines Inc | 131603 |
| 4/22/2013 | Anthony A. Legeaux | 134233 |
| 4/22/2013 | Anthony Grosch | 134264 |
| 4/18/2013 | Anthony Jerome | 131693 |
| 4/20/2013 | Anthony Scoggins | 133524 |
| 4/22/2013 | Anthony Termine | 134370 |
| 4/22/2013 | A-Plus Contractors, LLC | 134217 |
| 4/20/2013 | April Ayers | 133658 |
| 4/22/2013 | Ariel Ragas | 134300 |
| 4/20/2013 | Ashlynn Buras | 133422 |
| 4/22/2013 | Atocha Treasure Adventures, LLC | 134033 |
| 4/22/2013 | Atocha Treasure Tours, Inc | 134034 |
| 4/20/2013 | Audrey Cheramie, dba Audrey's Florist & Gifts | 133453 |
| 4/20/2013 | August Bertoniere, Jr. | 133352 |
| 4/20/2013 | Aunt Imogene's, LLC | 133284 |
| 4/22/2013 | Avdhut, LLC dba Sheddran Motel | 134037 |
| 4/22/2013 | B & B Hardware & Rental, Inc | 134218 |
| 4/22/2013 | B & B Red Maple Restaurant, LLC | 134042 |
| 4/22/2013 | B & E Seafood Market & Restaurant, LLC | 134046 |
| 4/20/2013 | B B Facilities Company, LLC | 133496 |
| 4/20/2013 | B B Mini Storage, LLC | 133500 |
| 4/20/2013 | Barry Despeaux | 133384 |
| 4/18/2013 | Barts Financial Inc | 131619 |
| 4/22/2013 | Bay County FL0002, LLC | 134048 |
| 4/22/2013 | Baynham Best, LLC | 134050 |
| 4/20/2013 | Bayou Car Wash, Inc. | 133830 |
| 4/22/2013 | Bayou Norman, Inc | 134471 |
| 4/22/2013 | Bayou Planet Number Four LLC dba Planet Beach Thibodau | 134365 |
| 4/20/2013 | Bayou Planet, L.L.C. d/b/a Planet Beach Houma | 133335 |
| 4/20/2013 | BBL Marine, LLC | 133662 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Beatrice Merrick | 133578 |
| 4/20/2013 | Becky Gremillion | 133446 |
| 4/20/2013 | Becky, on behalf of her minor child, H.G. Gremillion | 133682 |
| 4/20/2013 | Becky, on behalf of her minor child, R.G. Gremillion | 133684 |
| 4/20/2013 | Belinda Rivers Alonzo | 133353 |
| 4/20/2013 | Bennett Brothers Developement, LLC | 133494 |
| 4/22/2013 | Benny's Seafood Market, LLC | 134054 |
| 4/22/2013 | Bergens Construction, LLC | 134313 |
| 4/22/2013 | Bernadine Mickey | 134056 |
| 4/20/2013 | Bernard Sneeze | 133534 |
| 4/20/2013 | Bert Hymes Jr | 133462 |
| 4/20/2013 | Bert Jr., on behalf of his minor child, B.H. Hymes | 133704 |
| 4/20/2013 | Bert Jr., on behalf of his minor child, B.H., III Hymes | 133702 |
| 4/20/2013 | Bert, on behalf of B.A.D. Hymes | 133751 |
| 4/22/2013 | Big Easy Fashion Outlet, Inc | 134059 |
| 4/18/2013 | Big Pie LLC | 131625 |
| 4/22/2013 | Big Pie Pizza, LLC | 134065 |
| 4/22/2013 | Bigg Katt Enterprises, LLC | 134063 |
| 4/22/2013 | Billy Burr | 134085 |
| 4/22/2013 | Birdsall Jewelry, Fine Gifts & Accents, LLC | 134069 |
| 4/20/2013 | Blake and Hunter, LLC | 133831 |
| 4/20/2013 | Blake DesRoches | 133431 |
| 4/22/2013 | Bobby Matherne | 134071 |
| 4/22/2013 | Bodden Records, LLC | 134075 |
| 4/20/2013 | Boudreaux's Air Boats, Inc. | 133671 |
| 4/22/2013 | Bounce House Supreme, LLC | 134435 |
| 4/18/2013 | Bourbon Heat LLC | 131577 |
| 4/22/2013 | Bourgeois Fishing Charters, Inc | 134077 |
| 4/20/2013 | Brad Williamson | 133401 |
| 4/20/2013 | Brandi Merritt | 133489 |
| 4/22/2013 | Brandon Mixon | 134328 |
| 4/21/2013 | Brenda Labiche | 133894 |
| 4/20/2013 | Brenda Merrick | 133480 |
| 4/20/2013 | Brenda, on behalf of her minor child, B.M. Merrick | 133635 |
| 4/20/2013 | Brenda, on behalf of her minor child, K.M. Merrick | 133637 |
| 4/20/2013 | Brenda, on behalf of her minor child, S.M. Merrick | 133598 |
| 4/20/2013 | Brennon Harrison | 133457 |
| 4/20/2013 | Bret Boudreaux | 133414 |
| 4/22/2013 | Brett M. DesRoches | 134446 |
| 4/22/2013 | Brian Mathrene | 134282 |
| 4/22/2013 | Brian Vetter | 134422 |
| 4/20/2013 | Brittany Jones | 133471 |
| 4/22/2013 | Broad Street Cafe' LLC dba Southern Seafood & Steakhouse | 134461 |
| 4/22/2013 | Broussard Real Estate Appraisal | 134220 |
| 4/20/2013 | Bruce Merrick | 133482 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Bryan Stokes | 133537 |
| 4/18/2013 | Bryon Cooks | 131688 |
| 4/18/2013 | Buquet Distributing Co Inc | 131636 |
| 4/22/2013 | Busato & Lawton, Inc | 134086 |
| 4/18/2013 | Bux-Sun LLC | 131637 |
| 4/20/2013 | C & E Construction, LLC | 133787 |
| 4/22/2013 | C & R Bar, LLC | 134088 |
| 4/22/2013 | C&C Laundromat, Inc | 134087 |
| 4/22/2013 | C&K Enterprises dba Mo Money/Mo Money Co. USA | 134309 |
| 4/19/2013 | Calvin Willis | 131896 |
| 4/20/2013 | Camille E Bourgeois | 133364 |
| 4/22/2013 | Camp-K | 134091 |
| 4/22/2013 | Cannon Fitness, LLC | 134092 |
| 4/22/2013 | Capt Dave's Guide Service, LLC | 134094 |
| 4/19/2013 | Captain Elliot's Party Boats Inc dba Texas Crewhouse | 133056 |
| 4/22/2013 | Car Wash Blues, LLC | 134357 |
| 4/22/2013 | Carl Riley | 134228 |
| 4/20/2013 | Carlo J Governale dba CJ Governale | 133796 |
| 4/18/2013 | Carlos Bonilla | 131626 |
| 4/21/2013 | Caro Properties, L.L.C. | 133865 |
| 4/20/2013 | Casey Thonn | 133807 |
| 4/22/2013 | CDL Residential Rehab, Inc | 134096 |
| 4/18/2013 | Celtic Sub-Sea Construction Services LLC | 131654 |
| 4/18/2013 | Centurion Marine Offshore LLC | 131652 |
| 4/18/2013 | Chad Costales | 131690 |
| 4/22/2013 | Chad Costales | 134473 |
| 4/19/2013 | Chad Manieri | 133184 |
| 4/22/2013 | Chance Gomez | 134140 |
| 4/22/2013 | Changlais Landey | 134222 |
