IN RE: FLSA CLAIMS AGAINST: ]   COLLECTIVE ACTION
]
O'BRIENS, ET AL., ]
] **NOTICE OF CONSENT**
]

I consent to be a party plaintiff in an action to collect unpaid wages.

_____
Signature

_Gregory Thomas Allen_
Full Legal Name (print)

Exhibit 1