UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document refers to: Case No.: 2:10-cv-08888-CJB-SS | Honorable Carl J. Barbier |
| Rec. Doc. No. 84809 | Magistrate Judge Shushan |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record for Republic New Orleans, LLC ,

IT IS HEREBY ORDERED that Charles H. Abbott of Cotten Schmidt & Abbott, LLP, is added as additional counsel of record for Republic New Orleans, LLC in the above-entitled and numbered cause of action.

New Orleans, Louisiana, this 23rd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

1