UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) | MDL NO. 2179<br><br>SECTION : J |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE CARL J. BARBIER |
| Case No. 2:12-CV-00702 ) ) | MAGISTRATE SALLY SHUSHAN |

### EX-PARTE MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Rene Roussell, who respectfully represents that on or about May 9, 2012, defendant BP Exploration and Production, Inc., was dismissed from this litigation, without prejudice; and that it has since come to counsel's attention that the said dismissal was improvidently sought; and that plaintiff now desires to reinstate the said BP Exploration and Production, Inc. as a party defendant, and to add an additional allegation to his complaint regarding his opt-out status to the class settlement that was confected in that case styled "In re: Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf of Mexico, On April 20, 2010", case no. 2:10-md-02179-CJB-SS, now pending before this Honorable Court. There is no objection to this amendment.

**RESPECTFULLY SUBMITTED BY:**

/s/ Ronna M. Steele
**RONNA STEELE (#20006)**
301 Huey P. Long Ave.
Gretna, LA 70053
Telephone (504) 366-3475
Fax: 504-361-4752
Attorney for Rene Roussell

1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24nd day of April, 2013, served a copy of the foregoing pleading on counsel for all parties to this litigation, upon all parties if unrepresented, and upon all known interested parties by mailing the same by United States mail, properly addressed, and first class postage prepaid, via certified mail, and/or via this Court's CM/ECF system where possible and/or practical.

*Ronna M. Steele*