UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010** | ) ) ) ) | **MDL NO. 2179** <br><br> **SECTION : J** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | **JUDGE CARL J. BARBIER** |
| Case No. 2:12-CV-00702 | ) ) | **MAGISTRATE SALLY SHUSHAN** |

## ORDER

**CONSIDERING** the above and foregoing;

**IT IS ORDERED** that plaintiff Rene Roussell be, and hereby is, granted leave to file his First Supplemental and Amended Complaint.

New Orleans, LA this _____ day of _____, 2013

_____
JUDGE