UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION : J |
| THIS DOCUMENT RELATES TO: | JUDGE CARL J. BARBIER |
| Case No. 2:12-CV-00702 | MAGISTRATE SALLY SHUSHAN |

### FIRST AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Rena Roussell, who respectfully represents that he desires to amend his original complaint filed on March 14, 2011, in the following respects:

1.

By adding an additional paragraph, to be designated paragraph eighteen (18), to read as follows:

"18.

Plaintiff avers that he has opted out of the master class settlement(s) approved in that case styled "In re: Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf of Mexico, On April 20, 2010", case no. 2:10-md-02179-CJB-SS, now pending before this Honorable Court."

**WHEREFORE** Rene Roussell respectfully prays that his original complaint be amended in the above particulars, that defendant BP Exploration and Production, Inc. Canal Barge Company, Inc. be duly cited and served with a copy of the Complaint as amended, and that after due proceedings are had there be judgment rendered herein in favor of plaintiff and against

1

defendants, PIE Offshore, LLC, Danos and Curole Marine Staffing, LLC and BP Exploration and Production, Inc., in an amount sufficient to adequately compensate your plaintiff for his damages together with legal interest thereon from date of judicial demand until paid, for all costs of this suit and for all general and equitable relief.

                                                 **RESPECTFULLY SUBMITTED BY:**

                                                 */s/Ronna M. Steele*
                                                 **RONNA M. STEELE (#20006)**
                                                 301 Huey P. Long Avenue
                                                 Gretna, LA  70053
                                                 Telephone:  (504) 366-3475
                                                 Attorney for Rene Roussell
                                                 Email: *rsteele@usagulf.com*

PLEASE SERVE:

| | |
|---|---|
| Danos and Curole Marine Staffing, LLC<br>through its authorized agent for service of process<br>Janell Ledet<br>13083 Hwy 308<br>Larose, LA 70373 | **ALL PLEADINGS** |
| and | |
| BP Exploration and Production, Inc.<br>Through its authorized agent for service of process<br>CT Corporation System<br>5615 Corporate Blvd<br>Ste. 400B<br>Baton Rouge, LA 70808 | **ALL PLEADINGS** |