UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:11-cv-01317 | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

### MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT[1]

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Delacroix Corporation ("Delacroix"), who respectfully requests leave of Court to submit its First Supplemental and Amended Complaint. After removal from State court, this matter was consolidated with other similar cases and assigned to MDL No. 2179. Pursuant to Pre-trial Order No. 11 (R. Doc. 3-1), this Court ordered that a master complaint be filed on behalf of all plaintiffs bundled in the category of non-governmental economic losses and property damage. Said master complaint was filed and amended, and Defendants responded by filing "the BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages" in MDL No. 2179. (R. Doc. 6453 in MDL 2179). In abundance of caution, and in compliance with Rule 15 of the Federal Rules of Civil Procedure, Delacroix requests leave to file its First Supplemental and Amended Complaint.

WHEREFORE, Delacroix Corporation prays that this Honorable Court grant it leave and permit the filing into the record of its First Supplemental and Amended Complaint.

---

[1] This document was originally filed on April 19, 2013, and is being resubmitted to cure a deficiency with the caption pursuant to this Court's April 22, 2013 Notice of Deficient Document.

1

Respectfully submitted:

/s/ Melinda Benge Brown
MELINDA BENGE BROWN (#26220)
DONNA M. BORRELLO (#16817)
LAURIN M. JACOBSEN (#32164)


206 Decatur Street
New Orleans, Louisiana 70130
Telephone: (504) 595-6191
Facsimile: (504) 595-6192
Email: mbbrown@delacorixcorp.com

AND

/s/ Robert E. Couhig, Jr.
Robert E. Couhig, Jr. (#4439)
Lisa L. Maher (#21326)
Jonathan P. Lemann (# 26830)

Couhig Partners, L.L.C.
3250 Energy Centre • 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 588-1288
Facsimile: (504) 588-9750
Email: couhigre@couhigpartners.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all counsel of record through this Court's electronic case filing system and through Lexis Nexis File and Serve on this 24th day of April 2013.

/s/ Robert E. Couhig, Jr.
Robert E. Couhig, Jr.