UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:11-cv-01317 | * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

## ORDER

**IN CONSIDERATION OF** the foregoing Motion for Leave to File Delacroix Corporation's First Supplemental and Amended Complaint;

**IT IS HEREBY ORDERED** that Delacroix Corporation's Motion for Leave be and is hereby **GRANTED**, and that Delacroix Corporation's First Supplemental and Amended Complaint be and is hereby filed into the record of this Court.

New Orleans, Louisiana, this _____ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE