UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG        *        MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010   *         SECTION J

THIS DOCUMENT RELATES TO            *        JUDGE BARBIER
CIVIL ACTION NO.  2:11-cv-01317

                                                         *        MAGISTRATE JUDGE SHUSHAN
_____

## **ORDER**

In consideration of Delacroix Corporation's Ex Parte Motion to Enroll Additional

Counsel of Record and Request for Notice;

IT IS ORDERED that Robert E. Couhig, Jr., Lisa L. Maher, and Jonathan P. Lemann of

the law firm of Couhig Partners, L.L.C. are enrolled as additional counsel of record on behalf of

Delacroix Corporation in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____ 2013.


                                        _____
                                        DISTRICT JUDGE