UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>10-8888, 10-2771 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Multiple motions to withdraw the Dugan Law Firm APLC as counsel of record are before the Court (Rec. Docs. 9105, 9120-9130, 9132, 9133).

**IT IS ORDERED** that the motions are **GRANTED** and the Dugan Law Firm, APLC is hereby withdrawn as counsel for the following plaintiffs/claimants:

| Plaintiff/Claimant | Address | Rec. Doc. of Motion | Rec. Doc. of Short Form Joinder (10-8888) |
|---|---|---|---|
| Barrett J. Taylor | 518 Kershaw Street, Calhoun Falls, SC 29628 | 9105 | 63716 |
| Patrick Jackson | 3760 Victoria Dr. Troy, MI 48083 | 9120 | 72071 |
| Ronald Scott Smith | 1406 Brooke St. Houma, LA 70363 | 9121 | 72042 |
| Chinatown, Inc. | 602 West One 58th St. Galliano, LA 70354 | 9122 | 72235 |
| She Buys, LLC | 602 West One 58th St. Galliano, LA 70354 | 9123 | 72022 |
| She Sells, LLC | 602 West One 58th St. Galliano, LA 70354 | 9124 | 72039 |

| | | | |
|---|---|---|---|
| Nicole Lombas & Associates, LLC/Century 21 | 17750 Highway 3235 Galliano, LA 70354 | 9125 | 72088 |
| Nicole Lombas Rentals, LLC | 602 West One 58th St. Galliano, LA 70354 | 9126 | 72091 |
| Tyler Hatch | 104 Beth Ann Ave. Montegut, LA 70377 | 9127 | 72065 |
| Wade Hatch | 104 Beth Ann Ave. Montegut, LA 70377 | 9128 | 68745 |
| Nicole Lombas | 602 West One 58th St. Galliano, LA 70354 | 9129 | 72076 |
| Michael Smith | 314 R.J. Drive Chauvin, LA 70344 | 9130 | 63788 |
| Melina Smith | 314 R.J. Drive Chauvin, LA 70344 | 9132 | 63775 |
| Grand Isle Seafood Company | 602 West One 58th St. Galliano, LA 70354 | 9133 | 72193 |

**NOTE:** In future filings in this MDL, counsel will file a single, omnibus motion whenever possible, as opposed to multiple motions that seek identical or similar relief.

Signed in New Orleans, Louisiana, this 23rd day of April, 2013.

_____
United States District Judge

2