UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * | Civil Action No. 10-2771 MDL No. 2179 |
| THIS DOCUMENT RELATES TO: IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | Section: J |

## ORDER

**CONSIDERING** CLAIMANTS Harrington Mobile Properties, LLC, Robert Harrington, Susan H. Hudson, Brian Harrington, Virginia Henderson Robinson, LLC, Melanie Henderson, Bob Henderson, John Henderson, and Richard Henderson's Motion for Leave to File an Answer and Claim in the Limitation beyond the monition date:

**IT IS ORDERED** that Claimants be and are hereby granted leave to file an Answer and Claim in the Limitation.

**SIGNED** in New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**U.S. District Court Judge**