UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * | Civil Action No. 10-2771 MDL No. 2179 |
| THIS DOCUMENT RELATES TO: IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | Section: J |

_____

**ORDER**

CONSIDERING CLAIMANTS Norman Walton, Dusty Walton, McInnis Bay Properties, LLC, Jeb Hughes, Karen Hughes, Timothy James, Angela James, C. Sheldon Whittelsey, IV, Anne Whittelsey, Joseph Dzwonkowski, III, Taylor Dzwonkowski, Clifton Morrissette, Jr., Hiram Morrissette, III, Lynn Morrissette, Seline Morrissette by and through her next friend Clifton Morrissette, Thomas Morrissette, and William Morrissette's Motion for Leave to File an Answer and Claim in the Limitation beyond the monition date:

**IT IS ORDERED** that Claimants be and are hereby granted leave to file an Answer and Claim in the Limitation.

**SIGNED** in New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**U.S. District Court Judge**