AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BP American Production Company, Inc.__
was received by me on *(date)* __4-22-13__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Trevor Garoutte, CT Corporation__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __BP American
Production Company, Inc.__ on *(date)* __4-22-13__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4-22-13__

_____
Server's signature

__Alexander Guinn    Courier__
Printed name and title

__701 Main St. Baton Rouge, LA 70802__
Server's address

Additional information regarding attempted service, etc: