UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION |
| RELATES TO CASE NO: 2:12-cv-02338 KOLIAN, et al vs. BP EXPLORATION & PRODUCTION INC., et al | * * * | MAGISTRATE |

* * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing motion:

IT IS ORDERED by the Court that Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P. be withdrawn as counsel of record for Falck Alford a/k/a Falck Alford Holding Company, Inc.

NEW ORLEANS, LOUISIANA, this 23rd day of April, 2013.

_____
United States District Judge