IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>Civil No. 2:10-cv-03104-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

THIS MATTER comes before the Court on David C. Rash's and David C. Rash, P.A.'s Motion to Withdraw as Counsel for the Plaintiff, Woods Fisheries, Inc., in tag-along case *Woods Fisheries, Inc. v. BP, p.l.c., et al.*, Case No. 2:10-cv-03104 transferred to this Honorable Court from the Northern District of Florida. The Court having reviewed the motion and determined there is good cause for same, it is hereby

**ORDERED and ADJUDGED** that David C. Rash's and David C. Rash, P.A.'s motion is **GRANTED** and are withdrawn as counsel for Woods Fisheries, Inc. effective Mach 8, 2013. The Clerk of Court is directed to remove David C. Rash and David C. Rash, P.A. as counsel of record for the Plaintiff, Woods Fisheries, Inc. in *Woods Fisheries, Inc. v. BP, p.l.c., et al.*, Case No. 2:10-cv-03104.

New Orleans, Louisiana this 23rd day of April, 2013.

_____
United States District Judge