UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | * | |
| | * | SECTION J |
| THIS DOCUMENT RELATES: | * | |
| | * | JUDGE BARBIER |
| Civil Action No. 2:10-cv-2795 | * | |
| Corliss Gallo, et al v. BP PC, et al. | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

## NOTICE OF APPEARANCE

Steven L. Nicholas of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as counsel for Plaintiff Retreat Investments, Inc.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS  (NICHS2021)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 24, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

                */s/ Steven L. Nicholas*
                STEVEN L. NICHOLAS