**U.S. Department of Justice** 
United States Marshals Service

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| **Identity and address of the applicant**<br>*Identité et adresse du requérant* | **Address of receiving authority**<br>*Adresse de l'autorité destinataire* |
|---|---|
| Clerk of Court<br>U.S. District Court<br>500 Poydras Street<br>Room C-151<br>New Orleans, LA 70130 | Obergericht Zug<br>Rechtshilfe<br>Kirchenstrasse 6<br>Postfach 760<br>6301 Zug |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
   **(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
   *(identité et adresse)*

   Triton Asset Leasing GmBH
   Turmstrasse 30
   6300 Zug

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

   Complaint
   Summons in a Civil Action

Done at _____, the _____
*Fait à                              , le*

Signature and/or stamp
*Signature et/ou cachet*

*Delete if inappropriate
 *Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
   -- the (date) -- *le (date)* _____
   -- at (place, street, number) - *à (localité, rue, numéro)*
   _____

   -- in one of the following methods authorized by article 5:
   -- *dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
      *b) selon la forme particulière suivante:* _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

   - (identity and description of person)
   - *(Identité et qualité de la personne)*
   _____

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
   _____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:   Done at _____, the _____
*Le cas échéant, les documents justificatifs de l'exécution:*   *Fait à*                              *, le*

_____   Signature and/or stamp
_____   *Signature et/ou cachet*
                                          _____

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160, Montgomery, AL 36103-4160

**Particulars of the parties:**
*Identité des parties:*

**JUDICIAL DOCUMENT**
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* Initiation of a civil lawsuit setting forth a claim for relief from damages caused, or wrongful conduct, by the Defendant.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Civil proceeding setting forth a claim for relief.

**Date and place for entering appearance:**
*Date et lieu de la comparution:* Place - U.S. District Court that action is filed in
Date is 21 days from the service of the Summons and Complaint.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*
U.S. District Court

**Dale of judgment**:**
*Date de la décision:*
N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*
See Attached Summons and Complaint

**EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*