UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| **THIS DOCUMENT APPLIES TO:** | **JUDGE BARBIER** |
| *All Cases and 2:10-CV-09999-CJB-SS*<br>_____ / | **MAGISTRATE JUDGE SHUSHAN** |

### EXHIBIT "A" - JEFFERSON PARISH SERVICE DISTRICTS AND POLITICAL SUBDIVISIONS

1. [Doc. 440]  Jefferson Parish, Louisiana (East and West Bank of Parish)
   Governing Authority-Jefferson Parish Council
   Alimony
   Library
   Health Unit
   Juvenile Detention Home
   Court & Judicial Comm.
   Transportation System
   Transportation System- Disabled
   Exempted Municipalities

2. [Doc. 441]  Ambulance Service District No. 2 of the Parish of Jefferson, State of Louisiana
   **(Grand Isle, Cheniere Camanada, and Grand Terre on West Bank of Parish)**
   Governing Authority- Jefferson Parish Council

3. [Doc. 442]  Community Center and Playground District No. 16 of the Parish of Jefferson, State of Louisiana (**Grand Isle/Cheniere Caminada**)
   Governing Authority- Jefferson Parish Council

4. [Doc. 443]  Consolidated Drainage District No. 2 of the Parish of Jefferson, State of Louisiana
   **(East and West Bank Incorporated Areas Including Lafitte)**
   Governing Authority- Jefferson Parish Council

5. [Doc. 444]  Consolidated Garbage District No. 1 of the Parish of Jefferson, State of Louisiana
   **(East and West Banks Unincorporated Areas, Lafitte)**
   Governing Authority- Jefferson Parish Council

6. [Doc. 445] Consolidated Jefferson Recreation and Community Center and Playground District of the Parish of Jefferson, State of Louisiana ( **Parishwide**)
Governing Authority- Jefferson Parish Council

7. [Doc. 446] Consolidated Sewerage District No. 1 of the Parish of Jefferson, State of Louisiana
**(East and West Bank of Parish Unincorporated Areas**)
Governing Authority- Jefferson Parish Council

8. [Doc. 447] Consolidated Waterworks District No. 1 of the Parish of Jefferson, State of Louisiana
**(East & West Bank Unicor Parish, Harahan, Kenner**)
Governing Authority- Jefferson Parish Council

9. [Doc. 448] East Bank Consolidated Special Service Fire Protection District of Jefferson Parish
**(East Bank of Parish Unincorporated Areas**)
Governing Authority- Jefferson Parish Council

10. [Doc. 449] Fire Protection District No. 3 of the Parish of Jefferson, State of Louisiana
**(East Bank of Parish- Harahan)**
Governing Authority- Jefferson Parish Council

11. [Doc. 450] Fire Protection District No. 4 of the Parish of Jefferson, State of Louisiana
**(West Bank of Parish- Lafitte, Barataria, Crown Point)**
Governing Authority- Jefferson Parish Council

12. [Doc. 451] Fire Protection District No. 5 of the Parish of Jefferson, State of Louisiana
**(West Bank of Parish Unincorporated Areas- Harvey)**
Governing Authority- Jefferson Parish Council

13. [Doc. 452] Fire Protection District No. 6 of the Parish of Jefferson, State of Louisiana
**(West Bank of Parish Unincorporated Areas- Gretna)**
Governing Authority- Jefferson Parish Council

14. [Doc. 453] Fire Protection District No. 7 of the Parish of Jefferson, State of Louisiana
**(West Bank of Parish Unincorporated Areas- Avondale**)
Governing Authority- Jefferson Parish Council

15. [Doc. 454] Fire Protection District No. 8 of the Parish of Jefferson, State of Louisiana
**(West Bank of Parish Unincorporated Areas- Marrero)**
Governing Authority- Jefferson Parish Council

16. [Doc. 455] Fire Protection District No. 9 of the Parish of Jefferson, State of Louisiana
 **(Grand Isle, Grand Terre, Cheniere Caminada)**
 Governing Authority- Jefferson Parish Council

17. [Doc. 456] Jefferson Parish Sales Tax District **(Parishwide)**
 Governing Authority- Jefferson Parish Council

18. [Doc. 457] Jefferson Parish Special Services Special District **(East and West Bank, Lafitte)**
 Governing Authority- Jefferson Parish Council

19. [Doc. 458] Jefferson Parish Consolidated Road Lighting District
 **(East and West Bank of Parish Unincorporated Areas)**
 Governing Authority- Jefferson Parish Council

20. [Doc. 459] Road Lighting District No. 7 of the Parish of Jefferson, State of Louisiana
 **(West Bank of Parish Town of Grand Isle)**
 Governing Authority- Jefferson Parish Council

21. [Doc. 460] Subdistrict No. 1 of Consolidated Recreation/Community Center/Playground District No.2 of the Parish of Jefferson, State of Louisiana **(West Bank-Marrero)**
 Governing Authority- Jefferson Parish Council

22. [Doc. 461] The City of Kenner and its political subdivisions, departments and service districts
 **(Incorporated Municipality On East Bank of Parish)**
 Fire Department
 Garbage Collection- Disposal
 Streets

23. [Doc. 462] New Orleans International Airport Sales Tax District **(Airport Boundaries)**
 Governing Authority- Kenner City Council

24. [Doc. 463] Consolidated Sewerage District of the City of Kenner, Parish of Jefferson, State of Louisiana
 **(City of Kenner East Bank Jefferson Parish)**
 Governing Authority- Kenner City Council

25. [Doc. 464] Newell Norman, Sheriff of Jefferson Parish **(Parishwide)**
 Governing Authority- Newell Norman, Sheriff

26. [Doc. 465] Law Enforcement District Of Jefferson Parish (**Parishwide and Municipalities**)
Governing Authority- Sheriff Newell Norman

27. [Doc. 466] Dr. Gerald "Gerry" Cvitanovich- Jefferson Parish Coroner **(Parishwide)**
Governing Authority- Dr. Cvitanovich

28. [Doc. 467] All other service district and/or special service districts of the Parish of Jefferson or City of Kenner which received sales tax and/or property taxes in 2010.