UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:11-cv-01317 | * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

In consideration of Delacroix Corporation's Ex Parte Motion to Enroll Additional Counsel of Record and Request for Notice;

IT IS ORDERED that Robert E. Couhig, Jr., Lisa L. Maher, and Jonathan P. Lemann of the law firm of Couhig Partners, L.L.C. are enrolled as additional counsel of record on behalf of Delacroix Corporation in the above-captioned matter.

As to the request that newly-enrolled counsel be added to the Court's e-filing notification system, Counsel is directed to and shall comply with Pretrial Order 12 (Rec. Doc. 600), regarding electronic service in MDL 2179.

New Orleans, Louisiana this 24th day of April, 2013.

_____
United States District Judge