UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

On March 20, 2013, the Court orally granted M-I, LLC's ("M-I") motion for judgment on partial findings under Fed. R. Civ. P. 52(c) (Rec. Doc. 8919) and dismissed all claims against M-I, including third-party claims and cross-claims. (Minute Entry, Rec. Doc. 8969). On April 3, 2013, the Court orally granted Cameron International Corporation's ("Cameron") motion for judgment on partial findings under Fed. R. Civ. P. 52(c) (Rec. Doc. 9024) and dismissed all claims against Cameron, including third-party claims and cross-claims. (Minute Entry, Rec. Doc. 9136; *see also* Rec. Doc. 8969, *supra* (orally dismissing claims for punitive damages against Cameron)). In light of these rulings,

**IT IS ORDERED** that the following motions are **DENIED AS MOOT**:

   Cameron's consolidated motion to dismiss or motion for judgment on the pleadings with respect to the Bundle A pleadings (Rec. Doc. 1154);

   M-I's motions to dismiss various cases in Bundle A (Rec. Doc. 1593 (re: 10-1502); Rec. Doc. 1595 (re: 10-3168); Rec. Doc. 1601 (re: 11-263); Rec. Doc. 1645 (re: 10-3168));

   M-I's motions to dismiss various cross-claims, counter-claims, and third-party claims by Transocean (Rec. Doc. 2520 (re: 10-2771); Rec. Doc. 2836 (re: 10-4536)) **and** Transocean's related motion for leave to file sur-reply (Rec. Doc. 4606);

   Cameron's motion to strike and/or dismiss BP's rule 14(c) tender (Rec. Doc. 2894);

    M-I's motion to dismiss cross-claims by Halliburton (Rec. Doc. 4044);

    M-I's motion for summary judgment on punitive damages, gross negligence, and willful misconduct claims (Rec. Doc. 5363);

    M-I's motion to join in and adopt certain arguments by Weatherford and M-I's motion for judgment on the pleadings (Rec. Doc. 5364);

**FURTHER ORDERED** that Cameron's evidentiary objections during the Phase One trial (Rec. Docs. 8594, 9026, 9027) are, for similar reasons, **DENIED AS MOOT**.

    Signed in New Orleans, Louisiana, this 24rd day of April, 2013.

                                                                                                 United States District Judge