IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section J |
| This documents relates to:<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now comes Eagle Marine Services, Inc., who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

In Re: Oil Spill by the Oil rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010 – MDL No. 2179
2:10-CV-08888-CJB-SS

        5.      No prejudice will result from the acceptance of the late filed Short Form Joinders of Eagle Marine Servicves, Inc. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimant respectfully requests that the Court grant Movant's Motion for Acceptance of Short Form Joinders filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinder as timely filed.

        Respectfully submitted:

_____
William B. Weatherly,
WeatherlyWilliams, PLLC
2000 East Pass Road
Gulfport, MS  39507
Telephone: 228-896-0811
Facsimile:  601-896-2993
wbw@weatherlywilliams.com

In Re: Oil Spill by the Oil rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010 – MDL No. 2179
2:10-CV-08888-CJB-SS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File and Serve to all counsel of record.

William B. Weatherly
WeatherlyWilliams, PLLC
LaSB# 17393
2000 East Pass Road
Gulfport, MS 39507
Telephone: 228-896-0811
Facsimile: 601-896-2993
wbw@weatherlywilliams.com