IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section J |
| This documents relates to:<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW COMES Claimant, Eagle Marine Services, Inc., who files this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline. This Claimant seeks this Honorable court's permission to accept Claimant's late filed claims in the limitation proceeding for the following reasons:

1. Claimant contacted counsel after the Court-established deadline of September 16, 2011, seeking assistance for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because Claimant was unaware of the court-established deadlines, or had not yet fully realized its damages, they did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

In Re: Oil Spill by the Oil rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010 – MDL No. 2179
2:10-CV-08888-CJB-SS

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) 9"[S]o long as rights of the parties are not adversely affected, the Court will freely grant permission to file late claims"); In re Gladiator Marine, Inc., No. 98-2037, 1999 WL 378121 (ED. La. June 7, 1999) 9citing *Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir, 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

5. Limitation has not been determined; and there is no prejudice to the limiting parties or other defendants.

For these reason, Claimant respectfully request that the Court accept its late filed short form and grant the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline.

Respectfully submitted:

William B. Weatherly
WeatherlyWilliams, PLLC
2000 East Pass Road
Gulfport, MS  39507
Telephone: 228-896-0811
Facsimile:  601-896-2993
wbw@weatherlywilliams.com

In Re: Oil Spill by the Oil rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010 – MDL No. 2179
2:10-CV-08888-CJB-SS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File and Serve to all counsel of record.

*/s/ William B. Weatherly*

WILLIAM B. WEATHERLY, ESQ.

PREPARED BY:

William B. Weatherly
WeatherlyWilliams, PLLC
2000 East Pass Road
Gulfport, MS  39507
Telephone: 228-896-0811
Facsimile:  601-896-2993