# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Lundy, Harold | 04/12/13 | 128711 |
| Cady, Marilyn | 04/15/13 | 129254 |
| DePascal, David G. | 04/15/13 | 129423 |
| Entwisle, Michael A. Jr. | 04/16/13 | 129683 |
| Bleser, Howard L. | 04/16/13 | 129712 |
| Ron Enslen & Associates | 04/16/13 | 129715 |
| SeaHunter, Inc. | 04/16/13 | 129716 |
| Jackson, Zena B. | 04/16/13 | 129723 |
| Bent Marine, Inc. | 04/16/13 | 129752 |
| Bent, Gregory | 04/16/13 | 129753 |
| Bent, Brian | 04/16/13 | 129754 |
| Bent's RV Rendezvous, LLC | 04/16/13 | 129755 |
| Bent's Classic Homes, LLC | 04/16/13 | 129756 |
| Miss Becky Seafood Inc. | 04/17/13 | 130046 |
| Thornton, George Alden IV | 04/17/13 | 130134 |
| Spellberg, Victor | 04/17/13 | 130137 |
| Angeron, Adrian Lee | 04/17/13 | 130492 |
| Pruitt, Robert Thomas | 04/17/13 | 130502 |
| Wranglers of the Sea Productions, LLC | 04/18/13 | 130778 |
| Freyou, Dexter | 04/18/13 | 130781 |
| Johnson, Stephanie R. | 04/18/13 | 130783 |
| McLaurin, David C. | 04/18/13 | 130900 |
| Boat World of Florida, Inc. | 04/18/13 | 131099 |
| Concept Boats, Inc. | 04/18/13 | 131100 |
| Doller Offshore Marine Trading, Inc. | 04/18/13 | 131110 |
| LMC Marine Center, Inc. | 04/18/13 | 131111 |
| Henley's Custom Marine, Inc. | 04/18/13 | 131117 |
| MCBC Hydra Boats, LLC | 04/18/13 | 131119 |
| Flachbart, Kurt J. | 04/18/13 | 131121 |
| Sunsation Products, Inc. | 04/18/13 | 131124 |
| Bahama Boat Works, LLC | 04/18/13 | 131128 |
| Konrad Marine, Inc. | 04/18/13 | 131152 |
| Konrad, Kathleen M. | 04/18/13 | 131154 |
| Street, David | 04/18/13 | 131266 |
| John Street and Associates, Inc. | 04/18/13 | 131286 |
| Street, John | 04/18/13 | 131288 |
| Cape Property Partnership, LLC | 04/18/13 | 131318 |
| BioMarine Technologies, Inc. | 04/18/13 | 131325 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Gulf Marine Institute of Technology | 04/18/13 | 131331 |
| Kety Enterprises, LLC d/b/a Wow Cafe & Wingery | 04/18/13 | 131370 |
| Network Paging Corporation of Tennessee | 04/18/13 | 131437 |
| Marserve, Inc. | 04/18/13 | 131441 |
| Metcalf, Charles E. Jr. | 04/18/13 | 131446 |
| Konrad, Kenneth H. | 04/18/13 | 131560 |
| American Marine Sports, LLC | 04/18/13 | 131561 |
| Blackwood Boats, LLC | 04/18/13 | 131564 |
| Maritec Industries, Inc. | 04/18/13 | 131567 |
| The Boat Show, Inc. | 04/18/13 | 131585 |
| Tobin, Paul | 04/18/13 | 131662 |
| Ferguson, Sherrie R. | 04/18/13 | 131663 |
| Lang, Alan J. | 04/18/13 | 131664 |
| Potts, Gloria Dianne | 04/18/13 | 131665 |
| Potts, Steven E. | 04/18/13 | 131666 |
| Potts, Steven E. II | 04/18/13 | 131667 |
| Scout Boats, Inc. | 04/18/13 | 131668 |
| Messer, Brian S. | 04/18/13 | 131674 |
| P & J Oyster Company, Inc. | 04/18/13 | 131675 |
| Sunseri, Salvador Blake | 04/18/13 | 131679 |
| Palafox Pier & Yacht Harbour Condominiums, Inc. | 04/18/13 | 131682 |
| Taylor, Phillip | 04/19/13 | 131760 |
| Richard, Louis | 04/19/13 | 131773 |
| Leone, Marcus John | 04/19/13 | 131775 |
| Smith, Derrick Renardo | 04/19/13 | 131777 |
| Hall, Lewis William | 04/19/13 | 131779 |
| John E. H. Street Family Trust | 04/19/13 | 131839 |
| Davis, Quentin | 04/19/13 | 131846 |
| Cox Marketing Group, Inc. | 04/19/13 | 131952 |
| Fred Lake Ltd. | 04/19/13 | 131987 |
| Offshore Surveyors, LLC | 04/19/13 | 131989 |
| Cutsuries, Anthony G. | 04/19/13 | 132204 |
| Hardison, David Earl | 04/19/13 | 132207 |
| Fountain Powerboat Industries, Inc. | 04/19/13 | 132208 |

Order on Motion for Acceptance of Limitations Short Form Joinders
     Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Balderson, Ryan P. | 04/19/13 | 132260 |
| Seafox Boat Company, Inc. | 04/19/13 | 132404 |
| DeBar, Jeffrey S. | 04/19/13 | 132406 |
| Nemeth, Christopher Ryan | 04/19/13 | 132411 |
| Renken, Frederick H. | 04/19/13 | 132415 |
| Green, Randal K. | 04/19/13 | 132418 |
| South Central Sales & Associates, LP | 04/19/13 | 132423 |
| Stainless Marine, Inc. | 04/19/13 | 132430 |
| Schmid, Jerry | 04/19/13 | 132465 |
| DeBellis, John A. | 04/19/13 | 132470 |
| North American Distribution, Inc. | 04/19/13 | 132477 |
| Torino, John A. | 04/19/13 | 132649 |
| MCBC Hydra Boats, LLC | 04/19/13 | 132971 |
| Four Winns, LLC | 04/19/13 | 132975 |
| Glastron, LLC | 04/19/13 | 132980 |
| Rec Boat Holdings, LLC | 04/19/13 | 132985 |
| Wellcraft, LLC | 04/19/13 | 132988 |
| Champion Boats, LLC | 04/19/13 | 132992 |
| Fishing Holdings, LLC | 04/19/13 | 132994 |
| Ranger Boats, LLC | 04/19/13 | 132997 |
| Stratos Boats, LLC | 04/19/13 | 132998 |
| Triton Boats, LLC | 04/19/13 | 133000 |
| MasterCraft Boat Company, LLC | 04/19/13 | 133003 |
| Elkins, Annie P. | 04/22/13 | 134164 |