**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

In Re:  Oil Spill by the Oil Rig "Deepwater          *          MDL No. 2179
Horizon" in the Gulf of Mexico, on                   *
April 20, 2010                                       *          Section:  J
                                                     *
      This document relates to:                      *          JUDGE BARBIER
      2:10-cv-08888-CJB-SS                            *          MAGISTRATE JUDGE SHUSHAN
                                                     *
_____ *

**ORDER**

        Considering the Motion for Acceptance of Short Form Joinders Beyond the September

16, 2011 Deadline and Supporting Memorandum of Law:

        IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the

September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the

Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be

considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as

joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial

orders Nos. 24 and 25.

        Signed this _____ day of _____, 2013.


                                        _____
                                        HONORABLE CARL J. BARBIER
                                        U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Lundy, Harold | 04/12/13 | 128711 |
| Cady, Marilyn | 04/15/13 | 129254 |
| DePascal, David G. | 04/15/13 | 129423 |
| Entwisle, Michael A. Jr. | 04/16/13 | 129683 |
| Bleser, Howard L. | 04/16/13 | 129712 |
| Ron Enslen & Associates | 04/16/13 | 129715 |
| SeaHunter, Inc. | 04/16/13 | 129716 |
| Jackson, Zena B. | 04/16/13 | 129723 |
| Bent Marine, Inc. | 04/16/13 | 129752 |
| Bent, Gregory | 04/16/13 | 129753 |
| Bent, Brian | 04/16/13 | 129754 |
| Bent's RV Rendezvous, LLC | 04/16/13 | 129755 |
| Bent's Classic Homes, LLC | 04/16/13 | 129756 |
| Miss Becky Seafood Inc. | 04/17/13 | 130046 |
| Thornton, George Alden IV | 04/17/13 | 130134 |
| Spellberg, Victor | 04/17/13 | 130137 |
| Angeron, Adrian Lee | 04/17/13 | 130492 |
| Pruitt, Robert Thomas | 04/17/13 | 130502 |
| Wranglers of the Sea Productions,  LLC | 04/18/13 | 130778 |
| Freyou, Dexter | 04/18/13 | 130781 |
| Johnson, Stephanie R. | 04/18/13 | 130783 |
| McLaurin, David C. | 04/18/13 | 130900 |
| Boat World of Florida, Inc. | 04/18/13 | 131099 |
| Concept Boats, Inc. | 04/18/13 | 131100 |
| Doller Offshore Marine Trading, Inc. | 04/18/13 | 131110 |
| LMC Marine Center, Inc. | 04/18/13 | 131111 |
| Henley's Custom Marine, Inc. | 04/18/13 | 131117 |
| MCBC Hydra Boats, LLC | 04/18/13 | 131119 |
| Flachbart, Kurt J. | 04/18/13 | 131121 |
| Sunsation Products, Inc. | 04/18/13 | 131124 |
| Bahama Boat Works, LLC | 04/18/13 | 131128 |
| Konrad Marine, Inc. | 04/18/13 | 131152 |
| Konrad, Kathleen M. | 04/18/13 | 131154 |
| Street, David | 04/18/13 | 131266 |
| John Street and Associates, Inc. | 04/18/13 | 131286 |
| Street, John | 04/18/13 | 131288 |
| Cape Property Partnership, LLC | 04/18/13 | 131318 |
| BioMarine Technologies, Inc. | 04/18/13 | 131325 |

Order on Motion for Acceptance of Limitations Short Form Joinders
Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Gulf Marine Institute of Technology | 04/18/13 | 131331 |
| Kety Enterprises, LLC d/b/a Wow Cafe & Wingery | 04/18/13 | 131370 |
| Network Paging Corporation of Tennessee | 04/18/13 | 131437 |
| Marserve, Inc. | 04/18/13 | 131441 |
| Metcalf, Charles E. Jr. | 04/18/13 | 131446 |
| Konrad, Kenneth H. | 04/18/13 | 131560 |
| American Marine Sports, LLC | 04/18/13 | 131561 |
| Blackwood Boats, LLC | 04/18/13 | 131564 |
| Maritec Industries, Inc. | 04/18/13 | 131567 |
| The Boat Show, Inc. | 04/18/13 | 131585 |
| Tobin, Paul | 04/18/13 | 131662 |
| Ferguson, Sherrie R. | 04/18/13 | 131663 |
| Lang, Alan J. | 04/18/13 | 131664 |
| Potts, Gloria Dianne | 04/18/13 | 131665 |
| Potts, Steven E. | 04/18/13 | 131666 |
| Potts, Steven E. II | 04/18/13 | 131667 |
| Scout Boats, Inc. | 04/18/13 | 131668 |
| Messer, Brian S. | 04/18/13 | 131674 |
| P & J Oyster Company, Inc. | 04/18/13 | 131675 |
| Sunseri, Salvador Blake | 04/18/13 | 131679 |
| Palafox Pier & Yacht Harbour Condominiums, Inc. | 04/18/13 | 131682 |
| Taylor, Phillip | 04/19/13 | 131760 |
| Richard, Louis | 04/19/13 | 131773 |
| Leone, Marcus John | 04/19/13 | 131775 |
| Smith, Derrick Renardo | 04/19/13 | 131777 |
| Hall, Lewis William | 04/19/13 | 131779 |
| John E. H. Street Family Trust | 04/19/13 | 131839 |
| Davis, Quentin | 04/19/13 | 131846 |
| Cox Marketing Group, Inc. | 04/19/13 | 131952 |
| Fred Lake Ltd. | 04/19/13 | 131987 |
| Offshore Surveyors, LLC | 04/19/13 | 131989 |
| Cutsuries, Anthony G. | 04/19/13 | 132204 |
| Hardison, David Earl | 04/19/13 | 132207 |
| Fountain Powerboat Industries, Inc. | 04/19/13 | 132208 |

Order on Motion for Acceptance of Limitations Short Form Joinders
     Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Balderson, Ryan P. | 04/19/13 | 132260 |
| Seafox Boat Company, Inc. | 04/19/13 | 132404 |
| DeBar, Jeffrey S. | 04/19/13 | 132406 |
| Nemeth, Christopher Ryan | 04/19/13 | 132411 |
| Renken, Frederick H. | 04/19/13 | 132415 |
| Green, Randal K. | 04/19/13 | 132418 |
| South Central Sales & Associates, LP | 04/19/13 | 132423 |
| Stainless Marine, Inc. | 04/19/13 | 132430 |
| Schmid, Jerry | 04/19/13 | 132465 |
| DeBellis, John A. | 04/19/13 | 132470 |
| North American Distribution, Inc. | 04/19/13 | 132477 |
| Torino, John A. | 04/19/13 | 132649 |
| MCBC Hydra Boats, LLC | 04/19/13 | 132971 |
| Four Winns, LLC | 04/19/13 | 132975 |
| Glastron, LLC | 04/19/13 | 132980 |
| Rec Boat Holdings, LLC | 04/19/13 | 132985 |
| Wellcraft, LLC | 04/19/13 | 132988 |
| Champion Boats, LLC | 04/19/13 | 132992 |
| Fishing Holdings, LLC | 04/19/13 | 132994 |
| Ranger Boats, LLC | 04/19/13 | 132997 |
| Stratos Boats, LLC | 04/19/13 | 132998 |
| Triton Boats, LLC | 04/19/13 | 133000 |
| MasterCraft Boat Company, LLC | 04/19/13 | 133003 |
| Elkins, Annie P. | 04/22/13 | 134164 |