# EXHIBIT  "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Barrois, Joseph S. | 04/12/13 | 128710 |
| Cosse, Kerry Sr. | 04/15/13 | 129257 |
| Megga Industries, Inc. | 04/15/13 | 129259 |
| Rose Bay Oyster Company | 04/15/13 | 129260 |
| Blaize Charters, LLC | 04/16/13 | 129672 |
| Fruge, Ross David | 04/16/13 | 129677 |
| Fineran, Frank | 04/16/13 | 129682 |
| Wiggins, Jerry E. | 04/16/13 | 129718 |
| Oum Sai, Inc. dba Regency Inn and Suites Galena Park | 04/16/13 | 129720 |
| Barnes, Terry Contrell | 04/17/13 | 130035 |
| Danos, George Joseph | 04/17/13 | 130039 |
| Emery's Seafood Market, Inc. | 04/17/13 | 130042 |
| Shemper Seafood Company, Inc. | 04/17/13 | 130049 |
| Waterfront Seafood, Inc. | 04/17/13 | 130051 |
| Reamy Seafood, Inc. | 04/17/13 | 130053 |
| DeHart, Nicholas Paul | 04/17/13 | 130497 |
| Rhodes, Kirby F. III | 04/17/13 | 130505 |
| General Crane Service, LLC | 04/18/13 | 130776 |
| General Oilfield Trucking, Inc. | 04/18/13 | 130777 |
| Fields, Troy Lee | 04/18/13 | 130779 |
| Barney, Richard A. | 04/18/13 | 130795 |
| Jimenez, Virgilio Ramon | 04/18/13 | 130797 |
| Johnson, Jeffrey Lynn | 04/18/13 | 130800 |
| Acevedo, Marvin | 04/18/13 | 130803 |
| Bartholomew, Jeffrey | 04/18/13 | 130805 |
| Berry, Dalton | 04/18/13 | 130807 |
| Brown, Jon, Jr. | 04/18/13 | 130833 |
| Coleman, Victoria P. | 04/18/13 | 130834 |
| Dugas, Michael | 04/18/13 | 130841 |
| Evans, Anthony | 04/18/13 | 130842 |
| Harvey, Travis | 04/18/13 | 130844 |
| Hill, James E. | 04/18/13 | 130846 |
| Jackson, Randy | 04/18/13 | 130847 |
| Jones, Ricky C. | 04/18/13 | 130848 |
| Matthews, Sabrina | 04/18/13 | 130850 |
| Mesker, Clifford Lee, Jr. | 04/18/13 | 130851 |
| Portier, Kaci | 04/18/13 | 130854 |

Order on Motion for Acceptance of Limitations Short Form Joinders
Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Ragas, Cedric | 04/18/13 | 130855 |
| Rivas, Luis | 04/18/13 | 130858 |
| Rivera, Jesus | 04/18/13 | 130860 |
| Rivera, Rodolfo | 04/18/13 | 130861 |
| Rose, Tyronne | 04/18/13 | 130862 |
| Sanders, Wayne | 04/18/13 | 130863 |
| Soudy, Carlos | 04/18/13 | 130865 |
| Sylve, Barnell J. | 04/18/13 | 130866 |
| Torres, Sophia | 04/18/13 | 130869 |
| Treadaway, Shane | 04/18/13 | 130870 |
| Barrios Seafood To Go, LLC | 04/18/13 | 130872 |
| Sanger, Brent | 04/18/13 | 130877 |
| Avatar Income Fund, LLC | 04/18/13 | 130896 |
| Bella Rio Development, LLC | 04/18/13 | 130897 |
| Maritime, LLC | 04/18/13 | 130898 |
| PM2, LLC | 04/18/13 | 130899 |
| Harbor Yacht Sales, LLC | 04/18/13 | 130901 |
| Mac's Marina, Inc. | 04/18/13 | 130902 |
| American Insurance Brokers, Inc. | 04/18/13 | 131098 |
| Deep Sea Fishing, Inc. | 04/18/13 | 131105 |
| Deep Sea Properties, Inc. | 04/18/13 | 131106 |
| Fins Grill, Ltd. dba Fins Grill & Icehouse | 04/18/13 | 131108 |
| Reel Hot Fishing, Inc. | 04/18/13 | 131109 |
| Bluewater Sportfishing Boats, Inc. | 04/18/13 | 131113 |
| Churchill, Scott | 04/18/13 | 131131 |
| C & G Welding, Inc. | 04/18/13 | 131206 |
| Mississippi River Bank | 04/18/13 | 131209 |
| North American Insurance Agency of Louisiana, Inc. | 04/18/13 | 131210 |
| Dickstein, Eric | 04/18/13 | 131215 |
| Fishbusterz Freight Company, LLC | 04/18/13 | 131217 |
| Key West Fresh Frozen, LLC | 04/18/13 | 131218 |
| Fishbusterz Madeira Beach Boat Yard, LLC | 04/18/13 | 131221 |
| Renier, Charlie | 04/18/13 | 131222 |
