IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> Section: J |
| This document relates to: 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**

# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Barrois, Joseph S. | 04/12/13 | 128710 |
| Cosse, Kerry Sr. | 04/15/13 | 129257 |
| Megga Industries, Inc. | 04/15/13 | 129259 |
| Rose Bay Oyster Company | 04/15/13 | 129260 |
| Blaize Charters, LLC | 04/16/13 | 129672 |
| Fruge, Ross David | 04/16/13 | 129677 |
| Fineran, Frank | 04/16/13 | 129682 |
| Wiggins, Jerry E. | 04/16/13 | 129718 |
| Oum Sai, Inc. dba Regency Inn and Suites Galena Park | 04/16/13 | 129720 |
| Barnes, Terry Contrell | 04/17/13 | 130035 |
| Danos, George Joseph | 04/17/13 | 130039 |
| Emery's Seafood Market, Inc. | 04/17/13 | 130042 |
| Shemper Seafood Company, Inc. | 04/17/13 | 130049 |
| Waterfront Seafood, Inc. | 04/17/13 | 130051 |
| Reamy Seafood, Inc. | 04/17/13 | 130053 |
| DeHart, Nicholas Paul | 04/17/13 | 130497 |
| Rhodes, Kirby F. III | 04/17/13 | 130505 |
| General Crane Service, LLC | 04/18/13 | 130776 |
| General Oilfield Trucking, Inc. | 04/18/13 | 130777 |
| Fields, Troy Lee | 04/18/13 | 130779 |
| Barney, Richard A. | 04/18/13 | 130795 |
| Jimenez, Virgilio Ramon | 04/18/13 | 130797 |
| Johnson, Jeffrey Lynn | 04/18/13 | 130800 |
| Acevedo, Marvin | 04/18/13 | 130803 |
| Bartholomew, Jeffrey | 04/18/13 | 130805 |
| Berry, Dalton | 04/18/13 | 130807 |
| Brown, Jon, Jr. | 04/18/13 | 130833 |
| Coleman, Victoria P. | 04/18/13 | 130834 |
| Dugas, Michael | 04/18/13 | 130841 |
| Evans, Anthony | 04/18/13 | 130842 |
| Harvey, Travis | 04/18/13 | 130844 |
| Hill, James E. | 04/18/13 | 130846 |
| Jackson, Randy | 04/18/13 | 130847 |
| Jones, Ricky C. | 04/18/13 | 130848 |
| Matthews, Sabrina | 04/18/13 | 130850 |
| Mesker, Clifford Lee, Jr. | 04/18/13 | 130851 |
| Portier, Kaci | 04/18/13 | 130854 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Ragas, Cedric | 04/18/13 | 130855 |
| Rivas, Luis | 04/18/13 | 130858 |
| Rivera, Jesus | 04/18/13 | 130860 |
| Rivera, Rodolfo | 04/18/13 | 130861 |
| Rose, Tyronne | 04/18/13 | 130862 |
| Sanders, Wayne | 04/18/13 | 130863 |
| Soudy, Carlos | 04/18/13 | 130865 |
| Sylve, Barnell J. | 04/18/13 | 130866 |
| Torres, Sophia | 04/18/13 | 130869 |
| Treadaway, Shane | 04/18/13 | 130870 |
| Barrios Seafood To Go, LLC | 04/18/13 | 130872 |
| Sanger, Brent | 04/18/13 | 130877 |
| Avatar Income Fund, LLC | 04/18/13 | 130896 |
| Bella Rio Development, LLC | 04/18/13 | 130897 |
| Maritime, LLC | 04/18/13 | 130898 |
| PM2, LLC | 04/18/13 | 130899 |
| Harbor Yacht Sales, LLC | 04/18/13 | 130901 |
| Mac's Marina, Inc. | 04/18/13 | 130902 |
| American Insurance Brokers, Inc. | 04/18/13 | 131098 |
| Deep Sea Fishing, Inc. | 04/18/13 | 131105 |
| Deep Sea Properties, Inc. | 04/18/13 | 131106 |
| Fins Grill, Ltd. dba Fins Grill & Icehouse | 04/18/13 | 131108 |
| Reel Hot Fishing, Inc. | 04/18/13 | 131109 |
| Bluewater Sportfishing Boats, Inc. | 04/18/13 | 131113 |
| Churchill, Scott | 04/18/13 | 131131 |
| C & G Welding, Inc. | 04/18/13 | 131206 |
| Mississippi River Bank | 04/18/13 | 131209 |
| North American Insurance Agency of Louisiana, Inc. | 04/18/13 | 131210 |
| Dickstein, Eric | 04/18/13 | 131215 |
| Fishbusterz Freight Company, LLC | 04/18/13 | 131217 |
| Key West Fresh Frozen, LLC | 04/18/13 | 131218 |
| Fishbusterz Madeira Beach Boat Yard, LLC | 04/18/13 | 131221 |
| Renier, Charlie | 04/18/13 | 131222 |
| 13605 Gulf Blvd, LLC | 04/18/13 | 131256 |
| 592 N.E. 185th Street, LLC | 04/18/13 | 131259 |

