IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES: | * * | Section: J |
| All Cases (Including 2:10-cv-08888-CJB-SS | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**Motion for Acceptance of Limitation Short Form Joinders
Filed Beyond the Deadlines**

COME NOW through undersigned counsel, various claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, managing owners, owners *pro hac vice* and/or Operations of the MODU Deepwater Horizon, and as ground therefore would show the Court as follows, to-wit:

1. This Court originally established a deadline for filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for loss of revenues and punitive damages occurring as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Because claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully request that this Honorable Court grant Movants' Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the Deadlines of April 20, 2011, and September 16, 2011, and that the Court deem said Short Form Joinders as timely filed.

RESPECTFULLY SUBMITTED this, the 22th day of April, 2013.

    CLAIMANTS LISTED ON EXHIBIT "A"

    By and Through Their Attorneys,
    LAW OFFICE OF RICHARD J. FERNANDEZ, LLC

    *s/ Richard J. Fernandez*
    RICHARD J. FERNANDEZ (Bar No. 05532)
    Amber E. Cisney (Bar. No. 28821)
    LAW OFFICE OF RICHARD J. FERNANDEZ, LLC
    3000 West Esplanade Avenue
    Metairie, LA 70002
    Telephone: (504) 834-8500
    Facsimile: (504) 834-1511
    rick@rjfernandezlaw.com

## CERTIFICATE OF SERVICE

I, Richard J. Fernandez, do hereby certify that on the 22nd day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System.

    *s/ Richard J. Fernandez, LLC*