IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES: | * * | Section: J |
| All Cases (Including 2:10-cv-08888-CJB-SS | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**Memorandum in Support of Motion for Acceptance of
Limitation Short Form Joinders Filed Beyond the Deadlines**

  COME NOW through undersigned counsel, various claimants who file this Memorandum in Support of the accompanying Motion for Acceptance of Limitations Short Form Joinders Beyond the Deadlines. Attached to said Motion is a list of all claimants who filed late short forms and are joint movants for the purpose of the Motion. These claimants seek this Honorable Court's permission to accept their late-filed claims in the limitation proceeding for the following reasons, to-wit:

  1. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for loss of revenues and punitive damages occurring as a result of the *Deepwater Horizon* explosion and resulting oil spill.

  2. Because claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

  3. No prejudice will result from the acceptance of the late-filed Short Form Joinders. Such joinders have been filed in the Court-established filing system under the civil action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4.     Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitations proceeding.  Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown.  *Texas Gulf Sulfur Co. v. Blue Stock Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *in re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL378121 (E.D.La. June 7, 1999) (citing *Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993)).  Here, there are not indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely.

5.     Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, claimants respectfully request that this Honorable Court grant Movants' Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the Deadlines of April 20, 2011, and September 16, 2011, and that the Court deem said Short Form Joinders as timely filed.

RESPECTFULLY SUBMITTED this, the 22th day of April, 2013.

CLAIMANTS LISTED ON EXHIBIT "A"

By and Through Their Attorneys,
LAW OFFICE OF RICHARD J. FERNANDEZ, LLC

*s/ Richard J. Fernandez*_____
RICHARD J. FERNANDEZ (Bar No. 05532)
Amber E. Cisney (Bar. No. 28821)
LAW OFFICE OF RICHARD J. FERNANDEZ, LLC
3000 West Esplanade Avenue
Metairie, LA 70002
Telephone: (504) 834-8500
Facsimile: (504) 834-1511
rick@rjfernandezlaw.com

## CERTIFICATE OF SERVICE

      I, Richard J. Fernandez, do hereby certify that on the 22nd day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System.

                                              *s/ Richard J. Fernandez, LLC*