IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section J |
| This documents relates to:<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby Granted and all Short Form Joinders filed by the Plaintiff, Jet-Pep, Inc. into the record of Civil Action No. 10-08888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinders in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this the ____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE