EXHIBIT

A

| CLAIMANT NAME | Date of Filing | Document NO. |
|---|---|---|
| Cindy Smith | 4/23/2013 | 134527 |
| Designer Marble and Granite | 4/23/2013 | 134525 |
| Zehner & Associates LLC | 4/23/2013 | 134524 |
| Bolcavage Rossi LLC | 4/23/2013 | 134518 |
| Barbara Bolcavage | 4/23/2013 | 134517 |
| Ap&C Ventures Inc. | 4/23/2013 | 134516 |
| WOM Expess, LLC | 4/23/2013 | 134515 |
| Sarabay | 4/22/2013 | 134482 |
| Legends Bay | 4/22/2013 | 134483 |
| Janet Morse | 4/22/2013 | 134480 |
| Richard Rossi | 4/22/2013 | 134467 |
| Bolcavage Rossi, LLC | 4/23/2013 | 134518 |
| The Sprinkler Guy | 4/22/2013 | 134470 |
| Guide 2 Fun | 4/22/2013 | 134472 |
| American Family Financial | 4/22/2013 | 134387 |
| Sunglow Motel Apartments | 4/22/2013 | 134425 |
| Back Pain Relief | 4/22/2013 | 134417 |
| Villa Mira Dor | 4/22/2013 | 134416 |
| Adagio Capital Advisors | 4/22/2013 | 13498 |
| Adagio Financial Group | 4/22/2013 | 134397 |
| Gulf Tides of Longboat | 4/22/2013 | 134391 |
| Longboat Bay Club Development | 4/22/2013 | 134390 |
| Calini Beach Club | 4/22/2013 | 134392 |
| Longboat Bay Club | 4/22/2013 | 134388 |

| CLAIMANT NAME | Date of Filing | Document NO. |
|---|---|---|
| Cunningham Property Management | 4/22/2013 | 134395 |
| Little Gulf Condo Association | 4/22/2013 | 134384 |
| Clint Milan | 4/22/2013 | 134429 |
| Slack TV | 4/22/2013 | 134428 |
| Kristin Cifers | 4/22/2013 | 134375 |
| Pro Asphalt Maintenance | 4/22/2013 | 134379 |
| Douglas Cifers | 4/22/2013 | 134382 |
| Florida Media | 4/22/2013 | 134383 |
| Marble Life Inc. | 4/22/2013 | 134376 |
| Three Daughter Eatery | 4/22/2013 | 134386 |
| Zenner  Associates | 4//22/2013 | 134452 |
| Bun Kong | 4/22/2013 | 134443 |
| Patrice Prentiss | 4/22/2013 | 134441 |
| William Schifani | 4/22/2013 | 134439 |
| Adamsquest | 4/22/2013 | 134437 |
| Sambo Ouch | 4/22/2013 | 134436 |
| Jason Jamieson | 4/23/2013 | 134561 |
| Kylie's Inc. | 4/24/2013 | 134596 |
| Keenan Zenner | 4/24/2013 | 134597 |
| Katina's Inc. | 4/24/2013 | 134595 |
| Popi's Place Too | 4/24/2013 | 134593 |
| Many's Inc. | 4/24/2013 | 134594 |
| James Auzston | 4/24/2013 | 134592 |
| Nicholas Logan | 4/25/2013 | 134606 |