IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *All cases in Pleading Bundle Section 117.B(3) (the "B3 Bundle")* | JUDGE BARBIER |
| *2:11-ev-00951-CJB-SS* | MAGISTRATE JUDGE SHUSHAN |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND JOINDER OF CERTAIN PERSONAL INJURY CLAIMANTS INTO PLEADING BUNDLE "B3"

Upon consideration of Plaintiffs' Motion for Leave to Amend Complaint and Joinder of Certain Personal Injury Claimants into Pleading Bundle "B3," leave of Court is hereby GRANTED to amend Plaintiffs' Complaint as described therein to include Exhibit C, a listing of additional Plaintiffs who wish to join into Pleading Bundle B3 in MDL 2179, and it is ORDERED that Exhibit C is so included.

New Orleans, Louisiana, this __25th__ day of ___April___, 2012.

_____
United States Magistrate Judge