| # | Client Name | Client Address | Rec. Doc-Motion to Withdraw | Rec. Doc. Claim in File 10-2771 |
|---|---|---|---|---|
| 1 | Professional Painting Services, Inc. | 3070 Western Woods Drive Mobile, AL 36618 | 8826 | 392 |
| 2 | Air Comfort Company, Inc. | 309 Brandy Run Road W. Mobile, AL 36608 | 8834 | 402 |
| 3 | Stanley E. Small | 309 Brandy Run Road W. Mobile, AL 36608 | 8835 | 406 |
| 4 | Helen M. Small | 309 Brandy Run Road W. Mobile, AL 36608 | 8836 | 404 |
| 5 | Sibley Distributing, Inc. d/b/a Quality Electric | Post Office Box 850966 Mobile, AL 36685 | 8837 | 352 |
| 6 | Hughes Plumbing & Utility Contractors, Inc. | 2473 Eslava Creek Parkway Mobile, AL 36606 | 8838 | 350 |
| 7 | Sparcole Enterprises, Inc. | 9149 Wallcross Court Mobile, AL 36695 | 8839 | 359 |
| 8 | Empire Concrete Pumping, LLC | Post Office Box 1786 Daphne, AL 36526 | 8840 | 387 |
| 9 | Empire Construction. LLC | Post Office Box 1786 Daphne, AL 36526 | 8841 | 391 |
| 10 | Russell and Burney Terry | Post Office Box 2082 Mobile, AL 36652 | 8842 | 408 |

EXHIBIT A