IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *Applies to:* Civil Action 10-2771 | | |

## ORDER

Considering the Motions to Withdraw as Counsel[1] **IT IS ORDERED** that the Motions are **GRANTED** and E. J. Saad Law Firm and its individual attorneys are hereby withdrawn as counsel for the claimants listed in Exhibit A to this Order.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
United States District Judge

---

[1] Record Documents 8826, 8834-8842

1