UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | : | |
| the GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |

. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

## MOTION OF CAMERON INTERNATIONAL CORPORATION FOR ENTRY OF FINAL JUDGMENT ON PARTIAL FINDINGS THAT CAMERON IS NOT LIABLE

Cameron International Corporation ("Cameron") respectfully moves for the entry of a Final Judgment in accordance with Rule 52(c) and Rule 54(b).

This Court already has granted judgment in favor of Cameron under Rule 52(c). On March 20, 2013, this Court made findings on the record that Cameron is not liable for punitive damages.  (*See* Minute Entry, Rec. Doc. 8969.)  On April 3, 2013, this Court made additional findings on the record that Cameron is not liable to any party.  (*See* Minute Entry, Rec. Doc. 9136.)  Cameron respectfully requests entry of an order memorializing the findings and entering judgment in its favor.  *See* FED. R. CIV. P. 52(c).  Because there is no just reason for delay, the Court should also enter a Final Judgment in favor of Cameron.  *See* FED. R. CIV. P. 54(b).

Rule 54(b) authorizes the Court to "direct entry of a final judgment" for Cameron if it "expressly determines that there is no just reason for delay." FED. R. CIV. P. 54(b);

*Kelly v. Lee's Old Fashioned Hamburgers, Inc.*, 908 F.2d 1218, 1219-22 (5th Cir. 1990) (en banc).  This is a discretionary decision.  "It is left to the sound judicial discretion of the district court to determine the 'appropriate time' when each final decision in a multiple claims action is ready for appeal." *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 8 (1980).  The Court is to "take into account judicial administrative interests as well as the equities involved." *Id*.  In this case, sound judicial administration supports an immediate final judgment for Cameron, simplifying this complex case and eliminating the need for Cameron to participate further in the litigation and protect its legal interests.  Furthermore, there are no equitable reasons to deny immediate finality.  On the contrary, entry of final judgment will serve the interests of all parties by simplifying the litigation.  Cameron has proposed a form of judgment that properly recites the requirements of FED. R. CIV. P. 52 and Fed. R. Civ. P. 54(b).

      WHEREFORE, Cameron respectfully prays for entry of Final Judgment in its favor in this limitation proceeding in accordance with Rule 54(b).

Respectfully submitted,

*/s/ David J. Beck*

| | |
|---|---|
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
| *dbeck@brsfirm.com* | *pwittmann@stonepigman.com* |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
| *jredden@brsfirm.com* | *cbertaut@stonepigman.com* |
| David W. Jones | Keith B. Hall, 24444 |
| *djones@brsfirm.com* | *khall@stonepigman.com* |
| Geoffrey Gannaway | Jared Davidson, 32419 |
| *ggannaway@brsfirm.com* | *jdavidson@stonepigman.com* |
| BECK REDDEN LLP | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana  70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

***Attorneys for Cameron International Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of April, 2013.

*/s/ David J. Beck*
David J. Beck