UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          :     MDL NO. 2179
    "DEEPWATER HORIZON" in          :
the GULF OF MEXICO, on                   :     SECTION:  J
APRIL 20, 2010                           :     JUDGE BARBIER
                                       :     MAG. JUDGE SHUSHAN
                                       :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

**[PROPOSED]**
**FINAL JUDGMENT ON PARTIAL FINDINGS THAT**
**<u>CAMERON INTERNATIONAL CORPORATION IS NOT LIABLE</u>**

The Court is conducting a bench trial pursuant to the trial plan that was set forth in its Second Amended Pretrial Order No. 41.  (Rec. Doc. 6592.)  As provided by the trial plan, all parties with claims against Cameron International Corporation had an opportunity to adduce factual and expert evidence in support of their liability claims against Cameron.  At the appropriate time, Cameron moved for judgment on partial findings that it is not liable to any party.

All parties having been fully heard on the issue of Cameron's liability, the Court finds against them and determines that Cameron is entitled to judgment under FED. R. CIV. P. 52(c).

It is therefore ADJUDGED that Cameron is not liable to any party and is fully dismissed.  In accordance with FED. R. CIV. P. 52(a)(1), this judgment memorializes the

2

Court's findings stated on the record with respect to Cameron's liability for punitive damages (March 20, 2013) and actual damages (April 3, 2013).

In accordance with FED. R. CIV. P. 54(b), the Court further determines that there is no just reason for delay with respect to entry of final judgment in favor of Cameron. This judgment is therefore a FINAL JUDGMENT.

Signed in New Orleans, Louisiana, this ____ day of April, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE