Exhibit A, Identifying Claimants and Businesses by Redacted SSN/FEIN or GCCF Number and Home State

| State | Last name | First name | Middle name | Business name | SSN/Tax ID | GCCF # |
|---|---|---|---|---|---|---|
| LA | ALEXANDER | DARNELL | JOSEPH | | | 3112094 |
| LA | ALEXANDER | STEVEN | ONEIL | | | 3508836 |
| LA | ANTOINE | TERRANCE | JOSEPH | | | 3260331 |
| LA | BADGER | DARVIN | A | | | 3246504 |
| LA | BATISTE | MARCUS | RAY | | | 3190489 |
| LA | BATISTE | NORMAN | (NONE) | | | 3369775 |
| LA | BATISTE | SHION | DELACY | | | 3305196 |
| LA | BENOIT | AARON | WILLIAM | | xxx-xx-3186 | |
| LA | BERGERON | DEREK | JOSEPH | | xxx-xx-8736 | |
| LA | BERGERON | VERGICE, JR. | J. | | xxx-xx--5762 | |
| LA | BILLIOT | DEBRA | B | | xxx-xx-1144 | |
| LA | BILLIOT | MICHAEL | T. | | xxx-xx-0526 | |
| LA | BLAIN | JOSEPH | MARTIN | | xxx-xx-3115 | |
| LA | BOLDS | ARSENIO, SR. | JARROD | | | 3143097 |
| LA | BOLDS | SHARARD | ANGELO | | | 3180893 |
| LA | BOUIE | REGINALD | LOUIS | | xxx-xx-7749 | |
| LA | BROWN | AUBREY | | | xxx-xx-9235 | |
| LA | BYCHURCH | CRAIG | G. | | xxx-xx-1030 | |
| LA | CALHOUN | ANTHONY | CARNELL | | | 3034130 |
| LA | CALVIN | KOURTNEY-MAURICE | JAMES | | | 3263397 |
| LA | CELISTAN | JOHN | D. | | | 3040643 |
| LA | CHAMBERS | ARCHIE. III | LAFITTE | | | 3338018 |
| LA | CHERAMIE | CHRISTIAN | JOBLER | | | 1056391 |
| LA | CHERAMIE | JHY | (NONE) | | | 3508663 |
| LA | CHILTON | JOSHUA | J. | | | 3508979 |
| LA | CHIRINOS MEJIA | JUAN | PABLO | | (none) | N/A |
| LA | COMBER | RICHARD | (NONE) | | | 3134341 |
| LA | COOLEY | LIONEL | (NONE) | | | 3186145 |
| LA | CREWS | HARRY | W. | | xxx-xx-5941 | |
| LA | CURTIS | DAVID | N/A | | xxx-xx-8040 | |
| LA | DANASTASIO | DALE | (NONE) | | xxx-xx-4911 | |
| MS | DANTZLER | CECELIA | LEE | | | 1173691 |
| LA | DARDAR | BRANDON | ANTHONY | | | 3226100 |
| LA | DARDAR | TREY | M. | | xxx-xx-5064 | |
| LA | DAVIS | HELENA | M. | | | 3003594 |
| LA | DAY | MICHAEL | W. | | xxx-xx-5689 | |
| FL | DEZORZI | JAMES | LOUIS | | xxx-xx-2265 | |
| LA | ELLIS | ALEXIS, SR. | R. | | | 3237549 |
| LA | EVANS | LEN | JR. | | | 3208829 |
| LA | FISHER | NAROBIA | FREDRICK | | xxx-xx-2671 | |
| LA | FONTENOT | PHILLIP | JOSEPH | | | 3158837 |
| LA | GADDIS | EDWARD JR | LEO | | | 3412990 |
| LA | GARDNER | GILES, JR. | WALKER | | xxx-xx-1097 | |
| LA | GIVENS | DONALD, JR. | RAY | | | 3042504 |
| LA | HENRY | RENE | WILBERT | | | 3108858 |
| LA | HENRY | RICKIE | (NONE) | | | 3238828 |
| LA | HILLS | QUENTIN | TERRANCE | | | 3023209 |
| LA | HOLLOWAY | MICHAEL | (NONE) | | | 3257585 |
| LA | HOLMES | TJAH | MICHAEL | | | 3197205 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LA | HOWARD | CARLOS | DEVONNE | | xxx-xx-6282 | |
| LA | JACKSON | RONALD, SR. | (NONE) | | | 3132528 |
| LA | JACKSON | THAD | (NONE) | | | 3271369 |
| LA | JAMES | DELILAH | DENNIS | | xxx-xx-6165 | |
| LA | JAMES | LAWRENCE, III | (NONE) | | | 3225841 |
| LA | JESSIE | **JASON** | ANTHONY | | | 3191443 |
| LA | JENKINS | JORY, SR. | JERMAIN | | | 3040538 |
| LA | JONES | CHARLES | EDWARD | | | 3508837 |
