| LAST NAME | FIRST NAME | SS# - REDACTED | STATE |
|---|---|---|---|
| BACHI | SABRINA | XXX-XX-4356 | FLORIDA |

# **EXHIBIT D**

| LAST NAME | FIRST NAME | SS# - REDACTED | STATE |
|---|---|---|---|
| BACHI | SABRINA | XXX-XX-4356 | FLORIDA |