**Exhibit A**

| Claimant | File Date | File Number |
|---|---|---|
| Jesse Bergens | 4/24/2013 | 134603 |
| Dish One LLC | 4/24/2013 | 134602 |
| Mel's Treasures On-Line LLC | 4/24/2013 | 134601 |