1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4                                    *
  IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
5         *DEEPWATER HORIZON* IN THE  *
          GULF OF MEXICO ON           *   Section J
6         APRIL 20, 2010              *
                                      *   New Orleans, Louisiana
7                                     *
                                      *   April 19, 2013
8                                     *
  Applies to:  All Cases             *   9:30 a.m.
9                                     *
  * * * * * * * * * * * * * * * * * * *

10

11           TRANSCRIPT OF WORKING GROUP CONFERENCE
            BEFORE THE HONORABLE SALLY SHUSHAN
12             UNITED STATES MAGISTRATE JUDGE

13

  <u>Appearances</u>:
14

15  For the Plaintiffs:        Domengeaux Wright Roy
                                & Edwards, LLC
16                             BY:  JAMES P. ROY, ESQ.
                               Post Office Box 3668
17                             556 Jefferson Street, Suite 500
                               Lafayette, Louisiana 70502
18

19  For the Plaintiffs:        Herman Herman & Katz, LLC
                               BY:  STEPHEN J. HERMAN, ESQ.
20                             820 O'Keefe Avenue
                               New Orleans, Louisiana 70113
21

22  For the Plaintiffs:        Levin Papantonio Thomas Mitchell
                                Rafferty & Proctor, PA
23                             BY:  BRIAN H. BARR, ESQ.
                               Post Office Box 12308
24                             316 South Baylen Street, Suite 600
                               Pensacola, Florida 32591

25

1   <u>Appearances</u>:

2

3   For the Plaintiffs:              Williams Law Group, LLC
                                     BY:  CONRAD "DUKE" WILLIAMS, ESQ.
                                     435 Corporate Drive, Suite 101
4                                    Houma, Louisiana 70360

5

6   For the Plaintiffs:              Lewis Kullman Sterbcow & Abramson
                                     BY:  PAUL M. STERBCOW, ESQ.
                                     601 Poydras Street, Suite 2615
7                                    New Orleans, Louisiana 70130

8

9   For the Plaintiffs:              Irpino Law Firm
                                     BY:  ANTHONY IRPINO, ESQ.
                                     2216 Magazine Street
10                                   New Orleans, Louisiana 70130

11

12  For the State of                 Attorney General of Alabama
    Alabama:                         BY:  COREY L. MAZE, ESQ.
                                          WINFIELD J. SINCLAIR, ESQ.
13                                   501 Washington Avenue
                                     Montgomery, Alabama 36130

14

15  For the State of                 Kanner & Whiteley, LLC
    Louisiana:                       BY:  DOUGLAS R. KRAUS, ESQ.
16                                   701 Camp Street
                                     New Orleans, Louisiana 70130

17

18  For the United States            U.S. Department of Justice
    of America:                      Environmental Enforcement Section
19                                   BY:  SARAH D. HIMMELHOCH, ESQ.
                                          A. NATHANIEL CHAKERES, ESQ.
20                                        TOM BENSON, ESQ.
                                          STEVEN O'ROURKE, ESQ.
21                                        SCOTT CERNICH, ESQ.
                                          ABIGAIL ANDRE, ESQ.
22                                        DAVID MCILWAIN, ESQ.
                                          ERICA PENCAK, ESQ.
23                                   Post Office Box 7611
                                     Washington, D.C. 20044

24

25

1    <u>Appearances</u>:

2

3    For the United States        U.S. Department of Justice
     of America:                  Torts Branch, Civil Division
                                  BY:  R. MICHAEL UNDERHILL, ESQ.
4                                 7-5395 Federal Bldg., Box 36028
                                  San Francisco, California 94102

5

6    For Transocean Holdings      Frilot, LLC
     LLC, Transocean Offshore     BY:  KERRY J. MILLER, ESQ.
7    Deepwater Drilling Inc.,     1100 Poydras Street, Suite 3700
     Transocean Deepwater Inc.:   New Orleans, Louisiana 70162

8

9    For Transocean Holdings      Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore     BY:  CARTER L. WILLIAMS, ESQ.
10   Deepwater Drilling Inc.,     1001 Fannin Street, Suite 3700
     Transocean Deepwater Inc.:   Houston, Texas 77002

11

12   For Transocean Holdings      Munger Tolles & Olson, LLP
     LLC, Transocean Offshore     BY:  GRANT DAVIS-DENNY, ESQ.
13   Deepwater Drilling Inc.,          KYLE A. CASAZZA
     Transocean Deepwater Inc.:   335 S. Grand Avenue, 35th Floor
14                                Los Angeles, California 90071

15

16   For BP America Inc.,         Liskow & Lewis, APLC
     BP America Production        BY:  DON K. HAYCRAFT, ESQ.
     Company, BP Company          701 Poydras Street, Suite 5000
17   North America Inc.,          New Orleans, Louisiana 70139
     BP Exploration &
18   Production Inc., BP
     Holdings North America
19   Limited, BP Products
     North America Inc.:

20

21   For BP America Inc.,         Kirkland & Ellis, LLP
     BP America Production        BY:  ROBERT R. GASAWAY, ESQ.
22   Company, BP Company               MICHAEL A. PETRINO, ESQ.
     North America Inc.,               JOSEPH A. EISERT, ESQ.
23   BP Exploration &             655 Fifteenth Street, NW
     Production Inc., BP          Washington, D.C. 20005
24   Holdings North America
     Limited, BP Products
25   North America Inc.:

1    Appearances:

2

3    For BP America Inc.,              Kirkland & Ellis, LLP
     BP America Production            BY:   J. ANDREW LANGAN, ESQ.
     Company, BP Company                    MARK J. NOMELLINI, ESQ.
4    North America Inc.,                    BRIAN A. KAVANAUGH, ESQ.
     BP Exploration &                 300 North Lasalle
5    Production Inc., BP              Chicago, Illinois 60654
     Holdings North America
6    Limited, BP Products
     North America Inc.:

7

8    For Halliburton Energy          Godwin Ronquillo, PC
     Services, Inc.:                 BY:   DONALD E. GODWIN, ESQ.
9                                          JENNY L. MARTINEZ, ESQ.
                                           SEAN W. FLEMING, ESQ.
                                     1201 Elm Street, Suite 1700
10                                   Dallas, Texas 75270

11   For Halliburton Energy:         Godwin Ronquillo, PC
     Services, Inc.:                 BY:   R. ALAN YORK, ESQ.
12                                         GWEN E. RICHARD, ESQ.
                                     1331 Lamar, Suite 1665
13                                   Houston, Texas 77010

14   For Anadarko Petroleum          Kuchler Polk Schell
     Corporation, Anadarko             Weiner & Richeson, LLC
15   E&P Company LP:                 BY:   SARAH E. IIAMS, ESQ.
                                     1615 Poydras Street, Suite 1300
16                                   New Orleans, Louisiana 70112

17   For Anadarko Petroleum          Bingham McCutchen, LLP
     Corporation, Anadarko           BY:   WARREN A. FITCH, ESQ.
18   E&P Company LP:                 2020 K Street, NW
                                     Washington, D.C. 20006

19

20   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room HB-406
21                                   New Orleans, Louisiana 70130
                                     (504) 589-7778
22                                   Toni_Tusa@laed.uscourts.gov

23

24
     Proceedings recorded by mechanical stenography using
25   computer-aided transcription software.

1                          **I N D E X**

2                                                              Page

3
Equipment at Michoud and Other Locations          14
4
Phase One Issues                                  15
5
Phase Two Preparation                             50
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**PROCEEDINGS**</u>

**(April 19, 2013)**

09:21

09:32   THE COURT:  Happy end of Phase One.  Who is relieved?

09:32   MR. HAYCRAFT:  All of us.

09:32   THE COURT:  Who's exhausted?

09:32   UNIDENTIFIED SPEAKER:  I have a jolt of new energy.

09:32   THE COURT:  A jolt of new energy.

09:32   MR. HAYCRAFT:  I hear Phase Two is coming up.

09:32   THE COURT:  It is.

09:32   UNIDENTIFIED SPEAKER:  And Phase Three.

09:32   THE COURT:  Let's make sure our phone participants

09:32   are online.

09:32          Phone participants?

09:32   MS. HIMMELHOCH:  Good morning, Your Honor.

09:32   THE COURT:  How are you doing?

09:32   (Telephone interference.)

09:32   THE COURT:  Sarah, how are you today?

09:32   MS. HIMMELHOCH:  (Inaudible.)

09:32   THE COURT:  We are having trouble.

09:32   (Telephone interference.)

09:32   THE COURT:  Sarah, are you there?

09:33   MS. HIMMELHOCH:  Yes, I am here, Your Honor.  Can you

09:33   hear me?

09:33   THE COURT:  Sarah, you sound like this.

09:33   MS. HIMMELHOCH:  Is anyone else sounding like they

09:33  1  are in a tunnel?

09:33  2          THE COURT:  I tell you what we are going to do.  We

09:33  3  are going to -- why don't we disconnect and everybody redial,

09:33  4  and I will call my office and have them redial.

09:33  5          MS. HIMMELHOCH:  Okay.  I'm going to hang up and dial

09:33  6  again.

09:34  7          THE COURT:  Well, that was a good start, wasn't it?

09:34  8  We'll wait for them.

09:34  9              Well, you want your phone participants to see

09:34  10  your picture?

09:34  11          MR. MAZE:  I'm sure they can see it right through the

09:34  12  phone, Your Honor.

09:34  13          THE COURT:  Put this one up first.

09:34  14          MR. MAZE:  Mr. Roberts isn't even here today.  He

09:34  15  said this were no highrises in Montgomery.

09:34  16          THE COURT:  Anybody who can't see, come on around

09:34  17  because Corey has reported there indeed was one highrise --

09:34  18          MR. MAZE:  There are actually two, depending on how

09:34  19  many floors constitutes a highrise.

09:34  20          THE COURT:  I think both of those are highrises.

09:34  21          MR. MAZE:  This was the taken from my office window

09:34  22  about two minutes after he said that.  The jail is actually

09:34  23  over to the right -- or to the left.

09:34  24          THE COURT:  I was amazed by the amount of traffic.

09:35  25  That traffic snarl in downtown Montgomery is really

09:35    1    intimidating.

09:35    2              MR. MAZE:  If I can explain what's in the picture,

09:35    3    there's definitely a very --

09:35    4              THE COURT:  Yeah, we would like that because I might

09:35    5    tell you that I showed this picture to Judge Barbier this

09:35    6    morning, and he identified what I think you're getting ready to

09:35    7    identify.

09:35    8              MR. MAZE:  This?

09:35    9              THE COURT:  Yes, sir.

09:35   10              MR. MAZE:  What is that?

09:35   11              THE COURT:  That is the church at which Martin Luther

09:35   12    King, Jr., was the pastor.

09:35   13              MR. MAZE:  It is.  It is King Memorial Baptist

09:35   14    Church.  Dr. King was pastor there.  At most times of the day

09:35   15    you will see a tour bus somewhere around here.

09:35   16              THE COURT:  The red, did they get it on special at

09:35   17    the paint store?

09:35   18              MR. MAZE:  It's the picture.  It's not the actual --

09:35   19    I can send you a better color picture.

09:35   20              THE COURT:  No, no, no, it's okay.  Judge Barbier

09:35   21    knows some stuff.  He identified that.

09:35   22              MR. MAZE:  That is Dr. King's church.

09:35   23              The other interesting thing about the picture

09:35   24    is -- what was it, about 20 years ago they shut the

09:36   25    Supreme Court down?

09:36   1          **MR. SINCLAIR:**  They did.

09:36   2          **MR. MAZE:**  They shut the old Supreme Court building

09:36   3   down.

09:36   4          **THE COURT:**  I thought it was because of the justices.

09:36   5          **MR. MAZE:**  It was because of the asbestos.  We did

09:36   6   have to remove a justice for an amount of time.

09:36   7          **THE COURT:**  And he's since been re-elected.

09:36   8          **MR. MAZE:**  We're not on the record, right?

09:36   9          **THE COURT:**  Yes, we are.

09:36   10          **MR. MAZE:**  Yes, he was re-elected.

09:36   11          **THE COURT:**  Wait.  Hold on.  Let's see if we can get

09:36   12   our phone participants back on.  We are having too much fun.

09:36   13          **MR. MAZE:**  That is the state bar building.  They are

09:36   14   across the street watching us at all times.

09:36   15          **THE COURT:**  Phone participants, are you back this

09:36   16   time?

09:36   17          **MS. HIMMELHOCH:**  I am, Your Honor, and I think I'm

09:36   18   audible.

09:36   19          **THE COURT:**  You are, and it's a much better

09:36   20   connection.

09:36   21          Corey is currently showing us a picture of

09:36   22   downtown Montgomery, Alabama, with a shot of the church that

09:36   23   Martin Luther King, Jr., was the pastor at.

09:36   24          Do you have the other picture?

09:36   25          **MR. MAZE:**  About 20 or 30 years ago, they had to shut

the Supreme Court of Alabama down for asbestos.  The whole building was lined with it.  They had to shut it down and build a new one.  It sat unoccupied.  It was completely empty, padlocked, a block from the capital, for decades.

And finally the guy who owns our retirement systems -- they said, "You can have the building to build on the space under one condition.  You can't tear the building down.  You have to use it as a historical site, as part of your building."  So he said, "Okay."  So he came up with the bright idea of the old Supreme Court building is in this glass box.

THE COURT:  Oh, I wondered what that is.

MR. MAZE:  And he just built around it.  He built a highrise over top of the old Supreme Court building, which is inside of this glass box.

THE COURT:  That's bizarre.

MR. MAZE:  It is very bizarre.  It's actually very beautiful on the inside.  He went in and redid the Supreme Court chambers and now it's his conference room.  It's just a massive table.  They still have the justices' seats.  It's a beautiful room, but it's the oddest building.  You can see it if you look through the glass.  The old Supreme Court building is just in a glass box.

THE COURT:  Did he remediate the asbestos?

MR. MAZE:  I'm hoping so.  I don't walk over to that side of the street very often.

09:38  1        **THE COURT:**  The traffic keeps you from going over

09:38  2  there.

09:38  3        **MR. MAZE:**  Yes.

09:38  4        **THE COURT:**  Look, Corey, I'm from New Orleans.  We

09:38  5  are not the biggest big city.

09:38  6        **MR. MAZE:**  Oh, I understand.

09:38  7        **THE COURT:**  So I have to caution you, I'm not making

09:38  8  that much fun of you.

09:38  9        **MR. MAZE:**  Well, the biggest problem with the

09:38  10  building was -- I used to have a view of the river which is

09:38  11  immediately behind the building, so he took it away from me.

09:38  12  He was protecting my retirement.

09:38  13        **THE COURT:**  Maybe that was part of your promotion.

09:38  14        **MR. MAZE:**  What promotion?

09:38  15        **THE COURT:**  Exactly my point.

09:38  16           We have another picture there for you to put up.

09:38  17        **MR. MAZE:**  There are actually a couple.  Which one do

09:38  18  you want next?

09:38  19        **THE COURT:**  Scott is not here, huh?

09:38  20           Scott, you're here.

09:38  21        **MR. MAZE:**  This one was slid in.

09:38  22        **THE COURT:**  Let me see that one.

09:39  23        **MR. MAZE:**  This is the one I --

09:39  24        **MS. HIMMELHOCH:**  Your Honor, I hate to interrupt our

09:39  25  moment of jocularity, but we seem to have a return of the sound

| | |
|---|---|
| 09:39 | 1 |
| 09:39 | 2 |
| 09:39 | 3 |
| 09:39 | 4 |
| 09:39 | 5 |
| 09:39 | 6 |
| 09:39 | 7 |
| 09:39 | 8 |
| 09:39 | 9 |
| 09:39 | 10 |
| 09:39 | 11 |
| 09:39 | 12 |
| 09:39 | 13 |
| 09:39 | 14 |
| 09:39 | 15 |
| 09:39 | 16 |
| 09:39 | 17 |
| 09:39 | 18 |
| 09:39 | 19 |
| 09:40 | 20 |
| 09:40 | 21 |
| 09:40 | 22 |
| 09:40 | 23 |
| 09:40 | 24 |
| 09:40 | 25 |

1  problem.  Someone who just joined -- if everybody who just
2  joined the phone could mute, maybe that would solve the
3  problem.
4          THE COURT:  Guys, whoever is on the phone that's
5  causing hearing loss for the rest of us, could you put your
6  phones on mute.
7          MR. MAZE:  I know what that is only because I was
8  there.
9          THE COURT:  Scott, come on up and give your
10  presentation.
11              Scott sent me this yesterday, and I was somewhat
12  appalled by the message that he sent.
13              Scott, do you want to explain?
14          MR. CERNICH:  Oh, yes.  So I completed my letter that
15  I sent to you yesterday regarding Dr. Hunter and then decided
16  it was time for some lunch and a break.  Judge Shushan was
17  appalled that I was relaxing.
18          THE COURT:  He said something about "I'm having a
19  relaxing post-trial lunch," and so, you know, the question
20  being who gave him permission to have a relaxing lunch.  But it
21  looks to me like that is a Pat O'Brien's Hurricane.
22          MR. CERNICH:  Yes.  Yes, it is.
23          MR. HERMAN:  It was.
24          MR. MAZE:  How good was the letter?
25          THE COURT:  It was a little sketchy.

09:40  1        **MR. CERNICH:**  It was a Central Grocery muffaletta.

09:40  2        **THE COURT:**  Which I could identify.

09:40  3        **MR. HERMAN:**  We thought you were eating at Pat O's.

09:40  4        **MR. CERNICH:**  No, no.  I was actually eating on a

09:40  5  bench in Jackson Square.

09:40  6        **THE COURT:**  He got the Hurricane to go.  So that's

09:40  7  excellent.  That's excellent.

09:40  8            Come on, Corey.  Why don't you give us the last

09:40  9  picture of the morning.

09:40  10        **MR. MAZE:**  I'll let Don describe it, if he wants to

09:40  11  come up.

09:40  12        **THE COURT:**  Give a description of what I'm looking

09:40  13  at.

09:40  14        **MR. HAYCRAFT:**  Well, Judge, you know, this is a

09:40  15  maritime case.

09:40  16        **THE COURT:**  Yes.

09:40  17        **MR. HAYCRAFT:**  You understand that.

09:40  18        **THE COURT:**  Yes.

09:40  19        **MR. HAYCRAFT:**  Our last witness, indeed, is

09:41  20  Captain Andrew Mitchell.  The very last question of

09:41  21  Transocean's cross-examination of Captain Mitchell asked him

09:41  22  whether he thought it was a good idea, a good, heroic thing for

09:41  23  Captain Kuchta to have dove into the water, swum back to the

09:41  24  rig with a knife, and cut the painter of the lifeboat so that

09:41  25  the lifeboat and the people inside could get away from the

09:41  1    flaming rig.

09:41  2                    And Captain Mitchell responded, "Well, yes, in

09:41  3    isolation, that's a good thing.  However, if he had done his

09:41  4    job properly, he wouldn't have been in the water with a knife."

09:41  5              THE COURT:  You're kidding.

09:41  6                    So for phone participants, what we see is a

09:41  7    gentleman with a white beard with a knife in his hand, which is

09:41  8    then in his mouth.  Is that correct?

09:41  9              MR. HAYCRAFT:  Yes.  On the BP team we now call him

09:41  10   Mack the Knife.

09:42  11             THE COURT:  Mack the Knife.  Okay.  Well, good.

09:42  12   That's very interesting.

09:42  13                   All right.  Let's see if we can get y'all in and

09:42  14   out of here.  The PSC has brought a huge contingent because

09:42  15   they are so nervous that we might cover something they don't

09:42  16   want to cover.

09:42  17                   Equipment at Michoud.  We had the BOP and the

09:42  18   LMRP opened on April 12.  Anything we need to talk about on

09:42  19   that?

09:42  20                   All right.  Further inspection of the riser took

09:42  21   place.  Anything we need to talk about there?

09:42  22                   BP has provided notice of intention to dispose

09:42  23   of certain samples.  That came across our desks, I believe,

09:42  24   this morning.  It was either late yesterday or early this

09:42  25   morning.  The deadline to comment and object is May 8.  If you

1   all will take a look at that, please advise BP that either you

2   object or you have no objections, and they don't have to

3   wonder.  Okay?

4           Phase One issues.  We do need to have a final

5   final marshaling conference, and I don't think we need to

6   schedule it.  I'm going to have it just on a normal Friday so

7   that people don't have to fly in for it.  And, frankly, if

8   people were out of town --

9           Mr. Nomellini, you may participate by phone like

10  you normally do.

11          **MR. NOMELLINI:**  Thank you, Judge.

12          **THE COURT:**  And we have a lot of what I call the

13  hanging participles that we need to clean up, so let's go

14  through that.

15          I would like to have exhibit lists sorted by

16  number, numerically -- we talked about it before -- and in

17  order of presentation so that people can cross-reference both

18  ways.  So if they want to know when it was introduced and with

19  what witness, they will be able to find it; or if they want to

20  just check the number, they will be able to find it.

21          I would like both of those lists circulated and

22  agreed to before the final marshaling conference.  That should

23  not be a problem.  That's been going very smoothly.

24          Question on the lists.  Judge Barbier asked

25  whether it is too late to add a brief description of the

09:44  1   document, and I told him it was, but I'm asking the question
09:44  2   because Judge Barbier asked it.  If anybody disagrees with me,
09:44  3   will you let me know?
09:45  4              All right.  I think for Phase Two, though, we
09:45  5   probably need to think about that.  We are learning a lot of
09:45  6   lessons for Phase Two.  I'm going to get to that when we get to
09:45  7   the Phase Two agenda, so just something to note.
09:45  8              Then last but not least, inData -- we have
09:45  9   talked about this before -- is going to take all of the
09:45  10  exhibits that were introduced and are on the master list and
09:45  11  deposition bundles, I believe, and put them on one hard drive
09:45  12  as a substitute for what was handed to Stephanie on thumb
09:45  13  drives during the course of the trial.
09:45  14             What I'm going to ask you all to do is to put
09:45  15  your list together and make sure they are agreed to, and then
09:45  16  and only then will inData transfer to one hard drive all of the
09:46  17  exhibits and all of the depo bundles; and then the parties will
09:46  18  verify that what's on the hard disk is indeed agreed to, is
09:46  19  what was introduced into evidence during the course of the
09:46  20  trial, and contains nothing that wasn't introduced into
09:46  21  evidence during the course of the trial.  That will be our
09:46  22  final hard drive that will, if necessary, go next door to the
09:46  23  Fifth Circuit.  Okay?
09:46  24             Does that make sense, Mark?
09:46  25       **MR. NOMELLINI:**  Yes, Your Honor.

09:46  1        THE COURT:  Good.  All right.

09:46  2             Anthony, good morning.

