UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

In an order dated April 24, 2013, the Court denied as moot certain motions filed by M-I, LLC ("M-I") and Cameron International Corporation ("Cameron"). (Rec. Doc. 9539). For the reasons expressed in that order, the Court **FURTHER ORDERS** that the following motions are **DENIED AS MOOT**:

M-I's Motion to Exclude L. William Abel's Opinions Regarding the Spacer (Rec. Doc. 5400);[1]

M-I's Motion to Exclude Calvin Barnhill's Opinions Regarding the Relationship Between the Spacer and the Negative Pressure Test (Rec. Doc. 5401);

M-I's Motion to Exclude Robert Bea and William Gale's Opinions Regarding the Spacer (Rec. Doc. 5402);

Cameron's Motion to Exclude All BOP Design Opinions Offered by PSC's Expert, Gregg S. Perkin (Rec. Doc. 5411);

Cameron's Motion to Exclude BOP Shear Ram Design Opinions Offered by the United States' Experts, Talas Engineering, Inc. (Rec. Doc. 5412);

Cameron's Motion to Exclude Withdrawn BOP Shear Ram Design Opinions Previously Offered by BP's Expert, Forrest Earl Shanks (Rec. Doc. 5413);

Cameron's Motion to Exclude Withdrawn BOP Control System Design Opinions Previously

---

[1] L. William Abel was not called to testify at the Phase One, nor was his report offered into evidence. This is another reason why M-I's motion regarding Mr. Able is moot.

Offered by BP's Expert, Arthur Zatarain (Rec. Doc. 5414); and

Cameron's Motion to Exclude Withdrawn BOP Shear Ram Design Opinions Previously Offered by Halliburton's Expert, Glen Stevick (Rec. Doc. 5415).

Signed in New Orleans, Louisiana, this 26th day of April 2013.

_____
United States District Judge