UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE: CARL BARBIER |
| | * | |
| Applies to: EDLA 12-426 | * | MAGISTRATE: SALLY SHUSHAN |
| **************************************** | | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION** of Robert S. Reich, Francis A. Jurovich, III, and Reich, Album & Plunkett, L.L.C.; and upon suggesting to this Honorable Court that, due to an alleged conflict of interest in an unrelated matter, they no longer represent, defendants, Jambon Supplier II, L.L.C. and Jambon Marine Holdings, L.L.C. as owners and/or operators of the M/V JAMBON SUPPLIER II (hereinafter collectively "Jambon"), and believe they are obligated to withdraw as counsel of record for Jambon in the above-entitled and numbered case.

Respectfully Submitted,

**REICH, ALBUM & PLUNKETT, LLC**

*/s Robert S. Reich*
**ROBERT S. REICH, T.A. (#11163)**
**FRANCIS A. JUROVICH, III (#31212)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA 700002
Telephone:  (504) 830-3999
Facsimile:   (504) 830-3950
E-MAIL: rreich@rapllclaw.com
               fjurovich@rapllclaw.com
***Attorneys for Jambon Supplier II, L.L.C.***
***and Jambon Marine Holdings, L.L.C.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2013.

                                            */s Robert S. Reich*
                                            **ROBERT S. REICH**