UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE: CARL BARBIER |
| | * | |
| Applies to: EDLA 12-426 | * | MAGISTRATE: SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**ON MOTION** of Robert S. Reich, Francis A. Jurovich, III, and Reich, Album &

Plunkett, L.L.C.; counsel of record for Jambon Supplier II, L.L.C. and Jambon Marine Holdings,

L.L.C. as owners and/or operators of the M/V JAMBON SUPPLIER II (hereinafter sometimes

collectively "Jambon"); and on suggesting to the Court that, due to an alleged conflict of interest

in an unrelated matter, they no longer represent Jambon and believe they are obligated to

withdraw as counsel of record for Jambon in the above-entitled and numbered case.

On or about April 16, 2013, Robert S. Reich confirmed with Jambon that the matter

would no longer be handled by Reich, Album & Plunkett, L.L.C.[1]

Plaintiff's complaint falls within Pleading Bundle B3 as plaintiff alleges he was injured

while working as a clean-up and/or response worker.[2]  Such complaints are stayed until further

Order of the court.[3]  Regardless, this matter has come to an end as plaintiff has executed a

Receipt & Release, received settlement funds, and has agreed to dismiss, with prejudice, his

claims against Jambon.  As such, there are no Court deadlines or pending Court appearances

applicable to Jambon, and no undue delay or material adverse effect on the interests of the

---

[1] April 18, 2013 correspondence from undersigned to Jambon, attached hereto as Exhibit "A".
[2] Rec. Doc. 983, Pre-Trial Order No. 25 at ¶ 1.
[3] *Id* at ¶ 8.

parties will be caused by the undersigned's withdrawing as counsel of record for Jambon in this matter.

As indicated by the Certificate Confirming Client's Receipt and Acknowledgement of Motion to Withdraw as Counsel of Record, pursuant to Local Civil Rule 83.2.11, a true and correct copy of the foregoing Motion has been served on Jambon Supplier II, L.L.C. and Jambon Marine Holdings, L.L.C. via certified mail on April 18, 2013.

Respectfully Submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

*/s Robert S. Reich*
**ROBERT S. REICH, T.A. (#11163)**
**FRANCIS A. JUROVICH, III (#31212)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA 700002
Telephone:  (504) 830-3999
Facsimile:   (504) 830-3950
E-MAIL: rreich@rapllclaw.com
            fjurovich@rapllclaw.com
***Attorneys for Jambon Supplier II, L.L.C.***
***and Jambon Marine Holdings, L.L.C.***

## CERTIFICATE OF SERVICE

**I  HEREBY  CERTIFY** I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2013.

/s Robert S. Reich
**ROBERT S. REICH**