## REICH, ALBUM & PLUNKETT, L.L.C.

ATTORNEYS AT LAW
TWO LAKEWAY CENTER, SUITE 1000
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002

April 18, 2013

ROBERT S. REICH

TEL.: (504) 830-3999
FAX: (504) 830-3950
rreich@rapllclaw.com

VIA EMAIL: josh@jambonboats.com
& CERTIFIED MAIL: 7007-3020-0002-8451-8632
<u>RETURN RECEIPT REQUESTED</u>

Mr. Josh Jambon
*Jambon Marine*
20804 Highway 1 South
Golden Meadow, LA 70357

Re:   IN THE MATTER OF THE COMPLAINT OF JAMBON SUPPLIER II, L.L.C. AND JAMBON MARINE HOLDINGS, L.L.C. AS OWNERS AND/OR OPERATORS OF THE M/V JAMBON SUPPLIER II FOR EXONERATION FROM OR LIMITATION OF LIABILITY / **David Dinwiddie v. Jambon Marine**
USDC, EDLA 12-426
OUR FILE NO.: 13862

Dear Josh:

As you are aware, we are withdrawing as counsel of record in the above-referenced matter. Given that this matter has come to an end as plaintiff has executed a Receipt & Release, received settlement funds, and has agreed to dismiss, with prejudice, his claims against Jambon and, regardless, has been stayed pursuant to Court Order, we note that there are no Court deadlines or pending Court appearances applicable to Jambon Supplier, L.L.C. and Jambon Marine Holdings, L.L.C. in this matter.

We enclose herewith a copy of the Motion to Withdraw as Counsel of Record that will be filed with the Court.

Sincerely,

REICH, ALBUM & PLUNKETT, L.L.C.

Robert S. Reich

RSR/lsg
Enclosure(s)
cc:   Ms. Mel O'Gwynn (*w/o enclosure, Via Email:* mel@jambonboats.com)

EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.32 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.97 |

Postmark Here — METAIRIE APR 19 2013 USPS

7007 3020 0002 8451 8632

13862146

Sent To: Mr. Josh Jambon
Street, or PO: *Jambon Marine*
City, St: 20804 Highway 1 South
Golden Meadow, LA 70357

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Mr. Josh Jambon
   *Jambon Marine*
   20804 Highway 1 South
   Golden Meadow, LA 70357

2. 7007 3020 0002 8451 8632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jack Jambon
C. Date of Delivery: 4/22/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540