UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE: CARL BARBIER |
| | * | |
| Applies to: EDLA 12-426 | * | MAGISTRATE: SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE CONFIRMING CLIENT'S RECEIPT AND
ACKNOWLEDGEMENT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Undersigned certifies that defendants, Jambon Supplier II, L.L.C. and Jambon Marine Holdings, L.L.C. as owners and/or operators of the M/V JAMBON SUPPLIER II (hereinafter sometimes collectively "Jambon"), have been advised of and provided a copy of counsel's Motion to Withdraw as Counsel of Record; and Jambon consents to the withdrawal of Robert S. Reich, Francis A. Jurovich, III and Reich, Album & Plunkett, L.L.C. as counsel of record.

Respectfully Submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

*/s Robert S. Reich*
**ROBERT S. REICH, T.A. (#11163)**
**FRANCIS A. JUROVICH, III (#31212)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA 700002
Telephone:  (504) 830-3999
Facsimile:   (504) 830-3950
E-MAIL: rreich@rapllclaw.com
              fjurovich@rapllclaw.com
*Attorneys for Jambon Supplier II, L.L.C.
and Jambon Marine Holdings, L.L.C.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of April, 2013.

/s Robert S. Reich
**ROBERT S. REICH**