UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE: CARL BARBIER |
| | * | |
| Applies to: EDLA 12-426 | * | MAGISTRATE: SALLY SHUSHAN |

**************************************

## ORDER OF DISMISSAL

Considering the Motion to Withdraw as Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Withdraw as Counsel of Record by Robert S. Reich, Francis A. Jurovich, III and Reich, Album & Plunkett, L.L.C. is **GRANTED.**

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2013.


_____
HONORABLE CARL BARBIER
U.S. DISTRICT COURT JUDGE