UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the Oil Rig | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | SECTION: J |
| on April 20, 2010 | § | |
| | § | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | § | |
| | § | MAG. JUDGE SHUSHAN |
| | § | |

Case No: 2:10-cv-08888, [Re. Doc.: [See attached Exhibit A: List of Plaintiffs];
   2:10-cv-02771

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw by Sheller, P.C. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

The Motion is GRANTED and Sheller, P.C. is withdrawn as counsel for the parties listed in Exhibit A to this Order.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this __26th__ day of __April__, 2013.

_____
United States District Judge

EXHIBIT A

| Plaintiff | Short Form Document Number or SSN/EIN | Address |
|---|---|---|
| Armand Oaks, LLC | 71928 | c/o Charles Johnson<br>P.O. Box 327<br>Ocean Springs, MS 39564 |
| Armand Place, LLC | 71934 | 15220 Highway 57<br>Vancleave, MS  39565 |
| C&H Contracting | 72060 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| CarollProperties | 110845 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll Construction | 72085 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll Construction of MS | 72075 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll Services, LLC | 72093 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Carroll, Thomas | 72104 | Thomas Carroll<br>P.O. Box 1479<br>Carrizo Springs, TX  78834 |
| Harris, Ken | 104862 | Ken Harris<br>258 Stennis Drive Apt. 126<br>Biloxi, MS  39531 |
| Incer, Fernando | 106891 | 11429 Quint Place<br>Biloxi, MS  39532 |
| Johnson, Charles & Karen | 72264 | P.O. Box 327<br>Ocean Springs, MS 39564 |
| KMMR, LLC | 72271 | Charles & Karen Johnson<br>P.O. Box 327<br>Ocean Springs, MS 39564 |
| Parker, Vernon | 72391 | 230 Porter Avenue, Apt 13<br>Biloxi, MS  39530 |
| Premier Craneworks, LLC | 72365 and 72028 | Wayne Borries<br>14405 Stenum Street<br>Biloxi, MS  39532 |
| Satchi Panda | 72435 | 145 Black Mountain Circle<br>Fremont, CA  94536 |