UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-CV-03180 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

---

**ORDER**

---

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, P.A.,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for the following Plaintiffs:

    a. <u>Bien Do</u>
       P.O. Box 6491, D'Iberville, MS 39540
       Phone: (H) 337-344-1926, (C) 228-254-0334

    b. <u>Hoang Tran</u>
       16029 Lorraine Circle, Biloxi, MS 39532
       Phone: (H) 941-323-8146, (C) 941-447-9016

1

    c.   William (Marshall) Phifer
         5600 Hawkinsville Road, Macon, GA 31216
         Phone: (C) 850-778-0227

    d.   Andy D. Tran
         1002 South Hopkins Street, New Iberia, LA 70560
         Phone: (C) 337-321-0847

    e.   Rick Cao
         8495 Louise Street, Biloxi, MS 39532
         Phone: (H) 228-327-0515 , (C) 985-856-8713

    f.   Tommy V. Cao
         8495 Louise Street, Biloxi, MS 39532
         Phone: (H) 228-327-0515 , (C) 985-856-8713

    g.   Russell Floyd
         P.O. Box 185, Bayou La Batre, AL 36509
         Phone: (C) 251-622-5387

    h.   George Wyatt, Jr.
         P.O. Box 1823, Tappahannock, VA 22560
         Phone: (C) 804-450-8871

    i.   Linh Nguyen
         335 Diane Street, D'Iberville, MS 39532
         Phone: (C) 228-365-4929

    j.   Hai Pham
         107 Ollie Drive, Abbeville, LA 70510
         Phone: (H) 337-303-0027, (C) 337-207-2082

    k.   Hien Nguyen
         107 Ollie Drive, Abbeville, LA 70510
         Phone: (C) 337-303-0027

    l.   Viet Pham
         107 Ollie Drive, Abbeville, LA 70510
         Phone: (C) 337-322-5775

    m.   Trai V. Nguyen
         107 Plaza Village Drive, Lafayette, LA 70506
         Phone: (H) 337-985-0566

    n.   Jody Clinton Simms

      8625 Pine Street, Bayou La Batre, AL 36509
      Phone: (H) 251-656-8198, (C) 251-391-4927, (B) 251-709-1951

o.</u>David M. Jackson
    636 Florissant Hwy, St. Bernard, LA 70085
    Phone: (H) 504-884-7203

p. Justin Arebalo
    13950 John Clark Road, Apt. A, Gulfport, MS 39503
    Phone: (C) 228-669-7083

q. Vinh Van Le
    14813 Nassau Drive, Biloxi, MS 39532
    Phone: Unknown

r. Gerald Pitre
    7325 Barataria Blvd, Marrero, LA 70072
    Phone: (B) 504-689-8370

s. Tung Phu Dinh
    175 West 49th Street, Cut Off, LA 70345
    Phone: (C) 504-915-5826

t. Khuyen Nguyen
    7112 Darby Creek Drive, Mobile, AL 36695
    Phone:  Unknown

u. Tien Van Nguyen
    3325 Roanoke Ave., Port Arthur, TX 77642
    Phone: Unknown

v. Anthony Gregg Drake
    13606 Southern Pine Road, Vancleave, MS 39565-7332
    Phone: (C) 228-474-6622

w. Ngot Thi Nguyen
    6692 Balboa Circle, Ocean Springs, MS 39564
    Phone: (H) 228-235-8773, (C) 228-447-5121

x. Jose Martinez
    P.O. Box 492, Seadrift, TX 77983
    Phone: (H) 361-655-0935

y. Canh Van Tran
    15004 Dismuke Ave., Biloxi, MS 39532
    Phone: (H) 228-243-1134

   z. George Hromadka
      544 Kelly Street, Destin, FL 32541
      Phone: (H) 850-837-7398, (C) 850-543-5438.

   aa. Larry Mullins Jr. d/b/a Bottom Line Fisheries
       940 Fenton Lane Unit 35, Lakeland, FL 33809
       Phone: (C) 863-450-9552

   bb. Darren Martin
       206 Black Jack Oak Drive, Madisonville, LA 70447
       Phone: (H) 985-845-2469

   cc. Mederic (Trey) Meyer III
       P.O. Box 542, St. Bernard, LA 70085
       Phone: Unknown

New Orleans, Louisiana, this __26th__ day of April, 2013.

_____
United States District Judge