**EXHIBIT A**

| Case Name | Claim Number | Date Filed |
|---|---|---|
| Power Tork Hydraulics, Inc. | 3471276 | 4/22/2013 |

Original Short Form Joinder Document No. 107329 filed 8/16/2011