IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES: | * * | Section: J |
| All Cases (Including 2:10-cv-08888-CJB-SS | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**Order Accepting Limitation Short Form Joinders
Filed Beyond the Deadlines**

Considering the Motion for Acceptance of Limitations Short Form Joinders Beyond the Deadlines, and supporting Memorandum, the Court finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that the Short Form Joinders filed on behalf of the claimant listed on the attached Exhibit "A", into the record shall be considered timely filed in this matter, as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints in accordance with Pretrial Order Nos. 24 & 25.

So ORDERED AND ADJUDGED this, the ____ day of April, 2013.

_____
Honorable Carl J. Barbier
U. S. DISTRICT COURT JUDGE