AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| TRITON INDUSTRIES, LLC <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> BP AMERICA PRODUCTION COMPANY <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   13-841  J(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP AMERICA PRODUCTION COMPANY
Through its Registered Agent for Service of Process
CT Corporation System
5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher K. Jones
Keogh, Cox & Wilson, LTD
701 Main St.
Baton Rouge, LA 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **Apr 18 2013**

**Loretta G. Whyte**
Name of clerk of court

*P. Hebert*

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _BP American Production Company, Inc._
was received by me on *(date)*  _4-22-13_  .

☐ I personally served the summons on the individual at *(place)*  _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  _Trevor Garoutte, CT Corporation_ , who is
designated by law to accept service of process on behalf of *(name of organization)*  _BP American_
_Production Company, Inc._  on *(date)* _4-22-13_  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $  _0.00_  .

I declare under penalty of perjury that this information is true.

Date:  _4-22-13_

_____
Server's signature

_Alexander Guinn, Courier_
Printed name and title

_701 Main St. Baton Rouge, LA 70802_
Server's address

Additional information regarding attempted service, etc: