From:	"Fitch, Warren Anthony" <Tony.Fitch@bingham.com>
To:	"'Sally_Shushan@laed.uscourts.gov'" <Sally_Shushan@laed.uscourts.gov>, "Michael O'Keefe" <Mike_OKeefe@laed.uscourts.gov>
Cc:	"'sherman@hhkc.com'" <sherman@hhkc.com>, "'jimr@wrightroy.com'" <jimr@wrightroy.com>, "'bbarr@levinlaw.com'" <bbarr@levinlaw.com>, "'jimmy@jimmywilliamson.com'" <jimmy@jimmywilliamson.com>, "'dsc2179@liskow.com'" <dsc2179@liskow.com>, "'mike.underhill@usdoj.gov'" <mike.underhill@usdoj.gov>, "'steve.orourke@usdoj.gov'" <steve.orourke@usdoj.gov>, "'sarah.himmelhoch@usdoj.gov'" <sarah.himmelhoch@usdoj.gov>, "'scott.cernich@usdoj.gov'" <scott.cernich@usdoj.gov>, "'sharon.shutler@usdoj.gov'" <sharon.shutler@usdoj.gov>, "'aristide.chakeres@usdoj.gov'" <aristide.chakeres@usdoj.gov>, "'abigail.andre@usdoj.gov'" <abigail.andre@usdoj.gov>, "'stephen.flynn@usdoj.gov'" <stephen.flynn@usdoj.gov>, "'tom.mariani@usdoj.gov'" <tom.mariani@usdoj.gov>, "'jeffrey.prieto@usdoj.gov'" <jeffrey.prieto@usdoj.gov>, "'cmaze@ago.state.al.us'" <cmaze@ago.state.al.us>, "'luther.strange@ago.state.al.us'" <luther.strange@ago.state.al.us>, "'terrellm@ag.state.la.us'" <terrellm@ag.state.la.us>, "'treyphillipsdwh@ag.state.la.us'" <treyphillipsdwh@ag.state.la.us>, "'d.pote@kanner-law.com'" <d.pote@kanner-law.com>, "'Robin.L.Hanger@usdoj.gov'" <Robin.L.Hanger@usdoj.gov>
Date:	04/10/2013 01:14 PM
Subject:	Examination Time Allocations for Phase Two Expert Witness Depositions


Judge and Mike –


	Pursuant to the directive in the opening paragraph of the Preliminary Schedule for Phase Two Expert Depositions for Weeks One through Six, Anadarko respectfully submits the following:


	The Source Control depositions (Perkin and Bea) involve issues that should rarely if ever implicate Anadarko's interests.  Therefore, Anadarko requests 15 minutes of examination time in these depositions, which it will use only if some issue affecting Anadarko unexpectedly arises in these depositions.


	In contrast, the Quantification depositions (Dykhuisen, Griffiths, Pooladi-Darvish, Raghavan, Kelkar, Bushnell & Zick) directly impact Anadarko because the United States contends that these issues should play a significant role in the Court's determination of what if any penalties should be assessed against Anadarko under the Clean Water Act. Thus, unlike the Source Control issues (or almost any other issue remaining in the case), Anadarko has just as strong an interest in the Quantification issue as any other defendant in the U.S.'s CWA action.  In addition, the Court is aware that the Quantification issues are the most intellectually complex and challenging issues in the case and is probably aware that examinations of government and other scientists who did flow rate reports in 2010 almost universally required two full days during the Phase Two fact depositions. Accordingly, Anadarko believes that it needs a minimum of six hours of examination to explore these issues adequately with each of the witnesses tendered by the Government as experts on one or more aspects of the Quantification issue.  At the very least, Anadarko believes that it and BP should be allocated a total of not less than 12 hours of examination time with the remainder allocated to TO and that

in no event should Anadarko be allocated less than 1/3rd of the total examination time allocated to all defendants.

As always, thank you for your consideration of the foregoing points.

Respectfully submitted,

Warren Anthony Fitch
*Partner*
T 202.373.6695
F 202.373.6001
tony.fitch@bingham.com