| | |
|---|---|
| From: | "O'Rourke, Steve (ENRD)" <Steve.O'Rourke@usdoj.gov> |
| To: | "'Sally_Shushan@laed.uscourts.gov'" <Sally_Shushan@laed.uscourts.gov>, "Michael O'Keefe" <Mike_OKeefe@laed.uscourts.gov> |
| Cc: | "'sherman@hhkc.com'" <sherman@hhkc.com>, "'jimr@wrightroy.com'" <jimr@wrightroy.com>, "'bbarr@levinlaw.com'" <bbarr@levinlaw.com>, "'jimmy@jimmywilliamson.com'" <jimmy@jimmywilliamson.com>, "'dsc2179@liskow.com'" <dsc2179@liskow.com>, "Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov>, "Himmelhoch, Sarah (ENRD)" <Sarah.Himmelhoch@usdoj.gov>, "Cernich, Scott (ENRD)" <Scott.Cernich@usdoj.gov>, "Shutler, Sharon (CIV)" <Sharon.Shutler@usdoj.gov>, "Chakeres, Aristide (ENRD)" <Aristide.Chakeres@usdoj.gov>, "Andre, Abigail (ENRD)" <Abigail.Andre@usdoj.gov>, "Flynn, Stephen (CIV)" <Stephen.Flynn@usdoj.gov>, "Mariani, Tom (ENRD)" <Tom.Mariani@usdoj.gov>, "Prieto, Jeffrey (ENRD)" <Jeffrey.Prieto@usdoj.gov>, "cmaze@ago.state.al.us" <cmaze@ago.state.al.us>, "'luther.strange@ago.state.al.us'" <luther.strange@ago.state.al.us>, "'terrellm@ag.state.la.us'" <terrellm@ag.state.la.us>, "'treyphillipsdwh@ag.state.la.us'" <treyphillipsdwh@ag.state.la.us>, "'d.pote@kanner-law.com'" <d.pote@kanner-law.com>, "Hanger, Robin L. (CIV)" <Robin.L.Hanger@usdoj.gov>, "Fitch, Warren Anthony" <Tony.Fitch@bingham.com> |
| Date: | 04/10/2013 05:12 PM |
| Subject: | RE: Examination Time Allocations for Phase Two Expert Witness Depositions |

Your Honor,

Like Anadarko, the United States will request only a modest amount of time with the source control experts for the PSC (Bea and Perkin). However, depending on the reports served by the Defendants, we reserve the right to seek more time for later source control experts.

As for the quantification track, we certainly agree that Anadarko and BP are the two defendants most interested in that track (as the only remaining Clean Water Act defendants). However, we do not agree to any particular amount of time, and at this point are not conceding that these depositions should even last two days, given the limited number of parties implicated, and that parties have dropped out.

Respectfully,
Steve

Steven O'Rourke
Environmental Enforcement Section
U.S. Department of Justice
Mail: P.O. Box 7611 Washington, D.C. 20044-7611
Overnight: ENRD Mail Room, 601 D Street, N.W. Washington D.C. 20004
Telephone: (202) 514-2779
E-mail: steve.o'rourke@usdoj.gov