AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| TRITON INDUSTRIES, LLC<br><br>*Plaintiff(s)*<br>v.<br><br>BP PRODUCTS NORTH AMERICA, INC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  13-841  J(1)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP PRODUCTS NORTH AMERICA, INC.
Through its Registered Agent for Service of Process
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA 70812

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher K. Jones
Keogh, Cox & Wilson, LTD
701 Main St.
Baton Rouge, LA 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

Deputy clerk's signature

Date: **Apr 18 2013**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BP Products North America, Inc.
was received by me on *(date)*  4-22-13        .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Paula Glaser, Prentice-Hall Corporation who is
designated by law to accept service of process on behalf of *(name of organization)*  BP Products
North America, Inc.               on *(date)*  4-22-13      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-22-13

_____
Server's signature

Alexander Guinn, Courier
Printed name and title


701 Main St. Baton Rouge, LA 70802
Server's address

Additional information regarding attempted service, etc: