

DONALD E. GODWIN
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:     214.939.4412
DIRECT FAX:      214.939.4803
Don.Godwin@GodwinLewis.com

**DALLAS** HOUSTON  PLANO
Plano office by Appointment Only

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332  Fax

**www.GodwinLewis.com**

April 10, 2013

<u>**VIA E-MAIL**</u>

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

      Re:    *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States District Court, Eastern District of Louisiana

Dear Judge Shushan:

    Pursuant to the Court's April 9, 2013 Preliminary Schedule for Phase Two Experts for Weeks One through Six ("Preliminary Schedule"), Halliburton Energy Services, Inc. ("HESI") respectfully requests deposition examination time as follows:

    One hour and thirty minutes for the two-day depositions of source control experts Gregg Perkin and Robert Bea; and

    Two hours for two-day depositions of the remaining Phase II expert witnesses, who have been designated by the US as quantification experts.

    Please let me know if you require further information.

                            Respectfully submitted,

                            Donald E. Godwin

DEG:amm

2136947 v1-24010/0002 CORR