From: Doug Kraus <d.kraus@kanner-law.com>
To: "Mike_OKeefe@laed.uscourts.gov" <Mike_OKeefe@laed.uscourts.gov>, "Sally_Shushan@laed.uscourts.gov" <Sally_Shushan@laed.uscourts.gov>
Cc: "sherman@hhkc.com" <sherman@hhkc.com>, "Brian Barr (BBarr@levinlaw.com)" <BBarr@levinlaw.com>, "Jimmy Williamson (jimmy@jimmywilliamson.com)" <jimmy@jimmywilliamson.com>, "dsc2179@liskow.com" <dsc2179@liskow.com>, "Scott (ENRD) Cernich (Scott.Cernich@usdoj.gov)" <Scott.Cernich@usdoj.gov>, "Aristide (ENRD) Chakeres (Aristide.Chakeres@usdoj.gov)" <Aristide.Chakeres@usdoj.gov>, "Corey Maze (CMaze@ago.state.al.us)" <CMaze@ago.state.al.us>, "luther.strange@ago.state.al.us" <luther.strange@ago.state.al.us>, "terrellm@ag.state.la.us" <terrellm@ag.state.la.us>, "treyphillipsdwh@ag.state.la.us" <treyphillipsdwh@ag.state.la.us>, Lili Petersen <e.petersen@kanner-law.com>, Krystal Crowell <k.crowell@kanner-law.com>, Allison Shipp <a.shipp@kanner-law.com>
Date: 04/10/2013 09:19 PM
Subject: RE: Examination Time Allocations for Phase Two Expert Witness Depositions

Dear Judge Shushan:

On behalf of The State of Louisiana, I request thirty (30) minutes for each of the Source Control witnesses (Dr. Bea and Gregg Perkin). We do not anticipate needing a meaningful time with the United States Quantification expert witnesses. Although not part of the current scheduling, Louisiana will likely request more time with the Defendants' Source Control expert witnesses (1.5 to 1.0 hours) and slightly less for Defendants' Quantification expert witnesses (30 minutes).

Should you have any questions regarding this request, please feel free to contact me. I will also be present at Friday's Working Group Conference.

Douglas Kraus