# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

April 10, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re:    MDL No. 2179 — Preliminary Schedule for Phase Two Expert Depositions for Weeks One through Six

Dear Judge Shushan:

      BP hereby submits its request to examine each of the experts identified in the Court's April 9, 2013 Preliminary Schedule for Phase Two Expert Depositions for Weeks One through Six. BP is evaluating the recent submissions of other parties regarding expert depositions and will comment on the preliminary schedule and those submissions at the next Working Group Conference.

      BP looks forward to discussing this proposal with the Court and parties.

Sincerely,

Robert R. Gasaway

cc (via electronic mail):

United States' MDL Counsel
Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Joel M. Gross

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai