UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>2:12-cv-01483<br>2:12-cv-01484<br>2:12-cv-01485<br>2:12-cv-02194 | Magistrate Judge Shushan |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLEADINGS**

COME NOW the Plaintiffs in the above-captioned causes of action and hereby withdraw Plaintiffs' Motions for Leave of Court to File Plaintiffs' Amended Complaints for Damages (Doc 9447 and 9482) in the above-captioned cases and states:

1. Out of an abundance of caution, the Plaintiffs filed Plaintiffs' Motions for Leave of Court to File Plaintiffs' Amended Complaints for Damages (Doc 9447 and 9482) due to "Deficient" designations on Plaintiffs' Amended Complaints.

2. The docket entry clerk has released the "Deficient" designations associated with Plaintiffs' Amended Complaints (Doc 9340 and 9342) in its docketing entry correction (Doc 9495) of April 23, 2013.

WHEREFORE, the Plaintiffs are giving notice of their withdrawal of these pleadings.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Notice of Withdrawal of Pleadings has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April 2013.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*