UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 |
| | | SECTION "J" |
| | | JUDGE: CARL BARBIER |
| Applies to: EDLA 12-426 | * | MAGISTRATE: SALLY SHUSHAN |

*************************************

## ORDER

Considering the Motion to Withdraw as Counsel of Record (Rec. Doc. 9562);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Withdraw as Counsel of Record by Robert S. Reich, Francis A. Jurovich, III and Reich, Album & Plunkett, L.L.C. is **GRANTED.**

NEW ORLEANS, LOUISIANA, this 29th day of April, 2013.

_____
United States District Judge