UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-08888-CJB-SS | ) ) ) | |

## MOTION FOR ACCEPTANCE OF LIMITATION
## SHORT FORM JOINDER FILED BEYOND SEPTEMBER 16, 2011 MONITION DATE

NOW INTO COURT, through undersigned counsel, come various claimants identified in Exhibit A, who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").[1]

In support of their motion, the Claimants declare as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was extended to September 16, 2011.

3. Claimants contacted counsel after the Court-established deadline seeking assistance in

---

[1] To the extent that any Claimants identified in Exhibit A have settled or will settle their respective claims against BP and related entities, those Short Form Joinders shall be construed to relate only to those defendants and/or claims not released under each Claimants' respective settlement agreement.

filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

4. Because claimants were not aware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

6. The Transocean Limitation Proceeding is pending and undetermined.

For these reasons, Movants respectfully request that the Court grant Movants' Motion for Leave to File Short Form Joinders and that this Court deem that said Short Form Joiners are timely filed in the Transocean Limitation Proceeding.

Respectfully submitted,

/s/Brian C. Colomb
**BRIAN C. COLOMB (#25625)**
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 233-3033
Facsimile: (337) 232-8213
Brianc@Wrightroy.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 29, 2013, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

    */s/Brian C. Colomb*
    **Brian C. Colomb**