## EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Nicholas Olano | 4/20/13 | 133328 |
| Morris Thomas, Jr. | 4/20/13 | 133330 |