# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*          JUDGE BARBIER
         MAGISTRATE JUDGE SHUSHAN

## ORDER

### [First Supplemental Order Regarding Ira Leifer's Voice Notes]

BP's motion for an order requiring production of Dr. Ira Leifer's voice notes was granted in part. The parties were ordered to agree on a limited number of days of the voice notes for a preliminary examination. On March 22, 2013, BP reported on the agreed-upon procedures for the examination. By April 15, 2013, the University of California-Santa Barbara ("UCSB") completed a revised redaction log which was distributed to the parties. On April 16, 2013, Edox put the audio files with redactions on a sharevault cite.

On April 17, 2013, BP requested that the Court review an appropriate sample of these redactions to confirm their confidential nature. UCSB requested that it given an opportunity to respond to any questions raised by the Court's *in camera* review. UCSB provided the Court with the unredacted entries from the revised redaction log for the *in camera* review. On April 22, 2013, the Court reported to UCSB that it had questions regarding certain of the entries. On April 26, 2013, UCSB responded to the questions. **By 5:00 p.m. CDT on Wednesday, May 1, 2013,** UCSB shall amend the redaction log for: (a) entry number 14, identification number 464; (b) entry number 98, identification number 37; (c) entry number 181, identification number 577; and (d) entry number 182, identification number 577. UCSB shall notify the Court when the amended redaction log has been distributed to the parties. At that point the procedures required for the preliminary examination

will be complete.

BP, the U.S. and UCSB shall confer and agree on a schedule for briefing the issues reserved in the March 13, 2013 order: (1) whether BP can require production beyond the preliminary examination days; (2) further costs of production; and (3) whether the burden of full production of the voice notes outweighs the benefit.

The deadline for an appeal of this order is **Wednesday, May 8, 2013.**

New Orleans, Louisiana, this 29th day of April, 2013.

                                              **SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to serve:**
1) Matthew J. Schenck
   Paul, Plevin, Sullivan & Connaughton LLP
   101 West Broadway, Ninth Floor
   San Diego, California  92101
   **mschenck@paulplevin.com**

2) Angela T. Mullins
   Paul, Plevin, Sullivan & Connaughton LLP
   101 West Broadway, Ninth Floor
   San Diego, California  92101
   **amullins@paulplevin.com**

3) Michael R. Goldstein
   Senior Counsel
   University of California - Santa Barbara
   **Michael.Goldstein@ucop.edu**

4) Captain Suzanne Englebert
   **sueenglebert@sseeservices.com**