Waltzer Wiygul Garside

**EXHIBIT A**

| NO. | CLIENT NAME | SSN | DOC# | DATE |
|---|---|---|---|---|
| 1 | Barnhardt, James Lee | 4970 | 63993<br>108184 | 9/16/2011 |
| 2 | Tran, Hung Viet | 948 | 107025<br>108186<br>108237 | 7/11/2011<br>9/16/2011 |
| 3 | Bishop, Kelley-Studio BNA | 3766 | 123211 | 2/22/2013 |
| 4 | Nguyen, Dung | 7627 | 110441 | 1/10/2012 |
| 5 | Dodd, Edwin _Dodd Enterprises LLC | 8916 | 118617<br>123195 | 2/33/2013<br>4/18/2012 |
| 6 | Nagim, Connie | 9287 | 134621 | 4/29/2013 |
| 7 | Estate of Joseph Keith Covacevich-Sylvia Covacevich | 9741 | 123204 | 2/23/2013 |
| 8 | Williams, Troy_Imagine Technology, INC. | 9205 | 123707 | 2/28/2013 |
| 9 | Couvillion, Timothy_Couvillion Equipment, LLC | 2610 | 123135 | 2/20/2013 |
| 10 | Couvillion, Timothy_Couvillion Group, LLC. | 3099 | 123136 | 2/20/2013 |
| 11 | Stewart (Reynolds), Margaret | 3873 | 123205 | 2/22/2013 |
| 12 | Thomas, Kris_Impact Hair Designs, INC. | 9543 | 123646 | 2/26/2013 |
| 13 | Estopinal, Denise_The Estopinal Group | 628 | 134598 | 4/24/2013 |
| 14 | Slavant, Cheryl - Ouachita Riverkeeper, Inc. | 3247 | 133275 | 4/20/2013 |
| 15 | Parker, Percy_Parker Seafood | 7009 | 123805 | 3/7/2013 |
| 16 | Gonzalesz-Gonzalez, Luis Miguel | 9595 | 124049 | 3/11/2013 |
| 17 | Phillips, Dale Arnold | 7286 | 124454 | 3/20/2013 |
| 18 | Le, Tung | 4883 | 131060 | 4/18/2013 |
| 19 | Biddix, Martha | 8798 | 124311 | 3/18/2013 |
| 20 | Moran, Lloyd D Jr | 9372 | 131065 | 4/18/2013 |
| 21 | Flores-Vega, Jose Fidel | 4881 | 124369 | 3/19/2013 |
| 22 | Williams, Gregory-St. Andrews Water & Sewer, Inc. | 7418 | 124312 | 3/18/2013 |
| 23 | Burns, Thaddeus M | 9855 | 131017 | 4/18/2013 |
| 24 | Donnelly, Shawn | 2423 | 131482 | 4/18/2013 |
| 25 | Rivas, Jose Federico | 1507 | 126857 | 3/28/2013 |
| 26 | Badillo-Gomez, Rigoberto | 3691 | 126854 | 3/28/2013 |
| 27 | Haacke, F William Jr_Metairie Bank & Trust | 6293 | 131509 | 4/18/2013 |
| 28 | Nguyen, Tuan T. | 472 | 130987 | 4/18/2013 |
| 29 | Kenon, William Jr. _ B.K. Trawlers, Inc. | 6144 | 129967 | 4/16/2013 |
| 30 | Kenon, William Jr. _ KC Trawlers, Inc. | 7905 | 129969 | 4/16/2013 |
| 31 | Kenon, William Jr. _ Sea Fever, Inc. | O286 | 129973 | 4/16/2013 |
| 32 | Rivas, Luis Mariano | 9794 | 130106 | 4/17/2013 |
| 33 | Kenon, William Jr. _ Stormy Weather, Inc. | 5455 | 129975 | 4/16/2013 |
| 34 | Almaguer, Jorge Luis | 5224 | 130076 | 4/17/2013 |
| 35 | Kenon, William Jr._ Marine Salvage & Services, Inc. | 5169 | 130556 | 4/16/2013 |
| 36 | Williams, Kimberlee-Williams Real Estate & Investment DBA Remax Real Estate Partners | 5910 | 131458 | 4/18/2013 |
| 37 | Solorzano, Marilyn_Miss Marilyn Louise, Inc. | 3014 | 132745 | 4/19/2013 |
| 38 | Vogelsong, Kenneth III_Miss Candace Nicole, Inc. | 8544 | 132755 | 4/19/2013 |
| 39 | Vogelsong, Kenneth III | 4211 | 132780 | 4/19/2013 |
| 40 | Vogelsong, Jason_Captain J&V Seafood, Inc. | 8101 | 132791 | 4/19/2013 |

Waltzer Wiygul Garside
**EXHIBIT A**

| 41 | Vogelsong, Jason | 4204 | 132798 | 4/19/2013 |
|----|------------------|------|--------|-----------|
| 42 | Cerrato, Walter Francisco | 1770 | 134567 | 4/23/2013 |
| 43 | Nguyen, Diep_Lavang, INC. | 1438 | 134607 | 4/25/2013 |
| 44 | Heffley, William H., II | 9818 | 131024 | 4/18/2013 |
| 45 | Ray, Thomas E_Tom E Ray, Distributing | O350 | 131075 | 4/18/2013 |
| 46 | Leitz, Lawrence_New Creation Renovation, LLC | 6446 | 131063 | 4/18/2013 |
| 47 | Judd, Leland Ray - Anna J. Blinds | 8408 | 131058 | 4/18/2013 |