**CORRECTED EXHIBIT "A"**

| CLAIMANT NAME | FILE & SERVE DATE & DOCUMENT NO. | SHORT FORM FILING DATE & DOCUMENT NO. |
|---|---|---|
| Jacob Boyd | 3/8/13  55112647 | 4/20/13 133564 |
| Joseph Boyd | 3/8/13  55112722 | 4/20/13 133565 |
| Angela Burt | 3/8/13  55112764 | 4/20/13 133567 |
| Cox Quick Lube | 3/8/13  55112842 | 4/20/13 133570 |
| Coden Bayou Auto Sales | 3/8/13  55112876 | 4/20/13 133574 |
| Crescent City School of Gaming & Bartending | 3/8/13  55112911 | 4/20/13 133577 |
| Bobbie Graham | 3/8/13  55112960 | 4/20/13 133582 |
| Gruening Group | 3/8/13  55112983 | 4/20/13 133583 |
| Katrina Harris | 3/8/13  55113012 | 4/20/13 133584 |
| William Havard | 3/8/13  55113039 | 4/20/13 133585 |
| Etta Johnson | 3/8/13  55113089 | 4/20/13 133586 |
| James Johnson | 3/8/13  55113121 | 4/20/13 133587 |
| Victor Johnson | 3/8/13  55113176 | 4/20/13 133588 |
| Robert Kleimann | 3/8/13  55113242 | 4/20/13 133592 |
| Janice Kula | 3/8/13  55113316 | 4/20/13 133594 |
| Matt Lischke | 3/8/13  55113354 | 4/20/13 133597 |
| Ray Rawls | 3/8/13  55114309 | 4/20/13 133620 |
| Eric Matthews | 3/8/13  55114514 | 4/20/13 133599 |
| Stephanie Matthews | 3/8/13  55114865 | 4/20/13 133601 |
| Michael McClantoc | 3/8/13  55114899 | 4/20/13 133603 |
| Tamara McClantoc | 3/8/13  55114921 | 4/20/13 133605 |
| Rod Mitchell | 3/8/13  55114944 | 4/20/13 133606 |
| Wade Moore | 3/8/13  55114993 | 4/20/13 133610 |
| Gloria Morrison | 3/8/13  55115016 | 4/20/13 133612 |
| Bernie Nelson | 3/8/13  55115053 | 4/20/13 133615 |
| Kim Nelson | 3/8/13  55115075 | 4/20/13 133616 |
| Owens Auto Parts | 3/8/13  55115166 | 4/20/13 133617 |
| Owens Grocery | 3/8/13  55115215 | 4/20/13 133619 |
| Jason Rawls & Global Tranp. | 3/8/13  55115243 | 4/20/13 133621, 133622 |
| Salty Dog | 3/8/13  55115258 | 4/20/13 133626 |
| Elgin Schjott | 3/8/13  55115277 | 4/20/13 133629 |
| Susan Sellers | 3/8/13  55115293 | 4/20/13 133630 |
| Dustin Stokes | 3/8/13  55115316 | 4/20/13 133631 |
| Say Thakhavong | 3/8/13  55115337 | 4/20/13 133634 |
| Guillermo Contreras & A&G Transportation | 3/8/13  55115375 | 4/20/13 133642 |
| Clemente Lopez-Castro | 3/8/13  55115388 | 4/20/13 133651 |
| Hui Hong Tan | 3/8/13  55115402 | 4/20/13 133656 |
| Leonel Melendez | 3/8/13  55115424 | 4/20/13 133661 |
| Jose Pineda | 3/8/13  55115436 | 4/20/13 133663 |

| Name | Date 1 | Number 1 | Date 2 | Number 2 |
|---|---|---|---|---|
| Tan Su | 3/8/13 | 55115453 | 4/20/13 | 133670 |
| Bobby Esfeller | 3/8/13 | 55115554 | 4/20/13 | 133672 |
| Ronald Curran | 4/19/13 | 66724468 | 4/20/13 | 133676 |
| Norman Darby | 4/19/13 | 66724469 | 4/20/13 | 133680 |
| Brett Bauman | 4/19/13 | 55803538 | 4/20/13 | 133730 |
| Robert Burt | 4/19/13 | 55803545 | 4/20/13 | 133731 |
| Carolyn Gazzier | 4/19/13 | 55803563 | 4/20/13 | 133733 |
| Vincent Gazzier | 4/19/13 | 55803572 | 4/20/13 | 133736 |
| Darrell Graham | 4/19/13 | 55803577 | 4/20/13 | 133738 |
| Danielle L Johnson | 4/19/13 | 55803584 | 4/20/13 | 133740 |
| Joseph Johnson | 4/19/13 | 55803593 | 4/20/13 | 133741 |
| Darrell Johnson | 4/19/13 | 55803608 | 4/20/13 | 133744 |
| Michelle Johnson | 4/19/13 | 55803620 | 4/20/13 | 133748 |
| Matthew Noel | 4/19/13 | 55803625 | 4/20/13 | 133750 |
| PlanetGuide.com | 4/19/13 | 55803636 | 4/20/13 | 133754 |
| David Skinner | 4/19/13 | 55803641 | 4/20/13 | 133757 |
| Joshua Wells | 4/19/13 | 55803650 | 4/20/13 | 133759 |
| Winner's Circle Trophy | 4/19/13 | 55803659 | 4/20/13 | 133761 |
| Francis Johnson | 4/19/13 | 55803730 | 4/20/13 | 133764 |
| Fredys Amendarez | 4/20/13 | 55798084 | 4/20/13 | 133683 |
| Deborah Barbour | 4/20/13 | 55798180 | 4/20/13 | 133687 |
| Raymond Barbour | 4/20/13 | 55798214 | 4/20/13 | 133688 |
| Bayou Auto Parts | 4/20/13 | 55798281 | 4/20/13 | 133690 |
| David Boudoin | 4/20/13 | 55798341 | 4/20/13 | 133691 |
| Joni Broussard | 4/20/13 | 55798381 | 4/20/13 | 133694 |
| Angela Burt | 4/20/13 | 55798404 | 4/20/13 | 133695 |
| Paul Cheramie | 4/20/13 | 55798428 | 4/20/13 | 133696 |
| Cox Triangle | 4/20/13 | 55798450 | 4/20/13 | 133699 |
| Amy Cubbage | 4/20/13 | 55798464 | 4/20/13 | 133701 |
| Raymond Dardar | 4/20/13 | 55798478 | 4/20/13 | 133703 |
| Johnny Davis | 4/20/13 | 55798511 | 4/20/13 | 133706 |
| Joseph Dupre | 4/20/13 | 55798549 | 4/20/13 | 133709 |
| Winter Esfeller | 4/20/13 | 55798570 | 4/20/13 | 133712 |
| Jason Jaye | 4/20/13 | 55798627 | 4/20/13 | 133715 |
| Roy Luke | 4/20/13 | 55798661 | 4/20/13 | 133717 |
| Walter Rayborn | 4/20/13 | 55798684 | 4/20/13 | 133719 |
| United Seafood Assoc. | 4/20/13 | 55798742 | 4/20/13 | 133721 |
| Jonathon Wells | 4/20/13 | 55798798 | 4/20/13 | 133725 |
| Michael Wooten | 4/20/13 | 55798825 | 4/20/13 | 133726 |
| Daniel Zirlott, III | 4/20/13 | 55798903 | 4/20/13 | 133727 |
| Linda Zirlott | 4/20/13 | 55799074 | 4/20/13 | 133729 |