## EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| David West | 4/20/2013 | 133833 |
| Donald Gautreaux | 4/20/2013 | 133835 |
| Archie Buquet | 4/20/2013 | 133825 |
| Ronald Price | 4/21/2013 | 133905 |
| Robert Thompson | 4/21/2013 | 133906 |
| Christopher King | 4/21/2013 | 133907 |
| Ireon Smith | 4/21/2013 | 133910 |
| Rhonda Smith | 4/21/2013 | 133911 |
| Raymond Savoie | 4/21/2013 | 133914 |
| Garland Sylvester | 4/21/2013 | 133915 |
| J C Ross | 4/21/2013 | 133917 |
| Jason Nieves | 4/21/2013 | 133920 |
| John Williams | 4/21/2013 | 133922 |
| April Ordoyne | 4/19/2013 | 132861 |
| Greg Pontiff | 4/19/2013 | 132873 |
| Telitha Linton | 4/19/2013 | 132823 |
| Brenda Billiot | 4/18/2013 | 130916 |
| Andrew Armetta | 4/17/2013 | 130751 |
| Donald McBride | 4/17/2013 | 130742 |
| Douglas Grison | 4/17/2013 | 130744 |
| Shea Labat | 4/17/2013 | 130746 |
| Alvin Bush | 4/17/2013 | 130748 |
| Guillermo Mata | 4/17/2013 | 130730 |
| Timothy Thibodeaux | 4/17/2013 | 130733 |
| Malcolm Baker | 4/17/2013 | 130738 |
| William Kline | 4/17/2013 | 130721 |
| Carroll Bennett | 4/17/2013 | 130726 |
| David Zenicki | 4/17/2013 | 130727 |
| Alfred Sullivan | 4/17/2013 | 130729 |
| Steven Kittredge | 4/17/2013 | 130710 |
| Robert Carter | 4/17/2013 | 130715 |
| Wayne Poincot | 4/17/2013 | 130718 |
| Timothy Hebert | 4/17/2013 | 130329 |
| Kenneth Ellender | 4/17/2013 | 130343 |
| Willie Hawthorne | 4/17/2013 | 130221 |
| Richard Foudriat | 4/17/2013 | 130236 |
| Daniel Maynard | 4/17/2013 | 130196 |
| Elmer Price | 4/17/2013 | 130204 |
| Jorge Morales | 4/17/2013 | 130160 |

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Alfonso Lopez-Tellez | 4/17/2013 | 130169 |
| Lancy Meads | 4/17/2013 | 130140 |
| Richard Blanchard | 4/17/2013 | 130148 |
| Rafael Zamora | 4/17/2013 | 130149 |
| Troy Matthews | 4/17/2013 | 130113 |
| Israel Ruiz | 4/17/2013 | 130120 |
| Jude Lasseigne | 4/17/2013 | 130097 |
| Aaron Ford | 4/17/2013 | 130050 |
| Roy Thomas | 4/17/2013 | 130040 |
| Monty Degruise | 4/17/2013 | 130044 |
| Dalton Johnson | 4/17/2013 | 130047 |
| James Gaspard | 4/16/2013 | 129976 |
| Chad Andras | 4/16/2013 | 129977 |
| Jessie Bailey | 4/16/2013 | 129979 |
| Randall Manning | 4/16/2013 | 129983 |
| Mark Billiu | 4/16/2013 | 129985 |
| Dennis Santopietro | 4/16/2013 | 129987 |
| Annette Webre | 4/16/2013 | 129951 |
| Gerald Triche | 4/16/2013 | 129940 |
| Catheresa Kraemer | 4/16/2013 | 129943 |
| Kevin Fringer | 4/16/2013 | 129918 |
| Gregory Theriot | 4/16/2013 | 129926 |
| Linwood Smith | 4/16/2013 | 129902 |
| James Perry | 4/16/2013 | 129884 |
| William Underwood | 4/16/2013 | 129894 |
| Lola Gisclair | 4/16/2013 | 129812 |
| Mark Davis | 4/16/2013 | 129805 |
| Mark Wiley | 4/16/2013 | 129788 |
| Emory Thibodeaux | 4/16/2013 | 129784 |
| Jacob Bergeron | 4/16/2013 | 129760 |
| James Prevost | 4/16/2013 | 129758 |
| John Neher | 4/16/2013 | 129747 |
| Junius Scott | 4/16/2013 | 129695 |
| Michael Bellardi | 4/16/2013 | 129673 |
| Justin Cortez | 4/16/2013 | 129615 |
| Andrew Van Den Heever | 4/16/2013 | 129565 |
| John Riley, Jr. | 4/13/2013 | 129181 |
| Michael Clement | 4/13/2013 | 129179 |
| Linda Roche | 4/13/2013 | 129173 |
| Joella Tinkes | 4/13/2013 | 129172 |
| Jescynthia Gros | 4/13/2013 | 129171 |
| Jackie Haynes | 4/13/2013 | 129170 |

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Carolyn Morris | 4/13/2013 | 129169 |
| Jerry Lirette | 4/13/2013 | 129167 |
| Burton Lirette | 4/13/2013 | 129164 |
| Joycelyn Hebert | 4/13/2013 | 129161 |
| Terry A. Farmer, Jr. | 4/13/2013 | 129145 |
| Eddie Teal | 4/13/2013 | 129138 |
| Roy Autin | 4/13/2013 | 129129 |
| Paul LeCompte | 4/13/2013 | 129122 |
| Jeff LeCompte | 4/13/2013 | 129104 |
| George Duplantis, Jr. | 4/13/2013 | 129100 |
| Dale Dempster | 4/13/2013 | 129062 |
| Chris Clement | 4/13/2013 | 129059 |
| Charles E. Bass | 4/13/2013 | 129053 |