UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-08888-CJB-SS* | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

**IT IS ORDERED** that the late-filed Short Form Joinders filed by the Movants, identified as various Claimants in "Exhibit A", in the Civil Action No. 2:10-cv-08888-CJB-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge