UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

[Phase Two Expert Issues]

The parties raised issues regarding the depositions of Phase Two experts: (1) the length of the depositions; (2) the objection by the U.S. to BP's request for the deposition of Tom Hunter; and (3) the allocation of examination time.

Length of Depositions

The quantification experts will appear for 2 days (7.5 hours per day). The source control experts <u>tentatively</u> shall be available for 2 days, with a ruling on length reserved.

Tom Hunter

BP requested the expert deposition of Tom Hunter. The U.S. objected. BP replied. Rec. docs. 9576-78. The U.S. describes Dr. Hunter as co-lead, along with Secretary Chu, of the Government-led Science Team, that was assembled to assist with the response to the oil spill. The U.S. designated Dr. Hunter for topics in the Rule 30(b)(6) notice. He was deposed for 2 days in October 2012. On March 22, 2013, the U.S. disclosed Dr. Hunter as a Rule 26(a)(2)(C) expert witness who may testify regarding flow rate calculations performed during the spill response. The U.S. contends that, since he was deposed for 2 days on flow rate calculations that are the subject of his anticipated expert testimony, a second deposition is unnecessary.

BP responds that Dr. Hunter should be required to appear for a 2 day deposition during the schedule for expert depositions because the Rule 26(a)(2)(C) disclosure is inadequate. It cites the

Court's comment at the October 24, 2011 Working Group Conference that "in-house experts needed to express their opinions in their disclosure." Rec. doc. 4389 at 6. Without the deposition, BP argues that it will be impossible for it to determine the "four corners" of the subject matter that Dr. Hunter's expert testimony is expected to cover.

Dr. Hunter will be required to appear for an expert deposition for 2 days. In addition to the reasons cited by BP, most of the Phase Two trial will be expert testimony on quantification. <u>The parties can anticipate that Judge Barbier will limit the number of expert witnesses and the examination time required for those experts who testify during Phase Two</u>. It is essential that Judge Barbier and the parties have a clear understanding of the expert opinions to be offered at trial. For Dr. Hunter this should be accomplished through an expert deposition.

Allocation of Examination Time for Quantification Experts

For quantification expert witnesses the available time is 900 minutes. For 2 day depositions, the party who goes first in questioning may reserve up to 60 minutes for after the conclusion of the examination by all other parties (including the party presenting the witness).

The U.S. acknowledges that BP and Anadarko are the two defendants most interested in the quantification track because they are the only remaining Clean Water Act defendants. The U.S. requested time but not a specific amount. Cameron is no longer a party.

A.  <u>U.S. Quantification Experts</u>.

|  | Request | Allocation |
|---|---|---|
| BP | 600 minutes | 600 minutes |
| Anadarko | 360 minutes | 120 minutes |
| Transocean | 150 minutes | 60 minutes |

| | | |
|---|---|---|
| HESI | 120 minutes | 15 minutes |
| PSC/States | Modest | 15 minutes |
| U.S. | Modest | <u>90 minutes</u> |
| | | 900 minutes |

B.    <u>BP Quantification Experts</u>.

| | <u>Request</u> | <u>Allocation</u> |
|---|---|---|
| U.S. | Modest | 690 minutes |
| PSC/States[1] | Modest | 15 minutes |
| Transocean | 150 minutes | 60 minutes |
| HESI | 120 minutes | 15 minutes |
| Anadarko | Modest | 30 minutes |
| BP | Modest | <u>90 minutes</u> |
| | | 900 minutes |

<u>Allocation of Examination Time for Source Control Experts</u>

Friday, May 10, is the deadline for the service of: (1) defendants' expert reports and consideration materials for issues in Dr. Bea's report; and (2) consideration materials associated with defendants' expert reports served on May 1. By **Tuesday, May 14, 2013**, the parties shall: (a) submit a statement on whether the depositions of the source control experts should be 1 or 2 days; (b) update their time requests for source control experts; and (c) report any agreements on the time sought (for example, BP suggests that it confer with Transocean on dividing the examination time

---

[1] For the Rule 30(b)(6) deposition of a BP quantification witness, the U.S., the PSC and the States were grouped together as Plaintiffs and allocated 660 minutes for a 2 day deposition.

for Dr. Perkin). By Thursday, May 16, the Court will rule on the issue of whether the depositions of source control experts will be limited to 1 day and provide for the allocation of examination time.

The requests for a 2 day deposition for Dr. Bea are:

| | |
|---|---|
| BP | 715 minutes |
| Anadarko | 15 minutes |
| Transocean | 150 minutes |
| HESI | 90 minutes |
| LA | 30 minutes |
| U.S. | Modest |
| PSC/AL | Appropriate |

The requests for a 2 day deposition for Dr. Perkin are:

| | |
|---|---|
| BP | Not specified. |
| Anadarko | 15 minutes |
| Transocean | 300 minutes |
| HESI | 90 minutes |
| LA | 30 minutes |
| U.S. | Modest |
| PSC/AL | Appropriate |

The requests for a 2 day deposition of a source control expert for a defendant are:

| | |
|---|---|
| PSC/AL | Not specified |
| Louisiana | 90 minutes |
| U.S. | Not specified |

4

| | |
|---|---|
| HESI | Not specified |
| Transocean | Not specified |
| Anadarko | Not specified |
| BP | Not specified |

Appeal Deadline

The deadline for an appeal of this order is **Monday, May 6, 2013.**

New Orleans, Louisiana, this 30th day of April, 2013.

                                                  **SALLY SHUSHAN**
                                                  **United States Magistrate Judge**