**EXHIBIT A**

| CLAIMANT NAME | DATE OF FILING | SHORT FORM NUMBER |
|---|---|---|
| Baldone Offshore, LLC | 4/18/2013 | 131323 |
| American Supply Company of Morgan City, Inc. | 4/18/2013 | 131254 |
| TMH Enterprises, Inc. | 4/20/2013 | 133504 |
| Kan Do Services, LLC | 4/20/2013 | 133511 |
| Winston Service Contractors, Inc. | 4/20/2013 | 133518 |
| Gravois Property Holdings, LLC | 4/20/2013 | 133521 |
| Gravois Development LLC | 4/20/2013 | 133525 |
| Lafourche Welding and Repair Service, LLC | 4/20/2013 | 133531 |
| Primerica Financial Services | 4/19/2013 | 132814 |
| C & G Towing, LLC | 4/19/2013 | 132692 |
| Deep South Marine Services, Inc. | 4/19/2013 | 132675 |
| Houma Bearing Services, Inc. | 4/19/2013 | 132621 |
| Redemption Restaurant, LLC | 4/19/2013 | 132644 |
| Bayouland Machine Shop, Inc. | 4/19/2013 | 132609 |
| Diamond Home Builders, LLC | 4/19/2013 | 132612 |
| Assurance Financial Group, LLC | 4/19/2013 | 132615 |
| Coastwide Marine Contractors, LLC | 4/19/2013 | 132618 |
| Southern Pride Fabrication, LLC | 4/19/2013 | 132455 |
| Two-Way Enterprises, Inc. | 4/19/2013 | 132461 |
| Integrity Homebuilders, LLC | 4/19/2013 | 132016 |
| Pelican Rental Tools, Inc. | 4/19/2013 | 132023 |
| Total Instrument & Electrical Service, Inc. | 4/19/2013 | 132018 |
| Cobra Contractors, Inc. | 4/19/2013 | 132002 |
| Da'Fab Shop, LLC | 4/19/2013 | 132006 |
| McDonald Well Services, Inc. | 4/19/2013 | 132009 |
| McDonald Bottom Hole Pressure Specialists, Inc. | 4/19/2013 | 131984 |
| Tubular Specialist | 4/18/2013 | 131551 |
| T-Mike's Welding, LLC | 4/18/2013 | 131533 |
| Cat Marine, LLC d/b/a Green Marine, LLC | 4/18/2013 | 131537 |
| Submar, Inc. | 4/18/2013 | 131528 |
| All Thread Protectors | 4/18/2013 | 131422 |
| TMH Enterprises, Inc. d/b/a Coastal Distributors, Fourchon | 4/18/2013 | 131453 |