IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 26 2013
LORETTA G. WHYTE
CLERK

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
U.S. Court of Appeals, Fifth Circuit
Deputy
New Orleans, Louisiana          APR 23 2013

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 23, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30315, In Re: Deepwater Horizon
    USDC No. 2:10-MD-2179
    USDC No. 2:12-CV-970
    USDC No. 2:13-CV-492

Enclosed is an order entered in this case.

Due to the expedited scheduling of the appeal, the joint designation of record should be filed no later than April 25, 2013.

Any party that has requested transcripts for appeal purposes must make financial arrangements with the court reporter for expedited filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Angelique D. Batiste_
Angelique D. Batiste, Deputy Clerk
504-310-7715

Mr. Andrew Baker Bloomer
Mr. Jeffrey Bossert Clark Sr.
Mr. Miguel Angel Estrada
Mr. S. Gene Fendler
Mr. Patrick Henry Fourroux
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Jeffrey Lennard
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Ms. Gina Marie Palermo
Mr. James Parkerson Roy
Mr. Richard C. Stanley
Ms. Jennifer L. Thornton
Ms. Loretta Whyte