UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte 500 Poydras St., Room C-151
Clerk New Orleans, LA 70130

April 30, 2013

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
600 South Maestri Place APPEAL NO 13-30230
New Orleans, LA 70130

IN RE: IN RE: OIL SPILL BY THE DEEPWATER HORIZON MD 10-2179 J

In connection with this appeal, the following documents are forwarded. Please acknowledge receipt on the enclosed copy of this letter.

 ___ 1) Electronic Copy of Record on appeal

 ___ Volume(s) of record ___ Volume(s) of transcripts

 ___ Volume(s) of depositions

 ___ Container(s) of exhibits ___ box ___ binder

 _x_ 2) Supplemental record  1 box of sealed exhibits C-L

 ___ 3) SEALED DOCUMENT _____

 ___ 4) Other _____

 Very truly yours,

 By Alicia Phelps
 Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 3 0 2013
LORETTA G. WHYTE
CLERK

