UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | Section: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| *2:10- cv-08888-CJB-SS* | * | |
| | * | MAG. JUDGE SHUSHAN |

**************************************************************************

## ORDER

Considering the "Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 and April 20, 2013, Deadlines" and Supporting Memorandum of Law:

It is ORDERED that the Motion is hereby GRANTED and that the Short Form Joinders filed by Triton Industries, LLC and Lyons Specialty Company, LLC, and attached as Exhibits A and B, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this _____ day of _____, 2013.

_____
Honorable Carl. J. Barbier, U.S. District Judge