UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLEEN JACOBS LEVY, CARRIE DEFFES, | * | MDL NO.: 2179 |
| VERNA SIMMONS, VERONICA DEFFES, | | |
| SANDRA TORREGANO, MICHAEL STEWART, | | |
| REGINA STEWART, BENJAMIN STEWART, | | |
| TONJA FLOT, WILFRED GALLARD, JR. | | |
| GILBERT JOHNSON, BARRY JOHNSON, | | |
| CORNELUIS JOHNSON, PATRICIA BAILEY, | | |
| MICHELLE AND MARK KURKA, DR. NEIL | | |
| WOLFSON, ROBERT P. CHARBONNET, LINDA | | |
| CHARBONNET, EVERETT AND BEVERLY | | |
| DAVIS, GRAND TERRE PLANTATION, L.L.C., | | |
| JACK O'NEAL, BAJRANG, INC., THROUGH ITS | | |
| PRESIDENT MAHESH MISTRY, PAUL | | |
| TERREBONE D/B/A PELLERIN'S TROPHY AND | | |
| AWARDS, DAVID AND SHARON WADDEL, | | |
| WILLIAM AND BEVERLY JAY, RICHARD AND | | |
| THELMA LAMBERT, RONALD RUIZ, JAMES R. | | |
| MITCHELL, JOSEPH AND LINDA GALLIANO, | | |
| SR., RONALD RIZZUTO, BARBARA CHARBONNET. | | |
| JACK CHARBONNET, JANE CHARBONNET, | | |
| KENNY CHARBONNET, PATRICK DEFFES, | | |

HOMEFINDERS INTERNATIONAL, THROUGH ITS PRESIDENT, DARLEEN JACOBS LEVY, JAMES MARCH, QUIK PIK FOOD MART/DOLLY'S DELI, INC., THROUGH ITS PRESIDENT WILLIAM LAURENDINE, ALVIN THOMPSON, KEVIN REECE, ANTHONY KIZZEE, RONALD HICKS, LEWIS HARPER, PATRICK CAGE, CHARLES BRADLEY, GLYN EVANS, DARLEEN M. JACOBS, A PROFESSIONAL LAW CORPORATION, KENNY CHARBONNET, GLEN KILIAN, ROXANNE KILIAN, WARREN ATKINS, PAUL AND NANCY HAMBURGER, ROBERT BULLIS, CRAIG COFFEY, MELANIE MAYEAUX, ALICIA HAWKES, JOSHUA MAYEAUX, ROBERT MAYEAUX, GERMAINE REED, ROY AND ERNESTINE SHELL, ERIC MENHENNETT, BETTY RABURN, WILFORD GALLARDO, WILLIE MALLARD, HAROLD FRANK CONN, JR., JOANN CONN, ANDREW RAGAN, ANDREW FENN, GERMAINE REED, JEFFERY CONERLY, MARTHA NORWOOD STEWART, PATRICIA LACERVA, OLEN BARTHELEMY, DAVID HOWCOTT, CHRIS HEBERT, BLANCHE KELLY, GREG SYRUP, LINDA GALLIANO, JOSEPH GALLIANIO,

SAMUEL HARRISON, RICHARD ZIEGLER,

MARIA SIMON, TIMMY AUTIN and TYRONE BROWN

| | | |
|---|---|---|
| VERSUS | * | CASE NUMBER 13-786 |
| | * | |
| | * | SECTION: "J" MAG 1 |
| TRANSOCEAN, LTD., BP EXPLORATION | * | HON. JUDGE CARL |
| AND PRODUCTION, INC., BP AMERICA | * | BARBIER |
| PRODUCTION COMPANY, BP, PLC, | * | |
| TRANSOCEAN, LTD., TRANSOCEAN, | * | HON. MAG. JUDGE |
| OFFSHORE, DEEPWATER DRILLING, | * | SALLY SHUSHAN |
| INC., TRANSOCEAN DEEPWATER, INC., | * | |
| TRANSOCEAN HOLDING, LLC., TRITON | * | |
| ASSET LEASING GMBH, HALLIBURTON | * | |
| ENERGY SERVICES, INC., CAMERON | * | |
| INTERNATIONAL, CORPORATION, | * | |
| WEATHERFORD USLP, ANADARKO E&P | * | |
| COMPANY, LP, MOEX OFFSHORE 2007, | * | |
| LLC, MOEX USA CORPORATION, MITSUI | * | |
| OIL EXPLORATION CO., LTD. | * | |

*************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND THE ORIGINAL COMPLAINT

MAY IT PLEASE THE COURT:

Through undersigned counsel appear the plaintiffs who request leave of this court to have the caption of the complaint and throughout the body of the complaint, wherever relevant, amended in the following respects:

Plaintiff Wilfred Wilfred Gallard, Jr. should be changed to Wilfred Gallardo, Jr.

Corneluis Johnson should be changed to Cornelius Johnson.

Paul Terrebone should be changed to Paul Terrebonne.

Roy and Ernestine Shell should be changed to Roy and Ernestine Schell

Wilford Gallardo should be changed to Wilfred Gallardo.

By amending the caption to add defendant Anadarko Petroleum Corporation and correcting the spelling of Andarko E&P Company, L.P to Anadarko E&P Company, L.P.

The proposed amendments would conform the text of the body of the complaint and the caption of the complaint, and correct errors in the names of several plaintiffs and defendants.

No answer has been filed in this matter and there would be no prejudice to any party resulting from amending the complaint.

Accordingly, leave of court is sought to have the caption and body of the complaint amended as prayed for herein.

Respectfully submitted,

/s/DARLEEN M. JACOBS
DARLEEN M. JACOBS LA #7208
NY Bar No 2145704
A Professional Law Corporation
Jacobs, Sarrat, Lovelace & Harris
823 St.Louis Street
New Orleans, Louisiana 70112
504-522-0155/ 504-522-3287