UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARLEEN JACOBS LEVY, CARRIE DEFFES,   *         MDL NO.: 2179

VERNA SIMMONS, VERONICA DEFFES,

SANDRA TORREGANO, MICHAEL STEWART,

REGINA STEWART, BENJAMIN STEWART,

TONJA FLOT, WILFRED GALLARD, JR.

GILBERT JOHNSON, BARRY JOHNSON,

CORNELUIS JOHNSON, PATRICIA BAILEY,

MICHELLE AND MARK KURKA, DR. NEIL

WOLFSON, ROBERT P. CHARBONNET, LINDA

CHARBONNET, EVERETT AND BEVERLY

DAVIS, GRAND TERRE PLANTATION, L.L.C.,

JACK O'NEAL, BAJRANG, INC., THROUGH ITS

PRESIDENT MAHESH MISTRY, PAUL

TERREBONE D/B/A PELLERIN'S TROPHY AND

AWARDS, DAVID AND SHARON WADDEL,

WILLIAM AND BEVERLY JAY, RICHARD AND

THELMA LAMBERT, RONALD RUIZ, JAMES R.

MITCHELL, JOSEPH AND LINDA GALLIANO,

SR., RONALD RIZZUTO, BARBARA CHARBONNET.

JACK CHARBONNET, JANE CHARBONNET,

KENNY CHARBONNET, PATRICK DEFFES,

1

HOMEFINDERS INTERNATIONAL, THROUGH ITS PRESIDENT, DARLEEN JACOBS LEVY, JAMES MARCH, QUIK PIK FOOD MART/DOLLY'S DELI, INC., THROUGH ITS PRESIDENT WILLIAM LAURENDINE, ALVIN THOMPSON, KEVIN REECE, ANTHONY KIZZEE, RONALD HICKS, LEWIS HARPER, PATRICK CAGE, CHARLES BRADLEY, GLYN EVANS, DARLEEN M. JACOBS, A PROFESSIONAL LAW CORPORATION, KENNY CHARBONNET, GLEN KILIAN, ROXANNE KILIAN, WARREN ATKINS, PAUL AND NANCY HAMBURGER, ROBERT BULLIS, CRAIG COFFEY, MELANIE MAYEAUX, ALICIA HAWKES, JOSHUA MAYEAUX, ROBERT MAYEAUX, GERMAINE REED, ROY AND ERNESTINE SHELL, ERIC MENHENNETT, BETTY RABURN, WILFORD GALLARDO, WILLIE MALLARD, HAROLD FRANK CONN, JR., JOANN CONN, ANDREW RAGAN, ANDREW FENN, GERMAINE REED, JEFFERY CONERLY, MARTHA NORWOOD STEWART, PATRICIA LACERVA, OLEN BARTHELEMY, DAVID HOWCOTT, CHRIS HEBERT, BLANCHE KELLY, GREG SYRUP, LINDA GALLIANO, JOSEPH GALLIANIO,

SAMUEL HARRISON, RICHARD ZIEGLER,

MARIA SIMON, TIMMY AUTIN and TYRONE BROWN

| | | |
|---|---|---|
| VERSUS | * | CASE NUMBER 13-786 |
| | * | |
| | * | SECTION: "J" MAG 1 |
| | | |
| TRANSOCEAN, LTD., BP EXPLORATION | * | HON. JUDGE CARL |
| AND PRODUCTION, INC., BP AMERICA | * | BARBIER |
| PRODUCTION COMPANY, BP, PLC, | * | |
| TRANSOCEAN, LTD., TRANSOCEAN, | * | HON. MAG. JUDGE |
| OFFSHORE, DEEPWATER DRILLING, | * | SALLY SHUSHAN |
| INC., TRANSOCEAN DEEPWATER, INC., | * | |
| TRANSOCEAN HOLDING, LLC., TRITON | * | |
| ASSET LEASING GMBH, HALLIBURTON | * | |
| ENERGY SERVICES, INC., CAMERON | * | |
| INTERNATIONAL, CORPORATION, | * | |
| WEATHERFORD USLP, ANADARKO E&P | * | |
| COMPANY, LP, MOEX OFFSHORE 2007, | * | |
| LLC, MOEX USA CORPORATION, MITSUI | * | |
| OIL EXPLORATION CO., LTD. | * | |

**************************************************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, appears the plaintiffs collectively and individually, moving this Honorable Court by ex parte motion to supplement and amend the original complaint as follows:

3

1.

Amending the caption of the original complaint and throughout the body of the original complaint, where relevant, in the following respects:

Wilfred Gallard, Jr. should be changed to Wilfred Gallardo, Jr.

Corneluis Johnson should be changed to Cornelius Johnson.

Paul Terrebone should be changed to Paul Terrebonne.

Roy and Ernestine Shell should be changed to Roy and Ernestine Schell

Wilford Gallardo should be changed to Wilfred Gallardo.

2.

By amending the caption to add defendant Anadarko Petroleum Corporation and correct the spelling of Andarko E&P Company, L.P to Anadarko E&P Company, L.P.

3.

Your complainants re-aver and reallege all and each of the allegations of the original complaint, and as supplemented and amended herein.

WHEREFORE, the plaintiffs, reiterating each and every allegation of the original complaint, as though copied at length herein, pray:

I.  For leave of court to file this First Supplemental and Amending Complaint; and

II. The same be supplemented and amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of Plaintiffs, and against all defendants jointly, severally, and *in solido*, and for all other relief provided by law.

Respectfully submitted,

_____
DARLEEN M. JACOBS (#7208)

(NY Bar No. 2145704)
*A Professional Law Corporation*
MELVIN J. BURMASTER (#19508)
JACOBS, SARRAT, LOVELACE & HARRIS
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287

5