UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARLEEN JACOBS LEVY, CARRIE DEFFES,    *        MDL NO.: 2179

VERNA SIMMONS, VERONICA DEFFES,

SANDRA TORREGANO, MICHAEL STEWART,

REGINA STEWART, BENJAMIN STEWART,

TONJA FLOT, WILFRED GALLARD, JR.

GILBERT JOHNSON, BARRY JOHNSON,

CORNELUIS JOHNSON, PATRICIA BAILEY,

MICHELLE AND MARK KURKA, DR. NEIL

WOLFSON, ROBERT P. CHARBONNET, LINDA

CHARBONNET, EVERETT AND BEVERLY

DAVIS, GRAND TERRE PLANTATION, L.L.C.,

JACK O'NEAL, BAJRANG, INC., THROUGH ITS

PRESIDENT MAHESH MISTRY, PAUL

TERREBONE D/B/A PELLERIN'S TROPHY AND

AWARDS, DAVID AND SHARON WADDEL,

WILLIAM AND BEVERLY JAY, RICHARD AND

THELMA LAMBERT, RONALD RUIZ, JAMES R.

MITCHELL, JOSEPH AND LINDA GALLIANO,

SR., RONALD RIZZUTO, BARBARA CHARBONNET.

JACK CHARBONNET, JANE CHARBONNET,

KENNY CHARBONNET, PATRICK DEFFES,

HOMEFINDERS INTERNATIONAL, THROUGH ITS PRESIDENT, DARLEEN JACOBS LEVY, JAMES MARCH, QUIK PIK FOOD MART/DOLLY'S DELI, INC., THROUGH ITS PRESIDENT WILLIAM LAURENDINE, ALVIN THOMPSON, KEVIN REECE, ANTHONY KIZZEE, RONALD HICKS, LEWIS HARPER, PATRICK CAGE, CHARLES BRADLEY, GLYN EVANS, DARLEEN M. JACOBS, A PROFESSIONAL LAW CORPORATION, KENNY CHARBONNET, GLEN KILIAN, ROXANNE KILIAN, WARREN ATKINS, PAUL AND NANCY HAMBURGER, ROBERT BULLIS, CRAIG COFFEY, MELANIE MAYEAUX, ALICIA HAWKES, JOSHUA MAYEAUX, ROBERT MAYEAUX, GERMAINE REED, ROY AND ERNESTINE SHELL, ERIC MENHENNETT, BETTY RABURN, WILFORD GALLARDO, WILLIE MALLARD, HAROLD FRANK CONN, JR., JOANN CONN, ANDREW RAGAN, ANDREW FENN, GERMAINE REED, JEFFERY CONERLY, MARTHA NORWOOD STEWART, PATRICIA LACERVA, OLEN BARTHELEMY, DAVID HOWCOTT, CHRIS HEBERT, BLANCHE KELLY, GREG SYRUP, LINDA GALLIANO, JOSEPH GALLIANIO,

SAMUEL HARRISON, RICHARD ZIEGLER,

MARIA SIMON, TIMMY AUTIN and TYRONE BROWN

| | | |
|---|---|---|
| VERSUS | * | CASE NUMBER 13-786 |
| | * | SECTION: "J" MAG 1 |
| TRANSOCEAN, LTD., BP EXPLORATION | * | HON. JUDGE CARL |
| AND PRODUCTION, INC., BP AMERICA | * | BARBIER |
| PRODUCTION COMPANY, BP, PLC, | * | |
| TRANSOCEAN, LTD., TRANSOCEAN, | * | HON. MAG. JUDGE |
| OFFSHORE, DEEPWATER DRILLING, | * | SALLY SHUSHAN |
| INC., TRANSOCEAN DEEPWATER, INC., | * | |
| TRANSOCEAN HOLDING, LLC., TRITON | * | |
| ASSET LEASING GMBH, HALLIBURTON | * | |
| ENERGY SERVICES, INC., CAMERON | * | |
| INTERNATIONAL, CORPORATION, | * | |
| WEATHERFORD USLP, ANADARKO E&P | * | |
| COMPANY, LP, MOEX OFFSHORE 2007, | * | |
| LLC, MOEX USA CORPORATION, MITSUI | * | |
| OIL EXPLORATION CO., LTD. | * | |

**MOTION SEEKING ORDER ADDING ADDITIONAL COUNSEL OF RECORD**

**NOW through undersigned counsel appear the plaintiffs who seek order of court to enroll** Melvin J. Burmaster, LSBA 19508 of Jacobs, Sarrat, Lovelace & Harris, 823 St.Louis Street, New Orleans, Louisiana 70112 as additional counsel of record for the plaintiffs in case 13-786.

WHEREFORE, it is prayed that this Honorable Court issue order to enroll Melvin J. Burmaster as additional counsel for plaintiffs in case 13-786.

Respectfully submitted,

*/s/ Darleen M. Jacobs*

_____
DARLEEN M. JACOBS LA #7208
NY Bar No 2145704
A Professional Law Corporation
Jacobs, Sarrat, Lovelace & Harris
823 St.Louis Street
New Orleans, Louisiana 70112
504-522-0155/ 504-522-3287