UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARLEEN JACOBS LEVY, CARRIE DEFFES,     *          MDL NO.: 2179

VERNA SIMMONS, VERONICA DEFFES,

SANDRA TORREGANO, MICHAEL STEWART,

REGINA STEWART, BENJAMIN STEWART,

TONJA FLOT, WILFRED GALLARD, JR.

GILBERT JOHNSON, BARRY JOHNSON,

CORNELUIS JOHNSON, PATRICIA BAILEY,

MICHELLE AND MARK KURKA, DR. NEIL

WOLFSON, ROBERT P. CHARBONNET, LINDA

CHARBONNET, EVERETT AND BEVERLY

DAVIS, GRAND TERRE PLANTATION, L.L.C.,

JACK O'NEAL, BAJRANG, INC., THROUGH ITS

PRESIDENT MAHESH MISTRY, PAUL

TERREBONE D/B/A PELLERIN'S TROPHY AND

AWARDS, DAVID AND SHARON WADDEL,

WILLIAM AND BEVERLY JAY, RICHARD AND

THELMA LAMBERT, RONALD RUIZ, JAMES R.

MITCHELL, JOSEPH AND LINDA GALLIANO,

SR., RONALD RIZZUTO, BARBARA CHARBONNET.

JACK CHARBONNET, JANE CHARBONNET,

KENNY CHARBONNET, PATRICK DEFFES,

HOMEFINDERS INTERNATIONAL, THROUGH ITS

PRESIDENT, DARLEEN JACOBS LEVY, JAMES MARCH,

QUIK PIK FOOD MART/DOLLY'S DELI, INC., THROUGH ITS

PRESIDENT WILLIAM LAURENDINE, ALVIN

THOMPSON, KEVIN REECE, ANTHONY KIZZEE,

RONALD HICKS, LEWIS HARPER, PATRICK

CAGE, CHARLES BRADLEY, GLYN EVANS,

DARLEEN M. JACOBS, A PROFESSIONAL LAW

CORPORATION, KENNY CHARBONNET, GLEN

KILIAN, ROXANNE KILIAN, WARREN ATKINS,

PAUL AND NANCY HAMBURGER, ROBERT BULLIS,

CRAIG COFFEY, MELANIE MAYEAUX, ALICIA

HAWKES, JOSHUA MAYEAUX, ROBERT

MAYEAUX, GERMAINE REED, ROY AND

ERNESTINE SHELL, ERIC MENHENNETT, BETTY

RABURN, WILFORD GALLARDO, WILLIE MALLARD,

HAROLD FRANK CONN, JR., JOANN CONN,

ANDREW RAGAN, ANDREW FENN, GERMAINE

REED, JEFFERY CONERLY, MARTHA NORWOOD

STEWART, PATRICIA LACERVA, OLEN BARTHELEMY,

DAVID HOWCOTT, CHRIS HEBERT,

BLANCHE KELLY, GREG SYRUP,

LINDA GALLIANO, JOSEPH GALLIANIO,

SAMUEL HARRISON, RICHARD ZIEGLER,

MARIA SIMON, TIMMY AUTIN and TYRONE BROWN

| | | |
|---|---|---|
| VERSUS | * | CASE NUMBER 13-786 |
| | * | SECTION: "J" MAG 1 |
| TRANSOCEAN, LTD., BP EXPLORATION | * | HON. JUDGE CARL |
| AND PRODUCTION, INC., BP AMERICA | * | BARBIER |
| PRODUCTION COMPANY, BP, PLC, | * | |
| TRANSOCEAN, LTD., TRANSOCEAN, | * | HON. MAG. JUDGE |
| OFFSHORE, DEEPWATER DRILLING, | * | SALLY SHUSHAN |
| INC., TRANSOCEAN DEEPWATER, INC., | * | |
| TRANSOCEAN HOLDING, LLC., TRITON | * | |
| ASSET LEASING GMBH, HALLIBURTON | * | |
| ENERGY SERVICES, INC., CAMERON | * | |
| INTERNATIONAL, CORPORATION, | * | |
| WEATHERFORD USLP, ANADARKO E&P | * | |
| COMPANY, LP, MOEX OFFSHORE 2007, | * | |
| LLC, MOEX USA CORPORATION, MITSUI | * | |
| OIL EXPLORATION CO., LTD. | * | |

## ORDER ADDING ADDITIONAL COUNSEL OF RECORD

**IT IS ORDERED that** Melvin J. Burmaster, LSBA 19508 of Jacobs, Sarrat, Lovelace & Harris, 823 St.Louis Street, New Orleans, Louisiana 70112 is enrolled as additional counsel of record for the plaintiffs.

_____
JUDGE, EASTERN DISTRICT LOUISIANA