# DuWayne Mason

9405 Marino Circle, Apt 107
Naples, FL 34114
239-280-0060 (Home)
850-443-5082 (Cell)

March 26, 2013

Deepwater Horizon Medical
Benefits Settlement Opt Outs
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Dear Sirs:

    I, DuWayne Mason, maintain that I have never been a member of the Medical Benefits Settlement "Class." I initiated suit in the U.S. District Court for the Eastern District of Louisiana, the filing of which demonstrated to the Court and to the settling parties in the Medical Benefits Class action that I refused to participate. On March 5, 2013, Judge Carl Barbier issued a ruling in which he observed that I might be a member of the Medical Benefits Class. Should such be the case, which I adamantly refute, I maintain that my time to exercise my opt out rights commended on March 5, 2013. In any and all events, out of an abundance of caution and without conceding I was ever a member of the Medical Benefits Class:

    I wish to exclude myself from the Medical Class.

Very truly yours,

*[signature]*

DuWayne Mason
Date of Birth:          1960



