UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG                    MDL NO. 2179

"DEEPWATER HORIZON" in the                     SECTION J MAG 1

GULF OF MEXICO on April 20, 2010              JUDGE BARBIER

                                                                  MAGISTRATE SHUSHAN

THIS DOCUMENT RELATES TO 13-786

*************************************************************************

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND ORIGINAL

COMPLAINT BY THE FILING OF  A FIRST SUPPLEMENTAL AND AMENDING

COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiffs through undersigned counsel seek leave of court to have the caption of the complaint and throughout the body of the complaint, wherever relevant, amended in the following respects:

Plaintiff Wilfred Wilfred Gallard, Jr. should be changed to Wilfred Gallardo, Jr.

Corneluis Johnson should be changed to Cornelius Johnson.

Paul Terrebone should be changed to Paul Terrebonne.

Roy and Ernestine Shell should be changed to Roy and Ernestine Schell

Wilford Gallardo should be changed to Wilfred Gallardo.

By amending the caption to add defendant Anadarko Petroleum Corporation and correcting the spelling of Andarko E&P Company, L.P to Anadarko E&P Company, L.P.

The proposed amendments would conform the text of the body of the complaint and the caption of the complaint, and correct errors in the names of several plaintiffs and defendants.

No answer has been filed in this matter and there would be no prejudice to any party resulting from amending the complaint.

Accordingly, there is need for leave of court to have the caption and body of the complaint amended as prayed for herein.

Respectfully submitted,

*/s/ DARLEEN M. JACOBS*

_____
DARLEEN M. JACOBS LA #7208
NY Bar No 2145704
A Professional Law Corporation
Jacobs, Sarrat, Lovelace & Harris
823 St.Louis Street
New Orleans, Louisiana 70112
504-522-0155/ 504-522-3287