UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | SECTION J MAG 1 |
| GULF OF MEXICO on April 20, 2010 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

THIS DOCUMENT RELATES TO 13-786

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Leave is granted to Plaintiffs to amend the Plaintiffs' original complaint in No. 13-786 by filing a First Amending and Supplemental Complaint.

_____

JUDGE, EASTERN DISTRICT LOUISIANA