UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | SECTION J MAG 1 |
| GULF OF MEXICO on April 20, 2010 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

THIS DOCUMENT RELATES TO 13-786

*********************************************************************

**MOTION SEEKING ORDER ADDING ADDITIONAL COUNSEL OF RECORD**

NOW through undersigned counsel appear the plaintiffs who seek order of court to enroll Melvin J. Burmaster, LSBA 19508 of Jacobs, Sarrat, Lovelace & Harris, 823 St.Louis Street, New Orleans, Louisiana 70112 as additional counsel of record for the plaintiffs in case 13-786.

WHEREFORE, it is prayed that this Honorable Court issue order to enroll Melvin J. Burmaster as additional counsel for plaintiffs in case 13-786.

Respectfully submitted,

*/s/ Darleen M. Jacobs*

_____
DARLEEN M. JACOBS LA #7208
NY Bar No 2145704
A Professional Law Corporation
Jacobs, Sarrat, Lovelace & Harris
823 St.Louis Street
New Orleans, Louisiana 70112
504-522-0155/ 504-522-3287