UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | Master Case 10-2179 |
| | Applies to both cases |
| **DARLEEN LEVY, WILFRED GALLARDO** | NO. 13-737 |
| **AND MICHELLE AND MARK KURKA** | |
| | |
| **VERSUS** | |
| | |
| **BP EXPLORATION & PRODUCTION, INC.,** | SECTION: "J" |
| **BP AMERICA PRODUCTION COMPANY, BP,** | |
| **PLC, TRANSOCEAN, TLD., TRANSOCEAN** | MAG. (1) |
| **OFFSHORE DEEPWATER DRILLING, INC.,** | |
| **TRANSOCEAN DEEPWATER, INC., TRANSOCEAN** | |
| **HOLDING, L.L.C., TRITON ASSESSET LEASING** | |
| **GMBH, HALLIBURTON ENERGY SERVICES, INC.,** | |
| **CAMERON INTERNATIONAL CORPORATION** | |
| **F/K/A COOPER-CAMERON CORPORATION,** | |
| **WEATHERFORD U.S.L.P., ANADARKO** | |
| **PETROLEUM CORPORATION CO., ANADARKO** | |
| **E&P COMPANY LP, MOEX OFFSHORE 2007** | |
| **LLC, MOEX USA CORPORATION AND MITSUI OIL** | |
| **EXPLORATION CO., LTD.** | |

**************************************************************************

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

    **NOW INTO COURT,** through undersigned counsel come Plaintiffs, who pursuant to Fed.R.Civ.P. 23(b)(3) respectfully move this Honorable Court for an Order certifying the above-captioned matter as a class action because the statutory requisites of numerosity, commonality, typicality, adequate representation, and predominance are satisfied, and the class action is the superior method for adjudicating Plaintiffs' claims.

1

Respectfully submitted,


*S/Darleen M. Jacobs*
DARLEEN M. JACOBS (#7208)
(NY Bar No. 2145704)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiffs


*Kenneth Charbonnet*
KENNETH CHARBONNET (#4061)
(TX Bar No. 00785576)
3750 South Claiborne Ave.
New Orleans, LA 70125
(504) 897-3700
Attorney for Plaintiffs


*S/Richard M. Martin, Jr.*
RICHARD M. MARTIN, JR. (#08998)
(MS Bar No. 99627)
(TX Bar No. 24026021)
(District of Columbia Bar No. 466940)
20 Versailles Boulevard
New Orleans, LA 70125
(504) 861-8476
Attorney for Plaintiffs

*Steve Gordon*
STEVE GORDON
Gordon, Elias & Seely, L.L.P.
(TX Bar No. 08207980)
(LA Bar No. 24109)
(WA Bar No. 412407)
1811 Bering Drive, Suite 300
Houston, TX 77057

2

>(713) 668-9999
>Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that the above the above and foregoing Plaintiffs' Motion for Class Certification has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. __, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1[th] day of May, 2013.

>*S/Darleen M. Jacobs*
>DARLEEN M. JACOBS