UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DOG RIVER MARINA AND BOAT WORKS, INC.,** | * | |
| | * | |
| Plaintiff, | | |
| | * | CIVIL ACTION NO. 2:13-cv-1192 |
| vs. | | |
| | * | JUDGE CARL BARBIER |
| **BP EXPLORATION & PRODUCTION, INC.; et al.,** | * | MAGISTRATE SALLY SHUSHAN |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 1st day of May, 2013, served a copy of the Summons, Civil Cover Sheet and Complaint for Damages on BP Exploration & Production, Inc., 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808; BP America Production Company, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801; Halliburton Energy Services, Inc., c/o Donald E. Godwin, Godwin Lewis, PC, 4 Houston Center, 1331 Lamar Street, Suite 1665, Houston, Texas 77010; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc., c/o Donald E. Godwin, Godwin Lewis, PC, 4 Houston Center, 1331 Lamar Street, Suite 1665, Houston, Texas 77010, by mailing same to each by United States certified mail, properly addressed, and first class postage prepaid.

/s/  Allison E. White
ALLISON E. WHITE, La. Bar No. 32957
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031
aew@cunninghambounds.com