# EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Betty J. Ballanco | 3/18/2013 | 124321 |
| Cody Fontaine | 3/18/2013 | 124323 |
| Cvitanovic Boat Service, Inc. | 4/16/2013 | 129587 |
| Cvitanovic Brothers, Inc. | 4/16/2013 | 129581 |
| Duplechien's Oyster Farmers, LLC | 3/18/2013 | 124329 |
| Edwin J. Dennies | 3/18/2013 | 124330 |
| Frog Island Seafood, Inc. | 4/19/2013 | 124332 |
| Frog Island Trucking, Inc. | 4/18/2013 | 130913 |
| George Hofmeister | 4/20/2013 | 133203 |
| Janice Airhart | 3/18/2013 | 124336 |
| Irving Hingle | 3/18/2013 | 124339 |
| Josh Jambon | 4/16/2013 | 129494 |
| Kevin Haas | 3/18/2013 | 124341 |
| Lan T. Buras | 3/18/2013 | 124342 |
| Lisa Haas | 3/18/2013 | 124343 |
| Mark Delesdernier, Jr. | 3/18/2013 | 124345 |
| Nicolae Nitika | 3/19/2013 | 124349 |
| Patsy Pannagl | 3/19/2013 | 124350 |
| RA Fitness, LLC | 3/19/2013 | 124351 |
| Sammi Spence | 3/19/2013 | 124353 |
| Shane Bagala | 3/19/2013 | 124355 |

1

| Stephen Airhart | 3/18/2013 | 124337 |
|---|---|---|
| Surface Safety Rental, LLC | 4/19/2013 | 131867 |
| Wendy Boudoin | 3/19/2013 | 124357 |
| Wesley L. Wyman, Jr. | 3/19/2013 | 124358 |
| Bruce Trader | 4/15/2013 | 129421 |
| Pepper D. Ladner | 4/15/2013 | 129382 |
| Sun Ray Café II, Inc., Amending Doc. No. 112358, filed on 2/23/2012 | 5/1/2013 | 134638 |
| John L. Hymes | 4/20/2013 | 133217 |
| John Gooding | 3/26/2012 | 118079 |
| Danette Barthelemy | 3/26/2012 | 118078 |
| Sandra J. Evans | 6/20/2012 | 119419 |