| | REVISED PRIVILEGE LOG – LIBERTY INSURANCE UNDERWRITERS, INC.'S 2/25/13 SUPPLEMENTAL DOCUMENT PRODUCTION | | | | | | |
|---|---|---|---|---|---|---|---|
| Bates No. | Date | Author | Recipient(s) | Attachment(s) | Basis for Withholding | Withheld/Redacted | Description |
| LIU 01540-1548 | 12/13/2011 | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | Gordon McBurney, Danny Forsythe, Mike Abdallah, Frank O'Connor, Mary Henschke, David Cohen, Tony Glenn, Cathy Metcalfe, David Oates, Alan Mandell, Chrstopher Peirce, John Dinsmore, Mark Yunque, Suzanne Douglas, Matthew Uhoda, Jon Wismer, Frank Robinson, George Perrotta, John Russomanno, Mike Markett, Denise Morris, Marcia Nolan, Bob Schooley, Kevin Held, Abhi Shah | None | Work Product prepared by a party in anticipation of litigation; Attorney-Client privilege; confidential, proprietary | 1545 & 1547-1548 Redacted portion prepared on 12/13/2011 | Precautionary Large Loss Report - discussing BP litigation, reserves, and Cameron's settlement with BP |
| LIU 1564-65 | 12/13/2011 | Paul Koepff, attorney for Liberty Insurance Underwriters, Inc. | James Engle, Jessica Rogin, Jeffrey Roberts, Chris Martin, Shannon Boettjer | proposed Cameron/BP Settlement | Attorney-client privilege; Work Product prepared by a party's attorney in anticipation of litigation | Redacted top portion of e-mail string on 1564 | Discussion of terms of BP / Cameron settlement |
| LIU 01594-99 | 12/13/2011 | James Engel, Chief Claim Officer - US & Latin America, Liberty Insurance Underwriters, Inc. | Chris Martin, Paul Koepff, shannon Boettjer, Jessica Rogin, Jeffrey Roberts | None | Attorney-Client privilege; Work Product prepared by a party in anticipation of litigation | Redacted top portion of e-mail string on 1594 | Discussion of terms of BP/Cameron settlement |

EXHIBIT C

| REVISED PRIVILEGE LOG – LIBERTY INSURANCE UNDERWRITERS, INC.'S 2/25/13 SUPPLEMENTAL DOCUMENT PRODUCTION ||||||||
|---|---|---|---|---|---|---|---|
| Bates No. | Date | Author | Recipient(s) | Attachment(s) | Basis for Withholding | Withheld/Redacted | Description |
| LIU 01594-99 | 12/13/2011 | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | James Engel, Jessica Rogin | None | Work Product prepared by a party in anticipation of litigation | Redacted portion of e-mail string on 1594 | Discussion of terms of BP/Cameron settlement |
| LIU 01602 | 12/13/2011 | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | None | None | Work Product prepared by a party in anticipation of litigation | Redacted | "Case Facts" - summary of and settlement negotiations between BP and Cameron and its insurers |
| LIU 01603 | 2/8/2012 | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | None | Yes | Work Product prepared by a party in anticipation of litigation | Redacted | "Case Facts" - discussion of internal distribution of Precautionary Large Loss Report |
| LIU 01606 | ?? | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | None | None | Work Product prepared by a party in anticipation of litigation; Attorney-Client Privilege | Redacted | Jeffrey Roberts' handwritten notes documenting discussions with counsel for Liberty Insurance Underwriters, Inc. (Paul Koepff and Chris Martin) concerning Cameron's settlement negotiations with BP |
| LIU 01617 | 11/2/2011 | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | None | None | Work Product prepared by a party in anticipation of litigation; Attorney-Client Privilege | Redacted | Jeffrey Roberts' handwritten notes documenting discussions with counsel for Liberty Insurance Underwriters, Inc. (Paul Koepff) concerning Cameron's settlement negotiations with BP |

| REVISED PRIVILEGE LOG – LIBERTY INSURANCE UNDERWRITERS, INC.'S 2/25/13 SUPPLEMENTAL DOCUMENT PRODUCTION | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bates No. | Date | Author | Recipient(s) | Attachment(s) | Basis for Withholding | Withheld/Redacted | Description |
| LIU 01618 | 11/6/2011 | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | None | None | Work Product prepared by a party in anticipation of litigation; Attorney-Client Privilege | Redacted | Jeffrey Roberts' handwritten notes documenting conference call with counsel (Paul Koepff) among others at which Cameron's settlement negotiations with BP were discussed |
| LIU 01620-1621 | 11/11/2011 | Jeffrey Roberts, Adjuster for Liberty Insurance Underwriters, Inc. | None | None | Work Product prepared by a party in anticipation of litigation; Attorney-Client Privilege | Redacted | Jeffrey Roberts' handwritten notes concerning questions for counsel (Paul Koepff) regarding Cameron's settlement negotiations with BP |
| N/A | October 2011 to December 2011; all are post-April 20, 2011 | Representatives of Liberty Insurance Underwriters, Inc. and/or Paul Koepff, counsel for Liberty Insurance Underwriters, Inc. | Representatives of Liberty Insurance Underwriters, Inc. and/or Paul Koepff, counsel for Liberty Insurance Underwriters, Inc. | | Attorney-Client Privilege; Work Product | Withheld | E-mails between Liberty Insurance Underwriters, Inc. and its counsel (Paul Koepff). Per pretrial order No. 14, "[p]rivilege log identification is not required for post-April 20, 2010 communications exchanged between the Producing Party and their counsel or among counsel for the Producing Party." Nevertheless, out of an abundance of caution, Liberty has included a single entry for communications falling into this category. |