**Liberty**
International
Underwriters

**Case Facts**
Claim: NYCAS000150488  (Claimant: DEEP
WATER HORIZON)
Assured: CAMERON INTERNATIONAL
CORPORATION

Link to Claim

# REDACTED

Created by: Jeffrey Roberts  on: 12/13/2011
Updated by: Jeffrey Roberts  on: 12/13/2011

Internal Use Only: Not to Be Shared Outside Liberty

**CONFIDENTIAL**

**EXHIBIT D**

**LIU 01602**



## Large Loss Report
Claim: NYCAS000150488 (Claimant: DEEP
WATER HORIZON)
Assured: CAMERON INTERNATIONAL
CORPORATION



Created by: Jeffrey.Roberts on:02/08/2012
Updated by: Jeffrey.Roberts on:02/08/2012

Internal Use Only : Not to Be Shared Outside Liberty

CONFIDENTIAL

LIU 01603