

# Case Facts
## Claim: NYCAS000150488 (Claimant: DEEP WATER HORIZON)
## Assured: CAMERON INTERNATIONAL CORPORATION

Link to Claim

**Case Facts:** On Tuesday 4/20/2010 the oil rig Deep Water Horizon, anchored 41 miles off the coast of Louisiana in the Gulf of Mexico, sustained an explosion and fire which lead to the death of at least two oil workers and left 11 workers missing and presumed dead. The $800M+ Oil Rig sank in 5,000+ feet of water, and there is an oil leak of 5,000 barrels per day (barrel= 42 gallons = 210,000 gallons per day).

What we know is that while cementing the casing in place, pressure in the riser pipe became dangerously high. Initial, unconfirmed reports indicate that our insured's product, a Blow-out Preventer ("BOP"), did not function or malfunctioned and has not killed the flow of oil from the well.

There is a large oil slick/spill in the Gulf of Mexico and there is a storm approaching that is expected to wash the oil on-shore.

**Attachment:**

Created by: *Jeffrey Roberts* on: *04/29/2010*
Updated by: *Jeffrey Roberts* on: *04/29/2010*

Internal Use Only : Not to Be Shared Outside Liberty

CONFIDENTIAL

LIU 01502

EXHIBIT E