UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>Applies to case<br>NO. 13-737<br>SECTION: J<br>MAG. JUDGE SHUSHAN |

**************************************************************************

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

      **NOW INTO COURT,** through undersigned counsel come Plaintiffs, who pursuant to Fed.R.Civ.P. 23(b)(3) respectfully move this Honorable Court for an Order certifying the above-captioned matter as a class action because the statutory requisites of numerosity, commonality, typicality, adequate representation, and predominance are satisfied, and the class action is the superior method for adjudicating Plaintiffs' claims.

Respectfully submitted,

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS (#7208)
(NY Bar No. 2145704)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287

1

Counsel for Plaintiffs

*Kenneth Charbonnet*
KENNETH CHARBONNET (#4061)
(TX Bar No. 00785576)
3750 South Claiborne Ave.
New Orleans, LA 70125
(504) 897-3700
Attorney for Plaintiffs

*S/Richard M. Martin, Jr.*
RICHARD M. MARTIN, JR. (#08998)
(MS Bar No. 99627)
(TX Bar No. 24026021)
(District of Columbia Bar No. 466940)
20 Versailles Boulevard
New Orleans, LA 70125
(504) 861-8476
Attorney for Plaintiffs

*Steve Gordon*
STEVE GORDON
Gordon, Elias & Seely, L.L.P.
(TX Bar No. 08207980)
(LA Bar No. 24109)
(WA Bar No. 412407)
1811 Bering Drive, Suite 300
Houston, TX 77057
(713) 668-9999
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above the above and foregoing Plaintiffs' Motion for Class Certification has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. __, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2179, on this 1th day of May, 2013.

                                       *S/Darleen M. Jacobs*
                                       DARLEEN M. JACOBS