UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010                     SECTION J

Applies to: *12-311*                               JUDGE BARBIER
                                                    MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding Cameron's Motion to Compel]

On April 30, 2012, Cameron submitted a letter which will be filed in the record.[1] It requests an order requiring Liberty Insurance Underwriters, Inc. ("Liberty") to produce the "Roberts Documents" and documents sufficient to show Liberty's policies and procedures regarding claims adjusting and the handling of coverage disputes.

By **noon on Friday, May 3, 2013**, Liberty shall deliver copies of the "Roberts Documents" to the Court's chambers for *in camera* review.

By **noon on Monday, May 6, 2013**, Liberty shall submit a memorandum in opposition to Cameron's request for production of documents sufficient to show Liberty's policies and procedures regarding claims adjusting and the handling of coverage disputes.

Any reply shall be submitted by **noon on Tuesday, May 7, 2013**, at which time Cameron's motion to compel will be submitted on briefs and without oral argument.

New Orleans, Louisiana, this 2nd day of May, 2013.

                                                    _____
                                                    **SALLY SHUSHAN**
                                                    **United States Magistrate Judge**

---

[1] Any further discovery disputes in the Cameron/Liberty matter shall be filed on the CM/ECF system and noticed for hearing in accord with the Local Rules.