UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | 2:10-md-02179 SECTION J |
| THIS DOCUMENT RELATES TO: 10-cv-8888 | | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes the claimant, Beulah Garrett, who moves this Court for acceptance of her late-filed Short Form Joinder and respectfully represents:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. The claimant contacted counsel after the Court-established deadline seeking assistance in filing claims for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Because claimant was unaware that she had a potential claim, was unaware of the Court-established deadline, or had not yet fully realized her damages, she did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-field Short Form Joinder (Beulah Garrett Short Form Joinder bears Document # 134637, filed 5-1-2013). No

action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding should the Court grant this motion.

For these reasons, movant respectfully requests this Court grant Movant's Motion for Acceptance of Short Form Joinder of Beulah Garrett bearing document #134637 filed 5-1-2013 and that the Court deem said Short Form Joinder to be timely filed.

RESPECTFULLY SUBMITTED:

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

BY: _____
Thomas B. Calvert (#14129)
3850 North Causeway Boulevard
Two Lakeway-Suite 940
Metairie, LA 70002
Telephone: (504) 830-7610
E-mail: tom@calvertaplc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

_____
Thomas B. Calvert