UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | 2:10-md-02179 SECTION J |
| THIS DOCUMENT RELATES TO: 10-cv-8888 | | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes the claimant, Beulah Garrett, who files this Memorandum in support of the accompanying Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline. The claimant, Beulah Garrett, seeks this Honorable Court's permission to accept the claimant's late-filed claim in the limitation proceeding for the following reasons:

1. The claimant contacted counsel after the Court-established deadline seeking assistance in filing a claim for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. The claimant was unaware of the Court-established deadline, or had not yet fully realized her damages, she did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filing. Such filing has been filed in the Court-established filing system under the action 2:10-cv-08888-CJS-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to this proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur v Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); In Re: Gladiator Marine, Inc., No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. V M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely. Limitation has not been determined, and there is no prejudice to the limited parties or other defendants.

For these reasons, claimant, Beulah Garrett, respectfully requests that the Court accept her late-filed Short Form Joinder bearing document #134638, filed 5-1-2013 and grant the accompanying Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline.

RESPECTFULLY SUBMITTED:

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

BY: _____
Thomas B. Calvert (#14129)
3850 North Causeway Boulevard
Two Lakeway-Suite 940
Metairie, LA 70002
Telephone: (504) 830-7610
E-mail: tom@calvertaplc.com

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

_____
Thomas B. Calvert