UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | 2:10-md-02179 SECTION J |
| THIS DOCUMENT RELATES TO: 10-cv-8888 | | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion and memorandum filed by the claimant, Beulah Garrett:

IT IS ORDERED that the Short Form Joinder of Beulah Garrett bearing document number 134637, filed 5-1-2013 is hereby accepted by the Court and is considered to be timely filed for all purposes.

New Orleans, Louisiana this_____ day of _____, 2013.

_____
JUDGE