# EXHIBIT "A"

| A. | SETTLEMENT STATEMENT | B. | TYPE OF LOAN |

**A.**  **SETTLEMENT STATEMENT**

**Citizens Title Group, Inc.**
4300 Bayou Blvd., Suite 34
Pensacola, Florida 32503
850-474-1833 fax: 850-857-1553

**B.    TYPE  OF  LOAN**

1. ☐ FHA   2. ☐ FMHA   3. ☐ CONV. UNINS.
4. ☐ VA   5. ☐ CONV. INS.
6. File Number.                    7. Loan Number
10-BAY
8. Mortgage Ins. Case No.:

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.

D. Buyer:
E. Seller:
F. Lender:
G. Property: 2661 bay street
gulf breeze, Santa Rosa County, Florida
H. Settlement Agent: Citizens Title Group, Inc.
  Place of Settlement: 4300 Bayou Blvd., Suite 34, Pensacola, Florida  32503  Escambia County
I. Settlement Date: June 18, 2010

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Buyer:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | 300,000.00 | 401. Contract Sales Price | 300,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (line 1400) | 4,263.50 | 403. | |
| Adjustments for Items Paid by Seller in Advance: | | Adjustments for Items Paid by Seller in Advance: | |
| 106. City / Town Taxes | | 406. City / Town Taxes | |
| 107. County / Parish Taxes | | 407. County / Parish Taxes | |
| 108. Assessments | | 408. Assessments | |
| **120. Gross Amount Due from Buyer:** | 304,263.50 | **420. Gross Amount Due to Seller:** | 300,000.00 |
| **200. Amounts Paid by or in Behalf of Buyer:** | | **500. Reductions in Amount Due to Seller:** | |
| 201. Deposit / Earnest Money | 1,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal Amount of New Loan | | 502. Settlement Charges to Seller (Line 1400) | 15,000.00 |
| 203. Existing Loan(s) | | 503. Existing Loan(s) | |
| 204. | | 504. Payoff of First Mortgage | |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. Purchase Money Mortgage | |
| Adjustments for Items Unpaid by Seller: | | Adjustments for Items Unpaid by Seller: | |
| 210. City / Town Taxes | | 510. City / Town Taxes | |
| 211. County / Parish Taxes Jan 1, 2010 thru Jun 17, 2010 | 920.55 | 511. County / Parish Taxes Jan 1, 2010 thru Jun 17, 2010 | 920.55 |
| 212. Assessments | | 512. Assessments | |
| **220. Total Paid by / for Buyer:** | 1,920.55 | **520. Total Reductions in Amount Due Seller:** | 15,920.55 |
| **300. Cash at Settlement from / to Buyer:** | | **600. Cash at Settlement to / from Seller:** | |
| 301. Gross Amount due from Buyer (line 120) | 304,263.50 | 601. Gross Amount due to Seller (line 420) | 300,000.00 |
| 302. Less Amount Paid by/for Buyer (line 220) | 1,920.55 | 602. Less Reductions Amount due Seller (line 520) | 15,920.55 |
| **303. Cash From Buyer:** | **$302,342.95** | **603. Cash To Seller:** | **$284,079.45** |

May 2007
June 1, 2010 1:25 PM

Settlement Date: June 18, 2010                                                                                                          File Number: 10-BAY

| L.            Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales / Broker's Commission: | | |
| Based on Price $300,000.00 @ 5.00% = $15,000.00 | | |
| Division of Commission as follows | | |
| 701. 15,000.00 to Exit Realty NFI | | |
| 702. | | |
| 703. Commission Paid at Settlement | | 15,000.00 |
| 704. Processing/Admin/Transaction | | |
| 800. Items Payable in Connection with Loan: | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Tax Service Fee | | |
| 809. Mortgage Broker Fee | | |
| 810. Flood Certification | | |
| 811. Underwriting Fee | | |
| 812. Processing Fee | | |
| 900. Items Required by Lender to be Paid in Advance: | | |
| 901. Daily interest charge from Jun 18, 2010 | | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 904. Flood Insurance Premium | | |
| 1000. Reserves Deposited with Lender: | | |
| 1001. Hazard Insurance | | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes | | |
| 1005. Annual Assessments | | |
| 1100. Title Charges: | | |
| 1101. Settlement or Closing Fee to Citizens Title Group, Inc. | 300.00 | |
| 1102. Abstract or Title Search to Citizens Title Group, Inc. | 150.00 | |
| 1103. Title Examination | | |
| 1104. Title Insurance Binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney Fees        (includes above item numbers: | | |
| 1108. Title Insurance to Citizens Title Group, Inc.        (includes above item numbers: | 1,575.00 | |
| 1109. Lender's Coverage        0.00 | | |
| 1110. Owner's Coverage   300,000.00   Risk Rate Premium:   $1,575.00 | | |
| 1111. E-mail/Fax/Courier/Wire to Citizens Title Group, Inc. | 120.00 | |
| 1200. Government Recording and Transfer Charges: | | |
| 1201. Recording Fees:   Deed   18.50   Mortgage   0.00   Releases   0.00 | 18.50 | |
| 1202. City/County Tax/Stamps:   Deed   0.00   Mortgage   0.00 | | |
| 1203. State Tax/Stamps:   Deed   2,100.00   Mortgage   0.00 | 2,100.00 | |
| 1204. Intangible Tax to Clerk of the Circuit Court | | |
| 1205. | | |
| 1300. Additional Settlement Charges: | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. Home Warranty | | |
| 1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K) | $4,263.50 | $15,000.00 |

May 2007
June 1, 2010 1:25 PM

Settlement Date:June 18, 2010                                                                            File Number: 10-BAY

A.                                        **SETTLEMENT STATEMENT**

                              **Citizens Title Group, Inc.**
                                4300 Bayou Blvd., Suite 34
                                 Pensacola, Florida 32503
                                850-474-1833 fax: 850-857-1553


 I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of Settlement Statement. I have carefully reviewed the HUD-1 Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

 SUBSTITUTION FORM 1099 SELLER STATEMENT:  The information contained in Blocks E, G, H and I on line 401 (or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

 SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

 Under penalties of perjury I certify that the number shown on this statement is my correct taxpayer identification number.

 NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

 The Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

 Settlement Agent: _____                                        Date:   June 18, 2010
                        Lara Shields

May 2007
June 1, 2010 1:25 PM