EXHIBIT "A"

1



## COMMITMENT INTENT LETTER DATED MARCH 11, 2010

DEFTCO.CORP INTENDS TO PROVIDE THE PROJECT KNOWN AS THE FLORIDA EMERALD COAST OR DESTIN POINTE PROJECT LOCATED AT 11.77 ACRES REFERRED TO AS PARCEL B, WEST END OF HOLIDAY ISLE, OKALOOSA COUNTY, DESTIN POINTE, FLORIDA. THIS LOAN COMMITMENT INTENT OUTLINES THE GENERAL TERMS AND CONDITIONS UNDER WHICH THE LENDER WILL PROCEED.

**BORROWER:** AMT, LLC

**LOAN TERMS:** 24 MONTHS – PREPAID INTEREST FOR 24 MONTHS (THERE WILL NOT BE ANY OTHER PAYMENTS DUE DURING THE 24 MONTHS, PRINCIPAL DUE IN 24 MONTHS.

**GUARANTORS:** AMT, LLC

**ADDITIONAL COLLATERAL:** NONE

**LOAN AMOUNT:** $14,000,000. (FOURTEEN MILLION US DOLLARS) PLUS PRE-PAID INTEREST, POINTS AND CLOSING COSTS.

**INTEREST RATE:** 11.5%

**PREPAID INTEREST:** 24 MONTHS – Subject to Page 2 of Attached Email from Joseph F. Day, CEO, which is incorporated herein by this reference. MBG

**PREPAYMENT PENALTY:** NONE

**POINTS PAID TO DEFTCO.CORP:** 6 PERCENT

**FUNDING DATE:** FUNDING ESTIMATED TO BE ON OR BEFORE MARCH 30, 2010 PROVIDED THAT ALL DOCUMENTS REQUIRED TO CLOSE ESCROW AND THAT ALL CONDITIONS PRECEDENT HAVE BEEN RELEASED, APPROVED AND/OR WAIVED BY THE ESCROW HOLDER AND THAT ESCROW IS INSTRUCTED TO PROCEED TO CLOSE THIS ESCROW.

## DEFTCO.CORP

**Mailing Address:**
P.O. Box 421183
San Diego, California 92142
858-271-8900

**California Office:**
73-241 Highway 111
Palm Desert, California 92260
760-341-8225

**Nevada Office:**
723 South Casino Center Blvd.
Las Vegas, Nevada 89101
702-387-1020

**International Offices:**
Mexico
Canada

Phone # 800-778-7802      WORLD WIDE WEB http://www.deftco.com      Fax # 800-866-9755

2

**COLLATERAL SECURITY:** The loan shall be secured by a first mortgage on the property, an assignment of rents and profits upon the Property and a perfected security interest in ALL personal property and/ or equipment used in connection with this property. The mortgage and security interest shall constitute VALID FIRST LIENS, subject to NO other liens and or encumbrances, on the good leasehold title to subject property. No additional senior or secondary Financing will be permitted during the term of the loan, either secured or unsecured.

**DUE DILIGENCE:** Due Diligence, although may have been done, and yet may include but not limited to Lender completing, to its sole and absolute satisfaction, a complete further review of borrower's financials and credit, the property and surrounding market, title and insurance, Lender reserves the right to order and review an MAI certified appraisal, Phase I environmental report, Structural Engineering Report and any other reports deemed necessary by Lender in it's sole and absolute discretion. All reports will be paid by borrower.

**Guarantee:** 100% of the loan, plus ALL accrued interest, plus ALL costs of enforcement of the loan Plus any and all other sums due to Lender under the loan documents shall be guaranteed by **AMT, LLC** guarantors will be required to execute an environmental indemnity agreement in form and substance to the Lender. All of the above contractual arrangements are subject to the laws of the state of Florida and the state of California.

**DUE DILIGENCE MISSING:** 1. Property, filing against the property Tax ID #00-28-24-000-0022-000A to be 1st Trust Deed filing, LLC operating Articles and in good standing, business financials and taxes (2 years)

This instrument is not valid unless a copy of such commitment intent is dated, signed by Borrower, and returned to Lender with the commitment fee on or before **3/14/2010**.

1. This Mandate is contingent upon its compliance as presently structured with all acceptable State of California and the state of Florida rules, regulations and statutes relative to commercial /investment financing transactions. The jurisdiction of California courts is acknowledged and agreed to by the Borrower. The laws of the jurisdiction shall govern all loan documents, in any way relating to this instrument, where the mortgage( and/or Property is located and all applicable laws of the United States of America.

2. Lender and/or Lenders may, at any time, in its sole discretion, and without notice to or consent of Borrower, assign all of Lenders rights, title and

3

      interest under this letter and pertinent loan documents. Any and all assignee or successor of Borrower or any subsequent assignee and successor will be entitled to receive all right, title and interest of Borrower under the Lender and/or Lenders and related loan documents. Such assignment, without material alteration may only be given to a legal organization operating under U.S. Laws unless approved by the Borrower.

3.       At least five (5) days prior to closing written confirmation from the title insurer providing the specified and/or required insurance must show that it has performed a search of all judgments, liens against the Borrower and the general partner, if any, and the mortgaged Property. No judgments or liens are allowed. Any recorded encumbrance instrument or implied encumbrance must be fully satisfied for a funding to take place.

4.       The Parties hereto agree that this agreement and all documents, and contracts regarding this transaction or any subsequent transaction are in the English language.

**NOTE:** There is a required Liquidated Damages fee of $5,000. due upon signing of this Loan Commitment Intent and sent via Federal Express with delivery signatures required or wire transfer to: DEFTCO.CORP, WELLS FARGO BANK Routing # 321270742 Account # 2002695732, located 1121 Las Vegas Blvd., Las Vegas, NV 89104 If for any reason DEFTCO.CORP is unable to fund or provide funding for this transaction the Liquidated Damages fee will be refunded. If the borrower does not go forth with the funding, then the commitment fee will be considered earned.

THE ABOVE TERMS ARE ACCEPTABLE:

**AGREED:** AMT, LLC & ZTF FAMILY, L.P.      DATED: March 12, 2010

Name & Title    Michael B. Smallwood
                     Manager

**AGREED:** Joseph Dau, CEO, DEFTCO.CORP      DATED: MARCH 6, 2010