# EXHIBIT "A"

## BROKER FEE AGREEMENT

**1. SCOPE OF REPRESENTATION:**
This Exclusive Agreement is dated and effective this day __3__ of __December____ 2008. It is entered into by the undersigned,_____AMT LLC_____, herein referred to as "**Client**" and **Zachary Freedman**. "Zachary Freedman" is retained as a broker for the limited purpose of procuring approval from a bona fide **lender or investor or purchaser or developer or construction partner or any party which is used for the benefit of the Client and/or Property**, herein referred to collectively as "**Source**", to fund a loan within the approximate amount and terms as set forth below, which loan is to be secured by the real property as described in 2. below ("the Property"). "Zachary Freedman" will have procured a Source and will have earned its agreed upon fees in full when any of the following occurs; (a) "Zachary Freedman" notifies Client that it has a Source which is ready willing and able to fund a loan with approximately the same terms and conditions as set forth below, (b) any loan is made to Client from any Source whatsoever; or (c) directly or indirectly, control of a material interest in the property described below, is transferred for consideration, including without limitation, a cash purchase, lease with or without a purchase option, merger or consolidation of entities, a tender or exchange offer, the formation of a joint venture, minority investment or partnership, or any similar transaction.

**2. SOURCE FUNDING AND TERMS**

Project name:     _____The Jewel of the Emerald Coast_____

Security Interest: _____

Funding Amount: _____TBD_____

Terms of Loan: _____

Source Interest Rate:     To be determined upon final underwriter review.

**3. RELATIONSHIP OF PARTIES**
(A) As agent for Client, "Zachary Freedman" promises to use diligence in its efforts to procure funding for Client.
   However, "Zachary Freedman" will represent Client on a best efforts basis only, and does not guarantee or promise a successful funding.
(B) Client agrees to comply with any legitimate request for information, documentation or report (credit, environmental, etc.) within a reasonable time, not to exceed five working days. Client agrees to this funding request being submitted to other brokers or Sources and releases "Zachary Freedman" and any other broker or Source to whom this funding request is submitted, and their associates, from any liability in connection with such a submission.
(C) Client makes representations and warrants; a) clients counsel has reviewed this agreement, b) that all information supplied to "Zachary Freedman" is correct and accurate to the client's knowledge and c) will hold this
   agreement confidential to the signers of this agreement and their respective companies.

**4. COMPENSATION**
Client agrees and promises to pay to "Zachary Freedman" a loan consultant commission and fees equal to (a) 2% or payment in the amount of $___2%_____of the gross loan amount . Client and "Zachary Freedman" agree that the above set compensation is to be paid upon the earliest of (a) the closing of Escrow of a loan from a Source procured by "Zachary Freedman", (b) there is a change in project ownership during the funding process or the occurrence of either event set forth or 1(a), 1(b), or 1(c) above. Client agrees and understands that "Zachary Freedman" is a party to escrow and that this Agreement is an irrevocable instruction and demand for payment to escrow or closing agent.

**5. OTHER BROKER COVENANTS:** The Borrower promises to deliver marketable mortgage title, including but not limited to subordinations. The borrower also promises to comply with any legitimate request for information, documentation or report fees (appraisal, toxic, etc.), within three business days of request, absent reasonable cause.

**6. BEST EFFORTS BASIS:** The Broker is representing the Borrower on a best efforts basis only and cannot guarantee the successful placement of any loan.

**7. TERM OF AGREEMENT:**

Either party may cancel this Agreement in writing delivered by certified mail with (5) days notice. This agreement will be an exclusive agreement for the (120) days from the date of execution by all parties. However, all items and terms within the Agreement with expiration dates after the cancellation of this broker fee agreement remain in full force and effect.

**8. GENERAL PROVISIONS:**
  (A) This Agreement reflects the sole and entire agreement of Client and "WSM" relating to the subject matter of this Agreement and supersedes any previous agreement between the parties. This Agreement may only be changed prior to initial execution by a written amendment signed by both Client and "WSM". "WSM" can amend this agreement by written notification.
  (B) In the event that any of the provisions of this Agreement are, for any reason, held to be invalid, illegal or unenforceable, the remainder of this Agreement shall not be affected thereby. All terms and conditions under this loan survive the funding, cancellation or other.
  (C) Signed facsimile transmissions of this Agreement shall be considered an original of the document, and shall have the same effect and force as signed originals of the document. It shall be binding and legally enforceable as any full recourse commercial contract. This Agreement will be governed and construed in accordance with the laws of the State of Minnesota. The signatures below warrant that they are authorized to sign on behalf of their respective entities.

