# Exhibit A

| Claimant Name | Date of Filing | Short form Doc. No. |
|---|---|---|
| Kirk Ladner | 4/16/2013 | 129972 |
| Kristine Ladner | 4/16/2013 | 129974 |
| New England Resorts of Mississippi, LLC | 4/16/2013 | 129495 |
| Emile LaPointe | 4/16/2013 | 129901 |
| Blue Diamond, LLC | 4/11/2013 | 128661 |
| Fulton Seafood, Inc | 4/20/2013 | 133222 |
| Daybrook Fisheries, Inc. | 4/19/2013 | 132846 |
| Larry K. Dize | 4/18/2013 | 131211 |
| Brian A. Buie | 4/17/2013 | 130638 |
| Charles Bryan Rice | 4/17/2013 | 130689 |
| Warner Allen Ketnor | 4/18/2013 | 131269 |
| Jonathan C. Buras, Jr. | 4/18/2013 | 131172 |
| Arnold C. Ripley | 4/17/2013 | 130622 |
| Jack S. Stokes, Sr. | 4/18/2013 | 131157 |
| Norman A. Stokes, Jr. | 4/18/2013 | 131225 |
| Gary Dudley | 4/18/2013 | 131136 |
| Gilbert E. Verrett | 4/18/2013 | 131140 |
| Christopher Johnson | 4/17/2013 | 130698 |
| Leonard E. Dixon | 4/18/2013 | 131214 |
| Steven E. Kell, Sr. | 4/18/2013 | 131255 |
| Robert G. Kell, Jr. | 4/18/2013 | 131232 |
| Carlton Lisbon Harcum, Jr. | 4/17/2013 | 130681 |
| Louis U. Thornton, Jr. | 4/18/2013 | 131216 |
| Freddie O. Segree | 4/18/2013 | 131132 |
| Jeffrey A. France | 4/18/2013 | 131164 |
| James Kenneth McMullan | 4/18/2013 | 131160 |
| Breton Island Oysters, LLC | 4/15/2013 | 129420 |
| Cousin's Oyster Dock, Inc. | 4/12/2013 | 128848 |
| Gusto, Inc. | 4/12/2013 | 128844 |
| Sea Pearl, Inc | 4/12/2013 | 128917 |
| William H. Suckow, Jr. | 4/18/2013 | 131289 |
| Franklin A. Nunn | 4/18/2013 | 131126 |
| Jason N. Hamilton | 4/18/2013 | 131162 |
| Joseph D. Winegar | 4/18/2013 | 131174 |
| Kevin Neal Verrett, Sr. | 4/18/2013 | 131207 |
| David Craig Hare | 4/18/2013 | 131122 |
| Coastal Refrigeration & Air, LLC | 4/13/2013 | 128924 |

