UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Parties' Request for Additional Documents
to be Added as Exhibits for Phase One Trial]

After review by Judge Barbier of the reasons put forward for admission and the objections, the following documents will be admitted or excluded as set forth below:

**United States**

Admitted:

    TREX-37000

    TREX-37001

    TREX-37005

    TREX-37010

    TREX-37023

    TREX-37027

    TREX- 37034

Not Admitted:

    TREX-01955

    TREX-01956

    TREX- 45329

**PSC**

Admitted:

    TREX-36071

    TREX-26042

**BP**

Admitted:

    TREX-3037

    TREX-45482.00004

    Rec. doc. 5927

Not admitted:

    TREX-153

    TREX-4447

**HESI**

Admitted:

    TREX-7749

    TREX-60520

    TREX-63204

Not admitted:

    TREX-63136

There will be no reconsideration of these rulings. The parties are directed to instruct inData to add the admitted exhibits to the master list and to include them on the hard drive.

New Orleans, Louisiana, this 2nd day of May, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

3