UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | SECTION J MAG 1 |
| GULF OF MEXICO on April 20, 2010 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

THIS DOCUMENT RELATES TO 13-786

*********************************************************************

**ORDER**

IT IS NOW ORDERED that Melvin J. Burmaster, Esq., is now enrolled as additional counsel of record for the plaintiffs in case 13-786.

New Orleans, Louisiana this 2nd day of May, 2013.

_____
United States District Judge