**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-1800, *Louisiana Oilfield Divers,* | * | MAGISTRATE SHUSHAN |
| *LLC v. BP Exploration & Prod. Inc., et* | * | |
| *al.* | * | |
| No. 13-1383, *Triton Diving Services,* | * | |
| *LLC v. BP Exploration & Prod. Inc., et* | * | |
| *al.* | * | |

**ORDER**

**IT IS ORDERED** that the cases referenced above are hereby **CONSOLIDATED** with Multidistrict Litigation 2179.  The Clerk of Court is directed to issue in the member dockets the usual pretrial orders that follow consolidation with MDL 2179.  Furthermore, in light of the standing pretrial orders staying individual complaints in certain Pleading Bundles, staying discovery, and continuing all motions, *see, e.g.,* PTO 1 ¶ 8 (Rec. Doc. 2); PTO 25 ¶ 8 (Rec. Doc. 983);  PTO 15 (Rec. Doc. 676);

**IT IS FURTHER ORDERED** that the motions for Rule 16(a) conferences filed in these members cases (No. 13-1800, Rec. Doc. 4; No. 13-1383, Rec. Doc. 3) are **DENIED.**

The Clerk of Court shall file a copy of this Order in the master docket for MDL 2179 and in the referenced member cases.

Signed in New Orleans, Louisiana, this 1st day of May, 2013.

_____
United States District Judge