# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES:<br>Case No. 2:10-cv-09999-CJB-SS | § § § § | MAG. JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon.  A list of the 12 claimants who filed late short form joinders and are joint Movants for the purpose of this motion is attached hereto as "Exhibit A."  Claimants state the following as the basis for this motion:

1. This Court established an April 20, 2011 monition date for the filing of claims in the Transocean limitation proceeding.

2. This Court extended the deadline for the filing of claims in the Transocean limitation proceeding to September 16, 2011.

3. Because Claimants were unaware of the deadline, or had yet to fully realize their damages, they did not contact counsel in time to meet the September 16, 2011 deadline. As a result, Claimants did not meet the deadline as set by the Court.

4. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. Moreover, no action has been taken in the limitation proceeding which would cause prejudice to any other party to the proceeding.

5. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order granting this Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed in the Transocean limitation proceeding.

Respectfully submitted:

/s/ Rhon E. Jones
Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Facsimile)
Rhon.Jones@beasleyallen.com

Dated: May 2, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

/s/Rhon E. Jones
Rhon E. Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   OIL SPILL by the OIL RIG § MDL No. 2179
"DEEPWATER HORIZON" in the §
GULF OF MEXICO, on § SECTION J
APRIL 20, 2010 §
§ JUDGE BARBIER
THIS DOCUMENT RELATES: § MAG. JUDGE SHUSHAN
Case No. 2:10-cv-09999-CJB-SS §
§
§

MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE

# EXHIBIT A

| NO. | CLAIMANT NAME | DATE FILED | JOINDER DOC. NO. |
|---|---|---|---|
| 1. | City of Abbeville | 4/20/2013 | 406 |
| 2. | City of Eufaula | 4/20/2013 | 407 |
| 3. | City of Headland | 4/20/2013 | 408 |
| 4. | City of Slocomb | 4/20/2013 | 409 |
| 5. | City of Troy Board of Education | 4/20/2013 | 410 |
| 6. | Covington County Board of Education | 4/20/2013 | 411 |
| 7. | Dale County | 4/20/2013 | 412 |
| 8. | Henry County | 4/20/2013 | 413 |
| 9. | Monroe County | 4/20/2013 | 433 |
| 10. | Ozark School Board | 4/20/2013 | 414 |
| 11. | Phenix City, Alabama | 4/20/2013 | 415 |
| 12. | Russell County, Alabama | 4/20/2013 | 416 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES:<br>Case No. 2:10-cv-09999-CJB-SS | § § § § | MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF
MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDERS FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Claimants who file this Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline. Claimants seek this Honorable Court's permission to accept Claimants' late-filed joinders in the limitation proceeding for the following reasons:

1. Because Claimants were unaware of the deadline, or had yet to fully realize their damages, they did not contact counsel in time to meet the Court-established deadline. As such, the Claimants did not timely meet the monition date established by the Court.

2. Upon showing of reason, the Court should grant permission to file late claims if the "limitation proceeding is pending and undetermined, and the rights of the parties are not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.2d 359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth ed. 1940)).

3. No prejudice will result from the acceptance of the Claimants' Short Form Joinders. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order accepting their late-filed joinders and granting the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline.

    Respectfully submitted:

    /s/ Rhon E. Jones
    Rhon E. Jones
    BEASLEY, ALLEN, CROW, METHVIN
    PORTIS & MILES, P.C.
    Post Office Box 4160
    Montgomery, Alabama 36103-4160
    (334) 269-2343
    (334) 954-7555 (Facsimile)
    Rhon.Jones@beasleyallen.com

Dated: May 2, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

/s/Rhon E. Jones
Rhon E. Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES:<br>Case No. 2:10-cv-09999-CJB-SS | § § § § | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as the 12 claimants in "Exhibit A," shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-9999), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this ____ day of _____, 2013.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: Case No. 2:10-cv-09999-CJB-SS | § § § § | |

# EXHIBIT A

| NO. | CLAIMANT NAME | DATE FILED | JOINDER DOC. NO. |
|---|---|---|---|
| 1. | City of Abbeville | 4/20/2013 | 406 |
| 2. | City of Eufaula | 4/20/2013 | 407 |
| 3. | City of Headland | 4/20/2013 | 408 |
| 4. | City of Slocomb | 4/20/2013 | 409 |
| 5. | City of Troy Board of Education | 4/20/2013 | 410 |
| 6. | Covington County Board of Education | 4/20/2013 | 411 |
| 7. | Dale County | 4/20/2013 | 412 |
| 8. | Henry County | 4/20/2013 | 413 |
| 9. | Monroe County | 4/20/2013 | 433 |
| 10. | Ozark School Board | 4/20/2013 | 414 |
| 11. | Phenix City, Alabama | 4/20/2013 | 415 |
| 12. | Russell County, Alabama | 4/20/2013 | 416 |