UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES:<br>Case No. 2:10-cv-09999-CJB-SS | § § § § | MAG. JUDGE SHUSHAN |

## NOTICE OF FILING AMENDED LIMITATION SHORT FORM JOINDERS

NOW INTO COURT, through undersigned counsel, come Claimants who respectfully submit this Notice of Filing Amended Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon. Because there is no form for amending Short Form Joinders for governmental entities as there is for private entities, a list of the 16 claimants who filed amended short form joinders is attached hereto as "Exhibit A."

Respectfully submitted:

/s/ Rhon E. Jones
Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Facsimile)
Rhon.Jones@beasleyallen.com

Dated: May 2, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

/s/Rhon E. Jones
Rhon E. Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br>SECTION J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES:<br>Case No. 2:10-cv-09999-CJB-SS | § § § § | |

## NOTICE OF FILING AMENDED LIMITATION SHORT FORM JOINDERS

# EXHIBIT A

| NO. | CLAIMANT NAME | DATE AMENDED JOINDER FILED | ORIGNIAL JOINDER DOC. NO. | AMENDED JOINDER DOC. NO. |
|---|---|---|---|---|
| 1. | City of Bay Minette | 4/20/2013 | 89 | 423 |
| 2. | City of Brundidge | 4/20/2013 | 16 | 417 |
| 3. | City of DeFuniak Springs, FL | 4/20/2013 | 10 | 426 |
| 4. | City of Evergreen | 4/20/2013 | 5 | 425 |
| 5. | City of Freeport, Florida | 4/20/2013 | 11 | 427 |
| 6. | City of Georgiana | 4/20/2013 | 3 | 418 |
| 7. | City of Greenville | 4/20/2013 | 2 | 419 |
| 8. | City of Luverne | 4/20/2013 | 34 | 434 |
| 9. | City of Mexico Beach | 4/20/2013 | 18 | 428 |
| 10. | City of Troy | 4/20/2013 | 15 | 420 |
| 11. | Gulf County, Florida | 4/20/2013 | 9 | 429 |
| 12. | Pike County, Alabama | 4/20/2013 | 196 | 421 |
| 13. | South Walton Fire District | 4/20/2013 | 192 | 430 |
| 14. | Town of Magnolia Springs | 4/20/2013 | 91 | 432 |
| 15. | Town of McKenzie | 4/20/2013 | 4 | 422 |
| 16. | Walton County, Florida | 4/20/2013 | 119 | 431 |