UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  13-282, 13-283 | MAGISTRATE JUDGE SHUSHAN |

SECOND STIPULATED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINTS IN INTERPLEADER

Considering the Second Stipulated Motion to Extend Time to Respond to Complaints in Interpleader (Civil Action Nos. 13-282 and 13-283), it is hereby

ORDERED that the Stipulated Motion is GRANTED, and the deadline for all defendants to answer or otherwise respond to the complaints in these cases is hereby extended to and including 14 days after the date on which the United States Court of Appeals for the Fifth Circuit issues a ruling on the petitions for rehearing *en banc* pending in Fifth Circuit Case No. 12-30230.

New Orleans, Louisiana, this ____ day of _____, 2013.

 

                                                                                                           United States District Judge