# CONFERENCE ATTENDANCE RECORD

DATE: 5-3-13　　　　　　　　TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | HESI |
| Jenny Martinez | HESI |
| Carter Williams | TO |
| Brian Barr | PSC |
| Gwen Richard | HESI |
| Sean Fleming | HESI |
| Lauren Mitchell | HESI |
| Grant Davis Denny | TO |
| Grey Mozze | Anadarko |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Winfield Sinclair | Alabama |
| Douglas Kraus | La |
| Tony Fitch | Anadarko |
| Sarah Tiams | Anadarko |
| Kerry Miller | TO |
| Don Haycraft | BP |
| Rob Gasaway | BP |
| Andy Langan | BP |
| Ryan Babiuch | BP |
| Robin Greenwald | PSC |
| Anthony Irpino | PSC |
| Jimmy Williams | PSC |
| | |
| | |
| | |
| | |
| | |

## MDL 2179 - Phase Two Discovery Conference

<u>5/3/13 Telephone Participants</u>

Sarah Himmelhoch - DOJ

Joe Russell - BP

Abbey Andre - US

Tom Benson - DOJ

Joe Eisert - BP

Mark Nomellini - BP

Mike Petrino - BP