U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 26 2013
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30329

MD 10-2179-J

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

    Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellants

---

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY

    Plaintiffs - Appellants

v.



LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

   Intervenor Defendants - Appellees

DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; PATRICK A. JUNEAU, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater

   Defendants - Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before JOLLY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that appellants' motion for injunction pending appeal is denied.

  IT IS FURTHER ORDERED that appellants' motion to consolidate cases 13-30315 and 13-30329 for briefing and oral argument purposes is granted.

IT IS FURTHER ORDERED that the motion of appellees Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau to separate the two appeals presently proceeding under appeal number 13-30329 into two separate appeals is denied.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy
APR 23 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 23, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30329,  In Re: Deepwater Horizon  
        USDC No. 2:12-CV-970  
        USDC No. 2:10-MD-2179  
        USDC No. 2:13-CV-492

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Angelique D. Batiste, Deputy Clerk  
                      504-310-7715

Mr. Andrew Baker Bloomer  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Miguel Angel Estrada  
Mr. S. Gene Fendler  
Mr. Patrick Henry Fourroux  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Thomas George Hungar  
Mr. Samuel Issacharoff  
Mr. James Andrew Langan  
Mr. Scott Payne Martin  
Mr. Steven Andrew Myers  
Mr. Theodore B. Olson  
Ms. Gina Marie Palermo  
Mr. James Parkerson Roy  
Mr. Richard C. Stanley  
Ms. Jennifer L. Thornton  
Ms. Loretta Whyte