# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-30315

MD 10-2179-J

IN RE: DEEPWATER HORIZON

-------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

      Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,

      Defendants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JOLLY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that appellants' opposed motion for injunction

pending appeal is denied.

IT IS FURTHER ORDERED that appellants' opposed motion for stay pending appeal is denied.

IT IS FURTHER ORDERED that appellants' opposed motion to expedite the appeal is granted.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
4/22/13

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 22, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30315,  In Re: Deepwater Horizon  
        USDC No. 2:10-MD-2179  
        USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _Connie Brown_  
                      Connie Brown, Deputy Clerk  
                      504-310-7671

Mr. Andrew Baker Bloomer  
Mr. Robert C. Mike Brock  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Miguel Angel Estrada  
Mr. S. Gene Fendler  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Mark Holstein  
Mr. Thomas George Hungar  
Mr. Samuel Issacharoff  
Mr. Andrew Tanner Karron  
Mr. James Andrew Langan  
Mr. Jeffrey Lennard  
Mr. Scott Payne Martin  
Mr. Steven Andrew Myers  
Mr. Theodore B. Olson  
Mr. James Parkerson Roy  
Ms. Loretta Whyte