# EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Michele Dufrechou | 5/1/2013 | 134641 |
| Larry A. Johnson | 5/1/2013 | 134640 |
| Myrna J. Buras | 5/1/2013 | 134629 |

1