## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | Section: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| *2:10- cv-08888-CJB-SS* | * | |
| | * | MAG. JUDGE SHUSHAN |

**************************************************************************

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 AND APRIL 20, 2013 DEADLINES

NOW INTO COURT, through undersigned counsel, come Claimants, Triton Industries, LLC and Lyons Specialty Company, LLC, who move this Court for acceptance of their Short Form Joinders (R.Doc. 134628 for Triton Industries, LLC and R.Doc. 134629 for Lyons Specialty Company, LLC) in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, Managing Owners, Owners *Pro Hac Vice* and/or Operations of the MODU Deepwater Horizon. As this Honorable Court is aware, the Short Form Joinders were approved by the Court as a vehicle by which Claimants could both file a claim into the limitation proceeding filed by the above named parties, as well as initiate litigation against all non-limitation defendants with regard to the April 20, 2010 oil spill. In filing this motion, claimants confirm that their  Short Form Joinders are timely as to all non-limitation defendants as there are no deadlines, prescriptive or otherwise, with regard to the

1

Claimant's right to file against non-limitation defendants set by this Honorable Court. However, as to the parties to the limitation set forth and listed herein, Claimants recognize that this Honorable Court did in fact set deadlines and Claimants would hereby show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitation proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitation proceeding to September 16, 2011.

3. As Claimants were unaware of the Court-established deadlines, or had yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the post-deadline Short Form Joinders. No action has been taken in the limitation proceeding with could cause prejudice to any other part of the proceeding.

## PRESENTMENT

To the extent required by law, and/or by consent and/or stipulation by BP, Plaintiffs have satisfied all of the administrative requirements of 33 U.S.C. §§ 2713(a) and (b), by the submission of their claims to the BP OPA Claims Program, the Deepwater Horizon Court-Supervised Settlement Program and/or the Gulf Coast Claims Facility ("GCCF"), as BP's agents and/or designees.

In particular Plaintiffs have each submitted a Claim, including a "sum certain" and a brief description of the claim as well as some supporting documentation to the BP OPA Claims Program in Houston, TX.

Ninety (90) days have elapsed since Plaintiffs' claims were submitted or "presented" to the BP OPA Claims Program, the Deepwater Horizon Court-Supervised Settlement Program and/or GCCF, as BP's agents and/or designees.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally, and *in solido*, as follows:

(a) Economic and compensatory damages for loss of income and/or loss of income opportunities and/or earning capacity in amounts to be determined at trial;

(b) Punitive damages;

(c) Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(d) Reasonable claims preparations expenses;

(e) Attorney's fees;

(f) The cost of litigation; and

(g) Such other and further relief as the Court deems just and appropriate.

For these reasons explained more fully in the following Memorandum in Support, Movants respectfully request that the Courts grant Movants' Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 and April 20, 2013, deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully Submitted,

**KEOGH, COX & WILSON, LTD.**

By:_____s/Christopher K. Jones_____
CHRISTOPHER K. JONES, Bar #28101, T.A.
BRENT J. COBB
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Facsimile: (225) 343-9612
cjones@kcwlaw.com
bcobb@kcwlaw.com
**Attorneys for Plaintiff**

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing Motion for the Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 and April 20, 2013, Deadlines has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed to the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of May , 2013.

**KEOGH, COX & WILSON, LTD.**

By:____s/Christopher K. Jones_____
CHRISTOPHER K. JONES, Bar #28101, T.A.
BRENT J. COBB
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Facsimile: (225) 343-9612
cjones@kcwlaw.com
bcobb@kcwlaw.com
**Attorneys for Plaintiff**