## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | Section: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| *2:10- cv-08888-CJB-SS* | * | |
| | * | MAG. JUDGE SHUSHAN |

**************************************************************************

## **ORDER**

Considering the "Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 and April 20, 2013, Deadlines" and Supporting Memorandum of Law:

It is ORDERED that the Motion is hereby GRANTED and that the Short Form Joinders filed by Triton Industries, LLC (R.Doc. 134628) and Lyons Specialty Company, LLC (R.Doc. 134629), and attached as Exhibits A and B, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this _____ day of _____, 2013.

_____
Honorable Carl. J. Barbier, U.S. District Judge