UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION "J" |
| This Document Relates To:<br>10-3896, 11-826, 12-968 | * * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

On March 5, 2013, the Court issued an Order and Reasons denying DuWayne Mason's motion to sever his claim from this multidistrict litigation. (Rec. Doc. 8811). On April 2, 2013, Mason filed a motion entitled "Motion to Reconsider Motion to Sever Claim from Deepwater Horizon MDL and to Set Scheduling Conference and/or to Vacate that Portion of the Court's Comments as to Mason's Status as a Member of the Medical Benefits Class and/or to Extend the Deadline for Opting Out of the Medical Benefits Class as that Deadline Pertains to DuWayne Mason." (Rec. Doc. 9091). Seacor and BP each filed oppositions. (Rec. Doc. 9590 and 9597). The Court has considered counsels' arguments, the record, and the applicable law. Essentially for the reasons presented by Seacor and BP, the Court finds that Mason's motion should be denied. Accordingly,

**IT IS ORDERED** that DuWayne Mason's motion (Rec. Doc. 9091) is **DENIED**.

New Orleans, Louisiana, this 3rd day of May, 2013.

_____
United States District Judge