UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

York Box and Barrel MFG Co., Inc.,                    CIVIL ACTION

V                                                                        NO. 2:13-cv-02301

BP Exploration & Production, Inc., et al              SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| York Box and Barrel MFG Co., Inc. | PUBLICLY HELD |
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |

None

PARENT CORPORATIONS

None

05/06/2013
Date

Robin L. Greenwald, Esq.
Attorney

IL Bar ID #6183798
Bar Roll Number

Weitz & Luxenberg, P.C., 700 Broadway
Address

New York, NY 10003