UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Imaex Trading Co.,

V

BP Exploration & Production, Inc., et al

CIVIL ACTION

NO. 2:13-cv-02344

SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Imaex Trading Co.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

None

05/06/2013
Date

Robin L. Greenwald, Esq.
Attorney

IL Bar ID #6183798
Bar Roll Number

Weitz & Luxenberg, P.C., 700 Broadway
Address

New York, NY 10003