UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

M. Slavin & Sons, Ltd.,     CIVIL ACTION

V     NO. 2:13-cv-02338

BP Exploration & Production, Inc., et al     SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

M. Slavin & Sons, Ltd.
**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**

None

**PARENT CORPORATIONS**

None

05/06/2013
Date

Robin L. Greenwald, Esq.
Attorney

IL Bar ID #6183798
Bar Roll Number

Weitz & Luxenberg, P.C., 700 Broadway
Address

New York, NY 10003