UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Admission of TREX 3745 as an Exhibit for Phase One Trial]**

After review by Judge Barbier of the reasons put forward for admission of TREX 3745 and the objections, the document will not be admitted into evidence for the Phase One Trial.

New Orleans, Louisiana, this 6th day of May, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge