UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BIJAN'S CATERING, INC.

V

BP Exploration & Production, Inc., et al

CIVIL ACTION

NO. 1:13-CV-21415

SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

None

May 3, 2013
Date

Curt D. Marshall
Attorney

NY Bar ID#2524841
Bar Roll Number

Weitz & Luxenberg, P.C., 700 Broadway
Address

New York, NY 10003