UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FDS DEVELOPMENT AND INVESTMENT, INC.

CIVIL ACTION

V

NO. 1:13-CV-21421

BP Exploration & Production, Inc., et al

SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None.

PARENT CORPORATIONS

None.

May 3, 2013
**Date**

Curt D. Marshall
**Attorney**

NY Bar ID#2524841
**Bar Roll Number**

Weitz & Luxenberg, P.C., 700 Broadway
**Address**

New York, NY 10003