UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HOUSTON CARTON, INC.                         CIVIL ACTION

V                                            NO. 2:13-CV-2348

BP Exploration & Production, Inc., et al    SECTION _____ (   )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al             PUBLICLY HELD
NON-GOVERNMENTAL                                     COMPANY THAT
CORPORATE PARTY                                      OWNS 10% OR MORE
TO THIS ACTION                                       OF THE PARTY'S STOCK

                                                     None

PARENT CORPORATIONS

None

May 3, 2013                                  Robin L. Greenwald
   Date                                          Attorney

                                             IL Bar ID #6183798
                                                 Bar Roll Number

                                             Weitz & Luxenberg, P.C., 700 Broadway
                                                 Address

                                             New York, NY 10003