UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HUDSON HOLDING COMPANY, LLC

V

BP Exploration & Production, Inc., et al

CIVIL ACTION

NO. 8:13-CV-1068

SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| BP Exploration & Production, Inc., et al<br>NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
|---|---|
| | None |
| PARENT CORPORATIONS | |
| None | |

May 3, 2013
Date

Curt D. Marshall
Attorney

NY Bar ID#2524841
Bar Roll Number

Weitz & Luxenberg, P.C., 700 Broadway
Address

New York, NY 10003