UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MANSION HOUSE HOTEL, INC.        CIVIL ACTION

V                                NO. 8:13-CV-01053

BP Exploration & Production, Inc., et al        SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al        PUBLICLY HELD
NON-GOVERNMENTAL                                COMPANY THAT
CORPORATE PARTY                                 OWNS 10% OR MORE
TO THIS ACTION                                  OF THE PARTY'S STOCK

                                                None

PARENT CORPORATIONS

None

May 3, 2013                     Curt D. Marshall
    Date                            Attorney

                                NY Bar ID#2524841
                                   Bar Roll Number

                                Weitz & Luxenberg, P.C., 700 Broadway
                                         Address

                                New York, NY 10003