UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MLD 2, LLC                                    CIVIL ACTION

V                                             NO. 5:13-CV-00195

BP Exploration & Production, Inc., et al      SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al      PUBLICLY HELD
NON-GOVERNMENTAL                              COMPANY THAT
CORPORATE PARTY                               OWNS 10% OR MORE
TO THIS ACTION                                OF THE PARTY'S STOCK

                                              None

PARENT CORPORATIONS

None

May 3, 2013                                   Curt D. Marshall
    Date                                          Attorney

                                              NY Bar ID#2524841
                                                  Bar Roll Number

                                              Weitz & Luxenberg, P.C., 700 Broadway
                                                  Address

                                              New York, NY 10003