UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOWAK ENTERPRISES, INC.                         CIVIL ACTION

V                                               NO. 3:13-CV-00281

BP Exploration & Production, Inc., et al        SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| BP Exploration & Production, Inc., et al | PUBLICLY HELD |
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |

None

PARENT CORPORATIONS

None

May 3, 2013                                     Curt D. Marshall
   Date                                             Attorney

                                                NY Bar ID#2524841
                                                   Bar Roll Number

                                                Weitz & Luxenberg, P.C., 700 Broadway
                                                        Address

                                                New York, NY 10003