UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUMMIT FOOD SERVICES, INC.                         CIVIL ACTION

V                                                  NO. 5:13-CV-00158

BP Exploration & Production, Inc., et al           SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al           PUBLICLY HELD
NON-GOVERNMENTAL                                   COMPANY THAT
CORPORATE PARTY                                    OWNS 10% OR MORE
TO THIS ACTION                                     OF THE PARTY'S STOCK

                                                   None

PARENT CORPORATIONS

None


May 3, 2013                                        Curt D. Marshall
   Date                                                Attorney

                                                   NY Bar ID#2524841
                                                      Bar Roll Number

                                                   Weitz & Luxenberg, P.C., 700 Broadway
                                                              Address

                                                   New York, NY 10003