UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROPIC BREEZE MHP, LLC                         CIVIL ACTION

V                                              NO. 8:13-CV-01077

BP Exploration & Production, Inc., et al       SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al       PUBLICLY HELD
NON-GOVERNMENTAL                               COMPANY THAT
CORPORATE PARTY                                OWNS 10% OR MORE
TO THIS ACTION                                 OF THE PARTY'S STOCK

                                               None

PARENT CORPORATIONS

None

May 3, 2013                                    Curt D. Marshall
   Date                                           Attorney

                                               NY Bar ID#2524841
                                                  Bar Roll Number

                                               Weitz & Luxenberg, P.C., 700 Broadway
                                                  Address

                                               New York, NY 10003