UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| This Documents Relates to: 2:12-cv-02004-CJB-SS | Judge Barbier Mag. Judge Shushan |

**PLAINTIFF'S MOTION TO RECONSIDER AND FOR STATUS CONFERENCE**

Comes Now Sergio Valdivieso, Plaintiff and a Jones Act seaman, and files this his Motion to Reconsider and for Status Conference, respectfully submitting as follows.

I.

This is a Jones Act personal injury case, which arose on or about June 9, 2010, in Barataria Bay, Louisiana. Plaintiff was a crewmember working aboard a shallow-water boat, within 100 yards of shore, positioning and repositioning containment boom, when he sustained injuries.

II.

Plaintiff has not sued any Defendants, including BP, for their actions leading to the BP oil spill. Nevertheless, BP wrongfully removed this case to federal court, and then sought transfer to the MDL case (No. 2179), alleging that Plaintiff's claims arise under the Outer Continental Shelf Lands Act. Such is incorrect.

III.

Plaintiff asks the Court to reconsider his previous request to remand and transfer the case back to the Southern District of Texas (Houston), where it then can be sent back to state court in Harris County, Texas, since Jones Act cases are not removable and Plaintiff elected to sue in state court under the Savings to Suitors clause.

IV.

Alternately, Plaintiff, who has been denied maintenance and cure benefits altogether, despite his status as a Jones Act seaman, asks that his claims against all defendants except BP be severed and remanded, so that those claims against the non-BP parties may proceed.

V.

Plaintiff also asks that this Court schedule a prompt Status Conference, so that these issues can be addressed and the Court can establish dates by which these issues will be ruled upon.

VI.

Plaintiff files the enclosed Memorandum of Law in support of this motion and request for status conference.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

By:_____
    W. MARK LANIER
    State Bar No. 11934600
    KEVIN P. PARKER
    State Bar No. 15494040
    CHARLES F. HERD, JR.
    State Bar No. 09504480
    M. MICHELLE CARRERAS
    State Bar No. 24040647
    P.O. Box 691448
    6810 FM 1960 West (77069)
    Houston, Texas 77269-1448
    Telephone: (713) 659-5200
    Fax: (713) 659-2204
    Direct Fax: (281) 866-6963
    ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the _____ day of May, 2013, a true and correct copy of the above and foregoing document has been sent to the following counsel of records:

Brittani W. Rollen
George C. Haratsis
MCDONALD SANDERS
777 Main Street, Suite 1300
Fort Worth, TX 76102
**Attorneys for Defendant Eastern Research Group, Inc.**

Thomas W. Taylor
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
**Attorney for BP Defendants**

Richard C. Godfrey, P.C.
J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
**Attorney for BP Defendants**

Jeffrey Bossert Clark
KIRKLAND & ELLIS, LLP
655 Fifteenth Street Northwest
Washington,D C 20005
**Attorneys for Defendants, BP Products North America and BP America Inc.**

Alexander C. Chae
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
**Attorneys for Defendant, Southern Cat, Inc.**

_____
Charles F. Herd, Jr.