IN RE: FLSA CLAIMS AGAINST: ] COLLECTIVE ACTION
]
]
**O'BRIEN'S RESPONSE MANAGEMENT,** ] <u>**NOTICE OF CONSENT**</u>
**SEACOR, ET AL.** ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Service Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_Wesley W. Wilson_
Signature

_Wesley Wayne Wilson_
Full Legal Name (print)

Exhibit 1