IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the<br>Gulf of Mexico, on<br>April 20, 2010 | MDL No. 2179<br><br><br>SECTION: J |
| This Document Relates to:<br>Case No. 2:13-cv-00637-CJB-SS<br>Board of School Commissioners of Mobile County v.<br>BP Exploration & Production, Inc., et al. | Judge Barbier<br>Mag. Judge Shushan |

## NOTICE OF SERVICE ATTEMPTS

COMES NOW the Board of School Commissioners of Mobile County, by and through Counsel, and makes this its Notice of Service Attempts pursuant to the Service Order of the United States District Court for the Southern District of Alabama, Southern Division, dated March 26, 2013, as follows:

1.  Anadarko Petroleum Corporation Co., Anadarko E&P Company, LP, BP Exploration & Production, Inc., BP America Production Company, Inc., BP America, Inc., Cameron International Corporation f/k/a Cooper-Cameron Corporation, Halliburton Energy Services, Inc., M-I, LLC, Moex Offshore 2007, LLC, MOEX USA Corporation, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., and Weatherford U.S., L.P., were served with process via certified mail on or about April 1, 2013.

2.  BP plc, Mitsui Oil Exploration Co., LTD, Sperry Drilling Services, Transocean Ltd., and Triton Asset Leasing GMBH have not yet been served. On or about April 19, 2013, the undersigned forwarded waiver of service requests to these parties pursuant to FRCP Rule 4(d). The deadline for responses to the waiver requests is May 22, 2013. If service is not waived this Plaintiff intends to attempt service in an alternate manner.

1

3.      Out of an abundance of caution the undersigned also forwarded waiver of service requests to Transocean Deepwater, Inc., Transocean Holdings, LLC, MOEX Offshore 2007, LLC, MOEX USA Corporation and Mitsui Oil Exploration Co., Ltd., on or about April 19, 2013, to make certain process had been effected on those parties.  MOEX Offshore 2007, LLC and MOEX USA Corporation have waived service and those waivers will be filed with the Court. The deadline for responses to the other waiver requests is May 22, 2013.  If service is not waived this Plaintiff intends to attempt service in an alternate manner.

Date: May 7, 2013

                                                        Respectfully submitted,

                                                        Board of School Commissioners
                                                        of Mobile County, Alabama.

                                                        By:  The Atchison Firm, P.C.
                                                        Its Attorneys

                                                        By:/s/ Christopher A. Arledge
                                                        Christopher A. Arledge (arlec1115)
                                                        chris.arledge@atchisonlaw.com

OF COUNSEL:
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
Tel. No. (251) 665-7200
Fax No. (251) 665-7250

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF SERVICE ATTEMPTS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2178, on this 7th day of May, 2013.

                                                        /s Christopher A. Arledge