**Mishkin, Douglas**

| | |
|---|---|
| **From:** | Chris Martin [martin@mdjwlaw.com] |
| **Sent:** | Wednesday, March 06, 2013 9:56 AM |
| **To:** | Korn, Jeffrey; 'jbarrasso@barrassousdin.com' |
| **Cc:** | 'CBertaut@stonepigman.com'; Mishkin, Douglas |
| **Subject:** | Re: Cameron v Liberty Discovery |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

1. Documents collected for: "anything containing the word "Cameron" (caps don't matter).  We also searched for any documents within any folder called "Cameron."  From email server, we looked for any email where "Cameron" was in the body, subject and/or any attachment, or the email was in any folder containing the word "Cameron"."

2. First "Cameron Lit Hold" was made 10/9/11.

3. Depositions.
Roberts: 4/2
Engel: 4/3
Rogin: 4/4

Location will be provided later today, but it will be in NYC where they live and work. Dates for the other two will be provided later today.

4-6. Still working on these 3 items and will provide them as soon as I have more information.

We still need depo dates for Cameron and Marsh corp reps.

That's all I have to report. I am not sure it is necessary to talk at 9:30 CST as I don't have any other info to provide at this time, but we can certainly confer if there is anything else you want to discuss.

Chris

--------------------------
Christopher W. Martin
Martin, Disiere, Jefferson & Wisdom, L.L.P.
(Office) 713-632-1701
(Cell) 713-416-1731

**From:** Korn, Jeffrey [mailto:JKorn@willkie.com]
**Sent:** Monday, March 04, 2013 01:54 PM
**To:** 'Judy Barrasso' <jbarrasso@barrassousdin.com>; Chris Martin
**Cc:** 'Bertaut, Carmelite' <CBertaut@stonepigman.com>; Mishkin, Douglas <DMishkin@willkie.com>
**Subject:** Cameron v Liberty Discovery

Judy, Chris,

When is a good time tomorrow or on Wednesday to continue with our discussion from Friday?  As we discussed, we asked Chris to look into the following issues and get back to us:

EXHIBIT 1

1. What are the search parameters, if any, Liberty is using to search for electronic documents in its custodian's files?  As we discussed, Liberty expects to continue rolling documents to Cameron this week and complete its productions by the end of next week.

2. What is the exact date that Liberty implemented a litigation hold for its dispute with Cameron?

3.  You agreed to identify deposition dates for the Liberty witnesses in April.  You mentioned that Engel, Roberts and Rogin could be scheduled for April 2 -5, but please identify which dates for which witnesses, as well as the dates for Mandel and Morris.  Also, will these depositions be in New York?

4. You agreed to review the redactions in the Case Facts documents prepared by Jeffrey Roberts and determine whether some or all of their contents may be unredacted.

5.   You agreed to confer about a potential new cutoff date to propose to Cameron after which privileged communications between Liberty and its counsel (ie, no third parties) would not need to be logged.

6.  You agreed to check what portions of Liberty's manuals you would produce (e.g., an index) in the first instance.

Thank you.

Jeff


*************************************************************************

IMPORTANT NOTICE:  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
*************************************************************************