UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____                                        CIVIL ACTION

V                                                                                      NO. _____

_____                                        SECTION _____ (    )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| --- | --- |

PARENT CORPORATIONS

_____                                                                    _____
Date                                                                                      Attorney

_____
Bar Roll Number

_____
Address