UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Working Group Conference on Friday, May 3, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### EQUIPMENT AT MICHOUD AND OTHER LOCATIONS

1.  BP notified the parties of its intention to dispose of samples. If no objections are received by BP by **Wednesday, May 8, 2013,** it is authorized to dispose of the samples.

2.  Captain Englebert submitted her reports for April. Please process the invoice when allocated.

### PHASE ONE ISSUES

1.  **Final Marshaling Conference.**

A Final Marshaling Conference ("FMC") is set for **Friday, May 17, 2013 at 9:30 a.m.[1]** It will cover the final days of the trial, including all days not covered through the Marshaling Conference on April 11. A Working Group Conference will follow the FMC. The parties may

---

[1] At a telephone conference on May 7, the conference was delayed one week.

participate by telephone in both conferences. The conferences will be in Courtroom B309. By **Wednesday, May 15, 2013**, the PSC and BP shall agree on and distribute an agenda for the FMC.

2.   **Master Lists.**

There will be two master lists. They will include exhibits, demonstratives, call-outs, video clips and deposition bundles. One master list shall be sorted by number. The second master list shall be sorted by order of presentation and witness. They will be circulated and agreed to prior to the FMC.

3.   **Hard Drives**.

After there is agreement on the master lists, inData will put all of the exhibits, demonstratives, call-outs, video clips and deposition bundles on two hard drives. One hard drive will be given to Stephanie and will be part of the record in the MDL. The second duplicate hard drive will be given to Judge Barbier.

Before the FMC, the parties shall verify that the hard drives: (a) contain all of the exhibits, demonstratives, call-outs, video clips and deposition bundles identified on the master lists; (b) contain what was introduced into evidence (other than live testimony); and (c) do not contain anything that was not introduced into evidence. The parties will sign a certification (see below) to that effect.

The PSC reported that duplicates can be eliminated on numerical list. For the witness folders on the hard drive, there will be some duplicate exhibits.

4.   **Certification of Record.**

On May 3, after the conference, the Court circulated in pdf format a revised certification of the contents of the hard drive as being the complete record. The form will be signed by counsel for

each party and returned to Marie Firmin (marie_firmin@laed.uscourts.gov) by **noon CDT on Thursday, May 16.**

5.      **Documents that May be Added as Exhibits**.

Judge Barbier ruled on the parties' request for additional documents to be added as exhibits. Rec. doc. 9653.

6.      **Exhibits to be Eliminated**.

The parties were unable to eliminate exhibits.

7.      **PSC Proffer**.

The PSC will submit the proffer to Halliburton sufficiently in advance of the FMC to permit the proffered deposition testimony to be included on the hard drives.

8.      **Deposition Bundles**.

BP and the PSC are working with inData on completion of the review of deposition bundles. The hard drives deposition bundles were provided to all parties and were uploaded at Worldwide. **Monday, May 6**, was the deadline for the parties to identify any errors and specify objections. This shall be the final opportunity to audit the bundles before the FMC and closing of the record. Any corrections must be made to inData with copies to all parties. The PSC emphasized that this is a limited final review. It is not for the purpose of making a detailed examination of each deposition designation.

9.      **Ambrose**.

The parties confirmed that the issue with the Ambrose deposition is resolved.

10.     **TREX 3745.**

An issue was raised about this exhibit. On May 6, Judge Barbier ruled that it will not be

admitted into evidence.  Rec. doc. 9690.

11. **Briefing for Transocean's Motion for Summary Judgment**.

The deadline for replies is extended to **Tuesday, May 28, 2013.**

12. **Mitchell Expert Report**.

Judge Barbier ruled that the redacted version of the report should be on the hard drive.

13. **Findings of Fact and Post Trial Briefing**

**Friday, June 21**, is the deadline for post-trial briefs and proposed findings and conclusions.

**Friday, July 12**, is the deadline for response briefs

## PHASE TWO PREPARATION

1. **Deposition Designations**.

The U.S. reported on the status of the deposition designations.  The issue of how to incorporate document objections into the deposition bundles is not resolved.

2. **Dr. Leifer's Audio Journal**.

BP is conferring with UCSB on the briefing schedule for the remaining issues.

