UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**Cameron's Motion to Compel (Rec. doc. 9618)**

**DISMISSED IN PART AS MOOT; DENIED IN PART, AND GRANTED IN PART**

On April 30, 2012, Cameron submitted a letter requesting an order requiring Liberty Insurance Underwriters, Inc. ("Liberty") to produce the "Roberts Documents" and documents sufficient to show Liberty's policies and procedures regarding claims adjusting and the handling of coverage disputes.

Liberty was ordered to produce the "Roberts Documents" on May 3, 2013, for *in camera* review. The documents were not produced. It is assumed that the parties reached agreement on these documents before May 3. Liberty's motion to compel will be dismissed in part as moot.

By May 6, 2013, Liberty was to submit a memorandum in opposition to Cameron's request for production of documents sufficient to show Liberty's policies and procedures regarding claims adjusting and the handling of coverage disputes.

On May 6, Liberty submitted a response. Rec. doc. 9714. It states that, after a diligent search, it did not identify "any generally applicable written policies or procedures in effect between April 2010 and the filing of the suit on January 30, 2012 pertaining to Liberty Insurance Underwriters' adjustment of claims involving coverage disputes." Id. at 1. It produced three sets

of documents for *in camera* review that it contends are neither responsive nor relevant.  Id.

Cameron was permitted to file a reply by noon on Tuesday, May 7, 2013, but it did not do so.

The Court reviewed the documents submitted *in camera*.  Cameron sought policies and procedures that relate to:  (1) claims adjusting (RFP no. 13); and (2) the handling of coverage disputes (RFP no. 15).  Rec. doc. 9618 (Exhibit A).  Liberty appears to have interpreted these two requests as seeking policies and procedures "pertaining to adjustment of insurance claims involving coverage disputes. . . ."  Rec. doc. 9714 at 2.  The documents submitted for *in camera* review are not responsive to RFP nos. 13 and 15.

The remaining issue is whether Liberty's diligent search included:

13. Documents sufficient to show all of Liberty's policies and/or procedures that relate to claims adjusting.

15. Documents sufficient to show all of Liberty's policies and/or procedures that relate to the handling of coverage disputes.

By noon on **Thursday, May 10, 2010**, Liberty shall certify that it has no documents responsive to these requests or produce the documents.  If it contends any documents are privileged, it shall produce them for *in camera* review.

New Orleans, Louisiana, this 7th day of May, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**