UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * * * * * * | MDL NO.   2179<br><br>NUMBER:<br><br>SECTION:<br><br>JUDGE:  BARBIER<br><br>MAGISTRATE:  SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**April, 20, 2010**
**PLAINTIFF:**
**FIRE PROTECTION SERVICE, INC. a/k/a/**
**FIRE PROTECTION SERVICE, INC. OF TEXAS**

**VERSUS**

**DEFENDANTS:**
**BP, P.L.C.,  BP AMERICA PRODUCTION COMPANY,  BP EXPLORATION & PRODUCTION INC.,  HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORPORATION, ANADARKO E&P COMPANY LP, ANADARKO PETROLEUM CORPORATION,  MOEX OFFSHORE 2007, LLC,  MOEX USA CORPORATION,**

<u>ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD</u>

CONSIDERING THE FOREGOING Motion to Enroll Ms. Bonnie A. Kendrick;

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Judge
