UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2:10-md-2179 |
| | SECTION "J" |
| | JUDGE BARBIER |
| Relates to: 2:12-cv-02155 | |
| | MAGISTRATE JUDGE SHUSHAN |

**ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD**

CONSIDERING THE FOREGOING Motion to Enroll Ms. Bonnie A. Kendrick;

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Judge