UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOPWATER CHARTERS, L.L.C. | * | CIVIL ACTION NO: 12-00381 |
| AND BACKWATER CHARTER, L.L.C. | * | |
| | * | |
| versus | * | |
| | * | |
| BP, PLC, BP AMERICA PRODUCTION | * | SECTION "J"(1) |
| COMPANY, BP EXPLORATION & | * | |
| PRODUCTION, INC., TRANSOCEAN, | * | JUDGE BARBIER |
| LTD., TRANSOCEAN OFFSHORE DEEP- | * | |
| WATER DRILLING, INC., TRANSOCEAN | * | MAGISTRATE:  SHUSHAN |
| DEEPWATER, INC., TRANSOCEAN | * | |
| HOLDINGS, LLC, TRITON ASSET | * | |
| LEASING GMBH, HALLIBURTON | * | |
| ENERGY SERVICES, INC., M-I, LLC, | * | |
| CAMERON INTERNATIONAL | * | |
| CORPORATION, ANADARKO E&P | * | |
| COMPANY LP, ANADARKO PETROLEUM | * | |
| CORP., MOEX OFFSHORE 2007, | * | |
| LLC, MOEX USA CORP., NALCO | * | |
| HOLDINGS, LLC, NALCO FINANCE | * | |
| HOLDINGS, LLC, NALCO HOLDING | * | |
| COMPANY, AIRBORNE | * | |
| SUPPORT INC., AND AIRBORNE SUPPORT | * | |
| INTERNATIONAL, INC. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Case No.:  2:12-cv-00381 | * | |
| | * | |

********************************************

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Top Water

Charters, LLC and Backwater Charters, LLC, who moves this court for an order enrolling

attorney Ms. Bonnie A. Kendrick, as counsel for plaintiff in this matter, and in support thereof,

shows as follows:

1.    Ms. Bonnie A. Kendrick is a member in good standing of the Louisiana State Bar

Louisiana Bar No. 31806.

2.    Ms. Bonnie A. Kendrick requests permission to enroll as counsel in this matter on

behalf of Plaintiff, and her appearance will not hinder or delay the litigation of

this case.

WHEREFORE, Plaintiff respectfully requests that Ms. Bonnie A. Kendrick can be

admitted to enroll as counsel and participate fully as counsel in this action.

Respectfully submitted,

  /s/ Stuart H. Smith
**STUART H. SMITH (17805)**
**MICHAEL G. STAG (23314)**
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**ROBERT J. MCKEE (0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the above and foregoing Motion to Enroll as Counsel has been filed electronically with the clerk of Court using CM/ECF system and served on all counsel of record through Lexis Nexis File and Serve on this 8th day of May 2013.

By: /s/ Stuart. H. Smith
**STUART H. SMITH (17805)**
**MICHAEL G. STAG (23314)**
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**ROBERT J. MCKEE (0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*