UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TOPWATER CHARTERS, L.L.C.** | * | **CIVIL ACTION NO: 12-00381** |
| **AND BACKWATER CHARTER, L.L.C.** | * | |
| | * | |
| versus | * | |
| | * | |
| | * | **SECTION "J"(1)** |
| **BP, PLC, BP AMERICA PRODUCTION** | * | |
| **COMPANY, BP EXPLORATION &** | * | **JUDGE BARBIER** |
| **PRODUCTION, INC., TRANSOCEAN,** | * | |
| **LTD., TRANSOCEAN OFFSHORE DEEP-** | * | **MAGISTRATE: SHUSHAN** |
| **WATER DRILLING, INC., TRANSOCEAN** | * | |
| **DEEPWATER, INC., TRANSOCEAN** | * | |
| **HOLDINGS, LLC, TRITON ASSET** | * | |
| **LEASING GMBH, HALLIBURTON** | * | |
| **ENERGY SERVICES, INC., M-I, LLC,** | * | |
| **CAMERON INTERNATIONAL** | * | |
| **CORPORATION, ANADARKO E&P** | * | |
| **COMPANY LP, ANADARKO PETROLEUM** | * | |
| **CORP., MOEX OFFSHORE 2007,** | * | |
| **LLC, MOEX USA CORP., NALCO** | * | |
| **HOLDINGS, LLC, NALCO FINANCE** | * | |
| **HOLDINGS, LLC, NALCO HOLDING** | * | |
| **COMPANY, AIRBORNE** | * | |
| **SUPPORT INC., AND AIRBORNE SUPPORT** | * | |
| **INTERNATIONAL, INC.** | * | |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **Case No.: 2:12-cv-00381** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD**</u>

CONSIDERING THE FOREGOING Motion to Enroll Ms. Bonnie A. Kendrick;

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Judge