UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.   2179 <br> NUMBER: <br> SECTION: |
| This document relates to: Civil Action No. 12-2338 | * * * * * * | JUDGE:  BARBIER <br> MAGISTRATE:  SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Stephan Kolian, et al., who moves this court for an order enrolling attorney Ms. Bonnie A. Kendrick, as counsel for plaintiff in this matter, and in support thereof, shows as follows:

1. Ms. Bonnie A. Kendrick is a member in good standing of the Louisiana State Bar Louisiana Bar No. 31806.

2. Ms. Bonnie A. Kendrick requests permission to enroll as counsel in this matter on behalf of Plaintiff, and her appearance will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiff respectfully requests that Ms. Bonnie A. Kendrick can be admitted to enroll as counsel and participate fully as counsel in this action.

Respectfully submitted,

_/s/ Stuart H. Smith_
**STUART H. SMITH (17805)**
**MICHAEL G. STAG (23314)**
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**ROBERT J. MCKEE (0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the above and foregoing Motion to Enroll as Counsel has been filed electronically with the clerk of Court using CM/ECF system and served on all counsel of record through Lexis Nexis File and Serve on this 8th day of May 2013.

By: /s/ Stuart. H. Smith
STUART H. SMITH (17805)
MICHAEL G. STAG (23314)
BONNIE A. KENDRICK (31806)
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

ROBERT J. MCKEE (0972614)
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*