UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig       "Deepwater Horizon" in the       Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| Coby Esponge, et al. v. BP, PLC, et al. | * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:12-cv-0988 and 10-md-2179 | * * | |

### ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD

CONSIDERING THE FOREGOING Motion to Enroll Ms. Bonnie A. Kendrick;

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Judge