UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * | MDL NO.   2179 |
| | * | NUMBER: |
| | * | SECTION: |
| | * | JUDGE: |
| This document relates to: 2:12-cv-02048 | * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<b><u>ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD</u></b>

CONSIDERING THE FOREGOING Motion to Enroll Ms. Bonnie Kendrick;

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Judge