UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

K & C Oyster Bar, Inc.

V

BP Exploration & Production, Inc., et al

CIVIL ACTION

NO. 6:13-cv-644

SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

K & C Oyster Bar, Inc.
**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**

**PARENT CORPORATIONS**

None

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**

None

05/08/2013
**Date**

Robin L. Greenwald, Esq.
**Attorney**

IL Bar ID #6183798
**Bar Roll Number**

Weitz & Luxenberg, P.C., 700 Broadway
**Address**

New York, NY 10003