# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Case No. 2:13-cv-00637-CJB-SS<br>Board of School Commissioners of Mobile County v.<br>BP Exploration & Production, Inc., et al. | Judge Barbier<br>Mag. Judge Shushan |

## PROOF OF SERVICE

COMES NOW the Board of School Commissioners of Mobile County, by and through Counsel, and files the attached proof of service as to the following Defendant:

MOEX Offshore 2007, LLC

Date: May 8, 2013

          Respectfully submitted,

          Board of School Commissioners
          of Mobile County, Alabama.

          By:/s/ Christopher A. Arledge
          Christopher A. Arledge (arlec1115)
          chris.arledge@atchisonlaw.com

OF COUNSEL:
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
Tel. No. (251) 665-7200
Fax No. (251) 665-7250

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF SERVICE ATTEMPTS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of May, 2013.

          /s Christopher A. Arledge

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00637-CJB-SS MDL2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MOEX Offshore 2007, LLC

was received by me on *(date)* 04/01/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on CT Corporation System, agent for service of process for MOEX Offshore 2007, LLC, by certified mail/return receipt for merchandise on 04/01/2013 pursuant to FRCP 4(h)(1)(A), FRCP 4(e)(1) and ARCP 4. A copy of the certified mail green card signed by the agent for defendant on 04/01/2013 is attached.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/8/13

*Server's signature*

Laura Mety, Paralegal
*Printed name and title*

The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
*Server's address*

Additional information regarding attempted service, etc:
Case was originally filed in the United States District Court for the Southern District of Alabama, Case No. 1:13-cv-00144, and was transferred to the U.S. Dist. Ct. for the Eastern Dist. of Louisiana on or about April 8, 2013, and assigned to MDL No. 2179. Case was given its own case number on or about April 12, 2013, with notice of same sent out on or about April 29, 2013.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Moex Offshore 2007, LLC
Street, Apt. No.; or PO Box No.: c/o CT Corporation System
350 N. St. Paul St., Ste. 2900
City, State, ZIP+4: Dallas, TX 75201-4234

7012 3050 0000 4538 5254

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Moex Offshore 2007, LLC
   c/o CT Corporation System
   350 N. St. Paul St., Ste. 2900
   Dallas, TX 75201-4234

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Robert Pina_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Robert Pina   C. Date of Delivery: APR 0 1 2013
D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0000 4538 5254

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00637-CJB-SS MDL2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MOEX Offshore 2007, LLC

was received by me on *(date)* 04/01/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on MOEX Offshore 2007, LLC, by certified mail/return receipt for merchandise on 04/01/2013 pursuant to FRCP 4(h)(1)(A), FRCP 4(e)(1) and ARCP 4. A copy of the certified mail green card signed by the agent for defendant on 04/01/2013 is attached.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/8/13

*Server's signature*

Laura Mety, Paralegal
*Printed name and title*

The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
*Server's address*

Additional information regarding attempted service, etc:
Case was originally filed in the United States District Court for the Southern District of Alabama, Case No. 1:13-cv-00144, and was transferred to the U.S. Dist. Ct. for the Eastern Dist. of Louisiana on or about April 8, 2013, and assigned to MDL No. 2179. Case was given its own case number on or about April 12, 2013, with notice of same sent out on or about April 29, 2013.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Article Number: 7012 3050 0000 4538 5247

Sent To: Moex Offshore 2007, LLC
Street, Apt. No.; or PO Box No.: 9 Greenway Plaza
City, State, ZIP+4: Suite 1220
Houston, Texas 77046

PS Form 3800, August 2006   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Moex Offshore 2007, LLC
    9 Greenway Plaza
    Suite 1220
    Houston, Texas 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 4-1-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0000 4538 5247

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540