IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig                                          MDL No. 2179
   "Deepwater Horizon" in the
   Gulf of Mexico, on
   April 20, 2010                                         SECTION: J

This Document Relates to:                                          Judge Barbier
Case No. 2:13-cv-00637-CJB-SS                                 Mag. Judge Shushan
Board of School Commissioners of Mobile County v.
BP Exploration & Production, Inc., et al.

**PROOF OF SERVICE**

   COMES NOW the Board of School Commissioners of Mobile County, by and through

Counsel, and files the attached proof of service as to the following Defendant:

Transocean Deepwater, Inc.

   Date: May 8, 2013

              Respectfully submitted,

              Board of School Commissioners
              of Mobile County, Alabama.

              By:/s/ Christopher A. Arledge
              Christopher A. Arledge (arlec1115)
              chris.arledge@atchisonlaw.com

OF COUNSEL:
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
Tel. No. (251) 665-7200
Fax No. (251) 665-7250

       CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF SERVICE ATTEMPTS has been
served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in
accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the
Clerk of Court of the United States District Court for the Eastern District of Louisiana by using
the CM/ECF System, which will send a notice of electronic filing in accordance with the
procedures established in MDL 2179, on this 8th day of May, 2013.

            /s Christopher A. Arledge

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00637-CJB-SS MDL2179

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Transocean Deepwater, Inc.

was received by me on *(date)*        04/01/2013        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I served the summons on Capitol Services, Inc., agent for service of process for Transocean
Deepwater, Inc., by certified mail/return receipt for merchandise on 04/01/2013 pursuant to
FRCP 4(h)(1)(A), FRCP 4(e)(1) and ARCP 4.  A copy of the certified mail green card signed
by the agent for defendant on 04/01/2013 is attached.

My fees are $        0.00        for travel and $        0.00        for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:    5/8/13

_____
*Server's signature*

Laura Mety, Paralegal
_____
*Printed name and title*

The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
_____
*Server's address*

Additional information regarding attempted service, etc:
Case was originally filed in the United States District Court for the Southern District of Alabama, Case No.
1:13-cv-00144, and was transferred to the U.S. Dist. Ct. for the Eastern Dist. of Louisiana on or about April 8, 2013,
and assigned to MDL No. 2179.  Case was given its own case number on or about April 12, 2013, with notice of same
sent out on or about April 29, 2013.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*
Transocean Deepwater, Inc.
*Street, Apt. No.; or PO Box No.* c/o Capitol Services, Inc.
1675 S. State St., Ste. B
*City, State, ZIP+4* Dover, DE 19901

PS Form 3800, August 2006                    See Reverse for Instructions

7012 3050 0000 4538 5117

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transocean Deepwater, Inc.
c/o Capitol Services, Inc.
1675 S. State St., Ste. B
Dover, DE 19901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Matt L Omsb_          ☐ Agent
                          ☐ Addressee

B. Received by ( *Printed Name*) | C. Date of Delivery
MATT L Coyoley                    | 4/1/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
(Transfer from service label)        7012 3050 0000 4538 5117

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540