UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## DECLARATION OF JEFFREY ROBERTS

Pursuant to the provisions of 28 U.S.C. § 1746, I declare as follows:

1. I am over 18 years of age, and I am competent to testify.

2. I am employed as an Assistant VP of Claims for Liberty International Underwriters, Inc. ("Liberty"). In this capacity, I was the primary adjuster assigned to Cameron's insurance claim arising out of the Deepwater Horizon Incident. I have knowledge of the facts set forth in this Declaration and, if called as a witness, I would testify competently thereto.

3. In October of 2011, Liberty retained Paul Koepff of Clyde & Co. to serve as its coverage counsel.

4. In November 2011, Liberty also retained Chris Martin, a Texas attorney who specializes in insurance coverage and bad faith litigation.

5. I prepared the first Roberts Document (LIU 01602) on December 13, 2011. By this date, the Cameron / BP settlement was nearly finalized and I anticipated litigation between

- 2 -

Cameron and Liberty related to the settlement and prepared a summary of relevant events to aid in the litigation.

6. I prepared the second Roberts Document (LIU 01603) on February 8, 2012, more than a week after Cameron filed suit against Liberty on January 30, 2012. Attached to the second Roberts Document is a Precautionary Large Loss Report (LIU 01544-48) ("PLLR"). The redacted portions of the PLLR were prepared on December 13, 2011, at a time when I anticipated litigation with Cameron related to the BP settlement, and were prepared to summarize relevant events for among others, Liberty's in-house counsel, Mike Markett. The PLLR was distributed to Mr. Markett, among others.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2013.

_____
Jeffrey Roberts, Declarant