# EXHIBIT "A"

| **CLAIMANT** | **DATE FILED** | **SHORT-FORM NO.** |
|---|---|---|
| EZF LLC d/b/a Attiki Bar & Grill | 04/12/13 | 128823 |
| Matulonis, Anthony | 04/15/13 | 129424 |
| Ranger Offshore, Inc. | 04/15/13 | 128820 |