**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, on | * | |
| April 20, 2010 | * | Section:  J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| 2:10-cv-08888-CJB-SS | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**