```
                                    U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA

          UNITED STATES JUDICIAL PANEL      FILED    MAY   3 2013
                       on
             MULTIDISTRICT LITIGATION
                                           LORETTA G. WHYTE
                                                  CLERK
```

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                           MDL No. 2179

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –73)**

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 359 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| | FOR THE PANEL: |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>May 03, 2013<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | Jeffery N. Lüthi<br>Clerk of the Panel |

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010

MDL No. 2179

### SCHEDULE CTO-73 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|

**ALABAMA NORTHERN**

| ALN | 5 | 13-00710 | Willingham v. BP Products North America, Inc. et al | 13-2541 |

**ALABAMA SOUTHERN**

| ALS | 1 | 13-00191 | C Vinson Investments, LLC v. BP Exploration &Production, Inc. | 13-2542 |
| ALS | 1 | 13-00193 | Holiday Isle, LLC v. BP Exploration &Production, Inc. et al | 13-2543 |
| ALS | 1 | 13-00194 | RBC Real Estate Finance, Inc. v. BP Exploration &Production, Inc. et al | 13-2544 |
| ALS | 1 | 13-00195 | PRP, Inc. v. BP Exploration &Production, Inc. et al | 13-2545 |
| ~~ALS~~ | ~~1~~ | ~~13-00196~~ | ~~King Seafood, Inc. v. BP Exploration &Production, Inc.~~ Opposed 5/2/013 | |
| ~~ALS~~ | ~~1~~ | ~~13-00197~~ | ~~Bert P. Noojin v. BP Exploration &Production, Inc.~~ Opposed 5/2/013 | |
| ALS | 1 | 13-00198 | Newman et al v. BP Exploration &Production, Inc. et al | 13-2546 |
| ALS | 1 | 13-00199 | Sutter v. BP Exploration &Production, Inc. et al | 13-2547 |
| ALS | 1 | 13-00200 | United Bancorporation of Alabama, Inc. v. BP Exploration &Production, Inc. et al | 13-2548 |

**FLORIDA MIDDLE**

| FLM | 2 | 13-00300 | City of Sanibel, Florida v. BP Exploration &Production, Inc. et al | 13-2549 |
| FLM | 8 | 13-00960 | The Bird of Paradise, LLC et al v. BP Exploration &Production, Inc. et al | 13-2550 |
| FLM | 8 | 13-01097 | SAS Equity REIT – Wyndham Orange Beach, LLC v. BP Exploration &Production Inc. et al | 13-2551 |

**FLORIDA NORTHERN**

| FLN | 3 | 13-00168 | Feasible Concepts Inc. v. BP EXPLORATION &PRODUCTION INC et al | 13-2552 |
| FLN | 3 | 13-00172 | LEWIS BEAR COMPANY v. BP EXPLORATION &PRODUCTION INC et al | 13-2553 |

| | | | | |
|---|---|---|---|---|
| FLN | 3 | 13-00175 | CITY OF NICEVILLE v. BP EXPLORATION &PRODUCTION INC et al | 13-2554 |
| FLN | 3 | 13-00176 | FLORIDA FIRST CITY BANKS INC. v. BP EXPLORATION &PRODUCTION INC et al | 13-2555 |
| FLN | 3 | 13-00177 | SUN RAY VILLAGE OWNERS ASSOCIATION INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2556 |
| FLN | 3 | 13-00180 | GULF WIND MANAGEMENT LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2557 |
| FLN | 3 | 13-00181 | DANCAESCU v. BP EXPLORATION &PRODUCTION INC et al | 13-2558 |
| FLN | 3 | 13-00182 | COMMOTION INVESTMENTS LLC v. BP AMERICAN PRODUCTION COMPANY et al | 13-2559 |
| FLN | 3 | 13-00183 | CITY OF PENSACOLA v. BP EXPLORATION &PRODUCTION INC et al | 13-2560 |
| FLN | 3 | 13-00184 | GULF COAST COMMUNITY BANK v. BP EXPLORATION &PRODUCTION INC et al | 13-2561 |
| FLN | 3 | 13-00185 | ESCAMBIA COUNTY v. BP EXPLORATION &PRODUCTION INC et al | 13-2562 |
| FLN | 3 | 13-00186 | SAGE MANAGEMENT AND MARKETING v. BP EXPLORATION &PRODUCTION INC et al | 13-2563 |
| FLN | 4 | 13-00209 | CITY OF BRISTOL v. BP EXPLORATION &PRODUCTION INC et al | 13-2564 |

### FLORIDA SOUTHERN

| | | | | |
|---|---|---|---|---|
| FLS | 0 | 13-60874 | BESM, Inc. v. BP Products North America, Inc. et al | 13-2565 |
| FLS | 0 | 13-60876 | Plaza Resorts South, Inc. v. BP Products North America, Inc. et al | 13-2566 |
| FLS | 0 | 13-60877 | Plaza Resorts of Fort Lauderdale II, Inc. v. BP Products North America, Inc. et al | 13-2567 |
| FLS | 0 | 13-60896 | VL Kissimmee Building Corp v. BP Exploration &Production Inc. et al | 13-2568 |
| FLS | 0 | 13-60897 | VL West Building Crop v. BP Exploration &Production Inc. et al | 13-2569 |
| FLS | 1 | 13-21362 | Gulf Manufacturing Company v. BP Exploration &Production, Inc. et al | 13-2570 |
| FLS | 1 | 13-21363 | On The Flats Promotions, LLC v. BP Exploration &Production, Inc. et al | 13-2571 |
| FLS | 1 | 13-21367 | Blaylock Oil Company v. BP Exploration &Production Inc. et al | 13-2572 |
| FLS | 1 | 13-21368 | Surfcomber Hotel – Chisholm Properties South Beach, Inc. v. BP Exploration &Production Inc. et al | 13-2573 |
| FLS | 1 | 13-21370 | Allegue v. BP Exploration &Production Inc. et al | 13-2574 |
| ~~FLS~~ | ~~1~~ | ~~13-21372~~ | ~~Pinellas County, Florida v. BP Exploration &Production Inc. et al~~ Vacated 5/3/2013 | |
| FLS | 4 | 13-10075 | Monroe County, Florida v. BP Exploration &Production Inc. et al | 13-2575 |
| FLS | 4 | 13-10076 | City of Marathon v. BP Exploration &Production, Inc. et al | 13-2576 |
| FLS | 4 | 13-10077 | School Board of Monroe County v. BP Exploration &Production, Inc. et al | 13-2577 |
| ~~FLS~~ | ~~4~~ | ~~13-10078~~ | ~~Taylor et al v. BP Exploration &Production, Inc. et al~~ Opposed 5/2/2013 | |

