

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010    MDL No. 2179

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −74)

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 359 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

May 06, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                         MDL No. 2179

### SCHEDULE CTO-74 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|

ALABAMA MIDDLE

| | | | | |
|---|---|---|---|---|
| √ ALM | 1 | 13-00262 | City of Abbeville, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2641 |
| √ ALM | 1 | 13-00263 | City of Ozark Board of Education, Alabama v. BP Exploration &Production, Inc., et al | 13-cv-2642 |
| √ ALM | 1 | 13-00267 | City of Slocomb, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2643 |
| √ ALM | 1 | 13-00272 | City of Headland, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2644 |
| √ ALM | 2 | 13-00249 | State of Alabama v. Anadarko Petroleum Corporation Co. et al | 13-cv-2645 |
| √ ALM | 2 | 13-00250 | State of Alabama v. Transocean Ltd., et al | 13-cv-2646 |
| √ ALM | 2 | 13-00251 | State of Alabama v. Halliburton Energy Services, Inc. | 13-cv-2647 |
| √ ALM | 2 | 13-00254 | The Teachers' Retirement System of Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2648 |
| √ ALM | 2 | 13-00255 | City of Luverne, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2649 |
| √ ALM | 2 | 13-00256 | Regions Bank v. BP Exploration &Production, Inc. et al | 13-cv-2650 |
| √ ALM | 2 | 13-00259 | Town of McKenzie, Alabama v. BP Exploration &Production, Inc., et al | 13-cv-2651 |
| √ ALM | 2 | 13-00260 | Pike County, Alabama v. BP Exploration &Production, Inc., et al | 13-cv-2652 |
| √ ALM | 2 | 13-00261 | Southern Independent Bank v. BP Exploration &Production, Inc. et al | 13-cv-2653 |
| √ ALM | 2 | 13-00264 | City of Georgiana, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2654 |
| √ ALM | 2 | 13-00266 | City of Brundidge, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2655 |
| √ ALM | 2 | 13-00271 | City of Eufaula, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2656 |
| √ ALM | 3 | 13-00257 | Phenix City, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2657 |
| √ ALM | 3 | 13-00258 | Russell County, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2658 |

## ALABAMA SOUTHERN

| | | | | |
|---|---|---|---|---|
| √ALS | 1 | 13-00203 | Heritage First Bancshares, Inc. et al v. BP Exploration &Production, Inc. et al | 13-cv-2659 |
| ~~ALS~~ | ~~1~~ | ~~13-00204~~ | ~~Beaufort Engineering Services, Inc. et al v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| √ALS | 1 | 13-00205 | Bates v. BP Exploration &Production, Inc. et al | 13-cv-2660 |
| ~~ALS~~ | ~~1~~ | ~~13-00206~~ | ~~City of Foley Utilities Board v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| √ALS | 1 | 13-00207 | Hickey v. BP Exploration &Production, Inc. et al | 13-cv-2661 |
| √ALS | 1 | 13-00208 | East Brewton Seafood, LLC v. BP Exploration &Production, Inc. et al | 13-cv-2662 |
| ~~ALS~~ | ~~1~~ | ~~13-00210~~ | ~~Mobile County Board of Health v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| √ALS | 1 | 13-00212 | Monroe County, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2663 |
| √ALS | 1 | 13-00213 | City of Bay Minette, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2664 |
| √ALS | 1 | 13-00214 | Citizens Capital Corporation, et al v. BP Exploration &Production, Inc. et al | 13-cv-2665 |
| √ALS | 1 | 13-00216 | City of Evergreen, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2666 |
| √ALS | 1 | 13-00219 | BancorpSouth Bank v. BP Exploration &Production, Inc. et al | 13-cv-2667 |
| √ALS | 1 | 13-00224 | City of Prichard, Alabama v. BP Exploration &Production, Inc. et al | 13-cv-2668 |
| √ALS | 1 | 13-00225 | Housing Authority of the City of Prichard v. BP Exploration &Production, Inc. et al | 13-cv-2669 |
| √ALS | 1 | 13-00226 | Mobile Housing Board v. BP Exploration &Production, Inc. et al | 13-cv-2670 |
| √ALS | 1 | 13-00228 | Kiva Dunes Properties, LLC et al v. BP Exploration &Production, Inc. et al | 13-cv-2671 |
| ~~ALS~~ | ~~1~~ | ~~13-00230~~ | ~~MRI, LLC et al v. BP Exploration &Production, Inc. et al~~  Opposed 5/6/13 | |

