UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY   6 2013

WILLIAM W. BLEVINS
CLERK

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

City of South Pasadena, Florida v. BP Exploration &  )
Production, Inc. et al., M.D. Florida,                )    MDL No. 2179
C.A. No. 8:13-01022                                   )

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action on April 26, 2013. Prior to expiration of that order's 7-day stay of transmittal, the Panel received a notice of opposition to the proposed transfer. That notice, however, contained an incorrect docket number. The stay that was continued in this action should have applied to another action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-74" filed on April 26, 2013, is LIFTED as to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Carl J. Barbier.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. Nc._____