UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

City of St. Pete Beach, Florida v. BP Exploration & )
Production, Inc. et al., M.D. Florida, )   MDL No. 2179
C.A. No. 8:13-01009 )

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 6 2013
WILLIAM W. BLEVINS
CLERK

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

This action (*City of St. Pete Beach*) was included on a Panel transfer order filed on April 26, 2013. The Panel received a notice of opposition to the proposed transfer. That notice, however, contained an incorrect docket number and the notice was not associated with this action. In the absence of any known opposition, the stay of transmittal with regard to *City of St. Pete Beach* was lifted on May 6, 2013, and the action was transferred to the Eastern District of Louisiana. These circumstances justify reinstatement of the conditional transfer order in *City of St. Pete Beach* in order to permit the parties to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-74" filed on April 26, 2013, is REINSTATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____