# Exhibit B
## Relating to 2:10-cv-09999-*CJB*-*SS*

| Jefferson Parish School Board | 4/20/2013 | 405 |
|---|---|---|
| Plaquemines Parish Sheriff's Office | 4/19/2013 | 376 |
| Charles Ballay as District Attorney for the Parish of Plaquemines | 4/19/2013 | 388 |