## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

## MDL No. 2179 – In Re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010 Litigation

**The Following case is being opposed:**

> Royster Construction Co., Inc., et al. vs. BP Exploration & Production, Inc. et al.,
> Civil Action No.: 3:13-cv-00245-MCR-EMT

### <u>NOTICE OF OPPOSITION TO CTO-75</u>

I represent Plaintiffs in the above-captioned action, which is included on the Conditional Transfer Order (CTO-75). Plaintiffs submit this Opposition to the Conditional Transfer Order. I understand that the motion and brief to vacate are due in 14 days.

Respectfully Submitted,

MATTHEWS & JONES, LLP

*/s/ ERIC A. DIBERT, ESQ*
Dana C. Matthews, Esq.
Florida Bar No.: 335843
Eric A. Dibert, Esq.
Florida Bar No.: 91399
4475 Legendary Drive
Destin, Florida 32541
Tel: (850) 837-3662
Fax: (850) 654-1634
Email: dmatthews@destinlaw.com
Email: edibert@destonlaw.com
Attorneys for Plaintiffs

BRENT COON & ASSOCIATES

*/s/ BRENT W. COON, ESQ.*
Brent W. Coon (*Pro Hac Vice*)
Texas Bar No.: 04769750
215 Orleans
Beaumont, TX 77701
Tel: (409) 835-2666
Fax: (409) 835-1912
Email: brent@bcoonlaw.com
Email: eric@bcoonlaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that service of the Notice of Opposition was accomplished through the Notice of Electronic Filing on the following individuals in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

Don Keller Haycraft
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Liaison Counsel for Defendants

Stephen J. Herman
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Liaison Counsel for Plaintiffs

Clerk, U.S.D.C. Northern District of Florida
One North Palafox Street
Pensacola, Florida 32502

This the 8th day of May, 2013.

_/s/ ERIC A. DIBERT, ESQ_
Dana C. Matthews, Esq.
Florida Bar No.: 335843
Eric A. Dibert, Esq.
Florida Bar No.: 91399
4475 Legendary Drive
Destin, Florida 32541
Tel: (850) 837-3662
Fax: (850) 654-1634
Email: dmatthews@destinlaw.com
Email: edibert@destonlaw.com
Attorneys for Plaintiffs