OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 5/8/13

_Marler Jacobs Lewis, etal_

vs.

_BP Exploration, etal_

Case No. MDL2179 Section _OW13-932_

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ___ amended complaint) (third party complaint)
(other : _____ ) to the following:

    1.  (name) _Transocean Holding Llc_
        (address) _4 Greenway Plaza, Houston, TX_   77046-0412
    2.  (name) _____
        (address) _____
    3.  (name) _____
        (address) _____
    4.  (name) _____
        (address) _____

                        Very truly yours,

                        _Marler Jacobs_
                            "Signature"

                        Attorney for _Plaintiffs_
                        Address _833 St. Louis St_
                        _N.O. La 70113_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Darleen Jacobs Levy, et al

)
)
)
)

_____

*Plaintiff*

v.

BP Exploration & Production, Inc., et al

)
)
)
)
)
)
)
)
)

Civil Action No. MDL 2179 c/w 13-737

_____

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Transocean Holding, LLC
9 Greenway Plaza
Houston, TX  77046-0400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darleen M. Jacobs
Jacobs, Sarrat, Lovelace & Harris
823 St. Louis St.
New Orleans, LA 70112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
William W. Belvins

Date: _____5/8/2013_____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.


Date: _____5/8/2013_____                    _____
                                                          *Server's signature*


                                              _____
                                                          *Printed name and title*


                                              _____
                                                          *Server's address*

Additional information regarding attempted service, etc: