UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Appeal and Further Briefing on U.S. and Transocean Motions to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege]

IT IS ORDERED that the order of April 30, 2013 (Rec. doc. 9592) is amended as follows:

1. The deadline for an appeal of the April 30, 2013 order is **Wednesday, May 15, 2013.**

2. If a party appeals on May 15, 2013, the deadline for a cross-appeal is **Friday, May 17, 2013.**

3. By **Friday, May 10, 2013**, BP shall produce all documents which were determined to be subject to the crime-fraud exception. Until any appeals from the April 30, 2013 order are resolved, the documents shall be available only to counsel for the U.S. and Transocean.

4. By **Friday, May 17, 2013**, BP shall respond to the U.S./Transocean joint memorandum (Rec. doc. 9355).

5. By **Friday, May 24, 2013**, the U.S. and Transocean shall submit a joint reply at which time the "selection criteria" issue is submitted.

New Orleans, Louisiana, this 8th day of May, 2013.

SALLY SHUSHAN
United States Magistrate Judge