UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** <br> Case No. 12-311 | **JURY TRIAL DEMANDED** |

## CERTIFICATION OF LIBERTY INSURANCE UNDERWRITERS, INC.

Liberty Insurance Underwriters, Inc. ("LIU") submits this certification as required by the Court's May 7, 2013 Order (Rec. Doc. No. 9766).

1. After discussions with Cameron's counsel regarding the breadth of Cameron's discovery requests, Liberty offered, and Cameron agreed, as noted in the letter dated April 9, 2013 from Cameron's counsel, to search for an index or table of contents of applicable policy manuals so that Cameron could determine which portions of those manuals it may need. *See* Exh. A; Rec. Doc. No. 9618 (stating that Liberty agreed to produce an index of policy manuals).

2. Thereafter, LIU conducted a diligent search for formal claims manuals or formal procedural manuals utilized by Liberty Insurance Underwriters, Inc., the named defendant here, during the pertinent time period in an effort to produce an index or table of contents.

3. Liberty's search included inquiries to various LIU personnel and review of documents, including the ones previously submitted to the Court for *in camera* review.

1

4. Because of the discussions between counsel for Liberty and Cameron, Liberty's search was limited to searching for formal claims manuals and formal procedural manuals.

5. Liberty certifies that, other than the documents already produced to the Court and subject to the search parameters described herein, it has no formal claims manuals or formal procedural manuals responsive to request Nos. 13 and 14 that were in effect during the relevant time period (April 2010 to December 2011).

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty Insurance Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2013.

*863475*

/s/ *Judy Y. Barrasso*