## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

CARMELITE M. BERTAUT
DIRECT DIAL: (504) 593-0898
DIRECT FAX: (504) 596-0898
E-Mail: cbertaut@stonepigman.com

46,408

April 9, 2013

**VIA FAX**

Ms. Judy Y. Barrasso
Barrasso Usdin Kupperman
 Freeman & Sarver, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112

Mr. Christopher W. Martin
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002

Re: *Cameron International Corporation v. Liberty Insurance Underwriters, Inc.*, MDL No. 2179, U.S. District Court, Eastern District of Louisiana

Dear Judy and Chris:

We are following up on a few items.

First, we understood that you expected to produce by April 3 those documents that you all had inadvertently left out of your last production. As we have still not received these documents, please let us know when you will be in a position to produce them.

Second, we would like to proceed with scheduling those Liberty employees whom we discussed. When we last spoke, you indicated that the last week in April and first week in May might be available for the depositions of Liberty's witnesses: Jeffrey Roberts, James Engel, Alan Mandel, Jessica Rogin and Denise Morris. We have not heard anything since.

Provided that Liberty makes its full production this week, we would like to schedule at least some of these depositions for the first week in May. Please let us know if that week is available and if so, for which witnesses. For those witnesses who are not available the first week in May, will you please check their availability the following week, May 6th. To facilitate the depositions, we repeat our offer to travel to New York.

We would appreciate your getting back to us with confirmation of availability and location for these depositions when you produce the documents discussed in the first paragraph.



EXHIBIT A

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
 2

April 9, 2013

    Third, AIG's counsel has offered May 9 for a deposition of Maureen Martin. Please confirm your availability for her deposition in New York on that date.

    We will also require discovery from several Bermuda insurers, including Iron Starr and Argo Re. Accordingly, we will be moving the court for letters rogatory. We trust you have no objection, but would appreciate your confirmation. We plan to file our motion by the end of this week and ask that you let us know one way or the other before then.

    Fourth, we have not received a response to the letter we sent you last Monday regarding certain of Liberty's attorney work product assertions. Please let us know your position on this issue by the end of this week so that we may determine whether we have a dispute for which Court intervention is required.

    Fifth, as we discussed, Mr. Koepff reported to us that he understood that Liberty is not seeking the production of copies of Cameron's settlement agreements with its other insurers. Could you please confirm that this is accurate? In the meantime, we have removed all copies of those agreements and documents reflecting the negotiations about them from Cameron's document production.

    Sixth, we previously discussed whether we might be able to reach an agreement about what privileged communications between the parties and their counsel need not be logged. We are discussing this matter and should have a response to you next week.

    Finally, it has been five weeks since you offered to provide at least an index of Liberty's policy manuals so that we could determine which portions of those manuals we might need. Please provide one to us by the end of this week. Otherwise, we must assume that all of Liberty's policy manuals have relevant information and no basis exists for you to continue to withhold them.

    With kind regards, I remain,

                Sincerely,

                Carmelite M. Bertaut

CMB:bon
Enclosure
cc: Mr. Mitchell Auslander (via email)
   Mr. Jeffrey Korn (via email)
   Mr. Douglas Mishkin (via email)
   Mr. Phillip A. Wittmann (via email)

1122849v.1