UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte  
　　Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

May 8, 2013

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
600 South Maestri Place  
New Orleans, LA  70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY -8 2013
WILLIAM W. BLEVINS
CLERK

APPEAL NO 13-30315
13-30329

IN RE: OIL SPILL BY OIL RIG DEEPWATER HORIZON    MD 10-2179 J

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Electronic Copy of Record on appeal

___ Volume(s) of record   ___ Volume(s) of transcripts

___ Volume(s) of depositions

___ Container(s) of exhibits ___ box   ___ binder

___ 2) Supplemental record_____

___ 3) SEALED DOCUMENT  1 box and 1 envelope of sealed doc#s 8001, 8964, 9076, 9089

___ 4) Other_____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk



___ Fee_____
___ Process_____
X   Dkd_____
___ CtRmDep_____
___ Doc. No._____