IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRP, INC.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BP Exploration & Production, Inc.; BP America )<br>Production Company; BP p.l.c.; Halliburton )<br>Energy Services, Inc.; Sperry Drilling Services, )<br>a division of Halliburton Energy Services, Inc.; )<br>Transocean Ltd.; Transocean Offshore )<br>Deepwater Drilling, Inc.; Transocean )<br>Deepwater, Inc.; and Transocean Holdings, LLC )<br>)<br>Defendants. )<br>)<br>) | **MDL NO. 13-2545** |

## PRP, INC.'s CORPORATE DISCLOSURE STATEMENT

The nongovernmental corporate party, PRP, Inc. in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

May 10, 2013                                                                s/ David A. Busby
                                                                                       David A. Busby
                                                                                       Counsel for PRP, Inc.


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a) WHO MUST FILE CONTENTS. A nongovernmental corporate party must file two copies of a statement that
      (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock, or
      (2) states that there is no such corporation.

   (b) TIME TO FILE, SUPPLEMENTAL PARTY. A party must:
      (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
      (2) Promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

I, David A. Busby, hereby certify that on May 10, 2013, I caused a true and correct copy of Plaintiff PRP, Inc.'s Corporate Disclosure Statement to be transmitted by ECF filing upon all counsel of record.

s/David A. Busby
David A. Busby
