IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERITAGE FIRST BANCSHARES, INC. and HERITAGE FIRST BANK<br><br>Plaintiff,<br><br>vs.<br><br>BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Halliburton Energy Services, Inc.; Sperry Drilling Services, a division of Halliburton Energy Services, Inc.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; and Transocean Holdings, LLC<br><br>Defendants. | MDL NO. 13-2659 |

## HERITAGE FIRST BANCSHARES, INC. and HERITAGE FIRST BANK'S CORPORATE DISCLOSURE STATEMENT

The nongovernmental corporate party, Heritage First Bancshares, Inc. in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

The nongovernmental corporate party, Heritage First Bank in the above listed civil action does have a parent corporation, Heritage First Bancshares, Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

May 10, 2013                                    s/ David A. Busby
                                                David A. Busby
                                                Counsel for Heritage First Bancshares,
                                                Inc. and Heritage First Bank

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE CONTENTS. A nongovernmental corporate party must file two copies of a statement that
        (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock, or

        (2) states that there is no such corporation.

(b) TIME TO FILE, SUPPLEMENTAL PARTY. A party must:
        (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2) Promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

      I, David A. Busby, hereby certify that on May 10, 2013, I caused a true and correct copy of Plaintiff Heritage First Bancshares, Inc. and Heritage First Bank's Corporate Disclosure Statement to be transmitted by ECF filing upon all counsel of record.

                                                  s/David A. Busby
                                                  David A. Busby