IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOLIDAY ISLE, LLC )<br>)<br>Plaintiff,        )<br>)<br>vs.                      )<br>)<br>BP Exploration & Production, Inc.; BP America )<br>Production Company; BP p.l.c.; Halliburton    )<br>Energy Services, Inc.; Sperry Drilling Services, )<br>a division of Halliburton Energy Services, Inc.; )<br>Transocean Ltd.; Transocean Offshore        )<br>Deepwater Drilling, Inc.; Transocean          )<br>Deepwater, Inc.; and Transocean Holdings, LLC )<br>)<br>Defendants.    )<br>)<br>)  | MDL NO. 13-2543 |

## HOLIDAY ISLE, LLC'S
## CORPORATE DISCLOSURE STATEMENT

The nongovernmental corporate party, Holiday Isle, LLC in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

May 10, 2013

s/ David A. Busby
David A. Busby
Counsel for Holiday Isle, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE CONTENTS. A nongovernmental corporate party must file two copies of a statement that
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock, or
(2) states that there is no such corporation.

(b) TIME TO FILE, SUPPLEMENTAL PARTY. A party must:
    (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2) Promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

      I, David A. Busby, hereby certify that on May 10, 2013, I caused a true and correct copy of Plaintiff Holiday Isle, LLC's Corporate Disclosure Statement to be transmitted by ECF filing upon all counsel of record.

                                                s/David A. Busby
                                                David A. Busby