IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RBC REAL ESTATE FINANCE, INC.  :<br><br>            Plaintiff,<br><br>vs.<br><br>BP Exploration & Production, Inc.; BP America<br>Production Company; BP p.l.c.; Halliburton<br>Energy Services, Inc.; Sperry Drilling Services,<br>a division of Halliburton Energy Services, Inc.;<br>Transocean Ltd.; Transocean Offshore<br>Deepwater Drilling, Inc.; Transocean<br>Deepwater, Inc.; and Transocean Holdings, LLC<br><br>            Defendants. | MDL NO. 13-2544 |

## RBC REAL ESTATE FINANCE, INC.'S
## CORPORATE DISCLOSURE STATEMENT

     The nongovernmental corporate party, RBC Real Estate Finance, Inc. in the above listed civil action does have a parent corporation, RBC Holdco USA, Inc.

     The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

May 10, 2013

                                                   s/ David A. Busby
                                                   David A. Busby
                                                   Counsel for RBC Real Estate Finance, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE CONTENTS. A nongovernmental corporate party must file two copies of a statement that
        (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock, or
        (2) states that there is no such corporation.

(b) TIME TO FILE, SUPPLEMENTAL PARTY. A party must:
    (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2) Promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

I, David A. Busby, hereby certify that on May 10, 2013, I caused a true and correct copy of Plaintiff RBC Real Estate Finance, Inc.'s Corporate Disclosure Statement to be transmitted by ECF filing upon all counsel of record.

s/David A. Busby
David A. Busby
