MINUTE ENTRY
SHUSHAN, M.J.
MAY 10, 2013

**MJSTAR:  1:20**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                    CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010   NUMBER: 10-MDL-2179

                                           SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MAY 10, 2013 AT 9:30 A.M.

CASE MANAGER:        Gail Chauvin

COURT REPORTER:      Karen Ibos

   A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.