# CONFERENCE ATTENDANCE RECORD

DATE: 5/10/13     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Kyle Casazza / Munger, Tolles & Olson | Transocean |
| Don Godwin | HESI |
| Alan York | HESI |
| Jenny Martinez | HESI |
| Sarah Tiams | Anadarko |
| Grant Davis-Denny | TO |
| Aaron Pennekamp / MTO | TO |
| Anthony Irpino | PSC |
| Rob Gasaway | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ryan Babcock | BP |
| Carter Williams | TO |
| Tony Fitch | Anadarko |
| Gwen Richard | HESI |
| Sean Fleming | HESI |
| Lauren Mitchell | HESI |
| Don Haycraft | BP |
| Robin Greenwald | PSC |
| Jimmy Williamson | PSC |
| Frank Jurgnik | GF |

## MDL 2179 - Phase Two Discovery Conference

**5/10/13 Telephone Participants**

Sarah Himmelhoch - U.S.

Cory Maze - Alabama

Robert Guidry - Anadarko

Ted Skerides - O'Brien and NRC

Brian Barr - PSC

Caroline Raines - HESI

Abbey Andre - DOJ

Bill Stradley - 2185 related cases

Tom Benson - DOJ

Alan York - HESI

Nat Chaeris - US

Cliff Lacour - Airborne National

Joseph Russell - BP

Peter Bartoszek - BP

Mark Nomellini - BP