UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO: 11-1439 and 11-1440 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

The Court has considered the *in camera* submissions made by the First Excess Layer Insurers, BP, and Transocean regarding payments to be made from the First Excess Layer Insurance Policies in the First Excess Layer Interpleader Actions (Case Nos. 11-1439 and 11-1440). The Court hereby sustains in part and overrules in part the objections to certain settlements, as specified in the schedule submitted by the parties *in camera* on May 10, 2013, and the Court orders further payments to BP and Transocean in accordance with that schedule.

The Court further orders, adjudges, and decrees, without prejudice to the parties' respective positions in the insurance litigation in MDL No. 2179, and any appeals therefrom, that the First Excess Layer Insurers are discharged from any further obligations or liability under the First Excess Layer Insurance Policies to the extent of the aforementioned payments, but only to the extent of said payments, and the Court will enter a judgment accordingly at the conclusion of the Interpleader Actions.

New Orleans, Louisiana, this 10th day of May, 2013.

_____
Sally Shushan
United States Magistrate Judge