# EXHIBIT "A"

# VIEUX MARCHE

## A MIXED USE DEVELOPMENT

### BILOXI, MISSISSIPPI

# TABLE OF CONTENTS

1. CONFIDENTIALITY DISCLAIMER

2. PROJECT SUMMARY

3. BIOGRAPHY OF PRINCIPALS

4. EXECUTIVE SUMMARY WITH ARCHITECTURAL
   RENDERINGS

5. PRELIMINARY COST ESTIMATE

6. HOTEL SUMMARY WITH INCOME & EXPENSE
   FORECAST

7. RETAIL, OFFICE, LOFTS, AND APARTMENTS INCOME
   & EXPENSE FORECAST

CONFIDENTIALITY DISCLAIMER

# CONFIDENTIALITY DISCLAIMER

**By accepting this informational package, the recipient agrees to keep confidential all contents.  These proprietary documents may not be photocopied, reproduced, or distributed to others at any time without the prior written consent of Sustainable Development, LLC.**

# PROJECT SUMMARY

# VIEUX MARCHE DEVELOPMENT

The preliminary design of **The Vieux Marche Marriott Hotel and Plaza** contains the following (all can be viewed from the attached renderings and preliminary schematic designs):

1. An upscale hotel has been designed that would be seated on the northeast corner of Reyno[...] and Vieux Marche Mall.  Discussions have begun with the Marriott chain for the top branc[...] Marriott flag.  The hotel would include:
   a. Two hundred sixty nine (269) rooms and/or suites.
   b. Approximately thirty (30,000) square feet of banquet or meeting space
   c. A full service restaurant of approximately six thousand (6,000) square feet will be i[...] the lobby area.
   d. Approximately eight thousand (8,000) square feet of retail space would be at "grad[...] surrounding the base of the hotel that will be accessible from the lobby as well as from the exterior sidewalk entry.
   e. An upscale restaurant of approximately twelve thousand (12,000) square feet has been designed to go on the roof of the hotel.  This restaurant would have approximately two thousand (2,000) square feet of meeting space to be utilized for civic meetings and smaller private functions.  The restaurant would be accessed through the hotel with an express elevator provided for visitors and/or guests of the hotel.

2. The current parking lot located north and east of the Saenger Theatre is owned by the city [...] Biloxi.  Major communications have occurred with the city in the utilization of this propert[...] for a parking garage as defined in lesser proportion in Biloxi's Main Street District's block studies.  The parking garage would have five (5) stories of decks containing five hundred t[...] (510) spaces.  The spaces would be utilized with designated areas for the hotel and for publ[...] private residential and commercial use.

3. Approximately fourteen thousand (14,000) square feet o space would be provided at "grad[...] Beginning at the north corner of the Saenger  Theatre and continuing around the Washingt[...] Loop Street.

4. Above the retail space on the Washington Loop would be approximately fourteen thousand (14,000) square feet of executive office space.

5. Above the office space would be approximately one hundred nine (109) hotel units that would connect and be accessible to the main hotel.

6. Above the hotel units would be approximately forty (40) "loft or condo" units

7. Above the garage and surrounded by loft and hotel units would be approximately 20,000 square of the "amenities deck". This would have a spa area, swimming pool, hot tub, gazebos, workout areas, grilling areas, green space, ect. The amenities area would be used by the hotel guest and shared with the loft or condo residents.

8. At the extreme east end of the parking garage, a senior citizen building would be erected a attached to the parking garage. There would be approximately one hundred twenty four (124) units.

9. There will be approximately sixteen (16,000) square feet of "climate controlled" storage space, to be used for professional (rental) purposes.

While the above has taken considerable time to formulate and to blend balanced mixed use, other due diligence has been on going to assure that the development is economically viable, and if so, then to determine that funding for the development is available.

As part of that determination, Vieux Marche Development , LLC retained **Nichols Hospitality Consulting, Inc.** for the purpose of providing a feasibility study. This study was issued October 7, 20 and has indicated that the development as defined could be in fact very realistic, viable and profitable.

