UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

IT IS HEREBY ORDERED that the U.S. Marshal allow all counsel and their employees for the parties in Phase One, particularly Transocean, to bring evidence into the courthouse and then to Courtroom B-345 on **Friday, May 17, 2013** for the final marshaling conference.

New Orleans, Louisiana, this 13th day of May, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**