### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *2:13-cv-00768-CJB-SS* | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Barton J. Siegel who files this Amended Complaint for Damages against Defendants. Mr. Siegel amends only paragraph 1 of the original Complaint for Damages as follows:

1. Plaintiff, Barton J. Siegel, is a citizen of full age of majority of the State of Florida. Mr. Siegel is domiciled in Palm Beach County, Florida.

Respectfully submitted,

By:     **/s/Jonathan B. Andry**
Jonathan B. Andry (LA # 20081)
jandry@andrylawgroup.com
Michelle Purchner Cumberland (LA #30681)
mpurchner@andrylawgroup.com
**The Andry Law Group, L.L.C.**
610 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-5535
Fax:  (504) 586-8933

**Attorneys for Plaintiffs.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing First Amended Complaint for Damages has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of May, 2013.

By: */s/* Jonathan B. Andry
Jonathan B. Andry