*Holistic Medical Center of Alabama*
12205 County Line Road
Suite E
Madison, AL 35758
Phone: 256-325-1648   Fax: 888-477-8452
www.holisticalabama.com

Rodney D. Soto, M.D.   AL Medical License# MD.20847   NPI# 1588616890

Patient Name: Michael Vickers   Order Date: 3/5/13
Date of Birth: 1/27/82

- CBC ✓
- CMP ✓
- BUN __
- Creatinine __
- Insulin __
- PSA ✓
- Pregnenolone, MS ✓
- 25 (OH) Vitamin D ✓

- TSH ✓
- Free T3 ✓
- Free T4 ✓
- Thyroid antibodies: ✓
- Thyroid peroxidase ✓
- Anti-thyroglobulin ✓
- Homocysteine __
- Urine Culture __

- U/A microscopic __
- U/A macroscopic __   HS CRP
- Cystatin C __
- IgA Endomysial Ab __
- IgA tTG Transglutaminase Ab __
- Helicobacter Pylori Ab __
- Ferritin __   G6PD ✓
- Iron __   Other: __

DIAGNOSIS: V72.62, 268.9, 244.9    MD Signature: _____

---

Holistic Medical Center of AL
Rodney D. Soto, M.D.
256-325-1648

TEST RECOMMENDATIONS

(1) Food Allergy Panel $239
(5) Hair Elements $125
(6) Amino Acid Profile $230
___ Female Hormone Profile $235
(4) Male Hormone Profile $210
___ Adrenal Hormone Profile $235
___ Urine Iodine $90

(2) Stool Analysis 325⁰⁰
(4) OATS 249⁰⁰
___ LPP
(3) Micronutrient 370⁰⁰
___ Vit. D Blood Spot $75

