

# FALCON
## LAW FIRM, PLC

Falcon Law Firm, PLC
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: 504.341.1234
Facsimile: 504.341.8115
Toll Free: 800.556.3131
www.falconlaw.com

Timothy J. Falcon
Jeremiah A. Sprague
Jarrett S. Falcon

Writer's Direct Dial: 504.212.1670
Writer's E-Mail  tim@falconlaw.com

February 15, 2013

Knight's Marine & Industrial Services, Inc.
2900 Colmer Road
Moss Point, MS 39562

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:   Michael Brandon Vickers

Dear Sir/Madam:

Please accept this correspondence as notification that my firm has been retained to represent the interest of Michael Brandon Vickers, regarding exposure to crude oil and disperants while employed by your company. Mr. Vickers was employed by Knight's Marine & Industrial Services, Inc. as a foreman overseeing the installation of fabric fencing in the waters of Galvatine Bay in Mississippi.

Please accept this correspondence as a request that Knight's Marine & Industrial Services, Inc. provide Mr. Vickers with cure benefits for medical treatment needed for medical issues arising from his exposure to crude oil and disperants and maintenance benefits, as he is unable to work and has been unable to work since his exposure to crude oil and disperants during the BP oil spill clean-up. Enclosed please find medical records that reflect that he is in need of medical care and that his illnesses arose while in the service of your vessel.

Please telephone my office at the number listed above upon your receipt of this correspondence to discuss this matter. If I do not receive a reply from your company's representative within one (1) week from your receipt of this correspondence, my firm will file a complaint on behalf of Michael Brandon Vickers and against Knight's Marine & Industrial Services, Inc. seeking maintenance and cure benefits and attorney fees.

Sincerely,

**TIMOTHY J. FALCON**

TJF/rhh
Enclosure

cc:   Allen W. Lindsay, Jr., Esq. (w/o Enclosures)

**EXHIBIT 2**