AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Gulf Crown Seafood Company, Inc.<br>*Plaintiff(s)*<br>v.<br>BP Exploration & Production, Inc.; BP America Production Company; BP P.L.C.; Halliburton Energy Services, Inc.; Sperry Drilling Services, A Division Of Halliburton Energy Services, Inc.; Transocean Holdings LLC; Transocean Offshore Deepwater Drilling Inc.; Transocean Deepwater Inc.; Transocean LTD.; Triton<br>*Defendant(s)* | Civil Action No. 10-1344 "J"(1)<br><br>In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>MDL 2179 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sperry Drilling Services,

   c/o it's registered agent C T Corporation System
   5615 Corporate Blvd., Suite 400 B
   Baton Rouge, Louisiana 70808

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   John E. Tomlinson
   Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
   Post Office Box 4160
   Montgomery, Alabama 36103-4160

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



William W. Blevins
Name of clerk of court

Date: __May 13 2013__                                         _____
                                                                                            Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 10-1344 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: