```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3       ****************************************************************

 4       IN RE:  OIL SPILL BY THE
         OIL RIG DEEPWATER HORIZON
 5       IN THE GULF OF MEXICO ON
         APRIL 20, 2010
 6
                                   CIVIL ACTION NO. 10-MD-2179 "J"
 7                                 NEW ORLEANS, LOUISIANA
                                   FRIDAY, MAY 3, 2013, 9:30 A.M.
 8

 9       THIS DOCUMENT RELATES TO
         ALL ACTIONS
10
         ****************************************************************
11

12          TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
                   HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                      UNITED STATES MAGISTRATE JUDGE

14

15       APPEARANCES:

16

17       FOR THE PLAINTIFFS:    IRPINO LAW FIRM
                                BY:  ANTHONY IRPINO, ESQUIRE
18                              2216 MAGAZINE STREET
                                NEW ORLEANS, LA  70130
19

20                              WILLIAMSON & RUSNAK
                                BY:  JIMMY WILLIAMSON, ESQUIRE
21                              4310 YOAKUM BOULEVARD
                                HOUSTON, TX  77006
22

23                              LEVIN PAPANTONIO THOMAS MITCHELL
                                RAFFERTY & PROCTOR
24                              BY:  BRIAN H. BARR, ESQUIRE
                                316 SOUTH BAYLEN STREET, SUITE 600
25                              PENSACOLA, FL  32502
```

09:19:42

**OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES CONTINUED:

 2

 3                          WEITZ & LUXENBERG
                            BY:  ROBIN L. GREENWALD, ESQUIRE
 4                          700 BROADWAY
                            NEW YORK CITY, NY  10003
 5

 6

 7   FOR THE FEDERAL
     GOVERNMENT INTERESTS: U.S. DEPARTMENT OF JUSTICE
 8                          ENVIRONMENTAL ENFORCEMENT SECTION
                            BY:  STEVEN O'ROURKE, ESQUIRE
 9                               SCOTT CERNICH, ESQUIRE
                            P.O. BOX 7611
10                          WASHINGTON, DC  20044

11

12                          SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
                            ENVIRONMENT & NATURAL RESOURCES DIVISION
13                          U.S. DEPARTMENT OF JUSTICE
                            BY:  SARAH D. HIMMELHOCH, ESQUIRE
14                               A. NATHANIEL CHAKERES, ESQUIRE
                                 ABIGAIL ANDRE, ESQUIRE
15                          P.O. BOX 7611
                            WASHINGTON, DC 20044
16

17

18   FOR STATE INTERESTS:   ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:  COREY L. MAZE, ESQUIRE
19                               WINFIELD J. SINCLAIR, ESQUIRE
                            500 DEXTER AVENUE
20                          MONTGOMERY, AL  36130

21

22   FOR THE STATE OF
     LOUISIANA:             KANNER & WHITELEY
23                          BY:  DOUGLAS R. KRAUS, ESQUIRE
                            701 CAMP STREET
24                          NEW ORLEANS, LA  70130

25


                        OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:          LISKOW & LEWIS
 9                           BY:  DON K. HAYCRAFT, ESQUIRE
                             ONE SHELL SQUARE
10                           701 POYDRAS STREET
                             SUITE 5000
11                           NEW ORLEANS, LA  70139

12

13
                             KIRKLAND & ELLIS
14                           BY:  J. ANDREW LANGAN, ESQUIRE
                                  MARK J. NOMELLINI, ESQUIRE
15                                RYAN S. BABIUCH, ESQUIRE
                             300 N. LASALLE
16                           CHICAGO, IL  60654

17

18                           KIRKLAND & ELLIS
                             BY:  ROBERT R. GASAWAY, ESQUIRE
19                                MICHAEL A. PETRINO, ESQUIRE
                                  JOSEPH A. EISERT, ESQUIRE
20                           655 FIFTEENTH STREET, N.W.
                             WASHINGTON, DC  20005
21

22

23

24

25

                       OFFICIAL TRANSCRIPT
```

```
1    APPEARANCES CONTINUED:

2

3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
6                             BY:   KERRY J. MILLER, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
7                             1100 POYDRAS STREET
                              NEW ORLEANS, LA   70163
8

9
                              MUNGER TOLLES & OLSON
10                            BY:   GRANT A. DAVIS-DENNY, ESQUIRE
                              355 SOUTH GRAND AVENUE, 35TH FLOOR
11                            LOS ANGELES, CA   90071

12

13                           SUTHERLAND ASBILL & BRENNAN
                              BY:   CARTER L. WILLIAMS, ESQUIRE
14                            1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX   77002
15

16

17   FOR HALLIBURTON
     ENERGY SERVICES,
18   INC.:                    GODWIN LEWIS
                              BY:   DONALD E. GODWIN, ESQUIRE
19                                  JENNY L. MARTINEZ, ESQUIRE
                                    LAUREN MITCHELL, ESQUIRE
20                                  SEAN W. FLEMING, ESQUIRE
                              RENAISSANCE TOWER
21                            1201 ELM STREET, SUITE 1700
                              DALLAS, TX   75270
22

23

24

25

                        OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              GODWIN LEWIS
                               BY:  R. ALAN YORK, ESQUIRE
 4                                  GWENDOLYN E. RICHARD, ESQUIRE
                               1331 LAMAR, SUITE 1665
 5                             HOUSTON, TX  77010

 6

 7    FOR ANADARKO
      PETROLEUM CORPORATION,
 8    ANADARKO E&P COMPANY,
      LP:                      KUCHLER POLK SCHELL
 9                             WEINER & RICHESON
                               BY:  SARAH E. IIAMS, ESQUIRE
10                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
11

12                             BINGHAM MCCUTCHEN
13                             BY:  WARREN A. FITCH, ESQUIRE
                               2020 K STREET, NW
14                             WASHINGTON, DC  20006

15

16    ALSO PRESENT:           JOSEPH RUSSELL, ESQUIRE
                               THOMAS BENSON, ESQUIRE
17

18

19    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
21                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
22
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
23    PRODUCED BY COMPUTER.

24

25
```

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2
    AGENDA ITEMS                                          PAGE
3

4   BP NOTICE OF INTENTION TO DISPOSE OF SAMPLES.........
                                                          13
5   TENTATIVE FINAL MARSHALLING CONFERENCE, NOW KNOWN AS

6   *FMC*, SET FOR MAY 10TH................................   14

7   MASTER LISTS.......................................   15

8   HARD DRIVES........................................   15

9   THE ADD-ONS THAT WE RULED ON YESTERDAY FOR EXHIBITS..   15

10  WITNESS ORDER......................................   15

11  CORRECTIONS SHOULD BE RAISED WITH CC'S TO ALL

12  PARTIES BY NOON ON MAY 8TH..........................   16

13  FINAL MARSHALLING CONFERENCE A WEEK FROM TODAY.......   16

14  DRAFT OF THE CERTIFICATION OF THE RECORD............   16

15  GET THAT BACK TO US BY THURSDAY, CLOSE OF BUSINESS,

16  GOING TO MARIE OF MY OFFICE.........................   16

17  A REQUEST FROM JUDGE BARBIER TO SEE IF YOU ALL COULD

18  ELIMINATE EXHIBITS OR DOCUMENTS.....................   17

19  PSC PROFFER........................................   18

20  DEPOSITION BUNDLE..................................   18

21  EVERYBODY DID RECEIVE THEIR HARD DRIVE?.............   20

22  AMBROSE RESOLUTION.................................   20

23  OUTSTANDING DISPUTES ABOUT WHAT WAS ADMITTED AND

24  WHAT'S NOT.........................................   20

25  DOCUMENT 3745......................................   20

**OFFICIAL TRANSCRIPT**

1    O'BRYAN DEPOSITION....................................   21

2    POSTTRIAL BRIEFING SCHEDULE...........................   22

3    PHASE ONE.............................................   22

4    SCHEDULING ISSUE FOR PHASE ONE........................   22

5    CAPTAIN MITCHELL......................................   23

6    PHASE TWO.............................................   24

7    DEPOSITION DESIGNATIONS...............................   24

8    UNIVERSITY OF CALIFORNIA SANTA BARBARA................   25

9    BRIEFING SCHEDULE.....................................   25

10   CRIME-FRAUD...........................................   26

11   BRIEFING ON THE SELECTION CRITERIA ISSUE..............   26

12   OCEANEERING...........................................   33

13   EXPERTS...............................................   33

14   ZICK DEPOSITION.......................................   40

15   MR. NESNIC............................................   42

16   HANS VAZIRI...........................................   42

17   NIGEL RICHARDSON......................................   42

18   HUNTER................................................   43

19   SCHEDULE CONFERENCE CALLS IN THE NEXT WEEK OR SO

20   WITH TRANSOCEAN, WITH HALLIBURTON TO TALK ABOUT

21   PHASE TWO ISSUES......................................   44

22   PHASE THREE DISCUSSIONS THAT HAVE TAKEN PLACE

23   BETWEEN BP, ANADARKO, AND THE UNITED STATES RELATIVE

24   TO THE POSSIBLE PENALTY PHASE.........................   45

25   NOT REFER TO THE *PENALTY PHASE* AS *PHASE THREE*........   46

**OFFICIAL TRANSCRIPT**

1  CALL IT *THE PENALTY PHASE*...........................  47

2  PRIVATE CONVERSATIONS REGARDING THE VISION THAT

3  OTHER PARTIES HAVE FOR PHASE THREE, EXCLUDING BP,

4  ANADARKO AND THE UNITED STATES.......................  49

5  AN INFLUX OF NEW CIVIL FILINGS.......................  49

6  EXHIBITS THAT DO NOT HAVE BATES NUMBERS..............  51

7  EXTEND THE BRIEFING SCHEDULE FOR THE SECOND

8  INSTALLMENT EXHIBIT LIST MOTIONS.....................  55

9  THE MOVING PARTIES WILL SUBMIT THEIR BRIEFS ON

10 WEDNESDAY, MAY 15TH, RESPONSES ARE DUE TUESDAY,

11 MAY 28TH, AND REPLIES ARE DUE TUESDAY, JUNE 4TH......  55

12 OUTSTANDING MITCHELL EXHIBIT 3745....................  56

13 THE COURT NEUTRAL IN THE SEAFOOD SETTLEMENT OR THE

14 FISHERMEN SETTLEMENT HAS REQUESTED ADDITIONAL

15 INFORMATION FROM NOAA................................  57

16 TWO SOURCE CONTROL EXPERTS AND ONE QUANTIFICATION,

17 MR. STEVICK AND MR. ZEIGLER ON THE SOURCE CONTROL

18 SIDE AND MR. STRICKLAND ON QUALIFICATION.............  58

19

20

21

22

23

24

25

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2                   FRIDAY, MAY 3, 2013
 3              M O R N I N G   S E S S I O N
 4                  (COURT CALLED TO ORDER)
 5
 6
 7           THE DEPUTY CLERK:  All rise.
 8           THE COURT:  Good morning.
 9           VOICES:  Good morning, Judge.
10           THE COURT:  All right.  Corey, I have a few things for
11   you.
12           MR. MAZE:  Good morning.
13           THE COURT:  Andrew, the first thing relates to you.  We
14   weren't going to do it if you weren't here.  It's very simple.
15   Okay.  Put that first picture up and let's have Andy explain
16   what that is.
17           MR. LANGAN:  It's the restaurant formerly known as
18   Shula's.
19           THE COURT:  This is the restaurant formerly known as
20   Shula's.  Now, tell us what happened.  I understood that you
21   were seen on Canal Street crying.
22           MR. LANGAN:  One of my clients said to me when the news
23   came out that his first thought is, "How is Andy taking it?"
24           THE COURT:  Not well.
25           MR. LANGAN:  So at any rate it's a now called Canal
```

**OFFICIAL TRANSCRIPT**

09:32:47 1    something, *Canal Street Grill* or something.

09:32:48 2            THE COURT:  You're still going?

09:32:50 3            MR. LANGAN:  Occasionally.

09:32:51 4            THE COURT:  Because, you know, I have two

09:32:54 5    recommendations for you for alternative places to have steak

09:33:02 6    that would probably be better than Shula's or the renamed what?

09:33:06 7            MR. LANGAN:  I think it's the Canal Street Grill,

09:33:09 8    perhaps.

09:33:11 9            MR. MILLER:  It's so original, the name.

09:33:14 10           THE COURT:  Right.  It's so original.

09:33:16 11           MR. LANGAN:  Maybe interim related.

09:33:18 12           THE COURT:  Let's talk after the conference and we're

09:33:20 13   going to see if we can't get you out of the hotel and on to

09:33:26 14   someplace else and all of your *compadres* will thank us.

09:33:30 15           MR. LANGAN:  All right.  Very good.

09:33:32 16           MR. MAZE:  Is it within in the State budget or are they

09:33:36 17   a little --

09:33:36 18           THE COURT:  You know, their budget is higher than your

09:33:39 19   budget.

09:33:41 20           MR. MAZE:  It is.  We bought our steak at Rouse's and

09:33:44 21   cook it ourselves.

09:33:45 22           THE COURT:  Tell me, Corey, what is your per diem?

09:33:48 23           MR. MAZE:  We don't get a per diem but we are capped.

09:33:51 24   We get actual expenses capped at, what, $32 a night.  That's

09:33:56 25   not bad.

**OFFICIAL TRANSCRIPT**

09:33:57  1        THE COURT:  No, at Rouse's -- you all, the two of you
09:34:00  2    together, get $64 a night -- and so you at Rouse's could do
09:34:08  3    pretty well.
09:34:09  4        MR. MAZE:  We did go with the Attorney General to
09:34:14  5    Delmonico one time.
09:34:15  6        THE COURT:  That's because he's not capped at $32.
09:34:17  7        MR. MAZE:  Well, I had steak and water and that was it.
09:34:26  8        THE COURT:  No wine or anything.
09:34:27  9        MR. MAZE:  Steak and water and I think I got ice with
09:34:32 10    the water.
09:34:32 11        THE COURT:  Now, this next one came to my attention
09:34:35 12    yesterday, and my *pro se* law Clerk was doing some research on
09:34:45 13    Westlaw and came across an opinion that I issued.  Who can read
09:34:51 14    the Westlaw cite for me?  Is it on there?  So our phone
09:34:59 15    participants --
09:34:59 16        MR. LANGAN:  *Henry v. Pittman*.
09:35:00 17        THE COURT:  It's *Henry v. Pittman*, and it is order and
09:35:03 18    reasons by me, *Sassy Shushan*.  So I thought I would call that
09:35:11 19    to everyone's attention as well.  Westlaw has changed my name.
09:35:15 20    I'm thinking about getting it legally changed.  So if anybody
09:35:19 21    has any comments please give it to me *in camera*, and we'll take
09:35:25 22    it from there.
09:35:27 23        THE DEPUTY CLERK:  Judge, I don't have the phone
09:35:29 24    participants.
09:35:30 25        THE COURT:  Phone?  Phone?  Are they not there?  They

**OFFICIAL TRANSCRIPT**

09:35:34  1   missed that.  They missed all our fun.

09:35:41  2        THE DEPUTY CLERK:  There seems to be a problem with it.

09:35:43  3        MR. LANGAN:  We could ask for it to be published.

09:35:43  4        THE COURT:  No.  As long as it's on Westlaw, it's on

09:35:54  5   there forever.  I could put in a request for publication, but

09:35:59  6   do you know, I've never requested publication of anything I've

09:36:02  7   done.  I just don't understand why I would do that.

09:36:06  8        MR. LANGAN:  Now you have a reason.

09:36:08  9        THE COURT:  Yes, now I have a reason.  I think they are

09:36:14 10   still typing in China, aren't they?  Isn't that where they

09:36:18 11   enter all of the opinions?

09:36:19 12        MR. LANGAN:  Probably.

09:36:20 13        THE COURT:  So we had a couple of keystroke errors

09:36:23 14   there, what can I say?

09:36:26 15        Well, we'll have to figure out the phone

09:36:29 16   participants or we'll just not go with them today.  I'm sure

09:36:32 17   they would appreciate that.  I guess there is nothing we can do

09:36:40 18   to get them on.

09:36:41 19        Robin, status of the house?

09:36:45 20        MS. GREENWALD:  The same.

09:36:47 21        THE COURT:  Stand up and tell us what's happened.

09:36:50 22        MS. GREENWALD:  There is nothing to tell.

09:36:53 23        THE COURT:  It's unfinished?

09:36:55 24        MS. GREENWALD:  Oh, yes.

09:36:55 25        How was Paris?

**OFFICIAL TRANSCRIPT**

09:37:08  1          THE COURT:  That's another story as well.  It was good

09:37:10  2     but not as good as I had hoped.

09:37:14  3          MS. GREENWALD:  Oh, no.

09:37:15  4          THE COURT:  Oh, you didn't see this picture, did you?

09:37:17  5     Come see, I've still got it up.  Mike, if you'll hand that

09:37:21  6     down.  We had put that up on the ELMO.  I was just going to

09:37:28  7     give to that Rob and everybody else to see.

09:37:31  8          MR. MAZE:  I don't remember because I wasn't here that

09:37:32  9     day.

09:37:33 10          THE COURT:  You weren't here, so put it up on the ELMO.

09:38:23 11              Phone participants?  Phone participants?

09:38:31 12          MS. HIMMELHOCH:  Yes, ma'am.

09:38:32 13          THE COURT:  I am sorry, we are having technical

09:38:35 14     difficulties.  I thought you were on the phone and

09:38:39 15     participating in our morning fun but you missed it all.  So can

09:38:45 16     you hear me okay?  We're kind of making do with putting you on

09:38:49 17     my microphone.

09:38:51 18          MS. HIMMELHOCH:  I can hear you fine, Your Honor.

09:38:53 19          THE COURT:  Okay.  Well, good.  All right.  Let's see

09:38:58 20     what we got.  Let's see.  We have the BP notice of intention to

09:39:10 21     dispose of samples.  Has everybody responded to BP?  We gave

09:39:15 22     you a May 8 deadline but I'm hoping everybody is responding to

09:39:20 23     BP and we're in gear.

09:39:26 24              Good morning, Rob.

09:39:28 25          MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway

**OFFICIAL TRANSCRIPT**

09:39:31  1    for BP.  We haven't heard any objections so far.  Obviously

09:39:33  2    people may be waiting until May 8th; so, if they are and they

09:39:38  3    are still evaluating let us know, but we know of no objections

09:39:41  4    so far.

09:39:41  5         THE COURT:  Okay.  What I asked everybody to do is just

09:39:44  6    let Rob know yea or nay.  Maybe that was a silly thing to do.

09:39:50  7    Maybe I should have just said nay.

09:39:53  8         MR. GASAWAY:  Can we just say nay as opposed to chasing

09:39:56  9    game (spelled phonetically).

09:39:57 10         THE COURT:  If anybody has objections to the intention

09:40:00 11    to dispose please let Rob know.  Okay.  That's May 8th.

09:40:05 12         MR. GASAWAY:  Thank you, Your Honor.

09:40:06 13         THE COURT:  You're welcome.

09:40:11 14         So, okay, we have our tentative final marshalling

09:40:14 15    conference, now known as *FMC*, set for May 10th, which is a week

09:40:20 16    from today.  It will cover the final days of the trial that we

09:40:26 17    had not previously covered, and then we will have a working

09:40:30 18    group conference following the final marshalling conference.

09:40:34 19         We don't think people need to come for the final

09:40:39 20    marshalling conference as long as we have our friend Anthony

09:40:45 21    participating here so he can hand over the hard drive.  Mark

09:40:52 22    and Peter and the rest of the gang, if you all want to

09:40:55 23    participate by phone, that is fine and dandy.

09:40:59 24         We will ask that the PSC and BP agree on and

09:41:07 25    distribute an agenda for the final marshalling conference.  I

**OFFICIAL TRANSCRIPT**

09:41:11 1    think I've got everything noted, but I want to make sure you

09:41:17 2    all double check me.

09:41:20 3            Now, relative to master lists, we are going to

09:41:24 4    have two master lists, as you've discussed.  One will be

09:41:27 5    organized by order of presentation of exhibits, demonstrative

09:41:35 6    call-outs, video clips and deposition bundles; the other will

09:41:38 7    be sort of numerically.  Those are going to be circulated and

09:41:43 8    agreed to by the parties.

09:41:48 9            Hard drives.  After we have agreement on the

09:41:53 10   master list, we're going to go ahead and put everything,

09:41:57 11   including the add-ons that we ruled on yesterday for exhibits,

09:42:04 12   onto the hard drive and circulate it to everybody.  The hard

09:42:08 13   drives will go out for delivery tomorrow, right?

09:42:20 14       MR. NOMELLINI:  Your Honor, this is Mark.  That's

09:42:21 15   correct.  We will be sending out the hard drives today, and so

09:42:24 16   people should lookout for them tomorrow.  They'll have exhibits

09:42:29 17   on them by number order and also the list by number order.

09:42:36 18           On the witness order, we'll be sending out lists

09:42:40 19   by witness order Saturday or Sunday because that's a little

09:42:46 20   complicated, but the number order will be everything, and so

09:42:50 21   that will give people some opportunities to look at that.

09:42:56 22           Thank you, Your Honor, for ruling so quickly on

09:42:57 23   the additions.

09:42:59 24       THE COURT:  No, no, we have to thank Judge Barbier.  He

09:43:05 25   looked at it.  I gave him his assignment and he kept to it.  So

OFFICIAL TRANSCRIPT

09:43:09  1    that's good.

09:43:12  2            All right.  So that should take care of that, and

09:43:14  3    I think that we then look like we're moving toward what we had

09:43:21  4    hoped for, which is all corrections should be raised with cc's

09:43:30  5    to all parties by noon on May 8th.  Then we can have a

09:43:38  6    reconciliation.  Hopefully there will be very little that needs

09:43:44  7    correcting, correct, Alan?  Alan says yes.  We should be in a

09:43:50  8    good position to have our final marshalling conference a week

09:43:55  9    from today.

09:43:56 10            Let's see.  We also circulated a draft, and it is

09:44:05 11    a draft, of the certification of the record.  I have made some

09:44:11 12    other changes to that, and I will probably get another draft of

09:44:15 13    it out today, but I wanted to hear whether anyone had any other

09:44:20 14    comments before I circulate another draft.

09:44:27 15            Everybody was happy.  Well, then hopefully

09:44:29 16    everybody will be even happier with the next draft.  Okay.  So

09:44:34 17    I'll get that out today, and we'll be ready to roll on that.

09:44:39 18            I would ask that you all get that back to us by

09:44:46 19    Thursday, close of business, going to Marie of my office so

09:44:53 20    that we'll have those for the marshalling conference.  That way

09:44:56 21    you don't need to attend in person.  If you sent the

09:44:59 22    certification in, we'll have it for purposes of Friday's

09:45:04 23    conference.

09:45:06 24        THE CLERK:  Your Honor, are you going to do both

09:45:08 25    conferences in this room?

**OFFICIAL TRANSCRIPT**

09:45:09  1          THE COURT:  Yes.  I don't see any -- I don't think it's

09:45:11  2     going to be a big group.  I mean, we should have it all

09:45:15  3     together and be ready to roll.

