AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| R.T.G. FURNITURE OF TEXAS, L.P. <br><br> *Plaintiff(s)* <br> v. <br> BP EXPLORATION & PRODUCTION INC., <br> BP AMERICA PRODUCTION COMPANY, <br> and BP p.l.c. <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-00951 "J"(1) <br> In Re: Oil Spill by the Oil Rig <br> "Deepwater Horizon" in the <br> Gulf of Mexico, on April 20, 2010 <br> MDL 2179 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP EXPLORATION & PRODUCTION INC.
through its Registered Agent for Service of Process
via the Louisiana Long-Arm Statute:
CT CORPORATION SYSTEM
5615 Corporate Boulevard, Suite 400-B
Baton Rouge, LA  70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   James M. Garner / Martha Y. Curtis / Matthew C. Clark
   SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
   909 Poydras Street, Suite 2800
   New Orleans, LA 70112-4046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: __May 14 2013__

*Deputy clerk's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00951 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BP EXPLORATION & PRODUCTION INC.**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
**BP EXPLORATION & PRODUCTION INC.** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112-4046
*Server's address*

Additional information regarding attempted service, etc: