UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Working Group Conference on Friday, May 10, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

EQUIPMENT AT MICHOUD AND OTHER LOCATIONS

**1.**     The U.S. was the only party to object to BP's request for authorization to dispose of samples. BP will work with the U.S. on its concerns and report to the Court.

**2.**     BP reported that its lease at Michoud will expire on October 1, 2013.  NASA has plans for the space occupied by the BOP.  The Court asked the parties to consider whether there was any need to keep the BOP at Michoud beyond October 1.

PHASE ONE ISSUES

**1.     Final Marshaling Conference.**

The Final Marshaling Conference ("FMC") is set for **Friday, May 17, 2013 at 9:30 a.m.** It will cover the final days of the trial, including all days not covered through the Marshaling Conference on April 11.  A Working Group Conference will follow the FMC.  The parties may

participate by telephone in both conferences. The conferences will be in the undersigned's courtroom, B309. By **Wednesday, May 15, 2013**, the PSC and BP shall agree on and distribute an agenda for the FMC. The parties shall provide the PSC and BP with items for inclusion in the agenda prior to May 15.

2.      **Master Lists.**

There will be two master lists. They will include exhibits, demonstratives, call-outs, video clips and deposition bundles. One master list shall be sorted by number. The second master list shall be sorted by order of presentation and witness. They will be circulated and agreed to prior to the FMC. A stand alone list of the deposition bundles will not be required.

3.      **Hard Drives**.

BP reported that the trial exhibit evidence hard drive is complete.

The deposition bundle hard drive was to be sent by inData to counsel for Saturday delivery. By **Monday, May 13**, the parties shall communicate their comments to inData with copies to all parties.

After there is agreement on the master lists, inData will put all of the exhibits, demonstratives, call-outs, video clips and deposition bundles onto the hard drives for the courtroom deputy for the record and for Judge Barbier.

Before the FMC, the parties shall verify that the hard drives: (a) contain all of the exhibits, demonstratives, call-outs, video clips and deposition bundles identified on the master lists; (b) contain what was introduced into evidence (other than live testimony); and (c) do not contain anything that was not introduced into evidence. The parties will sign a certification (see below) to that effect.

4.     **Certification of Record.**

There were no objections to the form of the certification of trial record for Phase One with the footnote suggested by Transocean concerning physical demonstratives or exhibits.  See May 9, 2013 (4:30 p.m.) email from the Court.  The form will be signed by counsel for each party and returned to Marie Firmin (marie_firmin@laed.uscourts.gov) by **noon CDT on Thursday, May 16.**

On May 13 an order was issued for the U.S. Marshal to allow the parties to bring evidence into the courthouse and then to Courtroom B-345 on May 17 for the FMC (Rec. doc. 9904).

Afer the completed certifications are made part of the record, the Court will state that if there are any problems or inaccuracies regarding the hard drives, the master lists will control.

5.     **PSC Proffer**.

During the conference, the PSC emailed the Court and the parties its statement regarding the proffer.  At the FMC, the PSC shall make an oral statement on the proffer for the record.  Halliburton, if it wants to respond, shall make an oral statement for the record.  The proffered deposition testimony will be put on the hard drive in a separate folder labeled "PSC's Proffer."

6.     **Coke Formula**

There was agreement that the final hard drive will have a tab for "highly confidential" exhibits which contain "Coke formula" documents and which will be pass code protected.

7.     **Findings of Fact and Post Trial Briefing**

**Friday, June 21**, is the deadline for post-trial briefs and proposed findings and conclusions.  **Friday, July 12**, is the deadline for response briefs.

**PHASE TWO PREPARATION**

**1.      Deposition Designations**.

The U.S. reported progress on the incorporation of document objections into deposition bundles. At the conclusion of the meet-and-confer for the third installment, a spreadsheet will be provided to inData that indicates the deposition exhibits subject to objections. inData will incorporate the objections into the deposition bundles.

