UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig ) | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf ) | |
|     of Mexico, on April 20, 2010 ) | SECTION "J," DIVISION 1 |
| ) | |
| Applies to: ) | JUDGE BARBIER |
| ) | |
| No. 13-1800, *Louisiana Oilfield Divers,* ) | MAGISTRATE SHUSHAN |
| *LLC v. BP Exploration & Prod. Inc., et al.* ) | |
| ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Louisiana Oilfield Divers, LLC, by and through its attorneys, respectfully moves this Court to reconsider its May 2, 2013, Order denying Plaintiff's Motion for a Conference Pursuant to Rule 16(a) (R. Doc. 4) and consolidating the above-referenced matters with Multidistrict Litigation 2179. Reconsideration is required due to the presentation of previously unavailable information and in order to prevent manifest injustice to Plaintiff herein and all others similarly situated, namely individuals and businesses that have been excluded from recovery of so-called "Moratoria Losses" under Paragraphs 3.3 and 5.10.3 of the Deepwater Horizon Economic and Property Damages Agreement (hereinafter collectively "Moratoria Plaintiffs").

The Moratoria Plaintiffs share one common legal issue – whether the federal regulatory action or inaction directed at offshore oil industry activity was a foreseeable and intervening cause of damages suffered by Moratoria Plaintiffs that could absolve BP of OPA liability – that can be addressed by this Court in order to expedite and streamline these lawsuits. When confronted with the question of when "OPA Causation Test Cases" would be before the Court, the Plaintiffs' Steering Committee advised that its "guess is early 2014" because "the Court has

to proceed to a full Phase Two and then a Phase Three penalty stage before he starts trying OPA Causation Test Cases." The "test case" timeline guess set forth by the PSC representative simply does not comport with the express purpose of the Oil Pollution Act to provide for a quick and efficient mechanism to compensate LOD for its crippling financial damages. In order to avoid the manifest injustice associated with delaying the Moratoria Plaintiffs' lawsuits for an unknown period of time, Plaintiff requests that this Court reconsider its May 2, 2013, Order and set an *in camera* conference to establish a scheduling order and limited discovery protocol to decide whether the federal regulatory action or inaction directed at offshore oil industry activity was a foreseeable and intervening cause of damages suffered by Moratoria Plaintiffs. By deciding this issue, Plaintiff herein, as well as all similarly situated Moratoria Plaintiffs, will be allowed access to swift and fair justice by averting lengthy delays and legal fees while awaiting a resolution to their one common legal issue. Similarly, this Court would streamline the prosecution of the many lawsuits recently filed by Moratoria Plaintiffs by expeditiously resolving the one distinct legal issue common to all.

     For the reasons stated in the accompanying Memorandum in Support, Plaintiff requests that its Motion be granted and that the Court's Order at R. Doc. 5 be altered and amended as proposed herein.

Respectfully submitted,

/s/ Lynn E. Swanson
**GLADSTONE N. JONES, III (#22221)**
**LYNN E. SWANSON (#22650)**
**CATHERINE E. LASKY (#28652)**
**H.S. BARTLETT III (#26795)**
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

and

**JAMES R. SWANSON (#18455)**
**LARA K. RICHARDS (#34054)**
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

and

**JAMES M. GARNER (#19589)**
**MARTHA Y. CURTIS (#20446)**
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Reconsideration has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of May, 2013.

/s/ Lynn E. Swanson
LYNN E. SWANSON (#22650)