UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf ) | |
| of Mexico, on April 20, 2010 ) | SECTION "J," DIVISION 1 |
| ) | |
| Applies to: ) | JUDGE BARBIER |
| ) | |
| No. 13-1800, *Louisiana Oilfield Divers,* ) | MAGISTRATE SHUSHAN |
| *LLC v. BP Exploration & Prod. Inc., et al.* ) | |
| ) | |

## CERTIFICATE OF NON-SUPPORT

Plaintiff Louisiana Oilfield Divers, LLC, by and through its attorneys, hereby certifies pursuant to Pre-Trial Order No. 11 that it forwarded its Motion for Reconsideration to the Plaintiff Steering Committee ("PSC") on May 14, 2013, and was informed that the PSC would not support Plaintiff's Motion for Reconsideration because the Motion was "unnecessary" as the PSC was attempting to coordinate OPA Causation Test Cases that he guessed could be before the court beginning in 2014.

Respectfully submitted,

/s/ Lynn E. Swanson
**GLADSTONE N. JONES, III (#22221)**
**LYNN E. SWANSON (#22650)**
**CATHERINE E. LASKY (#28652)**
**H.S. BARTLETT III (#26795)**
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

and

**JAMES R. SWANSON (#18455)**
**LARA K. RICHARDS (#34054)**
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

and

**JAMES M. GARNER (#19589)**
**MARTHA Y. CURTIS (#20446)**
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Certificate of Non-Support has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of May, 2013.

/s/ Lynn E. Swanson_____
LYNN E. SWANSON (#22650)