UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010

MDL No. 2179

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 9 2013
WILLIAM W. BLEVINS
CLERK

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –75)

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 359 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 09, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                      MDL No. 2179

## SCHEDULE CTO-75 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA MIDDLE** | | | | |
| ✓ ALM | 2 | 13-00252 | State of Alabama v. BP, PLC et al | 13-cv-2813 |
| **ALABAMA NORTHERN** | | | | |
| ✓ ALN | 2 | 13-00745 | Myrick Gurosky &Associates Inc v. BP Exploration &Production Inc et al | 13-2814 |
| ✓ ALN | 2 | 13-00746 | Protective Life Corporation et al v. BP Exploration &Production Inc et al | 13-2815 |
| ✓ ALN | 5 | 13-00744 | Peoples Bank of Alabama v. BP Exploration &Production Inc et al | 13-2816 |
| **ALABAMA SOUTHERN** | | | | |
| ~~ALS~~ | ~~1~~ | ~~13-00209~~ | ~~The Cooperative District of the City of Spanish Fort, Alabama v. BP Exploration &Production, Inc. et al~~ | Opposed 5/7/2013 |
| ✓ ALS | 1 | 13-00211 | Synovus Financial Corporation v. BP Exploration &Production, Inc. et al | 13-2817 |
| ✓ ALS | 1 | 13-00215 | Town of Magnolia Springs, Alabama v. BP Exploration &Production, Inc. et al | 13-2818 |
| ✓ ALS | 1 | 13-00218 | Perdido Dunes Tower, LLC v. BP Exploration &Production, Inc. et al | 13-2819 |
| ~~ALS~~ | ~~1~~ | ~~13-00220~~ | ~~The City of Spanish Fort, Alabama v. BP Exploration &Production, Inc. et al~~ Opposed 5/7/2013 | |
| ✓ ALS | 1 | 13-00229 | The McPherson Companies, Inc. et al v. BP Exploration &Production, Inc. et al | 13-2820 |
| ~~ALS~~ | ~~1~~ | ~~13-00231~~ | ~~Wolf Bay, LLC v. BP Exploration &Production, Inc. et al~~ Opposed 5/7/2013 | |
| **FLORIDA MIDDLE** | | | | |
| ✓ FLM | 3 | 13-00423 | Atlantic Restaurant Development, Inc. v. BP Exploration &Production, Inc. et al | 13-2821 |
| ✓ FLM | 6 | 13-00643 | WONEF-Longwood, LLC v. BP Exploration &Production, Inc. et al | 13-2822 |
| ✓ FLM | 8 | 13-01002 | | |

