## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL No. 2179 |
|        "DEEPWATER HORIZON" | § | |
|        in the GULF OF MEXICO, | § | |
|        on APRIL 20, 2010 | § | SECTION: J |
| | § | |
| | § | |
|        This Document Relates To: | § | Judge Carl J. Barbier |
|        *All Cases* | § | Magistrate Judge Sally Shushan |
|        *2:10-CV-02771 and 2:10-MD-2179* | § | |
| | § | |
| | § | |
| | § | |

## FINAL JUDGMENT PURSUANT TO FED R. CIV. P. 54(b)

The Court, having determined that there is no just reason for delay in directing the final judgment as to the Court's grant of M-I L.L.C.'s Motion for Judgment on Partial Findings (Dkt. No. 8919), as set forth more fully on the record of the Phase One Trial on March 20, 2013, while other rights and liabilities of the other parties remain for adjudication:

It is therefore HEREBY ORDERED, ADJUDGED and DECREED, pursuant to FED. R. CIV. P. 54(b), that the Court's Order, including its findings of fact and conclusions of law stated orally from the bench on March 20, 2013, granting M-I L.L.C.'s Motion for Judgment on Partial Findings and dismissing with prejudice all claims, including counter-claims, cross-claims, and third party claims, asserted in this multi-district litigation against M-I L.L.C., is hereby deemed a final judgment in this action.

It is further HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of M-I L.L.C. dismissing all claims, including counter-claims, cross-claims, and third party claims, asserted against M-I L.L.C. in this multi-district litigation for the reasons set forth on the record on March 20, 2013, specifically including that there is no basis on which to find

that any act or omission of M-I L.L.C. caused or contributed to the April 20, 2010 explosion on the *Deepwater Horizon* semi-submersible Mobile Offshore Drilling Unit, the blowout of the Macondo Well, or the subsequent oil spill in the Gulf of Mexico.

So ORDERED on this _____ day of _____, 2013 at New Orleans, Louisiana.


_____
Carl J. Barbier
United States District Judge