**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP America Production Company
c/o C. T. Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _C_____   ☐ Agent
                    ☐ Addresse

B. Received by ( *Printed Name* )   C. Date of Delive
_McLaughlin_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandi:
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*         ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7010 0780 0002 2452 1652

PS Form 3811, February 2004         Domestic Return Receipt.         102595-02-M-1£

EXHIBIT
**2**
tabbies