UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   Oil Spill by the Oil Rig          MDL No.    2179
         "Deepwater Horizon" in
         the Gulf of Mexico on             Section :  J
         April 10,2010

This Document Relates to:                  Judge Barbier
2:10-cv-08888-CJB-SS                       Magistrate Shushan

_____

ATTACHMENT "A"

**Plaintiff**              **Present Address**        **Telephone Number**
1. Faye Summers            100 Woodbranch Court       (337) 984-0951
                           Lafayette, LA 70503
                           "Doc. No. 67488"