OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: May 15, 2013

IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

vs.

This Document Relates to: 2:13 cv 00842

Case No. 2179   Section J

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP, P.L.C. through its Chairman, Carl-Henric Svanberg
   (address) 1 St. James Square, London, SW1Y 4PD, UK
2. (name) BP America, Inc. through reg. agent CT Corporation System
   (address) 350 N. St Paul, Ste. 2900, Dallas, TX 75201
3. (name) BP Products North Am., Inc. agent Prentice Hall Corp. System
   (address) 701 Brazos St., Suite 1050, Austin, TX 78701
4. (name) BP Am. Prod. Co. agent CT Corporation System
   (address) 350 N. St. Paul, Ste. 2900, Dallas, TX 75201

Very truly yours,

George Healy
"Signature"

Attorney for  F&F Homes & Development
Address  1323 28th Ave. Suite A
Gulfport, MS 39501

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: May 15 2013
IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of MEXICO, on APRIL 20, 2010 vs.

This Document Relates to: 2:13 cv 00842

Case No. 2179  Section J

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP Exploration & Prod. through CT Corp. System
   (address) 350 North St. Paul, Ste 2900, Dallas, TX 75201
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

George Healy
"Signature"

Attorney for L & F Homes & Development
Address 1323 28th Ave., Ste A
Gulfport, MS 39501