UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.   2179<br><br>NUMBER:<br><br>SECTION: |
| This document relates to:<br>Case No.: 2:10-cv-08888-CJB-SS<br>Rec. Doc. No. 52743 | * * * * * | JUDGE:  BARBIER<br><br>MAGISTRATE:  SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the above and foregoing Motion for Substitute Counsel of Record for Gary Schexnayder:

**IT IS HEREBY ORDERED** that Mr. Stuart H. Smith, Mr. Michael G. Stag, and Ms. Bonnie A. Kendrick of the Smith Stag Law Firm LLC and Mr. Robert McKee of the Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. in substitution for Mr. Soren Gisleson of the Herman, Herman, Katz & Cotlar, LLP.

**THIS DONE AND SIGNED** on this _____ day of _____, 2013, in New Orleans, Louisiana.

_____
**JUDGE**

3