| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>   _McLaughlin_ |
| 1. Article Addressed to:<br><br>BP America Production Company<br>c/o C. T. Corporation System<br>5615 Corporate Blvd., Suite 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)      ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7010 0780 0002 2452 4103 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1

**EXHIBIT 2** (tabbies)