AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | |
|---|---|
| Curtis Fugatt | ) )<br>) )<br>) ) |
| _____<br>*Plaintiff(s)* | ) )<br>) |
| v. | ) ) Civil Action No.  13-1014 "J" (1) |
| BP EXPLORATION & PRODUCTION, INC.,<br>BP AMERICA PRODUCTION COMPANY,<br>and BP P.L.C. | ) )<br>) )<br>) ) |
| _____<br>*Defendant(s)* | ) )<br>) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BP Exploration & Production, Inc.,
through its registered agent:
C. T. Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Timothy J. Falcon
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA  70072



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Loretta G. Whyte
Name of clerk of court

Date:  ___Apr 23 2013___                                 _____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-1014 "J" (1)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served Summons and Complaint via US mail,
Certified mail, return receipt requested on 4/24/13

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: ___5/9/13___

_Brittany Z. Dupree_
*Server's signature*

Brittany Z. Dupree
*Printed name and title*

5644 Lapalco Blvd. Marrero LA
70072
*Server's address*

Additional information regarding attempted service, etc: