UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>Case No.: 2:10-cv-08888-CJB-SS<br>Rec. Doc. No. 25305 | Magistrate Judge Shushan |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR ROBYN HILL

Plaintiff Robyn Hill respectfully requests that this Honorable Court enter an order enrolling Mr. Stuart H. Smith, Mr. Michael G. Stag, and Ms. Bonnie A. Kendrick of the Smith Stag Law Firm LLC and Mr. Robert McKee of the Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. in substitution for Mr. J. Parker Miller of the Beasley, Allen, Crow, Methvin, Portis & Miles, PC as counsel of record for Robyn Hill in this matter.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Staurt H. Smith*_____ | */s/ Robert J. McKee*_____ |
| **STUART H. SMITH (17805)**<br>Email: ssmith@stag.com<br>**MICHAEL G. STAG (23314)**<br>Email: mstag@smithstag.com<br>**BONNIE A. KENDRICK (31806**<br>Email: bkendrick@smithstag.com<br>365 Canal Street, Suite 2850<br>New Orleans, Louisiana  70130<br>Telephone: (504) 593-9600<br>Facsimile:  (504) 593-9601 | **ROBERT J. McKEE (# 0972614)**<br>Email: RMcKee@krupnicklaw.com<br>The Law Offices of Krupnick, Campbell<br>Malone, Buser, Slama, Hancock, Liberman<br>& McKee, P.A<br>12 Southeast 7th Street - #801<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 763-8181 #8619<br>Facsimile: (954) 763-8292 |
| Attorney for Plaintiffs | Co-Counsel for Plaintiffs |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th of May, the above and foregoing Motion for Substitute Counsel of Record for Robyn Hill been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

    _/s/ Stuart H. Smith_____
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

*/s/ Robert J. McKee_____*
**ROBERT J. MCKEE (0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*