UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** | * | MAGISTRATE JUDGE SHUSHAN |
| No. 12-311 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>CERTIFICATE OF COMPLIANCE WITH RULE 37(a)(1)</u>

Pursuant to Rule 37(a)(1), undersigned counsel for Cameron International Corporation ("Cameron") hereby certifies that counsel for Cameron conferred with counsel for Liberty Insurance Underwriters Inc. ("Liberty") on May 14, 2013, in an effort to amicably resolve the discovery dispute that is the subject of the Motion to Compel Liberty to Comply With This Court's Supplemental Order Dated May 9, 2013.

During the conference, Cameron addressed the deficiencies in Liberty's "Certification" that it had no documents responsive to Cameron's Requests for Production Nos. 13 and 15. (*See* Rec. doc. 9847.) In response, Liberty confirmed that it would do nothing further

to comply with the Court's Order.  Therefore, it is necessary for Cameron to file the attached motion.

Dated:     May 15, 2013                         Respectfully submitted,

                                                 /s/ Phillip A. Wittmann                          
                                                Phillip A. Wittmann, 13625
                                                        pwittmann@stonepigman.com
                                                Carmelite M. Bertaut, 3054
                                                        cbertaut@stonepigman.com
                                                STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                504-581-3200
                                                504-581-3361 (fax)


                                                WILLKIE FARR & GALLAGHER LLP
                                                Mitchell J. Auslander
                                                Jeffrey B. Korn
                                                787 Seventh Avenue
                                                New York, New York  10019
                                                 (212) 728-8000
                                                mauslander@willkie.com

                                                *Attorneys for Cameron International Corporation*


## C E R T I F I C A T E

        I hereby certify that a copy of the above and foregoing Certificate of Compliance with Rule 37(a)(1) has been served upon all counsel of record by notice from the Court's CM/ECF system, this 15th day of May, 2013.


                                                 /s/ Phillip A. Wittmann                      

- 2 -