UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN KELLER | * | CIVIL ACTION NO. 13-1018 |
| versus | * | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C. | * | MAGISTRATE: 1 |

*********************************************************************

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned Notary, personally came and appeared, Brittany Z. Dupree, who, after being duly sworn, deposed as follows:

That on April 24, 2013 I place in the U.S. mail via certified mail the Complaint for the above captioned lawsuit and Summons to BP America Production Co., with sufficient postage affixed. See Exhibit 1, attached.

That on May 1, 2013, the Falcon Law Firm received confirmation of service of the Summons and Complaint effected upon the defendant, BP America Production Co. See Exhibit 2, attached.

That she performed these tasks in her capacity as administrative assistant to Timothy J. Falcon, counsel for plaintiff in the above captioned matter; and

That the above and foregoing is based upon her own personal knowledge, information and belief.

_____
BRITTANY Z. DUPREE

Sworn to and Subscribed Before me, Notary, this 9th day of May, 2013.

_____
NOTARY PUBLIC

1

Timothy J. Falcon
Attorney and Notary
Louisiana Bar Roll No. 16909
My Commission Expires at Death