UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| (REF: C.A. 13-1383, *Triton Diving Services, LLC v. BP Exploration & Prod. Inc., et al.*) | ) ) ) | MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR RECONSIDERATION**

Plaintiff Triton Diving Services, LLC ("Triton"), by and through its attorneys, submits this Motion for Reconsideration of this Court's May 2, 2013, Order denying Triton's Motion for a Conference Pursuant to Rule 16(a) (Rec. Doc. 5 in C.A. 13-1383) and consolidating the above-referenced matter with Multidistrict Litigation 2179. Reconsideration is required based on newly discovered evidence received from the Plaintiffs Steering Committee regarding the scheduling of trial dates in this matter and in order to prevent manifest injustice to Triton and other similarly situated plaintiffs, both individuals and businesses, engaged in offshore oil and gas industry as defined in Paragraph 5.10.2 of the Deepwater Horizon Economic and Property Damages Agreement approved by this Court on December 21, 2012 ("Economic Class Settlement") and excluded from said Economic Class Settlement under Paragraph 2.2.4.5, or engaged in support services to the oil and gas industry as defined in Paragraph 5.10.3 of the Economic Class Settlement and excluded from recovery of so-called "Moratoria Losses" under Paragraphs 3.3 and 5.10.3 of the Economic Class Settlement. For the reasons set forth in its attached supporting memorandum, Triton requests that this Court reconsider its May 2, 2013, Order, denying Triton's Motion for a Conference Pursuant to Rule 16(a) and set an *in camera*

conference in order to establish a scheduling order and limited discovery protocol. Such reconsideration would prevent manifest injustice and effectuate the stated goals of the Oil Pollution Act and multidistrict litigation.

### CERTIFICATE OF NON-SUPPORT

In accord with Pretrial Order No. 11, undersigned counsel certifies that other similarly situated parties contacted the Plaintiffs Steering Committee and advised of their intent to file a motion for reconsideration of the Court's order. PSC indicated that it would not support the filing of this motion for reconsideration. *See* Exhibit 2 attached to the memorandum in support.

RESPECTFULLY SUBMITTED,

  /s/ James M. Garner
JAMES M. GARNER (# 19589)
PETER L. HILBERT, JR. (#06875)
MARTHA Y. CURTIS (# 20446)
KEVIN M. McGLONE (# 28145)
**SHER GARNER CAHILL RICHTER KLEIN
    & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone:  (504) 299-2100
Facsimile:   (504) 299-2302

**ATTORNEYS FOR PLAINTIFF
TRITON DIVING SERVICES, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 15th day of May, 2013, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

  /s/ James M. Garner
JAMES M. GARNER