**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG  "DEEPWATER HORIZON" IN THE  GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| (REF: C.A. 13-1383, *Triton Diving Services, LLC v. BP Exploration & Prod. Inc., et al.*) | ) ) ) | MAGISTRATE JUDGE SHUSHAN |

**AFFIDAVIT OF MARK JEANSONNE**

STATE OF LOUISIANA

PARISH OF JEFFERSON

    Before me, the undersigned authority, personally came and appeared:

**MARK JEANSONNE**

    A person of the full age of majority, who, after being duly sworn by the undersigned notary public, did depose that:

1. He the President and Chief Executive Officer of Triton Diving Services, LLC ("Triton"), plaintiff in the referenced matter. He makes this Affidavit regarding facts contained within his personal knowledge.

2. He makes this Declaration in support of Triton's motion for reconsideration of order denying Triton's motion for a conference pursuant to Rule 16(a).

3. Triton is a Louisiana limited liability company with its principal place of business in Louisiana.

4. Triton is one of the largest shallow water diving contractors operating in the Gulf of Mexico.

1

EXHIBIT 1

5. Triton offers inspection, maintenance, repair, and decommissioning services to brown water offshore operators. Triton's services are not related to the issuance of drilling permits, and Triton does not engage in or support drilling activities.

6. Before April 20, 2010 and the Macondo well explosion and resulting oil spill, Triton was poised to enjoy significant future growth as a company.

7. As a result of the Macondo well explosion and subsequent oil spill, demand for Triton's services was impeded.

8. As a result of the Macondo well explosion and subsequent oil spill, utilization of Triton's fleet and its future growth and expansion trajectory declined.

9. As a result of the declining utilization rates and future projected growth and expansion, Triton sustained a loss of past and future profits and impairment to its earning capacity that remains continues.

10. Despite Triton's claims for losses arising out of the Macondo well explosion and subsequent oil spill, Triton may have been excluded as a Member of the Economic and Property Damage Class approved by this Court on December 21, 2012.

11. As a result, Triton timely opted out of the Economic and Property Damages Settlement Class.

12. Triton made presentment of its claim as required under the Oil Pollution Act to BP on January 17, 2013 via e-mail. A hard copy of Triton's presentment claim was received by BP on January 18, 2013.

13. On April 19, 2013, Triton filed the referenced action against BP Exploration and Production Inc., BP America Production Co., and BP p.l.c.

14. By letter dated April 19, 2013, the BP claims program denied Triton's claims on the grounds that Triton "has not demonstrated that the claimed losses resulted from the Deepwater Horizon Incident."

15. A representative of the Plaintiff's Steering Committee ("PSC") notified counsel for Triton that the PSC is working on scheduling "OPA test cases," but that said cases may not proceed to trial until early 2014.

16. The Oil Pollution Act is intended to streamline federal law and "provide quick and efficient cleanup of oil spills, compensate victims of such spills, and internalize the costs of spills with the petroleum industry."

17. It is clear to Triton that the "test case" timeline set forth by the PSC providing for resolution nearly four years after the oil spill does not comport with the purpose of the Oil Pollution Act, as it does not provide a "quick and efficient" mechanism to ensure compensation for Triton's financial damages.

18. Triton has, therefore, requested that its attorneys endeavor to secure a quick and efficient mechanism, whether in this MDL or in a separate lawsuit, to obtain compensation for its financial damages.

Executed this \_\_\_15\_\_\_ day of May 2013.

*[signature: Mark Jeansonne]*
Mark Jeansonne
President and Chief Executive Officer
Triton Diving Services, LLC

Sworn to before me this 15 day of May, 2013
*[signature]*
NOTARY PUBLIC

My Commission expires _at death_.


**JAMES M. GARNER**
**NOTARY PUBLIC**
**BAR NO. 19589**
**Parish of Orleans, State of Louisiana**
**My commission is for life.**

4

EXHIBIT 1