| | |
|---|---|
| **From:** | Garner, James M. |
| **Sent:** | Tuesday, May 14, 2013 3:33 PM |
| **To:** | McGlone, Kevin |
| **Subject:** | FW: BP Oil - Louisiana Oilfield Divers v. BP / Civil Action No. 13-1800 |

-----Original Message-----
From: Steve Herman [mailto:SHERMAN@hhklawfirm.com]
Sent: Friday, May 10, 2013 2:09 PM
To: 'Gladstone Jones'; Matthew Lindsay
Cc: Katie Lasky; Lynn Swanson; Garner, James M.; Curtis, Martha; Hilbert, Peter; Francis, Tim; 'jswanson@fishmanhaygood.com'; 'jpeiffer@fishmanhaygood.com'; 'lrichards@fishmanhaygood.com'; Tad Bartlett; Shaveka Joshua; 'jimr@wrightroy.com'; 'Conrad Williams'; Paul M. Sterbcow
Subject: BP Oil - Louisiana Oilfield Divers v. BP / Civil Action No. 13-1800

We have been pushing for as soon as possible. BP has been pushing to drag out as long as possible. Judge Shushan is trying to hammer out a compromise. My guess is early 2014. Big problem is that (contrary to what we had hoped and frankly expected) the US didn't settle. If they had, this likely would have been accelerated. But now the Court has to proceed to a full Phase Two and then a Phase Three penalty stage before he starts trying OPA Causation Test Cases. - In any event, it is what it is. Court is aware of the competing interests and concerns. Your Motion, in my opinion, is not going to make any difference. (Also, FYI, note that under PTO No. 8 that the Court expects the PSC to try any common issue and/or test cases.) All the best, - Steve

-----Original Message-----
From: Gladstone Jones [mailto:GJones@jonesswanson.com]
Sent: Friday, May 10, 2013 10:25 AM
To: Steve Herman; Matthew Lindsay
Cc: Katie Lasky; Lynn Swanson; 'jgarner@shergarner.com'; 'MCurtis@SHERGARNER.com'; 'philbert@shergarner.com'; 'Tfrancis@shergarner.com'; 'jswanson@fishmanhaygood.com'; 'jpeiffer@fishmanhaygood.com'; 'lrichards@fishmanhaygood.com'; Tad Bartlett; Shaveka Joshua; 'jimr@wrightroy.com'
Subject: Re: BP - Louisiana Oilfield Divers v. BP / Civil Action No. 13-1800

Steve and Jim,

Can you give us any more color than that? What's the PSC's plan of attack and, importantly, schedule to get these OPA test cases before the Court? Without some definitive plan from the PSC and Barbier that is announced to the masses the efforts to take the excluded and opt outs to another court are going to get some traction. In our view that would be very unfortunate. Please give us what details you have on when we can expect to have motions ready to be heard by the Court on causation. Thanks. Glad

----- Original Message -----
From: Steve Herman [mailto:SHERMAN@hhklawfirm.com]
Sent: Thursday, May 09, 2013 08:58 PM
To: Matthew Lindsay

1

EXHIBIT 2

Cc: Gladstone Jones; Katie Lasky; Lynn Swanson; Garner, James M. <JGarner@SHERGARNER.com>; Curtis, Martha <MCurtis@SHERGARNER.com>; Hilbert, Peter (PHilbert@shergarner.com) <PHilbert@shergarner.com>; Francis, Tim <TFrancis@SHERGARNER.com>; James Swanson (jswanson@fishmanhaygood.com) <jswanson@fishmanhaygood.com>; 'Joe Peiffer' (jpeiffer@fishmanhaygood.com) <jpeiffer@fishmanhaygood.com>; 'Lara Richards' (lrichards@fishmanhaygood.com) <lrichards@fishmanhaygood.com>; Tad Bartlett; Shaveka Joshua; James P. Roy (LC & EC) <jimr@wrightroy.com>
Subject: BP - Louisiana Oilfield Divers v. BP / Civil Action No. 13-1800

This motion is unnecessary, as the PSC is already engaged in discussions with the Court and BP regarding the scheduling of OPA Causation Test Cases.

Thanks.

On May 9, 2013, at 8:47 PM, "Matthew Lindsay" <MLindsay@jonesswanson.com> wrote:

> Steve:
>
> Please see the attached Motion for Reconsideration (and Memo in Support) that we may file in the above-referenced matter tomorrow, May 10, 2013.  Pursuant to PTO 11, please advise if the PSC will support this Motion at your earliest convenience.  Thanks in advance.
>
> Sincerely,
>
> Matthew J. Lindsay
> Attorney at Law
> [Description: Description: Jones Swanson logo pantone 295.jpg]
> <http://jonesswanson.com/>
> 601 Poydras Street, Suite 2655 . New Orleans, Louisiana  70130 .
> Telephone: 504.523.2500 . Facsimile: 504.523.2508 .
> mlindsay@jonesswanson.com<mailto:mlindsay@jonesswanson.com> .
> jonesswanson.com<http://jonesswanson.com/>
>
> CONFIDENTIALITY NOTICE: This e-mail transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (504) 523-2500 or by return e-mail to arrange for return of the information or destruction of the same.
>
> IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> <LOD Motion for Reconsideration.docx>
> <LOD MIS - Motion for Reconsideration.V2.docx>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

EXHIBIT  2