**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 ) | SECTION: J |
| ) | |
| ) | JUDGE BARBIER |
| ) | |
| (REF: C.A. 13-1383, *Triton Diving Services, LLC* ) | MAGISTRATE JUDGE SHUSHAN |
| *v. BP Exploration & Prod. Inc., et al.*) ) | |
| ) | |

**NOTICE OF SUBMISSION**

Please take notice that Plaintiff Triton Diving Services, LLC's Motion for Reconsideration shall be submitted for decision on June 5, 2013 at 9:30 a.m. before United States District Judge Carl J. Barbier at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

RESPECTFULLY SUBMITTED,

 /s/ James M. Garner
JAMES M. GARNER (# 19589)
PETER L. HILBERT, JR. (#06875)
MARTHA Y. CURTIS (# 20446)
KEVIN M. McGLONE (# 28145)
**SHER GARNER CAHILL RICHTER KLEIN**
 **& HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2302

**ATTORNEYS FOR PLAINTIFF**
**TRITON DIVING SERVICES, LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that on this, the 15th day of May, 2013, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

               /s/ James M. Garner
               JAMES M. GARNER