## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*               JUDGE BARBIER
                                   MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding Deposition of Dr. Tom Hunter]

On April 30, 2013, the request of BP and Anadarko for a two day deposition of Dr. Hunter was granted. Rec. doc. 9586. The U.S. submitted a revised designation for Dr. Hunter. It contends that a deposition is not required. At the Working Group Conference on May 10, 2013, the parties argued the issue.

IT IS ORDERED that: (1) the April 30, 2013 order (Rec. doc. 9586) is MODIFIED; (2) the U.S. shall produce Dr. Tom Hunter for a one day deposition during the schedule of expert depositions; (3) the allocation of the examination time for Dr. Hunter will be set at the time the Court rules on Halliburton's request for reconsideration of the allocation of examination time set in the April 30, 2013 order; and (4) the deadline for an appeal of this order is **Wednesday, May 22, 2013.**

New Orleans, Louisiana, this 15th day of May, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**