AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Edward W. Kennedy, Jr.

)
)
)
)
)

Plaintiff(s)

v.

BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.

)
)
)
)
)
)
)
)

Civil Action No. 13-1109 "J"(1)

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP America Production Company
Through it's Attorney of Record
Don K. Haycraft
Liskow & Lewis
701 Poydras Street • Suite 5000
New Orleans, Louisiana 70139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David J. Schexnaydre
Pajares & Schexnaydre, LLC
68031 Capital Trace Row
Mandeville, Louisiana 70471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Apr 26 2013

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Page Fussell (Assistant to Don Haycraft), who is
designated by law to accept service of process on behalf of *(name of organization)*
BP America Production Corp on *(date)* 5-3-13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

**Timothy Couch**
xxx-xx-4794
200 Mariners Plaza Ste. 207
Mandeville, LA 70448
985-626-3533

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SWORN TO AND SUBSCRIBED BEFORE ME, THIS ___ DAY OF _____

M. Terri Lively
Notary Public #80899
Parish of St. Tammany
State of Louisiana