April 24, 2013

BP America Production Company
c/o C. T. Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:  Lorinzo Murphy v. BP Exploration & Production Inc., et al
     USDC Eastern District No. 13-1031, Section J, Magistrate 1

Dear Sir/Madam:

Please find enclosed an original Complaint and Summons, relative to the above referenced matter. Please accept the enclosed as service of this original Complaint. Please file your response to this amended complaint within the legal time applicable.

Thank you for your kind attention, I am

**Sincerely,**

**TIMOTHY J. FALCON**

TJF/rhh

Enclosure

