AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Don Negus <br> *Plaintiff(s)* <br> v. <br> BP Exploration & Production, Inc.; BP America Production Company; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. <br> *Defendant(s)* | Civil Action No. 2:13-cv-1204 J (1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> BP AMERICA PRODUCTION COMPANY
> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, Delaware  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Allison E. White
> Cunningham Bounds, LLC
> Post Office Box 66705
> Mobile, Alabama  36660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Stephanie Kall*
*Deputy clerk's signature*

Date: May 01 2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-1204

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP America Production Company

was received by me on *(date)* 05/06/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail, Return Receipt to BP America Production Company


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/14/2013

*Allison White*
*Server's signature*

Allison E. White, Attorney for Plaintiff Don Negus
*Printed name and title*

Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama 36660
*Server's address*

Additional information regarding attempted service, etc: