UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION:  J |
| *This document pertains to* <br> *Brooks v. Tidewater Marine, LLC, et. al.* <br> No.   11-365 | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AND CONTINUE COUNSEL OF RECORD

NOW INTO COURT, come TIDEWATER MARINE, L.L.C. ("Tidewater Marine") and TIDEWATER MARINE WESTERN, INC. ("Tidewater Western"), and respectfully move this Court for an Order to withdraw Melissa L. Theriot and the law firm Laborde & Neuner as counsel for Tidewater Marine and Tidewater Western. Defendants, Tidewater Marine and Tidewater Western, further move this Honorable Court to allow Cliffe E. Laborde III and the firm Mahtook & Lafleur to continue as counsel of record for Tidewater Marine and Tidewater Western in this matter.

Respectfully submitted,

MAHTOOK & LAFLEUR

_s/Cliffe E. Laborde III_
CLIFFE E. LABORDE III - #08062
1000 Chase Tower
600 Jefferson Street
Lafayette, Louisiana  70502
Post Office Box 3089
Phone:  (337) 266-2189; Fax: (337) 266-2303
**ATTORNEY FOR TIDEWATER MARINE, L.L.C. AND TIDEWATER MARINE WESTERN, INC.**

LABORDE & NEUNER

s/Melissa L. Theriot
Melissa Lutgring Theriot (#22628)
P.O. Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Facsimile: (337) 233-9450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing document was filed electronically with the Clerk of Court and served upon all counsel of record using the Court's CM/ECF System.

Lafayette, Louisiana this 15th day of May, 2013.

s/Cliffe E. Laborde III
COUNSEL