## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| *This document pertains to*<br>*Brooks v. Tidewater Marine, LLC, et. al.*<br>No. 11-365 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

Considering the above and foregoing Motion to Withdraw and Continue Counsel of Record;

IT IS HEREBY ORDERED, that Melissa L. Theriot and the law firm of Laborde & Neuner be and the same are hereby withdrawn as counsel for Tidewater Marine, L.L.C. and Tidewater Marine Western, Inc.

IT IS FURTHER ORDERED, that Cliffe E. Laborde III and the firm of Mahtook & Lafleur be and the same are hereby allowed to continue as counsel of record for Tidewater Marine, L.L.C. and Tidewater Marine Western, Inc.

THUS DONE AND SIGNED this _____ day of May, 2013 at Lafayette, Louisiana.

_____
United States District Judge

3