April 24, 2013

BP Exploration & Production, Inc.       **CERTIFIED MAIL**
c/o C. T. Corporation System       **RETURN RECEIPT REQUESTED**
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

RE:    **Lorinzo Murphy v. BP Exploration & Production Inc., et al**
       **USDC Eastern District No. 13-1031, Section J, Magistrate 1**

Dear Sir/Madam:

Please find enclosed an original Complaint and Summons, relative to the above referenced matter.
Please accept the enclosed as service of this original Complaint. Please file your response to this
amended complaint within the legal time applicable.

Thank you for your kind attention, I am

**Sincerely,**

**TIMOTHY J. FALCON**

TJF/rhh

Enclosure

