UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : : | MAGISTRATE JUDGE SHUSHAN |

...................................................................................................................................

**UNITED STATES' MOTION TO APPEAL DECISION OF THE MAGISTRATE JUDGE REGARDING CRIME-FRAUD MOTION TO COMPEL (Dkt. No. 9592)**

The United States respectfully appeals the Magistrate Judge's decision (Dkt. No. 9592) concerning the United States' motion to compel production of documents based on the crime-fraud exception (Dkt. No. 8417) for the reasons briefly summarized here and described in full in our accompanying brief.

BP pled guilty to the crime of obstructing justice by providing false and misleading flow rate information to Congress during the response. The company provided that same false information to the National Incident Command by email and to the public through filings with the SEC. BP's false flow rate statements were developed under the direction of the company's attorneys, as BP itself explained to the Magistrate Judge in multiple filings. Under blackletter law, BP's use of attorneys to aid in its wrongdoing destroys any privilege for the communications BP used in its criminal or fraudulent activity. This bedrock principle of privilege law is known as the crime-fraud exception to the attorney-client privilege.

In the motion to compel, the United States sought all documents related to the preparation of seven statements BP made to government officials and the public regarding the flow rate

- 1 -

during the response, specifically (1) fraudulent communications to Congress on May 4, 2010 and fraudulent letters to Congressman Markey dated May 24 and June 25, 2010; (2) a fraudulent statement to Federal On-Scene Coordinator Admiral Mary Landry on May 19, 2010; and (3) fraudulent securities statements on April 29 and 30 and May 4, 2010 (collectively referred to here as the "Crime-Fraud Communications").  On April 30, 2013, the Magistrate Judge ruled on the United States' motion by ordering production of 22 documents sought by the United States and finding that 84 additional documents identified by BP as related to the Crime-Fraud Communications did not fall within the crime-fraud exception.

The United States submits that the Magistrate Judge used the incorrect legal standard and applied the standard incorrectly.  A court reviewing a crime-fraud assertion conducts a two-step analysis in the Fifth Circuit.  First, the reviewing court determines whether the party asserting crime-fraud has made a *prima facie* case that its opponent "intended to further an ongoing crime or fraud during the attorney-client relationship." *In re Grand Jury Subpoena*, 419 F.3d 329, 346 (5th Cir. 2005).  Once that showing is made, "the crime-fraud exception applies." *Id*.  The second step addresses which documents must be produced – those "reasonably related to the furtherance of the ongoing or future crime or fraud at issue." *Id*. at 347.  The United States respectfully submits that the Magistrate Judge made three errors in her opinion.  At the first step of the analysis, she applied the law to the facts incorrectly in concluding that the United States failed to make a *prima facie* showing of a crime or fraud with respect to BP's false statements to the SEC.  At the second step of the analysis, she both used an incorrect legal standard not briefed by the Parties and then applied it incorrectly.

The Magistrate Judge's decision was contrary to law, and the United States respectfully requests that the Court overturn that decision and grant the United States' motion to compel in full.  Specifically, the United States requests that the Court order the production of all documents

reasonably related to the preparation of the Crime-Fraud Communications. The Parties would then work with the Magistrate Judge to define the universe of documents affected. We incorporate by reference our filings before the Magistrate Judge in this appeal.

                                               Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | IGNACIA S. MORENO |
| Deputy Assistant Attorney General | Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | THOMAS BENSON |
| MICHELLE DELEMARRE | Senior Attorneys |
| SHARON SHUTLER | DEANNA CHANG |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | JUDY HARVEY |
| MALINDA LAWRENCE | ABIGAIL ANDRE |
| Trial Attorneys | RACHEL HANKEY |
| | BETHANY ENGEL |
| | Trial Attorneys |
| | |
| /s/ R. Michael Underhill | /s/ Steven O'Rourke |
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone: 202-514-2779 |
| Telephone: 415-436-6648 | Facsimile: 202-514-2583 |
| Facsimile: 415-436-6632 | E-mail: steve.o'rourke@usdoj.gov |
| E-mail: mike.underhill@usdoj.gov | |
| | DANA J. BOENTE |
| | United States Attorney |
| | Eastern District of Louisiana |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |
| | 650 Poydras Street, Suite 1600 |

New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  May 15, 2013. /s/  Steve O'Rourke
U.S. Department of Justice