UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER ON THE UNITED STATES' MOTION TO APPEAL DECISION OF THE MAGISTRATE JUDGE REGARDING CRIME-FRAUD MOTION TO COMPEL**

Upon consideration of the briefs of the Parties concerning the United States' Motion to Appeal Decision of the Magistrate Judge Regarding Crime-Fraud Motion to Compel, and the attachments thereto, this Court finds that the United States has demonstrated that the crime-fraud exception applies, and the United States' motion to compel should be granted in full. Therefore, BP shall produce all documents on which it previously asserted privilege, regardless of whether those documents were included on a privilege log, that relate to the development of (1) BP's statements to Congress on May 4, 2010, and BP's correspondence with Congress on May 24, 2010 and June 25, 2010; (2) the May 19, 2010 email from Doug Suttles to Adm. Landry; and (3) the Forms 6-K furnished to the SEC on April 29 and 30 and May 4, 2010 by BP p.l.c.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE