# Exhibit 5

```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )  SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN
```

****************
VOLUME 1
****************

Deposition of 30(b)(6) DEPOSITION OF BP, BY AND THROUGH SIMON BISHOP, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 27th day of September, 2012.

1    Q.    Okay.  And you recall another
2    possible explanation was loss of integrity in
3    the wellbore?
4    A.    Would be consistent with a lower
5    wellhead pressure, yes, sir.
6    Q.    Okay.  So it would be a good
7    idea to know whether that low wellhead
8    pressure was a result of a loss of integrity
9    or a high flow rate; is that fair?
10   MR. ROMAN:  Object to the form.
11   A.    I personally agree that that
12   would be a very important condition.
13   Q.    (BY MR. CHAKERES)  Okay.  Let us
14   look at -- before we go there, did you review
15   in the -- and concede, no need to -- to
16   object on this basis -- that the actual
17   shut-in protocol for -- for shutting in the
18   well, did you -- did you review that
19   procedure?  It's not within your 30(b)(6)
20   topic.  I'm -- I'm just asking if you've seen
21   it.
22   A.    No, sir, I have not seen it.
23   Q.    Okay.  So you're not familiar
24   with the precise order of operations in
25   shutting in the well?

```
        1    here.  I would need information -- more
        2    information to make a proper comment on this,
        3    sir.
        4         Q.    (BY MR. CHAKERES)  Well, there
02:58   5    is the -- the phrase "Estimates of flowrate
        6    will be made"; is there not?
        7         A.    There is, sir.
        8         Q.    Okay.  Is one possible read of
        9    this phrase that estimates of flow rate will
02:58  10    be made?
       11         MR. ROMAN:  Object to the form, also
       12    beyond the scope.
       13         A.    It certainly states here
       14    estimates of flow rate so you're correct.
02:58  15         Q.    (BY MR. CHAKERES)  Okay. And I
       16    think we just stated before that if there is
       17    going to be a low shut-in pressure observed
       18    when the well was shut-in, that knowing what
       19    the flow rate was would be helpful in
02:58  20    differentiating whether a low shut-in
       21    pressure was a result of high flow rate or
       22    well integrity failure?
       23         MR. ROMAN:  Same objections.
       24         A.    Yes, sir.
02:58  25         Q.    (BY MR. CHAKERES)  Okay.  And so
```

```
 1    it would make sense to estimate flow rate at
 2    the time of shut-in to potentially rule out
 3    or -- or provide notice of well integrity
 4    problems?
 5         MR. ROMAN:  Same objections.
 6         Q.   (BY MR. CHAKERES)  Right?
 7         A.   So if it would be possible to
 8    measure flow rate, that, obviously, would be
 9    a very valuable piece of information.
10         Q.   Okay.  Do you have an opinion
11    about whether it was possible to measure flow
12    rate once the capping stack was installed?
13         MR. ROMAN:  Object to the form;
14    objection, way beyond the scope.
15         A.   Sir, this is not something that
16    I -- I undertake in my -- my personal
17    discipline; therefore, I would find it very
18    difficult to comment on that to my
19    satisfaction.
20         Q.   (BY MR. CHAKERES)  I don't know
21    if that quite -- my question -- my question
22    is do you know if it was possible to -- to
23    calculate flow rate when the capping stack
24    was -- was put on?
25         MR. ROMAN:  Same -- same objections.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of 30(b)(6)
DEPOSITION OF BP, BY AND THROUGH SIMON
BISHOP, taken at Pan-American Building,
601 Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 28th day of
September, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | you're far away from zero, how would you know         |
|       | 2  | how long to extend the line?                          |
|       | 3  | Did I read that correctly?                            |
|       | 4  | A.   Yes, sir, you did.                               |
| 11:54 | 5  | Q.   And does this just reflect the                   |
|       | 6  | fact that had BP known the flow rate at that          |
|       | 7  | point, it would have been a useful data point         |
|       | 8  | in interpreting shut-in top hole pressure?            |
|       | 9  | MR. ROMAN:  Object; form and scope.                   |
| 11:54 | 10 | A.   Yes, sir.                                        |
|       | 11 | Q.   (BY MR. CHAKERES)  Okay.  And                    |
|       | 12 | I'd like to now go to Tab 112, which I think          |
|       | 13 | you have in the other binder.  And do you             |
|       | 14 | have in front of you an e-mail -- the top             |
| 11:55 | 15 | e-mail from Mr. Merrill to Kelly McAughan and         |
|       | 16 | others dated July 20th, 2010?                         |
|       | 17 | A.   Yes, sir, I do.                                  |
|       | 18 | Q.   Okay.  We're going to go ahead                   |
|       | 19 | and mark this as Exhibit 9340.  And first             |
| 11:55 | 20 | ask, do you recall reviewing this e-mail in           |
|       | 21 | preparation for your deposition?                      |
|       | 22 | A.   May I just read it, sir, please?                 |
|       | 23 | Q.   Go ahead.                                        |
|       | 24 | A.   Sorry, I don't recall seeing                     |
| 11:56 | 25 | this specific e-mail before, but the -- I've          |

```
 1                Did I read that correctly?
 2         A.     Yes, sir, you did.
 3         Q.     And does this reflect that had
 4   BP known the flow rate at that point in time,
 5   it would inform its ability to interpret the
 6   pressure response of the reservoir after
 7   shut-in?
 8         MR. ROMAN:  Objection; form and scope.
 9         A.     Sir, in the pressure transient
10   analysis that's being referenced here, then
11   the -- an input for that pressure transient
12   analysis is rated in order to be able to
13   determine reservoir properties, sir.
14         Q.     (BY MR. CHAKERES)  And it would
15   be -- it would be beneficial if BP had as
16   much confidence as possible in that input; is
17   that correct?
18         MR. ROMAN:  Same objections.
19         A.     Sir, if a -- if a rate were
20   available, that would allow pressure
21   transient analysis that is -- with that rate
22   as an input to provide information about the
23   reservoir.
24         Q.     (BY MR. CHAKERES)  And
25   understanding more precisely the actual rate
```

|  |  |
|---|---|
| 1 | of flow would likely lead to a better |
| 2 | pressure transient analysis than having to |
| 3 | assume a range of rates; is that fair? |
| 4 | MR. ROMAN: Same objections. |
| 11:58  5 | A. As a -- as an input, the more |
| 6 | accurate the input, clearly the more accurate |
| 7 | the output. So, yes, I agree. |
| 8 | Q. (BY MR. CHAKERES) Okay, thank |
| 9 | you. |
| 11:58 10 | I'd like now if you could go |
| 11 | with me to Tab 87. And we did mark that |
| 12 | document as an exhibit? Yes. |
| 13 | Do you have in front of you an |
| 14 | e-mail from Kate Baker to Roberta Wilson, |
| 11:59 15 | Trevor Hill, and Paul Tooms, dated July 4, |
| 16 | 2010? |
| 17 | A. Yes, sir, I do. |
| 18 | Q. Okay. We'll go ahead and mark |
| 19 | that as document -- as Exhibit No. 9341. And |
| 11:59 20 | I'll go ahead and ask if you're familiar with |
| 21 | this e-mail chain. |
| 22 | A. Again, if I may read it, please, |
| 23 | sir. |
| 24 | I've read it, sir, thank you. |
| 12:01 25 | Q. And are you familiar with this |