# Exhibit 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*******************
VOLUME 1
*****************

Deposition of TREVOR J. HILL, taken at Kirkland & Ellis International, 30 St. Mary Axe, 22nd Floor, London EC3A 8AF, England, United Kingdom, on the 14th of January, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.  (BY MR. CERNICH)  Even though the E-mail
 2   references flow rate estimation work?
 3             MS. KARIS:  Object to the form.
 4        A.  Yeah.  I believe that title originated
 5   with the E-mails before I was on the circulation
 6   list.
 7        Q.  (BY MR. CERNICH)  Okay.  But -- but --
 8   again, you never told anyone -- you never told
 9   Mr. Leonard that you were not engaged in flow rate
10   estimation work; is that right?
11             MS. KARIS:  Object to the form.
12        A.  As a direct statement, no.
13        Q.  (BY MR. CERNICH)  You would -- you would
14   acknowledge that the influence of flow rate in the
15   assessment of the likely overall or -- I'm sorry.
16   Let me start that again.  Strike that.
17             You would acknowledge the influence
18   of flow rate in the assessment of the likely
19   overall effectiveness of source control methods,
20   right?
21             MS. KARIS:  Object to form.
22        A.  Yes.  Yes.
23        Q.  (BY MR. CERNICH)  Okay.  And so flow rate
24   was relevant to -- to source control?
25        A.  Flow rate was relevant to source control.
```

```
 1          Q.   Throughout the -- throughout the response?
 2          A.   That's correct.
 3          Q.   And it was also relevant at the time of a
 4     well integrity test, correct?
 5          A.   At the -- yes.  At the time of the test,
 6     it was relevant.
 7          Q.   Okay.  Because having an idea of -- of the
 8     flow rate would provide you with a better
 9     opportunity to -- to characterize the -- the
10     reservoir and the depletion from the reservoir; is
11     that right?
12          A.   It -- it's a contributing factor, yes.
13          Q.   Okay.  And depletion of the reservoir was
14     a -- was a critical issue during the well
15     integrity test, correct?
16               MS. AVERGUN:  Objection to form.
17          A.   It's outside of my direct subject area, so
18     I -- to use the word "critical," I don't know that
19     it was a factor.
20          Q.   (BY MR. CERNICH)  Okay.  Because in order
21     to try to determine whether the -- the shut-in
22     wellhead pressure reflected a -- an integral well,
23     you -- you -- you needed to characterize the --
24     the depletion of the -- the reservoir.  So, in
25     other words, if the reservoir had depleted
```