# Exhibit 14

U.S. Department of
Homeland Security

United States
Coast Guard

Commander
Eighth Coast Guard District

Hale Boggs Federal Building.
500 Poydras Street
New Orleans, LA 70130
Staff Symbol (dl)
Phone: (504) 671-2331

16480
May 17, 2010

Doug Suttles
Chief Operating Officer
Exploration & Production
BP America Inc.
501 WestLake Park Boulevard
Houston, Texas 77079

Dear Mr. Suttles:

As we continue our effort to respond to the oil spill from the Deepwater Horizon well, I believe it is prudent to continue to gather and evaluate all available evidence as to the outflow rate of oil from the well. In that regard, I request that you provide my designated representative(s) with full access to all information related to the oil discharge rate as soon as possible. This material will help us continue to hone our efforts to respond most effectively to the spill and to mitigate the ongoing threat to our environment and coastal communities.

Sincerely,

*Mary E. Landry*

MARY E. LANDRY
Rear Admiral, U.S. Coast Guard
Federal On-Scene Coordinator

HCG042-004845