# Exhibit 15

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL          )    MDL NO. 2179
     by the OIL RIG,            )
 4   DEEPWATER HORIZON in       )    SECTION "J"
     the GULF OF MEXICO,        )
 5   April 20, 2010             )    JUDGE BARBIER
                                )
 6                              )    MAG. JUDGE
                                )    SHUSHAN
 7
```

**VOLUME 1**

Deposition of **DAVID RAINEY**, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on June 2, 2011.

**APPEARANCES:**

Mr. Duke Williams
Mr. Christopher Zainey
WILLIAMS LAW GROUP
909 Poydras Street, Suite 1650
New Orleans, Louisiana 70112
(985) 876-7595

```
 1   you could please turn to Tab 23 in your
 2   binder.
 3        A.    Okay.
 4        Q.    And this is an e-mail, it starts
 5   at the top:  From Doug Suttles to John Lynch
 6   and Andy Inglis.
 7             But if we work down the e-mail
 8   chain, it starts with you forwarding a flow
 9   rate note to Mr. Suttles.  And the attachment
10   to -- and this e-mail is dated May 19th,
11   2010.
12             And the attachment is -- is a
13   document that is entitled:  Mississippi
14   Canyon 252 #1 Flow Rate Calculations.
15             Mr. Rainey, is this the memo
16   that you referred to earlier when you were
17   discussing or we were discussing your
18   May 17th calculations?
19        A.    I believe it is, yes.  I'm not
20   used to seeing it printed in this format
21   but --
22        Q.    Yeah, for whatever reason that's
23   the way it printed when we got it.  And if
24   you take a look at that and tell me whether
25   it appears that the memo and the attachments
```

```
 1   to that memo appear to be complete to you.
 2           (Discussion off the record.)
 3         A.    Yes, this looks to be complete
 4   at first glance.
 5         Q.    (BY MR. CERNICH)  And did you
 6   prepare this memo, Mr. Rainey?
 7         A.    Yes, I did.
 8         Q.    And did anyone assist you in
 9   preparing this memo?
10         A.    It was reviewed by Doug Suttles.
11         Q.    Did he ask you to prepare this
12   memo?
13         A.    No.
14         Q.    Did someone ask you to prepare
15   this memo?
16         A.    A request was made.  This was my
17   response to the request, not a specific
18   request to prepare a memo.
19         Q.    Okay.  And what was -- what was
20   the request?
21         MR. LANCASTER:  Object and ask you to
22   lay some additional foundation as to who,
23   what and where because I'm going to be
24   instructing the witness not to answer some
25   questions based upon privilege grounds.
```

```
 1            MR. CERNICH:  Okay.
 2       Q.      (BY MR. CERNICH)  Why did you
 3  prepare this memo?
 4            MR. LANCASTER:  That would call for
 5  disclosure of conversations with counsel, so
 6  I instruct the witness not to answer based
 7  upon privilege.  You could get the "who" out
 8  there, if you want.
 9       Q.      (BY MR. CERNICH)  Who asked you
10  to prepare this memo?
11       A.      Nobody asked me to prepare the
12  memo.  I prepared the memo in response to a
13  request from BP's counsel.
14       Q.      From BP's?
15       A.      Counsel.
16       Q.      Counsel.  Did BP's counsel
17  review drafts of this memo?
18       A.      Yes, they did.
19       Q.      And is this the final version of
20  that memo?
21       A.      I believe it is.  The only --
22  there was one edit that was made to the final
23  sentence, and I can't remember whether this
24  is the final or the original version.
25       Q.      Did you --
```