# Exhibit 17
## to

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO APPEAL DECISION OF THE MAGISTRATE JUDGE REGARDING CRIME-FRAUD MOTION TO COMPEL (Dkt. No. 9592)**

# [PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to attach Exhibit 17 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.