# Exhibit 25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*****************

VOLUME 1

*****************

Deposition of 30(b)(6)

DEPOSITION OF BP, BY AND THROUGH CHARLES HOLT, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 28th day of November, 2012.

exactly what the numbers were, but some kind of worst -- worst case modeling, because if we can stab it with some worst case numbers, then, you know, we'll always have lesser numbers. That's the way the modeling -- and as it turns out, we would have been able to stab it with some worst case numbers, and so at the end of the day whatever the flow rate was wouldn't have affected because we used worst case numbers. I don't remember what that number was specifically, but...

Q. (BY MS. STRIPPOLI) But put -- putting the numbers aside and putting the actual flow rate aside, flow rate in and of itself, the stream of flow coming out of the well impacts whether or not you can exercise that source control option of putting a second BOP on that original BOP, correct?

MR. DRAKE: Objection; form.

MR. CASEY: Same.

A. Yes, there were -- there were calculations done to determine the impact of the flow coming out of the first BOP and our ability to stab a second BOP, because of that concern.

THE STATE OF LOUISIANA :
PARISH OF ORLEANS :

I, PHYLLIS WALTZ, a Certified Court Reporter, Registered Professional Reporter, and Certified Realtime Reporter in and for the State of Louisiana, do hereby certify that the facts as stated by me in the caption hereto are true; that the above and foregoing answers of the witness, 30(b)(6) DEPOSITION OF BP, BY AND THROUGH CHARLES HOLT, to the interrogatories as indicated were made before me by the said witness after being first duly sworn to testify the truth, and same were reduced to typewriting under my direction; that the above and foregoing deposition as set forth in typewriting is a full, true, and correct transcript of the proceedings had at the time of taking of said deposition.

I further certify that I am not, in any capacity, a regular employee of the party in whose behalf this deposition is taken, nor in the regular employ of his attorney; and I certify that I am not interested in the cause, nor of kin or counsel to either of the parties.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the 28TH day of NOVEMBER, 2012.

NDTCA Signed Electronic Transcript

Phyllis Waltz

PHYLLIS WALTZ, RPR, CRR
TEXAS CSR, TCRR NO. 6813
Expiration Date: 12/31/13
LOUISIANA CCR NO. 2011010
Expiration Date: 12/31/12
NEW MEXICO CCR NO. 610
Expiration Date: 12/31/12

Worldwide Court Reporters, Inc.
Firm Certification No. 223
3000 Weslayan, Suite 235
Houston, Texas 77027
(713) 572-2000

I, CHARLES HOLT, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

______________________
30(b)(6) DEPOSITION OF BP, BY AND THROUGH CHARLES HOLT, VOLUME 1

STATE OF LOUISIANA )
PARISH OF ___________ )

Before me, ____________________, on this day personally appeared CHARLES HOLT, known to me, or proved to me under oath or through ____________________) (description of identity card or other document)), to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on this, the _____ day of ___________, _____.

______________________________
NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

My Commission Expires: ____________________

366

those are all the questions I have.

MR. CASEY: Thank you, sir.

THE WITNESS: Thank you, Doug.

05:06 THE VIDEOGRAPHER: The time is 5:06 p.m., and we're off the record.

(The deposition recessed at 5:06 p.m.)

367

WITNESS CORRECTIONS AND SIGNATURE

30(b)(6) DEPOSITION OF BP, BY AND THROUGH CHARLES HOLT NOVEMBER 28, 2012

Please indicate changes on this sheet of paper, giving the change, page number, line number and reason for the change. Please sign each page of changes.

PAGE/LINE CORRECTION REASON FOR CHANGE

30(b)(6) DEPOSITION OF BP, BY AND THROUGH CHARLES HOLT, VOLUME 1

368

I, CHARLES HOLT, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

30(b)(6) DEPOSITION OF BP, BY AND THROUGH CHARLES HOLT, VOLUME 1

STATE OF LOUISIANA )
PARISH OF __________ )

Before me, __________________, on this day personally appeared CHARLES HOLT, known to me, or proved to me under oath or through __________________) (description of identity card or other document)), to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on this, the _____ day of __________, _____.

NOTARY PUBLIC IN AND FOR THE STATE OF LOUISIANA

My Commission Expires: __________________

369

THE STATE OF LOUISIANA :
PARISH OF ORLEANS :

I, PHYLLIS WALTZ, a Certified Court Reporter, Registered Professional Reporter, and Certified Realtime Reporter in and for the State of Louisiana, do hereby certify that the facts as stated by me in the caption hereto are true; that the above and foregoing answers of the witness, 30(b)(6) DEPOSITION OF BP, BY AND THROUGH CHARLES HOLT, to the interrogatories as indicated were made before me by the said witness after being first duly sworn to testify the truth, and same were reduced to typewriting under my direction; that the above and foregoing deposition as set forth in typewriting is a full, true, and correct transcript of the proceedings had at the time of taking of said deposition.

I further certify that I am not, in any capacity, a regular employee of the party in whose behalf this deposition is taken, nor in the regular employ of his attorney; and I certify that I am not interested in the cause, nor of kin or counsel to either of the parties.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the 28TH day of NOVEMBER, 2012.

PHYLLIS WALTZ, RPR, CRR
TEXAS CSR, TCRR NO. 6813
Expiration Date: 12/31/13
LOUISIANA CCR NO. 2011010
Expiration Date: 12/31/12
NEW MEXICO CCR NO. 610
Expiration Date: 12/31/12

Worldwide Court Reporters, Inc.
Firm Certification No. 223
3000 Weslayan, Suite 235
Houston, Texas 77027
(713) 572-2000