# Exhibit 26

| | |
|---|---|
| **From:** | Chris Matice [Chris.Matice@stress.com] |
| **Sent:** | Friday, April 30, 2010 4:34 PM |
| **To:** | Simpson, Richard; William Burch; Jim Wellings (BP); Charlie Holt (BP) |
| **Cc:** | Harbinder Pordal; Anup Paul |
| **Subject:** | RE: Flow Rate for first modeling run : BP Macondo Plume Modeling Parameters |
| **Sensitivity:** | Confidential |

Understood

Christopher J. Matice, Ph.D., P.E.(*)
Principal
Stress Engineering Services, Inc.
5380 Courseview Dr.
Mason, OH 45040
Phone: 513-336-6701
Fax: 513-336-6817
chris.matice@stress.com
An Employee Owned Company
www.stress.com

* Licensed in OH and TX


-----Original Message-----
From: Simpson, Richard [mailto:Richard.Simpson@bp.com]
Sent: Friday, April 30, 2010 5:29 PM
To: Chris Matice; William Burch; Jim Wellings (BP); Charlie Holt (BP)
Cc: Harbinder Pordal; Anup Paul
Subject: Flow Rate for first modeling run : BP Macondo Plume Modeling Parameters
Importance: High
Sensitivity: Confidential

Chris,

NOTE: Confidential information

For the first run, use 70,000 bpd

For the second run, 35,000 bpd

Third run, 17,500 bpd


Regards,

Richard Simpson, MNI
Master Mariner / OIM

Marine Specialist,
Canadian Beaufort Sea, BP NAAE

Marine Authority,
BP Canada

1

10518
Exhibit No. _____
Worldwide Court
Reporters, Inc.

Project:   2361049                    SES 00066315

Direct 1.281.366.2275
Mobile 1.713.357.8973
Richard.Simpson@BP.com

-----Original Message-----
From: Chris Matice [mailto:Chris.Matice@stress.com]
Sent: Friday, April 30, 2010 4:19 PM
To: William Burch
Cc: Simpson, Richard; Harbinder Pordal; Anup Paul
Subject: RE: BP Macondo Plume Modeling Parameters

Bill:

These runs will likely take 10 - 12 hours each.  We should start with our best estimate.

Thanks,
Chris

Christopher J. Matice, Ph.D., P.E.(*)
Principal
Stress Engineering Services, Inc.
5380 Courseview Dr.
Mason, OH 45040
Phone: 513-336-6701
Fax: 513-336-6817
chris.matice@stress.com
An Employee Owned Company
www.stress.com

* Licensed in OH and TX


-----Original Message-----
From: William Burch [mailto:bburch@wildwell.com]
Sent: Friday, April 30, 2010 5:06 PM
To: Chris Matice
Cc: Simpson, Richard; Harbinder Pordal; Anup Paul
Subject: Re: BP Macondo Plume Modeling Parameters

Agreed. I'll get preliminary Enterprise stack drawings forwarded - the design options are still being worked.

Rate estimations are very unkown as we discussed. 5,000 bbl minimum then run some sensivities on flow - maybe 10,000, 20,000, 40,000, 80,000, 160,000 bbls if this is easy. If there is significant computational time in each run, let's discuss the best way to capture the most value for the least number of runs.

Bill

Sent from my iPhone

On Apr 30, 2010, at 4:01 PM, "Chris Matice" <Chris.Matice@stress.com<mailto:Chris.Matice@stress.com>> wrote:

Bill:

2

Project:   2361049                    SES 00066316

Thanks for this data. This gives us enough geometrical information to start modeling the Horizon BOP. We also have sufficient material data.

As we discussed, we will start the modeling effort at 5000 bpd flow rate, flowing vertically from the cut 18.75 inch riser. Based on the data provided we will use a gas-to-oil ratio of 2900 SCF/bbl.

Our second model will simulate the stack with the Enterprise BOP in place and with flow existing the perforations in the riser. Please forward dimensions of the Enterprise BOP and the perforation pattern on the riser as soon as you have these available.

Thanks,
Chris

Christopher J. Matice, Ph.D., P.E.(*)
Principal
Stress Engineering Services, Inc.
5380 Courseview Dr.
Mason, OH 45040
Phone: 513-336-6701
Fax: 513-336-6817
<mailto:chris.matice@stress.com>chris.matice@stress.com<mailto:chris.matice@stress.com>
An Employee Owned Company
<http://www.stress.com>www.stress.com<http://www.stress.com>

* Licensed in OH and TX

From: William Burch [mailto:bburch@wildwell.com]
Sent: Friday, April 30, 2010 3:37 PM
To: Chris Matice
Cc: Simpson, Richard
Subject: BP Macondo Plume Modeling Parameters

Chris,

See attached data requested for plume modeling. If you have any questions or need clarifications, please don't hesitate to call or email. Thanks very much,

Bill

William Burch
Wild Well Control, Inc.
Well Control Engineer
<mailto:wburch@wildwell.com>wburch@wildwell.com<mailto:wburch@wildwell.com> * <http://www.wildwell.com>
www.wildwell.com<http://www.wildwell.com>
281.784.4700 phone  *  281.784.4750 fax
"Experience Makes The Difference"

The contents of this message are provided for informational purposes only. Wild Well Control, Inc. does not guarantee the accuracy or completeness of the contents and assumes no liability whatsoever for loss or damage arising out of recipient's reliance on or use of the information provided herein. This message contains confidential information and is intended solely for the named recipient(s). If you are not the intended recipient, please immediately contact the sender by return e-mail and destroy all copies of the original message. Thank you.

Project:   2361049                SES 00066317