# Exhibit 27

**From:** Hill, Trevor
**Sent:** Mon May 17 22:14:51 2010
**To:** Wood, Douglas G
**Subject:** FW: Pressure build-up
**Importance:** Normal
**Attachments:** image001.jpg

Doug

Please see point 1 as you interface with kill team...

Regards
Trevor

---

**From:** Lockett, Tim
**Sent:** 17 May 2010 23:00
**To:** Hill, Trevor
**Subject:** RE: Pressure build-up

Trevor

I have yet to review the ppt files from Ole. I am off-site tomorrow but be in on Wednesday to meet up.

My thoughts (based on the covering email):

1) The apparent reliance in Ole's email on the 5 mbd number, which has little if no origin, is concerning. From all the different ways we have looked at flowrate, 5 mbd would appear to err on the low side. I will therefore be looking to see that the dynamic well kill modelling has been tested at higher well rates. If this hasn't been done, yet, then could you initiate this with Ole.

2) Maybe I am being pessimistic but my first thought when I heard of the fall in pressure upstream of the BOP is that this is bad news rather than good, my thought would go to reduced restriction within the BOP. The insertion of the insertion pipe has increased back-pressure at the kink - we should have seen an increase in pressure transmitted back to the upstream side of the BOP.

Tim

---

**From:** Hill, Trevor
**Sent:** 17 May 2010 15:31
**To:** Lockett, Tim
**Subject:** FW: Pressure build-up

| Exhibit No. 8865 |
|---|
| Worldwide Court Reporters, Inc. |

CONFIDENTIAL                                                                                     BP-HZN-2179MDL04833812

**From:** Ole B. Rygg [mailto:Ole.Rygg@addenergy.no]
**Sent:** 16 May 2010 17:26
**To:** Hill, Trevor
**Cc:** Mix, Kurt; Thomas Selbekk
**Subject:** RE: Pressure build-up

Hi Trevor,
I have not yet, completed a report on all the findings due to the time contraints, but have
instead included my findings in power point presentations.

Please find two of those enclosed.

As you can see (shut-in presentation), the last reduction in pressure drop at the welhead (Yesterday), will give more gas in the well
and an increased gas cusion during shut-in. UNLESS, the reduction in wellhead pressure is due to an increased
flow rate and the restrictions at the wellhead is giving away. This means a large hole in the BOP stack an less chance of ever
being able to do a dynamic top kill, since the required rate through the stack to achieve the required pressure drop is to high.

Be aware that we are working on the 5000 bopd case. That could be too optimistic.

I am currently working on bullheading modelling for the top kill option.

Please give me a call if you want to discuss. I have a local cell phone number: . 409 392 3095

Regards, Ole


cid:3310015153_18375562

**Dr. Ole B. Rygg**
Managing Director, add wellflow as
Vice President, Drilling & Production, add energy group

mob +47 91 17 09 04 | dir +47 66 98 32 91 | fax +47 66 98 32 99
mail  ole.rygg@addenergy.no

**add wellflow as**
Billingstadsletta 19B | P.O. Box 165 | N-1376 Billingstad | Norway
 addenergy.no

This message (including any attachments) contains confidential information intended for a specific

CONFIDENTIAL

BP-HZN-2179MDL04833813

individual and purpose, and is protected by law.
If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**From:** Mix, Kurt [mailto:Kurt.Mix@bp.com]
**Sent:** 16. mai 2010 17:48
**To:** Hill, Trevor
**Cc:** Ole B. Rygg
**Subject:** RE: Pressure build-up


Please include Trevor on the distribution of the latest modeling done on the current measured wellhead pressures.  Kurt

---

**From:**   Hill, Trevor
**Sent:**   Friday, May 14, 2010 8:45 AM
**To:**   Mix, Kurt
**Subject:**     Pressure build-up
Kurt
After the discussions yesterday I am keen to see any report produced by Ole Rygg on the flow modeling and pressure build-up please.  I am happy to ask him directly, but wanted to check with you first.
Regards
Trevor
*Trevor Hill*
*E&P Engineering Technical Authority - Flow Assurance*
*+44 (0)7879 486974*
BP Exploration Operating Co Ltd
Registered office: Chertsey Road, Sunbury on Thames, Middlesex, TW16 7BP, United Kingdom
Registered in England and Wales, number 305943
 Flow Assurance BP Intranet Site        Flow Assurance in BP Connect

CONFIDENTIAL

BP-HZN-2179MDL04833814