UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal unredacted versions of the memorandum and certain exhibits, Dkt. No. 10002, in support of its Motion to Appeal Decision of the Magistrate Judge Regarding Crime-Fraud Motion to Compel.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the memorandum and Exhibits 2, 16, 17, 20, 21, 23, and 24 shall be filed under seal.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE