## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL TURNER** | * | **CIVIL ACTION NO. 13-1035** |
| | * | |
| **versus** | * | **SECTION: J** |
| | * | |
| **BP EXPLORATION & PRODUCTION, INC.,** | * | **MAGISTRATE: 1** |
| **BP AMERICA PRODUCTION COMPANY,** | * | |
| **and BP P.L.C.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned Notary, personally came and appeared, Brittany Z. Dupree, who, after being duly sworn, deposed as follows:

That on April 24, 2013 I place in the U.S. mail via certified mail the Complaint for the above captioned lawsuit and Summons to BP Exploration & Production, Inc., with sufficient postage affixed. See Exhibit 1, attached.

That on May 1, 2013, the Falcon Law Firm received confirmation of service of the Summons and Complaint effected upon the defendant, BP Exploration & Production, Inc. See Exhibit 2, attached.

That she performed these tasks in her capacity as administrative assistant to Timothy J. Falcon, counsel for plaintiff in the above captioned matter; and

That the above and foregoing is based upon her own personal knowledge, information and belief.

BRITTANY Z. DUPREE

Sworn to and Subscribed Before me, Notary, this 9th day of May, 2013.

NOTARY PUBLIC

1

**Timothy J. Falcon**
**Attorney and Notary**
**Louisiana Bar Roll No. 16909**
**My Commission Expires at Death**