UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:        Oil Spill by the Oil Rig            MDL No.       2179
              "Deepwater Horizon" in
              the Gulf of Mexico on               Section :      J
              April 10,2010

This Document Relates to:                         Judge Barbier
2:10-cv-08888-CJB-SS                              Magistrate Shushan

_____

**ATTACHMENT "A"**

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1. Faye Summers | 100 Woodbranch Court<br>Lafayette, LA 70503<br>"Doc. No. 67488" | (337) 984-0951 |