IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

-----------------------------------------------------------------------

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

The authorized representative of Claimant, Byron J. Gisclair, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ William J. Roberts                    /s/ Orran Brown

William L. Roberts                         Orran L. Brown
Attorney for Claimant's Representative     VSB No.: 25832
Faegre Baker Daniels LLP                   BrownGreer PLC
2200 Wells Fargo Center                    115 S. 15th Street, Suite 400
90 S. Seventh Street                       Richmond, Virginia 23219
Minneapolis, Minnesota 55402               (804) 521-7200
(612) 766-7508
Date:   4-22-13                            Date:   5/8/13

1