UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Ceding Time in Phase Two Expert Depositions]

On November 18, 2011, an issue arose concerning whether ceding time in the deposition of an expert should be permitted. BP contended it should not be permitted. Others were in favor of it. Rec. doc. 4847 at 13-16. The parties commented by email after the conference. BP renewed its opposition. The PSC, Transocean, Cameron and Halliburton were in favor of ceding time. On November 21, 2011, an order was issued providing that the ceding of time in Phase One expert depositions was prohibited. Rec. doc. 4661.

The issue has returned for Phase Two expert depositions. The U.S. contends that there should be no ceding of time while BP and Anadarko argue it should be permitted.

IT IS ORDERED that: (1) the ceding of time in Phase Two expert depositions is prohibited;[1] and (2) the deadline for appeal of this is order is **Friday, May 24, 2013.**

New Orleans, Louisiana, this 15th day of May, 2013.

                                                                _____
                                                                SALLY SHUSHAN
                                                                United States Magistrate Judge

---

[1] The parties may certainly ask other parties with whom their interests are aligned to coordinate questioning and cover issues for them.