UNITED STATES POSTAL SERVICE
BATON ROUGE LA
13 MAY 2013 PM 3 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**RETURN TO:**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

DCL BP/Tunica Gaming Authority

---

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X
B. Received By: (Please Print Clearly)
C. McLaughlin
C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City     State     ZIP + 4 Code



CERTIFIED MAIL

9414 7112 0108 0972 9362 42

RETURN RECEIPT REQUESTED
Article Addressed To:

BP Exploration & Production Inc.
Through It's Registered Agent
CT Corporation System
5615 Corporate Blvd Suite 400B
Baton Rouge LA 70808-2536