USPS.com® - Track & Confirm   TUNICA V. BP   Page 1 of 1
Case 2:10-md-02179-CJB-DPC   Document 10046-1   Filed 05/16/13   Page 1 of 1
2:13CV01557

English    Customer Service    USPS Mobile                                                                Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools         Ship a Package      Send Mail       Manage Your Mail      Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9414711201080972939242 | First-Class Mail® | Delivered | May 13, 2013, 9:57 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 13, 2013<br>Certified Mail™<br>Return Receipt |
| | | Arrival at Unit | May 13, 2013, 9:39 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 11, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 11, 2013, 4:55 am | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 11, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 10, 2013, 11:34 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 10, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 10, 2013, 10:19 pm | LAFAYETTE, LA 70508 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.