Case 2:10-md-02179-CJB-DPC Document 10047 Filed 05/16/13 Page 1 of

**Return Mail to:**
Baton Rouge, LA 70808-2506
5615 Corporate Blvd., Suite 400B
CT Corporation System
Through it's Registered Agent
BP Exploration & Production, Inc.

RETURN RECEIPT REQUESTED

Article Addressed To:

9414 7112 0108 0948 0484 29

CERTIFIED MAIL

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy, Building B
Lafayette, LA 7508

PS Form 3800 6/02

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X _____

B. Received By: (Please Print Clearly)
_____

C. Date of Delivery
_____

D. Addressee's Address (If Different From Address Used by Sender):

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code



