David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X _____

B. Received By: (Please Print Clearly)
C McLaughlin

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

**CERTIFIED MAIL**

9414 7112 0108 0940 1280 82

**RETURN RECEIPT REQUESTED**

Article Addressed To:

BP Exploration & Production Inc.
Through It's Registered Agenet
CT Corporation System
5615 Corporate Blvd Suite 400B
Baton Rouge LA 70808-2536

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**RETURN TO:**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508



DW   BP Defendant Leasing l.o.