Aircraft leaving v. BP
2:13CV 1447

English    Customer Service    USPS Mobile                                Register / Sign In

**USPS.COM**

Quick Tools       Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PROOF DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 94147112010809401200802 | First-Class Mail® | Delivered | May 10, 2013, 9:46 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 11, 2013 Certified Mail™ Return Receipt |
|  |  | Arrival at Unit | May 10, 2013, 9:27 am | BATON ROUGE, LA 70808 |  |
|  |  | Depart USPS Sort Facility | May 10, 2013 | BATON ROUGE, LA 70826 |  |
|  |  | Processed at USPS Origin Sort Facility | May 10, 2013, 3:12 am | BATON ROUGE, LA 70826 |  |
|  |  | Processed at USPS Origin Sort Facility | May 9, 2013, 10:51 pm | BATON ROUGE, LA 70826 |  |
|  |  | Accepted at USPS Origin Sort Facility | May 9, 2013, 9:36 pm | LAFAYETTE, LA 70508 |  |
|  |  | Electronic Shipping Info Received | May 8, 2013 |  |  |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL                ON USPS.COM              ON ABOUT.USPS.COM         OTHER USPS SITES
Privacy Policy       Government Services      About USPS Home           Business Customer Gateway
Terms of Use         Buy Stamps & Shop        Newsroom                  Postal Inspectors
FOIA                 Print a Label with Postage   Mail Service Updates  Inspector General
No FEAR Act EEO Data Customer Service         Forms & Publications      Postal Explorer
                     Delivering Solutions to the Last Mile   Careers
                     Site Index

Copyright© 2013 USPS. All Rights Reserved.