UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**RETURN TO:**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy, Building B
Lafayette, LA 7508

M. RD. A.I - R.10 ThodeThoduote

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy, Building B
Lafayette, LA 7508

COMPLETE THIS SECTION ON DELIVERY
A. Signature: ( ☐ Addressee or ☐ Agent )
X _____
B. Received By: (Please Print Clearly)
C McLough
C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor  (Please Print Clearly)
Delivery Address

CERTIFIED MAIL

9414 7112 0108 0948 0456 26

**RETURN RECEIPT REQUESTED**

Article Addressed To:

BP Exploration & Production Inc.
Through It's Regisered Agent
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge LA 70808-2536