USPS.com® - Track & Confirm    BOLLINGER PRODUCTS V. BP    Page 1 of 1
Case 2:10-md-02179-CJB-DPC   Document 10050-1   Filed 05/16/13   Page 1 of 1
2:13cv1388

English        Customer Service        USPS Mobile                                                        Register / Sign In



Search USPS.com or Track Packages

Quick Tools              Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9414711201108094804XXXX | First-Class Mail® | Delivered | May 9, 2013, 9:48 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 10, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 9, 2013, 9:31 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 9, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 9, 2013, 3:44 am | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 8, 2013, 10:43 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 8, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 8, 2013, 9:28 pm | LAFAYETTE, LA 70508 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL                              ON USPS.COM                        ON ABOUT.USPS.COM                  OTHER USPS SITES

Privacy Policy                     Government Services                About USPS Home                    Business Customer Gateway
Terms of Use                       Buy Stamps & Shop                  Newsroom                           Postal Inspectors
FOIA                               Print a Label with Postage         Mail Service Updates               Inspector General
No FEAR Act EEO Data               Customer Service                   Forms & Publications               Postal Explorer
                                   Delivering Solutions to the Last Mile    Careers
                                   Site Index

Copyright© 2013 USPS. All Rights Reserved.