**CERTIFIED MAIL**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X ⟨signature⟩

B. Received By: (Please Print Clearly)
C. McLaughlin

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

9414 7112 0108 0941 0603 50

**RETURN RECEIPT REQUESTED**

Article Addressed To:

BP Exploration & Production
Through It's Registered Agent
CT Corporation System
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808-2536

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**RETURN TO:**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508