MAXCI Holdings v. BP
2:13 CV 1460

English    Customer Service    USPS Mobile                                                    Register / Sign In

# USPS.COM

Quick Tools          Ship a Package       Send Mail       Manage Your Mail        Shop       Business Solutions

# Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9414711201080941060332 | First-Class Mail® | Delivered | May 10, 2013, 9:46 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 11, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 10, 2013, 9:27 am | BATON ROUGE, LA 70806 | |
| | | Depart USPS Sort Facility | May 10, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 10, 2013, 3:12 am | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 9, 2013, 10:51 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 9, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 9, 2013, 9:36 pm | LAFAYETTE, LA 70508 | |

## Check on Another Item

What's your label (or receipt) number?

LEGAL                      ON USPS.COM              ON ABOUT.USPS.COM          OTHER USPS SITES