David C. Laborde
The Laborde Law Firm
203 Energy Pkwy, Building B
Lafayette, LA 7508

COMPLETE THIS SECTION ON DELIVERY
A. Signature: (☐ Addressee or ☐ Agent)
X _____
B. Received By: (Please Print Clearly)
C McLaughlin
C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City

**CERTIFIED MAIL**

9414 7112 0108 0948 1696 36

**RETURN RECEIPT REQUESTED**
Article Addressed To:

BP Exploration & Production, Inc.
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge LA 70808-2536

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**RETURN TO:**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy, Building B
Lafayette, LA 7508