USPS.com® - Track & Confirm    Diamond Services v. BP    Page 1 of 1
Case 2:10-md-02179-CJB-DPC   Document 10052-1   Filed 05/16/13   Page 1 of 1
2:13cv1399

English     Customer Service     USPS Mobile                                                    Register / Sign In

**USPS.COM**                                                             Search USPS.com or Track Packages

Quick Tools           Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 94147112010809481606xx | First-Class Mail® | Delivered | May 9, 2013, 9:48 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 10, 2013<br>Certified Mail™<br>Return Receipt |
| | | Arrival at Unit | May 9, 2013, 9:31 am | BATON ROUGE, LA 70809 | |
| | | Depart USPS Sort Facility | May 9, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 9, 2013, 3:44 am | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 8, 2013, 10:43 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 8, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 8, 2013, 9:28 pm | LAFAYETTE, LA 70508 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL                       ON USPS.COM                    ON ABOUT.USPS.COM              OTHER USPS SITES
Privacy Policy ›            Government Services ›          About USPS Home ›              Business Customer Gateway ›
Terms of Use ›              Buy Stamps & Shop ›            Newsroom ›                     Postal Inspectors ›
FOIA ›                      Print a Label with Postage ›   Mail Service Updates ›         Inspector General ›
No FEAR Act EEO Data ›      Customer Service ›             Forms & Publications ›         Postal Explorer ›
                            Delivering Solutions to the Last Mile ›   Careers ›
                            Site Index ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction_input?qtc_tLabels1=941471120108094816...    5/16/2013