# Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 94147112010809487480[?] | First-Class Mail® | Delivered | May 9, 2013, 9:48 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 10, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 9, 2013, 9:31 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 9, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 9, 2013, 3:44 am | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 8, 2013, 10:49 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 8, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 8, 2013, 9:34 pm | LAFAYETTE, LA 70508 | |

**Check on Another Item**

What's your label (or receipt) number?