USPS.com® - Track & Confirm  Candymaking Inv v BP  Page 1 of 1
Case 2:10-md-02179-CJB-DPC   Document 10054-1   Filed 05/16/13   Page 1 of 1
2:13cv1444

English     Customer Service     USPS Mobile                                    Register / Sign In

USPS.COM

Quick Tools         Ship a Package      Send Mail    Manage Your Mail    Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9414711201080940090253 | First-Class Mail® | Delivered | May 9, 2013, 9:46 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 10, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 9, 2013, 9:31 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 9, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 9, 2013, 3:44 am | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 8, 2013, 10:43 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 8, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 8, 2013, 9:28 pm | LAFAYETTE, LA 70508 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL                     ON USPS.COM                ON ABOUT.USPS.COM           OTHER USPS SITES
Privacy Policy            Government Services        About USPS Home             Business Customer Gateway
Terms of Use              Buy Stamps & Shop          Newsroom                    Postal Inspectors
FOIA                      Print a Label with Postage Mail Service Updates        Inspector General
No FEAR Act EEO Data      Customer Service           Forms & Publications        Postal Explorer
                          Delivering Solutions to the Last Mile    Careers
                          Site Index

Copyright 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction_input?qtc_tLabels1=941471120108094009...    5/16/2013