UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**RETURN TO:**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

Dr. BP/Canady Causent LLC.

---

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

COMPLETE THIS SECTION ON DELIVERY
A. Signature: [ ] Addressee or [ ] Agent
X _____
B. Received By: (Please Print Clearly)
C McLaughlin
C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address

CERTIFIED MAIL

9414 7112 0108 0943 7685 37

RETURN RECEIPT REQUESTED
Article Addressed To:

BP Exploration & Production Inc.
Through It's Registered Agent
CT Corporation System
5615 Corporate Blvd Suite 400B
Baton Rouge LA 70808-2536