Candy Cruiser, LLC v. BP
2:13 CV 1434

English Customer Service USPS Mobile Register / Sign In

USPS.COM

Search USPS.com or Track Packages

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# Track & Confirm

GET EMAIL UPDATES PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9414711201080943760137 | First-Class Mail® | Delivered | May 10, 2013, 9:46 am | BATON ROUGE, LA 70898 | **Expected Delivery By:** May 11, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 10, 2013, 9:27 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 10, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 10, 2013, 3:12 am | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 9, 2013, 10:51 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 9, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 9, 2013, 9:36 pm | LAFAYETTE, LA 70508 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.