David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

CERTIFIED MAIL

9414 7112 0108 0940 2818 17

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)
C McLaugh...

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

RETURN RECEIPT REQUESTED

Article Addressed To:

BP Exploration & Production Inc.
Through It's Registered Agent
CT Corporation System
5615 Corporate Blvd Suite 400B
Baton Rouge LA 70808-2536

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

RETURN TO:

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508