2:13 CV 1428

English    Customer Service    USPS Mobile                                Register / Sign In

**USPS.COM**

Quick Tools          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

ON THIS PAGE    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9414711201108094028117 | First-Class Mail® | Delivered | May 9, 2013, 9:48 am | BATON ROUGE, LA 70898 | Expected Delivery By: May 10, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 9, 2013, 9:31 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 9, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 9, 2013, 3:44 am | BATON ROUGE, LA 70826 | |
| | | Processed at USPS Origin Sort Facility | May 8, 2013, 10:43 pm | BATON ROUGE, LA 70826 | |
| | | Electronic Shipping Info Received | May 8, 2013 | | |
| | | Accepted at USPS Origin Sort Facility | May 8, 2013, 9:28 pm | LAFAYETTE, LA 70508 | |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL                          ON USPS.COM                          ON ABOUT.USPS.COM                    OTHER USPS SITES

Privacy Policy ›              Government Services ›              About USPS Home ›                    Business Customer Gateway ›
Terms of Use ›               Buy Stamps & Shop ›               Newsroom ›                           Postal Inspectors ›
FOIA ›                       Print a Label with Postage ›       Mail Service Updates ›               Inspector General ›
No FEAR Act EEO Data ›       Customer Service ›                 Forms & Publications ›               Postal Explorer ›
                             Delivering Solutions to the Last Mile ›   Careers ›
                             Site Index ›

Copyright© 2013 USPS. All Rights Reserved.