UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

%/USA CMF-184  05/12

PB FORM 5811, 2/2004

**RETURN TO:**

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

 Broussard Brothers

David C. Laborde
The Laborde Law Firm
203 Energy Pkwy Bldg B
Lafayette, LA 70508

PS Form 3800

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X _____

B. Received By: (Please Print Clearly)
_Mc Laughlin_

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

*CERTIFIED MAIL*



9414 7112 0108 0948 6276 79

**RETURN RECEIPT REQUESTED**

Article Addressed To:

BP Exploration & Production Inc.
Through Its's Registered Agenet
CT Corporation System
5615 Corporate Blvd Suite 400B
Baton Rouge LA 70808-2536