UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL No. 2179<br>*<br>* SECTION: J<br>* |
| This Document Relates to: 13-456 | * Judge Barbier<br>* Mag. Judge Sushan<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO SEVER FOR EXPEDITED TRIAL TO DETERMINE PLAINTIFF'S RIGHT TO CURE BENEFITS

**NOW COMES PLAINTIFF**, Michael Vickers, who moves the Court to sever for expedited trial to determine plaintiff's rights to cure. The reasons supporting the granting of this motion are more fully set forth in the attached memorandum. Opposing counsel have been conferred with and object to the granting of this motion.

Respectfully submitted,

/s/ Timothy J. Falcon
Timothy J. Falcon, #16909
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, LA 70072
Telephone: 504.341.1234
Facsimile: 504.341.8115
Email: tim@falconlaw.com

and

Allen W. Lindsay, Jr., Esq.,

1

Florida Bar Roll No. 104956<br>
LINDSAY & ANDREWS<br>
5218 Willing Street<br>
Milton, FL 32570<br>
Telephone: 850.623.3200<br>
Facsimile: 850.623.0104<br>
Email: awl@lal-law.com

*Attorneys for Plaintiff,*
*Michael Brandon Vickers*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 13, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

       /s/ Timothy J. Falcon
       Timothy J. Falcon