UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: 13-456 | * * * * | Judge Barbier Mag. Judge Sushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

IT IS HEREBY ORDERED that the hearing on the Motion to Sever for Expedited Trial to Determine Plaintiff's Right to Cure Benefits is scheduled for June 5, 2013 at 9:30 a.m.

New Orleans, Louisiana this \_\_\_\_\_ day of May, 2013.

_____
Judge Carl J. Barbier
District Court Judge

1