

2. Article Number

7196 9008 9111 7587 7079

3. Service Type  **CERTIFIED MAIL**™

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**BP Exploration & Production, Inc.
5615 Corporate Boulevard, Ste 400B
Baton Rouge, Louisiana 70808**

PS Form 3811, January 2005    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by *(Please Print Clearly)*    B. Date of Delivery
C. Signature
X                                                    ☐ Agent
                                                     ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No