2. Article Number

7196 9008 9111 7587 7031

3. Service Type   CERTIFIED MAIL™

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware  19801**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAY 07 2013

PS Form 3811, January 2005   Domestic Return Receipt