**2. Article Number**

7196 9008 9111 7587 6997

**3. Service Type   CERTIFIED MAIL™**

**4. Restricted Delivery?** *(Extra Fee)*    ☐ Yes

**1. Article Addressed to:**

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    Joe Bowman    B. Date of Delivery  5/6

C. Signature    X _____    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes  ☐ No
   If YES, enter delivery address below:

PS Form 3811, January 2005          Domestic Return Receipt