| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Packages

| Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# Track & Confirm

**GET EMAIL UPDATES**    **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175876997 | First-Class Mail® | Delivered | May 6, 2013, 2:47 pm | HOUSTON, TX 77010 | Expected Delivery By: May 6, 2013  Certified Mail™  Return Receipt |
| | | Depart USPS Sort Facility | May 6, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 6, 2013, 1:15 am | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 5, 2013, 9:27 pm | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 5, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 4, 2013, 8:49 pm | HOUSTON, TX 77201 | |
| | | Processed at USPS Origin Sort Facility | May 3, 2013, 5:44 pm | MOBILE, AL 36619 | |
| | | Acceptance | May 3, 2013, 3:46 pm | MOBILE, AL 36606 | |

**Check on Another Item**

What's your label (or receipt) number?



## LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

## ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

## ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

## OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                    5/9/2013