| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7196 9008 9111 7587 6959 | A. Received by (Please Print Clearly): Joe Bowman  B. Date of Delivery: 5/6  C. Signature: X /s/ Bowman  ☐ Agent  ☐ Addressee  D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No |
| 3. Service Type   CERTIFIED MAIL™ | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |

1. Article Addressed to:

Sperry Drilling Services, a division of
Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas  77010

PS Form 3811, January 2005    Domestic Return Receipt