English     Customer Service     USPS Mobile                                              Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package        Send Mail         Manage Your Mail        Shop        Business Solutions

# Track & Confirm

[GET EMAIL UPDATES] [PRINT DETAILS]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175876959 | First-Class Mail® | Delivered | May 6, 2013, 2:47 pm | HOUSTON, TX 77010 | Expected Delivery By: May 6, 2013  Certified Mail™  Return Receipt |
| | | Depart USPS Sort Facility | May 6, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 6, 2013, 1:15 am | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 5, 2013, 9:27 pm | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 5, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 4, 2013, 8:49 pm | HOUSTON, TX 77201 | |
| | | Processed at USPS Origin Sort Facility | May 3, 2013, 8:09 pm | MOBILE, AL 36619 | |
| | | Dispatched to Sort Facility | May 3, 2013, 5:26 pm | MOBILE, AL 36606 | |
| | | Acceptance | May 3, 2013, 4:22 pm | MOBILE, AL 36606 | |

## Check on Another Item

What's your label (or receipt) number?



### LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

### ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

### ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

### OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                          5/9/2013