English    Customer Service    USPS Mobile                                            Register / Sign In

**USPS.COM**                                                     Search USPS.com or Track Packages

Quick Tools              Ship a Package       Send Mail        Manage Your Mail       Shop        Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**   **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175877093 | | Delivered | May 6, 2013, 9:46 am | BATON ROUGE, LA 70898 | Certified Mail™ |
| | | Arrival at Unit | May 6, 2013, 9:22 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 4, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed through USPS Sort Facility | May 3, 2013, 11:03 pm | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 3, 2013 | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 3, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 2, 2013, 8:05 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.