| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7196 9008 9111 7587 7055 | A. Received by (Please Print Clearly) — Signature: [signed] Madaine M Guah — B. Date of Delivery — Agent / Address — D. Is delivery address different from item 1? If YES, enter delivery address below: Yes / No — MAY 07 2013 |
| 3. Service Type  CERTIFIED MAIL™ | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |

1. Article Addressed to:

BP America Production Company
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

PS Form 3811, January 2005     Domestic Return Receipt