2. Article Number

7196 9008 9111 7587 7017

3. Service Type  CERTIFIED MAIL™

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Joe Bowman
B. Date of Delivery: 5/6
C. Signature: X Bowman
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
☐ Agent
☐ Addressee

PS Form