| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7196 9008 9111 7587 6973 | A. Received by (Please Print Clearly): Joe Bauman  B. Date of Delivery: 5/6  C. Signature: X J. Bauman  ☐ Agent  ☐ Addressee  D. Is delivery address different from Item 1? If YES, enter delivery address below:  ☐ Yes  ☐ No |
| 3. Service Type  CERTIFIED MAIL™ | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:<br><br>Sperry Drilling Services, a division of<br>Halliburton Energy Services, Inc.<br>c/o Donald E. Godwin<br>4 Houston Center<br>1331 Lamar Street, Suite 1665<br>Houston, Texas 77010 | |

PS For