English    Customer Service    USPS Mobile                                    Register / Sign In

USPS.COM                                        Search USPS.com or Track Packages

Quick Tools              Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175876973 | | Delivered | May 6, 2013, 2:47 pm | HOUSTON, TX 77010 | Certified Mail™ |
| | | Notice Left (Business Closed) | May 4, 2013, 12:08 pm | HOUSTON, TX 77010 | |
| | | Arrival at Unit | May 4, 2013, 4:16 am | HOUSTON, TX 77002 | |
| | | Processed through USPS Sort Facility | May 4, 2013, 3:09 am | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 4, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 3, 2013, 10:47 pm | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 3, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 2, 2013, 8:05 pm | MOBILE, AL 36619 | |

## Check on Another Item

What's your label (or receipt) number?

Find

## LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

## ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

## ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

## OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                    5/9/2013