

English    Customer Service    USPS Mobile                                                Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**   **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175884732 | | Delivered | May 6, 2013, 6:56 am | WILMINGTON, DE 19899 | Certified Mail™ |
| | | Available for Pickup | May 4, 2013, 12:47 pm | WILMINGTON, DE 19801 | |
| | | Arrival at Unit | May 4, 2013, 12:13 pm | WILMINGTON, DE 19801 | |
| | | Depart USPS Sort Facility | May 4, 2013 | WILMINGTON, DE 19850 | |
| | | Processed through USPS Sort Facility | May 3, 2013, 9:55 pm | WILMINGTON, DE 19850 | |
| | | Depart USPS Sort Facility | May 3, 2013 | WILMINGTON, DE 19850 | |
| | | Depart USPS Sort Facility | May 2, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 1, 2013, 7:51 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?



Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.