| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7588 4718 | A. Received by (Please Print Clearly) Joe Bowman | B. Date of Delivery |
| | C. Signature X J. Bowman | ☐ Agent ☐ Address |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL™ | | |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | | |

1. Article Addressed to:

Sperry Drilling Services, a division of
Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas  77010

PS Form 3811, January 2005            Domestic Return Receipt