| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7587 7086 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  *Charles [signature]*  X | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |

3. Service Type   **CERTIFIED MAIL™**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana  70808**

PS Form 3811, January 2005          Domestic Return Receipt