| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7587 7048 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  Melanie M'Grath  X | ☐ Agent  ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL™ | D. Is delivery address different from item 1?  If YES, enter delivery address below: | ☐ Yes  ☐ No |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | MAY 07 2013 | |
| 1. Article Addressed to:  BP America Production Company  The Corporation Trust Company  Corporation Trust Center  1209 Orange Street  Wilmington, Delaware 19801 | | |

PS Form 3811, January 2005 — Domestic Return Receipt