| | |
|---|---|
| 2. Article Number<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7196 9008 9111 7587 7000 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): Joe BOWMAN   B. Date of Delivery: 5/6<br>C. Signature: X ☒ B. Bowman<br>☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |

3. Service Type **CERTIFIED MAIL™**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas 77010**

PS Form 3811, January 2005          Domestic Return Receipt