English    Customer Service    USPS Mobile                                Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175877000 | First-Class Mail® | Delivered | May 6, 2013, 2:47 pm | HOUSTON, TX 77010 | Expected Delivery By: May 6, 2013 Certified Mail™ Return Receipt |
| | | Depart USPS Sort Facility | May 6, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 6, 2013, 1:15 am | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 5, 2013, 9:27 pm | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 5, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 4, 2013, 8:49 pm | HOUSTON, TX 77201 | |
| | | Processed at USPS Origin Sort Facility | May 3, 2013, 8:03 pm | MOBILE, AL 36619 | |
| | | Dispatched to Sort Facility | May 3, 2013, 5:26 pm | MOBILE, AL 36606 | |
| | | Acceptance | May 3, 2013, 4:06 pm | MOBILE, AL 36606 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

## LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

## ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

## ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

## OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                  5/9/2013