2. Article Number

7196 9008 9111 7587 6966

3. Service Type   CERTIFIED MAIL™

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

> Sperry Drilling Services, a division of
> Halliburton Energy Services, Inc.
> c/o Donald E. Godwin
> 4 Houston Center
> 1331 Lamar Street, Suite 1665
> Houston, Texas  77010

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Joe Bounavel
B. Date of Delivery: 5/6
C. Signature: [signed]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

PS Form 3811, January 2005          Domestic Return Receipt