English     Customer Service     USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**   **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175876966 | First-Class Mail® | Delivered | May 6, 2013, 2:47 pm | HOUSTON, TX 77010 | Expected Delivery By: May 6, 2013<br>Certified Mail™<br>Return Receipt |
| | | Dispatched to Sort Facility | May 3, 2013, 5:26 pm | MOBILE, AL 36606 | |
| | | Acceptance | May 3, 2013, 4:06 pm | MOBILE, AL 36606 | |

## Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.