| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7196 9008 9111 7587 6911 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature *Melaine M. Glatt* ☐ Agent ☐ Addressee | |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 3. Service Type  CERTIFIED MAIL™ | MAY 07 2013 | |
| 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | | |

1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware  19801**

PS Form 3811, January 2005    Domestic Return Receipt