**2. Article Number**

7196 9008 9111 7587 6898

**3. Service Type** CERTIFIED MAIL™

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas  77010

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Joe Bowman
B. Date of Delivery: 5/6
C. Signature: X /s/ J. Bowman
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No

PS Form 3811, January 2005    Domestic Return Receipt