| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7196 9008 9111 7588 4411 | A. Received by (Please Print Clearly) Joe Bowman | B. Date of Delivery 5/6 |
| | C. Signature X ⟨signature⟩ | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |

3. Service Type **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Sperry Drilling Services, a division of
Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas 77010

PS Form 3811, January 2005    Domestic Return Receipt