Case 2:10-md-02179-CJB-DPC   Document 10087-1   Filed 05/16/13   Page 1 of 1

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 3639 6137 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  Melaine M'Grath | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL™ | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | MAY 06 2013 | |

1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware  19801**

PS Form 3811, January 2005      Domestic Return Receipt