| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 3639 6076<br><br>3. Service Type  **CERTIFIED MAIL™**<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br><br>**BP America Production Company**<br>**The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange Street**<br>**Wilmington, Delaware  19801** | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly) | B. Date of Delivery<br>C. Signature<br>*Elaine M'Glath*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>MAY 0 6 2013 |

PS Form 3811, January 2005            Domestic Return Receipt