| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7196 9008 9111 3639 6069 | A. Received by (Please Print Clearly): Joe Bauman  B. Date of Delivery:  C. Signature: X /s/ Bauman  ☐ Agent  ☐ Addressee  D. Is delivery address different from item 1? If YES, enter delivery address below:  ☐ Yes  ☐ No |

3. Service Type  **CERTIFIED MAIL™**
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes
1. Article Addressed to:

**Halliburton Energy Services, Inc.**
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas 77010

PS Form 3811, January 2005   Domestic Return Receipt