| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 3639 6038 | A. Received by (Please Print Clearly)<br>Chris Laughlin | B. Date of Delivery |
| | C. Signature<br>X _signature_ | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 1?<br>If YES, enter delivery address below: | ☐ Yes<br>☐ No |
| 3. Service Type   **CERTIFIED MAIL**™ | | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1. Article Addressed to:<br><br>**BP Exploration & Production, Inc.**<br>**5615 Corporate Boulevard, Ste 400B**<br>**Baton Rouge, Louisiana   70808** | | |

PS Form 3811, January 2005         Domestic Return Receipt