| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7588 4800 | A. Received by (Please Print Clearly): Joe Bowman | B. Date of Delivery |
| | C. Signature: X J. Bowman | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL™ | | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |
| 1. Article Addressed to:<br><br>Halliburton Energy Services, Inc.<br>c/o Donald E. Godwin<br>4 Houston Center<br>1331 Lamar Street, Suite 1665<br>Houston, Texas  77010 | | |

PS Form 3811, January 2005        Domestic Return Receipt