| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Packages

| Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175884800 | | Delivered | May 3, 2013, 3:04 pm | HOUSTON, TX 77010 | Certified Mail™ |

**Check on Another Item**

What's your label (or receipt) number?



### LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

### ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

### ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

### OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                         5/6/2013