2. Article Number

7196 9008 9111 7588 4817

3. Service Type   **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**Sperry Drilling Services, a division of
Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas  77010**

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*   Joe Bowman
B. Date of Delivery

C. Signature   X J. Bowman
☐ Agent
☐ Addressee

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005          Domestic Return Receipt