| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 3639 6083 | A. Received by (Please Print Clearly): C. McLaughlin | B. Date of Delivery |
| | C. Signature: X _____ | ☐ Agent ☐ Addressee |
| 3. Service Type  **CERTIFIED MAIL™** | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1. Article Addressed to: | | |

BP Exploration & Production, Inc.
5615 Corporate Boulevard, Ste 400B
Baton Rouge, Louisiana  70808

PS Form 3811, January 2005          Domestic Return Receipt