| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 3639 6090 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X Melaine M'Glatt | ☐ Agent<br>☐ Addressee |
| 3. Service Type  CERTIFIED MAIL™ | D. Is delivery address different from Item 1?<br>If YES, enter delivery address below:<br>MAY 06 2013 | ☐ Yes<br>☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |

1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware  19801**

PS Form 3811, January 2005        Domestic Return Receipt