**2. Article Number**

7196 9008 9111 3639 6113

**3. Service Type** CERTIFIED MAIL™

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

Sperry Drilling Services, a division of
Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas 77010

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Joe Bauman
B. Date of Delivery:
C. Signature: X J. Bauman
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

PS Form 3811, January 2005     Domestic Return Receipt