| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7588 4633 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly) C McLaughlin  B. Date of Delivery<br>C. Signature<br>X _____  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |

3. Service Type  **CERTIFIED MAIL™**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana  70808**

PS Form 3811, January 2005   Domestic Return Receipt