| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7588 4640 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  X  Melanie M. Graff  ☐ Agent  ☐ Addressee | |
| | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No | |
| 3. Service Type  CERTIFIED MAIL™ | MAY 0 7 2013 | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |

1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware 19801**

PS Form 3811, January 2005    Domestic Return Receipt