| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7588 4657 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): Joe Bauman   B. Date of Delivery: 5/6<br>C. Signature: X G. Bauman   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from Item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 3. Service Type  **CERTIFIED MAIL™** | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 1. Article Addressed to:<br><br>**Halliburton Energy Services, Inc.**<br>**c/o Donald E. Godwin**<br>**4 Houston Center**<br>**1331 Lamar Street, Suite 1665**<br>**Houston, Texas  77010** | |

PS Form 3811, January 2005        Domestic Return Receipt