| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7588 4664 | A. Received by (Please Print Clearly): Joe Bowman | B. Date of Delivery: 5/6 |
| | C. Signature: Bowman | ☐ Agent  ☐ Addressee |
| | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes  ☐ No |
| 3. Service Type  **CERTIFIED MAIL™** | | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |

1. Article Addressed to:

**Sperry Drilling Services, a division of
Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas 77010**

PS Form 3811, January 2005        Domestic Return Receipt