| English | Customer Service | USPS Mobile | | | Register / Sign In |


## USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**   **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175884664 | | Delivered | May 6, 2013, 2:47 pm | HOUSTON, TX 77010 | Certified Mail™ |
| | | Notice Left (Business Closed) | May 4, 2013, 12:08 pm | HOUSTON, TX 77010 | |
| | | Arrival at Unit | May 4, 2013, 4:16 am | HOUSTON, TX 77002 | |
| | | Processed through USPS Sort Facility | May 4, 2013, 3:09 am | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 4, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 3, 2013, 10:46 pm | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 3, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 2, 2013, 8:05 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?


Find

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                     5/9/2013