**2. Article Number**

7196 9008 9111 7588 4558

**3. Service Type** CERTIFIED MAIL™

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

BP Exploration & Production, Inc.
5615 Corporate Boulevard, Ste 400B
Baton Rouge, Louisiana 70808

PS Form 3811, January 2005    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by *(Please Print Clearly)*: C McLaughlin
B. Date of Delivery:
C. Signature: X
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below: