| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7588 4589 | A. Received by (Please Print Clearly) Joe Bowman | B. Date of Delivery 5/6 |
| | C. Signature X J Bowman | ☐ Agent ☐ Address |
| 3. Service Type  CERTIFIED MAIL™ | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | | |
| 1. Article Addressed to: Sperry Drilling Services, a division of Halliburton Energy Services, Inc. c/o Donald E. Godwin 4 Houston Center 1331 Lamar Street, Suite 1665 Houston, Texas 77010 | | |

PS F