English   Customer Service   USPS Mobile                                                Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175884589 | | Delivered | May 6, 2013, 2:47 pm | HOUSTON, TX 77010 | Certified Mail™ |
| | | Notice Left (Business Closed) | May 4, 2013, 12:08 pm | HOUSTON, TX 77010 | |
| | | Arrival at Unit | May 4, 2013, 4:16 am | HOUSTON, TX 77002 | |
| | | Processed through USPS Sort Facility | May 4, 2013, 3:09 am | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 4, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 3, 2013, 10:46 pm | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 3, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 2, 2013, 8:05 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?



| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                5/9/2013