UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | MDL No. 2179 SECTION: J Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-JCW | | ] ] | Mag. Judge Wilkinson |

## PLAINTIFF'S MAY 17, 2013 NOTICE OF FILING CONSENT

Pursuant to 29 U.S.C. § 216(b), the following individual submits a written Notice of Consent:

1. Randy Kizer.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/s/ David I. Moulton**
By: _____
David I. Moulton
Texas State Bar No. 24051093
S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/s/ David I. Moulton**
_____
David I. Moulton

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's May 17, 2013 Notice of Filing Consent has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of May, 2013.

                                               **/s/ David I. Moulton**

                                               David I. Moulton