IN RE: FLSA CLAIMS AGAINST: ]   COLLECTIVE ACTION
]
]
**O'BRIEN'S RESPONSE MANAGEMENT,** ]   **NOTICE OF CONSENT**
**SEACOR, ET AL.** ]

    I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

*Randy Kizer*
—DocuSigned by:—
7EA8A123AE1D4E0...

Signature

Randy Kizer

Full Legal Name (print)

**Exhibit 1**