| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7588 4756 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)  O McLaughlin   B. Date of Delivery<br>C. Signature<br>X _____   ☐ Agent  ☐ Address<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 3. Service Type  **CERTIFIED MAIL™** | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |

1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana 70808**

PS Form 3811, January 2005        Domestic Return Receipt