English    Customer Service    USPS Mobile                                             Register / Sign in

USPS.COM                                                Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail       Manage Your Mail      Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175884758 | | Delivered | May 3, 2013, 10:04 am | BATON ROUGE, LA 70898 | Certified Mail™ |
| | | Arrival at Unit | May 3, 2013, 9:33 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 3, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed through USPS Sort Facility | May 2, 2013, 11:46 pm | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 2, 2013 | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 2, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 1, 2013, 9:08 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.