| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7588 4770 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>Joe Bowman<br>C. Signature<br>X  J. Bowman   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 3. Service Type  **CERTIFIED MAIL™** | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |

1. Article Addressed to:

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**

PS Form 3811, January 2005        Domestic Return Receipt