| | |
|---|---|
| **2. Article Number**<br><br>7196 9008 9111 7588 4787 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly): Joe Bauman    B. Date of Delivery<br>C. Signature: X J. Bauman    ☐ Agent ☐ Address<br>D. Is delivery address different from Item 1?  ☐ Yes ☐ No<br>If YES, enter delivery address below: |

**3. Service Type**  CERTIFIED MAIL™

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

> Sperry Drilling Services, a division of
> Halliburton Energy Services, Inc.
> c/o Donald E. Godwin
> 4 Houston Center
> 1331 Lamar Street, Suite 1665
> Houston, Texas  77010

PS Form 3811, January 2005            Domestic Return Receipt