| 2. Article Number | | COMPLETE THIS SECTION ON DELIVERY |
|---|---|---|

2. Article Number

7196 9008 9111 7587 6942

3. Service Type   **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana  70808**

A. Received by (Please Print Clearly)   C McLaughl

B. Date of Delivery

C. Signature
X _____   ☐ Agent   ☐ Addressee

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005          Domestic Return Receipt