| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

[GET EMAIL UPDATES] [PRINT DETAILS]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175876942 | | Delivered | May 6, 2013, 9:46 am | BATON ROUGE, LA 70898 | Certified Mail™ |
| | | Arrival at Unit | May 6, 2013, 9:23 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 4, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed through USPS Sort Facility | May 3, 2013, 11:03 pm | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 3, 2013 | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 3, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 2, 2013, 8:05 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?



### LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

### ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

### ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

### OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                5/9/2013