2. Article Number

**7196 9008 9111 7587 6928**

3. Service Type   CERTIFIED MAIL™
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware  19801**

PS Form 3811, January 2005   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature: *Melanie W. Glatt*   ☐ Agent ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes ☐ No
If YES, enter delivery address below:
MAY 07 2013