| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7587 6904 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): Joe Bowman  B. Date of Delivery: 5/6<br>C. Signature: X _Bowman_  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from Item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 3. Service Type  **CERTIFIED MAIL™** | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |

1. Article Addressed to:

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**

PS Form 3811, January 2005          Domestic Return Receipt