| | |
|---|---|
| 2. Article Number<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7196 9008 9111 7587 6881 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): Joe Bowman   B. Date of Delivery: 5/6<br>C. Signature: X /s/ J. Bowman   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? If YES, enter delivery address below:   ☐ Yes ☐ No |
| 3. Service Type   **CERTIFIED MAIL™** | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 1. Article Addressed to:<br><br>Sperry Drilling Services, a division of<br>Halliburton Energy Services, Inc.<br>c/o Donald E. Godwin<br>4 Houston Center<br>1331 Lamar Street, Suite 1665<br>Houston, Texas 77010 | |

PS Form 3811, January 2005     Domestic Return Receipt