| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7588 4824 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): C McLaughlin  B. Date of Delivery<br>C. Signature  X _____  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |

3. Service Type  **CERTIFIED MAIL™**
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes
1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana 70808**

PS Form 3811, January 2005       Domestic Return Receipt