| 2. Article Number | A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|---|
| 7196 9008 9111 7588 4831 | C. Signature X *Elaine M'Grath* ☐ Agent ☐ Addressee | |
| 3. Service Type CERTIFIED MAIL™ | D. Is delivery address different from item 1? ☐ Yes ☐ No | |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | MAY 06 2013 | |

1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware 19801**

PS Form 3811, January 2005    Domestic Return Receipt