| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7196 9008 9111 3639 6014 | A. Received by (Please Print Clearly)<br>Joe Bowman | B. Date of Delivery |
| | C. Signature<br>X J. Bowman | ☐ Agent<br>☐ Addressee |
| 3. Service Type   **CERTIFIED MAIL™** | D. Is delivery address different from item 1?<br>If YES, enter delivery address below: | ☐ Yes<br>☐ No |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1. Article Addressed to: | | |

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**

PS Form 3811, January 2005         Domestic Return Receipt