2. Article Number

||IIII||III|IIII|III|IIIII|III||IIII|III|III

7196 9008 9111 3639 6021

3. Service Type  CERTIFIED MAIL™

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

> Sperry Drilling Services, a division of
> Halliburton Energy Services, Inc.
> c/o Donald E. Godwin
> 4 Houston Center
> 1331 Lamar Street, Suite 1665
> Houston, Texas  77010

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X   ☐ Agent
    ☐ Addressee

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

PS Form 3811, January 2005       Domestic Return Receipt