2. Article Number

7196 9008 9111 7588 4619

3. Service Type  **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**BP America Production Company**
**The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware  19801**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

☐ Agent
☐ Addressee

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MAY 07 2013

PS Form 3811, January 2005          Domestic Return Receipt