| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| 7196 9008 9111 7588 4602 | A. Received by (Please Print Clearly) Joe Bauman | B. Date of Delivery 5/6 | |
| | C. Signature X J. Bauman | | ☐ Agent ☐ Addressee |
| 3. Service Type  **CERTIFIED MAIL™** | D. Is delivery address different from Item 1? If YES, enter delivery address below: | | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | | |

1. Article Addressed to:

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas 77010**

PS Form 3811, January 2005           Domestic Return Receipt