**2. Article Number**

7196 9008 9111 7588 4695

**3. Service Type** CERTIFIED MAIL™

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

BP Exploration & Production, Inc.
5615 Corporate Boulevard, Ste 400B
Baton Rouge, Louisiana 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)* — CMonaghan

B. Date of Delivery

C. Signature — X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

PS Form 3811, January 2005    Domestic Return Receipt