| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7196 9008 9111 7588 4671 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>*Melanie M'Glatt* | ☐ Agent<br>☐ Address |
| 3. Service Type   CERTIFIED MAIL™ | D. Is delivery address different from Item 1?<br>If YES, enter delivery address below: | ☐ Yes<br>☐ No |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | MAY 07 2013 | |

1. Article Addressed to:

BP America Production Company
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

PS Form 3811, January 2005          Domestic Return Receipt