| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7588 4701 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): Joe Bowman   B. Date of Delivery: 5/6<br>C. Signature: X J. Bowman   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? If YES, enter delivery address below:   ☐ Yes ☐ No |
| 3. Service Type   **CERTIFIED MAIL™** | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |

1. Article Addressed to:

Sperry Drilling Services, a division of
Halliburton Energy Services, Inc.
c/o Donald E. Godwin
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, Texas 77010

PS Form ...