**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re: Oil Spill by the Oil Rig**                          **MDL NO. 2179**
   **"Deepwater Horizon" in the Gulf**
   **of Mexico, on April 20, 2010**                          **SECTION J**

**Applies to:** *All Cases*                                  **JUDGE BARBIER**
                                                             **MAGISTRATE JUDGE SHUSHAN**

**ORDER**

The Working Group Conference scheduled for **Friday, May 24, 2013** before the undersigned

is **CANCELED.**

New Orleans, Louisiana, this 17th day of May, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**