UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case No. 2:11-cv-01051*<br>*Guy J. Adams, et al.* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AMENDED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, who desires to withdraw their Amended Motion for Voluntary Dismissal without Prejudice. On January 23, 2013, Plaintiff Guy Adams filed an amended motion for voluntary dismissal without prejudice of this action [Rec Doc. 8315]. Based upon changed circumstances, Plaintiffs no longer wish to pursue voluntary dismissal at this time. If Plaintiffs wish to dismiss their case in the future, Plaintiffs' counsel will enter into a stipulation for dismissal with defense counsel.

At this time, Plaintiffs no longer seek to dismiss their case, and therefore, respectfully requests that their Amended Motion for Voluntary Dismissal without Prejudice filed on January 23, 2013, be withdrawn.

Dated: May 17, 2013

                                                Respectfully submitted,

                                                */s/ Frank J. D'Amico, Jr.*
                                                Frank J. D'Amico, Jr., Esq. (Bar #17519)
                                                Law Offices of Frank J. D'Amico, Jr., APLC
                                                622 Baronne Street
                                                New Orleans, LA 70113
                                                Telephone: (504) 525-7272

Facsimile: (504) 525-9522
Email: frank@damicolaw.net

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw Amended Motion for Voluntary Dismissal without Prejudice has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 17th day of May, 2013

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr., Esq.