UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf" of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION "J" |
| | * | JUDGE BARBIER |
| This document relates to: 11-1051, Guy Adams v. State of Louisiana, et al. | * * * | |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Partial Voluntary Dismissal Without Prejudice, reserving rights to participate in the Economic and Property Damage Class Settlement, is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
HONORABLE CARL BARBIER