UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

CAMERON'S MOTION TO COMPEL (Rec. doc. 9959)

**SET WITHOUT ORAL ARGUMENT**

      Cameron International Corporation ("Cameron") seeks an order requiring Liberty Insurance Underwriters Inc. ("Liberty") to comply with the May 9 supplemental order (Rec. doc. 9845).

      IT IS ORDERED as follows:

1. Cameron's motion to compel Liberty to comply with the May 9 supplemental order (Rec. doc. 9959) is set for hearing (**no oral argument**) on **Monday, May 27, 2013**, on briefs.

2. Any opposition to Cameron's motion shall be submitted by **Wednesday, May 22, 2013.** Any reply shall be submitted by **Friday, May 24, 2013.**

New Orleans, Louisiana, this 17th day of May, 2013.

                                                                  _____
                                                                  **SALLY SHUSHAN**
                                                                  **United States Magistrate Judge**