COURT RECORD TRANSMITTAL FORM
U.S. DISTRICT COURT

13-30315 / 13-30329

*This portion remains with Court Records*

| No. 10-2179-J | Short Title: Deepwater Horizon | Date 5-14-13 |

To: Stanley Reuter (Helena)
Name
909 Poydras St.
Address: 25th Floor
New Orleans, LA
City / State / Zip

Documents Enclosed:   13-492-4 vols
☑ Record Vols. 28      12-970-1 vols
☑ Transcripts 5
☐ Exhibits ☐ Env.
☐ Box:
☑ Supp. Record Vols. 3
☐ Second Supp. Record Vols.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Complete the area below and return this form along with the documents to 5th Circuit.

Attorney Return:
Send Record with Brief of Appellee to 5th Circuit

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 15 2013
WILLIAM W. BLEVINS
CLERK

Record Vols. _____
Supp. Record Vols. _____
Exhibits ☐ _____

Records listed above are returned to Clerk.
ATTORNEY NAME _____
DATE _____

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above have been received by Clerk
NAME _____
DATE _____

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above have been forwarded to:
ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____ Short Title _____

_____ Fee
_____ Process
X    Dkd
_____ CtRmDep
_____ Doc. No.

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Case records listed above received by:
JUDGE/ATTY NAME _____
DATE _____