1  **UNITED STATE DISTRICT COURT**
2  **EASTERN DISTRICT OF LOUISIANA**
3  500 Poydras Street
4  New Orleans, LA 70130
5  (504) 589-7600
6

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 1 6 2013
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| **D. MONTGOMERY**<br>-And-<br>**All Other Similarly Situated Parties**<br>*Plaintiffs,*<br>Vs<br>**UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY UNITED STATES COAST GUARD**<br>-And-<br>**Director of National Pollution Funds Center - Craig A. Bennett,**<br>(In his Official Capacity as Director, National Pollution Funds Center United States Coast Guard)<br>*Defendants* | **MDL NO.**<br><br>**SECTION: J-1**<br><br>**JUDGE**<br>**MAG. JUDGE**<br>**Case 2:10-md-02179-CJB-SS (lead)**<br>**Case 2:11-cv-02298-CJB-SS (member)**<br><br><br><br>**NOTICE OF PLAINTIFF'S CHANGE OF MAILING ADDRESS** |

7

Mr. D. Montgomery                     Matthew R. Dursa
P.O. Box 441074                       Torts Branch, Civil Division
Detroit, MI 48244                     U.S. Department of Justice
Plaintiff, In Pro per                 P.O. Box 14271
                                      Washington, DC 20044-4271
                                      Maryland Bar No. N/A
                                      Telephone: (202) 616-4033
                                      Facsimile: (202) 616-4159
                                      Email: matthew.r.dursa@usdoj.gov
                                      Attorney for Defendants

8

9  NOW COMES THE PLAINTIFF, D. Montgomery, In Pro per, hereby gives notice that

10 the Plaintiff's new mailing address is **P.O. Box 441074, Detroit, MI 48244.**

11

12 Respectfully submitted,

13 _____

14 Duane Montgomery

TENDERED FOR FILING
MAY 16 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee___
___ Process___
_X_ Dktd___
_X_ CtRmDep___
___ Doc. No.___

Complaint and Jury Demand          May 31, 2011                    page 1 of 3

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
500 Poydras Street
New Orleans, LA 70130
(504) 589-7600

| | |
|---|---|
| **D. MONTGOMERY** <br> -And- <br> **All Other Similarly Situated Parties** <br> *Plaintiffs,* <br><br> Vs <br><br> **UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY UNITED STATES COAST GUARD** <br> -And- <br><br> **Director of National Pollution Funds Center - Craig A. Bennett,** <br> (In his Official Capacity as Director, National Pollution Funds Center United States Coast Guard) <br> *Defendants* | **MDL NO.** <br><br> **SECTION: J-1** <br><br> **JUDGE** <br> **MAG. JUDGE** <br> **Case 2:10-md-02179-CJB-SS (lead)** <br> **Case 2:11-cv-02298-CJB-SS (member)** <br><br><br> **PROOF OF MAILING** |

Mr. D. Montgomery
P.O. Box 441074
Detroit, MI 48244
Plaintiff, In Pro per

Matthew R. Dursa
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Maryland Bar No. N/A
Telephone: (202) 616-4033
Facsimile: (202) 616-4159
Email: matthew.r.dursa@usdoj.gov
Attorney for Defendants

I, D. Montgomery, certify that I mailed by prepaid first class US mail, copies of:

NOTICE OF PLAINTIFF'S CHANGE OF MAILING ADDRESS

to the following parties:

Matthew R. Dursa
Torts Branch, Civil Division
U.S. Department of Justice

1. P.O. Box 14271
2. Washington, DC 20044-4271
3. Maryland Bar No. N/A
4. Telephone: (202) 616-4033
5. Facsimile: (202) 616-4159
6. Email: matthew.r.dursa@usdoj.gov
7. Attorney for Defendants
8. 
9. **On May 9, 2013**
10. 
11. _____
12. D. Montgomery
13.



METROPLEX MI 480

13 MAY 2013 PM 1 L

7013033726

D. Montgomery
P.O. Box 441974  441074
Detroit, MI 48244

**UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**
Court Clerk
500 Poydras Street
New Orleans, LA 70130