**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 16 2013
WILLIAM W. BLEVINS
CLERK

No. 12-31261

MD 10-2179-J

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010,

---

GARY SELLNO; KERRY LAURICELLA; SANDRA LAURICELLA; WILLIAM GIBSON; GEORGIA GIBSON; ET AL,

    Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; B.P., P.L.C.; CAMERON INTERNATIONAL CORPORATION; HALLIBURTON ENERGY SERVICES, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; M-I, L.L.C.,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellees' opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED

IT IS FURTHER ORDERED that appellants' motion for costs is DENIED.

IT IS FURTHER ORDRED that appellants' motion for award of attorney fees is DENIED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana      1 4 MAY 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 14, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 12-31261,  In Re: Deepwater Horizon
            USDC No. 2:10-MD-2179
            USDC No. 2:10-CV-2771
            USDC No. 2:11-CV-925

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _Dawn D. Victoriano_
                              Dawn D. Victoriano, Deputy Clerk
                              504-310-7717

cc w/encl:
    Mr. Aditya Bamzai
    Ms. Carmelite M. Bertaut
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Robert David Daniel
    Mr. Caleb H. Didriksen III
    Mr. Richard Cartier Godfrey
    Mr. Donald Everett Godwin
    Mr. Don Keller Haycraft
    Ms. Allyson Newton Ho
    Mr. Richard J. Hymel
    Mr. Sean Daniel Jordan
    Mr. Edward F. Kohnke IV
    Mr. Christopher Landau
    Mr. Michael David Lane
    Mr. James Andrew Langan
    Mr. Daniel Benjamin Levin
    Mr. Evans Martin McLeod
    Mr. Steven Andrew Myers
    Mr. Russell S. Post
    Ms. Denise U. Scofield
    Mr. Hugh Earl Tanner
    Mr. Campbell E. Wallace
    Mr. Phillip A. Wittmann
    Mr. Robert Alan York