MINUTE ENTRY
SHUSHAN, M.J.
MAY 17, 2013

**MJSTAR:  0:40**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MAY 17, 2013 AT 10:05 A.M.

CASE MANAGER:		Gail Chauvin

COURT REPORTER:		Jodi Simcox

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:	See attached sign-in sheets for attorneys who participated in person and via telephone.