## CONFERENCE ATTENDANCE RECORD

DATE: 5/17/13              TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE
& Final Marshalling Conf.

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Chad Thompson | inData |
| Jordan Ray | inData |
| Michael Robinson | PSC |
| Jeff Breit | PSC |
| Anthony Irpino | PSC |
| Douglas Kraus | Cameron |
| Kyle Casazza | Transocean |
| Carter Williams | TO |
| Tony Fitch | Anadarko |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Corey Maze | AL |
| Win Sinclair | AL |
| Steve Herman | PSC |
| Danielle Huff | PSC |
| Don Godwin | HESI |
| Alan York | HESI |
| Jenny Martinez | HESI |
| Carolyn Raines | HESI |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Peter Bartoszeic | BP |
| Steve O'Rourke | US |
| Don Haycraft | BP |
| Michael Doyen | TO |
| Larry Miller | TO |
| Tony Fitch | Anadarko |
| Sarah Himmel | Anadarko |

**May 17, 2013**  MDL 2179 - Discovery Conference
**Telephone Participants**

Tom Benson - DOJ

Nat Chakeris - U.S.

Joe Eisert - BP

Sarah Hemmelhoch - US

Mark Nomelini - BP

Mike Petrino - BP

Joseph Russell - BP

Grant Davis Denny - T.O.

Erica Pencak - U.S.