| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7196 9008 9111 7587 7260 | A. Received by (Please Print Clearly)<br>Tm McLaughlin | B. Date of Delivery |
| | C. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 1?<br>If YES, enter delivery address below: | ☐ Yes<br>☐ No |
| 3. Service Type   **CERTIFIED MAIL™** | | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |

1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana 70808**

PS Form 3811, January 2005          Domestic Return Receipt