UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION: J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to All Cases | | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**UNOPPOSED MOTION BY THE UNITED STATES AND BP FOR ENTRY OF REVISED VERSIONS OF PRETRIAL ORDERS 37 AND 39**

The United States, BP, and other parties to this action are actively collecting samples of sediment, oil, dispersant, animal tissue, and other substances in an ongoing effort to evaluate the extent and effects of the oil spill that is the subject of this Multi-District Litigation. This Court has already entered four orders governing the disposition of these samples (Pretrial Orders 30, 35, 37, and 39). The United States and BP jointly seek a clarification of two of those orders, and seek entry of revised versions of Pretrial Orders 37 and 39 to reflect the clarification sought. No party objects to the entry of these revised orders.[1] The proposed revised versions of Pretrial Orders 37 and 39 are attached for the Court's review.

Pretrial Orders 37 and 39 address how the Parties must preserve Samples and Extracts. Extracts are defined as "the result of processing a Sample with a liquid solvent or solid phase material to concentrate the sample for purposes of conducting Analytical Testing." In general, under the existing orders, Samples and Extracts must be preserved, but "any mixtures or residues created during or remaining after Analytical Testing" may be discarded. In some cases of Analytical Testing, the testing party prepares an Extract, and a portion of that Extract ("Sub-

---

[1] The United States sent an email to Liaison Counsel on March 13, 2013 notifying the Parties of the proposed revisions to Pretrial Orders 37 and 39 and requesting objections on or before March 22, 2013. Undersigned counsel has received no objections to this proposed order. Accordingly, the motion is unopposed.

1

Extract") is used in the testing instrument. The testing process consumes most, but not all, of the Sub-Extract, leaving the question whether the remaining Sub-Extract material must be preserved. As originally issued, Pretrial Orders 37 and 39 appear not to address this issue directly.

The United States and BP would be concerned with an interpretation of Pretrial Orders 37 and 39 that requires preservation of Sub-Extract material remaining after testing, because the extremely small amounts of Sub-Extract material remaining makes preserving such material both technically difficult, if not impossible, and expensive.[2] In addition, because any remaining Sub-Extract material has gone through the testing process, it could well be altered and thus unsuitable for any further analysis. BP and the United States note that the original Sample and Extract would continue to be preserved, according to the Court's orders, so that the Analytical Testing could be repeated.

The proposed revisions to Pretrial Orders 37 and 39 would clarify the issue outlined above by explicitly stating that after Analytical Testing, Parties may dispose of any Sub-Extract "that is in a condition or quantity insufficient to replicate in all respects the Analytical Testing performed with the Sub-Extract." The proposed revisions to the pretrial orders are limited to Paragraph 14 and 15 in the attached drafts. Paragraph 15 in each order is new language to clarify the treatment of Sub-Extracts. In the proposed revised Pretrial Order 37, Paragraph 14 is altered to include a reference to Paragraph 15, and otherwise remains as originally issued. In the proposed revised Pretrial Order 39, a new Paragraph 14 is added to the same effect. The proposed revised versions of Pretrial Orders 37 and 39 otherwise do not change the original orders.

---

[2] To illustrate the amount of material at issue, a typical Extract might be 4 to 10 milliliters, while the Sub-Extract used in the testing instrument could be on the order of 0.1 milliliters, and the amount remaining after testing would be a small fraction of 0.1 milliliters.

The revisions to Pretrial Orders 37 and 39 would clarify their operation for the Parties. No Party opposes the revisions. The United States and BP respectfully request that the Court enter the accompanying proposed order adopting the revised versions of Pretrial Orders 37 and 39.

                                                       Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK<br>Deputy Assistant Attorney General<br>Civil Division | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| PETER FROST<br>Directory, Torts Branch, Civil Division<br>Admiralty and Aviation<br>STEPHEN G. FLYNN<br>Assistant Director<br>MICHELLE DELEMARRE<br>SHARON SHUTLER<br>JESSICA SULLIVAN<br>JESSICA MCCLELLAN<br>MALINDA LAWRENCE<br>Trial Attorneys | SARAH HIMMELHOCH<br>Senior Litigation Counsel<br>NANCY FLICKINGER<br>SCOTT CERNICH<br>THOMAS BENSON<br>Senior Attorneys<br>DEANNA CHANG<br>A. NATHANIEL CHAKERES<br>JUDY HARVEY<br>ABIGAIL ANDRE<br>RACHEL HANKEY<br>BETHANY ENGEL<br>Trial Attorneys |
| /s/ R. Michael Underhill | /s/ Steven O'Rourke |
| R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone:  415-436-6648<br>Facsimile:  415-436-6632<br>E-mail:  mike.underhill@usdoj.gov | STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone:  202-514-2779<br>Facsimile:  202-514-2583<br>E-mail:  steve.o'rourke@usdoj.gov<br><br>DANA J. BOENTE<br>United States Attorney<br>Eastern District of Louisiana<br>SHARON D. SMITH<br>Assistant United States Attorney<br>Eastern District of Louisiana<br>650 Poydras Street, Suite 1600<br>New Orleans, LA  70130<br>Telephone:  (504) 680-3000<br>Facsimile:  (504) 680-3184<br>E-mail:  sharon.d.smith@usdoj.gov |
| Attorneys for the UNITED STATES OF AMERICA | |

5

| | |
|---|---|
| Dated: May 17, 2013 | Respectfully submitted, |
| | /s/ Don K. Haycraft (by permission) |
| Robert R. Gasaway | Don K. Haycraft (Bar #14361) |
| Joseph J. DeSanctis | R. Keith Jarrett (Bar #16984) |
| Kirkland & Ellis LLP | Liskow & Lewis |
| 655 Fifteenth Street, NW | 701 Poydras Street, Suite 5000 |
| Washington, DC 20005 | New Orleans, Louisiana 70139-5099 |
| Telephone: 202-879-5000 | Telephone: 504-581-7979 |
| Facsimile: 202-879-5200 | Facsimile: 504-556-4108 |
| Robert C. "Mike" Brock | Richard C. Godfrey, P.C. |
| Covington & Burling LLP | J. Andrew Langan, P.C. |
| 1201 Pennsylvania Avenue, NW | Kirkland & Ellis LLP |
| Washington, DC 20004-2401 | 300 North LaSalle Street |
| Telephone: 202-662-6000 | Chicago, IL 60654 |
| Facsimile: 202-662-6291 | Telephone: 312-862-2000 |
| | Facsimile: 312-862-2200 |
| Attorneys for BP | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  May 17, 2013.                                   /s/  Steve O'Rourke
                                                       U.S. Department of Justice