| | |
|---|---|
| 2. Article Number<br><br>**7196 9008 9111 7587 7246**<br><br>3. Service Type  **CERTIFIED MAIL™**<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br><br>**BP Exploration & Production, Inc.**<br>**5615 Corporate Boulevard, Ste 400B**<br>**Baton Rouge, Louisiana 70808** | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly): C McLaughl.<br>B. Date of Delivery:<br>C. Signature: X _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from Item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |

PS Form 3811, January 2005    Domestic Return Receipt