2. Article Number

7196 9008 9111 7587 7123

3. Service Type  **CERTIFIED MAIL**™

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

**Sperry Drilling Services, a division of**
**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   *Joe Bowman*

B. Date of Delivery  *5/9*

C. Signature   X *J. Bowman*   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005        Domestic Return Receipt