English   Customer Service   USPS Mobile                                      Register / Sign In

 USPS.COM

Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175877123 | | Delivered | May 9, 2013, 3:11 pm | HOUSTON, TX 77010 | Certified Mail™ |
| | | Depart USPS Sort Facility | May 9, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 9, 2013, 2:25 am | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 9, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | May 8, 2013, 9:35 pm | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | May 8, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 7, 2013, 8:42 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?

 Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.