UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION:   J |
| *This document pertains to*<br>*Brooks v. Tidewater Marine, LLC, et. al.*<br>No.   11-365 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

Considering the above and foregoing Motion to Withdraw and Continue Counsel of Record;

IT IS HEREBY ORDERED, that Melissa L. Theriot and the law firm of Laborde & Neuner be and the same are hereby withdrawn as counsel for Tidewater Marine, L.L.C. and Tidewater Marine Western, Inc.

IT IS FURTHER ORDERED, that Cliffe E. Laborde III and the firm of Mahtook & Lafleur be and the same are hereby allowed to continue as counsel of record for Tidewater Marine, L.L.C. and Tidewater Marine Western, Inc.

New Orleans, Louisiana this 16th day of May, 2013.

_____
United States District Judge

3