2. Article Number

7196 9008 9111 7587 7321

3. Service Type **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas 77010**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Joe Bowman
B. Date of Delivery: 5/9
C. Signature: X F. Bowman
D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No

PS Form 3811, January 2005     Domestic Return Receipt