| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7587 6362 | A. Received by (Please Print Clearly) C McLaughlin | B. Date of Delivery |
| | C. Signature X | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type   CERTIFIED MAIL™ | | |
| 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | | |
| 1. Article Addressed to:<br><br>BP Exploration & Production, Inc.<br>5615 Corporate Boulevard, Ste 400B<br>Baton Rouge, Louisiana 70808 | | |

PS Form 3811, January 2005        Domestic Return Receipt