English    Customer Service    USPS Mobile                                                            Register / Sign In



Search USPS.com or Track Packages

Quick Tools         Ship a Package        Send Mail         Manage Your Mail        Shop        Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**   **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175876362 | | Delivered | May 9, 2013, 9:48 am | BATON ROUGE, LA 70898 | Certified Mail™ |
| | | Arrival at Unit | May 9, 2013, 9:33 am | BATON ROUGE, LA 70808 | |

**Check on Another Item**

What's your label (or receipt) number?



## LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

## ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

## ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

## OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.