2. Article Number

7196 9008 9111 7587 6348

3. Service Type   CERTIFIED MAIL™

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

1. Article Addressed to:

**Halliburton Energy Services, Inc.**
**c/o Donald E. Godwin**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)     Joe Bowman

B. Date of Delivery     5/9

C. Signature
X   J. Bowman

☐ Agent
☐ Addressee

D. Is delivery address different from Item 1?     ☐ Yes     ☐ No
If YES, enter delivery address below:

— Domestic Return Receipt

P.S Form 3811, January 2005