| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7587 6447 | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)  C M cLaughlin    B. Date of Delivery<br>C. Signature<br>X _signature_    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 3. Service Type  CERTIFIED MAIL™    ☐ Yes | |
| 4. Restricted Delivery? *(Extra Fee)* | |
| 1. Article Addressed to:<br><br>**BP Exploration & Production, Inc.**<br>**5615 Corporate Boulevard, Ste 400B**<br>**Baton Rouge, Louisiana  70808** | |

PS Form 3811, January 2005    Domestic Return Receipt