**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): CMclaughn
B. Date of Delivery:
C. Signature: X _____
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2. Article Number: 7196 9008 9111 7587 7413
3. Service Type: CERTIFIED MAIL™
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

BP Exploration & Production, Inc.
5615 Corporate Boulevard, Ste 400B
Baton Rouge, Louisiana 70808

PS Form 3811, January 2005   Domestic Return Receipt