USPS.com® - Track & Confirm                                                                 Page 1 of 1

English      Customer Service      USPS Mobile                                              Register / Sign In

USPS.COM                                                  Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**    **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175877413 | | Delivered | May 9, 2013, 9:48 am | BATON ROUGE, LA 70898 | Certified Mail™ |
| | | Arrival at Unit | May 9, 2013, 9:33 am | BATON ROUGE, LA 70808 | |
| | | Depart USPS Sort Facility | May 9, 2013 | BATON ROUGE, LA 70826 | |
| | | Processed through USPS Sort Facility | May 8, 2013, 11:06 pm | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 8, 2013 | BATON ROUGE, LA 70826 | |
| | | Depart USPS Sort Facility | May 8, 2013 | MOBILE, AL 36619 | |
| | | Processed through USPS Sort Facility | May 7, 2013, 8:42 pm | MOBILE, AL 36619 | |

**Check on Another Item**

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                         5/13/2013