| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 7587 7338<br><br>3. Service Type  **CERTIFIED MAIL**™<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br><br>**Halliburton Energy Services, Inc.**<br>**c/o Donald E. Godwin**<br>**4 Houston Center**<br>**1331 Lamar Street, Suite 1665**<br>**Houston, Texas  77010** | COMPLETE THIS SECTION ON DELIVERY<br><br>A. Received by *(Please Print Clearly)*  Joe BOWMAN   B. Date of Delivery  5/9<br>C. Signature  X J. Bowman   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |

11031331S
PS Form 3811, January 2005                 Domestic Return Receipt