English    Customer Service    USPS Mobile                                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175877338 | | Delivered | May 9, 2013, 3:11 pm | HOUSTON, TX 77010 | Certified Mail™ |

**Check on Another Item**

What's your label (or receipt) number?



LEGAL                          ON USPS.COM                              ON ABOUT.USPS.COM           OTHER USPS SITES
Privacy Policy ›               Government Services ›                    About USPS Home ›           Business Customer Gateway ›
Terms of Use ›                 Buy Stamps & Shop ›                      Newsroom ›                  Postal Inspectors ›
FOIA ›                         Print a Label with Postage ›             Mail Service Updates ›      Inspector General ›
No FEAR Act EEO Data ›         Customer Service ›                       Forms & Publications ›      Postal Explorer ›
                               Delivering Solutions to the Last Mile ›  Careers ›
                               Site Index ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                                            5/15/2013