| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7196 9008 9111 7587 7109 | A. Received by (Please Print Clearly) C McLaughlin | B. Date of Delivery |
| | C. Signature X _____ | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL™ | | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1. Article Addressed to:<br><br>**BP Exploration & Production, Inc.**<br>**5615 Corporate Boulevard, Ste 400B**<br>**Baton Rouge, Louisiana 70808** | | |

PS Form 3811, January 2005        Domestic Return Receipt