| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 7587 6560 | A. Received by (Please Print Clearly) McLaughlin | B. Date of Delivery |
| | C. Signature X _____ | ☐ Agent ☐ Addressee |
| 3. Service Type   CERTIFIED MAIL™ | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | | |
| 1. Article Addressed to:<br><br>BP Exploration & Production, Inc.<br>5615 Corporate Boulevard, Ste 400B<br>Baton Rouge, Louisiana 70808 | | |
| PS Form 3811, January 2005   Domestic Return Receipt | | |