**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number

7196 9008 9111 7587 7239

A. Received by (Please Print Clearly)  *McLaughlin*

B. Date of Delivery

C. Signature  
X  
☐ Agent  
☐ Addressee

D. Is delivery address different from Item 1?  
If YES, enter delivery address below:  
☐ Yes  
☐ No

3. Service Type   CERTIFIED MAIL™

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana  70808**

PS Form 3811, January 2005          Domestic Return Receipt