English   Customer Service   USPS Mobile                                                                 Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package       Send Mail        Manage Your Mail       Shop        Business Solutions

# Track & Confirm

[GET EMAIL UPDATES]  [PRINT DETAILS]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911175877239 | | Delivered | May 8, 2013, 9:32 am | BATON ROUGE, LA 70808 | Certified Mail™ |
| | | Arrival at Unit | May 8, 2013, 8:56 am | BATON ROUGE, LA 70808 | |

### Check on Another Item

What's your label (or receipt) number?

[Find]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.