2. Article Number

7196 9008 9111 7587 6409

3. Service Type  CERTIFIED MAIL™

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana  70808**

PS Form 3811, January 2005          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)  C McLaughlin

B. Date of Delivery

C. Signature
X  E_____          ☐ Agent   ☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No