2. Article Number

7196 9008 9111 7587 7253

3. Service Type **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

**BP Exploration & Production, Inc.**
**5615 Corporate Boulevard, Ste 400B**
**Baton Rouge, Louisiana  70808**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X *McLaughlin*   ☐ Agent
                 ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

PS Form 3811, January 2005        Domestic Return Receipt