2. Article Number

7196 9008 9111 7587 6744

3. Service Type  **CERTIFIED MAIL**™
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes
1. Article Addressed to:

BP Exploration & Production, Inc.
5615 Corporate Boulevard, Ste 400B
Baton Rouge, Louisiana  70808

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
   McLaughl___

C. Signature
X _____  ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

PS Form 3811, January 2005    Domestic Return Receipt