# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| This Documents Relates to: 2:12-cv-02004-CJB-SS | Judge Barbier Mag. Judge Shushan |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Now comes the Plaintiff, SERGIO VALVIVIESO, by his attorneys, THE LANIER LAW FIRM, P.C., and file this Motion for Leave to Amend Complaint and to file First Amended Complaint, and states as follows:

1. Plaintiff seeks leave of Court to amend his First Amended Complaint, in order to add EMERGENCY RESPONSE GROUP, LLC. (hereinafter sometimes called "ERG"), SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC. (hereinafter sometimes called "SWS") and DISASTER RESPONSE SERVICES, LLC, (hereinafter sometimes called "DRS"), as a party Defendants to the above-referenced case.

2. Plaintiff requests to add ERG, SWS and DRS based on information recently received from Defendant, Southern Cat, Inc. Plaintiff did not know of the existence or involvement of these three company until learning this detail from Southern Cat, Inc.

3. Adding ERG, SWS and DRS as set forth in paragraph 1 above will not delay the discovery process, any related hearings, or the trial of this matter.

4. Adding ERG, SWS and DRS will not prejudice the remaining Defendants.

5. Adding ERG, SWS and DRS is necessary and made on the good-faith basis that said Defendants are liable for one or more of the claims asserted, and is based on discovery responses and information recently provided to Plaintiff by Defendant, Southern Cat, Inc.

6. A copy of the proposed First Amended Complaint is enclosed and filed herewith, and incorporated herein.

WHEREFORE, Plaintiff prays that this Honorable Court enter an Order allowing Plaintiff to file his Amended Complaint, to add EMERGENCY RESPONSE GROUP, LLC. (sometimes called "ERG"), SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC. (sometimes called "SWS") and DISASTER RESPONSE SERVICES, LLC (sometimes called "DRS"), as party Defendants in the above-entitled matter; and for any further such orders as the Court deems just and proper.

Respectfully submitted,

**THE LANIER LAW FIRM P.C.**

By: _/s/ Charles F. Herd_

W. MARK LANIER
TBA # 11934600
CHARLES F. HERD, JR.
TBA # 09504480
LAWRENCE P. WILSON
TBA # 21704100
6810 F.M. 1960 West
Houston, Texas 77069
Telephone: 713-659-5200
Fax: 713-659-2204

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of May, 2013, a true and correct copy of the above and foregoing document has been sent to the following counsel of records:

Thomas W. Taylor
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
**Attorney for BP Defendants**

Richard C. Godfrey, P.C.
J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
**Attorney for BP Defendants**

Jeffrey Bossert Clark
KIRKLAND & ELLIS, LLP
655 Fifteenth Street Northwest
Washington, D C 20005
**Attorneys for Defendants, BP Products North America and BP America Inc.**

Alexander C. Chae
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
**Attorneys for Defendant, Southern Cat, Inc.**

_____
Charles F. Herd, Jr.