UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
|---|---|
|  | Section: J |
| This Documents Relates to: 2:12-cv-02004-CJB-SS | Judge Barbier Mag. Judge Shushan |

## ORDER

On Motion of the Plaintiff to Amend his Complaint, leave is hereby granted the Plaintiff to file an Amended Complaint to add EMERGENCY RESPONSE GROUP, LLC.; SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC.; and DISASTER RESPONSE SERVICES, LLC, as a party Defendants in the above-entitled matter.

DATED:_____    ENTER:_____
                                                                    JUDGE