IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>Section: J |
| This Document Relates To:<br>ALL CASES | * * * * | Judge BARBIER<br>Magistrate Judge SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BP'S OBJECTIONS TO AND CROSS-APPEAL FROM
MAGISTRATE JUDGE'S ORDER REGARDING
MOTIONS OF THE U.S. AND TRANSOCEAN TO COMPEL PRODUCTION OF
PREVIOUSLY-WITHHELD DOCUMENTS PURSUANT TO THE CRIME-FRAUD
EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE [REC. DOC. 9592]**

Pursuant to 28 U.S.C. § 636(b)(1)(A), BP hereby cross-appeals from the Magistrate Judge's Order entered April 30, 2013, Regarding Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege [Rec. Doc. 9592] ("the Order").

BP submits the Order is clearly erroneous and contrary to law but only to the very limited extent that it concludes three groups of documents are subject to the crime-fraud exception to privilege:

**(1)** two documents [Nos. 10.0 and 11.0 on the May 4 Log] related to preparation of the May 4, 2010 congressional briefing;

**(2)** seven documents related to the May 24, 2010 letter to Congressman Markey [Nos. 19.0, 20.0, 21.0, 21.1, 22.0, 23.0, and 24.0 on the May 24 Log]; and

**(3)** eleven documents related to the June 25, 2010 letter to Congressman Markey [Nos. 44.0, and 46.0 through 55.0 on the June 25 Log].

BP's reasons for why the Order is erroneous are set forth in the accompanying memorandum. This cross-appeal is timely per the Magistrate Judge Shushan's May 9, 2013 Order setting Friday, May 17, 2013, as the deadline for a cross-appeal of the April 30, 2013 Order. [Rec. Doc. 9846, at ¶ 4.]

Dated: May 17, 2013

Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert R. Gasaway | Don K. Haycraft (Bar #14361) |
| Jeffrey Bossert Clark | R. Keith Jarrett (Bar #16984) |
| Kirkland & Ellis LLP | Liskow & Lewis |
| 655 Fifteenth Street, NW | 701 Poydras Street, Suite 5000 |
| Washington, DC 20005 | New Orleans, Louisiana 70139-5099 |
| Telephone: 202-879-5000 | Telephone: 504-581-7979 |
| Facsimile: 202-879-5200 | Facsimile: 504-556-4108 |
| Robert C. "Mike" Brock | Richard C. Godfrey, P.C. |
| Covington & Burling LLP | J. Andrew Langan, P.C. |
| 1201 Pennsylvania Avenue, NW | Kirkland & Ellis LLP |
| Washington, DC 20004-2401 | 300 North LaSalle Street |
| Telephone: 202-662-6000 | Chicago, IL 60654 |
| Facsimile: 202-662-6291 | Telephone: 312-862-2000 |
| | Facsimile: 312-862-2200 |

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of May, 2013.

                                                     /s/ Don K. Haycraft
                                                     Don K. Haycraft