**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | **MDL NO. 2179**<br><br>**Section:  J** |
| This Document Relates To: ALL CASES | * * * | **Judge BARBIER**<br>**Magistrate Judge SHUSHAN** |

**********************************************************************

**ORDER ON
BP'S OBJECTIONS TO AND CROSS-APPEAL FROM
MAGISTRATE JUDGE'S ORDER REGARDING
MOTIONS OF THE U.S. AND TRANSOCEAN TO COMPEL PRODUCTION OF
PREVIOUSLY-WITHHELD DOCUMENTS PURSUANT TO THE CRIME-FRAUD
EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE [REC. DOC. 9592]**

Upon consideration of submissions related to BP's Objection to and Cross-Appeal From Magistrate Judge's Order Regarding Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege ("Motion") the Memorandum in support of that Motion, and related attachments, this Court finds that BP has demonstrated the documents described in its Motion are not subject to the crime-fraud exception to privilege.

Specifically, the Court finds the following documents are subject to the attorney-client privilege, and not subject to the crime-fraud exception to that privilege:

**(1)** two documents [Nos. 10.0 and 11.0 on the May 4 Log] related to preparation of the May 4, 2010 congressional briefing;

**(2)** seven documents related to the May 24, 2010 letter to Congressman Markey [Nos. 19.0, 20.0, 21.0, 21.1, 22.0, 23.0, and 24.0 on the May 24 Log]; and

**(3)** eleven documents related to the June 25, 2010 letter to Congressman Markey [Nos. 44.0, and 46.0 through 55.0 on the June 25 Log].

As these documents have already been produced to the United States and Transocean per a May 9, 2013 Order (Rec. Doc. 9846), BP may issue a "clawback" notice for these documents in accordance with the provisions in Pre-Trial Order No. 14.

Accordingly, it is **HEREBY ORDERED**, that the Motion is **GRANTED**, and the Order Regarding Motion of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney Client Privilege (Rec. Doc. 9592), is **REVERSED IN PART**.

**IT IS SO ORDERED** this _____ day of May, 2013, New Orleans, Louisiana.

_____
United States District Judge