IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>Section: J |
| This Document Relates To:<br>ALL CASES | * * * | Judge BARBIER<br>Magistrate Judge SHUSHAN |

*************************************************************************

**BP'S *EX PARTE* MOTION TO FILE UNDER SEAL
CERTAIN PORTIONS OF BP'S MEMORANDUM IN SUPPORT OF
BP'S OBJECTIONS TO AND CROSS-APPEAL FROM
MAGISTRATE JUDGE'S ORDER REGARDING
MOTIONS OF THE U.S. AND TRANSOCEAN TO COMPEL PRODUCTION OF
PREVIOUSLY-WITHHELD DOCUMENTS PURSUANT TO THE CRIME-FRAUD
EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE [REC. DOC. 9592]**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641), BP Exploration & Production Inc. ("BP"), respectfully requests leave to file under seal certain portions of BP's Memorandum in Support of BP's Objection to and Cross-Appeal from Magistrate Judge's Order Regarding Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime Fraud Exception to the Attorney-Client Privilege ("Memorandum").  The grounds for the motion are that these portions of the Memorandum contain material from production documents that are currently designated as Highly Confidential under Pre-Trial Order 13.

WHEREFORE, BP respectfully requests that the Court order that certain portions of the Memorandum be filed under seal.

Dated:  May 17, 2013                    Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert R. Gasaway | Don K. Haycraft (Bar #14361) |
| Jeffrey Bossert Clark | R. Keith Jarrett (Bar #16984) |
| Kirkland & Ellis LLP | Liskow & Lewis |
| 655 Fifteenth Street, NW | 701 Poydras Street, Suite 5000 |
| Washington, DC 20005 | New Orleans, Louisiana 70139-5099 |
| Telephone:  202-879-5000 | Telephone:  504-581-7979 |
| Facsimile:  202-879-5200 | Facsimile:  504-556-4108 |
| | |
| Robert C. "Mike" Brock | Richard C. Godfrey, P.C. |
| Covington & Burling LLP | J. Andrew Langan, P.C. |
| 1201 Pennsylvania Avenue, NW | Kirkland & Ellis LLP |
| Washington, DC 20004-2401 | 300 North LaSalle Street |
| Telephone:  202-662-6000 | Chicago, IL 60654 |
| Facsimile:  202-662-6291 | Telephone:  312-862-2000 |
| | Facsimile:  312-862-2200 |

***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of May, 2013.

/s/ Don K. Haycraft
Don K. Haycraft