UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>Section: J |
| This Document Relates To:<br>ALL CASES | * * * | Judge BARBIER<br>Magistrate Judge SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of BP's *Ex Parte* Motion To File Under Seal Certain Portions of BP's Memorandum In Support Of BP's Objection To And Cross-Appeal From Magistrate Judge's Order Regarding Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime Fraud Exception to the Attorney-Client Privilege ("Memorandum"), it is **HEREBY ORDERED** that BP's Motion is **GRANTED**, and that the portions of the Memorandum designated by BP shall be filed under seal.

IT IS SO ORDERED.

New Orleans, Louisiana, this \_\_\_\_ day of May, 2013.

_____
United States District Judge