UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179  SECTION "J" |
| This Document Relates To: 12-970 | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

**[Establishing Rules Governing Discretionary Court Review of Appeal Determinations]**

**PURSUANT** to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement (as amended on May 2, 2012 and approved on December 21, 2012) (the "Settlement Agreement"), **IT IS HEREBY ORDERED** as follows:

1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations.

2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order.

Signed in New Orleans, Louisiana, this ____20th____ day of May, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE