UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK J. BINGHAM | * | CIVIL ACTION |
| VERSUS | * | NO.:  2:12-cv-02174 |
| ASHLAND SERVICES, L.L.C., ES&H, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION CO., AND BP CORPORATION NORTH AMERICA, INC. | * * * | SECTION: MAGISTRATE: IN ADMIRALTY/RULE 9(H) |

**************************************

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, ES&H, Inc. and for the sole purpose of requesting an extension of time within which to respond to the Complaint filed by plaintiff, Mark J. Bingham, expressly reserving all rights, including the right to contest the jurisdiction and venue of this Court, respectfully request an Order from this Court extending the time in which to file responsive pleadings.  Undersigned counsel hereby certifies this is the first request for an extension of time to plead filed by defendant.

**WHEREFORE**, defendant, ES&H, Inc. requests an additional twenty (20) days, or until June 6, 2013, in which to respond to the Complaint filed by Plaintiff.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**
*/s/ Robert S. Reich*
**ROBERT S. REICH, T.A. (#11163)**
**CHRISTY L. JOHNSON (#32877)**
3850 North Causeway Boulevard, Suite 1000
Metairie, Louisiana   70002
Telephone:  (504) 830-3999
Facsimile:  (504) 830-3950
E-mail: rreich@rapllclaw.com
          cjohnson@rapllclaw.com
***Attorneys for ES&H, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 20th day of May 2013.

                                          */s/ Robert S. Reich*
                                          **ROBERT S. REICH**