UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK J. BINGHAM | * | CIVIL ACTION |
| VERSUS | * | NO.: 2:12-cv-02174 |
| ASHLAND SERVICES, L.L.C., ES&H, INC., BP EXPLORATION & | * | SECTION: |
| PRODUCTION, INC., BP AMERICA PRODUCTION CO., AND BP | * | MAGISTRATE: |
| CORPORATION NORTH AMERICA, INC. | * | IN ADMIRALTY/RULE 9(H) |

**************************************

# ORDER

Considering the foregoing Motion;

**IT IS HEREBY ORDERED**, that defendant, ES&H, Inc. has an additional twenty (20) days, or until June 6, 2013, in which to respond to the Complaint filed by Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**