**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No. MDL NO. 2179 |
| | Civil Action No. 2:10-MD-02179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Baron & Budd, P.C. and Scott Summy as counsel of record for Plaintiffs listed herein in Attachment A.  The Movants and the Plaintiffs listed in Attachment A have terminated their relationship.  At the time of termination, the Movants delivered correspondence via United States mail, first class postage prepaid, to the Plaintiffs listed in Attachment A, confirming termination of the relationship and informing the recipient of upcoming deadlines.

In further support, Movant states that all Plaintiffs will remain in the litigation and counsel has advised Plaintiffs of all relevant deadlines.  This motion is made in good faith. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

As indicated by the Certificate of Service, pursuant to Local Civil Rule 83.2.11, a true and correct copy of the foregoing Motion has been served on the Plaintiffs listed in Attachment A via certified mail on this _____20th_____ day of ___May___, 2013.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of Baron & Budd, P.C. and Scott Summy as counsel of record for all Plaintiffs as set forth in Attachment A.

Dated:  May 20, 2013

Respectfully submitted,

*Scott Summy*

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-3605 PHONE
(214) 520-1181 FACSIMILE
ssummy@baronbudd.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was filed into record *via* the Court's CM/ECF system and was served on all counsel of record *via* Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this ___20th___ day of ___May___, 2013.

I further certify that Plaintiffs listed in Attachment A have been advised of all relevant deadlines and pending court appearances, and a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served on the Plaintiffs listed in Attachment A via certified mail pursuant to Local Civil Rule 83.2.11 on this___20th___ day of ___May___, 2013.

*Scott Summy*

Scott Summy
BARON & BUDD, P.C.