UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 16 2013
WILLIAM W. BLEVINS
CLERK**

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                      MDL No. 2179

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –77)**

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 581 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 16, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                      MDL No. 2179

## SCHEDULE CTO-77 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA MIDDLE** | | | | |
| ~~ALM~~ | ~~2~~ | ~~13−00265~~ | ~~City of Troy Board of Education v. BP Exploration &Production, Inc. et al~~ Vacated 5/16/2013 | |
| **FLORIDA MIDDLE** | | | | |
| ✓ FLM | 2 | 13−00325 | Edison National Bank v. BP Exploration &Production, Inc. et al | 13-cv-3010 |
| ✓ FLM | 8 | 13−01030 | Northpointe Hoteliers, LLC v. BP Exploration &Production, Inc. et al | 13-cv-3011 |
| ✓ FLM | 8 | 13−01031 | Menna Development and Management, Inc. v. BP Exploration &Production, Inc. et al | 13-cv-3012 |
| ✓ FLM | 8 | 13−01033 | School Board of Polk County, Florida v. BP Exploration &Production, Inc. et al | 13-cv-3013 |
| ✓ FLM | 8 | 13−01034 | City of Anna Maria, Florida v. BP Exploration &Production, Inc. et al | 13-cv-3014 |
| ✓ FLM | 8 | 13−01061 | Hillsborough County Aviation Authority v. BP Exploration &Production, Inc. et al | 13-cv-3015 |
| ✓ FLM | 8 | 13−01141 | Stylistic Design Developers, Inc. v. BP Exploration &Production, Inc. et al | 13-cv-3016 |
| ✓ FLM | 8 | 13−01148 | Pinellas County, Florida v. BP Exploration &Production Inc. et al | 13-cv-3017 |
| **FLORIDA NORTHERN** | | | | |
| ✓ FLN | 3 | 13−00257 | GLAZE v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-3020 |
| ✓ FLN | 3 | 13−00262 | ARTHUR GRANT BLACKWELL INSURANCE INC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-3021 |
| ✓ FLN | 3 | 13−00263 | FREEPORT RVC LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-3022 |
| ✓ FLN | 3 | 13−00264 | JACQUELINE WARD v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-3023 |
| ✓ FLN | 3 | 13−00265 | LOOMIS EARLES FAMILY HOLDINGS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-cv-3024 |

| | | | |
|---|---|---|---|
| ✓ FLN | 3 | 13-00266 | RAW AND JUICY LLC v. BP EXPLORATION &PRODUCTION INC et al  13-cv-3025 |
| ✓ FLN | 3 | 13-00267 | LA VIE EST BELLE INC v. BP EXPLORATION &PRODUCTION INC et al  13-cv-3026 |
| ✓ FLN | 3 | 13-00303 | PATTERSON v. BP AMERICA INC et al  13-cv-3027 |
| ✓ FLN | 5 | 13-00155 | THE TREASURE SHIP INC v. BP EXPLORATION &PRODUCTION INC et al  13-cv-3028 |

### FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| ✓ FLS | 0 | 13-60929 | Adagio, LLC v. BP, PLC et al  13-cv-3029 |
| ✓ FLS | 4 | 13-10090 | Utility Board of the City of Key West, Florida v. BP Exploration &Production, Inc. et al  13-cv-3030 |

### LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| ~~LAM~~ | ~~3~~ | ~~13-00252~~ | ~~City of Baton Rouge v. BP America Production Company et al~~  Opposed 5/9/2013 |

### MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| ✓ MSS | 1 | 13-00206 | Hood v. BP Exploration &Production Inc. et al  13-cv-3031 |

### TEXAS WESTERN

| | | | |
|---|---|---|---|
| ✓ TXW | 5 | 13-00328 | Ruiz, et al vs. BP, PLC, et al  13-cv-3032 |