UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Re: Allocation of Examination Time - Source Control Experts]

On April 30, 2013, an order was issued regarding Phase Two Expert Issues. The parties were required to: (a) submit a statement on whether the depositions of the source control experts should be 1 or 2 days; (b) update their time requests for source control experts; and (c) report any agreements on the time sought. Rec. doc. 9586 at 3.

The following persons are identified as Source Control experts:[1]

|  | Party | Expert |
|---|---|---|
| 1. | BP | Iain Adams |
| 2. | PSC | Robert Bea |
| 3. | BP | Morris Burch |
| 4. | BP | Richard Carden |
| 5. | Transocean | Greg Childs |
| 6. | Transocean | Tyson Foutz |
| 7. | BP | Dan Gibson |
| 8. | BP | James Hull |

---

[1] The U.S. did not identify any source control experts.

|  |  |  |
|---|---|---|
| 9. | BP | Andrew Mackay |
| 10. | PSC | Greg Perkin |
| 11. | Halliburton | Glen Stevick |
| 12. | Transocean | Robert Turlak[2] |
| 13. | Transocean | John Wilson |
| 14. | Halliburton | Edward Zeigler |

The PSC contends that the source control depositions should be limited to 1 day. It notes that Robert Bea and Greg Perkin were deposed for 2 days each in Phase One and testified in Phase One. It contends that their Phase Two expert reports do not warrant 2 day depositions. Halliburton, the States and Transocean agree that the source control depositions should be limited to 1 day.

BP reports that all of the experts identified by the PSC, Transocean and Halliburton, except for Greg Perkin, are adverse solely to BP. Perkin's report includes opinions adverse to both BP and Transocean. This is confirmed by the inability of Transocean and BP to agree on the allocation of Perkin's examination time.

BP contends that the source control depositions should be 2 days. BP proposes a compromise where two of its source control experts would be limited to 1 day and its remaining source control experts would be set for 2 days. There would be a similar arrangement for the source control experts solely adverse to it.

---

[2] Transocean's Phase Two Expert Disclosure, dated May 1, 2013, reports that Robert Turlak was deposed in his personal capacity for 2 days and for 2 more days as a representative of Transocean. Transocean reports that Turlak's expected testimony relates to topics identified in its disclosure and his expected testimony will be squarely within the four corners of the testimony he provided in his depositions. Transocean did not submit a report from Turlak. He will not be deposed as an expert during Phase Two.

All of the source control experts other than Turlak and Perkin will be deposed for 1 day. Perkin will be deposed for 2 days. Turlak, as noted, will not be deposed.

The parties are in agreement on the allocation of examination time for all witnesses except Perkin. The party who goes first in questioning may reserve up to 30 minutes (60 minutes for a 2 day deposition) for after the conclusion of the examination by all other parties (including the party presenting the witness).

| Robert Bea - PSC | | Stevick and Ziegler - Halliburton | |
|---|---|---|---|
| BP | 330 minutes | BP | 330 minutes |
| Transocean | 30 minutes | Transocean | 30 minutes |
| Halliburton | 30 minutes | Anadarko | 10 minutes |
| Anadarko | 10 minutes | PSC | 30 minutes |
| U.S. | 10 minutes | U.S. | 10 minutes |
| States | 10 minutes | States | 10 minutes |
| PSC | <u>30 minutes</u> | Halliburton | <u>30 minutes</u> |
| Total | 450 minutes | Total | 450 minutes |

\* \* \*

| Childs, Foutz and Wilson - Transocean | | BP Source Control Experts | |
|---|---|---|---|
| BP | 330 minutes | PSC | 30 minutes |
| Halliburton | 30 minutes | States | 45 minutes |
| Anadarko | 10 minutes | Transocean | 150 minutes |
| PSC | 30 minutes | Halliburton | 150 minutes |
| U.S. | 10 minutes | U.S. | 15 minutes |

3

| | | | | |
|---|---|---|---|---|
| States | 10 minutes | | Anadarko | 15 minutes |
| Transocean | <u>30 minutes</u> | | BP | <u>45 minutes</u> |
| | Total   450 minutes | | | Total   450 minutes |

*   *   *

<u>Greg Perkin - PSC</u>

| | |
|---|---|
| BP | 580 minutes |
| Transocean | 200 minutes |
| Halliburton | 30 minutes |
| Anadarko | 10 minutes |
| U.S. | 10 minutes |
| States | 10 minutes |
| PSC | <u>60 minutes</u> |
| Total | 900 minutes |

The deadline for an appeal of this order is **Tuesday, May 28, 2013.**

New Orleans, Louisiana, this 20th day of May, 2013.

           **SALLY SHUSHAN**
           **United States Magistrate Judge**