UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to:  All Cases | MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding New Related Cases Pending Consolidation]

Many new actions related to these proceedings were filed in, removed to, or transferred to this Court in April and May 2013.  The Clerk is in the process of designating those actions that properly belong as a part of MDL 2179 (the "New Related Cases") as consolidated with these proceedings through the procedure described in Pretrial Order No. 1 ¶ 11("When an action that properly belongs as a part of In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 is hereinafter filed in the Eastern District of Louisiana or transferred here from another court, the Clerk of this Court shall . . . [f]ile a copy of this Order in the separate file for such action.") (Rec. Doc. 2).

Defense Liaison Counsel has informed the Court that there remain several hundred New Related Cases assigned to this Section which have not yet been so designated by the Clerk. Accordingly, to promote the interests of efficiency and judicial economy,

**IT IS ORDERED** that all responsive pleading deadlines, motion practice, discovery proceedings, and other deadlines in the New Related Cases in this Section are **SUSPENDED** until further order pending the consolidation of those cases with this multidistrict litigation.

New Orleans, Louisiana, this 20th day of May, 2013.

_____
CARL J. BARBIER
United States District Judge