# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*      JUDGE BARBIER
     MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Re:  Allocation of Examination Time - Quantification Experts]

On April 30, 2013, an order was issued regarding Phase Two Expert Issues which provided for the allocation of examination time for U.S. and BP quantification experts. Rec. doc. 9586. The U.S., Transocean and Halliburton submitted quantification reports. BP and Anadarko submitted joint reports. All quantification experts are required to submit two days of examination.

Halliburton requested 120 minutes for the depositions of both the U.S. and BP quantification experts. In the April 30 order, Halliburton was allocated 15 minutes and Transocean was allocated 60 minutes for a total of 75 minutes. Halliburton requests reconsideration and asks that Transocean and it each be allotted 45 minutes and the allocation for either BP or Anadarko be reduced by 15 minutes.

Transocean responds that it will accept a 15 minute reduction in its allocation for BP quantification experts so that Halliburton's allocation for BP experts can be increased to 30 minutes. Transocean is not willing to do the same for the U.S. quantification experts.

<u>Allocation of Examination Time for Quantification Experts</u>

For quantification expert witnesses the available time is 900 minutes. For 2 day depositions, the party who goes first in questioning may reserve up to 60 minutes for after the conclusion of the examination by all other parties (including the party presenting the witness).

A.     <u>U.S. Quantification Experts</u>.

|  | <u>4/30 Allocation</u> | <u>Adjustment</u> | <u>Revised Allocation</u> |
|---|---|---|---|
| BP | 600 minutes | | 600 minutes |
| Anadarko | 120 minutes | Minus 15 minutes | 105 minutes |
| Transocean | 60 minutes | | 60 minutes |
| HESI | 15 minutes | Plus 15 minutes | 30 minutes |
| PSC/States | 15 minutes | | 15 minutes |
| U.S. | <u>90 minutes</u> | | <u>90 minutes</u> |
| | 900 minutes | | 900 minutes |

B.     <u>BP/Anadarko Quantification Experts</u>.

|  | <u>4/30 Allocation</u> | <u>Adjustment</u> | <u>Revised Allocation</u> |
|---|---|---|---|
| U.S. | 690 minutes | | 690 minutes |
| PSC/States | 15 minutes | | 15 minutes |
| Transocean | 60 minutes | Minus 15 minutes | 45 minutes |
| HESI | 15 minutes | Plus 15 minutes | 30 minutes |
| BP/Anadarko | <u>120 minutes</u> | | <u>120 minutes</u>[1] |
| | 900 minutes | | 900 minutes |

---

[1] Anadarko and BP submitted joint quantification reports.  For BP quantification experts, the April 30 order provided 30 minutes for Anadarko and 90 minutes for BP.  Rec. doc. 9586 at 3.  Inasmuch as they submitted combined expert reports, they will be allocated 120 minutes to divide among themselves as they see fit.  To this extent an exception is made to the no ceding of time rule.  <u>See</u> Rec. doc.  10040.

C.   <u>Transocean Quantification Experts</u>.

|  | <u>Allocation</u>[2] |
|---|---|
| U.S. | 690 minutes |
| PSC/States | 15 minutes |
| HESI | 15 minutes |
| Anadarko | 30 minutes |
| BP | 60 minutes |
| Transocean | <u>90 minutes</u> |
|  | 900 minutes |

D.   <u>Halliburton Quantification Experts</u>.

|  | <u>Allocation</u> |
|---|---|
| U.S. | 690 minutes |
| PSC/States | 15 minutes |
| Transocean | 30 minutes |
| Anadarko | 15 minutes |
| BP | 60 minutes |
| Halliburton | <u>90 minutes</u> |
|  | 900 minutes |

---

[2] The April 30 order (Rec. doc. 9588) did not provide for the allocation of the examination time for Transocean or Halliburton quantification experts.

The deadline for an appeal of this order is **Tuesday, May 28, 2013.**

New Orleans, Louisiana, this 20th day of May, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**