UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * | MDL NO.    2179 |
| | * | NUMBER: |
| | * | SECTION: |
| | * | |
| This Order Relates to: | * | |
| No. 2:12-cv-01295-CJB-SS | * | JUDGE:  BARBIER |
| 2:12-cv-02155 | * | MAGISTRATE:  SHUSHAN |
| 2:13-cv-01758 and 10-md-2179 | * | |
|  2:12-cv-02048 | * | |
|  2:12-cv-02338 | * | |

******************************************

### OMNIBUS ORDER
[Re: Motions at Rec. Docs. 9778, 9780, 9782-84, 9925]

CONSIDERING the Motions to Enroll Ms. Bonnie A. Kendrick in the following cases:

**Fire Protection Service, Inc. v BP P.L.C. et al**
Civil Action No.:2:13-cv-01758 and 10-md-2179

**Vincent Frelich., et al v. BP America Production Company et at.**
Civil Action No. 2:12-cv-01295-CJB-SS

**Extreme Fishing Charters, Inc., et al v. BP P.L.C. Relates to:  2:12-cv-02155**

**Top Water Charters, LLC and Backwater Charters, LLC v. v. BP P.L.C.**
Civil Action No.: 2:12-cv-00381

**Coby Esponge, et al. v. BP, PLC, et al. Civil Action No.: 2:12-cv-0988 and 10-md-2179**

**Chris Albert Martin, et al . v. Bp Exploration & Production Inc., et al**
Civil Action No.: 2:12-cv-02048

**Stephan Kolian, et al.v. Bp Exploration & Production Inc., et al**
Civil Action No.: 2:12-cv-02338

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of

Record, and the Court, having considered the matter, ORDERS that the motions to enroll as counsel in the above referenced cases are hereby GRANTED

New Orleans, Louisiana this 20th day of May, 2013.

_____
United States District Judge