IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * * | Honorable CARL J. BARBIER |
| *All Cases* | * | Magistrate Judge SHUSHAN |

**BP DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO HALLIBURTON ENERGY SERVICES, INC.'S ALTERNATIVE MOTION FOR SUMMARY JUDGMENT REGARDING PUNITIVE DAMAGES**

In accordance with Rule 56(c) of the Federal Rules of Civil Procedure and Rule 56.1 of this Court, the BP Defendants BP Exploration and Production Inc. ("BP") sets out the following undisputed material facts in support of its opposition to Halliburton Energy Services, Inc.'s ("HESI's") summary judgment motion (sought in the alternative to a motion on the pleadings) concerning class punitive damage claims. The statements contained in HESI's Statement of Undisputed Material Facts are generally correct,[1] but BP submit certain additional facts for the sake of completeness.

The following facts are essential to understanding how the Economic & Property Damages Settlement Agreement, Rec. Doc. 6430, and the Medical Benefits Class Action Settlement Agreement, Rec. Doc. 6427, treat the issue of punitive damages:

1. Both Settlement Agreements recognize that payments to Class Members satisfy all types of claims against BP. *See* Rec. Doc. 6430 § 4.4.10.3 ("the Settlement Payments are in

---

[1] Only HESI is moving for summary judgment; Transocean has made similar arguments exclusively via a motion for judgment on the pleadings. BP's opposition to the Transocean and HESI Motions was filed in a single combined brief. Transocean has not sought summary judgment, but to the extent the Court construes Transocean's Motion as seeking summary judgment relief, this undisputed statement of material facts should be considered in the adjudication of that Motion.

full, complete, and total satisfaction of all of the Released Claims against the Released Parties"); *id.* at §10.3(i) (defining "BP (including all persons, entities, subsidiaries, divisions and business units comprised thereby)" as one of the "Released Parties"); Rec. Doc. 6427 § XVI.A (listing, among other released claims, those for "punitive damages, exemplary damages, multiple damages, and other noncompensatory damages or penalties of any kind."); *id.* at § II.MMMM(i) (defining "the BP ENTITIES (including all persons, entities, subsidiaries, divisions, and business units comprised thereby)" as "Released Parties").

2. Both Agreements likewise recognize that Class Members retain claims for punitive and exemplary damages against HESI and Transocean. *See* Rec. Doc. 6430 § 10.3, Ex. 21, § 1.1.1; Rec. Doc. 6427 § II.ZZZ & MMMM.

3. Importantly, BP did not admit any liability for claims giving rise to punitive or any other damages. As the Economic & Property Damages Settlement Agreement explained, BP "disputes and denies the Plaintiffs' claims, has raised various affirmative and legal and other defenses, and contends that it would prevail in litigation." Rec. Doc. 6430 at 2 (Recital D). It agreed to settle the Class Members' claims based only on "the costs, risks, burden, and delay of litigation." *Id.* (Recital F); *see also* Rec. Doc 6427 at 2-3 (same). As is common in settlements, the payment of consideration in satisfaction of all of the plaintiffs' claims does not imply any admission of fault on the part of the settling defendants.

May 20, 2013                                               Respectfully submitted,

Richard C. Godfrey, P.C.                                      */s/ Don K. Haycraft*
J. Andrew Langan, P.C.                                     Don K. Haycraft (Bar #14361)
Andrew B. Bloomer, P.C.                                    R. Keith Jarrett (Bar #16984)
R. Chris Heck                                              LISKOW & LEWIS
KIRKLAND & ELLIS LLP                                       701 Poydras Street, Suite 5000
300 North LaSalle Street                                   New Orleans, Louisiana 70139
Chicago, IL 60654                                          Telephone: (504) 581-7979
Telephone: (312) 862-2000                                  Telefax: (504) 556-4108
Telefax: (312) 862-2200


Jeffrey Bossert Clark                                      Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP                                       COVINGTON & BURLING LLP
655 Fifteenth Street, N.W.                                 1201 Pennsylvania Avenue, NW
Washington, D.C. 20005                                     Washington, DC 20004
Telephone: (202) 879-5000                                  Telephone: (202) 662-5985
Telefax: (202) 879-5200                                    Telefax: (202) 662-6291

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May 2013.

                                              /s/ Don K. Haycraft
                                              Don. K. Haycraft