# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 |
| These Pleadings apply to: 2:10-cv-04240 ………………………………………………... | : : : : : | SECTION: J JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

### ORDER

Having considered the BP Parties Motion for Leave to File Amended Answer, the Court being fully advised, and finding no prejudice to Plaintiff by allowing the proposed amendment:

**IT IS HEREBY ORDERED** that the BP Parties Motion is **GRANTED.**

New Orleans, Louisiana this 20th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE