UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| No. 13-1800, *Louisiana Oilfield Divers,* | * | **MAGISTRATE SHUSHAN** |
| *LLC v. BP Exploration & Prod. Inc., et* | * | |
| *al.* | * | |
| No. 13-1383, *Triton Diving Services,* | * | |
| *LLC v. BP Exploration & Prod. Inc., et* | * | |
| *al.* | * | |

## ORDER

**IT IS ORDERED** that Louisiana Oilfield Divers, LLC's and Triton Diving Services, LLC's motions for reconsideration (Rec. Docs. 9933, 9965) are **DENIED.**

Signed in New Orleans, Louisiana, this 20th day of May, 2013.

_____
United States District Judge