# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES IN PLEADING BUNDLE SECTION III.B(3) | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes O'Brien's Response Management L.L.C. ("O'Brien's") and National Response Corporation ("NRC") and respectfully move this Court for an Order allowing Jeremy T. Grabill to withdraw as counsel of record for O'Brien's and NRC, as he is no longer associated with Weil, Gotshal & Manges LLP. O'Brien's and NRC will continue to be represented by current counsel of record.

Respectfully submitted,


/s/ *Michael J. Lyle*

Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
Eric C. Lyttle (DC Bar #482856)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone:  (202) 538-8166
Facsimile:   (202) 538-8100

Theodore E. Tsekerides (NY Bar #2609642)
Sylvia E. Simson (NY Bar #4803342)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8218
Facsimile:  (212) 310-8007

Patrick E. O'Keefe (LA Bar #10186)
Philip S. Brooks, Jr. (LA Bar #21501)
**MONTGOMERY BARNETT, L.L.P.**
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone:  (504) 585-3200
Facsimile:   (504) 585-7688


ATTORNEYS FOR O'BRIEN'S RESPONSE MANAGEMENT
L.L.C. AND NATIONAL RESPONSE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of May, 2013.

*/s/ Michael J. Lyle*
MICHAEL J. LYLE
