UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 <br><br> THIS DOCUMENT RELATES TO: <br><br> *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | CIVIL ACTION <br><br> MDL NUMBER: 2179 <br><br> SECTION "J" <br><br> JUDGE BARBIER <br> MAGISTRATE SHUSHAN |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

IT IS HEREBY ORDERED that Jeremy T. Grabill be withdrawn as counsel of record for O'Brien's Response Management L.L.C. and National Response Corporation.

New Orleans, Louisiana, this _____ day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE