UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.   2179 <br> NUMBER: <br> SECTION: |
| This document relates to: Case No.: 2:10-cv-08888-CJB-SS Rec. Doc No. 25303 | * * * * * * | JUDGE:  BARBIER <br> MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion for Substitute Counsel of Record for Robyn Hill:

**IT IS HEREBY ORDERED** that Mr. Stuart H. Smith, Mr. Michael G. Stag, and Ms. Bonnie A. Kendrick of the Smith Stag Law Firm LLC and Mr. Robert McKee of the Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A. in substitution for Mr. J. Parker Miller of the Beasley, Allen, Crow, Methvin, Portis & Miles, PC.

**THIS DONE AND SIGNED** on this   21st   day of ___May___, 2013, in New Orleans, Louisiana.

_____
United States District Judge

3