IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions | * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970<br><br>SECTION J |
| Plaintiffs, | * * | |
| v. | * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production.: BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

### MOTION FOR LEAVE TO FILE AMENDMENTS TO
### MOTION OF REVIEW
### AND
### MOTIONS OF CLARIFICATION

**NOW INTO COURT** comes the claimant, H. Freddie Boothe, Jr., Architect, in proper person, who brings this Motion For Leave pursuant to Rule 15 of the Federal Rules of Civil Procedure, and hereby respectfully moves the Court for leave to file an Amendment to the Motion of Clarification and Motion of Review, a draft copy of which is attached hereto[1]. This Motion For Leave is filed in the interest of justice, in so far as, the amendment asserts a claim or defense which arose out of the conduct, transaction, or occurrence set out or attempted to be set out in the original pleading which was not available to the plaintiff at the time of filing of the original Motion(s).   The original Motions were set as

---

[1] Rule 15 provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served: "otherwise, a party may amend the party's pleading only be leave of court... and leave shall be freely given when justice so requires." Fed.R.Civ.P.15. The plaintiff is unaware of responsive pleadings, however, is so, leave of Court is required.

1



Notice of Submission and, consequently, lacked oral argument. The Amended Motion(s) maintains the counts and allegations of the original complaint and introduces new evidence in support of the plaintiffs' allegations and arguments as stated.

DATE: May 15, 2013

Respectfully Submitted,

/s/ H. Freddie Boothe, Jr., Architect
In proper person
14248 Highway 1077
Folsom, Louisiana  70437
504-473-9502

Certificate of Service

I hereby certify that I have served a copy of this document on all counsel of record either I person or my mailing it postage prepaid on this _____ day of May, 2013.

Signature
H. Freddie Boothe, Jr., Architects
In Proper Person
14248 Highway 1077
Folsom, Louisiana  70437
504-473-9502

ORDER

It is ordered that the Motion is granted.

_____
Judge.

2