IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions | * * * * * * | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| | | HONORABLE CARL J. BARBIER |
| v. | * | * |
| BP Exploration & Production.: BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDMENTS TO
MOTION OF REVIEW
AND
MOTIONS OF CLARIFICATION**

**PURSUANT** to Federal Rule of Civil Procedure 15(a)(b) Claimant, H. Freddie Boothe, Jr., Architect, hereby respectfully submits this Memorandum in support of their Motion for Leave to File Amendments to the Motion of Review and Motion of Clarification presently before the respected Court.

**PROCEDURAL POSTURE**

Plaintiff filed motions of review and clarification on January 29, 2013 concerning issues manifesting from the review efforts of the DeepWater Horizon Claims Center in regards to Claim ID 100011039, and, subsequent thereto, February 13, 2013 at 9:00AM was set for Hearing without oral

1

argument by a Notice of Submission to all parties concerned. The Plaintiff to date is unaware of any conclusion(s) of merits involved in the action before the Court.

## SUMMARY OF ARGUMENT

Federal Rule of Civil Procedure 15(a) contemplates that a court will freely grant leave to file an amended complaint when the interest of justice so require. Additionally, the Fifth Circuit has a liberal policy of allowing amendments to a complaint. Granting this motion allows Plaintiff to describe in further detail the facts at issue in this action, eliminating disputes which could waste the Court's time through the submission of new factual evidence to support allegations of the plaintiff.

In it's original complaint, the Plaintiff described the scenario surrounding the review of the claim submitted by the claimant/plaintiff to DWH Claims Center for processing and evaluation. Subsequent thereto the Claims Administrator has released new information to the public on May 7, 2013 with runs contrary to the Court Doctrine and adversely affects the claimant, which information was not available at the time of drafting the original Motions.

The U. S. Supreme Court determined that "{i}n the absence of .... undue delay, bad faith or dilatory motive ... undue prejudice ... futility of amendment, etc. - the leave sought should ... be "freely given.' " *Foman v. Davis*, 371 U. S. 178, 182 (1962). The facts which form the basis of the requested amendment manifest from the DWH Claims Center and, therefore, no element will suffer undue prejudice from the filing of an amended Motion by H. Freddie Boothe, Jr., Pro Se because the facts offer evidential conclusions to the issues presented in the original motions which are subject only to the interpretation of the Court. The Amended Motion(s) does not add any causes of action, but rather more clearly describes the facts at issue in the causes of action identified in the original motion(s).

## CONCLUSION

For the above reasons, the requested Motion for Leave to File Amendments to Motion of Review and Motion of Clarification should be granted.

DATE: May 15, 2013                                  Respectfully Submitted,

                                                   /s/ H. Freddie Boothe

/s/ H. Freddie Boothe, Jr., Architect
In proper person
14248 Highway 1077
Folsom, Louisiana   70437
504-473-9502