**EXHIBIT A-1**

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Policy ID 323 | Claims Administrator's Approved Policy |
|---|---|

### I. Policy Information

| | | | |
|---|---|---|---|
| **Policy Subject** | Document Requirements for Cancelled Contracts or Reservations | | |
| **Active Date** | 1/15/13 | **Policy Impact** | ☐ All Claims Regardless of Active Date<br>☐ All Claims Greater than Active Date |
| **Type of Decision** | | | Claims Administrator Decision |
| **Settlement Agreement Reference** | | | |
| **Affected Claim Types and/or Review Processes** | | | BEL |

### II. Approved Policy

The Claims Administrator interprets the provisions of the Settlement Agreement such that the document requirements in Exhibit 4A apply to claimants with Business Economic Loss claims attempting to recover for cancelled contracts or cancelled reservations under Exhibit 4E.