UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Applies To:** | * | |
| No. 11-1051 | * | MAGISTRATE SHUSHAN |
| | * | |

**ORDER**

Considering the Motion to Withdraw Amended Motion for Voluntary Dismissal Without Prejudice (Rec. Doc. 10314),

**IT IS ORDERED** that the Motion (Rec. Doc. 10314) is **GRANTED** and the previously-filed Amended Motion for Voluntary Dismissal Without Prejudice (Rec. Doc. 8315) is hereby deemed **WITHDRAWN**.

New Orleans, Louisiana, this 21st day of May, 2013.

_____
United States District Judge