UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| IN RE: 10-8888 SHORT FORM JOINDERS | * | MAG. JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

Now comes Deltide Fishing & Rental Tools ("Claimant"), through undersigned counsel, who files this Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form Joinder Filed Beyond the September 16, 2011 Deadline. This Claimant seeks this Honorable Court's permission to accept Claimant's late-filed claim in the limitation proceeding for the following reasons:

1.   Claimant contacted counsel after the Court-established deadline seeking assistance in filing its claim for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill

2.   Because Claimant was unaware of the Court-established deadline, or had not yet fully realized its damages, it did not timely file in the Transocean limitation proceeding.

3.   No prejudice will result from the acceptance of the late filing. Such filings have been filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late-filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stock Towing Co.*, 313 F.3d 359,362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims,"); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349,351 (5th Cir. 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if this late-filed claim are deemed timely. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, Claimant, Deltide Fishing & Rental Tools, respectfully requests that the Court accept its late-filed short form and grant the accompanying Motion for Acceptance of Limitation Short Form Joinder Beyond the September 16, 2011 Deadline.

                                                    Respectfully submitted

                                                    /s/ Lynn E. Swanson
                                                    GLADSTONE N. JONES, III (# 22221)
                                                    LYNN E. SWANSON (#22650)
                                                    H.S. BARTLETT III (# 26795)
                                                    EMMA ELIZABETH ANTIN DASCHBACH (#27358)
                                                    CATHERINE E. LASKY (#28652)
                                                    Jones, Swanson, Huddell & Garrison, L.L.C.
                                                    601 Poydras Street, Suite 2655
                                                    New Orleans, Louisiana 70130
                                                    Telephone: (504) 523-2500
                                                    Facsimile: (504) 523-2508

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 22, 2013, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

                    /s/ Lynn E. Swanson