UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| IN RE: 10-8888 SHORT FORM JOINDERS | * | MAG. JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Acceptance of Limitation Short Form Joinder Filed Beyond the September 16, 2011 Deadline ("Motion") and Memorandum in Support:

IT IS ORDERED that the Motion for Acceptance of Limitation Short Form Joinder Filed Beyond the September 16, 2011 Deadline is hereby GRANTED and the late-filed Short Form Joinder filed into the record of Civil Action No. 10-8888 by Deltide Fishing & Rental Tools is hereby considered to be timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as in Joinder in Bundle B1 and/or B3 of the Amended Master Complaints, in accordance with Pretrial Order Nos. 24 and 25.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE