UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **Judge Barbier** |
| **This Document Relates to:** | * | |
| **10-3896, 11-826 & 12-968** | * | **Magistrate Judge Shushan** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that plaintiff, DuWayne Mason, hereby appeals the Order of the Honorable Carl J. Barbier, United States District Judge, dated May 3, 2013, denying plaintiff, DuWayne Mason's Motion to Reconsider Motion to Sever Claim from Deepwater Horizon MDL and to Set Scheduling Conference and/or to Vacate That Portion of the Court's Comments as to Mason's Status as a Member of the Medical Benefits Class and/or to Extend the Deadline for Opting Out of the Medical Benefits Class as That Deadline Pertains to DuWayne Mason (R. Doc. 9683). Said appeal is taken to the United States Court of Appeals, Fifth Circuit.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via e-mail (or, if required by the Clerk, by placing same in the U.S. Mail, postage pre-paid) this 22nd day of May, 2013. | /s/Scott E. Silbert<br>Scott E. Silbert (12068)<br>Silbert, Garon, Pitre & Friedman<br>909 Poydras Street, Suite 2130<br>New Orleans, LA 70112<br>Telephone: 504-581-6200<br>Telecopier: 504-584-5270<br>scott@silbertgaron.com |
| /s/Scott E. Silbert | |