**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## **ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that Baron & Budd, P.C. and Scott Summy be allowed to withdraw as counsel of record for all Plaintiffs as set forth in Attachment A.

Signed in New Orleans, Louisiana this _____ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO: 2:10-cv-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**ATTACHMENT A**

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| 333 Third Street, LLC dba Bistreaux 333 | | 333 Third Street | Baton Rouge | LA | 70801 | (225) 926-2344 | 47145 |
| 4 Men in a Pirogue | | 9151 Interline Avenue, Ste. 28 | Baton Rouge | LA | 70809 | (225) 926-2344 | 47144 |
| Accmar Equipment Company, Inc. | | 12251 SW 128th Court, Ste. 109 | Miami | FL | 33186 | (305) 300-9596 | 48792 |
| Adams | Huey F. | P.O. Box 772 | Orange Beach | AL | 36561 | (251) 981-6581 | 111417 |
| Adams | Michael | 815 Whistler St. | Prichard | AL | 36610 | (251) 377-0587 | 123472 |
| AMF Construction Services, LLC | | 115 Jesuit Bend Drive | Belle Chasse | LA | 700337 | (504) 358-9592 | 120827 |
| AMF Rigging, LLC | | 7555 Garden Road, Bldg. A | Riviera Beach | FL | 33404 | (561) 963-3438 | 112072 |
| AMF Riviera Beach, LLC | | 7555 Garden Road, Bldg. A | Riviera Beach | FL | 33404 | (561) 963-3438 | 112092 |
| Andrews | Rashun D. | 127 Anna H. Dixon Ct. | Whistler | AL | 36612 | (251) 452-5721 | 123475 |
| Angulo | Asbel | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112403 |
| ATM Bankcard Services, Inc. | | 31 Elmwood Loop | Madisonville | LA | 70447 | (504) 388-0883 | 112483 |
| ATM Commissions Company, Inc. | | 3613 North Arnoult Road | Metairie | LA | 70002 | (504) 388-0883 | 112494 |
| ATM's of the South, Inc. | | 3613 North Arnoult Road | Metairie | LA | 70002 | (504) 388-0883 | 112485 |
| Baker | Frank | 1007 W. Clark Avenue | Prichard | AL | 36610 | (251) 452-2838 | 120237 |
| Baker | Shannon S. | 12251 Bay Road West | Foley | AL | 36535 | (251) 655-0463 | 123474 |
| Bakken Custom Coach and Trailer, LLC | | 7706 Lachman Avenue NE | Otsego | MN | 55301 | | 48825 |
| Balis | James L. | 147 Canal Street | New Smyrna | FL | 32168 | (386) 689-9835 | 107929 |
| Balliviero | Norman | 510 E. Butcher Switch Road | Lafayette | LA | 70507 | | 123607 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Barnes | Brandon J. | 3600 Michael Blvd. Apt 112 | Mobile | AL | 36609 | (251) 554-7512 | 123476 |
| Barnes | Tiffney Y. | 8405 Bottom Wood Circle, Apt 301 | Tampa | FL | 33637 | (813) 770-0821 | 119953 |
| Barthelemy | Kevin | 119 Forest Dr. | Belle Chasse | LA | 70037 | (504) 421-0345 | 75945 123469 (amd) |
| Bayou Express, Inc. | | P.O. Box 1092 | Irvington | AL | 36544 | (251) 422-2050 | 111648 |
| Benjamin | Corey E. | 1007 Elmira | Mobile | AL | 36604 | (251) 433-6257 | 123478 |
| Bennett Landscaping, LLC | | N5978 Bennett's Rd. | Horicon | WI | 53032 | (920) 210-1500 | 112486 |
| Berkeley Warehouse Associates, LLC | | 315 Ravenell Drive | St. Stephen | SC | 29479 | | 111650 |
| Biggs | Lorenzo K. | 4210 Londontown Road | Pascagoula | MS | 39581 | (228) 205-3773 | 123479 |
| Black | Leonard J. | 812 Charles Street | Mobile | AL | 36608 | (251) 433-5601 | 123524 |
| Blackmon | Kevin | 1104 Brussels | Mobile | AL | 36605 | (251) 479-3863 | 123640 |
| Blanks | Willie Jr. | 413 West 2nd Avenue | Foley | AL | 36535 | (251) 953-5913 | 123642 |
