Exhibit A

1. Akari Energy-134947
2. Christensen Financial-134898
3. Admiral Towing, LLC-134910
4. Coastal Logistics, LLC-134826
5. Alison Jane, LLC-134934
6. Brown Florida Holdings, LLC-134900
7. Cajun Queen, LLC-134827
8. LA Barge, LLC-134899
9. LA Marsh Buggies, LLC-134908
10. Providence Barge, LLC-134932
11. RC Barge, LLC-134825
12. Triple BBB, LLC-134820
13. Backbone Marine, LLC-134904
14. Brown Water Barges, LLC-134903
15. Camcorp, LLC-134902
16. Codyliz, LLC-134906
17. K&K Marine, LLC-134821
18. Lady Towing, LLC-134822
19. Uncle George, LLC-134823
20. Safety First, LLC-134829
21. Erdman, Jon-134830
22. Rosean, Beau-134831
23. Bartholomew, Anthony-134859
24. Honiron Corp.-134828
25. Venus World-134871
26. Cherie F. Garmin-134875
27. Estay, Edward-134742
28. F&S Marine-134881
29. Klenert, Gerry-134885
30. Hartwig Moss Insurance Agency-134944
31. LeBlanc Leasing, Co., LLC-134891
32. Atomic Holdings, LLC-134739
33. Dixie Marine, INC.-134745
34. Houston Ship Repair-134901
35. Industrial & Marine Equipment Co.-134741
36. Johnson, Mark-134897
37. Phil Guilbeau Offshore-134948

38. St. Mary Galvanizing-134736
39. M-Tec Rise-134888
40. Ram Maching Tooling, Inc-134892
41. No Limit Gaming, LLC-134894
42. Favalora Constructors-134896
43. ARCI-134916
44. Creekstone-134914
45. Industrial Specialties Co. of LA-134918
46. Cutitto, Claude-134743
47. Keith Huber, Inc.-134744
48. James Bosarge-134922
49. Delaney Development-134920
50. Jade Consulting-134926
51. McKenzine Oil Co., Inc.-134927
52. Kennedy Insurance Agency-134912
53. Star Engineering-134928
54. Madrid, Cesar-134946
55. Burch, Bryan-134945