UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| No. 10-8888, Rec. Docs. 55048 & | * | |
| 118387 | * | MAGISTRATE SHUSHAN |
| and | * | |
| No. 12-970 | * | |

## ORDER

Before the Court is C Cup Oysters, LLC's Objections to the Appeal Panel Determination and Notice of Appeal of Appeal Panel Decision, which the Court treats as a Motion for Discretionary Court Review of Appeal Determination under the Economic and Property Damages Settlement Agreement (hereinafter "Motion"). (Rec. Doc. 9043). After C Cup Oysters, LLC filed this Motion, the Court, on May 20, 2013, issued an Order establishing Rules Governing Discretionary Court Review of Appeal Determinations. (Rec. Doc. 10185). Particularly relevant is Rule 20, which states:

> **Rule 20. Requests and Objections Submitted Before Effective Date of These Rules:**
> Any party that has already submitted a request for review by the District Court shall submit a Request that is in compliance with these Rules. Notwithstanding the time limits in Rules 14 and 15, such parties shall be permitted to submit their Requests within five (5) days of the Effective Date of these Rules. Opposing parties may submit an Objection within ten (10) days of the Effective Date of these Rules.

(emphasis added). Accordingly, the Court **DENIES WITHOUT PREJUDICE** C Cup Oysters, LLC's Motion (Rec. Doc. 9043). Upon complying with the requirements of Rule 20, and any other applicable procedures under the Rules Governing Discretionary Court Review of Appeal Determinations, C Cup Oysters, LLC may re-urge its Motion.

Signed in New Orleans, Louisiana, this 23rd day of May, 2013.

_____
United States District Judge

**Clerk to Notify:**
David Duval, Appeals Coordinator
AppealsCoordinator@dhecc.com