# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## AMENDED ORDER

### [Re:  Allocation of Examination Time - Source Control Experts]

On May 20, 2013, an order was issued for the allocation of examination time for Source Control experts.  The Court omitted from its consideration the request of the U.S. for additional examination time for three BP source control experts:  Morris Burch; Dan Gibson; and James Hull. The allocation of examination time for these three experts is revised.

The following persons are identified as Source Control experts:[1]

| | Party | Expert |
|---|---|---|
| 1. | BP | Iain Adams |
| 2. | PSC | Robert Bea |
| 3. | BP | Morris Burch |
| 4. | BP | Richard Carden |
| 5. | Transocean | Greg Childs |
| 6. | Transocean | Tyson Foutz |
| 7. | BP | Dan Gibson |
| 8. | BP | James Hull |

---

[1] The U.S. did not identify any source control experts.

| | | |
|---|---|---|
| 9. | BP | Andrew Mackay |
| 10. | PSC | Greg Perkin |
| 11. | Halliburton | Glen Stevick |
| 12. | Transocean | Robert Turlak[2] |
| 13. | Transocean | John Wilson |
| 14. | Halliburton | Edward Zeigler |

Allocation of Examination Time

| Robert Bea - PSC | | Stevick and Ziegler - Halliburton | |
|---|---|---|---|
| BP | 330 minutes | BP | 330 minutes |
| Transocean | 30 minutes | Transocean | 30 minutes |
| Halliburton | 30 minutes | Anadarko | 10 minutes |
| Anadarko | 10 minutes | PSC | 30 minutes |
| U.S. | 10 minutes | U.S. | 10 minutes |
| States | 10 minutes | States | 10 minutes |
| PSC | 30 minutes | Halliburton | 30 minutes |
| Total | 450 minutes | Total | 450 minutes |

---

[2] Transocean's Phase Two Expert Disclosure, dated May 1, 2013, reports that Robert Turlak was deposed in his personal capacity for 2 days and for 2 more days as a representative of Transocean. Transocean reports that Turlak's expected testimony relates to topics identified in its disclosure and his expected testimony will be squarely within the four corners of the testimony he provided in his depositions. Transocean did not submit a report from Turlak.  He will not be deposed as an expert during Phase Two.

Childs, Foutz and Wilson - Transocean

| | |
|---|---|
| BP | 330 minutes |
| Halliburton | 30 minutes |
| Anadarko | 10 minutes |
| PSC | 30 minutes |
| U.S. | 10 minutes |
| States | 10 minutes |
| Transocean | 30 minutes |
| Total | 450 minutes |

Adams, Carden and Mackay - BP

| | |
|---|---|
| PSC | 30 minutes |
| States | 45 minutes |
| Transocean | 150 minutes |
| Halliburton | 150 minutes |
| U.S. | 15 minutes |
| Anadarko | 15 minutes |
| BP | 45 minutes |
| Total | 450 minutes |

\*     \*     \*

Burch, Gibson and Hull-BP

| | |
|---|---|
| PSC | 30 minutes |
| States | 30 minutes |
| Transocean | 135 minutes |
| Halliburton | 135 minutes |
| U.S. | 60 minutes |
| Anadarko | 15 minutes |
| BP | 45 minutes |
| Total | 450 minutes |

Greg Perkin - PSC

| | |
|---|---|
| BP | 580 minutes |
| Transocean | 200 minutes |
| Halliburton | 30 minutes |
| Anadarko | 10 minutes |
| U.S. | 10 minutes |
| States | 10 minutes |
| PSC | 60 minutes |
| Total | 900 minutes |

The deadline for an appeal of this order is **Thursday, May 30, 2013.**

New Orleans, Louisiana, this 23rd day of May, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

4