UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Working Group Conference on Friday, May 17, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### NON-PHASE TWO MATTERS

1. **BP's request for authorization to dispose of samples.**

    The U.S. reported that it is continuing discussions with BP over its objections to BP's request for authorization to dispose of samples.

2. **Michoud lease.**

    Because of the lead time required to move the BOP, a decision will be made on the Michoud lease at the June 28, 2013 working group conference. The lease will expire on October 1, 2013.

3. **Captain Englebert's April statement.**

    The parties shall pay their allocated shares as promptly as possible.

**4.     Transocean's request to move string components**.

There was no objection and Transocean is authorized to move the string components from Port Fouchon to Amelia for storage and preservation.

**5.     NOAA information**.

BP reported that it is working with the U.S. and the PSC on a draft order.

**6.     Amendment to PTOs 37 and 39.**

The U.S. reported that there was an agreed order on the revision of PTOs 37 and 39 which will relieve the parties in some circumstance of the need to retain what is left after testing.

## PHASE TWO PREPARATION

**1.     Deposition designations**.

The U.S. reported that there was agreement on the incorporation of document objections into deposition bundles.

**2.     Exhibit list issues**.

On May 16, the U.S. and PSC submitted a proposal to the parties with a framework and schedule for exhibit list issues including dealing with duplicates, removing objections from the list of exhibits with objections, and removing exhibit confidentiality designations.

**3.     Exhibits without Bates labels.**

BP reported that an agreement was reached with the U.S.  The parties shall produce all documents that are currently on their Phase Two trial exhibit lists or that are added in the future with Bates labels.  The only exceptions are expert reports, pleadings, deposition exhibits that are not already Bates labeled, and physical evidence.

**4.     Unproduced documents**.

The U.S. reported that the issues with unproduced documents were resolved.

**5.     Crime-fraud.**

BP submitted its response on May 17 to the U.S./Transocean joint memorandum (Rec. doc. 9355).  **Friday, May 24**, is the deadline for the U.S. and Transocean to submit a joint reply.

**6.     Second Installment - Phase Two exhibit lists and objections.**

On May 15, BP submitted a letter brief regarding the admissibility of TREX-09088.  The U.S. shall respond on **Monday, May 27.**  BP shall reply on **Monday, June 3**.

**7.     Dr. Tom Hunter**.

On May 15, an order was issued providing for a one day deposition of Dr. Hunter.  Rec. doc. 9980.  A date will be required for Dr. Hunter's deposition.

**8.     Ceding time for Phase Two expert depositions**.

On May 15, an order was signed prohibiting the ceding of time for Phase Two expert depositions.  Rec. doc. 10040.

**9.     Hans Vaziri software**.

BP reported that Mr. Vaziri, a BP employee, used software in his analysis that is proprietary to BP.  This analysis was used by another expert in an erosion analysis.  The U.S. notes that BP's experts chose to use this software and it requests that the software be produced as soon as possible.  BP proposes that the U.S. receive access to the software under an agreement similar to the one that permitted BP to use Halliburton's OptiCem software.

**10.    Expert production**.

The U.S. raised issues concerning Dr. Whitson and Mr. Torres-Verdin.  It seeks production

of input and output files in native format for modeling runs done by Dr. Whitson. It seeks production of files considered by Mr. Torres-Verdin which a third party considers proprietary.

**11.   Curtis Whitson.**

The Whitson deposition is set for July 18 and 19. The U.S. requested that the deposition be moved, but BP reported that it could not be moved. The Court requests that BP make a further effort at moving up Whitson's deposition.

**12.   Allocation of examination time**.

On May 20, orders for the allocation of examination time for quantification and source control experts were issued (Rec. docs. 10193 and 10195). An amended order for the allocation of examination time for source control experts was issued.

**13.   Phase Two trial**.

BP will submit a proposal for the order of presentation of opening statements and evidence at the Phase Two trial. The proposal will include allocation of time for the opening statements. The Court asked the parties to consider whether the trial should be divided with source control presented first followed by quantification.

**14.   New related cases**.

BP raised the issue of the deadline for responding to cases which are in the process of consolidation. On May 20, Judge Barbier signed an order regarding new related cases pending consolidation (Rec. doc. 10194).

**15.   Expert schedule**.

Attached is a draft expert deposition schedule. The parties are asked to review the schedule and comment at their earliest convenience but no later than by **Wednesday, May 29**.

## CONFERENCE SCHEDULE

| | |
|---|---|
| 05/24/13 | WGC conference cancelled |
| 05/31/13 | WGC meeting at 9:30 a.m. |
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/27/13 | **Tentative date for Status Conference before Judge Barbier** |
| 06/28/13 | WGC meeting at 9:30 a.m. |
| 07/05/13 | No Conference |
| 07/12/13 | WGC meeting at 9:30 a.m. |
| 07/19/13 | WGC meeting at 9:30 a.m. |
| 07/26/13 | WGC meeting at 9:30 a.m. |
| 08/02/13 | No Conference |
| 08/09/13 | WGC meeting at 9:30 a.m. |
| 08/16/13 | WGC meeting at 9:30 a.m. |
| 08/23/13 | WGC meeting at 9:30 a.m. |
| 08/29/13 | No Conference |

**Thursday, September 5, 2013, at 9:00 a.m.  Phase Two Final Pre-Trial Conference**

| | |
|---|---|
| 09/06/13 | WGC meeting at 9:30 a.m. |
| 09/13/13 | WGC meeting at 9:30 a.m. |

**09/16/13         Commencement of Phase Two Trial**

   **All Saturdays are email free days.**

   New Orleans, Louisiana this 23rd day of May, 2013.

   _____
   SALLY SHUSHAN
   United States Magistrate Judge