**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION J** |
| **Applies to:** ***All Cases*** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

# DRAFT (May 22, 2013)

**[Regarding Expert Deposition Schedule]**

**A. Tom Hunter.**

A date is needed for a 1 day deposition of a U.S. expert on quantification, Tom Hunter.

**B. Seventh Week.**

Deadline for completion of expert depositions is extended to **Saturday, August 3.**

**C. Curtis Whitson.**

The issue of the date of the deposition of Whitson is not resolved.

**D. Plaintiffs' Reply Experts.**

The schedule for these experts is to be announced on June 17.

* * *

Monday, June 17 -**FIRST WEEK**

Tuesday - June 18

| | | |
|---|---|---|
| BP - Morris Burch | Source Control - Available June 18 - 19 | New Orleans |

Wednesday - June 19

| | | |
|---|---|---|
| U.S. - Ron Dykhuizen | Quantification | New Orleans |

Thursday - June 20

| | | |
|---|---|---|
| U.S. - Ron Dykhuizen | Quantification | New Orleans |
| BP/A - Ann Marchand | Quantification | New Orleans |
| U.S. - Mehran Pooladi-Darvish | Quantification | New Orleans |

Friday - June 21

| | | |
|---|---|---|
| BP/A - Ann Marchand | Quantification | New Orleans |
| U.S. - Mehran Pooladi-Darvish | Quantification | New Orleans |

Monday - June 24 - **SECOND WEEK**

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

Tuesday - June 25

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

Wednesday - June 26

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification | New Orleans |
| BP - Dan Gibson | Source Control - Available June 26-27 | New Orleans |

Thursday - June 27

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification | New Orleans |

Friday - June 28

| | | |
|---|---|---|
| U.S - Dr. Aaron Zick | Quantification | New Orleans |
| BP - Richard Carden | Source Control - Available June 28-29 | New Orleans |

Saturday - June 29

| | | |
|---|---|---|
| U.S - Aaron Zick | Quantification | New Orleans |

Monday - July 1 **THIRD WEEK**

| | | |
|---|---|---|
| BP/A - Andreas Momber | Quantification | New Orleans |

Tuesday - July 2

| | | |
|---|---|---|
| BP/A - Andreas Momber | Quantification | New Orleans |
| BP/A - Robert Zimmerman | Quantification | New Orleans |

Wednesday - July 3

| | | |
|---|---|---|
| BP/A - Robert Zimmerman | Quantification | New Orleans |

Monday - July 8 **FOURTH WEEK**

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification | New Orleans |

Tuesday - July 9

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification | New Orleans |
| BP/A - Carlos Torres-Verdin | Quantification | New Orleans |
| BP/A - Martin Trusler | Quantification | New Orleans |

Wednesday, July 10

| | | |
|---|---|---|
| TO - Greg Childs | Source Control - Available July 10-12 | New Orleans |
| BP/A - Carlos Torres-Verdin | Quantification | New Orleans |
| BP/A - Martin Trusler | Quantification | New Orleans |
| BP/A - Nigel Richardson | Quantification | New Orleans |

Thursday, July 11

| | | |
|---|---|---|
| BP/A - Nigel Richardson | Quantification | New Orleans |

Friday, July 12

Monday, July 15 **FIFTH WEEK**

| | | |
|---|---|---|
| HESI - Richard Strickland | Quantification and Source Control | New Orleans |
| TO - Tyson Foutz | Source Control - Available week of July 15 | New Orleans |
| TO - Sankaran Sundaresan | Quantification - Available week of July 15 | New Orleans |
| BP/A - Michael Zaldivar | Quantification | New Orleans |
| BP - Andrew Mackay | Source Control - Available July 15-16 | Washington, D.C. |

Tuesday, July 16

| | | |
|---|---|---|
| HESI - Richard Strickland | Quantification and Source Control | New Orleans |
| TO - Sankaran Sundaresan | Quantification - Available week of July 15 | New Orleans |
| BP/A - Michael Zaldivar | Quantification | New Orleans |

Wednesday - July 17

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification | New Orleans |
| BP/A - Hans Vaziri | Quantification | New Orleans |

Thursday - July 18

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification | New Orleans |
| BP/A - Hans Vaziri | Quantification | New Orleans |
| BP/A - Curtis Whitson[1] | Quantification | New Orleans |
| BP - James Hull | Source Control - Available July 18-19 | New Orleans |

Friday - July 19

| | | |
|---|---|---|
| BP/A - Curtis Whitson | Quantification | New Orleans |

[1] Date is subject to change.

| | | |
|---|---|---|
| BP/A - Adrian Johnson | Quantification | New Orleans |

Saturday - July 20

| | | |
|---|---|---|
| BP/A - Adrian Johnson | Quantification | New Orleans |

Monday - July 22 **SIXTH WEEK**

| | | |
|---|---|---|
| PSC - Dr. Bea | Source Control - Available July 22-August 3 | New Orleans |
| TO - John Wilson | Flow Rate Estimates/Source Control | New Orleans |
| BP/A - Alain Gringarten | Quantification | New Orleans |
| TO - Kerry Pollard | Quantification | New Orleans |

Tuesday - July 23

| | | |
|---|---|---|
| HESI - Edward Ziegler | Source Control | New Orleans |
| BP/A - Alain Gringarten | Quantification | New Orleans |
| BP/A - Srdjan Nesic | Quantification | New Orleans |
| TO - Kerry Pollard | Quantification | New Orleans |

Wednesday - July 24

| | | |
|---|---|---|
| HESI - Edward Ziegler | Source Control | New Orleans |
| BP/A - Srdjan Nesic | Quantification | New Orleans |
| BP - Iain Adams | Source Control - Available July 24-25 | New Orleans |

Thursday - July 25

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification | New Orleans |
| HESI - Glen Stevick | Quantification and Source Control | New Orleans |
| BP/A - Martin Blunt | Quantification | New Orleans |

Friday - July 26

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification | New Orleans |
| BP/A - Martin Blunt | Quantification | New Orleans |

Monday, July 29

| | | |
|---|---|---|
| BP/A - Simon Lo | Quantification | New Orleans |

Tuesday, July 30

| | | |
|---|---|---|
| BP/A - Simon Lo | Quantification | New Orleans |