UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br>**Actions in B1 Pleading Bundle, and 12-970,** *Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc., et al.*(**REF: 10-7777**) | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion For Leave To File Supplemental Documentation in further support of Plaintiffs' Notice of Motion and Consolidated Expedited Motion for Leave to Take Discovery Regarding Evidence Produced August 13, 2012 is GRANTED.

New Orleans, Louisiana, this 24th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE