UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal

unredacted versions of the reply memorandum and certain exhibits, Dkt. No. 8868, in support of

its Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-

Fraud Exception to the Attorney-Client Privilege.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the

reply memorandum and Exhibits 1, 2, 4, and 5 shall be filed under seal.

IT IS SO ORDERED this __24th__ day of ___May___, 2013, at New Orleans, Louisiana.

_____
United States Magistrate Judge