# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Craft, Keith | 5/16/2013 | 135063 |
| Wallace, Megan L. | 5/17/2013 | 135084 |