# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Parking Management Services, Inc. | 05/15/13 | 134824 |
| McElroy Metal Mill, Inc. | 05/22/13 | 135158 |
| Seafood Internationale, LLC | 05/23/13 | 135161 |
| Fire Tech Arkansas, Inc. | 05/24/13 | 135163 |
| Fire Tech Systems, Inc. | 05/24/13 | 135164 |