# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 3L LEASING, L.L.C., ET AL. | CIVIL ACTION NO.: 2:13-cv-02026 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

## STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1 CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**
3L Leasing, L.L.C.

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**



EXHIBIT
A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 3L LEASING, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-02026 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, | DIVISION J, SECTION 1 |
| BP AMERICA PODUCTION COMPANY, | |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, | JUDGE CARL BARBIER |
| INC., SPERRY DRILLING SERVICES, INC., | |
| A DIVISION OF HALLIBURTON ENERGY | MAG. JUDGE SALLY SHUSHAN |
| SERVICES, INC., TRANSOCEAN, LTD., | |
| TRANSOCEAN OFFSHORE DEEPWATER | |
| DRILLING, INC., TRANSOCEAN DEEPWATER, | |
| INC., AND TRANSOCEAN HOLDINGS, INC | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


A N S Engines, L.L.C.                                    **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**          **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                        **OF THE PARTY'S STOCK**


**PARENT CORPORATIONS**                         Not Applicable

Not Applicable


| | |
|---|---|
| May 20, 2013 | /s/ Jonathan B. Andry, Esq. |
| **DATE** | **Jonathan B. Andry** |
| | **Louisiana Bar Roll No. 20081** |
| | **Andry Law Firm** |
| | **610 Baronne Street** |
| | **New Orleans, Louisiana 70113** |
| | **jandry@andrylawgroup.com** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                           CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,           DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,      JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY            MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

**STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE**


Aluminum Pipehooks, Inc.                              **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**           **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                        **OF THE PARTY'S STOCK**


**PARENT CORPORATIONS**                         Not Applicable

Not Applicable



May 20, 2013                                          /s/ Jonathan B. Andry, Esq.
**DATE**                                             **Jonathan B. Andry**
                                                     **Louisiana Bar Roll No. 20081**
                                                     **Andry Law Firm**
                                                     **610 Baronne Street**
                                                     **New Orleans, Louisiana 70113**
                                                     **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                          CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,                    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,             JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                    MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Aunt Imogene's LLC                                  **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                      **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                            **OF THE PARTY'S STOCK**


**PARENT CORPORATIONS**                             Not Applicable

Not Applicable




May 20, 2013                                        /s/ Jonathan B. Andry, Esq.
**DATE**                                            **Jonathan B. Andry**
                                                    **Louisiana Bar Roll No. 20081**
                                                    **Andry Law Firm**
                                                    **610 Baronne Street**
                                                    **New Orleans, Louisiana 70113**
                                                    **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                      CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,               DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,        JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY               MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Celtic Sub-Sea Construction Services Incorporated        **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                           **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                                 **OF THE PARTY'S STOCK**

                                                         Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                    /s/ Jonathan B. Andry, Esq.
**DATE**                                        **Jonathan B. Andry**
                                                **Louisiana Bar Roll No. 20081**
                                                **Andry Law Firm**
                                                **610 Baronne Street**
                                                **New Orleans, Louisiana 70113**
                                                **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                          CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,                    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,             JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                    MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Diversified Marketing Agency, L.L.C.                **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                       **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                             **OF THE PARTY'S STOCK**

                                                     Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                         /s/ Jonathan B. Andry, Esq.
**DATE**                                             **Jonathan B. Andry**
                                                     **Louisiana Bar Roll No. 20081**
                                                     **Andry Law Firm**
                                                     **610 Baronne Street**
                                                     **New Orleans, Louisiana 70113**
                                                     **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                     CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,               DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,        JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY               MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Gorman, Inc.                                   **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                 **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                       **OF THE PARTY'S STOCK**

                                               Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                   /s/ Jonathan B. Andry, Esq.
**DATE**                                       **Jonathan B. Andry**
                                               **Louisiana Bar Roll No. 20081**
                                               **Andry Law Firm**
                                               **610 Baronne Street**
                                               **New Orleans, Louisiana 70113**
                                               **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                                    CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,                    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,              JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                      MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Greg Guidry Enterprises, Inc.                          **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**              **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                            **OF THE PARTY'S STOCK**

                                                      Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                          /s/ Jonathan B. Andry, Esq.
**DATE**                                             **Jonathan B. Andry**
                                                     **Louisiana Bar Roll No. 20081**
                                                     **Andry Law Firm**
                                                     **610 Baronne Street**
                                                     **New Orleans, Louisiana 70113**
                                                     **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 3L LEASING, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-02026 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, | DIVISION J, SECTION 1 |
| BP AMERICA PODUCTION COMPANY, | |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, | JUDGE CARL BARBIER |
| INC., SPERRY DRILLING SERVICES, INC., | |
| A DIVISION OF HALLIBURTON ENERGY | MAG. JUDGE SALLY SHUSHAN |
| SERVICES, INC., TRANSOCEAN, LTD., | |
| TRANSOCEAN OFFSHORE DEEPWATER | |
| DRILLING, INC., TRANSOCEAN DEEPWATER, | |
| INC., AND TRANSOCEAN HOLDINGS, INC | |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Lutz Welding Service, Inc.
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**

Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.              CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,       DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,    JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY      MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

M&M Wireline & Offshore Services, LLC      **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**       **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                **OF THE PARTY'S STOCK**


**PARENT CORPORATIONS**             Not Applicable

Not Applicable


May 20, 2013                      /s/ Jonathan B. Andry, Esq.
**DATE**                          **Jonathan B. Andry**
                            **Louisiana Bar Roll No. 20081**
                            **Andry Law Firm**
                            **610 Baronne Street**
                            **New Orleans, Louisiana 70113**
                            **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 3L LEASING, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-02026 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, | DIVISION J, SECTION 1 |
| BP AMERICA PODUCTION COMPANY, | |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, | JUDGE CARL BARBIER |
| INC., SPERRY DRILLING SERVICES, INC., | |
| A DIVISION OF HALLIBURTON ENERGY | MAG. JUDGE SALLY SHUSHAN |
| SERVICES, INC., TRANSOCEAN, LTD., | |
| TRANSOCEAN OFFSHORE DEEPWATER | |
| DRILLING, INC., TRANSOCEAN DEEPWATER, | |
| INC., AND TRANSOCEAN HOLDINGS, INC | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Paloma Energy Consultants, L.P.                                   **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                   **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                                          **OF THE PARTY'S STOCK**

**PARENT CORPORATIONS**                                      Not Applicable

Not Applicable

May 20, 2013                                                          /s/ Jonathan B. Andry, Esq.
**DATE**                                                                   **Jonathan B. Andry**
                                                                             **Louisiana Bar Roll No. 20081**
                                                                             **Andry Law Firm**
                                                                             **610 Baronne Street**
                                                                             **New Orleans, Louisiana 70113**
                                                                             **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                    CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,             DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,      JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY             MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Patrick Fabricating & Welding Enterprises, Inc.        **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                         **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                               **OF THE PARTY'S STOCK**

                                                       Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                           /s/ Jonathan B. Andry, Esq.
**DATE**                                               **Jonathan B. Andry**
                                                       **Louisiana Bar Roll No. 20081**
                                                       **Andry Law Firm**
                                                       **610 Baronne Street**
                                                       **New Orleans, Louisiana 70113**
                                                       **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                              CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,                        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                 JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


Pitre Industries, L.L.C.                                **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                          **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                                **OF THE PARTY'S STOCK**

                                                        Not Applicable


**PARENT CORPORATIONS**

Not Applicable


May 20, 2013                                            /s/ Jonathan B. Andry, Esq.
**DATE**                                                **Jonathan B. Andry**
                                                        **Louisiana Bar Roll No. 20081**
                                                        **Andry Law Firm**
                                                        **610 Baronne Street**
                                                        **New Orleans, Louisiana 70113**
                                                        **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                     CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,               DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,        JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY               MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Premier Offshore Catering, Inc.               **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                      **OF THE PARTY'S STOCK**

                                              Not Applicable


**PARENT CORPORATIONS**

Not Applicable


May 20, 2013                                  /s/ Jonathan B. Andry, Esq.
**DATE**                                      **Jonathan B. Andry**
                                              **Louisiana Bar Roll No. 20081**
                                              **Andry Law Firm**
                                              **610 Baronne Street**
                                              **New Orleans, Louisiana 70113**
                                              **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 3L LEASING, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-02026 |
| V. | |
| BP EXPLORATION & PRODUCTION INC,<br>BP AMERICA PODUCTION COMPANY,<br>BP P.L.C., HALLIBURTON ENERGY SERVICES,<br>INC., SPERRY DRILLING SERVICES, INC.,<br>A DIVISION OF HALLIBURTON ENERGY<br>SERVICES, INC., TRANSOCEAN, LTD.,<br>TRANSOCEAN OFFSHORE DEEPWATER<br>DRILLING, INC., TRANSOCEAN DEEPWATER,<br>INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

| S&S Consulting Group LLC<br>**NON-GOVERNMENTAL CORPORATE**<br>**PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY**<br>**THAT OWNS 10% OR MORE**<br>**OF THE PARTY'S STOCK**<br><br>Not Applicable |
|---|---|

**PARENT CORPORATIONS**

Not Applicable

| May 20, 2013<br>**DATE** | /s/ Jonathan B. Andry, Esq.<br>**Jonathan B. Andry**<br>**Louisiana Bar Roll No. 20081**<br>**Andry Law Firm**<br>**610 Baronne Street**<br>**New Orleans, Louisiana 70113**<br>**jandry@andrylawgroup.com** |
|---|---|

