UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BART'S FINANCIAL, INC., ET AL. | CIVIL ACTION NO.: 2:13-cv-01965 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE

| | |
|---|---|
| Bart's Financial, Inc. | PUBLICLY HELD COMPANY |
| **NON-GOVERNMENTAL CORPORATE** | **THAT OWNS 10% OR MORE** |
| **PARTY TO THIS ACTION** | **OF THE PARTY'S STOCK** |
| | |
| **PARENT CORPORATIONS** | Not Applicable |
| | |
| Not Applicable | |

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**


EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BART'S FINANCIAL, INC., ET AL. | CIVIL ACTION NO.:  2:13-cv-01965 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Ellsworth Corporation
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

PUBLICLY HELD COMPANY
**THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**

**PARENT CORPORATIONS**

Not Applicable

Not Applicable


May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BART'S FINANCIAL, INC., ET AL. | CIVIL ACTION NO.: 2:13-cv-01965 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| Hancock Brokerage, L.L.C. **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
| **PARENT CORPORATIONS** | Not Applicable |
| Not Applicable | |

| | |
|---|---|
| May 20, 2013 **DATE** | /s/ Jonathan B. Andry, Esq. **Jonathan B. Andry Louisiana Bar Roll No. 20081 Andry Law Firm 610 Baronne Street New Orleans, Louisiana 70113 jandry@andrylawgroup.com** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BART'S FINANCIAL, INC., ET AL. | CIVIL ACTION NO.: 2:13-cv-01965 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1  JUDGE CARL BARBIER  MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Mark H. Peters, A.P.M.C., d/b/a Plastic Surgery Institute of the South
**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**


**PARENT CORPORATIONS**

Not Applicable

Not Applicable


May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BART'S FINANCIAL, INC., ET AL. | CIVIL ACTION NO.: 2:13-cv-01965 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

| | |
|---|---|
| Trinity Insurance Services, Inc. | PUBLICLY HELD COMPANY |
| **NON-GOVERNMENTAL CORPORATE** | **THAT OWNS 10% OR MORE** |
| **PARTY TO THIS ACTION** | **OF THE PARTY'S STOCK** |
| | |
| **PARENT CORPORATIONS** | Not Applicable |
| | |
| Not Applicable | |

| | |
|---|---|
| May 20, 2013 | /s/ Jonathan B. Andry, Esq. |
| **DATE** | **Jonathan B. Andry** |
| | **Louisiana Bar Roll No. 20081** |
| | **Andry Law Firm** |
| | **610 Baronne Street** |
| | **New Orleans, Louisiana 70113** |
| | **jandry@andrylawgroup.com** |