# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>Section J |
| THIS DOCUMENT RELATES TO:<br>*2:13-cv-01972-CJB-SS* | *<br>*<br>*<br>*<br>* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## CORPORATE DISCLOSURES

NOW INTO COURT, through undersigned counsel, come plaintiffs, CRESCENT CITY TRANSPORTATION, L.L.C., et al, who, pursuant to Fed. R. Civ. P. 7.1, submit their Corporate Disclosures, which are attached hereto as Exhibit A.

          Respectfully submitted,

          By:  */s/* Jonathan B. Andry
          Jonathan B. Andry
          **The Andry Law Group**
          Email: jandry@andrylawgroup.com
          610 Baronne Street
          New Orleans, Louisiana 70113
          Telephone: (504) 525-5535
          Facsimile:  (504) 586-8933
          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Corporate Disclosures have been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of May, 2013.

By: <i>/s/</i> Jonathan B. Andry<br>Jonathan B. Andry