UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT CITY TRANSPORTATION, L.L.C., ET AL | CIVIL ACTION NO.: 2:13-cv-01972 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE**

**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**
Amberjack Tours & Transportation LLC

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT CITY TRANSPORTATION, L.L.C., ET AL | CIVIL ACTION NO.:  2:13-cv-01972 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1  JUDGE CARL BARBIER  MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH**
**FRCP RULE 7.1**
**CORPORATE DISCLOSURE**


**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**
Crescent City Transportation LLC

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**
Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT CITY TRANSPORTATION, L.L.C., ET AL | CIVIL ACTION NO.:  2:13-cv-01972 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH**
**FRCP RULE 7.1**
**CORPORATE DISCLOSURE**

**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**
Panther Helicopters, Inc.

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT CITY TRANSPORTATION, L.L.C., ET AL | CIVIL ACTION NO.:  2:13-cv-01972 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH**
**FRCP RULE 7.1**
**CORPORATE DISCLOSURE**

| | |
|---|---|
| **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**<br>Southern Aviation, L.L.C. | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**<br>Not Applicable |

**PARENT CORPORATIONS**
Not Applicable


| | |
|---|---|
| May 20, 2013<br>**DATE** | /s/ Jonathan B. Andry, Esq.<br>**Jonathan B. Andry**<br>**Louisiana Bar Roll No. 20081**<br>**Andry Law Firm**<br>**610 Baronne Street**<br>**New Orleans, Louisiana 70113**<br>**jandry@andrylawgroup.com** |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT CITY TRANSPORTATION, L.L.C., ET AL | CIVIL ACTION NO.: 2:13-cv-01972 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**
Southern Seaplane, Inc.

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**