UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DILL LAND SERVICES, INC., ET AL. | CIVIL ACTION NO.: 2:13-cv-01957 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1  JUDGE CARL BARBIER  MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**
Dill Land Services, Inc.

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**



EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DILL LAND SERVICES, INC., ET AL. | CIVIL ACTION NO.:  2:13-cv-01957 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1  JUDGE CARL BARBIER  MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE**

| | |
|---|---|
| **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
| Paul Boyer & Associates, L.L.C. | Not Applicable |

**PARENT CORPORATIONS**
Not Applicable


| | |
|---|---|
| May 20, 2013 | /s/ Jonathan B. Andry, Esq. |
| **DATE** | **Jonathan B. Andry** |
| | **Louisiana Bar Roll No. 20081** |
| | **Andry Law Firm** |
| | **610 Baronne Street** |
| | **New Orleans, Louisiana 70113** |
| | **jandry@andrylawgroup.com** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DILL LAND SERVICES, INC., ET AL. | CIVIL ACTION NO.: 2:13-cv-01957 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH**
**FRCP RULE 7.1**
**CORPORATE DISCLOSURE**

| | |
|---|---|
| **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
| Wainwright & Boyer Land Services, LLC | Not Applicable |

**PARENT CORPORATIONS**
Not Applicable

| | |
|---|---|
| May 20, 2013 | /s/ Jonathan B. Andry, Esq. |
| **DATE** | **Jonathan B. Andry** |
| | **Louisiana Bar Roll No. 20081** |
| | **Andry Law Firm** |
| | **610 Baronne Street** |
| | **New Orleans, Louisiana 70113** |
| | **jandry@andrylawgroup.com** |