UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PATRICK POOLE, ET AL.                                CIVIL ACTION NO.: 2:13-cv-02456

V.

BP EXPLORATION & PRODUCTION INC,                     DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,              JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                     MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**                       **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                             **THAT OWNS 10% OR MORE**
Whitco Pump & Equipment, L.L.C.                      **OF THE PARTY'S STOCK**
                                                     Not Applicable

**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                                         /s/ Jonathan B. Andry, Esq.
**DATE**                                             **Jonathan B. Andry**
                                                     **Louisiana Bar Roll No. 20081**
                                                     **Andry Law Firm**
                                                     **610 Baronne Street**
                                                     **New Orleans, Louisiana 70113**
                                                     jandry@andrylawgroup.com



EXHIBIT A