# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL

CIVIL ACTION NO.: 2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**
Big Pie, L.L.C.

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**



EXHIBIT
A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                 JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


**PUBLICLY HELD COMPANY**
**THAT OWNS 10% OR MORE**
**NON-GOVERNMENTAL CORPORATE**          **OF THE PARTY'S STOCK**
**PARTY TO THIS ACTION**
Buquet Distributing Co., Inc.                           Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                                            /s/ Jonathan B. Andry, Esq.
**DATE**                                                **Jonathan B. Andry**
                                                        **Louisiana Bar Roll No. 20081**
                                                        **Andry Law Firm**
                                                        **610 Baronne Street**
                                                        **New Orleans, Louisiana 70113**
                                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,             JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                    MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


**PUBLICLY HELD COMPANY**
**THAT OWNS 10% OR MORE**
**NON-GOVERNMENTAL CORPORATE**          **OF THE PARTY'S STOCK**
**PARTY TO THIS ACTION**
Bux-Sun, L.L.C.                                     Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                                        /s/ Jonathan B. Andry, Esq.
**DATE**                                            **Jonathan B. Andry**
                                                    **Louisiana Bar Roll No. 20081**
                                                    **Andry Law Firm**
                                                    **610 Baronne Street**
                                                    **New Orleans, Louisiana 70113**
                                                    **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNIE ALFRED, ET AL | CIVIL ACTION NO.:  2:13-cv-01989 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, | DIVISION J, SECTION 1 |
| BP AMERICA PODUCTION COMPANY, | |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, | JUDGE CARL BARBIER |
| INC., SPERRY DRILLING SERVICES, INC., | |
| A DIVISION OF HALLIBURTON ENERGY | MAG. JUDGE SALLY SHUSHAN |
| SERVICES, INC., TRANSOCEAN, LTD., | |
| TRANSOCEAN OFFSHORE DEEPWATER | |
| DRILLING, INC., TRANSOCEAN DEEPWATER, | |
| INC., AND TRANSOCEAN HOLDINGS, INC | |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**
Extreme Fishing, L.L.C.

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNIE ALFRED, ET AL | CIVIL ACTION NO.:  2:13-cv-01989 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, | DIVISION J, SECTION 1 |
| BP AMERICA PODUCTION COMPANY, | |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, | JUDGE CARL BARBIER |
| INC., SPERRY DRILLING SERVICES, INC., | |
| A DIVISION OF HALLIBURTON ENERGY | MAG. JUDGE SALLY SHUSHAN |
| SERVICES, INC., TRANSOCEAN, LTD., | |
| TRANSOCEAN OFFSHORE DEEPWATER | |
| DRILLING, INC., TRANSOCEAN DEEPWATER, | |
| INC., AND TRANSOCEAN HOLDINGS, INC | |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**
**PARTY TO THIS ACTION**
G.T. Lloyd Enterprises, L.L.C.,
d/b/a Planet Beach Deerwood

**PUBLICLY HELD COMPANY**
**THAT OWNS 10% OR MORE**
**OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                          CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,              DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,       JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY              MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**           **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                 **THAT OWNS 10% OR MORE**
Hollywood Drews, Inc.                    **OF THE PARTY'S STOCK**
                                         Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                             /s/ Jonathan B. Andry, Esq.
**DATE**                                 **Jonathan B. Andry**
                                         **Louisiana Bar Roll No. 20081**
                                         **Andry Law Firm**
                                         **610 Baronne Street**
                                         **New Orleans, Louisiana 70113**
                                         **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                              CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                  DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,           JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                  MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**              **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                    **THAT OWNS 10% OR MORE**
Lesage & Associates L.L.C.                  **OF THE PARTY'S STOCK**
                                            Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                                /s/ Jonathan B. Andry, Esq.
**DATE**                                    **Jonathan B. Andry**
                                            **Louisiana Bar Roll No. 20081**
                                            **Andry Law Firm**
                                            **610 Baronne Street**
                                            **New Orleans, Louisiana 70113**
                                            **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                           CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,               DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,         JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY               MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                **THAT OWNS 10% OR MORE**
M & M Development LLC                    **OF THE PARTY'S STOCK**
                                        Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                                **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                         DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                  JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                         MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**          **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                **OF THE PARTY'S STOCK**
Mid South, LLC                          Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                                **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                 JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**                          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                                **THAT OWNS 10% OR MORE**
National Meat & Provision Co., Inc.                     **OF THE PARTY'S STOCK**
                                                        Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                                            /s/ Jonathan B. Andry, Esq.
**DATE**                                                **Jonathan B. Andry**
                                                        **Louisiana Bar Roll No. 20081**
                                                        **Andry Law Firm**
                                                        **610 Baronne Street**
                                                        **New Orleans, Louisiana 70113**
                                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                      CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                         DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                  JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                         MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE


**PUBLICLY HELD COMPANY**
**THAT OWNS 10% OR MORE**
**NON-GOVERNMENTAL CORPORATE**          **OF THE PARTY'S STOCK**
**PARTY TO THIS ACTION**                Not Applicable
New Orleans Fine Catering, L.L.C.


