# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEVEN-ELEVEN BOURBON, L.L.C., ET AL. | CIVIL ACTION NO.: 2:13-cv-01879 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

### STATEMENT IN COMPLIANCE WITH
### FRCP RULE 7.1
### CORPORATE DISCLOSURE

| | |
|---|---|
| I-110 Military Plaza II, L.L.C.<br>**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
| **PARENT CORPORATIONS** | Not Applicable |
| Not Applicable | |

| | |
|---|---|
| May 20, 2013<br>**DATE** | /s/ Jonathan B. Andry, Esq.<br>**Jonathan B. Andry**<br>**Louisiana Bar Roll No. 20081**<br>**Andry Law Firm**<br>**610 Baronne Street**<br>**New Orleans, Louisiana 70113**<br>jandry@andrylawgroup.com |


EXHIBIT A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEVEN-ELEVEN BOURBON, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-01879 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Karen D. Dillard d/b/a Planet Earth
Environmental Consulting
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**

Not Applicable

**PARENT CORPORATIONS**

Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEVEN-ELEVEN BOURBON, L.L.C., ET AL. | CIVIL ACTION NO.: 2:13-cv-01879 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

La Cote, L.L.C.
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

PUBLICLY HELD COMPANY
**THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**

**PARENT CORPORATIONS**

Not Applicable

Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEVEN-ELEVEN BOURBON, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-01879 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| Mexul, Inc. | PUBLICLY HELD COMPANY |
| **NON-GOVERNMENTAL CORPORATE** | **THAT OWNS 10% OR MORE** |
| **PARTY TO THIS ACTION** | **OF THE PARTY'S STOCK** |
| | |
| **PARENT CORPORATIONS** | Not Applicable |
| | |
| Not Applicable | |

| | |
|---|---|
| May 20, 2013 | /s/ Jonathan B. Andry, Esq. |
| **DATE** | **Jonathan B. Andry** |
| | **Louisiana Bar Roll No. 20081** |
| | **Andry Law Firm** |
| | **610 Baronne Street** |
| | **New Orleans, Louisiana 70113** |
| | **jandry@andrylawgroup.com** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEVEN-ELEVEN BOURBON, L.L.C., ET AL. | CIVIL ACTION NO.:  2:13-cv-01879 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| Seven-Eleven Bourbon, L.L.C. | PUBLICLY HELD COMPANY |
| **NON-GOVERNMENTAL CORPORATE** | **THAT OWNS 10% OR MORE** |
| **PARTY TO THIS ACTION** | **OF THE PARTY'S STOCK** |
| | |
| **PARENT CORPORATIONS** | Not Applicable |
| | |
| Not Applicable | |

| | |
|---|---|
| May 20, 2013 | /s/ Jonathan B. Andry, Esq. |
| **DATE** | **Jonathan B. Andry** |
| | **Louisiana Bar Roll No. 20081** |
| | **Andry Law Firm** |
| | **610 Baronne Street** |
| | **New Orleans, Louisiana 70113** |
| | **jandry@andrylawgroup.com** |