UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN ABADIE, ET AL. | CIVIL ACTION NO.: 2:13-cv-02010 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH**
**FRCP RULE 7.1**
**CORPORATE DISCLOSURE**

| | |
|---|---|
| **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**<br>DET Trucking Services, LLC | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**<br>Not Applicable |
| **PARENT CORPORATIONS**<br>Not Applicable | |

| | |
|---|---|
| May 20, 2013<br>**DATE** | /s/ Jonathan B. Andry, Esq.<br>**Jonathan B. Andry**<br>**Louisiana Bar Roll No. 20081**<br>**Andry Law Firm**<br>**610 Baronne Street**<br>**New Orleans, Louisiana 70113**<br>**jandry@andrylawgroup.com** |



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN ABADIE, ET AL. | CIVIL ACTION NO.: 2:13-cv-02010 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, | DIVISION J, SECTION 1 |
| BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., | JUDGE CARL BARBIER |
| A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | MAG. JUDGE SALLY SHUSHAN |

**STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE**

| **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
|---|---|
| J & R Towing and Storage, Inc. | Not Applicable |

**PARENT CORPORATIONS**
Not Applicable

| | |
|---|---|
| May 20, 2013 | /s/ Jonathan B. Andry, Esq. |
| **DATE** | **Jonathan B. Andry** |
| | **Louisiana Bar Roll No. 20081** |
| | **Andry Law Firm** |
| | **610 Baronne Street** |
| | **New Orleans, Louisiana 70113** |
| | **jandry@andrylawgroup.com** |