UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNION CREDIT CORPORATION OF ABBEVILLE | CIVIL ACTION NO.: 2:13-cv-02457 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**
Union Credit Corporation of Abbeville

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
jandry@andrylawgroup.com

