## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.
D/B/A TEXAS CREWBOATS, ET AL

CIVIL ACTION NO.:  2:13-cv-02041

V.

BP EXPLORATION & PRODUCTION INC,
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Captain Elliott's Party Boats, Inc.
d/b/a Texas Crewboats
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**

**PARENT CORPORATIONS**

Not Applicable

Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry**
**Louisiana Bar Roll No. 20081**
**Andry Law Firm**
**610 Baronne Street**
**New Orleans, Louisiana 70113**
**jandry@andrylawgroup.com**


EXHIBIT
A

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPTAIN ELLIOTT'S PARTY BOATS, INC. D/B/A TEXAS CREWBOATS, ET AL | CIVIL ACTION NO.:  2:13-cv-02041 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

| | |
|---|---|
| Centurion Marine Offshore, L.L.C. **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
| **PARENT CORPORATIONS** | Not Applicable |
| Nautical Investment, L.L.C. | |

| | |
|---|---|
| May 20, 2013 **DATE** | /s/ Jonathan B. Andry, Esq. **Jonathan B. Andry Louisiana Bar Roll No. 20081 Andry Law Firm 610 Baronne Street New Orleans, Louisiana 70113 jandry@andrylawgroup.com** |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPTAIN ELLIOTT'S PARTY BOATS, INC. D/B/A TEXAS CREWBOATS, ET AL | CIVIL ACTION NO.:  2:13-cv-02041 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1 <br><br> JUDGE CARL BARBIER <br><br> MAG. JUDGE SALLY SHUSHAN |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

| | |
|---|---|
| Cheramie Marine, L.L.C. **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
| **PARENT CORPORATIONS** | Not Applicable |
| Not Applicable | |

| | |
|---|---|
| May 20, 2013 **DATE** | /s/ Jonathan B. Andry, Esq. **Jonathan B. Andry** **Louisiana Bar Roll No. 20081** **Andry Law Firm** **610 Baronne Street** **New Orleans, Louisiana 70113** **jandry@andrylawgroup.com** |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPTAIN ELLIOTT'S PARTY BOATS, INC. D/B/A TEXAS CREWBOATS, ET AL | CIVIL ACTION NO.:  2:13-cv-02041 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1 <br><br> JUDGE CARL BARBIER <br><br> MAG. JUDGE SALLY SHUSHAN |

## STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1 CORPORATE DISCLOSURE

| | |
|---|---|
| Comor Marine, L.L.C. **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
| **PARENT CORPORATIONS** | Not Applicable |
| Not Applicable | |

| | |
|---|---|
| May 20, 2013 **DATE** | /s/ Jonathan B. Andry, Esq. **Jonathan B. Andry** **Louisiana Bar Roll No. 20081** **Andry Law Firm** **610 Baronne Street** **New Orleans, Louisiana 70113** **jandry@andrylawgroup.com** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.
D/B/A TEXAS CREWBOATS, ET AL

CIVIL ACTION NO.:  2:13-cv-02041

V.

BP EXPLORATION & PRODUCTION INC,
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Crusader Marine Offshore, L.L.C.
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**

**PARENT CORPORATIONS**

Not Applicable

Nautical Investment, L.L.C.

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.              CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,                 DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,          JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                 MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Dictator Marine Offshore, LLC                    **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**                   **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                         **OF THE PARTY'S STOCK**


**PARENT CORPORATIONS**                          Not Applicable

Nautical Investment, L.L.C.




May 20, 2013                                     /s/ Jonathan B. Andry, Esq.
**DATE**                                         **Jonathan B. Andry**
                                                 **Louisiana Bar Roll No. 20081**
                                                 **Andry Law Firm**
                                                 **610 Baronne Street**
                                                 **New Orleans, Louisiana 70113**
                                                 **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.          CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,          DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,    JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY           MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Gator Offshore, LLC                        **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**             **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                   **OF THE PARTY'S STOCK**

