UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.

        V

TRANSOCEAN LTD, TRANSOCEAN,
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

CIVIL ACTION

NO. 2:13-cv-02155-CJB-SS

DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

13 Oysters, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

**EXHIBIT A**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                          CIVIL ACTION


V                                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


24 Hour Road Side Assistance                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                   THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                                          _____


Not Applicable                                               _____


_____                                 _____


_____                                 _____


May 16, 2013                                                 Jonathan B. Andry
                                                             Louisiana Bar Roll No. 20081
                                                             Andry Law Firm
                                                             610 Baronne Street
                                                             New Orleans, Louisiana 70113
                                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                        CIVIL ACTION

              V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                 DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                 JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                  MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


814 Orleans L.L.C.                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                  THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                         _____

Not Applicable                              _____


_____            _____

_____            _____


May 16, 2013                                Jonathan B. Andry
                                            Louisiana Bar Roll No. 20081
                                            Andry Law Firm
                                            610 Baronne Street
                                            New Orleans, Louisiana 70113
                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| A.S.B. Productions, Inc. NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                           _____

_____                           _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


A-1 Steel Erectors, Inc.                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                         _____

_____                         _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

AAA Boat Tow
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| | |
|---|---|
| ABC Notary and Auto Title, Inc.<br>NON-GOVERNMENTAL CORPORATE<br>PARTY TO THIS ACTION | PUBLICLY HELD COMPANY<br>THAT OWNS 10% OR MORE<br>OF THE PARTY'S STOCK |
| PARENT CORPORATIONS | _____ |
| Not Applicable | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| May 16, 2013 | Jonathan B. Andry<br>Louisiana Bar Roll No. 20081<br>Andry Law Firm<br>610 Baronne Street<br>New Orleans, Louisiana 70113<br>jandry@andrylawgroup.com |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Abe's Boat Rentals Inc.                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Acadian Chiropractic, Inc.                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                 _____


Not Applicable                                      _____


_____                         _____


_____                         _____


May 16, 2013                                        Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Achievement Therapeutic Services, L.L.C.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

_____

Not Applicable

_____


_____                    _____


_____                    _____


May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                         CIVIL ACTION

V                               NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Acquisition Title, L.L.C.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                           OF THE PARTY'S STOCK


PARENT CORPORATIONS                            _____

Not Applicable                                 _____


_____                    _____


_____                    _____


May 16, 2013                                   Jonathan B. Andry
                                               Louisiana Bar Roll No. 20081
                                               Andry Law Firm
                                               610 Baronne Street
                                               New Orleans, Louisiana 70113
                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Adams Catfish House LLP                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                         _____


Not Applicable                                        _____


_____         _____


_____         _____


May 16, 2013                                          Jonathan B. Andry
                                                            Louisiana Bar Roll No. 20081
                                                            Andry Law Firm
                                                            610 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

           V                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                    DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                    JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                     MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Adam's Rentals, L.L.C.                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____               _____

_____               _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


All Stars Limousine & Transportation, L.L.C.           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                         _____


_____                            _____

_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                  CIVIL ACTION

            V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                           DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                           JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                            MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Alliano Enterprise, Inc.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                 OF THE PARTY'S STOCK


PARENT CORPORATIONS                                  _____


Not Applicable                                       _____


_____                          _____


_____                          _____


May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Alltech Specialist, Inc.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Amba Sai Shakti, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                   _____


_____                  _____

_____                  _____


May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Andrew Scallan
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____    _____

_____    _____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

V                                                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                               DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                               JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Angelo Farrell Construction Co., LLC                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                      OF THE PARTY'S STOCK


PARENT CORPORATIONS                                       _____

Not Applicable                                           _____


_____                          _____


_____                          _____


May 16, 2013                                             Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Anode, LLC                                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                           _____

_____                           _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


A-Plus Contractors, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                              _____


_____              _____


_____              _____


May 16, 2013                                Jonathan B. Andry
                                            Louisiana Bar Roll No. 20081
                                            Andry Law Firm
                                            610 Baronne Street
                                            New Orleans, Louisiana 70113
                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                          CIVIL ACTION


                       V                                     NO. 2:13-cv-02155-CJB-SS


TRANSOCEAN LTD, TRANSOCEAN,                                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Atocha Treasure Adventures, L.L.C.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                                          _____


Not Applicable                                               _____


_____                                 _____


_____                                 _____


May 16, 2013                                                 Jonathan B. Andry
                                                             Louisiana Bar Roll No. 20081
                                                             Andry Law Firm
                                                             610 Baronne Street
                                                             New Orleans, Louisiana 70113
                                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

               V                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Atocha Treasure Tours, Inc.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                         _____


_____                         _____

_____                         _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Audrey Cheramie, dba Audrey's Florist & Gifts          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                        CIVIL ACTION

                    V                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                 DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                 JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                  MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Avdhut, L.L.C. d/b/a Sheddran Motel                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                  THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                                         _____

Not Applicable                                              _____


_____                                _____

_____                                _____


May 16, 2013                                                Jonathan B. Andry
                                                            Louisiana Bar Roll No. 20081
                                                            Andry Law Firm
                                                            610 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

         V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


B & B Hardware & Rental Inc.                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                   _____

_____                   _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

            V                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

B & B Red Maple Restaurant, L.L.C.                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK

PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                       _____

_____                       _____

May 16, 2013                                       Jonathan B. Andry
                                                   Louisiana Bar Roll No. 20081
                                                   Andry Law Firm
                                                   610 Baronne Street
                                                   New Orleans, Louisiana 70113
                                                   jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


B & E Seafood Market & Restaurant, L.L.C.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bay County FL0002, L.L.C.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                        _____


_____                    _____


_____                    _____


May 16, 2013                                          Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Baynham Best, LLC                                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____


Not Applicable                                        _____


_____                _____


_____                _____


May 16, 2013                                          Jonathan B. Andry
                                                             Louisiana Bar Roll No. 20081
                                                             Andry Law Firm
                                                             610 Baronne Street
                                                             New Orleans, Louisiana 70113
                                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

            V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                               DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                               JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bayou Car Wash, Inc.                                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                      OF THE PARTY'S STOCK


PARENT CORPORATIONS                                      _____


Not Applicable                                           _____


_____                              _____


_____                              _____


May 16, 2013                                             Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Bayou Norman, Inc.                                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                           _____


_____                           _____



May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                        V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bayou Planet Number Four L.L.C. dba Planet Beach Thibodaux          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                               OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____


Not Applicable                                         _____


_____                            _____


_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Bayou Planet, L.L.C. dba Planet Beach-Houma            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                  OF THE PARTY'S STOCK

PARENT CORPORATIONS                                   _____

Not Applicable                                        _____

_____                           _____

_____                           _____

May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                      DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                      JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                       MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


BBL Marine, LLC                                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                       THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                             _____

Not Applicable                                  _____


_____                 _____


_____                 _____


May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                          CIVIL ACTION

                    V                                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Benny's Seafood Market L.L.C.                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                                          _____

