UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

LIBERTY'S MOTION TO QUASH AND FOR PROTECTIVE ORDER (Rec. doc. 8685)

**DISMISSED AS MOOT**

Liberty Insurance Underwriters, Inc. ("Liberty") reports that its motion to quash and for protective order is moot.

IT IS ORDERED that: (1) Liberty's motion to quash and for protective order (Rec. doc. 8685) is DISMISSED as MOOT; and (2) Liberty's motion for expedited hearing (Rec. doc. 8687) is DISMISSED as MOOT.

New Orleans, Louisiana, this 24th day of May, 2013.

       _____
       **SALLY SHUSHAN**
       **United States Magistrate Judge**