Minute Entry
Shushan, J.
May 17, 2013
MJStar:  30 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL BY THE OIL RIG              MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010              SECTION J (1)

                                     JUDGE BARBIER
                                     MAG. JUDGE SHUSHAN
--------------------------------------------------------------------------------------------------------------
IN RE: THE COMPLAINT AND PETITION     C.A. 10-2771   J (1)
OF TRITON ASSET LEASING GmbH, ET AL
--------------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA             C.A. 10-4536    J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                    COURT REPORTER:
STEPHANIE KALL                    JODI SIMCOX

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING


FRIDAY, MAY17, 2013    9:30 AM

Exhibit Marshaling conference regarding non-jury trial (phase I) conducted.

PSC offers lists of exhibit/demonstratives regarding exams of Patrick O'Bryan, Captain
Andrew Mitchell: ORDERED admitted. (see attached)

BP offers lists of exhibit/demonstratives regarding exams of Patrick O'Bryan, Captain
Andrew Mitchell, Craig Gardner, Greg Garrison: ORDERED admitted. (see attached)

Tranocean offers lists of exhibit/demonstratives regarding exams of Earl Shanks,
Patrick O'Bryan, Captain Andrew Mitchell: ORDERED admitted. (see attached)

State of Alabama offers list of exhibit/demonstratives regarding exam of  Patrick
O'Bryan: ORDERED admitted. (see attached)

Agreed upon Phase One Trial Master Marshaling List by all parties offered: ORDERED
admitted. (see attached)

Agreed upon Phase One Master Marshaling List - By Witness by all parties offered: ORDERED admitted. (see attached)

Agreed upon Deposition Bundles List by all parties offered: ORDERED admitted. (see attached)

Hard drive containing all trial evidence presented to the Court by inData.

Certifications of Trial Record for Phase One by all parties. (see attached)

List of physical evidence given into the custody of the Court by Transocean, BP and PSC offered: ORDERED admitted. (see list attached)

Transocean photos, D6702 & D6737 on final list but not on hard drive.

PSC proffer pages 91-143 of Mr. Probert's deposition testimony and Trex: 653, 2002, 2003, 2004A, 2004C, 2005 & 2006. Proffer has been placed on hard drive.

Halliburton's objections to PSC's proffer.

Close of Phase I.

Appearances on various days throughout the trial: James Roy, Stephen Herman, Paul Sterbcow, Robert Cunningham, Duke Williams, Johnny deGravelles, Walter Leger, Jimmy Williamson, Jeff Breit, Tom Thornhill, Anthony Irpino, R. Michael Underhill, Steven O'Rourke, Deanna Chang, Rachel Hankey, Scott Cernich, A. Nathaniel Chakeres, Michelle Delemarre, Jessica Sullivan, Jessica McClellan, Sharon Shutler, Malinda Lawrence, Daniel Spiro, Kelley Hauser, Elizabeth Young, Luther Strange, Corey Maze, Winfield Sinclair, James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Brad Brian, Michael Doyen, Luis Li, Steve Roberts, Rachel Clingman, Kerry Miller, Richard Hymel, John Kinchen, Donald Godwin, Gavin Hill, Floyd Hartley, Jerry Von Sternberg, Bruce Bowman, Robert (Mike) Brock, Hariklia (Carrie) Karis, Matthew Regan, J. Andrew Langan, Don Haycraft