PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Patrick O'Bryan on 4/17/2013

| NUMBER | DESCRIPTION | ADMISSION / PAGES |
|---|---|---|
| 04232.1.1.PSC | Callout - E-Mail Chain from Porter to O'Bryan, et al, re: NPT Reduction through Failure Investigation, March 9, 2010 (forwarding March 8, 2010 E-Mail from B. Okuchaba) - Page 1 | Callout |
| 04232.1.2.PSC | Callout - E-Mail Chain from Porter to O'Bryan, et al, re: NPT Reduction through Failure Investigation, March 9, 2010 (forwarding March 8, 2010 E-Mail from B. Okuchaba) - Page 1 | Callout |
| 01975.1.1.PSC | Callout - Drilling & Completions Recommended Practice for Risk Management Implementation Draft - Page 1 | Callout |
| 01975.1.2.PSC | Callout - Drilling & Completions Recommended Practice for Risk Management Implementation Draft - Page 1 | Callout |
| 01975.6.1.PSC | Callout - Drilling & Completions Recommended Practice for Risk Management Implementation Draft - Page 6 | Callout |
| 01975.9.1.PSC | Callout - Drilling & Completions Recommended Practice for Risk Management Implementation Draft - Page 9 | Callout |
| 06205.194.1.PSC | Callout - E & P OMS Manual - Page 194 | Callout |
| 01975.14.1.PSC | Callout - Drilling & Completions Recommended Practice for Risk Management Implementation Draft - Page 14 | Callout |
| 45006.6.1.PSC | Callout - OMS Part 4, OMS Governance and Implementation - Page 6 | Callout |
| 45006.8.1.PSC | Callout - OMS Part 4, OMS Governance and Implementation - Page 8 | Callout |
| 45006.15.1.PSC | Callout - OMS Part 4, OMS Governance and Implementation - Page 15 | Callout |
| 45006.16.1.PSC | Callout - OMS Part 4, OMS Governance and Implementation - Page 16 | Callout |
| 45006.16.2.PSC | Callout - OMS Part 4, OMS Governance and Implementation - Page 16 | Callout |
| 02523.1.1.PSC | Callout - Email From: Patrick O'Bryan To: David Rich and others - Subject: FW: Transocean, Pride and Control of Work, with attachment - Page 1 | Callout |
| 02523.7.1.PSC | Callout - Email From: Patrick O'Bryan To: David Rich and others - Subject: FW: Transocean, Pride and Control of Work, with attachment - Page 7 | Callout |
| 00948 | BP Gulf of Mexico (GoM) - Transocean Offshore Deepwater Drilling Inc. North America (TODDI NAM) HSE Management System Bridging Document | Entire Exhibit |

admitted 5-17-2013 SK

PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Patrick O'Bryan on 4/17/2013

| 00948.1.1.PSC | Callout - BP Gulf of Mexico (GoM) - Transocean Offshore Deepwater Drilling Inc. North America (TODDI NAM) HSE Management System Bridging Document - Page 1 | Callout |
|---|---|---|
| 00948.5.1.PSC | Callout - BP Gulf of Mexico (GoM) - Transocean Offshore Deepwater Drilling Inc. North America (TODDI NAM) HSE Management System Bridging Document - Page 5 | Callout |
| 00948.4.1.PSC | Callout - BP Gulf of Mexico (GoM) - Transocean Offshore Deepwater Drilling Inc. North America (TODDI NAM) HSE Management System Bridging Document - Page 4 | Callout |

admitted 5-17-2013 SK

PSC List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Capt. Andrew Mitchell on 4/17/2013

| NUMBER | DESCRIPTION | PAGES | ADMISSION / PAGES |
|---|---|---|---|
| 04912 | Integration Memo re: Day 1 Operational Guidance (8 Pages) | | Entire Exhibit |
| 041912.4.1.PSC | Callout from Integration Memo re: Day 1 Operational Guidance | | Callout |
| 01470 | Transocean Proxy Statement and 2010 Annual Report (53 Pages) | 1, 49 | PDF Pages Only |
| 01470.49.1.PSC | Callout from Transocean Proxy Statement and 2010 Annual Report - Page 49 | | Callout |
| 01470.49.2.PSC | Callout from Transocean Proxy Statement and 2010 Annual Report - Page 49 | | Callout |
| 08173.68.3.PSC | Callout from Expert Report of Adam T. Bourgoyne, Jr. - Page 68 | | Callout |

