


Admitted 5-17-2013 SK

## Deposition Bundles List:

### Deepwater Horizon MDL 2179

| Deponent Name |
|---|
| Abbassian, Fereidoun |
| Albers, Shane |
| Albertin, Martin |
| Alberty, Mark |
| Ambrose, Billy |
| Anderson, Paul |
| Anderson, Rex |
| Armstrong, Ellis |
| Barron, Daniel |
| Baxter, John |
| Beirne, Michael |
| Beirute, Robert |
| Bellow, Jonathan |
| Bement, James |
| Bertone, Stephen |
| Billon, Brad |
| Bjerager, Peter |
| Bodek, Robert |
| Boughton, Geoff |
| Braniff, Barry |
| Breazeale, Martin |
| Breland, Craig |
| Brock, Tony |
| Brown, Douglas |
| Burgess, Micah |
| Burns, Timothy |
| Byrd, Michael |
| Cameron, David |
| Campbell, Patrick |
| Canducci, Gerald |
| Castell, William |
| Chemali, Ronald |
| Clark, Skip |
| Clawson, Bryan |
| Cocales, Brett |
| Coronado, Richard |
| Corser, Kent |
| Cowie, James |
| Cowlam, Gillian |
| Cramond, Neil |
| Cunningham, Erick |
| Daigle, Keith |
| Daly, Mike |
| DeFranco, Samuel |
| Domangue, Bryan |
| Douglas, Scherie |

admitted 5-17-2013 SK

| |
|---|
| Dubois, Richard |
| Dugas, Roger |
| Dupree, James |
| Durkan, Alaric |
| Emanuel, Victor |
| Emilsen, Morten |
| Emmerson, Antony |
| Erwin, Jack Carter |
| Farr, Daniel |
| Faul, Ronald |
| Fleece, Trent |
| Fleytas, Andrea |
| Florence, Robert |
| Flynn, Steve |
| Fontenot, Kevin |
| Frazelle, Andrew |
| Gardner, Craig |
| Garrison, Greg |
| Gaude, Ed |
| Gisclair, John |
| Gray, Kelly |
| Grounds, Cheryl |
| Guillot, Walter |
| Hackney, David |
| Hadaway, Troy |
| Hafle, Mark |
| Haire, Christopher |
| Harrell, Jimmy |
| Hart, Derek |
| Hay, Mark |
| Haynie, William |
| Hayward, Anthony |
| Holloway, Caleb |
| Inglis, Andy |
| Ingram, James |
| Jackson, Curtis |
| Jassal, Kalwant |
| Johnson, Dustin |
| Johnson, Paul |
| Johnson, Steven |
| Johnson, William |
| Kaluza, Robert |
| Katsounas, Andreas |
| Keeton, Jonathan |
| Kellingray, Daryl |
| Kenney, Gary |
| Kent, James |
| Keplinger, Yancy |
| Kronenberger, Kurt |
| Kuchta, Curt |
| Lacy, Kevin |
| Lacy, Stuart |

(2)

admitted 5-17-2013

| |
|---|
| LeBleu, John |
| Lee, Philip |
| LeNormand, William |
| Lindner, Leo |
| Lirette, Brent |
| Little, Ian |
| Little, Ian 30(b)(6) |
| Liu, Xuemei |
| Lucas, Matt |
| Lynch, Richard |
| MacDonald, John |
| Mansfield, James |
| Martin, Brian |
| Martinez, Victor |
| Maxie, Doyle |
| Mazella, Mark |
| McKay, David |
| McKay, Jim |
| McMahan, Larry |
| McWhorter, David |
| McWhorter, Jim |
| Meche, Gregory |
| Meinhart, Paul |
| Miller, Richard |
| Millsap, Kris |
| Mogford, John |
| Moore, Jimmy |
| Morel, Brian |
| Morgan, Patrick |
| Morgan, Rickey |
| Neal, Eric |
| Neal, Robert |
| Nguyen, Quang |
| O'Bryan, Patrick |
| Odenwald, Jay |
| Odom, Michael |
| Paine, Kate |
| Patton, Frank |
| Pleasant, Christopher |
| Powell, Heather |
| Prestidge, Jim |
| Price, Vincent |
| Quitzau, Robert |
| Rainey, David |
| Rich, David |
| Richard, Benjamin |
| Rodriguez, Angel |
| Roller, Perrin |
| Rose, Adrian |
| Sabins, Freddie Lyn |
| Sandell, Micah |
| Sanders, Sarah |

admitted 5-17-2013

| |
|---|
| Sannan, Stuart |
| Saucier, Michael |
| Schneider, Alan |
| Sepulvado, Murry |
| Seraile, Allen |
| Serio, Michael |
| Shaughnessy, John |
| Sierdsma, Peter |
| Simonsen, Jan |
| Sims, David |
| Skelton, Cindi |
| Skidmore, Ross |
| Skripnikova, Galina |
| Smith, Newton |
| Sprague, John |
| Sprague, Jonathan 30(b)(6) |
| Stelly, Phyllis |
| Strife, Stuart |
| Stringfellow, William |
| Suttles, Doug |
| Sutton, Steve |
| Tabler, Vincent |
| Taylor, Carl |
| Thierens, Henry |
| Thompson, Neil |
| Thorseth, Jay |
| Tiano, Robert |
| Tooms, Paul |
| Trahan, Buddy |
| Trocquet, David |
| Turlak, Robert |
| Vargo, Richard |
| Vinson, Graham |
| Wall, David |
| Walsh, Bob |
| Walz, Gregory |
| Watson, Nick |
| Wetherbee, James |
| Wheeler, Wyman |
| Whitby, Melvin |
| Williams, Michael |
| Willis, Cathleenia |
| Winslow, Daun |
| Winter, David |
| Winters, Warren |
| Wolfe, Jeff |
| Wong, Norman |
| Yilmaz, Barbara |
| Young, Kenneth |



(4)