UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL No. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010             SECTION: J

Relates to: *All Cases*                   JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

The Plaintiffs' Steering Committee has reviewed the joint exhibit list and the list of deposition bundles approved by all parties and certifies that they correctly reflect the exhibits admitted into the record during Phase One of the trial of this matter, as well as the deposition bundles that were offered into the record and the video clips that were played. Further, the PSC has reviewed copies of the hard drives containing the actual exhibits and deposition bundles (as contained on the lists referenced above), and is satisfied that the final hard drives placed into the Clerk's possession will contain the complete record for Phase One of the trial and will not contain anything that was not introduced into evidence.[1]

_____
The Plaintiffs' Steering Committee

_Stephen J. Herman_
Print Name

_May 16, 2013_
Date

---

[1] Some parties may have used physical demonstratives or exhibits that were introduced into evidence at the trial of Phase One. Photographs of those are contained on the hard drive and the actual demonstratives or exhibits will be transferred to the custody of the Clerk at the final marshaling conference.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Applies to: *All Cases*

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

I have reviewed the joint exhibit list and list of deposition bundles approved by all parties and certify that they correctly reflect the exhibits admitted into the record during Phase One of the trial of this matter, as well as the deposition bundles that were offered into the record and the video clips that were played. Further, I have reviewed a copy of the hard drive containing the actual exhibits and deposition bundles (as contained on the lists referenced above) which will be placed in the clerk's possession and I certify that it contains the complete record for Phase One of the trial and does not contain anything that was not introduced into evidence.[1]

_____
United States

Abigail E. André
Print Name

5/16/2013
Date

---

[1] Some parties may have used physical demonstratives or exhibits that were introduced into evidence at the trial of Phase One. Photographs of those are contained on the hard drive and the actual demonstratives or exhibits will be transferred to the custody of the Clerk at the final marshaling conference.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

I have reviewed the joint exhibit list and list of deposition bundles approved by all parties and certify that they correctly reflect the exhibits admitted into the record during Phase One of the trial of this matter, as well as the deposition bundles that were offered into the record and the video clips that were played. Further, I have reviewed a copy of the hard drive containing the actual exhibits and deposition bundles (as contained on the lists referenced above) which will be placed in the clerk's possession and I certify that it contains the complete record for Phase One of the trial and does not contain anything that was not introduced into evidence.[1]

_____
State of Alabama

_____
Corey L. Maze
Print Name

_____
5-15-13
Date

---

[1] Some parties may have used physical demonstratives or exhibits that were introduced into evidence at the trial of Phase One. Photographs of those are contained on the hard drive and the actual demonstratives or exhibits will be transferred to the custody of the Clerk at the final marshaling conference.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*          JUDGE BARBIER
         MAGISTRATE JUDGE SHUSHAN

## CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

I have reviewed the joint exhibit list and list of deposition bundles approved by all parties and certify that they correctly reflect the exhibits admitted into the record during Phase One of the trial of this matter, as well as the deposition bundles that were offered into the record and the video clips that were played. Further, I have reviewed a copy of the hard drive containing the actual exhibits and deposition bundles (as contained on the lists referenced above) which will be placed in the clerk's possession and I certify that it contains the complete record for Phase One of the trial and does not contain anything that was not introduced into evidence.[1]

_____
State of Louisiana

Douglas R Kruus
Print Name

5/16/13
Date

---

[1] Some parties may have used physical demonstratives or exhibits that were introduced into evidence at the trial of Phase One. Photographs of those are contained on the hard drive and the actual demonstratives or exhibits will be transferred to the custody of the Clerk at the final marshaling conference.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

I have reviewed the joint exhibit list and list of deposition bundles approved by all parties and certify that they correctly reflect the exhibits admitted into the record during Phase One of the trial of this matter, as well as the deposition bundles that were offered into the record and the video clips that were played. Further, I have reviewed a copy of the hard drive containing the actual exhibits and deposition bundles (as contained on the lists referenced above) which will be placed in the clerk's possession and I certify that it contains the complete record for Phase One of the trial and does not contain anything that was not introduced into evidence.[1]

