21 physical demonstratives offered into evidence by Transocean

admitted 5-17-2013 SK

1. D6702A
2. D6702B
3. D6702C
4. D6702D
5. D6702E
6. D6702F
7. D6737A
8. D6737B
9. D6737C
10. D6660A
11. D6660B
12. D6658A
13. D6658B
14. D6659
15. D6700A
16. D6700B
17. D6701A
18. D6701B
19. D6637A
20. D6637B
21. D6783

list of physical evidence that BP presented to the Court at the Final Marshaling Conference

D-4926

D-4927

admitted 5-17-2013 SJC

PSC physical demonstratives

*admitted 5-17-2013*

**D-2774**        MODEL: BSR (with base showing 18 ¾ "wellbore" opening)
                 Scale model of DHW BSR. Model built using Cameron detail
                 drawings.
                 (Representative photos produced)

**D-2775**        MODEL: DVS (with base showing 18 ¾ "wellbore" opening)
                 Scale model of Double "V" shear rams offered by Cameron.
                 Models built using Cameron detail drawings. (Representative
                 photos produced)