United States District Court.
Eastern District of
Louisana

Case No. 2:13-CV-02441 #2   J(1)

John M. Bennett

Plaintiff

VS.

BP. Oil Company



Motion For Leave
To File an
Amended Complant

(1) Plaintiff John M. Bennett, pursuant to Rules 15"(A)" and 19 "a" Fed-R. Civ.P., request leave to file an amended Complaint adding parties and changing names of the Company — But keeping the original Adding to it....
Since the Fileing of the Complaint the plaintiff has determined

that the name of the Defendant BP. oil Company... has more than one name...

③ plaintiff has more Facts to add...

④ plaintiff has more Evidence...

⑤ plaintiff has more Exhibits...

⑥ plaintiff thanks, and prays this Court will grant Leave To Amend....

John M. Bennett
060152    E1-10L
Columbia CJ

216 SE Corrections Way

Lake City, Fla. 32025

May-18-2013

John M. Bennett #066152 El-10C
Columbia C.I.
216 S.E. Corrections Way
Lake City, FLA. 32025

MAILED FROM A STATE CORRECTIONAL INSTITUTION 2013

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130