IN The United States District Court for Eastern District of Louisana

Plaintiff      Case No. # 2:13: CV-02441 #2 J(1)

John M. Bennett

vs.

Defendants

BP. Oil Company



"Motion for Appointment of Counsel"

Pursuant to 28 U.S.C. § 195 (e)(1) plaintiff moves for an order appointing Counsel to represent him in this Case. In support of motion, plaintiff states...

Plaintiff is unable to afford Counsel. He has Requested

Leave to proceed in Forma Pauperis.... WAS granted Forma pauperis By the middle District Court of fla. Jacksonville Division.

(2) plaintiff's inprisonment will greatly limit his ability to litigate. Does Limit his ability ___

(3) The issues involed in this Case are Complex, and will require significant research and investigation.

(4) plaintiff has No access to a Lawlibary to Do Civil Law work At his prison ___

(5) A trial in this Case will Involve Conflicting testimony, and Counsel would better enable plaintiff

to present evidence and cross examine witnesses.

6. plaintiff has made repeated efforts to obtain a Lawyer.

7. plaintiff cant see to do law work and has to give up food to other Inmates to write his motions and letters to the Court.

8. plaintiff has been trying to get glasses through medical at his prison for over a year and still has not got them.

9. plaintiff has filed grievance on medical at his prison and is sending a copy of grievance to show this Court He has been trying to get glasses.

(10) plaintiff has been told by medical at his prison he has an upcoming appointment to see an eye doctor in the month of June But if the plaintiff see's an eye Doctor it will take up to a year to get his glasses and plaintiff is already behind on all paper work to the Court...

(11) plaintiff knows that this Court is Backed up with many cases concerning BP. and is Doing it's best to move them all Forward and by this Court appointing him Counsel it will Help move his case Forward cause plaintiff can not file anything "Electronicly"

Because Plaintiff has No Access to Computers inside his prison or Contact to the Internet And plaintiff is not Allowed to Have Contact with Computers and on Line Services outside the Institution...

⑫ Plaintiff has to Hand write Each and Every motion and Copies to answer the Court.

⑬ plaintiff had to Serve Summons five times Before he got it Right. Because He does not know the Laws - or the Rules of Court.

⑭ plaintiff has NO Knowage of the Laws in the State of Louisana. And Has know way to get them.

(15) Plaintiff Can't be at any pretrial Hearing unless this Court files an oder to Transport Him From Florida to Louisana. House him in a Jail in Louisana until Court is over or a Correctional Filcility. It is the plaintiff Right to Be at all prseedings at Trial — Concerning His Commercial Fishing Startup Business and Livlihood to Surpport him and his Family or have an Attorney to Attend in his place for Him and his Family ——

plaintiff Case was moved From Florida to Louisana From the middle District of FLA. Jacksonville, Divisison -

(16) plaintiff prays this Court will appoint him Counsel Before his Case is Bared Because of the Above Stated Reasons that he Does not understand Due to the Laws that only expearince Lawyers and this Court understands -

Plaintiff thanks this Court advance for it's time -

John M Bennett
#066152 E1-10L
Columbia CI 216
SE. Corrections way
Lake City, FLA. 32025 — May-17-2013

# INMATE REQUEST

Team Number: ___
Mail Number: ___
Institution: ___

| TO: (Check One) | ☐ Warden <br> ☐ Asst. Warden | ☐ Classification <br> ☐ Security | ☑ Medical <br> ☐ Mental Health | ☐ Dental <br> ☐ Other ___ |
|---|---|---|---|---|

| FROM: | Inmate Name: Bennett John Mr | DC Number: 060182 | Quarters: E1-10L | Job Assignment: Finsicl grounds | Date: 5-14-2013 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

In August of 2012 I ask to see the eye Doctor - I still haven't seen one. Your Department said I refuse - But I didn't sign a ~~Refusal~~ Refuseul -

Doctor Hatch wrote another oder after she seen I didn't see an eye doctor in almost a year. She said I never signed a Refuseul - She wrote another oder to get me to see the eye doctor a few months ago. When can I see a doctor. I need glasses. - Inmate Bennett

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: ___

You have an upcoming Appt with the eye doctor next month; watch the call out for your Appt.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___, (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signed] R. FOWLER, SLPN COLUMBIA C.I. | Date: 5/15/13

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.

John M. Bennett #066152 El-10L
Columbia CI
216 SE. Corrections Way
Lake City, FLA. 32025

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130