

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 10, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., ET. AL.<br><br>            Plaintiff's<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC.: BP AMERICA PRODUCTION COMPANY: BP P.L.C.<br><br>            Defendant's | * * * * * * * * * * * * * * * | CIVIL ACTION NO. 12-970<br><br>SCETION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA INTERVENERS<br><br>            Plaintiff's<br><br>v.<br><br>BP P.L.C., THEIR TERRORIST, RICO ACT AIDERS, ABETTOR'S THOSE IN CONTINUING CRIMINAL CONSPIRACY, ASSOCIATES, TERRORIST COUNTRIES, STATES, ET. AL.<br><br>            Defendant's | * * * * * * * * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SUSHAN<br>TO BE ASSIGNED, |

-1-

TENDERED FOR FILING

MAY 23 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
X   Dktd_____
X   CtRmDep_____
    Doc. No._____

GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA INTERVENER'S, PLAINTIFF'S, GEORGE MAY ON BEHALF OF HIS PREVIOUS ATTORNEY'S NICOLAS J. GUTIERREZ, JR., LAWRENCE K. FAGAN, JO ANN BARONE, STUART L. STEIN REQUEST FOR AN ORDER IN AID OF EXECUTION OF DEFAULT JUDGEMENT, DEFAULT, DEFAULT JUDGEMENT OF SUMMARY JUDGEMENT, SUA SPONTE, FORTHWITH.

COMES NOW, George May, George May on behalf of the State of Florida Intervener's, Plaintiff's, George May on behalf of his previous Attorney's Nicolas J. Gutierrez, Jr., Lawrence K. Fagan, Jo Ann Barone, Stuart L. Stein and files this his request for an Order in Aid of Execution of Default Judgement, Default, Default Judgement of Summary Judgement, Sua Sponts, Forthwith for cause herein as follows:

1, That Default, Default Judgement was entered by this Honorable Court for George May, George May on behalf of the State of Florida on May 16, 2011, on December 21, 2012 Modification of George May Default Judgement was filed with this Honorable Court for the Continuing Criminal, Traitor, Treason, RICO ACT, PATRIOT VIOLATIONS, Continuing Conspiracy by BP P.L.C., BP Exploration & Production, Inc., BP America Production Company, their Associates, Aiders, Abetters to destroy Democratic Countries of the World, America by their Criminal Activities for Treble damages of the Default Judgement of $27.5 Billion Dollars.

2. That Default, Default Judgement of George May, George May, on behalf of the State of Florida, Intervener, Plaintiff, Summary Judgement of Default, Default Judgement for his

previous Attorney's Nicolas J. Gutierrez, Jr., Lawrence K. Fagan, Jo Ann Barone, Stuart L. Stein was filed with this Honorable Court on January 29, 2013, requesting Attorney's Fee's for George May, George May on behalf of the State of Florida previous Attorney's before mentioned herein of 331/3 percent, plus interest compounded annually at the Statutory Rate from May 16, 2011 until paid.

3. To date there has been no Court Paper filed by the defendant's BP P.L.C., BP Exploration & Production, Inc. BP America Production Company, their Associates, Aiders, Abetters, before mentioned herein this case. Attached here is the Default, Default Judgement, default of the Modification of Default, Default Judgement, Default of the Summary Judgement, of the Default, Default Judgement for George May, George May on behalf of the State of Florida, and agaiint BP P.L.C., BP Exploration & Production Inc., BP America Production Company, their Terrorist, RICO Act, Patriot Act, Aiders, Abettors, before named herein George May, George May on behalf of the State of Florida, Interveners, Plaintiff's Complaint.

4. George May, George May on behalf of the State of Florida, George May on behalf of his previous Attorney's before mentioned herein here requests that this Honorable Court enter it's Order Sua Sponte, Forthwith Ordering the defendant's herein above, their Terrorist, RICO Act, Patriot Act Aiders, Abetters before mentioned in this Complaint to immediately pay to George

May, George May on behalf of the State of Florida George May on behalf of his previous Attorney's before mentioned herein their $27.5 Billion Dollars Trebled, plus their Attorney's Fee's of 331/3 percent, plus interest compounded annually from May 16, 2011 at the Statutory Rate until paid. See <u>Boim v. Holy Land Foundation, 549 F.3d 685, 690-91; Venzor v. Gonzalez, 936 F. Supp. 445 (7th Cir. 2008); United States v. BP, BP P.L.C., November 15, 2012; United States v. Josef Altstotter, Et. Al. 14 Ann. Dig. 278 (1948); United States of America v. Transocean Deepwater, Inc., Case No. 13-001 "H", January 3, 2013; Trial of Josef Altstotter and Others United States Military Tribunal, Nuremberg, 17 February-4th December, 1947, Case No. 35</u>, the Continued conspiracy to violate BP Exploration & Production Guilty Plea Agreement, Cooperation Guilty Plea Agreement by Transocean Deepwater, Inc., by their continued Terrorist, Economic Terrorist, RICO Act, Patriot Act Violatiins, Business Agreements, Transactions with Iran, Other Terrorist, Terrorist States, on the United States Terrorist List, attached herein are their violated Guilty Plea Agreements, to continue to violate the Criminal Laws of the United States, the State of Florida, to intimidate, coerce their civilian population, to influence the policy of the United States, the State of Florida by intimidation, coercion, bribery of it's Judges, Government Officials, to affect the conduct of the United States, Florida by Mass Destruction, Mass Economic Destruction, Mass Destruction of it's Food Resources.

