# BP Environmental Litigation

## Exhibit A

| Name | Date Filed | Document Number |
|---|---|---|
| Country Oaks RV Park | 5/1/2013 | 134634 |
| Country Oaks South RV Park | 5/1/2013 | 134635 |
| Dr. Nunzio, LLC | 5/15/2013 | 134759 |
| Freedom Bank of America | 5/9/2013 | 134650 |
| Kinney, Fernandez & Boire, P. A. | 5/15/2013 | 134760 |
| Nelco Diversified, Inc. d/b/a Nelco Construction | 5/15/2013 | 134761 |
| The Juvenile Welfare Board of Pinellas County | 5/9/2013 | 134651 |

1