# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Baron & Budd, P.C. and Scott Summy as counsel of record for Plaintiffs listed herein in Amended Attachment A. Previously, on May 22, 2013, Movants filed a Motion to Withdraw as Counsel of Record attaching a list of all impacted Plaintiffs on Attachment A. Two of those Plaintiffs, Gary Jones and Scotty Warnnike (Scott Warnike), were inadvertently included on such list. Movants file this Amended Motion and Amended Attachment A to correct and delete these two Plaintiffs. The Movants and the Plaintiffs listed in Amended Attachment A have terminated their relationship. At the time of termination, the Movants delivered correspondence via United States mail, first class postage prepaid, to the Plaintiffs listed in Attachment A, confirming termination of the relationship and informing the recipient of upcoming deadlines.

In further support, Movant states that all Plaintiffs will remain in the litigation and counsel has advised Plaintiffs of all relevant deadlines. This motion is made in good faith. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

As indicated by the Certificate of Service, pursuant to Local Civil Rule 83.2.11, a true and correct copy of the previous Motion was served on the Plaintiffs listed in Attachment A via certified mail on May 22, 2013; a true and correct copy of the Amended Motion to Withdraw as Counsel of Record and Amended Attachment A, was served on Plaintiff Scotty Warnnike (Scott Warnike) and Gary Jones on this 28th day of May, 2013.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of Baron & Budd, P.C. and Scott Summy as counsel of record for all Plaintiffs as set forth in Amended Attachment A.

Dated: May 28th, 2013

Respectfully submitted,

/s/ Scott Summy
Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-3605 PHONE
(214) 520-1181 FACSIMILE
ssummy@baronbudd.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document was filed into record *via* the Court's CM/ECF system and was served on all counsel of record *via* Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this   28th   day of   May  , 2013.

      I further certify that Plaintiffs listed in Amended Attachment A have been advised of all relevant deadlines and pending court appearances, a true and correct copy of the Motion to Withdraw as Counsel was served on the Plaintiffs listed in Attachment A via certified mail pursuant to Local Civil Rule 83.2.11, on May 22, 2013; and a true and correct copy of the Amended Motion to Withdraw as Counsel has been served on Plaintiffs Gary Jones and Scotty Warnnike (Scott Warnike)  on this   28th    day of   May  , 2013.

                                               /s/ Scott Summy
                                               Scott Summy
                                               BARON & BUDD, P.C.