# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## **ORDER**

Considering the foregoing Amended Motion to Withdraw as Counsel:

**IT IS ORDERED** that Baron & Budd, P.C. and Scott Summy be allowed to withdraw as counsel of record for all Plaintiffs as set forth in Amended Attachment A.

Signed in New Orleans, Louisiana this _____ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE