UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINCY ADAMS, SR. | CIVIL ACTION NO. 2:12-CV-02185 |
| VERSUS | JUDGE BARBIER |
| MV "MISTER RANDY," MV "MACY EMILY," BP AMERICA PRODUCTION,CO., ET AL | MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR LEAVE TO FILE
## FIRST SUPPLEMENTAL AND AMENDED PETITION

**ON MOTION OF** D. Brennan Stockstill, attorney for QUINCY ADAMS, SR., who moves this Honorable Court for an order granting leave to file the attached "First Supplemental and Amended Petition." There are no objections by opposing party(s).

Respectfully Submitted,

_____
D. BRENNAN STOCKSTILL
Bar Roll # 25514
340 Weeks Street
New Iberia, LA 70560
Telephone: (337)365-2772
Facsimile: (337)232-4417

*Attorney for Quincy Adams, Sr.*

1

## CERTIFICATE

I HEREBY CERTIFY that on this 29 day of **May 2013,** a copy of the foregoing pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electric filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electric filing system.

_____
D. BRENNAN STOCKSTILL