# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINCY ADAMS, SR. | CIVIL ACTION NO. 2:12-CV-02185 |
| VERSUS | JUDGE BARBIER |
| MV "MISTER RANDY," MV "MACY EMILY," BP AMERICA PRODUCTION, CO., ET AL | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff is allowed to file the attached "First Supplemental and Amended Petition"

New Orleans, Louisiana, this _____ day of May 2013.

_____
JUDGE

3