UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **QUINCY ADAMS, SR.** | **CIVIL ACTION NO. 2:12-CV-02185** |
| **VERSUS** | **JUDGE BARBIER** |
| **MV "MISTER RANDY," MV "MACY EMILY," BP AMERICA PRODUCTION,CO., ET AL** | **MAGISTRATE JUDGE SHUSHAN** |

### FIRST SUPPLEMENTAL AND AMENDED PETITION

The Supplemental and Amending Petition of Plaintiff, Quincy Adams, Sr., appearing herein through undersigned counsel, respectfully represents that he desires to supplement and amend his original Petition for Damages filed herein in the following respects:

I.

Made a defendant herein is a motor vessel representing itself to be the Mr. Randy and involved in a collision with the motor vessel Macy Emily, whose VIN is D912431, with an alternate VIN of CG288740912431, Vessel Call Sign: WCX8272, on June 10, 2010 in the Gulf of Mexico.

II.

That the Defendant, a motor vessel representing itself to be the Mr. Randy, be added in the caption, body and prayer of the original Petition for Damages.

III.

Plaintiff repeats, realleges and re-avers all allegations of his original Petition for Damages attached hereto as against the Defendant, a motor vessel representing itself to be the Mr. Randy, as if copied herein in extensor.

**WHEREFORE,** Petitioner, reiterating the prayer of his original petition as though set forth at length and as amended herein prays that the Defendant be served with a copy of this Supplemental and Amending Petition; that they be duly cited to appear and answer same and after due proceedings had there be judgment herein in favor of your Petitioner, Quincy Adams, Sr., in an amount which would be just and reasonable under the facts and circumstances of this case; and against the Defendant, Motor Vessel Mr. Randy, Motor Vessel Macy Emily, BP America Production Company, BP, PLC, BP Products North American, Inc., BP America, Inc., Technical Marine Maintenance Services L.L.C., and James George, Jr., *jointly and in solido,* together with legal interest thereon from date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

D. BRENNAN STOCKSTILL
Bar Roll # 25514
340 Weeks Street
New Iberia, LA 70560
Telephone: (337)365-2772
Facsimile: (337)232-4417

*Attorney for Quincy Adams, Sr.*

## CERTIFICATE

I HEREBY CERTIFY that on this 29 day of **May 2013,** a copy of the foregoing pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electric filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electric filing system.

_____
D. BRENNAN STOCKSTILL