UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINCY ADAMS, SR. | CIVIL ACTION NO. 2:12-CV-02185 |
| VERSUS | JUDGE BARBIER |
| MV "MISTER RANDY," MV "MACY EMILY," BP AMERICA PRODUCTION, CO., ET AL | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that the original Petition for Damages filed herein be supplemental and amend as prayed for in the attached First Supplemental and Amended Petition be filed as prayed for.

New Orleans, Louisiana, this 29 day of May 2013.

_____
JUDGE