# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS HEREBY ORDERED that Jeremy T. Grabill be withdrawn as counsel of record for O'Brien's Response Management L.L.C. and National Response Corporation.

New Orleans, Louisiana, this __28th__ day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE