UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw;

IT IS ORDERED, ADJUDGED AND DECREED that Gregory S. LaCour, formerly of the law firm of Christovich & Kearney, LLP, be removed as counsel of record for Lynden, Inc., in the above-captioned matter, with Kevin R. Tully and H. Carter Marshall and the law firm of Christovich & Kearney, LLP remaining as counsel of record for Lynden, Inc.

New Orleans, Louisiana this 28th day of May, 2013.

_____
United States District Judge