IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater       *       MDL No. 2179
        Horizon" in the Gulf of Mexico,            *
        On April 20, 2010                          *       Section: J
                                                   *
                                                   *       Judge Carl J. Barbier
                                                   *
                                                   *       Magistrate Judge Sally Shushan
                                                   *
                                                   *

-------------------------------------------------------------------------

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

The authorized representative of Claimant, George P. Hamm, a Minor Claimant, and the

Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement

respectfully move this Court to (1) approve the settlement of the claim filed on behalf of

Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of

Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair,

reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ _Marjorie R. Hamm_                      /s/ _Orran Brown_

Marjorie R. Hamm                           Orran L.  Brown
Claimant's Representative                   VSB No.: 25832
                                           BrownGreer PLC
                                           250 Rocketts Way
                                           Richmond, Virginia 23231
                                           (804) 521-7200

Date:  _5/8/13_                            Date:  _5/21/13_

1