MINUTE ENTRY
SHUSHAN, M.J.
MAY 28, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating:   Lauren J. Harrison, counsel for Eni US Operating Co., Inc. in CA No. 12-1366 in the Southern District of Texas;
Steve Roberts, counsel for Transocean in CA No. 12-1366 and MDL 2179;
Kerry Miller, counsel for Transocean in MDL 2179; and
Joe Lowenthal and Dirk Wegman, counsel for Weatherford in MDL 2179.

The conference was held because of Eni's opposition to Transocean's motion to exclude the expert testimony of Gregory McCormack filed in CA No. 12-1366 in the Southern District of Texas, Houston Division. (Rec. doc. 29). It was scheduled in response to Mr. Roberts' self-disclosure to the undersigned prompted by an allegation in the opposition that he had violated a confidentiality order entered in this MDL proceeding.[1] Pretrial Order 13 in MDL 2179 (Rec. doc. 641) is concerned with protecting confidential material during the discovery process. After reviewing Pretrial Order

---

[1] Rec. doc. 29 in CA No. 12-1366. The pleading asserts: "Transocean has committed a double foul of misrepresenting the testimony under seal and also revealing portions of it in violation of the Protective Order that binds Transocean and its attorneys "(p.7);" . . . and this Court may wish to notify Judge Barbier of Transocean's violation of its protective order." (p. 10).

13 and other pertinent discovery orders, the undersigned found that Transocean's use of a page of Mr. McCormack's deposition (taken in MDL 2179) in CA No. 12-1366 did not in any way violate the MDL discovery orders, including Pretrial Order 13. Counsel for Eni could have conducted the same investigation and reached the same conclusion.[2]

Counsel for Eni was instructed to file a pleading in CA No. 12-1366 to correct the assertion that Transocean was in violation of orders in MDL 2179, including Pretrial Order 13. Ms. Harrison did so in a pleading filed in CA No. 12-1366 which stated:

> At the conclusion of the conference, Judge Shushan advised that she does not hold Transocean to have violated the Protective Order. At the request of Judge Shushan, Eni so advises the Court.[3]

Ms. Harrison is also ordered to forward a copy of this order to Judge Hittner and Magistrate Judge Smith and to send a letter of apology to Mr. Roberts.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

**Clerk to Notify:**
Lauren J. Harrison
lharrison@joneswalker.com

---

[2] Although counsel for Eni asserted during the conference that she had exercised due diligence in investigating the facts before making the allegation of violation of this Court's orders, after the pleading was filed Mr. Roberts pointed out the facts establishing that the deposition was not confidential. Even so, a conference with the undersigned was required in order to have counsel correct the record in CA No. 12-1366.

[3] Rec. doc. 34.