UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: 12-00311 | Judge Barbier |
| | Mag. Judge Shushan |

## NOTICE OF MOTION FOR ISSUANCE OF LETTER ROGATORY (BERMUDA)

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 28(b), Plaintiff Cameron International Corporation ("Cameron") hereby moves this Honorable Court for the issuance of one Letter Rogatory, in the form appended hereto.  The Letter Rogatory is directed to the judicial authority of Bermuda, seeking the deposition upon oral examination of (1) Alexis Nusum, (2) Larry Engrissei, and (3) Kevin Williams, all of Bermuda, and seeking the production of documents from their respective employers (1) Chubb Atlantic Indemnity Ltd., (2) Iron-Starr Excess Agency Ltd., and (3) Argo Re, Ltd., also all of Bermuda, for use as evidence in the trial of this matter.  This application is made pursuant to Rule 28(b), 28 U.S.C. § 1781, and Bermuda Evidence Act 1905 § 27P.

PLEASE TAKE FURTHER NOTICE that this Motion is not opposed.

Respectfully submitted,

By:  /s/ Philip A. Wittmann
Philip A. Wittman (LA 13625)
Carmelite M. Bertaut (LA 3054)
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 581-3200
Facsimile:  (504) 581-3361
pwittmann@stonepigman.com
cbertaut@stonepigman.com

1127709v1

        -and-

By:   */s/ Mitchell J. Auslander*
     Mitchell J. Auslander (NY 1708841)
     Jeffrey B. Korn (NY 3990520)
     Willkie Farr & Gallagher LLP
     787 Seventh Avenue
     New York, New York 10019
     Telephone: (212) 728-8000
     Facsimile: (212) 728-8111
     mauslander@willkie.com
     jkorn@willkie.com

*Counsel to Cameron International Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Motion for Issuance of Letter Rogatory (Bermuda) has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 29, 2013.

     */s/ Philip A. Wittmann*