UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: 12-00311 | Judge Barbier |
| | Mag. Judge Shushan |

## ORDER

Plaintiff presented a motion and supporting memorandum of law dated May 29, 2013 for an order pursuant to Federal Rule of Civil Procedure 28(b) and 28 U.S.C. § 1781 for the issuance of a Letter Rogatory providing for (1) the taking of testimony from Alexis Nusum, Larry Engrissei, and Kevin Williams, all of Bermuda, and (2) the production of documents from Chubb Atlantic Indemnity Ltd., Iron-Starr Excess Agency Ltd, and Argo Re, Ltd., all of Bermuda, for use as evidence in the trial of this matter, and

This Honorable Court having considered the Motion for Issuance of Letter Rogatory (Bermuda) it is:

**ORDERED** that the motion is in all respects granted, and this Court hereby signs the Letter Rogatory providing for the taking of testimony from Alexis Nusum, Larry Engrissei, and Kevin Williams, and the production of documents from Chubb Atlantic Indemnity Ltd., Iron-Starr Excess Agency Ltd, and Argo Re, Ltd. for use as evidence in the trial of this matter;

**ORDERED** that the Clerk of this Court affix the seal of the United States District Court for the Eastern District of Louisiana over such signature and return the original signed Letter Rogatory to counsel for Plaintiff so that said Letter Rogatory may be delivered to the appropriate judicial authority in Bermuda; and

1127709v1

**ORDERED** that counsel for Plaintiff is directed to forward the original Letter Rogatory bearing the signature and seal of this Court to the appropriate judicial authority in Bermuda.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE