UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| This Document Applies To: *13-786 and All Actions* | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Pretrial Order No. 1 ¶ 10 (Rec. Doc. 2) requires all attorneys in MDL 2179 to file documents electronically, unless exceptional circumstances are shown. This requirement is no different from the current versions of Local Rule 5.1 (effective Feb. 1, 2011) and the Administrative Procedures for Electronic Case Filing (dated Oct. 2012), which applies to all cases in the Eastern District of Louisiana. Nevertheless, Darleen Jacobs, an attorney, and her law firm, Jacobs, Sarrat, Lovelace & Harris, continue to submit paper filings, even after court staff informed Ms. Jacobs of the existence of Pretrial Order No. 1 and requested her compliance with same.

The Court again instructs Darleen Jacobs and the law firm of Jacobs, Sarrat, Lovelace & Harris to comply with the requirements of Pretrial Order No. 1 ¶ 10 (Rec. Doc. 2), Local Rule 5.1, and the Administrative Procedures for Electronic Case Filing, particularly the requirement that attorneys use electronic, not paper, filing.[1]

\* \* \*

The Court also observes that Ms. Jacobs and/or her firm have recently submitted multiple summons returns to the Court. The Court does not mention these submissions because they were

---

[1] Information about electronic filing, including tutorials, be found on the Court's website, www.laed.uscourts.gov/cmecf/ecf.htm. Electronic filing assistance is also available by calling the Court's CM/ECF Help Desk at 504-589-7788.

in paper—though, to be clear, they were—rather, these submissions violate another order of the Court, which states:

> summons returns shall **not** be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates.

(Order of May 20, 2013, Rec. Doc. 10204).

Signed in New Orleans, Louisiana, this 29th day of May, 2013.

_____
United States District Judge