UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

**UNITED STATES' MOTION TO EXCLUDE EXPERT TESTIMONY
DUE TO BP'S REFUSAL TO PROVIDE ENHANS SOFTWARE
WITHOUT RESTRAINT OF TRADE NON-COMPETE CLAUSE**

BP has failed to produce the computer model upon which two of its potential testifying experts rely for their opinions in this case, contrary to the Federal Rules of Civil Procedure and the Court's orders on discovery in this case.  Specifically, BP has refused to produce the ENHANS software relied upon by Drs. Srdjan Nesic and Hans Vaziri absent a non-disclosure agreement that goes well beyond the requirements for other "Highly Confidential" information under PTO 13 and imposes a restraint of trade clause restricting future work in sand modeling for any United States expert that reviews the software.  BP's failure to produce the ENHANS software as required by the Federal Rules and this Court's orders, and its insistence on a extraordinarily restrictive non-disclosure agreement is prejudicing the United States' ability to review and evaluate the opinions of Dr. Nesic and Vaziri.

For the reasons set forth in the accompanying memorandum in support, the United States respectfully requests that the Court preclude BP from presenting either Dr. Nesic or Dr. Vaziri as an expert and from relying on their opinions at trial.

- 1 -

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | IGNACIA S. MORENO |
| Deputy Assistant Attorney General | Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | THOMAS BENSON |
| MICHELLE DELEMARRE | Senior Attorneys |
| SHARON SHUTLER | DEANNA CHANG |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | JUDY HARVEY |
| MALINDA LAWRENCE | ABIGAIL ANDRE |
| Trial Attorneys | RACHEL HANKEY |
| | BETHANY ENGEL |
| | Trial Attorneys |

/s/ R. Michael Underhill  /s/ Steven O'Rourke

| | |
|---|---|
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone: 202-514-2779 |
| Telephone: 415-436-6648 | Facsimile: 202-514-2583 |
| Facsimile: 415-436-6632 | E-mail: steve.o'rourke@usdoj.gov |
| E-mail: mike.underhill@usdoj.gov | |
| | DANA J. BOENTE |
| | United States Attorney |
| | Eastern District of Louisiana |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |
| | 650 Poydras Street, Suite 1600 |
| | New Orleans, LA 70130 |
| | Telephone: (504) 680-3000 |
| | Facsimile: (504) 680-3184 |
| | E-mail: sharon.d.smith@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  May 29, 2013.                              /s/  Steve O'Rourke
                                                                                 U.S. Department of Justice