UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER ON THE UNITED STATES' MOTION TO EXCLUDE EXPERT TESTIMONY DUE TO BP'S REFUSAL TO PROVIDE ENHANS SOFTWARE WITHOUT RESTRAINT OF TRADE NON-COMPETE CLAUSE

Upon consideration of the United States' Motion to Exclude Expert Testimony due to BP's Refusal to Provide ENHANS Software without Restraint of Trade Non-Compete Clause, and the attachments thereto, this Court finds that the United States has demonstrated that Drs. Srdjan Nesic and Hans Vaziri should be precluded from testifying at trial, and that BP should be precluded from relying upon their opinions at trial.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE SALLY J. SHUSHAN
UNITED STATES MAGISTRATE JUDGE