# Exhibit 1

**From:** Benson, Thomas (ENRD)
**Sent:** Thursday, May 09, 2013 6:20 PM
**To:** 'phase2BP@liskow.com'; 'Gasaway, Robert R.'
**Cc:** 'Phase2US@liskow.com'; Engel, Bethany (ENRD); Andre, Abigail (ENRD); Chakeres, Aristide (ENRD); Cernich, Scott (ENRD); Himmelhoch, Sarah (ENRD); Pencak, Erica (ENRD); Cross, Anna (ENRD)
**Subject:** RE: MDL 2179: Information Missing from BP Expert Reports

Dear Counsel,

As I wrote yesterday, we are continuing to review BP's reports and will continue to raise issues as necessary during our review. We have one additional request at this time.

BP expert Srdjan Nesic states in his report that he relies on the work of BP employee expert Hans Viziri. *See* Nesic Report at 6-7. Mr. Viziri's analysis is included as Appendix E to Mr. Nesic's report. In Mr. Viziri's report, he states that he used the sand model ENHANS in his work, Nesic Appendix E at 4, and describes ENHANS as "proprietary to BP," Nesic Appendix E at 3.

Based on our review of BP's production of Relied Upon Modeling Runs, BP has produced Mr. Viziri's ENHANS files. However, BP has not produced the ENHANS program itself. Based on Mr. Virizi's statements in his report, the model is not available except from BP. Please produce it as soon as possible so that the United States may evaluate and/or attempt to replicate Mr. Viziri's modeling.

I trust BP is working on answers for the requests below, and will do the same with this request.

Please contact me if you have any questions.

Best,

Tom

**From:** Benson, Thomas (ENRD)
**Sent:** Wednesday, May 08, 2013 8:20 PM
**To:** 'phase2BP@liskow.com'; 'Gasaway, Robert R.'
**Cc:** Phase2US@liskow.com; Engel, Bethany (ENRD); Andre, Abigail (ENRD); Chakeres, Aristide (ENRD); Cernich, Scott (ENRD); Himmelhoch, Sarah (ENRD)
**Subject:** MDL 2179: Information Missing from BP Expert Reports

Dear Counsel,

In our review of BP's expert reports, we have noticed several instances where information required by the rules does not appear to be included.

In light of the limited time before the United States' rebuttal reports are due and expert depositions begin, please provide answers and serve materials as necessary as soon as possible.

**Blunt**
- In Dr. Blunt's Appendix G he discusses pressure data, but does not provide the source for the pressure data he uses. Please provide the source(s) of the data.

1

**Whitson**
- Dr. Whitson uses the PhazeComp model in his analysis. However, we have not located in the materials produced by BP
    1. The input and output files related to the PhazeComp modeling runs relied upon in his report, including those related to the 130 stage "oceanic separation" process discussed in Appendix D; or
    2. The text files showing conversion from Phazecomp to PVTSIM and/or other programs.
- Appendix E to Dr. Whitson's report states that he created several sets of black oil tables in different formats. We have not been able to locate
    1. Tables created by PVTsim in Prosper format with the file extension .pvt (syntax Sample-ID-Texit=xxxF-Prosper.pvt);
    2. The Excel summary files that were created from the .ecl files (syntax Sample-ID-Texit=xxxF-ALL.xls); or
    3. Tables created for a single-stage surface process (syntax T=xxxF-SSF-ALL.xls).

Please provide these files.

**Whitson and Zimmerman**
- Neither expert describes whether he has provided prior expert testimony, as required by FRCP 26(a)(2)(B)(v). Please provide a description of any prior testimony.

Thank you for your attention to these issues. Our review is ongoing, and we will raise any additional deficiencies that we find.

Please contact me if you have any questions.

Best,

Tom


Thomas A. Benson
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
202-514-5261

U.S. Mail Address: P.O. Box 7611, Washington, D.C. 20044-7611
Overnight Mail Address: 601 D Street, N.W., Washington, D.C. 20004