UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANA H. FOX, PRO-SE
v.
BRITISH PETROLEUM (BP)
DEEP WATER HORIZON,
ET AL

CASE # 2:10-MD-02179-CJB-SS
MULTI LITIGATION 2179

**MOTION FOR COURT TO INSTRUCT DEEPWATER HORIZON CLAIMS CENTER TO HANDLE FOX PRO-SE'S CLAIM IN A DIFFERENT MANNER**

NOW COMES CLAIMANT DANA H. FOX, PRO-SE TO MOTION THE COURT TO ACCEPT HANDWRITTEN SUBMITTAL AS COMPUTERS DON'T WORK FOR MR. FOX AND TYPEWRITERS ARE NON-EXISTENT WHEN ON THE ROAD WITH TRAVEL RESPONSIBILITIES (PROMISES MADE AT VERY HIGH LEVELS). ATTACHED PLEASE FIND CORRESPONDENCE [EXHIBITS] THAT WILL EXPLAIN MR. FOX'S SITUATION; AND THE REQUIREMENT FOR A DIFFERENT HANDLING OF HIS CLAIM: [OUT VOTED IN REGARDS TO GULF DRILLING; FOX IS OPPOSED TO THIS DAY: AND ADDITIONAL COMPENSATION FOR THE CREATION OF B.P.].

MR. FOX PRO-SE MUST PROCEED IN FORMA PAUPERIS AS HIS VOWS OF POVERTY HAVE KEPT HIM AS SUCH AND NO ONE HAS COME FORWARD (VOLUNTARILY) WITH COMPENSATION OF ANY KIND.

THERE ARE EIGHT LETTERS THAT ARE SELF EXPLANATORY. JUDGES HAVE INFORMED ME [IN THE PAST, NO EX-PARTE COMMUNICATION] THAT THEY LIKE TO READ: I TRUST YOU WILL FIND THIS INTERESTING AND INFORMATIVE AND CAN INSTRUCT MR. JUNEAU ACCORDINGLY.

I CERTIFY THAT A TRUE COPY IS SERVED BY U.S. MAIL TO PATRICK JUNEAU @ D.W.H. CLAIMS CENTER ON THIS DATE MAY 24 2013
D.H.F.

RESPECTFULLY SUBMITTED
Dana H. Fox PRO-SE
DANA H. FOX

*UPDATE ADDRESS → #1JJ CAMBRIDGE, MA. 02138*

[CURRENTLY ON THE ROAD DUE TO TRAVEL RESPONSIBILITIES] 325424428 10/11/12

DANA H. FOX PRO-SE
1500A LAFAYETTE RD.
#92
PORTS., N.H. 03801

DEEPWATER HORIZON CLAIMS
PO BOX 1439
HAMMOND, LA 70404-1439

*THEY WERE ALL ADVISED THAT THEY ARE GUILTY OF CHILD ABUSE FOR THEIR ACTIONS AGAINST ME: [SEE BELOW]

GULF COAST CLAIMS
PO BOX 9658
DUBLIN, OH 43017-4958

RE: CLAIM # 3542057
LETTER OF NOV. 10, '11

DEAR CLAIMS:

IN REGARDS TO DOCUMENTS IN REGARDS TO THIS CLAIM: YOU MUST CONTACT THE CROWN OF ENGLAND. IN REGARDS TO JOE BIDEN, IN THIS COUNTRY [I DO NOT BELIEVE HE REPRESENTS MY BEST INTERESTS]; I WILL ALSO CATEGORIZE NED JOHNSON OF FIDELITY INVESTMENTS AND BILL GATES OF MICROSOFT AS PEOPLE OF THE SAME AFOREMENTIONED, NOW-PLUS (EO) CATAGORY: THESE ARE PEOPLE THAT VOTED AGAINST MY OPPOSITION TO DRILLING IN THE GULF. [AGAIN, WITNESS THE OUTCOME]!

THE DAMAGE (BOTH PERSONAL AND PROFFESSIONAL) IS AN AFFRONT TO MY AUTHORITY AND STATURE BASED ON THEIR NEED TO MAKE MONEY VS. BEING RESPONSIBLE "STEWARDS OF THE EARTH".

THIS CLAIM IS NOT AN INVITATION TO PARADE INTO MY PSYCHOLOGICAL WELL BEING AS EVER SINCE I STOPPED HAVING ANYTHING TO DO WITH THE AFOREMENTIONED PEOPLE (ON A REGULAR BASIS), I'M DOING QUITE WELL & FINE. NONE OF THESE PEOPLE HAVE ANSWERED MY CORRESPONDENCE IN REGARDS TO THE END OF MY "TOUR OF DUTY" [JUNE 28, 2011], AS A FEDERAL OFFICIAL, IN A RECOGNIZED POSITION, I SUGGEST *FOR YOURSELF THEIR AUTONOMOUS BELIEFS IN REGARDS TO THEIR RESPONSIBILITIES AND PROMISES.

