UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT IS RELATED TO:<br>*Elmer, et al v. BP, PLC, et al, No. 10-1515* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO WITHDRAW AND SUBSTITUTE**
**COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Charles C. Elmer, who respectfully moves this Honorable Court to enter the attached Order withdrawing the names of Sidney D. Torres, III, Gerald E. Meunier, Anthony G. Buzbee, and Walter Leger, and substituting the name of Kenneth H. Hooks, III of the law firm of Dodson, Hooks & Frederick as his counsel of record herein, and who further represents that opposing counsel do not object to this motion.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III
        *A PROFESSIONAL LAW CORPORATION*

        BY:    s/ SIDNEY D. TORRES, III
                    SIDNEY D. TORRES, III, La. Bar No. 12869
                    ROBERTA L. BURNS, La. Bar No. 14945
                    DAVID C. JARRELL, La. Bar No. 30907
                    8301 W. Judge Perez Drive, Suite 303
                    Chalmette, Louisiana  70043
                    Telephone: (504) 271-8422

    Electronic Mail: storres@torres-law.com
           rburns@torres-law.com

  And

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY: s/Gerald E. Meunier
   GERALD E. MEUNIER, La. Bar #9471
   IRVING J. WARSHAUER, La. Bar #13252
   STEVAN C. DITTMAN, La. Bar #12688
   MICHAEL J. ECUYER, La. Bar #23050
   2800 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone: 504/522-2304
   Facsimile: 504/528-9973
   Electronic Mail: gmeunier@gainsben.com

  And

THE BUZBEE LAW FIRM

BY: *s/* Anthony G. Buzbee
   Anthony G. Buzbee
   Texas State Bar No. 24001820
   JPMorgan Chase Tower
   600 Travis, Suite 7300
   Houston, Texas 77002
   Telephone: 713-223-5393
   Facsimile: 713-223-5909
   Email: tbuzbee@txattorneys.com

  And

LEGER & SHAW

BY: s/ Walter J. Leger, Jr.
   WALTER J. LEGER, JR. (La. Bar No. 8278),
   600 Carondelet St., 9th Floor
   New Orleans, Louisiana 70130
   Telephone: (504) 588-9043
   Electronic mail: wleger@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                       s/Gerald E. Meunier  
                                                       GERALD E. MEUNIER, #9471