UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT IS RELATED TO:<br>*Elmer, et al v. BP, PLC, et al, No. 10-1515* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing, unopposed Motion to Withdraw and Substitute Counsel of Record:

IT IS ORDERED that Sidney D. Torres, III, Gerald E. Meunier, Anthony G. Buzbee, and Walter Leger, be allowed to withdraw and that Kenneth H. Hooks, III of the law firm of Dodson, Hooks & Frederick be substituted, as counsel of record for plaintiff Charles C. Elmer in the captioned matter, and that copies of all notices and pleadings that are required to be served on counsel of record for this plaintiff hereafter shall be served on Kenneth H. Hooks, III of the law firm of Dodson, Hooks & Frederick.

THUS DONE AND SIGNED this _____ day of _____, 2013 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE