# CONFERENCE ATTENDANCE RECORD

DATE: 5/31/13            TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Stefanie Major McGregor | " " |
| Sean Fleming | " " |
| Gwen Richard | " " |
| Mary K. Kline Cutter | TO |
| Grant Davis Denny | TO |
| Sarah Trams | Anadarko |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Brian Barr | PSC |
| Duel Desart | Transocean |
| Doug Kraus | La. |
| Steve O'Rourke | USA |
| Ryan Basinch | BP |
| Robin Greenwald | PSC |
| Jimmy Williamson | PSC |
| Anthony Irpino | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robert Gasaway | BP |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## MDL 2179 - Phase Two Discovery Conference

<u>5/31/13 Telephone Participants</u>

Sarah Himmelhoch w/ DOJ

Ben Mayeaux w/ Airborne Support

Corey Maze w/ Alabama

Mike Petrino w/ BP

Nat Chekeris w/ DOJ

Mark Nomellini w/ BP

Tom Benson w/ DOJ

Kerry Miller w/ TO

Abbey Andre w/ DOJ

Carter Williams w/ TO

Jim Roy w/PSC