UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| *All Actions* | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

The Court will hold a **Status Conference** on Thursday, June 27, 2013 at 2:00 p.m. in Courtroom C268. At 1:30 p.m., there will be an in-chambers meeting with designated liaison counsel, coordinating counsel for federal interests, and co-coordinating counsel for state interests **only.** Subject to amendment, the following matters will be addressed during the Status Conference:

1. Oral Argument on the Cross Motions for Summary Judgment Regarding the Claims of the Mexican States.[1]

2. Motions to File Short Form Joinders and/or Claims in Limitation After the Monition Period.[2] Motions to Amend Complaints.[3]
   a. Any oppositions to these motions (or similar motions filed after the issuance of this order) shall be filed no later than **June 17, 2013**.

3. Phase 2 Trial scheduled for Sept. 16, 2013.

4. Case Management Beyond Phase 2.

---

[1] *See* Rec. Docs. 8169, 8176, 8178, 8179.

[2] *See* Rec. Docs. 8825, 8862, 8863, 8871, 8883, 8887, 8888, 8897, 8967, 8993, 8998, 9001, 9004, 9021, 9070, 9169, 9195, 9197, 9198, 9218, 9229, 9236, 9237, 9258, 9260, 9261, 9271, 9277, 9341, 9343, 9349, 9354, 9358-60, 9390-92, 9394-97, 9401, 9403-08, 9410, 9412-13, 9415-17, 9420, 9428, 9433, 9437, 9440-42, 9448, 9451-52, 9455-57, 9459, 9464-67, 9470-72, 9477-79, 9481, 9487, 9490-92, 9499, 9513, 9514-15, 9523, 9524, 9528, 9534, 9541, 9542, 9548, 9555, 9559, 9566, 9581, 9583-85, 9587, 9612, 9630, 9656, 9670, 9682, 9819, 9838, 10229, 10238-39, 10259. *See also* 9204 (opposing 9021).

[3] *See* Rec. Docs. 8078, 8985, 9331, 9373, 9442, 9475, 9494, 9507, 9514, 9518, 9519, 9599, 10169.

The Court invites liaison counsel to suggest additional agenda items for the Status Conference. Such proposals shall be submitted to chambers no later than **June 20, 2013**. Liaison counsel shall also file a status report no later than **Monday, June 24**.

Signed in New Orleans, Louisiana, this 31st day of May, 2013.

_____
United States District Judge