UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: 2:12-cv-02185 | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that the original Petition for Damages filed herein be supplemental and amend as prayed for in the attached First Supplemental and Amended Petition be filed as prayed for.

New Orleans, Louisiana, this _____ day of June 2013.

_____

JUDGE