UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

[Regarding Expert Deposition Schedule for Phase Two]

A. **Seventh Week**.

Deadline for completion of expert depositions is extended to Saturday, August 3.

B. **Curtis Whitson**.

The issue of the date of the deposition of Whitson is not resolved.

C. **Robert Turlak**.

The issue of whether Turlak is deposed is not resolved.

D. **Plaintiffs' Reply Experts**.

The schedule of these experts is to be announced on June 17.

\* \* \*

Monday, June 17 - **FIRST WEEK**

Tuesday - June 18

| | | |
|---|---|---|
| BP - Morris Burch | Source Control - Available June 18-19 | New Orleans |

Wednesday - June 19

| | | |
|---|---|---|
| U.S. - Ron Dykhuizen | Quantification | New Orleans |

Thursday - June 20

| | | |
|---|---|---|
| U.S. - Ron Dykhuizen | Quantification | New Orleans |

| | | |
|---|---|---|
| BP/A - Ann Marchand | Quantification | Houston |
| U.S. - Mehran Pooladi-Darvish | Quantification | New Orleans |

<u>Friday - June 21</u>

| | | |
|---|---|---|
| BP/A - Ann Marchand | Quantification | Houston |
| U.S. - Mehran Pooladi-Darvish | Quantification | New Orleans |

<u>Monday - June 24 - <b>SECOND WEEK</b></u>

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

<u>Tuesday - June 25</u>

| | | |
|---|---|---|
| PSC - Gregg Perkin | Source Control - Available June 24 - 29 | New Orleans |

<u>Wednesday - June 26</u>

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification | New Orleans |
| BP - Dan Gibson | Source Control - Available June 26-27 | New Orleans |

<u>Thursday - June 27</u>

| | | |
|---|---|---|
| U.S. - Stewart Griffiths | Quantification | New Orleans |

<u>Friday - June 28</u>

| | | |
|---|---|---|
| U.S - Dr. Aaron Zick | Quantification | New Orleans |
| BP - Richard Carden | Source Control - Available June 28-29 | New Orleans |

<u>Saturday - June 29</u>

| | | |
|---|---|---|
| U.S - Aaron Zick | Quantification | New Orleans |

<u>Monday - July 1 <b>THIRD WEEK</b></u>

| | | |
|---|---|---|
| BP/A - Andreas Momber | Quantification | New Orleans |

<u>Tuesday - July 2</u>

| | | |
|---|---|---|
| BP/A - Andreas Momber | Quantification | New Orleans |
| BP/A - Robert Zimmerman | Quantification | New Orleans |

<u>Wednesday - July 3</u>

| | | |
|---|---|---|
| BP/A - Robert Zimmerman | Quantification | New Orleans |

<u>Monday - July 8 **FOURTH WEEK**</u>

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification | New Orleans |
| U.S. - Tom Hunter (tentative) | Quantification | New Orleans |

<u>Tuesday - July 9</u>

| | | |
|---|---|---|
| U.S. - Rajagopal Raghavan | Quantification | New Orleans |
| BP/A - Carlos Torres-Verdin | Quantification | New Orleans |
| BP/A - Martin Trusler | Quantification | New Orleans |

<u>Wednesday, July 10</u>

| | | |
|---|---|---|
| TO - Greg Childs | Source Control - Available July 10-12 | N.O. |
| BP/A - Carlos Torres-Verdin | Quantification | New Orleans |
| BP/A - Martin Trusler | Quantification | New Orleans |
| BP/A - Nigel Richardson | Quantification | New Orleans |

<u>Thursday, July 11</u>

| | | |
|---|---|---|
| BP/A - Nigel Richardson | Quantification | New Orleans |

<u>Monday, July 15 **FIFTH WEEK**</u>

| | | |
|---|---|---|
| HESI - Richard Strickland | Quantification and Source Control | New Orleans |
| TO - Tyson Foutz | Source Control - Available week of July 15 | N.O. |

| | | |
|---|---|---|
| TO - Sankaran Sundaresan | Quantification - Available week of July 15 | N.O. |
| BP/A - Michael Zaldivar | Quantification | New Orleans |
| BP - Andrew Mackay | Source Control - Available July 15-16 | Washington, D.C. |

Tuesday, July 16

| | | |
|---|---|---|
| HESI - Richard Strickland | Quantification and Source Control | New Orleans |
| TO - Sankaran Sundaresan | Quantification - Available week of July 15 | N.O. |
| BP/A - Michael Zaldivar | Quantification | New Orleans |

Wednesday - July 17

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification | New Orleans |
| BP/A - Hans Vaziri | Quantification | New Orleans |

Thursday - July 18

| | | |
|---|---|---|
| U.S. - Mohan Kelkar | Quantification | New Orleans |
| BP/A - Hans Vaziri | Quantification | New Orleans |
| BP/A - Curtis Whitson[1] | Quantification | New Orleans |
| BP - James Hull | Source Control - Available July 18-19 | New Orleans |

Friday - July 19

| | | |
|---|---|---|
| BP/A - Curtis Whitson | Quantification | New Orleans |
| BP/A - Adrian Johnson | Quantification | New Orleans |

Saturday - July 20

| | | |
|---|---|---|
| BP/A - Adrian Johnson | Quantification | New Orleans |

---

[1] Date is subject to change.

4

Monday - July 22 **SIXTH WEEK**

| | | |
|---|---|---|
| PSC - Dr. Bea | Source Control - Available July 22-August 3 | New Orleans |
| TO - John Wilson | Flow Rate Estimates/Source Control | New Orleans |
| BP/A - Alain Gringarten | Quantification | New Orleans |
| TO - Kerry Pollard | Quantification | New Orleans |

Tuesday - July 23

| | | |
|---|---|---|
| HESI - Edward Ziegler | Source Control | New Orleans |
| BP/A - Alain Gringarten | Quantification | New Orleans |
| BP/A - Srdjan Nesic | Quantification | New Orleans |
| TO - Kerry Pollard | Quantification | New Orleans |

Wednesday - July 24

| | | |
|---|---|---|
| HESI - Edward Ziegler | Source Control | New Orleans |
| BP/A - Srdjan Nesic | Quantification | New Orleans |
| BP - Iain Adams | Source Control - Available July 24-25 | New Orleans |

Thursday - July 25

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification | New Orleans |
| HESI - Glen Stevick | Quantification and Source Control | New Orleans |
| BP/A - Martin Blunt | Quantification | New Orleans |

Friday - July 26

| | | |
|---|---|---|
| U.S. - Nathan Bushnell | Quantification | New Orleans |
| BP/A - Martin Blunt | Quantification | New Orleans |

<u>Monday, July 29</u>

BP/A - Simon Lo					Quantification					New Orleans

<u>Tuesday, July 30</u>

BP/A - Simon Lo					Quantification					New Orleans

New Orleans, Louisiana this 3rd day of June, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**