UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG        )<br>         "DEEPWATER" HORIZON" )<br>         GULF OF MEXICO, on           )<br>         April 20, 2010                            ) | MDL NO. 2179 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

| | |
|---|---|
| THE CITY OF KEY WEST, FLORIDA  )<br>                                                              )<br>         PLAINTIFF,                        )<br>                                                              )<br>VS.                                                         )<br>                                                              )<br>BP EXPLORATION & PRODUCTION, )<br>INC., et al,                                             )<br>                                                              )<br>         DEFENDANT.                    ) | Case No.: 4:13-cv-10092 |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Comes now **Michael T. Burke**, one of the counsel for the Plaintiff, The City of Key West, Florida, and files this Motion to Withdraw as Attorney of Record, and as grounds therefore state as follows:

1.     That Plaintiff will continue to be represented by Shawn D. Smith, Gary A. Davis, Jeff Friedman, Matt Conn and Edward R. Jackson.

**WHEREFORE, PREMISES CONSIDERED,** this attorney respectfully requests this Honorable Court to allow him to withdraw as attorney of record for the Plaintiff.

1

Respectfully submitted,

/s/Michael T. Burke
Michael T. Burke / Florida Bar No. 338771
Attorney for Plaintiff
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 e. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL   33304
Phone (954) 463-0100
Fax (954) 463-2444

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion to Withdraw** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  4th   day of    June    , 2013.

 s/ Michael T. Burke
Michael T. Burke

2