**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG   )        MDL NO. 2179
       "DEEPWATER" HORIZON" )
       GULF OF MEXICO, on     )
       April 20, 2010          )

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

THE UTILITY BOARD OF THE CITY  )
OF KEY WEST, FLORIDA (D/B/A    )
KEYS ENERGY SERVICES),       )
                           )
     PLAINTIFF,           )
                           )
VS.                     )     Case No.: 4:13-cv-10090
                           )
BP EXPLORATION & PRODUCTION, )
INC., et al,             )
                           )
     DEFENDANT.        )

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Comes now **Nathan E. Eden**, one of the counsel for the Plaintiff, The Utility Board of the City of Key West, Florida (d/b/a Keys Energy, Services), and files this Motion to Withdraw as Attorney of Record, and as grounds therefore state as follows:

1. That Plaintiff will continue to be represented by Gary A. Davis, Jeff Friedman, Matt Conn and Edward R. Jackson.

**WHEREFORE, PREMISES CONSIDERED,** this attorney respectfully requests this Honorable Court to allow him to withdraw as attorney of record for the Plaintiff.

Respectfully submitted,

/s/Nathan E. Eden
Nathan E. Eden / Florida Bar No. 114752
Attorney for Plaintiff
NATHAN E. EDEN, PA
302 Southard St., Suite 205
Key West, FL   33040-8405
Phone (305) 294-5588

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion to Withdraw** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this ___4th___ day of ____June_____, 2013.

 s/ Nathan E. Eden
Nathan E. Eden