UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 "J"(1) <br> * <br> * JUDGE BARBIER <br> * <br> * MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * JURY TRIAL DEMANDED |

## ORDER

Considering the foregoing Liberty's Motion for Leave to File Supplemental Opposition to Cameron's Motion to Compel Liberty to Comply with the Court's Supplemental Order dated May 9, 2013;

IT IS ORDERED that Defendant Liberty International Underwriters, Inc. be and is hereby granted leave to file its Supplemental Opposition.

New Orleans, Louisiana, this _____ day of June, 2013.

_____
MAGISTRATE JUDGE