UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010**<br><br>This Document Relates to:<br><br>*All Cases*; *Bon Secour Fisheries, Inc., et all, individually and on behalf of themselves and all others similarly situated vs. BP Exploration & Production Inc., et al.* | **MDL No. 2179; No. 12-970; 10-8888; 10-9999**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Considering the above and foregoing Motion To Withdraw As Counsel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion to Withdraw as Counsel is granted, and Farrell & Patel LLC IS hereby allowed to withdraw as counsel for Claimants listed in Exhibit "A."

Signed in New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE

1