| Claimant | Phone Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| Raju Bala | 956-761-4951 | PO Box 2338 | South Padre Island | TX | 78597 |
| AJ Patel | 409-893-2427 | 2811 Highway 73 | Port Arthur | TX | 77640 |
| Ajesh H. Patel | 409-893-2427 | 5101 E Parkway | Groves | TX | 77619 |
| Ocean Plaza, LLC | 409-893-2427 | 5101 E Parkway | Groves | TX | 77619 |
| Sun & Star Business Inc. | 281-748-2804 | 426 E. Little York Rd. | Houston | TX | 77076 |
| Padre Shores II, LLC. | 956-761-2606 | 8605 Padre Blvd. | South Padre Island | TX | 78597 |
| Shivganesh LLC | 956-499-7723 | 1411 Hwy 100 | Laguna Vista | TX | 78578 |
| Shivam Inc | 832-549-6060 | 2000 Sam Houston Parkway | Houston | TX | 77042 |
| Harshy Seabrook Hospitality Inc | 409-354-6176 | 2943 Dominique DR | Galveston | TX | 77551 |
| Purvi Realty, Inc. | 409-354-6176 | 2943 Dominique DR | Galveston | TX | 77590 |
| VP Hospitality LLP | 361 442 3005 | 5213 Oakhurst Drive | Corpus Christi | TX | 78411 |
| Numberdar Hospitality, LLC | 956-519-9097 | 609 East Expressway 83 | Mission | TX | 78572 |
| Dipak D. Patel | 3617720670 | 310 US HWY 77 S | Hallettsville | TX | 77964 |
| Pasadena Hospitality, Inc. | 281-236-6200 | 4602 Katy Fwy | Houston | TX | 77007 |
| 1960 Hospitality, Inc. | 281-236-6200 | 4602 Katy Fwy | Houston | TX | 77007 |
| Dev Hospitality, LLC | 361.482.8714 | 1921 East Freeway | Baytown | TX | 77521 |
| HISPI, Ltd. | 214-891-3136 | 5950 Berkshire STE 810 | Dallas | TX | 75225 |
| Om Krishna, LLC | 337-263-2951 | 3608 W. Prien Lake Rd. | Lake Charles | LA | 70605 |
| Clearwater Hotel, Inc. | 832-221-9559 | 3475 Thoreau Street | Beaumont | TX | 77707 |
| Saikrupa Investment Group, LLC | 956-535-0709 | 1945 N. Expressway # 83 | Brownsville | TX | 78520 |
| Jai Ambe Maa, LLC | 337-274-4280 | 2402 Fox Hollow Street | Lake Charles | LA | 70605 |
| APAAAR, LLC. | 281-793-2638 | 520 W. Bay Area Blvd. | Webster | TX | 77598 |
| Rajammal Raju | 956-343-6367 | 1500 Gulf Blvd. | South Padre Island | TX | 78597 |
| Prince Sameer Ltd. | 956-821-8985 | 120 Canary Ave. | McAllen | TX | 78504 |
| TRI WANIS VENTURES, LLC | 956-821-8985 | 120 Canary Ave. | McAllen | TX | 78504 |
| Star Hospitality, Inc. | 713-412-8796 | 12323 Katy Freeway | Houston | TX | 77079 |
| Offshore Marine Concepts, Inc. | 7277735603 | 127 11th street E | Tierra Verde | FL | 33715 |
| Sharp Investment, Inc. | 713-208-5653 | 7402 Fair Bank N. Houston | Houston | TX | 77040 |
| Deuce, Inc. | 225-753-4881 | 11573 Cedar Park Ave, Ste A | Baton Rouge | LA | 70809 |
| Oumguru, inc. | 903-390-0739 | 307 West Mexia | Jewett | TX | 75846 |
| Yogesh Gandhi - Katy | 832-859-5012 | 7435 Superior Drive | Baytown | TX | 77521 |
| Yogesh Gandhi - Baytown | 832-859-5012 | 7435 Superior Drive | Baytown | TX | 77521 |
| Phillipine Enterprises, Inc. | 832-788-8372 | 22 Amberstone Dr | Sugar land | TX | 77479 |
