READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

**District Court**
United States District Court, Eastern District of Louisiana

**District Court Docket Number**
2:10-md-02179-CJB-SS c/w 2:11-cv-00826

**Short Case Title** In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Court Reporter**

**Date Notice of Appeal Filed by Clerk of District Court** 05/22/2013

**Court of Appeals #** _____ (If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**

☒ No hearings
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☐ This is to order a transcript of the following proceedings: (check appropriate box)

Voir dire ☐; Opening statement of plaintiff ☐; defendant ☐;
Closing argument of plaintiff ☐; defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds;     ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds;
☒ Other   No costs due – no hearings.

**Signature** [signed]
**Print Name** Scott E. Silbert; Silbert, Garon, Pitre & Friedman
**Address** 909 Poydras Street, Suite 2130, New Orleans, LA 70112

**Date Transcript Ordered** n/a
**Counsel for** DuWayne Mason
**Phone Number** +1 (504) 581-6200

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

**Date** _____    **Signature of Court Reporter** _____    **Telephone** _____
**Address of Court Reporter:** _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

---

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

**Actual Number of Pages** _____    **Actual Number of Volumes** _____

___ Fee
___ Process
_x_ Dktd
___ CtRmDep
___ Doc. No.

**Date** _____    **Signature of Court Reporter** _____

DKT-13 (5/96) modified 01/05 WDTX

# SILBERT, GARON, PITRE & FRIEDMAN
## Attorneys at Law

Scott E. Silbert [1]
R. Justin Garon
W. Gregory Merritt
David P. Pitre [2]
Jonathan P. Friedman

909 Poydras Street, Suite 2130
New Orleans, Louisiana 70112
Telephone: (504) 581-6200
Fax: (504) 584-5270

www.silbertgaron.com

13506 Washington Avenue, Suite G
Gulfport, Mississippi 39507
Telephone: (228) 822-2404
Toll Free: (800) 890-2227
Fax: (228) 822-9942

[1] Also admitted in Colorado
[2] Also admitted in Mississippi

**Please reply to: NEW ORLEANS**

scott@sgpflaw.com

May 22, 2013

Lyle W. Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place, Room 115
New Orleans, LA 70130

> Re:   In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
> in the Gulf of Mexico, on April 20, 2010
> USDC-EDLA No. 2:10-md-02179-CJB-SS; and,
>
> DuWayne Mason v. Seacor Marine, LLC
> USDC-EDLA No. 2:11-cv-00826

Dear Sir/Madam:

Enclosed is a copy of the Transcript Order in regards to the above-captioned matter.

With best regards, we remain,

Respectfully,

SCOTT E. SILBERT

SES:kb
Enclosure
cc:   United States District Court, Eastern District, w/Enclosure
      Mr. DuWayne Mason, w/Enclosure
      Mr. James E. Messer, Jr., w/Enclosure
      Mr. Gary Hemphill, w/Enclosure
      Mr. Joseph P. Tynan, w/Enclosure
      Mr. Don K. Haycraft, w/Enclosure