# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 21, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30221,  In Re: Deepwater Horizon  
        USDC No. 2:10-MD-2179  
        USDC No. 2:12-CV-968  
        USDC No. 2:12-CV-970

[FILED STAMP: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED MAY 21 2013 WILLIAM W. BLEVINS CLERK]

The court has taken the following action in this case:

Granting motion of Medical Benefits Settlement Class to be recognized as parties in interest (Appellee).

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: /s/ Connie Brown  
                Connie Brown, Deputy Clerk  
                504-310-7671

Mr. William W. Blevins  
Mr. Andrew Baker Bloomer  
Mr. Robert C. Mike Brock  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Timothy A. Duffy  
Mr. Jeremy D. Friedman  
Mr. Richard Cartier Godfrey  
Mr. Ethan Peter Keith Greene  
Mr. Don Keller Haycraft  
Mr. James Peter Joseph I  
Mr. James Andrew Langan  
Ms. Elizabeth A. Larsen  
Mr. Jason Luke Melancon  
Mr. Steven Andrew Myers  
Mr. Joseph Darrell Palmer  
Ms. Ellen K. Reisman

                              ___ Fee  
                              ___ Process  
                              _X_ Dktd  
                              ___ CtRmDep  
                              ___ Doc. No.