UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010        MDL NO. 2179

SECTION "J"

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Elmer, et al v. BP, PLC, et al, No. 10-1515*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing, unopposed Motion to Withdraw and Substitute Counsel of Record:

IT IS ORDERED that Sidney D. Torres, III, Gerald E. Meunier, Anthony G. Buzbee, and Walter Leger, be allowed to withdraw and that Kenneth H. Hooks, III of the law firm of Dodson, Hooks & Frederick be substituted, as counsel of record for plaintiff Charles C. Elmer in the captioned matter, and that copies of all notices and pleadings that are required to be served on counsel of record for this plaintiff hereafter shall be served on Kenneth H. Hooks, III of the law firm of Dodson, Hooks & Frederick. This does not relieve substituting counsel of its duty to to comply with Pretrial Order No. 12 (Rec. Doc. 600), regarding electronic service, or any other orders or rules of this Court.

New Orleans, Louisiana this 5th day of June, 2013.

_____
United States District Judge