UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CAMERON'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO COMPEL LIBERTY TO COMPLY WITH THIS COURT'S SUPPLEMENTAL ORDER DATED MAY 9, 2013

Plaintiff Cameron International Corporation ("Cameron") respectfully moves the Court for leave to file its Supplemental Memorandum in Further Support of its Motion to Compel Liberty to Comply with this Court's Supplemental Order Dated May 9, 2013. Cameron's Supplemental Memorandum advises the Court of recent deposition testimony that is relevant to Cameron's pending Motion to Compel.

Accordingly, Cameron requests that the Court grant its Motion for Leave and permit Cameron to file its Supplemental Memorandum in Further Support of its Motion to Compel Liberty to Comply with this Court's Supplemental Order Dated May 9, 2013.

1128468v1

Dated: June 5, 2013

Respectfully submitted,

　/s/ Phillip A. Wittmann　
Phillip A. Wittmann, 13625
　　pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
　　cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's Motion For Leave to File a Supplemental Memorandum In Further Support Of Its Motion To Compel Liberty Insurance Underwriters Inc. To Comply With This Court's Supplemental Order, dated May 9, 2013 has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of June, 2013.

　/s/ Phillip A. Wittmann　

1128468v1