UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * | Civil Action No. 10-2771 MDL No. 2179 |
| THIS DOCUMENT RELATES TO: IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | Section: J |

_____

## MOTION FOR LEAVE TO FILE AN ANSWER AND CLAIM IN THE LIMITATION BEYOND THE MONITION DATE

**NOW COME CLAIMANTS,** Douglas Acton and all other claimants listed in Exhibit A, through undersigned counsel, who respectfully move for leave to file an Answer and Claim in the Limitation beyond the monition date.

**WHEREFORE** Claimants respectfully pray for an order granting leave to file an Answer and Claim in the Limitation beyond the monition date.

This 3rd day of June, 2013

Respectfully submitted,

   /s/ Steven L. Nicholas_____
**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com

**Allison E. White,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aew@cunninghambounds.com