**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the "DEEPWATER          *
HORIZON" IN THE GULF OF MEXICO
ON APRIL 20, 2010                           *          Civil Action No. 10-2771
                                                       MDL No. 2179
THIS DOCUMENT RELATES TO:                   *          Section: J
IN RE: TRITON ASSET LEASING GmbH
Case No. 2:10-cv-02771-CJB-SS               *
_____

**ORDER**

      **CONSIDERING** CLAIMANTS Douglas Acton and all other Claimants listed on Exhibit

A's Motion for Leave to File an Answer and Claim in the Limitation beyond the monition date:

      **IT IS ORDERED** that Claimants be and are hereby granted leave to file an Answer and

Claim in the Limitation.

      **SIGNED** in New Orleans, Louisiana, this _____ day of _____, 2013.

_____