UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** <br> No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave by Cameron to file a Supplemental Memorandum in Further Support of its Motion to Compel Liberty to Comply with this Court's Supplemental Order Dated May 9, 2013;

IT IS ORDERED that Plaintiff Cameron International Corporation be and is hereby granted leave to file its Supplemental Memorandum.

New Orleans, Louisiana, this  6th  day of June, 2013.

_____
United States Magistrate Judge

1128468v1