UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | * |  |
| "DEEPWATER HORIZON" in the | * | SECTION: J |
| GULF OF MEXICO, on | * |  |
| APRIL 20, 2010 | * |  |
|  | * |  |
|  | * |  |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| Case No. 2:13-cv-01878 | * |  |
| *Pan Ocean Specialty Machine, LLC v. BP, et al.* | * | MAG. JUDGE SHUSHAN |
|  | * |  |

*********************************************

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, PAN OCEAN SPECIALTY MACHINE, LLC, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,

/s/ Rhon E. Jones
Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, PC
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
rhon.jones@beasleyallen.com

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36104
(334) 269-2343

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of June, 2013.

/s/ Rhon E. Jones
OF COUNSEL