UNITED STATES DISTRICT COURT
[Eastern District of Louisiana]

In Re:  Oil Spill by the Oil Rig            )           MDL No.      2179
        "Deepwater Horizon" in the         )
        Gulf of Mexico, on April 20, 2010  )           Section: J

This document Relates to : 13-CV-2323              Judge Barbier
                                                    Mag. Judge Shushan

## MOTION FOR INTERVENTION

Please take notice that the intervenor plaintiffs **Jon Douglas Ferguson, Amy Ferguson, Mary Holley, Judy Clewis, Jenny Jetten, Azalea City Mortgage, Inc. - Lance Ward, Hamilton Mortgage Corporation, Tammy Stevens-Scarcliff, First Choice Funding, Inc., Dola Patronas, Colin Patronas, Phyllis Parker-Rosen, Zack Rogers III** and who are set out in the two attached Intervention Complaints hereby move this Court for an order granting them leave to intervene in the above-captioned case as intervener plaintiffs pursuant to Federal Rules of Civil Procedure 24 as a matter of permission at the discretion of the court or otherwise and to permit plaintiff interveners to have the attached Complaints entered.

This motion is made on the grounds the plaintiff interveners have significant legally protectable interest that relate to the subject of this action and that their claims are essentially the same or identical to the claims of the plaintiffs in the primary case 13-CV-2323.

Where appropriate, intervention saves judicial time by having like matters handled in a common forum which is particularly appropriate to class cases.  This action in particular is a tag along action and all of the plaintiffs have filed short form joinders in addition to the tag along action.

In this case, the intervenor is acting with the consent of the original plaintiffs' attorneys, the parties have similar if not identical issues to their cases and filing a separate action would not be the most effective way of joining the claims. Specifically the underlying case and the intervenor complaint covers mortgage broker type cases having a nexus in Alabama who have common issues of law and fact.

The defendants are not inconvenienced since they have to deal with the claims of the plaintiffs under the existing mdl but the separate tag along action (13-CV-2323) allows for the cases with common facts arising out of the same jurisdiction to be handled together.

This motion is timely.  As of June 5th, 2013 the file was not on lexis for service and this delays service in conjunction with the court's pretrial orders.

Counsel for intervener plaintiff has contacted the plaintiff's steering committee (PSC) who responded that they had no position related to this motion.

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

01886 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MOTION FOR INTERVENTION** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 6th day of June 2013.

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER