UNITED STATES DISTRICT COURT
[Eastern District of Louisiana]

In Re: Oil Spill by the Oil Rig            )            MDL No.      2179
"Deepwater Horizon" in the                 )
Gulf of Mexico, on April 20, 2010          )            Section: J

This document Relates to : 13-CV-2323                   Judge Barbier
                                                        Mag. Judge Shushan

### CERTIFICATE OF NON SUPPORT

Please take notice that the intervenor plaintiffs **Jon Douglas Ferguson, Amy Ferguson, Mary Holley, Judy Clewis, Jenny Jetten, Azalea City Mortgage, Inc. - Lance Ward, Hamilton Mortgage Corporation, Tammy Stevens-Scarcliff, First Choice Funding, Inc., Dola Patronas, Colin Patronas, Phyllis Parker-Rosen, Zack Rogers III** and set out in the two attached Intervention Complaints hereby move this Court for an order granting them leave to intervene in the above-captioned case as intervener plaintiffs pursuant to Federal Rules of Civil Procedure.

Counsel for intervener plaintiff has contacted the plaintiff's steering committee (PSC) who

responded that they had no position related to this motion.

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

01886 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION FOR INTERVENTION** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 5th day of June 2013.

/s/Gregory Friedlander_____

GREGORY M. FRIEDLANDER