UNITED STATES DISTRICT COURT
**[Eastern District of Louisiana]**

| | | | |
|---|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL No. | 2179 |
| | | Section: J | |
| This document Relates to : 13-CV-2323 | | Judge Barbier Mag. Judge Shushan | |

**[Proposed] ORDER**

The Court having considered all of the pleadings and finding good cause, hereby orders that the motion of applicants to intervene in the above-captioned matter is hereby granted. The Intervenor Complaints as AMENDED in the motion to intervene filed June 6, 2013 are allowed and entered in this cause. It is so ordered.

Dated:_____                    _____