# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*      JUDGE BARBIER
     MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Working Group Conference on Friday, May 31, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

## NON-PHASE TWO MATTERS

1. **BP's request for authorization to dispose of samples.**

   BP and the U.S. are discussing the U.S. objections to BP's request for authorization to dispose of samples. It will be removed from the agenda. BP shall notify the Court when it should be returned to the agenda.

2. **Michoud lease**.

   A decision on the Michoud lease is deferred until June 28. The lease expires on October 1, 2013.

3. **NOAA information**.

   The U.S. is working with BP on a draft order.

4.      **Master list of exhibits for deposition bundles**.

InData furnished the PSC with a master list of exhibits for all of the deposition bundles. After a final review by the parties, the Court will file it in the record.

5.      **Halliburton's request for authorization to dispose of certain materials**.

If there is no objection by June 7 to Halliburton's request for authorization to dispose of certain material used in the relief well operations for the Macondo Well, Halliburton shall submit a proposed order to the Court.

## PHASE TWO PREPARATION

1.      **Deposition designations**.

The U.S. reported continued progress on the deposition designations.

2.      **Exhibit list issues**.

After the conference, the U.S. reported agreement on the following schedule and procedures.

06/03/13      US will distribute a list of exhibits that it has identified as duplicates, with a recommendation regarding which exhibit from each set of duplicates should be the exhibit used by all parties; parties to review lists, suggest changes; telephonic meet-and-confer to be held **June 17**, additional meet-and-confers to be held as necessary.

06/24/13      Parties will stipulate to an agreed list of duplicates, an agreed selection of one exhibit per set of duplicates, and an agreement that foundation citations and objections as to every exhibit in a set of duplicates apply to the exhibit selected from that set of duplicates.

07/15/13      Optional deadline for parties to exchange lists of exhibits from 1st and 2nd installments with objections remaining, for which parties would like others to reconsider their objections in light of previous rulings and previous withdrawals of objections; telephonic meet-and-confer to be held **July 22**, additional meet-and-confers to be held as necessary.

08/09/13      Exchange and file final exhibit lists.

08/16/13      Objections to good faith trial exhibit list – third installment.

8/16-23/13    Parties meet and confer on all remaining exhibit list issues (including one in-person meet-and-confer in New Orleans, proposed date: **August 20**).

8/29/13      Redact and de-confidentialize listed exhibits that have been marked confidential based on the presence of personally identifying information; parties asserting claims that listed exhibits contain "coke formula" confidential information should make such designations.

08/29/13     Optional motions on 3rd installment exhibits where a party has asked the objecting party to reconsider an objection during the meet and confer and the objection to the exhibit still remains, and 1st or 2nd installment exhibits where a party has asked the objecting party to reconsider the objection based on prior rulings or prior withdrawals of objections and the objection to the exhibit remains.

09/04/13     Responses to motions filed on 8/29/13 (limited to 10 pages double spaced).

09/06/13     Replies in support of motions filed on 8/29/13 (limited to 3 pages double spaced).

**3.     <u>Crime-fraud.</u>**

The selection criteria issue is submitted.

**4.     <u>Second Installment - Phase Two exhibit lists and objections</u>.**

The issue regarding the admissibility of TREX-09088 is submitted.

**5.     <u>Dr. Tom Hunter</u>.**

The tentative date for the one day deposition of Dr. Hunter is Monday, July 8.

**6.     <u>Hans Vaziri software</u>.**

An order was issued on the non-disclosure provisions governing Dr. Vaziri's software, the ENHANS software (Rec. doc. 10275).  The deadline for an appeal of the order is extended to **Thursday, June 6.**  The U.S. filed a motion to exclude expert testimony.  Rec. doc. 10274.  If the U.S. decides to treat its motion as an appeal of the order, it shall notify the Court.

7.    **Curtis Whitson production and deposition**.

The U.S. and BP reported on the production of information in a certain format.  The issue is not resolved.  The U.S. is concerned about possible prejudice to it because the issue is not resolved.

The Whitson deposition is set for July 18 and 19.  BP is unable to move the deposition to any of the dates sought by the U.S.  BP will make a counter-proposal.

8.    **Allocation of examination time**.

Orders were issued for the allocation of examination time at the depositions of experts.

9.    **Expert schedule**.

BP requested that Dr. Marchand's deposition be scheduled for Houston rather than New Orleans.  The U.S. did not object.  There is an issue concerning a report for Dr. Marchand.  If the parties are unable to resolve the issue, it will be presented to the Court in the early part of the week of June 3.

There were no other issues with the schedule for the depositions of experts.

10.   ***In Camera* submission on dispositive motions and motions in limine**.

Submissions were received from Anadarko, the U.S., BP, Transocean and Halliburton.

11.   **MDL 2185 request for Phase Two expert reports**.

There were no objections to the PSC's request for authorization to provide MDL 2185 counsel with the reports of source control and quantification experts.  The PSC is authorized to provide the reports of Phase Two experts to MDL 2185 counsel subject to the same conditions under which reports of Phase One experts were provided to MDL 2185 counsel.

12.     **Phase Two trial**.

The Court reported that in lieu of opening statements, Judge Barbier will require each party to submit a 10 page opening statement about 14 calendar days in advance of the trial.  BP is working on an order for the presentation of evidence.

Judge Barbier is considering limitation of witnesses (even by deposition).  He has also mentioned having the Phase Two case submitted in writing.  The parties asked for resolution of this issue before the depositions of experts.

After the conference, the matter was discussed with Judge Barbier.  He will not change the procedure for calling witnesses live at trial.  The parties will be permitted to call live witnesses. Judge Barbier cautions that the number of witnesses (especially cumulative expert testimony) may be limited and he may impose time limits on the examination of the witnesses.  Witnesses become unavailable to testify at the trial for various reasons.  Accordingly, parties proceed at their own risk in choosing not to ask questions during a deposition.

13.     **Transocean and Halliburton motion for partial summary judgment**.

The deadline for Transocean and Halliburton to file motions for summary judgment to enforce BP's release of certain claims is June 28.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| 06/07/13 | WGC meeting at 9:30 a.m. |
| 06/14/13 | WGC meeting at 9:30 a.m. |
| 06/21/13 | WGC meeting at 9:30 a.m. |
| 06/27/13 | Status Conference before Judge Barbier (Rec. doc. 10279). |
| 06/28/13 | WGC meeting at 9:30 a.m. |

07/05/13          No Conference

07/12/13          WGC meeting at 9:30 a.m.

07/19/13          WGC meeting at 9:30 a.m.

07/26/13          WGC meeting at 9:30 a.m.

08/02/13          No Conference

08/09/13          WGC meeting at 9:30 a.m.

08/16/13          WGC meeting at 9:30 a.m.

08/23/13          WGC meeting at 9:30 a.m.

08/29/13          No Conference

**Thursday, September 5, 2013, at 9:00 a.m.  Phase Two Final Pre-Trial Conference**

09/06/13          WGC meeting at 9:30 a.m.

09/13/13          WGC meeting at 9:30 a.m.

**09/16/13          Commencement of Phase Two Trial**

**All Saturdays are email free days.**

New Orleans, Louisiana this 6th day of June, 2013.

_____

**SALLY SHUSHAN**
**United States Magistrate Judge**

6