UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION J, DIVISION 1 |
| THIS DOCUMENT RELATES TO: *2:13-cv-01335* | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*******************************************

## CORPORATE DISCLOSURES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, A&L SALES, INC., who, pursuant to Fed. R. Civ. P. 7.1, submits its Corporate Disclosures, which are attached hereto as Exhibit A.

    Respectfully Submitted,

    /s/ Christine E. Sevin, Esq.
    Walter J. Leger, Jr., Esq., 08278, "T.A."
    Franklin G. Shaw, Esq., 01594
    Christine E. Sevin, Esq., 32683
    LEGER & SHAW
    600 Carondelet Street, Floor 9
    New Orleans, Louisiana 70130
    Telephone: (504) 588-9043
    Facsimile: (504) 588-9980
    Email: csevin@legershaw.com

    **Counsel for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of June, 2013.

        /s/ Christine E. Sevin, Esq.
        Christine E. Sevin, Esq.