UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **A&L SALES, INC.** | * | **CIVIL ACTION NO. 2:13-cv-01335** |
| | * | |
| vs. | * | |
| | * | |
| **BP EXPLORATION & PRODUCTION INC.;** | * | |
| **BP AMERICA PRODUCTION COMPANY;** | * | **SECTION J, DIVISION 1** |
| **BP P.L.C.; TRANSOCEAN LTD.;** | * | |
| **TRANSOCEAN OFFSHORE DEEPWATER** | * | |
| **DRILLING, INC.; TRANSOCEAN** | * | |
| **DEEPWATER, INC.; TRANSOCEAN** | * | **JUDGE BARBIER** |
| **HOLDINGS, LLC.; HALLIBURTON** | * | |
| **ENERGY SERVICES, INC.; AND SPERRY** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **DRILLING SERVICES, A DIVISION OF** | * | |
| **HALLIBURTON ENERGY SERVICES, INC.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1 CORPORATE DISCLOSURE

A&L SALES, INC.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

NONE
PARENT CORPORATIONS

NONE
PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

JUNE 6, 2013
DATE

Respectfully Submitted,

/s/ Christine E. Sevin, Esq.
Walter J. Leger, Jr., Esq., 08278, "T.A."
Franklin G. Shaw, Esq., 01594
Christine E. Sevin, Esq., 32683
LEGER & SHAW
600 Carondelet Street, Floor 9
New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: csevin@legershaw.com

**Counsel for Plaintiff**



EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **A&L SALES, INC.** | * | **CIVIL ACTION NO. 2:13-cv-01335** |
| | * | |
| vs. | * | |
| | * | |
| **BP EXPLORATION & PRODUCTION INC.;** | * | |
| **BP AMERICA PRODUCTION COMPANY;** | * | **SECTION J, DIVISION 1** |
| **BP P.L.C.; TRANSOCEAN LTD.;** | * | |
| **TRANSOCEAN OFFSHORE DEEPWATER** | * | |
| **DRILLING, INC.; TRANSOCEAN** | * | |
| **DEEPWATER, INC.; TRANSOCEAN** | * | **JUDGE BARBIER** |
| **HOLDINGS, LLC.; HALLIBURTON** | * | |
| **ENERGY SERVICES, INC.; AND SPERRY** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **DRILLING SERVICES, A DIVISION OF** | * | |
| **HALLIBURTON ENERGY SERVICES, INC.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1 CORPORATE DISCLOSURE

A&L SALES, INC.
NON-GOVERNMENTAL CORPORATE
PARTY TO THIS ACTION

NONE
PUBLICLY HELD COMPANY
THAT OWNS 10% OR MORE
OF THE PARTY'S STOCK

NONE
PARENT CORPORATIONS

JUNE 6, 2013
DATE

Respectfully Submitted,

/s/ Christine E. Sevin, Esq.
Walter J. Leger, Jr., Esq., 08278, "T.A."
Franklin G. Shaw, Esq., 01594
Christine E. Sevin, Esq., 32683
LEGER & SHAW
600 Carondelet Street, Floor 9
New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: csevin@legershaw.com

**Counsel for Plaintiff**



EXHIBIT A