UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig  　　　　　MDL NO. 2179
　　　"Deepwater Horizon" in the Gulf
　　　of Mexico, on April 20, 2010  　　　SECTION J

Applies to: *All Cases*  　　　　　　　　JUDGE BARBIER
　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Master List of Exhibits for Deposition Bundles for Phase One]**

InData has provided the parties and the Court with a master list of exhibits for the depositions bundles proffered at the trial of Phase One. InData provided the list in electronic form. It is headed "Deposition Bundles List." A hard copy of the list is attached.

IT IS ORDERED that:

The master list of exhibits attached to the deposition bundles submitted for Phase One and submitted to the Deputy Clerk in electronic form be filed into the record.

New Orleans, Louisiana, this 6th day of June, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**