UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRION PROPERTIES,** <br> A PARTNERSHIP IN COMMENDAM | CIVIL ACTION <br> NO. 2:13-cv-01029 |
| VERSUS | SECTION J, DIVISION 1 |
| BP EXPLORATION & PRODUCTION, INC., <br> BP AMERICA PRODUCTION COMPANY, <br> BP p.l.c., TRANSOCEAN Ltd., TRANSOCEAN <br> OFFSHORE DEEPWATER DRILLING, INC., <br> TRANSOCEAN DEEPWATER, INC., <br> TRANSOCEAN HOLDINGS, LLC, TRITON <br> ASSET LEASING GmbH and HALLIBURTON <br> ENERGY SERVICES, INC. | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT IN COMPLIANCE WITH FRCP 7.1 CORPORATE DISCLOSURE**

| | |
|---|---|
| **Brion Properties, Partnership in Commendam** <br> NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | NONE_____ <br> PARENT CORPORATIONS <br><br> NONE_____ <br> PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| 6/7/2013 <br> DATE | |

Respectfully submitted,

/s/ Jessica L. Ibert
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514 Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRION PROPERTIES,** <br> **A PARTNERSHIP IN COMMENDAM** | CIVIL ACTION <br> NO. 2:13-cv-01029 |
| **VERSUS** | SECTION J, DIVISION 1 |
| **BP EXPLORATION & PRODUCTION, INC.,** <br> **BP AMERICA PRODUCTION COMPANY,** <br> **BP p.l.c., TRANSOCEAN Ltd., TRANSOCEAN** <br> **OFFSHORE DEEPWATER DRILLING, INC.,** <br> **TRANSOCEAN DEEPWATER, INC.,** <br> **TRANSOCEAN HOLDINGS, LLC, TRITON** <br> **ASSET LEASING GmbH and HALLIBURTON** <br> **ENERGY SERVICES, INC.** | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT IN COMPLIANCE WITH FRCP 7.1 CORPORATE DISCLOSURE**

**Brion Properties, Partnership in Commendam**          **NONE**_____
NON-GOVERNMENTAL CORPORATE                              PARENT CORPORATIONS
PARTY TO THIS ACTION

                                                        **NONE**_____
                                                        PUBLICLY HELD COMPANY
                                                        THAT OWNS 10% OR MORE
6/7/2013                                                OF THE PARTY'S STOCK
DATE


                            Respectfully submitted,

                            /s/ Jessica L. Ibert
                            PAUL M. STERBCOW, T.A. (#17817)
                            IAN F. TAYLOR (#33408)
                            JESSICA IBERT (#33196)
                            Lewis, Kullman, Sterbcow & Abramson
                            601 Poydras Street, Suite 2615
                            New Orleans, Louisiana 70130
                            (504) 588-1500
                            (504) 588-1514 Facsimile
                            sterbcow@lksalaw.com
                            itaylor@lksalaw.com
                            jibert@lksalaw.com
                            Counsel for Plaintiff