UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRION PROPERTIES,** | CIVIL ACTION |
| **A PARTNERSHIP IN COMMENDAM** | NO. 2:13-cv-01029 |
| | |
| **VERSUS** | SECTION J, DIVISION 1 |
| | |
| **BP EXPLORATION & PRODUCTION, INC.,** | JUDGE BARBIER |
| **BP AMERICA PRODUCTION COMPANY,** | |
| **BP p.l.c., TRANSOCEAN Ltd., TRANSOCEAN** | MAGISTRATE JUDGE SHUSHAN |
| **OFFSHORE DEEPWATER DRILLING, INC.,** | |
| **TRANSOCEAN DEEPWATER, INC.,** | |
| **TRANSOCEAN HOLDINGS, LLC, TRITON** | |
| **ASSET LEASING GmbH and HALLIBURTON** | |
| **ENERGY SERVICES, INC.** | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT IN COMPLIANCE WITH FRCP 7.1 CORPORATE DISCLOSURE**

| | |
|---|---|
| **Brion Properties, Partnership in Commendam** | NONE_____ |
| NON-GOVERNMENTAL CORPORATE | PARENT CORPORATIONS |
| PARTY TO THIS ACTION | |
| | NONE_____ |
| | PUBLICLY HELD COMPANY |
| | THAT OWNS 10% OR MORE |
| 6/7/2013 | OF THE PARTY'S STOCK |
| DATE | |

Respectfully submitted,

/s/ Jessica L. Ibert
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514 Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRION PROPERTIES,** <br> **A PARTNERSHIP IN COMMENDAM** | **CIVIL ACTION** <br> **NO. 2:13-cv-01029** |
| **VERSUS** | **SECTION J, DIVISION 1** |
| **BP EXPLORATION & PRODUCTION, INC.,** <br> **BP AMERICA PRODUCTION COMPANY,** <br> **BP p.l.c., TRANSOCEAN Ltd., TRANSOCEAN** <br> **OFFSHORE DEEPWATER DRILLING, INC.,** <br> **TRANSOCEAN DEEPWATER, INC.,** <br> **TRANSOCEAN HOLDINGS, LLC, TRITON** <br> **ASSET LEASING GmbH and HALLIBURTON** <br> **ENERGY SERVICES, INC.** | **JUDGE BARBIER** <br><br> **MAGISTRATE JUDGE SHUSHAN** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STATEMENT IN COMPLIANCE WITH FRCP 7.1 CORPORATE DISCLOSURE**

| | |
|---|---|
| **Brion Properties, Partnership in Commendam** <br> NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | **NONE**_____ <br> PARENT CORPORATIONS <br><br> **NONE**_____ <br> PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| 6/7/2013 <br> DATE | |

Respectfully submitted,

/s/ Jessica L. Ibert
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514 Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com
Counsel for Plaintiff