## KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

| | | |
|---|---|---|
| Mark J. Nomellini<br>To Call Writer Directly:<br>(312) 862-2410<br>mark.nomellini@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

May 15, 2013

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re: MDL 2179 – BP's Letter Brief Regarding the Admissibility of TREX-009088

Dear Magistrate Judge Shushan:

  Pursuant to this Court's November 14, 2012 Order Regarding Phase Two Exhibit Lists and Evidentiary Objections (Rec. Doc. 7888), the United States has requested that TREX-009088 (attached as Exhibit A and described below) be excluded from evidence as irrelevant. That objection is without merit.

  TREX-009088 (attached as Exhibit A) is a January 2009 email chain among senior Minerals Management Service ("MMS") officials discussing a meeting that occurred in December 2008.  The exhibit shows that, in late 2008, MMS officials had discussed potential risks of deepwater  drilling.  This included a statement from MMS official Mike Connor noting that the MMS should consider requiring well operators to prepare additional containment measures before engaging in such drilling.  *See* TREX-009008 at 2 ("Warned HPHT locations may require proof of intervention capabilities as conditions of approval.")  The document provides confirmation that the MMS understood the risks of deepwater drilling before the Macondo Well was spudded, but chose to maintain the status quo, and did not require enhanced intervention capabilities, *i.e.*, capabilities beyond remote or indirect BOP activation and the drilling of relief wells, for deepwater wells until after the Macondo blow-out.  This is relevant to claims by third parties that attempt to put in issue the industry's preparations for deepwater blowouts, and more specifically whether BP's preparations for blowouts should create liability.

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
May 15, 2013
Page 2

      TREX-009088 thus easily satisfies the standards of FRE 401, which requires only that the evidence have "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence."  *See* F.R.E. 401; *see also U.S. v. Perez-Solis*; 709 F.3d 453, 464 (2013)  Evidence that government regulators considered and rejected requiring additional safety measures is highly relevant to rebutting claims that BP and other well operators failed to sufficiently prepare for deepwater blowouts, and is accordingly relevant to this litigation.

      Respectfully submitted,

      /s/ Mark Nomellini

      Mark Nomellini


cc (via electronic mail):

    Andrew Langan
    Don K. Haycraft
    R. Michael Underhill
    Steven O'Rourke
    Sarah D. Himmelhoch
    Steve Herman
    Anthony Irpino
    Defense Liaison Counsel
    Corey Maze
    Luther Strange

**Exhibit A**

From: Keck, Richard G
Sent: Thu Jan 15 15:55:57 2009
To: Olson, Karen; Henderson, Will D; Schilling, David A.; Sutton, Wayne L; Smart, John C; Driscoll, Pete; Walz, Gregory S
Subject: FW: MMS Meeting Report - GoM SPU Leadership Team meeting with MMS GoM Leadership Team
Importance: Normal
Attachments: BP GoM SPU LT Business Review with MMS 12-8-2008.doc

Just in case you don't get this directly from your line managers, note the comments in here about Kaskida, interventions and sub-sea vs. surface BOP for HPHT.

Lot's of visibility on those in the MMS.

Richard

---

From: Grant, James R
Sent: Thursday, January 15, 2009 8:40 AM
To: G GOM SPU ELT
Cc: Thomas, Larry; Powers, Marti D.; Adamson, Terry J; Gerwing, William E.; St John, Karen; Miller, Brian W; G GOM D&C HSE SPU Regulatory BP; G GOM D&C HSE SPU Regulatory CT
Subject: RE: MMS Meeting Report - GoM SPU Leadership Team meeting with MMS GoM Leadership Team

Folks,

A key element of our OMS Privilege to Operate and GoM SPU Advocacy Plan is to ensure BP develops and sustains productive relationships with our regulators. On December 8, 2008, Neil Shaw, Richard Morrison, Dave Rainey and Dan Replogle met with the MMS Gulf of Mexico Leadership Team. Below and attached is the meeting report and after action items. The objective of the meeting was to further establish high level relationships with one of our key regulators and to review the BP GoM SPU Long Term Plan and strategy for our exploration, development and production activities in the GoM for the next 5 or so years.

**MMS Meeting Date:** December 8, 2008

**Attendees:**

MMS: Lars Herbst, Regional Director; Mike Prendergast, Chief of Staff; Dave Marin, Regional Supervisor, Resource Evaluation; Bob Sebastian, Deputy Regional Supervisor, Leasing and Environment; Richie Baud, Deputy Regional Supervisor, Production and Development; Troy Trosclair, Deputy Regional Supervisor, Field Operations (Districts); Mike Conner, Chief, Technical Assessment; B. J. Kruse; Chief, Structures; Russell Hoshman, Petroleum Engineer, Technical Assessment

