# CONFERENCE ATTENDANCE RECORD

DATE: 6/7/13     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS    CONFERENCE

## 👉 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robert E. Guidry | Anadarko |
| David Baay | TO |
| Alan York | Halliburton |
| Jenny Martinez | '' '' |
| Bruce Bowman | '' '' |
| Stefanie Major McGregor | '' '' |
| Sean Fleming | '' '' |
| Gwen Richard | '' '' |
| Erika Toledo | '' '' |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Corey Maze | AL |
| Tony Fitch | Anadarko |
| Jim Roy | PSC |
| Brian Barr | PSC |
| Anthony Irpino | PSC |
| Grant Davis-Denny | TO |
| Tammy Godley | TO |
| Kerry Miller | TO |
| Mary K. ClineCuthir | TO |
| Doug Kraus | La |
| Steve O'Rourke | US |
| Ryan Basuich | BP |
| Andrew Langan | BP |
| Rob Gasaway | BP |
| Don Haycraft | BP |
| Steve Herman | PSC |
| Luis LL | TO |

## MDL 2179 - Phase Two Discovery Conference

<u>6-7-13 Telephone Participants</u>

Sarah Himmelhoch w/ U.S.

Joe Russell w/ BP

Ben Mayeux w/ Airborne

Abbey Andre w/ DOJ

Nat Chakeris w/ U.S.

Mike Petrino w/ BP

Bill Stradley w/ 2185

Tom Benson w/ DOJ

Peter Bertozek w/ BP