UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Longnecker Properties, Inc.
v
BP Exploration + Production, Inc.

CIVIL ACTION
NO. 13-704
SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Longnecker Properties, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS
None

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130


EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Longnecker Properties, Inc.
v
BP Exploration + Production, Inc.

CIVIL ACTION

NO. 13-704

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Longnecker Properties, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS
None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130


EXHIBIT A