UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: *2:13-cv-713* | * * * * | DIVISION 1 JUDGE BARBIER MAG. JUDGE SHUSHAN |

**************************************************************************

## CORPORATE DISCLOSURES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, HGIM CORP., HARVEY GULF INTERNATIONAL MARINE, LLC, N.J. GUIDRY & SONS TOWING COMPANY, INC., GOLDEN LANE MARINE, INC., GLADIATOR MARINE, INC., HARVEY BISSO SUBSEA, LLC, HARVEY WAR HORSE, LLC, HARVEY WAR HORSE III, LLC, HARVEY SPIRIT, LLC, HARVEY EXPLORER 242, LLC, HARVEY PROVIDER 240, LLC, HARVEY CARRIER, LLC, HARVEY THUNDER, LLC, HARVEY LIGHTNING, LLC and HARVEY INTRUDER, LLC, who, pursuant to Fed. R. Civ. P. 7.1, submit their Corporate Disclosures, which are attached hereto as Exhibit A.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514                Facsimile

sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June, 2013.

/s/ Paul M. Sterbcow