UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

HGIM Corp.

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130



EXHIBIT
A

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION __J__ ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Gulf International Marine, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

N.J. Guidry + Sons Towing Company, Inc.

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION __J__ ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Golden Lane Marine, Inc.

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

V

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Gladiator Marine, Inc.

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Bisso Subsea, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey War Horse, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION ___J___ ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey War Horse III, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Spirit, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Explorer 242, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Provider 240, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Carrier, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Thunder, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION   J   ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Lightning, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Intruder, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

HGIM Corp.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130


EXHIBIT
A

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Gulf International Marine, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

N.J. Guidry + Sons Towing Company, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Golden Lane Marine, Inc.

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION __J__ ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Gladiator Marine, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS
HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION   J   ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Bisso Subsea, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey War Horse, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey War Horse III, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS
HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Spirit, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Explorer 242, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

V

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION   J   ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Provider 240, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.
HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Carrier, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Thunder, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION _J_ ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Lightning, LLC

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HGIM Corp. et al

v

BP Exploration + Production, Inc. et al

CIVIL ACTION

NO. 13-713

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Harvey Intruder, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

HGIM Corp.

HGIM Holdings, LLC

6/7/13
Date

Paul M. Sterbcow
Attorney

17817
Bar Roll Number

601 Poydras St., Suite 2615
Address

New Orleans, LA 70130