UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: ALL CASES | § § § § § | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the request of Halliburton Energy Services, Inc. ("HESI") to dispose of the following materials currently in its possession:

> 27 pails (1,485 pounds) of CRB7 Non-Carbon and CRB7H, a two-component Epoxy Resin based composite, that when mixed together will harden to become a solid and abrasion-resistant composite plastic to protect drilling equipment (otherwise described as an extremely high loaded structural epoxy resin). The described material was purchased as a non-conductive stabilizer for Sperry's Bottom Hole Assembly (BHA) used on the Macondo relief well to both stabilize the BHA, and to prevent magnetic resonance which was interfering with the efforts to locate the blown-out wellbore.

**IT IS ORDERED** that HESI's request is **GRANTED**. Halliburton Energy Services, Inc. is hereby permitted to dispose of the materials set out above.

New Orleans, Louisiana, this  7th  day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE