UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br> JUDGE BARBIER <br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## LIU'S MOTION TO COMPEL CAMERON TO RESPOND TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND PRODUCE A PRIVILEGE LOG

Liberty International Underwriters, Inc. ("LIU") submits this Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log under Rule 37(a) of the Federal Rules of Civil Procedure.

**1.**

On February 7, 2013, LIU propounded its First Set of Requests for Admissions, Interrogatories, and Requests for Production of Documents to Cameron International Corporation ("Cameron").

**2.**

Cameron responded to LIU's requests on April 8, 2013, but has redacted and/or withheld the following highly relevant documents responsive to LIU's Requests for Production Nos. 2, 3, and 8:

- Documents and communications related to the February 2012 modification of the Cameron/Transocean Master Service Agreement, which reworded the very indemnity provisions at issue in this matter;

- Documents and communications between Cameron and Marsh concerning Cameron's claim for coverage for liabilities arising out of the Deepwater Horizon Incident and/or the Cameron/BP settlement; and

- Documents and communications between Cameron and any of its insurers relating to Cameron's claim for coverage for liabilities arising out of the Deepwater Horizon incident, an insurer's payment on Cameron's claim, or this lawsuit.

**3.**

Cameron also has failed to produce a complete privilege log of documents withheld from production supporting its claim that some or all of the documents sought are privileged.

**4.**

LIU is entitled to the discovery sought, which is highly relevant to its defenses to Cameron's claims in this matter. Cameron has not met its burden to show that any of the requested materials are privileged. Accordingly, for the reasons discussed in LIU's Memorandum in Support, LIU requests that the Court order Cameron to promptly produce (1) all documents responsive to LIU's requests for production nos. 2, 3, and 8; and (2) a privilege log of documents withheld based on the parameters LIU previously proposed.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

873040_1

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
  Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June, 2013.

/s/ Judy Y. Barrasso

873040_1