UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Working Group Conference on Friday, June 7, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

**NON-PHASE TWO MATTERS**

1. **Michoud lease**.

    A decision on the Michoud lease is deferred until June 28.

2. **NOAA information**.

    The U.S. is working with BP on a draft order.

3. **Master list of exhibits for deposition bundles.**

    The master list of exhibits for deposition bundles was filed into the record. The issue raised by the PSC and BP regarding the admission of exhibits from Phase One deposition bundles will be discussed with Judge Barbier.

4. **Halliburton's request for authorization to dispose of certain materials**.

    On June 7, Halliburton's proposed order was entered. Rec. doc. 10331.

5.   **TO's request for return of capping stack.**

During the week of June 10, BP will respond to Transocean's request for return of the capping stack, including its position on the ownership of the capping stack. The U.S. will report its position, if any, on Transocean's request for the return of the capping stack.

6.   **Communications between the U.S. and the States**.

The U.S. reported that it circulated a proposed order relating to the communications between the U.S. and all of the States. Comments are sought by June 14. It will be submitted after the resolution of any objection to the form of the order.

## PHASE TWO PREPARATION

1.   **Deposition designations**.

The U.S. reported progress on the deposition designations.

2.   **Exhibit list issues**.

In response to Judge Barbier's request, the parties will confer on the feasibility of including a brief description of each exhibit on the exhibit list.

3.   **Crime-fraud.**

The selection criteria issue is submitted.

4.   **Second Installment - Phase Two exhibit lists and objections.**

The issue regarding the admissibility of TREX-09088 is submitted.

5.   **ENHANS software**.

An expert for the U.S. ("Expert A"), the U.S. and Captain Englebert agreed on a schedule which will provide Expert A with sufficient time to review the ENHANS software and formulate an opinion. Expert A's report will be provided to the parties by **Friday, June 21.** U.S. will provide

alternate dates for the deposition of Expert A during the last two weeks of the schedule.

On May 30, an order was issued on the non-disclosure provisions governing Dr. Vaziri's software, the ENHANS software. Rec. doc. 10275. The deadline for an appeal of this order was extended to Thursday, June 6. It is the Court's understanding that, with the arrangements for Expert A to review the ENHANS software and the extension of the deadline for Expert A's report, the U.S. will not appeal the May 30 order. If this is not correct, the U.S. is asked to report.

On May 29, 2013, the U.S. filed a motion to exclude expert testimony. Rec. doc. 10274. With the arrangements reached for Expert A, the U.S. is asked to report whether its motion to exclude expert testimony is moot.

**6.     Dr. Tom Hunter**.

The tentative date for Dr. Hunter's deposition is July 8. BP and the U.S. will confer and advise on the date for Dr. Hunter's deposition.

**7.     Curtis Whitson production and deposition**.

The Whitson deposition is tentatively reset for July 15 and 16. The U.S. will confirm if these dates are acceptable.

**8.     Dr. Marchand**.

Dr. Marchand's deposition is set for Houston rather than New Orleans. The U.S. submitted its letter brief on whether BP is required to provide a report for Dr. Marchand. BP will submit a 3 page letter brief on **Tuesday, June 11**.

**9.     Halliburton issues with expert schedule**.

Richard Strickland, a Halliburton expert, to be deposed on July 15 and 16 was erroneously listed as a quantification and source control expert when he is only quantification expert.

Glen Stevick, a Halliburton expert, to be deposed on July 25, was erroneously listed as a quantification and source control expert when he is only a source control expert.

Edward Ziegler, a Halliburton source control expert, was erroneously scheduled for July 23 and 24, when as a source control expert he should be scheduled for only one day. He will be scheduled for July 24.

**10.     Phase Two trial**.

    A.     Separation of the presentation of evidence.

The PSC will submit a proposed order for comment by all parties for separation of the presentation of evidence concerning source control and quantification. The U.S. emphasized that the order must permit presentation of evidence on some topics in both source control and quantification.

    B.     Opening statements.

BP, Transocean and Anadarko requested reconsideration of the decision to eliminate opening argument. They contend that opening statements, particularly in the form of a tutorial, will be beneficial to Judge Barbier. This will be reviewed with Judge Barbier.

    C.     Order of proof.

BP proposed that the order of proof be in the following sequence in a "unitary" trial: (1) U.S.; (2) PSC; (3) Louisiana; (4) Alabama; (5) Transocean; (6) BP; (7) Anadarko; and (8) Halliburton.

    D.     Witnesses.

The parties will be permitted to call live witnesses. Judge Barbier cautions that the number of witnesses (especially cumulative expert testimony) may be limited and he may impose time limits

4

on the examination of witnesses. Witnesses become unavailable to testify at the trial for various reasons. Accordingly, parties proceed at their own risk in choosing not to ask questions during a deposition.

## **CONFERENCE SCHEDULE**

On those Fridays, where a Working Group Conference is not scheduled, the parties shall hold 9:30 a.m. CDT available for a telephone conference in the event one is required.

**06/27/13**     **Status Conference before Judge Barbier (Rec. doc. 10279).**

06/28/13     WGC meeting at 9:30 a.m.

07/12/13     WGC meeting at 9:30 a.m.

07/26/13     WGC meeting at 9:30 a.m.

08/09/13     WGC meeting at 9:30 a.m.

08/16/13     WGC meeting at 9:30 a.m.

**Thursday, September 5, 2013, at 9:00 a.m.  Phase Two Final Pre-Trial Conference**

09/06/13     WGC meeting at 9:30 a.m.

09/13/13     WGC meeting at 9:30 a.m.

**09/16/13**     **Commencement of Phase Two Trial**

   **All Saturdays are email free days.**

New Orleans, Louisiana, this 10th day of June, 2013.



_____
**SALLY SHUSHAN**
**United States Magistrate Judge**