| 4/20/2013 | Charles Bruce III d/b/a Ecurb Logistics | 133547 |
| 4/18/2013 | Charles Corona | 131689 |
| 4/22/2013 | Charles Martin | 134276 |
| 4/20/2013 | Charlette Gabriel | 133441 |
| 4/20/2013 | Chase Manuel | 133380 |
| 4/22/2013 | Chaussure Rouge, LLC | 134098 |
| 4/22/2013 | Cheramie Cleaners & Tuxedo Rentals, Inc | 134099 |
| 4/20/2013 | Cheramie Marine, LLC | 133312 |
| 4/19/2013 | Cheryl Giardina | 132635 |
| 4/20/2013 | Chinchuba Creek Garden Homes, L.L.C. | 133848 |
| 4/18/2013 | Chippy Bruce | 131634 |
| 4/20/2013 | Chippy, on behalf of his minor child, G.B. Bruce | 133668 |
| 4/20/2013 | Chris Iron Horse Tavern, L.L.C. | 133456 |
| 4/22/2013 | Christina Quartararo | 134074 |
| 4/20/2013 | Christopher Adam | 133636 |
| 4/18/2013 | Christopher Booker | 131627 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/18/2013 | Christopher Charpentier | 131684 |
| 4/19/2013 | Christopher Dill | 132412 |
| 4/20/2013 | Christopher Dore | 133433 |
| 4/19/2013 | Christopher Hunziker | 133032 |
| 4/22/2013 | Christopher Lambert dba CDL Residential Rehab Inc | 134440 |
| 4/22/2013 | Christopher Lambert dba CDL Residential Rehab Inc | 134466 |
| 4/22/2013 | Christopher Mason | 134280 |
| 4/20/2013 | Christopher Sasser | 133309 |
| 4/20/2013 | Christy Badeaux | 133501 |
| 4/22/2013 | Chung Pak dba Kings Chicken Restaurant | 134009 |
| 4/21/2013 | Clardie Johnson | 133893 |
| 4/20/2013 | Classic Southern Home Renovations, Inc | 133849 |
| 4/22/2013 | Classic Superwash, Inc | 134223 |
| 4/22/2013 | Clement Aucoin | 134121 |
| 4/20/2013 | Clinic Drug Store of Golden Meadow, Inc. | 133666 |
| 4/20/2013 | Clyde Licorish | 133300 |
| 4/22/2013 | Cocodrie Charters, LLC | 134100 |
| 4/22/2013 | Colby Arceneaux | 134022 |
| 4/22/2013 | Colonial Chevrolet Co., Inc | 134224 |
| 4/18/2013 | Comar Marine LLC | 131687 |
| 4/22/2013 | Cormier's Custom Flooring, Inc | 134227 |
| 4/22/2013 | Corso Fabricators, LLC | 134104 |
| 4/18/2013 | Cory Chapman | 131683 |
| 4/22/2013 | Coury-Moss Motors, Inc | 134106 |
| 4/22/2013 | Covington Place Cottages, LLC | 134229 |
| 4/18/2013 | Craig Berner | 131622 |
| 4/22/2013 | Creative Tees, Inc | 134110 |
| 4/19/2013 | Crescent City Transportation LLC | 132281 |
| 4/22/2013 | Crescent Moon Properties, Inc | 134112 |
| 4/19/2013 | Crusader Marine Offshore LLC | 132283 |
| 4/20/2013 | Crystal L Gisclair | 133400 |
| 4/22/2013 | Crystals of Delaware, Inc | 134116 |
| 4/22/2013 | Crystal's Recovery, Inc | 134117 |
| 4/20/2013 | Curtis Navarre | 133678 |
| 4/20/2013 | Custom Body and Paint, Inc. | 133834 |
| 4/20/2013 | Cynthia Johnson | 133468 |
| 4/20/2013 | D&L Equipment, Inc. | 133850 |
| 4/22/2013 | Dabunch, LLC | 134120 |
| 4/20/2013 | Daisy Jones | 133370 |
| 4/22/2013 | Dakota of D.A., Inc | 134123 |
| 4/22/2013 | Dallas Lacombe | 134204 |
| 4/19/2013 | Damion Kearney | 133064 |
| 4/22/2013 | Dana Skyvara | 134153 |
| 4/19/2013 | Daniel Gollinger | 132911 |
| 4/19/2013 | Daniel Hammond | 133008 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/22/2013 | Daniel Lonthier | 134129 |
| 4/20/2013 | Daniel Timothy Brown | 133675 |
| 4/21/2013 | Dant A. Sandras, D.D.S., L.L.C. | 133866 |
| 4/22/2013 | Darleen Perez | 134040 |
| 4/22/2013 | Darlene Alombro | 134211 |
| 4/22/2013 | Darlene Armstrong | 134025 |
| 4/20/2013 | Darlene Durden | 133436 |
| 4/20/2013 | Darlene, on behalf of her minor child, A.D. Durden | 133674 |
| 4/20/2013 | Darlene, on behalf of her minor child, L.D. Durden | 133677 |
| 4/20/2013 | Darlfecus Gregory | 133444 |
| 4/20/2013 | Darrel Moreau | 133673 |
| 4/22/2013 | Darrell Guillory | 134444 |
| 4/22/2013 | Darryl Stevens | 134183 |
| 4/21/2013 | David Caro | 133886 |
| 4/20/2013 | David Mesa, Jr. | 133485 |
| 4/20/2013 | David Wade Marine, Inc. | 133856 |
| 4/19/2013 | David White | 131894 |
| 4/22/2013 | Dawn Berthelot | 134469 |
| 4/20/2013 | deBautte A/C & Heating, LLC | 133853 |
| 4/22/2013 | Debbie Gisclair | 134242 |
| 4/22/2013 | Deborah DeVillier | 134234 |
| 4/20/2013 | Debra Mitchell | 133392 |
| 4/22/2013 | Debra's Movie World | 134247 |
| 4/22/2013 | Delaney Properties, Inc | 134127 |
| 4/22/2013 | Delaune Yacht Brokerage, LLC | 134475 |
| 4/20/2013 | Del-Carmel Investments, L.L.C. | 133381 |
| 4/22/2013 | Delta Restaurant Supply, LLC | 134128 |
| 4/20/2013 | Delta Tires and Automotive, L.L.C | 133544 |
| 4/20/2013 | Demetrius Goodie | 133429 |
| 4/20/2013 | Demietriek Scott | 133527 |
| 4/22/2013 | Dennis Cuevas | 134118 |
| 4/19/2013 | Dennis Hebert Sr | 133013 |
| 4/19/2013 | Derek Jones | 133048 |
| 4/19/2013 | Derrick King | 133066 |
| 4/20/2013 | Derwin Ancar Sr | 133497 |
| 4/18/2013 | Deryl Barras | 131616 |
| 4/19/2013 | DET Trucking Services LLC | 132369 |
| 4/22/2013 | Dewan Bodiford | 133995 |
| 4/19/2013 | Dictator Marine Offshore LLC | 132396 |
| 4/19/2013 | Dill Land Services Inc | 132419 |
| 4/22/2013 | Dion Thomas | 134306 |
| 4/20/2013 | Ditcharo Darrin | 133432 |
| 4/20/2013 | Diversified Commercial Contractors, Inc. | 133851 |
| 4/19/2013 | Diversified Marketing Agency LLC | 132422 |
| 4/20/2013 | Dolores Butler | 133685 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/21/2013 | Don Demaria | 133890 |