| 13605 Gulf Blvd, LLC | 04/18/13 | 131256 |
| 592 N.E. 185th Street, LLC | 04/18/13 | 131259 |

Order on Motion for Acceptance of Limitations Short Form Joinders
Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| 6840 Front Street, LLC | 04/18/13 | 131262 |
| Adams, Christopher P. | 04/18/13 | 131293 |
| Adams, Lorri | 04/18/13 | 131303 |
| Aparicio, Walker & Seeling, Inc. | 04/18/13 | 131309 |
| D & A Aviation, LLC | 04/18/13 | 131336 |
| EBH-06, LLC | 04/18/13 | 131341 |
| Frierson, Dora L. | 04/18/13 | 131349 |
| Jassby Custom Homes, Inc. | 04/18/13 | 131354 |
| Louisiana Foods, Inc. | 04/18/13 | 131374 |
| Premier Land Investments, LLC | 04/18/13 | 131428 |
| Mull & Associates Financial Services, LLC | 04/18/13 | 131582 |
| Progressive Diesel Red, Inc. | 04/18/13 | 131586 |
| DST Development, LLC | 04/18/13 | 131669 |
| Emerald Bay Commercial 09, LLC | 04/18/13 | 131670 |
| Emerald Bay Development Corporation | 04/18/13 | 131671 |
| Emerald Bay One, LLC | 04/18/13 | 131672 |
| M&C Enterprises, LLC | 04/18/13 | 131673 |
| Seascape Resorts, Inc. | 04/18/13 | 131676 |
| Seascape Town Center 08, LLC | 04/18/13 | 131677 |
| SRI Holding, LLC | 04/18/13 | 131678 |
| Trehern Investments, LLC | 04/18/13 | 131680 |
| Undertow Marine Towing & Salvage, Inc. | 04/18/13 | 131681 |
| Moran, Erik Eleion | 04/19/13 | 131770 |
| Smothers, Tyrone | 04/19/13 | 131782 |
| Rivas, Emilia C. | 04/19/13 | 131784 |
| Brown, Thomas | 04/19/13 | 131812 |
| Mendivil, Jesus | 04/19/13 | 131815 |
| Dykes, Gailton P. | 04/19/13 | 131816 |
| Wulf, Karl | 04/19/13 | 131819 |
| Augusta, Theodolph F. | 04/19/13 | 131821 |
| Alvarado, Mario | 04/19/13 | 131824 |
| Eugene, Natasha H. | 04/19/13 | 131827 |
| George, Kelli C. | 04/19/13 | 131829 |
| George, Naomi | 04/19/13 | 131831 |
| Wulf, Maritza | 04/19/13 | 131835 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Paradise Bay Mississippi, LLC | 04/19/13 | 131842 |
| Anthony J. Cutrera Jr. d/b/a Cutrera Trucking Ltd. | 04/19/13 | 131843 |
| Landry, Lloyd L. III | 04/19/13 | 131849 |
| Dockside Marine, LLC | 04/19/13 | 131950 |
| Rookie Boats of MS, LLC | 04/19/13 | 131953 |
| Beef Connection, Incorporated | 04/19/13 | 131954 |
| Louviere, Terry J. | 04/19/13 | 131955 |
| R. Fournier & Sons, Inc. | 04/19/13 | 131957 |
| Smith & Sons Seafood, Inc. | 04/19/13 | 131958 |
| Tommy's Seafood, Inc. | 04/19/13 | 131961 |
| Gulf Coast Oysters, Inc. | 04/19/13 | 131962 |
| Leo Risk Services, Inc. | 04/19/13 | 131992 |
| Leo, Patrick W. | 04/19/13 | 131995 |
| Doran Seafood, LLC | 04/19/13 | 132210 |
| Cowart Seafood Corp. | 04/19/13 | 132213 |
| Bevans Oyster Company, Inc. | 04/19/13 | 132231 |
| Fidelis Group Holdings, LLC | 04/19/13 | 132235 |
| J-Bar Sportsman's Lodge, LLC | 04/19/13 | 132237 |
| Triple L Charters, LLC | 04/19/13 | 132238 |
| Mayfield, Shane Michael | 04/19/13 | 132247 |
| Jeffrey Alan Shemper, Jr. dba J. Shemper Seafood | 04/19/13 | 132255 |
| Phillips, Roland T. | 04/19/13 | 132257 |
| Rodco Worldwide, Inc. | 04/19/13 | 132544 |
| Hudson Services, Inc. | 04/19/13 | 132550 |
| Hudson Equipment Rental Services, Inc. | 04/19/13 | 132607 |
| Blanchard, Dean | 04/20/13 | 133255 |
| Blanchard, Jodie | 04/20/13 | 133263 |
| Dean Blanchard Seafood, Inc. | 04/20/13 | 133266 |
| Blue Gulf Seafood, Inc. | 04/20/13 | 133269 |
| Yankee Canal Seafood, Inc. | 04/20/13 | 133272 |
| Ralow Services, Inc. | 04/21/13 | 133895 |