2

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| 6840 Front Street, LLC | 04/18/13 | 131262 |
| Adams, Christopher P. | 04/18/13 | 131293 |
| Adams, Lorri | 04/18/13 | 131303 |
| Aparicio, Walker & Seeling, Inc. | 04/18/13 | 131309 |
| D & A Aviation, LLC | 04/18/13 | 131336 |
| EBH-06, LLC | 04/18/13 | 131341 |
| Frierson, Dora L. | 04/18/13 | 131349 |
| Jassby Custom Homes, Inc. | 04/18/13 | 131354 |
| Louisiana Foods, Inc. | 04/18/13 | 131374 |
| Premier Land Investments, LLC | 04/18/13 | 131428 |
| Mull & Associates Financial Services, LLC | 04/18/13 | 131582 |
| Progressive Diesel Red, Inc. | 04/18/13 | 131586 |
| DST Development, LLC | 04/18/13 | 131669 |
| Emerald Bay Commercial 09, LLC | 04/18/13 | 131670 |
| Emerald Bay Development Corporation | 04/18/13 | 131671 |
| Emerald Bay One, LLC | 04/18/13 | 131672 |
| M&C Enterprises, LLC | 04/18/13 | 131673 |
| Seascape Resorts, Inc. | 04/18/13 | 131676 |
| Seascape Town Center 08, LLC | 04/18/13 | 131677 |
| SRI Holding, LLC | 04/18/13 | 131678 |
| Trehern Investments, LLC | 04/18/13 | 131680 |
| Undertow Marine Towing & Salvage, Inc. | 04/18/13 | 131681 |
| Moran, Erik Eleion | 04/19/13 | 131770 |
| Smothers, Tyrone | 04/19/13 | 131782 |
| Rivas, Emilia C. | 04/19/13 | 131784 |
| Brown, Thomas | 04/19/13 | 131812 |
| Mendivil, Jesus | 04/19/13 | 131815 |
| Dykes, Gailton P. | 04/19/13 | 131816 |
| Wulf, Karl | 04/19/13 | 131819 |
| Augusta, Theodolph F. | 04/19/13 | 131821 |
| Alvarado, Mario | 04/19/13 | 131824 |
| Eugene, Natasha H. | 04/19/13 | 131827 |
| George, Kelli C. | 04/19/13 | 131829 |
| George, Naomi | 04/19/13 | 131831 |
| Wulf, Maritza | 04/19/13 | 131835 |

Order on Motion for Acceptance of Limitations Short Form Joinders
   Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Paradise Bay Mississippi, LLC | 04/19/13 | 131842 |
| Anthony J. Cutrera Jr. d/b/a Cutrera Trucking Ltd. | 04/19/13 | 131843 |
| Landry, Lloyd L. III | 04/19/13 | 131849 |
| Dockside Marine, LLC | 04/19/13 | 131950 |
| Rookie Boats of MS, LLC | 04/19/13 | 131953 |
| Beef Connection, Incorporated | 04/19/13 | 131954 |
| Louviere, Terry J. | 04/19/13 | 131955 |
| R. Fournier & Sons, Inc. | 04/19/13 | 131957 |
| Smith & Sons Seafood, Inc. | 04/19/13 | 131958 |
| Tommy's Seafood, Inc. | 04/19/13 | 131961 |
| Gulf Coast Oysters, Inc. | 04/19/13 | 131962 |
| Leo Risk Services, Inc. | 04/19/13 | 131992 |
| Leo, Patrick W. | 04/19/13 | 131995 |
| Doran Seafood, LLC | 04/19/13 | 132210 |
| Cowart Seafood Corp. | 04/19/13 | 132213 |
| Bevans Oyster Company, Inc. | 04/19/13 | 132231 |
| Fidelis Group Holdings, LLC | 04/19/13 | 132235 |
| J-Bar Sportsman's Lodge, LLC | 04/19/13 | 132237 |
| Triple L Charters, LLC | 04/19/13 | 132238 |
| Mayfield, Shane Michael | 04/19/13 | 132247 |
| Jeffrey Alan Shemper, Jr. dba J. Shemper Seafood | 04/19/13 | 132255 |
| Phillips, Roland T. | 04/19/13 | 132257 |
| Rodco Worldwide, Inc. | 04/19/13 | 132544 |
| Hudson Services, Inc. | 04/19/13 | 132550 |
| Hudson Equipment Rental Services, Inc. | 04/19/13 | 132607 |
| Blanchard, Dean | 04/20/13 | 133255 |
| Blanchard, Jodie | 04/20/13 | 133263 |
| Dean Blanchard Seafood, Inc. | 04/20/13 | 133266 |
| Blue Gulf Seafood, Inc. | 04/20/13 | 133269 |
| Yankee Canal Seafood, Inc. | 04/20/13 | 133272 |
| Ralow Services, Inc. | 04/21/13 | 133895 |