| LA | JONES | MICHAEL | J. | | xxx-xx-6045 | |
| LA | KILMER | RYAN | KEITH | | xxx-xx-3002 | |
| LA | LANE | WANDA | JACQUELINE | | | 3375149 |
| LA | LANUZA | MAXIMO | ALEJANDRO | | | 3164592 |
| LA | LEBLANC | DONNIE | A. | | xxx-xx-0083 | |
| LA | LEWIS | RAYFIELD | (NONE) | | | 3098263 |
| LA | LLOYD | RONALD | DOUGLAS | | | 3164110 |
| LA | LOVE | GENE | A. | | | 3299408 |
| LA | MATTHEWS | CHARLES, JR. | J. | SELF-EMPLOYED | | 1055979 |
| LA | MATTHEWS | LINDA | A. | SELF-EMPLOYED | | 1057136 |
| LA | McCLAINE | MARCUS | ELLIOTT | | | 3151336 |
| LA | McCLINTON | CLARENCE | (NONE) | | | 3354509 |
| LA | MCGHEE | JAMES | EMANUEL | | | 3237530 |
| LA | CASTILLO MEJIA | JAIRO | A. | | Permanent Resident Card xxx-xxx-753 | |
| LA | MILES | TERRELL | JERMAINE | | xxx-xx-8833 | |
| LA | MILLER | KENNETH | ALLEN | | | 3139794 |
| FL | MOSES | WILLIAM | EARL | | | 1066700 |
| LA | NOYA | MARK | JOSEPH | | xxx-xx-6755 | |
| LA | O'HAVER | SHONERAY | N. | | | 3192670 |
| LA | PARKER | DEREK | TRENDELLE | | xxx-xx-9217 | |
| FL | PEREZ | HERIBERTH | M. | | xxx-xx-9878 | |
| LA | POSEY | MICHAEL JR | (NONE) | | | 3243295 |
| LA | RAWKIN | WILLIAM | CLIFFORD | | | 1147881 |
| AL | RAYMOND | WILLIE | (NONE) | | | 3415082 |
| LA | RINGO | DON | RAY | | | 3248670 |
| LA | ROBINSON | COREY | (NONE) | | | 3111855 |
| LA | ROBINSON | KENNETH | CARL | | | 3162334 |
| LA | ROJAS | RODNEY | GEORGE | | xxx-xx-8737 | |
| LA | RUDOLPH | SHANTELL | LYNN | | xxx-xx-9738 | |
| LA | RUELAS | ALBERTO | GUADALUPE | | xxx-xx-5799 | |
| LA | RUFFIN | CHARLES | LEE | | | 3117608 |
| LA | SANDERSON | LARRY | E. | | | 3035144 |
| LA | SCOTT | ARTEMUS | D. | | | 3190524 |
| LA | SCOTT | DARNELL | CHARLES | | | 3028383 |
| LA | SCOTT | JULES | (NONE) | | xxx-xx-0188 | |
| LA | SIMMONS | CHARLES | (NONE) | | | 1170225 |
| LA | SIMS | ERIC | DEJEAN | | xxx-xx-0431 | |
| LA | SMITH | TERRANCE | MICHAEL | | | 3049001 |
| LA | SNEAR | ERNEST | (NONE) | | xxx-xx-5198 | |
| LA | SOUBLET | MELVIN | (NONE) | | | 3148359 |
| LA | SPEARS | JAMES | NOLAN | | | 3407335 |
| LA | ST. JOHN | EUGENE III | MILTON | | xxx-xx-2256 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LA | SUTRO | SEAN | CHRISTOPHER | | | 3276325 |
| LA | TATE | STEVEN | (NONE) | | xxx-xx-3005 | |
| LA | THORNLEY | GARY | MICHAEL | | | 3510607 |
| LA | THORNTON | DERRICK | P. | | | 3461208 |
| LA | TOUPS | RONNIE | J. | | xxx-xx-6402 | |
| LA | VAUGHN | NOIL | M. | | | 3024125 |
| LA | WARD | GORDON, JR. | SINCLAIR | | | 3510680 |
| LA | WARREN | GLENN | (NONE) | | | 3149308 |
| LA | WILLIAMS | CHARLES | R. | | | 3132279 |
| LA | WILLIAMS | CHRISTOPHER | MCKINLEY | | | 3133611 |
| FL | WILLIAMS | DAVID | CLAYTON | | xxx-xx-2061 | |
| LA | WILLIAMS | FARRELL, SR. | G. | FARRELL ELECTRICAL & CONSTRUCTION | | 3358896 |
| LA | WILLIAMS | RICHARD | | | xxx-xx-3063 | |
| TX | WILLIAMS | RORY | DAVID | | | 3397064 |
| LA | WILLIAMS | SHANNON | CALVIN | | xxx-xx-2741 | |
| LA | WILLIAMS | WALLACE, JR. | JOSEPH | | xxx-xx-9456 | |
| LA | ZERINGUE | JORDAN | MARRADA | | xxx-xx-9698 | |
| TC | ZIMMER | JAY | EDWIN | | xxx-xx-0399 | |