09:46  3        MR. IRPINO:  Good morning Judge.  I agree, it does

09:46  4   make sense.

09:46  5             Point of clarification.  We talked about

09:46  6   exhibits and depo bundles going on there.  There are other

09:46  7   things that went into evidence as well, such as video clips

09:47  8   that were put on separate thumb drives and given to Stephanie,

09:47  9   at least at some times, call-outs, demonstratives.

09:47  10        THE COURT:  Yes.

09:47  11        MR. IRPINO:  I'm hearing you say everything, whether

09:47  12   or not it's an exhibit, a call-out, a demonstrative, a video

09:47  13   clip, a depo bundle, all should go on that final hard drive.

09:47  14        THE COURT:  Yes.  If they were admitted during the

09:47  15   course of the trial, I think that all should be on the hard

09:47  16   drive.  Does anybody disagree?

09:47  17             Andrew?

09:47  18        MR. LANGAN:  I agree, Your Honor.

09:47  19        THE COURT:  Good.  Thank you.

09:47  20        MR. IRPINO:  If you would ask a question of

09:47  21   Judge Barbier because I think the final hard drive might be

09:47  22   used by him in terms -- I don't know physically, logistically,

09:47  23   is he going to take that, download it, and then go through that

09:47  24   in order to review documents relating to the case.

09:47  25             Would he like different setups in that hard

1   drive?  I would imagine things could get put on the hard drive

2   by witness folder.  So, for example, if we did it per witness

3   in the case, the first witness, as you may recall, was

4   Professor Bea.  We would put a folder, title it "1" so it would

5   show up first, and then "Bea"; and then within that folder it

6   could have all of the exhibits that were used with

7   Professor Bea and then possibly, if the Court desires, dividing

8   those up by party.

9            So that if the Court would like, we would

10  attempt to have folders "Bea," then subfolders for each party's

11  exhibits, call-outs, demonstratives used with that witness, and

12  we could look into putting those in order of use or -- and then

13  possibly having a separate section, separate drive that has all

14  of the exhibits in order, much like to mirror the marshaling

15  list.

16            **THE COURT:**  Numerical order.

17            **MR. IRPINO:**  Numerical order.  So those are some

18  things that might be helpful to the judge, that we had thought

19  about could be considered.

20            **THE COURT:**  I like that, and I will speak to him

21  about that.  I will get an e-mail out to everybody to let you

22  all know what he has to say.

23            **MR. IRPINO:**  Great.  Thank you, Judge.

24            **THE COURT:**  Thank you, Anthony.  Very helpful.

25            Steve.

1     **MR. HERMAN:**  You can go ahead, Alan.

2     **THE COURT:**  Alan.

3     **MR. YORK:**  Good morning, Your Honor.  Alan York for

4   Halliburton.

5          I have actually spoken to most but not all of

6   the parties about this, but as we get to the point where we are

7   going to do this final drive with the deposition bundles --

8   following the PSC and U.S.'s list of some highlighted exhibits

9   that they had questions about, Halliburton went back and did

10  some QC on ours as well, and we did locate some highlighted

11  exhibits which, I will tell you, the testimony to which it

12  linked may not have called out the exact exhibit number, which

13  would explain why inData did not have as clear a place to link

14  it, but there is definite discussion of the exhibit.  So it's

15  one of those logistic questions that we talked about last week.

16     **THE COURT:**  Right.

17     **MR. YORK:**  Ours are about 30 highlighted exhibits.

18  We also found a few instances where our page and line

19  designation, either the affirmative designations or the cross

20  designations did not get included in the bundles.  I think I

21  have raised that with most of the parties, that those may be a

22  couple of things that people may want to go back and look at.

23  We are working with inData to get them the information they

24  need to update those bundles.

25          We raise it just in an effort to make sure that

09:50  1   once the bundles go in, we try to make them as complete and

09:50  2   correct as we possibly can.

09:50  3          THE COURT:  Alan had raised that issue with me, I

09:50  4   think, day before yesterday.  You all may want to go back and

09:50  5   QC one more time your deposition designations and make sure

09:50  6   that exhibits that were discussed during the course of your

09:50  7   designation are indeed part of the deposition bundle and that

09:51  8   your lists are attached to the deposition bundle.

09:51  9          Were there any other problems that you spotted?

09:51  10         MR. YORK:  No, Your Honor.  The only thing -- and

09:51  11  Chad can probably speak to this, but I think it would probably

09:51  12  assist inData.  If it is a situation where the exhibit is not

09:51  13  specifically called out in the designated testimony but it is

09:51  14  discussed, what we have done is we have provided to them the

09:51  15  actual testimony reference where it links up so that they know

09:51  16  where to link it.  I think that would probably be helpful to

09:51  17  them so that they don't have to try to make that subjective

09:51  18  call on their own.

09:51  19         THE COURT:  Good.  Again, that's another lesson

09:51  20  learned for Phase Two.

09:51  21         MS. ANDRE:  Good morning, Your Honor.  Abby Andre for

09:51  22  the United States.

09:51  23         THE COURT:  Good morning, Abby.  How are you?

09:51  24         MS. ANDRE:  Good.  How are you?

09:51  25         THE COURT:  Did you go out and celebrate at Pat

09:51  1   O'Brien's?

09:51  2              MS. ANDRE:  I did not celebrate at Pat O'Brien's, but

09:51  3   we did celebrate at Crepe Nanou later that night.

09:51  4              THE COURT:  Nice.

09:52  5              MS. ANDRE:  A point of clarification.  Last week we

09:52  6   had discussed that you did not want the United States/PSC

09:52  7   missing documents to be inserted back into the bundles, and I

09:52  8   just wanted to make sure that that's still the case.

09:52  9              THE COURT:  Well, we are going to come back to that

09:52  10  in a second because Alan jumped ahead on my agenda.

09:52  11             MR. YORK:  Sorry.

09:52  12             THE COURT:  We talked about two things, Abby,

09:52  13  relative to the U.S.'s problem.  One could be what Alan is

09:52  14  referencing, which is that the exhibit was being discussed in

09:52  15  the testimony of the witness but was not originally linked

09:52  16  during that testimony.  So I would handle those exhibits

09:52  17  exactly the same way that Alan did:  Let inData know that these

09:52  18  exhibits were being discussed during the course of our

09:52  19  designation, but the link is earlier, and tell them where the

09:52  20  link is.  We should be able to correct that that way.  Those

09:53  21  are the ones that we called the logistical problem, not the

09:53  22  substantive problem.

09:53  23             MS. ANDRE:  Correct.  Okay.

09:53  24             THE COURT:  Does that make sense?

09:53  25             MS. ANDRE:  That does.  Thank you.

09:53  1        **MR. HERMAN:**  I have a feeling I may have been jumping
09:53  2  ahead on your agenda.
09:53  3        **THE COURT:**  Just wait until I get there, Steve.
09:53  4        **MR. HERMAN:**  Will do.
09:53  5        **THE COURT:**  Abby, do you have an idea of how many of
09:53  6  your 73 are logistical versus substantive?  Have you all had a
09:53  7  chance to look at that?
09:53  8        **MS. ANDRE:**  No, Your Honor.  I think, frankly, most
09:53  9  of them are probably in the substantive category.  What we are
09:53  10  looking at instead is how many we actually want to move in.  I
09:53  11  think it will be a smaller subset of the portion of the 73 that
09:53  12  are the United States' documents.
09:54  13        **THE COURT:**  Okay.
09:54  14        **MS. ANDRE:**  We'll deal with that at the last
09:54  15  marshaling.
09:54  16        **THE COURT:**  Good.  Also at the last marshaling
09:54  17  conference -- and I know Mark and Anthony know this -- we have
09:54  18  to do the last days of testimony as well, and Regina knows
09:54  19  this.  So don't let me forget that before we go into final
09:54  20  marshaling, we have to do the concluding week's marshaling.
09:54  21        **MR. NOMELLINI:**  Right, Your Honor.
09:54  22        **THE COURT:**  Thank you.
09:54  23        **MR. LANGAN:**  Your Honor, on the date, I understand
09:54  24  you are not going to have a conference next Friday.  So are we
09:54  25  talking 14 days from now?

09:54  1          THE COURT:  Why am I not having a conference next
09:54  2  Friday?
09:54  3          MR. LANGAN:  Jazz Fest.
09:54  4          THE COURT:  That is correct.
09:54  5          MR. LANGAN:  I read your order last night.
09:54  6          THE COURT:  And guess who else won't be here the
09:54  7  Friday after, even though we're having a conference?
09:54  8          MR. LANGAN:  Steve Herman.
09:54  9          THE COURT:  Mr. Steve Herman will be sitting in the
09:54 10  traditional jazz tent eating everything he can get his hands
09:54 11  on.
09:54 12          MR. LANGAN:  I remember.
09:54 13              I just want to look at the date here.
09:54 14          THE COURT:  We haven't set a date for final
09:54 15  marshaling because I want to make sure everybody has done what
09:55 16  they need to do.  And I'm wondering if we should work toward a
09:55 17  date and then receive confirmation that everybody has done what
09:55 18  they need to do.
09:55 19          MR. LANGAN:  Obviously, that's fine.  May 3 is a
09:55 20  Friday, 14 days.  There's something to be said, I would
09:55 21  suggest, for finality and just being done and not having to
09:55 22  stress on it.
09:55 23          THE COURT:  No question about it.  I do not want to
09:55 24  keep this over.
09:55 25          MR. NOMELLINI:  Your Honor, maybe we could provide

09:55  1   some kind of report from the parties next week, maybe next
09:55  2   Thursday provide a report, and then that will inform
09:55  3   Your Honor's determination on the schedule.
09:55  4           THE COURT:  I was sort of, Andy, looking at the 10th
09:55  5   as the target date for our final final marshaling.
09:55  6           MR. LANGAN:  Okay.
09:55  7           THE COURT:  We could move it up if everybody reports
09:55  8   that they are ready.
09:55  9           MR. LANGAN:  Fair enough.
09:55 10           THE COURT:  I don't want to keep this open.  I want
09:55 11   to make sure we have closed Phase One, at which point the only
09:55 12   time we will talk about Phase One is for lessons learned.
09:56 13               Anthony.
09:56 14           MR. IRPINO:  You had mentioned and one of the things
09:56 15   I had down was those final days of witness exhibits, like
09:56 16   Patrick O'Bryan, Andrew Mitchell.  There's a few other
09:56 17   outstanding things.  I can wait until the end to give you what
09:56 18   I understand to be some of those outstanding issues we need to
09:56 19   cover.
09:56 20           THE COURT:  That would be good.  Why don't we finish
09:56 21   up my list.  I know there are things I have either forgotten
09:56 22   about or I don't know about.
09:56 23           MR. IRPINO:  Absolutely.
09:56 24           THE COURT:  Let's keep going.  We talked last week
09:56 25   about adding exhibits that would be introduced in full even

though only some call-outs.  Is that the agenda item you were

looking for, Steve?

          MR. HERMAN:  One of perhaps two.  They may be the

same.

          THE COURT:  That have not been admitted in toto.  The

PSC circulated a proposed list of 25.

          Do you want to update us?

          MR. HERMAN:  I don't think we even got to 25.  When

we talked about this earlier, I think we had the conception

that a lot fewer full documents were going to be admitted.  It

seems like over the course of the trial most exhibits got

admitted in full.  Whether that was supposed to happen or not,

that's apparently what happened.  So it's kind of, to a large

extent, a moot issue.

          There's this only, I think -- (a) we didn't even

get to 25.  We kind of assumed that some of the other parties

might have suggestions too.  But even, I think, on our list,

which I think was 12 or 13, at least according to our records,

almost all of them, except for two or three, had already been

admitted in full anyway.  We didn't hear any agreement or

disagreement or additions from any of the other parties.  I

guess we would certainly like to try to put the two or three

that aren't in full, in full.

          I guess maybe it's a separate agenda item, but

then from the way I understood my reading of Your Honor's order

1 and from what Judge Barbier said at the very end of the trial,
2 it seemed like there was going to be an opportunity to -- this
3 seems like the list of 10 -- for the parties to put in a few
4 more documents that had never come up during the course of the
5 trial.  And I think this came up because people had listed
6 document custodians as witnesses, and we said we would just
7 wait until the end of the trial and there's a few more
8 documents that we'll put in.

9       Judge Barbier made it very clear that it was not
10 supposed to be a dump.  I don't know where the number 10 came
11 from, but maybe 10 covers it.

12       THE COURT:  If you are sure that out of your list of
13 12 or 13, Steve, there's only two or three that have not been
14 moved into evidence in full, why don't you put those on your
15 list of, quote, 10 with a one-line statement of why it should
16 come in.  Judge Barbier is going to say yea or nay to those
17 lists.  If he says nay, well, good try.  If he says yea, we'll
18 put them on the list for the final marshaling conference.

19       MR. HERMAN:  What's the timetable for that?

20       THE COURT:  Let's talk about that.  It seems to me
21 that if I'm indeed targeting for the 10th -- and I have to get
22 these lists to Judge Barbier and have him tell us -- then we
23 should probably do it, the final coming to me so I can run it
24 to him by, what, May 3?  That's a Saturday.  Why don't we go
25 for that following Monday, which would be the 5th.

|  |  |
|---|---|
| 10:00 | 1 |

**MR. LANGAN:**  6th.

**THE COURT:**  6th?

**MR. HERMAN:**  We are thinking the final marshaling conference will be the 10th probably?

**THE COURT:**  Yes.

**MR. HERMAN:**  I don't want to belabor the point too much.  At some point during the trial, Mr. Underhill wanted to make a proffer at some point, and Judge Barbier made it very clear that he didn't want proffers to be made while he was on the bench.

**MR. UNDERHILL:**  Your Honor, I have solved the problem.  I am not making the proffer.  I know when to sit down and fold.

**THE COURT:**  That's a good trial attorney, Underhill.

**MR. HERMAN:**  Now he is making me look bad.

**MR. UNDERHILL:**  I appreciate you sticking up for me.

**MR. HERMAN:**  An issue arose during the trial where from our point of view -- we called a Halliburton witness in our case in chief very early on.  While that witness was on the stand, we tried to cross him on a point that Your Honor had said was off limits by a previous in limine ruling.  I think there was some confusion about which credits it applied to or whatever.  But at the end of the day, we were wrong.  We said okay.  We sat down.  We didn't ask questions about that.  That witness left.

1    10:01   Later on during the trial, Halliburton, through
2    10:01   a different witness, elicited testimony that we think opened
3    10:01   the door to the very same issue we weren't allowed to present.
4    10:01   We were going to perhaps try to make the argument to
5    10:01   Judge Barbier that the door had now been opened with subsequent
6    10:01   Halliburton witnesses.  But all the ones that would have been
7    10:01   appropriate to do that with weren't ultimately called by
8    10:01   Halliburton live at trial, so we never really had the
9    10:01   opportunity to do that.
10   10:01         So I was thinking that maybe the most
11   10:02   appropriate thing to do would just be make a proffer of this
12   10:02   deposition testimony of this witness and the corresponding few
13   10:02   exhibits that we think Halliburton opened the door for.  If
14   10:02   not, then we would just proffer them.  And I can do that at any
15   10:02   time.  I was kind of planning to do it at the final marshaling
16   10:02   conference or whatever.  That's the only other issue I have.
17   10:02         THE COURT:  Well, let's not have --
18   10:02         MR. GODWIN:  Judge --
19   10:02         THE COURT:  Yes.
20   10:02         MR. GODWIN:  Judge, let me -- if I can speak to that
21   10:02   when you are through there.  This is Don Godwin.  If I can
22   10:02   address that very briefly.
23   10:02         THE COURT:  Yes, sir.
24   10:02         MR. GODWIN:  Okay.  Judge, my thought on that would
25   10:02   be, one, that's too late for Steve and the guys to be wanting

10:02  1    to do that.  That's called rebuttal, so far as I know, and they
10:02  2    should have brought it up in rebuttal.  I made it clear to
10:02  3    those guys that if there were any Halliburton witnesses they
10:02  4    wanted in rebuttal, all they had to do was ask me.  We would
10:02  5    have cooperated and made them available.
10:02  6            Now we are hearing, without even the identity of
10:02  7    a name, that somebody got on the stand, they didn't ask the
10:02  8    questions they wanted to ask because of a ruling, we later
10:03  9    opened the door on something -- we don't know how that was done
10:03  10   or with whom it was done -- and now what we want to do is come
10:03  11   back and put some things into the record, a proffer, exhibits.
10:03  12           And I just think that, you know, that could
10:03  13   apply to all of us where we could say, well, you know, BP
10:03  14   didn't do this, the government didn't do that, the PSC didn't
10:03  15   do this or that, and this thing could go on and on forever.  Of
10:03  16   course, I would expect the Court to say, "No.  Too little, too
10:03  17   late."
10:03  18           And the PSC had the perfect opportunity to cure
10:03  19   that problem if they wanted.  While obviously the decision is
10:03  20   Your Honor's to make, we would object to it as being untimely
10:03  21   and should have been covered in rebuttal.
10:03  22           **THE COURT:**  Don, why don't you chat with Steve about
10:03  23   the issue and see if you can work your way through it.  He will
10:03  24   be happy to identify the witness with you, etc., etc.  If you
10:04  25   can't work it out, we will take a look at it.

10:04    1          **MR. GODWIN:**  Okay.

10:04    2                  Steve drop me an e-mail, if you will, with the

10:04    3    time you are available for a call today or Monday, and I will

10:04    4    be happy to call you.

10:04    5          **MR. HERMAN:**  Thanks, Don.  Okay.

10:04    6          **MR. GODWIN:**  Thank you Steve.

10:04    7                  Thank you, Judge.

10:04    8          **THE COURT:**  Abby, come on up.

10:04    9          **MS. ANDRE:**  Another clarification, Your Honor, about

10:04   10    the list of 10 -- it's not clarification so much as a request.

10:04   11    We were wondering if Judge Barbier might be willing to consider

10:04   12    15 per party instead of 10.  I see Mike laughing at me, and I

10:04   13    understand that.

10:04   14          **THE COURT:**  Let me be clear that the reason

10:04   15    Judge Barbier wants the one-line description of why it should

10:04   16    be admitted is because he is of the opinion that if it wasn't

10:04   17    used during the course of the trial, it probably should not be

10:04   18    admitted.  So take your best shot.  If you want 15, take 15,

10:04   19    but know that you are behind the eight ball.

10:04   20          **MS. ANDRE:**  Understood, Your Honor.  Thank you.

10:05   21          **MR. LANGAN:**  Your Honor, along those lines, if we

10:05   22    only do five, do our odds go up?

10:05   23          **THE COURT:**  Probably not.

10:05   24          **MR. LANGAN:**  I was looking for some guidance.

10:05   25          **THE COURT:**  I don't think it's based on numbers.

| | |
|---|---|
| 10:05 | 1 |

**MR. LANGAN:** Okay.  I accept that.

**THE COURT:** But in any event, go ahead.  If you can get those in ahead of time, ahead of the deadline, I will give them to him as they come in.  Or would you prefer that I just give him the whole bundle at once?  Which would you prefer?

Whole bundle at once, Andy?

**MR. LANGAN:** I think so.

**THE COURT:** I will hold on and get them all.  If you are not going to give us a list, let me know that you are not going to give us a list and we won't wait around for you.

Judge Barbier reported that the parties should attempt to eliminate exhibits that might have been used in examining witnesses but which do not need to be in evidence. So, for example, he cited the situation where a witness is asked to look at someone else's testimony or is shown his or her own deposition and that person admits that the testimony is accurate.  He believes, but is not sure, that the lawyers were generally introducing every document or exhibit that was in any way shown to or discussed during each witness' testimony.  If those can be eliminated, he would be happy.

We covered Alan's deposition bundle issue.

Okay.  Now, Steve Herman, don't jump up. Findings of fact and post-trial briefing.  This is discussional only.

So Judge Barbier asked whether or not the

10:07  1  parties could consider working together for proposed
10:07  2  agreed-upon findings of fact and conclusions of law, mostly on
10:07  3  the plaintiffs' side, I presume, and could those be submitted
10:07  4  at some point.  It sounds like that may be difficult while you
10:07  5  all are also working on your own findings and conclusions.
10:07  6          So Steve Herman, brilliant person that he is,
10:07  7  has suggested that maybe what happens is the proposed findings
10:07  8  and conclusions be submitted by the parties; and once that's
10:07  9  done, you all can look at what's been submitted and see if you
10:08  10  can compile a list of stipulated.
10:08  11          MR. LANGAN:  I believe that was our suggestion,
10:08  12  Your Honor.
10:08  13          MR. HERMAN:  I was going to give the credit to
10:08  14  Jim Roy.
10:08  15          MR. HAYCRAFT:  Sounds like a good suggestion.
10:08  16          THE COURT:  It might have come from either Jim Roy,
10:08  17  Steve Herman, or the brilliant Andrew Langan.
10:08  18          MR. LANGAN:  It might have come from someone on our
10:08  19  team.
10:08  20          Here was our thought.  We are going to have our
10:08  21  hands full getting our own proposed findings together.  60 days
10:08  22  seems like a long time, but it's going to go by pretty quickly,
10:08  23  I think.  And if we lay on an additional obligation to try to
10:08  24  agree, that's going to be chaos.  We already know from the
10:08  25  Phase One stipulated facts and the Phase Two stipulated facts

10:08    1    experience that we have a better shot of peace in the

10:08    2    Middle East.

10:08    3            THE COURT:  Well, we did pretty well ultimately on

10:08    4    Phase Two stipulations --

10:08    5            MR. LANGAN:  After months and months.

10:08    6            THE COURT:  -- beat Brian into the ground, and then

10:08    7    we got our stipulations.

10:09    8            MR. MAZE:  I don't think we got any source control

10:09    9    stipulations.

10:09   10            MR. LANGAN:  Having said that, once the parties do

10:09   11    their work, to have some exercise where we try to help the

10:09   12    Court with -- where agreements seem to be possible, yeah, we

10:09   13    can probably do that, so that can probably be productive.  But

10:09   14    to try to layer on a forced meet-and-confer while we are doing

10:09   15    our adversary pieces --

10:09   16            THE COURT:  May be tough.

10:09   17            MR. LANGAN:  Yeah.

10:09   18            THE COURT:  I'm going to speak to him about it

10:09   19    because I thought it was a good suggestion.  I will speak to

10:09   20    him hopefully about that today.

10:09   21            MR. LANGAN:  Thank you.

10:09   22            THE COURT:  Well, I might not.  He is going to a

10:09   23    bench/bar conference, so I may not speak to him today, but I

10:09   24    will try to get something out early next week as to what he

10:09   25    says about that.