**9. NON-CIRCUMVENTION:**
Client(s) agrees and covenants that they will not directly, or indirectly; or in conjunction with any other person, company partnership, or corporation; apply to the investor(s) to whom "Zachary Freedman" has submitted their application, except through "Zachary Freedman" as his exclusive agent, for a period of 36 months; otherwise the client shall be liable to "Zachary Freedman" for loan brokerage commission described above on any loan amount funded.

**10. DUE DILIGENCE:**
In consideration of our client(s) above written assurance of fair compensation, "Zachary Freedman" promises to use *diligence* in its efforts to procure the loan. "Zachary Freedman" understands and appreciates that _time is of the essence_.

**11. SIGNATURES:**

**ACCEPTED ON BEHALF OF:**                  **ACCEPTED ON BEHALF OF:**
*(Company Name)*

AMT, LLC

                                                      Zachary Freedman

(Print Name): STEPHEN BUNYARD     (Print Name): Zac Freedman
Signed: [signature]                                Signed: [signature]
Date: 12/6/08                                      Date: 12/3/2008
Title: Manager                                     Title: Sr. Loan Advisor

(Print Name): _____
Signed: _____
Date: _____
Title: _____

EXHIBIT "B"

1

## COMMITMENT INTENT LETTER DATED MARCH 11, 2010

**DEFTCO.CORP** INTENDS TO PROVIDE THE PROJECT KNOWN AS THE FLORIDA EMERALD COAST OR DESTIN POINTE PROJECT LOCATED AT 11.77 ACRES REFERRED TO AS PARCEL B, WEST END OF HOLIDAY ISLE, OKALOOSA COUNTY, DESTIN POINTE, FLORIDA. THIS LOAN COMMITMENT INTENT OUTLINES THE GENERAL TERMS AND CONDITIONS UNDER WHICH THE LENDER WILL PROCEED.

**BORROWER:** AMT, LLC

**LOAN TERMS:** 24 MONTHS – PREPAID INTEREST FOR 24 MONTHS (THERE WILL NOT BE ANY OTHER PAYMENTS DUE DURING THE 24 MONTHS, PRINCIPAL DUE IN 24 MONTHS.

**GUARANTORS:** AMT, LLC

**ADDITIONAL COLLATERAL:** NONE

**LOAN AMOUNT:** $14,000,000. (FOURTEEN MILLION US DOLLARS) PLUS PRE-PAID INTEREST, POINTS AND CLOSING COSTS.

**INTEREST RATE:** 11.5%

**PREPAID INTEREST:** 24 MONTHS - Subject to Page 2 of Attached Email from Joseph F. Day, CEO, which is incorporated herein by this reference. MBF

**PREPAYMENT PENALTY:** NONE

**POINTS PAID TO DEFTCO.CORP:** 6 PERCENT

**FUNDING DATE:** FUNDING ESTIMATED TO BE ON OR BEFORE MARCH 30, 2010 PROVIDED THAT ALL DOCUMENTS REQUIRED TO CLOSE ESCROW AND THAT ALL CONDITIONS PRECEDENT HAVE BEEN RELEASED, APPROVED AND/OR WAIVED BY THE ESCROW HOLDER AND THAT ESCROW IS INSTRUCTED TO PROCEED TO CLOSE THIS ESCROW.

## DEFTCO.CORP

**Mailing Address:**
P.O. Box 421183
San Diego, California 92142
858-271-8900

**California Office:**
73-241 Highway 111
Palm Desert, California 92260
760-341-8225

**Nevada Office:**
723 South Casino Center Blvd.
Las Vegas, Nevada 89101
702-387-1020

**International Offices:**
Mexico
Canada

Phone # 800-778-7802     WORLD WIDE WEB http://www.deftco.com     Fax # 800-866-9755

2

**COLLATERAL SECURITY:** The loan shall be secured by a first mortgage on the property, an assignment of rents and profits upon the Property and a perfected security interest in ALL personal property and/or equipment used in connection with this property. The mortgage and security interest shall constitute VALID FIRST LIENS, subject to NO other liens and or encumbrances, on the good leasehold title to subject property. No additional senior or secondary Financing will be permitted during the term of the loan, either secured or unsecured.

**DUE DILIGENCE:** Due Diligence, although may have been done, and yet may include but not limited to Lender completing, to its sole and absolute satisfaction, a complete further review of borrower's financials and credit, the property and surrounding market, title and insurance, Lender reserves the right to order and review an MAI certified appraisal, Phase I environmental report, Structural Engineering Report and any other reports deemed necessary by Lender in it's sole and absolute discretion. All reports will be paid by borrower.