| | | |
|---|---|---|
| Prestige Oysters, Inc. | 4/18/2013 | 130828 |
| RH Seafood, Inc. | 4/18/2013 | 130867 |
| Tony Laymont Green | 4/18/2013 | 131265 |
| Robert Conway Diggs | 4/18/2013 | 131228 |
| Archie M. Ketnor | 4/17/2013 | 130616 |
| Harold G. Hunnings | 4/18/2013 | 131142 |
| Adam D. Burnett | 4/17/2013 | 130593 |
| Brian C. Pigott, Jr. | 4/17/2013 | 130649 |
| Clarence Dread | 4/18/2013 | 131114 |
| Roger O'Bier, Sr. | 4/18/2013 | 131252 |
| Roger O'Bier, Jr. | 4/18/2013 | 131251 |
| Breton Sound Oyster Company, LLC/ Breton Sound, LLC | 4/15/2013 | 129256 |
| L.C. Pannagl, LLC | 4/15/2013 | 129454 |
| Picka, LLC | 4/19/2013 | 131797 |
| Robert L. Mott | 4/18/2013 | 131243 |
| Kevin Neal Verrett, Jr. | 4/18/2013 | 131205 |
| Gulf Shores Sea Products, Inc. | 4/15/2013 | 129349 |
| Steve's Burlap Sacks, LLC | 4/12/2013 | 128804 |
| Rodrigue Brothers Oyster Co., Inc. | 4/15/2013 | 129417 |
| William H. Pickett | 4/18/2013 | 131280 |
| The Ruzhdi Halili Trust | 4/18/2013 | 130763 |
| Coastal Employment Agency, Inc. | 4/18/2013 | 130895 |
| The Razz Halili Trust | 4/18/2013 | 130766 |
| Hajrulla Halili | 4/17/2013 | 130013 |
| Lisa Halili | 4/19/2013 | 132701 |
| Keath Ladner | 4/17/2013 | 130420 |
| Tradewinds International. LLC | 4/11/2013 | 128687 |
| Five B's, Inc. | 4/19/2013 | 131978 |
| Les Barrois | 4/19/2013 | 132008 |
| Adam M. Encalade, Sr | 4/17/2013 | 130604 |
| Michael J. Tapper | 4/18/2013 | 131219 |
| AmeriPure Patent Holding, Inc. | 4/15/2013 | 129269 |
| C.W. O'Bier and Sons, Inc. | 4/11/2013 | 128690 |
| Pride of Virginia Trucking Company. Inc. | 4/12/2013 | 128752 |
| O'Bier Seafood, Inc. | 4/12/2013 | 128919 |
| Pride of Virginia Bait & Cold Storage, Inc. | 4/12/2013 | 128731 |
| Reedville Steamboat Wharf | 4/13/2013 | 128921 |
| Wilbert D. Richardson | 4/18/2013 | 131273 |
| Brian J. Verrett | 4/17/2013 | 130672 |
| Robin S. Dixon | 4/18/2013 | 131246 |

| | | |
|---|---|---|
| B&D Seafood, Inc. | 4/16/2013 | 129560 |
| Bud's Boat Rental, LLC | 4/19/2013 | 132754 |
| Gulf Contractors, LLC | 4/19/2013 | 132725 |
| Quality Crab Co., Inc. | 4/12/2013 | 128736 |
| Herman R. Nolan | 4/15/2013 | 129468 |
| Joab W. Williams | 4/18/2013 | 131167 |
| Johnnie Mack Morris, Jr. | 4/18/2013 | 131170 |
| CFP Seafood | 4/12/2013 | 128733 |
| Shoreline Development, Inc. d/b/a Shell's Unlimited | 4/12/2013 | 128720 |
| Ronald Sopko | 4/12/2013 | 128729 |
| Pride of Virginia Bait & Oyster, Inc. | 4/12/2013 | 128735 |
| Delta Electronics Company of LA, Inc. | 4/12/2013 | 128838 |
| Rodney S. Callis, Jr. | 4/18/2013 | 131249 |
| Joshua A. Ketnor | 4/18/2013 | 131199 |
| Herbert A. Sheals | 4/18/2013 | 131149 |
| Ocean Bait, Inc. | 4/12/2013 | 128740 |
| Kellum Maritime, LLC. | 4/12/2013 | 128738 |
| W. Ellery Kellum, Inc. | 4/12/2013 | 128833 |
| Kellum Brothers, LLC | 4/12/2013 | 128739 |
| Kelly Ladner | 4/16/2013 | 129792 |
| Lensley E. Cox | 4/18/2013 | 131213 |
| Fleet Intermodal Services, LLC | 4/20/2013 | 133205 |
| Juan D. Sarria | 4/18/2013 | 131203 |
| W E Barclift Trucking | 4/12/2013 | 128737 |
| L&M Land, LLC | 4/16/2013 | 129496 |
| Radford P. Jackson | 4/18/2013 | 131227 |
| James T. Braddock | 4/18/2013 | 131161 |
| Ruzhdi Halili | 4/16/2013 | 129786 |
| Samantha Kolavo | 4/16/2013 | 129794 |
| Mark Landin | 4/16/2013 | 129809 |
| Gezim Halili | 4/16/2013 | 129825 |
| Muhamer Zeqiri | 4/16/2013 | 129811 |
| Arsim Hyseni | 4/16/2013 | 129821 |
| Agim Halili | 4/16/2013 | 129834 |
| Monty Halili | 4/16/2013 | 129843 |
| Claude Duplechien Oyster Fishing & Farming, LLC | 4/18/2013 | 131248 |
| Mortimer A. Cottrell, Sr. | 4/18/2013 | 131223 |
| Rockin 'D' Marine Services, LLC. | 4/19/2013 | 131991 |
| Barnes Trucking and Contracting, LLC | 4/15/2013 | 129492 |
| Haas Land Development, LLC | 4/15/2013 | 129471 |
| MADCON | 4/15/2013 | 129422 |