3. **Crime-Fraud.**

The U.S. favored a single appeal deadline after all issues are resolved by the Court.  BP favored an appeal deadline for the current order to set a framework going forward and a later appeal deadline after the selection criteria issue is resolved.  BP shall put its proposal in writing for review by the U.S., Transocean and the Court.  While it is being considered, the current appeal and production deadlines are suspended.

**4.      Oceaneering Request for Expenses**.

Oceaneering was asked to confirm that it only seeks reimbursement of the two invoices enclosed with its April 10, 2013 letter.

**5.      Experts**.

An order was issued on Phase Two expert issues regarding the length of the depositions, the deposition of Tom Hunter, and allocation of examination time. Rec. doc. 9586.

Halliburton's request for reconsideration of its allocation will be considered after the parties make their **May 14** submissions concerning experts. There was discussion of the allocation of examination time among the parties.

The U.S. objected to the allocation to Anadarko. It also noted that for depositions of Phase One experts the parties were not permitted to trade time as they were for Phase One fact depositions. It asked that the same rule apply to Phase Two expert depositions. It objected to the quantification experts from Halliburton and Transocean.

The U.S. contends that BP and Anadarko should provide deposition dates for Nigel Richardson, who assisted Mr. Nesnic. It contends that deposition dates should be provided for Hans Viziri because he assisted Mr. Nesnic and he is a BP employee expert who has not been deposed. BP will consider the request.

The U.S. was willing to be more specific in its disclosure for Dr. Tom Hunter to avoid a further deposition for him. On Tuesday, May 7, the U.S. submitted a proposed revised Phase Two quantification expert designation for Dr. Hunter. The U.S. and BP/Anadarko will confer on the proposed designation.

**6.     Transocean and Halliburton**.

During the week of May 6, there will be separate telephone conferences with Halliburton and Transocean concerning Phase Two issues.

**7.     Phase Two Exhibit Lists and Evidentiary Objections**.

   A.     Exhibits without Bates numbers.

The U.S. reported that there are some BP exhibits without Bates numbers. BP referred to the procedures developed in Phase One for the identification of public documents. The U.S. contends that if something appears on a party's exhibit list, a copy of what the party intends to proffer should be made available. The Court asked the U.S. and BP to confer on the issue.

   B.     Subject sheets in lieu of exhibits.

The U.S. reported that a number of documents were exchanged with slip sheets. Inasmuch as BP has listed ROV footage, the U.S. is requesting the actual footage. BP reported that it will make the ROV footage available to the U.S.

   C.     Second installment briefing.

The briefing schedule for the second installment is **changed**. The deadline for optional motions addressing the admissibility of a reasonable number of sample documents where objections are not withdrawn is **Wednesday, May 15, 2013.** Responses are due on **Tuesday, May 28**, and replies are due on **Tuesday, June 4, 2013.**

**8.     Expert Deadlines and Deposition Schedule.**

                              Wednesday, May 8

Announce deposition schedule of experts for Defendants except for experts addressing issues in Dr. Bea's report.

<div align="center">Friday, May 10</div>

Service of : (1) Defendants' expert reports and consideration materials for issues in Dr. Bea's report; and (2) Consideration Materials associated with Defendants' expert reports served on May 1.

<div align="center">Tuesday, May 14</div>

The parties shall: (a) submit a statement on whether the depositions of the source control experts should be 1 or 2 days; (b) update their time requests for source control experts; and (c) report any agreements on the time sought. Rec. doc. 9586.

<div align="center">Thursday, May 16</div>

The Court will rule on the issue of whether the depositions of source control experts will be limited to 1 day and provide for the allocation of examination time. Rec. doc. 9586.

<div align="center">Friday, May 17</div>

Announce deposition schedule of experts for Defendants addressing issues addressed in Dr. Bea's report.

<div align="center">Monday, June 10</div>

Service of the reports and consideration materials from Dr. Bea and any other expert in reply to the reports served on May 1 and 10.

<div align="center">Monday, June 17</div>

Announce deposition schedule of Plaintiffs' reply experts.