| | | | | |
|---|---|---|---|---|
| FLS | 4 | 13-10080 | Islamorada Village of Islands v. BP Exploration &Production, Inc. et al | 13-2578 |
| FLS | 9 | 13-80366 | Superstar Marketing of Palm Beach, Inc. v. BP Products North America, Inc. et al | 13-2579 |
| FLS | 9 | 13-80367 | South Florida Business Ventures, Inc. v. BP Products North America, Inc. et al | 13-2581 |

## MISSISSIPPI SOUTHERN

| | | | | |
|---|---|---|---|---|
| MSS | 1 | 13-00119 | Anderson, Carter &Montross, LLC v. BP Exploration &Production, Inc. et al | 13-2582 |
| MSS | 1 | 13-00120 | TCA Development, Inc. v. BP Exploration &Production, Inc. et al | 13-2583 |
| MSS | 1 | 13-00121 | Arcadia Land, Inc. v. BP Exploration &Production, Inc. et al | 13-2584 |
| MSS | 1 | 13-00122 | East Central Harrison County Public Utility District (ECHCPUD) v. BP Exploration &Production, Inc. et al | 13-2585 |
| MSS | 1 | 13-00123 | Parker Marine, Inc. v. BP Exploration &Production, Inc. et al | 13-2586 |
| MSS | 1 | 13-00124 | Agregaard v. BP Exploration &Production, Inc. et al | 13-2587 |
| MSS | 1 | 13-00125 | Carpet Mill Connection, LLC v. BP Exploration &Production, Inc. et al | 13-2588 |
| MSS | 1 | 13-00126 | Crandall v. BP Exploration &Production, Inc. et al | 13-2589 |
| MSS | 1 | 13-00127 | Dunlop v. BP Exploration &Production, Inc. et al | 13-2590 |
| MSS | 1 | 13-00128 | Dunlop v. BP Exploration &Production, Inc. et al | 13-2591 |
| MSS | 1 | 13-00129 | Duong v. BP Exploration &Production, Inc. et al | 13-2592 |
| MSS | 1 | 13-00130 | Drieling v. BP Exploration &Production, Inc. et al | 13-2593 |
| MSS | 1 | 13-00131 | Drieling v. BP Exploration &Production, Inc. et al | 13-2594 |
| MSS | 1 | 13-00132 | Full Metal Roofing, Inc. v. BP Exploration &Production, Inc. et al | 13-2595 |
| MSS | 1 | 13-00133 | Harris v. BP Exploration &Production, Inc. et al | 13-2596 |
| MSS | 1 | 13-00134 | Holyfield v. BP Exploration &Production, Inc. et al | 13-2597 |
| MSS | 1 | 13-00135 | J.L. Ecavations, LLC v. BP Exploration &Production, Inc. et al | 13-2598 |
| MSS | 1 | 13-00136 | Johnson v. BP Exploration &Production, Inc. et al | 13-2599 |
| MSS | 1 | 13-00137 | Johnson v. BP Exploration &Production, Inc. et al | 13-2600 |
| MSS | 1 | 13-00138 | Lazzaro v. BP Exploration &Production, Inc. et al | 13-2601 |
| MSS | 1 | 13-00139 | Michaels v. BP Exploration &Production, Inc. et al | 13-2602 |
| MSS | 1 | 13-00140 | Michaels v. BP Exploration &Production, Inc. et al | 13-2603 |
| MSS | 1 | 13-00141 | Passeno v. BP Exploration &Production, Inc. et al | 13-2604 |
| MSS | 1 | 13-00142 | Sclafini v. BP Exploration &Production, Inc. et al | 13-2605 |
| MSS | 1 | 13-00143 | Sepe v. BP Exploration &Production, Inc. et al | 13-2606 |
| MSS | 1 | 13-00144 | Winne v. BP Exploration &Production, Inc. et al | 13-2607 |
| MSS | 1 | 13-00145 | Holyfield v. BP Exploration &Production, Inc. et al | 13-2608 |
| MSS | 1 | 13-00146 | Vieux Marche Development, LLC v. BP Exploration &Production, Inc. et al | 13-2609 |
| MSS | 1 | 13-00147 | Briscoe et al v. BP Exploration &Production Inc. et al | 13-2610 |
| MSS | 1 | 13-00148 | City of Gulfport v. BP Exploration &Production Inc. et al | 13-2611 |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 3 | 13-00123 | Craft et al v. BP p.l.c., et al | 13-2612 |
| TXS | 4 | 13-01095 | Crayton, et al. v. BP, PLC, et al. | 13-2613 |
| TXS | 4 | 13-01101 | Declor USA, Inc. v. BP, PLC et al | 13-2614 |
| TXS | 4 | 13-01107 | TechWest LLC et al v. BP, PLC et al | 13-2615 |