## FLORIDA MIDDLE

| | | | | |
|---|---|---|---|---|
| √FLM | 2 | 13-00299 | Gan of Bonita, Inc. v. BP Exploration &Production, Inc. et al | 13-cv-2672 |
| √FLM | 2 | 13-00301 | Lee County, Florida v. BP Exploration &Production, Inc. et al | 13-cv-2673 |
| √FLM | 2 | 13-00302 | Collier County, Florida v. BP Exploration &Production, Inc. et al | 13-cv-2674 |
| √FLM | 2 | 13-00303 | Crimson Portfolio, LLC et al v. BP P.L.C. et al | 13-cv-2675 |
| √FLM | 2 | 13-00304 | Banc of America 2005-2 et al v. BP P.L.C. et al | 13-cv-2676 |
| √FLM | 2 | 13-00305 | Kibbe &Company, Inc. v. BP Exploration &Production, Inc. et al | 13-cv-2677 |
| √FLM | 2 | 13-00306 | Lee Memorial Health System v. BP Exploration &Production, Inc. et al | 13-cv-2679 |
| √FLM | 2 | 13-00312 | Lazy Lizard Enterprises, Inc. v. BP Exploration &Production, Inc. et al | 13-cv-2680 |
| √FLM | 2 | 13-00316 | Towne Place/UCA, LLC et al v. BP P.L.C. et al | 13-cv-2681 |
| √FLM | 8 | 13-00997 | | |

| | | | | |
|---|---|---|---|---|
| ✓ | | | City of Clearwater, Florida v. BP Exploration &Production Inc. et al | 13-cv-2682 |
| ✓ FLM | 8 | 13-01006 | Avalon Building Corporation v. BP Exploration &Production, Inc. et al | 13-cv-2683 |
| ~~FLM~~ | ~~8~~ | ~~13-01009~~ | ~~City of St. Pete Beach, Florida v. BP Exploration &Production Inc. et al~~  OPPOSED | |
| ~~FLM~~ | ~~8~~ | ~~13-01014~~ | ~~City of St. Petersburg, Florida v. BP Exploration &Production Inc. et al~~  Opposed 5/6/13 | |
| ✓ ~~FLM~~ | ~~8~~ | ~~13-01022~~ | ~~City of South Pasadena, Florida v. BP Exploration &Production Inc. et al~~ | |
| | | 13-01022 | City of South Pasadena, Florida v. BP Exploration&Production | 13-cv-2684 |