Vieux Marche Development also has met with Highpointe Hotel Corporation from Gulf Breeze, Flori Highpointe is a very successful hotel management company that has reviewed the development and deems it to be a viable development. Consideration has been given to continue dialogue with Highpointe in providing marketability of the Marriott flag.

While grasping the positive side of the feasibility study, but taking into consideration the seriousness the global recession that has affected everyone in all realms; the ability to obtain pure "conventional" financing for new development has proven to be very challenging.

In moving forward, the notion of moving aggressively forward through the City of Biloxi's approvals, obtaining the required funding and ultimately to full construction becomes realistic base don the tremendous amount of due diligence performed to date.

# BIOGRAPHY OF PRINCIPALS

## BIOGRAPHY OF PRINCIPALS:

### Dave Clark

Graduated from Texas Tech University in 1975; owned and operated a retail and wholesale flower shop and nursery in Houston, Texas. Sold business in 1979 and moved to Midland, Texas to work for a real estate development company. I was responsible for several downtown buildings, medical offices and subdivisions. In 1989 moved to Pensacola, Florida and have been self employed in real estate development including four hotels, 1 condominium, restaurant and wine store, water slide and amusement park, Exxon convenience store, wholesale food distribution company, and many subdivisions. The total costs of these developments exceed $90 million with a total of 500 jobs created.

### RENE WEST

Started Executive Landscaping, Inc. in 1984 at age 19 while in college. After two years sold the lawn maintenance portion to an investor group and continued with installation portion. Less than one year later, investor group sold maintenance back and I merged it with installation. In 1984 I also started Executive Cleaning Service and sold it in 1989. From 1989 to present I have concentrated most of my efforts on expanding Executive Landscaping. In 2000 I started Chempro Environmental Lawn Spray Service with two partners (currently own 15%), built Safe & Sound Climate Controlled Mini Storage (55,000 SF facility that I currently own 50%), and started and sold DMI Irrigation as a spin off of our Irrigation Service Division. In 2008 I started Gulf Coast Hardscapes (a distributor of hardscaping materials). I have also bought, sold and/or held approximately 33 residential and small commercial properties. The total revenue created from these businesses exceed $50 million with a total of 65 jobs created.

# EXECUTIVE SUMMARY WITH ARCHITECTURAL RENDERINGS

Vieux Marche' Development

11/2/2009

The "**Vieux Marche Marriott Hotel and Plaza**" Development will be a new mixed-use development in the heart of Old Downtown Biloxi. While this is not to be confused with "urbanism" at its best or worst, the Vieux Marche development will provide the components that will be readily used by tourist and local populace alike.



This innovative development is ideally what Governor Haley Barbour stressed in rebuilding the MS Gulf Coast bigger and better. "*This is a once in a lifetime opportunity to rebuild the right way and to make the MS Gulf Coast bigger and better. What we do now will decide what the coast will look like in 10 and 20 years and beyond. If we build South MS and the Coast back the way it was, we will have failed.*"

The Governor's Commission on recovery, rebuilding and renewal, set as its primary goal to establish South MS as a Tier "1" Tourism Destination. Biloxi as the primary gaming center of South MS and home to the MS Coast Coliseum and Convention Center will be the center point of this effort. Governor Barbour with emphasis on Smart Growth has stressed that funds are available and need to be used for the rebirth and rebuilding of the MS Gulf Coast.



Located and beginning at the focal point of downtown Biloxi at the corners of Reynoir Street and Vieux Marche' Mall; the Marriott Plaza development is walking distance to the beautiful white sugar sands on Biloxi's beaches and the Gulf of Mexico. It is also walking distance MGM's Beau Rivage Casino and the Hard Rock Casino where an estimated seven hundred to one thousand (700 – 1000) guests visit daily.

**Harry Baker Smith Architects II** (HBSAII) and GCID have created a very efficient mixed use project with great utilization on the approximate four (4) acre site. The development will contain an upscale hotel of two hundred (269) rooms that will probably carry the Marriott Hotel's top flag. It will rise eight (8) stories with retail shops skirting its exterior ground floor. It will contain approximately 30,000 square feet of meeting space; two restaurants (*1 which will be on the rooftop overlooking the city with views to the Gulf*) and other amenities that are the usual for up-scale hotels.