$1798 total

EXHIBIT 1

# UNIVERSITY OF SOUTH ALABAMA MEDICAL CENTER
## OUTPATIENT RECORD

**NO BED**

12:28 / 13:30 / 16:00

| TIME ENTERED | ORDERS | TIME MD ORD'R'D | ALLERGIES: NKA | | TIME: 14:97 P 102 R 20 T 98/8 WGT 220# |
|---|---|---|---|---|---|
| | ☐ CBC W/DIFF ☐ CBC | | LMP: — NL/ABNL / PT STATES PREG: Y N UNK | TIME BP | |
| 11:52 | ☐ URINE ☐ GYN ☐ C&S / ☐ DCC ☐ UCG | | DOCTOR: Sternberg TIME: 1630 | | P R TIME ENTERED | ORDERS | TIME MD ORDERED |
| | ☐ BLOOD CULT x | | CC: SOB | | No pneumothorax |
| | ☐ CP8 ☐ CP14 | | HPI: 28 year old WM presents c̄ chest pain & SOB | | No pneumonia per |
| | ☐ LIPASE ☐ AMYL | | x 1 month. Pt. states chest pain is diffuse & | | CXR MD Lockhart |
| | ☐ MAG ☐ PHOS | | feels "like someone is standing on me". Pt. has | | |
| | ☐ CARDIAC MARK | | awoken the past couple nights gasping for air. | | |
| | ☐ PT/PTT | | Pt. also states that for the last week he has | | |
| | ☐ PANEL: TR/MED STEMI/STROKE | | experienced abd. pain which radiates toward the back. | | |
| | ☑ ABG ☐ WITH CO | | flank | | |
| | ☐ BNP ☐ D-DIMER | | Pt. is a worker for BP & was in the water | | |
| | ☐ UDS ☑ ETOH | | frequently c̄ oil & dispersant. Pt. has seen | | |
| | ☐ LACTATE | | a pulmonologist 2 weeks ago & was told | | |
| 12:57 | ☑ EKG:DX | | he did not have asthma, but his breathing | | |
| | ☐ OLD CHARTS | | was restricted. Pt. admits to nausea, dysuria | | |
| | ☐ PORT CHEST | | & hematuria, cough (non-productive) and | | |
| 13:20 | ☑ PA/LAT CHEST | | sweats. Pt. denies vomiting & diarrhea | | |
| | DX: SOB | | | | |
| | ☐ 3 VIEW C-SPINE | | | | |
| | DX: | | 7.46/38/94/27/98 = RA | | |
| | ☐ ___ VIEW ABD | | | | |
| | DX: | | | | |
| | ☐ CT BRAIN W/O CONT | | | | |
| | DX: | | | | |
| | ☐ CT ABD/PELVIS | | VITAL SIGNS REVIEWED ☑ | | |
| | ☐ PO/IV CONTR | | NURSING NOTES (NN) REVIEWED ☑ PRIMARY PHYSICIAN: Victor Rubenstein | | |
| | ☐ W/O CONTRAST | | CIRCLED MEANS POSITIVE | | |
| | DX: | | PMH: ☐ UTO ⊛NONE, HTN, DM, HEART DZ, HIGH CHOL, CANCER, HIV/AIDS, CVA, | | |
| | ☐ X-RAYS | | COPD, ASTHMA, KIDNEY DZ, LIVER DZ, PUD/GERD, SEIZURE, PSYCH, STD | | |
| | | | PSH: ☐ UTO ⊛NONE | | ☐ SEE SEPARATE ORDER SHEET |
| | | | FH: ☐ UTO, CAD, <45Y none | | **CURRENT MEDS** |
| | ☐ ACCU. CHK. | | SH: ☐ UTO, ETOH - none TOBACCO - none RECDRUGS - none | | ☐ UTO ☐ SEE MED. REC. |
| | ☐ SPUN HCT | | LAST TETANUS - IMMUNIZATIONS - RECENT TRAVEL - | | none |
| | ☐ DT | | ROS: UTO DUE TO: {LEV. 2 OR 3 =1-2, LEV. 4 = 2-9, LEVEL 5 =10+} CONSTITUTIONAL: FEVER, CHILLS, WEAKNESS, FATIGUE, ANOREXIA, ⊛SWEATS | | |
| | ☐ CARDIAC MONIT | | EYES: BLURRED VISION, DISCHARGE, PAIN, REDNESS, PHOTOPHOBIA ENT: EAR-PAIN, DIS, RING, HEAR LOSS; NOSE-CONGES, DIS, BLEED; ORAL-PAIN, SORES, BLEED; THROAT-PAIN, DYSPHAGIA, SWELLING | | |
| | ☑ SPOT PULSE OX 97% RA | | RESPIRATORY: ⊛COUGH, ⊛SOB, PAIN WITH RESPIRATION, HEMOPTYSIS CARDIOVASCULAR: ⊛CHEST PAIN, PALPITATIONS, ORTHOPNEA, EDEMA, SYNCOPE | | |
| | ☐ CONT PULSE OX | | GI: ABDOMINAL PAIN, ⊛NAUSEA, VOMITING, DIARRHEA, HEMATEMESIS, HEMATOCHEZIA GU: ⊛DYSURIA, ⊛HEMAT, FREQ; PAIN INTEST, LESIONS; VAG DIS, VAGINAL BLEED, G___ P___ | | |
| | ☐ O₂ | | NEURO: HEADACHE, DIZZINESS - WEAKNESS - NUMBNESS - MUSCULOSKELETAL: MYALGIAS - ARTHALGIAS - | | |
| | ☐ IVF | | SKIN: RASH, ITCHING, SORES ALLERGIC/IMMUNE: RECURRENT INFECTIONS, HIVES, ITCHING | | |
| | ☐ BOLUS | | HEMATOLOGIC: EXCESSIVE BLEEDING, EXCESSIVE BRUISING, LYMPHADENOPATHY ENDOCRINE: POLYURIA, POLYDIPSIA, LOSS, GAIN, COLD/HEAT INTOL PSYCH: HALLUCI, SUICI, HOMICI, DEPRESSI | | |
| | ☐ RATE | | ☑ ALL SYSTEMS NEG. EXCEPT AS NOTED | PATIENT NO. 806785648 | FC S | ORIGIN | AGE 28 | BIRTHDATE 01/27/1982 |