09:45:17  4          Okay.  We had a request from Judge Barbier to see

09:45:23  5     if you all could eliminate exhibits or documents.  Does anybody

09:45:28  6     want to give us an update on that?  Thank you very much.

09:45:36  7          MR. O'ROURKE:  We're happy to eliminate BP.

09:45:39  8          MR. LANGAN:  I was going to say, I think Transocean and

09:45:41  9     the PSC ought to be the leaders of this.

09:45:43 10          THE COURT:  You can't say I didn't cover it, okay?

09:45:49 11          MR. IRPINO:  I can tell you.

09:45:51 12          THE COURT:  Go ahead, Anthony.

09:45:53 13          MR. IRPINO:  Good afternoon -- good morning.  It feels

09:45:55 14     like afternoon.

09:45:57 15          I can tell you it's kind of inherent in the

09:45:58 16     process of having the dual sets of exhibits on the hard drive

09:46:04 17     to have the duplicates because we have the numerical, and I

09:46:08 18     believe we are able to eliminate duplicates to some extent on

09:46:11 19     the numerical, but to the extent we're dealing with the

09:46:16 20     by-witness folders, if you will, there just are overlaps of

09:46:20 21     exhibits, and we don't want to err on the side of not including

09:46:24 22     something that had been included in the prior witness so --

09:46:29 23          THE COURT:  Anthony, when you speak, let's all try to

09:46:30 24     speak into the mic because that's how our phone participants

09:46:33 25     are hearing us today with my makeshift system.

                              **OFFICIAL TRANSCRIPT**

09:46:37 1          MR. IRPINO:  I can't reach the mic.

09:46:44 2          THE COURT:  Pull it down or stand up, whatever you

09:46:45 3  prefer.

09:46:46 4               We will be having a PSC proffer at the

09:46:53 5  marshalling conference.  Have you all coordinated, has the PSC

09:46:59 6  coordinated with Halliburton and everybody is in agreement with

09:47:03 7  what's happening?  That's you, Jenny, because you've be working

09:47:07 8  on that, right?

09:47:08 9          MS. MARTINEZ:  Yes, Your Honor.  We've had a call but

09:47:11 10  we haven't seen a written proffer, but I believe they have been

09:47:15 11  offering evidence, and they have already disclosed that.

09:47:29 12          THE COURT:  Okay.  Good.  So we're ready for that.

09:47:29 13               Let's see, Mark, have you got any update on how

09:47:33 14  we are coming with the deposition bundle Check It?

09:47:39 15          MR. NOMELLINI:  Brian Kavanaugh and Anthony were

09:47:44 16  working with Indata.  Indata, my understanding is they've

09:47:49 17  provided everything for everybody to review, and the deadlines

09:47:56 18  that we have is for people to get final comments to Indata by

09:48:00 19  Monday.

09:48:03 20          THE COURT:  I want to just make sure everybody is

09:48:06 21  working on that.  We haven't had any glitches that you're aware

09:48:09 22  of, huh, Mark?

09:48:12 23          MR. NOMELLINI:  No.

09:48:12 24          THE COURT:  Good.  Anthony, anything on that?

09:48:14 25          MR. IRPINO:  Not to my knowledge and it's good that you

                            **OFFICIAL TRANSCRIPT**

09:48:16 1   raised it because it's worth knowing now, if anybody hasn't

09:48:20 2   received the depo bundles or if anybody is having problems

09:48:23 3   accessing them on Worldwide.

09:48:26 4          It's my appreciation that the bundles were sent

09:48:27 5   out, A, on hard drive to each of the parties, and the parties

09:48:32 6   designated a specific person to send them to; and, then B, they

09:48:36 7   were also uploaded on Worldwide; so, there were multiple ways

09:48:39 8   by which parties can access the depo bundles.  If anybody

09:48:44 9   can't, we need to know now and get with Indata.

09:48:47 10      THE COURT:  Okay.  Then phone participants, who was the

09:48:50 11  offending party that is typing?

09:48:55 12      MR. BENSON:  I'm sorry, Your Honor.  It's me,

09:49:00 13  Tom Benson, at the DOJ.

09:49:02 14      THE COURT:  Mr. Benson, I didn't really expect you to

09:49:06 15  identify yourself, but that was very honest of you.

09:49:10 16      MR. BENSON:  We're trained to respond, Your Honor --

09:49:14 17      THE COURT:  That was very, very upfront.  Okay.  I

09:49:19 18  don't have a problem with you typing.  Just put us on mute.

09:49:25 19          Okay.

09:49:33 20      MR. IRPINO:  One other thing about the depo bundles

09:49:35 21  that might be helpful.  Because of the time limits and in

09:49:38 22  addition to the fact that this has been a process that's gone

09:49:41 23  over and over again by the parties, what we're really looking

09:49:45 24  for in terms of the checking are not the precision cites in the

09:49:50 25  deposition themselves.  They are not hyper specific things.

**OFFICIAL TRANSCRIPT**

It's big picture things.  Are all the exhibits that are supposed to be in the bundle in there?  Things of that nature.  Are all of the documents that you want in there?

THE COURT:  This is your final meatball surgery review.  You don't expect a fine-toothed comb, as pointed out kind of bitingly yesterday by Mr. Herman.  He thinks we're doing this too many times and I certainly sympathize, but we want to make sure that, not down to the period, but we want to make sure that we agree that the record is complete, and when we put that hard drive into evidence that we are all satisfied that it is a complete record containing everything that was admitted during trial and containing nothing that wasn't admitted during trial.

Okay.  Everybody did receive their hard drive?  If you didn't receive your hard drive, please let Anthony or Indata or somebody who can help you know that.

I want to thank Transocean and PSC for the Ambrose resolution.  Thank you, thank you, thank you.

MR. NOMELLINI:  Your Honor, it's Mark.  Can I recognize what, I think, hopefully is one of the last, if not the last outstanding disputes about what was admitted and what's not.

THE COURT:  Sure.

MR. NOMELLINI:  And that is Document 3745.  It was an exhibit used during Mitchell's examination.  I believe it was a testimony taken from Captain Kuchta.

I'm not saying we need to resolve it this very

OFFICIAL TRANSCRIPT

09:51:57  1    minute, but there is a dispute between BP and Transocean on

09:52:02  2    that, and I think we at least need to put in place a process to

09:52:07  3    resolve to get it figured out in advance of the marshalling

09:52:12  4    conference.

09:52:12  5          THE COURT:  That's not a problem.  We're having a

09:52:18  6    little feedback.  We'll get Kerry Miller to resolve that today.

09:52:26  7          MR. MILLER:  It's in.  It comes in, right?

09:52:29  8          THE COURT:  Mark, you think it doesn't come in and TO

09:52:36  9    thinks it does.

09:52:38 10          MR. NOMELLINI:  That's right.  Don Haycraft is the

09:52:41 11    expert on it but, yes, I think that's right.

09:52:44 12          THE COURT:  Well, Don and Kerry will resolve that

09:52:48 13    following today's conference.  That will be easy, right, Kerry?

09:52:53 14          MR. MILLER:  Yes, we'll run in the mud.

09:52:55 15          THE COURT:  You'll mud wrestle.

09:52:58 16              So do we have any outstanding issues with regard

09:53:02 17    to the O'Bryan deposition or is that resolved also?  Good.

09:53:08 18          MR. IRPINO:  I hate speaking for other parties but the

09:53:10 19    last I heard from BP was that they were okay with the entire

09:53:14 20    depo coming in.

09:53:14 21          THE COURT:  So that's good.  And then the only other

09:53:18 22    thing I have is correction to the deposition --

09:53:23 23          THE CLERK:  That was as mistake.  I misunderstood what

09:53:26 24    was happening in the e-mail.  You can take that off.

09:53:30 25          THE COURT:  I'll take that off.  Mike tells me I don't

OFFICIAL TRANSCRIPT

09:53:33 1    need to cover what I was getting ready to cover.

09:53:35 2          Everybody knows that Judge Barbier has put you on

09:53:37 3    your posttrial briefing schedule, so I don't need to do that.

09:53:42 4          Is there anything else with regard to Phase One

09:53:44 5    that we have not covered?

09:53:47 6          MR. MILLER:  Briefly, a housekeeping matter.

09:53:51 7          THE COURT:  Would you mind coming up, either the mic or

09:53:52 8    the podium, whichever you prefer.

09:53:56 9          MR. MILLER:  This will only take a second.

09:53:59 10   Kerry Miller for Transocean.  It is a scheduling issue for

09:54:01 11   Phase One.  I guess it's Phase One but not the posttrial

09:54:05 12   briefing.

09:54:05 13         The day after the trial ended Judge Barbier

09:54:08 14   entered a briefing schedule on the summary judgment motions

09:54:11 15   that Transocean had filed back before Phase One, and we noticed

09:54:16 16   that reply date falls on Memorial Day.  If we could file our

09:54:19 17   reply the day after Memorial Day.

09:54:23 18         THE COURT:  You're taking the day off?

09:54:24 19         MR. MILLER:  I would like to, Your Honor.

09:54:26 20         THE COURT:  I'll take it under advisement.  That will

09:54:29 21   be fine.  No problem.

09:54:31 22         Anything else on Phase One that we haven't

09:54:34 23   covered?  Anything else that is of concern?

09:54:40 24         MR. IRPINO:  Judge.

09:54:44 25         THE COURT:  Anthony.

**OFFICIAL TRANSCRIPT**

09:54:45  1      MR. IRPINO:  There was one thing missing, the Mitchell
09:54:47  2   issue.  During trial, I think, Don had Captain Mitchell.  BP
09:54:56  3   and Transocean, I think, wanted a redacted Mitchell expert
09:55:01  4   report.  The PSC objected to that and wanted the complete
09:55:04  5   report in and certainly, from the PSC's point of view,
09:55:07  6   questioned Mitchell about some of those areas.
09:55:09  7           Judge Barbier had indicated at the time, I
09:55:12  8   believe, that he would make that determination later -- some
09:55:16  9   time later.  For purposes of the hard drives and the evidence,
09:55:24 10   we need to know -- I would think we either need to put in the
09:55:29 11   expert report as is and then let Judge Barbier make his
09:55:34 12   determinations the way he has stated he will do at the depo
09:55:37 13   bundles or get a decision in advance of that.
09:55:41 14           I would think if the Judge and everybody would
09:55:44 15   prefer to put it in as is, and then he can handle those the way
09:55:49 16   he is going to handle the depo bundles, but I just thought I
09:55:52 17   would raise it because we don't want different versions going
09:55:56 18   in.
09:55:56 19      THE COURT:  Okay.  Good.
09:55:59 20           Don, anything to add?
09:56:02 21      MR. HAYCRAFT:  I know that a redacted version exists,
09:56:09 22   and I know it's been transmitted from at least between
09:56:13 23   Transocean and BP.  The Judge, during the trial, didn't rule
09:56:20 24   one way or the other and left it pending; so, it's really a
09:56:26 25   Judge Barbier decision.

**OFFICIAL TRANSCRIPT**

09:56:27 1          THE COURT:  I'll talk to him today and let you all know
09:56:29 2     today what he wants to do with that.
09:56:33 3          MR. IRPINO:  Good.
09:56:35 4          THE COURT:  Okay?  All right.  Moving on.  Phase Two.
09:56:38 5     How are we coming on deposition designations?
09:56:43 6               Sarah, have you got anything to tell us?
09:56:46 7          MS. HIMMELHOCH:  I think they are proceeding fine.
09:56:48 8     We're now almost through with the first cycle completely and
09:56:50 9     things are going along.  We have had fewer disputes over the
09:56:56 10    objective summaries, but we're still working that process out,
09:56:59 11    but I don't think there is anything for you to do at this time.
09:57:02 12              The one thing that is still outstanding is your
09:57:07 13    request last week to figure out how we incorporate document
09:57:10 14    objections into the deposition bundles.
09:57:14 15              I had sent a proposal to the deposition
09:57:16 16    designation group.  I unfortunately and unintentionally left
09:57:20 17    out Mark Nomellini, so we need to give him a little time to
09:57:24 18    look at my proposal, and I think we'll be able to report to you
09:57:27 19    next week on our plan on how to do that.
09:57:30 20         THE COURT:  Good.  Yes, that's part of our lessons
09:57:34 21    learned going forward, so as we move through the Phase Two
09:57:36 22    process, Mark is going to help us keep track of the lessons
09:57:43 23    learned and trying to correct them.
09:57:44 24              Anthony, you're going to help us with that, too.
09:57:47 25         MR. IRPINO:  I think we were joking that you were going

**OFFICIAL TRANSCRIPT**

09:57:51 1   order us to.

09:57:52 2          THE COURT:  To do what?

09:57:53 3          MR. IRPINO:  You were going to order us to make sure we

09:57:56 4   brought lessons learned to everybody.

09:57:58 5          THE COURT:  Well, it is something that we want to do

09:57:59 6   going forward, that's for sure.

09:58:02 7              Okay.  I have very little to report regarding

09:58:08 8   University of California Santa Barbara.  Have you, Rob, spoken

09:58:14 9   to counsel for the University on a briefing schedule?

09:58:19 10         MR. GASAWAY:  Your Honor, I'm happy to report that we

09:58:22 11  got substantially what we expected when we expected to get it.

09:58:26 12  I understand that we're going to talk to him today, so that

09:58:29 13  conversation, I think, is going to happen at 1 o'clock central

09:58:31 14  and we can report to the Court.

09:58:32 15         THE COURT:  I probably need to put limitations on the

09:58:35 16  lengths of these briefs, don't I?

09:58:38 17         MR. GASAWAY:  You know, I'm not -- let us talk about

09:58:41 18  this.  We appreciate, you know, all the attention the Court has

09:58:45 19  paid to this, obviously, and we are trying to figure out a way

09:58:51 20  to limit the amount of attention we ask the Court in the

09:58:55 21  future.  So let us talk to California and see if we can get

09:58:58 22  that accomplished.

09:58:59 23         THE COURT:  I don't mind giving it attention as long as

09:59:01 24  we nail it shut.

09:59:02 25         MR. GASAWAY:  Okay.  That's our goal, too.  Your Honor,

**OFFICIAL TRANSCRIPT**

09:59:05 1    we appreciate all the assistance you've given us.

09:59:07 2         THE COURT:  All right.  Let's see.  We got out our

09:59:13 3    order this week regarding the crime-fraud, and you guys are

09:59:21 4    talking about further briefing on the selection criteria issue,

09:59:28 5    right?

09:59:28 6         MR. GASAWAY:  You know, that's correct, Your Honor.

09:59:30 7    Maybe Tom was typing about an e-mail that I sent him

09:59:34 8    beforehand.  He had a proposal as regards the date for appeal

09:59:39 9    of the crime-fraud order, and we had a counterproposal that we

09:59:44 10   kicked around and we're ready to present.

09:59:48 11        Tom, if you're still on do you want to talk about

09:59:50 12   your proposal first, or do you want us to talk about our

09:59:53 13   proposal first?

09:59:54 14        MR. BENSON:  This is Tom.  My interest is piqued, I

09:59:58 15   think, by the proposal that you floated since the conference

10:00:05 16   was starting.

10:00:06 17        I think where we're coming from, Your Honor, is

10:00:08 18   we certainly haven't made a decision yet about whether we are

10:00:12 19   going to try to pursue an appeal, and certainly we have no idea

10:00:17 20   of what's going to happen with whatever the further decision is

10:00:21 21   on the scope briefing.

10:00:22 22        I think our, just thinking pragmatically, that it

10:00:26 23   might be better to sort of wait, reserve any rights we have to

10:00:30 24   appeal until after that second decision so that if we do want

10:00:35 25   to take it to Judge Barbier, we sort of do it all in one

**OFFICIAL TRANSCRIPT**

10:00:39 1    package.

10:00:39 2          THE COURT:  That's probably a good idea.  Rob, what was

10:00:42 3    your idea?

10:00:43 4          MR. GASAWAY:  Our idea was kind of the opposite,

10:00:45 5    Your Honor, in the sense that it's very important that we get a

10:00:52 6    framework in place for dealing with this issue of the

10:00:56 7    crime-fraud.

10:00:57 8          What you've done is you've taken a, I won't call

10:01:01 9    it *a representative sample of documents* but a substantial group

10:01:03 10   of documents.  You've applied a legal framework that was

10:01:07 11   disputed before you applied it.  We won some; we lost some.

10:01:11 12   The United States won some; they lost some.

10:01:14 13         As Tom mentions, there is a second group of

10:01:18 14   documents in the assembly line, according to them, were done

10:01:22 15   according to us.  That's the scope briefing.

10:01:26 16         What we would like to do is, because all that's

10:01:29 17   going to happen if they win on the scope briefing is then

10:01:32 18   before it's going to be ripe for Judge Barbier's decision,

10:01:35 19   you're going to have to apply whatever the correct framework is

10:01:38 20   to that new group of documents.

10:01:40 21         So what we would like to do is go ahead and

10:01:43 22   progress the decision as to the group of documents that you've

10:01:47 23   already decided, the complete group, to not put that off.  We

10:01:52 24   do have a simplifying suggestion for that, and that's this:

10:01:56 25   You had two appeal dates.

**OFFICIAL TRANSCRIPT**

10:01:58  1          THE COURT:  I did.  One for BP and one for the US.

10:02:02  2          MR. GASAWAY:  Exactly.  What would you think about

10:02:03  3     having two appeal dates but have it be an appeal date for both

10:02:07  4     parties and then a cross appeal date for both parties because I

10:02:11  5     can tell, hypothetically, one party might think, you know,

10:02:14  6     we've won some, we've lost some, but hypothetically that party

10:02:18  7     might say, "Look, we're willing to just let our -- take our

10:02:22  8     losses, not appeal," but the only thing -- reason we would

10:02:25  9     appeal would be if the other party went and appealed on the

10:02:30 10     documents that they lost, we would want to appeal on the

10:02:33 11     documents we lost.

10:02:35 12          I can tell you that, you know, we may --

10:02:37 13     otherwise, what BP is going to have to do is we're going to

10:02:41 14     have to make an appeal decision before we know, and we -- you

10:02:45 15     know, that might very well be driven by what they were going to

10:02:50 16     do.

10:02:50 17          If, on the other hand, we knew that the

10:02:52 18     United States was not going to be taking an appeal, I think

10:02:55 19     it's unlikely, you know, that we would take an appeal from our

10:02:57 20     side.

10:02:59 21          THE COURT:  Tom, what did you think about that

10:03:01 22     proposal?  I understand that you would prefer to put the whole

10:03:04 23     thing off, but if we decide to go ahead and have appeals now,

10:03:08 24     what did you think of BP's proposal to have appeals and then

10:03:13 25     cross appeal deadlines?

10:03:15  1          MR. BENSON:  Yeah, I have to admit, I think Rob's voice

10:03:20  2     might have dropped a little bit in the middle.  I think I heard

10:03:23  3     about 90 percent of that but maybe missed a critical

10:03:27  4     10 percent.

10:03:27  5          THE COURT:  Okay.  So I'm going to ask him to speak up

10:03:29  6     and try it again.  If it was O'Rourke you would have missed

10:03:39  7     90 percent of it.

10:03:41  8          MR. GASAWAY:  Our proposal would be as follows:  That

10:03:43  9     we have two appeal deadlines.  One appeal deadline would be for

10:03:48 10     both parties for an affirmative appeal of the Court's order.

10:03:53 11     That could come basically any time between the May 8th deadline

10:03:58 12     and the May 15th deadline.  Then we would propose that there

10:04:02 13     would be a cross appeal deadline very soon thereafter.  Even if

10:04:06 14     you wanted to make it 10:00 the morning and 5:00 at night or

10:04:09 15     one day and the next day, that would also apply to those

10:04:14 16     parties.

10:04:15 17          I was further signalling that I think from BP's

10:04:18 18     standpoint what we would do is likely not appeal on the first

10:04:23 19     deadline, but then if there were an appeal from the other side,

10:04:26 20     meaning either from the United States or for Transocean, which

10:04:29 21     is part of this, we would likely cross appeal on those

10:04:32 22     documents that we lost.  That way, you know, we would have

10:04:35 23     everything altogether.

10:04:36 24          I guess the other tweak that I didn't mention

10:04:39 25     before, but it's a refinement now that I've got the microphone,

10:04:44  1   is we would ask that as to any documents that BP appealed that

10:04:52  2   were supposed to be turned over, that would be stayed during

10:04:53  3   the appeal.

10:04:54  4            So effectively, if there were no appeals from the

10:05:00  5   other side, we would end up likely not cross appealing.  They

10:05:03  6   would get all their documents by the appeal deadline.  If they

10:05:07  7   did appeal, we would likely cross appeal.  We would wait for

10:05:10  8   Judge Barbier and then we would turn over the documents that

10:05:13  9   were ordered to be turned over.  That would be our proposal.

10:05:16 10            THE COURT:  Okay.  How much of that did you get, Tom?

10:05:19 11            MR. BENSON:  Okay.  I heard it all now.  Thank you,

10:05:21 12   Your Honor.

10:05:23 13            I guess I don't know that we necessarily have a

10:05:25 14   problem, and, you know, I think it would be -- it might be

10:05:29 15   useful for us to see this in writing so we could consider it

10:05:33 16   and I could talk to my folks.

10:05:35 17            I don't necessarily have a problem with the

10:05:37 18   *me too* aspect of the appeal, but I do think -- first, I think

10:05:41 19   it makes more sense for us to sort of resolve everything we can

10:05:46 20   resolve and then let the parties decide based on that entire

10:05:50 21   record whether we want to appeal or not.

10:05:54 22            Then, second, I'm a little concerned with one of

10:05:57 23   the side effects of Rob's proposal -- whether it's an intended

10:06:01 24   effect or not, I'm not sure -- is that we wouldn't be getting

10:06:05 25   the documents that the Court has already ruled on until some

**OFFICIAL TRANSCRIPT**

time later.

I think what we've seen so far is that talking
about scope is a very difficult thing for the United States and
TO because only BP has seen the documents and then to some
extent the Court has seen the documents that BP has opted to
share with the Court.  We have found so far that it's been very
fruitful to see those documents that the Court orders released
in trying to figure out whether the scope of the document that
we have identified in the motion is the correct scope.  It
would be difficult to kind of put that process off to go
forward with the scope briefing.

MR. GASAWAY:  Let me respond to that.  My proposal
would be that we go forward with this appeal for the reason
that we said, and that we simultaneously do the scope briefing.
I don't think that these documents or any documents really have
to do with the core issue in the scope briefing, and for us,
it's just that the United States and Transocean brought a
motion to compel.  They did not bring a motion to reopen
Phase Two discovery.

So all we're going to be talking about on the
scope briefing is just, you know, custodians and date ranges
and how we rigorously adhered to that.  To the extent that the
Court wants to drill down on exactly how we implemented that,
obviously we can have *in camera* discussions.  You know our
process from other things.  You know how we do that.

So the contents of the documents that we're going
to disclose we don't think are really relevant to the arguments
that we're going to make.  We may make some other practical
arguments, but we don't think that's going to help.

In terms of getting them the documents, our
appeal, cross appeal proposal, the actual deadlines could be
anywhere within that window you have of May 8th or May 15th.
So, you know, I don't think our decision is going to change.
If you want to say all appeals for the United States have to be
by May 8th, we make a cross appeal decision immediately or if
you want to make it May 15 we could too.