There are approximately 650 duplicates on the Phase Two exhibit list. The U.S. proposes that the parties agree: (1) on identification of the duplicates; (2) that deposition testimony and objections as to one document in a family of duplicates apply to all of the duplicates in the family; (3) only one version from the family of duplicates will be used at the trial; and (4) inData will arrange that all deposition testimony refers to the one document chosen by the parties from the family of duplicates.

The U.S. reported that there was limited progress on removing objections from the list of exhibits with objections. The U.S. proposes that during the meet-and-confer for the third installment, the parties make a concerted effort to extrapolate not only from the prior evidentiary rulings but also from prior withdrawals of objections. This may require a longer meet and confer period and it may require more than just the exchange of the lists of reasonable numbers of documents. The PSC agrees with this proposal but adds that after it is completed, the parties should sit down with the remaining exhibits subject to objections to resolve as many more as possible.

For installment three, the U.S. wants to add the question of removing exhibit confidentiality designations part of the meet-and-confer. It requests a deadline and an agreed to procedure for

redacting personal information, for example the home telephone number for a witness, from depositions and exhibits.

At the May 17 working group conference the parties shall comment on the need for changes in the schedule to provide sufficient time for these proposals.

**2.      Exhibits without Bates numbers/Unproduced Documents.**

The U.S. contends that, notwithstanding Phase One procedures, if a document is identified on a party's Phase Two exhibit list, it must be bates-numbered and provided to the parties. BP responds that there are copyright issues and other factors which resulted in a different approach for Phase One exhibits. The U.S. requests that the protocol be changed. It will redline the protocol and submit it to BP.

The U.S. reported that its review of the expert reports from BP and Anadarko indicate that there are some unproduced documents. BP reported a similar problem with reports of experts for the U.S. The parties are working to resolve these questions.

**3.      Dr. Leifer's Audio Journal**.

This is resolved. It will be removed from the agenda.

**4.      Crime-Fraud.**

An order was issued on May 9 (Rec. doc. 9846) regarding appeals of the April 30 order (Rec. doc. 9592) and briefing on the selection criteria issue. The documents produced to Transocean may be shared with Transocean's house counsel.

**5.      Dr. Tom Hunter**.

BP, Anadarko and the U.S. commented on the revised expert designation for Dr. Hunter. The Court will consider their comments and rule on whether it is necessary to schedule Dr. Hunter's

deposition.

6. **Allocation and Trading of Examination Time**.

**Tuesday, May 14**, is the deadline for all parties to respond to the issues raised concerning the April 30 order on the allocation of examination time. The Court will also take up the issue of ceding examination time for depositions of quantification experts.

7. **Nigel Richardson and Dr. Hans Vaziri**.

The request by the U.S. for the depositions of Nigel Richardson and Dr. Hans Vaziri is resolved. BP has provided dates for their depositions.

8. **Expert Deadlines and Deposition Schedule.**

There was discussion of the sequencing of depositions. On May 10, after the conference, the Court circulated a schedule based on the dates provided by the parties. After the distribution of the schedule, comments were received from Transocean and BP. Below is a revised (May 14) schedule. It reflects the following changes:

- A. The experts in Columns A and B of Rob Gasaway's letter of May 9 plus Kerry Pollard, Richard Strickland and Sankaran Sundaresan are identified as quantification experts.
- B. The dates for Aaron Zick are changed to June 28 and 29 to reflect the dates provided by the U.S. at the April 19 conference.
- C. The dates for Simon Lo and Adrian Johnson were changed in accord with Rob Gasaway's email of May 10, 2013.
- D. The dates for Kerry Pollard were changed in accord with Grant Davis-Denny's email of May 12, 2013.

BP's request that Nathan Bushnell be moved to July 22 and 23 is not resolved.

<u>Friday, May 10</u>

Service of : (1) Defendants' expert reports and consideration materials for issues in Dr. Bea's report; and (2) Consideration Materials associated with Defendants' expert reports served on May 1.

<u>Tuesday, May 14</u>

The parties shall: (a) submit a statement on whether the depositions of the source control experts should be 1 or 2 days; (b) update their time requests for source control experts; and (c) report any agreements on the time sought. Rec. doc. 9586.