| | | | | |
|---|---|---|---|---|
| ✓ | | | City of Gulfport, Florida v. BP Exploration &Production, Inc. et al | 13-2823 |
| ✓ FLM | 8 | 13-01003 | City of Indian Rocks Beach, Florida v. BP Exploration &Production, Inc. et al | 13-2824 |
| ✓ FLM | 8 | 13-01004 | Pasco County, Florida v. BP Exploration &Production, Inc. et al | 13-2825 |
| ✓ FLM | 8 | 13-01005 | Shielded Circle, Inc. v. BP Exploration &Production Inc. et al | 13-2826 |
| ~~FLM~~ | ~~8~~ | ~~13-01007~~ | ~~TD Auditing~~ et al v. BP Exploration &Production Inc. et al  Opposed 5/7/2013 | |
| ~~FLM~~ | ~~8~~ | ~~13-01008~~ | ~~City of Treasure Island, Florida v. BP Exploration &Production, Inc. et al~~  Opposed 5/7/2013 | |
| ✓ FLM | 8 | 13-01010 | Highland Holdings, Inc. v. BP Exploration &Production, Inc. et al | 13-2827 |
| ✓ FLM | 8 | 13-01011 | The City of Tampa, Florida v. BP Exploration &Production Inc. et al | 13-2828 |
| ~~FLM~~ | ~~8~~ | ~~13-01012~~ | ~~Tampa Bay Water v. BP Exploration &Production Inc. et al~~  Opposed 5/7/2013 | |
| ~~FLM~~ | ~~8~~ | ~~13-01013~~ | ~~Tampa Sports Authority v. BP Exploration &Production, Inc. et al~~  Opposed 5/7/2013 | |
| ✓ FLM | 8 | 13-01023 | Hooters Management Corporation v. BP Exploration &Production Inc. et al | 13-2829 |
| ✓ FLM | 8 | 13-01024 | Hooters II, Inc. v. BP Exploration &Production, Inc. et al | 13-2830 |
| ✓ FLM | 8 | 13-01025 | Pallas, LLC v. BP Exploration &Production, Inc. et al | 13-2831 |
| ✓ FLM | 8 | 13-01026 | Pete &Shorty's On Park, LLC v. BP Exploration &Production, Inc. et al | 13-2832 |
| ✓ FLM | 8 | 13-01027 | Town of White Springs v. BP Exploration &Production Inc. et al | 13-2833 |
| ✓ FLM | 8 | 13-01028 | Hooters of North Tampa, Inc. v. BP Exploration &Production, Inc. et al | 13-2834 |
| ✓ FLM | 8 | 13-01029 | Hooters III, Inc. v. BP Exploration &Production, Inc. et al | 13-2835 |
| ✓ FLM | 8 | 13-01035 | City of Holmes Beach, Florida v. BP Exploration &Production, Inc. et al | 13-2836 |
| ✓ FLM | 8 | 13-01036 | City of Palmetto, Florida v. BP Exploration &Production, Inc. et al | 13-2837 |
| ✓ FLM | 8 | 13-01037 | Manatee County, Florida v. BP Exploration &Production Inc. et al | 13-2838 |
| ✓ FLM | 8 | 13-01039 | City of Sarasota, Florida v. BP Exploration &Production, Inc. et al | 13-2839 |
| ✓ FLM | 8 | 13-01042 | Cornerstone Community Bank v. BP Exploration &Production, Inc. et al | 13-2840 |
| ~~FLM~~ | ~~8~~ | ~~13-01045~~ | ~~City of St. Pete Beach, Florida v. BP Exploration &Production Inc. et al~~  Opposed 5/7/2013 | |
| ~~FLM~~ | ~~8~~ | ~~13-01046~~ | ~~City of Treasure Island, Florida v. BP Exploration &Production, Inc. et al~~  Opposed 5/7/2013 | |
| ~~FLM~~ | ~~8~~ | ~~13-01049~~ | ~~City of St. Petersburg, Florida~~ v. BP Exploration &Production, Inc. et al  Opposed 5/7/2013 | |
| ✓ FLM | 8 | 13-01053 | Mansion House Hotel, Inc. v. BP Exploration &Production, Inc. et al | 13-2841 |
| ✓ FLM | 8 | 13-01058 | Bunkers International Corp. v. BP Exploration &Production, Inc. et al | 13-2842 |

| | | | | |
|---|---|---|---|---|
| ✓FLM | 8 | 13-01064 | Impact Properties VII, LLC v. BP Exploration &Production, Inc. et al | 13-2844 |
| ~~FLM~~ | ~~8~~ | ~~13-01071~~ | ~~Central Financial Holdings, Inc. v. BP Exploration &Production Inc. et al~~ Opposed 5/8/2013 | |