| Blount | Charles E. | 2457 McLaughlin Drive | Mobile | AL | 36605 | (251) 272-0803 | 123481 |
| Blount | Donald E. | 2612 Esau Avenue | Mobile | AL | 36617 | (251) 391-9229 | 120773 |
| Bocanegra | Araceli Leyva | P.O. Box 183 | Irvington | AL | 36544 | (281) 957-6664 | 112404 |
| Bocanegra | Jamie Leyva | P.O. Box 183 | Irvington | AL | 36544 | (281) 957-6664 | 112405 |
| Bohannon | Ronald W. | 1408 Forest Dale Drive | Mobile | AL | 36618 | (251) 404-6522 | 123531 |
| Booth | Roger D. | 19146 E. Silverhill Ave. | Robertsdale | AL | 36567 | (251) 947-2074 | 123483 |
| Borges | William | 60355 Jacob Road | Slidell | LA | 70461 | (504) 716-7371 | 120115 |
| Borja | Dimple Lou | 26104 Cunningham Road | Pass Christian | MS | 39571 | (228) 236-6987 | 54122 |
| Bourg | Craig | 317 Lafayette Street | Gretna | LA | 70053 | (504) 616-1328 | 111416 |
| Bozeman | Mario S. | 1316 Jessie St. | Mobile | AL | 36617 | (281) 536-0710 | 123613 |
| Bridges | Jackie M. | 3812 St. Andrews Loop East | Mobile | AL | 36693 | (251) 545-0571 | 123485 |
| Bright | Candice A. | P.O. Box 574 | Silverhill | AL | 36576 | (251) 476-3054 | 123545 |
| Brown | David P. | 86 South Battery | Charleston | SC | 29401 | (843) 801-1502 | 111573 |
| Brown | LaDonna | 1110 Gayle St. | Mobile | AL | 36605 | (251) 508-6969 | 123488 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Brundidge | Chancey W. | 3514 Grandview St. | Pensacola | FL | 36505 | (850) 503-1319 | 123490 |
| Buras | Rodney | 104 Marigold Court | Belle Chasse | LA | 70037 | (504) 234-4669 | 123492 |
| Buras | Ryan | 104 Marigold Court | Belle Chasse | LA | 70037 | (504) 628-0071 | 120711 |
| Burnley | Kenneth | 5613 Old Mobile Highway | Pascagoula | MS | 39581 | (228) 383-1036 | 123493 |
| Cady | Roger N. | P.O. Box 37 | Seadrift | TX | 77983 | (361) 655-1107 | 58504 |
| Cajun Outboards, Inc. | | P.O. Box 29 | Addis | LA | 70710 | | 112406 |
| Callahan | Russell Sr. | 571 Bayou Dularge Road | Houma | LA | 70363 | (985) 855-3950 | 120406 |
| Camargo | Cipriano | P.O. Box 183 | Irvington | AL | 36544 | (251) 827-1443 | 112407 |
| Campbell | Tamara | 1603 Raven Drive | Mobile | AL | 36603 | (251) 382-6403 | 123494 |
| Cargo | Joe | 2117 Bartolo Drive | Meraux | LA | 70075 | (504) 234-7826 | 47197 |
| Castillo | Pedro | P.O. Box 1 | Grand Isle | LA | 70358 | (985) 833-6179 | 121236 |
| Chaney | Jamiean T. | 205 North Pine Street | Mobile | AL | 36603 | (251) 432-8252 | 123547 |
| Chapman | Kenneth | 13370 Rocky Mountain Rd. | Biloxi | MS | 39532 | (228) 313-7477 | 123496 |
| Chauvin | Daryl J. | 400 Gisele St. | New Roads | LA | 70760 | (225) 618-8000 | 120239 |
| Chauvin | Robert | 110 Bissonnet Avenue | Lafayette | LA | 70507 | (337) 896-4622 | 120240 |
| Cheramie | Glen Sr. | 465 Grand Canal Drive | Kissimmee | FL | 34759 | (863) 547-4063 | 111843 |
| CJ's Kitchen, Inc. | | 10500 Airline Highway | Saint Rose | LA | 70087 | (850) 341-7210 | 64890 |
| Clark | Brodgerick | 1138 Summit Street | McComb | MS | 39648 | (601) 689-1533 | 123500 |
| Clark | Latarshia | 2008 Wolf Ridge Road, Apt 27 | Whistler | AL | 36612 | (251) 534-1163 | 123615 |
| Clifton | Lamar A. | 1613 Fornbrook Drive | Mobile | AL | 36605 | (251) 408-3365 | 123501 |
| Coleman | Karen D. | 557 Azalea Road, Apt 42D | Mobile | AL | 36609 | (251) 366-4987 | 123502 |
| Cooper | Thomas | 3107 Landmor Drive | Slaughter | LA | 70777 | (225) 301-1252 | 62172 |