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                     CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,               DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,        JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY               MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


Sourcewater Group, Inc.                        **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                 **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                       **OF THE PARTY'S STOCK**

                                               Not Applicable


**PARENT CORPORATIONS**

Not Applicable


May 20, 2013                                   /s/ Jonathan B. Andry, Esq.
**DATE**                                       **Jonathan B. Andry**
                                               **Louisiana Bar Roll No. 20081**
                                               **Andry Law Firm**
                                               **610 Baronne Street**
                                               **New Orleans, Louisiana 70113**
                                               **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 3L LEASING, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-02026 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, | DIVISION J, SECTION 1 |
| BP AMERICA PODUCTION COMPANY, | |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, | JUDGE CARL BARBIER |
| INC., SPERRY DRILLING SERVICES, INC., | |
| A DIVISION OF HALLIBURTON ENERGY | MAG. JUDGE SALLY SHUSHAN |
| SERVICES, INC., TRANSOCEAN, LTD., | |
| TRANSOCEAN OFFSHORE DEEPWATER | |
| DRILLING, INC., TRANSOCEAN DEEPWATER, | |
| INC., AND TRANSOCEAN HOLDINGS, INC | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Spirit Industries, LLC      **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**    **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**     **OF THE PARTY'S STOCK**

Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013      /s/ Jonathan B. Andry, Esq.
**DATE**      **Jonathan B. Andry**
      **Louisiana Bar Roll No. 20081**
      **Andry Law Firm**
      **610 Baronne Street**
      **New Orleans, Louisiana 70113**
      **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                          CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,                    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,             JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                    MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE

Streamline Supply, L.L.C.                           **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                      **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                            **OF THE PARTY'S STOCK**

                                                    Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                        /s/ Jonathan B. Andry, Esq.
**DATE**                                            **Jonathan B. Andry**
                                                    **Louisiana Bar Roll No. 20081**
                                                    **Andry Law Firm**
                                                    **610 Baronne Street**
                                                    **New Orleans, Louisiana 70113**
                                                    **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                          CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,              DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,        JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY               MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Superior Corrosion, LLC                              **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**          **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                        **OF THE PARTY'S STOCK**

                                                    Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                        /s/ Jonathan B. Andry, Esq.
**DATE**                                            **Jonathan B. Andry**
                                                    **Louisiana Bar Roll No. 20081**
                                                    **Andry Law Firm**
                                                    **610 Baronne Street**
                                                    **New Orleans, Louisiana 70113**
                                                    **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                    CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,              DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,       JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY              MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**           **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                 **THAT OWNS 10% OR MORE**
Tom's Welding, Inc.                      **OF THE PARTY'S STOCK**
                                         Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                             /s/ Jonathan B. Andry, Esq.
**DATE**                                 **Jonathan B. Andry**
                                         **Louisiana Bar Roll No. 20081**
                                         **Andry Law Firm**
                                         **610 Baronne Street**
                                         **New Orleans, Louisiana 70113**
                                         **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                    CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,              DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,       JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY              MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Transportation & Equipment, Inc.             **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**               **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                     **OF THE PARTY'S STOCK**

                                             Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                 /s/ Jonathan B. Andry, Esq.
**DATE**                                     **Jonathan B. Andry**
                                             **Louisiana Bar Roll No. 20081**
                                             **Andry Law Firm**
                                             **610 Baronne Street**
                                             **New Orleans, Louisiana 70113**
                                             **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                          CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,          DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,     JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY            MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Trident Supply, L.L.C.                              **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**         **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                      **OF THE PARTY'S STOCK**

                                                    Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013                                        /s/ Jonathan B. Andry, Esq.
**DATE**                                            **Jonathan B. Andry**
                                                    **Louisiana Bar Roll No. 20081**
                                                    **Andry Law Firm**
                                                    **610 Baronne Street**
                                                    **New Orleans, Louisiana 70113**
                                                    **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

3L LEASING, L.L.C., ET AL.                   CIVIL ACTION NO.:  2:13-cv-02026

V.

BP EXPLORATION & PRODUCTION INC,             DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,      JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY             MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


Whitco Supply, L.L.C.                         **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                      **OF THE PARTY'S STOCK**

                                              Not Applicable


**PARENT CORPORATIONS**

Not Applicable


May 20, 2013                                  /s/ Jonathan B. Andry, Esq.
**DATE**                                      **Jonathan B. Andry**
                                              **Louisiana Bar Roll No. 20081**
                                              **Andry Law Firm**
                                              **610 Baronne Street**
                                              **New Orleans, Louisiana 70113**
                                              **jandry@andrylawgroup.com**