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                                **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,             JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                    MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**                      **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                            **THAT OWNS 10% OR MORE**
North Miami Beach PB, LLC                            **OF THE PARTY'S STOCK**
                                                    Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                                        /s/ Jonathan B. Andry, Esq.
**DATE**                                            **Jonathan B. Andry**
                                                    **Louisiana Bar Roll No. 20081**
                                                    **Andry Law Firm**
                                                    **610 Baronne Street**
                                                    **New Orleans, Louisiana 70113**
                                                    **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                 JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


**PUBLICLY HELD COMPANY**
**THAT OWNS 10% OR MORE**
**NON-GOVERNMENTAL CORPORATE**                          **OF THE PARTY'S STOCK**
**PARTY TO THIS ACTION**
P.C. Concessions, Inc.                                  Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                                            /s/ Jonathan B. Andry, Esq.
**DATE**                                                **Jonathan B. Andry**
                                                        **Louisiana Bar Roll No. 20081**
                                                        **Andry Law Firm**
                                                        **610 Baronne Street**
                                                        **New Orleans, Louisiana 70113**
                                                        **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL        CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,      DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,      JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY      MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


**NON-GOVERNMENTAL CORPORATE**      **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**      **THAT OWNS 10% OR MORE**
Planet Beach Franchising Corporation      **OF THE PARTY'S STOCK**
     Not Applicable


**PARENT CORPORATIONS**
Not Applicable




May 20, 2013      /s/ Jonathan B. Andry, Esq.
**DATE**      **Jonathan B. Andry**
     **Louisiana Bar Roll No. 20081**
     **Andry Law Firm**
     **610 Baronne Street**
     **New Orleans, Louisiana 70113**
     **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                 JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**                          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                                **THAT OWNS 10% OR MORE**
Planet P.C. Longview, Inc.                              **OF THE PARTY'S STOCK**
                                                        Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                                            /s/ Jonathan B. Andry, Esq.
**DATE**                                                **Jonathan B. Andry**
                                                        **Louisiana Bar Roll No. 20081**
                                                        **Andry Law Firm**
                                                        **610 Baronne Street**
                                                        **New Orleans, Louisiana 70113**
                                                        **jandry@andrylawgroup.com**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                       DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                       MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE


**NON-GOVERNMENTAL CORPORATE**                         **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                               **THAT OWNS 10% OR MORE**
Professional Packaging, Inc.                           **OF THE PARTY'S STOCK**
                                                       Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                                           /s/ Jonathan B. Andry, Esq.
**DATE**                                               **Jonathan B. Andry**
                                                       **Louisiana Bar Roll No. 20081**
                                                       **Andry Law Firm**
                                                       **610 Baronne Street**
                                                       **New Orleans, Louisiana 70113**
                                                       **jandry@andrylawgroup.com**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,             DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,        JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY               MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                            **THAT OWNS 10% OR MORE**
Rotolo & Martin Super Market, Inc.                     **OF THE PARTY'S STOCK**
                                                                      Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                                                 /s/ Jonathan B. Andry, Esq.
**DATE**                                                        **Jonathan B. Andry**
                                                                      **Louisiana Bar Roll No. 20081**
                                                                      **Andry Law Firm**
                                                                      **610 Baronne Street**
                                                                      **New Orleans, Louisiana 70113**
                                                                      **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                    CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                 JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**

**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**
Sig's Bunkhouse, LLC                                    Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                                            /s/ Jonathan B. Andry, Esq.
**DATE**                                                **Jonathan B. Andry**
                                                        **Louisiana Bar Roll No. 20081**
                                                        **Andry Law Firm**
                                                        **610 Baronne Street**
                                                        **New Orleans, Louisiana 70113**
                                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                                   CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                       DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                       MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**          **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                **OF THE PARTY'S STOCK**
St. Rose Travel Center, L.L.C.          Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                                **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                              CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                  DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,           JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                  MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


**PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**           **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                 **OF THE PARTY'S STOCK**
TGT Tanning, LLC                         Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                             /s/ Jonathan B. Andry, Esq.
**DATE**                                 **Jonathan B. Andry**
                                         **Louisiana Bar Roll No. 20081**
                                         **Andry Law Firm**
                                         **610 Baronne Street**
                                         **New Orleans, Louisiana 70113**
                                         **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL

CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**
The Secret Spa LLC

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                          CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,              DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,       JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY              MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                **THAT OWNS 10% OR MORE**
Times Grill II, L.L.C.                   **OF THE PARTY'S STOCK**
                                         Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                               **Jonathan B. Andry**
                                       **Louisiana Bar Roll No. 20081**
                                       **Andry Law Firm**
                                       **610 Baronne Street**
                                       **New Orleans, Louisiana 70113**
                                       **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                          CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,              DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,       JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY              MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**                **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                      **THAT OWNS 10% OR MORE**
TNT Tanning, L.L.C.                           **OF THE PARTY'S STOCK**
                                              Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                                  /s/ Jonathan B. Andry, Esq.
**DATE**                                      **Jonathan B. Andry**
                                              **Louisiana Bar Roll No. 20081**
                                              **Andry Law Firm**
                                              **610 Baronne Street**
                                              **New Orleans, Louisiana 70113**
                                              **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

RONNIE ALFRED, ET AL                              CIVIL ACTION NO.:  2:13-cv-01989

V.

BP EXPLORATION & PRODUCTION INC,                  DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,            JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                   MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC


## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE


**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                **THAT OWNS 10% OR MORE**
Vivid Tans L.L.C.                       **OF THE PARTY'S STOCK**
                                        Not Applicable


**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                                **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**