**PARENT CORPORATIONS**                    Not Applicable

Not Applicable

May 20, 2013                               /s/ Jonathan B. Andry, Esq.
**DATE**                                   **Jonathan B. Andry**
                                           **Louisiana Bar Roll No. 20081**
                                           **Andry Law Firm**
                                           **610 Baronne Street**
                                           **New Orleans, Louisiana 70113**
                                           **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPTAIN ELLIOTT'S PARTY BOATS, INC. D/B/A TEXAS CREWBOATS, ET AL | CIVIL ACTION NO.:  2:13-cv-02041 |
| V. | |
| BP EXPLORATION & PRODUCTION INC, BP AMERICA PODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, INC., A DIVISION OF HALLIBURTON ENERGY SERVICES, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1  JUDGE CARL BARBIER  MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Guilbeau Gulf, Inc.
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.      CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,      DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,      JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY      MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Guilbeau Marine, Inc.      **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**      **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**      **OF THE PARTY'S STOCK**
      Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013      /s/ Jonathan B. Andry, Esq.
**DATE**      **Jonathan B. Andry**
      **Louisiana Bar Roll No. 20081**
      **Andry Law Firm**
      **610 Baronne Street**
      **New Orleans, Louisiana 70113**
      **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPTAIN ELLIOTT'S PARTY BOATS, INC.<br>D/B/A TEXAS CREWBOATS, ET AL | CIVIL ACTION NO.:  2:13-cv-02041 |
| V. | |
| BP EXPLORATION & PRODUCTION INC,<br>BP AMERICA PODUCTION COMPANY,<br>BP P.L.C., HALLIBURTON ENERGY SERVICES,<br>INC., SPERRY DRILLING SERVICES, INC.,<br>A DIVISION OF HALLIBURTON ENERGY<br>SERVICES, INC., TRANSOCEAN, LTD.,<br>TRANSOCEAN OFFSHORE DEEPWATER<br>DRILLING, INC., TRANSOCEAN DEEPWATER,<br>INC., AND TRANSOCEAN HOLDINGS, INC | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Gulf Marine Barge LLC
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

**PARENT CORPORATIONS**
Not Applicable

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable


| | |
|---|---|
| May 20, 2013<br>**DATE** | /s/ Jonathan B. Andry, Esq.<br>**Jonathan B. Andry<br>Louisiana Bar Roll No. 20081<br>Andry Law Firm<br>610 Baronne Street<br>New Orleans, Louisiana 70113<br>jandry@andrylawgroup.com** |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.      CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,      DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,    JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY     MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Gulf Offshore Transportation Service, Inc.      **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**    **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**        **OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013          /s/ Jonathan B. Andry, Esq.
**DATE**              **Jonathan B. Andry**
                    **Louisiana Bar Roll No. 20081**
                    **Andry Law Firm**
                    **610 Baronne Street**
                    **New Orleans, Louisiana 70113**
                    **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.        CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,    JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Horizon Shipping, LTD        **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**    **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**        **OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013        /s/ Jonathan B. Andry, Esq.
**DATE**        **Jonathan B. Andry**
        **Louisiana Bar Roll No. 20081**
        **Andry Law Firm**
        **610 Baronne Street**
        **New Orleans, Louisiana 70113**
        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.
D/B/A TEXAS CREWBOATS, ET AL

CIVIL ACTION NO.:  2:13-cv-02041

V.

BP EXPLORATION & PRODUCTION INC,
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Iberia Crewboat & Marine Services, L.L.C.
**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.          CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,          DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,          JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY          MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

Iberia Marine Service, L.L.C.                    **PUBLICLY HELD COMPANY**
**NON-GOVERNMENTAL CORPORATE**          **THAT OWNS 10% OR MORE**
**PARTY TO THIS ACTION**                    **OF THE PARTY'S STOCK**
                                                Not Applicable

**PARENT CORPORATIONS**
Not Applicable


May 20, 2013                              /s/ Jonathan B. Andry, Esq.
**DATE**                                  **Jonathan B. Andry**
                                          **Louisiana Bar Roll No. 20081**
                                          **Andry Law Firm**
                                          **610 Baronne Street**
                                          **New Orleans, Louisiana 70113**
                                          **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.                CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,                   DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,            JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                   MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**               **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                     **THAT OWNS 10% OR MORE**
Intruder Marine Offshore, L.L.C.             **OF THE PARTY'S STOCK**
                                             Not Applicable

**PARENT CORPORATIONS**
Venture International Investment, L.L.C.

May 20, 2013                                 /s/ Jonathan B. Andry, Esq.
**DATE**                                     **Jonathan B. Andry**
                                             **Louisiana Bar Roll No. 20081**
                                             **Andry Law Firm**
                                             **610 Baronne Street**
                                             **New Orleans, Louisiana 70113**
                                             **jandry@andrylawgroup.com**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

CAPTAIN ELLIOTT'S PARTY BOATS, INC.
D/B/A TEXAS CREWBOATS, ET AL

CIVIL ACTION NO.:  2:13-cv-02041

V.