Not Applicable                                              _____


_____                             _____


_____                             _____


May 16, 2013                                                 Jonathan B. Andry
                                                             Louisiana Bar Roll No. 20081
                                                             Andry Law Firm
                                                             610 Baronne Street
                                                             New Orleans, Louisiana 70113
                                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                        V                               NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bergens Construction, LLC                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                  OF THE PARTY'S STOCK


PARENT CORPORATIONS                                   _____

Not Applicable                                        _____


_____                       _____

_____                       _____


May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| Big Easy Fashion Outlet, Inc.<br>NON-GOVERNMENTAL CORPORATE<br>PARTY TO THIS ACTION | PUBLICLY HELD COMPANY<br>THAT OWNS 10% OR MORE<br>OF THE PARTY'S STOCK |
| PARENT CORPORATIONS | _____ |
| Not Applicable | _____ |
| _____ | _____ |
| _____ | _____ |

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Big Pie Pizza, L.L.C.                                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

                    V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                              DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                              JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                               MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bigg Katt Enterprises, L.L.C.                            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                               THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                     OF THE PARTY'S STOCK


PARENT CORPORATIONS                                      _____

Not Applicable                                          _____

_____                         _____

_____                         _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE



Birdsall Jewelry, Fine Gifts & Accents, LLC            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____

_____                            _____



May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Blake and Hunter, LLC                                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                            _____

_____                            _____

May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bodden Records, LLC                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                   THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____


Not Applicable                               _____


_____             _____


_____             _____


May 16, 2013                                 Jonathan B. Andry
                                             Louisiana Bar Roll No. 20081
                                             Andry Law Firm
                                             610 Baronne Street
                                             New Orleans, Louisiana 70113
                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

          V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Boudreaux's Air Boats, Inc.                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                _____


_____                _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bounce House Supreme, LLC                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                             _____


Not Applicable                                        _____


_____                   _____


_____                   _____


May 16, 2013                                            Jonathan B. Andry
                                                              Louisiana Bar Roll No. 20081
                                                              Andry Law Firm
                                                              610 Baronne Street
                                                              New Orleans, Louisiana 70113
                                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Bourgeois Fishing Charters, Inc.                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                                         _____


_____            _____

_____            _____


May 16, 2013                                           Jonathan B. Andry
                                                            Louisiana Bar Roll No. 20081
                                                            Andry Law Firm
                                                            610 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

        V                                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Broad Street Café LLC dba Southern Seafood & Steakhouse        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                                           _____

Not Applicable                                               _____


_____                             _____


_____                             _____


May 16, 2013                                                 Jonathan B. Andry
                                                             Louisiana Bar Roll No. 20081
                                                             Andry Law Firm
                                                             610 Baronne Street
                                                             New Orleans, Louisiana 70113
                                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                V                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Busato & Lawton, Inc.                                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____


Not Applicable                                          _____


_____                            _____


_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

           V                                                NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


C & C Laundromat, Inc.                                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                         _____

_____                         _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

        V                                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

C & E Construction, L.L.C.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                        _____

_____                        _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| C & K Entertainment dba Mo Money/Mo Money Co. USA NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |

PARENT CORPORATIONS                                        _____

Not Applicable                                             _____

_____                                  _____

_____                                  _____

May 16, 2013                          Jonathan B. Andry
                                      Louisiana Bar Roll No. 20081
                                      Andry Law Firm
                                      610 Baronne Street
                                      New Orleans, Louisiana 70113
                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| | |
|---|---|
| C & R Bar, LLC NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| PARENT CORPORATIONS | _____ |
| Not Applicable | _____ |
| _____ | _____ |
| _____ | _____ |

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                CIVIL ACTION

V                                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                         DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                         JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                          MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Cannon Fitness, L.L.C.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                 _____

Not Applicable                                      _____


_____                         _____

_____                         _____


May 16, 2013                                        Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Capt Dave's Guide Service LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Car Wash Blues, L.L.C.                                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Carlo J. Governale d/b/a C.J. Governale              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                           THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                 OF THE PARTY'S STOCK

PARENT CORPORATIONS                                  _____

Not Applicable                                       _____

_____                     _____

_____                     _____

May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                    V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Caro Properties, L.L.C.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK

PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                  _____

_____                  _____

May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| | |
|---|---|
| CDL Residential Rehab, Inc.<br>NON-GOVERNMENTAL CORPORATE<br>PARTY TO THIS ACTION | PUBLICLY HELD COMPANY<br>THAT OWNS 10% OR MORE<br>OF THE PARTY'S STOCK |

PARENT CORPORATIONS                        _____

Not Applicable                                    _____


_____                        _____

_____                        _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Charles Bruce III d/b/a Ecurb Logistics                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                                      _____


Not Applicable                                                    _____


_____                                  _____


_____                                  _____


May 16, 2013                                                      Jonathan B. Andry
                                                                    Louisiana Bar Roll No. 20081
                                                                    Andry Law Firm
                                                                    610 Baronne Street
                                                                    New Orleans, Louisiana 70113
                                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                    V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Chaussure Rouge, LLC                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                   _____


_____                 _____

_____                 _____


May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                           CIVIL ACTION

        V                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                    DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                    JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                     MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Cheramie Cleaners & Tuxedo Rentals, Inc.      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                           OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                   _____


_____                   _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                  CIVIL ACTION

                    V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                           DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                           JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                            MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Chinchuba Creek Garden Homes, L.L.C.               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                               OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____

Not Applicable                                     _____


_____                    _____


_____                    _____


May 16, 2013                                       Jonathan B. Andry
                                                   Louisiana Bar Roll No. 20081
                                                   Andry Law Firm
                                                   610 Baronne Street
                                                   New Orleans, Louisiana 70113
                                                   jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Chris's Iron Horse Tavern, L.L.C.                       PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                               CIVIL ACTION

                    V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Christopher Lambert d/b/a CDL Residential Rehab, Inc.      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                 THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                       OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                   _____


_____                 _____


_____                 _____


May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Chung Pak dba Kings Chicken Restaurant           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE               THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                         _____


Not Applicable                                    _____


_____              _____


_____              _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

        V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Classic Southern Home Renovations, Inc.           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____


Not Applicable                                    _____


_____                  _____


_____                  _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                        V                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Classic Superwash, Inc.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                       _____

_____                       _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Clinic Drug Store of Golden Meadow, Inc.               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                       _____


_____                       _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Cocodrie Charters, L.L.C.                               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Colonial Chevrolet Co., Inc.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                            OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____


Not Applicable                                        _____


_____                          _____


_____                          _____


May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

               V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                               DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                               JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Cormier's Custom Flooring, Inc.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                      OF THE PARTY'S STOCK


PARENT CORPORATIONS                                       _____

Not Applicable                                           _____


_____                           _____

_____                           _____


May 16, 2013                                             Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Corso Fabricators, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Covington Place Cottages, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Creative Tees, Inc.                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____


_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                               CIVIL ACTION

               V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Crescent Moon Properties, Inc.                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                               OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____