Admitted 5-17-2013 SK

# BP - Exhibits for O'BRYAN

BP offers the following documents it used during its examination of Mr. Patrick O'Bryan into evidence:

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-3175.1.1.BP | Callout of D-3175 |
| D-4780.1 | Callout of D-4780 |
| D-4878A | Casing Hanger (No Erosion) / Well Bore (Erosion) |
| D-4943 | How OMS Applied to Macondo Operation \| As of April 20, 2010 |
| D-6710.BP | Screenshot of D-6710 |
| TREX-004271 | BP-Transocean Drilling Contract for the DWH (1998) |
| TREX-004271.22-23 | Pages of TREX-004271 |
| TREX-006025.c | GoM DC OMS GAP ASSESSMENT |
| TREX-006025.c.12.T.BP | Callout of TREX-006025.c |
| TREX-006025.c.3.1.BP | Callout of TREX-006025.c |
| TREX-006025.c.9.T.BP | Callout of TREX-006025.c |
| TREX-045076 | 4/2010 GoM Leadership Org. Chart |
| TREX-047962 | Email from J. Grant to S. Todd, et al re BP National MMS SAFE Award Finalist |
| TREX-047962.1.1.BP | Callout of TREX-047962 |
| TREX-047964 | Email from D. Sims to P. O'Bryan re Rig Visit Talking Points 4-15-10.ppt |
| TREX-047964.1.1.BP | Callout of TREX-047964 |
| TREX-047964.3.1.BP | Callout of Native of TREX-047964 |
| TREX-048272 | Email from P. O'Bryan to J. Caldwell re What I'm Personally Doing to Improve Safety |
| TREX-048272.1.1.BP | Callout of TREX-048272 |

admitted 5-17-2013 SK

# BP - Exhibits for MITCHELL

BP offers the following documents it used during its examination of Capt. Andrew Mitchell into evidence:

*Admitted 5-17-2013 SL*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-4401A.1 | Deepwater Horizon MAHRA |
| D-4401A.4 | Deepwater Horizon MAHRA |
| D-4950.1 | Captain Kuchta's Training Record |
| D-4951 | DWH Operations Integrity Case Training Requirements |
| D-4952 | Rig Manager Training - Marine Module |
| D-4954 | OIM Jimmy Harrell's License |
| D-4955A | Crew Failed to Conduct EDS Drills at Macondo |
| D-4956 | DWH Emergency Response Manual |
| D-4959 | S/S MEDORA |
| D-4963 | MODUs and Self-Propelled MODUs |
| D-4965 | Command Decision Requires: |
| D-4966 | Andrew Mitchell - Experience |
| D-4967 | Opportunity to EDS |
| D-6591.6 | Drills Performed by the Drill Crew on the *Deepwater Horizon* - EDS Drills |
| D-6710.1 | Screenshot of D-6710 |
| TREX-000938 | International Safety Management Code and guidelines on implementation of the ISM Code |
| TREX-000938.17.2.BP | Callout of TREX-000938 |
| TREX-000938.19.2.BP | Callout of TREX-000938 |
| TREX-001356A.22.3.BP | Callout of TREX-001356A |
| TREX-003163.1 | Page of TREX-003163 |
| TREX-003163.3.1.BP | Callout of TREX-003163 |
| TREX-003802 | Certification for Jimmy Harrell from RMI Office of the Maritime Administrator |
| TREX-004472 | Interviewing Form - Andrea Fleytas |
| TREX-004472.5.7.BP | Callout of TREX-004472 |
| TREX-004472.5.8.BP | Callout of TREX-004472 |
| TREX-004644 | Deepwater Horizon Emergency Response Manual - Volume 1 of 2 |
| TREX-005474 | Transocean Operations Integrity Case: Section 2 |
| TREX-005629 | Transocean Interview Notes of C. Pleasant |
| TREX-005629.4.2.BP | Callout of TREX-005629 |
| TREX-007563 | Rig Manager Performance Training Marine Module |
| TREX-022608 | CV of Mitchell, Capt. Andrew |
| TREX-022608.1 | Page of TREX-022608 |
| TREX-026050 | Major Accident Hazard Risk Assessment - Deepwater Horizon |
| TREX-040011 | Expert Report of Captain Andrew Mitchell |
| TREX-040011.1 | Page of TREX-040011 |
| TREX-044013 | Marshall Islands Guidance MI-118: Requirements for Merchant Marine Personnel Certification |
| TREX-044013.27.1.BP | Callout of TREX-044013 |
| TREX-048101.1.1.BP | Callout of TREX-004810 |
| V-46A (Wolfe) | Wolfe Deposition Video Clip |