_____
Transocean, Ltd., Transocean Deepwater,
Inc., Transocean Holdings, LLC,
Transocean Offshore Deepwater Drilling,
Inc., Triton Asset Leasing GmbH

Carter Williams
_____
Print Name

May 16, 2013
_____
Date

---

[1] Some parties may have used physical demonstratives or exhibits that were introduced into evidence at the trial of Phase One. Photographs of those are contained on the hard drive and the actual demonstratives or exhibits will be transferred to the custody of the Clerk at the final marshaling conference.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Applies to: *All Cases*

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

I have reviewed the joint exhibit list and list of deposition bundles approved by all parties and certify that they correctly reflect the exhibits admitted into the record during Phase One of the trial of this matter, as well as the deposition bundles that were offered into the record and the video clips that were played. Further, I have reviewed a copy of the hard drive containing the actual exhibits and deposition bundles (as contained on the lists referenced above) which will be placed in the clerk's possession and I certify that it contains the complete record for Phase One of the trial and does not contain anything that was not introduced into evidence.[1]

_____
Halliburton Energy Services, Inc.

Jenny Martinez
Print Name

5/16/13
Date

---

[1] Some parties may have used physical demonstratives or exhibits that were introduced into evidence at the trial of Phase One. Photographs of those are contained on the hard drive and the actual demonstratives or exhibits will be transferred to the custody of the Clerk at the final marshaling conference.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig  MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010  SECTION J

Applies to: *All Cases*  JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

### CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

I have reviewed the joint exhibit list and list of deposition bundles approved by all parties and certify that they correctly reflect the exhibits admitted into the record during Phase One of the trial of this matter, as well as the deposition bundles that were offered into the record and the video clips that were played. Further, I have reviewed a copy of the hard drive containing the actual exhibits and deposition bundles (as contained on the lists referenced above) which will be placed in the clerk's possession and I certify that it contains the complete record for Phase One of the trial and does not contain anything that was not introduced into evidence.[1]

BP
_____
Party

Mark Nomellini / Kirkland + Ellis
_____
Print Name

5/16/2013
_____
Date

---

[1] Some parties may have used physical demonstratives or exhibits that were introduced into evidence at the trial of Phase One. Photographs of those are contained on the hard drive and the actual demonstratives or exhibits will be transferred to the custody of the Clerk at the final marshaling conference.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

Recognizing that a judgment on partial findings was entered in favor of Cameron International Corporation ("Cameron") under Fed. R. Civ. P. 52 on April 3, 2013, as a result of which Cameron did not participate in the remainder of the Phase One trial, and recognizing further that Cameron has not been in a position to conduct an independent evaluation of the trial record for purposes of its own certification, Cameron hereby agrees to be bound by the certifications submitted by the Plaintiffs' Steering Committee, United States, State of Alabama, State of Louisiana, BP Defendants, Transocean Defendants, and Halliburton Energy Services, Inc. (collectively, the "Parties") to the same extent as those Parties.

[signature]
Cameron International Corporation

David W. Jones
Print Name

5/17/13
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### CERTIFICATION OF TRIAL RECORD FOR PHASE ONE

Recognizing that a judgment on partial findings was entered in favor of M-I L.L.C. ("M-I") under Fed. R. Civ. P. 52 on March 20, 2013, as a result of which M-I did not participate in the remainder of the Phase One trial, and recognizing further that M-I has not been in a position to conduct an independent evaluation of the trial record for purposes of its own certification, M-I hereby agrees to be bound by the certifications submitted by the Plaintiffs' Steering Committee, United States, State of Alabama, State of Louisiana, BP Defendants, Transocean Defendants, and Halliburton Energy Services, Inc. (collectively, the "Parties") to the same extent as those Parties.

_Hugh E. Tanner / by permission_ _Lucas Ellict_
M-I L.L.C.

_Hugh E. Tanner / LTE_
Print Name

_May 16, 2013_
Date

DBI 74228856v1