WHEREFORE, George May, George May on behalf of the State of Florida, George May on behalf of his previous Attorney's Nicolas J. Gutierrez, Jr., Lawrence K. Fagan, Jo Ann Barone, Stuart L. Stein here requests that this Honorable Court enter it's Order in Aid of Execution Ordering the defendant's Bp P.L.C., BP Exploration & Production, Inc., BP America Production Company, Transocean Deepwater, Inc., their Aiders, Abettors, Associates, Iran, those in their Continuing Criminal Conspiracy to Intentionally Harm, Commit Terrorist Acts, Economic Terrorist Acts, Terrorism against United Citizen George May, George May on Behalf of the State of Florida, George May on behalf of his previous Attorney's before mentioned herein, to pay to George May, George May on behalf of the State of Florida their $27.5 Billion Dollars Trebled plus their Attorney's Fee's of 331/3 percent, plus interest compounded annually from May 16, 2011 at the Statutory Rate, until paid, pursuant to 18 U.S.C. 2331(1),(5),(3); 18 U.S.C. 2332b(g),(5),(B), 18 U.S.C. 2333, 18 U.S.C. 2339A, 2339B, 2339C, 31 C,F.R. 535.201 et. seq., 18 U.S.C. 371, 18 U.S.C. 2, 3,4., The Patriot Act of 2001, Sections 802-811, The Civil Rights Acts, 42 U.S.C. 1961, 1962, 1965, the RICO Act.

Respectfully submitted

George May, George May
on behalf of the State
of Florida, Intervener,
Plaintiff, Economically
Destroyed by Terrorist
BP P.L.C., BP Exploration
& Production Company.
Transocean Deepwater, Inc.,
their Aiders, Abetters,
those in Continuing Criminal
Conspiracy
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
Ph./Fax. 561-290-4384

I hereby certify that a copy of the foregoing was mailed, faxed this May 21, 2013 to:

Clerk U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
Ph. 504-589-7600
Fax. 504-589-7697

Special Master
Francis E. McGovern
Duke University of Law
Durham, NC 27708
Ph. 919-613-7095
Fax. 919-613-7165

Plaintiff's Liaison Counsel
Stephen J. Herman
820 O'Keef Avenue
New Orleans, LA 70113
Ph. 504-581-4892
Fax. 504-561-6024

Defense Liaison Counsel
David J. Beck
1221 McKinney Street
Houston, TX 77010
Ph. 713-951-3700
Fax. 713-951-3720

Honorable Judge
Carl J. Barbier
500 Poydras St. Rm C256
New Orleans, LA 70130
Ph. 504-589-7525
Fax. 504-589-4536

Coordinate Counsel for
the Federal Government
R. Michael Underhill
450 Golden Gate Avenue
San Francisco, CA 94102
Ph. 415-436-6648
Fax. 415-436-6632

Pamula Bondi
Office of Attorney, General,
Soliciter General
The Capitol
Tallhassee, Fl. 32399
Ph. 850-414-3300
Fax. 850-410-2672

The United States Department
of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530
Ph. 202-353-1555
Fax. 202-307-4613

Nicolas J. Gutierrez, Jr.
255 University Dr.
Coral Gables, Fl. 33134
Ph. 305-665-3400
Fax. 305-665-2250

Derek A. Cohen
Deputy Director
Deepwater Horizon Task Force
400 Poydras St. C-206
New Orleans, LA 70130
Ph. 504-593-1800
Fax. 504-593-1889

Honorable Judge
Jane Triche Milazzo
Eastern District of Louisiana
500 Poydras St., Rm. C-206
New Orleans, LA 701-30
Ph. 504-589-7585

Lawrence K. Fagan
2100 Florida Mango Rd.
West Palm Bch., Fl. 33409
Ph. 561-689-3745
Fax. 561-687-0154

Jo Ann Barone
249 Royal Palm Way
Palm Beach, Fl. 33480
Ph. 561-655-8477
Fax. 561-284-6398

Stuart L. Stein
P.O. Box 29598
Sante Fe, New Mexico 87592
Ph. 505-450-5002
Fax. 505-889-0953

Brad D. Brian, Terrorist
18 U.S.C. §2,§3,§4, §371,
Counsel, Aider, Abetter
355 S. Grand Avenue
Los Angeles, CA 90071
Ph. 213-683-9100
Fax. 213-687-3792

Office of Florida
Attorney General
Russell S. Kent,
400 S. Monroe St. PL-01
Tallahassee, Fl. 32399
Ph. 850-414-3854
Fax. 850-488-9134

George May