HRH QUEEN ELIZABETH
BUCKINGHAM PALACE
LONDON, ENGLAND

JOE BIDEN
VICE PRESIDENT OF U.S.
WASHINGTON, D.C.

BILL GATES
MICROSOFT WAY
REDMOND, WA 98052

NED JOHNSON
FIDELITY INVESTMENTS
82 DEVONSHIRE ST,
BOSTON, MASS. 02109

HRH PRINCE CHARLES
SAINT JAMES PLACE
LONDON, ENGLAND

PLEASE SEND ME COPIES OF ANY RESPONSE YOU RECIEVE.

RESPECTFULLY

[signature] H-Fx, PRO-SE

DEAR MR. FEINBERG: WE MET YEARS AGO AT MY HOUSE IN CONCORD, MASS. I WAS QUITE YOUNG...

①

1/28/12

Dana H. Fox, Pro-se
955 Mass. Ave.
#155
Cambridge, Mass.
02139

International Court of Justice
Peace Palace
Carnegieplein 2
2517 KJ The Hague
The Netherlands

Dear Your Honors, et al:

A man from your court, dressed like a Cardinal or Bishop, came to the United States to assist me back in the late '60's, as in 1965 at age 16 I was made Lord of The Manor, House of Windsor, by Queen Elizabeth II of England and was already working with her Trustees in the United States; These Trustees are also The Trustees of The United States: (I am a whole lot more than Lord of The Manor). I was made Lord of The Manor of the United States after I appointed a fellow named Michael Jackson to function in my absence in England due to some basic disagreements.

I am sending you copies of letters I've sent to people who made promises to me that are not being kept or even responded to as of this date.

The Judge that helped me in the '60's said he will be there at this point in time; He was aware of the people I was working with and the nature of my investiture and involvement: When I told him I was working on Verbal Trust that would come to fruition when I was 60 years old (6/28/11), He said "We'll be seeing You" (Which I interpreted as an acknowledgement of the basic Untrustworthiness of who and what I was dealing with).

Perhaps an inquiry from your court, as mediators, to each of the people in my correspondences will give an indication of their intentions: and we can take it from there, if necessary.

Respectfully Submitted,

Dana H. Fox, Pro-se

(2)

10/22/12

Dana H. Fox, Pro-se
955 Mass. Ave.
#155
Cambridge, Mass.
02139

Deepwater Horizon Economic Claims Center
P O Box 1439
Hammond, LA 70404-1439          Re: DWHO Claim #325424428
Att: Mr. Patrick Juneau

Dear Mr. Patrick:

In regards to the claim and a previous letter of 11/21/11, updated to 10/11/12, It must be noted that the statement regarding child abuse consists of a different kind than you might be used to hearing about: The kind of abuse that was directed towards Mr. Fox, Pro-se is of an economic nature where the people I have listed for you to contact, took ideas AND direction(s) from Mr. Fox, Pro-se and never paid him any kind of monetary compensation. Mr. Fox, Pro-se is an involuntary, unvoluntary volunteer conscripted (so to speak) due to his level of intellegence and Capacity to solve problems: A situation of an intellectual dilema of consciousness was forced on Mr. Fox, Pro-se as "they" [listed] and the Trustees of The United States, said they would not listen to Mr. Fox if they had to pay him (after telling him he was the smartest person they had ever worked with).
One could observe that all kinds of people get in trouble because of Sex and they generally pay one way or another;
To take ideas from children and then, make a forune with no compensation to the child is also child abuse.
Mr. Fox's generation grew up with a "Children's Rights Constitution" that is buried away in the Federal Record, somewhere.
This is a serious claim in regards to being out voted and the resulting damage to the Gulf.
I don't use computers and it is hard to find reliable type writers in my travel responsibilities; futher correspondence may be handwritten.

Repectfully Submitted
Dana H. Fox, Pro-se

P.S. MY INVOLUNTARY UNVOLUNTARY VOWS OF POVERTY ARE OVER; I CAN BE PAID.
D.H.F.

I'M STILL OPPOSED TO DRILLING IN THE GULF.
D.H.F.