| Petroleum Transport Lines, Inc. | 727.573.4000 | 2865 Executive Drive | Clearwater | FL | 33762 |
| Risser Oil Corporation | 727.573.4000 | 2865 Executive Drive | Clearwater | FL | 33762 |
| Rally Stores, Inc. | 727.573.4000 | 2865 Executive Drive | Clearwater | FL | 33762 |
| Tulsi Enterprise LLC | 956 541 1961 | 2004 Central Blvd. | Brownsville | TX | 78520 |
| Jump Start Gas and Deli Inc | 813-653-3231 | 1005 South Lithia Pinecrest Road | Brandon | FL | 33511 |

| Claimant | Phone Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| Saaz United, Inc. | 281-748-2804 | 16801 El Camino Real | Houston | TX | 77058 |
| Asma Business, Inc. | 281-748-2804 | 3718 FM 1128 Rd. | Pearland | TX | 77584 |
| Cameron Food Markets Inc | 512-909-6840 | 607 North Travis Ave | Camerton | TX | 76520 |
| Aelina Enterprises, Inc. | 512-909-6840 | 307 South Hwy 183 | Leander | TX | 78641 |
| Mufig Enterprises Inc | 512-909-6840 | 1101 North Main St | Taylor | TX | 76574 |
| Cavalier Food Mart | 512-909-6840 | 509 Ranch Road 620 | Lakeway | TX | 78734 |
| Aayat Inc | 512-909-6840 | 1300 West Cameron Ave | Rockdale | TX | 76567 |
| Rayan Business Inc | 512-909-6840 | 12915 Dessua Rd | Austin | TX | 78754 |
| Vision Hotels, LLC | 615-496-4259 | 1606 Main Street | Jewett | TX | 75846 |
| OM Shanti Hospitality, LLC | 281-948-8898 | 16033 Champion Drive | Spring | TX | 77379 |
| Satyam Northwest, LTD. | 832-549-6060 | 5511 Azalea Trail | Sugar land | TX | 77479 |
| Arvind Patel | 713-688-4888 | 12170 NorthWest FWY | Houston | TX | 77092 |
| City of Angel LLC | 832-752-7979 | 2839 N. Velasco St. | Angleton | TX | 77515 |
| Shivalaye Corporation | 352-219-8466 | 2820 NW 13th St. | Gainesville | FL | 32609 |
| Nila Investments, LLC | 954-205-6507 | 509 North Federal Hwy | Hollywood | FL | 33020 |
| Ashvinkumar Gandhi | 832-561-0361 | 3708 Kellner Rd | Dickinson | TX | 77539 |
| Hazi Enterprise Inc. | 409-932-3832 | 107 S. Burnett | Calvert | TX | 77837 |
| Balkar Singh Lidhar | 956-221-8650 | 2209 Lawndale Rd. | Mission | TX | 78572 |
| Alpine Store, Inc. | 832-277-8606 | 7118 Texas 6 | Houston | TX | 77459 |
| Bharat Gordhan | 956-458-2371 | 1786 W. Hwy 83 | Mission | TX | 78572 |
| Bharat Patel | 409-354-6176 | 7720 Broadway St. | Galveston | TX | 77551 |
| Sweet Success, Inc. | 210-317-7472 | 20714 Wind Springs | San Antonio | TX | 78258 |
| Smartstart, Inc | 210-317-7472 | 21785 Hardy Oak | San Antonio | TX | 78258 |
| Devima Inc | 863-875-4879 | 3006 Spirit Lake Rd. | Winterhaven | FL | 33880 |
| Shivshambu Inc | 903-390-0739 | 2624 W. Commerce St. | Buffalo | TX | 75831 |
| Shree Krishana, LLC | 903-390-0739 | 1259 N. Market St. | Hearne | TX | 77859 |
| Oum Kailash, LLC | 903-390-0739 | 4001 Sprayberry Lane | Conroe | TX | 77303 |
| Pitambar, LLC | 903-390-0739 | 590 N. Dickinson Dr. | Rusk | TX | 75783 |