BP: Neil Shaw, David Rainey, Richard Morrison, Dan Replogle, Jim Grant

**BP Messages/Objectives:**

Neil Shaw

- Introduce GoM SPU Leadership Team to MMS Gulf of Mexico Leadership Team.
0    Discuss BP's competitive position as largest net lease holder, most successful explorer (2000-2007), largest remaining reserves and biggest producer in 2009.
1    Discuss importance of GoM to BP as world class hydrocarbon basin with largest exploration and development investment in BP.
2    Provide context and background of the GoM Business Model and 2009 frame.
- Implement OMS to deliver safe, reliable and efficient operations with continuous improvement.
1    Grow production to 450 mboed and sustain post 2012.
2    Establish level loaded standardized execution machine to continuously improve efficiency
3    Attract, develop and retain a world class motivated organization
4    Develop and implement deepwater, subsalt imaging and Paleogene technologies
- Provided overview of 2008 GoM SPU HSSE performance

**Dave Rainey covered the GoM SPU Exploration Strategy by discussing:**

CONFIDENTIAL

7088
Exhibit No. _____
Worldwide Court
Reporters, Inc.

BP-HZN-2179MDL01008814
BPD157-014992

- Status of Gulf of Mexico Basin – a world class basin with running room remaining
- BP-operated wells 2005-2008 showing discoveries and plans for 2009
- GoM Deep Gas El Dorado Play in relation to Kaskida.
- Will K Paleogene test with analogy to Mars.
- Capabilities of the Rowan Bob Palmer
- GoM Exploration Frame over next 5 years of Deep Gas, Paleogene, Miocene – next Lauri Basin?, ILX and new Cretaceous and Jurassic plays.

Neil Shaw covered the GoM SPU Developments Strategy by discussing;
- The GoM SPU Developments standardization model of floating system of SPARS
- Subsea infrastructure and the underlying principles of Major Projects Common Process – "BP Way"
- Tubular Bells, Puma and Isabella SOP milestones progress
- Paleogene progress and plans

Richard Morrison covered the GoM SPU Production Strategy by discussing:
- The evolution of OMS as a comprehensive management system
- The Southern Green Canyon assets of Mad Dog Holstein and Atlantis 2008 highlights and 2009 plan
- The Mississippi Canyon assets of Nakika, Marlin, and Horn Mountain 2008 highlights and 2009 plan

Dan Replogle covered the Thunder Horse Strategy by discussing:
- Thunder Horse field overview
- Reservoir performance of Wells #3, #7, #8 & #9.
- The alternate production system and Thunder Horse North/Next Subsea infrastructure.
- Thunder Horse Project Schedule from present to the end of 2010.

MMS Feedback:
Lars Herbst:
- Expressed concern for loss of Mad Dog Spar Rig in Hurricane Ike given industry learning's of tie-downs following Hurricanes Katrina and Rita.
- Suggested industry needed to look at the use of older hubs to tie-in key deepwater facilities. Several key hubs impacted in Gustav and Ike led to delayed resumption of production.
- MMS will press for continued review of metocean data and standards especially outside of Central GoM.
- Wanted fuller discussion on HPHT qualification tests
- MMS will ask for a full reporting of all hydrocarbons lost overboard as a result of Hurricanes Ike and Gustav.

Mike Conner:
- MMS will start requiring risk assessments in the Deepwater Operations Plan for operations where BP will be drilling from SPARs with surface BOPs. If the risk assessment shows concerns with high bottom hole pressures, the operator will be expected to use a subsea BOP, provide sufficient mitigations or use a mud line shearing device at seafloor.
- Expressed concern over drill riser fatigue
- Asked about BP's plans for FPSOs and use of HIPPS
- Warned HPHT locations may require proof of intervention capabilities as conditions of approval.

**Russell Hoshman:**
- Expressed appreciation that BP has strong representation on standards committees.
- Stated MMS will have to approve plans before completion of standards work as we are in the forefront of new technology and HPHT.
- Asked about the status of the 20K SCSSV application that was submitted to the MMS about 5 years ago. Wanted to know if BP was still working on it and what was the reasoning behind it going away.

**Richie Baud:** Asked about BP commitment to production for Kaskida.

**Action Items:**

Follow-up actions to MMS should include:
- Continue to keep the MMS informed regarding the Mad Dog Spar Rig accident investigation. **Action: Richard Morrison**
- Provide Russell Hoshman report on 20K SCSSV application. **Action: Fergus Addison**
- Provide MMS with more familiarity on HPHT qualification tests particularly given MMS expression of Freeport McMoran qualifying Blackbeard test equipment. **Action: Dave Rainey**

Follow-up actions within BP regarding MMS meeting:
- Communicate to DWD projects and D&C that the MMS will start requiring risk assessments in the Deepwater Operations Plan for operations where BP will be drilling from SPARs with surface BOPs. If the risk assessment shows concerns with high bottom hole pressures, the operator will be expected to use a subsea BOP, provide sufficient mitigations or use a mud line shearing device at seafloor. **Action: Fergus Addison**

<<...>>

Jim Grant
Regulatory and Advocacy Manager
Gulf of Mexico SPU
BP America Inc.
200 Westlake Park Blvd.
Houston, Tx. 77079
281-366-6490 phone
281-685-3997 cell
281-366-3599 fax

"CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential. If you have received this message in error, please notify the sender immediately and delete the E-mail and any attachments from your computer and files. Thank you."