| 4/21/2013 | Don DeMaria d/b/a Sea Samples | 133876 |
| 4/22/2013 | Don Gremillion | 134144 |
| 4/18/2013 | Donald Brown | 131631 |
| 4/20/2013 | Donald George | 133443 |
| 4/20/2013 | Donald Lutz | 133301 |
| 4/22/2013 | Donald P. Harris, D.D.S., LTD | 134250 |
| 4/22/2013 | Donn Youngblood | 134260 |
| 4/22/2013 | Doretha Smith | 134162 |
| 4/20/2013 | Double DY Express Inc. | 133549 |
| 4/20/2013 | Doug Plaisance | 133763 |
| 4/20/2013 | Douglas Thibodeaux | 133805 |
| 4/20/2013 | Driskell Lawn Care, L.L.C. | 133852 |
| 4/20/2013 | Dwight Speed | 133535 |
| 4/22/2013 | Earl J Claunch Jr | 134014 |
| 4/20/2013 | Earl McCray | 133389 |
| 4/18/2013 | Earthell Turner | 131719 |
| 4/22/2013 | Easy Ride Golf Carts, LLC | 134130 |
| 4/19/2013 | Edgar Vinasco | 131722 |
| 4/19/2013 | Edgar Zatarain | 131900 |
| 4/19/2013 | Edward Errickson | 132574 |
| 4/20/2013 | Eilene Bourgeois | 133415 |
| 4/20/2013 | Elite Title Insurance Agency, Inc. | 133854 |
| 4/19/2013 | Ellsworth Corporation | 132426 |
| 4/20/2013 | Elmer Rogers | 133786 |
| 4/20/2013 | Eloise Champagne | 133378 |
| 4/18/2013 | Emanuel Couto | 131691 |
| 4/20/2013 | Emanuel Peters | 133493 |
| 4/20/2013 | Emile Lonzo | 133377 |
| 4/21/2013 | Enrique Castillo | 133887 |
| 4/19/2013 | Eric Guillot | 133004 |
| 4/19/2013 | Eric Hofsommer | 133015 |
| 4/21/2013 | Eric Muhoberac | 133897 |
| 4/18/2013 | Eric Smith | 131703 |
| 4/22/2013 | Erica Matt-Quartararo | 134358 |
| 4/20/2013 | Erma Mitchell | 133393 |
| 4/20/2013 | Etoyi Jones | 133372 |
| 4/20/2013 | Eugene Bourtrin | 133365 |
| 4/19/2013 | Eunice Griffin III | 132982 |
| 4/18/2013 | Eunice Griffin Jr | 131692 |
| 4/20/2013 | Extreme Fishing, LLC | 133286 |
| 4/20/2013 | Facilities Holding Company, LLC | 133502 |
| 4/22/2013 | Facowee, Inc | 134135 |
| 4/22/2013 | Fairway Gardenhomes, LLC | 134253 |
| 4/22/2013 | Fausto Posadas | 134024 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Fay W. Mohon dba Sportsman's Wholesale | 133458 |
| 4/22/2013 | Felicia Layus | 134026 |
| 4/20/2013 | Felisa Walters | 133820 |
| 4/22/2013 | Felton Green | 134142 |
| 4/22/2013 | Flo Tech, Inc | 134255 |
| 4/20/2013 | Forest Dobronich d/b/a Chevron Service Station | 133855 |
| 4/22/2013 | Scarlet Ragas | 134468 |
| 4/20/2013 | Francis Bruce | 133366 |
| 4/20/2013 | Frank Cypress III | 133423 |
| 4/20/2013 | Frank McNease | 133466 |
| 4/22/2013 | Frederick Gassen Jr. | 134139 |
| 4/22/2013 | G & E Construction, LLC | 134252 |
| 4/22/2013 | G & E Seafood, Inc | 134360 |
| 4/20/2013 | G. Smith Motorsports, L.L.C. | 133857 |
| 4/22/2013 | Galcan Electric, LLC | 134137 |
| 4/20/2013 | Gary Gorman | 133310 |
| 4/20/2013 | Gary Hymes | 133464 |
| 4/19/2013 | Gary Milam | 133192 |
| 4/22/2013 | Gary Vetter | 134476 |
| 4/20/2013 | Gator Offshore, LLC | 133289 |
| 4/20/2013 | GC&A Houma LLC, d/b/a Chubby's Ice Cream | 133397 |
| 4/22/2013 | Geno's Seafood | 134133 |
| 4/20/2013 | George A Maucele | 133461 |
| 4/19/2013 | George Cox | 132276 |
| 4/18/2013 | Gerald Alleman | 131587 |
| 4/22/2013 | Gerald Talcott | 134294 |
| 4/19/2013 | Gerry Washington | 131726 |
| 4/22/2013 | Gigi Dinette dba Gigi's Specialties | 134373 |
| 4/22/2013 | Gina Tudisco | 134278 |
| 4/22/2013 | Gina's Stephen Broussard dba Gina's Catering | 134380 |
| 4/22/2013 | Ginger Broussard | 133996 |
| 4/20/2013 | Gloria Mitchell | 133395 |
| 4/20/2013 | Goi Ngyuen | 133689 |
| 4/22/2013 | Gomdaogo Kiendrebeogo | 134266 |
| 4/20/2013 | Gorman, Inc | 133311 |
| 4/22/2013 | Grace Miller | 134288 |
| 4/19/2013 | Greg Guidry Enterprises Inc | 132967 |
| 4/19/2013 | Gregory Davis | 132321 |
| 4/22/2013 | Gregory Thomas dba AC Communications | 134403 |
| 4/22/2013 | Gretna Auto Title, Inc | 134147 |
| 4/20/2013 | Groner Investments, L.L.C. | 133405 |
| 4/20/2013 | Guidrys A/C & Refrigeration, Inc. | 133858 |
| 4/21/2013 | Guidrys A/C & Refrigeration, Inc. | 133860 |
| 4/22/2013 | Guilbeau Boat Rentals, LLC | 134149 |
| 4/19/2013 | Guilbeau Gulf Inc | 132999 |

EXHIBIT A

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/19/2013 | Guilbeau Marine Inc | 133001 |
| 4/20/2013 | Guillaume Adam Guidry | 133448 |
| 4/20/2013 | Gulf Islands Water Park, LLC | 133506 |
| 4/19/2013 | Gulf Marine Barge LLC | 133005 |
| 4/22/2013 | Gulf Net Seafood, LLC | 134151 |
| 4/19/2013 | Gulf Offshore Transportation Services Inc | 133006 |
| 4/22/2013 | Gwen Macleod | 134272 |
| 4/22/2013 | Gym Matrix, LLC | 134154 |
| 4/22/2013 | H & R Sports & Bar, LLC | 134160 |
| 4/22/2013 | Hajari Incorporated | 134404 |
| 4/22/2013 | Hajari Investments, LLC | 134405 |
| 4/22/2013 | HALO 1, LLC | 134400 |
| 4/22/2013 | Hamdi I, LLC | 134406 |
| 4/19/2013 | Hancock Brokerage LLC | 133009 |
| 4/20/2013 | Hank Ton | 133809 |
| 4/22/2013 | Harold Fuselier | 134237 |
| 4/20/2013 | Harold Harris | 133454 |
| 4/22/2013 | Harvey Gremillion | 134145 |
| 4/22/2013 | Head Gamz Salon, LLC | 134166 |
| 4/22/2013 | Henry Bodden | 134073 |
| 4/19/2013 | Henry Lee | 133117 |
| 4/19/2013 | Herbert Mims | 133194 |
| 4/21/2013 | Herbert Roberts | 133900 |
| 4/21/2013 | Highway 56 Properties, L.L.C. | 133867 |
| 4/22/2013 | Hill Lawn Care & Power Wash | 134249 |