Exhibit B - Personal Injury Plaintiffs Joining Complaint on May 13, 2011

|   | Last, First | State | Redacted SSN | GCCF No. |
|---|---|---|---|---|
| 1 | Cato, Cedric | Louisiana | xxx-xx-9738 | |
| 2 | Foret, Joseph | Louisiana | | 1018766 |
| 3 | Fullwood, Clarence | Louisiana | | 3202672 |
| 4 | Walsh, Mark | Louisiana | | 3154240 |
| 5 | Benoit, Corrie | Louisiana | | 34593882 |
| 6 | Vejerano, Edgar | Texas | | 3256159 |
| 7 | Vejerano, Renee | Texas | | 3256490 |
| 8 | Lengua, Christian | Louisiana | | 3218704 |

# Exhibit C

| | Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|---|
| 1. | Adams | Amado | xxx-xx-3780 | | FL |
| 2. | Adams | William | xxx-xx-0160 | | FL |
| 3. | Albritton | Leanna | xxx-xx-9597 | | |
| 4. | Allen | Elsie | xxx-xx-6885 | 3487039 | AL |
| 5. | Allen | Keena | xxx-xx-8926 | | |
| 6. | Anderson | Janice | xxx-xx-6918 | | |
| 7. | Armand | Beverly | xxx-xx-1443 | | LA |
| 8. | Avila | Zonia | xxx-xx-3007 | | FL |
| 9. | Ayo | Lionel | xxx-xx-2928 | | LA |
| 10. | Ayo | Sharon | xxx-xx-9055 | | LA |
| 11. | Bachi | Christian | xxx-xx-6248 | | FL |
| 12. | Bachi | Colton | xxx-xx-0564 | | FL |
| 13. | Baker | Samuel | xxx-xx-0126 | | FL |
| 14. | Bartholomew | Sabrina | xxx-xx-4922 | 3341336 | LA |
| 15. | Bazile | Dionne | | 3312083 | FL |
| 16. | Bell | David | xxx-xx-9239 | | FL |
| 17. | Benjamin | Katina | xxx-xx-1566 | | |
| 18. | Bennett | Shane | xxx-xx-7376 | | |
| 19. | Benoit | Corrie | xxx-xx-7663 | 3459382 | LA |
| 20. | Bergeron | Derek | xxx-xx-8736 | 3561352 | LA |
| 21. | Bergeron | Tiffany | xxx-xx-7384 | | LA |
| 22. | Bergeron | Valisha | xxx-xx-9734 | | LA |
| 23. | Bijeaux | Warren | | | |
| 24. | Bingham | Anna | xxx-xx-5493 | | |
| 25. | Birdsong | Betty | xxx-xx-0563 | | MS |
| 26. | Blakeman | Carroll | | | FL |
| 27. | Bledsoe | Terrence | xxx-xx-2198 | | AL |
| 28. | Bleiler | Matt | xxx-xx-0394 | | FL |
| 29. | Bogdan | Gregory | | | FL |
| 30. | Bonner | Darl | xxx-xx-9094 | | TX |
| 31. | Boone | Leroy | xxx-xx-6623 | 3558034 | AL |
| 32. | Boutwell | Leslie | xxx-xx-5850 | | |
| 33. | Boyd | Cynthia | xxx-xx-5827 | | |
| 34. | Bozeman | Mario | xxx-xx-7907 | | |
| 35. | Bradley | Sammy | xxx-xx-6546 | | MS |
| 36. | Branch | Juan | xxx-xx-8828 | | LA |
| 37. | Branch | Pamela | xxx-xx-3400 | | LA |
| 38. | Brandi | Belle | | 3245887 | LA |
| 39. | Braud | Jeannie | xxx-xx-7759 | | LA |
| 40. | Brewer | Valerie | xxx-xx-0007 | | |
| 41. | Brill | James | | | |
| 42. | Briscoe | James | xxx-xx-1235 | | |
| 43. | Brody | Albert | xxx-xx-4405 | 3506956 | LA |
| 44. | Brooks | Alberta | xxx-xx-9641 | | LA |
| 45. | Brooks | Derione | | | LA |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 46. Brouhard | Joseph | xxx-xx-3297 | | |
| 47. Brown | Diane | xxx-xx-5892 | 1056901 | AL |
| 48. Brown | Jacqueline | xxx-xx-8853 | | |
| 49. Burch | Eric | | | |
| 50. Callahan | Keith | xxx-xx-8666 | | LA |
| 51. Campbel | Angel | xxx-xx-9919 | 3007410 | AL |
| 52. Candler | Laura | xxx-xx-5395 | | |
| 53. Cann | Joshua | xxx-xx-1846 | | LA |
| 54. Carter | Johnny | | | LA |
| 55. Carter | Latoya | | | |
| 56. Chaisson | Aubrey | | | LA |