10:09  1
10:09  2
10:09  3
10:09  4
10:09  5
10:09  6
10:09  7
10:10  8
10:10  9
10:10  10
10:10  11
10:10  12
10:10  13
10:10  14
10:10  15
10:10  16
10:10  17
10:10  18
10:10  19
10:10  20
10:10  21
10:10  22
10:10  23
10:10  24
10:10  25

**MR. LANGAN:**  He was indicating on Wednesday that there was going to be an order about timing and exactly how he was going to approach it.

**THE COURT:**  He kind of said if you guys are working on a briefing schedule -- and I think the absent Steve Roberts was working on that.  Is that correct?

**MR. LANGAN:**  The parties made e-mail submissions to Ben, I think with a copy to you and Mike, that sort of said here's where we are on page limits and whether they should be joint.  And I think Judge Barbier on Wednesday, after the end of court -- or maybe it was Tuesday -- I guess it was Wednesday -- "Here is kind of where I am.  I am going to issue an order next week."

**THE COURT:**  Okay.  I didn't know that.

**MR. HERMAN:**  I think everyone was in consensus on 60 days, and Judge Barbier said, "Sounds reasonable to me."

I don't think it was set in stone, but he added it, and then I'm thinking maybe 20 days after that, the parties will be able to give some kind of supplemental reply that kind of addresses what everybody else says.

**THE COURT:**  I'll check with him on that and let you know when I let you know about the proposed stipulated --

**MR. LANGAN:**  The other comment he made, he was suggesting at least, if not ordering, coordination among the plaintiffs, at least.

10:10  1        **THE COURT:**  Yes.

10:10  2        **MR. LANGAN:**  Understanding they are not entirely

10:11  3   aligned on everything, but I think he was suggesting there

10:11  4   ought to be coordination to avoid five 50-page briefs from the

10:11  5   plaintiffs.

10:11  6        **THE COURT:**  Right.  Exactly.

10:11  7        **MR. MAZE:**  I'm not going to jump out of my chair,

10:11  8   but --

10:11  9        **THE COURT:**  Don't jump out of your chair, Corey.  I

10:11  10  see you.  I know you want to come fast.

10:11  11       **MR. MAZE:**  I'll slowly rise.

10:11  12       **THE COURT:**  No, you can't even rise.  No.

10:11  13            Nor you, Wynne.

10:11  14       **MR. LANGAN:**  That's an important thing for us,

10:11  15  obviously.

10:11  16       **THE COURT:**  It is important.  Again, no decision's

10:11  17  being made today because this is Judge Barbier's decision to

10:11  18  make.

10:11  19       **MR. MAZE:**  Understood.

10:11  20       **THE COURT:**  But let's talk about how we might handle

10:11  21  the plaintiffs' side of the case.  One of the things that has

10:11  22  been discussed is the possibility of all of the plaintiffs

10:11  23  agreeing to the suggested findings of fact and conclusions of

10:11  24  law.  That should not be too hard.

10:12  25       **MR. MAZE:**  Okay.

1    **THE COURT:**  Then another idea that has been bandied

2  about is that the United States can do its brief, the PSC will

3  put together its brief and share it with Alabama and Louisiana;

4  and if there are any issues that are unique to Alabama or

5  Louisiana, they be given an allocation of pages where they can

6  do their own briefs.  Not 50 pages.

7    Doug.

8    **MR. KRAUS:**  Doug Kraus on behalf of the State of

9  Louisiana.

10    At least from Louisiana's perspective, if

11  Alabama and Louisiana could share a brief, I think that makes

12  probably more sense -- well, I guess we need to discuss it more

13  in detail.  This is the first we are hearing of this.  I

14  certainly need to go back to my office and talk with the

15  attorney general and see what their perspective on it is.

16    But I know that we at least internally -- and I

17  haven't discussed this with Corey before, and I don't mean to

18  spring it on him.  But at least from our perspective, if the

19  states could get their own brief, that makes more sense, at

20  least from our perspective.

21    **THE COURT:**  Okay.  But, Doug, let me tell you, it

22  seems to me, after having spoken to Judge Barbier, that the

23  interests of the states and the PSC are pretty perfectly

24  aligned.

25    **MR. MAZE:**  Today.

10:13    1    **MR. KRAUS:** Today.

10:13    2    **THE COURT:** I understand. If something happens that

10:13    3    changes that, do you think maybe that would be good cause for

10:13    4    supplemental briefing?

10:13    5    **MR. MAZE:** I do, but what if that happens on Day 58

10:14    6    and we haven't been able -- are we going to be drafting our

10:14    7    own --

10:14    8    **THE COURT:** Do you think that would be good cause for

10:14    9    an extension of time?

10:14    10    **MR. MAZE:** I do personally, but your opinion matters

10:14    11    more than mine, and his opinion matters more than anybody's.

10:14    12    **THE COURT:** I personally think that would be grounds

10:14    13    for good cause for an extension and supplemental briefing.

10:14    14    **MR. MAZE:** What I'm worried about is the rule right

10:14    15    now that Alabama gets zero pages for briefing, and then if I'm

10:14    16    not writing a 50-page brief during that time, I have zero

10:14    17    pages; and then something happens on Day 58 -- let's say the

10:14    18    PSC settles with one of -- Halliburton and/or Transocean or

10:14    19    does something else with the remainder of their claims with BP,

10:14    20    that all of a sudden my supplemental time may be 10 days to

10:14    21    write a 50-page brief I had been told I couldn't write.

10:14    22    That's in addition to accepting what the PSC

10:14    23    writes, which is fine. We have been working together for a

10:14    24    very -- I don't have a problem there as much as with I don't

10:15    25    know what's going to happen.

10:15   1          **MR. KRAUS:**  I think that's our concern as well.

10:15   2          **THE COURT:**  Doug, why don't you and Corey talk about

10:15   3   how you would like to handle it and send me an e-mail early

10:15   4   next week with your suggestions.

10:15   5              Do you see any problem on the findings and

10:15   6   conclusions?

10:15   7          **MR. MAZE:**  As long as our interests stay aligned, I

10:15   8   think it would be in the judge's best interest for us to have a

10:15   9   PSC and states.  I don't think it's in our best interest to

10:15   10  have the United States as part of it maybe as much just as a

10:15   11  red tape --

10:15   12         **THE COURT:**  You all had a falling out?

10:15   13         **MR. MAZE:**  No.  We like the United States, but they

10:15   14  have a little different interest.  And in all honesty, it takes

10:15   15  a while to get something approved if you send it to the

10:15   16  United States.

10:15   17         **THE COURT:**  Underhill, I know you have to have had a

10:15   18  falling out.

10:15   19         **MR. UNDERHILL:**  No.  It's a love affair.

10:15   20         **MR. MAZE:**  We were with the United States Wednesday

10:15   21  night, after the last night, having fun together.  We didn't

10:15   22  have a falling out.

10:15   23         **THE COURT:**  I heard that.  It's funny how I wasn't

10:15   24  invited to any of these celebrations, I might also add.  It

10:16   25  doesn't seem fair.  I do think we need to schedule an end of

1   Phase One get-together.

2          MR. UNDERHILL:  Mike Underhill for the U.S.

3              Could I ask for a clarification, Your Honor?

4          THE COURT:  Sure.

5          MR. UNDERHILL:  Just on the findings of fact, when

6   you talk about plaintiffs, we are all plaintiffs, and I'm

7   wondering whether you are distinguishing the U.S.  The reason I

8   ask this --

9          THE COURT:  I am.  I am carving you out because you

10  are unlike anyone else in the case, Mike.

11         MR. UNDERHILL:  Personally?

12         THE COURT:  Yeah.

13         MR. UNDERHILL:  I'm going to take that as a

14  compliment, even if it wasn't intended.

15             Just to put my pitch out there, Your Honor, if

16  the discussion goes sideways on us, even on the findings of

17  fact, in addition to a lot of practical problems and

18  bureaucracies, one of the concerns we have with if we were in

19  joint findings with our friends -- and they are our friends and

20  we are on the same side and probably are going to argue much of

21  the same thing -- is that we have some concerns because of the

22  criminal issues.

23             For example, they might have things in their

24  findings that are perfectly appropriate, but we tend on our

25  side, the civil side -- I can't guarantee it, but you probably

1   will not find mention of criminal pleas, judgments, Fifth

2   Amendment invocations, because those are very sensitive

3   subjects and we tend to stay clear.  And we really wouldn't

4   even want to impliedly be part of that process.

5           So for practical and legal reasons,

6   respectfully, we would ask that we be separated from that

7   process.  We'll still coordinate as much as we possibly can.

8           **THE COURT:**  That would be helpful.  But no, I was

9   specifically talking about PSC, Louisiana, and Alabama.

10          **MR. LANGAN:**  Your Honor, I think you understand where

11  we are coming from.  I understand what Mr. Underhill is saying.

12  I guess all I would say is, if we are going to be limited to

13  50 pages, we shouldn't be faced with 50 pages from the U.S.,

14  50 pages from the PSC, and 50 pages from the states.  If there

15  are going to be multiple filings, maybe our page count goes up,

16  but there has to be a way to deal with it that is fair.  That's

17  all I wanted to say.  Thank you.

18          **THE COURT:**  Thanks, Andy.

19          Let's follow up next week on those issues, and

20  then Judge Barbier will make a decision, put you on a briefing

21  schedule that's going to look very much like what you have

22  agreed to, I'm sure, and off to the races we will go.

23          **MR. LANGAN:**  We are not be with you next Friday.  So

24  will something come out before?

25          **THE COURT:**  Yeah.  It will come out -- remember, I

10:18    1    was going to speak to Judge Barbier about these issues.

10:18    2              MR. LANGAN:  Yes.

10:18    3              THE COURT:  You-all are going to get back to me,

10:18    4    "you-all" being Doug and Corey will confer and get back to me

10:18    5    by e-mail.

10:18    6              MR. KRAUS:  When would you like that?

10:18    7              THE COURT:  Early next week.

10:18    8              MR. KRAUS:  Okay.

10:18    9              THE COURT:  So we can go ahead and get this done.

10:18   10              All right.  Anthony, you want to come up and

10:18   11    tell me what else we have forgotten with regard to marshaling

10:18   12    and cleanup.

10:18   13              MR. IRPINO:  Sure, Your Honor.  Anthony Irpino for

10:18   14    the PSC.

10:18   15              A couple of specific depo bundle issues.  We had

10:18   16    the Ambrose bundle that went in, in toto, relative to the

10:19   17    30(b)(6) part but not the individual part.  Because

10:19   18    Mr. McMahon, which had the same issue, did not come live, it

10:19   19    was made moot.  And that depo was admitted in whole, but we

10:19   20    still have a back-and-forth with Transocean about agreeing to

10:19   21    what's 30(b)(6) and what's individual.

10:19   22              I will tell you that is a painful process not

10:19   23    because of anything any one person has done.  All the parties

10:19   24    have been cooperative.  It's just a very difficult thing to

10:19   25    align and figure out.  So that's out there.  It needs to be

10:19  1   done and finalized, and we may need to actually submit it

10:19  2   before the final marshaling conference so we can get an answer

10:19  3   from the Court about what it is.  Because I can almost

10:19  4   guarantee the parties won't be able to agree on that.  I think

10:19  5   we just put it on the list and submit them.

10:19  6          THE COURT:  So I get to decide that?

10:19  7          MR. IRPINO:  I think we have to go back and forth one

10:19  8   more time just to make sure we are at our end of what we could

10:20  9   possibly agree or disagree on and then submit it.  But I don't

10:20  10  know how else to do this other than to admit the whole thing

10:20  11  and let the judge decide, when he is going over it, if he needs

10:20  12  to even review that section or area or whatever.

10:20  13         THE COURT:  Uh-huh.

10:20  14         MR. IRPINO:  We have been informed, I want to say,

10:20  15  Wednesday by BP that they are now raising a similar issue with

10:20  16  Patrick O'Bryan's depo.  Mr. O'Bryan did testify live on the

10:20  17  last day.  That depo bundle was admitted in full back on, I

10:20  18  think, the 14th of March.  BP is going to have that similar

10:20  19  issue, and we have not drilled down on that.

10:20  20         THE COURT:  Let me ask you.  That was one of the

10:20  21  cleanup items, Anthony, that I forgot to raise, which is some

10:20  22  of the PSC's bundles came in conditionally --

10:20  23         MR. LANGAN:  That was one of them.

10:20  24         THE COURT:  -- subject to calling the witness live.

10:21  25  And so part of the cleanup we have to do is, if the witness was

1    called live, withdraw the deposition bundle.  Right?

2              MR. IRPINO:  Correct.

3              MR. HERMAN:  That's true except for 30(b)(6)

4    depositions, and I think Mr. O'Bryan was a 30(b)(6) for at

5    least one topic.  I don't remember how many.  So I think the

6    30(b)(6) depositions went in unconditionally and should stay in

7    unconditionally.

8              Now, how far do we want to get in terms of

9    fighting about which questions and answers fall under the

10   30(b)(6) topics?  I would hope probably --

11             THE COURT:  That's a very good question.

12             MR. HERMAN:  -- not very far.

13             THE COURT:  That would be my gut.

14             MR. HERMAN:  If BP has a proposal or a suggestion or

15   whatever, they should make it soon.

16             THE COURT:  Right.  And that's something that we do

17   have to do with the other depo bundles that were conditionally

18   admitted subject to calling witnesses live.  So that is just

19   another cleanup item we have to cover.

20             MR. IRPINO:  Exactly.  It's on my list.

21             THE COURT:  That should be on our final list for the

22   final marshaling conference.

23             MR. IRPINO:  Absolutely.  We will come to agreement

24   with the parties.  I think the best way to handle that is to

25   circulate a list of what we believe to be -- it's a matter of

10:22  1   course.  It is what it is; either a witness wasn't called or

10:22  2   they were.

10:22  3            THE COURT:  Exactly.

10:22  4            MR. IRPINO:  It's just a matter of getting them on a

10:22  5   list, and I hope the parties do not have disagreement as to who

10:22  6   was called live and who wasn't.  So it shouldn't be --

10:22  7            THE COURT:  Please don't bring that dispute to me.

10:22  8            MR. IRPINO:  We won't.  That's there, and it's

10:22  9   another one to check off.

10:22  10           THE COURT:  Good.

10:22  11           MR. IRPINO:  We have to work out a stipulation with

10:22  12  BP that was raised through testimony about phone records.

10:22  13  There were some phone records used, and I think BP at least

10:22  14  mentioned they're 3 hours and 55 minutes off from the phone

10:22  15  records that were used.  It might have come up in the Cowie

10:22  16  depo.  It might have been on page 156 of the Cowie depo.  But

10:23  17  we need to get that done.  Judge Barbier asked us to come

10:23  18  together and either come to a stipulation or we'll admit the

10:23  19  exhibits regarding that.  That's it.

10:23  20           THE COURT:  Boy, I was expecting a much longer list.

10:23  21           MR. IRPINO:  I can come up with more stuff if you

10:23  22  want.

10:23  23           THE COURT:  No, no, please don't.

10:23  24               Anything else on Phase One before we move on to

10:23  25  Phase Two?

| | | |
|--|--|--|
| 10:23 | 1 | **MR. MILLER:** Thank you, Your Honor. It's Kerry |
| 10:23 | 2 | Miller. I have a question. |
| 10:23 | 3 | **THE COURT:** Kerry, why aren't you here? |
| 10:23 | 4 | **MR. MILLER:** I would rather not say. |
| 10:23 | 5 | **THE COURT:** Are you in the vicinity of New Orleans? |
| 10:23 | 6 | **MR. MILLER:** Oh, yeah, I'm in the vicinity. |
| 10:23 | 7 | **THE COURT:** All right. Just wondering. |
| 10:23 | 8 | **MR. MILLER:** I'm going to blame it on the rain. I |
| 10:23 | 9 | didn't want to get out in the rain this morning. That's my |
| 10:23 | 10 | story and I'm sticking to it. |
| 10:23 | 11 | **THE COURT:** That seems fair. |
| 10:23 | 12 | **MR. MILLER:** This came up almost an hour ago, the |
| 10:24 | 13 | hard drive of all the exhibits that would contain the |
| 10:24 | 14 | deposition bundle exhibits too. Just something to throw out |
| 10:24 | 15 | there, and that is if that hard drive of exhibits is created |
| 10:24 | 16 | for use by Judge Barbier, would there be a way in which |
| 10:24 | 17 | objections to the deposition bundle exhibits that are on the |
| 10:24 | 18 | hard drive would be notated? |
| 10:24 | 19 | I know Anthony had some good idea about witness |
| 10:24 | 20 | folders, but just throwing it out there, would there be a way |
| 10:24 | 21 | to notate what parties and on what basis have objected to |
| 10:24 | 22 | deposition bundle exhibits? Because as Your Honor knows, that |
| 10:24 | 23 | is an unresolved issue. |
| 10:24 | 24 | **THE COURT:** It is. I thought that each bundle has |
| 10:24 | 25 | the listing of exhibits that each party objected to. |

10:24  1        **MR. MILLER:**  It does.

10:24  2        **THE COURT:**  So that's part of the bundle.

10:24  3        **MR. IRPINO:**  That is correct, Judge.  The definition

10:24  4  of a *deposition bundle* -- and maybe it's helpful to let

10:25  5  everybody know -- is that it contains the physical deposition

10:25  6  itself; the testimony as it's cut up physically, that's in

10:25  7  there.  It contains the folder that has the exhibits that were

10:25  8  designated by the parties, other than the 73 that the U.S. and

10:25  9  PSC designated but weren't put in and whatever other parties

10:25  10  find.

10:25  11        There's a folder that contains the actual page

10:25  12  and line designations, like page 14, line 17, those charts.

10:25  13  There is a folder that contains actual objections that were

10:25  14  submitted by the parties.  I don't have it in front of me, but

10:25  15  by definition a deposition bundle contains several subfolders

10:25  16  with each of those things in there.

10:25  17        **THE COURT:**  Does that answer the question, Kerry?

10:25  18        **MR. MILLER:**  I think it does.  I just didn't want the

10:25  19  impression to be created, if deposition bundle exhibits are

10:25  20  dumped onto a hard drive for ease of access, that somehow along

10:25  21  the way the objections that have been made to some of those

10:26  22  exhibits are lost in the shuffle.

10:26  23        **THE COURT:**  No, that's right.  The bundles themselves

10:26  24  will be uploaded to this hard drive.  And so when they open the

10:26  25  bundles, they will be able to reference the objections that

have been lodged by the parties to the exhibits that are in the bundle.

Mr. Nomellini.

MR. NOMELLINI:  Your Honor, I think the important thing -- and maybe this will address Kerry's concern -- is that when Judge Barbier or whoever it is opens the hard drive, the place where the deposition exhibits will be will be a different place from where the trial exhibits will be.  So you will be able to say, "Oh, this one is a dep exhibit.  I may need to investigate further on this," as opposed to all of them being mishmashed together.

THE COURT:  Correct.  So there will be a separate trial exhibit holder on the hard drive sorted both ways, numerically and in order of presentation.

MR. YORK:  Alan York for Halliburton.

Just for clarification --

And, Anthony, I could be wrong, but I think I'm right on this.

I think the objections that are in the deposition bundles are objections to deposition testimony and not objections to exhibits, because the exhibit objection process was ultimately separate from the deposition bundles.  Because we all tendered our objections to the exhibit lists as those were filed.  So I think --

THE COURT:  We'll check that.

10:27   1          **MR. IRPINO:**  I'm not representing that --

10:27   2          **THE COURT:**  I thought we had a separate listing of

10:27   3   objections.  But if that's true, Alan, that's another lesson

10:27   4   learned for Phase Two.  Our deposition bundles should have a

10:27   5   listing of the objections to the exhibits in the bundle.

10:27   6               Anthony, can you look at that for us and let

10:27   7   everybody know whether Alan is correct on that?

10:28   8          **MR. IRPINO:**  Absolutely.  I am not saying he is not

10:28   9   correct.

10:28   10          **THE COURT:**  No, nor am I.

10:28   11          **MR. YORK:**  I think what happened was the deposition

10:28   12   bundle process started so early, because we had so many

10:28   13   depositions to get through, that we had not worked through the

10:28   14   exhibit lists and gotten to final exhibit lists in order to

10:28   15   tender objections when that was happening.

10:28   16          **THE COURT:**  Regina, are you keeping a list of lessons

10:28   17   learn?

10:28   18          **MS. VALENTI:**  Yes, Your Honor.

10:28   19          **MR. IRPINO:**  That's a yes.  I will look into that,

10:28   20   Your Honor, about that specific issue, which that, none of us

10:28   21   know the answer to right now.

10:28   22          **MR. KAVANAUGH:**  Your Honor, Brian Kavanaugh for BP.

10:28   23               We have looked at the bundles, and Alan is

10:28   24   correct.  They don't include the exhibit objections.

10:28   25          **THE COURT:**  So we have to think of a way to take care

of that issue for purposes of the hard drive depo bundle
copying.

Mark.

MR. NOMELLINI:  I would suggest that as long as they
are in a different place on the hard drive and they are clearly
identifiable, there's also -- if the judge has questions,
decides "I want to use this in the findings of fact and
conclusions of law," there are also objections that have been
filed.  They are in order.  He could consult those.

Let's all think about it, but I'm leery of
creating another step where we somehow import a new set of
objections into the hard drive and the database, etc.  We'll
think about it.

THE COURT:  Okay.  Let's think about it.

MR. NOMELLINI:  I think the key is that they be
separated out somehow.

THE COURT:  Correct.  Just remember, for Phase Two
our bundles should include objections to exhibits.

All right.  Mike.

THE LAW CLERK:  Yes, Your Honor.  I think, before you
leave Phase One, Mark asked the parties to give some sort of
report on Thursday.  Could we get the parties to give us a list
of what they believe should be in the final marshaling
conference, the items that need to be covered?  Could we have
that by, say, Thursday of this week so that we would begin to

```
10:30   1   know what's going to be on that conference and what has to be
10:30   2   resolved before the conference and what's going to be resolved
10:30   3   at the conference?
10:30   4         MR. NOMELLINI:  I just talked to Anthony, and we can
10:30   5   do that.
10:30   6         MR. IRPINO:  That is a very good idea.
10:30   7         THE COURT:  So there.  Thank you, Mike.
10:30   8             Okay.  How do we look -- this is moving to
10:30   9   Phase Two -- trying to reschedule Dr. Zick?
10:30  10         MS. ANDRE:  Your Honor, Abby Andre for the
10:30  11   United States.
10:30  12             We are going to be able to reschedule him for
10:31  13   the last week of June.  He is unavailable that previous week,
10:31  14   but right now we are looking at June 28 and 29.  We realize
10:31  15   it's a busy week with depositions, but he had some immovable
10:31  16   things that first week.  So he has moved some stuff around, and
10:31  17   we are going to bring him the last week of June, and hopefully
10:31  18   that will make everybody happy.
10:31  19         THE COURT:  Thank you.
10:31  20             Bye, Carter.
10:31  21         MR. CARTER WILLIAMS:  I have to go find Steve Roberts
10:31  22   and Kerry Miller.
10:31  23         THE COURT:  Deposition designations.
10:31  24         MS. HIMMELHOCH:  Yes, Your Honor.
10:31  25         THE COURT:  Is that you, Sarah?
```

1   **MS. HIMMELHOCH:**  Yes.