**Guarantee:** 100% of the loan, plus ALL accrued interest, plus ALL costs of enforcement of the loan Plus any and all other sums due to Lender under the loan documents shall be guaranteed by **AMT, LLC** guarantors will be required to execute an environmental indemnity agreement in form and substance to the Lender. All of the above contractual arrangements are subject to the laws of the state of Florida and the state of California.

**DUE DILIGENCE MISSING:**
1. Property, filing against the property Tax ID #00-28-24-000-0022-000A to be 1st Trust Deed filing, LLC operating Articles and in good standing, business financials and taxes (2 years)

This instrument is not valid unless a copy of such commitment intent is dated, signed by Borrower, and returned to Lender with the commitment fee on or before **3/14/2010**.

1. This Mandate is contingent upon its compliance as presently structured with all acceptable **State of California and the state of Florida** rules, regulations and statutes relative to commercial /investment financing transactions. The jurisdiction of **California** courts is acknowledged and agreed to by the Borrower. The laws of the jurisdiction shall govern all loan documents, in any way relating to this instrument, where the mortgage( and/or Property is located and all applicable laws of the United States of America.

2. Lender and/or Lenders may, at any time, in its sole discretion, and without notice to or consent of Borrower, assign all of Lenders rights, title and

3

      interest under this letter and pertinent loan documents. Any and all assignee or successor of Borrower or any subsequent assignee and successor will be entitled to receive all right, title and interest of Borrower under the Lender and/or Lenders and related loan documents. Such assignment, without material alteration may only be given to a legal organization operating under U.S. Laws unless approved by the Borrower.

3.      At least five (5) days prior to closing written confirmation from the title insurer providing the specified and/or required insurance must show that it has performed a search of all judgments, liens against the Borrower and the general partner, if any, and the mortgaged Property. No judgments or liens are allowed. Any recorded encumbrance instrument or implied encumbrance must be fully satisfied for a funding to take place.

4.      The Parties hereto agree that this agreement and all documents, and contracts regarding this transaction or any subsequent transaction are in the English language.

**NOTE:** There is a required Liquidated Damages fee of $5,000. due upon signing of this Loan Commitment Intent and sent via Federal Express with delivery signatures required or wire transfer to: DEFTCO.CORP, WELLS FARGO BANK Routing # 321270742 Account # 2002695732, located 1121 Las Vegas Blvd., Las Vegas, NV 89104 If for any reason DEFTCO.CORP is unable to fund or provide funding for this transaction the Liquidated Damages fee will be refunded. If the borrower does not go forth with the funding, then the commitment fee will be considered earned.

THE ABOVE TERMS ARE ACCEPTABLE:

**AGREED:** AMT, LLC &-ETF-FAMILY, LP  MBS

Name & Title   Michael B. Smallwood
Manager

DATED: March 12, 2010

**AGREED:** Joseph Dau, CEO,
DEFTCO.CORP

DATED: MARCH 6, 2010

EXHIBIT "B"

1



## COMMITMENT INTENT LETTER DATED MARCH 11, 2010

DEFTCO.CORP INTENDS TO PROVIDE THE PROJECT KNOWN AS THE FLORIDA EMERALD COAST OR DESTIN POINTE PROJECT LOCATED AT 11.77 ACRES REFERRED TO AS PARCEL B, WEST END OF HOLIDAY ISLE, OKALOOSA COUNTY, DESTIN POINTE, FLORIDA. THIS LOAN COMMITMENT INTENT OUTLINES THE GENERAL TERMS AND CONDITIONS UNDER WHICH THE LENDER WILL PROCEED.

**BORROWER:** AMT, LLC

**LOAN TERMS:** 24 MONTHS – PREPAID INTEREST FOR 24 MONTHS (THERE WILL NOT BE ANY OTHER PAYMENTS DUE DURING THE 24 MONTHS, PRINCIPAL DUE IN 24 MONTHS.

**GUARANTORS:** AMT, LLC

**ADDITIONAL COLLATERAL:** NONE

**LOAN AMOUNT:** $14,000,000. (FOURTEEN MILLION US DOLLARS) PLUS PRE-PAID INTEREST, POINTS AND CLOSING COSTS.

**INTEREST RATE:** 11.5%

**PREPAID INTEREST:** 24 MONTHS — *Subject to Page 2 of Attached Email from Joseph F. Day, CEO, which is incorporated herein by this reference. MBS*

**PREPAYMENT PENALTY:** NONE

**POINTS PAID TO DEFTCO.CORP:** 6 PERCENT

**FUNDING DATE:** FUNDING ESTIMATED TO BE ON OR BEFORE MARCH 30, 2010 PROVIDED THAT ALL DOCUMENTS REQUIRED TO CLOSE ESCROW AND THAT ALL CONDITIONS PRECEDENT HAVE BEEN RELEASED, APPROVED AND/OR WAIVED BY THE ESCROW HOLDER AND THAT ESCROW IS INSTRUCTED TO PROCEED TO CLOSE THIS ESCROW.