| Eva Trader | 4/15/2013 | 129418 |
|---|---|---|
| Bayou Best Charters, LLC | 4/19/2013 | 132533 |
| J & W Seafood of Virginia, Inc. | 4/12/2013 | 128714 |
| Hopkins Propeller Service, LLC | 4/12/2013 | 128893 |
| RC Offshore, LLC | 4/12/2013 | 128859 |
| RC Logistics, LLC | 4/12/2013 | 128881 |
| C & M Contractors, Inc. | 4/13/2013 | 128922 |
| Bayou Fuel Marine & Hardware Supplies, Inc. | 4/13/2013 | 128923 |
| M/V Jack Fitz, LLC | 4/18/2013 | 130786 |
| Jambon Investments, LLC | 4/15/2013 | 129483 |
| Jambon Marine Rentals, LLC | 4/15/2013 | 129486 |
| Jambon Supplier II, LLC | 4/15/2013 | 129490 |
| Nicholas C, LLC | 4/18/2013 | 130791 |
| M/V Marc C LLC | 4/15/2013 | 129493 |
| Jambon Ms Taylor LLC | 4/16/2013 | 129557 |
| Lily Jane, L.L.C. | 4/16/2013 | 129571 |
| Wyman Development, LLC | 4/13/2013 | 128939 |
| Louisiana Lumber, LLC | 4/12/2013 | 128825 |
| Richard C. Roush | 4/17/2013 | 130144 |
| William J. Comeaux | 4/18/2013 | 131296 |
| Gulf Oceanic Marine Contractors, Inc. | 4/12/2013 | 128918 |
| BD Seaman, Inc. | 4/17/2013 | 130644 |
| Habib Halili | 4/17/2013 | 130555 |
| ATEL Maritime Investors, LP | 4/12/2013 | 128850 |
| Kalakane, LLC | 4/15/2013 | 129491 |
| Sun Ray Grill Kenner, LLC | 4/12/2013 | 128834 |
| Northstar Group, LLC d/b/a Schaeffer's Grocery | 4/19/2013 | 132877 |
| LA Bayou Holdings, LLC | 4/15/2013 | 129415 |
| Nelson Seafood Co., LLC | 4/12/2013 | 128730 |
| Massa's Seafood Grill, Inc. | 4/12/2013 | 128781 |
| Massa's Restaurant, Inc. | 4/16/2013 | 129675 |
| Jeffrey Straus, MD | 4/13/2013 | 128925 |
| George Picard | 4/16/2013 | 129577 |
| Kevin Michael Hebert | 4/12/2013 | 128857 |
| Todd Raymond LaValla | 4/12/2013 | 128795 |
| Crew Service Marine Personnel of LA., Inc. | 4/12/2013 | 128920 |
| Allen J. Gros | 4/12/2013 | 128884 |
| Delmas Gray Guthrie | 4/16/2013 | 129828 |
| Ardy's Oysters, Inc. (formerly d/b/a T & A Oyster Company) | 4/19/2013 | 132059 |
| Fontenot's Precision Iron Works, LLC | 4/20/2013 | 133204 |

| Pell Bros., Inc. dba Capt. Pell's Fairfax Crabhouse | 4/12/2013 | 128759 |
|---|---|---|
| Hopkins Enterprises, LLC | 4/12/2013 | 128905 |
| Seacrest Marine, LLC | 4/16/2013 | 129609 |
| Jefferson Parish School Board | 4/20/2013 | 405 |
| Plaquemines Parish Sheriff's Office | 4/19/2013 | 376 |
| Charles Ballay as District Attorney for the Parish of Plaquemines | 4/19/2013 | 388 |
| Marion E. Elliot Trust | 4/18/2013 | 130759 |