<div align="center">Wednesday - June 19</div>

U.S. - Ron Dykhuizen        Quantification, Track 1 - Hydraulic Modeling.        New Orleans

<div align="center">Thursday - June 20</div>

U.S. - Ron Dykhuizen        Quantification, Track 1 - Hydraulic Modeling.        New Orleans


<u>Monday - June 24</u>

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

<u>Tuesday - June 25</u>

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

<u>Wednesday - June 26</u>

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification, Track 1 - Hydraulic Modeling. | N.O. |

<u>Thursday - June 27</u>

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification, Track 1 - Hydraulic Modeling. | N.O. |
| U.S. - Mehran Pooladi-Darvish | Quantification, Track 2 - Reservoir Modeling. | N.O. |

<u>Friday - June 28</u>

| | | |
|---|---|---|
| U.S. - Mehran Pooladi-Darvish | Quantification, Track 2 - Reservoir Modeling. | N.O. |
| U.S - Dr. Aaron Zick (N.O.) | Quantification, Track 4 - Fluids/Production Engineering | |

<u>Saturday - June 29</u>

| | | |
|---|---|---|
| U.S - Aaron Zick (N.O.) | Quantification, Track 4 - Fluids/Production Engineering | |

<u>Monday - July 8</u>

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification, Track 2 - Reservoir Modeling. | N.O. |

<u>Tuesday - July 9</u>

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification, Track 2 - Reservoir Modeling. | N.O. |

<u>Wednesday - July 17</u>

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification, Track 2 - Reservoir Modeling. | New Orleans |

<u>Thursday - July 18</u>

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification, Track 2 - Reservoir Modeling. | New Orleans |

<u>Monday - July 22</u>

| | | |
|---|---|---|
| PSC - Dr. Bea | Source Control - Available July 22-August 3 | New Orleans |

<u>Tuesday - July 23</u>

| | | |
|---|---|---|
| PSC - Dr. Bea | Source Control - Available July 22-August 3 | New Orleans |

<u>Thursday - July 25</u>

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification, Track 3 - Computational Fluid Dynamics | N.O. |

<u>Friday - July 26</u>

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification, Track 3 - Computational Fluid Dynamics | N.O. |

<u>Saturday, July 27</u>

Deadline for completion of expert depositions and file and serve final list of experts.

## **PENALTY PHASE**

BP, the U.S. and Anadarko reported that there are discussions with regard to what will be referred to as the Penalty Phase. The Court reported that Judge Barbier wants to take up the Penalty Phase next.

## **PHASE THREE**

The States and the PSC submitted proposals for their claims. The Court will conduct conferences with these and other parties to discuss their proposals.

BP reported on the influx of new claims filed in various federal and state courts. It is moving with the Judicial Panel on Multidistrict Litigation to have them transferred to this MDL. It will present suggestions to the Court and Judge Barbier on how to deal with these cases.

**OTHER MATTERS**

1. **U.S. Proposed Order on Confidential Communications**.

At last report the U.S. was working on an order clarifying that communications between the U.S. and the States, particularly the non-party States, are confidential. The U.S. shall notify the Court if this needs to be on a Working Group Conference agenda.

2. **Sample Extracts Order.**

The parties are working on a consent joint motion concerning sample extracts. The U.S. shall notify the Court if this needs to be on a Working Group Conference agenda.

3. **NOAA Information**.

The U.S. and BP conferred on a request for information from NOAA for use in the settlement concerning fisherman. BP is drafting an agreed order so that there is a court-directed request for the information rather than a FOIA request.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| 05/10/13 | WGC meeting at 9:30 a.m. |
| 05/17/13 | WGC meeting at 9:30 a.m. (Final Marshaling Conference). |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/28/13 | WGC meeting at 9:30 a.m. |
| 07/05/13 | No Conference |
| 07/12/13 | WGC meeting at 9:30 a.m. |

07/19/13		WGC meeting at 9:30 a.m.

07/26/13		WGC meeting at 9:30 a.m.

08/02/13		No Conference

08/09/13		WGC meeting at 9:30 a.m.

08/16/13		WGC meeting at 9:30 a.m.

08/23/13		WGC meeting at 9:30 a.m.

08/29/13		No Conference

**Thursday, September 5, 2013, at 9:00 a.m.  Phase Two Final Pre-Trial Conference**

09/06/13		WGC meeting at 9:30 a.m.

09/13/13		WGC meeting at 9:30 a.m.

**09/16/13		Commencement of Phase Two Trial**

**All Saturdays are email free days.**

New Orleans, Louisiana, this 7th day of May, 2013.

_____
**SALLY SHUSHAN
United States Magistrate Judge**

11