**FLORIDA NORTHERN**

| | | | | |
|---|---|---|---|---|
| ✓ FLN | 1 | 13-00075 | CITY OF CEDAR KEY, FLORIDA v. BP EXPLORATION AND PRODUCTION INC et al | 13-cv-2685 |
| ✓ FLN | 1 | 13-00077 | DRUMMOND COMMUNITY BANK v. BP EXPLORATION AND PRODUCTION INC et al | 13-cv-2686 |
| ✓ FLN | 3 | 13-00187 | AMALFI COAST DEVELOPMENT INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2687 |
| ✓ FLN | 3 | 13-00188 | LOGATOR CAPITAL LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2688 |
| ✓ FLN | 3 | 13-00190 | ALEXANDER J LEASON DANCAESCU v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2689 |
| ✓ FLN | 3 | 13-00192 | TRAVIS W MCDONALD v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2690 |
| ✓ FLN | 3 | 13-00193 | CURRIN INSURANCE &INVESTMENT SERVICES, INC. v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2691 |
| ✓ FLN | 3 | 13-00194 | DANCAESCU v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2692 |
| ✓ FLN | 3 | 13-00195 | LSM MARKETING, llc v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2693 |
| ✓ FLN | 3 | 13-00197 | BEACH COMMUNITY BANK v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2695 |
| ✓ FLN | 3 | 13-00198 | BEACH CLUB INVESTMENTS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2696 |
| ✓ FLN | 3 | 13-00199 | ANGUS STEAK RANCH INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2697 |
| ✓ FLN | 3 | 13-00200 | FIRST NATIONAL BANK &TRUST v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2698 |
| ✓ FLN | 3 | 13-00201 | BEACH HOUSE, LLC v. BP EXPLORATION &PRODUCTION, INC. et al | 13-cv-2699 |
| ✓ FLN | 3 | 13-00202 | FIRST CITY BANK OF FLORIDA v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2700 |
| ✓ FLN | 3 | 13-00203 | CARMICAL HOLDINGS, LLC v. BP EXPLORATION &PRODUCTION, INC. et al | 13-cv-2701 |
| ✓ FLN | 3 | 13-00204 | FIRST NATIONAL BANK OF CRESTVIEW v. BP EXPLORATION &PRODUCTION INC. et al | 13-cv-2702 |
| ✓ FLN | 3 | 13-00205 | BULLOCK TICE ASSOCIATES INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2703 |
| ✓ FLN | 3 | 13-00206 | CROOKED CREEK ESTATE LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2704 |
| ✓ FLN | 3 | 13-00207 | | |

| | | | | |
|---|---|---|---|---|
| ✓ | | | HEDGECOCK ELECTRIC INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2705 |
| ✓ FLN | 3 | 13-00208 | FORT WALTON DEVELOPMENT PARTNERS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2706 |
| ✓ FLN | 3 | 13-00209 | EMERALD COAST PARTNERS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2707 |
| ✓ FLN | 3 | 13-00211 | HBR DEVELOPMENT II, LIMITED v. BP EXPLORATION &PRODUCTION, INC. et al | 13-cv-2708 |
| ✓ FLN | 3 | 13-00213 | ISLAND RESORTS INVESTMENTS, INC. v. BP EXPLORATION &PRODUCTION COMPANY et al | 13-cv-2709 |
| ✓ FLN | 3 | 13-00216 | MAJESTIC OAKS VINEYARD LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2710 |
| ✓ FLN | 3 | 13-00217 | BANK OF COMMERCE HOLDINGS INC, et al v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2711 |
| ✓ FLN | 3 | 13-00219 | ESCAMBIA COUNTY SCHOOL DISTRICT v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2712 |
| ✓ FLN | 3 | 13-00223 | FIRST NORTHWEST HOLDING COMPANY et al v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2713 |
| ✓ FLN | 3 | 13-00226 | FLORIDA COMMUNITY SERVICES CORP OF WALTON COUNTY v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2714 |
| ✓ FLN | 3 | 13-00232 | DEBRA MILES v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2715 |
| ✓ FLN | 3 | 13-00234 | HELIWORKS INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2716 |
| ✓ FLN | 3 | 13-00235 | COASTAL MARINA MANAGEMENT v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2717 |
| ✓ FLN | 3 | 13-00237 | HANCOCK HOLDING COMPANY et al v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2718 |
| ✓ FLN | 3 | 13-00239 | OKALOOSA GAS DISTRICT v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2719 |
| ✓ FLN | 3 | 13-00240 | FIRST BALDWIN BANCSHARES INC. et al v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2720 |
| ✓ FLN | 3 | 13-00241 | COLLINSON &COMPANY INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2721 |
| ✓ FLN | 3 | 13-00242 | DON MIDDLEBROOKS v. BP EXPLORATION &PRODUCTION COMPANY et al | 13-cv-2722 |
| ✓ FLN | 3 | 13-00244 | BAPTIST HOSPITAL INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2723 |
| ✓ FLN | 3 | 13-00247 | OZEAN LLC v. BP PLC et al | 13-cv-2724 |
| ✓ FLN | 3 | 13-00248 | OZEAN MARINE LLC v. BP PLC et al | 13-cv-2725 |
| ✓ FLN | 3 | 13-00250 | BLUELINE CRAB CO., INC et al v. BP EXPLORATION &PRODUCTION, INC et al | 13-cv-2726 |
| ✓ FLN | 3 | 13-00251 | COMMUNITY BANK OF DESTIN v. BP EXPLORATION &PRODUCTION, INC. et al | 13-cv-2727 |
| ✓ FLN | 3 | 13-00253 | CITY OF DEFUNIAK SPRINGS FLORIDA v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2728 |
| ✓ FLN | 3 | 13-00254 | CITY OF FREEPORT v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2729 |
| ✓ FLN | 3 | 13-00256 | MARTIN v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2730 |
| ✓ FLN | 4 | 13-00211 | | |