*Information provided by: Gulf Coast Investment Developers, Inc.*

GCID

Vieux Marche' Development

11/2/2009

There will be a five (5) story parking garage centrally located within the entire development, which is "wrapped" with the other components (*retail at grade, office space, primary condominiums and a retirement community*). The garage will have five hundred ten (510) parking spaces which are sufficient for all components and provide additional parking for the public.

There will be approximately fourteen (14,000) square feet of office space and approximately twenty two thousand (22,000) square feet of retail.  It is the intent to initially lease this space then ultimately sell the areas as "condo", rather than to lease.

There will be an attached senior living housing component containing one hundred twenty four (124) units.

The entire philosophy of the development is based on "Biloxi's Main Street" larger



ocus of restoring Downtown Biloxi. The location of this specific development is superior and is receiving preliminary praise from the political and private sector.

It is expected that the City of Biloxi will work in tandem with our development team for what is expected to be the catalyst for other developments to come about during and after this first development effort.

Gulf Coast Investment Developers, Inc. (GCID) will be providing the entitlements and approvals through the City of Biloxi and the State of Mississippi.

*Information provided by: Gulf Coast Investment Developers, Inc.*





MULTI-USE COMPLEX
VIEUX MARCHE-BILOXI, MS



06.16.09



MULTI-USE COMPLEX
VIEUX, MARCHE-BILOXI, MS





06.16.09







06.16.09

# PRELIMINARY COST ESTIMATE

# PRELIMINARY ESTIMATE

## March 1, 2010
## VIEUX MARCHE MULTI-USE COMPLEX

This esitmate is based on data as found in the 2008 pulbication of RS Means Square Foot Cost, and the McGraw Hill Architects's Square Foot Costbook 2009, and is broken down as follows:

| Description | SF | Rate psf | Adjustment | Total |
|---|---|---|---|---|
| **Hotel** | | | | |
| Lobby | 17,442 | $141.25 | 0.81 | $1,995,582 |
| Rooms | 157,202 | $141.25 | 0.81 | $17,985,873 |
| Banquet | 30,092 | $145.85 | 0.81 | $3,555,024 |
| **Restaurant** | 12,000 | $156.65 | 0.81 | $1,522,638 |
| **Retail** | 21,568 | $91.50 | 0.81 | $1,598,512 |
| **Office** | 14,000 | $143.80 | 0.81 | $1,630,692 |
| **Condos** | 48,400 | $155.33 | 0.81 | $6,089,557 |
| **Apartments** | 127,550 | $167.75 | 0.81 | $17,331,175 |
| **Amenities** | | | | |
| **Deck** | 41,164 | $45.00 | N/A | $1,852,380 |
| **Parking Structure** | 183,765 | $39.75 | 0.81 | $5,916,773 |
| **Storage** | 16,500 | $84.24 | 0.81 | $1,125,868 |
| **Demolition** | | | | $150,000 |
| **Hotel FF&E** | 269 Rooms @ 20000 per room | | | $5,380,000 |
| **Land** | | | | $5,500,000 |
| | | | TOTAL | $71,634,073 |

*Note: the above square foot costs include the contractor's general conditions, overhead, and profit, as well as the architectural fees.*

## HBSA II

### HARRY BAKER SMITH ARCHITECTS II
### P.L.L.C.

# HOTEL SUMMARY WITH INCOME & EXPENSE FORECAST

# 1.  Executive Summary

| | |
|---|---|
| **Property** | Full-Service Hotel & Conference Center |
| Location: | Vieux Marche`, a Proposed +518,000 SF Mixed-Use Development Located in Downtown Biloxi, Mississippi, Corner of Reynoir Street and Vieux Marche |
| Guestrooms: | 250-Rooms, Constructed to Brand Standards<br><br>*The consultant recommends approximately 50% of the guestrooms be double queens; the primary markets served will be group and leisure travelers.* |
| Food & Beverage Facilities: | Marriott Brand Standard Three-Meal Restaurant & Lounge, Banquet Catering, Room Service<br><br>*The consultant notes that a rooftop restaurant and lounge is planned, to be leased to an outside operator.* |
| Meeting Space: | Grand Ballroom - 10,000 SF, Divisible by 8<br>Junior Ballroom - 4,000 SF, Divisible by 2<br>Boardroom & Meeting Room Totaling 1,000 SF<br>Total Sellable Meeting Space of +15,000 SF plus Adequate Pre-Function and Back-of-House Space |
| Recreational Amenities: | Brand Standards, Including Rooftop Outdoor Swimming Pool and Fitness Center |
| Parking: | Sufficient Garage Parking Assumed |