| LAST NAME | SUFFIX | FIRST NAME | | MIDDLE NAME | | |
|---|---|---|---|---|---|---|
| VICKERS | | MICHAEL | | BRANDON | | |

| ADDRESS LINE 1 | CITY | STATE | ZIP CODE | SEX | RACE |
|---|---|---|---|---|---|
| 517 SIMMS DRIVE | SARALAND | AL | 36571- | M | 1 |

| ADDRESS LINE 2 | COUNTY | PRIVACY | INF IND | DONOR 1 | DONOR 2 | PRISONER | ADV D 1 | ADV D-MR | ADV D | HOME PHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Y | N | | N | N | N | Y | | 251-545-2508 |

| SSN | MS | EMERGENCY CONTACT LAST NAME | EMERGENCY CONTACT FIRST NAME | REL | EMERGENCY PHONE |
|---|---|---|---|---|---|
| | S | VICKERS | JOSEPH | A | 251-675-0578 |

| MEDICAL RECORD NO. | COMPLAINT | | | CAT | PHY. NO. | REG DATE | REG TIME |
|---|---|---|---|---|---|---|---|
| 40698148 | SOB | | | 3 | 123000 | 10/04/10 | 12:28 |

# KIDNEY & HYPERTENSION ASSOCIATES
*Your Renal Care Specialists*

## History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Michael Vickers | **Date of Service:** | December 13, 2012 |
| **Patient ID:** | 3337 | **Date of Birth:** | January 27, 1982 |
| **Clinician** | David R. Powers, M.D. | | |

**CHIEF COMPLAINT:** Flank pain and red urine.

**HISTORY OF PRESENT ILLNESS:** The patient is a 30-year-old Caucasian man with very little in the way of past medical history until he worked on the oil spill in the Gulf of Mexico between 07/03/2010 and 08/08/2010. At that time, he worked 7 days per week in the water building barriers to prevent the oil from coming onshore. During the time that he worked in the water, his skin and the skin of the other workers turned bright orange. After working in the water, he developed headaches as well as a rash which was very flaky in nature. He had blood in his urine at times, and he would develop flank pain which was quite severe, for which he was seen several times in the emergency department.

**PAST MEDICAL HISTORY:** He had attention deficit disorder and was on Ritalin when he was young. That was stopped at the end of high school. He had measles. No chickenpox. No rheumatic fever.

**ALLERGIES:** He is allergic to BENADRYL, which causes anaphylaxis.

**MEDICATIONS:** He is on no medications.

**FAMILY HISTORY:** His mother is 58 years old without illness. His father is 62 years old with sarcoidosis.

**SOCIAL HISTORY:** Patient does not smoke and rarely drinks beer. No illicit drug use.

**REVIEW OF SYSTEMS:** General: He has lost 35 to 40 pounds over the course of his illness, and now he has been gaining much of that back. He had a decreased appetite for some time and now is improved. He has had low-grade fevers and sweats associated with the flank pain. HEENT: He has headaches which are occipital or behind his left eye. They are usually non-throbbing, and he has lost vision in his left eye. Respiratory: He gets short of breath, especially with any activity. He denies any cough or wheezing, but he has had frank hemoptysis in the past. Cardiovascular: Pressure pain going around his chest wall. He denies any palpitations. He has decreased exercise tolerance but no claudication. GI: He occasionally is constipated. No nausea, vomiting, or diarrhea. No reflux symptoms. GU: He has had swelling of his testicles off and on over the time since the exposure. It usually is unilateral, but it has been on both sides. He has had dark urine and at times red or brown. He has had red cells seen by some of the doctors who have cared for him. No dysuria, urgency, or frequency. No nocturia. Musculoskeletal: No joint pain or swelling. No back pain. He denies any muscle aches. Neurologic: No numbness, tingling, or burning in his extremities. No loss of consciousness. No mood swings. Endocrine: No diabetes. No polyuria or polydipsia. No heat or cold intolerance. Skin: He has had a pustular rash on his face, scalp, back, and chest. This comes and goes in different areas. He has had no ulcerations.