THE COURT:  I'll tell you what let's do, why don't you
send Tom and TO your proposal and cc Mike and me.  We will
suspend for the time being the appeal deadline, and then we'll
decide what we're going to do.

MR. GASAWAY:  That makes sense, Your Honor.

MR. HAYCRAFT:  Are production deadlines suspended too?

THE COURT:  Production deadline are suspended too.
Send us your proposal, let us chew on it, and then we'll go
ahead and decide how we'll handle any appeal.

MR. GASAWAY:  Fair enough, Your Honor.

MS. HIMMELHOCH:  Your Honor, I hate to interfere.  This
is Sarah Himmelhoch.  I want to note for the record that when
proposals like this are sent to the US we ask that they use the
Phase Two distribution list that we agreed on so that in case

**OFFICIAL TRANSCRIPT**

10:09:11 1   any one person's e-mail fails, one of our other team members
10:09:15 2   can make sure everyone is apprised of what's going on.
10:09:17 3         THE COURT:  Okay.  I tell you what, what, Sarah, why
10:09:20 4   don't you also send me that e-mail distribution list so I'll
10:09:23 5   make sure that I'm using the same one.
10:09:25 6         MS. HIMMELHOCH:  I will absolutely do so, Your Honor.
10:09:28 7         THE COURT:  Thank you.
10:09:29 8         MR. GASAWAY:  Thank you, Your Honor.
10:09:30 9         THE COURT:  Okay.  We've gotten the request from
10:09:43 10  Oceaneering.
10:09:44 11        THE CLERK:  Your Honor, I spoke to Ralph Kraft
10:09:47 12  yesterday, and he said he's trying to get Oceaneering to drop
10:09:49 13  its request for internal costs, and it would just be these two
10:09:53 14  invoices.  Once he confirms that with his client, then he'll
10:09:57 15  send a letter out to everybody, and it will be just for the two
10:10:00 16  invoices, if that's the way it goes.
10:10:02 17        THE COURT:  So what we're talking about is
10:10:05 18  Oceaneering's request for expenses.  We have gotten from
10:10:07 19  Oceaneering a couple of invoices for outside vendors' expenses
10:10:13 20  and the issue being whether or not it is going to be requesting
10:10:17 21  reimbursement for internal expenses, and so we'll try to see
10:10:23 22  what they have to say and move from there.
10:10:24 23        Okay.  Relative to experts, we issued an order
10:10:40 24  regarding Phase Two expert issues, length of the depositions,
10:10:44 25  and allocation of examination time.  Transocean -- I'm sorry,

**OFFICIAL TRANSCRIPT**

10:10:52 1  Halliburton has asked for more time for quantification, and

10:10:58 2  we're going to take a look at that request.

10:11:02 3          Does anybody want to give Halliburton some time?

10:11:08 4  We might go back to our old days of brokering -- what did we

10:11:12 5  call that, Andy?

10:11:14 6          MR. LANGAN:  Bartering.

10:11:15 7          THE COURT:  Bartering, swapping.

10:11:17 8          MR. GODWIN:  Begging.

10:11:19 9          THE COURT:  Begging.  If nobody wants to, I'm going to

10:11:21 10 take a look at the request and see if we can maybe reallocate a

10:11:27 11 little bit.

10:11:28 12         MR. GODWIN:  Thank you, Your Honor.

10:11:30 13         MR. O'ROURKE:  Good morning, Judge.  This is

10:11:33 14 Steve O'Rourke for the United States.

10:11:34 15         That raises two issues.  One is that in Phase One

10:11:37 16 expert depositions there was no horse trading.  The time

10:11:41 17 assigned was the time assigned.  If party X doesn't use all of

10:11:46 18 their time, that's the end of it.  In Phase One fact

10:11:50 19 depositions there was a lot of horse trading going on and that

10:11:52 20 was changed for Phase Two experts, and we request the same rule

10:11:56 21 for Phase Two experts.

10:11:57 22         THE COURT:  All right.

10:11:58 23         MR. O'ROURKE:  That's especially true now that you've

10:12:00 24 doubled the length of depositions for Anadarko's purposes.

10:12:04 25         One thing you probably don't know is that after

**OFFICIAL TRANSCRIPT**

10:12:06  1    Anadarko told you they needed a lot of extra time in the

10:12:09  2    Phase Two depositions, it turned out that Anadarko and BP have

10:12:13  3    joint experts.  They don't have separate experts.  They are the

10:12:16  4    same party, as I was describing; so, we still think it's

10:12:20  5    inappropriate for them to get all that extra time.  Now that

10:12:23  6    they are a unified party, they are getting more time for

10:12:26  7    Phase Two experts than any other person has gotten in this

10:12:29  8    case.

10:12:29  9            The other issue you've raised -- so, we request

10:12:32 10    no ceding of time, and we request you to rethink about whether

10:12:36 11    Anadarko really has a different -- answer for BP.

10:12:40 12            With respect to Halliburton's request for more

10:12:42 13    time, Transocean and Halliburton are here in a similar position

10:12:45 14    where we didn't sue Halliburton and we settled with Transocean;

10:12:49 15    so, what are they doing in this deposition --

10:12:53 16            THE COURT:  I have the same question but nobody has

10:12:54 17    ever answered that question for me.

10:12:56 18            MR. O'ROURKE:  It also raises, Your Honor, that they

10:12:59 19    gave us a bunch of expert reports on quantification.  I

10:13:02 20    think -- I don't know the number off the top of my head, but

10:13:05 21    four or five.

10:13:05 22            THE COURT:  I think it was three.  Well, three that I

10:13:09 23    saw from TO.

10:13:11 24            MR. O'ROURKE:  I thought it was four from Transocean.

10:13:14 25    I may well have the number wrong.  We're going to ask that

10:13:17  1   those experts not be allowed to testify, and they shouldn't

10:13:19  2   have to be deposed for that reason, until somebody can justify

10:13:24  3   why they care about the quantification.

10:13:26  4          The only thing I've ever heard is, "Well, in the

10:13:29  5   punitive cases, punitives might be higher if their oil

10:13:36  6   discharges."  Well, is the Judge going to make a difference

10:13:40  7   between three million barrels of oil, between four million

10:13:44  8   barrels of oil in a punitive?

10:13:44  9          In our case there is a per barrel number

10:13:47 10   statutory requirement.  That's why it matters to us.  Does it

10:13:49 11   really matter to Transocean or Halliburton?

10:13:51 12          THE COURT:  Well, I think that you make some good

10:13:54 13   points, and as everybody knows, I would dearly love to avoid a

10:14:01 14   quantification trial in it's entirety.  I just haven't been

10:14:06 15   able to figure out how to do it.  So think about that.

10:14:11 16          MR. O'ROURKE:  They could settle.

10:14:14 17          THE COURT:  Well, they could.

10:14:17 18          MR. O'ROURKE:  That's a good way.

10:14:18 19          THE COURT:  They could.  That's part of the thing about

10:14:21 20   that.  Not only that, but, you see, the US could settle.

10:14:30 21          MR. O'ROURKE:  I have offers pending.

10:14:32 22          THE COURT:  What's good for the goose is good for the

10:14:36 23   gander.

10:14:36 24          MR. O'ROURKE:  I have offers out to both parties.

10:14:38 25          I'm going to raise two specific expert issues,

10:14:40 1    but I feel the presence of a lot of people behind me.

10:14:44 2          THE COURT:  You do.  You have hot breath coming down

10:14:46 3    the back of your neck.

10:14:47 4          MR. O'ROURKE:  I'll raise those two specific people

10:14:50 5    later.

10:14:50 6          MR. DAVIS-DENNY:  Good morning, Your Honor.

10:14:50 7          THE COURT:  Okay.  Good.  What did we do to get you to

10:14:57 8    come up to the podium?

10:14:59 9          MR. DAVIS-DENNY:  I have a quick question.  This is

10:15:02 10   Grant Davis-Denny for Transocean.  Halliburton's letter

10:15:03 11   suggests that possibly 15 minutes would come out of

10:15:06 12   Transocean's time and go to Halliburton.  I just have a

10:15:10 13   question about when we should address that.

10:15:11 14          We had planned to address Halliburton's letter in

10:15:14 15   our May 14 submission.  If Your Honor plans to take up

10:15:18 16   Halliburton's request separately, we might submit something

10:15:21 17   earlier than that.  It's just a question as to what Your Honor

10:15:24 18   would prefer.

10:15:26 19         THE COURT:  Well, I guess I could hold off on it.  When

10:15:31 20   do we start the depos?

10:15:35 21         MR. DAVIS-DENNY:  I believe it's June 17th.

10:15:36 22         MR. GODWIN:  It's June 17th, Judge.

10:15:38 23         THE COURT:  We can hold off.  So I won't take it up

10:15:42 24   before you get to give us your thoughts on it.

10:15:47 25         MR. DAVIS-DENNY:  Thank you, Your Honor.

**OFFICIAL TRANSCRIPT**

10:15:48  1        THE COURT:  I'm probably going to want to talk to each

10:15:52  2    of the parties individually about Phase Two issues, and that's

10:15:59  3    something that I guess I'll turn my attention to in a little

10:16:02  4    bit.  But, no, we'll hold off on that.

10:16:05  5        MR. DAVIS-DENNY:  Thank you, Your Honor.

10:16:06  6        MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

10:16:10  7    Halliburton.

10:16:11  8        THE COURT:  Hello, Don.

10:16:12  9        MR. GODWIN:  Briefly, Judge, I tend to agree with you,

10:16:15 10    as I said before, that Halliburton should not be exposed in

10:16:18 11    Phase Two, but my sense is my vote is not going to count.

10:16:23 12        You've indicated you don't think we ought to be

10:16:26 13    exposed here.  Of course, Judge Barbier will make the final

10:16:28 14    call, but I will say this, as Your Honor knows and everybody

10:16:31 15    does, BP is a third-party.  They have a claim against

10:16:37 16    Halliburton against equitable contribution; so, we are exposed

10:16:37 17    to the extent that that claim is still there.

10:16:39 18        So, contrary to what Steve says about why should

10:16:43 19    Halliburton be interested, we're interested because whatever BP

10:16:46 20    may get stuck with, if anything, they could end up laying some

10:16:50 21    of that off on us, so we need to be able to go defend

10:16:54 22    ourselves.

10:16:54 23        THE COURT:  Yes, but, Don, you don't think that BP and

10:16:58 24    Anadarko are going to carry the weight of the defense side of

10:17:03 25    the quantification case?

**OFFICIAL TRANSCRIPT**

10:17:05  1          MR. GODWIN:  Well, I'm not going to rely on --

10:17:07  2          THE COURT:  The same comment could be made to TO, of

10:17:10  3    course.

10:17:10  4          MR. GODWIN:  I understand your point there, Your Honor,

10:17:12  5    but I don't want to have to represent my client by saying that

10:17:15  6    I'm going to depend upon what BP does or doesn't do.  I just

10:17:19  7    feel like 15 minutes is not enough for me to adequately

10:17:22  8    represent my client in claims where we do have these serious

10:17:26  9    claims being made.

10:17:26 10          TO, as Steve says, is in a similar position to

10:17:31 11    where we are at this point.  They've settled with the DOJ, and

10:17:35 12    we have not been sued by the DOJ but we're still in it.  I

10:17:39 13    personally don't see the rationale for them having 60 minutes

10:17:42 14    and we having 15.  We would like to have 45.  I think that

10:17:45 15    could be taken away.  BP has 600 minutes.  The government, USA,

10:17:49 16    has 690.

10:17:52 17          If we get 15 from each of them, it would not

10:17:55 18    extend the length of the depositions at all, and we're -- as we

10:17:58 19    always did, we would be as expedient as we could and efficient

10:18:02 20    in our depos.  If we need 45 we take it.  If we don't, then we

10:18:05 21    cede it.  We quit after 30 or whatever it takes, but we do need

10:18:10 22    more time, Your Honor, and we appreciate your request.

10:18:12 23          THE COURT:  All right.

10:18:13 24          MR. GODWIN:  Thank you, Judge.

10:18:15 25          MR. FITCH:  Judge, in my usual posture -- Tony Fitch,

**OFFICIAL TRANSCRIPT**

10:18:18 1  Anadarko.

10:18:18 2          At the risk of beating a dead horse --

10:18:21 3          THE COURT:  And it is dead.

10:18:23 4          MR. FITCH:  -- Steve takes us to task for filing joint

10:18:27 5  reports.  No good deed goes unpunished.  We did that in

10:18:33 6  significant part to address the Court's concern about the

10:18:36 7  number of depositions.

10:18:37 8          THE COURT:  And then comes Halliburton and Transocean.

10:18:41 9          MR. FITCH:  Then to suggest that that's a reason for

10:18:43 10  reducing Anadarko's current allocation is another cliché,

10:18:48 11  apples and oranges.  We'll be deposing not the reports we

10:18:52 12  submitted, we're deposing government experts.  We've already

10:18:56 13  submitted to you and you have agreed to some extent with the

10:19:00 14  need for both BP and Anadarko to have substantial time for

10:19:04 15  deposing not somebody else's experts or our own experts but the

10:19:09 16  government's experts; so, I think that doesn't really float.

10:19:12 17          May I note in passing that in one part of your

10:19:17 18  order on page 3 you note, I think, accurately that the Zick

10:19:23 19  deposition is June -- is Thursday, Friday, whatever that is,

10:19:25 20  28th and 29th, and then in your schedule at the end you show it

10:19:29 21  as 27th, 28th.  For future --

10:19:32 22          THE COURT:  We'll just leave it up to you to figure out

10:19:36 23  when it really is.

10:19:37 24          MR. FITCH:  I think that the government said that Zick

10:19:40 25  was Friday, Saturday, 28th, 29th.

10:19:43  1    THE COURT:  28th, 29th.  Okay.  We'll make sure it's

10:19:45  2  correct.

10:19:51  3    MR. GASAWAY:  Your Honor, briefly, to the extent that

10:19:53  4  we can help out with this through coordination, you remember

10:19:56  5  that when we had a lot of discussions about some of the

10:20:00  6  30(b)(6) United States witnesses, we went to Cameron and we

10:20:04  7  said, "Cameron, we can answer your questions."  We have been

10:20:07  8  coordinating with all of the defendants.  You saw the letter

10:20:09  9  that we jointly did.  You saw the *in camera* submission from

10:20:14 10  Anadarko.

10:20:15 11    Obviously at one point we were thinking of having

10:20:19 12  two different groups of experts.  We tried to coordinate for

10:20:22 13  the exact reason that Tony said.  I don't know what the size of

10:20:27 14  the claim that the United States thinks they are asserting

10:20:29 15  against Anadarko but that is substantial.  They said, "Look,

10:20:32 16  we'll provide the same experts on this side of the case but we

10:20:36 17  want to defend the other side."

10:20:37 18    But in terms of going forward, whatever the

10:20:40 19  allocations are, if there is the preponderance of time which BP

10:20:46 20  said they could -- we will certainly, to the extent that

10:20:48 21  Halliburton or Transocean have less time but have questions for

10:20:51 22  the United States or other experts that they think need to get

10:20:55 23  asked, we've already started the coordination process, and

10:20:57 24  we'll certainly take those into account as we do our

10:21:00 25  preparations.

**OFFICIAL TRANSCRIPT**

10:21:01  1          THE COURT:  Good.  Okay.  Thank you.

10:21:04  2          All right.  Oh, Steve.  Sorry.

10:21:11  3      MR. O'ROURKE:  Thank you, Your Honor.  Steve O'Rourke.

10:21:13  4  I'm not going to rebut anything anybody said.  I'm going to go

10:21:17  5  the next topic related to Phase Two experts.

10:21:19  6          So the schedule coming out on Wednesday, it is

10:21:24  7  our understanding, is for the depositions of the defendants'

10:21:25  8  experts.  We want to make sure that there is two experts who

10:21:30  9  are on it.  We're probably going to have to call on Mr. Benson,

10:21:34 10  but experts are for BP and Anadarko, Mr. Nesnic, N-E-S-N-I-C.

10:21:42 11          Mr. Nesnic has two sort of assistant experts on

10:21:46 12  his report that weren't listed in a disclosure of testifying

10:21:51 13  experts.  We want to make sure that those two get expert depo

10:21:54 14  dates when the calendar comes out.

10:21:59 15          Tom, if you happen to know the names of those

10:22:01 16  two, feel free to --

10:22:03 17      MR. BENSON:  Yes, this is Tom.  The two names are

10:22:05 18  Hans Vaziri and the last name is V-I-Z-I-R-I [verbatim] and

10:22:11 19  then Nigel Richardson.

10:22:13 20      THE COURT:  Okay.  Those are people who worked with the

10:22:17 21  main author?

10:22:21 22      MR. BENSON:  They essentially have their own reports as

10:22:24 23  appendices to the main author's reports.

10:22:28 24      THE COURT:  Whose expert is this?

10:22:29 25      MR. BENSON:  It's a BP expert.

**OFFICIAL TRANSCRIPT**

10:22:33 1          THE COURT:  So that's point Number 1.  Do you want to

10:22:36 2     stop there and, Rob, comment on that request?

10:22:39 3          MR. GASAWAY:  We hear the request and we'll take it

10:22:44 4     under advisement.

10:22:44 5          THE COURT:  Okay.  Thank you.

10:22:47 6          MR. O'ROURKE:  Thank you, Your Honor.

10:22:47 7               The other specific expert, and I'm sorry, is

10:22:53 8     Hunter.  You had ordered the Hunter two-day deposition which

10:22:59 9     would bring him up to four days of depositions.

10:23:02 10              If Nat is on the phone, then Nat should interrupt

10:23:05 11    me at any time.

10:23:07 12              We were willing to be more specific in his

10:23:11 13    designation of what he's going to testify about.  We were

10:23:13 14    willing to say that nothing from outside the two-day

10:23:18 15    deposition -- we wouldn't bring up anything from outside that

10:23:21 16    wasn't discussed in the two-day deposition.  I think he did

10:23:23 17    four calculations.  All four were in the two-day deposition.

10:23:28 18         THE COURT:  Do you want to circulate a proposal to --

10:23:35 19         MR. O'ROURKE:  Yes.

10:23:36 20         THE COURT:  -- to BP about that and see if they feel

10:23:38 21    better?

10:23:38 22         MR. O'ROURKE:  Yes, unless Nat tells me I'm not

10:23:41 23    supposed to say yes.

10:23:43 24         THE COURT:  I don't see that Nat is on the phone.

10:23:45 25         MR. CHAKERES:  He's on the phone.

**OFFICIAL TRANSCRIPT**

10:23:45 1        THE COURT:  Hey, Nat.

10:23:47 2        MR. CHAKERES:  I do have a correction to something he

10:23:49 3  said.  My understanding is Hans Vaziri is one of BP's

10:23:54 4  employee -- experts who are on BP's designation --

10:24:00 5        THE COURT:  Disclosure.

10:24:02 6        MR. CHAKERES:  -- disclosure, so we're expecting a

10:24:05 7  deposition date for him but there is two reasons:  One because

10:24:08 8  has an added report on the Nesnic report and one because he's

10:24:13 9  one of the employee experts who hasn't been deposed yet.

10:24:16 10        MR. O'ROURKE:  Then Nigel Richardson is the other one.

10:24:19 11  Nigel Richardson is the other one, the Nesnic's report, and

10:24:24 12  we'll say something about Hunter.  I just didn't want to come

10:24:27 13  out --

10:24:27 14        THE COURT:  Why don't you circulate your proposal to

10:24:31 15  everyone and see if we can reach an agreement.

10:24:35 16        MR. O'ROURKE:  Thank you.

10:24:35 17        THE COURT:  You're welcome.

10:24:41 18        Okay.  Let's see.  I would like to schedule

10:25:00 19  conference calls in the next week or so with Transocean, with

10:25:12 20  Halliburton.  I think that's all I need for the time being just

10:25:24 21  to talk about Phase Two issues.

10:25:27 22        So if you guys will call, I'm going to need maybe

10:25:32 23  a half hour or so with each of you.  If y'all will call and

10:25:38 24  book a time that's good for you guys and good on my calendar,

10:25:42 25  let's do that in the next week or so.  Okay?

**OFFICIAL TRANSCRIPT**

10:25:46  1                  Does anybody want to report on discussions that

10:26:04  2      have taken place between BP -- I'm moving to Phase Three, by

10:26:08  3      the way -- BP, Anadarko, and the United States relative to the

10:26:17  4      possible Penalty Phase?

10:26:19  5                  MR. LANGAN:  Yes.

10:26:19  6                  THE COURT:  All right.  Andy.

10:26:21  7                  MR. LANGAN:  Your Honor, we have opened what I believe

10:26:25  8      has been a helpful discussion with Mr. O'Rourke and his group

10:26:29  9      about the Penalty Phase.  I'm trying to find common ground.  I

10:26:34 10      think there will be common ground.  Those discussions are going

10:26:37 11      to continue and, I think, fairly soon will turn to things

10:26:41 12      like --

10:26:45 13                  THE COURT:  Mr. Benson.  Mr. Benson.

10:26:47 14                  MS. HIMMELHOCH:  Your Honor, this time it was me.

10:26:49 15                  THE COURT:  Oh, Sarah, Sarah.  That discussion got you

10:26:54 16      typing furiously.

10:26:58 17                  MR. LANGAN:  So I think fairly soon the discussion --

10:27:00 18                  MS. HIMMELHOCH:  My defense is because there are a

10:27:01 19      couple of issues I want to touch on, but Andy started talking

10:27:05 20      too quickly for me to jump in, but I'll put down my marker, put

10:27:09 21      myself on mute and start typing on the nonrelated topic.

10:27:13 22                  THE COURT:  Sorry.

10:27:14 23                  MR. LANGAN:  So anyway, fairly soon I think the

10:27:17 24      discussions, and they are going to continue, will turn to

10:27:19 25      things like, well, what would a pretrial schedule look like?

10:27:22  1          So I think, I think we're doing what Your Honor

10:27:25  2    intends, which is to have some real discussions about the way

10:27:28  3    forward here.

10:27:29  4          THE COURT:  Right.  If at any point you all want me to

10:27:32  5    pop in on a conversation, I'll be glad to participate.

10:27:36  6          MR. LANGAN:  Anadarko will be part of this too.

10:27:38  7          THE COURT:  Yes, exactly.  So when you all are ready,

10:27:42  8    I'll be ready.

10:27:43  9          MR. LANGAN:  Can I make a nomenclature plea?  I may be

10:27:48 10    a lonely voice here.

10:27:51 11          THE COURT:  Sure.

10:27:51 12          MR. LANGAN:  By way of background, Judge Barbier set a

10:27:56 13    limitation of liability trial.  We just completed Phase One of

10:27:59 14    that.

10:27:59 15          THE COURT:  That's right.

10:28:00 16          MR. LANGAN:  We're going to have Phase Two of the

10:28:02 17    limitation of liability trial, so people have gotten into the

10:28:07 18    habit of calling it *Phase One* and *Phase Two*.  Personally, I

10:28:09 19    think it's inaccurate and imprecise to talk about -- I'm

10:28:16 20    talking about what Mr. O'Rourke and Mr. Fitch -- I just don't

10:28:19 21    think it's true -- at least want to believe it's Phase Three of

10:28:23 22    the same trial.  That is no so.