<u>Thursday, May 16</u>

The Court will rule on the issue of whether the depositions of source control experts will be limited to 1 day and provide for the allocation of examination time. Rec. doc. 9586.

<u>Friday, May 17</u>

Announce deposition schedule of experts for Defendants addressing issues addressed in Dr. Bea's report.

<u>Monday, June 10</u>

Service of the reports and consideration materials from Dr. Bea and any other expert in reply to the reports served on May 1 and 10.

<u>Monday, June 17 -**FIRST WEEK**</u>

Announce deposition schedule of Plaintiffs' reply experts.

<u>Wednesday - June 19</u>

| | | |
|---|---|---|
| U.S. - Ron Dykhuizen | Quantification | New Orleans |

Thursday - June 20

| | | |
|---|---|---|
| U.S. - Ron Dykhuizen | Quantification | New Orleans |
| BP/A - Ann Marchand | Quantification | New Orleans |

Friday - June 21

| | | |
|---|---|---|
| BP/A - Ann Marchand | Quantification | New Orleans |

Monday - June 24 - <b>SECOND WEEK</b>

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

Tuesday - June 25

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

Wednesday - June 26

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification | New Orleans |

Thursday - June 27

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification | New Orleans |
| U.S. - Mehran Pooladi-Darvish | Quantification | New Orleans |

Friday - June 28

| | | |
|---|---|---|
| U.S. - Mehran Pooladi-Darvish | Quantification | New Orleans |
| U.S - Dr. Aaron Zick (N.O.) | Quantification | New Orleans |

Saturday - June 29

| | | |
|---|---|---|
| U.S - Aaron Zick (N.O.) | Quantification | New Orleans |

Monday - July 1 <b>THIRD WEEK</b>

| | | |
|---|---|---|
| BP/A - Andreas Momber | Quantification | New Orleans |

<u>Tuesday - July 2</u>

| | | |
|---|---|---|
| BP/A - Andreas Momber | Quantification | New Orleans |
| BP/A - Robert Zimmerman | Quantification | New Orleans |

<u>Wednesday - July 3</u>

| | | |
|---|---|---|
| BP/A - Robert Zimmerman | Quantification | New Orleans |

<u>Monday - July 8</u> **FOURTH WEEK**

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification | New Orleans |

<u>Tuesday - July 9</u>

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification | New Orleans |
| BP/A - Carlos Torres-Verdin | Quantification | New Orleans |
| BP/A - Martin Trusler | Quantification | New Orleans |

<u>Wednesday, July 10</u>

| | | |
|---|---|---|
| TO - Greg Childs | Source Control - Available July 10-12 | N.O. |
| BP/A - Carlos Torres-Verdin | Quantification | New Orleans |
| BP/A - Martin Trusler | Quantification | New Orleans |
| BP/A - Nigel Richardson | Quantification | New Orleans |

<u>Thursday, July 11</u>

| | | |
|---|---|---|
| TO - Greg Childs | Source Control - Available July 10-12 | N.O. |
| BP/A - Nigel Richardson | Quantification | New Orleans |

<u>Friday, July 12</u>

<u>Monday, July 15</u> **FIFTH WEEK**

| | | |
|---|---|---|
| HESI - Richard Strickland | Quantification and Source Control | New Orleans |

| | | |
|---|---|---|
| TO - Tyson Foutz | Source Control - Available week of July 15 | N.O. |
| TO - Sankaran Sundaresan | Quantification - Available week of July 15 | N.O. |
| BP/A - Michael Zaldivar | Quantification | New Orleans |

<u>Tuesday, July 16</u>

| | | |
|---|---|---|
| HESI - Richard Strickland | Quantification and Source Control | New Orleans |
| TO - Tyson Foutz | Source Control - Available week of July 15 | N.O. |
| TO - Sankaran Sundaresan | Quantification - Available week of July 15 | N.O. |
| BP/A - Michael Zaldivar | Quantification | New Orleans |

<u>Wednesday - July 17</u>

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification | New Orleans |
| BP/A - Hans Vaziri | Quantification | New Orleans |