## FLORIDA NORTHERN

| | | | | |
|---|---|---|---|---|
| ✓FLN | 1 | 13-00078 | PERKINS STATE BANK v. BP EXPLORATION AND PRODUCTION, INC. et al | 13-2845 |
| ✓FLN | 3 | 13-00189 | WHITE SANDS CAPITAL LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2846 |
| ✓FLN | 3 | 13-00196 | ENNIS COMPANY OF NORTHWEST FLORIDA v. BP EXPLORATION &PRODUCTION INC et al | 13-2847 |
| ✓FLN | 3 | 13-00210 | SANTA ROSA COUNTY v. BP EXPLORATION &PRODUCTION INC et al | 13-2848 |
| ✓FLN | 3 | 13-00212 | SANTA ROSA COUNTY SCHOOL DISTRICT v. BP EXPLORATION &PRODUCTION INC et al | 13-2849 |
| ✓FLN | 3 | 13-00214 | WARREN HOLLOW METAL DOORS &FRAMES INC v. BP EXPLORATION AND PRODUCTION INC et al | 13-2851 |
| ✓FLN | 3 | 13-00215 | PENSACOLA DOWNTOWN IMPROVEMENT BOARD v. BP EXPLORATION &PRODUCTION INC et al | 13-2852 |
| ✓FLN | 3 | 13-00218 | TERHAAR &CRONLEY GENERAL CONTRACTORS INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2853 |
| ✓FLN | 3 | 13-00220 | PHILLIP INVESTMENTS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2854 |
| ✓FLN | 3 | 13-00221 | SANTA ROSA GROUP LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2855 |
| ✓FLN | 3 | 13-00222 | SUNDIAL CONQUISTADORS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2856 |
| ✓FLN | 3 | 13-00224 | PROBANK et al v. BP EXPLORATION &PRODUCTION INC et al | 13-2857 |
| ✓FLN | 3 | 13-00225 | SUNSOUTH BANCSHARES INC et al v. BP EXPLORATION &PRODUCTION INC et al | 13-2858 |
| ✓FLN | 3 | 13-00227 | TRINITY BANK v. BP EXPLORATION &PRODUCTION INC et al | 13-2859 |
| ✓FLN | 3 | 13-00228 | UNION BANCSHARES INC et al v. BP EXPLORATION &PRODUCTION INC et al | 13-2860 |
| ✓FLN | 3 | 13-00229 | SANDERS v. BP EXPLORATION &PRODUCTION INC et al | 13-2861 |
| ✓FLN | 3 | 13-00238 | PARK NATIONAL CORPORATION et al v. BP EXPLORATION &PRODUCTION INC et al | 13-2862 |
| ~~FLN~~ | ~~3~~ | ~~13-00245~~ | ~~ROYSTER CONSTRUCTION COMPANY INC et al. v. BP EXPLORATION AND PRODUCTION INC et al.~~ Opposed 5/8/2013 | |
| ✓FLN | 3 | 13-00246 | WEST FLORIDA MEDICAL CENTER et al v. BP EXPLORATION &PRODUCTION INC et al | 13-2863 |
| ~~FLN~~ | ~~3~~ | ~~13-00249~~ | ~~WINKELER v. BP PLC et al~~ Opposed 5/7/2013 | |
| ✓FLN | 3 | 13-00255 | SOUTH WALTON FIRE DISTRICT FLORIDA v. BP EXPLORATION &PRODUCTION INC et al | 13-2864 |
| ✓FLN | 3 | 13-00258 | SCHOOL BOARD OF OKALOOSA COUNTY FLORIDA v. BP PLC et al | 13-2865 |

| | | | | |
|---|---|---|---|---|
| ✓ FLN | 3 | 13-00259 | OCEAN CITY-WRIGHT FIRE CONTROL DISTRICT v. BP PLC et al | 13-2866 |
| ✓ FLN | 3 | 13-00260 | SCHOOL BOARD OF WALTON COUNTY FLORIDA v. BP PLC et al | 13-2867 |
| ✓ FLN | 3 | 13-00261 | WALTON COUNTY FLORIDA v. BP EXPLORATION &PRODUCTION INC et al | 13-2868 |
| ✓ FLN | 3 | 13-00268 | WEST FLORIDA REGIONAL MEDICAL CENTER INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2869 |
| ✓ FLN | 3 | 13-00269 | WEST FLORIDA SPECIALTY PHYSICIANS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2870 |
| ✓ FLN | 3 | 13-00270 | NINE MILE FOODS INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2871 |
| ✓ FLN | 3 | 13-00271 | NORTHWEST FLORIDA PRIMARY CARE LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2872 |
| ✓ FLN | 3 | 13-00272 | OKALOOSA HOSPITAL INC DBA TWIN CITIES HOSPITAL v. BP EXPLORATION &PRODUCTION INC et al | 13-2873 |
| ✓ FLN | 3 | 13-00273 | FT WALTON FOODS INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2874 |
| ✓ FLN | 3 | 13-00274 | FORT WALTON BEACH MEDICAL CENTER INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2875 |
| ✓ FLN | 3 | 13-00275 | NORTHWEST FLORIDA MULTISPECIALTY PHYSICIANS LLC v BP EXPLORATION &PRODUCTION INC et al. | 13-2876 |
| ✓ FLN | 3 | 13-00278 | PRESERVE AT CAMPTON LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2878 |
| ✓ FLN | 3 | 13-00280 | BRYANT et al v. BP EXPLORATION &PRODUCTION INC et al | 13-2879 |
| ✓ FLN | 4 | 13-00213 | WAKULLA COUNTY v. BP EXPLORATION &PRODUCTION INC et al | 13-2881 |
| ✓ FLN | 4 | 13-00214 | WAKULLA COUNTY SCHOOL BOARD v. BP EXPLORATION AND PRODUCTION INC et al | 13-2882 |
| ✓ FLN | 4 | 13-00221 | SCHOOL BOARD OF JEFFERSON COUNTY v. BP EXPLORATION &PRODUCTION INC et al | 13-2884 |
| ✓ FLN | 4 | 13-00228 | CARRABELLE BEACH RVC LLC v. BP EXPLORATION AND PRODUCTION INC et al | 13-2885 |
| ✓ FLN | 4 | 13-00229 | CHICKEN FOOT DEVELOPMENT INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2887 |
| ✓ FLN | 5 | 13-00118 | TERRAFIRMA PROPERTIES LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2888 |
| ✓ FLN | 5 | 13-00119 | VASTA DEVELOPMENT INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2889 |
| ✓ FLN | 5 | 13-00123 | STATE OF FLORIDA v. BP PLC et al | 13-2890 |
| ✓ FLN | 5 | 13-00124 | SCHOOL BOARD OF BAY COUNTY FLORIDA v. BP PLC et al | 13-2892 |
| ✓ FLN | 5 | 13-00125 | BEACH MOSQUITO CONTROL DISTRICT v. BP PLC et al | 13-2893 |
| ✓ FLN | 5 | 13-00126 | SCHOOL BOARD OF FRANKLIN COUNTY FLORIDA v. BP PLC et al | 13-2895 |
| ✓ FLN | 5 | 13-00127 | SCHOOL BOARD OF GULF COUNTY FLORIDA v. BP PLC et al | 13-2896 |
| FLN | 5 | 13-00129 | | |