| Crain | Stephen | 1150 Jean Lafitte Blvd | Lafitte | LA | 70067 | (504) 689-2562 | 111709 120825 (amd) |
| Crumedy | Joe | 3252 N. 49th Street | Milwaukee | WI | 53216 | (414) 616-1737 | 123503 |
| Da Shrimpman, LLC | | 39 Topaz Dr. | McHenry | MS | 39561 | (604) 928-3763 | 112829 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Davis | Mario J. | P.O. Box 501079 | Mobile | AL | 36605 | (251) 625-9127 | 123562 |
| De La Cruz | Bartolo Alejandro | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112441 |
| De la Cruz | Adan Wilson | P.O. Box 619 | Irvington | AL | 36544 | (251) 957-6664 | 112450 |
| De la Cruz | Silvia | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112443 |
| DelaCruz Torea | Jorge Luis | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112444 |
| De La Cruz | Raciel Alejandro | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112442 |
| DelCarmen | Maria | 13995 Lottie Avenue | Bayou La Batre | AL | 36509 | (251) 824-1443 | 112449 |
| Dennis | LaVaughn | 2700 Farnell Drive | Mobile | AL | 36605 | (251) 222-4247 | 123504 |
| Diep | Tai Tan | P.O. Box 183 | Irvington | AL | 36544 | (251) 643-3141 | 112445 |
| DiPascal | Tara C. | 2943 Metairie Heights Ave. | Metairie | LA | 70002 | (504) 442-4646 | 47229 |
| Dominguez-Contrera | Fermin | P.O. Box 183 | Irvington | AL | 36544 | (251) 824-1143 | 112446 |
| Donald | Emma J. | 500 Johnson Circle, Apt. 169 | Dothan | AL | 36303 | (251) 458-6209 | 123505 |
| Dore | Zachary | 139 Richeliu Circle | New Iberia | LA | 70560 | (985) 387-3877 | 61808 |
| Doyle | Chad M. | 408 Oak Road | Belle Chasse | LA | 70037 | (504) 912-2044 | 112487 |
| Doyle | Michael | 436 Oak Road | Belle Chasse | LA | 70037 | (504) 810-2421 | 112474 |
| Durham | Don | 15 Durham Drive | Petal | MS | 39465 | (228) 264-5721 | 123506 |
| Duval | Angela | 1029 E. Stephensville Road | Morgan City | LA | 70380 | (985) 714-5004 | 111420 |
| Espinoza Arias | Jorge L. | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112447 |
| EZ Hang Chairs |  | 1785 Masters Drive | Franklin | TX | 37064 | (615) 477-2230 | 111898 |
| Fagan | Damon S. | 4531 Jackson Avenue | Moss Point | MS | 39563 | (228) 281-0747 | 123507 |
| Finch | William | 173 Mossie Road | Wewahitchka | FL | 32465 |  | 62200 |
| Forrest | Jamya | 289 Bloodgood Street, Apt. 3 | Mobile | AL | 36603 | (251) 209-7820 | 123618 |
| Fountain | Karen | 24964 Diamond Rd. | Diamond | LA | 70083 | (504) 419-9027 | 123541 |
| Fountain | Wyatt | 4436 Galway Drive | Winterville | NC | 28590 | (252) 702-0750 | 49067 |
| Fraley | Jon Thomas | 7385 Copter Lane | Milton | FL | 32570 | (740) 507-1820 | 111660 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Franco | Florencio Nieto | P.O. Box 183 | Irvington | AL | 36544 | (251) 827-1443 | 112499 |
| Franks | Mario L. | 513 Castile Dr | Mobile | AL | 36607 | (251) 232-3915 | 123614 |
| Frierson | Victoria | 62133 Mixon Lane | Amite | LA | 70422 | (504) 419-4639 | 120085 |
| Fuentes-Dominguez | Elizabeth | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112501 |
| Gallardo | Matthew | 5171 Mount Rushmore, Dr. | Marrero | LA | 70072 | (504) 621-7796 | 123543 |
| Garcia | Mariel Cordova | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112502 |
| Giordano | Anthony | 306 Barrow | Morgan City | LA | 70380 | (985) 635-2989 | 120583 |