BP EXPLORATION & PRODUCTION INC,
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

**STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE**

**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**
J & K Marine, Inc.

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.          CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,            DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,      JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY             MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                **THAT OWNS 10% OR MORE**
J Brady Marine, L.L.C.                   **OF THE PARTY'S STOCK**
                                         Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                             /s/ Jonathan B. Andry, Esq.
**DATE**                                 **Jonathan B. Andry**
                                         **Louisiana Bar Roll No. 20081**
                                         **Andry Law Firm**
                                         **610 Baronne Street**
                                         **New Orleans, Louisiana 70113**
                                         **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.                 CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,                    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,             JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                    MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**            **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                  **THAT OWNS 10% OR MORE**
Lady Eve, L.L.C.                          **OF THE PARTY'S STOCK**
                                          Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                              /s/ Jonathan B. Andry, Esq.
**DATE**                                  **Jonathan B. Andry**
                                          **Louisiana Bar Roll No. 20081**
                                          **Andry Law Firm**
                                          **610 Baronne Street**
                                          **New Orleans, Louisiana 70113**
                                          **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.  
D/B/A TEXAS CREWBOATS, ET AL

CIVIL ACTION NO.:  2:13-cv-02041

V.

BP EXPLORATION & PRODUCTION INC,  
BP AMERICA PODUCTION COMPANY,  
BP P.L.C., HALLIBURTON ENERGY SERVICES,  
INC., SPERRY DRILLING SERVICES, INC.,  
A DIVISION OF HALLIBURTON ENERGY  
SERVICES, INC., TRANSOCEAN, LTD.,  
TRANSOCEAN OFFSHORE DEEPWATER  
DRILLING, INC., TRANSOCEAN DEEPWATER,  
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**  
**PARTY TO THIS ACTION**  
Lady Marie, L.L.C.

**PUBLICLY HELD COMPANY**  
**THAT OWNS 10% OR MORE**  
**OF THE PARTY'S STOCK**  
Not Applicable

**PARENT CORPORATIONS**  
Not Applicable

May 20, 2013  
**DATE**

/s/ Jonathan B. Andry, Esq.  
**Jonathan B. Andry**  
**Louisiana Bar Roll No. 20081**  
**Andry Law Firm**  
**610 Baronne Street**  
**New Orleans, Louisiana 70113**  
**jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.               CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,                  DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,           JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                  MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**             **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                   **THAT OWNS 10% OR MORE**
Larry Griffin Towing Co., Inc.             **OF THE PARTY'S STOCK**
                                           Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                               /s/ Jonathan B. Andry, Esq.
**DATE**                                   **Jonathan B. Andry**
                                           **Louisiana Bar Roll No. 20081**
                                           **Andry Law Firm**
                                           **610 Baronne Street**
                                           **New Orleans, Louisiana 70113**
                                           **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.                    CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,                        DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,                 JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                        MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


**NON-GOVERNMENTAL CORPORATE**                          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                                **THAT OWNS 10% OR MORE**
Marine Transportation Services, Inc. of Florida         **OF THE PARTY'S STOCK**
                                                        Not Applicable


**PARENT CORPORATIONS**
Not Applicable




May 20, 2013                                            /s/ Jonathan B. Andry, Esq.
**DATE**                                                **Jonathan B. Andry**
                                                        **Louisiana Bar Roll No. 20081**
                                                        **Andry Law Firm**
                                                        **610 Baronne Street**
                                                        **New Orleans, Louisiana 70113**
                                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.          CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,          DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,          JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY          MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**          **THAT OWNS 10% OR MORE**
Mr. J.O., L.L.C.          **OF THE PARTY'S STOCK**
          Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013          /s/ Jonathan B. Andry, Esq.
**DATE**          **Jonathan B. Andry**
          **Louisiana Bar Roll No. 20081**
          **Andry Law Firm**
          **610 Baronne Street**
          **New Orleans, Louisiana 70113**
          **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.          CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,          DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,          JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY          MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**          **THAT OWNS 10% OR MORE**
North Star Marine, LLC          **OF THE PARTY'S STOCK**
          Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013          /s/ Jonathan B. Andry, Esq.
**DATE**          **Jonathan B. Andry**
          **Louisiana Bar Roll No. 20081**
          **Andry Law Firm**
          **610 Baronne Street**
          **New Orleans, Louisiana 70113**
          **jandry@andrylawgroup.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.         CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,            DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,      JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY            MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                **THAT OWNS 10% OR MORE**
Offshore Oil Services, Inc.             **OF THE PARTY'S STOCK**
                                        Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                                **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.
D/B/A TEXAS CREWBOATS, ET AL

CIVIL ACTION NO.:  2:13-cv-02041

V.