Not Applicable                                     _____


_____                    _____


_____                    _____


May 16, 2013                                       Jonathan B. Andry
                                                   Louisiana Bar Roll No. 20081
                                                   Andry Law Firm
                                                   610 Baronne Street
                                                   New Orleans, Louisiana 70113
                                                   jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

            V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Cristina Quartararo                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____


Not Applicable                                _____


_____                   _____


_____                   _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Crystals of Delaware, Inc.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____


Not Applicable                                         _____


_____                           _____


_____                           _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 |
| | JUDGE CARL BARBIER |
| | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Crystal's Recovery, Inc.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

             V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Custom Body and Paint, Inc.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                        _____


_____                        _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                    V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


D & L Equipment, Inc.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                  _____


_____                  _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Dabunch, L.L.C.                                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                           _____


_____                 _____


_____                 _____


May 16, 2013                                            Jonathan B. Andry
                                                               Louisiana Bar Roll No. 20081
                                                               Andry Law Firm
                                                               610 Baronne Street
                                                               New Orleans, Louisiana 70113
                                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Dakota of D.A., Inc.                               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                      _____


_____                      _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Dant A. Sandras, D.D.S., L.L.C.                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                                        _____

Not Applicable                                                          _____

_____                          _____

_____                          _____


May 16, 2013                                                            Jonathan B. Andry
                                                                              Louisiana Bar Roll No. 20081
                                                                              Andry Law Firm
                                                                              610 Baronne Street
                                                                              New Orleans, Louisiana 70113
                                                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


David S. Forrest dba Scott's Pharmacy Health Mart          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                      OF THE PARTY'S STOCK


PARENT CORPORATIONS                                       _____

Not Applicable                                            _____

_____                              _____

_____                              _____


May 16, 2013                                              Jonathan B. Andry
                                                          Louisiana Bar Roll No. 20081
                                                          Andry Law Firm
                                                          610 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


David Wade Marine, Inc.                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                  _____

Not Applicable                                                  _____


_____              _____


_____              _____


May 16, 2013                                                   Jonathan B. Andry
                                                                       Louisiana Bar Roll No. 20081
                                                                       Andry Law Firm
                                                                       610 Baronne Street
                                                                       New Orleans, Louisiana 70113
                                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                  CIVIL ACTION

           V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                           DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                           JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                            MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


deBautte A/C & Heating, LLC                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                 OF THE PARTY'S STOCK


PARENT CORPORATIONS                                  _____

Not Applicable                                       _____

_____                             _____

_____                             _____


May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Debra's Movie World
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                               _____

_____                 _____

_____                 _____


May 16, 2013                                 Jonathan B. Andry
                                             Louisiana Bar Roll No. 20081
                                             Andry Law Firm
                                             610 Baronne Street
                                             New Orleans, Louisiana 70113
                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

        V                                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Delaney Properties, Inc.                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                        CIVIL ACTION

             V                                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                 DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                 JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                  MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Delaune Yacht Brokerage, LLC                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                  THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                        OF THE PARTY'S STOCK

PARENT CORPORATIONS                                         _____

Not Applicable                                             _____

_____                            _____

_____                            _____

May 16, 2013                                               Jonathan B. Andry
                                                           Louisiana Bar Roll No. 20081
                                                           Andry Law Firm
                                                           610 Baronne Street
                                                           New Orleans, Louisiana 70113
                                                           jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

            V                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Del-Carmel Investments, L.L.C.                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK

PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                       _____

_____                       _____

May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Delta Restaurant Supply, L.L.C.                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                       _____

_____                       _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                        CIVIL ACTION


                        V                                   NO. 2:13-cv-02155-CJB-SS


TRANSOCEAN LTD, TRANSOCEAN,                                 DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                 JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                  MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Delta Tires and Automotive, L.L.C.                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                  THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                                         _____


Not Applicable                                              _____


_____                               _____


_____                               _____


May 16, 2013                                                Jonathan B. Andry
                                                            Louisiana Bar Roll No. 20081
                                                            Andry Law Firm
                                                            610 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

              V                               NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                    DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                    JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                     MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Dish One LLC                                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                           OF THE PARTY'S STOCK


PARENT CORPORATIONS                            _____

Not Applicable                                 _____

_____                    _____

_____                    _____


May 16, 2013                                   Jonathan B. Andry
                                               Louisiana Bar Roll No. 20081
                                               Andry Law Firm
                                               610 Baronne Street
                                               New Orleans, Louisiana 70113
                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

               V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Diversified Commercial Contractors, Inc.               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                   _____

Not Applicable                                         _____


_____                        _____


_____                        _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Don DeMaria d/b/a Sea Samples
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                               _____


_____                  _____


_____                  _____


May 16, 2013                                 Jonathan B. Andry
                                             Louisiana Bar Roll No. 20081
                                             Andry Law Firm
                                             610 Baronne Street
                                             New Orleans, Louisiana 70113
                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Donald P. Harris, D.D.S., LTD
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

_____

Not Applicable

_____


_____                _____

_____                _____


May 16, 2013                                    Jonathan B. Andry
                                                Louisiana Bar Roll No. 20081
                                                Andry Law Firm
                                                610 Baronne Street
                                                New Orleans, Louisiana 70113
                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Double DY Express Inc.                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                           _____


_____                           _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                    DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                    JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                     MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Driskell Lawn Care, L.L.C.                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                           OF THE PARTY'S STOCK

PARENT CORPORATIONS                            _____

Not Applicable                                 _____

_____                _____

_____                _____

May 16, 2013                                   Jonathan B. Andry
                                               Louisiana Bar Roll No. 20081
                                               Andry Law Firm
                                               610 Baronne Street
                                               New Orleans, Louisiana 70113
                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Easy Ride Golf Carts, L.L.C.                            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                          _____

_____                          _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Elite Title Insurance Agency, Inc.                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                          _____


_____                          _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Eugene Beard dba Geneo's Seafood
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

_____

Not Applicable

_____


_____                    _____


_____                    _____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

              V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Facowee, Inc.                                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                      _____


_____                      _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Fairway Gardenhomes, L.L.C.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____


Not Applicable                                         _____


_____                            _____


_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Fay W. Mohon dba Sportsman's Wholesale            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                   _____


_____                   _____



May 16, 2013                                       Jonathan B. Andry
                                                   Louisiana Bar Roll No. 20081
                                                   Andry Law Firm
                                                   610 Baronne Street
                                                   New Orleans, Louisiana 70113
                                                   jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                   CIVIL ACTION

                          V                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Flo Tech, Inc.                                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                  OF THE PARTY'S STOCK


PARENT CORPORATIONS                                   _____

Not Applicable                                        _____


_____                       _____

_____                       _____


May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Forest Dobronich d/b/a Veronica Chevron Service Center          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                      THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                           OF THE PARTY'S STOCK


PARENT CORPORATIONS                                   _____

Not Applicable                                        _____


_____                      _____


_____                      _____


May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

               V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

G & E Construction, L.L.C.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                        _____