# BP - Exhibits for GARDNER

BP offers into evidence the following documents used during the portion of Mr. Craig Gardner's deposition played in Court on April 17, 2013:

admitted 5-17-2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-002702 | Letter from Chevron (Craig Gardner) to S. Sankar re Report Summarizing Testing in Cement Laboratory |
| TREX-002702.1 | Page of TREX-002702 |
| TREX-002702.1.3.BP | Callout of TREX-002702 |
| TREX-002702.10.7.BP | Callout of TREX-002702 |
| TREX-002702.2.4.BP | Callout of TREX-002702 |
| TREX-002702.9.5.BP | Callout of TREX-002702 |
| TREX-002702.9.6.BP | Callout of TREX-002702 |

# BP - Exhibits for GARRISON

BP offers into evidence the following documents used during the portion of Mr. Greg Garrison's deposition played in Court on April 17, 2013:

*admitted 5-17-2013 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-005937 | Letter from D. Adkins to S. Murphy attaching JIT Macondo Well Testing Report |
| TREX-005937.1.3.BP | Callout of TREX-005937 |
| TREX-005937.34.2.BP | Callout of TREX-005937 |
| TREX-005937.35.3.BP | Callout of TREX-005937 |
| TREX-005937.38 | Page of TREX-005937 |
| TREX-005937.38.3.BP | Callout of TREX-005937 |
| TREX-005937.38.4.BP | Callout of TREX-005937 |
| TREX-005937.39 | Page of TREX-005937 |
| TREX-005937.39.3.BP | Callout of TREX-005937 |
| TREX-005937.39.4.BP | Callout of TREX-005937 |
| TREX-005937.42 | Page of TREX-005937 |
| TREX-005937.42.3.BP | Callout of TREX-005937 |
| TREX-005937.43.2.BP | Callout of TREX-005937 |

# TRANSOCEAN'S LIST OF EXHIBITS FOR THE EXAMINATION OF FOREST EARL SHANKS (4/16/2013)

Transocean offers the following exhibits it used during its April 16, 2013 cross-examination of Forest Earl Shanks into evidence: *admitted 5-17-2013 SK*

**Trial Exhibits**

- TREX 1.148.1.TO (Callout)
- TREX 1.165.1.TO (Callout)
- TREX 2.388.1.TO (Callout)
- TREX 40020.12.1.TO (Callout)
- TREX 41008.81.1.TO (Callout)
- TREX 41008.81.2.TO (Callout)
- TREX 41060.2.1.TO (Callout)
- TREX 41060 (Exhibit)
- TREX 43093.121.1.TO (Callout)
- TREX 43093.167.1.TO (Callout)
- TREX 43093.169.1.TO (Callout)
- TREX 43093.169.2.TO (Callout)
- TREX 43093.171.1.TO (Callout)
- TREX 50150.112.1.TO (Callout)
- TREX 50150.132.1.TO (Callout)
- TREX 50150.145.1.TO (Callout)
- TREX 50150.145.2.TO (Callout)
- TREX 61107.47.3.TO (Callout)
- TREX 61107.58.1.TO (Callout)