(3)

DEEP WATER HORIZON'S ECONOMIC CLAIMS CENTER
HAMMOND, LA 70404-1439

| | |
|---|---|
| DANA H. FOX, PRO-SE ) | APPEAL OF CLAIM |
| PLAINTIFF/APPELLANT ) | #3542057 GCCF |
| ) | |
| V. ) | |
| ) | THIS CLAIM FOR DWHECC |
| BRITISH PATROLEUM AND IT'S ) | #325424428 |
| SUB-CONTRACTORS, ET AL AND ) | |
| INDIVIDUALS PREVIOUSLY LISTED ) | |
| N FILE AND HERE-IN, ET AL ETC. ) | |
| ) | |

MOTION — TO ACCEPT HANDWRITTEN READING(S) MY TYPEWRITER FROZE AND COMPUTERS DON'T WORK FOR ME.
— FOR SUBPEONA(S)

NOW COMES PLAINTIFF/APPELLANT DANA H. FOX, PRO-SE TO MOTION THIS CURRENT ORGANIZATION AND/OR U.S. COURT TO SUBPEONA THE INDIVIDUALS LISTED IN CLAIM #3542057 AND CURRENT CLAIM #325424428 AND ASK THEM TO SIMPLY VERIFY THAT THEY OUT-VOTE MR. FOX PRO-SE TO DRILL IN THE GULF; AS IT'S ALL ABOUT MONEY IN THE END:

BIDEN - OIL & GAS FOR STEEL AND SHIPBUILDING
PORT OF DELAWARE - NATIONAL DEFENSE? - INVESTMENT NEEDS.

JOHNSON - FIDELITY INVESTMENT NEEDS

GATES - PLASTIC FOR COMPUTER COMPONENTS INVESTMENT NEEDS.

HAYWARD - HIS JOB - INVESTMENTS NEEDS

THE CROWN ET AL - INVESTMENT NEEDS, FUEL FOR BRITISH AIRWAYS - PENSIONS, ETC.

THE ANSWERS ARE VERY SIMPLE AND SUBPEONA'S WILL VERIFY MR. FOX'S PRO-SE ASSERTIONS ON FILE.

YOU MAY SERVE THIS WITH THE SUBPEONA'S SO THEY KNOW IT'S ME AND YOU.
11/19/12   D.H.F.

RESPECTFULLY SUBMITTED
D.H. Fox PRO-SE
DANA H. FOX   "   "

(4)

DANA H. FOX, PRO-SE
955 MASS. AVE
#155
CAMBRIDGE, MASS.
02139

DEEP WATER HORIZON ECONOMIC CLAIMS CENTER
PO BOX 1439
HAMMOND, LA 70404-1439

RE: CLAIMANT # 100134603
CLAIM # 325424428

ATT. MR. PATRICK JUNEAU:

THIS ADDENDUM TO PREVIOUS CORRESPONDENCE & MOTIONS WILL BRING FORWARD MR. FOX PRO-SE'S INVOLVEMENT WITH THE UNITED STATES TRUSTEES AND GOVERNMENT IN CREATING THE WETLANDS PROTECTION ACT [AND WILDLIFE REFUGES], THE ENDANGERED SPECIES ACT, THE CLEAN AIR AND CLEAN WATER ACTS AND A LIST OF OTHER ENVIRONMENTAL ENTITIES, LAWS AND REALITIES.

I STILL REMEMBER STANDING IN A SEA GRASS WETLAND SOMEWHERE DOWN ALONG THE COAST [TRUSTEES WANTED TO KNOW WHAT TO DO WITH THE EXTENSIVE WETLANDS AND ALL FORMS OF COASTAL ZONES]; WITH ONE FOOT FLAILING IN THE AIR AND MY RIGHT ARMS BURIED ALMOST TO THE ELBOW TRYING TO FIND, AND GET MY FOOT BACK INTO, THE RUBBER BOOT STUCK IN THE MUD... IT DAWNED ON ME THAT ALL THE WETLANDS, ESTUARIES, ETC. WERE EXCEEDINGLY SPECIAL PLACES WHERE LIFE BEGINS FLOURISHES, NOURISHES AND SEEKS REFUGE : TO BE SAVED NOT FILLED, DREDGED OR OTHERWISE DEFILED BY HUMAN ACTIVITY.... NATIONAL SEASHORES, ETC. [AFOREMENTIONED]. THE SLAP IN THE FACE CONTINUES.

THE TRUSTEE I WORKED WITH DAVE EMERSON IS DEAD, HE COST US ALOT OF MONEY, MAY BE THE GOV'T WILL DECLASSIFY MY CONTRIBUTIONS... ASK BIDEN.
CONFIDENTIAL       DHF

RESPECTFULLY SUBMITTED
DANA H. FOX, PRO-SE
Dana H. Fox

⑤

**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

✱ MORE TIME IS REQUIRED FOR YOU TO VERIFY THE VALIDITY OF THIS CLAIM. D-H-F.