| Oumshiva, L.L.C. | 903-390-0739 | PO Box 680 | Buffalo | TX | 75831 |
| Eastex Lodging | 281-541-9068 | 1334 Crosstimbers St. | Houston | TX | 77022 |
| Taylor Road Hospitality, LLC | 956-519-9097 | 609 E Expressway 83 | Mission | TX | 78572 |
| Y & A Enterprises Inc | 361-643-5442 | 2005 Hwy 361 | Ingleside | TX | 78362 |
| Dungar, L.L.C. | 281.300.8190 | 23222 Willow Canyon Dr. | Katy | TX | 77494 |
| I.G. Enterprises Inc | 281-704-2755 | 2826 South Shaver | South Houston | TX | 77503 |
| Mangat International Hotel, LLC | 713-937-8100 | 14996 NW Freeway | Houston | TX | 77040 |
| Mangat Hotel Development, Inc. | 713-937-8100 | 11050 SW Freeway | Houston | TX | 77074 |
| Mangat Houston Race Track, LLC | 713-937-8100 | 7505 S. Fallbrook | Houston | TX | 77086 |
| Mangat & Associates Beltway 8 Investment, LLC | 713-937-8100 | 10222 Forum Dr. | Houston | TX | 77036 |

| Claimant | Phone Number | Address | City | State | Zip |
|----------|-------------|---------|------|-------|-----|
| Rampur Development, LLC | 713-937-8100 | 14207 Hwy 249 | Houston | TX | 77086 |
| Hardial Management | 713-937-8100 | 11040 SW Freeway | Houston | TX | 77074 |
| Raju Bhakta | 361-779-4163 | 4505 Leopard St. | Corpus Christi | TX | 78408 |
| Sharmee Lodging Group LLC | 281-236-6200 | 13702 Stampford Drive | Houston | TX | 77007 |
| Mahavir Host. L.L.C. | 281-208-2407 | 10525 Greenbough Dr | Stafford | TX | 77477 |
| Hitesh Patel / Dhayabhai Patel | 512-796-2767 | 1113 Hwy 290 | Elgin | TX | 78621 |
| Newland Enterprise Inc. | 832-398-8218 | 5901 Hillcroft, Suite B2 | Houston | TX | 77036 |
| West Point Group | 956-225-5263 | 3201 S 10th Street | McAllen | TX | 78503 |
| Air Padre Kiteboarding LLC | 956-266-8100 | 5709A Padre Blvd. | South Padre Island | TX | 78597 |
| Tranquility Salon & Spa | 813-857-2997 | 10317 Lightner Bridge Drive | Tampa | FL | 33626 |
| Umiya Hospitality, Inc. | 409-370-1831 | 1717 St. Mary Street | Thibodaux | LA | 70301 |
| Jigneshkumar M. Patel | 832-283-3738 | 3101 Spruce Street | Dickinson | TX | 77539 |
| Amal Hospitality, LLC | 361-482-8714 | 2629 State Hwy 35 North | Port Lavaca | TX | 77979 |
| Jiten Patel | 361-482-8714 | 3005 Houston Hwy | Victoria | TX | 77901 |
| Ajas Inc. | 361.482.8714 | 1931 East Freeway | Baytown | TX | 77521 |
| Chirag Enterprises, Ltd. | 956-797-0200 | 1202 N Main st | La Feria | TX | 78559 |
| Liquor Five, Inc. | 407.791.5438 | 38 Maxcy Plaza Circle | Haines City | FL | 33844 |
| Liquor at Ovation, Inc. | 407.791.5438 | 25110 Richmond Rd. | Orlando | FL | 32835 |
| W & J Restaurants, Inc. | 281-292-6000 | 5306 Louetta Rd. | Spring | TX | 77379 |
| W & J Investment, Inc. | 281-292-6000 | 3 Mission Bend | Woodlands | TX | 77382 |
| Fast Pac Food Store's Inc. | 281-292-6000 | 7506 Spring Cypress Road | Spring | TX | 77379 |