| 4/19/2013 | Hollywood Drews Inc | 133017 |
| 4/20/2013 | Homero Camargo | 133793 |
| 4/19/2013 | Horizon Shipping LTD | 133030 |
| 4/22/2013 | Hubert Agee | 134394 |
| 4/20/2013 | Hunt Graphics, Inc. | 133413 |
| 4/20/2013 | Hurricane Shutter Co., L.L.C. | 133416 |
| 4/22/2013 | Hy-Tech Roofing Services, Inc | 134170 |
| 4/20/2013 | I Candy Customs, L.L.C. | 133478 |
| 4/20/2013 | I-110 Military Plaza II | 133291 |
| 4/22/2013 | I-110 Military Plaza, LLC | 134174 |
| 4/20/2013 | Ian Trufant | 133814 |
| 4/19/2013 | Iberia Crewboat & Marine Services Inc | 133034 |
| 4/19/2013 | Iberia Marine Service LLC | 133037 |
| 4/20/2013 | Imaging Equipment Services, Inc. | 133509 |
| 4/20/2013 | Indoor UV 4 Me d/b/a Planet Beach | 133421 |
| 4/19/2013 | Intruder Marine Offshore LLC | 133040 |
| 4/22/2013 | Irma Ceola Mitchell | 134361 |
| 4/20/2013 | Irvin Riley | 133520 |
| 4/20/2013 | Ivory London | 133442 |
| 4/22/2013 | Ivory Lounge, LLC | 134409 |

EXHIBIT A

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Ivy Bruce | 133368 |
| 4/20/2013 | J & K Marine, Inc | 133293 |
| 4/20/2013 | J & R Towing and Storage, Inc | 133295 |
| 4/22/2013 | J & W Builders Inc | 134019 |
| 4/19/2013 | J Brady Marine LLC | 133044 |
| 4/22/2013 | J&R Seafood, Inc | 134442 |
| 4/22/2013 | J.B. Holton and Associates | 134180 |
| 4/22/2013 | J.W. Construction | 134462 |
| 4/20/2013 | Jabiari Lee | 133369 |
| 4/22/2013 | Jack's Exxon Service, Inc | 134410 |
| 4/20/2013 | Jacqueline Henriquez | 133844 |
| 4/22/2013 | Jacqueline Henriquez | 134335 |
| 4/22/2013 | Jahmal Tipado | 134286 |
| 4/20/2013 | James Bonvillain | 133358 |
| 4/19/2013 | James Denny | 132365 |
| 4/22/2013 | James Jewelers, LLC | 134412 |
| 4/19/2013 | James Ray Marrone | 133187 |
| 4/20/2013 | James Rice | 133514 |
| 4/20/2013 | James Sintiere | 133528 |
| 4/22/2013 | James Sloop | 134155 |
| 4/22/2013 | James White | 134263 |
| 4/19/2013 | Jamie Watson | 131890 |
| 4/20/2013 | Jamie Williamson | 133404 |
| 4/20/2013 | Jamie, on behalf of her minor child, J.N.S. Williamson | 133718 |
| 4/20/2013 | Janice Andry | 133499 |
| 4/20/2013 | Jarrod burrle | 133375 |
| 4/20/2013 | Jarvis Prather | 133513 |
| 4/20/2013 | Jason Deal | 133426 |
| 4/22/2013 | Jay Trucks Service, Inc. | 134246 |
| 4/22/2013 | Jean Boyle | 134232 |
| 4/22/2013 | Jean Rincher Trucking | 134244 |
| 4/21/2013 | Jeffery Harrington | 133892 |
| 4/20/2013 | Jennifer Batiste | 133333 |
| 4/20/2013 | Jennifer Spizale | 133798 |
| 4/22/2013 | Jeremy Cagle | 134090 |
| 4/20/2013 | Jeremy Marshall | 133576 |
| 4/22/2013 | Jeremy West | 134356 |
| 4/20/2013 | Jerome Jones | 133428 |
| 4/20/2013 | Jerry Parker | 133508 |
| 4/20/2013 | Jessica Matherne | 133450 |
| 4/19/2013 | Jimmy Lee | 133121 |
| 4/22/2013 | Jimmy's Chevron Station, Inc | 134413 |
| 4/21/2013 | Joann D. Klinner d/b/a Jerry's Superette | 133861 |
| 4/20/2013 | Jodie Mateu | 133447 |
| 4/20/2013 | Jody Bonvillain | 133359 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/22/2013 | Joel Stewart | 134197 |
| 4/22/2013 | Joey McIntosh | 134284 |
| 4/20/2013 | John Blank | 133664 |
| 4/18/2013 | John Brandon | 131628 |
| 4/22/2013 | John McCovery dba McCovery Seafood | 134333 |
| 4/22/2013 | John Merrick | 134478 |
| 4/22/2013 | John Moser | 134076 |
| 4/20/2013 | John P Treadaway Jr | 133546 |
| 4/20/2013 | John Phillips | 133760 |
| 4/20/2013 | John Plaisance | 133765 |
| 4/18/2013 | John Pruis | 131696 |
| 4/22/2013 | John Treadaway, on behalf of his minor child, K.T. | 134351 |
| 4/19/2013 | Johnson Eugene | 133046 |
| 4/20/2013 | Jomarque Renthrope | 133783 |
| 4/20/2013 | Jon G. Bordelon d/b/a RV & Mobile Home Rebuild Specialis | 133475 |
| 4/22/2013 | Jonathan Fisher | 134236 |
| 4/20/2013 | Jonathan Guillot | 133408 |
| 4/20/2013 | Jonathan Mitchell | 133396 |
| 4/18/2013 | Jonathan Olson | 131694 |
| 4/20/2013 | Jones Madison | 133571 |
| 4/22/2013 | Jorge Lopez | 134268 |
| 4/18/2013 | Jose Carrion | 131641 |
| 4/20/2013 | Jose DeBarrientos | 133427 |
| 4/20/2013 | Jose Martinez | 133477 |
| 4/20/2013 | Joseph Ingraham | 133467 |
| 4/22/2013 | Joseph Malone | 134274 |
| 4/22/2013 | Joseph Pack | 134295 |
| 4/22/2013 | Joseph Ruffino | 134136 |
| 4/22/2013 | Joseph Thomas | 134291 |
| 4/21/2013 | Joseph Truong | 133902 |
| 4/20/2013 | Josephine Merrit | 133484 |
| 4/20/2013 | Joshua LaFrance | 133374 |
| 4/22/2013 | Joshua Treadaway | 134283 |
| 4/22/2013 | Jovan Taylor | 134292 |
| 4/19/2013 | Juan Lugo | 133142 |
| 4/20/2013 | Julie Lawler | 133572 |
| 4/20/2013 | June Fallo | 133394 |
| 4/20/2013 | June Fallo | 133739 |
| 4/22/2013 | June Soprano | 134167 |
| 4/20/2013 | Justin R Gonzales | 133403 |
| 4/20/2013 | Kadance Treadaway | 133548 |
| 4/19/2013 | Karen D Dillard dba Planet Earth Environmental Consulting | 133053 |
| 4/22/2013 | Karen Fraychineaud | 134307 |
| 4/20/2013 | Kathy Liles | 133476 |
| 4/22/2013 | Keifer Enterprises, LLC | 134202 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Keith Jupiter | 133430 |
| 4/22/2013 | Keith Osborne | 134293 |
| 4/20/2013 | Keith Reine d/b/a Clip & Clean Lawn Care | 133781 |
| 4/18/2013 | Keith Sullivan | 131711 |