| 57. Chaisson | Donna | | | LA |
| 58. Cheramine | Gina | | | LA |
| 59. Cheramine | Harvey | xxx-xx-4500 | | LA |
| 60. Chestnut | William | xxx-xx-5122 | | FL |
| 61. Chuntae | Gabrielle | xxx-xx-5956 | | |
| 62. Ciliento | John | xxx-xx-3008 | | FL |
| 63. Cobb | Amy | xxx-xx-7303 | | FL |
| 64. Coestly | Johnny | | | |
| 65. Collins | Christina | | | LA |
| 66. Collins | Tamika | | | |
| 67. Collor | Paulette | xxx-xx-3833 | | |
| 68. Colombani | David | xxx-xx-8084 | 3164615 | LA |
| 69. Corson | Steve | xxx-xx-9853 | | FL |
| 70. Corson | Wayne | xxx-xx-4933 | | FL |
| 71. Cowana | Edward | xxx-xx-6784 | | LA |
| 72. Cox | Thomas | xxx-xx-0232 | | |
| 73. Crain | Douglas | | | |
| 74. Credeur | Jacob | | | LA |
| 75. Crosby | David | xxx-xx-9136 | | |
| 76. Crowder | Nathan | xxx-xx-4552 | | FL |
| 77. Curtis | David | xxx-xx-8040 | | LA |
| 78. Cypress | Frank | xxx-xx-5545 | | LA |
| 79. Davis | Jason | | | |
| 80. Davis | Shawn | xxx-xx-5095 | 1002064 | TX |
| 81. Daw | Rodney | xxx-xx-8281 | | AL |
| 82. Dedeaux | Kevin | xxx-xx-5836 | 3263257 | MS |
| 83. Dehmer | William | xxx-xx-9777 | | |
| 84. Delapp | Eric | | | |
| 85. Delilah | Dennis | xxx-xx-6165 | | LA |
| 86. Delo | Daniel | | | FL |
| 87. Delo | Jessie | xxx-xx-3557 | | FL |
| 88. Delo | Joseph | xxx-xx-3770 | | FL |
| 89. Delo | Sharron | xxx-xx-4529 | | FL |
| 90. Derek | Williams | xxx-xx-1317 | | AL |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 91. Dewey | Richard | xxx-xx-2042 | | FL |
| 92. Dezorzi | James | xxx-xx-2265 | | |
| 93. Divinity | Cornelius | xxx-xx-6774 | | |
| 94. Doherty | Chris | xxx-xx-5725 | | FL |
| 95. Douglas | Melvin | | | FL |
| 96. Duckett | Lavar | xxx-xx-0165 | 3122579 | LA |
| 97. Dufrene | Ian | | | LA |
| 98. Dufrene | Rene | | | LA |
| 99. Dugger | Willis | xxx-xx-4772 | 3583279 | FL |
| 100. Dulin | James | | | FL |
| 101. Dupuis | Royal | xxx-xx-9508 | | FL |
| 102. Durr | Robert | | | |
| 103. Earl | Martin | | | |
| 104. Edwards | Charles | xxx-xx-5454 | | |
| 105. Edwards | John | xxx-xx-5374 | | LA |
| 106. Edwin | Faith | xxx-xx-6375 | | AL |
| 107. Eldridge | Adam | xxx-xx-9950 | | MS |
| 108. Ellis | Michelle | xxx-xx-6942 | 1140132 | LA |
| 109. Estay | Joshua | xxx-xx-0522 | | LA |
| 110. Evans | Kenneth | xxx-xx-9093 | | FL |
| 111. Evans | Larry | xxx-xx-8048 | | LA |
| 112. Fleming | Chasity | xxx-xx-1580 | | LA |
| 113. Fletcher | Ricky | xxx-xx-7866 | 1001256 | LA |
| 114. Forrester | John Thomas | xxx-xx-4011 | | |
| 115. Frazier | Nathan | xxx-xx-1848 | 3037568 | LA |
| 116. Futch | Malcolm | xxx-xx-6722 | | MS |
| 117. George | Alex | xxx-xx-3379 | | LA |
| 118. Giardina | Deana | xxx-xx-1360 | | |
| 119. Gibson | Shane | xxx-xx-0080 | | FL |
| 120. Granada | Maritza | xxx-xx-3032 | | FL |
| 121. Green | Lynell | xxx-xx-5719 | | LA |
| 122. Green | Michael | xxx-xx-0545 | 3027506 | LA |
| 123. Guidry | Ian | xxx-xx-1449 | | LA |
| 124. Guidry | Karson | xxx-xx-8355 | | LA |
| 125. Gunn | Carl | xxx-xx-4468 | | FL |
| 126. Hall | Bruce | xxx-xx-8599 | | FL |
| 127. Hall | Robert | xxx-xx-4597 | | LA |
| 128. Halton | Reginald | xxx-xx-7875 | | |