2       They are proceeding.  We received no objections

3   to the United States' agreement to withdraw so long as we could

4   rely on nondesignated testimony in response to objections.  So

5   we have withdrawn those last bundles that would have put us

6   into trial before we had finished deposition designations.

7   **THE COURT:**  Okay.

8   **MS. HIMMELHOCH:**  We also had a meet-and-confer

9   regarding the objective summaries and have agreed upon a more

10  narrow description of the role and the response that will

11  hopefully reduce the number of disputes.

12      Where an individual has a formal title within

13  the response -- for instance, Thad Allen being the easiest --

14  the description will be confined to that individual's title.

15  So Thad Allen's role in the response will be he was the

16  national incident commander, and other individuals with similar

17  titles we will describe that way.

18      We have agreed to reduce other descriptions down

19  to 50 words or less, rather than 255, and I think that that

20  will smooth out the issues that we had with respect to the

21  objective summaries.  We'll, of course, have to go through a

22  couple more cycles to make sure it's dealt with, but the

23  parties are working cooperatively on that issue.

24      Other than that, I think the designation process

25  is going along as expected, and we will -- we are in Week 4

10:33  1   now, so we are already working on four groups at the same time.

10:33  2   So it's an exciting time.

10:33  3       THE COURT:  It is, and thank you, Sarah.  It sounds

10:33  4   like it's going pretty well.

10:33  5       Back to lessons learned, you know, we had to go

10:33  6   back and redact personal information.  Let's not do that this

10:33  7   time.  We had to go back and make sure that exhibits are linked

10:33  8   to testimony.  Let's try not to do that this time.

10:33  9       Any of those other lessons learned, let's try to

10:34  10  keep our eye on the ball for Phase Two and not repeat things

10:34  11  that caused us extra time and work.

10:34  12      MS. HIMMELHOCH:  Your Honor, we have worked both of

10:34  13  those two issues already into the schedule, and all the parties

10:34  14  have a common understanding now that if they want a document in

10:34  15  the bundle, there must be testimony designated associated with

10:34  16  that document.

10:34  17      In Week 4, in addition to objections, we have

10:34  18  the obligation to identify anything that is trial confidential,

10:34  19  which would include any personally identifying information.  So

10:34  20  I think we are set on those two.

10:34  21      The lesson learned that came up this morning

10:34  22  about a list of objections to documents being incorporated into

10:34  23  the bundles, I think the parties will have to talk early next

10:34  24  week to work out how we implement that lesson learned; because

10:34  25  we have one more exhibit list installment coming, and we are

10:34    1   just today serving our objections to the second installment.

10:34    2             So there might be some logistics that we all

10:35    3   have to think through and talk through, as the parties, to work

10:35    4   that issue out.  But before the next working group conference,

10:35    5   we will have figured out how to get the list of which exhibits

10:35    6   are objected to incorporated into the bundles.  It may just

10:35    7   mean that inData needs another week to certify it so that we

10:35    8   can get those objection lists.

10:35    9        THE COURT:  Exactly.  It seems to me that would be at

10:35   10   the tail end of your depo cut and bundle procedure.

10:35   11        MS. HIMMELHOCH:  Yes.

10:35   12        THE COURT:  We got the revised time line out last

10:35   13   week, so you've got that.  You have the date for pretrial and

10:35   14   trial:  Thursday, September 5 for pretrial; September 16,

10:35   15   commencement of the trial.  We sort of already covered this.

10:36   16             Sarah, the next thing on my list is Phase Two

10:36   17   exhibit list and evidentiary objections.

10:36   18             Does anybody have anything else they want to

10:36   19   talk about?  We had the hearsay within the hearsay objections.

10:36   20   Do we want to --

10:36   21        MS. HIMMELHOCH:  I was a little concerned about the

10:36   22   way your order was worded because you said there were two

10:36   23   installments plus the one for hearsay.  As I understand it,

10:36   24   there are three installments to the exhibit lists, our third

10:36   25   installment being due after the expert depositions.  That third

10:36  1   installment was where we were supposed to be raising the
10:36  2   hearsay within hearsay objections.  And again, I think that we
10:36  3   need to think about whether all of those can be raised and what
10:36  4   are the ground rules about objections that don't become
10:36  5   apparent until the party actually goes to use the document and
10:36  6   it becomes clear they are offering something for the truth of
10:37  7   the matter asserted, or they are using it against a party other
10:37  8   than the party that produced the record, or they are arguing
10:37  9   relevance in a way that we disagree with.
10:37  10              I don't think we have had a meet-and-confer on
10:37  11  the parties yet to work that issue out and bring it to you with
10:37  12  a proposal yet.
10:37  13         THE COURT:  Okay.
10:37  14         MR. NOMELLINI:  I would be happy to talk to Sarah
10:37  15  about that next week.
10:37  16         THE COURT:  Good.  Perfect.  Perfect.
10:37  17         MS. HIMMELHOCH:  If I could beg your indulgence and
10:37  18  make it the week after.  I'm actually out of the office next
10:37  19  week.
10:37  20         MR. NOMELLINI:  That's fine.
10:37  21         THE COURT:  I didn't see a motion for leave.
10:37  22         MS. HIMMELHOCH:  I apologize, Your Honor.  May I have
10:37  23  leave?
10:37  24         THE COURT:  I think it has to be in writing.
10:37  25         MS. HIMMELHOCH:  Okay.

10:37   1          THE COURT:  All right.  We are still working on the

10:37   2   University California Santa Barbara.  That's my update.

10:37   3              Crime fraud, we are working on that now and hope

10:37   4   to get something out pretty quickly.

10:37   5              Rob, is that on that topic?

10:38   6          MR. GASAWAY:  It's just on the last two topics, very

10:38   7   briefly.

10:38   8          THE COURT:  Good.

10:38   9          MR. GASAWAY:  Robert Gasaway for the U.S. [verbatim].

10:38   10             We have no objection, just to clarify, to that

10:38   11  suggestion UCSB had that, you know, he work *in camera* with the

10:38   12  Court to show what the redactions were.  I just wanted to say

10:38   13  that on the record.

10:38   14         THE COURT:  I have the log that shows what the

10:38   15  substance of the redactions are.  It's pulled up on my computer

10:38   16  as we speak.

10:38   17         MR. GASAWAY:  But just to clarify, to the extent that

10:38   18  you want to reach out to him, we would have no objection to

10:38   19  that if it makes your life easier.

10:38   20         THE COURT:  I think what I'm going to do is just

10:38   21  sample the log and see whether I think that it was properly

10:38   22  redacted or not.

10:38   23         MR. GASAWAY:  Perfect.

10:38   24         MS. HIMMELHOCH:  Your Honor, may I note my pleasure

10:38   25  that Rob Gasaway has joined the team for the U.S.?

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
| 10:38 | 1  | **MR. MAZE:**  We all heard it.                                          |
| 10:38 | 2  | **MR. GASAWAY:**  Oh, excuse me.  Rob Gasaway for BP.                    |
| 10:38 | 3  | Thank you, Sarah.  That was the reverb from                             |
| 10:38 | 4  | before.                                                                   |
| 10:38 | 5  | **MR. O'ROURKE:**  There's a hiring freeze right now.                    |
| 10:39 | 6  | **THE COURT:**  You can make an exception in this case.                  |
| 10:39 | 7  | The other one you wanted to talk about briefly                          |
| 10:39 | 8  | was crime fraud?                                                          |
| 10:39 | 9  | **MR. GASAWAY:**  Yes, just briefly, crime fraud.                        |
| 10:39 | 10 | We did notice that there were some new issues                           |
| 10:39 | 11 | raised in the last thing.  I'm sure you noticed that.                    |
| 10:39 | 12 | **THE COURT:**  Yes.                                                     |
| 10:39 | 13 | **MR. GASAWAY:**  We also noticed your many orders saying                |
| 10:39 | 14 | that you don't want any more briefing on this.                           |
| 10:39 | 15 | Look, if you want us to respond, we will.  There                        |
| 10:39 | 16 | are new issues.  Ordinarily, we would have piled in, but it's            |
| 10:39 | 17 | obviously up to the Court to decide whether she wants a                  |
| 10:39 | 18 | response or not.                                                          |
| 10:39 | 19 | **THE COURT:**  We are going to look at that and let you                 |
| 10:39 | 20 | all know what we do or don't do about the new issue.                     |
| 10:39 | 21 | **MR. GASAWAY:**  Fair enough.  We'll hang on.                           |
| 10:39 | 22 | **THE COURT:**  Don't panic.  No panicking.                              |
| 10:39 | 23 | **MR. GASAWAY:**  We are not in panic mode.                              |
| 10:39 | 24 | **THE COURT:**  We are too tired to panic.                               |
| 10:39 | 25 | **MR. GASAWAY:**  Thank you, Your Honor.                                 |

10:39   1          THE COURT:  Let's see.  Anything to report on

10:39   2   Intertek issues?

10:39   3          MS. PENCAK:  Good morning, Your Honor.  This is Erica

10:39   4   Pencak for the United States.

10:39   5          THE COURT:  Yes, Erica.  How are you?

10:39   6          MS. PENCAK:  We have had a bit of further

10:39   7   communication with BP on this issue, and we understand from BP

10:40   8   that BP itself does not actually have the last part we asked

10:40   9   for.

10:40   10          In the interest of efficiency and conserving

10:40   11   resources, we have let BP know that we are willing to withdraw

10:40   12   our request for these lab results if BP agrees that it will not

10:40   13   request the data from Intertek or rely on it in any way.  So

10:40   14   essentially, as long as BP and the other MDL parties are on the

10:40   15   same footing, in that we have all received the Intertek reports

10:40   16   but not those underlying lab results, we are withdrawing our

10:40   17   request for production of the underlying lab results.  We just

10:40   18   kind of need to hear a confirmation back from BP that they sort

10:40   19   of agree to that.

10:40   20          MR. GASAWAY:  Your Honor, Rob Gasaway for BP.

10:40   21          We agree to that.  If we get additional -- when

10:40   22   I say here "we," I mean we, the legal team.

10:40   23          What's at issue here is that Intertek produced

10:40   24   summary reports that they gave to our legal team and that

10:41   25   everybody else has, but Intertek itself, our contractor, has

| | | |
|---|---|---|
| 10:41 | 1 | additional data that they were asking for.  So I just want to |
| 10:41 | 2 | be very clear here.  You might say that BP has that data |
| 10:41 | 3 | because BP's contractor has it, but in fact data goes from our |
| 10:41 | 4 | contractor, Intertek, to the legal team, etc.  We will make |
| 10:41 | 5 | sure that as soon as -- we will make sure that promptly it's |
| 10:41 | 6 | produced to the other parties if it comes to our BP legal team. |
| 10:41 | 7 | THE COURT:  I think that's fine, guys. |
| 10:41 | 8 | MR. GASAWAY:  Thank you, Your Honor. |
| 10:41 | 9 | MS. PENCAK:  Thank you, Your Honor. |
| 10:41 | 10 | THE COURT:  You have an agreement subject to the |
| 10:41 | 11 | conditions just enumerated. |
| 10:41 | 12 | MR. O'ROURKE:  As long as the legal team includes the |
| 10:41 | 13 | experts. |
| 10:41 | 14 | MR. GASAWAY:  Yes, yes, obviously. |
| 10:41 | 15 | THE COURT:  So including experts, Erica. |
| 10:41 | 16 | MR. GASAWAY:  Experts other than Intertek, who have |
| 10:41 | 17 | it, any additional experts. |
| 10:41 | 18 | MR. O'ROURKE:  As long as Intertek doesn't show up |
| 10:41 | 19 | with an expert report with this data. |
| 10:41 | 20 | MR. GASAWAY:  Got it.  Yes.  We agree to that. |
| 10:42 | 21 | THE COURT:  I think I'm at the end of my agenda. |
| 10:42 | 22 | Does anybody have anything else? |
| 10:42 | 23 | THE LAW CLERK:  What about the exhibits? |
| 10:42 | 24 | THE COURT:  What page? |
| 10:42 | 25 | THE LAW CLERK:  Number 10 on page -- |

10:42  1          THE COURT:  Number 10.  Oh, yeah.  This is, I'm
10:42  2  sorry, another lesson learned from Phase One going into
10:42  3  Phase Two.  Judge Barbier and Ben reported that having the TREX
10:42  4  numbers in the upper left-hand corner of the exhibits was very
10:42  5  helpful to them and if for Phase Two everybody could use the
10:42  6  same format for labeling exhibits.  There you go.
10:42  7              Anything else?  Are we done?
10:42  8          MR. MAZE:  They have a new seafood restaurant opening
10:42  9  on Monday, on Magazine.
10:42 10          THE COURT:  You are talking about the Donald Link
10:43 11  restaurant, Magazine at Julia.  Are you hosting a party?
10:43 12          MR. MAZE:  I'm going home.  We walk by there every
10:43 13  day, so we've been watching them --
10:43 14          THE COURT:  It looks nice.  It doesn't look like it's
10:43 15  ready to open on Tuesday, however.
10:43 16          UNIDENTIFIED SPEAKER:  The bar is stocked.
10:43 17          MR. MAZE:  It doesn't, but the bar is fully stocked.
10:43 18          THE COURT:  Well, as long as the bar is stocked.
10:43 19          MR. MAZE:  We look through the windows every day.
10:43 20          THE COURT:  All right, everybody.  Have a great
10:43 21  weekend.  Congratulations on Phase One completion.
10:43 22              (Proceedings concluded.)
10:19 23                          * * *
      24
      25

1          **<u>CERTIFICATE</u>**

2              I, Toni Doyle Tusa, CCR, FCRR, Official Court

3     Reporter for the United States District Court, Eastern District

4     of Louisiana, do hereby certify that the foregoing is a true

5     and correct transcript, to the best of my ability and

6     understanding, from the record of the proceedings in the

7     above-entitled matter.

8

9

10                              *s/ Toni Doyle Tusa*
                               Toni Doyle Tusa, CCR, FCRR
11                              Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

10 [8] 26/3 26/10 26/11 26/15 30/10
30/12 58/25 59/1
10 days [1] 37/20
10-MD-2179 [1] 1/4
1001 [1] 3/10
101 [1] 2/3
10th [3] 24/4 26/21 27/4
1100 [1] 3/7
12 [3] 14/18 25/18 26/13
1201 [1] 4/9
12308 [1] 1/23
13 [2] 25/18 26/13
1300 [1] 4/15
1331 [1] 4/12
14 [3] 22/25 23/20 46/12
14th [1] 42/18
15 [3] 30/12 30/18 30/18
156 [1] 44/16
16 [1] 53/14
1615 [1] 4/15
1665 [1] 4/12
17 [1] 46/12
1700 [1] 4/9
19 [2] 1/7 6/2

**2**

20 [3] 1/6 9/25 34/18
20 years [1] 8/24
20005 [1] 3/23
20006 [1] 4/18
20044 [1] 2/23
2010 [1] 1/6
2013 [2] 1/7 6/2
2020 [1] 4/18
2179 [1] 1/4
2216 [1] 2/9
25 [3] 25/6 25/8 25/16
255 [1] 51/19
2615 [1] 2/10
28 [1] 50/14
29 [1] 50/14

**3**

30 [8] 9/25 19/17 41/17 41/21 43/3 43/4
43/6 43/10
300 [1] 4/4
316 [1] 1/24
32591 [1] 1/24
335 [1] 3/13
35th [1] 3/13
36028 [1] 3/4
36130 [1] 2/13
3668 [1] 1/16
3700 [2] 3/7 3/10

**4**

406 [1] 4/20
435 [1] 2/3

**5**

50 [3] 36/6 40/13 51/19
50 pages [3] 40/13 40/14 40/14
50-page [3] 35/4 37/16 37/21
500 [2] 1/17 4/20
5000 [1] 3/16
501 [1] 2/13
504 [1] 4/21
5395 [1] 3/4
55 [1] 44/14
556 [1] 1/17
58 [2] 37/5 37/17

**6**

589-7778 [1] 4/21
5th [1] 26/25

**6**

60 days [2] 32/21 34/16
600 [1] 1/24
601 [1] 2/6
60654 [1] 4/5
655 [1] 3/23
6th [2] 27/1 27/2

**7**

7-5395 [1] 3/4
701 [2] 2/16 3/16
70112 [1] 4/16
70113 [1] 1/20
70130 [4] 2/7 2/10 2/16 4/21
70139 [1] 3/17
70162 [1] 3/7
70360 [1] 2/4
70502 [1] 1/17
73 [3] 22/6 22/11 46/8
75270 [1] 4/10
7611 [1] 2/23
77002 [1] 3/10
77010 [1] 4/13
7778 [1] 4/21

**8**

820 [1] 1/20

**9**

90071 [1] 3/14
94102 [1] 3/4
9:30 [1] 1/8

**A**

a.m [1] 1/8
Abby [6] 20/21 20/23 21/12 22/5 30/8
50/10
ABIGAIL [1] 2/21
ability [1] 60/5
able [9] 15/19 15/20 21/20 34/19 37/6
42/4 46/25 47/9 50/12
about [60] 7/22 8/23 8/24 9/25 12/18
14/18 14/21 15/16 16/5 16/9 17/5 18/19
18/21 19/6 19/9 19/15 19/17 21/12 23/23
24/12 24/22 24/22 24/25 25/9 26/20
27/22 27/24 29/22 30/9 33/18 33/20
33/25 34/2 34/22 35/20 36/2 37/14 38/2
39/6 40/9 41/1 41/20 42/3 43/9 44/12
45/19 48/20 49/10 49/13 49/14 52/22
53/19 53/21 54/3 54/4 54/15 56/7 56/20
58/23 59/10
above [1] 60/7
above-entitled [1] 60/7
Abramson [1] 2/5
absent [1] 34/5
Absolutely [3] 24/23 43/23 48/8
accept [1] 31/1
accepting [1] 37/22
access [1] 46/20
according [1] 25/17
accurate [1] 35/17
across [2] 9/14 14/23
actual [4] 8/18 20/15 46/11 46/13
actually [11] 7/18 7/22 10/16 11/17 13/4
19/5 22/10 42/1 54/5 54/18 57/8
add [2] 15/25 38/24
added [1] 34/17
adding [1] 24/25
addition [3] 37/22 39/17 52/17
additional [4] 32/23 57/21 58/1 58/17

additions [1] 25/21
addresses [1] 34/20
admit [2] 42/10 44/18
admits [1] 31/16
admitted [10] 17/14 25/5 25/10 25/12
25/20 30/16 30/18 41/19 42/17 43/18
adversary [1] 33/15
advise [1] 15/1
affair [1] 38/19
affirmative [1] 19/19
after [9] 7/22 23/7 33/5 34/10 34/18
36/22 38/21 53/25 54/18
again [4] 7/6 20/19 35/16 54/2
against [1] 54/7
agenda [6] 16/7 21/10 22/2 25/1 25/24
58/21
ago [2] 8/24 9/25 45/12
agree [8] 17/3 17/18 32/24 42/4 42/9
57/19 57/21 58/20
agreed [7] 15/22 16/15 16/18 32/2 40/22
51/9 51/18
agreed-upon [1] 32/2
agreeing [2] 35/23 41/20
agreement [4] 25/20 43/23 51/3 58/10
agreements [1] 33/12
agrees [1] 57/12
ahead [7] 19/1 21/10 22/2 31/2 31/3 31/3
41/9
aided [1] 4/25
Alabama [10] 2/11 2/12 3/13 9/22 10/1
36/3 36/4 36/11 37/15 40/9
ALAN [12] 4/11 19/1 19/2 19/3 20/3
21/10 21/13 21/17 47/15 48/3 48/7 48/23
Alan's [1] 31/21
align [1] 41/25
aligned [3] 35/3 36/24 38/7
all [52] 1/8 6/4 9/14 14/13 14/20 15/1
16/4 16/9 16/14 16/16 16/17 17/1 17/13
17/15 18/6 18/13 18/22 19/5 20/4 22/6
25/19 28/6 29/4 29/13 31/8 32/5 32/9
35/22 37/20 38/12 38/14 39/6 40/12
40/17 41/3 41/4 41/10 41/23 45/7 45/13
47/10 47/23 49/10 49/19 52/13 53/2 54/3
55/1 56/1 56/20 57/15 59/20
Allen [1] 51/13
Allen's [1] 51/15
allocation [1] 36/5
allowed [1] 28/3
almost [3] 25/19 42/3 45/12
along [3] 30/21 46/20 51/25
already [5] 25/19 32/24 52/1 52/13 53/15
also [8] 19/18 22/16 32/5 38/24 49/6
49/8 51/8 56/13
am [10] 6/22 9/17 23/1 27/12 34/12
34/12 39/9 39/9 48/8 48/10
amazed [1] 7/24
Ambrose [1] 41/16
Amendment [1] 40/2
America [17] 2/18 3/3 3/15 3/16 3/17
3/18 3/19 3/21 3/21 3/22 3/24 3/25 4/2
4/3 4/4 4/5 4/6
among [1] 34/24
amount [2] 7/24 9/6
Anadarko [4] 4/14 4/14 4/17 4/17
and/or [1] 37/18
ANDRE [3] 2/21 20/21 50/10
ANDREW [5] 4/3 13/20 17/17 24/16
32/17
Andy [3] 24/4 31/6 40/18
Angeles [1] 3/14
another [10] 11/16 20/19 30/9 36/1 43/19
44/9 48/3 49/11 53/7 59/2