## DEFTCO.CORP

Mailing Address:
P.O. Box 421183
San Diego, California 92142
858-271-8900

California Office:
73-241 Highway 111
Palm Desert, California 92260
760-341-8225

Nevada Office:
723 South Casino Center Blvd.
Las Vegas, Nevada 89101
702-387-1020

International Offices:
Mexico
Canada

Phone # 800-778-7802       WORLD WIDE WEB http://www.deftco.com       Fax # 800-866-9755

2

**COLLATERAL SECURITY:** The loan shall be secured by a first mortgage on the property, an assignment of rents and profits upon the Property and a perfected security interest in ALL personal property and/ or equipment used in connection with this property. The mortgage and security interest shall constitute VALID FIRST LIENS, subject to NO other liens and or encumbrances, on the good leasehold title to subject property. No additional senior or secondary Financing will be permitted during the term of the loan, either secured or unsecured.

**DUE DILIGENCE:** Due Diligence, although may have been done, and yet may include but not limited to Lender completing, to its sole and absolute satisfaction, a complete further review of borrower's financials and credit, the property and surrounding market, title and insurance, Lender reserves the right to order and review an MAI certified appraisal, Phase I environmental report, Structural Engineering Report and any other reports deemed necessary by Lender in it's sole and absolute discretion. All reports will be paid by borrower.

**Guarantee:** 100% of the loan, plus ALL accrued interest, plus ALL costs of enforcement of the loan Plus any and all other sums due to Lender under the loan documents shall be guaranteed by **AMT, LLC** guarantors will be required to execute an environmental indemnity agreement in form and substance to the Lender. All of the above contractual arrangements are subject to the laws of the state of Florida and the state of California.

**DUE DILIGENCE MISSING:**
1. Property, filing against the property Tax ID #00-28-24-000-0022-000A to be 1st Trust Deed filing, LLC operating Articles and in good standing, business financials and taxes (2 years)

This instrument is not valid unless a copy of such commitment intent is dated, signed by Borrower, and returned to Lender with the commitment fee on or before **3/14/2010**.

1. This Mandate is contingent upon its compliance as presently structured with all acceptable **State of California and the state of Florida** rules, regulations and statutes relative to commercial /investment financing transactions. The jurisdiction of **California** courts is acknowledged and agreed to by the Borrower. The laws of the jurisdiction shall govern all loan documents, in any way relating to this instrument, where the mortgage( and/or Property is located and all applicable laws of the United States of America.

2. Lender and/or Lenders may, at any time, in its sole discretion, and without notice to or consent of Borrower, assign all of Lenders rights, title and

3

interest under this letter and pertinent loan documents. Any and all assignee or successor of Borrower or any subsequent assignee and successor will be entitled to receive all right, title and interest of Borrower under the Lender and/or Lenders and related loan documents. Such assignment, without material alteration may only be given to a legal organization operating under U.S. Laws unless approved by the Borrower.

3. At least five (5) days prior to closing written confirmation from the title insurer providing the specified and/or required insurance must show that it has performed a search of all judgments, liens against the Borrower and the general partner, if any, and the mortgaged Property. No judgments or liens are allowed. Any recorded encumbrance instrument or implied encumbrance must be fully satisfied for a funding to take place.

4. The Parties hereto agree that this agreement and all documents, and contracts regarding this transaction or any subsequent transaction are in the English language.

**NOTE:** There is a required Liquidated Damages fee of $5,000. due upon signing of this Loan Commitment Intent and sent via Federal Express with delivery signatures required or wire transfer to: DEFTCO.CORP, WELLS FARGO BANK Routing # 321270742 Account # 2002695732, located 1121 Las Vegas Blvd., Las Vegas, NV 89104 If for any reason DEFTCO.CORP is unable to fund or provide funding for this transaction the Liquidated Damages fee will be refunded. If the borrower does not go forth with the funding, then the commitment fee will be considered earned.

THE ABOVE TERMS ARE ACCEPTABLE:

**AGREED:** AMT, LLC ~~& ZTF FAMILY, LP~~ MBS     DATED: March 12, 2010

Name & Title   Michael B. Smallwood
               Manager

**AGREED:** Joseph Dau, CEO,     DATED: MARCH 6, 2010
DEFTCO.CORP