| | | | | |
|---|---|---|---|---|
| √ | √ | | CITY OF TALLAHASSEE v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2731 |
| √FLN | 4 | 13-00212 | LEON COUNTY v. BP EXPLORATION AND PRODUCTION INC et al | 13-cv-2732 |
| √FLN | 4 | 13-00216 | CITY OF MONTICELLO FLORIDA v. BP EXPLORATION AND PRODUCTION INC et al | 13-cv-2733 |
| √FLN | 4 | 13-00217 | CITY OF ST MARKS v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2734 |
| √FLN | 4 | 13-00218 | LEON COUNTY SCHOOL DISTRICT v. BP EXPLORATION AND PRODUCTION INC et al | 13-cv-2735 |
| √FLN | 4 | 13-00220 | JEFFERSON COUNTY v. BP EXPLORATION &PRODUCTION, INC. et al | 13-cv-2736 |
| √FLN | 4 | 13-00222 | SEVAN SERVICES INC v. BP EXPLORATION AND PRODUCTION INC, et al | 13-cv-2737 |
| √FLN | 4 | 13-00226 | BROWN v. BP AMERICA PRODUCTION COMPANY et al | 13-cv-2738 |
| √FLN | 4 | 13-00227 | BLACK v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2739 |
| √FLN | 5 | 13-00116 | JACKSON COUNTY v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2740 |
| √FLN | 5 | 13-00122 | CITY OF MEXICO BEACH FLORIDA v. BP EXPLORATION &PRODUCTION INC. et al | 13-cv-2741 |

FLORIDA SOUTHERN

| | | | | |
|---|---|---|---|---|
| √FLS | 4 | 13-10082 | Trosset v. BP Exploration &Production, Inc. et al | 13-cv-2742 |
| √FLS | 4 | 13-10083 | Services International Corp. v. BP Exploration &Production, Inc. et al | 13-cv-2743 |
| √FLS | 4 | 13-10084 | Key Largo Fish Market, Inc. v. BP Exploration &Production Inc. et al | 13-cv-2744 |
| √FLS | 4 | 13-10085 | Florida Seafood Company, LLC v. BP Exploration &Production Inc. et al | 13-cv-2745 |
| ~~FLS~~ | 4 | ~~13-10087~~ | ~~Anderson Outdoor Advertising, Inc. et al v. BP Exploration &Production, Inc. et al~~ Opposed 5/2/13 | |
| √FLS | 4 | 13-10088 | First State Bank of the Florida Keys Holding Company et al v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-2746 |
| ~~FLS~~ | 4 | ~~13-10091~~ | ~~Kitrick et al v. BP Exploration &Production, Inc. et al~~ Opposed 5/2/13 | |
| ~~FLS~~ | 4 | ~~13-10094~~ | ~~Fuller v. BP Exploration &Production, Inc. et al~~ Opposed 5/2/13 | |
| √FLS | 9 | 13-80386 | Copans Petroleum Developers, Inc. v. BP Exploration &Production Inc. et al | 13-cv-2747 |

GEORGIA MIDDLE

| | | | | |
|---|---|---|---|---|
| √GAM | 7 | 13-00051 | MCLEOD v. BP PLC et al | 13-cv-2748 |