Nichols Hospitality Consulting, Inc.  Proposed Hotel & Conference Center, Biloxi, MS  Financial Forecast 7-10

## Detailed Forecast of Income and Expense to Stabilized Year, Proposed Biloxi Marriott Hotel & Conference Center

| | 2012 | %Gross | PAR | POR | 2013 | %Gross | PAR | POR | 2014 | %Gross | PAR | POR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 280 | | | | 280 | | | | 280 | | | |
| Occupancy: | 66% | | | | 71% | | | | 76% | | | |
| Average Rate: | $136.50 | | | | $143.33 | | | | $149.77 | | | |
| RevPAR: | $90.00 | | | | $101.76 | | | | $113.83 | | | |
| Days Open: | 365 | | | | 365 | | | | 365 | | | |
| Occupied Rooms: | 60,235 | | | | 64,788 | | | | 68,380 | | | |
| **REVENUE** | | | | | | | | | | | | |
| Rooms | 8,221 | 57.2 % | 32,884 | $136.50 | 9,285 | 58.4 % | 37,144 | $143.33 | 10,387 | 59.3 % | 41,548 | $149.77 |
| Food & Beverage | 5,175 | 36.0 | 20,699 | 85.92 | 5,694 | 35.2 | 22,377 | 88.36 | 6,032 | 34.5 | 24,127 | 88.99 |
| Telephone | 101 | 0.7 | 405 | 1.68 | 111 | 0.7 | 443 | 1.71 | 121 | 0.7 | 483 | 1.74 |
| Rentals & Other Income (Net) | 870 | 6.1 | 3,481 | 14.45 | 817 | 5.8 | 3,267 | 14.15 | 985 | 5.6 | 3,930 | 13.66 |
| Total Revenues | 14,367 | 100.0 | 57,469 | 238.56 | 15,908 | 100.0 | 63,632 | 245.54 | 17,525 | 100.0 | 70,018 | 252.41 |
| **DEPARTMENTAL EXPENSES*** | | | | | | | | | | | | |
| Rooms | 2,112 | 25.7 | 8,447 | 35.07 | 2,223 | 24.0 | 8,890 | 34.34 | 2,342 | 22.5 | 9,365 | 33.77 |
| Food & Beverage | 3,840 | 74.2 | 15,382 | 63.77 | 4,028 | 72.0 | 16,111 | 62.17 | 4,222 | 70.0 | 16,889 | 60.08 |
| Telephone | 131 | 129.7 | 526 | 2.18 | 138 | 124.5 | 552 | 2.13 | 148 | 120.0 | 570 | 2.06 |
| Total | 6,083 | 42.3 | 24,334 | 101.01 | 6,390 | 40.2 | 25,682 | 98.64 | 6,709 | 38.3 | 26,838 | 96.74 |
| DEPARTMENTAL INCOME | 8,284 | 57.7 | 33,136 | 137.55 | 9,517 | 59.8 | 38,070 | 146.90 | 10,768 | 61.7 | 43,162 | 155.67 |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Administrative & General | 1,228 | 8.5 | 4,899 | 20.33 | 1,276 | 8.0 | 5,111 | 19.72 | 1,332 | 7.8 | 5,329 | 19.21 |
| Marketing | 661 | 4.6 | 2,643 | 10.97 | 692 | 4.3 | 2,767 | 10.68 | 724 | 4.1 | 2,896 | 10.44 |
| Franchise Fee | 772 | 5.4 | 3,087 | 12.82 | 804 | 5.4 | 3,487 | 13.34 | 960 | 5.5 | 3,840 | 13.84 |
| Property Operations & Maintenance | 729 | 5.1 | 2,916 | 12.11 | 769 | 4.8 | 3,077 | 11.87 | 811 | 4.6 | 3,242 | 11.69 |
| Energy | 697 | 4.9 | 2,789 | 11.58 | 726 | 4.6 | 2,899 | 11.18 | 753 | 4.3 | 3,013 | 10.88 |
| Total | 4,063 | 28.5 | 16,334 | 67.80 | 4,328 | 27.1 | 17,311 | 66.80 | 4,580 | 26.1 | 18,320 | 66.04 |
| HOUSE PROFIT | 4,250 | 29.2 | 16,801 | 69.74 | 5,190 | 32.7 | 20,759 | 80.10 | 6,218 | 35.6 | 24,842 | 89.63 |
| Management Fee | 431 | 3.0 | 1,724 | 7.16 | 477 | 3.0 | 1,909 | 7.37 | 526 | 3.0 | 2,101 | 7.57 |
| INCOME BEFORE FIXED CHARGES | 3,789 | 26.2 | 15,077 | 62.59 | 4,712 | 29.7 | 18,850 | 72.74 | 5,660 | 32.6 | 22,762 | 82.05 |
| **FIXED EXPENSES** | | | | | | | | | | | | |
| Property Taxes | 468 | 3.3 | 1,671 | 7.76 | 460 | 3.0 | 1,820 | 7.41 | 462 | 2.6 | 1,666 | 7.10 |
| Insurance | 173 | 1.2 | 693 | 2.88 | 178 | 1.1 | 711 | 2.74 | 182 | 1.0 | 728 | 2.63 |
| Reserve for Replacement | 287 | 2.0 | 1,149 | 4.77 | 500 | 7.1 | 1,909 | 7.37 | 700 | 4.0 | 2,801 | 10.10 |
| Total | 928 | 6.5 | 3,716 | 15.43 | 1,138 | 7.1 | 4,540 | 17.52 | 1,374 | 7.8 | 5,497 | 19.82 |
| NET OPERATING INCOME | 2,840 | 19.7 % | 11,361 | 47.16 | 3,578 | 22.6 % | 14,310 | 55.22 | 4,316 | 24.8 % | 17,264 | 62.24 |