**PHYSICAL EXAMINATION:**
GENERAL: Patient is of normal stature, muscular. No distress.
VITAL SIGNS: Blood pressure 120/84, heart rate 100.
HEENT: PERRL. EOMI. No scleral icterus.
NECK: Visible veins. No jugular venous distention. No carotid bruits. No masses in the neck.
LUNGS: Clear without crackles, rhonchi, or wheezes.

RE: Michael Vickers
December 13, 2012
Page 2

HEART: Regular rate and rhythm without murmurs, gallops, or rubs.
ABDOMEN: Soft, nondistended, and nontender. Normal bowel sounds. No bruits.
BACK: No CVA tenderness. No bony tenderness.
EXTREMITIES: No edema.

**LABORATORY:** Renal chemistry shows a creatinine of 0.96, BUN of 14, calculated estimated GFR of 97. Electrolytes: Sodium 143, potassium 4.1, chloride 104, bicarb 27, calcium 9.5. Liver enzymes show an AST of 25, ALT of 31, alk phos 67, total bilirubin 0.6, total protein and albumin 7.5 and 4.9. CBC: Hemoglobin 16.3, hematocrit 45.2, MCV 85.4, white count 5.4, 57 polys, 28 lymphs, 8 monos, 5 eosinophils, platelet count 193,000. Urinalysis shows a specific gravity of 1.025, pH of 6, negative nitrite, negative protein, microscopic negative.

In August, he had a creatinine of 1.2, BUN of 11.

He was seen in the emergency department for his flank pain on 12/06/2012. He had a CT scan which showed no stones and no other abnormalities. The kidneys were reportedly normal.

**ASSESSMENT AND PLAN:** Young man with exposure to possible toxins after the oil spill. Symptomatically, he has several issues that need to be looked into. He has no objective evidence of kidney disease, although the only thing he has had is routine blood tests, urinalysis, and a CT scan of the abdomen. I have discussed the issues with him and his mother and plan to do a screening workup to include renal ultrasound and basic serologies. I also need to get a microalbumin level of the urine. I have suggested that they attempt to gather together some of the lab tests that have been done elsewhere so that we do not have to repeat some of those at extra cost. I will follow him up after we get some of the outside laboratories available.

David R. Powers, M.D.

Date Dictated:     12/14/2012
Date Transcribed:  12/17/2012
DRP/ja
Job #: 73678697



**PULMONARY ASSOCIATES**

| | |
|---|---|
| NAME: | MICHAEL VICKERS |
| CHART: | 77718 |
| DATE: | 09/03/2010 |

## HISTORY AND PHYSICAL

**REFERRING PHYSICIAN:** Self-referral.

**REASON FOR CONSULTATION:** Cough and lung pain; recent exposure to dispersants due to the oil spill in the Gulf.

**HISTORY OF PRESENT ILLNESS:** Mr. Vickers is a 28-year-old male who was previously healthy, active, and able to play softball routinely. He says around 07/01 or so he started working for BP laying some grates and whatnot in the water. He spent several days in the water. There was plenty of foamy dispersant per his recollection. He said towards the end of July he, along with several other co-workers were all feeling equally bad with headaches, dizziness, shortness of breath, some pleuritic inspiratory chest pains, and really severe dyspnea on exertion. He now says he gets dyspneic just walking from his front door to his mailbox. He denies any wheezing, cough, hemoptysis, sputum production, heartburn, reflux, or indigestion. No significant postnasal drip or drainage.