10:28:25 23          THE COURT:  That is not so.

10:28:27 24          MR. LANGAN:  So therefore, I'm making a -- perhaps a

10:28:30 25    lonely voice making a gentle plea that we not refer to the

                              **OFFICIAL TRANSCRIPT**

10:28:35  1    *Penalty Phase* as *Phase Three* because I don't think that's true.

10:28:36  2            THE COURT:  All right.  What do you want to call it?

10:28:38  3            MR. LANGAN:  *The Penalty Phase*.

10:28:42  4            MR. O'ROURKE:  Absolutely not.  We're not doing that.

10:28:44  5            MR. LANGAN:  This is what I get, Your Honor.

10:28:46  6            THE COURT:  Well, I think that is a good and valid

10:28:48  7    point, Andy, and I think we will try to speak of what we are

10:28:53  8    discussing as *the Penalty Phase*.  How about that?

10:28:57  9            MR. LANGAN:  That's a tremendous victory.  Thank you.

10:28:59 10            THE COURT:  You are welcome.  You deserved it after the

10:29:01 11    closing of Shula's.

10:29:05 12            MR. O'ROURKE:  Judge, this is Steve O'Rourke.  I just

10:29:07 13    want to add that I've also met with Mr. Fitch and some others

10:29:11 14    from Anadarko having the same conversation so that's working

10:29:14 15    too.  Probably we can combine them sooner rather than later.

10:29:18 16    Just so that's clear that we're talking to them also.

10:29:20 17            I have no problem calling it the *Penalty Phase* or

10:29:24 18    whatever.  It will be the third part of the same trial, because

10:29:29 19    our trial was joined for trial purposes with 2771; so, they

10:29:35 20    were tried simultaneously, not consolidated, joined for trial

10:29:41 21    purposes, there will be a Phase One and Phase Two of our case,

10:29:44 22    US against BP and Anadarko.

10:29:46 23            THE COURT:  That will get very confusing.

10:29:49 24            MR. O'ROURKE:  But I don't care that we're calling this

10:29:51 25    *the Penalty Phase*.

                                    **OFFICIAL TRANSCRIPT**

10:29:53 1          THE COURT:  So Phase Two will be Phase One of your

10:29:55 2    trial; is that correct?

10:29:56 3          MR. O'ROURKE:  No, that Phase Two is Phase Two of our

10:29:59 4    trial because Phase One was Phase One of our trial.

10:30:02 5          THE COURT:  We're going with *the Penalty Phase*.

10:30:05 6          THE CLERK:  Who's on first?

10:30:06 7          THE COURT:  Okay.  I do think that Judge Barbier is

10:30:09 8    looking to take up what we were referring to as *Phase Three*,

10:30:17 9    and now referring to as *the Penalty Phase* next.  That seems to

10:30:24 10   make sense to him.  I was pleased to see that the three parties

10:30:30 11   to that phase agreed with that.  So that's really a no-brainer.

10:30:37 12         MR. O'ROURKE:  It's certainly a no-brainer in our

10:30:40 13   particular matter, that that is what's left and that should be

10:30:43 14   left.

10:30:43 15              I just want to reiterate what we said in our

10:30:46 16   letter, that there are other parties in the room about other

10:30:49 17   things that they want to be next, and we weren't trying to stop

10:30:53 18   anybody else.  As long as our train is on the track, we're

10:30:55 19   happy, and the states have claims and PSC has other issues.  So

10:30:59 20   we don't want to get in anybody's way.  We just want to have

10:31:03 21   our case go forward.

10:31:05 22         THE COURT:  Well, you know, what, every party in here

10:31:08 23   could be telling me that, and unfortunately everybody in here

10:31:11 24   did tell me that.  It is a problem from my point of view,

10:31:17 25   however.

1     On that topic, I think that I would like to have

2  some private conversations regarding the vision that other

3  parties have for Phase Three, excluding BP, Anadarko and the

4  United States.  I'm going to think about how to do that and

5  probably contact you all individually about setting up some

6  telephone conferences to discuss the many and varied proposals

7  that you did give us and try to see if we can make some

8  progress on some of these issues.  Okay?

9     I believe that's all I have.

10     Andy, you've got other things?

11     MR. LANGAN:  Well, just this, Your Honor, it's not lost

12  on anybody -- I know Sarah may have some things -- it's not

13  lost on anybody here that in the run up to April 20, the

14  three-year anniversary of the incident, there have been an

15  influx of new civil filings, both in this district, other

16  districts, and even including some state courts.

17     THE COURT:  Yes.

18     MR. LANGAN:  So we are in the process of tagging them

19  for transfer by the Panel.  Those cases will eventually, some

20  sooner rather than later, will probably be here.

21     It's on our radar screen that at some point we

22  need to come to you and Judge Barbier and say, "Okay, here are

23  some ideas about how to deal with them."  That's sort of

24  consistent with what Your Honor just suggested.

25     We're going to the Penalty Phase but we

**OFFICIAL TRANSCRIPT**

10:33:09 1   understand there are other claims.  Anyway, it's not lost on us

10:33:12 2   so we need the talk to Your Honor about that at some point.

10:33:15 3   THE COURT:  We do.  I do not understand why people are

10:33:20 4   doing what they are doing, and frankly, I don't understand why

10:33:24 5   the Panel on Multidistrict Litigation asked for briefing on all

10:33:30 6   of this when all they would need to do is read the complaint or

10:33:34 7   read the petition and say, "Oh, yes, this should be

10:33:37 8   transferred," but we have a long road ahead of us.

10:33:41 9   MR. LANGAN:  Right.  There will be a lot transferred

10:33:44 10  without opposition, I think, and there will be some contest and

10:33:47 11  we have Mr. Becnel's application.  I don't like his chances but

10:33:51 12  that's just me.  I'm not the Panel --

10:33:55 13  MR. MILLER:  -- Mississippi or Florida.

10:33:57 14  THE COURT:  If you were handicapping it, Andy, what

10:34:00 15  would your percentage be?

10:34:03 16  MR. LANGAN:  We don't get into the percentage game but

10:34:05 17  not good.  I remember the Jim Carey thing in whatever that

10:34:08 18  movie was, about --

10:34:14 19  MR. IRPINO:  About a million to one.

10:34:16 20  MR. LANGAN:  What's this million to one stuff?

10:34:18 21  MR. MILLER:  He may file an amicus in support of

10:34:21 22  reasons.  We're too busy.

10:34:24 23  THE COURT:  We have been working on that brief.  How

10:34:26 24  did you know?  How did you know?

10:34:27 25  THE CLERK:  Personal declarations too.

**OFFICIAL TRANSCRIPT**

10:34:30  1        THE COURT:  Exactly.  We're going to do declarations
10:34:32  2  and everything else we could think of.
10:34:34  3        MR. LANGAN:  Thank you, Your Honor.
10:34:34  4        THE COURT:  Sarah, I know there was something else you
10:34:36  5  wanted to raise.
10:34:38  6        MS. HIMMELHOCH:  Yes, there are just a couple of
10:34:40  7  exhibit issues and one scheduling issue I wanted to touch on.
10:34:44  8        BP has listed on its exhibit list some exhibits
10:34:48  9  that do not have Bates numbers and have produced some of those
10:34:52 10  but not all of those, and we're in discussions with them right
10:34:55 11  now.  We would -- because BP has identified these for their
10:34:59 12  exhibit list, we want to make sure that we're looking at the
10:35:02 13  same I thing that BP is thinking of; so, we would like to have
10:35:05 14  a rule for the installment three, that if is anybody is putting
10:35:11 15  on their exhibit list a document that has not previously been
10:35:15 16  produced, that it be produced simultaneously with the
10:35:18 17  installment three list so that everybody knows what they are
10:35:20 18  objecting to and we are conferring on, and there is no worry
10:35:24 19  we're both buying a brown cow named *Bessie* but it's still a
10:35:29 20  different brown cow, we all remember from our contract cases.
10:35:30 21        With respect to the lists that have already been
10:35:34 22  served, we would appreciate all the parties serving copies of
10:35:37 23  any unBates-numbered versions of documents that they have
10:35:41 24  listed on their exhibit list at some reasonable time so that we
10:35:44 25  all know we've got what the other party actually intends to use

**OFFICIAL TRANSCRIPT**

10:35:47  1      at trial.

10:35:48  2              THE COURT:  Well, let me ask you this, why are any

10:35:50  3      unBates-numbered documents being produced?  I thought that

10:35:54  4      would have been the first lesson learned from Phase One.

10:36:00  5              MS. HIMMELHOCH:  I don't know why they are listed on

10:36:02  6      BP's exhibit list without Bates numbers, but we're not

10:36:05  7      objecting on the ground that they should have been produced in

10:36:08  8      discovery because they are publicly available materials.

10:36:10  9              THE COURT:  No, but I'm objecting.

10:36:12 10              MS. HIMMELHOCH:  Okay.  Then I will let you object to

10:36:15 11      BP and let them answer.

10:36:16 12              THE COURT:  It just seems to me, guys, that we really

10:36:19 13      want to get Phase Two off to a good start, that everything will

10:36:24 14      be Bates numbered, that we don't have duplicates, that -- what

10:36:27 15      other things have we learned, Carter?

10:36:32 16              MR. WILLIAMS:  Gets your call-outs ready.

10:36:38 17              THE COURT:  Get your call-outs ready, uniform labeling.

10:36:39 18              MR. LANGAN:  Upper left-hand corner for address.

10:36:44 19              THE COURT:  Left-hand upper corner for labeling.  What

10:36:46 20      else have we learned?  I'm only half making fun but it seems to

10:36:49 21      me we want to avoid all of those things this time around.

10:36:54 22              So, Sarah, thank you for raising it and would

10:36:58 23      everybody please comply with Sarah's request.

10:37:02 24              MR. NOMELLINI:  Your Honor, it's Mark.  I think I can

10:37:04 25      speak to that.  In Phase One we developed some good procedures

**OFFICIAL TRANSCRIPT**

10:37:08  1    for figuring out what to do with public documents and how to

10:37:14  2    identify them.  For example, books, you know, experts sometimes

10:37:22  3    say *treatises*, and it just -- there are copyright issues.  It

10:37:28  4    may not make sense to copy a whole book and send it over.  But

10:37:32  5    we developed a procedure for working through that, and I'm

10:37:37  6    happy to talk to Sarah about that.  I think we can follow them

10:37:40  7    here and work through it.

10:37:44  8        MS. HIMMELHOCH:  I guess what I'm saying is if you're

10:37:46  9    not going to put the whole book into evidence at trial, you're

10:37:48  10   only going to put a dec cert in and that's what you're going to

10:37:53  11   list on your exhibit list, I agree that with respect to

10:37:56  12   consideration materials and things like that and discovery

10:37:58  13   itself there is no obligation to exchange the copies of

10:38:01  14   publicly available documents.

10:38:03  15        My concern is once it's winds up on somebody's

10:38:08  16   trial exhibit list, you've identified something specific that

10:38:10  17   you intend to proffer to the Court, and at that time we need to

10:38:14  18   know exactly what it is you think you're going to proffer so we

10:38:16  19   can properly object, we can track it, we can do all the things

10:38:21  20   we need to do with it.

10:38:22  21        So I'm just saying if it shows up on the

10:38:25  22   Phase Two trial exhibit list we need a copy of what you're

10:38:28  23   intending to proffer to the Court.

10:38:31  24        MR. NOMELLINI:  Your Honor, I think that's right.  I

10:38:33  25   really don't know what you're referring to specifically, Sarah.

**OFFICIAL TRANSCRIPT**

10:38:39  1    I'm happy to talk to you about it, but I think the procedures
10:38:42  2    we used in Phase One worked well for publicly available stuff,
10:38:48  3    and I'm happy to talk to you about putting the same thing in
10:38:52  4    place here.
10:38:53  5            MS. HIMMELHOCH:  We've sent BP a list of the
10:38:56  6    nonBates-numbered documents, and I guess I'm not sure what you
10:38:58  7    mean by *procedures* other than providing a copy of any material.
10:39:05  8    If you put the material on your exhibit list, we need a copy of
10:39:09  9    what you intend to proffer.  That's what I'm proposing.
10:39:12 10            THE COURT:  Okay.  So Mark, why don't you think about
10:39:15 11    that and talk to Sarah about what she is proposing, if it's
10:39:24 12    different than what you all did in Phase One.
10:39:26 13            MR. NOMELLINI:  I'm happy to do that, Your Honor,
10:39:28 14    because I'm not aware of anything where we haven't provided it
10:39:32 15    but I'm willing to talk to her about it.
10:39:33 16            THE COURT:  Okay.  Good.
10:39:33 17            MS. HIMMELHOCH:  On a related note, Your Honor, there
10:39:37 18    were, I believe we worked it out with BP but there were a
10:39:41 19    number of documents that were exchanged with sub sheets and
10:39:44 20    then the parties could follow-up and request the documents.  We
10:39:46 21    didn't request all the ROV footage originally, but now that BP
10:39:50 22    has listed those segments on its exhibit list we've requested
10:39:54 23    that BP provide us the actual ROV footage instead of just the
10:39:58 24    slip sheet.  I think that worked out, unless BP has a different
10:40:02 25    view, that they are going to go ahead and provide that to us.

**OFFICIAL TRANSCRIPT**

10:40:05   1        MR. NOMELLINI:  Yes, on the ROV footage, Your Honor, we
10:40:09   2    previously made a list available to the United States.  They
10:40:13   3    indicated that they want us to hold off and not provide the
10:40:16   4    materials on that list.  We now referred to some of that in
10:40:21   5    expert reports and understandably they want it, and we're happy
10:40:24   6    to provide it to them.
10:40:25   7        THE COURT:  Good.  Okay.
10:40:26   8        MS. HIMMELHOCH:  Then, I just wanted the Court to be
10:40:28   9    aware of that parties have agreed to extend the briefing
10:40:34  10    schedule for the second installment exhibit list motions.
10:40:40  11    Objection will be filed.  As I understand it, the moving
10:40:46  12    parties will submit their briefs on Wednesday, May 15th,
10:40:52  13    responses are due Tuesday, May 28th, and replies are due
10:40:57  14    Tuesday, June 4th.
10:40:58  15        THE COURT:  Okay.  Sarah.  Thank you.
10:41:01  16            The reason that was a delayed response is because
10:41:05  17    Don Godwin does not seem to have control of his iPad.
10:41:08  18        MR. GODWIN:  I do now, Judge.
10:41:10  19        MS. HIMMELHOCH:  I was wondering what was humorous
10:41:14  20    about what I said.
10:41:15  21        THE COURT:  Nothing was humorous about what you said,
10:41:17  22    but we were all watching Don play some video on his iPad.
10:41:22  23        MR. GODWIN:  No, Your Honor, it was a voicemail from a
10:41:25  24    lawyer I didn't want to hear from.
10:41:26  25        THE COURT:  So, now, Carter, you've come to the podium.

**OFFICIAL TRANSCRIPT**

10:41:29  1       MR. WILLIAMS:  Briefly, just one suggestion on the

10:41:32  2   outstanding Mitchell exhibit, 3745.  Had we offered that list,

10:41:36  3   you know, had it not been the last day of trial, Judge Barbier

10:41:39  4   would have asked if there had been objections, he would we

10:41:42  5   would have heard from BP, he would have heard from us.

10:41:45  6            So our suggestion is just sort of have the same

10:41:47  7   process.  Ask if we could just submit a short letter brief on

10:41:51  8   Monday or Tuesday, and BP can do a simultaneous brief, and

10:41:55  9   we'll give those to Judge Barbier at the same time.

10:41:58 10       THE COURT:  The problem with that is getting it on the

10:42:00 11   hard drive.

10:42:03 12       MR. WILLIAMS:  Well, it will be on the draft hard drive

10:42:06 13   that Mark is sending out, and then we can either pull or not

10:42:10 14   once we get the ruling.

10:42:11 15       THE COURT:  I don't want a brief.  Remember how we did

10:42:13 16   the ones before?  Here is your document.

10:42:18 17       MR. HAYCRAFT:  We could brief it at 4 o'clock this

10:42:20 18   afternoon simultaneously.

10:42:21 19       MR. WILLIAMS:  We could do an e-mail.  It doesn't have

10:42:25 20   to be anything formal.  Just so when he sees it he has our

10:42:28 21   position and their position simultaneously.

10:42:30 22       THE COURT:  Not briefs because he's not going to read

10:42:33 23   briefs.

10:42:34 24       MR. HAYCRAFT:  A paragraph.

10:42:35 25       THE COURT:  A short paragraph.

**OFFICIAL TRANSCRIPT**

10:42:36  1        MR. WILLIAMS:  A short paragraph COB today.

10:42:40  2        THE COURT:  Send it my way.

10:42:42  3        MR. WILLIAMS:  Okay.

10:42:43  4        MS. HIMMELHOCH:  Your Honor, I just have one more

10:42:45  5   thing, with apologies.  I just wanted to note for record that

10:42:47  6   the Court neutral in the seafood settlement or the fishermen

10:42:53  7   settlement has requested additional information from NOAA.

10:42:56  8        I think they've reached agreement with the

10:42:58  9   neutral BP and PSC about what's being asked for, and generally

10:43:03 10   we got the schedule nailed down, but we're going to be coming

10:43:06 11   to you for a court order that directs us to provide the

10:43:10 12   information and extends the confidentiality requirement of your

10:43:14 13   prior order on this kind of information.

10:43:17 14        My understanding is BP is drafting the order.

10:43:19 15   We'll send it and then once it's agreed upon we'll send it to

10:43:22 16   you, but we need that in order to make sure that this is a

10:43:26 17   court-directed request rather than a FOIA.

10:43:30 18        THE COURT:  No problem.  So we'll take care of that as

10:43:32 19   soon as you all get it to us.  It will go ahead and be entered.

10:43:36 20   So thank you for that.

10:43:40 21        Okay.  Anything else?  Oh, oh, Rob is standing

10:43:47 22   up.

10:43:47 23        MR. GASAWAY:  A point of clarification, Your Honor,

10:43:48 24   just because Halliburton did not have a formal pleading listing

10:43:51 25   the number of reports and there was discussion about how many

**OFFICIAL TRANSCRIPT**

10:43:53  1    they did or did not have.  I've confirmed with them that they

10:43:56  2    have two source control experts and one quantification, and

10:43:59  3    that would be Mr. Stevick and Mr. Zeigler on the source control

10:44:03  4    side and Mr. Strickland on qualification; so, I just wanted

10:44:05  5    everybody to have that, those numbers and that background.

10:44:10  6            THE COURT:  Okay.  Good, good, good.  Anything else?

10:44:21  7    Perfect.  Thank you very much, everybody.  Have a great

10:44:24  8    weekend.

          9            (WHEREUPON, at 10:44 a.m.  the proceedings were

         10    concluded.)

         11                        *    *    *

         12

         13

         14                    REPORTER'S CERTIFICATE

         15

         16        I, Cathy Pepper, Certified Realtime Reporter, Registered
               Merit Reporter, Certified Court Reporter of the State of
               Louisiana, Official Court Reporter for the United States
         17    District Court, Eastern District of Louisiana, do hereby
               certify that the foregoing is a true and correct transcript to
         18    the best of my ability and understanding from the record of the
               proceedings in the above-entitled and numbered matter.

         19

         20                         _s/Cathy Pepper_____
                                    Cathy Pepper, CRR, RMR, CCR
         21                         Certified Realtime Reporter
                                    Registered Merit Reporter
         22                         Official Court Reporter
                                    United States District Court
         23                         Cathy_Pepper@laed.uscourts.gov

         24

         25

                              **OFFICIAL TRANSCRIPT**

## $

**$32** [2] - 10:24, 11:6
**$64** [1] - 11:2

## 1

**1** [2] - 25:13, 43:1
**10** [1] - 29:4
**10-MD-2179** [1] - 1:6
**10003** [1] - 2:4
**1001** [1] - 4:14
**10:00** [1] - 29:14
**10:44** [1] - 58:9
**10th** [1] - 14:15
**10TH..........................
.....** [1] - 6:6
**1100** [1] - 4:7
**1201** [1] - 4:21
**13** [1] - 6:4
**1300** [1] - 5:10
**1331** [1] - 5:4
**14** [2] - 6:6, 37:15
**15** [9] - 6:7, 6:8, 6:9,
6:10, 32:11, 37:11,
39:7, 39:14, 39:17
**15TH** [1] - 8:10
**15th** [3] - 29:12, 32:7,
55:12
**16** [4] - 6:12, 6:13,
6:14, 6:16
**1615** [1] - 5:10
**1665** [1] - 5:4
**17** [1] - 6:18
**1700** [1] - 4:21
**17th** [2] - 37:21, 37:22
**18** [2] - 6:19, 6:20

## 2

**20** [6] - 1:5, 6:21, 6:22,
6:24, 6:25, 49:13
**20005** [1] - 3:20
**20006** [1] - 5:14
**20044** [2] - 2:10, 2:15
**2010** [1] - 1:5
**2013** [2] - 1:7, 9:2
**2020** [1] - 5:13
**21** [1] - 7:1
**22** [3] - 7:2, 7:3, 7:4
**2216** [1] - 1:18
**23** [1] - 7:5
**24** [2] - 7:6, 7:7
**25** [2] - 7:8, 7:9
**26** [2] - 7:10, 7:11
**2771** [1] - 47:19
**27th** [1] - 40:21

## 28TH

**28TH** [1] - 8:11
**28th** [5] - 40:20, 40:21,
40:25, 41:1, 55:13
**29th** [3] - 40:20, 40:25,
41:1

## 3

**3** [3] - 1:7, 9:2, 40:18
**30** [1] - 39:21
**30(b)(6** [1] - 41:6
**300** [1] - 1:3
**316** [1] - 1:24
**32502** [1] - 1:25
**33** [2] - 7:12, 7:13
**355** [1] - 4:10
**35TH** [1] - 4:10
**36130** [1] - 2:20
**36TH** [1] - 4:6
**3700** [1] - 4:14
**3745** [2] - 20:22, 56:2
**3745..................** [1] -
8:12
**3745..........................
...........** [1] - 6:25

## 4

**4** [1] - 56:17
**40** [1] - 7:14
**42** [3] - 7:15, 7:16,
7:17
**43** [1] - 7:18
**4310** [1] - 1:21
**44** [1] - 7:21
**45** [3] - 7:24, 39:14,
39:20
**46** [1] - 7:25
**47** [1] - 8:1
**49** [2] - 8:4, 8:5
**4th** [1] - 55:14
**4TH.....** [1] - 8:11

## 5

**500** [2] - 2:19, 5:20
**5000** [1] - 3:10
**504** [1] - 5:21
**51** [1] - 8:6
**55** [2] - 8:8, 8:11
**56** [1] - 8:12
**57** [1] - 8:15
**58** [1] - 8:18
**589-7779** [1] - 5:21
**5:00** [1] - 29:14