<u>Thursday - July 18</u>

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification | New Orleans |
| BP/A - Hans Vaziri | Quantification | New Orleans |
| BP/A - Curtis Whitson | Quantification | New Orleans |

<u>Friday - July 19</u>

| | | |
|---|---|---|
| BP/A - Curtis Whitson | Quantification | New Orleans |
| BP/A - Adrian Johnson | Quantification | New Orleans |

<u>Saturday - July 20</u>

| | | |
|---|---|---|
| BP/A - Adrian Johnson | Quantification | New Orleans |

<u>Monday - July 22 **SIXTH WEEK**</u>

| | | |
|---|---|---|
| PSC - Dr. Bea | Source Control - Available July 22-August 3 | New Orleans |

| | | |
|---|---|---|
| TO - John Wilson | Flow Rate Estimates/Source Control | New Orleans |
| BP/A - Alain Gringarten | Quantification | New Orleans |
| TO - Kerry Pollard | Quantification | New Orleans |

Tuesday - July 23

| | | |
|---|---|---|
| PSC - Dr. Bea | Source Control - Available July 22-August 3 | New Orleans |
| HESI - Edward Ziegler | Source Control | New Orleans |
| TO - John Wilson | Flow Rate Estimates/Source Control | New Orleans |
| BP/A - Alain Gringarten | Quantification | New Orleans |
| BP/A - Srdjan Nesic | Quantification | New Orleans |
| TO - Kerry Pollard | Quantification | New Orleans |

Wednesday - July 24

| | | |
|---|---|---|
| HESI - Edward Ziegler | Source Control | New Orleans |
| BP/A - Srdjan Nesic | Quantification | New Orleans |

Thursday - July 25

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification | New Orleans |
| HESI - Glen Stevick | Quantification and Source Control | New Orleans |
| BP/A - Martin Blunt | Quantification | New Orleans |

Friday - July 26

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification | New Orleans |
| HESI - Glen Stevick | Quantification and Source Control | New Orleans |
| BP/A - Martin Blunt | Quantification | New Orleans |
| BP/A - Simon Lo | Quantification | New Orleans |

<u>Saturday, July 27</u>

BP/A - Simon Lo　　　　　　　　Quantification　　　　　　　　New Orleans

Deadline for completion of expert depositions and file and serve final list of experts.

## PENALTY PHASE

BP, the U.S. and Anadarko reported on discussions regarding the Penalty Phase.

## OTHER MATTERS

The U.S. and BP conferred on a request for information from NOAA for use in the settlement concerning fisherman. BP is drafting an agreed order so that there is a court-directed request for the information rather than a FOIA request. BP will report on this at the May 17 conference.

## CONFERENCE SCHEDULE

| Date | Event |
|---|---|
| 05/17/13 | WGC meeting at 9:30 a.m. (Final Marshaling Conference). |
| 05/24/13 | WGC meeting at 9:30 a.m. |
| 05/31/13 | WGC meeting at 9:30 a.m. |
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/28/13 | WGC meeting at 9:30 a.m. |
| 07/05/13 | No Conference |
| 07/12/13 | WGC meeting at 9:30 a.m. |
| 07/19/13 | WGC meeting at 9:30 a.m. |
| 07/26/13 | WGC meeting at 9:30 a.m. |
| 08/02/13 | No Conference |

08/09/13		WGC meeting at 9:30 a.m.

08/16/13		WGC meeting at 9:30 a.m.

08/23/13		WGC meeting at 9:30 a.m.

08/29/13		No Conference

**Thursday, September 5, 2013, at 9:00 a.m.  Phase Two Final Pre-Trial Conference**

09/06/13		WGC meeting at 9:30 a.m.

09/13/13		WGC meeting at 9:30 a.m.

**09/16/13		Commencement of Phase Two Trial**

    **All Saturdays are email free days.**

    New Orleans, Louisiana, this 14th day of May, 2013.

                                            **SALLY SHUSHAN**
                                            **United States Magistrate Judge**