| | | | | |
|---|---|---|---|---|
| | | | GULF COUNTY FLORIDA et al v. BP EXPLORATION &PRODUCTION, INC. et al | 13-2898 |
| ✓ FLN | 5 | 13-00130 | BAY HOSPITAL INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2899 |
| FLN | 5 | 13-00131 | ANDREW MCKENZIE v. BP EXPLORATION &PRODUCTION INC et al | 13-2901 |
| FLN | 5 | 13-00132 | HEALTHPOINT MEDICAL GROUP OF PANAMA CITY BEACH PA v. BP EXPLORATION &PRODUCTION INC et al | 13-2903 |
| ✓ FLN | 5 | 13-00133 | HIGHLAND HOTELS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2904 |
| FLN | 5 | 13-00134 | BOYD BROTHERS INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2906 |
| ✓ FLN | 5 | 13-00135 | J KEVIN CAMPBELL AGENCY INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2908 |
| FLN | 5 | 13-00136 | GLD FOOD DISTRIBUTORS INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2909 |
| FLN | 5 | 13-00137 | HUTT INSURANCE AGENCY INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2911 |
| FLN | 5 | 13-00138 | BNP INVESTMENT PROPERTIES LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2912 |
| FLN | 5 | 13-00139 | MALIDANI JEWELRY CORP v. BP EXPLORATION &PRODUCTION INC et al | 13-2914 |
| FLN | 5 | 13-00140 | ABC FINANCIAL INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2915 |
| FLN | 5 | 13-00141 | COASTAL COMMUNITY INSURANCE AGENCY OF NORTHWEST FLORIDA INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2917 |
| ✓ FLN | 5 | 13-00142 | ST ANDREW BAY LAND COMPANY LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2919 |
| FLN | 5 | 13-00143 | GAC CONTRACTORS INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2920 |
| FLN | 5 | 13-00144 | A ACTION AMERICAN INSURANCE INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2922 |
| FLN | 5 | 13-00145 | HEALTHFILE INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2923 |
| FLN | 5 | 13-00146 | CITY OF APALACHICOLA v. BP EXPLORATION &PRODUCTION INC et al | 13-2925 |
| FLN | 5 | 13-00147 | THE NORRIS INSURANCE AGENCY INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2926 |
| FLN | 5 | 13-00148 | CENTENNIAL BANK v. BP EXPLORATION &PRODUCTION INC et al | 13-2928 |
| FLN | 5 | 13-00149 | EASTERN SHIPBUILDING GROUP INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2930 |
| FLN | 5 | 13-00150 | SOUTHERN HOME MORTGAGE LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2931 |
| FLN | 5 | 13-00151 | WATERSIDE CHIROPRACTIC INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2933 |
| FLN | 5 | 13-00152 | W-EAST TRADING CORPORATION v. BP EXPLORATION &PRODUCTION INC et al | 13-2934 |
| ✓ FLN | 5 | 13-00153 | PARKER SANITATION II INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2936 |
| FLN | 5 | 13-00154 | | |