| Great Southern Restaurant Group, Inc. | | 226 S. Palafox Place, 6th floor | Pensacola | FL | 32502 | (850) 438-0955 | 62222 |
| Grissett | Leonard | 72 11th Ave. | Chickasaw | AL | 36611 | (251) 653-9420 | 123619 |
| Gulf Exhibition Corp., Inc. | | 226 S. Palafox Place, 6th floor | Pensacola | FL | 32502 | (850) 438-0955 | 62246 |
| Hall | Will Jr. | P.O. Box 592 | Pascagoula | MS | 39581 | (228) 249-3198 | 123599 |
| Harrington | Stephen | 316 Syracuse Street | Mobile | AL | 36608 | (251) 554-6683 | 123625 |
| Harris | Curtis Sean E. | P.O. Box 619 | Irvington | AL | 36544 | (251) 281-5965 | 112550 |
| Harris | Melinda | 562 Markham Drive | Mobile | AL | 36609 | (251) 458-4603 | 123509 |
| Hawkins | Letlanua | 109 Kansas Street | Hammond | LA | 70403 | (985) 222-8917 | 123549 |
| Haywood | Raymond | 431 Aldock Road | Eight Mile | AL | 36613 | (251) 751-3832 | 123621 |
| Hebert | Eric L. | 7332 Highway 1 South | Addis | LA | 70710 | (225) 749-5001 | 112552 |
| Hernandez Gomez | Jose Jamie | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112553 |
| Hi and Dry Boat Lifts, Inc. | | 226-B Enterprise Dr. | Houma | LA | 70360 | (985) 264-7130 | 111254 |
| Ho | Hai | 8710 Rayfield Avenue | Bayou La Batre | AL | 36509 | (251) 508-2683 | 112554 |
| Holloway | Sarah Jo | P.O. Box 1742 | Daphne | AL | 36526 | (251) 210-5632 | 123641 |
| Hope | Jyron | 438 S. Garrison Avenue | Mobile | AL | 36610 | (251) 378-1431 | 123510 |
| Horn | Phillip | 715 Euclid Avenue | Mobile | AL | 36606 | (251) 455-8139 | 123511 |
| Howard | Mashondra | 125 S. Williams Ave. | Prichard | AL | 36610 | (251) 680-2717 | 127995 |
| Hudson | Dermicia | 623 South Joseph | Prichard | AL | 36610 | (251) 229-5717 | 123017 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Icon Consulting & Design | | 2596 Mary Fox Drive | Gulf Breeze | FL | 32563 | (850) 444-6701 | 111314 |
| Icon Marine Coatings, Inc. | | 1314 Las Olas Blvd. | Ft. Lauderdale | FL | 33301 | | 107653 |
| Ivy | Sandra | 7150 Franklin Road | Foley | AL | 36535 | (251) 955-2450 | 57927 |
| J & K World Trade, Inc. | | 40744 Highway 23 | Buras | LA | 70041 | (508) 596-2979 | 119762 |
| J.T. Fraley Revocable Trust | | 7385 Copter Lane | Milton | FL | 32570 | (740) 570-1820 | 111662 |
| Jackson | Michael | 1303 Middle Ring Road | Mobile | AL | 36608 | (251) 461-4302 | 123551 |
| Jackson's of Pensacola, LLC | | 226 S. Palafox Place, 6th floor | Pensacola | FL | 32502 | (850) 438-0955 | 62253 |
| Johnson | Gaby | 32798 Highway 11 | Buras | LA | 70041 | (504) 657-8195 | 121029 |
| Jomar Café dba Dot's Diner | | 3544 Alan St. | Metairie | LA | 70002 | (504) 259-3544 | 58542 |
| Jones | Gary | 6001 39th Court East | Bradenton | FL | 34206 | | 49140 |
| Ken-K Trucking, Inc. | | 1150 Jean Lafitte Blvd. | Lafitte | LA | 70067 | (504) 689-2562 | 111565 |
| Key | Aaron O'Neal | 612 Elba Ave. | Whistler | AL | 36612 | (251) 287-0790 | 123517 |
| Key | Alisha D. | 612 Elba Ave. | Whistler | AL | 36612 | (251) 287-7645 | 123515 |
| Key | Toshi T. | 612 Elba Ave. | Whistler | AL | 36612 | (251) 287-7645 | 123519 |
| Kim | James | 40744 Highway 23 | Buras | LA | 70041 | (508) 596-2979 | 119762 |
| Kitty G., Inc. dba Liuzza's By the Track | | 320 Moss Lane | River Ridge | LA | 70123 | (504) 669-3327 | 47413 |
| Knight | Bobby L. | P.O. Box 44 | Monroeville | AL | 36461 | (251) 575-3640 | 123521 |
| Lacombe | Luckner | 1310 Smokerise Drive | Mobile | AL | 36695 | (251) 458-3766 | 123522 |