BP EXPLORATION & PRODUCTION INC,
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION**
Predator Marine Offshore, L.L.C.

**PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK**
Not Applicable

**PARENT CORPORATIONS**
Nautical Investment, L.L.C.

May 20, 2013
**DATE**

/s/ Jonathan B. Andry, Esq.
**Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.               CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,                  DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,           JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                  MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**                    **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                          **THAT OWNS 10% OR MORE**
Renegade Marine Offshore, L.L.C.                  **OF THE PARTY'S STOCK**
                                                  Not Applicable

**PARENT CORPORATIONS**
Venture International Investment, L.L.C.

May 20, 2013                                      /s/ Jonathan B. Andry, Esq.
**DATE**                                          **Jonathan B. Andry**
                                                  **Louisiana Bar Roll No. 20081**
                                                  **Andry Law Firm**
                                                  **610 Baronne Street**
                                                  **New Orleans, Louisiana 70113**
                                                  **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.       CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,       DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,    JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY      MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

| **NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION** | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK** |
|---|---|
| Seacraft Shipyard, L.L.C. | Not Applicable |

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013                     /s/ Jonathan B. Andry, Esq.
**DATE**                              **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.                CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,                   DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,            JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY                   MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**          **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**                **THAT OWNS 10% OR MORE**
Striker Marine Offshore, L.L.C.         **OF THE PARTY'S STOCK**
                                        Not Applicable

**PARENT CORPORATIONS**
Nautical Investment, L.L.C.

May 20, 2013                            /s/ Jonathan B. Andry, Esq.
**DATE**                                **Jonathan B. Andry**
                                        **Louisiana Bar Roll No. 20081**
                                        **Andry Law Firm**
                                        **610 Baronne Street**
                                        **New Orleans, Louisiana 70113**
                                        **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.  CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,  DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES, JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY  MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**  **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**    **THAT OWNS 10% OR MORE**
Travis Marine, Inc.      **OF THE PARTY'S STOCK**
          Not Applicable

**PARENT CORPORATIONS**
Not Applicable

May 20, 2013        /s/ Jonathan B. Andry, Esq.
**DATE**          **Jonathan B. Andry**
          **Louisiana Bar Roll No. 20081**
          **Andry Law Firm**
          **610 Baronne Street**
          **New Orleans, Louisiana 70113**
          **jandry@andrylawgroup.com**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

CAPTAIN ELLIOTT'S PARTY BOATS, INC.    CIVIL ACTION NO.:  2:13-cv-02041
D/B/A TEXAS CREWBOATS, ET AL

V.

BP EXPLORATION & PRODUCTION INC,    DIVISION J, SECTION 1
BP AMERICA PODUCTION COMPANY,
BP P.L.C., HALLIBURTON ENERGY SERVICES,    JUDGE CARL BARBIER
INC., SPERRY DRILLING SERVICES, INC.,
A DIVISION OF HALLIBURTON ENERGY    MAG. JUDGE SALLY SHUSHAN
SERVICES, INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., AND TRANSOCEAN HOLDINGS, INC

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

**NON-GOVERNMENTAL CORPORATE**    **PUBLICLY HELD COMPANY**
**PARTY TO THIS ACTION**    **THAT OWNS 10% OR MORE**
Tyrant Marine Offshore, LLC    **OF THE PARTY'S STOCK**
    Not Applicable

**PARENT CORPORATIONS**
Nautical Investment, L.L.C.

May 20, 2013    /s/ Jonathan B. Andry, Esq.
**DATE**    **Jonathan B. Andry**
    **Louisiana Bar Roll No. 20081**
    **Andry Law Firm**
    **610 Baronne Street**
    **New Orleans, Louisiana 70113**
    **jandry@andrylawgroup.com**