_____                        _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

G & E Seafood, Inc.                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE      THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                      OF THE PARTY'S STOCK


PARENT CORPORATIONS                  _____


Not Applicable                               _____


_____      _____


_____      _____


May 16, 2013                                Jonathan B. Andry
                                            Louisiana Bar Roll No. 20081
                                            Andry Law Firm
                                            610 Baronne Street
                                            New Orleans, Louisiana 70113
                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


G. Smith Motorsports, L.L.C.                            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____


_____                            _____



May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                CIVIL ACTION

                        V                           NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                         DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                         JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                          MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Galcan Electric, LLC                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                 _____

Not Applicable                                      _____


_____                         _____


_____                         _____


May 16, 2013                                        Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                              CIVIL ACTION

V                                                                NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


GC&A Houma LLC, d/b/a Chubby's Ice Cream                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                                              _____

Not Applicable                                                  _____

_____                                     _____

_____                                     _____


May 16, 2013                                                     Jonathan B. Andry
                                                                Louisiana Bar Roll No. 20081
                                                                Andry Law Firm
                                                                610 Baronne Street
                                                                New Orleans, Louisiana 70113
                                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

                    V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                               DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                               JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Gigi Dinette dba Gigi's Specialties                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                     OF THE PARTY'S STOCK


PARENT CORPORATIONS                                      _____

Not Applicable                                           _____


_____                             _____


_____                             _____


May 16, 2013                                             Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                               CIVIL ACTION

           V                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                         DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                         JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                          MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Gina A. Blanchard dba Gina's Catering              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____

Not Applicable                                     _____


_____                    _____


_____                    _____


May 16, 2013                                        Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                CIVIL ACTION

                        V                           NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                         DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                         JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                          MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Gregory Thomas d/b/a AC Communications              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                 _____

Not Applicable                                      _____


_____                     _____

_____                     _____


May 16, 2013                                        Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Gretna Auto Title, Inc.                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

             V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Groner Investments, L.L.C.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Guidry's A/C & Refrigeration, Inc.                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____


Not Applicable                                          _____


_____            _____


_____            _____


May 16, 2013                                          Jonathan B. Andry
                                                          Louisiana Bar Roll No. 20081
                                                          Andry Law Firm
                                                          610 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Guilbeau Boat Rentals, L.L.C.                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                  OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                              _____

_____                   _____

_____                   _____


May 16, 2013                                              Jonathan B. Andry
                                                               Louisiana Bar Roll No. 20081
                                                               Andry Law Firm
                                                               610 Baronne Street
                                                               New Orleans, Louisiana 70113
                                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

V                                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Gulf Net Seafood, L.L.C.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                               _____


_____                  _____

_____                  _____


May 16, 2013                                 Jonathan B. Andry
                                             Louisiana Bar Roll No. 20081
                                             Andry Law Firm
                                             610 Baronne Street
                                             New Orleans, Louisiana 70113
                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Gym Matrix, LLC                                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                            _____


_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

H & R Sports & Bar, L.L.C.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Hajari Incorporated
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

_____

Not Applicable

_____


_____                    _____


_____                    _____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                CIVIL ACTION

V                                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                         DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                         JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                          MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Hajari Investments, LLC                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                 _____

Not Applicable                                      _____


_____                         _____

_____                         _____


May 16, 2013                                        Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


HALO 1 LLC                                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                   _____

Not Applicable                                        _____


_____                      _____

_____                      _____


May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Hamdi I LLC                                            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                        _____

Not Applicable                                      _____


_____          _____


_____          _____


May 16, 2013                                        Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Head Gamz Salon, LLC                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                         _____


_____                            _____


_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Highway 56 Properties, L.L.C.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                        _____

_____                        _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                          CIVIL ACTION

                        V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Hunt Graphics, Inc.                                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                   THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                                          _____

Not Applicable                                              _____


_____                                 _____

_____                                 _____


May 16, 2013                                                Jonathan B. Andry
                                                            Louisiana Bar Roll No. 20081
                                                            Andry Law Firm
                                                            610 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Hurricane Shutter Co., L.L.C.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Hy-Tech Roofing Services, Inc.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


I Candy Customs, L.L.C.                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                           _____


_____                           _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


I-110 Military Plaza, LLC                               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                         _____


_____                       _____

_____                       _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 |
| | JUDGE CARL BARBIER |
| | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Indoor UV 4 Me d/b/a Planet Beach                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                           OF THE PARTY'S STOCK

PARENT CORPORATIONS                                          _____

Not Applicable                                                         _____

_____                              _____

_____                              _____

May 16, 2013                                                           Jonathan B. Andry
                                                                                Louisiana Bar Roll No. 20081
                                                                                Andry Law Firm
                                                                                610 Baronne Street
                                                                                New Orleans, Louisiana 70113
                                                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Ivory Lounge, LLC                                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                        _____

_____                        _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

            V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


J.B. Holton and Associates                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                   _____


_____                   _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Jack P. Terrebonne dba J & W Construction        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____


Not Applicable                                   _____


_____                  _____


_____                  _____



May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

          V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Jack's Exxon Service, Inc.                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                     _____

_____                     _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

             V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

James Jewelers L.L.C.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____


Not Applicable                                  _____


_____                _____


_____                _____


May 16, 2013                                    Jonathan B. Andry
                                                Louisiana Bar Roll No. 20081
                                                Andry Law Firm
                                                610 Baronne Street
                                                New Orleans, Louisiana 70113
                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Jay Trucks Service, Inc.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                        _____

Not Applicable                                _____

_____                    _____

_____                    _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Jean Rincher dba Jean Rincher Trucking                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                                 _____

Not Applicable                                              _____

_____                        _____

_____                        _____


May 16, 2013                                                 Jonathan B. Andry
                                                                  Louisiana Bar Roll No. 20081
                                                                  Andry Law Firm
                                                                  610 Baronne Street
                                                                  New Orleans, Louisiana 70113
                                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

              V                               NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Jimmy's Chevron Station, Inc.                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                  _____


_____                  _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Joann D. Klinner d/b/a Jerry's Superette              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                        _____

_____                        _____

_____                        _____

May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 |
| | JUDGE CARL BARBIER |
| | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

John McCovery dba McCovery Seafood
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

           V                                           NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Jon G. Bordelon d/b/a RV & Mobile Home Rebuilt Specialist        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                       THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                            OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                       _____

_____                       _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                        V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Keifer Enterprises LLC                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                        _____

_____                        _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                CIVIL ACTION

                    V                               NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                         DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                         JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                          MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Kel-Sea Adventures, LLC                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____

Not Applicable                                     _____


_____                    _____


_____                    _____


May 16, 2013                                        Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

V                                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Kenner KFC, Inc.                                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                       _____


_____                       _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

        V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Ken's Paint & Body Shop                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                       _____

_____                       _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

V                                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Key West Island Excursions, L.L.C.              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                       THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                             _____