**Demonstratives**

- D4953.2.TO (Callout with Handwritten Notes)
- D6783
- D6784

## TRANSOCEAN'S LIST OF EXHIBITS FOR THE
## EXAMINATION OF PATRICK O'BRYAN (4/17/2013)

Transocean offers the following exhibits it used during its April 17, 2013 cross-examination of Patrick O'Bryan into evidence:

*admitted 5-17-2013 SL*

**Trial Exhibits**

- TREX 20615.1.1.TO (Callout)
- TREX 37031.5.2.TO (Callout)
- TREX 45118.1.1.TO (Callout)
- TREX 45118.2.1.TO (Callout)
- TREX 45118.4.1.TO (Callout)
- TREX 45118.5.1.TO (Callout)
- TREX 51133 (Exhibit)
- TREX 51133.1.TO (Callout)
- TREX 51133.2.TO (Callout)
- TREX 51133.3.TO (Callout)
- TREX 62864.16.1.TO (Callout)

**Demonstratives**

- D4780
- D6710

**TRANSOCEAN'S LIST OF EXHIBITS FOR THE
EXAMINATION OF ANDREW MITCHELL (4/17/2013)**

Transocean offers the following exhibits it used during its April 17, 2013 cross-examination of Andrew Mitchell into evidence:

*admitted 5-17-2013 SK*

**Trial Exhibits**

- TREX 953 (Exhibit)
- TREX 953.2.1.TO (Callout)
- TREX 1376.21.1.TO (Callout)
- TREX 1776 (Exhibit)
- TREX 1776.1 (Page)
- TREX 1776.1.1.TO (Callout)
- TREX 3750 (Exhibit)
- TREX 3750.11 (Page)
- TREX 3750.48 (Page)
- TREX 4248.21.1.TO (Callout)
- TREX 4459 (Exhibit)
- TREX 4459.31.1.TO (Callout)
- TREX 5571 (Exhibit)
- TREX 5571.1 (Page)
- TREX 5571.4.1.TO (Callout)
- TREX 7594.1 (Page)
- TREX 7594.114.1.TO (Callout)
- TREX 20044 (Exhibit)
- TREX 20044.1 (Page)
- TREX 20044.1.1 (Callout)
- TREX 22306.357 (Page)
- TREX 22306.357.1.TO (Callout)
- TREX 37031.7.1.TO (Callout)
- TREX 40011.114.1.TO (Callout)
- TREX 44046 (Exhibit)
- TREX 44046.1 (Page)
- TREX 44046.3.1.TO (Callout)
- TREX 44046.4.1.TO (Callout)
- TREX 44046.16.1.TO (Callout)
- TREX 44046.16.2.TO (Callout)
- TREX 51219 (Exhibit)
- TREX 51219.2.1.TO (Callout)
- TREX 52658 (Exhibit)
- TREX 52658.1 (Page)
- TREX 52658.20.1.TO (Callout)
- TREX 52658.21.1.TO (Callout)

State of Alabama's List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Patrick O'Bryan on 4/17/2013

| NUMBER | DESCRIPTION | ADMISSION / PAGES |
|---|---|---|
| 02940 | Email - From: Kim Sachan To: G GOM D&C - ALL (Lacy) - Subject: e-Expense and More, with attachments | PDF Pages 1, 4 & 33 Only |
| D-4800 | Macondo Drilling Team Chart | Demonstrative |
| 00948 | BP Gulf of Mexico (GoM) - Transocean Offshore Deepwater Drilling Inc. North America (TODDI NAM) HSE Management System Bridging Document | Entire Exhibit |
| 00948.5.1.PSC | Callout - BP Gulf of Mexico (GoM) - Transocean Offshore Deepwater Drilling Inc. North America (TODDI NAM) HSE Management System Bridging Document - Page 5 | Callout |
| 00948.3.1.PSC | Callout - BP Gulf of Mexico (GoM) - Transocean Offshore Deepwater Drilling Inc. North America (TODDI NAM) HSE Management System Bridging Document - Page 3 | Callout |

admitted 5-17-2013
SL