DWH0335535417

~~FROM~~
DANA FOX
955 MASS. AVE. #155
CAMBRIDGE, MA 02139

DEAR MR. JUNEAU

ARE YOU, AS RESPONSIBLE REPRESENTATIVES GOING TO ALLOW BP TO DICTATE YOUR DAMAGES AWARD POLICIES?

I WAS NEVER PAID ANYTHING BY BP FOR IT'S CONSOLIDATED FOUNDING; YOU HAVE A LIST OF PEOPLE THAT OUTVOTED ME IN REGARDS TO DRILLING IN THE GULF: BP HAS A DISMAL [WORLD] RECORD FOR DRILLING MISHAPS.

MR. MCKAY HAS BEEN ON THE STAND TESTIFYING IN REGARDS TO THE SPILL. ASK MR. MCKAY IF HE REMEMBERS MR. FOX [WHO PUT HIM IN HIS POSITION].

THIS MATTER IS TO BE HANDLED SEPERATELY BUT IN CONJUNCTION WITH YOUR CLAIMS PROCESS AS IT REQUIRES SPECIAL HANDLING AND CONSIDERATION.

ARE YOU CONNECTED DIRECTLY TO THE COURT PROCEEDINGS? UTILIZE THE COURT FOR ACCESS TO INFORMATION BY SUBPOENA IF NECESSARY [ALREADY MOTIONED FOR].

SINCERELY
DANA FOX, PRO-SE
DANA H. FOX     "      "

⑥

Case 2:10-md-02179-CJB-DPC   Document 10276   Filed 05/24/13   Page 8 of 30

DANA H. FOX LOTM TOL
955 MASS. AVE.
#155
CAMBRIDGE, MASS.
02139

HRH QUEEN ELIZABETH II
BUCKINGHAM PALACE
LONDON, ENGLAND

DEAR YOUR HIGHNESS [REMEMBER I CALL YOU QUEENIE]:
THIS IS A SIMPLE REQUEST FOR ONE OF YOUR MINISTERS TO CONTACT MR. PATRICK JUNEAU AT THE DEEPWATER HORIZON ECONOMIC CLAIMS CENTER, PO BOX 1439, HAMMOND, LA 70404 TO VERIFY THAT I (MR. FOX) AM THE FOUNDER OF THE CONSOLIDATION OF MODERN DAY [THE '60's] BRITISH PETROLEUM, TO KEEP BRITISH AIRWAYS GOING, ETC.
THERE ARE SEVERAL PEOPLE WHO OUT-VOTED ME AT THE TIME OF INITIATING DRILLING IN THE GULF OF MEXICO; AND TO THIS DAY I BELIEVE IT IS NOT A GOOD IDEA; [TO DRILL IN THE GULF]. PERHAPS MR. MCKAY CAN SIMPLY VERIFY TO MR. JUNEAU, MY PREVIOUS POSITION IN REGARDS TO THIS MATTER.

SINCERELY
Dana H. Fox LOTM TSL
DANA H. FOX     "    "

I TRUST YOU ARE WELL AND CONGRATULATIONS ON YOUR 60th.
SOMEONE FROM NOVA SCOTIA HAS TO CONTACT YOU ON MY BEHALF. CHEERS!

(7)

3/27/13

Dana H. Fox, Pro-Se
955 Mass. Ave.
#155
Cambridge, Mass.
02139

International Court of Justice
Peace Palace
Carnegieplein 2
2517 KJ The Hague
The Netherlands

Dear Your Honors, et al:

I enclose a copy of my cover letter with proof and verification of receipt of registered mail.

Since it was mentioned there was a claim against BP, there is attached some correspondence and forms to show you what is going on with that.

As the "Wrath of God" seems to have occurred in the Gulf, for whatever reason it appears the claims people may waiver in their responsibilities in regards to my claim. I ask for your intervention (mediation) to see if they [all listed] will respond in a responsible manner: from the information that has come forward due to this Gulf spill BP seems to have a record of environmental & criminal negligence all over the world.

cc: Patrick Juneau
Dwhc Claims Center
Hammond, LA.

Respectfully Submitted
D. H. Fox Pro-Se
Dana H. Fox  "   "

(8)

From:
JJJ MASS. AVE.
#55
CAMBRIDGE, MASS.
02139

Attn: CLERK FOR JUDGE BARBIER

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.
NEW ORLEANS, LA. 70130




U.S. POSTAGE
BUENA VISTA, CO
81211
MAY 21 13
AMOUNT
$1.32
00056479-09