| Dhukani Investment, Inc. | 281-292-6000 | 3 Mission Bend | Woodlands | TX | 77382 |
| Northside, Inc. | 409-543-8050 | 19803 Kenswick Dr. | Humble | TX | 77338 |
| Hammerly Food, Inc. | 713-585-5430 | 12602 East Freeway | Houston | TX | 77029 |
| Preston Business, Inc. | 713-585-5430 | 1013 Dulles Ave | Stafford | TX | 77477 |
| Viva Dios, LLC | 321-662-3584 | 446 N. Highland St. | Mt. Dora | FL | 32757 |
| SRQ Concessions Inc | 941-387-4719 | 3308 Spainwood Dr. | Sarasota | FL | 34252 |
| Balajibhavan Enterprise Inc. | 822-628-5909 | 3350 Dixie Drive | Houston | TX | 77021 |
| Corwell Express, LP | 361-726-7096 | 929 Navigation Blvd. | Corpus Christi | TX | 78408 |
| Manha, Inc. | 281-793-2093 | 10112 B Hammerly Blvd. | Houston | TX | 77080 |
| B&Z Enterprise, Inc. | 281-793-2093 | 5796 Bingle Rd. | Houston | TX | 77092 |
| Neelam Enterprise, Inc. | 281-793-2093 | 5010 Redbluff Rd. | Pasadena | TX | 77503 |
| Niyamat Market, Inc. | 281-793-2093 | 4001 Redbluff Rd. | Pasadena | TX | 77503 |
| New Shaaz Enterprises, Inc. | 281-793-2093 | 7339 Spencer Hwy | Pasadena | TX | 77505 |
| Radha Realty, Inc | 954-646-8861 | 6752 W. Indiantown Road | Jupiter | FL | 33458 |
| Krishna Realty, Inc | 954-646-8861 | 7051 Seacrest Blvd. | Lantana | FL | 33462 |
| Mark Enterprise, LLC | 281.548.2900 | 9821 W. FM 1960 Rd | Humble | TX | 77338 |
| RGDM Enterprises, Inc. | 281.548.2900 | 9610 N. Freeway | Houston | TX | 77037 |

| Claimant | Phone Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| Nick Changer L.L.C. | 713-410-5109 | 6600 North Highway 146 | Baytown | TX | 77523 |
| Brownsville Executive Plaza, LLC | 956-639-8666 | P.O Box 5386 | Brownsville | TX | 78521 |
| Tanisha Holding | 956-639-8699 | P.O Box 5386 | Brownsville | TX | 78521 |
| Amlani Enterprises, LLC. | 281-471-4251 | 10401 W. Fairmont Pkwy | La Porte | TX | 77571 |
| Radhe Radhe 2 Corporation | 337-304-0409 | 114 Richey St. | Pasadena | TX | 77506 |
| Sasi, LLC | 337-304-0409 | 6890 Monroe Road | Houston | TX | 77587 |
| CNR LP. | | 16619 Saint John Wood | Tomball | TX | 77379 |
| AHMED Realty I, Ltd. | | 14110 Telge Rd | Cypress | TX | 77429 |
| AHMED Realty II, Ltd. | | 14110 Telge Rd | Cypress | TX | 77429 |
| AHMED Realty III, Ltd. | | 14110 Telge Rd | Cypress | TX | 77429 |
| AHMED Realty IV, Ltd. | | 14110 Telge Rd | Cypress | TX | 77429 |
| AHMED Realty V, Ltd. | | 14110 Telge Rd | Cypress | TX | 77429 |
| Crazy Grape Inc | 832-606-8430 | 1011 Jackson St | Richmond | TX | 77469 |
| Sejal & Sejal Corporation | 832-606-8430 | 1011 Jackson St | Richmond | TX | 77469 |
| Mehrin Investments, Inc. | 409-385-1244 | 2031 Hwy 92 | Silsbee | TX | 77656 |
| Shive Hima, L.L.C. | 863-450-6849 | 1410 Hwy 17 S | Bartow | FL | 33830 |
| Ram Vishnu, L.L.C. | 337-263-2951 | 635 Henry Street | Lake Charles | LA | 70601 |
| Nikesh, Inc. | 321-783-9892 | 3499 S. Atlantic Ave. | Cocoa Beach | FL | 32931 |