| 4/18/2013 | Keithrick Bass | 131620 |
| 4/21/2013 | Kel-Sea Adventures, LLC | 133862 |
| 4/20/2013 | Kendrea Mitchell | 133398 |
| 4/22/2013 | Kenner KFC, Inc | 134254 |
| 4/22/2013 | Kenner KFC, Inc | 134256 |
| 4/22/2013 | Kenner KFC, Inc | 134257 |
| 4/22/2013 | Kenner KFC, Inc | 134258 |
| 4/22/2013 | Kenneth Armstrong | 134029 |
| 4/21/2013 | Kenneth Connelly | 133888 |
| 4/20/2013 | Kenneth Parker | 133510 |
| 4/19/2013 | Kenneth Washington | 131727 |
| 4/20/2013 | Kenny L Wiltz Sr | 133555 |
| 4/21/2013 | Kens Collision Shop, L.L.C. | 133874 |
| 4/20/2013 | Kerry Despeaux | 133386 |
| 4/19/2013 | Kevin King | 133071 |
| 4/20/2013 | Kevin Merrick | 133481 |
| 4/20/2013 | Kevin Parker | 133304 |
| 4/22/2013 | Key West Island Excursions, LLC | 134243 |
| 4/22/2013 | Key West Treasure Exhibit, Inc | 134238 |
| 4/20/2013 | Keyrone Martin | 133382 |
| 4/22/2013 | Keystone Lines, Inc | 134235 |
| 4/20/2013 | Khai Dinh | 133390 |
| 4/22/2013 | Khanh Nguyen | 134068 |
| 4/21/2013 | Khawaja Omer | 133899 |
| 4/21/2013 | Kingfish Lodges and Boat Storage, L.L.C. | 133875 |
| 4/20/2013 | Kizzy Trufant | 133550 |
| 4/20/2013 | Kizzy, on behalf of her minor child, I.T. Trufant | 133589 |
| 4/20/2013 | Kizzy, on behalf of her minor child, K.T.R. Trufant | 133720 |
| 4/20/2013 | Kizzy, on behalf of her minor child, M.A.R. Trufant | 133723 |
| 4/20/2013 | Kizzy, on behalf of her minor child, T.A.R. Trufant | 133732 |
| 4/22/2013 | Kris Mic LLC | 134023 |
| 4/22/2013 | LA 2, Inc | 134458 |
| 4/19/2013 | La Cote LLC | 133074 |
| 4/22/2013 | La Tour, LLC | 134207 |
| 4/19/2013 | Lady Eve LLC | 133080 |
| 4/19/2013 | Lady Marie LLC | 133098 |
| 4/22/2013 | Lafourche Gazette, Inc | 134457 |
| 4/22/2013 | Lainie Davia Designs, Inc | 134182 |
| 4/20/2013 | Landry's Markets, Inc. | 133836 |
| 4/20/2013 | Landtrust, L.L.C. | 133439 |
| 4/21/2013 | Laporte Plumbing and Heating, L.L.C. | 133863 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Laquia Poole | 133775 |
| 4/21/2013 | Larry Courville | 133889 |
| 4/20/2013 | Larry Estelle | 133361 |
| 4/19/2013 | Larry Griffin Towing Co Inc | 133108 |
| 4/22/2013 | Latacha Ancar, on behalf of her minor child, B.W. | 134355 |
| 4/20/2013 | Lauren deBautte | 133842 |
| 4/22/2013 | Lauren DeBautte | 134245 |
| 4/20/2013 | Lawrence Blackburn | 133410 |
| 4/21/2013 | Lawrence LeBlanc | 133896 |
| 4/22/2013 | Laxmi Louisiana Corp. | 134332 |
| 4/22/2013 | Le Cafe' De Bon Temps | 134179 |
| 4/22/2013 | Lee Sutton Jr. | 134296 |
| 4/22/2013 | LeeRoy Comeaux | 134102 |
| 4/20/2013 | Leisure Sports and Recreation, LLC | 133516 |
| 4/20/2013 | Lennis Lormand | 133573 |
| 4/19/2013 | Leon McElveen | 133189 |
| 4/18/2013 | Leon Terrase | 131713 |
| 4/20/2013 | Leonard Ducro | 133568 |
| 4/20/2013 | Leroy Meaux | 133391 |
| 4/19/2013 | Lesage & Associates LLC | 133128 |
| 4/18/2013 | Leslie Barrios | 131618 |
| 4/20/2013 | Leslie Hymes | 133465 |
| 4/20/2013 | Leslie Smith | 133530 |
| 4/19/2013 | Lester Haydel | 133011 |
| 4/20/2013 | Levester Bonner | 133412 |
| 4/22/2013 | LGB Concepts, Inc | 134177 |
| 4/20/2013 | Liberto Interiors Corporation | 133553 |
| 4/20/2013 | Liberty Self Storage, LLC | 133512 |
| 4/22/2013 | Linda Ruffin | 134305 |
| 4/20/2013 | Lindsey, on behalf of her minor child, R.D. Ingraham | 133708 |
| 4/22/2013 | Lionel Day | 134448 |
| 4/20/2013 | Lisa Parker | 133692 |
| 4/19/2013 | Lloyd Enterprises LLC | 133129 |
| 4/20/2013 | Lolita Frison | 133440 |
| 4/20/2013 | Loren Noble | 133303 |
| 4/22/2013 | Lorene Billiot | 134230 |
| 4/22/2013 | Lori Pablovich | 134044 |
| 4/22/2013 | Louis Engolia | 134359 |
| 4/20/2013 | Louis Scandurro | 133794 |
| 4/22/2013 | Louis Scandurro | 134141 |
| 4/20/2013 | Louis Thompson | 133545 |
| 4/20/2013 | Lucies Thompson | 133313 |
| 4/20/2013 | Luther Thomas | 133543 |
| 4/19/2013 | Lutz Welding Services Inc | 133146 |
| 4/20/2013 | Ly'Rihanna, on behalf of her minor child, T.D. Demolle | 133756 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---:|
| 4/19/2013 | M & M Development LLC | 133164 |
| 4/20/2013 | M&M Real Estate, LLC | 133519 |
| 4/19/2013 | M&M Wireline & Offshore Services LLC | 133149 |
| 4/22/2013 | MacBrandon Industries, LLC | 134455 |
| 4/22/2013 | Maclube Oil Co | 134122 |
| 4/22/2013 | Maintenance Dredging 1, LLC | 134119 |
| 4/20/2013 | Mandry Bourgeois | 133418 |
| 4/18/2013 | Manisha Bhula | 131623 |
| 4/20/2013 | Marcie McIntosh | 133463 |
| 4/22/2013 | Marco Outdoor Advertising, Inc | 134454 |
| 4/20/2013 | Marcus Lee | 133299 |
| 4/20/2013 | Margie Plaisance Davenport | 133772 |
| 4/21/2013 | Marguerite's Cakes "A Taste of Heaven" A Limited Liability | 133864 |
| 4/19/2013 | Marine Transportation Services Inc | 133185 |
| 4/18/2013 | Mark Alombro | 131591 |
| 4/19/2013 | Mark H Peters APMC | 133186 |
| 4/20/2013 | Mark Keel | 133437 |
| 4/20/2013 | Mark Peters | 133296 |
| 4/22/2013 | Mark Thompson | 134303 |
| 4/22/2013 | Mark Waggoner | 134315 |
| 4/20/2013 | Marshland Inflatables, LLC | 133562 |
| 4/20/2013 | Martin Angelle | 133445 |
| 4/18/2013 | Martinez Brown | 131632 |
| 4/21/2013 | Martin's Heating & Air Conditioning, Inc. of Galliano | 133868 |
| 4/20/2013 | Marvin Bathelemy | 133332 |