| 129. Hamilton | Terrence | xxx-xx-4060 | | AL |
| 130. Hannah | Franklin | | | |
| 131. Harris | Eric | xxx-xx-3711 | | |
| 132. Harris | Sandra | xxx-xx-4323 | 3462857 | FL |
| 133. Harris | Sean | xxx-xx-0445 | | FL |
| 134. Hickey | Adam | xxx-xx-9326 | | LA |
| 135. Hickey | Michael | xxx-xx-1005 | 1180995 | LA |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 136. Hill | Christopher | xxx-xx-4589 | | TX |
| 137. Hill | David | xxx-xx-6392 | | AL |
| 138. Hilliard | Bryant | xxx-xx-9488 | 3578488 | FL |
| 139. Hoffmeister | Jesse | xxx-xx-3825 | | FL |
| 140. Hogan | Judd | xxx-xx-0418 | | WA |
| 141. Hooks | Helen | xxx-xx-1803 | | |
| 142. Horne | Karam | xxx-xx-1386 | | MS |
| 143. Horner | Justin | xxx-xx-1268 | | FL |
| 144. Horner | Matt | | | FL |
| 145. Howard | Terry | xxx-xx-4753 | | FL |
| 146. Howell | Chris | xxx-xx-5855 | | FL |
| 147. Hubbard | Errol | | | |
| 148. Hughes | Denise | | | La |
| 149. Hughley | Dominique | | | |
| 150. Humphries | Earl | xxx-xx-8697 | 3559569 | MS |
| 151. Hundley | Clamus | xxx-xx-4009 | | MS |
| 152. Hunter | Bryson | xxx-xx-9971 | | AL |
| 153. Hunter | Javalle | xxx-xx-4943 | | LA |
| 154. Hunter | Nanette | | | La |
| 155. Huseman | Richmond | | | |
| 156. Jackson | Ella | xxx-xx-1884 | 1002077 | LA |
| 157. Jackson | Michael | xxx-xx-1091 | | LA |
| 158. Jacobs | Larry | xxx-xx-0955 | | LA |
| 159. Jarrell | Fred | xxx-xx-4086 | | MS |
| 160. Jefferson | Edgar | xxx-xx-3108 | | |
| 161. Jettinghoff | Chris | xxx-xx-8873 | | FL |
| 162. Johnson | Herman | xxx-xx-2654 | | |
| 163. Johnson | Yohance | xxx-xx-1324 | | |
| 164. Jones | Willie | xxx-xx-0119 | 3168445 | LA |
| 165. Joseph | Martin | xxx-xx-5688 | | |
| 166. Kelly | Carl | xxx-xx-3031 | | |
| 167. Kent | Charles | xxx-xx-4252 | | LA |
| 168. Kerner | Allison | xxx-xx-6520 | | |
| 169. Khadaroo | Alvin | xxx-xx-1336 | | |
| 170. Kinchen | Lisa | | | |
| 171. Knott | Shekeena | xxx-xx-1221 | | |
| 172. Lakes | Ira | xxx-xx-7867 | | FL |
| 173. Landry | Delbert | | | |
| 174. Langner | Keith | xxx-xx-4966 | | FL |
| 175. Lanuza | Maximo | xxx-xx-0914 | 3164592 | LA |
| 176. Larsen | Cathy | | | |
| 177. Lauff | Darlene | xxx-xx-0501 | | |
| 178. Lauff | Lawrence | xxx-xx-9903 | | |
| 179. Laycock | Ronald | xxx-xx-2544 | | Fl |
| 180. LeBlanc | Donnie | xxx-xx-0083 | | LA |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 181. LeBoeuf | Shaun | xxx-xx-0088 | | |
| 182. Lee | Jerome | xxx-xx-1607 | | AL |
| 183. Lee | Madronica | | | |
| 184. Lee | Palmetta | | | |
| 185. Lehman | Burton | xxx-xx-2715 | | Fl |
| 186. Leon | Latoya | xxx-xx-7940 | | |
| 187. Levi | Ivory | xxx-xx-2355 | 3499064 | LA |
| 188. Lewis | Aysoni | | | |
| 189. Lewis | Ruby | xxx-xx-8872 | | |
| 190. Lindsey | Peter | | | |
| 191. Lirette | Warren | xxx-xx-8310 | | LA |
| 192. Little | Jo | xxx-xx-8486 | | |
| 193. Lizima | Villaire | xxx-xx-1856 | | |
| 194. Logan | Ralph | xxx-xx-7881 | | Fl |
| 195. Loisell | Marvin | xxx-xx-9645 | | Fl |
| 196. Loisell | Peggy | xxx-xx-1266 | | FL |
| 197. Louque | Lisa | xxx-xx-2737 | | LA |
| 198. Love | Gene | xxx-xx-7568 | | LA |