## A

answer [3]  42/2 46/17 48/21
answers [1]  43/9
ANTHONY [12]  2/9 17/2 18/24 22/17
24/13 41/10 41/13 42/21 45/19 47/17
48/6 50/4
any [17]  20/9 25/20 25/21 28/14 29/3
31/2 31/18 33/8 36/4 38/5 38/24 41/23
52/9 52/19 56/14 57/13 58/17
anybody [5]  7/16 16/2 17/16 53/18 58/22
anybody's [1]  37/11
anyone [2]  6/25 39/10
anything [9]  14/18 14/21 41/23 44/24
52/18 53/18 57/1 58/22 59/7
anyway [1]  35/20
APLC [1]  3/15
apologize [1]  54/22
appalled [2]  12/12 12/17
apparent [1]  54/5
apparently [1]  25/13
Appearances [4]  1/13 2/1 3/1 4/1
applied [1]  27/22
Applies [1]  1/8
apply [1]  29/13
appreciate [1]  27/16
approach [1]  34/3
appropriate [3]  28/7 28/11 39/24
approved [1]  38/15
APRIL [4]  1/6 1/7 6/2 14/18
April 12 [1]  14/18
are [116]
area [1]  42/12
aren't [2]  25/23 45/3
argue [1]  39/20
arguing [1]  54/8
argument [1]  28/4
arose [1]  27/17
around [7]  7/16 8/15 10/12 31/10 50/16
19/6 19/10 19/13 20/1 20/2 22/18 24/5
26/6 29/1 29/20 30/10 31/4 33/24 37/24
37/24 38/1 38/7 38/7 38/10 38/10 38/10
39/13 40/7 40/7 44/5 45/22 46/6 47/10
47/23 49/4 49/4 51/3 51/25 53/3 53/23
55/16 57/14 57/14 58/5 58/5 58/12 58/12
58/18 58/18 59/18 59/18
asbestos [3]  9/5 10/1 10/23
Asbill [1]  3/9
ask [10]  16/14 17/20 27/24 29/4 29/7
29/8 39/3 39/8 40/6 42/20
asked [8]  13/21 15/24 16/2 31/15 31/25
44/17 49/21 57/8
asking [2]  16/1 58/1
asserted [1]  54/7
assist [1]  20/12
associated [1]  52/15
assumed [1]  25/16
at [56]  8/11 8/14 8/16 9/14 9/23 13/3
13/13 14/17 15/1 17/9 17/9 19/22 20/25
21/2 21/3 22/7 22/10 22/14 22/16 23/13
24/4 24/11 25/18 26/1 27/7 27/8 27/23
28/8 28/14 28/15 29/25 30/12 31/5 31/6
31/15 32/4 32/9 34/24 34/25 36/10 36/16
36/18 36/19 42/8 43/4 44/13 48/6 48/23
50/3 50/14 52/1 53/9 56/19 57/23 58/21
59/11
attached [1]  20/8
attempt [2]  18/10 31/12
attorney [3]  2/11 27/14 36/15
audible [1]  9/18
available [2]  29/5 30/3
Avenue [3]  1/20 2/13 3/13

## B

avoid [1]  35/4
away [1]  11/13

back [19]  9/12 9/15 13/23 19/9 19/22
20/4 21/7 21/9 29/11 36/14 41/3 41/4
41/20 42/7 42/17 52/5 52/6 52/7 57/18
back-and-forth [1]  41/20
bad [1]  27/15
ball [2]  30/19 52/10
bandied [1]  36/1
Barbara [1]  55/2
Barbier [24]  8/5 8/20 15/24 16/2 17/21
26/1 26/9 26/16 26/22 27/8 28/5 30/11
30/15 31/11 33/20 34/10 34/16 36/22
40/20 41/1 44/17 45/16 47/6 59/3
Barbier's [1]  35/17
BARR [1]  1/23
based [1]  30/25
basis [1]  45/21
Baylen [1]  1/24
be [101]
Bea [4]  18/4 18/5 18/7 18/10
beard [1]  14/7
beat [1]  33/6
beautiful [2]  10/17 10/20
because [28]  7/17 8/4 9/4 9/5 12/7 14/14
16/2 17/21 21/10 23/15 26/5 29/8 30/16
33/19 35/17 39/9 39/21 40/2 41/17 41/23
42/3 45/22 47/21 47/23 48/12 52/24
53/22 58/3
become [1]  54/4
becomes [1]  54/6
been [24]  9/7 14/4 15/23 22/1 25/5 25/19
26/13 28/5 28/6 29/21 31/12 32/9 35/22
36/1 37/6 37/21 37/23 41/24 42/14 44/16
46/21 47/1 49/8 59/13
before [15]  1/11 15/16 15/22 16/9 20/4
22/19 36/17 40/24 42/2 44/24 49/20 50/2
51/6 53/4 56/4
beg [1]  54/17
begin [1]  49/25
behalf [1]  36/8
behind [2]  11/11 30/19
being [11]  12/20 21/14 21/18 23/21
29/20 35/17 41/4 47/10 51/13 52/22
53/25
belabor [1]  27/6
believe [5]  14/23 16/11 32/11 43/25
49/23
believes [1]  31/17
Ben [2]  34/8 59/3
bench [3]  13/5 27/10 33/23
bench/bar [1]  33/23
BENSON [1]  2/20
best [5]  30/18 38/8 38/9 43/24 60/5
better [3]  8/17 8/19 9/19 33/1
big [1]  11/5
biggest [2]  11/5 11/9
Bingham [1]  4/17
bit [1]  57/6
bizarre [2]  10/15 10/16
blame [1]  45/8
Bldg [1]  3/4
block [1]  10/4
BOP [1]  14/17
both [5]  7/20 15/17 15/21 47/13 52/12
box [7]  1/16 1/23 2/23 3/4 10/10 10/14
10/22
Boy [1]  44/20
BP [40]  3/15 3/16 3/16 3/17 3/18 3/19

3/21 3/21 3/22 3/23 3/23 3/24 4/2 4/3 4/3
4/4 4/8 4/22 5/7 29/13 37/19
42/15 42/18 43/14 44/12 44/13 48/22
56/2 57/7 57/7 57/8 57/11 57/12 57/14
57/18 57/20 58/2 58/6
BP's [1]  58/3
Branch [1]  3/3
break [1]  12/16
Brennan [1]  3/9
BRIAN [4]  1/23 4/4 33/6 48/22
brief [7]  15/25 36/2 36/3 36/11 36/19
37/16 37/21
briefing [7]  31/23 34/5 37/4 37/13 37/13
40/20 56/14
briefly [4]  28/22 55/7 56/7 56/9
briefs [1]  35/4 36/6
bright [1]  10/9
brilliant [2]  32/6 32/17
bring [3]  44/7 50/17 54/11
brought [2]  14/14 29/2
build [2]  10/2 10/6
building [12]  9/2 9/13 10/2 10/6 10/7 10/9
10/10 10/13 10/20 10/22 11/10 11/11
built [2]  10/12 10/12
bundle [24]  17/13 20/7 20/8 31/5 31/6
31/21 41/15 41/16 42/17 43/1 45/14
45/17 45/22 45/24 46/2 46/4 46/15 46/9
47/2 48/5 48/12 49/1 52/15 53/10
bundles [20]  16/11 16/17 17/6 19/7
19/20 19/24 20/1 21/7 21/7 42/22 43/17 46/23
46/25 47/20 47/22 48/4 48/23 49/18 51/5
52/23 53/6
bureaucracies [1]  39/18
bus [1]  8/15
busy [1]  50/15
but [59]  10/20 11/25 12/20 16/1 16/8
19/5 19/6 19/14 20/11 20/13 21/2 21/15
21/19 25/17 25/24 26/11 27/23 28/6
30/19 31/2 31/13 31/17 32/22 33/13
33/23 34/17 35/3 35/8 35/20 36/16 36/18
36/21 37/5 37/10 38/13 39/24 39/25 40/8
40/16 41/17 41/19 42/9 44/16 45/20 46/9
46/14 47/17 48/3 49/10 50/14 50/15
51/22 53/4 55/17 56/16 57/16 57/25 58/3
59/17
Bye [1]  50/20

## C

California [3]  3/4 3/14 55/2
call [10]  7/4 14/9 15/12 17/9 17/12 18/11
20/18 25/1 30/3 30/4
call-out [1]  17/12
call-outs [3]  17/9 18/11 25/1
called [9]  19/12 20/13 21/21 27/18 28/7
29/1 43/1 44/1 44/6
calling [2]  42/24 43/18
came [7]  10/9 14/23 26/5 26/10 42/22
45/12 52/21
camera [1]  55/11
Camp [1]  2/16
can [37]  6/22 7/11 8/2 8/19 9/11 10/6
10/20 14/13 15/17 19/1 20/2 20/11 23/10
24/17 26/23 28/14 28/20 28/21 29/23
31/2 31/20 32/9 32/10 33/13 33/13 36/2
36/5 40/7 41/9 42/2 42/3 44/21 48/6 50/4
53/8 54/3 56/6
can't [5]  7/16 10/7 29/25 35/12 39/25
capital [1]  14/17
Captain [4]  13/20 13/21 13/23 14/2
Captain Andrew [1]  13/20
Captain Kuchta [1]  13/23
Captain Mitchell [2]  13/21 14/2
care [1]  48/25

**C**

CARTER [2] 3/9 50/20
carving [1] 39/9
CASAZZA [1] 3/13
case [8] 13/15 17/24 18/3 21/8 27/19 35/21 39/10 56/6
Cases [1] 1/8
category [1] 22/9
cause [3] 37/3 37/8 37/13
caused [1] 52/11
causing [1] 12/5
caution [1] 11/7
CCR [3] 4/20 60/2 60/10
celebrate [3] 20/25 21/2 21/3
celebrations [1] 38/24
Central [1] 13/1
CERNICH [1] 2/21
certain [1] 14/23
certainly [2] 25/22 36/14
CERTIFICATE [1] 60/1
certify [2] 53/7 60/4
Chad [1] 20/11
chair [2] 35/7 35/9
CHAKERES [1] 2/19
chambers [1] 10/18
chance [1] 22/7
changes [1] 37/3
chaos [1] 32/24
charts [1] 46/12
chat [1] 29/22
check [4] 15/20 34/21 44/9 47/25
Chicago [1] 4/5
chief [1] 27/19
church [4] 8/11 8/14 8/22 9/22
Circuit [1] 16/23
circulate [1] 43/25
circulated [2] 15/21 25/6
cited [1] 31/14
city [1] 11/5
civil [2] 3/3 39/25
claims [1] 37/19
clarification [6] 17/5 21/5 30/9 30/10 39/3 47/16
clarify [2] 55/10 55/17
clean [1] 15/13
cleanup [4] 41/12 42/21 42/25 43/19
clear [8] 19/13 26/9 27/9 29/2 30/14 40/3 54/6 58/2
clearly [1] 49/5
clip [1] 17/13
clips [1] 17/7
closed [1] 24/11
color [1] 8/19
come [22] 7/16 12/9 13/8 13/11 21/9 26/4 26/16 29/10 30/8 31/4 32/16 32/18 35/10 40/24 40/25 41/10 41/18 43/23 44/15 44/17 44/18 44/21
comes [1] 58/6
coming [4] 6/8 26/23 40/11 52/25
commander [1] 51/16
commencement [1] 53/15
comment [2] 14/25 34/23
common [1] 52/14
communication [1] 57/7
Company [8] 3/16 3/16 3/22 3/22 4/3 4/3 4/15 4/18
compile [1] 32/10
complete [1] 20/1
completed [1] 12/14
completely [1] 10/3
completion [1] 59/21
compliment [1] 39/14

computer [2] 4/25 55/15
computers [1] 4/24
conception [1] 25/9
concern [2] 38/1 47/5
concerned [1] 53/21
concerns [2] 39/18 39/21
concluded [1] 59/22
concluding [1] 22/20
conclusions [6] 32/2 32/5 32/8 35/23 38/6 49/8
condition [1] 10/7
conditionally [2] 42/22 43/17
conditions [1] 58/11
confer [4] 33/14 41/4 51/8 54/10
conference [19] 1/11 10/18 15/5 15/22 22/17 22/24 23/1 23/7 26/18 27/4 28/16 33/23 42/2 43/22 49/24 50/1 50/2 50/3 53/4
confidential [1] 52/18
confined [1] 51/14
confirmation [2] 23/17 57/18
confusion [1] 27/22
Congratulations [1] 59/21
connection [1] 9/20
CONRAD [1] 2/3
consensus [1] 34/15
conserving [1] 57/10
consider [2] 30/11 32/1
considered [1] 18/19
constitutes [1] 7/19
consult [1] 49/9
contain [1] 45/13
contains [6] 16/20 46/5 46/7 46/11 46/13 46/15
contingent [1] 14/14
contractor [3] 57/25 58/3 58/4
control [1] 33/8
cooperated [1] 29/5
cooperative [1] 41/24
cooperatively [1] 51/23
coordinate [1] 40/7
coordination [2] 34/24 35/4
copy [1] 34/8
copying [1] 49/2
COREY [9] 2/12 7/17 9/21 11/4 13/8 35/9 36/17 38/2 41/4
corner [1] 59/4
Corporate [1] 2/3
Corporation [2] 4/14 4/17
correct [14] 14/8 20/2 21/20 21/23 23/4 34/6 43/2 46/3 47/12 48/7 48/9 48/24 49/17 60/5
corresponding [1] 28/12
could [27] 12/2 12/5 13/2 13/25 18/1 18/6 18/12 18/19 21/13 23/25 24/9 29/13 29/15 32/1 32/3 36/11 36/19 39/3 42/8 47/17 49/9 49/22 49/24 51/3 54/17 59/5
couldn't [1] 37/21
count [1] 40/15
couple [4] 11/17 19/22 41/15 51/22
course [12] 16/13 16/19 17/11 17/15 20/6 21/18 25/11 26/4 29/16 30/17 44/1 51/21
court [20] 1/1 4/20 8/25 9/2 10/1 10/10 10/13 10/18 10/21 18/7 18/9 19/14 32/12 34/11 42/3 55/12 56/17 60/2 60/3 60/11
cover [4] 14/15 14/16 24/19 43/19
covered [4] 29/21 31/21 49/24 53/15
covers [1] 26/11
Cowie [2] 44/15 44/16
created [2] 45/15 46/19
creating [1] 49/11

credit [1] 32/13
Crepe [1] 21/3
crime [3] 55/3 56/8 56/9
criminal [2] 39/22 40/1
cross [4] 13/21 15/17 19/19 27/20
cross-examination [1] 13/21
cross-reference [1] 15/17
cure [1] 29/18
currently [1] 9/21
custodians [1] 26/6
cut [3] 13/24 46/6 53/10
cycles [1] 51/22

**D**

D.C [3] 2/23 3/23 4/18
Dallas [1] 4/10
data [5] 57/13 58/1 58/2 58/3 58/19
database [1] 49/12
date [6] 22/23 23/13 23/14 23/17 24/5 53/13
DAVID [1] 2/22
DAVIS [1] 3/12
DAVIS-DENNY [1] 3/12
day [8] 8/14 20/4 27/23 37/5 37/17 42/17 59/13 59/19
days [8] 22/18 22/25 23/20 24/15 32/21 34/16 34/18 37/20
deadline [2] 14/25 31/3
deal [2] 22/14 40/16
dealt [1] 51/22
decades [1] 10/4
decide [3] 42/6 42/11 56/17
decided [1] 12/15
decides [1] 49/7
decision [3] 29/19 35/17 40/20
decision's [1] 35/16
DEEPWATER [7] 1/5 3/7 3/7 3/10 3/10 3/13 3/13
definite [1] 19/14
definitely [1] 8/3
definition [2] 46/3 46/15
demonstrative [1] 17/12
demonstratives [2] 17/9 18/11
DENNY [1] 3/12
dep [1] 47/9
Department [2] 2/18 3/2
depending [1] 7/18
depo [12] 16/17 17/6 17/13 41/15 41/19 42/16 42/17 43/17 44/16 44/16 49/1 53/10
deposition [24] 16/11 19/7 20/5 20/7 20/8 28/12 31/16 31/21 43/1 45/14 45/17 45/22 46/4 46/5 46/15 46/19 47/7 47/20 47/20 47/22 48/4 48/11 50/23 51/6
depositions [5] 43/4 43/6 48/13 50/15 53/25
describe [2] 13/10 51/17
description [5] 13/12 15/25 30/15 51/10 51/14
descriptions [1] 51/18
designated [2] 20/13 46/8 46/9 52/15
designation [4] 19/19 20/7 21/19 51/24
designations [6] 19/19 19/20 20/5 46/12 50/23 51/6
desires [1] 18/7
desks [1] 14/23
detail [1] 36/13
determination [1] 24/3
dial [1] 7/5
did [18] 8/16 9/1 9/5 10/23 18/2 19/9 19/10 19/13 19/20 20/25 21/2 21/3 21/6 21/17 33/3 41/18 42/16 56/10

**D**

didn't [13] 25/15 25/20 27/9 27/24 29/7 29/14 29/14 29/14 34/14 38/21 45/9 46/18 54/21
different [5] 17/25 28/2 38/14 47/7 49/5
difficult [2] 32/4 41/24
disagree [3] 17/16 42/9 54/9
disagreement [2] 25/21 44/5
disagrees [1] 16/2
disconnect [1] 7/3
discuss [1] 36/12
discussed [8] 20/6 20/14 21/6 21/14 21/18 31/19 35/22 36/17
discussion [2] 19/14 39/16
discussional [1] 31/23
disk [1] 16/18
dispose [1] 14/22
dispute [1] 44/7
disputes [1] 51/11
distinguishing [1] 39/7
DISTRICT [4] 1/1 1/2 60/3 60/3
dividing [1] 18/7
Division [1] 3/3
do [56] 7/2 9/24 11/17 12/13 15/4 15/10 16/14 19/7 22/4 22/5 22/18 22/20 23/16 23/18 23/23 25/7 26/23 28/7 28/9 28/11 28/14 28/15 29/1 29/4 29/10 29/14 29/14 29/15 30/22 30/22 31/13 33/10 33/13 36/2 36/6 37/3 37/5 37/8 37/10 38/5 38/25 42/10 42/25 43/8 43/16 43/17 44/5 50/5 50/8 52/6 52/8 53/20 55/20 56/20 56/20 60/4
Docket [1] 1/4
document [6] 16/1 26/6 31/18 52/14 52/16 54/5
documents [7] 17/24 21/7 22/12 25/10 26/4 26/8 52/22
does [12] 16/24 17/3 17/16 21/24 21/25 37/19 46/1 46/17 46/18 53/18 57/8 58/22
doesn't [4] 38/25 58/18 59/14 59/17
doing [2] 6/15 33/14
Domengeaux [1] 1/15
DON [5] 3/16 13/10 28/21 29/22 30/5 15/7 17/22 20/17 22/19 24/20 24/20 24/22 25/8 26/10 26/14 26/24 27/6 29/9 29/22 30/25 31/22 33/8 34/17 35/9 36/17 37/24 37/24 38/2 38/9 42/9 43/5 44/7 44/23 46/14 48/24 54/4 54/10 56/14 56/20 56/22
DONALD [2] 4/8 59/10
done [13] 14/3 20/14 23/15 23/17 23/21 29/9 29/10 32/9 41/9 41/23 42/1 44/17 59/7
door [5] 16/22 28/3 28/5 28/13 29/9
Doug [5] 36/7 36/8 36/21 38/2 41/4
DOUGLAS [1] 2/15
dove [1] 13/23
down [10] 8/25 9/3 10/1 10/2 10/8 24/15 27/12 27/24 42/19 51/18
download [1] 17/23
downtown [2] 7/25 9/22
Doyle [4] 4/20 60/2 60/10 60/10
Dr [2] 8/14 8/22
Dr. [2] 12/15 50/9
Dr. Hunter [1] 12/15
Dr. Zick [1] 50/9
drafting [1] 37/6
drilled [1] 42/19
Drilling [3] 3/7 3/10 3/13
drive [21] 2/3 16/11 16/16 16/22 17/13 17/16 17/21 18/1 18/1 18/13 19/7 45/13

drives [2] 16/13 17/8
drop [1] 30/2
due [1] 53/25
DUKE [1] 2/3
dump [1] 26/10
dumped [1] 46/20
during [14] 16/13 16/19 16/21 17/14 20/6 21/16 21/18 26/4 27/7 27/17 28/1 30/17 31/19 37/16

**E**

e-mail [5] 18/21 30/2 34/7 38/3 41/5
each [5] 18/10 31/19 45/24 45/25 46/16
earlier [2] 21/19 25/9
early [7] 14/24 27/19 33/24 38/3 41/7 48/12 52/23
ease [1] 46/20
easier [1] 55/19
easiest [1] 51/13
East [1] 33/2
EASTERN [2] 1/2 60/3
eating [3] 13/3 13/4 23/10
Edwards [1] 1/15
efficiency [1] 57/10
effort [1] 19/25
eight [1] 30/19
EISERT [1] 3/22
either [7] 14/24 15/1 19/19 24/21 32/16 44/1 44/18
elected [2] 9/7 9/10
elicited [1] 32/2
eliminate [1] 31/12
eliminated [1] 31/20
Ellis [2] 3/21 4/2
Elm [1] 4/9
else [12] 6/25 23/6 34/20 37/19 39/10 41/11 42/10 44/24 53/18 57/25 58/22 59/7
else's [1] 31/15
empty [1] 10/3
end [10] 6/3 24/17 26/1 26/7 27/23 34/10 38/25 42/8 53/10 58/21
energy [4] 4/7 4/11 6/6 6/7
Enforcement [2] 2/18
enough [2] 24/9 56/21
entirely [1] 35/2
entitled [1] 60/7
enumerated [1] 58/11
Environmental [1] 2/18
Equipment [1] 14/17
ERICA [4] 2/22 57/3 57/5 58/15
ESQ [35] 1/16 1/19 1/23 2/3 2/6 2/9 2/12 2/12 2/15 2/19 2/21 2/24 2/25 3/21 3/21 2/22 2/22 3/3 3/6 3/9 3/12 3/16 3/21 3/22 3/22 4/3 4/3 4/4 4/8 4/8 4/9 4/11 4/12 4/15 4/17
essentially [1] 57/14
etc [4] 29/24 29/24 49/12 58/4
even [12] 7/14 23/7 24/25 25/8 25/15 25/17 29/6 35/12 39/14 39/16 40/4 42/12
event [1] 31/2
every [3] 31/18 59/12 59/19
everybody [13] 7/3 12/1 18/21 23/15 23/17 24/7 34/20 46/5 48/7 50/18 57/25 59/5 59/20
everyone [1] 34/15
everything [3] 17/11 23/10 35/3
evidence [5] 16/19 16/21 17/7 26/14 31/13
evidentiary [1] 53/17
exact [1] 19/12

exactly [7] 11/15 21/17 34/2 35/6 43/20 43/23
examination [1] 13/21
examining [1] 31/13
example [3] 18/2 31/14 39/23
excellent [2] 13/7 13/7
except [2] 25/19 43/3
exception [1] 56/6
exciting [1] 52/2
excuse [1] 56/2
exercise [1] 33/11
exhausted [1] 6/5
exhibit [17] 15/15 17/12 19/12 19/14 20/12 21/14 31/18 47/9 47/13 47/21 47/23 48/14 48/14 48/24 52/25 53/17 53/24
exhibit lists [1] 15/15
exhibits [39] 16/10 16/17 17/6 18/6 18/11 18/14 19/8 19/11 19/17 20/6 21/16 21/18 24/15 24/25 25/11 28/13 29/11 31/12 44/19 45/13 45/14 45/15 45/17 45/22 45/25 46/7 46/19 46/22 47/1 47/7 47/8 47/21 48/5 49/18 52/7 53/5 58/23 59/4 59/6
expect [1] 29/16
expected [1] 51/25
expecting [1] 44/20
experience [1] 33/1
expert [2] 53/25 58/19
experts [4] 58/13 58/15 58/16 58/17
explain [1] 8/2 12/13 19/13
Exploration [3] 3/17 3/23 4/4
extension [2] 37/9 37/13
extent [2] 25/14 55/17
extra [1] 52/11
eye [1] 52/10