MISSISSIPPI SOUTHERN

| | | | | |
|---|---|---|---|---|
| ~~MSS~~ | ~~1~~ | ~~13-00149~~ | ~~Gautier Family Sports Resort and Marina, L.L.C. v. BP Exploration &Production, Inc. et al~~ Opposed 5/2/13 | |
| ~~MSS~~ | ~~1~~ | ~~13-00150~~ | ~~Mary Walker Real Property Co., L.L.C. v. BP Exploration &Production, Inc. et al~~ Opposed 5/2/13 | |
| ~~MSS~~ | ~~1~~ | ~~13-00151~~ | | |

| | | | | |
|---|---|---|---|---|
| | | | ~~CC's Bait Shop, L.L.C. v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ~~MSS~~ | ~~1~~ | ~~13-00152~~ | ~~Concept Properties, LLC v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ~~MSS~~ | ~~1~~ | ~~13-00153~~ | ~~City of Pascagoula, Mississippi v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ~~MSS~~ | ~~1~~ | ~~13-00154~~ | ~~Jackson County, Mississippi v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ~~MSS~~ | ~~1~~ | ~~13-00155~~ | ~~City of Ocean Springs, Mississippi v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ~~MSS~~ | ~~1~~ | ~~13-00156~~ | ~~City of Moss Point, Mississippi v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ~~MSS~~ | ~~1~~ | ~~13-00157~~ | ~~City of Gautier, Mississippi v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ✓MSS | 1 | 13-00158 | Hood v. BP Exploration &Production Inc. et al | 13-CV-2749 |
| ✓MSS | 1 | 13-00159 | Camden Court Development, LLC v. BP Exploration &Production, Inc. et al | 13-CV-2750 |
| ✓MSS | 1 | 13-00160 | Cat Island Properties, LLC v. BP Exploration &Production, Inc. et al | 13-CV-2751 |
| ✓MSS | 1 | 13-00161 | Global Employment Services, Inc. v. BP Exploration &Production, Inc. et al | 13-CV-2752 |
| ✓MSS | 1 | 13-00162 | Harrison County Tourism Commission v. BP Exploration &Production, Inc. et al | 13-CV-2753 |
| ✓MSS | 1 | 13-00163 | Patricia Hendrix v. BP Exploration &Production, Inc. et al | 13-CV-2754 |
| ✓MSS | 1 | 13-00164 | Johnson v. BP Exploration &Production, Inc. et al | 13-CV-2755 |
| ✓MSS | 1 | 13-00165 | Knights Marine &Industrial Services, Inc. v. BP Exploration &Production, Inc. et al | 13-CV-2756 |
| ✓MSS | 1 | 13-00166 | Shular v. BP Exploration &Production, Inc. et al | 13-CV-2757 |
| ✓MSS | 1 | 13-00167 | Mississippi Coast Coliseum and Convention Center v. BP Exploration &Production, Inc. et al | 13-CV-2758 |
| ✓MSS | 1 | 13-00168 | S. Trout, Inc. v. BP Exploration &Production, Inc. et al | 13-CV-2759 |
| ✓MSS | 1 | 13-00169 | Schloegel v. BP Exploration &Production, Inc. et al | 13-CV-2760 |
| ✓MSS | 1 | 13-00170 | SEAINN, LLC v. BP Exploration &Production, Inc. et al | 13-CV-2761 |
| ✓MSS | 1 | 13-00171 | Stabler v. BP Exploration &Production, Inc. et al | 13-CV-2762 |
| ✓MSS | 1 | 13-00172 | Steve Wilson Enterprises, Inc. v. BP Exploration &Production, Inc. et al | 13-CV-2763 |
| ✓MSS | 1 | 13-00173 | Stuart Company v. BP Exploration &Production, Inc. et al | 13-CV-2764 |
| ✓MSS | 1 | 13-00174 | Surrey Vacation Resorts, Inc., &Villas at Ocean Club Holding Company v. BP Exploration &Production, Inc. et al | 13-CV-2766 |
| ✓MSS | 1 | 13-00175 | Tony Parnell Construction Company, Inc. v. BP Exploration &Production, Inc. et al | 13-CV-2767 |
| ✓MSS | 1 | 13-00176 | Trombley v. BP Exploration &Production, Inc. et al | 13-CV-2768 |
| ✓MSS | 1 | 13-00177 | Carlton Williams v. BP Exploration &Production, Inc. et al | 13-CV-2769 |
| ✓MSS | 1 | 13-00178 | Wilson's Welding Service, Inc. v. BP Exploration &Production, Inc. et al | 13-CV-2770 |
| ✓MSS | 1 | 13-00179 | MMIF, LLC v. BP Exploration &Production, Inc. et al | 13-CV-2771 |
| ✓MSS | 1 | 13-00180 | | |