Note: Revenue and expense are whole dollar amounts expressed in thousands ('000).
*Departmental expenses are expressed as a percentage of departmental revenues.
Source: Nichols Hospitality Consulting, Inc.

Nichols Hospitality Consulting, Inc.

Proposed Hotel & Conference Center, Biloxi, MS

Financial Forecast 7-11

## Ten-Year Forecast of Income and Expense, Proposed Biloxi Marriott Hotel & Conference Center

Number of Rooms:
Occupied Rooms:
Occupancy:
Average Rate:
Revpar:

REVENUE
Rooms
Food & Beverage
Telephone
Rentals & Other Rooms (Net)
Total

DEPARTMENTAL EXPENSES**
Rooms
Food & Beverage
Telephone
Total

DEPARTMENTAL INCOME

OPERATING EXPENSES
Administrative & General
Marketing
Franchise Fee
Property Operations & Maintenance
Energy
Total

HOUSE PROFIT

Management Fee

INCOME BEFORE FIXED CHARGES

FIXED EXPENSES
Property Taxes
Insurance
Reserves for Replacement***
Total

NET OPERATING INCOME

Note: Revenue and expenses whole dollar amounts expressed in thousands (,000).
*Departmental expenses are expressed as a percentage of departmental revenues.
Source: Nichols Hospitality Consulting, Inc.