He is unaware of what chemical dispersant he was around or may have been used. He said he has been able to do some research on it, and per his accounts, it is "highly toxic".

**PAST MEDICAL HISTORY:** None.

**PAST SURGICAL HISTORY:** None.

**MEDICATIONS:** None.

**ALLERGIES:** No known drug allergies.

**FAMILY HISTORY:** Asthma.

**SOCIAL/OCCUPATIONAL HISTORY:** Single. No children. He is a structural fitter. No drugs, tobacco, or alcohol.

**REVIEW OF SYSTEMS:**
**GENERAL:** See above.
**NEURO:** No visual disturbance, diplopia, headaches, paresthesias, dysesthesias, localized weakness.
**HEENT:** No epistaxis. No tinnitus, vertigo, sore throat, dysphagia. No evidence of thrush or erythema. The voice is not hoarse and I see no filmy, white exudates on the tongue.
**RESPIRATORY:** See above.
**CARDIOVASCULAR:** No anginal chest pain, PND, orthopnea, claudication.
**GI:** No nausea, vomiting, diarrhea, melena, hematochezia, hematemesis or jaundice.
**GU:** No dysuria, hematuria, nocturia or flank pain.
**MUSCULOSKELETAL:** No arthritic complaints, edema.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** BP: 124/75.   HR: 80.   R: 20.   T: 98.   $O_2$ sat 98 percent on room air.   WT: 206.   BMI: 26.   NECK: 16".
**GENERAL:** Well-nourished, well-developed male in no apparent distress.
**HEENT:** Head is normocephalic and atraumatic. Nares are patent. Oropharynx is clear. Neck is supple. Somewhat retrognathic jaw with dental malocclusion. He has white, patchy plaques on his tongue.
**CARDIOVASCULAR:** Heart is regular rate, S1-S2. No murmurs, rubs or gallops.
**LUNGS:** Clear bilaterally, but distant throughout. \
Continued on next page

MICHAEL VICKERS
#77718
09/03/2010
PAGE 2

**PHYSICAL EXAMINATION CONTINUED:**
**ABDOMEN:** Soft, nontender, nondistended with positive bowel sounds and no palpable masses, and no significantly audible midline abdominal bruit.
**EXTREMITIES:** No clubbing, cyanosis or edema. All four extremities are warm and there are pulses in all four extremities.
**NEUROLOGIC:** No obvious deficits. The patient's speech is fluent and intact.

**DIAGNOSTIC DATA:**
1. Chest x-ray: Lungs look clear without any obvious infiltrate or effusion.
2. Oxygen profile: Saturations were 97 percent or greater the entire time.
3. Pulmonary function tests showed restrictive lung physiology with an $FEV_1$ / FVC of 50 percent of predicted without too much bronchodilator reversibility. His mid terminal flows went from 74 to 92 percent; that is a 24 percent bronchodilator response. His overall TLC is 160 and his DLCO adjusted for alveolar volume is normal.

**ASSESSMENT:**
1. Dyspnea on exertion.
2. Restrictive lung physiology with some bronchodilator reversibility.
3. Recent three-week exposure to dispersants in the Bay.
4. Malaise.
5. Thrush.

**PLAN/RECOMMENDATIONS:**
1. We will set him up for a high-resolution CAT scan and a methacholine challenge test.
2. In addition, we will put him on some Symbicort, albuterol, and give him some Nystatin for a little bit of thrush that he has. He will start his Symbicort after he has treated his thrush.