## 6

**60** [1] - 39:13
**600** [2] - 1:24, 39:15
**60654** [1] - 3:16
**655** [1] - 3:20
**690** [1] - 39:16

## 7

**700** [1] - 2:4
**701** [2] - 2:23, 3:10
**70112** [1] - 5:10
**70130** [3] - 1:18, 2:24,
5:20
**70139** [1] - 3:11
**70163** [1] - 4:7
**75270** [1] - 4:21
**7611** [2] - 2:9, 2:15
**77002** [1] - 4:14
**77006** [1] - 1:21
**77010** [1] - 5:5

## 8

**8** [1] - 13:22
**8th** [6] - 14:2, 14:11,
16:5, 29:11, 32:7,
32:10
**8TH..........................
** [1] - 6:12

## 9

**90** [2] - 29:3, 29:7
**90071** [1] - 4:11
**9:30** [1] - 1:7

## A

**a.m** [1] - 58:9
**A.M** [1] - 1:7
**ABIGAIL** [1] - 2:14
**ability** [1] - 58:18
**able** [4] - 17:18, 24:18,
36:15, 38:21
**ABOUT** [2] - 6:23,
7:20
**above-entitled** [1] -
58:18
**absolutely** [2] - 33:6,
47:4
**access** [1] - 19:8
**accessing** [1] - 19:3
**accomplished** [1] -
25:22

**according** [2] - 27:14,
27:15
**account** [1] - 41:24
**accurately** [1] - 40:18
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**actual** [3] - 10:24,
32:6, 54:23
**ADD** [1] - 6:9
**add** [3] - 15:11, 23:20,
47:13
**ADD-ONS** [1] - 6:9
**add-ons** [1] - 15:11
**added** [1] - 44:8
**addition** [1] - 19:22
**ADDITIONAL** [1] -
8:14
**additional** [1] - 57:7
**additions** [1] - 15:23
**address** [4] - 37:13,
37:14, 40:6, 52:18
**adequately** [1] - 39:7
**adhered** [1] - 31:22
**admit** [1] - 29:1
**admitted** [3] - 20:11,
20:12, 20:20
**ADMITTED** [1] - 6:23
**advance** [2] - 21:3,
23:13
**advisement** [2] -
22:20, 43:4
**afternoon** [3] - 17:13,
17:14, 56:18
**AGENDA** [1] - 6:2
**agenda** [1] - 14:25
**agree** [4] - 14:24,
20:9, 38:9, 53:11
**agreed** [6] - 15:8,
32:25, 40:13, 48:11,
55:9, 57:15
**agreement** [4] - 15:9,
18:6, 44:15, 57:8
**ahead** [8] - 15:10,
17:12, 27:21, 28:23,
32:20, 50:8, 54:25,
57:19
**AL** [1] - 2:20
**ALABAMA** [1] - 2:18
**ALAN** [1] - 5:3
**Alan** [2] - 16:7
**ALL** [3] - 1:9, 6:11,
6:17
**allocation** [2] - 33:25,
40:10
**allocations** [1] - 41:19
**allowed** [1] - 36:1
**almost** [1] - 24:8
**ALSO** [1] - 5:16
**alternative** [1] - 10:5

**altogether** [1] - 29:23
**Ambrose** [1] - 20:17
**AMBROSE** [1] - 6:22
**AMERICA** [6] - 3:3,
3:3, 3:4, 3:5, 3:7, 3:8
**amicus** [1] - 50:21
**amount** [1] - 25:20
**AN** [1] - 8:5
**Anadarko** [14] - 35:1,
35:2, 35:11, 38:24,
40:1, 40:14, 41:10,
41:15, 42:10, 45:3,
46:6, 47:14, 47:22,
49:3
**ANADARKO** [4] - 5:7,
5:8, 7:23, 8:4
**Anadarko's** [2] -
34:24, 40:10
**AND** [8] - 4:4, 6:23,
7:23, 8:4, 8:11, 8:16,
8:17, 8:18
**ANDRE** [1] - 2:14
**Andrew** [1] - 9:13
**ANDREW** [1] - 3:14
**Andy** [8] - 9:15, 9:23,
34:5, 45:6, 45:19,
47:7, 49:10, 50:14
**ANGELES** [1] - 4:11
**anniversary** [1] -
49:14
**answer** [3] - 35:11,
41:7, 52:11
**answered** [1] - 35:17
**ANTHONY** [1] - 1:17
**Anthony** [8] - 14:20,
17:12, 17:23, 18:15,
18:24, 20:14, 22:25,
24:24
**anyway** [2] - 45:23,
50:1
**apologies** [1] - 57:5
**appeal** [33] - 26:8,
26:19, 26:24, 27:25,
28:3, 28:4, 28:8,
28:9, 28:10, 28:14,
28:18, 28:19, 28:25,
29:9, 29:10, 29:13,
29:18, 29:19, 29:21,
30:3, 30:6, 30:7,
30:18, 30:21, 31:13,
32:6, 32:10, 32:14,
32:20
**appealed** [2] - 28:9,
30:1
**appealing** [1] - 30:5
**appeals** [4] - 28:23,
28:24, 30:4, 32:9
**APPEARANCES** [5] -
1:15, 2:1, 3:1, 4:1,
5:1

**OFFICIAL TRANSCRIPT**

appendices [1] - 42:23
apples [1] - 40:11
application [1] - 50:11
applied [2] - 27:10, 27:11
apply [2] - 27:19, 29:15
appreciate [5] - 12:17, 25:18, 26:1, 39:22, 51:22
appreciation [1] - 19:4
apprised [1] - 33:2
APRIL [1] - 1:5
April [1] - 49:13
ARE [2] - 8:10, 8:11
areas [1] - 23:6
arguments [2] - 32:2, 32:4
AS [2] - 6:5, 7:25
ASBILL [1] - 4:13
aspect [1] - 30:18
assembly [1] - 27:14
asserting [1] - 41:14
assigned [2] - 34:17
assignment [1] - 15:25
assistance [1] - 26:1
assistant [1] - 42:11
attend [1] - 16:21
attention [6] - 11:11, 11:19, 25:18, 25:20, 25:23, 38:3
ATTORNEY [1] - 2:18
Attorney [1] - 11:4
author [1] - 42:21
author's [1] - 42:23
available [4] - 52:8, 53:14, 54:2, 55:2
AVENUE [2] - 2:19, 4:10
avoid [2] - 36:13, 52:21
aware [3] - 18:21, 54:14, 55:9

**B**

BABIUCH [1] - 3:15
BACK [1] - 6:15
background [2] - 46:12, 58:5
bad [1] - 10:25
Barbara [1] - 25:8
BARBARA.............. [1] - 7:8
Barbier [15] - 15:24, 17:4, 22:2, 22:13, 23:7, 23:11, 23:25,

26:25, 30:8, 38:13, 46:12, 48:7, 49:22, 56:3, 56:9
BARBIER [1] - 6:17
Barbier's [1] - 27:18
BARR [1] - 1:24
barrel [1] - 36:9
barrels [2] - 36:7, 36:8
bartering [2] - 34:6, 34:7
based [1] - 30:20
Bates [3] - 51:9, 52:6, 52:14
BATES [1] - 8:6
BAYLEN [1] - 1:24
BE [1] - 6:11
beating [1] - 40:2
Becnel's [1] - 50:11
BEFORE [1] - 1:12
beforehand [1] - 26:8
begging [2] - 34:8, 34:9
behind [1] - 37:1
BENSON [9] - 5:16, 19:12, 19:16, 26:14, 29:1, 30:11, 42:17, 42:22, 42:25
Benson [5] - 19:13, 19:14, 42:9, 45:13
Bessie [1] - 51:19
best [1] - 58:18
better [3] - 10:6, 26:23, 43:21
BETWEEN [1] - 7:23
between [6] - 21:1, 23:22, 29:11, 36:7, 45:2
big [2] - 17:2, 20:1
BINGHAM [1] - 5:12
bit [3] - 29:2, 34:11, 38:4
bitingly [1] - 20:6
book [3] - 44:24, 53:4, 53:9
books [1] - 53:2
bought [1] - 10:20
BOULEVARD [1] - 1:21
BOX [2] - 2:9, 2:15
BP [54] - 3:3, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 6:4, 7:23, 8:3, 13:20, 13:21, 13:23, 14:1, 14:24, 17:7, 21:1, 21:19, 23:2, 23:23, 28:1, 28:13, 30:1, 31:4, 31:5, 35:2, 35:11, 38:15, 38:19, 38:23, 39:6, 39:15, 40:14, 41:19, 42:10,

42:25, 43:20, 45:2, 45:3, 47:22, 49:3, 51:8, 51:11, 51:13, 52:11, 54:5, 54:18, 54:21, 54:23, 54:24, 56:5, 56:8, 57:9, 57:14
BP's [5] - 28:24, 29:17, 44:3, 44:4, 52:6
brainer [2] - 48:11, 48:12
breath [1] - 37:2
BRENNAN [1] - 4:13
Brian [1] - 18:15
BRIAN [1] - 1:24
brief [5] - 50:23, 56:7, 56:8, 56:15, 56:17
BRIEFING [4] - 7:2, 7:9, 7:11, 8:7
briefing [14] - 22:3, 22:12, 22:14, 25:9, 26:4, 26:21, 27:15, 27:17, 31:11, 31:14, 31:16, 31:21, 50:5, 55:9
briefly [4] - 22:6, 38:9, 41:3, 56:1
briefs [4] - 25:16, 55:12, 56:22, 56:23
BRIEFS [1] - 8:9
bring [3] - 31:18, 43:9, 43:15
BROADWAY [1] - 2:4
brokering [1] - 34:4
brought [2] - 25:4, 31:17
brown [2] - 51:19, 51:20
budget [3] - 10:16, 10:18, 10:19
bunch [1] - 35:19
bundle [2] - 18:14, 20:2
BUNDLE................... ............... [1] - 6:20
bundles [8] - 15:6, 19:2, 19:4, 19:8, 19:20, 23:13, 23:16, 24:14
business [1] - 16:19
BUSINESS [1] - 6:15
busy [1] - 50:22
buying [1] - 51:19
BY [23] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:8, 2:13, 2:18, 2:23, 3:9, 3:14, 3:18, 4:6, 4:10, 4:13, 4:18, 5:3, 5:9, 5:13, 5:22, 5:23,

6:12, 6:15
by-witness [1] - 17:20

**C**

CA [1] - 4:11
calculations [1] - 43:17
calendar [2] - 42:14, 44:24
California [2] - 25:8, 25:21
CALIFORNIA [1] - 7:8
CALL [1] - 8:1
call-outs [3] - 15:6, 52:16, 52:17
CALLED [1] - 9:4
CALLS [1] - 7:19
camera [1] - 11:21, 31:24, 41:9
Cameron [2] - 41:6, 41:7
CAMP [1] - 2:23
Canal [4] - 9:21, 9:25, 10:1, 10:7
capped [3] - 10:23, 10:24, 11:6
CAPTAIN [1] - 7:5
Captain [2] - 20:24, 23:2
care [4] - 16:2, 36:3, 47:24, 57:18
Carey [1] - 50:17
carry [1] - 38:24
CARTER [1] - 4:13
Carter [2] - 52:15, 55:25
case [7] - 32:25, 35:8, 36:9, 38:25, 41:16, 47:21, 48:21
cases [3] - 36:5, 49:19, 51:20
CATHY [1] - 5:19
Cathy [2] - 58:15, 58:20
cathy_Pepper@laed.uscourts.gov [1] - 5:21
Cathy_Pepper@laed.uscourts.gov [1] - 58:23
cc [2] - 32:13
CC'S [1] - 6:11
cc's [1] - 16:4
CCR [2] - 5:19, 58:20
cede [1] - 39:21
ceding [1] - 35:10
central [1] - 25:13
CENTRE [1] - 4:6

CERNICH [1] - 2:9
cert [1] - 53:10
certainly [7] - 20:7, 23:5, 26:18, 26:19, 41:20, 41:24, 48:12
CERTIFICATE [1] - 58:14
CERTIFICATION [1] - 6:14
certification [2] - 16:11, 16:22
CERTIFIED [1] - 5:19
Certified [3] - 58:15, 58:16, 58:21
certify [1] - 58:17
CHAKERES [4] - 2:14, 43:25, 44:2, 44:6
chances [1] - 50:11
change [1] - 32:8
changed [3] - 11:19, 11:20, 34:20
changes [1] - 16:12
chasing [1] - 14:8
check [1] - 15:2
Check [1] - 18:14
checking [1] - 19:24
chew [1] - 32:19
CHICAGO [1] - 3:16
China [1] - 12:10
circulate [4] - 15:12, 16:14, 43:18, 44:14
circulated [2] - 15:7, 16:10
cite [1] - 11:14
cites [1] - 19:24
CITY [1] - 2:4
CIVIL [2] - 1:6, 8:5
civil [1] - 49:15
claim [3] - 38:15, 38:17, 41:14
claims [4] - 39:8, 39:9, 48:19, 50:1
clarification [1] - 57:23
clear [1] - 47:16
CLERK [8] - 9:7, 11:23, 12:2, 16:24, 21:23, 33:11, 48:6, 50:25
Clerk [1] - 11:12
cliché [1] - 40:10
client [3] - 33:14, 39:5, 39:8
clients [1] - 9:22
clips [1] - 15:6
close [1] - 16:19
CLOSE [1] - 6:15
closing [1] - 47:11
COB [1] - 57:1

comb [1] - 20:5
combine [1] - 47:15
coming [8] - 18:14, 21:20, 22:7, 24:5, 26:17, 37:2, 42:6, 57:10
comment [2] - 39:2, 43:2
comments [3] - 11:21, 16:14, 18:18
common [2] - 45:9, 45:10
compadres [1] - 10:14
COMPANY [3] - 3:4, 5:8
compel [1] - 31:18
complaint [1] - 50:6
complete [4] - 20:9, 20:11, 23:4, 27:23
completed [1] - 46:13
completely [1] - 24:8
complicated [1] - 15:20
comply [1] - 52:23
COMPUTER [1] - 5:23
concern [3] - 22:23, 40:6, 53:15
concerned [1] - 30:22
concluded [1] - 58:10
CONFERENCE [4] - 1:12, 6:5, 6:13, 7:19
conference [14] - 10:12, 14:15, 14:18, 14:20, 14:25, 16:8, 16:20, 16:23, 18:5, 21:4, 21:13, 26:15, 44:19
conferences [2] - 16:25, 49:6
conferring [1] - 51:18
confidentiality [1] - 57:12
confirmed [1] - 58:1
confirms [1] - 33:14
confusing [1] - 47:23
consider [1] - 30:15
consideration [1] - 53:12
consistent [1] - 49:24
consolidated [1] - 47:20
contact [1] - 49:5
containing [2] - 20:11, 20:12
contents [1] - 32:1
contest [1] - 50:10
continue [2] - 45:11, 45:24
CONTINUED [4] - 2:1, 3:1, 4:1, 5:1

contract [1] - 51:20
contrary [1] - 38:18
contribution [1] - 38:16
control [3] - 55:17, 58:2, 58:3
CONTROL [2] - 8:16, 8:17
conversation [3] - 25:13, 46:5, 47:14
CONVERSATIONS [1] - 8:2
conversations [1] - 49:2
cook [1] - 10:21
coordinate [1] - 41:12
coordinated [2] - 18:5, 18:6
coordinating [1] - 41:8
coordination [2] - 41:4, 41:23
copies [2] - 51:22, 53:13
copy [4] - 53:4, 53:22, 54:7, 54:8
copyright [1] - 53:3
core [1] - 31:16
Corey [2] - 9:10, 10:22
COREY [1] - 2:18
corner [2] - 52:18, 52:19
CORPORATION [2] - 3:5, 5:7
correct [9] - 15:15, 16:7, 24:23, 26:6, 27:19, 31:9, 41:2, 48:2, 58:17
correcting [1] - 16:7
correction [2] - 21:22, 44:2
CORRECTIONS [1] - 6:11
corrections [1] - 16:4
costs [1] - 33:13
COULD [1] - 6:17
COUNSEL [1] - 2:12
counsel [1] - 25:9
count [1] - 38:11
counterproposal [1] - 26:9
couple [4] - 12:13, 33:19, 45:19, 51:6
course [2] - 38:13, 39:3
Court [17] - 25:14, 25:18, 25:20, 30:25, 31:5, 31:6, 31:7, 31:23, 53:17, 53:23, 55:8, 57:6, 58:16,

58:16, 58:17, 58:22, 58:22
COURT [153] - 1:1, 5:19, 8:13, 9:4, 9:8, 9:10, 9:13, 9:19, 9:24, 10:2, 10:4, 10:10, 10:12, 10:18, 10:22, 11:1, 11:6, 11:8, 11:11, 11:17, 11:25, 12:4, 12:9, 12:13, 12:21, 12:23, 13:1, 13:4, 13:10, 13:13, 13:19, 14:5, 14:10, 14:13, 15:24, 17:1, 17:10, 17:12, 17:23, 18:2, 18:12, 18:20, 18:24, 19:10, 19:14, 19:17, 20:4, 20:21, 21:5, 21:8, 21:12, 21:15, 21:21, 21:25, 22:7, 22:18, 22:20, 22:25, 23:19, 24:1, 24:4, 24:20, 25:2, 25:5, 25:15, 25:23, 26:2, 27:2, 28:1, 28:21, 29:5, 30:10, 32:12, 32:18, 33:3, 33:7, 33:9, 33:17, 34:7, 34:9, 34:22, 35:16, 35:22, 36:12, 36:17, 36:19, 36:22, 37:2, 37:7, 37:19, 37:23, 38:1, 38:8, 38:23, 39:2, 39:23, 40:3, 40:8, 40:22, 41:1, 42:1, 42:20, 42:24, 43:1, 43:5, 43:18, 43:20, 43:24, 44:1, 44:5, 44:14, 44:17, 45:6, 45:13, 45:15, 45:22, 46:4, 46:7, 46:11, 46:15, 46:23, 47:2, 47:6, 47:10, 47:23, 48:1, 48:5, 48:7, 48:22, 49:17, 50:3, 50:14, 50:23, 51:1, 51:4, 52:2, 52:9, 52:12, 52:17, 52:19, 54:10, 54:16, 55:7, 55:15, 55:21, 55:25, 56:10, 56:15, 56:22, 56:25, 57:2, 57:18, 58:6
court [2] - 57:11, 57:17
Court's [2] - 29:10, 40:6
court-directed [1] - 57:17

courts [1] - 49:16
cover [4] - 14:16, 17:10, 22:1
covered [3] - 14:17, 22:5, 22:23
cow [2] - 51:19, 51:20
CRIME [1] - 7:10
crime [3] - 26:3, 26:9, 27:7
crime-fraud [3] - 26:3, 26:9, 27:7
CRIME-FRAUD..........
.............................
[1] - 7:10
criteria [1] - 26:4
CRITERIA [1] - 7:11
critical [1] - 29:3
cross [4] - 28:4, 28:25, 29:13, 29:21, 30:5, 30:7, 32:6, 32:10
CRR [2] - 5:19, 58:20
crying [1] - 9:21
current [1] - 40:10
custodians [1] - 31:21
cycle [1] - 24:8

**D**

DALLAS [1] - 4:21
dandy [1] - 14:23
date [6] - 22:16, 26:8, 28:3, 28:4, 31:21, 44:7
dates [3] - 27:25, 28:3, 42:14
Davis [1] - 37:10
DAVIS [6] - 4:10, 37:6, 37:9, 37:21, 37:25, 38:5
Davis-Denny [1] - 37:10
DAVIS-DENNY [6] - 4:10, 37:6, 37:9, 37:21, 37:25, 38:5
days [3] - 14:16, 34:4, 43:9
DC [4] - 2:10, 2:15, 3:20, 5:14
dead [2] - 40:2, 40:3
deadline [9] - 13:22, 29:9, 29:11, 29:12, 29:13, 29:19, 30:6, 32:14, 32:18
deadlines [5] - 18:17, 28:25, 29:9, 32:6, 32:19
deal [1] - 49:23
dealing [2] - 17:19,

27:6
dearly [1] - 36:13
dec [1] - 53:10
decide [4] - 28:23, 30:20, 32:15, 32:20
decided [1] - 27:23
decision [10] - 23:13, 23:25, 26:18, 26:20, 26:24, 27:18, 27:22, 28:14, 32:8, 32:10
declarations [2] - 50:25, 51:1
deed [1] - 40:5
DEEPWATER [3] - 1:4, 4:4, 4:5
defend [2] - 38:21, 41:17
defendants [1] - 41:8
defendants' [1] - 42:7
defense [2] - 38:24, 45:18
delayed [1] - 55:16
delivery [1] - 15:13
Delmonico [1] - 11:5
demonstrative [1] - 15:5
Denny [1] - 37:10
DENNY [6] - 4:10, 37:6, 37:9, 37:21, 37:25, 38:5
DEPARTMENT [2] - 2:7, 2:13
depo [1] - 19:2, 19:8, 19:20, 21:20, 23:12, 23:16, 42:13
depos [2] - 37:20, 39:20
deposed [2] - 36:2, 44:9
deposing [3] - 40:11, 40:12, 40:15
deposition [15] - 15:6, 18:14, 19:25, 21:17, 21:22, 24:5, 24:14, 24:15, 35:15, 40:19, 43:8, 43:15, 43:16, 43:17, 44:7
DEPOSITION [2] - 6:20, 7:7
DEPOSITION............
......................... [1] - 7:1
DEPOSITION............
............ [1] -
7:14
depositions [9] - 33:24, 34:16, 34:19, 34:24, 35:2, 39:18, 40:7, 42:7, 43:9
DEPUTY [3] - 9:7, 11:23, 12:2

**describing** [1] - 35:4
**deserved** [1] - 47:10
**designated** [1] - 19:6
**designation** [3] -
24:16, 43:13, 44:4
**designations** [1] -
24:5
**DESIGNATIONS**........
.................... [1] - 7:7
**determination** [1] -
23:8
**determinations** [1] -
23:12
**developed** [2] - 52:25,
53:5
**DEXTER** [1] - 2:19
**DID** [1] - 6:21
**diem** [2] - 10:22, 10:23
**difference** [1] - 36:6
**different** [6] - 23:17,
35:11, 41:12, 51:20,
54:12, 54:24
**difficult** [2] - 31:3,
31:10
**difficulties** [1] - 13:14
**directed** [1] - 57:11
**directs** [1] - 57:11
**discharges** [1] - 36:6
**disclose** [1] - 32:2
**disclosed** [1] - 18:11
**disclosure** [3] - 42:12,
44:5, 44:6
**DISCOVERY** [1] - 2:12
**discovery** [3] - 31:19,
52:8, 53:12
**discuss** [1] - 49:6
**discussed** [2] - 15:4,
43:16
**discussing** [1] - 47:8
**discussion** [4] - 45:8,
45:15, 45:17, 57:25
**discussions** [7] -
31:24, 41:5, 45:1,
45:10, 45:24, 46:2,
51:10
**DISCUSSIONS** [1] -
7:22
**dispose** [2] - 13:21,
14:11
**DISPOSE** [1] - 6:4
**dispute** [1] - 21:1
**disputed** [1] - 27:11
**disputes** [2] - 20:20,
24:9
**DISPUTES** [1] - 6:23
**distribute** [1] - 14:25
**distribution** [2] -
32:25, 33:4
**District** [3] - 58:17,
58:22