| | | | | |
|---|---|---|---|---|
| ✓ FLN | 5 | 13-00159 | SMITH v. BP EXPLORATION &PRODUCTION INC et al | 13-2937 |
| | | | CECILIA REDDING BOYD PA v. BP EXPLORATION &PRODUCTION INC et al | 13-2939 |

**FLORIDA SOUTHERN**

| | | | | |
|---|---|---|---|---|
| ✓ FLS | 1 | 13-21379 | ROMA CHAIN INC. v. BP EXPLORATION &PRODUCTION INC et al | 13-2940 |
| ✓ FLS | 1 | 13-21415 | BIJAN'S CATERING INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2941 |
| ✓ FLS | 1 | 13-21421 | FDS Development and Investment, Inc. v. BP Exploration &Production, Inc. et al. | 13-2943 |
| ✓ FLS | 2 | 13-14166 | Bay Area Hospitality Group, LLC v. BP Exploration &Production, Inc. et al | 13-2944 |
| ✓ FLS | 4 | 13-10086 | Fisherman's Cove at Key Largo, LLC v. BP Exploration &Production, Inc. et al | 13-2945 |
| ✓ FLS | 4 | 13-10092 | City of Key West, Florida v. BP Exploration and Production, Inc. et al | 13-2947 |
| ✓ FLS | 9 | 13-80387 | The School Board of Palm Beach County v. BP Exploration &Production, Inc. et al | 13-2949 |

**TEXAS EASTERN**

| | | | | |
|---|---|---|---|---|
| ~~TXE~~ | ~~1~~ | ~~13-00249~~ | ~~City of South Padre Island v. BP Exploration &Production, Inc et al~~ Opposed 5/8/2013 | |

**TEXAS SOUTHERN**

| | | | | |
|---|---|---|---|---|
| ✓ TXS | 3 | 13-00134 | 21 Group, Inc. v. BP Exploration &Production, Inc. et al | 13-2950 |
| ✓ TXS | 3 | 13-00135 | Galveston.com &Company Inc. v. BP Exploration &Production, Inc. et al | 13-2952 |
| ✓ TXS | 3 | 13-00136 | Olympia At Pier 21, Inc. v. BP Exploration &Production, Inc. et al | 13-2953 |
| ✓ TXS | 3 | 13-00137 | West Gulf Marine, Ltd. v. BP Exploration &Production, Inc. et al | 13-2954 |
| ✓ TXS | 3 | 13-00138 | Gulf Of Mexico Reef Fish Shareholders' Alliance v. BP Exploration &Production, Inc. et al | 13-2956 |
| ✓ TXS | 3 | 13-00139 | Galveston Development Corp. dba ANProperties, LLC v. BP Exploration &Production, Inc. et al | 13-2957 |
| ✓ TXS | 3 | 13-00140 | Galveston Party Boats, Inc. v. BP Exploration &Production, Inc. et al | 13-2958 |
| ✓ TXS | 3 | 13-00141 | Photon Factory LLC v. BP Exploration &Production, Inc. et al | 13-2960 |
| ✓ TXS | 3 | 13-00142 | Endeavour Marina Clear Lake LP v. BP Exploration &Production, Inc. et al | 13-2962 |
| ✓ TXS | 3 | 13-00143 | Nguyen et al. v. BP Exploration &Production Inc et al | 13-2963 |
| ✓ TXS | 3 | 13-00144 | Galveston Seawall Motel, Ltd v. BP Exploration &Production, Inc. et al | 13-2965 |
| ✓ TXS | 4 | 13-01123 | Bui et al v. BP, PLC et al | 13-2966 |
| ✓ TXS | 4 | 13-01130 | City of Houston v. BP Exploration Production Inc. et al | 13-2968 |

| TXS | 4 | 13-01131 | Vu et al v. BP Exploration &Production Inc et al | 13-2969 |