| LeFrance | Hayven | 1936 Hendee Street | New Orleans | LA | 70114 | (504) 255-8222 | 123523 |
| Lam | Hang Minh | 1504 Shalimar Road | Mobile | AL | 36609 | (251) 957-6664 | 112409 |
| Lam | Tuan Minh | 1504 Shalimar Road | Mobile | AL | 36609 | (251) 957-6664 | 112410 |
| Landry | Cody J. | 805 Teche Road | Morgan City | LA | 70380 | (985) 395-7953 | 123525 |
| Landry | Elton J. | 1029 E. Stephensville Toad | Morgan City | LA | 70380 | (985) 992-8499 | 121123 |
| Landry's Restaurant, Inc. dba Landry's Restaurant of New Iberia Seafood & Steakhouse | | 2318 W. Highway 90 W. | New Iberia | LA | 70560 | (337) 369-3772 | 47429 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Lavelle | Patrick Warren | 2174 Jean Lafitte Blvd. | Lafitte | LA | 70067 | (504) 689-4240 | 119847 |
| LeBlanc | Janiene | 8805 Tanglewild Place | River Ridge | LA | 70123 | | 112082 |
| LeBlanc | Wayne | 8805 Tanglewild Place | River Ridge | LA | 70123 | | 112084 |
| Leon | Odalys | 1417 Azalea Road | Mobile | AL | 36696 | (251) 957-6664 | 112411 |
| Leyva | Fermin Ruiz | P.O. Box 183 | Mobile | AL | 36544 | (251) 957-6664 | 112412 |
| Leyva | Israel Ruiz | P.O. Box 183 | Mobile | AL | 36544 | (251) 957-6664 | 112413 |
| Leyva | Noel | P.O. Box 183 | Irvington | AL | 36544 | (251) 824-1443 | 112414 |
| Lindsay | Andrew | 3580 East M115 | Cadillac | MI | 49601 | (231) 775-1351 | 49146 |
| LLM Enterprise, LLC | | 7951 One Calais Avenue | Baton Rouge | LA | 708809 | (703) 338-8498 | 52312 |
| Lombardo | Anthony | 137 Orange Lane | Port Sulphur | LA | 70083 | (504) 656-2244 | 111609 |
| Mack | Lorenzo | 668 Johnston Avenue | Mobile | AL | 36606 | (251) 476-3494 | 123527 |
| Mackey | Patrice | 28833 Highway 23 | Port Sulphur | LA | 70083 | (504) 657-4328 | 123526 |
| Maloney's Oyster Bar | | 147 Canal Street | New Smyrna | FL | 32168 | (386) 424-1312 | 107924 |
| Mangrum | David R. | 38035 Mistletoe St. | Gonzales | LA | 70737 | (225) 744-7473 | 47432 |
| Marcotte | Barbara | 328 Myrtle Grove Road | Port Sulphur | LA | 70083 | (504) 656-0846 | 120092 |
| Marino | David Sr. & Shannon | 116 Velsco Lane | Myrtle Grove | LA | 70083 | (504) 400-6347 | 111800 |
| Marino | David J. Sr. | 116 Velsco Lane | Myrtle Grove | LA | 70083 | (504) 400-6347 | 120896 |
| Martin | Mollie K. | P.O. Box 611 | Irvington | AL | 36544 | (251) 957-6664 | 112415 |
| Martinez | Rolando Uribe | P.O. Box 183 | Irvington | AL | 36544 | (251) 824-1443 | 112416 |
| Maye | Carlos | P.O. Box 1031 | Monroeville | AL | 36461 | (251) 575-3669 | 123529 |
| McCon's Swamp Services | | 8063 Main Street | Sorrento | LA | 70778 | (225) 278-5108 | 111371 |
| McCovery | Timothy | 28109 5th Ave. | Daphne | AL | 36526 | (251) 767-3938 | 123533 |
| McGuire | Raymond | 1284 Laura Lane | Niceville | FL | 32578 | (850) 729-0002 | 111322 |
| Milani | Fred | 3687 Briarcliff Road | Atlanta | GA | 30345 | (404) 597-4322 | 57946 |
| Miller | Jonathan | 1522 8th Street | New Orleans | LA | 70115 | (843) 385-3490 | 111373 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Miller | Lonzo Jr. | 217 Lewis St. | Leland | MS | 38756 | (228) 257-0028 | 123606 |
| Miller | Mary Alice | 4078 Muirfield Ct. | Gulf Shores | Al | 36542 | (251) 224-7016 | 47456 |
| Mioc | Ioan | P.O. Box 1151 | Buras | LA | 70041 | (504) 912-0085 | 119484 |
| Moffett | Betty Jean | 337 Menge Avenue | Pass Christian | MS | 39571 | (228) 452-4778 | 123550 |