Not Applicable                                  _____

_____                     _____

_____                     _____


May 16, 2013                                    Jonathan B. Andry
                                                Louisiana Bar Roll No. 20081
                                                Andry Law Firm
                                                610 Baronne Street
                                                New Orleans, Louisiana 70113
                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                     NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Key West Treasure Exhibit, Inc.                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____


_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Keystone Lines, Inc.                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                            _____

_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                 CIVIL ACTION

           V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                          DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                          JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                           MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Kingfish Lodges and Boat Storage, L.L.C.            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____

Not Applicable                                     _____


_____                    _____

_____                    _____


May 16, 2013                                       Jonathan B. Andry
                                                   Louisiana Bar Roll No. 20081
                                                   Andry Law Firm
                                                   610 Baronne Street
                                                   New Orleans, Louisiana 70113
                                                   jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                              DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                              JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                               MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Kris Mic, L.L.C.                                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                               THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                            _____


_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


LA 2, Inc.                                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                        _____


Not Applicable                                  _____


_____           _____


_____           _____


May 16, 2013                                    Jonathan B. Andry
                                                Louisiana Bar Roll No. 20081
                                                Andry Law Firm
                                                610 Baronne Street
                                                New Orleans, Louisiana 70113
                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                     CIVIL ACTION

            V                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                              DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                              JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                               MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


La Tour, L.L.C.                                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                            _____

_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Lacombe Strategic Investments LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____          _____

_____          _____

May 16, 2013                        Jonathan B. Andry
                                    Louisiana Bar Roll No. 20081
                                    Andry Law Firm
                                    610 Baronne Street
                                    New Orleans, Louisiana 70113
                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Lafourche Gazette, Inc.                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

             V                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                               DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                               JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Lainie Davia Designs, Inc.                               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                     OF THE PARTY'S STOCK


PARENT CORPORATIONS                                      _____

Not Applicable                                           _____


_____                         _____


_____                         _____


May 16, 2013                                             Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Landry's Markets, Inc.                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE           THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                        _____

Not Applicable                                    _____


_____                _____


_____                _____


May 16, 2013                                        Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

          V                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Landtrust, L.L.C.                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                       _____

_____                       _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Laporte Plumbing and Heating, L.L.C.                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                         _____


_____                         _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 |
| | JUDGE CARL BARBIER |
| | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Laxmi Louisiana Corporation                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                            _____

Not Applicable                                          _____


_____                    _____


_____                    _____


May 16, 2013                                          Jonathan B. Andry
                                                             Louisiana Bar Roll No. 20081
                                                             Andry Law Firm
                                                             610 Baronne Street
                                                             New Orleans, Louisiana 70113
                                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Le Café De Bon Temps                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK

PARENT CORPORATIONS                           _____

Not Applicable                                _____

_____              _____

_____              _____

May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Lee Duke dba Trademark Properties                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

           V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


LGB Concepts, Inc.                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                       _____

_____                       _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Liberto Interiors Corporation                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

            V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                               DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                               JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


MacBrandon Industries, L.L.C.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                     OF THE PARTY'S STOCK


PARENT CORPORATIONS                                      _____

Not Applicable                                           _____


_____                             _____

_____                             _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Maclube Oil Co.                                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                           _____

_____                           _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Maintenance Dredging I, L.L.C.                                       PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                                  OF THE PARTY'S STOCK


PARENT CORPORATIONS                                            _____

Not Applicable                                                            _____

_____                                   _____

_____                                   _____


May 16, 2013                                                            Jonathan B. Andry
                                                                               Louisiana Bar Roll No. 20081
                                                                               Andry Law Firm
                                                                               610 Baronne Street
                                                                               New Orleans, Louisiana 70113
                                                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Marco Outdoor Advertising, Inc.                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                           _____

_____                           _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

         V                                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Marguerite's Cakes "A Taste of Heaven" A Limited Liability Company      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                           _____

_____                           _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

        V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Marshland Inflatables, LLC                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK

PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                       _____

_____                       _____

May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Martin's Heating & Air Conditioning, Inc. of Galliano     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                     OF THE PARTY'S STOCK


PARENT CORPORATIONS                                      _____

Not Applicable                                           _____


_____                             _____


_____                             _____


May 16, 2013                                             Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Mast, LLC                                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| MBA International, Inc. a/k/a Discount Store NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |

PARENT CORPORATIONS                    _____

Not Applicable                                _____

_____        _____

_____        _____


May 16, 2013                                    Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

McCormick Law Firm, L.L.C.                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                               OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                        _____


_____                    _____


_____                    _____



May 16, 2013                                          Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                              CIVIL ACTION

V                                                                NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Mel Fisher's Treasures Duval, L.L.C.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                                              _____

Not Applicable                                                   _____


_____                                      _____


_____                                      _____


May 16, 2013                                                     Jonathan B. Andry
                                                                Louisiana Bar Roll No. 20081
                                                                Andry Law Firm
                                                                610 Baronne Street
                                                                New Orleans, Louisiana 70113
                                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                        CIVIL ACTION

          V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                 DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                 JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                  MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Mel's Treasures On-Line, LLC                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                  THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                                         _____

Not Applicable                                             _____


_____                                _____

_____                                _____


May 16, 2013                                               Jonathan B. Andry
                                                           Louisiana Bar Roll No. 20081
                                                           Andry Law Firm
                                                           610 Baronne Street
                                                           New Orleans, Louisiana 70113
                                                           jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Mercury Tans, L.L.C.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                    _____

Not Applicable                              _____


_____              _____


_____              _____


May 16, 2013                                Jonathan B. Andry
                                            Louisiana Bar Roll No. 20081
                                            Andry Law Firm
                                            610 Baronne Street
                                            New Orleans, Louisiana 70113
                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

            V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                               DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                               JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Metro Business Supplies, L.L.C.                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                      OF THE PARTY'S STOCK


PARENT CORPORATIONS                                       _____

Not Applicable                                           _____


_____                           _____


_____                           _____


May 16, 2013                                             Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Michael A. Pitre dba Pitre Advertising
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                                        _____


_____          _____

_____          _____


May 16, 2013                                           Jonathan B. Andry
                                                              Louisiana Bar Roll No. 20081
                                                              Andry Law Firm
                                                              610 Baronne Street
                                                              New Orleans, Louisiana 70113
                                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Miss Dee Dee's Soul Food LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Mitzi M. Cheramie dba Mitzi 's Monograms          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE               THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                         _____


_____                    _____


_____                    _____


May 16, 2013                                          Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

          V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

MNS Hospitality, LLC                                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                           _____

_____                           _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                 CIVIL ACTION

                    V                                NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                          DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                          JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                           MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Mommie Jo's Restaurant LLC                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                           THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                 OF THE PARTY'S STOCK


PARENT CORPORATIONS                                  _____

Not Applicable                                       _____


_____                          _____


_____                          _____


May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                           CIVIL ACTION

            V                                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                    DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                    JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                     MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Morel Yorsch, L.L.C.                                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                                           _____