| Navin Patel | 229-446-8000 | 2719 Point North Blvd. | Albany | GA | 31721 |
| Akshar, Inc. | 386-383-0396 | 8182 S.R. 6 West | Jasper | FL | 32052 |
| Vibrant Enterprises, Inc. | 863.698.8342 | 2525 State Road 60 East | Mulberry | FL | 33860 |
| Beltway Express, Inc. | 281-630-3875 | 11002 S. Sam Houston Pkwy West | Houston | TX | 77031 |
| Beltway Operations Inc. | 281-630-3875 | 11002 S. Sam Houston Pkwy West | Houston | TX | 77031 |
| SNP Express Food Mart, Inc. | 281-630-3875 | 680 Hwy 35 N. | Alvin | TX | 77511 |
| Pearland Express, Inc. | 281-630-3875 | 4203 Aldine Mail Rd. | Houston | TX | 77039 |
| J N J Operations, Inc. | 281-630-3875 | 742 N. Sam Houston Pkwy East | Houston | TX | 77060 |
| Columbus QSR, Inc. | 281-630-3875 | 7039 Greatwood Trial | Sugarland | TX | 77479 |
| Sagun Corporation | 321-223-5773 | 3210 Fiske Blvd. South | Rockledge | FL | 32955 |
| Baqir, Inc. | 281-445-1641 | 10102 Veterans Memorial | Houston | TX | 77038 |
| Naveen Enterprise, Inc. | 713-922-6624 | 7202 Windfern Rd | Houston | TX | 77035 |
| Amshan Enterprise, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |
| Rishan Enterprise, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |
| Ishan Enterprises, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |
| Imaya Enterprises, L.L.C. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77062 |
| Nasa Enterprises Inc | 713-922-6624 | 14327 Village Birch St. | Houston | TX | 77062 |
| NBK Enterprise, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |
| N/K Group, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |
| Clay Investment, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |

| Claimant | Phone Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| RSV, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |
| Asisha Enterprises, Inc. | 713-922-6624 | 6200 Savoy Dr. Ste 638 | Houston | TX | 77036 |
| Perdido Key Hospitality, Inc | 850-393-1269 | 7194 Pensacola Blvd. | Pensacola | FL | 32305 |
| Sai Rama Investment Group LLC | 956-535-0709 | 1821B W. Tyler Ave. | Harlingen | TX | 78550 |
| Span Investment Group, LLC | 956-535-0709 | 1945 N Expressway # 7783 | Brownesville | TX | 78520 |
| Shiv Tej LLC | 956-535-0709 | 713 N Expressway | Brownesville | TX | 78520 |
| Sarweshwari LLP | 956-535-0709 | 1147 E. Levee St | Brownesville | TX | 78520 |
| Rasvin Investment, Inc. | 956-535-0709 | 2257 Central Blvd. | Brownesville | TX | 78520 |
| Shiv O Hum, LLC | 956-535-0709 | 1411 State Hwy 100 | Laguna Vista | TX | 78578 |
| Pankaj Patel | 956-535-0709 | 325 N. EXPY. 77 | Harlingen | TX | 78552 |
| Port Aransas Lodging, Inc. | 832-545-6660 | 5820 Katy Freeway | Houston | TX | 77007 |
| Sandhu Pa Investment, LLC | 209-810-5667 | 5748 E. Highway 83 | Rio Grande City | TX | 78582 |