| 4/20/2013 | Mary Drews | 133435 |
| 4/19/2013 | Mary Wong | 131899 |
| 4/22/2013 | Mast LLC | 134030 |
| 4/22/2013 | Matthew Lonthier | 134125 |
| 4/22/2013 | MBA International, Inc a/k/a Discount Store | 134113 |
| 4/20/2013 | McCormick Law Firm, LLC | 133837 |
| 4/22/2013 | McCormick Law Firm, LLC | 134111 |
| 4/22/2013 | Mel Fisher's Treasures Duval, LLC | 134109 |
| 4/20/2013 | Melvin Riley III | 133517 |
| 4/22/2013 | Mercury Tans, LLC | 134107 |
| 4/20/2013 | Metro Business Supplies, L.L.C | 133669 |
| 4/19/2013 | Mexul Inc | 133190 |
| 4/22/2013 | Michael A. Pitre dba Pitre Advertising | 134330 |
| 4/20/2013 | Michael Adams | 133325 |
| 4/20/2013 | Michael Bonck | 133667 |
| 4/20/2013 | Michael Brown | 133681 |
| 4/21/2013 | Michael Gaines | 133891 |
| 4/22/2013 | Michael Haydel | 134163 |
| 4/20/2013 | Michael Nunez | 133362 |
| 4/22/2013 | Michael Perkins | 134322 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/19/2013 | Mid South LLC | 133191 |
| 4/22/2013 | Miss Dee Dee's Soulfood | 134103 |
| 4/20/2013 | Misty Sylve | 133540 |
| 4/22/2013 | Mitzi M. Cheramie dba Mitzi's Monograms | 134101 |
| 4/22/2013 | MNS Hospitality, LLC | 134453 |
| 4/22/2013 | Mommie Jo's Restaurant | 134097 |
| 4/22/2013 | Morel Yorsch, LLC | 134093 |
| 4/22/2013 | Motivation Inc | 134031 |
| 4/20/2013 | Mouton Trevor | 133507 |
| 4/21/2013 | Mr. Cam Corporation | 133869 |
| 4/20/2013 | Mr. J.O., LLC | 133201 |
| 4/20/2013 | Myron K Smith | 133532 |
| 4/20/2013 | Nancy Price | 133308 |
| 4/20/2013 | Nathaniel Lee | 133376 |
| 4/20/2013 | National Meat & Provision Co | 133202 |
| 4/22/2013 | Nestor Zarazua | 134259 |
| 4/20/2013 | New Orleans Fine Catering, LLC | 133283 |
| 4/19/2013 | Nicholas Collins | 132962 |
| 4/21/2013 | NOLA Title Company, LLC | 133870 |
| 4/19/2013 | Norris Lee | 133123 |
| 4/20/2013 | North Miami Beach PB, LLC | 133282 |
| 4/22/2013 | North Star Marine, LLC | 134474 |
| 4/20/2013 | North Star Marine, LLC | 133280 |
| 4/22/2013 | Nouveau Glo, Inc | 134058 |
| 4/20/2013 | Nutri-Sport of Mandeville, LLC | 133522 |
| 4/22/2013 | Nutri-Sport of Mandeville, LLC | 134053 |
| 4/20/2013 | Offshore Oil Services Inc | 133363 |
| 4/20/2013 | Orlando Ragas | 133777 |
| 4/22/2013 | Orlando Ragas | 134080 |
| 4/22/2013 | Osprey Charters, LLC | 134049 |
| 4/20/2013 | Otis Douglas | 133367 |
| 4/20/2013 | P.C. Concessions, Inc | 133276 |
| 4/20/2013 | Paloma Energy Consultants, L.P. | 133316 |
| 4/20/2013 | Pamela Berthelot | 133337 |
| 4/20/2013 | Pamela Bonvillain | 133357 |
| 4/20/2013 | Pamela, on behalf of her minor child, K.B 1 Berthelot | 133653 |
| 4/20/2013 | Pamela, on behalf of her minor child, T.B. 1 Berthelot | 133659 |
| 4/20/2013 | Pamela, on behalf of her minor child, T.B. 2 Berthelot | 133693 |
| 4/20/2013 | Panther Helicopter, Inc | 133274 |
| 4/20/2013 | Patrick Fabricating & Welding Enterprises, Inc | 133278 |
| 4/20/2013 | Patrick Poole | 133307 |
| 4/22/2013 | Patrick Thomas | 134289 |
| 4/19/2013 | Paul Boyer & Associates LLC | 132270 |
| 4/22/2013 | Paul Johnson | 134184 |
| 4/19/2013 | Paul Lefort | 133127 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/22/2013 | Pauline Badeaux | 134221 |
| 4/20/2013 | Pauline Plaisance Forester | 133773 |
| 4/20/2013 | PCF Enterprises, LLC | 133529 |
| 4/22/2013 | Penny Mutz | 134072 |
| 4/20/2013 | Penny Mutz d/b/a Sencore Properties | 133698 |
| 4/18/2013 | Perry Alexcee | 131581 |
| 4/21/2013 | Physical Therapy Specialists, Inc. | 133871 |
| 4/20/2013 | Phytoceutical Formulations, LLC | 133526 |
| 4/22/2013 | Phytoceutical Formulations, LLC | 134035 |
| 4/22/2013 | Pinal Patel | 134451 |
| 4/22/2013 | Pistol Power, LLC | 134231 |
| 4/20/2013 | Pitre Industries, LLC | 133317 |
| 4/20/2013 | Plaisance Sheet Metal, L.L.C. | 133838 |
| 4/20/2013 | Planet Beach Franchising Corporation | 133273 |
| 4/22/2013 | Planet Beach Tanning Salons, Inc | 134032 |
| 4/20/2013 | Planet PC Longview, Inc | 133270 |
| 4/20/2013 | Predator Marine Offshore, LLC | 133268 |
| 4/20/2013 | Premier Offshore Catering, Inc | 133267 |
| 4/22/2013 | Price's Big Star Supermarket, Inc | 134002 |
| 4/18/2013 | Professional Packaging Inc | 131695 |
| 4/22/2013 | R E Huber Construction Company Inc | 134079 |
| 4/20/2013 | Rachel Hilburn | 133745 |
| 4/22/2013 | Rafael Lopez | 134270 |
| 4/22/2013 | Ralph Preveau | 134016 |
| 4/20/2013 | Randy Adam | 133639 |
| 4/20/2013 | Rapid Retail Solutions, L.L.C. | 133840 |
| 4/20/2013 | Ray Sample Carpentry, L.L.C. | 133841 |
| 4/20/2013 | Raydell Stovall | 133539 |
| 4/20/2013 | Raymond Riley | 133579 |
| 4/20/2013 | Rebecca Bezou | 133356 |
| 4/22/2013 | Reed Alleman | 134206 |
| 4/20/2013 | Reedabus Forms, L.L.C. | 133847 |
| 4/22/2013 | RehabXcel New Iberia Inc | 134081 |
| 4/20/2013 | Relif Jones | 133373 |
| 4/20/2013 | Rene Baltodano | 133828 |
| 4/18/2013 | Renegade Marine Offshore LLC | 131698 |
| 4/22/2013 | Rhynell Washington-Jones | 134265 |
| 4/20/2013 | Ricardo Martinez | 133297 |
| 4/22/2013 | Ricardo Steele | 134225 |
| 4/19/2013 | Richard Juka | 133050 |
| 4/22/2013 | Richard Thomas dba Shucks Seafood Grille | 134150 |
| 4/22/2013 | Rob Andry Construction Inc | 134083 |