| 199. Luckett | Harvey | | | |
| 200. Luckman | Charles | | | LA |
| 201. Luet | Rhonda | | | La |
| 202. Luna | Carlos | xxx-xx-3468 | | Fl |
| 203. Lundberg | Arthur | xxx-xx-5983 | | Fl |
| 204. Lundren | John | xxx-xx-2755 | | Fl |
| 205. Lynch | Matthew | xxx-xx-5354 | | LA |
| 206. Mabins | Patricia | xxx-xx-8048 | | |
| 207. Malcolmson | Mich | | | Fl |
| 208. Malcolmson | Nicholas | xxx-xx-0993 | | FL |
| 209. Malmsten | Danny | xxx-xx-0255 | 3574101 | Fl |
| 210. Maroulis | Joey | xxx-xx-9417 | | |
| 211. Martin | Kendrick | xxx-xx-7088 | | MS |
| 212. Martini | William | xxx-xx-5095 | | Fl |
| 213. Mason | John | xxx-xx-6242 | | Fl |
| 214. Matesi | Tim | xxx-xx-4682 | 3571721 | Fl |
| 215. Maurice | Eugene | xxx-xx-0250 | | LA |
| 216. Maurice | Terrance | xxx-xx-5000 | 3372747 | LA |
| 217. Mayeux | Troy | | | Fl |
| 218. McCollum | Michael | xxx-xx-6150 | | |
| 219. McDonald | Rickie | xxx-xx-1880 | | LA |
| 220. McDow | William | xxx-xx-5546 | | Fl |
| 221. McGee | Jesse | xxx-xx-4869 | 3192303 | LA |
| 222. McHugh | Jimmy | xxx-xx-2931 | | Fl |
| 223. McHugh | Robert | xxx-xx-2714 | | |
| 224. McKinney | Monica | xxx-xx-0527 | | MS |
| 225. McMahan | Trevor | xxx-xx-5022 | | Fl |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 226. McQueen | Joshua | xxx-xx-2838 | | |
| 227. Mellinger | Madel | xxx-xx-8518 | | Fl |
| 228. Merry | David | xxx-xx-8780 | | |
| 229. Michel | Steve | xxx-xx-7393 | | LA |
| 230. Miles | William | xxx-xx-2105 | | |
| 231. Miller | Ryan | xxx-xx-8172 | 3030005 | La |
| 232. Mitchell | Larry | | | |
| 233. Mize | Carl | xxx-xx-5941 | | Fl |
| 234. Mizelle | Jacob | xxx-xx-2914 | | LA |
| 235. Molina | Michael | xxx-xx-2627 | | Fl |
| 236. Monroe | Saladine | | | |
| 237. Montgomery | Richard | xxx-xx-5716 | | |
| 238. Moore | Travis | xxx-xx-0317 | 3123036 | LA |
| 239. Morris | Steve | xxx-xx-8757 | | Fl |
| 240. Morrison | Kimberly | xxx-xx-5433 | 3504610 | Fl |
| 241. Morrissette | Katherine | xxx-xx-8899 | | AL |
| 242. Morrow | Nick | xxx-xx-2489 | 3050413 | Fl |
| 243. Moses | William | xxx-xx-7651 | 1066700 | FL |
| 244. Mostler | Robert | xxx-xx-8499 | | Fl |
| 245. Murphy | Patrick | xxx-xx-1762 | | Fl |
| 246. Mushtaq | Muhammed | xxx-xx-8606 | | |
| 247. Nelson | Amos | | | |
| 248. Nelson | Trinell | xxx-xx-4549 | | AL |
| 249. Nicholson | Bertram | xxx-xx-0453 | 1148069 | AL |
| 250. Nickelson | Ruth | xxx-xx-0121 | | |
| 251. Nicosia | Benny | | | |
| 252. Nicosia | Benny | xxx-xx-0891 | 3486454 | Fl |
| 253. Nikelson | Ruth | xxx-xx-0121 | | LA |
| 254. Nims | Angie | xxx-xx-5461 | | |
| 255. Norflett | Theresa | xxx-xx-2152 | | AL |
| 256. Oates | Reginal | xxx-xx-7653 | 3305910 | AL |
| 257. Pablo | Shantell | | | |
| 258. Padgett | Fred | xxx-xx-0714 | 3501682 | Fl |
| 259. Parfait | Shawn | | | La |
| 260. Parker | Marsha | xxx-xx-8805 | | |
| 261. Patterson | Charles | xxx-xx-3299 | | |
| 262. Payne | Cornelius | xxx-xx-4192 | | AL |
| 263. Payne | Cornelius | xxx-xx-4192 | | |
| 264. Payton | Floyd | xxx-xx-7548 | 3477744 | LA |
| 265. Peregory | Tim | xxx-xx-5504 | | Fl |