**F**

faced [1] 40/13
fact [7] 31/23 32/2 35/23 39/5 39/17 49/7 58/3
facts [2] 32/25 32/25
fair [5] 24/9 38/25 40/16 45/11 56/21
fall [1] 43/9
falling [3] 38/12 38/18 38/22
Fannin [1] 3/10
far [3] 29/1 43/8 43/12
fast [1] 35/10
FCRR [3] 4/20 60/2 60/10
Federal [1] 3/4
feeling [1] 22/1
Fest [1] 23/3
few [5] 19/18 24/16 26/3 26/7 28/12
fewer [1] 25/10
Fifteenth [1] 3/23
Fifth [2] 16/23 40/1
Fifth Circuit [1] 16/23
fighting [1] 43/9
figure [1] 41/25
figured [1] 53/5
filed [2] 47/24 49/9
filings [1] 40/15
final [21] 15/4 15/5 15/22 16/22 17/13 17/21 19/7 22/19 23/14 24/16 24/15 26/18 26/23 27/3 28/15 42/2 43/21 43/22 48/14 49/23
finality [1] 23/21
finalized [1] 42/1
finally [1] 10/5
find [5] 15/19 15/20 40/1 46/10 50/21
findings [12] 31/23 32/2 32/5 32/7 32/21 35/23 38/5 39/5 39/16 39/19 39/24 49/7
fine [4] 23/19 37/23 54/20 58/7

## F

finish [1]  24/20
finished [1]  51/6
Firm [1]  2/8
first [5]  7/13 18/3 18/5 36/13 50/16
FITCH [1]  4/17
five [2]  30/22 35/4
flaming [1]  14/1
FLEMING [1]  4/9
Floor [1]  3/13
floors [1]  7/19
Florida [1]  1/24
fly [1]  15/7
fold [1]  27/13
folder [6]  18/2 18/4 18/5 46/7 46/11 46/13
folders [2]  18/10 45/20
follow [1]  40/19
following [1]  19/8 26/25
footing [1]  57/15
forced [1]  33/14
foregoing [1]  60/4
forever [1]  29/15
forget [1]  22/19
forgot [1]  42/21
forgotten [2]  24/21 41/11
formal [1]  51/12
format [1]  59/6
forth [2]  41/20 42/7
found [1]  19/18
four [1]  52/1
Francisco [1]  3/4
frankly [2]  15/7 22/8
fraud [3]  55/3 56/8 56/9
freeze [1]  56/5
Friday [6]  15/6 22/24 23/2 23/7 23/20 40/23
friends [2]  39/19 39/19
Frilot [1]  3/6
front [1]  46/14
full [9]  24/25 25/10 25/12 25/20 25/23 25/23 26/14 32/21 42/17
fully [1]  59/17
fun [3]  9/12 11/8 38/21
funny [1]  38/23
further [3]  14/20 47/10 57/6

## G

GASAWAY [5]  3/21 55/9 55/25 56/2 57/20
gave [2]  12/20 57/24
general [2]  2/11 36/15
generally [1]  31/18
gentleman [1]  14/7
get [35]  8/16 9/11 13/25 14/13 16/6 16/6 18/1 18/21 19/6 19/20 19/23 22/3 23/10 25/16 26/21 31/3 31/8 33/24 36/19 38/15 39/1 41/3 41/4 41/9 42/2 42/6 43/8 44/17 45/9 48/13 49/22 53/5 53/8 55/4 57/21
get-together [1]  39/1
gets [1]  37/15
getting [3]  8/6 32/21 44/4
give [12]  12/9 13/8 13/12 24/17 31/3 31/5 31/9 31/10 32/13 34/19 49/21 49/22
given [2]  17/8 36/5
glass [4]  10/10 10/14 10/21 10/22
go [25]  13/6 15/13 16/22 17/13 17/23 19/1 19/22 20/1 20/4 20/25 22/19 26/24 29/15 30/22 31/2 32/22 34/14 40/22 41/9 42/7 50/21 51/21 52/5 52/7 59/6
Godwin [4]  4/7 4/8 4/11 28/21
goes [4]  39/16 40/15 54/5 58/3

going [53]  7/2 7/3 7/5 7/11 15/6 15/23 16/6 19/6 19/11 19/14 19/19 21/13 22/24 24/24 25/10 26/2 26/16 28/4 31/9 31/10 32/13 32/20 32/22 32/24 33/18 33/22 34/2 34/3 34/12 35/7 37/6 37/25 39/13 39/20 40/12 40/15 40/21 41/1 41/3 42/11 42/18 45/8 50/1 50/2 50/12 50/7 51/25 52/4 55/20 56/19 59/2 59/12
good [32]  6/14 7/7 12/24 13/22 13/22 14/3 14/11 17/1 17/2 17/3 17/19 19/3 20/19 20/21 20/23 20/24 22/16 24/20 26/17 27/14 32/15 33/19 37/3 37/13 43/11 44/10 45/19 50/6 54/16 55/8 57/3 53/12 53/13 58/20
gotten [1]  48/14
government [1]  29/14
Grand [1]  3/13
GRANT [1]  3/12
great [2]  18/23 59/20
Grocery [1]  13/1
ground [2]  33/6 54/4
grounds [1]  37/12
group [3]  1/11 2/2 53/4
groups [1]  52/1
guarantee [2]  39/25 42/4
guess [6]  23/6 25/22 25/24 34/11 36/12 40/12
guidance [1]  30/24
GULF [1]  1/5
gut [1]  43/13
guy [1]  10/5
guys [5]  12/4 28/25 29/3 34/4 58/7
GWEN [1]  4/12

## H

had [39]  9/25 10/2 14/3 14/17 18/18 19/9 20/3 21/6 22/6 24/14 24/15 25/9 25/19 26/4 26/5 27/20 28/5 28/8 29/4 29/18 37/21 38/12 38/17 41/15 41/18 45/19 48/2 48/12 48/13 50/15 51/6 51/8 51/20 52/5 52/7 53/19 54/10 55/11 57/6
Halliburton [12]  4/7 4/11 19/4 19/9 27/18 28/1 28/6 28/8 28/13 29/3 37/18 47/15
hand [2]  14/7 59/4
handed [1]  16/2
handle [4]  21/16 35/20 38/3 43/24
hands [2]  23/10 32/21
hang [2]  7/5 56/21
hanging [1]  15/13
happen [2]  25/12 37/25
happened [2]  25/13 48/11
happening [1]  48/22
happens [4]  32/7 37/2 37/5 37/17
happy [6]  6/3 29/24 30/4 31/20 50/18 54/14
hard [20]  16/11 16/16 16/18 16/22 17/13 17/15 17/21 17/25 18/1 35/24 45/13 45/15 45/16 46/20 46/24 47/6 47/13 49/1 49/5 49/12
has [25]  7/17 14/14 14/22 18/13 18/22 23/15 23/17 32/7 35/21 36/1 40/16 41/23 43/14 45/24 46/7 49/6 50/1 50/16 51/12 54/24 55/25 57/25 57/25 58/2 58/3
hate [1]  11/24
have [125]
haven't [3]  23/14 36/17 37/6
having [6]  6/19 9/12 12/18 18/13 23/1 23/7 23/21 33/10 36/22 38/21 59/3
HAYCRAFT [1]  3/16
HB [1]  4/20
HB-406 [1]  4/20
he [53]  7/14 7/22 8/6 8/21 9/10 10/9 10/9

10/12 10/12 10/17 10/23 11/11 11/12 11/22 14/3 14/4 17/23 17/25 18/22 23/10 26/17 26/17 27/9 27/9 27/15 29/23 30/16 31/14 31/17 31/20 32/6 33/22 33/24 34/1 34/2 34/4 35/23 35/3 42/11 42/11 48/8 49/9 50/13 50/15 50/16 51/15 55/11 51/1 9/7
he's [1]  9/7
hear [4]  6/8 6/23 25/20 57/18
heard [2]  38/23 56/1
hearing [4]  12/5 17/11 29/6 36/13
hearsay [5]  53/19 53/19 53/23 54/2 54/2
help [1]  33/11
helpful [6]  18/18 18/24 20/16 40/8 46/4 59/5
her [1]  31/16
here [14]  6/22 7/14 8/15 11/19 11/20 14/14 23/6 23/13 32/20 34/12 45/3 57/22 57/23 58/2
here's [1]  34/9
hereby [1]  60/4
Herman [8]  1/19 1/19 1/19 23/8 23/9 31/22 32/6 32/17
heroic [1]  13/22
highlighted [3]  19/8 19/10 19/7
highrise [3]  7/17 7/19 10/13
highrises [2]  7/15 7/20
him [19]  12/20 13/21 14/9 16/1 17/22 18/20 26/22 26/24 27/20 31/4 31/5 33/18 33/20 33/23 34/21 36/18 50/12 50/17 55/18
HIMMELHOCH [1]  2/19
hiring [1]  56/5
his [7]  10/18 14/3 14/7 14/8 23/10 31/15 37/11
historical [1]  10/8
hold [2]  9/11 31/8
holder [1]  47/13
Holdings [6]  3/6 3/9 3/12 3/18 3/24 4/5
home [1]  59/12
honesty [1]  38/14
Honor [41]  6/14 6/22 7/12 9/17 11/24 16/25 17/18 19/3 20/10 20/21 22/8 22/21 22/23 23/25 27/11 27/20 30/9 30/20 30/21 32/12 39/3 39/15 40/10 41/13 45/1 45/22 47/4 48/18 48/20 48/22 49/20 50/10 50/24 52/12 54/22 55/24 56/25 57/3 57/20 58/8 58/9
Honor's [3]  24/3 25/25 29/20
HONORABLE [1]  1/11
hope [3]  43/10 44/5 55/3
hopefully [3]  33/20 50/17 51/11
hoping [1]  10/24
HORIZON [1]  1/5
hosting [1]  59/11
Houma [1]  2/4
hour [1]  45/12
hours [1]  44/14
Houston [2]  3/10 4/13
how [20]  6/15 6/17 7/18 12/24 20/23 20/24 22/5 22/10 29/9 34/2 35/20 38/3 38/23 42/10 43/5 43/8 50/8 52/24 53/5 57/5
however [2]  14/3 59/15
huge [1]  14/14
huh [2]  11/19 42/13
Hunter [1]  12/15
Hurricane [2]  12/21 13/6

## I

I'll [3]  13/10 34/21 35/11
I'm [35]  7/5 7/11 9/17 10/24 11/4 11/7 12/18 13/12 15/6 16/1 16/6 16/14 17/11

## I

I'm... [22]  23/16 26/21 33/18 34/18 35/7
37/14 37/15 39/6 39/13 40/22 45/6 45/8
45/10 47/17 48/1 49/10 54/18 55/20
56/11 58/21 59/1 59/12
idea [6]  10/10 13/22 22/5 36/1 45/19
50/6
identifiable [1]  49/6
identified [2]  8/6 8/21
identify [4]  8/7 13/2 29/24 52/18
identifying [1]  52/19
identity [1]  29/6
if [72]
IIAMS [1]  4/15
Illinois [1]  4/5
imagine [1]  18/1
immediately [1]  11/11
immovable [1]  50/15
implement [1]  52/24
impliedly [1]  40/4
import [1]  49/11
important [3]  35/14 35/16 47/4
impression [1]  46/19
in [113]
in camera [1]  55/11
in limine [1]  27/21
Inaudible [1]  6/18
Inc [20]  3/7 3/7 3/10 3/10 3/13 3/13 3/15
3/17 3/18 3/19 3/21 3/22 3/23 3/25 4/2
4/4 4/5 4/6 4/8 4/11
incident [1]  51/16
include [3]  48/24 49/18 52/19
included [1]  19/20
includes [1]  58/12
including [1]  58/15
incorporated [2]  52/22 53/6
inData [7]  16/8 16/16 19/13 19/23 20/12
21/17 53/7
indeed [5]  7/17 13/19 16/18 20/7 26/21
indicating [1]  34/1
individual [3]  41/17 41/21 51/12
individual's [1]  51/14
individuals [1]  51/16
indulgence [1]  54/17
inform [1]  24/2
information [1]  19/23 52/6 52/19
informed [1]  42/14
inserted [1]  21/7
inside [3]  10/14 10/17 13/25
inspection [1]  14/20
installment [4]  52/25 53/1 53/20 54/1
installments [2]  53/23 53/24
instance [1]  51/13
instances [1]  19/18
instead [2]  22/10 30/12
intended [1]  39/14
intention [1]  14/22
interest [3]  38/8 38/9 38/14 57/10
interesting [2]  8/23 14/12
interests [2]  36/23 38/7
interference [2]  16/6 6/20
internally [1]  36/16
interrupt [1]  11/24
Intertek [8]  57/2 57/13 57/15 57/23 57/25
58/4 58/16 58/18
intimidating [1]  8/1
into [17]  13/23 16/19 16/20 17/7 18/12
21/7 22/19 26/14 29/11 33/6 48/19 49/12
51/6 52/13 52/22 53/6 59/2
introduced [5]  15/18 16/10 16/19 16/20
24/25
introducing [1]  31/18

investigate [1]  47/10
invocations [1]  40/2
Irpino [3]  2/8 2/9 41/13
is [122]
isn't [1]  7/14
isolation [1]  14/3
issue [6]  25/14 27/17 28/3 28/16
29/23 31/21 34/12 41/18 42/15 42/19
45/23 48/20 49/1 51/23 53/4 54/11 56/20
57/7 57/23
issues [12]  15/4 24/18 36/4 39/22 40/19
41/1 41/15 51/20 52/13 56/10 56/16 57/2
it [153]
it's [56]  8/18 8/18 8/20 9/19 10/16 10/18
10/18 10/20 10/20 17/12 19/14 25/13
25/24 30/10 30/25 32/22 38/9 38/19
38/23 41/24 43/20 43/25 44/4 44/8 45/1
46/4 46/6 50/15 51/22 52/2 52/4 55/6
55/15 56/16 58/5 59/14
item [3]  25/1 25/24 43/19
items [2]  42/21 49/24
its [2]  36/2 36/3
itself [3]  46/6 57/8 57/25

## J

Jackson [1]  13/5
jail [1]  7/22
JAMES [1]  1/16
jazz [2]  23/3 23/10
Jefferson [1]  1/17
JENNY [1]  4/8
Jim [2]  32/14 32/16
Jim Roy [1]  32/14
job [1]  14/4
jocularity [1]  11/25
joined [3]  12/1 12/2 55/25
joint [2]  34/10 39/19
jolt [2]  6/6 6/7
JOSEPH [1]  3/22
Jr [2]  8/12 9/23
judge [39]  1/12 8/5 8/20 12/16 13/14
15/11 15/24 16/2 17/3 17/21 18/18 18/23
26/1 26/9 26/16 26/22 27/8 28/18 28/18
28/20 28/24 30/7 30/11 30/15 31/11
31/25 34/10 34/16 35/17 36/22 40/20
41/1 42/11 44/17 45/16 46/3 47/6 49/6
59/3
Judge Barbier [23]  8/20 15/24 16/2 17/21
26/1 26/9 26/16 26/22 27/8 28/5 30/11
30/15 31/11 31/25 34/10 34/16 36/22
40/20 41/1 44/17 45/16 47/6 59/3
Judge Barbier's [1]  35/17
Judge Shushan [1]  12/16
judge's [1]  38/8
judgments [1]  40/1
Julia [1]  59/11
jump [3]  31/22 35/7 35/9
jumped [1]  21/10
jumping [1]  22/1
June [3]  50/13 50/14 50/17
June 28 [1]  59/4
just [44]  10/12 10/19 10/22 12/1 12/1
15/6 15/20 16/7 19/25 21/8 22/23 23/15
23/21 26/6 28/11 28/14 29/12 31/4 38/10
39/5 39/15 41/24 42/3 42/8 43/18 44/4
45/7 45/14 45/20 46/18 47/16 49/17 50/4
53/1 53/6 55/10 55/12 55/17 55/20
56/9 57/17 58/1 58/11
justice [1]  2/18 3/2 9/6
justices [1]  9/4
justices' [1]  10/19

## K

Kanner [1]  2/15
Katz [1]  1/19
KAVANAUGH [2]  4/4 48/22
keep [4]  23/24 24/10 24/24 52/10
keeping [1]  48/16
keeps [1]  11/1
KERRY [5]  3/6 45/1 45/3 46/17 50/22
Kerry's [1]  47/5
key [1]  49/15
kidding [1]  14/5
kind [9]  24/1 25/13 25/16 28/15 34/4
34/12 34/19 34/19 57/18
King [4]  8/12 8/13 8/14 9/23
King's [1]  8/22
Kirkland [2]  3/21 4/2
knife [5]  13/24 14/4 14/7 14/10 14/11
know [39]  12/7 12/19 13/14 15/18 16/3
17/22 18/22 20/15 21/17 22/17 22/17
24/21 24/22 26/10 27/12 29/1 29/9 29/12
29/13 30/19 31/9 32/24 34/14 34/22
34/22 35/10 36/16 37/25 38/17 42/10
45/19 46/5 48/7 48/21 50/1 52/5 55/11
56/20 57/11
knows [3]  8/21 22/18 45/22
KRAUS [2]  2/15 36/8
Kuchler [1]  4/14
Kuchta [1]  13/23
Kullman [1]  2/5
KYLE [1]  3/13

## L

lab [3]  57/12 57/16 57/17
labeling [1]  59/6
laed.uscourts.gov [1]  4/22
Lafayette [1]  1/17
Lamar [1]  4/12
LANGAN [2]  4/3 32/17
large [1]  25/13
Lasalle [1]  1/4
last [20]  13/8 13/19 13/20 16/8 19/15
21/5 22/14 22/16 22/18 23/5 24/24 38/21
42/17 50/13 50/17 51/5 53/12 55/6 56/11
57/8
late [4]  14/24 15/25 28/25 29/17
later [3]  21/3 28/1 29/8
laughing [1]  30/12
law [5]  2/2 2/8 32/2 35/24 49/8
lawyers [1]  31/17
lay [1]  32/23
layer [1]  33/14
learn [1]  48/17
learned [8]  20/20 24/12 48/4 52/5 52/9
52/21 52/24 59/2
learning [1]  16/5
least [11]  16/8 17/9 25/18 34/24 34/25
36/10 36/16 36/18 36/20 43/5 44/13
leave [3]  49/21 54/21 54/23
leery [1]  49/10
left [3]  7/23 27/25 59/4
left-hand [1]  59/4
legal [6]  40/5 57/22 57/24 58/4 58/6
58/12
less [1]  51/19
lesson [2]  20/19 48/3 52/21 52/24 59/2
lessons [5]  16/6 24/12 48/16 52/5 52/9
let [18]  11/22 13/10 16/3 18/21 21/17
22/19 28/20 30/14 31/9 34/21 34/22
36/21 42/11 42/20 46/4 48/6 56/19 57/11
let's [16]  6/11 9/11 14/13 15/13 24/24
26/20 28/17 35/20 37/17 40/19 49/10
49/14 52/6 52/8 52/9 57/1

## L

letter [2]  12/14 12/24
Levin [1]  1/22
Lewis [2]  2/5 3/15
life [1]  55/19
lifeboat [2]  13/24 13/25
like [26]  6/24 6/25 8/4 12/21 15/9 15/15
15/21 17/25 18/9 18/14 18/20 24/15
25/11 25/22 26/2 26/3 32/4 32/15 32/22
38/3 38/13 40/21 41/6 46/12 52/4 59/14
limine [1]  27/21
limited [4]  3/19 3/24 4/6 40/12
limits [2]  27/21 34/9
line [6]  19/18 26/15 30/15 46/12 46/12
53/12
lined [1]  10/2
lines [1]  30/21
link [5]  19/13 20/16 21/19 21/20 59/10
linked [3]  19/12 21/15 52/7
links [1]  20/15
Liskow [1]  3/15
list [28]  16/10 16/15 18/15 19/8 24/21
25/6 25/17 26/3 26/12 26/15 26/18 30/10
31/9 31/10 32/10 42/5 43/20 43/21 43/25
44/5 44/20 48/16 49/22 52/22 52/25 53/5
53/16 53/17
listed [1]  26/5
listing [3]  45/25 48/2 48/5
lists [11]  15/15 15/21 15/24 20/8 26/17
26/22 47/23 48/14 48/14 53/8 53/24
little [4]  12/25 29/16 38/14 53/21
live [7]  28/8 41/18 42/16 42/24 43/1
43/18 44/6
LLC [9]  1/15 1/19 2/2 2/15 3/6 3/6 3/9
3/12 4/14
LLP [5]  3/9 3/12 3/21 4/2 4/17
LMRP [1]  14/18
locate [1]  19/10
lodged [1]  47/1
log [2]  55/14 55/21
logistic [1]  19/15
logistical [2]  21/21 22/6
logistically [1]  17/22
logistics [1]  53/2
long [8]  32/22 38/7 49/4 51/3 57/14
58/12 58/18 59/18
longer [1]  44/20
look [19]  10/21 11/4 15/1 18/12 19/22
22/7 23/13 27/15 29/25 31/15 32/9 40/21
48/6 48/19 50/8 56/15 56/19 59/14 59/19
looked [1]  48/23
looking [6]  13/12 22/10 24/4 25/2 30/24
50/14
looks [2]  12/21 59/14
Los [1]  3/14
loss [1]  12/5
lost [1]  46/22
lot [4]  15/12 16/15 25/10 39/17
LOUISIANA [19]  1/2 1/6 1/17 1/20 2/4
2/7 2/10 2/15 2/16 3/7 3/17 4/16 4/21
36/3 36/5 36/9 36/11 40/9 60/4
Louisiana's [1]  36/10
love [1]  38/19
LP [2]  4/15 4/18
lunch [3]  12/16 12/19 12/20
Luther [2]  8/11 9/23

## M

Mack [2]  14/10 14/11
made [10]  26/9 27/8 27/9 29/2 29/5 34/7
34/23 35/17 41/19 46/21
Magazine [3]  2/9 59/9 59/11