| | | | | |
|---|---|---|---|---|
| | | | Doug Cruthirds v. BP Exploration &Production, Inc. et al | 13-cv-2772 |
| ✓ MSS | 1 | 13-00181 | Charter Bank v. BP Exploration &Production, Inc. et al | 13-cv-2773 |
| ✓ MSS | 1 | 13-00182 | Gateway America v. BP Exploration &Production, Inc. et al | 13-cv-2774 |
| ✓ MSS | 1 | 13-00184 | Aqua Doc's Holdings, LLC v. BP Exploration &Production, Inc. et al | 13-cv-2775 |
| ✓ MSS | 1 | 13-00185 | Mayflower Restaurant of Asheboro (No.7), LLC et al v. BP, plc et al | 13-cv-2776 |
| ✓ MSS | 1 | 13-00186 | Gelinas et al v. BP, plc et al | 13-cv-2777 |
| ~~MSS~~ | ~~1~~ | ~~13-00187~~ | ~~Diamondhead Casino Corporation et al v. BP Exploration &Production, Inc. et al~~ | Opposed 5/2/13 |
| ✓ MSS | 1 | 13-00189 | Premier Entertainment Biloxi LLC v. BP Exploration &Production, Inc. et al | 13-cv-2778 |
| ✓ MSS | 1 | 13-00190 | Hancock Water and Sewer District v. BP Exploration &Production, Inc. et al | 13-cv-2779 |
| ✓ MSS | 1 | 13-00192 | Hancock County, Mississippi v. BP, plc et al | 13-cv-2780 |
| ✓ MSS | 1 | 13-00193 | Delmas et al v. BP Exploration and Production, Inc. et al | 13-cv-2781 |
| ✓ MSS | 1 | 13-00194 | Harrison County, Mississippi et al v. BP Exploration and Production, Inc. et al | 13-cv-2782 |
| ✓ MSS | 1 | 13-00196 | Gulfport-Biloxi Regional Airport Authority v. BP Exploration &Production, Inc. et al | 13-cv-2783 |

TEXAS EASTERN

| | | | | |
|---|---|---|---|---|
| ✓ TXE | 1 | 13-00244 | Le, An V. et al v. BP, PLC et al | 13-cv-2784 |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| ✓ TXS | 3 | 13-00128 | City of Galveston, Texas et al v. BP Exploration &Production, Inc. et al | 13-cv-2785 |
| ✓ TXS | 3 | 13-00129 | Breathwit Marine Contractors, Ltd. et al v. BP Exploration &Production, Inc. et al | 13-cv-2786 |
| ✓ TXS | 3 | 13-00130 | Malin International Ship Repair &Drydock, Inc. v. BP Exploration &Production, Inc. et al | 13-cv-2787 |
| ✓ TXS | 3 | 13-00131 | Garcia Enterprises Incorporated et al v. BP America Inc. et al | 13-cv-2788 |
| ✓ TXS | 3 | 13-00132 | Kahala Development, LP v. BP Exploration &Production, Inc. et al | 13-cv-2789 |
| ✓ TXS | 3 | 13-00133 | Capt. Bubba et al v BP Exploration and Production Inc. et al | 13-cv-2790 |
| ✓ TXS | 4 | 13-01128 | Loggerhead holdings Inc et al v. BP America Production Company Inc. et al | 13-cv-2791 |