# RETAIL, OFFICE, LOFTS, AND APARTMENTS
## INCOME & EXPENSE FORECAST

## YEARLY REVENUE AND EXPENSES: Housing, Retail, Office

| Revenue | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| 40 LOFTS | 720,000 | 720,000 | 720,000 |
| 124 SENIOR APTS | 1,599,600 | 1,599,600 | 1,599,600 |
| 22,00 sf RETAIL | 440,000 | 440,000 | 440,000 |
| 14,000 sqft OFFICE SPACE | 224,000 | 224,000 | 224,000 |
| 195 STORAGE LOCKERS | 140,400 | 140,400 | 140,400 |
| Roof top Restaurant 12000 S/F | 144,000 | 144,000 | 144,000 |
| **Total retail** | **3,268,000** | **3,268,000** | **3,268,000** |
| Vacancy 10% | -312,400 | -312,400 | -312,400 |
| | | | |
| **Expenses** | | | |
| Payroll | 131,250 | 131,250 | 131,250 |
| Power | 18,000 | 18,000 | 18,000 |
| Dumpsters | 12,000 | 12,000 | 12,000 |
| Water | 30,000 | 30,000 | 30,000 |
| Maintenance | 12,000 | 12,000 | 12,000 |
| Property Taxes | 628,000 | 628,000 | 628,000 |
| Insurance | 180,000 | 180,000 | 180,000 |

# EXHIBIT "B"

**Feasible Concepts, Inc.**
**5852 Parsons Road**
**Milton, Florida 32570**
**1-850-623-5999**

**April 7, 2010**


**Mr. Dave Clark, Managing Partner**
**Venezia @ Biloxi, MS.**
**2307 Malysa Place**
**Pensacola, Fl 32574**

**RE: Commitment Letter for Funding Barq's Building**
    **Biloxi, Mississippi to be known as Venezia @ Biloxi, MS**

**Dear Mr. Clark:**

**Funding for your project in Biloxi, Mississippi to be known as Venezia @ Biloxi, MS. Has been approved for the amount of SEVENTY FIVE MILLION AND NO/100, ($75,000,000 USD), PLUS up to TWELVE MILLION DOLLARS AND NO/100 for Interest payments during the construction period of said project, for a combined total not to exceed EIGHTY SEVEN MILLION DOLLARS AND NO/100 subject to the following conditions:**

    **a.** **Final approvals and construction time shall not exceed THREE (3) years unless otherwise agreed upon by lender and borrower in writing and affixed to the original documents as an addendum.**

    **b.** **Final appraisal shall not be less than SEVENTY FIVE MILLION DOLLARS AND NO/100, ($75,000,000)**

    **c.** **F.C.I. RETAINS THE RIGHT TO BID ON ALL PHASES OF SAID PROJECT AT ARM'S LENGTH ON A APPLE TO APPLE BASIS**

    **d.** **All contractors and sub-contractors shall show proof of bonding capability prior to submitting final bid on that portion of work that is being bid upon.**

    **e.** **All contractors and sub-contractors shall show proof of workmen's compensation insurance and any and all other**

insurance and licenses required by the city, county and state where project is located, said policies shall be paid to date including the time of projected work to be performed by said contractor or sub-contractor,

f.  F.C.I. retains the right to inspect job site at all times without announcement or forewarning,

g.  F.C.I. shall inspect all work prior to any requested draws,

h.  F.C.I. shall retain the right to place cameras at given locations to aid Owners and Contractors with the ability to make draws when a physical inspection may not be required and to help Owners and Contractors prevent or identify persons that may be removing product from job site without permission and to identify those persons on job site who may be indulging in alcohol or some form of drugs not covered by a physician's prescription,

i.  Draws must be submitted one week prior to making draw for work done and material furnished to date,

j.  Lender retains the right to provide in house book keepers and to pay all legitimate costs as to labor and material if Lender feels that there is justification in doing so, (labor and material includes office overhead and materials to function as a legitimate, working office),

1.  Subject to any and all zoning by regulatory agencies that project may be subject to.
2.  Proof of utilities, water, sewer, electricity, etc.
3.  Venezia @ Biloxi, MS shall furnish Lender TWO (2) COPIES of all blue prints that pertain to said project with additional copies of any changes that may occur,
4.  Venezia @ Biloxi must advise Lender of any change orders or other occurrences that may effect value of project and structures on the property covered by a FIRST LIEN to F.C.I. prior to those changes being made and must obtain permission to make such changes in writing from Lender with said permission not withheld by Lender unless for a legitimate cause that may create a reduction in value or create a hazard.