Adrian G. DiVittorio, M. D.
AGD:AS:dja

D: 09/03/2010
T: 09/07/2010

0903-13VICKERS.HP.doc

[Chart][Michael Vickers][210324]                                                                                                [2/20/2013][Page 1 of 1]

## MDNetwork - Transcription - History and Physical

**Specimen #:**                                                      **Report Status:**

**Patient Information:**

| | | | | |
|---|---|---|---|---|
| **Name:** | VICKERS, MICHAEL | **PatientID:** 210324 | **Sex:** Male | **DOB:** 01/27/1982 |
| **Address:** | 801 Shelton Beach Rd Apt 10<br>Saraland,   AL   36571 | **Phone #:**  2515452508 | **SSN:** 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 | |

| | | | | |
|---|---|---|---|---|
| **Date Received:** | 01/06/2012 | **Physician:** | Schulte, Mobile, AL, William J | **Information:** |

PRESENT HISTORY: The patient has seen Dr. DiVittorio previously for history of some shortness of breath and chest discomfort after he was working with some chemicals, he thinks the name of it is Corexid, after the oil spill. At the time he was exposed to the chemical, he had difficulty with breathing, headaches and skin change color and then his skin fell off. The 32 guys he worked with, he says, were all sick. Since that time he has had some problems with shortness of breath. He notes he cannot run to first base playing softball or play football anymore. He is a lifetime non-smoker. He also wakes up gasping at night at times, but denies any cough, heartburn or indigestion. He has had a couple of Methacholine tests that were negative. He had restrictive pulmonary functions when h saw Dr. DiVittorio and those are about 20% better now, but are still not all the way back to normal. He had CT scan, I have not looked at yet, when he saw Dr DiVittorio that was, by his report, unremarkable. He has not lost any weight. He has had no fever or chills. He uses Advair but neither Advair or Symbicort has really helped him that much. Recently his left arm has been going numb intermittently. He has had no heart disease, hypertension or diabetes.

Physical examination is unremarkable.

LABORATORY DATA: SIX MINUTE WALK: He makes 52% of his scheduled distance with level 6 of fatigue and 4 of dyspnea without desaturation. PFTS: Show no obstruction and show mild restriction which is an improvement of about 20-30% from his previous PFTs. He has decreased diffusion capacity that corrects with alveolar volume.

IMPRESSION: I AM NOT SURE WHY HE IS SHORT OF BREATH OR WHY HE IS HAVING GASPING SPELLS AT NIGHT.

PLAN: We will place him on some Prilosec and see if that will help him with gasping episodes at night and read up on Corexid and also review his prior CT scans and see him back in 3 weeks.

THIS REPORT HAS BEEN ELECTRONICALLY SIGNED - 01/11/2012 04:18 PM William Schulte, MD

WS/sm/Job #14486095 dd: 01/06/2012 dt: 01/10/2012

## MDNetwork - Transcription - Progress Note

**Specimen #:**                                      **Report Status:**

**Patient Information:**

| | | | | |
|---|---|---|---|---|
| **Name:** | VICKERS, MICHAEL | **PatientID:** 210324 | **Sex:** Male | **DOB:** 01/27/1982 |
| **Address:** | 801 Shelton Beach Rd Apt 10<br>Saraland,    AL    36571 | **Phone #:**   2515452508 | **SSN:** 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 | |

| | | | | |
|---|---|---|---|---|
| **Date Received:** | 01/27/2012 | **Physician:** | Schulte, Mobile, AL, William J | **Information:** |

PRESENT HISTORY: Returns. He now tells us he has several CT scans floating around Mobile somewhere but he does not know where they were done or who did them and the chemical he was working around was Corexit which is some type of jet fuel that was used as a dispersant of the oil. There is nothing on UpToDate. When we google it, it states it does not really know what effects it has or does not have, but there is some research projects undergoing. We will get all of this information together and look at CT scans and let him know something. His lungs are unchanged on exam today.

I reviewed CT scan which does not show any significant diseases. This is one from 2010. We will try to get the other ones to compare.