**district** [1] - 49:15
**DISTRICT** [2] - 1:1,
1:1
**districts** [1] - 49:16
**DIVISION** [1] - 2:12
**DO** [1] - 8:6
**document** [4] - 24:13,
31:8, 51:15, 56:16
**Document** [1] - 20:22
**DOCUMENT** [2] - 1:9,
6:25
**documents** [28] -
17:5, 20:3, 27:9,
27:10, 27:14, 27:20,
27:22, 28:10, 28:11,
29:22, 30:1, 30:6,
30:8, 30:25, 31:4,
31:5, 31:7, 31:15,
32:1, 32:5, 51:23,
52:3, 53:1, 53:14,
54:6, 54:19, 54:20
**DOCUMENTS**............
.......... [1] - 6:18
**DOJ** [3] - 19:13, 39:11,
39:12
**DON** [1] - 3:9
**Don** [9] - 21:10, 21:12,
23:2, 23:20, 38:6,
38:8, 38:23, 55:17,
55:22
**DONALD** [1] - 4:18
**done** [3] - 12:7, 27:8,
27:14
**double** [1] - 15:2
**doubled** [1] - 34:24
**DOUGLAS** [1] - 2:23
**down** [7] - 13:6, 18:2,
20:8, 31:23, 37:2,
45:20, 57:10
**DRAFT** [1] - 6:14
**draft** [6] - 16:10,
16:11, 16:12, 16:14,
16:16, 56:12
**drafting** [1] - 57:14
**drill** [1] - 31:23
**DRILLING** [1] - 4:4
**drive** [9] - 14:21,
15:12, 17:16, 19:5,
20:10, 20:13, 20:14,
56:11, 56:12
**DRIVE?**............ [1] -
6:21
**driven** [1] - 15:12
**drives** [4] - 15:9,
15:13, 15:15, 23:9
**DRIVES**.....................
.................... [1] - 6:8
**drop** [1] - 33:12
**dropped** [1] - 29:2
**dual** [1] - 17:16

**DUE** [2] - 8:10, 8:11
**due** [2] - 55:13
**duplicates** [3] - 17:17,
17:18, 52:14
**during** [6] - 20:11,
20:12, 20:23, 23:2,
23:23, 30:2

**E**

**E&P** [1] - 5:8
**E-DISCOVERY** [1] -
2:12
**e-mail** [5] - 21:24,
26:7, 33:1, 33:4,
56:19
**Eastern** [1] - 58:17
**EASTERN** [1] - 1:1
**easy** [1] - 21:13
**effect** [1] - 30:24
**effectively** [1] - 30:4
**effects** [1] - 30:23
**efficient** [1] - 39:19
**EISERT** [1] - 3:19
**either** [4] - 22:7,
23:10, 29:20, 56:13
**eliminate** [3] - 17:5,
17:7, 17:18
**ELIMINATE** [1] - 6:18
**ELLIS** [2] - 3:13, 3:18
**ELM** [1] - 4:21
**ELMO** [2] - 13:6, 13:10
**employee** [2] - 44:4,
44:9
**end** [4] - 30:5, 34:18,
38:20, 40:20
**ended** [1] - 22:13
**ENERGY** [2] - 4:6,
4:17
**ENFORCEMENT** [1] -
2:8
**enter** [1] - 12:11
**entered** [2] - 22:14,
57:19
**entire** [2] - 21:19,
30:20
**entirety** [1] - 36:14
**entitled** [1] - 58:18
**ENVIRONMENT** [1] -
2:12
**ENVIRONMENTAL** [1]
- 2:8
**equitable** [1] - 38:16
**err** [1] - 17:21
**errors** [1] - 12:13
**especially** [1] - 34:23
**ESQUIRE** [32] - 1:17,
1:20, 1:24, 2:3, 2:8,
2:9, 2:13, 2:14, 2:14,

2:18, 2:19, 2:23, 3:9,
3:14, 3:14, 3:15,
3:18, 3:19, 3:19, 4:6,
4:10, 4:13, 4:18,
4:19, 4:19, 4:20, 5:3,
5:4, 5:9, 5:13, 5:16,
5:16
**essentially** [1] - 42:22
**evaluating** [1] - 14:3
**eventually** [1] - 49:19
**EVERYBODY** [1] -
6:21
**evidence** [4] - 18:11,
20:10, 23:9, 53:9
**exact** [1] - 41:13
**exactly** [5] - 28:2,
31:23, 46:7, 51:1,
53:18
**examination** [2] -
20:23, 33:25
**example** [1] - 53:2
**exchange** [1] - 53:13
**exchanged** [1] - 54:19
**excluding** [1] - 49:3
**EXCLUDING** [1] - 8:3
**exhibit** [14] - 20:23,
51:7, 51:8, 51:12,
51:15, 51:24, 52:6,
53:11, 53:16, 53:22,
54:8, 54:22, 55:10,
56:2
**EXHIBIT** [2] - 8:8, 8:12
**exhibits** [8] - 15:5,
15:11, 15:16, 17:5,
17:16, 17:21, 20:1,
51:8
**EXHIBITS** [2] - 6:18,
8:6
**EXHIBITS.** [1] - 6:9
**exists** [1] - 23:21
**expect** [2] - 19:14,
20:5
**expected** [2] - 25:11
**expecting** [1] - 44:6
**expedient** [1] - 39:19
**expenses** [4] - 10:24,
33:18, 33:19, 33:21
**expert** [12] - 21:11,
23:3, 23:11, 33:24,
34:16, 35:19, 36:25,
42:13, 42:24, 42:25,
43:7, 55:5
**EXPERTS** [1] - 8:16
**experts** [24] - 33:23,
34:20, 34:21, 35:3,
35:7, 36:1, 40:12,
40:15, 40:16, 41:12,
41:16, 41:22, 42:5,
42:8, 42:10, 42:11,
42:13, 44:4, 44:9,

53:2, 58:2
**EXPERTS**.................
....................... [1] -
7:13
**explain** [1] - 9:15
**EXPLORATION** [1] -
3:6
**exposed** [3] - 38:10,
38:13, 38:16
**EXTEND** [1] - 8:7
**extend** [2] - 39:18,
55:9
**extends** [1] - 57:12
**extent** [8] - 17:18,
17:19, 31:5, 31:22,
38:17, 40:13, 41:3,
41:20
**extra** [2] - 35:1, 35:5

**F**

**fact** [2] - 19:22, 34:18
**fails** [1] - 33:1
**fair** [1] - 32:21
**fairly** [3] - 45:11,
45:17, 45:23
**falls** [2] - 22:16
**FANNIN** [1] - 4:14
**far** [4] - 14:1, 14:4,
31:2, 31:6
**FEDERAL** [1] - 2:7
**feedback** [1] - 21:6
**few** [1] - 9:10
**fewer** [1] - 24:9
**FIFTEENTH** [1] - 3:20
**figure** [6] - 12:15,
24:13, 25:19, 31:8,
36:15, 40:22
**figured** [1] - 21:3
**figuring** [1] - 53:1
**file** [2] - 22:16, 50:21
**filed** [2] - 22:15, 55:11
**filing** [1] - 40:4
**filings** [1] - 49:15
**FILINGS**....................
. [1] - 8:5
**final** [9] - 14:14, 14:16,
14:18, 14:19, 14:25,
16:8, 18:18, 20:4,
38:13
**FINAL** [2] - 6:5, 6:13
**fine** [5] - 13:18, 14:23,
20:5, 22:21, 24:7
**fine-toothed** [1] - 20:5
**FIRM** [1] - 1:17
**first** [10] - 9:13, 9:15,
9:23, 24:8, 26:12,
26:13, 29:18, 30:18,
48:6, 52:4

**FISHERMEN** [1] - 8:14
**fishermen** [1] - 57:6
**FITCH** [5] - 5:13,
39:25, 40:4, 40:9,
40:24
**Fitch** [3] - 39:25,
46:20, 47:13
**five** [1] - 35:21
**FL** [1] - 1:25
**FLEMING** [1] - 4:20
**float** [1] - 40:16
**floated** [1] - 26:15
**FLOOR** [2] - 4:6, 4:10
**Florida** [1] - 50:13
**FMC** [2] - 6:6, 14:15
**FOIA** [1] - 57:17
**folders** [1] - 17:20
**folks** [1] - 30:16
**follow** [2] - 53:6, 54:20
**follow-up** [1] - 54:20
**following** [2] - 14:18,
21:13
**follows** [1] - 29:8
**footage** [3] - 54:21,
54:23, 55:1
**FOR** [14] - 1:17, 2:7,
2:12, 2:18, 2:22, 3:3,
4:3, 4:17, 5:7, 6:6,
6:9, 7:4, 8:3, 8:7
**foregoing** [1] - 58:17
**forever** [1] - 12:5
**formal** [2] - 56:20,
57:24
**formerly** [2] - 9:17,
9:19
**forward** [7] - 24:21,
25:6, 31:11, 31:13,
41:18, 46:3, 48:21
**four** [6] - 35:21, 35:24,
36:7, 43:9, 43:17
**framework** [3] - 27:6,
27:10, 27:19
**frankly** [1] - 50:4
**fraud** [3] - 26:3, 26:9,
27:7
**FRAUD**.....................
.................. [1] - 7:10
**free** [1] - 42:16
**FRIDAY** [2] - 1:7, 9:2
**Friday** [2] - 40:19,
40:25
**Friday's** [1] - 16:22
**friend** [1] - 14:20
**FRILOT** [1] - 4:5
**FROM** [3] - 6:13, 6:17,
8:15
**fruitful** [1] - 31:7
**fun** [3] - 12:1, 13:15,
52:20

**furiously** [1] - 45:16
**future** [2] - 25:21,
40:21

# G

**game** [2] - 14:9, 50:16
**gander** [1] - 36:23
**gang** [1] - 14:22
**Gasaway** [1] - 13:25
**GASAWAY** [18] - 3:18,
13:25, 14:8, 14:12,
25:10, 25:17, 25:25,
26:6, 27:4, 28:2,
29:8, 31:12, 32:16,
32:21, 33:8, 41:3,
43:3, 57:23
**gear** [1] - 13:23
**General** [1] - 11:4
**GENERAL'S** [1] - 2:18
**generally** [1] - 57:9
**gentle** [1] - 46:25
**GET** [1] - 6:15
**given** [1] - 26:1
**glad** [1] - 46:5
**glitches** [1] - 18:21
**goal** [1] - 25:25
**Godwin** [2] - 38:6,
55:17
**GODWIN** [13] - 4:18,
4:18, 5:3, 34:8,
34:12, 37:22, 38:6,
38:9, 39:1, 39:4,
39:24, 55:18, 55:23
**GOING** [1] - 6:16
**goose** [1] - 36:22
**GOVERNMENT** [1] -
2:7
**government** [3] -
39:15, 40:12, 40:24
**government's** [1] -
40:16
**GRAND** [1] - 4:10
**Grant** [1] - 37:10
**GRANT** [1] - 4:10
**great** [1] - 58:7
**GREENWALD** [5] -
2:3, 12:20, 12:22,
12:24, 13:3
**Grill** [2] - 10:1, 10:7
**ground** [3] - 45:9,
45:10, 52:7
**GROUP** [1] - 1:12
**group** [9] - 14:18,
17:2, 24:16, 27:9,
27:13, 27:20, 27:22,
27:23, 45:8
**groups** [1] - 41:12
**guess** [8] - 12:17,

22:11, 29:24, 30:13,
37:19, 38:3, 53:8,
54:6
**GULF** [1] - 1:5
**guys** [4] - 26:3, 44:22,
44:24, 52:12
**GWENDOLYN** [1] -
5:4

# H

**habit** [1] - 46:18
**half** [2] - 44:23, 52:20
**HALLIBURTON** [2] -
4:17, 7:20
**Halliburton** [15] - 18:6,
34:1, 34:3, 35:13,
35:14, 36:11, 37:12,
38:7, 38:10, 38:16,
38:19, 40:8, 41:21,
44:20, 57:24
**Halliburton's** [4] -
35:12, 37:10, 37:14,
37:16
**hand** [5] - 13:5, 14:21,
28:17, 52:18, 52:19
**handicapping** [1] -
50:14
**handle** [3] - 23:15,
23:16, 32:20
**Hans** [2] - 42:18, 44:3
**HANS** [1] - 7:16
**happier** [1] - 16:16
**happy** [9] - 16:15,
17:7, 25:10, 48:19,
53:6, 54:1, 54:3,
54:13, 55:5
**HARD** [2] - 6:8, 6:21
**hard** [13] - 14:21, 15:9,
15:12, 15:15, 17:16,
19:5, 20:10, 20:13,
20:14, 23:9, 56:11,
56:12
**HAS** [1] - 8:14
**hate** [2] - 21:18, 32:22
**HAVE** [3] - 7:22, 8:3,
8:6
**Haycraft** [1] - 21:10
**HAYCRAFT** [5] - 3:9,
23:21, 32:17, 56:17,
56:24
**HB406** [1] - 5:20
**head** [1] - 35:20
**hear** [5] - 13:16,
13:18, 16:13, 43:3,
55:24
**HEARD** [1] - 1:12
**heard** [7] - 14:1,
21:19, 29:2, 30:11,

36:4, 56:5
**hearing** [1] - 17:25
**hello** [1] - 38:8
**help** [5] - 20:15, 24:22,
24:24, 32:4, 41:4
**helpful** [2] - 19:21,
45:8
**Henry** [2] - 11:16,
11:17
**hereby** [1] - 58:17
**Herman** [1] - 20:6
**higher** [2] - 10:18,
36:5
**HIMMELHOCH** [17] -
2:13, 13:12, 13:18,
24:7, 32:22, 33:6,
45:14, 45:18, 51:6,
52:5, 52:10, 53:8,
54:5, 54:17, 55:8,
55:19, 57:4
**Himmelhoch** [1] -
32:23
**hold** [4] - 37:19,
37:23, 38:4, 55:3
**HOLDINGS** [2] - 3:7,
4:3
**honest** [1] - 19:15
**Honor** [53] - 13:18,
13:25, 14:12, 15:14,
15:22, 16:24, 18:9,
19:12, 19:16, 20:18,
22:19, 25:10, 25:25,
26:6, 26:17, 27:5,
30:12, 32:16, 32:21,
32:22, 33:6, 33:8,
33:11, 34:12, 35:18,
37:6, 37:15, 37:17,
37:25, 38:5, 38:6,
38:14, 39:4, 39:22,
41:3, 42:3, 43:6,
45:7, 45:14, 46:1,
47:5, 49:11, 49:24,
50:2, 51:3, 52:24,
53:24, 54:13, 54:17,
55:1, 55:23, 57:4,
57:23
**HONORABLE** [1] -
1:12
**hoped** [2] - 13:2, 16:4
**hopefully** [2] - 16:6,
16:15, 20:19
**hoping** [1] - 13:22
**HORIZON** [1] - 1:4
**horse** [3] - 34:16,
34:19, 40:2
**hot** [1] - 37:2
**hotel** [1] - 10:13
**hour** [1] - 44:23
**house** [1] - 12:19
**housekeeping** [1] -

22:6
**HOUSTON** [3] - 1:21,
4:14, 5:5
**humorous** [2] - 55:19,
55:21
**Hunter** [3] - 43:8,
44:12
**HUNTER**....................
......................... [1] -
7:18
**hyper** [1] - 19:25
**hypothetically** [2] -
28:5, 28:6

# I

**ice** [1] - 11:9
**idea** [4] - 26:19, 27:2,
27:3, 27:4
**ideas** [1] - 49:23
**identified** [3] - 31:9,
51:11, 53:16
**identify** [2] - 19:15,
53:2
**IF** [1] - 6:17
**IIAMS** [1] - 5:9
**IL** [1] - 3:16
**immediately** [1] -
32:10
**implemented** [1] -
31:23
**important** [1] - 27:5
**imprecise** [1] - 46:19
**IN** [4] - 1:4, 1:5, 7:19,
8:13
**inaccurate** [1] - 46:19
**inappropriate** [1] -
35:5
**INC** [8] - 3:3, 3:4, 3:5,
3:6, 3:8, 4:4, 4:5,
4:18
**incident** [1] - 49:14
**included** [1] - 17:22
**including** [3] - 15:11,
17:21, 49:16
**incorporate** [1] -
24:13
**Indata** [5] - 18:16,
18:18, 19:9, 20:15
**indicated** [3] - 23:7,
38:12, 55:3
**individually** [2] - 38:2,
49:5
**influx** [1] - 49:15
**INFLUX** [1] - 8:5
**INFORMATION** [1] -
8:15
**information** [3] - 57:7,
57:12, 57:13

inherent [1] - 17:15
installment [3] -
51:14, 51:17, 55:10
INSTALLMENT [1] -
8:8
instead [1] - 54:23
intend [2] - 53:17,
54:9
intended [1] - 30:23
intending [1] - 53:23
intends [2] - 46:2,
51:25
intention [2] - 13:20,
14:10
INTENTION [1] - 6:4
interest [1] - 26:14
interim [1] - 10:11
internal [2] - 33:13,
33:21
interrupt [1] - 43:10
invoices [3] - 33:14,
33:16, 33:19
iPad [2] - 55:17, 55:22
IRPINO [14] - 1:17,
1:17, 17:11, 17:13,
18:1, 18:25, 19:20,
21:18, 22:24, 23:1,
24:3, 24:25, 25:3,
50:19
issue [8] - 22:10, 23:2,
26:4, 27:6, 31:16,
33:20, 35:9, 51:7
ISSUE [1] - 7:4
ISSUE............ [1] -
7:11
issued [2] - 11:13,
33:23
issues [11] - 21:16,
33:24, 34:15, 36:25,
38:2, 44:21, 45:19,
48:19, 49:8, 51:7,
53:3
ISSUES.....................
................ [1] - 7:21
IT [1] - 8:1
ITEMS [1] - 6:2
itself [1] - 53:13

**J**

JENNY [1] - 4:19
Jenny [1] - 18:7
Jim [1] - 50:17
JIMMY [1] - 1:20
joined [2] - 47:19,

47:20
joint [2] - 35:3, 40:4
jointly [1] - 41:9
joking [1] - 24:25
JOSEPH [2] - 3:19,
5:16
JUDGE [2] - 1:13, 6:17
Judge [29] - 9:9,
11:23, 15:24, 17:4,
22:2, 22:13, 22:24,
23:7, 23:11, 23:14,
23:23, 23:25, 26:25,
27:18, 30:8, 34:13,
36:6, 37:22, 38:9,
38:13, 39:24, 39:25,
46:12, 47:12, 48:7,
49:22, 55:18, 56:3,
56:13, 52:18
judgment [1] - 22:14
jump [1] - 45:20
June [4] - 37:21,
37:22, 40:19, 55:14
JUNE [1] - 8:11
JUSTICE [2] - 2:7,
2:13
justify [1] - 36:2

**K**

KANNER [1] - 2:22
Kavanaugh [1] - 18:15
keep [1] - 44:22
kept [1] - 15:25
Kerry [4] - 21:6, 21:12,
21:13, 22:10
KERRY [1] - 4:6
keystroke [1] - 12:13
kicked [1] - 26:10
kind [6] - 13:16, 17:15,
20:5, 27:4, 31:10,
57:13
KIRKLAND [2] - 3:13,
3:18
knowing [1] - 19:1
knowledge [1] - 18:25
known [3] - 9:17, 9:19,
14:15
KNOWN [1] - 6:5
knows [4] - 22:2,
36:13, 38:14, 51:17
Kraft [1] - 33:11
KRAUS [1] - 2:23
KUCHLER [1] - 5:8
Kuchta [1] - 20:24

**L**

LA [6] - 1:18, 2:24,

3:11, 4:7, 5:10, 5:20
labeling [2] - 52:17,
52:19
LAMAR [1] - 5:4
LANGAN [33] - 3:14,
9:17, 9:22, 9:25,
10:3, 10:7, 10:11,
10:15, 11:16, 12:3,
12:8, 12:12, 17:8,
34:6, 45:5, 45:7,
45:17, 45:23, 46:6,
46:9, 46:12, 46:16,
46:24, 47:3, 47:5,
47:9, 49:11, 49:18,
50:9, 50:16, 50:20,
51:3, 52:18
LASALLE [1] - 3:15
last [6] - 20:19, 21:19,
24:13, 42:18, 56:3
LAUREN [1] - 4:19
law [1] - 11:12
LAW [1] - 1:17
lawyer [1] - 55:24
laying [1] - 38:20
leaders [1] - 17:9
learned [6] - 24:21,
24:23, 25:4, 52:4,
52:15, 52:20
least [3] - 21:2, 23:22,
46:21
leave [1] - 40:22
left [6] - 23:24, 24:16,
48:13, 48:14, 52:18,
52:19
left-hand [2] - 52:18,
52:19
legal [1] - 27:10
legally [1] - 11:20
length [3] - 33:24,
34:24, 39:18
lengths [1] - 25:16
less [1] - 41:21
lesson [1] - 52:4
lessons [3] - 24:20,
24:22, 25:4
letter [3] - 33:15,
37:10, 37:14, 41:8,
48:16, 56:7
LEVIN [1] - 1:23
LEWIS [3] - 3:8, 4:18,
5:3
liability [2] - 46:13,
46:17
likely [4] - 29:18,
29:21, 30:5, 30:7
limit [1] - 25:20
limitation [2] - 46:13,
46:17
limitations [1] - 25:15
LIMITED [1] - 3:7

limits [1] - 19:21
line [1] - 27:14
LISKOW [1] - 3:8
list [21] - 15:10, 15:17,
32:25, 33:4, 51:8,
51:12, 51:15, 51:17,
51:24, 52:6, 53:11,
53:16, 53:22, 54:5,
54:8, 54:22, 55:2,
55:4, 55:10, 56:2
LIST [1] - 8:8
listed [5] - 42:12, 51:8,
51:24, 52:5, 54:22
listing [1] - 57:24
lists [4] - 15:3, 15:4,
15:18, 51:21
LISTS........................
.............. [1] - 6:7
LITIGATION [1] - 2:12
Litigation [1] - 50:5
LLC [1] - 4:3
lonely [2] - 46:10,
46:25
look [6] - 15:21, 16:3,
24:18, 34:2, 34:10,
45:25
Look [2] - 28:7, 41:15
looked [1] - 15:25
looking [3] - 19:23,
48:8, 51:12
lookout [1] - 15:16
LOS [1] - 4:11
losses [1] - 28:8
lost [9] - 27:11, 27:12,
28:6, 28:10, 28:11,
29:22, 49:11, 49:13,
50:1
LOUISIANA [3] - 1:1,
1:7, 2:22
Louisiana [2] - 58:16,
58:17
love [1] - 36:13
LP [1] - 5:8
LUXENBERG [1] - 2:3

**M**

ma'am [1] - 13:12
MAGAZINE [1] - 1:18
MAGISTRATE [1] -
1:13
mail [5] - 21:24, 26:7,
33:1, 33:4, 56:19
main [2] - 42:21, 42:23
makeshift [1] - 17:25
MARIE [1] - 6:16
Marie [1] - 16:19
MARK [1] - 3:14
Mark [11] - 14:21,