| Morrisette | Mario | 2049 Sandalwood Drive | Mobile | AL | 36618 | (251) 452-6347 | 123610 |
| Muro | Gregory | 3613 North Arnoult Road | Metairie | LA | 70002 | (504) 388-0883 | 112489 |
| Murphy | Jonathan | 3251 S Highway 35 | Port Lavaca | TX | 77979 | (361) 920-1370 | 47470 |
| New Orleans Deli & Dining | | 930 Poydras #1905 | New Orleans | LA | 70112 | (504) 679-7012 | 66856 |
| Nguyen | Giang Thi | 8220 W. Warner Street | Bayou La Batre | AL | 36509 | (251) 824-1143 | 112417 |
| Nixon | Thomas | 11910 City Bridge Road | Wiggins | MS | 39577 | (601) 528-5129 | 57955 |
| Nobles | Peter L. | 2254 Fairway Drive | Mobile | AL | 36606 | (251) 463-5155 | 123534 |
| Northwest Florida Community Hospital | | 1360 Brickyard Road | Chipley | FL | 32428 | (850) 638-1610 | 111327 |
| Olvera | Georgina | 8638 Bryant St. Apt B. | Bayou La Batre | AL | 36509 | (251) 824-1143 | 112418 |
| Orleans Cuisine, LLC | | 25 Hickory Avenue | Harahan | LA | 70123 | (504) 602-1089 | 54146 |
| Orta | Ruben | P.O. Box 183 | Irvington | AL | 36544 | (251) 824-1143 | 112419 |
| Ortega Hernandez | Jose de Jesus | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112420 |
| Osornio | Eberardo Terrazas | P.O. Box 183 | Irvington | AL | 36544 | (251) 824-1143 | 112421 |
| Ovando | Nuri Cupil | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112422 |
| Padilla | Tirso Aurelio | 5337 Travis Road, Lot 6 | Mobile | AL | 36619 | (251) 957-6664 | 112423 |
| Papa Rod, Inc. | | P.O. Box 842 | Bayou Le Batre | AL | 36509 | (251) 824-4067 | 67160 |
| Parker | LaKeisha | P.O. box 7242 | Mobile | AL | 36670 | (251) 518-8007 | 123605 |
| Payton | Reginald | 913 Courtey Road | Mobile | AL | 36606 | (251) 554-4806 | 123604 |
| Penick | Ryan | 1995 Cypress Lane | Grand Isle | LA | 70358 | (985) 278-8972 | 122933 |
| Perez | Juan Wilson | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112424 |
| Perez | Obet Angulo | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112425 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Pittman | Ronald | 1029 E. Stephensville Road | Morgan City | LA | 70380 | (985) 519-5321 | 111705 |
| Prance | Nan | 4003 S Broad Street Apt 701 | Scottsboro | AL | 35769 | (251) 943-0113 | 47510 |
| Ross | Natasha M. | P.O. Box 351 | Norco | LA | 70079 | (985) 764-6510 | 75559 |
| Prescott | Sean F. | 6792 Lawn Haven Drive | Huntington Beach | CA | 92648 | (714) 375-1222 | 111331 |
| Prisco | Robert S. | 17630 Wendy Sue Avenue | Hudson | FL | 34667 | (727) 478-5519 | 52325 |
| Quayside Properties, LLC | | 17 W. Government Street | Pensacola | FL | 32502 | (850) 438-7500 | 111332 |
| Quayside Quarters, LLC | | 700 S. Palafox Street, Ste. 245 | Pensacola | FL | 32502 | (850) 432-8812 | 111332 |
| Quinn | Mark | 1600 E. Martin Drive | Mobile | AL | 36605 | (251) 450-1068 | 123530 |
| Register | Thelma | 4340 Hagerty Court | Spring Hill | FL | 34608 | (251) 472-5584 | 107703 |
| Retherford | Martin R. | 5072 Evergreen Drive | Gulf Breeze | FL | 32563 | (850) 565-0898 | 107770 |
| Rhodes | Edward | 336 Springdale Circle | D'Iberville | MS | 39540 | (228) 209-6803 | 65415 |
| Richard | Dallas | 24609 Heidelberg Rd | Robertsdale | AL | 36567 | (251) 947-7170 | 65146 |
| Roush | Frank Blaine | 13440 Glenwyck Ln. | Huntersville | NC | 28708 | | 107684 |
| Royal | George | 508 S. Jefferson St. | Mobile | AL | 36603 | (334) 690-9096 | 124352 |