Not Applicable                                                _____


_____                                   _____


_____                                   _____


May 16, 2013                                                  Jonathan B. Andry
                                                              Louisiana Bar Roll No. 20081
                                                              Andry Law Firm
                                                              610 Baronne Street
                                                              New Orleans, Louisiana 70113
                                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                     CIVIL ACTION

                      V                                     NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                              DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                              JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                               MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Moss Motor Inc.                                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                           _____


_____                           _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

            V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                    DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                    JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                     MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Motivation, Inc.                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                   _____

_____                   _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Mr. Cam Corporation                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                          _____


_____                          _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

NOLA Title Company, LLC                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                            _____

_____                            _____

May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


North Star Marine, LLC                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                       THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____


Not Applicable                                   _____


_____                      _____


_____                      _____


May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

          V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Nouveau Glo, Inc.                                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                        _____


_____                        _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

             V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


NUTRI-SPORT OF MANDEVILLE, L.L.C.                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                      _____

_____                      _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

          V                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Osprey Charters, L.L.C.                       PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                   _____

_____                   _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

               V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                    DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                    JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                     MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Penny Mutz d/b/a Sencore Properties            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                      THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                           OF THE PARTY'S STOCK


PARENT CORPORATIONS                            _____

Not Applicable                                 _____

_____                 _____

_____                 _____


May 16, 2013                                   Jonathan B. Andry
                                               Louisiana Bar Roll No. 20081
                                               Andry Law Firm
                                               610 Baronne Street
                                               New Orleans, Louisiana 70113
                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                         CIVIL ACTION

                    V                                        NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                  DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                  JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                   MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Phillip Broussard dba Broussard Real Estate Appraisal        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                   THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                                          _____

Not Applicable                                              _____


_____                                _____

_____                                _____


May 16, 2013                                               Jonathan B. Andry
                                                           Louisiana Bar Roll No. 20081
                                                           Andry Law Firm
                                                           610 Baronne Street
                                                           New Orleans, Louisiana 70113
                                                           jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                            CIVIL ACTION

              V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                     DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                     JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                      MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Physical Therapy Specialties, Inc.             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                      THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                           OF THE PARTY'S STOCK


PARENT CORPORATIONS                            _____

Not Applicable                                 _____


_____               _____


_____               _____


May 16, 2013                                   Jonathan B. Andry
                                               Louisiana Bar Roll No. 20081
                                               Andry Law Firm
                                               610 Baronne Street
                                               New Orleans, Louisiana 70113
                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

          V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Phytoceutical Formulations, LLC                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Pistol Power, L.L.C.                                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Plaisance Sheet Metal, L.L.C.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Planet Beach Tanning Salons, Inc.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____


Not Applicable                                         _____


_____                        _____


_____                        _____



May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Price's Big Star Supermarket, Inc.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                            _____

_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                          V                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


R.E. Huber Construction Company, Inc.                   PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                        _____


_____                        _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

V                                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Rapid Retail Solutions, L.L.C.                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                  _____


_____                  _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Ray Sample Carpentry, L.L.C.                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                             _____

Not Applicable                                           _____

_____                   _____

_____                   _____


May 16, 2013                                             Jonathan B. Andry
                                                            Louisiana Bar Roll No. 20081
                                                            Andry Law Firm
                                                            610 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Reedabus Forms, L.L.C.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

V                                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


RehabXcel- New Iberia, Inc.                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                               OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____

Not Applicable                                     _____


_____                    _____


_____                    _____


May 16, 2013                                       Jonathan B. Andry
                                                   Louisiana Bar Roll No. 20081
                                                   Andry Law Firm
                                                   610 Baronne Street
                                                   New Orleans, Louisiana 70113
                                                   jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Richard Thomas dba Shucks Seafood Grille
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

_____

Not Applicable

_____


_____                    _____


_____                    _____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Rick Hill dba Hill Lawn Care & Power Wash                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                            _____

Not Applicable                                            _____


_____                            _____


_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                    V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Rob Andry Construction, Inc.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK

PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                  _____

_____                  _____

May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Robert Good dba White Sands Property Management Group                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                               THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                                     OF THE PARTY'S STOCK


PARENT CORPORATIONS                                                      _____

Not Applicable                                                          _____


_____                                            _____

_____                                            _____


May 16, 2013                                                            Jonathan B. Andry
                                                                        Louisiana Bar Roll No. 20081
                                                                        Andry Law Firm
                                                                        610 Baronne Street
                                                                        New Orleans, Louisiana 70113
                                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

            V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Robert Refrigeration Service, Inc.            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                _____

_____                _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                            CIVIL ACTION

          V                                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                     DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                     JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                      MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Roy Baudoin Furniture & Appliances, Inc.                       PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                           OF THE PARTY'S STOCK


PARENT CORPORATIONS                                            _____

Not Applicable                                                 _____

_____                                   _____

_____                                   _____


May 16, 2013                                                   Jonathan B. Andry
                                                               Louisiana Bar Roll No. 20081
                                                               Andry Law Firm
                                                               610 Baronne Street
                                                               New Orleans, Louisiana 70113
                                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Roy Melancon dba Roy's Body Shop                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                            _____


_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


S & J Gold, L.L.C.                                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                            OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____


Not Applicable                                         _____


_____                _____


_____                _____



May 16, 2013                                           Jonathan B. Andry
                                                              Louisiana Bar Roll No. 20081
                                                              Andry Law Firm
                                                              610 Baronne Street
                                                              New Orleans, Louisiana 70113
                                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


S Investments LLC d/b/a Econolodge                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                           THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                 OF THE PARTY'S STOCK


PARENT CORPORATIONS                                  _____

Not Applicable                                       _____


_____                          _____

_____                          _____


May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                        CIVIL ACTION

              V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                 DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                 JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                  MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Sam Poole Plant Farm, Inc.                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                  THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                       OF THE PARTY'S STOCK


PARENT CORPORATIONS                                        _____

Not Applicable                                            _____


_____                            _____

_____                            _____


May 16, 2013                                              Jonathan B. Andry
                                                          Louisiana Bar Roll No. 20081
                                                          Andry Law Firm
                                                          610 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| | |
|---|---|
| Sameer, Inc. | PUBLICLY HELD COMPANY |
| NON-GOVERNMENTAL CORPORATE | THAT OWNS 10% OR MORE |
| PARTY TO THIS ACTION | OF THE PARTY'S STOCK |

| | |
|---|---|
| PARENT CORPORATIONS | _____ |
| Not Applicable | _____ |
| _____ | _____ |
| _____ | _____ |

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Sam Westbank Cyclery, L.L.C.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK

PARENT CORPORATIONS                              _____

Not Applicable                                   _____

_____                 _____

_____                 _____

May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Satellite Works, L.L.C.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

Not Applicable                                   _____

_____              _____

_____              _____

May 16, 2013                                   Jonathan B. Andry
                                               Louisiana Bar Roll No. 20081
                                               Andry Law Firm
                                               610 Baronne Street
                                               New Orleans, Louisiana 70113
                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

        V                                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Scan Properties, Inc.                                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                         _____

_____                         _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Scott Burke dba Camp-K                                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____