| RGC Hospitality, LLC | 209-810-5667 | 5748 E. Highway 83 | Rio Grande City | TX | 78582 |
| P R P Harwin Enterprise, LLC | 832-277-8635 | 10301 Harwin Dr., #8 | Houston | TX | 77036 |
| Brazoria Hospitalities, Inc. | 806-282-2644 | 119 W 17th St. | Dumas | TX | 79029 |
| Webster Hotel, L.L.C. | 281-793-2638 | 302 W. Bay Area Blvd. | Webster | TX | 77598 |
| Highrise Ventures, Ltd. | 956-661-0800 | 1317 W. Hackberry Ave | Mcallen | TX | 78501 |
| San Benito Properties, Ltd. | 956-661-0800 | 1317 W. Hackberry Ave | Mcallen | TX | 78501 |
| Kasan RGV Investments | 956-661-0800 | 1317 W. Hackberry Ave | Mcallen | TX | 78501 |
| Kasan Ringold | 956-661-0800 | 1317 W. Hackberry Ave | Mcallen | TX | 78501 |
| Vinod Builders, Inc. | 956-661-0800 | 1317 W. Hackberry Ave | Mcallen | TX | 78501 |
| Govind, L.L.C. | 956-455-4472 | 3010 Sunshine | Harlingen | TX | 78550 |
| Highland Enterprises, Inc. | 832-814-3751 | 16414 Stuebner Airline | Spring | TX | 77379 |
| Dobbin Business, Inc. | 832-814-3751 | 29910 Dobbin Hufsmith Rd. | Magnolia | TX | 77354 |
| Akshar Inc. of Live Oak | 3866884365 | 969 Ohio Ave N | Live Oak | FL | 32060 |
| Lajarbor, Ltd. | 956-761-4951 | PO Box 2338 | South Padre Isle | TX | 78597 |
| Dudhima, Inc. | 361-726-7096 | 2602 Highway 35 N | Rockport | TX | 78382 |
| Ramachandran Raju | 956-343-6367 | 1500 Gulf Blvd. | South Padre Island | TX | 78597 |
| MILAN LODGING GROUP, L.L.C. | 832-423-3048 | 6623 Harwin | Houston | TX | 77036 |
| ARJUN LODGING GROUP, INC. | 832-423-3048 | 1470 S 35 Bypass | Houston | TX | 77511 |
| GREADWOOD LODGING GROUP, INC. | 832-423-3048 | 6630 East River Pk | Sugar Land | TX | 77479 |
| MUA, L.L.C. | 832-423-3048 | 9317 W Sam Houston Pkway | Houston | TX | 77099 |
| VILLAGER LODGING GROUP, L.L.C. | 832-423-3048 | 5858 Hillcroit | Houston | TX | 77036 |
| Chidatma Inc | 713-862-6360 | 6677 Westcott St | Houston | TX | 77007 |
| Ramesh Bhakta | 956-689-5531 | 1800 S Expressway 99 | Raymondville | TX | 78580 |
| Venus Sales, LP | 281-948-1729 | 11875A Bissonett Street | Houston | TX | 77099 |
| Richard Stockton Photography | 956-761-1355 | PO Box 3893 | South Padre Island | TX | 78597 |
| RTC Properties Inc | 956-638-3333 | 2006 S Main St. | Mcallen | TX | 78503 |

| Claimant | Phone Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| South Main Street Properties II, Ltd. | 956-638-3333 | 2006 S Main St. | Mcallen | TX | 78503 |
| Harbor Point, Ltd. | 956-638-3333 | 2006 S Main St. | Mcallen | TX | 78503 |
| Z & R Enterprises,Inc. | 281-914-2106 | 2111 Fannin Street | Houston | TX | 77002 |
| Shali Enterprises, Inc. | 281-914-2106 | 19714 Saums Road | Houston | TX | 77084 |
| Noorain, Inc. | 281-914-2106 | 14098 Memorial Drive | Houston | TX | 77079 |
| Sultan Khowaja | 281-914-2106 | 42 Dorothea Lane | Sugar  Land | TX | 77479 |
| Neat Cleaner Inc | 281-914-2106 | 8925 Fall Brook Drive | Houston | TX | 77064 |