| 4/20/2013 | Robby Plaisance | 133767 |
| 4/18/2013 | Robert Antoine | 131613 |
| 4/20/2013 | Robert Bruce | 133371 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/22/2013 | Robert E. Kurisko | 134463 |
| 4/22/2013 | Robert Good dba White Sands Property Management | 134124 |
| 4/22/2013 | Robert Harvey Jr. | 134407 |
| 4/20/2013 | Robert Kurisko | 133551 |
| 4/22/2013 | Robert Refrigeration Service Inc | 134131 |
| 4/21/2013 | Robert Refrigeration Service, Inc. | 133872 |
| 4/21/2013 | Robert Sawyer | 133901 |
| 4/20/2013 | Robie Autin | 133655 |
| 4/20/2013 | Robreto O Reyes | 133784 |
| 4/19/2013 | Roger Ziliak | 131905 |
| 4/18/2013 | Ronald Alfred | 131584 |
| 4/20/2013 | Ronald Brent Hutto | 133420 |
| 4/20/2013 | Ronald McDonald | 133479 |
| 4/22/2013 | Ronald Miller | 134105 |
| 4/20/2013 | Rondey Andry | 133329 |
| 4/20/2013 | Rose Baptiste | 133505 |
| 4/22/2013 | Rose Lanza | 134456 |
| 4/20/2013 | Rose, on behalf of her minor child, H.B. Baptiste | 133624 |
| 4/20/2013 | Rosemary Mitchell | 133490 |
| 4/18/2013 | Rotolo & Martin Supermarket Inc | 131700 |
| 4/20/2013 | Roxanne L. Lonthier dba Roxie Transportation | 133318 |
| 4/22/2013 | Roy Baudin Furniture & Appliances Inc | 134132 |
| 4/22/2013 | Roy Melancon dba Roy's Body Shop | 134134 |
| 4/22/2013 | Russ Kreller | 134414 |
| 4/20/2013 | Russel Joseph Ledet Jr | 133473 |
| 4/20/2013 | Ryan Pitre | 133306 |
| 4/20/2013 | S & J Gold, L.L.C. | 133789 |
| 4/21/2013 | S Investments LLC d/b/a Econolodge | 133873 |
| 4/18/2013 | S&S Consulting Group LLC | 131701 |
| 4/20/2013 | Safe Harbor | 133533 |
| 4/20/2013 | Sam Harold | 133523 |
| 4/22/2013 | Sam Poole | 134027 |
| 4/22/2013 | Sam Poole Plant Farm Inc | 134138 |
| 4/22/2013 | Sameer, Inc | 134449 |
| 4/22/2013 | Sam's Westbank Cyclery, LLC | 134336 |
| 4/18/2013 | Sandis Clay Jr | 131685 |
| 4/22/2013 | Sandra Bartholomew | 134219 |
| 4/20/2013 | Sandra Kavanaugh | 133755 |
| 4/22/2013 | Sarah Gibson | 134240 |
| 4/20/2013 | Satellite Works, L.L.C | 133790 |
| 4/22/2013 | Scan Properties Inc | 134143 |
| 4/20/2013 | Scarlet Ragas | 133778 |
| 4/22/2013 | Scott's Pharmacy | 134126 |
| 4/22/2013 | SCS Services, LLC | 134366 |
| 4/18/2013 | Seacraft Shipyard LLC | 131702 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/21/2013 | ServCorp International, Inc. | 133877 |
| 4/20/2013 | Shane Dinette | 133388 |
| 4/20/2013 | Shannon Stansbury | 133799 |
| 4/22/2013 | Sharon Macaluso | 134418 |
| 4/20/2013 | Sharon Sylve | 133541 |
| 4/20/2013 | Sharonica L Hill | 133411 |
| 4/18/2013 | Shaun Clemons | 131686 |
| 4/22/2013 | Shawn Cowles | 134108 |
| 4/20/2013 | Shawn Cowles | 133387 |
| 4/22/2013 | Shawn Schwartz | 134301 |
| 4/18/2013 | Shirish Bhula | 131624 |
| 4/20/2013 | Shirley Anderson | 133650 |
| 4/22/2013 | SHREE LAXMI, LLC d/b/a La Quinta Inn & Suites | 134479 |
| 4/20/2013 | Sig's Bunkhouse, LLC | 133797 |
| 4/20/2013 | Sig's Bunkhouse, LLC | 133264 |
| 4/21/2013 | Sinclairs Grill, LLC | 133878 |
| 4/21/2013 | SMD - Investments, L.L.C. | 133879 |
| 4/22/2013 | Smoky's BBQ LLC | 134434 |
| 4/22/2013 | Solomon Fisher | 134308 |
| 4/20/2013 | Sophia Lopez | 133379 |
| 4/22/2013 | Source Chiropractic & Rehabilitation, LLC | 134337 |
| 4/18/2013 | Sourcewater Group Inc | 131705 |
| 4/18/2013 | Southern Aviation LLC | 131706 |
| 4/22/2013 | Southern Coastal Restoration LLC | 134169 |
| 4/22/2013 | Southern Lodging, LLC | 134338 |
| 4/22/2013 | Southern Repair & Maintenance, LLC | 134339 |
| 4/18/2013 | Southern Seaplane Inc | 131707 |
| 4/22/2013 | Southern Star Construction Company Inc | 134172 |
| 4/22/2013 | Spaportunity LLC | 134175 |
| 4/20/2013 | Spirit Industries, LLC | 133260 |
| 4/18/2013 | St Rose Travel Center LLC | 131708 |
| 4/22/2013 | Stacey Kreller | 134267 |
| 4/22/2013 | Standard Gravel Co Inc | 134176 |
| 4/20/2013 | Stanley J Menesses | 133469 |
| 4/22/2013 | Statewide Security Patrol Enforcement LLC | 134178 |
| 4/18/2013 | Stephen Abadie | 131580 |
| 4/18/2013 | Stephen P Smith | 131704 |
| 4/20/2013 | Steve Dejean Custom Flooring, L.L.C. | 133801 |
| 4/20/2013 | Steven Galliano d/b/a Galliano Waste Disposal | 133800 |
| 4/22/2013 | Steven Simpson | 134396 |
| 4/18/2013 | Storm Brewer | 131630 |
| 4/18/2013 | Streamline Supply LLC | 131709 |
| 4/18/2013 | Striker Marine Offshore LLC | 131710 |
| 4/22/2013 | Studio Suites LLC | 134205 |
| 4/21/2013 | Su Casa Construction, LLC | 133880 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Sue Dee Trucking, L.L.C. | 133803 |
| 4/22/2013 | Sugarland Country Club, Inc | 134297 |
| 4/20/2013 | Sukumar Thevar | 133302 |
| 4/20/2013 | Sunshine Express, L.L.C. | 133804 |
| 4/18/2013 | Superior Corrosion LLC | 131712 |
| 4/22/2013 | Suzanne Maywalt | 134115 |
| 4/22/2013 | T.R.E.S. of Louisiana, Inc | 134340 |
| 4/20/2013 | Talen's Marine & Fuel, LLC | 133257 |
| 4/20/2013 | Talor Jupiter | 133434 |
| 4/20/2013 | Tammy Joseph | 133710 |
| 4/22/2013 | Tanya Bruce | 134078 |
| 4/20/2013 | Tarabia Franklin | 133438 |
| 4/22/2013 | Tattoo Ya, Inc | 134342 |
| 4/20/2013 | Tatyana Williamson | 133566 |
| 4/20/2013 | Ted Wheelock | 133845 |
| 4/20/2013 | Terrance Bonvillain | 133360 |