| 266. Perez | Heriberth | xxx-xx-9878 | | FL |
| 267. Perez | Reinaldo | xxx-xx-9117 | | Fl |
| 268. Perry | Louis | xxx-xx-6933 | | |
| 269. Peterson | Kyle | xxx-xx-6235 | | Fl |
| 270. Pham | Minh | xxx-xx-9374 | | FL |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 271. Phillips | Tiffany | | | |
| 272. Phoenix | David | xxx-xx-4570 | | LA |
| 273. Piacente | Robert Kevin | xxx-xx-9212 | | |
| 274. Pinders | Jerry | xxx-xx-4124 | | Fl |
| 275. Planes | Melanie | xxx-xx-4752 | | FL |
| 276. Plasted | Vicki | xxx-xx-2813 | | |
| 277. Police | Guy | xxx-xx-6553 | | Fl |
| 278. Portier | Amber | xxx-xx-0029 | | LA |
| 279. Pottinger | David | xxx-xx-0020 | | Fl |
| 280. Prefontaine | Michael | xxx-xx-7787 | | Fl |
| 281. Price | Allie | | | La |
| 282. Price | Derek | xxx-xx-3331 | | La |
| 283. Price | Evan | xxx-xx-1897 | | La |
| 284. Price | George | xxx-xx-2654 | | La |
| 285. Price | Katie | xxx-xx-3332 | | La |
| 286. Price | Kaylee | xxx-xx-6996 | | La |
| 287. Price | Rickki | xxx-xx-7779 | | La |
| 288. Price | Susan | xxx-xx-8739 | | La |
| 289. Price | Travis | xxx-xx-2352 | | La |
| 290. Primicerio | Louis | xxx-xx-9070 | | Fl |
| 291. Quinn | John | xxx-xx-6034 | | LA |
| 292. Rasch | John | xxx-xx-8362 | | Fl |
| 293. Raymond | Michelle | xxx-xx-5461 | | |
| 294. Rea | Steve | xxx-xx-5449 | | Fl |
| 295. Renfroe | Dewayne | xxx-xx-2570 | | FL |
| 296. Resnikoff | Samantha | | | |
| 297. Rice | Reginald | xxx-xx-7925 | 3036038 | AL |
| 298. Richards | Donald | xxx-xx-6603 | 3001710 | TN |
| 299. Rickie | Henry | xxx-xx-8211 | | LA |
| 300. Rigaud | Annette | | | La |
| 301. Rigaud | Sarah | | | La |
| 302. Roadman | Mark | xxx-xx-3119 | | |
| 303. Robbins | Sabrina | xxx-xx-1637 | | FL |
| 304. Robertson | James | xxx-xx-6412 | | |
| 305. Robinson | Charlie | xxx-xx-3417 | | FL |
| 306. Robinson | Gary | xxx-xx-9183 | 1038926 | Fl |
| 307. Rogers | Jermaine | | | |
| 308. Ruffin | Etavia | | | |
| 309. Sanders | Errol | xxx-xx-9848 | 3122663 | LA |
| 310. Sanders | Steven | xxx-xx-7313 | | |
| 311. Sappe | Michael | | | Fl |
| 312. Sappe | Shelia | xxx-xx-6995 | | Fl |
| 313. Savoy, III | Donald | xxx-xx-0551 | | |
| 314. Schenvar | Harold | | | Fl |
| 315. Schenvar | Keith | xxx-xx-0526 | | Fl |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 316. Schenvar | Kyle | xxx-xx-9597 | | Fl |
| 317. Schenvar | Max | xxx-xx-2131 | | Fl |
| 318. Schenvar | Patricia | xxx-xx-7460 | | Fl |
| 319. Scott | Robert | xxx-xx-2401 | | Fl |
| 320. Seals | Geneva | xxx-xx-4402 | | |
| 321. Senne | Jay | xxx-xx-2564 | | Fl |
| 322. Senne | Ronald | | | Fl |
| 323. Sergent | Richard | xxx-xx-3246 | | Fl |
| 324. Shannon | Edward | xxx-xx-1179 | | Fl |
| 325. Shaver | Durinda | xxx-xx-5818 | | Fl |
| 326. Sierra | Luz | xxx-xx-1358 | | |
| 327. Silva | Edward | xxx-xx-3034 | | FL |
| 328. Simon | Randy | | | |
| 329. Sizemore | Michael | xxx-xx-5590 | | Fl |
| 330. Sizemore | Robert | xxx-xx-0888 | | Fl |
| 331. Smith | Allen | xxx-xx-4161 | 3317703 | LA |
| 332. Smith | Buddy | xxx-xx-0147 | | Fl |
| 333. Smith | Cynthia | | | |
| 334. Smith | John | xxx-xx-5321 | | NC |