## MAGISTRATE [1]  1/12

mail [5]  20/10 20/12 20/13 21/7 21/8
make [27]  6/11 16/15 16/24 17/4 19/25
20/1 20/5 20/17 21/8 21/24 23/15 24/11
27/8 28/4 28/11 29/20 35/18 40/20 42/8
43/15 50/18 51/22 52/7 54/18 56/6 58/4
58/5
makes [3]  36/11 36/19 55/19
making [3]  11/7 27/12 27/15
many [6]  7/19 22/5 22/10 43/5 48/12
56/13
March [1]  42/18
maritime [1]  13/15
MARK [5]  4/3 16/24 22/17 49/3 49/21
marshaling [16]  15/5 15/22 18/14 22/15
22/16 22/20 22/20 23/15 24/5 26/18 27/3
28/15 41/11 42/2 43/22 49/23
Martin [2]  8/11 9/23
MARTINEZ [1]  4/8
massive [1]  10/19
master [1]  11/8
matter [4]  43/25 44/4 54/7 60/7
matters [2]  37/10 37/11
may [20]  14/25 15/9 18/3 19/12 19/21
19/22 20/4 22/1 23/19 25/3 26/24 32/4
33/16 33/23 37/20 42/1 47/9 53/6 54/22
55/24
May 3 [2]  23/19 26/24
May 8 [1]  14/25
maybe [15]  11/13 12/2 23/25 24/1 25/24
26/11 28/10 32/7 34/11 34/18 37/3 38/10
40/15 46/4 47/5
MAZE [1]  2/12
McCutchen [1]  4/17
MCILWAIN [1]  2/22
McMahon [1]  41/18
MD [1]  1/4
MDL [1]  57/14
me [31]  6/23 11/11 11/22 12/11 12/21
16/2 16/3 20/3 22/19 26/20 26/23 27/15
27/16 28/20 29/4 30/2 30/12 30/14 31/9
34/16 36/21 36/22 38/3 41/3 41/4 41/11
42/20 44/7 46/14 53/9 56/2
mean [3]  36/17 53/7 57/22
mechanical [1]  4/24
meet [3]  33/14 51/8 54/10
meet-and-confer [3]  33/14 51/8 54/10
Memorial [1]  8/13
mention [1]  40/1
mentioned [2]  24/14 44/14
message [1]  12/12
MEXICO [1]  1/5
MICHAEL [2]  3/3 3/22
Michoud [1]  14/17
Middle [1]  33/2
Middle East [1]  33/2
might [16]  8/4 14/15 17/21 18/18 25/17
30/11 31/12 32/16 32/18 33/22 35/20
38/24 39/23 44/15 44/16 53/2 58/2
Mike [6]  30/12 34/8 39/2 39/10 49/19
50/7
MILLER [3]  3/6 45/2 50/22
mine [1]  37/11
minutes [2]  7/22 44/14
mirror [1]  18/14
mishmashed [1]  47/11
missing [1]  21/7
Mitchell [5]  1/22 13/20 13/21 14/2 24/16
mode [1]  56/23
moment [1]  11/25
Monday [3]  26/25 30/3 59/9
Montgomery [4]  2/13 7/15 7/25 9/22
months [2]  33/5 33/5

## moot [2]  25/14 41/19

more [36]  16/22 21/22 24/10 25/16 26/3
36/19 37/11 37/11 42/8 44/21 51/9 51/22
52/25 56/14
morning [13]  6/14 8/6 13/9 14/24 14/25
17/2 17/3 19/3 20/21 20/23 45/9 52/21
57/3
most [8]  8/14 19/5 19/21 22/8 25/11
28/10
mostly [1]  32/2
motion [1]  54/21
mouth [1]  14/8
move [3]  22/10 24/7 44/24
moved [2]  26/14 50/16
moving [1]  50/8
Mr. [9]  7/14 15/9 23/9 27/7 40/11 41/18
42/16 43/4 47/3
Mr. McMahon [1]  41/18
Mr. Nomellini [2]  15/9 47/3
Mr. O'Bryan [2]  42/16 43/4
Mr. Roberts [1]  7/14
Mr. Steve [1]  23/9
Mr. Underhill [2]  27/7 40/11
much [12]  9/12 9/19 11/8 18/14 27/7
30/10 37/24 38/10 39/20 40/7 40/21
44/20
muffaletta [1]  13/1
multiple [1]  40/15
Munger [1]  3/12
must [1]  52/15
mute [2]  12/2 12/6
my [22]  7/4 7/21 11/12 11/15 12/14
14/20 24/21 25/25 28/24 35/7 36/14
37/20 39/15 43/13 43/20 45/9 53/16 55/2
55/15 55/24 58/21 60/5

## N

name [1]  29/7
Nanou [1]  21/3
narrow [1]  51/10
NATHANIEL [1]  2/19
national [1]  51/16
nay [2]  26/16 26/17
necessary [1]  16/22
need [20]  14/18 14/21 15/4 15/5 15/13
16/5 19/24 23/16 23/18 24/18 31/13
36/12 36/14 38/25 42/1 44/17 47/9 49/24
54/3 57/18
needs [3]  41/25 42/11 53/7
nervous [1]  14/15
never [2]  26/4 28/8
new [19]  1/6 1/20 2/7 2/10 2/16 3/7 3/17
4/16 4/21 6/6 6/7 10/3 11/4 45/5 49/11
56/10 56/16 56/20 59/8
New Orleans [2]  11/4 45/5
next [17]  11/18 16/22 22/24 23/1 24/1
24/1 33/24 34/13 38/4 40/19 40/23 41/7
52/23 53/4 53/16 54/15 54/18
nice [2]  21/4 59/14
night [4]  21/3 23/5 38/21 38/21
no [25]  7/15 8/20 8/20 8/20 13/4 13/4
15/2 20/10 22/8 23/23 29/16 35/12 35/12
35/16 38/13 38/19 40/8 44/23 44/23
46/23 48/10 51/22 55/18 56/22
NOMELLINI [3]  4/3 15/9 47/3
nondesignated [1]  51/4
none [1]  48/20
nor [2]  35/13 48/10
normal [1]  15/6
normally [1]  15/10
North [10]  3/17 3/18 3/19 3/22 3/24 3/25
4/4 4/4 4/5 4/6
not [67]

**N**

notate [1]  45/21
notated [1]  45/18
note [2]  16/7 55/24
nothing [1]  16/20
notice [2]  14/22 56/10
noticed [5]  36/11 56/13
now [17]  10/18 14/9 22/25 27/15 28/5
29/6 29/10 31/22 37/15 42/15 43/8 48/21
50/14 52/1 52/14 55/3 56/5
number [7]  1/16 15/20 19/12 26/10
51/11 58/25 59/1
numbers [2]  30/25 59/4
Numerical [2]  18/16 18/17
numerically [2]  15/16 47/14
NW [2]  3/23 4/18

**O**

O'Brien's [3]  12/21 21/1 21/2
O'Bryan [3]  24/16 42/16 43/4
O'Bryan's [1]  42/16
O'Keefe [1]  1/20
O'ROURKE [1]  2/20
O's [1]  13/3
object [3]  14/25 15/2 29/20
objected [3]  45/21 45/25 53/6
objection [4]  47/21 53/8 55/10 55/18
objections [25]  15/2 45/17 46/13 46/21
46/25 47/19 47/20 47/21 47/23 48/3 48/5
48/15 48/24 49/8 49/12 49/18 51/2 51/4
52/17 52/22 53/1 53/17 53/19 54/2 54/4
objective [2]  51/9 51/21
obligation [2]  32/23 52/18
obviously [5]  23/19 29/19 35/15 56/17
58/14
oddest [1]  10/20
odds [1]  30/22
off [4]  27/21 40/22 44/9 44/14
offering [1]  54/6
office [7]  1/16 1/23 2/23 7/4 7/21 36/14
54/18
Official [3]  4/20 60/2 60/11
Offshore [3]  3/6 3/9 3/12
often [1]  10/25
Oh [7]  10/11 11/6 12/14 45/6 47/9 56/2
59/1
OIL [2]  1/4 1/4
okay [24]  7/5 8/20 10/9 14/11 15/3 16/23
21/23 22/13 24/6 27/24 28/24 30/1 30/5
31/1 31/22 34/14 35/25 36/21 41/8 49/14
50/8 51/7 54/13 54/25
old [4]  9/2 10/10 10/13 10/21
Olson [3]  3/12
on [125]
once [5]  20/1 31/5 31/6 32/8 33/10
one [41]  6/3 7/13 7/17 10/3 10/7 11/17
11/21 11/22 11/23 15/4 16/11 16/16
19/15 20/5 21/13 24/11 24/12 24/14 25/3
26/15 28/25 30/15 32/25 35/21 37/18
39/1 39/18 41/23 42/7 42/20 42/23 43/5
44/9 44/24 47/9 49/21 52/25 53/23 56/7
59/2 59/21
one-line [2]  26/15 30/15
ones [2]  21/21 28/6
online [1]  6/12
only [10]  12/7 16/16 20/10 24/11 25/1
25/15 26/13 28/16 30/22 31/24
onto [1]  46/20
open [3]  24/10 46/24 59/15
opened [5]  14/18 28/2 28/5 28/13 29/9
opening [1]  59/8
opens [1]  47/6

opinion [3]  30/16 37/10 37/11
opportunity [2]  38/20 39/18
opposed [1]  47/10
or [49]  7/23 9/25 14/24 15/2 15/19 17/12
18/12 19/19 24/22 25/12 25/18 25/19
25/20 25/21 25/22 26/13 26/13 26/16
27/22 28/16 29/10 29/15 30/3 31/4 31/15
31/15 31/18 31/19 34/21 34/24 34/11
36/4 37/18 37/18 42/9 42/12 42/12 43/14
43/14 44/1 44/18 47/6 51/19 54/7 54/8
55/22 56/18 56/20 57/13
order [14]  15/17 17/24 18/12 18/14 18/16
18/17 23/5 25/18 32/4 34/13 47/14 48/14
49/9 53/22
ordering [1]  34/24
orders [1]  56/13
Ordinarily [1]  56/16
originally [1]  21/15
Orleans [11]  1/6 1/20 2/7 2/10 2/16 3/7
3/17 4/16 4/21 11/4 45/5
other [22]  8/23 9/24 17/6 20/9 24/16
25/16 25/21 28/16 34/23 42/10 43/17
46/8 46/9 51/16 51/18 51/24 52/9 54/7
56/7 57/14 58/6 58/16
ought [1]  35/4
our [46]  6/11 9/12 10/5 11/24 13/19
14/23 16/21 19/18 21/18 24/5 25/17
25/18 27/18 27/19 30/22 32/11 32/18
32/20 32/20 32/21 33/7 33/15 36/18
36/20 37/6 38/1 38/7 38/9 39/19 39/19
39/24 40/15 42/8 43/21 47/23 48/4 49/18
52/10 53/1 53/24 57/12 57/16 57/24
57/25 58/3 58/6
ours [2]  19/10 19/17
out [35]  14/14 15/8 17/12 18/21 19/12
20/13 20/25 26/12 29/25 33/24 35/7 35/9
38/12 38/18 38/22 39/9 39/15 40/24
40/25 41/25 41/25 44/11 45/9 45/14
45/20 49/16 51/20 52/24 53/4 53/5 53/12
54/11 54/18 55/4 55/18
outs [3]  17/9 18/11 25/1
outstanding [2]  24/17 24/18
over [7]  7/23 10/13 10/24 11/1 23/24
25/11 42/11
own [7]  20/18 31/16 32/5 32/21 36/6
36/19 37/7
owns [1]  10/5

**P**

PA [1]  1/22
padlocked [1]  10/4
page [12]  5/2 19/18 34/9 35/4 37/16
37/21 40/15 44/16 46/11 46/12 58/24
58/25
pages [8]  36/5 36/6 37/15 37/17 40/13
40/13 40/14 40/14
painful [1]  41/22
paint [1]  8/17
painter [1]  13/4
panic [3]  56/22 56/23 56/24
panicking [1]  56/22
Papantonio [1]  2/4
part [10]  10/8 11/13 20/7 38/10 40/4
41/17 41/17 42/25 46/2 57/8
participants [6]  6/11 6/13 7/9 9/12 9/15
14/6
participate [1]  15/9
participles [1]  15/3
parties [31]  16/17 19/6 19/21 24/1 25/16
25/21 26/3 31/11 32/1 32/8 33/10 34/7
34/18 41/23 42/4 43/24 44/5 45/21 46/8
46/9 46/14 47/1 49/21 49/23 52/13 52/13
52/23 53/3 54/11 57/14 58/6

party [7]  18/8 30/12 45/25 54/5 54/7 54/8
party's [1]  18/10
pastor [3]  8/12 8/14 9/23
Pat [4]  12/21 13/3 20/25 21/2
Patrick [2]  24/16 42/16
PAUL [1]  2/6
PC [2]  4/7 4/11
peace [1]  33/1
PENCAK [2]  2/22 57/4
Pensacola [1]  1/24
people [6]  13/25 15/7 15/8 15/17 19/22
26/5
per [2]  18/2 30/12
perfect [4]  29/18 54/16 54/16 55/23
perfectly [2]  36/23 39/24
perhaps [2]  25/3 28/4
permission [1]  12/20
person [3]  31/16 32/6 41/23
personal [1]  52/6
personally [4]  37/10 37/12 39/11 52/19
perspective [4]  36/10 36/15 36/18 36/20
PETRINO [1]  3/22
Petroleum [2]  4/14 4/17
Phase [26]  6/3 6/8 6/10 15/4 16/4 16/6
16/7 20/20 24/11 24/12 32/25 32/25 33/4
39/1 44/24 44/25 48/4 49/17 49/21 50/9
52/10 53/16 59/2 59/3 59/5 59/21
Phase One [9]  6/3 15/4 24/11 24/12
32/25 39/1 44/24 59/2 59/21
Phase Two [15]  6/8 16/4 16/6 16/7 20/20
32/25 33/4 44/25 48/4 49/17 50/9 52/10
53/16 59/3 59/5
phone [13]  6/11 6/13 7/9 7/12 9/12 9/15
12/2 12/4 14/6 15/9 44/12 44/13 44/14
phones [1]  12/6
physical [1]  46/5
physically [2]  17/22 46/6
picture [10]  7/10 8/2 8/5 8/18 8/19 8/23
9/21 9/24 11/6 13/9
pieces [1]  33/15
piled [1]  56/16
pitch [1]  39/15
place [5]  14/21 19/13 47/7 47/8 49/5
plaintiffs [11]  1/15 1/19 1/22 2/2 2/5 2/8
34/25 35/5 35/22 39/6 39/6
plaintiffs' [2]  32/3 35/21
planning [1]  28/15
pleas [1]  40/1
please [3]  15/1 44/7 44/23
pleasure [1]  55/24
plus [1]  53/23
point [11]  11/15 17/5 19/6 21/5 24/11
27/6 27/7 27/8 27/18 27/20 32/4
Polk [1]  4/14
portion [1]  22/11
possibility [1]  35/22
possible [1]  33/12
possibly [5]  18/7 18/13 20/2 40/7 42/9
post [5]  1/16 1/23 2/23 12/19 31/23
post-trial [2]  12/19 31/23
Poydras [5]  2/6 3/7 3/16 4/15 4/20
practical [2]  39/17 40/5
prefer [2]  31/4 31/5
present [1]  28/3
presentation [3]  12/10 15/17 47/14
presume [1]  32/3
pretrial [2]  53/13 53/14
pretty [5]  32/22 33/3 36/23 52/4 55/4
previous [2]  27/21 50/13
probably [15]  16/5 20/11 20/11 20/16
22/9 26/23 27/4 30/17 30/23 33/13 33/13
36/12 39/20 39/25 43/10

**P**

problem [14] 11/9 12/1 12/3 15/23 21/13
21/21 21/22 27/12 29/19 37/24 38/5
problems [2] 20/9 39/17
procedure [1] 53/10
proceeding [1] 51/2
proceedings [4] 4/24 6/1 59/22 60/6
process [6] 40/4 40/7 41/22 47/22 48/12
51/24
Proctor [1] 1/22
produced [1] 54/8 57/23 58/6
production [7] 3/16 3/18 3/21 3/23 4/3
4/5 57/17
productive [1] 33/13
Products [3] 3/19 3/24 4/6
Professor [2] 18/4 18/7
Professor Bea [2] 18/4 18/7
proffer [5] 27/8 27/12 28/11 28/14 29/11
proffers [1] 27/9
promotion [2] 11/13 11/14
promptly [1] 58/5
properly [2] 14/4 55/21
proposal [2] 43/14 54/12
proposed [5] 25/6 32/1 32/7 32/21 34/22
protecting [1] 11/12
provide [2] 23/25 24/2
provided [2] 14/22 20/14
PSC [15] 14/14 19/8 21/6 25/6 29/14
29/18 36/2 36/23 37/18 37/22 38/9 40/9
40/14 41/14 46/9
PSC's [1] 42/22
pulled [1] 55/15
purposes [1] 49/1
put [20] 7/13 11/16 12/5 16/11 16/14
17/8 18/1 18/4 25/22 26/3 26/8 26/14
26/18 29/11 36/3 39/15 40/20 42/5 46/9
51/5
putting [1] 18/12

**Q**

QC [2] 19/10 20/5
question [9] 12/19 13/20 15/24 16/1
17/20 23/23 43/11 45/2 46/17
questions [6] 19/9 19/15 27/24 29/8 43/9
49/6
quickly [2] 32/22 55/4
quote [1] 26/15

**R**

races [1] 40/22
Rafferty [1] 1/22
rain [2] 45/8 45/9
raise [2] 19/25 42/21
raised [5] 19/21 20/3 44/12 54/3 56/11
raising [2] 42/15 54/1
rather [2] 45/4 51/19
re [3] 1/4 9/7 9/10
re-elected [2] 9/7 9/10
reach [1] 55/18
read [1] 23/5
reading [1] 25/25
ready [3] 8/6 24/8 59/15
realize [1] 50/14
really [3] 7/25 28/8 40/3
reason [2] 30/14 39/7
reasonable [1] 34/16
reasons [1] 40/5
rebuttal [4] 29/1 29/2 29/4 29/21
recall [1] 18/3
receive [1] 23/17
received [2] 51/2 57/15
record [5] 9/8 29/11 54/8 55/13 60/6

recorded [1] 4/24
records [2] 4/12 57/11
red [2] 8/16 38/11
redact [1] 52/6
redacted [1] 55/22
redactions [2] 55/12 55/15
redial [2] 7/3 7/4
redid [1] 10/17
reduce [2] 51/11 51/18
reference [3] 15/17 20/15 46/25
referencing [1] 21/14
regard [1] 41/11
regarding [2] 12/15 44/19 51/9
Regina [2] 22/18 48/16
relating [1] 17/24
relative [2] 21/13 41/16
relaxing [3] 12/17 12/19 12/20
relevance [1] 54/9
relieved [1] 6/3
rely [2] 51/4 57/13
remainder [1] 37/19
remediate [1] 10/23
remember [4] 23/12 40/25 43/5 49/17
remove [1] 9/6
repeat [1] 52/10
reply [1] 34/19
report [5] 24/1 24/2 49/22 57/1 58/19
reported [3] 7/17 31/11 59/3
Reporter [3] 4/20 60/3 60/11
reports [3] 24/7 57/15 57/24
representing [1] 48/1
request [4] 30/10 57/12 57/13 57/17
reschedule [2] 50/9 50/12
resolved [2] 50/2 50/2
resources [1] 57/11
respect [1] 51/20
respectfully [1] 40/6
respond [1] 56/15
responded [1] 14/2
response [5] 51/4 51/10 51/13 51/15
56/18
rest [1] 12/5
restaurant [2] 59/8 59/11
results [3] 57/12 57/16 57/17
retirement [2] 10/5 11/12
return [1] 11/25
reverb [1] 56/3
review [2] 17/24 42/12
revised [1] 53/12
RICHARD [1] 4/12
Richeson [1] 4/14
rig [3] 1/4 13/24 14/1
right [23] 7/11 7/23 9/8 14/13 14/20 16/4
17/1 19/16 22/21 35/6 37/14 41/10 43/1
43/16 45/7 46/23 47/18 48/21 49/19
50/14 55/1 56/5 59/20
rise [2] 35/11 35/12
riser [1] 14/20
river [1] 11/10
Rob [4] 55/5 55/25 56/2 57/20
ROBERT [2] 3/21 55/9
Roberts [3] 7/14 34/5 50/21
role [2] 51/10 51/15
Ronquillo [2] 4/7 4/11
room [3] 4/20 10/18 10/20
Roy [4] 1/15 1/16 32/14 32/16
rule [1] 37/14
rules [1] 54/4
ruling [2] 27/21 29/8
run [1] 26/23

**S**

said [15] 7/15 7/22 10/6 10/9 12/18

23/20 26/1 26/6 27/21 27/23 33/10 34/4
34/12 34/17 50/2
SALLY [1] 1/11
same [9] 21/17 25/4 28/3 39/20 39/21
41/18 52/1 57/1 59/6
sample [1] 55/21
samples [1] 14/23
San [1] 3/4
Santa [1] 55/2
Santa Barbara [1] 55/2
SARAH [10] 2/19 4/15 6/17 6/21 6/24
50/25 52/3 53/16 54/14 56/3
sat [2] 10/3 27/24
Saturday [1] 26/24
say [15] 17/11 18/22 26/16 29/13 29/16
37/17 40/12 40/17 42/14 45/4 47/9 49/25
55/12 57/22 58/2
saying [3] 40/11 48/8 56/13
says [4] 26/17 26/17 33/25 34/20
schedule [6] 15/6 24/3 34/5 38/25 40/21
52/13
Schell [1] 4/14
SCOTT [6] 2/21 11/19 11/20 12/9 12/11
12/13
seafood [1] 59/8
SEAN [1] 4/9
seats [1] 10/19
second [2] 21/10 53/1
section [4] 1/5 2/18 18/13 42/12
see [18] 7/9 7/11 7/16 8/15 9/11 10/21
11/22 14/6 14/13 29/23 30/12 32/9 35/10
36/15 38/5 54/21 55/21 57/1
seem [3] 11/25 33/12 38/25
seemed [1] 26/2
seems [7] 25/11 26/3 26/20 32/22 36/22
45/11 53/9
send [3] 8/19 38/3 38/15
sense [5] 16/24 17/4 21/24 36/12 36/19
sensitive [1] 40/2
sent [3] 12/11 12/12 12/15
separate [7] 17/8 18/13 18/13 25/24
47/12 47/22 48/2
separated [2] 40/6 49/16
September [2] 53/14 53/14
September 16 [1] 53/14
September 5 [1] 53/14
Services [2] 4/8 4/11
serving [1] 53/1
set [4] 23/14 34/17 49/11 52/20
settles [1] 37/18
setups [1] 17/25
several [1] 46/15
share [2] 36/3 36/11
she [1] 56/17
shot [3] 9/22 30/18 33/1
should [20] 15/22 17/13 17/15 21/20
23/16 26/15 26/23 29/2 29/21 30/15
30/17 31/11 34/9 35/24 43/6 43/15 43/21
48/4 49/18 49/23
shouldn't [2] 40/13 44/6
show [3] 18/5 55/12 58/18
showed [1] 8/5
showing [1] 9/21
shown [2] 31/15 31/19
shows [1] 55/14
shuffle [1] 46/22
SHUSHAN [2] 1/11 12/16
shut [4] 8/24 9/2 9/25 10/2
side [6] 10/25 32/3 35/21 39/20 39/25
39/25
sideways [1] 39/16
similar [3] 42/15 42/18 51/16
since [1] 9/7