**TERMS OF CONTRACT FOR LENDING:**

**A MORATORIUM for a period not to exceed THREE (3) YEARS shall be granted to borrower(s) during construction period.**

**Interest shall accumulate on construction loan per draw amount based on the last accumulated amount of funds.**

**EXAMPLE: First draw amount = $25,000,000 X .08% = $2,000,000**
**Second Draw amount = $25,000.000 + 1st draw = $50.000, 000 + 2nd Draw = $50,000,000 X .08% = $4,000,000 = 1st Draw Interest of $2,000,000 = $6,000,000**
**3rd Draw Amount = $25,000,000 + 1st and 2nd Draw = $75,000,000 X .08% = $6,000,000.**

**Interest on 1st Draw = $2,000,000 + Interest on 1st and 2nd Draw together = $4,000,000 + Interest on combination of 1st, 2nd draw = $6,000,000**
**3rd Draw of $25,000,000 plus 1st and 2nd Draw of $25,000,000 each = total draw amounts of $75,000,000 X .08% = $6,000,000.**
**Total interest to date = $12,000,000**

**$75,000,000 Principal amount plus Interest of $12,000.000 = $87,000,000 to be financed.**

**NOTE:** Lender grants a moratorium not to exceed THREE (3) years with interest accumulating based on draw amounts. If construction time is less than 3 years then the interest shall be determined by actual time of use of funds, added to the principal.

**FINANCING OF THE AMOUNT OF EIGHTY SEVEN MILLION AND NO/100, ($87,000,000) SHALL BE BASED ON AN EIGHT PERCENT (8%) INTREST RATE ON A DECLINING BALANCES.**

**Loan shall be amortized over a period of twenty (2) years with a five (5) year balloon.**

At the end of the five (5) year period lender and borrower must make the decision whether or not to continue the relationship based on the experience with each other over that period of time.

There shall be no prepayment penalty should borrower wish to pay off the existing balance at any given time.

Lender retains the right to cancel this commitment at any time that Lender feels collateral to be in danger or should any act occur by borrower, city, county or state or some other occurrence that lender feels the funds to be further committed to the project herein described shall not be in the best interest for lender and/or borrower that may weigh heavily on a successful outcome of this project.

Amortization and payment amounts of loan shall be attached to this document as an addendum.

As to the Lender, Feasible Concepts, Inc.   As to the Borrower:


_____          _____
Dr. W. Ronald Tucker                        Mr. Dave Clark, Managing Member
CEO & President                               Venezia @ Biloxi, MS


_____          _____
Date of Commitment                         Date of Acceptance


**THE BALANCE OF THIS PAGE HAS DELIBERTLY BEEN LEFT BLANK**

# EXHIBIT "C"

## Feasible Concepts, Inc.
### 5852 Parsons Road
### Milton, Florida 32570

May 16, 2010

**Mr. Dave Clark**
**Managing Member**
**Vieux Marche Development, LLC**
**2307 Malysa Place**
**Pensacola, Fl 32574**

**RE: Commitment Letter for Funding Dated April 7, 2010 for**
**     Venezia @ Biloxi, Ms. (a.k.a. Vieux Marche @ Biloxi, MS)**

**Dear Mr. Clark:**

**This is our letter of cancellation of the commitment dated April 7, 2010 to provide financing for your firm on the above referenced project. Unfortunately there just is no way for us to be able to foresee the long term results of an oil spill of the magnitude that occurred on April 20, 2010.  The media appears to be magnifying possible results as they do with so many things.  As a result we cannot be confident that the tourist industry will recover in a timely manner and prudence dictates that we not put our funds at risk here.**

**We, along with the many other firms that are affiliated with us, share in your disappointment that we could not proceed further. We stood, with our many other associates, ready to back you in the event any of the firms whom you had been negotiating with could not comply with the bonding or other required facets to move forth with the construction and development of the project.**

**We felt that being given an opportunity to get our foot in the door, so to speak, would enable us to become part of the community and to be able to offer to others, not only our capabilities to arrange financing when many other lenders could not, but our additional services as well. That has been our long suit for over 49 years.**

**Please contact us if we can be of service to you in the future.**

**Sincerely,**

**Dr. W. Ronald Tucker**
**COB, COE, President**
**Feasible Concepts, Inc.**
**www.feasibleconcepts.com**