THIS REPORT HAS BEEN ELECTRONICALLY SIGNED - 02/01/2012 01:56 PMWilliam Schulte, MD

WS/sm/Job #14622139dd: 01/27/2012dt: 02/01/2012

[Chart][Michael Vickers][210324]   [2/20/2013][Page 1 of 1]

## MDNetwork - Transcription - Progress Note

**Specimen #:**  **Report Status:**

**Patient Information:**

| | | | |
|---|---|---|---|
| **Name:** VICKERS, MICHAEL | **PatientID:** 210324 | **Sex:** Male | **DOB:** 01/27/1982 |
| **Address:** 801 Shelton Beach Rd Apt 10<br>Saraland,  AL  36571 | **Phone #:** 2515452508 | **SSN:** 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 | |

**Date Received:** 02/02/2012    **Physician:** Schulte, Mobile, AL, William J    **Information:**

---

PRESENT HISTORY: Returns. He is having hemoptysis, coughing up a lot of blood with some chest pressure, as well as some purulent phlegm production. I placed him on Cipro and also get a CT there to rule out pulmonary embolus and to look at his lung fields with his inhalation history. He states he has had CTs done at Springhill in the past, but there is no record of the same.

THIS REPORT HAS BEEN ELECTRONICALLY SIGNED - 02/07/2012 12:14 PMWilliam Schulte, MD

WS/sm/Job #14665252dd: 02/02/2012dt: 02/06/2012

| | | | |
|---|---|---|---|
| **Patient Name:** Michael Vickers | **Patient ID:** 210324 | | **Sex:** Male |
| **Create Date:** September 4, 2012 | | | |
| **Title:** chemical names | **DocType:** Nursing Assessment | | |

Patient called said he went to a toxicologist that identified the chemicals that he was exposed to during the BP oil spill clean up

arsenic, chromium, copper--said there were high levels of these chemicals found--they would like for him to be seen by a specialist in New Orleans to be screened for cancer and to evaluate and treat him-he wants to know if Dr Schulte would evaluate him instead of him starting over with new doctors?

228-0130

Dr Schulte said he would follow patient and evaluate lungs but for the chemicals he would need to see a specialist in that field of work----notified pt said he would call back in a couple of weeks and make appt to see Dr Schulte after he finds out what test that would like preformed

**Electronically Signed by:** Kim Dial, RN -Author on September 6, 2012 03:31:18 PM

Michael Vickers  10/5/12 continue   10/5/12   DOB 11/27/82

#3 ↓ one year ago L⊘ developed swollen scrotum / saw doctors / acute epididymitis / ice & Abx / 4 episodes no dif today except occ groin harshly

#4 Gross hematuria x 4-5/ last year. no pain / painless / NO clot has been seen in ER / no urgency / kidney

#5 Depression → so so / mind Racing / fatigue frustrated / irritable / no meds unable to keep job / dif concentrating Duration depression last 4½ months

[A] ① Depression – situational / may well be neurologic as well / chemical sensitivity
② Restrictive lung disease → chemical pneumonitis
③ toxic dermatitis / chemical dermatitis
④ Gross Recurrent hematuria
⑤ Recurrent epididymitis                    ⑥ PFT CXR PTJhal

[P] ① Request needed Recur[ly]
② Renal U/S  ③ cystoscope  ④ tell[or] cell Psychotherapy

1573 Nantahala Beach Road
Gulf Breeze, FL 32563                                    W L Howe MD

DATE: 10/15/12
NAME: Michael Vickers
D.O.B.: 01-27-82
HT: 6'2½"
WT: 187

BP ok - NP

Age 30. #1 worked in (Mississippi) July 2010 → Aug 2010. → worked in the water / worked putting up booms and retention panels / dispersants in the water → experienced SOB and HA while working / also some nausea / from head to toe he turned orange skin / several months / skin burning / since / Rashes to neck hands & face / ext/ excoriations are very pruritic. Keeps him up @ nite / these symptoms still persist / but come & go.

#2 still c SOB c exertion / no wheezy / does not have the endurance / no coughing / tightness across chest / no hemoptysis / pulmonary physician → Mobile / told he has a chemical pneumonitis / P? Postnasal / nonsmoker / never ← / never worked around diesel