15:14, 18:13, 18:22,
20:18, 21:8, 24:17,
24:22, 52:24, 54:10,
56:13
marker [1] - 45:20
marshalling [8] -
14:14, 14:18, 14:20,
14:25, 16:8, 16:20,
18:5, 21:3
MARSHALLING [2] -
6:5, 6:13
MARTINEZ [2] - 4:19,
18:9
MASTER [1] - 6:7
master [3] - 15:3,
15:4, 15:10
material [2] - 54:7,
54:8
materials [3] - 52:8,
53:12, 55:4
matter [4] - 22:6,
36:11, 48:13, 58:18
matters [1] - 36:10
MAY [6] - 1:7, 6:6,
6:12, 8:10, 8:11, 9:2
MAZE [9] - 2:18, 9:12,
10:16, 10:20, 10:23,
11:4, 11:7, 11:9,
13:8
MCCUTCHEN [1] -
5:12
mean [2] - 17:2, 54:7
meaning [1] - 29:20
meatball [1] - 20:4
MECHANICAL [1] -
5:22
members [1] - 33:1
Memorial [2] - 22:16,
22:17
mention [1] - 29:24
mentions [1] - 27:13
Merit [2] - 58:16,
58:21
met [1] - 47:13
MEXICO [1] - 1:5
mic [1] - 17:24, 18:1,
22:7
MICHAEL [1] - 3:19
microphone [2] -
13:17, 29:25
middle [1] - 29:2
might [10] - 19:21,
26:23, 28:5, 28:7,
28:15, 29:2, 30:14,
34:4, 36:5, 37:16
Mike [3] - 13:5, 21:25,
32:13
Miller [2] - 21:6, 22:10
MILLER [9] - 4:6, 10:9,
21:7, 21:14, 22:6,

22:9, 22:19, 50:13, 50:21
**million** [4] - 36:7, 50:19, 50:20
**mind** [2] - 22:7, 25:23
**minute** [1] - 21:1
**minutes** [4] - 37:11, 39:7, 39:13, 39:15
**missed** [5] - 12:1, 13:15, 29:3, 29:6
**missing** [1] - 23:1
**Mississippi** [1] - 50:13
**mistake** [1] - 21:23
**misunderstood** [1] - 21:23
**MITCHELL** [3] - 1:23, 4:19, 8:12
**Mitchell** [5] - 23:1, 23:2, 23:3, 23:6, 56:2
**Mitchell's** [1] - 20:23
**MITCHELL**................. ................... [1] - 7:5
**Monday** [2] - 18:19, 56:8
**MONTGOMERY** [1] - 2:20
**morning** [11] - 9:8, 9:9, 9:12, 13:15, 13:24, 13:25, 17:13, 29:14, 34:13, 37:6, 38:6
**motion** [3] - 31:9, 31:18
**motions** [2] - 22:14, 55:10
**MOTIONS**................. .. [1] - 8:8
**move** [2] - 24:21, 33:22
**movie** [1] - 50:18
**MOVING** [1] - 8:9
**moving** [4] - 16:3, 24:4, 45:2, 55:11
**MR** [152] - 7:15, 8:17, 8:18, 9:12, 9:17, 9:22, 9:25, 10:3, 10:7, 10:9, 10:11, 10:15, 10:16, 10:20, 10:23, 11:4, 11:7, 11:9, 11:16, 12:3, 12:8, 12:12, 13:8, 13:25, 14:8, 14:12, 15:14, 17:7, 17:8, 18:15, 18:23, 18:25, 19:12, 19:16, 19:20, 20:18, 20:22, 21:7, 21:10, 21:14, 21:18, 22:6, 22:9, 22:19,

22:24, 23:1, 23:21, 24:3, 24:25, 25:3, 25:10, 25:17, 25:25, 26:6, 26:14, 27:4, 28:2, 29:1, 29:8, 30:11, 31:12, 32:16, 32:17, 32:21, 33:8, 34:6, 34:8, 34:12, 34:13, 34:23, 35:18, 35:24, 36:16, 36:18, 36:21, 36:24, 37:4, 37:6, 37:9, 37:21, 37:22, 37:25, 38:5, 38:6, 38:9, 39:1, 39:4, 39:24, 39:25, 40:4, 40:9, 40:24, 41:3, 42:3, 42:17, 42:22, 42:25, 43:3, 43:6, 43:19, 43:22, 43:25, 44:2, 44:6, 44:10, 44:16, 45:5, 45:7, 45:17, 45:23, 46:6, 46:9, 46:12, 46:16, 46:24, 47:3, 47:4, 47:5, 47:9, 47:12, 47:24, 48:3, 48:12, 49:11, 49:18, 50:9, 50:13, 50:16, 50:19, 50:20, 50:21, 51:3, 52:16, 52:18, 52:24, 53:24, 54:13, 55:1, 55:18, 55:23, 56:1, 56:12, 56:17, 56:19, 56:24, 57:1, 57:3, 57:23
**MS** [21] - 12:20, 12:22, 12:24, 13:3, 13:12, 13:18, 18:9, 24:7, 32:22, 33:6, 45:14, 45:18, 51:6, 52:5, 52:10, 53:8, 54:5, 54:17, 55:8, 55:19, 57:4
**mud** [2] - 21:14, 21:15
**Multidistrict** [1] - 50:5
**multiple** [1] - 19:7
**MUNGER** [1] - 4:9
**mute** [2] - 19:18, 45:21
**MY** [1] - 6:16

## N

**N-E-S-N-I-C** [1] - 42:10
**N.W** [1] - 3:20
**nail** [1] - 25:24
**nailed** [1] - 57:10
**name** [3] - 10:9, 11:19, 42:18

**named** [1] - 51:19
**names** [2] - 42:15, 42:17
**Nat** [5] - 43:10, 43:22, 43:24, 44:1
**NATHANIEL** [1] - 2:14
**NATURAL** [1] - 2:12
**nature** [1] - 20:2
**nay** [3] - 14:6, 14:7, 14:8
**necessarily** [2] - 30:13, 30:17
**neck** [1] - 37:3
**need** [26] - 14:19, 16:21, 19:9, 20:25, 21:2, 22:1, 22:3, 23:10, 24:17, 25:15, 38:21, 39:20, 39:21, 40:14, 41:22, 44:20, 44:22, 49:22, 50:2, 50:6, 53:17, 53:20, 53:22, 54:8, 57:16
**needed** [1] - 35:1
**needs** [1] - 16:6
**Nesnic** [3] - 42:10, 42:11, 44:8
**Nesnic's** [1] - 44:11
**NESNIC**................... .................... [1] - 7:15
**neutral** [2] - 57:6, 57:9
**NEUTRAL** [1] - 8:13
**never** [1] - 12:6
**new** [2] - 27:20, 49:15
**NEW** [9] - 1:7, 1:18, 2:4, 2:24, 3:11, 4:7, 5:10, 5:20, 8:5
**news** [1] - 9:22
**NEXT** [1] - 7:19
**next** [9] - 11:11, 16:16, 24:19, 29:15, 42:5, 44:19, 44:25, 48:9, 48:17
**Nigel** [3] - 42:19, 44:10, 44:11
**NIGEL** [1] - 7:17
**night** [3] - 10:24, 11:2, 29:14
**NO** [1] - 1:6
**no-brainer** [2] - 48:11, 48:12
**NOAA** [1] - 57:7
**NOAA**......................... ........ [1] - 8:15
**nobody** [2] - 34:9, 35:16
**NOMELLINI** [11] - 3:14, 15:14, 18:15, 18:23, 20:18, 20:22, 21:10, 52:24, 53:24,

54:13, 55:1
**Nomellini** [1] - 24:17
**nomenclature** [1] - 46:9
**nonBates** [1] - 54:6
**nonBates-numbered** [1] - 54:6
**nonrelated** [1] - 45:21
**noon** [1] - 16:5
**NOON** [1] - 6:12
**NORTH** [4] - 3:4, 3:5, 3:7, 3:8
**NOT** [2] - 7:25, 8:6
**NOT**......................... ............. [1] - 6:24
**note** [5] - 32:23, 40:17, 40:18, 54:17, 57:5
**noted** [1] - 15:1
**nothing** [5] - 12:17, 12:22, 20:12, 43:14, 55:21
**NOTICE** [1] - 6:4
**notice** [1] - 13:20
**noticed** [1] - 22:15
**NOW** [1] - 6:5
**number** [9] - 15:17, 15:20, 35:20, 35:25, 36:9, 40:7, 54:19, 57:25
**Number** [1] - 43:1
**numbered** [5] - 51:23, 52:3, 52:14, 54:6, 58:18
**numbers** [2] - 51:9, 52:6, 58:5
**NUMBERS**............. [1] - 8:6
**numerical** [2] - 17:17, 17:19
**numerically** [1] - 15:7
**NW** [1] - 5:13
**NY** [1] - 2:4

## O

**O'BRYAN** [1] - 7:1
**O'Bryan** [1] - 21:17
**o'clock** [2] - 25:13, 56:17
**O'ROURKE** [22] - 2:8, 17:7, 34:13, 34:23, 35:18, 35:24, 36:16, 36:18, 36:21, 36:24, 37:4, 42:3, 43:6, 43:19, 43:22, 44:10, 44:16, 47:4, 47:12, 47:24, 48:3, 48:12
**o'Rourke** [1] - 46:20

**O'Rourke** [5] - 29:6, 34:14, 42:3, 45:8, 47:12
**object** [2] - 52:10, 53:19
**objected** [1] - 23:4
**objecting** [3] - 51:18, 52:7, 52:9
**objection** [1] - 55:11
**objections** [5] - 14:1, 14:3, 14:10, 24:14, 56:4
**objective** [1] - 24:10
**obligation** [1] - 53:13
**obviously** [4] - 14:1, 25:19, 31:24, 41:11
**occasionally** [1] - 10:3
**Oceaneering** [3] - 33:10, 33:12, 33:19
**Oceaneering's** [1] - 33:18
**OCEANEERING**........ ................................. [1] - 7:12
**OF** [14] - 1:1, 1:5, 1:12, 2:7, 2:13, 2:22, 6:4, 6:14, 6:15, 6:16, 7:8, 8:5
**offending** [1] - 19:11
**offered** [1] - 56:2
**offering** [1] - 18:11
**offers** [2] - 36:21, 36:24
**office** [1] - 16:19
**OFFICE** [1] - 2:18
**OFFICE**...................... ... [1] - 6:16
**Official** [2] - 58:16, 58:22
**OFFICIAL** [1] - 5:19
**OFFSHORE** [1] - 4:4
**OIL** [2] - 1:4, 1:4
**oil** [3] - 36:5, 36:7, 36:8
**old** [1] - 34:4
**OLSON** [1] - 4:9
**ON** [1] - 1:5, 6:9, 6:12, 7:11, 8:9, 8:17, 8:18
**once** [4] - 33:14, 53:15, 56:14, 57:15
**One** [17] - 22:4, 22:11, 22:15, 22:22, 34:15, 34:18, 46:13, 46:18, 47:21, 48:1, 48:4, 52:4, 52:25, 54:2, 54:12
**one** [35] - 9:22, 11:5, 11:11, 15:4, 19:20, 20:19, 23:1, 23:24,

24:12, 26:25, 28:1, 28:5, 29:9, 29:15, 30:22, 33:1, 33:5, 34:15, 34:25, 40:17, 41:11, 44:3, 44:7, 44:8, 44:9, 44:10, 44:11, 50:19, 50:20, 51:7, 56:1, 57:4, 58:2
**ONE** [2] - 3:9, 8:16
**ONE**....................... [1] - 7:4
**ONE**....................
................. [1] - 7:3
**ones** [1] - 56:16
**ons** [1] - 15:11
**ONS** [1] - 6:9
**opened** [1] - 45:7
**opinion** [1] - 11:13
**opinions** [1] - 12:11
**opportunities** [1] - 15:21
**opposed** [1] - 14:8
**opposite** [1] - 27:4
**opposition** [1] - 50:10
**opted** [1] - 31:5
**OR** [3] - 6:18, 7:19, 8:13
**oranges** [1] - 40:11
**order** [18] - 11:17, 15:5, 15:17, 15:18, 15:19, 15:20, 25:1, 25:3, 26:3, 26:9, 29:10, 33:23, 40:18, 57:11, 57:13, 57:14, 57:16
**ORDER** [1] - 9:4
**ORDER**.....................
................. [1] - 6:10
**ordered** [2] - 30:9, 43:8
**orders** [1] - 31:7
**organized** [1] - 15:5
**original** [2] - 10:9, 10:10
**originally** [1] - 54:21
**ORLEANS** [7] - 1:7, 1:18, 2:24, 3:11, 4:7, 5:10, 5:20
**OTHER** [1] - 8:3
**otherwise** [1] - 28:13
**ought** [2] - 17:9, 38:12
**ourselves** [2] - 10:21, 38:22
**outs** [3] - 15:6, 52:16, 52:17
**outside** [3] - 33:19, 43:14, 43:15
**outstanding** [4] - 20:20, 21:16, 24:12,

56:2
**OUTSTANDING** [2] - 6:23, 8:12
**overlaps** [1] - 17:20
**own** [2] - 40:15, 42:22

## P

**P.O** [2] - 2:9, 2:15
**package** [1] - 27:1
**page** [1] - 40:18
**PAGE** [1] - 6:2
**paid** [1] - 25:19
**Panel** [3] - 49:19, 50:5, 50:12
**PAPANTONIO** [1] - 1:23
**paragraph** [3] - 56:24, 56:25, 57:1
**Paris** [1] - 12:25
**part** [7] - 24:20, 29:21, 36:19, 40:6, 40:17, 46:6, 47:18
**participants** [7] - 11:15, 11:24, 12:16, 13:11, 17:24, 19:10
**participate** [2] - 14:23, 46:5
**participating** [2] - 13:15, 14:21
**particular** [1] - 48:13
**parties** [21] - 15:8, 16:5, 19:5, 19:8, 19:23, 21:18, 28:4, 29:10, 29:16, 30:20, 36:24, 38:2, 48:10, 48:16, 49:3, 51:22, 54:20, 55:9, 55:12
**PARTIES** [3] - 6:12, 8:3, 8:9
**party** [10] - 19:11, 28:5, 28:6, 28:9, 34:17, 35:4, 35:6, 38:15, 48:22, 51:25
**passing** [1] - 40:17
**PENALTY** [3] - 7:24, 7:25, 8:1
**Penalty** [10] - 45:4, 45:9, 47:1, 47:3, 47:8, 47:17, 47:25, 48:5, 48:9, 49:25
**pending** [2] - 23:24, 36:21
**PENSACOLA** [1] - 1:25
**people** [10] - 14:2, 14:19, 15:16, 15:21, 18:18, 37:1, 37:4, 42:20, 46:17, 50:3

**PEPPER** [1] - 5:19
**Pepper** [3] - 58:15, 58:20, 58:20
**per** [3] - 10:22, 10:23, 36:9
**percent** [3] - 29:3, 29:4, 29:7
**percentage** [2] - 50:15, 50:16
**perfect** [1] - 58:7
**perhaps** [2] - 10:8, 46:24
**period** [1] - 20:8
**person** [3] - 16:21, 19:6, 35:7
**person's** [1] - 33:1
**personal** [1] - 50:25
**personally** [2] - 39:13, 46:18
**Peter** [1] - 14:22
**petition** [1] - 50:7
**PETRINO** [1] - 3:19
**PETROLEUM** [1] - 5:7
**phase** [1] - 48:11
**PHASE** [8] - 7:3, 7:4, 7:6, 7:21, 7:22, 7:25, 8:3
**Phase** [53] - 22:4, 22:11, 22:15, 22:22, 24:4, 24:21, 31:19, 32:25, 33:24, 34:15, 34:18, 34:20, 34:21, 35:2, 35:7, 38:2, 38:11, 42:5, 44:21, 45:2, 45:4, 45:9, 46:13, 46:16, 46:18, 46:21, 47:1, 47:3, 47:8, 47:17, 47:21, 47:25, 48:1, 48:3, 48:4, 48:5, 48:8, 48:9, 49:3, 49:25, 52:4, 52:13, 52:25, 53:22, 54:2, 54:12
**PHASE**........................
[1] - 7:24
**PHASE**........................
.... [1] - 8:1
**phone** [14] - 11:14, 11:23, 11:25, 12:15, 13:11, 13:14, 14:23, 17:24, 19:10, 43:10, 43:24, 43:25
**phonetically)** [1] - 14:9
**picture** [3] - 9:15, 13:4, 20:1
**piqued** [1] - 26:14
**Pittman** [2] - 11:16, 11:17
**PLACE** [1] - 7:22

**place** [4] - 21:2, 27:6, 45:2, 54:4
**places** [1] - 10:5
**PLAINTIFFS** [1] - 1:17
**plan** [1] - 24:19
**planned** [1] - 37:14
**plans** [1] - 37:15
**play** [1] - 55:22
**plea** [2] - 46:9, 46:25
**pleading** [1] - 57:24
**pleased** [1] - 48:10
**podium** [3] - 22:8, 37:8, 55:25
**point** [11] - 23:5, 39:4, 39:11, 41:11, 43:1, 46:4, 47:7, 48:24, 49:21, 50:2, 57:23
**pointed** [1] - 20:5
**points** [1] - 36:13
**POLK** [1] - 5:8
**pop** [1] - 46:5
**position** [5] - 16:8, 35:13, 39:10, 56:21
**possible** [1] - 45:4
**POSSIBLE** [1] - 7:24
**possibly** [1] - 37:11
**posttrial** [2] - 22:3, 22:11
**POSTTRIAL** [1] - 7:2
**posture** [1] - 39:25
**POYDRAS** [4] - 3:10, 4:7, 5:10, 5:20
**practical** [1] - 32:3
**pragmatically** [1] - 26:22
**precision** [1] - 19:24
**prefer** [5] - 18:3, 22:8, 23:15, 28:22, 37:18
**preparations** [1] - 41:25
**preponderance** [1] - 41:19
**presence** [1] - 37:1
**PRESENT** [1] - 5:16
**present** [1] - 26:10
**presentation** [1] - 15:5
**pretrial** [1] - 45:25
**pretty** [1] - 11:3
**previously** [3] - 14:17, 51:15, 55:2
**PRIVATE** [1] - 8:2
**private** [1] - 49:2
**pro** [1] - 11:12
**problem** [10] - 12:2, 19:18, 21:5, 22:21, 30:14, 30:17, 47:17, 48:24, 56:10, 57:18
**problems** [1] - 19:2

**procedure** [1] - 53:5
**procedures** [3] - 52:25, 54:1, 54:7
**proceeding** [1] - 24:7
**PROCEEDINGS** [3] - 1:12, 5:22, 9:1
**proceedings** [2] - 58:9, 58:18
**process** [10] - 17:16, 19:22, 21:2, 24:10, 24:22, 31:10, 31:25, 41:23, 49:18, 56:7
**PROCTOR** [1] - 1:23
**PRODUCED** [1] - 5:23
**produced** [5] - 51:9, 51:16, 52:3, 52:7
**production** [2] - 32:17, 32:18
**PRODUCTION** [2] - 3:3, 3:6
**PRODUCTS** [1] - 3:8
**proffer** [6] - 18:4, 18:10, 53:17, 53:18, 53:23, 54:9
**PROFFER**..................
..................... [1] - 6:19
**progress** [2] - 27:22, 49:8
**properly** [1] - 53:19
**proposal** [17] - 24:15, 24:18, 26:8, 26:12, 26:13, 26:15, 28:22, 28:24, 29:8, 30:9, 30:23, 31:12, 32:6, 32:13, 32:19, 43:18, 44:14
**proposals** [2] - 32:24, 49:6
**propose** [1] - 29:12
**proposing** [2] - 54:9, 54:11
**provide** [6] - 41:16, 54:23, 54:25, 55:3, 55:6, 57:11
**provided** [2] - 18:17, 54:14
**providing** [1] - 54:7
**PSC** [9] - 6:19, 14:24, 17:9, 18:4, 18:5, 20:16, 23:4, 48:19, 57:9
**PSC's** [1] - 23:5
**public** [1] - 53:1
**publication** [2] - 12:5, 12:6
**publicly** [1] - 52:8, 53:14, 54:2
**published** [1] - 12:3
**pull** [2] - 18:2, 56:13

**punitive** [2] - 36:5, 36:8
**punitives** [1] - 36:5
**purposes** [5] - 16:22, 23:9, 34:24, 47:19, 47:21
**pursue** - 26:19
**put** [20] - 9:15, 12:5, 13:6, 13:10, 15:10, 19:18, 20:9, 21:2, 22:2, 23:10, 23:15, 25:15, 27:23, 28:22, 31:10, 45:20, 53:9, 53:10, 54:8
**putting** [3] - 13:16, 51:14, 54:3

**Q**

**qualification** [1] - 58:4
**QUALIFICATION.......
.....** [1] - 8:18
**quantification** [6] - 34:1, 35:19, 36:3, 36:14, 38:25, 58:2
**QUANTIFICATION** [1] - 8:16
**questioned** [1] - 23:6
**questions** [2] - 41:7, 41:21
**quick** [1] - 37:9
**quickly** [2] - 15:22, 45:20
**quit** [1] - 39:21

**R**

**radar** [1] - 49:21
**RAFFERTY** [1] - 1:23
**raise** [4] - 23:17, 36:25, 37:4, 51:5
**RAISED** [1] - 6:11
**raised** [3] - 16:4, 19:1, 35:9
**raises** [2] - 34:15, 35:18
**raising** [1] - 52:22
**Ralph** [1] - 33:11
**ranges** [1] - 31:21
**rate** [1] - 9:25
**rather** [3] - 47:15, 49:20, 57:17
**rationale** [1] - 39:13
**RE** [1] - 1:4
**reach** [2] - 18:1, 44:15
**reached** [1] - 57:8
**read** [4] - 11:13, 50:6, 50:7, 56:22

**ready** [9] - 16:17, 17:3, 18:12, 22:1, 26:10, 46:7, 46:8, 52:16, 52:17
**real** [1] - 46:2
**reallocate** [1] - 34:10
**really** [12] - 19:14, 19:23, 23:24, 31:15, 32:2, 35:11, 36:11, 40:16, 40:23, 48:11, 52:12, 53:25
**Realtime** [2] - 58:15, 58:21
**REALTIME** [1] - 5:19
**reason** [8] - 12:8, 12:9, 28:8, 31:13, 36:2, 40:9, 41:13, 55:16
**reasonable** [1] - 51:24
**reasons** [3] - 11:18, 44:7, 50:22
**rebut** [1] - 42:4
**RECEIVE** [1] - 6:21
**receive** [2] - 20:13, 20:14
**received** [1] - 19:2
**recognize** [1] - 20:18
**recommendations** [1] - 10:5
**reconciliation** [1] - 16:6
**record** [7] - 16:11, 20:9, 20:11, 30:21, 32:23, 57:5, 58:18
**RECORD............** [1] - 6:14
**RECORDED** [1] - 5:22
**redacted** [2] - 23:3, 23:21
**reducing** [1] - 40:10
**refer** [1] - 46:25
**REFER** [1] - 7:25
**referred** [1] - 55:4
**referring** [3] - 48:8, 48:9, 53:25
**refinement** [1] - 29:25
**regard** [2] - 21:16, 22:4
**REGARDING** [1] - 8:2
**regarding** [4] - 25:7, 26:3, 33:24, 49:2
**regards** [1] - 26:8
**Registered** [1] - 58:15
**registered** [1] - 58:21
**reimbursement** [1] - 33:21
**reiterate** [1] - 48:15
**related** [3] - 10:11, 42:5, 54:17
**RELATES** [1] - 1:9