| Sanchez | Erik | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112426 |
| Sanchez | Eugenio de la Cruz | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112427 |
| Santos-Wilson | Angel Mario | P.O. Box 619 | Irvington | AL | 36544 | (251) 957-6664 | 112428 |
| Santos-Wilson | Evelyn Nanette | P.O. Box 619 | Irvington | AL | 36544 | (251) 957-6664 | 112429 |
| Sawyer | Sherrita | 2522 Clubhouse Rd. | Mobile | AL | 36605 | (251) 607-6700 | 123520 |
| Sayles | Korey | N7231 County Road TW | Horicon | WI | 53032 | (920) 210-1500 | 112492 |
| Seabrook Seafood, Inc. | | P.O. Box 776 | Kemah | TX | 77565 | (281) 334-2546 | 112848 |
| Seafox Marina, LLC | | 10 Bryan Rd. | Dania | FL | 33004 | | 111604 |
| Serranos Clearview, LLC | | 9151 Interline Ave., Ste 2B | Baton Rouge | LA | 70809 | (225) 926-2344 | 52367 |
| Serranos Highland, LLC | | 3347 Highland Road | Baton Rouge | LA | 70802 | (225) 926-2344 | 52369 |
| Serranos Johnston, LLC | | 3151 Johnston Street | Lafayette | LA | 70503 | (225) 926-2344 | 52371 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Sexton | James L. | 11359 Padgett Switch Road | Irvington | AL | 36544 | (251) 402-1995 | 112430 |
| Shallow Water Fishing | | P.O. Box 329 | Port Sulphur | LA | 70083 | (504) 450-9290 | 63537 120079 (amd) |
| Sharp | Randall | 1634 Kalakaua Ct. | Gulf Breeze | FL | 32563 | (850) 916-9957 | 112562 |
| Simmons | Phillip Jr. | P.O. Box 3 | Empire | LA | 70050 | (504) 657-5707 | 119197 |
| Sledge | Antonia | 13423 Rooster Lane | Foley | AL | 36535 | (251) 979-0036 | 123635 |
| SM Energy, LLC | | 1201 Brashear Avenue | Morgan City | LA | 70380 | (985) 384-3111 | 119684 |
| Smith | Kevin | P.O. Box 44 | Berwick | LA | 70342 | (985) 519-0258 | 52377 |
| Spettel | Rene | 8450 Gray Drive | Irvington | AL | 36544 | (251) 454-6952 | 112431 |
| Sprinkle | Joshua Lee | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112432 |
| Stallworth | Langston Talcott, Jr. | 1709 Alee Dr. | Mobile | AL | 36605 | (251) 470-6721 | 122930 |
| Staten | Charlie | 5200 Jones Road | Theodore | AL | 36582 | (251) 341-1849 | 123513 |
| Stuart | Dennis | 6824 Highway 13 South | Morton | MS | 39117 | (601) 537-3045 | 47868 |
| Swanier | Anna M. | P.O. Box 356 | Pass Christian | MS | 39571 | (228) 223-4467 | 123535 |
| Tassin | Patrick | 29 Chateau Palmer Drive | Kenner | LA | 70065 | (504) 466-0505 | 64866 |
| Taylor | Charles | 12323-A Rayneil Ave. | Coden | AL | 36523 | (251) 476-1869 | 123639 |
| Taylor | Glenn | 7093 Pinecrest Drive | Montgomery | AL | 36117 | (334) 272-9045 | 52382 |
| Teague Custom Marine | | 28115 Avenue Stanford | Valencia | CA | 91355 | (661) 255-5511 | 107649 |
| Terrazas Bucanegra | Juan Daniel | P.O. Box 183 | Irvington | AL | 36544 | (251) 824-1443 | 112434 |
| The Edible Event, LLC | | 9151 Interline Ave., Ste 2B | Baton Rouge | LA | 70809 | (225) 926-2344 | 52389 |
| Thomas | Donald | 8804 Spring Street | Ocean Springs | MS | 39564 | (727) 563-6720 | 107632 |
| Thomassie | Ronald | 4175 Privateer Blvd. | Barataria | LA | 70036 | (504) 689-2618 | 120628 |
| Thompson | Dina | 2380 Highway 71 | Mariana | FL | 32448 | (805) 688-7019 | 120627 |
| Threat | Jeffery | 3684 Briarcliff Road NE | Atlanta | GA | 30345 | (404) 329-7824 | 57982 |
| Tierney | Eugene Sr. | 545 Martin Lane | Port Sulphur | LA | 70083 | (504) 496-6211 | 52421 |