_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                        V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


SCS Services, LLC                                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                         _____


_____                         _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

            V                                     NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


ServCorp International, Inc.                       PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                               OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____

Not Applicable                                     _____


_____                    _____

_____                    _____


May 16, 2013                                       Jonathan B. Andry
                                                   Louisiana Bar Roll No. 20081
                                                   Andry Law Firm
                                                   610 Baronne Street
                                                   New Orleans, Louisiana 70113
                                                   jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


SHREE LAXMI, LLC d/b/a La Quinta Inn & Suites        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                      THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                           _____


_____                     _____

_____                     _____


May 16, 2013                                         Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

            V                                     NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Sig's Bunkhouse, LLC                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                   _____


_____                      _____


_____                      _____


May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

    V                                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Sinclairs Grill, LLC                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____

_____                      _____

_____                      _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

V                                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


SMD – Investments, L.L.C.                     PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                           _____

Not Applicable                                _____


_____                _____

_____                _____


May 16, 2013                                  Jonathan B. Andry
                                              Louisiana Bar Roll No. 20081
                                              Andry Law Firm
                                              610 Baronne Street
                                              New Orleans, Louisiana 70113
                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Smoky's BBQ LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS                                _____

Not Applicable                                              _____


_____                 _____


_____                 _____



May 16, 2013                                              Jonathan B. Andry
                                                              Louisiana Bar Roll No. 20081
                                                              Andry Law Firm
                                                              610 Baronne Street
                                                              New Orleans, Louisiana 70113
                                                              jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Source Chiropractic & Rehabilitation, L.L.C.            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                             _____


_____                             _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                   NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Southern Coastal Restoration, L.L.C.                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                         _____

_____                         _____

May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Southern Lodging, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

_____

Not Applicable

_____


_____         _____


_____         _____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION


            V                                     NO. 2:13-cv-02155-CJB-SS


TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Southern Repair & Maintenance, L.L.C.            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                       THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                   _____

_____                      _____

_____                      _____


May 16, 2013                                     Jonathan B. Andry
                                                 Louisiana Bar Roll No. 20081
                                                 Andry Law Firm
                                                 610 Baronne Street
                                                 New Orleans, Louisiana 70113
                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| Southern Star Construction Company, Inc. NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| PARENT CORPORATIONS | _____ |
| Not Applicable | _____ |
| _____ | _____ |
| _____ | _____ |

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Spaportunity, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS

_____

Not Applicable

_____


_____         _____


_____         _____


May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Standard Gravel Co., Inc.                               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                        _____

_____                        _____

May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                    V                                  NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Statewide Security Patrol Enforcement, L.L.C.          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____


_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                  V                                     NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Steve Dejean Custom Flooring, L.L.C.                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                            _____

_____                            _____

May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 |
| | JUDGE CARL BARBIER |
| | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Steven Galliano d/b/a Galliano Waste Disposal
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS                          _____

Not Applicable                                      _____

_____          _____

_____          _____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Studio Suites, L.L.C.                                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK

PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                           _____

_____                           _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, | DIVISION J, SECTION 1 |
| OFFSHORE DEEPWATER DRILLING INC., | |
| TRANSOCEAN DEEPWATER, INC., | JUDGE CARL BARBIER |
| TRANSOCEAN HOLDINGS, LLC, | |
| TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., | |
| AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Su Casa Construction, LLC                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE     THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                      _____

Not Applicable                                       _____


_____            _____


_____            _____


May 16, 2013                                         Jonathan B. Andry
                                                           Louisiana Bar Roll No. 20081
                                                           Andry Law Firm
                                                           610 Baronne Street
                                                           New Orleans, Louisiana 70113
                                                           jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                    V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Sue Dee Trucking, L.L.C.                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                             OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                    _____

_____                      _____

_____                      _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Sugarland Country Club, Inc.                            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                        _____


_____                        _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Sunshine Express, L.L.C.                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| | |
|---|---|
| T.R.E.S. of Louisiana, Inc. | PUBLICLY HELD COMPANY |
| NON-GOVERNMENTAL CORPORATE | THAT OWNS 10% OR MORE |
| PARTY TO THIS ACTION | OF THE PARTY'S STOCK |


PARENT CORPORATIONS                                 _____

Not Applicable                                          _____


_____                          _____


_____                          _____


May 16, 2013                                          Jonathan B. Andry
                                                    Louisiana Bar Roll No. 20081
                                                    Andry Law Firm
                                                    610 Baronne Street
                                                    New Orleans, Louisiana 70113
                                                    jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, | MAG. JUDGE SALLY SHUSHAN |
| HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Tattoo Ya Inc.                                              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                                          _____

_____          _____

_____          _____


May 16, 2013                                           Jonathan B. Andry
                                                               Louisiana Bar Roll No. 20081
                                                               Andry Law Firm
                                                               610 Baronne Street
                                                               New Orleans, Louisiana 70113
                                                               jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


The Player's Club, Inc.                                 PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                         _____


_____                         _____

_____                         _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1

JUDGE CARL BARBIER

MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


The Venice Palms Lodge, L.L.C.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                  THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____


Not Applicable                                          _____


_____                    _____


_____                    _____


May 16, 2013                                          Jonathan B. Andry
                                                          Louisiana Bar Roll No. 20081
                                                          Andry Law Firm
                                                          610 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1 JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Thellis W. Brass d/b/a TB Tax Services
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

_____

Not Applicable

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Thomas Abstracting and Title Services, Inc.            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                  OF THE PARTY'S STOCK


PARENT CORPORATIONS                                   _____

Not Applicable                                        _____

_____                        _____

_____                        _____


May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| Three-D Plumbing Repairs, L.L.C. NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |

PARENT CORPORATIONS                                  _____

Not Applicable                                       _____

_____                          _____

_____                          _____

May 16, 2013                                         Jonathan B. Andry
                                                     Louisiana Bar Roll No. 20081
                                                     Andry Law Firm
                                                     610 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

            V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Tibbs Staffing Services, Inc.                          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____

_____                            _____

_____                            _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


TJ's Corner Market, LLC                                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                       THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                        OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                             _____


_____                    _____


_____                    _____


May 16, 2013                                              Jonathan B. Andry
                                                                 Louisiana Bar Roll No. 20081
                                                                 Andry Law Firm
                                                                 610 Baronne Street
                                                                 New Orleans, Louisiana 70113
                                                                 jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                          CIVIL ACTION

V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Totalcom International, Inc.                  PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                    THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                               _____

_____                  _____

_____                  _____


May 16, 2013                                 Jonathan B. Andry
                                             Louisiana Bar Roll No. 20081
                                             Andry Law Firm
                                             610 Baronne Street
                                             New Orleans, Louisiana 70113
                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

                    V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Traffic Camera Reports, Inc.                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                        THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                    _____


_____                    _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                          V                             NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Tria, Inc.                                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                          _____


_____                          _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

            V                                     NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                       DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                       JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                        MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Tuan Nguyen d/b/a Diamond Nails              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                   THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                          _____