| Saarang Rama | 956-454-1230 | 2120 El Paseo Street #2306 | Houston | TX | 77054 |
| Shree Sant Krupa Properties, Ltd. | 956-454-1230 | 5701 Padre Blvd. | South Padre Island | TX | 78597 |
| Mahesania Business, Inc. | 281-487-3330 | 2430 E. Sam Houston Pkwy | Pasadena | TX | 77503 |
| Purusharth Inc | 813-675-7404 | 2101 K-ville Ave. | Auburndale | FL | 33823 |
| Shaver Street, Inc. | 832-283-1255 | 2219 Hwy 90 | Crosby | TX | 77532 |
| Casa India | 956-821-8985 | 109 S. Main St. | McAllen | TX | 78501 |
| Gaytry LLC | 956-499-7723 | 709 E. Business 83 | Weslaco | TX | 78596 |
| Wood Port, Inc. | 832-283-1255 | 2665 Reed Rd. | Houston | TX | 77051 |
| Sunset Store, Inc. | 832-283-1255 | 607 Hwy 90 West | Dayton | TX | 77535 |
| Richey Express, Inc. | 832-283-1255 | 902 W. Pasadena Fwy | Pasadena | TX | 77506 |
| G & KMS, Inc | 863-648-0294 | 6915 S. Carter Rd. | Lakeland | FL | 33813 |
| Sultan Khowaja | 281.236.6288 | 42 Dorothea Lane | Sugar  Land | TX | 77479 |
| Noreen Enterprises, LLC | 281.236.6288 | 42 Dorothea Lane | Sugar  Land | TX | 77479 |
| Shreeji Bapa Krupa 1, LLC | 352-402-9191 | 18353 N. US Hwy 304 | Citra | FL | 32113 |
| Shreeji Bapa Krupa LLC | 407-701-2544 | 6965 N. US Hwy 27 | Ocala | FL | 34482 |
| Dolphin Deck, Inc. | 956-761-7986 | P.O. Box 2167 | South Padre Island | TX | 78597 |
| JTS Hospitality Resources Inc. | 727-288-2439 | PO Box 2223 | Easley | SC | 29641 |
| Bharti Corporation | 972-523-7047 | 631 S. Columbia Dr. | West Columbia | TX | 77486 |
| Light House Golf Academy | 713-412-8796 | 12323 Katy Freeway | Houston | TX | 77079 |
| MLK Lodging Group, LLC | 832-594-4899 | 4821 South Loop E | Houston | TX | 77033 |
| Sun 2 LLC | 3524029191 | 11035 W. Hwy 40 | Ocala | FL | 34482 |
| Vikas Desai | 979-533-9240 | 10247 Highway 59 North | Wharton | Tx | 77488 |
| Shakti Lodging Group, L.L.C. | 832-594-4899 | 1340 West Sam Houston Pkwy North | Houston | TX | 77043 |
| Jay Dalwadi | 832-372-4460 | 2 Azalea Trail Lane | Bellaire | TX | 77401 |
| Harish C Dalwadi Etal | 832-372-4460 | 707 S. Washington Ave. | Cleveland | TX | 77327 |
| Texhrsh Mataji LLC | 713-570-8556 | 106 Lisa Lane | Sugarland | TX | 77479 |
| RakhiRi LLC | 337-274-1148 | 3727 Kingston St | Lake Charles | LA | 70605 |
| Shrimad, L.L.C. | 337.540.6834 | 5390 HIGHWAY 90 E | Lakes Charles | LA | 70615 |
| Hot Wells Inv., Ltd. | 956-661-0800 | 1317 E. Hackberry Ave. | McAllen | TX | 78501 |
| Anil Investment Group, L.L.C. | 409-682-1002 | 2655 Interstate 10 E | Orange | TX | 77630 |
| Veenalaxmi LP. | 281.627.1709 | 17011 East Fwy | Channelview | TX | 77530 |

| Claimant | Phone Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| Veda Hospitality, LLC | 941-232-1960 | 8323 Barton Farm Blv. | Sarasota | FL | 34240 |
| Jubilee Universal, Inc. | 281-825-2207 | 20018 Glen Lake Dr | Spring | TX | 77388 |