| 4/20/2013 | Terrinika Wilson | 133406 |
| 4/19/2013 | Terroll McCollum | 133188 |
| 4/18/2013 | Terry Alleman | 131590 |
| 4/20/2013 | TGT Tanning, LLC | 133256 |
| 4/22/2013 | The Player's Club, Inc | 134343 |
| 4/18/2013 | The Secret Spa LLC | 131714 |
| 4/21/2013 | The Venice Palms Lodge, L.L.C | 133884 |
| 4/21/2013 | Thellis W. Brass d/b/a TB Tax Services | 133881 |
| 4/22/2013 | Theophile Bourgeois dba Cajun Vista Inn | 134464 |
| 4/20/2013 | Theophile Bourgeois III | 133758 |
| 4/20/2013 | Theophile Bourgeois IV | 133419 |
| 4/22/2013 | Theresa Purcell | 134070 |
| 4/22/2013 | Theresa Purcell | 134298 |
| 4/21/2013 | Thomas Abstracting and Title Services, Inc. | 133882 |
| 4/18/2013 | Thomas Cerone | 131653 |
| 4/19/2013 | Thomas Miller | 133193 |
| 4/22/2013 | Thomas Orgeron | 134290 |
| 4/20/2013 | Thomas W Hall III | 133451 |
| 4/22/2013 | Three-D Plumbing Repairs, LLC | 134287 |
| 4/22/2013 | Tibbs Staffing Services, Inc | 134344 |
| 4/20/2013 | Tiffany Mitchell | 133491 |
| 4/20/2013 | Tiffany, on behalf of her minor child, J.H. Mitchell | 133614 |
| 4/20/2013 | Tiffany, on behalf of her minor child, S.H. Mitchell | 133640 |
| 4/20/2013 | Tiffany, on behalf of her minor child, T.H. Mitchell | 133618 |
| 4/20/2013 | Times Grill III, LLC | 133314 |
| 4/18/2013 | Timothy Ritchie | 131699 |
| 4/22/2013 | TJ's Corner Market, LLC | 134285 |
| 4/18/2013 | TNT Tanning LLC | 131715 |
| 4/20/2013 | Todd Plaisance | 133770 |

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/20/2013 | Tommy Berthelot | 133339 |
| 4/20/2013 | Tommy, on behalf of his minor child, D.B. Berthelot | 133697 |
| 4/20/2013 | Tommy, on behalf of his minor child, H.B. Berthelot | 133596 |
| 4/20/2013 | Tommy, on behalf of his minor child, K.B. Berthelot | 133700 |
| 4/18/2013 | Toms Welding Inc | 131716 |
| 4/22/2013 | Tony Martin | 134279 |
| 4/22/2013 | Tony Riley | 134304 |
| 4/20/2013 | Tony Vaughn | 133818 |
| 4/20/2013 | Tot Hoang | 133459 |
| 4/22/2013 | Totalcom International, Inc | 134345 |
| 4/22/2013 | Tracy Dufrene | 134251 |
| 4/20/2013 | Trademark Properties, B.B.A | 133813 |
| 4/22/2013 | Traffic Camera Reports, Inc | 134346 |
| 4/18/2013 | Transportation & Equipment Inc | 131717 |
| 4/20/2013 | Travis Marine, Inc | 133253 |
| 4/20/2013 | Travis Merrick | 133487 |
| 4/20/2013 | Travis Williams | 133554 |
| 4/19/2013 | Trent Mitchell | 133195 |
| 4/22/2013 | Tria, Inc | 134348 |
| 4/18/2013 | Trident Supply LLC | 131718 |
| 4/20/2013 | Trinity Insurance Services, Inc | 133252 |
| 4/19/2013 | Troy Foret | 132586 |
| 4/20/2013 | Troy Wise | 133822 |
| 4/20/2013 | Tuan Nguyen | 133753 |
| 4/21/2013 | Tuan Nguyen d/b/a Diamond Nails | 133883 |
| 4/20/2013 | Twin Princess, LLC | 133816 |
| 4/22/2013 | Two Brothers Lounge and Grill, LLC | 134277 |
| 4/20/2013 | Tyneika Martin | 133383 |
| 4/18/2013 | Tyrant Marine Offshore LLC | 131720 |
| 4/22/2013 | Ultra Light Flights, LLC | 134465 |
| 4/18/2013 | Union Credit Corporation of Abbeville LLC | 131721 |
| 4/22/2013 | United Electrical and Communication, LLC | 134275 |
| 4/22/2013 | UNR Hospitality, LLC | 134432 |
| 4/22/2013 | Upstrem Energy Capital, LLC | 134273 |
| 4/22/2013 | Uptown Gas Station Management, LLC | 134431 |
| 4/20/2013 | Vera Martin | 133399 |
| 4/20/2013 | Verna Johnston | 133470 |
| 4/22/2013 | Vetter Lumber Company, Inc | 134423 |
| 4/22/2013 | Vhores' Master Prints, Inc | 134349 |
| 4/22/2013 | Vince Viator | 134302 |
| 4/20/2013 | Vincent Tessitore Jr | 133542 |
| 4/20/2013 | Virgil Duncan | 133569 |
| 4/22/2013 | Virginia Sitter Service Corp. | 134271 |
| 4/22/2013 | Vishnu Enterprises, Inc | 134352 |
| 4/19/2013 | Vivid Tans LLC | 131723 |

EXHIBIT A

| Date Filed | Name from Eastern District Court filing | File Claim No. |
|---|---|---|
| 4/22/2013 | VJH Hospitality, LLC | 134354 |
| 4/22/2013 | Voodoo Fishing Charters, LLC | 134269 |
| 4/19/2013 | Wainwright & Boyer Land Services LLC | 131724 |
| 4/20/2013 | Wakisha Riley | 133581 |
| 4/21/2013 | Walter Birdsall Pharmacy, Inc. | 133885 |
| 4/19/2013 | Wayne Lacombe | 133076 |
| 4/22/2013 | Wayne Lacombe Jr. dba Lacombe Strategic Investments | 134299 |
| 4/20/2013 | Weiler & Rees, LLC | 133536 |
| 4/20/2013 | Whitco Pump & Equipment, LLC | 133315 |
| 4/19/2013 | Whitco Supply LLC | 131725 |
| 4/20/2013 | Whitney Ragas | 133780 |
| 4/22/2013 | William Carter | 134095 |
| 4/19/2013 | William Layton | 133114 |
| 4/22/2013 | William Lutz | 134028 |
| 4/18/2013 | Willie Rankin Jr | 131697 |
| 4/22/2013 | Wilton A. Guillory III, DC, LLC | 134262 |
| 4/22/2013 | X-Tra Space Storage, LLC | 134261 |
| 4/20/2013 | Yankee Enterprises, L.L.C. | 133823 |
| 4/20/2013 | Yvonda Barthelemy | 133407 |
| 4/20/2013 | Yvonda, on behalf of her minor child, D.A. 1 Barthelemy | 133735 |
| 4/20/2013 | Yvonda, on behalf of her minor child, D.A. 2 Barthelemy | 133743 |
| 4/20/2013 | Yvonda, on behalf of her minor child, D.A. 3 Barthelemy | 133734 |
| 4/20/2013 | Yvonda, on behalf of her minor child, Y.A. 1 Barthelemy | 133746 |
| 4/20/2013 | Yvonda, on behalf of her minor child, Y.A. 2 Barthelemy | 133749 |
| 4/20/2013 | Zackary Hardin | 133452 |
| 4/20/2013 | Zoran Nikolovski | 133826 |