| 335. Smith | Rodney | xxx-xx-0226 | | LA |
| 336. Soco | Jerome | xxx-xx-6651 | | LA |
| 337. Spears | George | xxx-xx-7239 | | FL |
| 338. St. Pierre | Laura | | | La |
| 339. St. Pierre | Neely | | | La |
| 340. Stiller | Bruce | xxx-xx-7278 | | Fl |
| 341. Stiller | Thomas | xxx-xx-2144 | | Fl |
| 342. Storey | Phillip | xxx-xx-8016 | | |
| 343. Strumske | Michael | xxx-xx-4877 | | Fl |
| 344. Stuve | Gary | xxx-xx-2555 | | Fl |
| 345. Summers | John | xxx-xx-0325 | | Fl |
| 346. Tait | Dwight | xxx-xx-6611 | 1067268 | MS |
| 347. Tatum | Paula | xxx-xx-6926 | | |
| 348. Taylor | Christopher | xxx-xx-8924 | | Fl |
| 349. Terry | Ginger | xxx-xx-5110 | | |
| 350. Thompson | Alex | xxx-xx-0215 | | LA |
| 351. Thompson | Heidi | xxx-xx-9923 | | FL |
| 352. Tindell | Dave | xxx-xx-1088 | | Fl |
| 353. Tirado | Fredy | xxx-xx-5310 | | FL |
| 354. Torregano | Keyon | xxx-xx-9882 | 3307905 | LA |
| 355. Tourniere | Christopher | xxx-xx-6868 | | FL |
| 356. Tourniere | Wayne | xxx-xx-7006 | | FL |
| 357. Tuck | Tammy | xxx-xx-4111 | | |
| 358. Turner | Austin | xxx-xx-6780 | | FL |
| 359. Turner | James | xxx-xx-0459 | | FL |
| 360. Turner | Leo | | | |

# Exhibit C

| Last Name | First Name | Social Security # | GCCF Claim # | State |
|---|---|---|---|---|
| 361. Turner | Verda | xxx-xx-7602 | | AL |
| 362. Tyrell | Allen | xxx-xx-9289 | | Fl |
| 363. Tyrell | Richard | | | Fl |
| 364. Vassilakos | John | xxx-xx-3565 | | |
| 365. Vautier | Andrea | xxx-xx-8946 | | FL |
| 366. Vickers | Stephen | xxx-xx-0267 | | Fl |
| 367. Victor | Johnetta | xxx-xx-7894 | | LA |
| 368. Vinet | Harold | xxx-xx-8624 | | LA |
| 369. Wallace | Yolanda | xxx-xx-3349 | | La |
| 370. Walters | Debbie | xxx-xx-3791 | | MS |
| 371. Warren | David | xxx-xx-0967 | | LA |
| 372. Warren | Phyllis | | | La |
| 373. Waters | Jordan | xxx-xx-7713 | | Fl |
| 374. Waters | Joseph | xxx-xx-4988 | | Fl |
| 375. Watts | Charles | | | |
| 376. Weaver | John | xxx-xx-4088 | | Fl |
| 377. Wentzell | Kyrt | xxx-xx-3410 | | |
| 378. Wetterman | Eric | xxx-xx-3539 | | Fl |
| 379. White | Darlene | xxx-xx-9292 | | TX |
| 380. Whitfield | Lawrence | xxx-xx-4654 | 3231745 | FL |
| 381. Wiggins | Mercy | xxx-xx-2943 | | |
| 382. Williams | Derek | xxx-xx-1317 | | AL |
| 383. Williams | Gloria | xxx-xx-4768 | | TX |
| 384. Williams | Hazel | xxx-xx-3962 | | |
| 385. Williams | Jerladine | | | |
| 386. Williams | Kenneth | | | |
| 387. Williams | Nathaniel | | | |
| 388. Williams | Rosemary | xxx-xx-9930 | 3486629 | AL |
| 389. Williams | Trey | xxx-xx-3515 | | MS |
| 390. Wilson | Jimmy | xxx-xx-2395 | | La |
| 391. Wimbley | Jonathan | xxx-xx-4648 | 3458300 | MS |
| 392. Womack | Betty | | | La |
| 393. Wooley | David | xxx-xx-2650 | | Fl |
| 394. Wyatt | Sandra | xxx-xx-1625 | | MS |
| 395. Yates | Richard | xxx-xx-1262 | | La |
| 396. Young | Daniel | xxx-xx-4424 | | Fl |
| 397. Young | Mitchell | xxx-xx-4668 | | Fl |
| 398. Zeno | Eugene | xxx-xx-6066 | 3030845 | LA |
| 399. Zeno | Gilbert | xxx-xx-3102 | 3093201 | LA |
| 400. Zeringue | Jordan | xxx-xx-9698 | | LA |
| 401. Zimmer | Jay | xxx-xx-0399 | 3152550 | TX |