**S**

SINCLAIR [1] 2/12
sir [2] 8/9 28/23
sit [1] 27/12
site [1] 10/8
sitting [1] 23/9
situation [2] 20/12 31/14
sketchy [1] 12/25
slid [1] 11/21
slowly [1] 35/11
smaller [1] 22/11
smooth [1] 51/20
smoothly [1] 15/23
snarl [1] 7/25
so [73]
software [1] 4/25
solve [1] 12/2
solved [1] 27/11
some [29] 8/21 12/16 17/9 18/17 19/8
19/10 19/10 24/1 24/18 25/1 25/16 27/7
27/8 27/22 29/11 30/24 32/4 33/11 34/19
39/21 42/21 44/13 45/19 46/21 49/21
50/15 50/16 53/2 56/10
somebody [1] 29/7
somehow [3] 46/20 49/11 49/16
someone [3] 12/1 31/15 32/18
something [15] 12/18 14/15 16/7 23/20
29/9 33/24 37/2 37/17 37/19 38/15 40/24
43/16 45/14 54/6 55/4
somewhat [1] 12/11
somewhere [1] 8/15
soon [2] 43/15 58/5
sorry [2] 21/11 59/2
sort [5] 24/4 34/8 49/21 53/15 57/18
sorted [2] 15/15 47/13
sound [2] 6/24 11/25
sounding [1] 6/25
sounds [4] 32/4 32/15 34/16 52/3
source [1] 33/8
South [1] 1/24
space [1] 10/7
speak [8] 18/20 20/11 28/20 33/18 33/19
33/23 41/1 55/16
special [1] 8/16
specific [2] 41/15 48/20
specifically [2] 20/13 40/9
SPILL [1] 1/4
spoken [2] 19/5 36/22
spotted [1] 20/9
spring [1] 36/18
Square [1] 13/5
stand [2] 27/20 29/7
start [1] 7/7
started [1] 48/12
state [4] 2/11 2/15 9/13 36/8
statement [1] 26/15
states [18] 1/1 1/12 2/18 3/2 20/22 21/6
36/2 36/19 36/23 38/9 38/10 38/13 38/16
38/20 40/14 50/11 57/4 60/3
States' [2] 22/12 51/3
stay [3] 38/7 40/3 43/6
stenography [1] 4/24
step [1] 49/11
Stephanie [2] 16/12 17/8
STEPHEN [1] 1/19
Sterbcow [2] 2/5 2/6
Steve [15] 18/25 22/3 23/8 23/9 25/2
26/13 28/25 29/22 30/2 30/6 31/22 32/6
32/17 34/5 50/21
STEVEN [1] 2/20
sticking [2] 27/16 45/10
still [5] 10/19 21/8 40/7 41/20 55/1

stipulated [4] 32/10 32/25 32/25 34/22
stipulation [1] 39/8
stipulations [3] 33/4 33/7 33/9
stocked [3] 59/16 59/17 59/18
stone [1] 34/17
store [1] 8/17
story [1] 45/10
street [15] 1/17 1/24 2/6 2/9 2/16 3/7
3/10 3/16 3/23 4/9 4/15 4/18 4/20 9/14
10/25
stress [1] 23/22
stuff [3] 8/21 44/21 50/16
subfolders [2] 18/10 46/15
subject [3] 42/24 43/18 58/10
subjective [1] 20/17
subjects [1] 40/3
submissions [1] 34/7
submit [3] 42/1 42/5 42/9
submitted [4] 32/3 32/8 32/9 46/14
subsequent [1] 28/5
subset [1] 22/11
substance [1] 55/15
substantive [3] 21/22 22/6 22/9
substitute [1] 16/12
such [1] 17/7
sudden [1] 37/20
suggest [2] 23/21 49/4
suggested [2] 32/7 35/23
suggesting [1] 34/24 35/3
suggestion [5] 32/11 32/15 33/19 43/14
55/11
suggestions [2] 25/17 38/4
Suite [10] 1/17 1/24 2/3 2/6 3/7 3/10 3/16
4/9 4/12 4/15
summaries [2] 51/9 51/21
summary [1] 57/24
supplemental [4] 34/19 37/4 37/13 37/20
supposed [3] 25/12 26/10 54/1
Supreme [8] 8/25 9/2 10/1 10/10 10/13
10/18 10/21
Supreme Court [7] 8/25 9/2 10/1 10/10
10/13 10/18 10/21
sure [19] 6/11 7/11 16/15 19/25 20/5
21/8 23/15 24/11 26/12 31/17 39/4 40/22
41/13 42/8 51/22 52/7 56/11 58/5 58/5
Sutherland [1] 3/9
swum [1] 13/23
systems [1] 10/6

**T**

table [1] 10/19
tail [1] 53/10
take [8] 15/1 16/9 17/23 29/25 30/18
30/18 39/13 48/25
taken [1] 7/21
takes [1] 38/14
talk [13] 14/18 14/21 24/12 26/20 35/20
36/14 38/2 39/6 52/23 53/3 53/19 54/14
56/7
talked [8] 15/16 16/9 17/5 19/15 21/12
24/24 25/9 50/4
talking [2] 22/25 40/9 59/10
tape [1] 38/11
target [1] 24/5
targeting [1] 26/21
team [8] 14/9 32/19 55/25 57/22 57/24
58/4 58/6 58/12
tear [1] 10/7
Telephone [2] 6/16 6/20
tell [8] 7/2 8/5 19/11 21/19 26/22 36/21
41/11 41/22
tend [2] 39/24 40/3
tender [1] 48/15

tendered [1] 47/23
terms [2] 17/22 43/8
testify [1] 42/16
testimony [17] 19/11 20/13 20/15 21/15
21/16 22/18 28/2 28/12 31/15 31/16
31/19 44/12 46/6 47/20 51/4 52/8 52/15
Texas [3] 3/10 4/10 4/13
Thad [2] 51/13 51/15
Thad Allen [1] 51/13
Thad Allen's [1] 51/15
than [8] 37/11 37/11 42/10 46/8 51/19
51/24 54/8 58/16
thank [19] 15/11 17/19 18/23 18/24
21/25 22/22 30/6 30/7 30/20 32/21 40/17
45/1 50/7 50/19 52/3 56/3 56/25 58/8
58/9
Thanks [1] 30/5 40/18
that [331]
that's [39] 10/15 12/4 13/6 13/7 14/3
14/12 15/23 20/19 21/8 23/19 25/13
26/24 27/14 28/16 28/25 29/1 32/8 32/24
35/14 37/22 38/1 40/16 40/21 41/25 43/3
43/11 43/16 44/8 44/19 45/9 46/2 46/6
46/23 48/3 48/3 48/19 54/20 55/2 58/7
their [7] 20/18 33/11 36/6 36/15 36/19
37/19 39/23
them [21] 7/4 7/8 16/11 19/23 20/1 20/14
20/17 21/19 22/9 25/19 26/18 28/14 29/5
31/4 31/8 42/5 42/23 44/4 47/10 59/5
59/13
themselves [1] 46/23
then [24] 12/15 14/8 16/8 16/15 16/16
16/17 17/23 18/5 18/5 18/7 18/10 18/12
23/17 24/2 25/25 26/22 28/14 33/6 34/18
36/1 37/15 37/17 40/20 42/9
there [47] 6/21 7/17 7/18 8/14 11/2 11/16
11/17 12/8 14/21 17/6 17/6 19/14 20/9
22/3 24/21 26/2 27/22 28/21 29/3 34/2
35/3 36/4 37/24 39/15 40/14 40/16 41/25
44/8 44/13 45/15 45/16 45/20 45/20 46/7
46/13 46/16 47/12 49/8 50/7 52/15 53/2
53/22 53/24 56/10 56/15 59/6 59/12
there's [9] 8/3 23/20 24/16 25/15 26/7
26/13 46/11 49/6 56/5
these [5] 21/17 26/22 38/24 41/1 57/12
they [63]
they're [1] 44/14
thing [13] 8/23 13/22 14/3 20/10 28/11
29/15 35/14 39/21 41/24 42/10 47/5
53/16 56/11
things [14] 17/7 18/1 18/18 19/22 21/12
24/14 24/17 24/21 29/11 35/21 39/23
46/16 50/16 52/10
think [75]
thinking [3] 27/3 28/10 34/18
third [2] 53/24 53/25
this [62]
Thomas [1] 1/22
those [33] 7/20 15/21 18/8 18/12 18/17
19/15 19/21 19/24 21/16 21/20 24/15
24/18 26/14 26/16 29/3 30/21 31/3 31/20
32/3 40/2 40/19 46/12 46/16 46/21 47/24
49/9 51/5 52/9 52/13 52/20 53/8 54/3
57/16
though [3] 16/4 23/7 25/1
thought [9] 9/4 13/3 13/22 18/18 28/24
32/20 33/19 45/24 48/2
three [5] 6/10 25/19 25/22 26/13 53/24
through [14] 7/11 10/21 15/14 17/23 28/1
28/21 29/23 44/12 48/13 48/13 51/21
53/3 53/3 59/19
throw [1] 45/14

**T**

throwing [1] 45/20
thumb [2] 16/12 17/8
Thursday [4] 24/2 49/22 49/25 53/14
time [19] 9/6 9/16 12/16 20/5 24/12
28/15 30/3 31/3 32/22 37/9 37/16 37/20
42/8 52/1 52/2 52/7 52/8 52/11 53/12
times [1] 8/14 9/14 17/9
timetable [1] 26/19
timing [1] 34/2
tired [1] 56/24
title [3] 18/4 51/12 51/14
titles [1] 51/17
today [9] 6/17 7/14 30/3 33/20 33/23
35/17 36/25 37/1 53/1
together [9] 16/15 32/1 32/21 36/3 37/23
38/21 39/1 44/18 47/11
told [2] 16/1 37/21
Tolles [1] 3/12
TOM [1] 2/20
Toni [5] 4/20 4/22 60/2 60/10 60/10
too [10] 9/12 15/25 25/17 27/6 28/25
29/16 29/16 35/24 45/14 56/24
took [2] 11/11 14/20
top [1] 10/13
topic [2] 43/5 55/5
topics [2] 43/10 55/6
Torts [1] 3/3
toto [2] 25/5 41/16
tough [1] 33/16
tour [1] 8/15
toward [1] 23/16
town [1] 15/8
traditional [1] 23/10
traffic [3] 7/24 7/25 11/1
transcript [2] 1/11 60/5
transcription [1] 4/25
transfer [1] 16/16
Transocean [11] 3/6 3/6 3/7 3/9 3/9 3/10
3/12 3/12 3/13 37/18 41/20
Transocean's [1] 13/21
TREX [1] 59/3
trial [22] 12/19 16/13 16/20 16/21 17/15
25/11 26/1 26/5 26/7 27/7 27/14 27/17
28/1 28/8 30/17 31/23 47/8 47/13 51/6
52/18 53/14 53/15
tried [1] 27/20
trouble [1] 6/19
true [3] 43/3 48/3 60/4
truth [1] 54/6
try [11] 20/1 20/17 25/22 26/17 28/4
32/23 33/11 33/14 33/24 52/8 52/9
trying [1] 50/9
Tuesday [2] 34/11 59/15
tunnel [1] 7/1
Tusa [5] 4/20 4/22 60/2 60/10 60/10
two [26] 6/8 7/18 7/22 16/4 16/6 16/7
20/20 21/12 25/3 25/19 25/22 26/13
32/25 33/4 44/25 48/4 49/17 50/9 52/10
52/13 52/20 53/16 53/22 55/6 59/3 59/5

**U**

U.S [8] 2/18 3/2 39/2 39/7 40/13 46/8
55/9 55/25
U.S.'s [2] 19/8 21/13
UCSB [1] 55/11
Uh [1] 42/13
Uh-huh [1] 42/13
ultimately [3] 28/7 33/3 47/22
unavailable [1] 50/13
unconditionally [2] 43/6 43/7
under [2] 10/7 43/9

UNDERHILL [6] 3/3 27/7 27/14 38/17
38/24 40/24
underlying [2] 57/16 57/17
understand [10] 11/6 13/17 22/23 24/18
30/13 37/2 40/10 40/11 53/23 57/7
understanding [3] 35/2 52/14 60/6
understood [3] 25/25 30/20 35/19
unique [1] 36/4
UNITED [16] 1/1 1/12 2/18 3/2 20/22
21/6 22/12 36/2 38/10 38/13 38/16 38/20
50/11 51/3 57/4 60/3
United States [8] 20/22 36/2 38/10 38/13
38/16 38/20 50/11 57/4
United States' [2] 22/12 51/3
United States/PSC [1] 21/6
University [1] 55/2
unlike [1] 39/10
unoccupied [1] 10/3
unresolved [1] 45/23
until [4] 22/3 24/17 26/7 54/5
untimely [1] 29/20
up [31] 6/8 7/5 7/13 10/9 11/16 12/9
13/11 15/13 18/5 18/8 20/15 24/7 24/21
26/4 26/5 27/16 29/4 30/8 30/22 31/22
40/15 40/19 41/10 44/15 44/21 45/12
46/6 52/21 55/15 56/17 58/18
update [1] 19/24 25/7 55/2
uploaded [1] 46/24
upon [2] 32/2 51/9
upper [1] 59/4
us [20] 6/4 9/14 9/21 12/5 13/8 25/7
26/22 29/13 31/9 31/10 35/14 38/8 39/16
44/17 48/6 48/20 49/21 51/22 51/25 56/15
use [6] 10/8 18/12 45/16 49/7 54/5 59/5
used [8] 11/10 17/22 18/6 18/11 30/17
31/12 44/13 44/15
using [2] 4/24 54/7

**V**

verbatim [1] 55/9
verify [1] 16/18
versus [1] 22/6
very [24] 8/3 10/16 10/16 10/25 13/20
14/12 15/23 18/24 26/1 26/9 27/8 27/19
28/3 28/22 37/24 40/2 40/21 41/24 43/11
43/12 50/6 55/6 58/2 59/4
vicinity [2] 45/5 45/6
video [2] 17/7 17/12
view [2] 11/10 27/18

**W**

wait [6] 7/8 9/11 22/3 24/17 26/7 31/10
walk [2] 10/24 59/12
want [36] 7/9 11/18 12/13 14/16 15/18
15/19 19/22 20/4 21/6 22/10 23/13 23/15
23/23 24/10 24/10 25/7 27/6 27/9 29/10
30/18 35/10 40/4 41/10 42/14 43/8 44/22
45/9 46/18 49/7 52/14 53/18 53/20 55/18
56/14 56/15 58/1
wanted [8] 21/8 27/7 29/4 29/8 29/19
40/17 55/12 56/7
wanting [1] 28/25
wants [3] 13/10 30/15 56/17
WARREN [1] 4/17
was [90]
Washington [4] 2/13 2/23 3/23 4/18
wasn't [7] 7/7 16/20 30/16 38/23 39/14
44/1 44/6
watching [2] 9/14 59/13
water [2] 13/23 14/4
way [15] 21/17 21/20 25/25 29/23 31/9
40/16 43/24 45/16 45/20 46/21 48/25
51/17 53/22 54/9 57/13

ways [2] 15/18 47/13
we'll [10] 7/8 22/14 26/8 26/17 40/7
44/18 47/25 49/12 51/21 56/21
we're [2] 9/8 23/7
we've [1] 59/13
Wednesday [5] 34/1 34/10 34/12 38/20
42/15
week [23] 19/15 21/5 24/1 24/24 33/24
34/13 38/4 40/19 41/7 49/25 50/13 50/13
50/15 50/16 50/17 51/25 52/17 52/24
53/7 53/13 54/15 54/18 54/19
Week 4 [1] 52/17
week's [1] 22/20
weekend [1] 59/21
Weiner [1] 4/14
well [20] 7/7 7/9 11/9 13/14 14/2 14/11
17/7 19/10 21/9 22/18 26/17 28/17 29/13
33/3 33/3 33/22 36/12 38/1 52/4 59/18
went [5] 10/17 17/7 19/9 41/16 43/6
were [31] 7/15 13/3 15/8 16/10 17/8
17/14 18/6 20/6 20/9 21/18 25/1 25/10
27/23 28/4 29/3 30/11 31/17 38/20 39/18
43/17 44/2 44/13 44/15 46/7 46/13 47/24
53/22 54/1 55/12 56/10 58/1
weren't [3] 28/3 28/7 46/9
what [51] 7/2 8/6 8/10 8/24 10/11 11/14
12/7 13/12 14/6 15/12 15/19 16/12 16/14
16/19 18/22 20/14 21/13 22/9 23/15
23/17 24/17 25/13 26/1 26/24 29/10 32/7
33/24 34/20 36/15 37/5 37/14 37/22
40/11 40/21 41/11 42/3 42/8 43/25 44/1
45/21 45/21 48/11 49/23 50/1 54/3 55/12
55/14 55/20 56/20 58/23 58/24
what's [10] 8/2 16/18 26/19 32/9 37/25
41/21 41/21 50/1 50/2 57/23
whatever [5] 27/23 28/16 42/12 43/15
46/9
when [13] 15/18 16/6 25/8 27/12 28/21
34/22 39/5 41/6 42/11 46/24 47/6 48/15
57/21
where [21] 19/6 19/18 20/12 20/15 20/16
21/19 26/10 27/17 29/13 31/14 33/11
33/12 34/9 34/12 36/5 40/10 47/7 47/8
49/11 51/12 54/1
whether [11] 13/22 15/25 17/11 25/12
31/25 34/9 39/7 48/7 54/3 55/21 56/17
which [24] 8/11 10/13 11/10 11/17 13/2
14/7 19/11 19/11 19/12 21/14 24/11
25/18 26/25 27/22 31/5 31/13 37/23
41/18 42/21 43/9 45/16 48/20 52/19 53/5
while [6] 27/9 27/19 29/19 32/4 33/14
38/15
white [1] 14/7
Whiteley [1] 2/15
who [10] 6/3 7/16 10/5 12/1 12/1 12/20
23/6 44/5 44/6 58/16
Who's [1] 6/5
whoever [2] 12/4 47/6
whole [5] 10/1 31/5 31/6 41/19 42/10
whom [1] 29/10
why [12] 7/3 13/8 19/13 23/1 24/20 26/14
26/15 26/24 29/22 30/15 38/2 45/3
will [59] 7/4 8/15 15/1 15/19 15/20 16/3
16/16 16/17 16/21 16/22 18/20 18/21
19/11 22/4 22/13 23/23 24/1 24/12 27/4
29/23 29/25 30/2 30/3 31/3 31/8 33/19
33/24 34/19 36/2 40/1 40/20 40/22 40/24
40/25 41/4 41/22 43/23 46/24 46/25 47/5
47/7 47/7 47/8 47/8 47/12 48/19 50/18
51/10 51/14 51/15 51/17 51/20 51/25
52/23 53/5 56/15 57/12 58/4 58/5
Williams [3] 2/2 2/3 3/9

## W

Zick [1]  50/9

willing [2]  30/11 57/11
window [1]  7/21
windows [1]  59/19
WINFIELD [1]  2/12
withdraw [3]  43/1 51/3 57/11
withdrawing [1]  57/16
withdrawn [1]  51/5
within [4]  18/5 51/12 53/19 54/2
without [1]  29/6
witness [19]  13/19 15/19 18/2 18/2 18/3
 18/11 21/15 24/15 27/18 27/19 27/25
 28/2 28/12 29/24 31/14 42/24 42/25 44/1
 45/19
witness' [1]  31/19
witnesses [5]  26/6 28/6 29/3 31/13 43/18
won't [4]  23/6 31/10 42/4 44/8
wonder [1]  15/3
wondered [1]  10/11
wondering [4]  23/16 30/11 39/7 45/7
worded [1]  53/22
words [1]  51/19
work [10]  23/16 29/23 29/25 33/11 44/11
 52/11 52/24 53/3 54/11 55/11
worked [2]  48/13 52/12
working [12]  1/11 19/23 32/1 32/5 34/4
 34/6 37/23 51/23 52/1 53/4 55/1 55/3
worried [1]  37/14
would [55]  8/4 12/2 15/15 15/21 17/20
 17/25 18/1 18/4 18/4 18/9 18/9 19/13
 20/11 20/16 21/16 23/20 24/20 24/25
 25/22 26/6 26/25 28/6 28/11 28/14 28/24
 29/4 29/16 29/20 31/4 31/5 31/20 37/3
 37/8 37/12 38/3 38/8 40/6 40/8 40/12
 41/6 43/10 43/13 45/4 45/13 45/16 45/18
 45/20 49/4 49/25 51/5 52/19 53/9 54/14
 55/18 56/16
wouldn't [2]  14/4 40/3
Wright [1]  1/15
write [2]  37/21 37/21
writes [1]  37/23
writing [2]  37/16 54/24
wrong [2]  27/23 47/17
Wynne [1]  35/13

## Y

y'all [1]  14/13
yea [2]  26/16 26/17
yeah [7]  8/4 33/12 33/17 39/12 40/25
 45/6 59/1
years [2]  8/24 9/25
yes [32]  6/22 8/9 9/9 9/10 11/3 12/14
 12/22 12/22 13/16 13/18 14/2 14/9 16/25
 17/10 17/14 27/5 28/19 28/23 35/1 41/2
 48/18 48/19 49/20 50/24 51/1 53/11 56/9
 56/12 57/5 58/14 58/14 58/20
yesterday [4]  12/11 12/15 14/24 20/4
yet [2]  54/11 54/12
YORK [3]  4/11 19/3 47/15
you [158]
you're [3]  8/6 11/20 14/5
you've [1]  53/13
you-all [2]  41/3 41/4
your [70]
Your Honor [28]  6/14 6/22 11/24 16/25
 17/18 19/3 20/10 20/21 22/8 22/21 22/23
 27/11 27/20 30/20 30/21 32/12 39/15
 40/10 45/1 45/22 47/4 48/18 48/20 52/12
 54/22 55/24 56/25 58/9
Your Honor's [3]  24/3 25/25 29/20

## Z

zero [2]  37/15 37/16