**relates** [1] - 9:13
**RELATIVE** [1] - 7:23
**relative** [3] - 15:3, 33:23, 45:3
**released** [1] - 31:7
**relevant** [1] - 32:2
**rely** [1] - 39:1
**remember** [5] - 13:8, 41:4, 50:17, 51:20, 56:15
**RENAISSANCE** [1] - 4:20
**renamed** [1] - 10:6
**reopen** [1] - 31:18
**REPLIES** [1] - 8:11
**replies** [1] - 55:13
**reply** [2] - 22:16, 22:17
**report** [12] - 23:4, 23:5, 23:11, 24:18, 25:7, 25:10, 25:14, 42:12, 44:8, 44:11, 45:1
**Reporter** [7] - 58:15, 58:16, 58:16, 58:21, 58:21, 58:22
**REPORTER** [2] - 5:19, 5:19
**REPORTER'S** [1] - 58:14
**reports** [7] - 35:19, 40:5, 40:11, 42:22, 42:23, 55:5, 57:25
**represent** [2] - 39:5, 39:8
**representative** [1] - 27:9
**REQUEST** [1] - 6:17
**request** [20] - 12:5, 17:4, 24:13, 33:9, 33:13, 33:18, 34:2, 34:10, 34:20, 35:9, 35:10, 35:12, 37:16, 39:22, 43:2, 43:3, 52:23, 54:20, 54:21, 57:17
**REQUESTED** [1] - 8:14
**requested** [3] - 12:6, 54:22, 57:7
**requesting** [1] - 33:20
**requirement** [2] - 36:10, 57:12
**research** [1] - 11:12
**reserve** [1] - 26:23
**resolution** [1] - 20:17
**RESOLUTION............
....................** [1] - 6:22
**resolve** [6] - 20:25,

21:3, 21:6, 21:12, 30:19, 30:20
**resolved** [1] - 21:17
**RESOURCES** [1] - 2:12
**respect** [3] - 35:12, 51:21, 53:11
**respond** [2] - 19:16, 31:12
**responded** [1] - 13:21
**responding** [1] - 13:22
**response** [1] - 55:16
**RESPONSES** [1] - 8:10
**responses** [1] - 55:13
**rest** [1] - 14:22
**restaurant** [2] - 9:17, 9:19
**rethink** [1] - 35:10
**review** [2] - 18:17, 20:4
**RICHARD** [1] - 5:4
**Richardson** [3] - 42:19, 44:10, 44:11
**RICHARDSON............
.........................** [1] - 7:17
**RICHESON** [1] - 5:9
**RIG** [1] - 1:4
**rights** [1] - 26:23
**rigorously** [1] - 31:22
**ripe** [1] - 27:18
**rise** [1] - 9:7
**risk** [1] - 40:2
**RMR** [2] - 5:19, 58:20
**road** [1] - 50:8
**Rob** [9] - 13:7, 13:24, 13:25, 14:6, 14:11, 25:8, 27:2, 43:2, 57:21
**Rob's** [2] - 29:1, 30:23
**ROBERT** [1] - 3:18
**Robin** [1] - 12:19
**roll** [2] - 16:17, 17:2
**ROOM** [1] - 5:20
**room** [2] - 16:25, 48:16
**Rouse's** [3] - 10:20, 11:1, 11:2
**ROV** [3] - 54:21, 54:23, 55:1
**rule** [3] - 23:23, 34:20, 51:14
**ruled** [2] - 15:11, 30:25
**RULED** [1] - 6:9
**ruling** [2] - 15:22, 56:14

**run** [2] - 21:14, 49:13
**RUSNAK** [1] - 1:20
**RUSSELL** [1] - 5:16
**RYAN** [1] - 3:15

**S**

**s/Cathy** [1] - 58:20
**SALLY** [1] - 1:12
**sample** [1] - 27:9
**samples** [1] - 13:21
**SAMPLES........** [1] - 6:4
**Santa** [1] - 25:8
**SANTA** [1] - 7:8
**SARAH** [2] - 2:13, 5:9
**Sarah** [12] - 24:6, 32:23, 33:3, 45:15, 49:12, 51:4, 52:22, 53:6, 53:25, 54:11, 55:15
**Sarah's** [1] - 52:23
**Sassy** [1] - 11:18
**satisfied** [1] - 20:10
**Saturday** [2] - 15:19, 40:25
**saw** [3] - 35:23, 41:8, 41:9
**schedule** [9] - 22:3, 22:14, 25:9, 40:20, 42:6, 44:18, 45:25, 55:10, 57:10
**SCHEDULE** [2] - 7:19, 8:7
**SCHEDULE...............
..........** [1] - 7:2
**SCHEDULE...............
....................** [1] - 7:9
**scheduling** [2] - 22:10, 51:7
**SCHEDULING** [1] - 7:4
**SCHELL** [1] - 5:8
**scope** [10] - 26:21, 27:15, 27:17, 31:3, 31:8, 31:9, 31:11, 31:14, 31:16, 31:21
**SCOTT** [1] - 2:9
**screen** [1] - 49:21
**se** [1] - 11:12
**seafood** [1] - 57:6
**SEAFOOD** [1] - 8:13
**SEAN** [1] - 4:20
**second** [5] - 22:9, 26:24, 27:13, 30:22, 55:10
**SECOND** [1] - 8:7
**SECTION** [1] - 2:8
**SEE** [1] - 6:17

see [24] - 10:13, 13:4, 13:5, 13:7, 13:19, 13:20, 16:10, 17:1, 17:4, 18:13, 25:21, 26:2, 30:15, 31:7, 33:21, 34:10, 36:20, 39:13, 43:20, 43:24, 44:15, 44:18, 48:10, 49:7
seem [1] - 55:17
sees [1] - 56:20
segments [1] - 54:22
SELECTION [1] - 7:11
selection [1] - 26:4
send [9] - 19:6, 32:13, 32:19, 33:4, 33:15, 53:4, 57:2, 57:15
sending [3] - 15:15, 15:18, 56:13
SENIOR [1] - 2:12
sense [6] - 27:5, 30:19, 32:16, 38:11, 48:10, 53:4
sent [6] - 16:21, 19:4, 24:15, 26:7, 32:24, 54:5
separate [1] - 35:3
separately [1] - 37:16
serious [1] - 39:8
served [1] - 51:22
SERVICES [1] - 4:17
serving [1] - 51:22
set [2] - 14:15, 46:12
SET [1] - 6:6
sets [1] - 17:16
setting [1] - 49:5
settle [2] - 36:16, 36:20
settled [2] - 35:14, 39:11
settlement [2] - 57:6, 57:7
SETTLEMENT [2] - 8:13, 8:14
share [1] - 31:6
sheet [1] - 54:24
sheets [1] - 54:19
SHELL [1] - 3:9
short [3] - 56:7, 56:25, 57:1
SHOULD [1] - 6:11
show [1] - 40:20
shows [1] - 53:21
Shula's [4] - 9:18, 9:20, 10:6, 47:11
SHUSHAN [1] - 1:12
Shushan [1] - 11:18
shut [1] - 25:24
SIDE [1] - 8:18
side [9] - 17:21, 28:20,

29:19, 30:5, 30:23, 38:24, 41:16, 41:17, 58:4
signalling [1] - 29:17
significant [1] - 40:6
silly [1] - 14:6
similar [2] - 35:13, 39:10
simple [1] - 9:14
simplifying [1] - 27:24
simultaneous [1] - 56:8
simultaneously [5] - 31:14, 47:20, 51:16, 56:18, 56:21
SINCLAIR [1] - 2:19
size [1] - 41:13
slip [1] - 54:24
SO [1] - 7:19
someplace [1] - 10:14
sometimes [1] - 53:2
soon [5] - 29:13, 45:11, 45:17, 45:23, 57:19
sooner [2] - 47:15, 49:20
sorry [6] - 13:13, 19:12, 33:25, 42:2, 43:7, 45:22
sort [7] - 15:7, 26:23, 26:25, 30:19, 42:11, 49:23, 56:6
source [2] - 58:2, 58:3
SOURCE [2] - 8:16, 8:17
SOUTH [2] - 1:24, 4:10
speaking [1] - 21:18
specific [7] - 19:6, 19:25, 36:25, 37:4, 43:7, 43:12, 53:16
specifically [1] - 53:25
spelled [1] - 14:9
SPILL [1] - 1:4
spoken [1] - 25:8
SQUARE [1] - 3:9
stand [2] - 12:21, 18:2
standing [1] - 57:21
standpoint [1] - 29:18
start [3] - 37:20, 45:21, 52:13
started [2] - 41:23, 45:19
starting [1] - 26:16
state [1] - 49:16
STATE [2] - 2:18, 2:22
State [2] - 10:16, 58:16
STATES [3] - 1:1, 1:13, 7:23

states [1] - 48:19
States [15] - 27:12, 28:18, 29:20, 31:3, 31:17, 32:9, 34:14, 41:6, 41:14, 41:22, 45:3, 49:4, 55:2, 58:16, 58:22
STATES.....................
. [1] - 8:4
STATUS [1] - 1:12
status [1] - 12:19
statutory [1] - 36:10
stayed [1] - 30:2
steak [1] - 10:5, 10:20, 11:7, 11:9
STENOGRAPHY [1] - 5:22
Steve [7] - 34:14, 38:18, 39:10, 40:4, 42:2, 42:3, 47:12
STEVEN [1] - 2:8
STEVICK [1] - 8:17
Stevick [1] - 58:3
still [11] - 10:2, 12:10, 13:5, 14:3, 24:10, 24:12, 26:11, 35:4, 38:17, 39:12, 51:19
stop [2] - 43:2, 48:17
story [1] - 13:1
Street [3] - 9:21, 10:1, 10:7
STREET [11] - 1:18, 1:24, 2:23, 3:10, 3:20, 4:7, 4:14, 4:21, 5:10, 5:13, 5:20
Strickland [1] - 58:4
STRICKLAND [1] - 8:18
stuck [1] - 38:20
stuff [2] - 50:20, 54:2
sub [1] - 54:19
submission [2] - 37:15, 41:9
SUBMIT [1] - 8:9
submit [3] - 37:16, 55:12, 56:7
submitted [2] - 40:12, 40:13
substantial [3] - 27:9, 40:14, 41:15
substantially [1] - 25:11
sue [1] - 35:14
sued [1] - 39:12
suggest [1] - 40:9
suggested [1] - 49:24
suggestion [3] - 27:24, 56:1, 56:6
suggests [1] - 37:11
SUITE [6] - 1:24, 3:10,

4:14, 4:21, 5:4, 5:10
summaries [1] - 24:10
summary [1] - 22:14
Sunday [1] - 15:19
support [1] - 50:21
supposed [2] - 20:2, 30:2, 43:23
surgery [1] - 20:4
suspend [1] - 32:14
suspended [2] - 32:17, 32:18
SUTHERLAND [1] - 4:13
swapping [1] - 34:7
sympathize [1] - 20:7
system [1] - 17:25

# T

tagging [1] - 49:18
TAKEN [1] - 7:22
TALK [1] - 7:20
task [1] - 40:4
team [1] - 33:1
technical [1] - 13:13
telephone [1] - 49:6
tend [1] - 38:9
TENTATIVE [1] - 6:5
tentative [1] - 14:14
terms [2] - 19:24, 32:5, 41:18
testify [2] - 36:1, 43:13
testifying [1] - 42:12
testimony [1] - 20:24
THAT [5] - 6:9, 6:15, 7:22, 8:2, 8:6
THE [181] - 1:4, 1:5, 1:12, 1:17, 2:7, 2:22, 6:9, 6:14, 7:11, 7:19, 7:23, 7:24, 7:25, 8:1, 8:2, 8:4, 8:7, 8:9, 8:13, 8:17, 9:7, 9:8, 9:10, 9:13, 9:19, 9:24, 10:2, 10:4, 10:10, 10:12, 10:18, 10:22, 11:1, 11:6, 11:8, 11:11, 11:17, 11:23, 11:25, 12:2, 12:4, 12:9, 12:13, 12:21, 12:23, 13:1, 13:4, 13:10, 13:13, 13:19, 14:5, 14:10, 14:13, 15:24, 16:24, 17:1, 17:10, 17:12, 17:23, 18:2, 18:12, 18:20, 18:24, 19:10, 19:14, 19:17, 20:4, 20:21, 21:5, 21:8,

21:12, 21:15, 21:21, 21:23, 21:25, 22:7, 22:18, 22:20, 22:25, 23:19, 24:1, 24:4, 24:20, 25:2, 25:5, 25:15, 25:23, 26:2, 27:2, 28:1, 28:21, 29:5, 30:10, 32:12, 32:18, 33:3, 33:7, 33:9, 33:11, 33:17, 34:7, 34:9, 34:22, 35:16, 35:22, 36:12, 36:17, 36:19, 36:22, 37:2, 37:7, 37:19, 37:23, 38:1, 38:8, 38:23, 39:2, 39:23, 40:3, 40:8, 40:22, 41:1, 42:1, 42:20, 42:24, 43:1, 43:5, 43:18, 43:20, 43:24, 44:1, 44:5, 44:14, 44:17, 45:6, 45:13, 45:15, 45:22, 46:4, 46:7, 46:11, 46:15, 46:23, 47:2, 47:6, 47:10, 47:23, 48:1, 48:5, 48:6, 48:7, 48:22, 49:17, 50:3, 50:14, 50:23, 50:25, 51:1, 51:4, 52:2, 52:9, 52:12, 52:17, 52:19, 54:10, 54:16, 55:7, 55:15, 55:21, 55:25, 56:10, 56:15, 56:22, 56:25, 57:2, 57:18, 58:6
THEIR [2] - 6:21, 8:9
themselves [1] - 19:25
thereafter [1] - 29:13
therefore [1] - 46:24
they've [3] - 18:16, 39:11, 57:8
thinking [4] - 11:20, 26:22, 41:11, 51:13
thinks [3] - 20:6, 21:9, 41:14
third [2] - 38:15, 47:18
third-party [1] - 38:15
THIS [1] - 1:9
THOMAS [1] - 1:23, 5:16
thoughts [1] - 37:24
Three [5] - 45:2, 46:21, 47:1, 48:8, 49:3
three [7] - 35:22, 36:7, 48:10, 49:14, 51:14, 51:17
THREE [2] - 7:22, 8:3

**three-year** [1] - 49:14
**THREE.......** [1] - 7:25
**Thursday** [2] - 16:19, 40:19
**THURSDAY** [1] - 6:15
**TO** [16] - 1:9, 6:4, 6:11, 6:15, 6:16, 6:17, 7:20, 7:24, 7:25, 9:4, 21:8, 31:4, 32:13, 35:23, 39:2, 39:10
**today** [12] - 12:16, 14:16, 15:15, 16:9, 16:13, 16:17, 17:25, 21:6, 24:1, 24:2, 25:12, 57:1
**today's** [1] - 21:13
**TODAY......** [1] - 6:13
**together** [2] - 11:2, 17:3
**TOLLES** [1] - 4:9
**Tom** [10] - 19:13, 26:7, 26:11, 26:14, 27:13, 28:21, 30:10, 32:13, 42:15, 42:17
**tomorrow** [2] - 15:13, 15:16
**Tony** [2] - 39:25, 41:13
**toothed** [1] - 20:5
**top** [1] - 35:20
**topic** [3] - 42:5, 45:21, 49:1
**touch** [2] - 45:19, 51:7
**toward** [1] - 16:3
**TOWER** [1] - 4:20
**track** [3] - 24:22, 48:18, 53:19
**trading** [2] - 34:16, 34:19
**train** [1] - 48:18
**trained** [1] - 19:16
**TRANSCRIPT** [2] - 1:12, 5:22
**transcript** [1] - 58:17
**transfer** [1] - 49:19
**transferred** [2] - 50:8, 50:9
**transmitted** [1] - 23:22
**Transocean** [18] - 17:8, 20:16, 21:1, 22:10, 22:15, 23:3, 23:23, 29:20, 31:17, 33:25, 35:13, 35:14, 35:24, 36:11, 37:10, 40:8, 41:21, 44:19
**TRANSOCEAN** [4] - 4:3, 4:3, 4:5, 7:20
**Transocean's** [1] - 37:12
**treatises** [1] - 53:3

**tremendous** [1] - 47:9
**trial** [22] - 14:16, 20:12, 22:13, 23:2, 23:23, 36:14, 46:13, 46:17, 46:22, 47:18, 47:19, 47:20, 48:2, 48:4, 52:1, 53:9, 53:16, 53:22, 56:3
**tried** [2] - 41:12, 47:20
**true** [4] - 34:23, 46:21, 47:1, 58:17
**try** [6] - 17:23, 26:19, 29:6, 33:21, 47:7, 49:7
**trying** [6] - 24:23, 25:19, 31:8, 33:12, 45:9, 48:17
**Tuesday** [3] - 55:13, 55:14, 56:8
**TUESDAY** [2] - 8:10, 8:11
**turn** [4] - 30:8, 38:3, 45:11, 45:24
**turned** [3] - 30:2, 30:9, 35:2
**tweak** [1] - 29:24
**two** [23] - 10:4, 11:1, 15:4, 27:25, 28:3, 29:9, 33:13, 33:15, 34:15, 36:25, 37:4, 41:12, 42:8, 42:11, 42:13, 42:16, 42:17, 43:8, 43:14, 43:16, 43:17, 44:7, 58:2
**Two** [21] - 24:4, 24:21, 31:19, 32:25, 33:24, 34:20, 34:21, 35:2, 35:7, 38:2, 38:11, 42:5, 44:21, 46:16, 46:18, 47:21, 48:1, 48:3, 52:13, 53:22
**TWO** [2] - 7:21, 8:16
**two-day** [4] - 43:8, 43:14, 43:16, 43:17
**TWO............................
.................** [1] - 7:6
**TX** [4] - 1:21, 4:14, 4:21, 5:5
**typing** [6] - 12:10, 19:11, 19:18, 26:7, 45:16, 45:21

## U

**U.S** [2] - 2:7, 2:13
**unBates** [2] - 51:23, 52:3
**unBates-numbered** [2] - 51:23, 52:3

**under** [2] - 22:20, 43:4
**understandably** [1] - 55:5
**understood** [1] - 9:20
**unfinished** [1] - 12:23
**unfortunately** [2] - 24:16, 48:23
**unified** [1] - 35:6
**uniform** [1] - 52:17
**unintentionally** [1] - 24:16
**United** [15] - 27:12, 28:18, 29:20, 31:3, 31:17, 32:9, 34:14, 41:6, 41:14, 41:22, 45:3, 49:4, 55:2, 58:16, 58:22
**UNITED** [4] - 1:1, 1:13, 7:23, 8:4
**UNIVERSITY** [1] - 7:8
**University** [2] - 25:8, 25:9
**unless** [2] - 43:22, 54:24
**unlikely** [1] - 28:19
**unpunished** [1] - 40:5
**up** [23] - 9:15, 12:21, 13:5, 13:6, 13:10, 18:2, 22:7, 29:5, 30:5, 37:8, 37:15, 37:23, 38:20, 40:22, 43:9, 43:15, 48:8, 49:5, 49:13, 53:15, 53:21, 54:20, 57:22
**update** [2] - 17:6, 18:13
**upfront** [1] - 19:17
**uploaded** [1] - 19:7
**upper** [2] - 52:18, 52:19
**US** [5] - 6:15, 28:1, 32:24, 36:20, 47:22
**USA** [1] - 39:15
**useful** [1] - 30:15
**usual** [1] - 39:25

## V

**valid** [1] - 47:6
**varied** [1] - 49:6
**Vaziri** [2] - 42:18, 44:3
**VAZIRI.........................
.................** [1] - 7:16
**vendors'** [1] - 33:19
**verbatim** [1] - 42:18
**version** [1] - 23:21
**versions** [2] - 23:17, 51:23
**victory** [1] - 47:9

**video** [2] - 15:6, 55:22
**view** [3] - 23:5, 48:24, 54:25
**vision** [1] - 49:2
**VISION** [1] - 8:2
**VIZIRI** [1] - 42:18
**voice** [3] - 29:1, 46:10, 46:25
**voicemail** [1] - 55:23
**VOICES** [1] - 9:9
**vote** [1] - 38:11

## W

**wait** [2] - 26:23, 30:7
**waiting** [1] - 14:2
**wants** [3] - 24:2, 31:23, 34:9
**WARREN** [1] - 5:13
**WAS** [1] - 6:23
**WASHINGTON** [4] - 2:10, 2:15, 3:20, 5:14
**watching** [1] - 55:22
**water** [3] - 11:7, 11:9, 11:10
**ways** [1] - 19:7
**WE** [1] - 6:9
**WEDNESDAY** [1] - 8:10
**Wednesday** [2] - 42:6, 55:12
**week** [7] - 14:15, 16:8, 24:13, 24:19, 26:3, 44:19, 44:25
**WEEK** [2] - 6:13, 7:19
**weekend** [1] - 58:8
**weight** [1] - 38:24
**WEINER** [1] - 5:9
**WEITZ** [1] - 2:3
**welcome** [3] - 14:13, 44:17, 47:10
**Westlaw** [1] - 11:13, 11:14, 11:19, 12:4
**WHAT** [1] - 6:23
**WHAT'S** [1] - 6:24
**WHEREUPON** [1] - 58:9
**whichever** [1] - 22:8
**WHITELEY** [1] - 2:22
**whole** [3] - 28:22, 53:4, 53:9
**WILL** [1] - 8:9
**WILLIAMS** [7] - 4:13, 52:16, 56:1, 56:12, 56:19, 57:1, 57:3
**WILLIAMSON** [2] - 1:20, 1:20
**willing** [4] - 28:7,

43:12, 43:14, 54:15
**win** [1] - 27:17
**window** [1] - 32:7
**winds** [1] - 53:15
**wine** [1] - 11:8
**WINFIELD** [1] - 2:19
**WITH** [3] - 6:11, 7:20
**witness** [4] - 15:18, 15:19, 17:20, 17:22
**WITNESS** [1] - 6:10
**witnesses** [1] - 41:6
**won** [3] - 27:11, 27:12, 28:6
**wondering** [1] - 55:19
**WORKING** [1] - 1:12
**Worldwide** [2] - 19:3, 19:7
**worry** [1] - 51:18
**worth** [1] - 19:1
**wrestle** [1] - 21:15
**writing** [1] - 30:15
**written** [1] - 18:10

## Y

**y'all** [1] - 44:23
**year** [1] - 49:14
**yesterday** [4] - 11:12, 15:11, 20:6, 33:12
**YESTERDAY** [1] - 6:9
**YOAKUM** [1] - 1:21
**YORK** [2] - 2:4, 5:3
**YOU** [1] - 6:17
**yourself** [1] - 19:15

## Z

**Zeigler** [1] - 58:3
**ZEIGLER** [1] - 8:17
**Zick** [2] - 40:18, 40:24
**ZICK** [1] - 7:14