| Torea | Lisandro dela Cruz | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112435 |

| Client Last Name | Client First Name | Client Address | City | State | Zip | Client Phone | Short Form Document # |
|---|---|---|---|---|---|---|---|
| Trawick | Melvin | 822 LeBlanc Street | Vinton | LA | 70068 | (337) 794-5268 | 52450 |
| Trenado-Loa | Daniel | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112436 |
| Tu Nguyen | Lan Phuong | P.O. Box 434 | Bayou La Batre | AL | 36509 | (251) 824-1443 | 112437 |
| Turner Preston Properties | | 1106 Moisant Street | Kenner | LA | 70065 | (504) 289-1646 | 66874 |
| Turner | Thomas | 2925 Miller Avenue | Natchez | MS | 39120 | (601) 446-8092 | 47974 |
| Vital | Traylon D. | 106 Dauterive Lane | New Iberia | LA | 70560 | (337) 967-7482 | 48073 |
| Vong | Mui Sam | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112438 |
| Wallace | Derry Lee | 1256 Leo St. | Mobile | AL | 36605 | (251) 433-5086 | 123498 |
| Warnnike | Scotty | 90400 Overseas Hwy | Tavernier | FL | 33070 | | 112840 |
| Warren Springs, LLC | | N7231 County Road TW | Horicon | WI | 53032 | (920) 210-1500 | 112490 |
| Watson | Charles Pierre | 36501 State Highway 225 | Bayminette | AL | 36507 | (251) 689-1004 | 123491 |
| WC Safety Systems | | 8805 Tanglewild Pl. | River Ridge | LA | 70123 | | 112086 |
| Welch | Gennarro | 11752 Klein Road | Gulfport | MS | 39503 | (228) 265-5696 | 123489 |
| Wesley | Charles | 10511 Lindley Avenue #247 | Porter Ranch | CA | 91326 | (818) 923-5363 | 123487 |
| West | Lance | 3812 Freeman Road | Jacksonville | FL | 32207 | (904) 399-4041 | 123482 |
| West | Lededrick J. | 5966 Arbon Avenue | Mobile | AL | 36608 | (251) 348-9832 | 123484 |
| Wheeler | Willie | 11853 Hampton Rd. | Mobile | AL | 36608 | (251) 455-6363 | 123637 |
| White | Deloris | 1657 East Cheshire Dr. | Mobile | AL | 36605 | (251) 473-2392 | 120060 |
| Whitman | Izabella | 1165 Shenandoah Ct. | Marco Island | FL | 34145 | (239) 216-0014 | 48097 |
| Whitman Industries, LLC | | 1165 Shenandoah Ct. | Marco Island | FL | 34145 | (239) 216-6171 | 48110 |
| Williams | Danny | 4004 Scovel Rd. Apt 39 | Pascagoula | MS | 39581 | (251) 272-0204 | 123480 |
| Williams | Justin | 341 N. Gould Avenue | Prichard | AL | 36613 | (251) 263-2895 | 123477 |
| Williams | Nadina | 3400 Alba Club Road | Mobile | AL | 36605 | (251) 214-5154 | 123601 |
| Wilson | Bartolo Avalos | P.O. Box 183 | Irvington | AL | 36544 | (251) 957-6664 | 112439 |
| Wilson | Josue Santos | P.O. Box 619 | Irvington | AL | 36544 | (251) 957-6664 | 112440 |

| **Client Last Name** | **Client First Name** | **Client Address** | **City** | **State** | **Zip** | **Client Phone** | **Short Form Document #** |
|---|---|---|---|---|---|---|---|
| Wilson | Ray A. | 1816 Legion Street | Lake Charles | LA | 70601 | (337) 212-6102 | 48169 |
| Winston | Quincy | 761 Donald Street | Mobile | AL | 36617 | (251) 391-4481 | 123473 |
| Wire Nuts Electric of South Florida, Inc. | | 237 La Paloma Road | Key Largo | FL | 33037 | (305) 451-0939 | 120817 |
| Wisner | James P. | 4507 McElroy Ave. #4 | Tampa | FL | 33611 | (813) 784-5658 | 58636 |
| Work | Jack | 113 Baybridge Drive | Gulf Breeze | FL | 32561 | (850) 393-0058 | 123608 |
| Wyrick | Anthony | 2181 Teate Avenue | Pensacola | FL | 32504 | (850) 471-1928 | 111388 |
| Young | Agnes K. | 1501 Knob Hill Drive | Gulf Shores | AL | 36547 | (250) 972-4336 | 48312 |