Not Applicable                               _____


_____                 _____


_____                 _____


May 16, 2013                                 Jonathan B. Andry
                                             Louisiana Bar Roll No. 20081
                                             Andry Law Firm
                                             610 Baronne Street
                                             New Orleans, Louisiana 70113
                                             jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                        CIVIL ACTION

              V                                            NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                 MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Twin Princess, LLC                                        PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                      OF THE PARTY'S STOCK


PARENT CORPORATIONS                                       _____

Not Applicable                                            _____


_____                             _____

_____                             _____


May 16, 2013                                              Jonathan B. Andry
                                                          Louisiana Bar Roll No. 20081
                                                          Andry Law Firm
                                                          610 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

                        V                              NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Two Brothers Lounge and Grill, LLC                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                            THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                  OF THE PARTY'S STOCK

PARENT CORPORATIONS                                   _____

Not Applicable                                        _____

_____                      _____

_____                      _____

May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Ultra Light Flights, L.L.C.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                            _____

_____                            _____

May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

        V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                        DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                        JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                         MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

United Electrical and Communication, LLC          PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                         THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                              OF THE PARTY'S STOCK


PARENT CORPORATIONS                               _____

Not Applicable                                    _____


_____                       _____


_____                       _____


May 16, 2013                                      Jonathan B. Andry
                                                  Louisiana Bar Roll No. 20081
                                                  Andry Law Firm
                                                  610 Baronne Street
                                                  New Orleans, Louisiana 70113
                                                  jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN,<br>OFFSHORE DEEPWATER DRILLING INC.,<br>TRANSOCEAN DEEPWATER, INC.,<br>TRANSOCEAN HOLDINGS, LLC,<br>TRITON ASSET LEASING GMBH,<br>HALLIBURTON ENERGY SERVICES, INC.,<br>AND SPERRY DRILLING SERVICES, INC. | DIVISION J, SECTION 1<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


UNR Hospitality, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK


PARENT CORPORATIONS                              _____

Not Applicable                                  _____

_____                  _____

_____                  _____


May 16, 2013                                    Jonathan B. Andry
                                                Louisiana Bar Roll No. 20081
                                                Andry Law Firm
                                                610 Baronne Street
                                                New Orleans, Louisiana 70113
                                                jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                              CIVIL ACTION

V                               NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Upstream Energy Capital, L.L.C.              PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE          THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                            OF THE PARTY'S STOCK

PARENT CORPORATIONS                      _____

Not Applicable                                      _____

_____              _____

_____              _____

May 16, 2013                                        Jonathan B. Andry
                                                         Louisiana Bar Roll No. 20081
                                                         Andry Law Firm
                                                         610 Baronne Street
                                                         New Orleans, Louisiana 70113
                                                         jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Uptown Gas Station Management, LLC                      PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK

PARENT CORPORATIONS                                     _____

Not Applicable                                         _____

_____                            _____

_____                            _____

May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

              V                                          NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Vetter Lumber Company, Inc.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                        _____


_____                        _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                       NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Vhores' Master Prints, Inc.                             PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____


_____                            _____

_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                          CIVIL ACTION

                        V                                    NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                                   DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                                   JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                                    MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Virginia Kelley dba Virginia Sitter Service Corp.            PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                                   THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                         OF THE PARTY'S STOCK


PARENT CORPORATIONS                                          _____

Not Applicable                                              _____


_____                                 _____

_____                                 _____


May 16, 2013                                                Jonathan B. Andry
                                                            Louisiana Bar Roll No. 20081
                                                            Andry Law Firm
                                                            610 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Vishnu Enterprises, Inc.                               PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                  OF THE PARTY'S STOCK

PARENT CORPORATIONS                                   _____

Not Applicable                                        _____

_____                          _____

_____                          _____

May 16, 2013                                          Jonathan B. Andry
                                                      Louisiana Bar Roll No. 20081
                                                      Andry Law Firm
                                                      610 Baronne Street
                                                      New Orleans, Louisiana 70113
                                                      jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

VJH Hospitality, LLC
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

Not Applicable

_____

_____

_____

_____

_____

_____

May 16, 2013

Jonathan B. Andry
Louisiana Bar Roll No. 20081
Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                            DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                            JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                             MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Voodoo Fishing Charters, LLC                           PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                             THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                        _____


_____                        _____


May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

V                                                      NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Walter Birdsall Pharmacy, Inc.                         PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                   OF THE PARTY'S STOCK


PARENT CORPORATIONS                                    _____

Not Applicable                                         _____


_____                            _____


_____                            _____



May 16, 2013                                           Jonathan B. Andry
                                                       Louisiana Bar Roll No. 20081
                                                       Andry Law Firm
                                                       610 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                      CIVIL ACTION

                       V                                 NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                              DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                              JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                               MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Wilton A. Guillory III, DC, L.L.C.                       PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                               THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                     OF THE PARTY'S STOCK

PARENT CORPORATIONS                                      _____

Not Applicable                                          _____

_____                           _____

_____                           _____

May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONDEY ANDRY, ET AL.                                    CIVIL ACTION

           V                                         NO. 2:13-cv-02155-CJB-SS

TRANSOCEAN LTD, TRANSOCEAN,                             DIVISION J, SECTION 1
OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER, INC.,                             JUDGE CARL BARBIER
TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,                              MAG. JUDGE SALLY SHUSHAN
HALLIBURTON ENERGY SERVICES, INC.,
AND SPERRY DRILLING SERVICES, INC.

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


X-Tra Space Storage, LLC                                PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE                              THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                                    OF THE PARTY'S STOCK


PARENT CORPORATIONS                                     _____

Not Applicable                                          _____

_____                            _____

_____                            _____


May 16, 2013                                            Jonathan B. Andry
                                                        Louisiana Bar Roll No. 20081
                                                        Andry Law Firm
                                                        610 Baronne Street
                                                        New Orleans, Louisiana 70113
                                                        jandry@andrylawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONDEY ANDRY, ET AL. | CIVIL ACTION |
| V | NO. 2:13-cv-02155-CJB-SS |
| TRANSOCEAN LTD, TRANSOCEAN, OFFSHORE DEEPWATER DRILLING INC., | DIVISION J, SECTION 1 |
| TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, | JUDGE CARL BARBIER |
| TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., AND SPERRY DRILLING SERVICES, INC. | MAG. JUDGE SALLY SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Yankee Enterprises, L.L.C.                    PUBLICLY HELD COMPANY
NON-GOVERNMENTAL CORPORATE       THAT OWNS 10% OR MORE
PARTY TO THIS ACTION                          OF THE PARTY'S STOCK


PARENT CORPORATIONS                       _____

Not Applicable                                     _____

_____                 _____

_____                 _____


May 16, 2013                                        Jonathan B. Andry
                                                          Louisiana Bar Roll No. 20081
                                                          Andry Law Firm
                                                          610 Baronne Street
                                                          New Orleans, Louisiana 70113
                                                          jandry@andrylawgroup.com