| Sailila Hospitality, Inc. | 409 223 8635 | 6630 Hoover St | Houston | TX | 77092 |
| Sanmukh Patel | 352-372-1880 | 1900 sw 13th street | Gainesville | FL | 34206 |
| Alpeshkumar Patel | 713-505-6560 | 3625 Tidwell Rd. | Houston | TX | 77093 |
| Haresh Patel | 386-366-3961 | 315 Bellvue Ave. | Ft. Myers | FL | 32114 |
| Jiteshkumar M Patel | 321-987-5962 | 4505 W. New Haven Ave. | W. Melbourne | FL | 32904 |
| Naynaben Patel | 321-987-5962 | 4505 W. New Haven Ave. | W. Melbourne | FL | 32904 |
| Lata Lalbhai | 237-537-3295 | 3451 Tamiami Trl. | Naples | FL | 34112 |
| Mehul Hasmukh Patel | 281-870-0606 | 13702 Stampford Dr. | Houston | TX | 77077 |
| Amar Patel | 305-395-5926 | 18390 SW 232nd St. | Miami | FL | 33170 |
| Dakshaben Patel | 305-395-5926 | 600 S. Krome Ave. | Homestead | FL | 33030 |
| Sudhirkumar Patel | 305-395-5926 | 600 S. Krome Ave. | Homestead | FL | 33030 |
| Usha Upadhyay | 386-255-6511 | 749 S. Ridgewood Ave. | Holly Hill | FL | 32117 |
| Rajesh Patel | 386-341-1427 | 810 S. Ridgwood Ave. | Daytona Beach | FL | 32114 |
| Shakuntaluben Patel | 386-341-1430 | 650 S. Yonge St. | Ormond Beach | FL | 32174 |
| Manjula Patel | 386-679-0616 | 1234 S. Ridgewood Ave. | Daytona Beach | FL | 32114 |
| Sanat Patel | 386-679-0616 | 1234 S. Ridgewood Ave. | Daytona Beach | FL | 32114 |
| Nelson Garcia | 305-642-9113 | 929 NW 23 Ct | Miami | FL | 33125 |
| Dina Patel | 832-754-2759 | 14720 State Highway 249 | Houston | TX | 77086 |
| Michael Guadiz | 281-414-8896 | 15000 Philippine St Apt 1209 | Houston | TX | 77040 |
| Snehaben Tanna | 979-479-2544 | 648 Grossmore Park | Nashville | TN | 37211 |
| Bhitti Patel | 727-656-7867 | 2003 S Frontage Rd | Plant City | FL | 33563 |
| Piyush Patel 1 | 727-642-4120 | 875 94th Ave. N | St. Petersburg | FL | 33702 |
| Hansa Patel | 386-341-1427 | 810 S. Ridgwood Ave. | Daytona Beach | FL | 32114 |
| Rohit Upadhyay | 386-255-6511 | 749 Ridgewood Ave. | Hollyhill | FL | 32117 |
| Tarun Patel | 239-357-1006 | 13000 N. Cleveland Ave. | N. Fort Myers | FL | 33903 |
| Hitesh Patel | 409-291-2695 | 657 Highway 165N | Oakdale | LA | 71453 |
| Rajal Patel | 251-786-0349 | 11149 Coniston Way | Windermere | FL | 34786 |
| Navnit Patel | 305-299-7110 | 2805 Fariways Dr. | Homestead | FL | 33035 |
| Vina M. Patel | 239-699-5021 | 1547 North Tamiami Trail | Ft. Myers | FL | 33903 |
| Pinal Patel | 239-822-1380 | 504 East Main Street | Immokalee | FL | 34142 |
| Mitul A. Patel | 239-699-5021 | 1547 North Tamiami Trail | Ft. Myers | FL | 33903 |
| Keyur Patel | 239-822-1380 | 504 East Main Street | Immokalee | FL | 34142 |
| Jorge Perez | 786-393-7639 | 16032 SW 64 Terrace | Miami | FL | 33193 |
| Jyri Quinland | 954-505-1479 | 9900 NW 8th Ave | Miami | FL | 33150 |
| Mahesh Patel | 239-699-5021 | 1547 North Tamiami Trail | Ft. Myers | FL | 33903 |