```
09:27:52  1                      UNITED STATES DISTRICT COURT
                                 EASTERN DISTRICT OF LOUISIANA
          2

          3      ****************************************************************

          4      IN RE:  OIL SPILL BY THE
                 OIL RIG DEEPWATER HORIZON
          5      IN THE GULF OF MEXICO ON
                 APRIL 20, 2010
          6
                                           CIVIL ACTION NO. 10-MD-2179 "J"
          7                                 NEW ORLEANS, LOUISIANA
09:27:53                                    FRIDAY, JUNE 7, 2013, 9:30 A.M.
          8

          9      THIS DOCUMENT RELATES TO
                 ALL ACTIONS
         10
                 ****************************************************************
         11

         12          TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
                           HEARD BEFORE THE HONORABLE SALLY SHUSHAN
         13                      UNITED STATES MAGISTRATE JUDGE

         14

         15      APPEARANCES:

         16

         17      FOR THE PLAINTIFFS:    HERMAN HERMAN & KATZ
                                        BY:   STEPHEN J. HERMAN, ESQUIRE
         18                             820 O'KEEFE AVENUE
                                        NEW ORLEANS, LA   70113
         19

         20                             DOMENGEAUX WRIGHT ROY & EDWARDS
                                        BY:   JAMES P. ROY, ESQUIRE
         21                             P. O. BOX 3668
                                        556 JEFFERSON STREET
         22                             LAFAYETTE, LA   70502

         23

                                        IRPINO LAW FIRM
         24                             BY:  ANTHONY IRPINO, ESQUIRE
                                        2216 MAGAZINE STREET
         25                             NEW ORLEANS, LA   70130
```

**OFFICIAL TRANSCRIPT**

```
1   APPEARANCES CONTINUED:

2

3                           LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
4                           BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
5                           PENSACOLA, FL  32502

6

7   FOR THE FEDERAL
    GOVERNMENT INTERESTS: U.S. DEPARTMENT OF JUSTICE
8                          ENVIRONMENTAL ENFORCEMENT SECTION
                           BY:  STEVEN O'ROURKE, ESQUIRE
9                          P.O. BOX 7611
                           WASHINGTON, DC  20044
10

11

12                         SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
                           ENVIRONMENT & NATURAL RESOURCES DIVISION
                           U.S. DEPARTMENT OF JUSTICE
13                         BY:  SARAH D. HIMMELHOCH, ESQUIRE
                               A. NATHANIEL CHAKERES, ESQUIRE
14                             ABIGAIL ANDRE, ESQUIRE
                               THOMAS BENSON, ESQUIRE
15                         P.O. BOX 7611
                           WASHINGTON, DC 20044
16

17

18  FOR STATE INTERESTS:  ALABAMA ATTORNEY GENERAL'S OFFICE
                          BY:  COREY L. MAZE, ESQUIRE
19                        500 DEXTER AVENUE
                          MONTGOMERY, AL  36130

20

21  FOR THE STATE OF
    LOUISIANA:            KANNER & WHITELEY
22                        BY:  DOUGLAS R. KRAUS, ESQUIRE
                          701 CAMP STREET
23                        NEW ORLEANS, LA  70130

24

25

                        OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:           LISKOW & LEWIS
 9                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
10                            701 POYDRAS STREET
                              SUITE 5000
11                            NEW ORLEANS, LA   70139

12

13                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQUIRE
14                                 RYAN S. BABIUCH, ESQUIRE
                                   JOSEPH RUSSELL, ESQUIRE
15                                 PETER BARTOSZEK, ESQUIRE
                              300 N. LASALLE
16                            CHICAGO, IL   60654

17

18                            KIRKLAND & ELLIS
                              BY:  ROBERT R. GASAWAY, ESQUIRE
19                                 MICHAEL A. PETRINO, ESQUIRE
                              655 FIFTEENTH STREET, N.W.
20                            WASHINGTON, DC   20005

21

22

23

24

25

                         OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 4    OFFSHORE DEEPWATER
      DRILLING INC., AND
 5    TRANSOCEAN DEEPWATER
      INC.:                   FRILOT
 6                            BY:  KERRY J. MILLER, ESQUIRE
                                   DAVID BAAY, ESQUIRE
 7                            ENERGY CENTRE, 36TH FLOOR
                              1100 POYDRAS STREET
 8                            NEW ORLEANS, LA  70163

 9

10                            MUNGER TOLLES & OLSON
                              BY:  LUIS LI, ESQUIRE
11                                 GRANT A. DAVIS-DENNY, ESQUIRE
                              355 SOUTH GRAND AVENUE, 35TH FLOOR
12                            LOS ANGELES, CA  90071

13

14    FOR HALLIBURTON
      ENERGY SERVICES,
15    INC.:                   GODWIN LEWIS
                              BY:  BRUCE W. BOWMAN, JR., ESQUIRE
16                                 JENNY L. MARTINEZ, ESQUIRE
                                   STEFANIE MAJOR MCGREGOR, ESQUIRE
17                                 SEAN W. FLEMING, ESQUIRE
                                   ERIKA TOLEDO, ESQUIRE
18                            RENAISSANCE TOWER
                              1201 ELM STREET, SUITE 1700
19                            DALLAS, TX  75270

20

21                            GODWIN LEWIS
                              BY:  R. ALAN YORK, ESQUIRE
22                                 GWEN E. RICHARD, ESQUIRE
                              1331 LAMAR, SUITE 1665
23                            HOUSTON, TX  77010

24

25
                              OFFICIAL TRANSCRIPT
```

```
 1      APPEARANCES CONTINUED:

 2


 3      FOR ANADARKO
        PETROLEUM CORPORATION,
 4      ANADARKO E&P COMPANY,
        LP:                     KUCHLER POLK SCHELL
 5                              WEINER & RICHESON
                                BY:  ROBERT E. GUIDRY, ESQUIRE
 6                              1615 POYDRAS STREET, SUITE 1300
                                NEW ORLEANS, LA  70112
 7

 8
                                BINGHAM MCCUTCHEN
 9                              BY:  WARREN A. FITCH, ESQUIRE
                                2020 K STREET, NW
10                              WASHINGTON, DC  20006

11


12      FOR AIRBORNE SUPPORT
        INTERNATIONAL, INC.:   LABORDE & NEUNER
13                             BY:  BEN L. MAYEAUX, ESQUIRE
                               ONE PETROLEUM CENTER
14                             1001 W. PINHOOK ROAD, SUITE 200
                               LAFAYETTE, LA 70505
15

16


17      FOR MDL 2185:          MITHOFF LAW FIRM
                               BY:  WILLIAM STRADLEY, ESQUIRE
18                             3450 ONE ALLEN CENTER
                               500 DALLAS STREET
19                             HOUSTON, TX  77002

20


21      OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
22                                 500 POYDRAS STREET, ROOM HB406
                                   NEW ORLEANS, LA  70130
23                                 (504) 589-7779
                                   Cathy_Pepper@laed.uscourts.gov
24
        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25      PRODUCED BY COMPUTER.
```

**OFFICIAL TRANSCRIPT**

1                           **I N D E X**

2

3    ITEMS                                                    PAGE

4    SHOW AND TELL........................................   9

5    NOAA INFORMATION ORDER..............................  12

6    FILED THE MASTER LIST OF EXHIBITS TO THE DEPOSITION

7    BUNDLES INTO THE RECORD.............................  12

8    HALLIBURTON HAS SUBMITTED A PROPOSED ORDER FOR

9    AUTHORIZATION TO DISPOSE OF CERTAIN MATERIALS.......  12

10   CAPPING STACK.......................................  13

11   PHASE TWO...........................................  18

12   DEPO DESIGNATIONS...................................  18

13   EXHIBIT LIST ISSUES.................................  18

14   EXHIBIT LISTS IN FINAL COULD CONTAIN A BRIEF

15   DESCRIPTION OF THE EXHIBIT..........................  18

16   UNDER SUBMISSION THE CRIME-FRAUD SELECTION ISSUE....  19

17   UNDER SUBMISSION THE ADMISSIBILITY OF TRIAL

18   EXHIBIT-9088........................................  19

19   ENHANS SOFTWARE.....................................  19

20   VAZIRI DEPOSITION...................................  20

21   RELIED-UPON MODEL RUNS..............................  23

22   DR. HUNTER'S DEPOSITION.............................  24

23   MR. WHITSON.........................................  25

24   TWEAKS AND CORRECTIONS TO THE SIX SOURCE CONTROL

25   EXPERTS.............................................  26

                        **OFFICIAL TRANSCRIPT**

1    FURTHER REVISED DEPOSITION SCHEDULE................... 26

2    THE DR. MARCHAND ISSUE............................... 26

3    EXPERT SCHEDULE...................................... 26

4    MR. STRICKLAND....................................... 26

5    MR. STEVICK.......................................... 26

6    MR. ZIEGLER.......................................... 26

7    JUDGE BARBIER ALLOWING YOU ALL TO CALL WITNESSES

8    LIVE AT TRIAL........................................ 27

9    PHASE TWO TRIAL...................................... 27

10   ORDER OF PROOF....................................... 28

11   ISSUE ABOUT WHETHER OR NOT THE SOURCE CONTROL CASE

12   AND THE QUANTIFICATION CASE WILL BE TRIED IN A

13   UNITARY FASHION OR IN SOME OTHER BIFURCATED FASHION.. 28

14   BRIEF OPENING STATEMENT.............................. 30

15   SET A TIME FOR PEOPLE TO COMMENT ON A UNITARY VERSUS

16   BIFURCATED TRIAL..................................... 31

17   ORDERING OF THE EVIDENCE UNDER RULE 42............... 31

18   THE ORDER RELATING TO THE COMMUNICATIONS BETWEEN THE

19   UNITED STATES........................................ 35

20   JUDGE BARBIER'S ORDER ABOUT THE JUNE 27TH STATUS..... 35

21   MEXICAN STATES' ORAL ARGUMENT........................ 36

22   FUTURE CASE MANAGEMENT............................... 36

23   PHASE TWO TRIAL PREP................................. 36

24   OPA TEST CASE TRACK.................................. 36

25   PENALTY PHASE........................................ 36

**OFFICIAL TRANSCRIPT**

1    GENERAL DISCUSSION.................................   37

2    SUBMISSIONS ON MOTIONS FOR SUMMARY JUDGMENT THAT YOU

3    ALL ANTICIPATE FILING ALONG WITH MOTIONS *IN LIMINE*...   37

4    WE START DOING THESE CONFERENCES EVERY OTHER WEEK....   38

5    PARTICIPATE BY PHONE..............................   38

6    OUR NEXT STATUS CONFERENCE IS ON JUNE 28TH..........   41

7    AFTERNOON OF THE 27TH, WE'RE GOING TO HAVE AN AFTER

8    HOURS MEETING.....................................   41

9    NO CONFERENCE ON THE 5TH..........................   41

10   CONFERENCE ON THE 12TH, THE 26TH, AUGUST 9TH,

11   AUGUST 16TH, AND PICKING UP AGAIN ON SEPTEMBER 6TH...   42

12   PRETRIAL CONFERENCE FOR PHASE TWO IS SEPTEMBER 5TH...   42

13   WORKING GROUP CONFERENCE ON SEPTEMBER 13TH, WHICH IS

14   THE FRIDAY BEFORE THE TRIAL.......................   42

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 09:27:53 2 | FRIDAY, JUNE 7, 2013 |
| 09:27:53 3 | M O R N I N G    S E S S I O N |
| 09:27:53 4 | (COURT CALLED TO ORDER) |
| 09:27:53 5 | |
| 09:28:14 6 | |
| 09:29:40 7 | THE DEPUTY CLERK:  All rise. |
| 09:29:57 8 | THE COURT:  Good morning.  Everybody have a seat. |
| 09:29:57 9 | Where is Mr. Haycraft? |
| 09:29:57 10 | MR. HAYCRAFT:  I'm here, Your Honor. |
| 09:30:00 11 | THE COURT:  We have our home participants? |
| 09:30:04 12 | MS. HIMMELHOCH:  Yes, Your Honor. |
| 09:30:05 13 | THE COURT:  Good morning, Sarah. |
| 09:30:08 14 | MS. HIMMELHOCH:  Good morning, Your Honor. |
| 09:30:10 15 | THE COURT:  Oh, yours printed differently.  Come here. |
| 09:30:23 16 | So our show and tell for this morning will be |
| 09:30:26 17 | presented by Mr. Haycraft.  He just got back from a trip that |
| 09:30:32 18 | he's going to tell us about, and he's got a couple of pictures |
| 09:30:35 19 | that represents what he was doing. |
| 09:30:38 20 | MR. HAYCRAFT:  Yes, Your Honor.  I regret to tell you |
| 09:30:41 21 | I'm sorry I wasn't here last Friday, but what I was doing was |
| 09:30:47 22 | sailing in the Virgin Islands with two of my sons.  So at 9:30 |
| 09:31:00 23 | last Friday, May 31st, I asked my youngest son, Travis, I said, |
| 09:31:06 24 | "Take my picture so that next week when I'm in court, I can |
| 09:31:11 25 | tell what I was doing this time last week." |

09:31:13  1          THE COURT:  Don't you think Don looks mighty macho in

09:31:18  2     that picture?  Really.

09:31:19  3          MR. HAYCRAFT:  I would say that's the epitome of macho.

09:31:23  4          THE COURT:  I agree with you.  I agree with you.

09:31:25  5              Phone participants, he's got a baseball cap on.

09:31:28  6     He's unshaved.  He's got his hand on the throttle of a --

09:31:34  7          MR. HAYCRAFT:  My hand is on the wheel of something

09:31:36  8     that's real.

09:31:37  9          THE COURT:  Oh, I thought it was a throttle of a

09:31:40 10     motorboat.

09:31:41 11          MR. HAYCRAFT:  That's a sailboat.

09:31:42 12          THE COURT:  That's a sailboat and his hand is on the

09:31:44 13     wheel.

09:31:45 14          MR. HAYCRAFT:  I guess you can't see any of the ropes.

09:31:47 15          THE COURT:  No, I can't.  He does look awfully macho.

09:31:50 16          MR. HAYCRAFT:  I felt pretty macho, but then I pulled

09:31:54 17     into St. John and to the bay called *Trunk Bay*, which is a very

09:31:59 18     lovely beach and US Park Service snorkeling trail where you

09:32:05 19     snorkel along, and there are little signs, you know, describing

09:32:09 20     the coral and that sort of thing.  I come up out of the water,

09:32:12 21     and I see this guy.

09:32:18 22          THE COURT:  O-o-o-o-h.  Now, who is that guy?

09:32:21 23          MR. HAYCRAFT:  I really didn't recognize him with his

09:32:23 24     clothes off, but this voice out of the blue -- there is 50

09:32:30 25     people on this beach in the middle of nowhere, in the middle of

**OFFICIAL TRANSCRIPT**

09:32:33 1    nowhere in the Virgin Islands, and this fellow yells out,

09:32:39 2    "Don!"  I thought it was Daniel Craig.

09:32:41 3              THE COURT:  One would think.

09:32:44 4              MR. HAYCRAFT:  Yes.  Instead it was Carter Williams

09:32:46 5    from the *BP* case.  He said, "It's Carter Williams from the *BP*

09:32:50 6    case."  I didn't have my camera, so I --

09:32:58 7              THE COURT:  So you thought you would give us a

09:33:00 8    depiction.

09:33:01 9              MR. HAYCRAFT:  Yes.  My son is one of my crewmembers,

09:33:03 10   and my son, Jessie, is an NYU film student, so yesterday I

09:33:10 11   asked him to Photo Shop a firm bio picture of Carter.  I said,

09:33:14 12   "There is this great picture of Daniel Craig striding out of

09:33:16 13   the surf in *Casino Royale*."

09:33:20 14             THE COURT:  I recognized the body, by the way.

09:33:21 15             MR. HAYCRAFT:  It's a pretty good one, and so I

09:33:24 16   thought, Carter -- I think we should, you know, make Carter

09:33:27 17   aware that I took the liberty of enhancing his photo.

09:33:33 18             MR. MILLER:  I think he would be proud, Don.

09:33:37 19             THE COURT:  I think he's probably complimented, and you

09:33:40 20   did him great justice.

09:33:44 21                  It was a great trip, Don?

09:33:48 22             MR. HAYCRAFT:  Yes.  I didn't look at my e-mail for

09:33:50 23   nine days.

09:33:51 24             THE COURT:  Let's hear it for Don.

09:33:53 25                  [Applause.]

**OFFICIAL TRANSCRIPT**

09:33:56   1          THE LAW CLERK:  So does this mean we are going to have

09:33:56   2   how we spent our summer vacations?

09:33:56   3          THE COURT:  Yes, I think so.  I think this fall we are

09:34:00   4   going to have a presentation of how we spent our summer

09:34:05   5   vacations.  Most of you will be reporting presumably on how I

09:34:08   6   did expert depositions.

09:34:11   7          MR. YORK:  And posttrial briefing.

09:34:13   8          THE COURT:  Oh, and posttrial briefing.  I guess that's

09:34:15   9   not funny.

09:34:16  10          Let's see, how are we coming on the NOAA

09:34:21  11   information order?  Any news to report on that?

09:34:27  12          MS. HIMMELHOCH:  Your Honor, I'm still waiting for BP

09:34:29  13   to get back to me.

09:34:30  14          THE COURT:  Okay.  Well, that's fair.

09:34:32  15          Let's see.  We went ahead and filed the master

09:34:37  16   list of exhibits to the deposition bundles into the record, so

09:34:44  17   that is of record at this point.

09:34:46  18          There has been some back-and-forth communication

09:34:50  19   with regard to the procedure and what's in, what's out.  I

09:34:58  20   don't want to cover that today.  I'm going to speak to

09:35:00  21   Judge Barbier and report back to everybody on that.

09:35:05  22          Let's see.  Halliburton has submitted a proposed

09:35:12  23   order for authorization to dispose of certain materials.  You

09:35:18  24   all have not received any objections, so we're going to go

09:35:21  25   ahead and get that entered today.

**OFFICIAL TRANSCRIPT**

09:35:24  1          MR. YORK:  Thank you, Your Honor.

09:35:25  2          THE COURT:  You're welcome.

09:35:26  3              Now, let's talk about the capping stack.  I got

09:35:34  4     your e-mail, David, and I read it, and I guess the issue is now

09:35:44  5     that we are pretty much finished with expert reports, does

09:35:50  6     anybody think that TO should not get their capping stack -- its

09:35:55  7     capping stack back?

09:35:57  8          MR. BAAY:  Right.  Thank you, Judge.  David Baay with

09:36:00  9     Transocean.

09:36:01  10             Just to add to that, I've touched base with Rob

09:36:04  11    about the issue, and I'm waiting to hear back on what their

09:36:06  12    position is going to be on it, in addition to what we sent you

09:36:08  13    yesterday.

09:36:09  14         THE COURT:  Yes.  Rob, just so you know, TO does make a

09:36:15  15    pretty good case for an urgent need to get these sent back, so

09:36:24  16    let's consider.

09:36:26  17         MR. GASAWAY:  Let me just throw out some issues there

09:36:28  18    we have to work through.  You remember the devilish issue of

09:36:33  19    the fact that we actually owned the rams of the capping stack,

09:36:36  20    so it's not really possible without them buying us out or

09:36:40  21    something like that for them to have a working capping stack.

09:36:43  22             The other thing, obviously, it's now all

09:36:46  23    disassembled, so it would have to be -- you know, they would

09:36:49  24    have to buy our parts of the capping stack, which are the main

09:36:55  25    working parts of the capping stack, reassemble it, recondition

**OFFICIAL TRANSCRIPT**

09:36:59  1   it and recertify it.  Obviously at some point we're going to

09:37:03  2   have to do that.

09:37:03  3            Our thought was that this should all be wrapped

09:37:07  4   into the discussion that we started a little bit ago about what

09:37:12  5   do you do when the NASA lease runs out?  How do we sort of

09:37:17  6   start winding down the whole NASA operation, the Michoud

09:37:21  7   operation?

09:37:21  8            Candidly we were thinking that the capping stack,

09:37:25  9   given the divided ownership, given the fact that it can't work

09:37:29 10   without the BP parts, given that it can't work until it's

09:37:33 11   reassembled and reconditioned, that should probably be

09:37:36 12   something that we just tackle after the Phase Two trial.

09:37:41 13            Not necessarily because we're going to use it,

09:37:44 14   but just, A, there is a possibility that there might be some

09:37:49 15   need for it during expert depositions or during the trial -- I

09:37:54 16   don't think so -- but more just from a, you know, a logistical

09:37:57 17   and work standpoint like we were giving back our toys after the

09:38:00 18   Phase One trial.

09:38:01 19            THE COURT:  Right.

09:38:02 20            MR. GASAWAY:  This would be the biggest toy that we

09:38:04 21   have with the Phase Two trial, and, you know, in October, the

09:38:08 22   lease comes up, and that would be, you know, the right time to

09:38:11 23   do it.  We would also have to figure out the logistics of

09:38:15 24   moving it, you know, just like we have to figure out the

09:38:17 25   logistics of the BOP.

**OFFICIAL TRANSCRIPT**

09:38:19  1            So mainly just from a diversion of work

09:38:24  2     standpoint and the fact that it can't be used without the BP

09:38:28  3     parts and that it can't be used without reassembly, it's not

09:38:31  4     that we're not willing to talk to David and work with David,

09:38:35  5     it's just more like is now really the right time?

09:38:40  6            It's been sitting there for three years since it

09:38:43  7     got pulled up in the summer of 2010.  Shouldn't we just keep it

09:38:46  8     there until the fall and then -- and then when we have a little

09:38:49  9     bit more breathing room sort it out?  Those are our initial

09:38:53 10     thoughts.

09:38:53 11            THE COURT:  Right.

09:38:54 12            David, let me ask you:  I assume TO is willing to

09:38:58 13     undertake moving, reassembly and recertification.

09:39:03 14            MR. BAAY:  Yes, definitely.

09:39:08 15            THE COURT:  Okay.  As far as the contested parts,

09:39:11 16     ownership of the parts, that is contested, as I recall.

09:39:20 17            MR. BAAY:  It is.

09:39:21 18            THE COURT:  How much do a set of rams cost?

09:39:26 19            MR. BAAY:  Ballpark half a million dollars is my memory

09:39:29 20     of the rams and double rams.  When we went through this last

09:39:32 21     time and you ordered the manual to come back, I thought we had

09:39:36 22     cleared a lot of these ownership issues.

09:39:38 23            I had never seen anything from BP showing clear

09:39:41 24     ownership of the rams, so I guess by sending my e-mail

09:39:44 25     yesterday I've now reraised this, and we're going to get into

                              **OFFICIAL TRANSCRIPT**

09:39:49 1   it again, but I thought we were through most of those.

09:39:52 2       THE COURT:  I don't recall where we left off.  I do

09:39:54 3   recall that it was still vague, but it seems to me that this is

09:40:06 4   kind of a contractual dispute that we could potentially put to

09:40:12 5   the side and allot to another magistrate judge for decision on

09:40:23 6   ownership.  If you all owe BP for the rams, you'll pay them; if

09:40:31 7   you don't owe BP for the rams, you won't pay them.

09:40:36 8           Rob, it seems to me that if TO is willing to make

09:40:39 9   the arrangements, move it out, reassemble it, get it

09:40:48 10  recertified for use, we should probably let them do it.

09:40:57 11      MR. BAAY:  I'll just add to what Rob said or respond to

09:40:58 12  what Rob said.  I didn't hear a compelling need to keep them at

09:41:02 13  Michoud.  Keeping them until the lease runs out is not

09:41:06 14  compelling to me, and Transocean clearly has a compelling need

09:41:09 15  for them; so, if we could set up some type of expedited review

09:41:13 16  of the ownership issue, that would probably be most

09:41:16 17  satisfactory.

09:41:18 18      THE COURT:  I wasn't even going to do that.  If you've

09:41:22 19  got a dispute, we'll handle the dispute, but I don't think that

09:41:26 20  the dispute needs to be resolved in order to reassemble and

09:41:34 21  use.  If you owe them the money, you owe them the money.  We

09:41:38 22  can decide that later, can't we?

09:41:40 23      MR. BAAY:  Sure.

09:41:41 24      THE COURT:  Rob.

09:41:42 25      MR. GASAWAY:  This just came up recently.  Let me --

**OFFICIAL TRANSCRIPT**

09:41:45 1   out of the blue.  To be honest with you, we haven't had a

09:41:50 2   chance to look at this.  Where we clearly left off was we

09:41:55 3   thought that we had established ownership of the core of the

09:41:57 4   capping stack.  I don't know if we would want the capping

09:42:02 5   stack.

09:42:02 6          We thought that this was just something that

09:42:05 7   would be deferred, but unlike the BOP, which Transocean owns

09:42:09 8   and which, you know, would clearly go back to Transocean, we

09:42:13 9   think that the evidence is most clear that we own the guts of

09:42:21 10  the capping stack, maybe all of it.  I don't know if we want

09:42:24 11  it.  This might be a great opportunity to have a put option on

09:42:31 12  a capping stack and get some money back.

09:42:33 13          THE COURT:  Exactly.  A win-win situation.

09:42:35 14          MR. GASAWAY:  Exactly.  I just don't know if we want

09:42:37 15  our capping stack rather than them, so let me send you a letter

09:42:43 16  this week.

09:42:45 17          THE COURT:  I'll look forward to it.

09:42:47 18          MR. GASAWAY:  We'll lay out where we think the capping

09:42:50 19  stack should go.

09:42:51 20          THE COURT:  Okay.

09:42:51 21          MR. GASAWAY:  Thank you.

09:42:52 22          THE COURT:  Okay.  Good morning, Steve.

09:42:54 23          MR. O'ROURKE:  Good morning, Your Honor.

09:42:56 24  Steve O'Rourke for the US.

09:42:57 25          Just to make sure I'm not waiving anything, I

**OFFICIAL TRANSCRIPT**

09:43:00  1    want to go back and ask people if we care about this issue.  I

09:43:03  2    doubt it.

09:43:04  3              THE COURT:  I do too.

09:43:06  4              MR. O'ROURKE:  Thank you.

09:43:07  5                   Also, I'm not sure why Transocean doesn't just

09:43:10  6    use their 3D printer and make another one.

09:43:14  7              MR. MILLER:  We ran out of ink.

09:43:16  8              THE COURT:  I don't think it's ink.

09:43:19  9              MR. MILLER:  Nylon.

09:43:20 10              THE COURT:  Plastic.  Whatever.  Remember *The Graduate*?

09:43:25 11    "Plastics."

09:43:26 12              MR. HAYCRAFT:  "Plastics."

09:43:28 13              THE COURT:  Exactly.

09:43:30 14                   Okay.  So we'll just keep that as a continuing

09:43:32 15    item.

09:43:33 16                   So let's move on to Phase Two.  How are we coming

09:43:39 17    with depo designations?

09:43:45 18              MS. HIMMELHOCH:  Still all going well, Your Honor.

09:43:47 19              THE COURT:  Lovely.  You know how I like that kind of

09:43:49 20    report.

09:43:49 21                   We've got in process all the exhibit list issues.

09:43:54 22                   One thing that I would like you all to think

09:43:57 23    about -- and I can't remember whether I've mentioned this

09:43:59 24    before or not, but it's a carryover from Phase One --

09:44:04 25    Judge Barbier is wondering whether our exhibit lists in final

**OFFICIAL TRANSCRIPT**

09:44:09  1    could contain a brief description of the exhibit, which would

09:44:15  2    be helpful to him for Phase Two.  We don't want to

09:44:20  3    overcomplicate things.  If it's not something that can be done,

09:44:24  4    we won't fool with it.  If it is something that can be done, he

09:44:31  5    thought it might be helpful.

09:44:33  6         MS. HIMMELHOCH:  We'll explore that with the parties as

09:44:36  7    we meet and confer on the various issues we're already working

09:44:40  8    on, Your Honor, and we'll report back.

09:44:41  9         THE COURT:  Just add it to your list of things to do,

09:44:44 10    Sarah.

09:44:44 11         MS. HIMMELHOCH:  Okay.

09:44:45 12         THE COURT:  Boy, you're so earnest.

09:44:50 13              We have under submission the crime-fraud

09:44:55 14    selection issue, and we'll be looking at that shortly.

09:44:58 15              We also have under submission the admissibility

09:45:09 16    of Trial Exhibit-9088.

09:45:12 17              Let's talk real briefly about the ENHANS software

09:45:19 18    issue that we have been grappling with.

09:45:22 19              Tom, you're on the line?

09:45:26 20         MR. BENSON:  Yes, ma'am.

09:45:27 21         THE COURT:  Good morning.

09:45:29 22              As I understand it, this is the latest in,

09:45:35 23    Captain Englebert has worked out a schedule with one of the

09:45:42 24    United States experts, who we will refer to as *Expert A*, and

09:45:49 25    they've been able to work it out.  The United States and the

**OFFICIAL TRANSCRIPT**

09:45:52  1    expert believe that the time that has been allotted should be

09:45:56  2    sufficient for him to review the software and formulate an

09:46:04  3    opinion if we give him an additional two weeks on his report

09:46:07  4    date.  Is that a fair summary?

09:46:10  5         MR. BENSON:  Yes, Your Honor, that's our position.

09:46:13  6         THE COURT:  And, Rob, it's one expert, Expert A?

09:46:20  7         MR. GASAWAY:  Thank you, Your Honor.  Look, we made the

09:46:26  8    point in the back and forth about the lack of alacrity,

09:46:31  9    etcetera.  I won't go over that.  Two weeks is just a little

09:46:37 10    too long.  We do want to be accommodating.  If Expert A could

09:46:41 11    have his report in by June 21st.  Obviously if it's just one

09:46:45 12    report, that would give us the weekend to work on that.

09:46:47 13         The real problem is we need to slot Expert A in,

09:46:51 14    obviously, before the Vaziri deposition.  Given that, we could

09:46:57 15    depose Expert A any time during the week of July 1st if we have

09:47:02 16    his report by June 21, and then that would put enough space in

09:47:06 17    between Expert A's deposition and the Vaziri deposition that we

09:47:10 18    wouldn't have to rescramble.

09:47:12 19         We're willing to accommodate here with just a

09:47:15 20    little bit of a tweak.  They were proposing that Expert A get

09:47:18 21    it in Monday, the 24th.  As long as they get it in Friday, the

09:47:22 22    21st, and can present him for deposition -- well, you said *him*,

09:47:26 23    so I'm assuming it's a him.

09:47:27 24         THE COURT:  I don't know that.

09:47:28 25         MR. GASAWAY:  Him or her for deposition.

**OFFICIAL TRANSCRIPT**

09:47:30 1          THE COURT:  Expert A.

09:47:32 2          MR. GASAWAY:  Okay.  Expert A.  If Expert A can appear

09:47:35 3     for deposition the week of July 1, I think we can finally close

09:47:38 4     the book on the Vaziri issue.

09:47:43 5          THE COURT:  Tom, do you know Expert A's availability

09:47:45 6     for a deposition during the week of July 1?

09:47:47 7          MR. BENSON:  I don't think we do.  Your Honor, frankly

09:47:51 8     we were assuming that his deposition would go after

09:47:54 9     Dr. Vaziri's, based on the principle that BP propounded

09:47:59 10    earlier, which is that sort of the folks who go first get

09:48:04 11    deposed first and the folks who are responding to other folks

09:48:07 12    get deposed second.

09:48:08 13         So, you know, we've tried to follow that

09:48:11 14    principle in having our original expert go first, but Expert A

09:48:16 15    is really -- he's going to be responding to Vaziri and Nesic,

09:48:23 16    and we didn't put him up originally, and I think that same

09:48:26 17    logic would account for him going some time after Dr. Vaziri.

09:48:32 18         THE COURT:  That's how I read your e-mail.

09:48:37 19         What do you think, Rob?

09:48:38 20         MR. GASAWAY:  We have gone back and forth on the burden

09:48:41 21    of proof issue.  I guess what I would suggest then is if -- you

09:48:46 22    know, it's hard to say given that we haven't seen the report.

09:48:53 23         Do you have a proposal, Tom, in terms of specific

09:48:55 24    dates for Expert A's deposition?

09:48:58 25         MR. BENSON:  I don't think we've canvassed the experts,

**OFFICIAL TRANSCRIPT**

09:49:03  1  and so I think we would have to get back to you on that.  I

09:49:06  2  think we could make it work in those last two weeks of the

09:49:08  3  period.

09:49:09  4          MR. GASAWAY:  Meaning basically the last two weeks of

09:49:12  5  July of the deposition period?

09:49:15  6          MR. BENSON:  Yes, I think it's the last week of July,

09:49:18  7  the sort of crossover week to August.

09:49:21  8          MR. GASAWAY:  Let's do this.  If we can confirm a

09:49:24  9  July 21st date or, excuse me, a June 21st date for Expert A's

09:49:29 10  report, maybe Tom can make a specific suggestion on the

09:49:34 11  deposition day.  I can ask the deposition team that's going to

09:49:39 12  be handling Vaziri and whoever Expert A is whenever Expert A

09:49:44 13  appears, and we can take up that scheduling issue quickly next

09:49:48 14  week.  I think the main thing is the report.

09:49:49 15          THE COURT:  Tom, let me ask you is June 21st doable?

09:49:55 16          MR. BENSON:  Yeah, I mean, honestly I'm not sure it's

09:49:59 17  necessary given that the depositions won't be until the second

09:50:01 18  half of July, but I think we can make the June 21st, if that's

09:50:07 19  sort of the decision of the Court and that's where BP is

09:50:10 20  comfortable.

09:50:10 21          THE COURT:  BP is comfortable.  Why don't we go with

09:50:13 22  June 21st for the report, and then why don't you canvas

09:50:20 23  Expert A and find out his or her availability for deposition in

09:50:26 24  July.

09:50:28 25          MR. BENSON:  Okay.  We'll do that, Your Honor.

**OFFICIAL TRANSCRIPT**

09:50:30  1          THE COURT:  Why don't you give a couple of dates so
09:50:33  2     that the BP depo team can choose.
09:50:36  3          MR. BENSON:  Fair enough.
09:50:37  4          THE COURT:  Fair enough.
09:50:38  5          Okay.  I think that does it, right?
09:50:41  6          MR. GASAWAY:  Thank you, Your Honor.
09:50:42  7          THE COURT:  You're welcome.
09:50:57  8          MS. HIMMELHOCH:  Your Honor, while we're on experts, I
09:50:59  9     do want to advise the Court and the parties of one potential
09:51:03 10     issue.  I'm just trying to give the parties a heads-up so that
09:51:08 11     they are aware of what's happening.
09:51:10 12          We are going to be producing the relied-upon
09:51:14 13     model runs on June 10 for the vast majority of the experts'
09:51:18 14     opinions.  We are having some difficulty, because our experts
09:51:20 15     are in places like Norway and Calgary and other places,
09:51:25 16     getting -- transmitting some of the larger files to us.
09:51:28 17          We're a little bit concerned that there may be a
09:51:32 18     few modeling runs that will be produced on the 11th instead of
09:51:36 19     the 10th.  I just wanted the parties to be aware of that.  I
09:51:38 20     don't think it's going to significantly impact anybody's review
09:51:42 21     of our report since it's only going to be a 24-hour delay,
09:51:46 22     but -- and we're going to do our best to avoid it, but I just
09:51:50 23     did want to advise everyone of the possibility of that
09:51:53 24     occurring.
09:51:54 25          THE COURT:  Okay.  Where is Expert A?

**OFFICIAL TRANSCRIPT**

09:51:56  1          MS. HIMMELHOCH:  I do not know where Expert A is, to be

09:51:58  2     quite frank, Your Honor.

09:52:00  3          THE COURT:  Doggone it, I thought I was going to get it

09:52:02  4     out of you.

09:52:04  5          MR. YORK:  An undisclosed location.

09:52:06  6          MS. HIMMELHOCH:  They know not to tell me things they

09:52:09  7     don't want disclosed.

09:52:09  8          THE COURT:  In an undisclosed location, huh?  I really

09:52:17  9     thought I was going to get it out of you.

09:52:20 10          MS. HIMMELHOCH:  If I knew it you probably would have,

09:52:22 11     Your Honor.

09:52:22 12          THE COURT:  I know.  That's the sad part.

09:52:24 13               Anyway, moving right along, have we confirmed

09:52:28 14     Dr. Hunter's deposition for July 8th?

09:52:32 15          MR. CHAKERES:  Your Honor, this is Nat Chakeres.  I

09:52:36 16     have been unable to confirm that with them.  I'll be happy to

09:52:39 17     talk with you and if BP wants to be on-line -- off line, sort

09:52:42 18     of explaining what's going on with him.  I am not aware of any

09:52:48 19     problems with July 8th, but we have got some issues going on

09:52:51 20     that are more pressing at the moment than firming up this July

09:52:55 21     schedule.

09:52:55 22          THE COURT:  Rob.

09:52:56 23          MR. GASAWAY:  Nat, I'll contact you on that.  We had

09:52:59 24     some thoughts about that, but I can just contact you off line

09:53:02 25     on that, if you don't mind.

                              **OFFICIAL TRANSCRIPT**

09:53:05  1          MR. CHAKERES:  Okay.  Thank you.

09:53:06  2          MR. GASAWAY:  Thank you.

09:53:07  3          THE COURT:  Don't go anywhere, Rob, because I'm getting

09:53:10  4    ready to talk about Mr. Whitson.  You're up next.

09:53:14  5              You sent out an e-mail with regard to his

09:53:20  6    unavailability on the dates that the US was requesting.  Are

09:53:23  7    there other dates that he might be available?

09:53:26  8          MR. GASAWAY:  Yeah.  I mean, hidden in the fine print

09:53:28  9    of the letter that we sent in late last night we did, I think,

09:53:32 10    come to what should be a reasonable accommodation.  I think

09:53:37 11    they were asking for Thursday and Friday, the 11th and 12th,

09:53:41 12    and we couldn't -- he's out all that week, but we got him the

09:53:44 13    following Monday and Tuesday, the 15th and 16th.

09:53:48 14              So if you look at the dates where Dr. Zick is

09:53:53 15    going to be deposed, he's unavailable during that interim, but

09:53:58 16    we were able to move him up, you know, almost to where they

09:54:02 17    wanted him.

09:54:02 18          THE COURT:  Okay.  So we're going to go ahead and get

09:54:04 19    him on the 15th and 16th.  That's okay by the US?

09:54:10 20          MR. O'ROURKE:  Actually I'm not a hundred percent sure,

09:54:12 21    having just got the letter last night, and we haven't been able

09:54:16 22    to contact the person that is supposed to do that depo.

09:54:19 23          THE COURT:  All right.  We'll wait for your

09:54:21 24    confirmation but tentatively we're moving him from the 18th and

09:54:24 25    19th to the 15th and 16th.

                              **OFFICIAL TRANSCRIPT**

09:54:27 1        MR. GASAWAY:  Right.  Let me say that he does have much

09:54:29 2   more flexibility on the other side of the 15th and 16th, so if

09:54:33 3   the US depo team would like to move it to 16th and 17th or even

09:54:38 4   later, you know, we can accommodate that likely --

09:54:40 5        THE COURT:  Good enough.

09:54:41 6        MR. GASAWAY:  -- within that range.

09:54:42 7            Let me just also point out to the Court that we

09:54:45 8   did have some, you know, tweaks and corrections to the six

09:54:50 9   source control experts in the letter that was sent in.

09:54:53 10       THE COURT:  We saw that.  We weren't happy about it but

09:54:55 11  we saw it.

09:54:57 12       MR. GASAWAY:  Thank you, Your Honor.

09:54:58 13       THE COURT:  What we're going to do is we're going to

09:55:04 14  get out a further revised deposition schedule that I would like

09:55:09 15  everybody to flyspeck for since I didn't do so well last time.

09:55:16 16           I'm getting laughed at about that one.  Mike and

09:55:22 17  I thought it was funny.

09:55:23 18           Okay.  We're working on the Dr. Marchand issue.

09:55:35 19           We got a note from Halliburton with regard to the

09:55:42 20  expert schedule.  Mr. Strickland is going to be deposed on

09:55:50 21  July 15th and 16th.  Mr. Stevick is to be deposed on July 25th,

09:55:59 22  and he is a source control expert and not a source control and

09:56:04 23  quantification expert.  Mr. Ziegler should be scheduled for

09:56:11 24  July 24th to accommodate the schedule so that there will be

09:56:18 25  three people on the 23rd and three people on the 24th.

**OFFICIAL TRANSCRIPT**

09:56:23  1          Déjà vu all over again.  At least it's not going

09:56:30  2     to eight.  I think in Phase One we got up to eight a day,

09:56:33  3     didn't we?  So we're ahead of the game.

09:56:37  4          MR. BOWMAN:  On two continents.

09:56:37  5          MR. YORK:  On two continents.

09:56:39  6          THE COURT:  On two continents.  Thank you, Alan.

09:56:39  7     You're right.  Eight a day on two continents.  We should have

09:56:42  8     sent somebody to South America.  Anyway....

09:56:44  9          Does anybody else have any comments on the expert

09:56:49 10     schedule, modifications that need to be made?

09:56:57 11          MR. YORK:  Alan York.  Just one other cleanup and I

09:57:00 12     think that you probably have this.  Mr. Strickland on July 15th

09:57:03 13     and 16th, he is listed as quantification and source control; he

09:57:06 14     should be quantification only.

09:57:08 15          THE COURT:  Quantification only.  Got it.  Thank you.

09:57:11 16          All right.  Everybody should have gotten my

09:57:17 17     e-mail earlier this week about Judge Barbier allowing you all

09:57:25 18     to call witnesses live at trial and, you know, his cautionary

09:57:31 19     note about the Clarence Darrow moments -- people die, people

09:57:37 20     become incapacitated.  It's up to you.  If you want to save

09:57:42 21     some questions for trial, save your questions for trial but at

09:57:46 22     your own risk.  So hopefully we've taken care of all of the

09:57:52 23     heart problems caused last week.

09:57:56 24          MR. LANGAN:  Your Honor, we're now on the Phase Two

09:57:58 25     trial topic?

                              **OFFICIAL TRANSCRIPT**

09:57:59  1          THE COURT:  We are.

09:58:01  2          MR. LANGAN:  So a couple thoughts here.  A couple weeks

09:58:04  3   ago I think either we volunteered or you asked us to give some

09:58:09  4   consideration to issues like order of proof, things, like that.

09:58:13  5   I have a document I would like to share along those lines, but

09:58:16  6   I first want to make a couple comments before I pass this out.

09:58:19  7               And I know, of course, I commented on this

09:58:24  8   before --

09:58:25  9          THE COURT:  Excuse me, Mr. Roy.  Mr. Roy.  Thank you.

09:58:33 10          MR. LANGAN:  So it seems like there is a threshold

09:58:36 11   issue about whether or not the source control case and the

09:58:39 12   quantification case will be tried in a unitary fashion or in

09:58:42 13   some other bifurcated fashion.  The proposal we're going to

09:58:46 14   make about order of proof might look differently depending on

09:58:50 15   what decision is made in that regard.

09:58:52 16               Frankly, from BP's perspective we are a major

09:58:56 17   defendant at both.

09:58:58 18          THE COURT:  You're at the table the whole time.

09:59:00 19          MR. LANGAN:  Correct.

09:59:00 20               I'm sure our team can see advantages and

09:59:03 21   disadvantages to go in either direction.  I could list some

09:59:06 22   here.

09:59:06 23               It seems like resolution of that issue, maybe

09:59:10 24   we'll do that on June 27th with Judge Barbier because I know he

09:59:13 25   has a status, but in any event, it might be helpful to hear

                          **OFFICIAL TRANSCRIPT**

09:59:17  1    from the parties that are going to be at the Phase Two trial if

09:59:22  2    anybody has preferences in that regard.  I just throw that out

09:59:25  3    as an issue.

09:59:25  4            With that in mind, I do have a document for

09:59:28  5    consideration about potential order of proof.  I don't know if

09:59:31  6    I have enough for everybody.  This is certainly not the last

09:59:35  7    word.

09:59:35  8       THE COURT:  You can e-mail it after the fact.  No

09:59:37  9    problem.

09:59:41 10            So what I'm understanding, Andy, is that BP has

09:59:45 11    not expressed a preference for source control going first and

09:59:50 12    quantification second.  You're going to be there the whole

09:59:54 13    time, so whatever.

09:59:55 14       MR. LANGAN:  Well, we might develop a preference.  If,

09:59:58 15    in fact, there was a call for people to speak up on that, we

10:00:02 16    would speak up along with everyone else.  I don't necessarily

10:00:04 17    have a hand to tip at this point, but if I did, I wouldn't want

10:00:08 18    to tip it now.  I think perhaps we should put a process in

10:00:12 19    place for a comment period about that.

10:00:14 20       THE COURT:  I think that's fine.  With the people who

10:00:16 21    are not involved in source control, my feeling is, would

10:00:22 22    rather -- I'm sorry, the people who are not are involved in

10:00:27 23    quantification would rather go first, get the source control

10:00:30 24    out of the way, and not have to sit through the quantification

10:00:35 25    part of Phase Two.

**OFFICIAL TRANSCRIPT**

10:00:36  1          MR. LANGAN:  Yes.  May I approach with --

10:00:38  2          THE COURT:  Sure.  I think that's pretty clearly the

10:00:41  3   case.

10:00:41  4          MR. LANGAN:  I'll hand it to Mr. O'Keefe.

10:00:43  5          So that's one thing.  I have a draft order of

10:00:47  6   proof here.  It might look differently if the matter was

10:00:51  7   bifurcated.

10:00:51  8          For instance, why is TO ahead of BP?  Well, the

10:00:54  9   reason is in a unitary trial, it seems like Transocean is sort

10:00:58 10   of making claims, not really claims but sort of going after us,

10:01:02 11   if you will, on source control and it seems like kind of

10:01:06 12   neutral on quantification is my read, but Kerry and his team

10:01:10 13   can speak for themselves but that's why.  We're kind of

10:01:14 14   defending against TO in the source control, it seems to us.  So

10:01:18 15   that's one thing.

10:01:19 16          The other thing is that we have very carefully

10:01:22 17   read Your Honor's comments in the Working Group Order about

10:01:25 18   opening statements and perhaps that's a done deal, but I did

10:01:28 19   want to express the view on behalf of BP that we would like

10:01:32 20   another opportunity to convince Judge Barbier that a brief

10:01:35 21   opening statement, at least on the quantification front, might

10:01:40 22   be beneficial.  It could be in addition to the briefing, the

10:01:46 23   pretrial briefing that he's called for, which we're perfectly

10:01:49 24   happy to do.

10:01:51 25          Whether you think of it in terms of a tutorial or

**OFFICIAL TRANSCRIPT**

10:01:54  1   whatever, look, we're going to do what Judge Barbier wants,

10:01:56  2   that goes out saying, but I do think our team thinks that brief

10:02:00  3   opening statements on quantification might be helpful.  We just

10:02:04  4   wanted to say that.  If he's decided to go a different

10:02:07  5   direction, perfectly fine, but if not, we wanted at least to

10:02:09  6   make our pitch that we think it would be helpful.

10:02:12  7          I just wanted to cover those points, advance the

10:02:15  8   ball a little bit, and if Your Honor wants to set a time for

10:02:19  9   people to comment on a unitary versus bifurcated trial, we're

10:02:23 10   happy to participate in that.

10:02:24 11          THE COURT:  Good.  Why don't we do that.

10:02:29 12          Brian, you wanted to say something about the

10:02:31 13   bifurcated model?

10:02:34 14          MR. BARR:  A couple things.  One, I'll answer Andy's

10:02:37 15   invitation to comment on what we think.  I'm happy to send

10:02:41 16   around a proposed order next week on how we think the trial

10:02:43 17   should be structured so people can comment on the language.

10:02:47 18   That would be perfectly fine with us.

10:02:49 19          What we're proposing is not a bifurcation.  It's

10:02:52 20   simply an ordering of the evidence under Rule 42.

10:02:54 21          THE COURT:  Right.  It's a shorthand way of saying you

10:02:57 22   want the source control portion of Phase Two to go first and

10:03:01 23   quantification to follow.

10:03:03 24          MR. BARR:  Well, that and so that we have a logical

10:03:06 25   flow of the evidence and we're not jumping around to different

**OFFICIAL TRANSCRIPT**

10:03:10  1    pieces of the case.  You just have a logical presentation which

10:03:15  2    we think makes the most sense and is the most efficient way to

10:03:19  3    do it.  I can circulate a proposed order and let everybody

10:03:22  4    comment on it.

10:03:22  5          THE COURT:  Your proposed order would also propose

10:03:24  6    order of presentation in the two presentations.  So, for

10:03:27  7    example, if we decide to go with source control first, you can

10:03:32  8    go ahead and propose the order of presentation.

10:03:35  9          MR. BARR:  Yes, Your Honor.

10:03:36 10          THE COURT:  Then in quantification, you don't have a

10:03:38 11    dog in that hunt.

10:03:40 12          MR. BARR:  Right.

10:03:40 13          THE COURT:  Well, BP, presumably you would keep the

10:03:47 14    order of presentation that you've distributed today.

10:03:50 15          MR. LANGAN:  I think we would, Your Honor.  By the way,

10:03:53 16    I don't have any problem with Mr. Barr's point that it's not

10:03:56 17    bifurcation in the formal sense.  It's not a Rule 42, whatever

10:04:01 18    the rule is.  I agree with Mr. Barr on that.

10:04:04 19          THE COURT:  Just order of presentation of evidence.

10:04:05 20              So let's do this:  Brian, if you would go ahead

10:04:08 21    and get out what you're proposing, and then if we decide to go

10:04:13 22    with -- we won't use the word *bifurcated* -- the separate

10:04:17 23    presentation of evidence based on source control and

10:04:22 24    quantification, let's get the US to comment on BP's proposed

10:04:28 25    order of proof for the quantification phase.

**OFFICIAL TRANSCRIPT**

10:04:33  1        MR. BARR:  Again, when you look at the way Phase One

10:04:35  2   was done, the Court expected us all to coordinate together

10:04:40  3   anyway when you had the allotted entries.  I think the actual

10:04:43  4   order is probably not as important, but we'll coordinate with

10:04:47  5   everybody on that.

10:04:47  6        THE COURT:  So we'll look at that next week and then

10:04:49  7   take that up as an agenda item on Friday.

10:04:52  8        MR. O'ROURKE:  Steve O'Rourke for the United States.

10:04:56  9        I just want to point out one thing about this

10:04:59 10   potential division into two parts is the potential for

10:05:04 11   duplication.  So I'm not advocating that we can't have two

10:05:07 12   parts, but I'm going to very forcefully advocate, or as

10:05:11 13   forcefully as I can, that there will be no objecting in part

10:05:15 14   two that we should have said something in part one because

10:05:19 15   there is a lot of overlap between these two topics.  The

10:05:22 16   Top Kill will come up in source control.  It will come up in

10:05:26 17   quantification.  The capping stack will come up in both.

10:05:29 18        There is going to be plenty of potential for

10:05:31 19   either overlap or for us saying we're going to hold this topic

10:05:35 20   until the quantification part, and then we can't be in a

10:05:41 21   position to be told you should have done that last week.

10:05:43 22        That's going to have to be written down in

10:05:46 23   whatever order there is.  If there is going to be a

10:05:49 24   segregation, that rule is going have to be in black and white;

10:05:53 25   otherwise, we're going to be....

**OFFICIAL TRANSCRIPT**

10:05:55 1        THE COURT:  *Segregation* is a good word as opposed to

10:05:58 2   *bifurcate*.

10:06:00 3        MR. O'ROURKE:  Segregation, division, whatever,

10:06:03 4   Phase One A or Phase Two B -- or to be or not to be.

10:06:08 5        THE COURT:  Good one, Steve.

10:06:11 6        MR. MILLER:  Your Honor, a brief response to one of

10:06:14 7   Andy's comments.

10:06:15 8        THE COURT:  Yes, Mr. Miller.

10:06:16 9        MR. MILLER:  The one about opening statement.  It may

10:06:19 10  be a dead issue, but we agree with Andy and what he said.

10:06:23 11  Opening statements should also include source control.

10:06:27 12        The point is this:  The underlying information is

10:06:30 13  so scintillating such that opening statements in the form of a

10:06:35 14  tutorial may actually be beneficial to the Court to put the

10:06:39 15  information in context, in particular for this phase of trial

10:06:44 16  on both quantification and source control.

10:06:46 17        THE COURT:  I will definitely, as you know, talk to

10:06:49 18  Judge Barbier about it and see what he has to say.

10:06:53 19        MR. MILLER:  It may be the highlight of the six weeks.

10:06:57 20        THE COURT:  Well, he's not going to agree on six weeks,

10:06:59 21  but okay, let's not go there.

10:07:04 22        MR. FITCH:  I think the lawyers, Judge -- Tony Fitch

10:07:07 23  for Anadarko.  On the opening statement issue, the lawyers who

10:07:11 24  are working on the quantification issues probably, like me, are

10:07:17 25  just kind of thinking about back to what I did and didn't know

**OFFICIAL TRANSCRIPT**

10:07:22  1   and understand and didn't understand about some of these issues

10:07:25  2   at various points in time.

10:07:27  3           I do think all of that could be short-circuited

10:07:32  4   beneficially for Judge Barbier by some of the lawyers maybe

10:07:39  5   making the opening statements with that instruction or

10:07:43  6   background or overall view stuff in mind and maybe even with

10:07:46  7   some back and forth because Judge Barbier is never shy about

10:07:52  8   asking questions.  I think that additional two-thirds of a day

10:07:58  9   would pay off and reduce time, if anything.

10:08:03 10       THE COURT:  Good.  I like the idea of back and forth.

10:08:07 11   Maybe he will, as well.

10:08:08 12           All right.  That is all I have on this week's

10:08:16 13   agenda.  What else is on your mind?

10:08:22 14       MS. HIMMELHOCH:  I did want to let the Court know that

10:08:24 15   I have circulated the order relating to the communications

10:08:29 16   between the United States and all of the States to the parties,

10:08:34 17   and I asked for comments by June 14th so that I could submit it

10:08:38 18   to the Court for entry sometime the week after.  To date I

10:08:42 19   haven't received any objection, but I did want to let you know

10:08:47 20   that a month later I have finally gotten that out to the

10:08:49 21   parties.

10:08:50 22       THE COURT:  Good.  Okay.  Sarah, thank you.  That's

10:08:54 23   whatever.

10:08:54 24       MR. LANGAN:  Your Honor, not to prolong this efficient

10:08:58 25   conference, and we read Judge Barbier's order about the

**OFFICIAL TRANSCRIPT**

10:09:01  1    June 27th status, and liaison counsel -- we will prepare a

10:09:05  2    report and work with the PSC on the report as we often do for

10:09:08  3    these.  If Your Honor has any further thoughts the Court can

10:09:12  4    share about what Judge Barbier would like to accomplish, that

10:09:16  5    will give us a few weeks to -- you know, we saw the Mexican

10:09:21  6    states' oral argument.

10:09:23  7              THE COURT:  Correct.

10:09:24  8              MR. LANGAN:  So we will be ready for that.  We saw the

10:09:27  9    Phase Two and let's talk about the trial, I think, and then

10:09:30 10    future case management is the three things that I recall.

10:09:32 11              THE COURT:  Correct.

10:09:33 12              MR. LANGAN:  So I think we can be prepared on all of

10:09:35 13    those things, but to the extent Your Honor has visibility into

10:09:39 14    what else he would like to cover, maybe this would be a good

10:09:42 15    time to share that, if he could.

10:09:43 16              THE COURT:  Yes.  I think he generally is just thinking

10:09:47 17    about moving forward.  He wants to do Phase Two trial prep,

10:09:56 18    talk about that.  Then beyond that, where are we heading?  So

10:10:02 19    anything that you are thinking about, and we've picked up some

10:10:06 20    loose ends, we're working on the OPA test case track, but

10:10:11 21    anything --

10:10:11 22              MR. LANGAN:  We're talking to the United States with

10:10:14 23    Anadarko the penalty, right --

10:10:16 24              THE COURT:  Exactly.  The penalty phase probably will

10:10:18 25    be on his radar.

**OFFICIAL TRANSCRIPT**

10:10:20  1       MR. LANGAN:  Yes.

10:10:20  2       THE COURT:  Anything beyond that that you all are

10:10:23  3  thinking about, he would like to go ahead and just have a

10:10:28  4  general discussion.  I don't think there is going to be any

10:10:31  5  etched in stone.  He may have another conference in either July

10:10:35  6  or August to firm up things that we discussed.

10:10:42  7         I'll talk to him about that either today or

10:10:47  8  Monday, when I talk to him about opening statements and

10:10:51  9  separation of presentation of evidence on Phase One.  So I'll

10:10:56 10  add that to our list, and if I get any further insight I'll

10:11:01 11  e-mail everybody.

10:11:01 12       MR. LANGAN:  I think his order was perfectly clear and

10:11:04 13  gave us plenty to go on.  If there are additional thoughts,

10:11:08 14  we're happy to address those too.  I'm not trying to suggest

10:11:09 15  that his order was not clear.  I'm not suggesting that.

10:11:13 16       THE COURT:  One thing that I discovered yesterday as I

10:11:17 17  was going through the submissions on Motions for Summary

10:11:22 18  Judgment that you all anticipate filing along with Motions *in*

10:11:26 19  *Limine* is that our time line dropped the deadline for

10:11:34 20  dispositive motions and Motions *in Limine*, so thanks for

10:11:40 21  pointing that out to us.

10:11:49 22       SPEAKER:  That was funny.

10:11:50 23       THE COURT:  That was funny.  We're going to have to

10:11:52 24  think about that and look at the schedule and try to figure out

10:11:54 25  what we are going to do.  Mike wanted me to point that out to

**OFFICIAL TRANSCRIPT**

10:11:57  1    you.

10:11:59  2         MR. BARR:  Brian Barr for the PSC.  In the risk of

10:12:02  3    saying too much at a hearing, is it all right if we suggest

10:12:07  4    that we start doing these every other week?  I think the

10:12:10  5    parties work well enough together that we can do that, and

10:12:13  6    we're about to launch into the expert discovery schedule, and I

10:12:16  7    think there is, with the holidays --

10:12:19  8         THE COURT:  I have no problem with that.  I think that

10:12:24  9    we might have to have some interim calls on hot button issues

10:12:29 10    that we have going; so, for example, we have to have some calls

10:12:36 11    on the ENHANS stuff that we have been working on, but if that's

10:12:40 12    what the group consensus is I would love to have some Friday

10:12:44 13    mornings.

10:12:44 14         MR. LANGAN:  I share Mr. Barr's view.  I do think,

10:12:47 15    since we're meeting with Judge Barbier on the 27th, clearly

10:12:50 16    you'll want to keep the 28th.  That seems logical but maybe

10:12:53 17    between now and then, drop one of them.

10:12:56 18         MR. BARR:  Right.

10:12:57 19         THE COURT:  I'm happy to drop them all.

10:13:00 20         MR. LANGAN:  I'm just following up on Brian's point.

10:13:02 21    We ought to keep the 28th because that's logical, but maybe --

10:13:05 22         THE COURT:  I agree.

10:13:06 23          Well, let's look at it, guys.  We can always

10:13:11 24    convert, and remember, I have urged you all to try to

10:13:14 25    participate by phone.

                              **OFFICIAL TRANSCRIPT**

10:13:15  1              Sarah, you feel fully participatory; do you not?

10:13:20  2          MS. HIMMELHOCH:  I do and I enjoy my status as the

10:13:23  3      voice from beyond.

10:13:25  4          THE COURT:  That's exactly right.  People are reluctant

10:13:29  5      to participate by phone, but you are Exhibit A, right?

10:13:32  6          MS. HIMMELHOCH:  Not Expert A but Exhibit A.

10:13:34  7          THE COURT:  That's correct, and we're not referring to

10:13:37  8      Expert A, who might be a male or a female and is in an

10:13:41  9      undisclosed location.

10:13:43 10          SPEAKER:  A safe house.

10:13:43 11          THE COURT:  A safe house somewhere.

10:13:47 12              So let's look at the schedule.  So why don't

10:13:52 13      we -- why don't we nix --

10:14:01 14          MR. BARR:  Your Honor, not to interrupt your flow of

10:14:04 15      thought, but Mr. Maze has actually already typed one out here.

10:14:10 16          THE COURT:  Mr. Maze.

10:14:12 17          MR. MAZE:  You see, that's me being thrown under the

10:14:15 18      bus.

10:14:15 19          THE COURT:  No, no, no, the Megabus has not arrived yet

10:14:18 20      for you to be thrown under it.

10:14:20 21          MR. BARR:  If we -- if we do one next week, and then we

10:14:24 22      are off on the 21st, it will flow right into being on for the

10:14:29 23      status conference, being off right after the Fourth of July,

10:14:34 24      being on for the 12th, being off for the 19th, on for the 26th

10:14:38 25      and off around Labor Day.

**OFFICIAL TRANSCRIPT**

```
10:14:40   1          THE COURT:  Okay.  Then I think, as we head into
10:14:43   2    Phase Two, I think we go for the 9th, why don't we go for the
10:14:55   3    16th and maybe take the 23rd off.  That will give you two weeks
10:14:59   4    in a row with no conference.
10:15:02   5          MR. BARR:  We'll miss you but maybe we can get some
10:15:05   6    prep done.
10:15:06   7          THE COURT:  This is what I've got:  I've got --
10:15:09   8          MR. FITCH:  I understand that every other week order
10:15:19   9    that Brian has suggested; however, we have the US reply reports
10:15:28  10    coming in on the 10th, and I would suggest that we skip the
10:15:31  11    14th and then have a Working Group Conference on both the 21st
10:15:37  12    and 28th.
10:15:38  13          People will be in town on the 21st, at least some
10:15:41  14    people, because of the Dykhuizen deposition and getting ready
10:15:46  15    for some others as well.  I think that we are more likely, on
10:15:50  16    the case management issues that we have been discussing, to be
10:15:53  17    ready to discuss those in some detail on the 21st as opposed to
10:15:57  18    the 14th; otherwise, Brian suggestions are certainly fine with
10:16:02  19    Anadarko.
10:16:03  20          THE COURT:  Okay.  Alan.
10:16:07  21          MR. YORK:  Good morning, Your Honor.  Alan York for
10:16:10  22    Halliburton.
10:16:11  23          With respect to Mr. Fitch, I stand in support of
10:16:14  24    Corey Maze's proposal.
10:16:14  25          The 21st is the date that all of the post-trial
```

10:16:17 1   briefing and findings of fact and conclusions of law are due to

10:16:19 2   be filed, so that's going to be a pretty big filing day, I

10:16:22 3   think, for everyone that was involved in the Phase One trial.

10:16:25 4   So it seems like it might make some sense if we're going to

10:16:29 5   take one of them off, to stay with the original proposal, but

10:16:32 6   we'll do whatever the Court wishes.

10:16:36 7       MR. O'ROURKE:  We were going to suggest that we start

10:16:39 8   having two per week.

10:16:41 9       THE COURT:  I was going to say why don't you all come

10:16:43 10  over before depositions every morning.

10:16:47 11      MR. O'ROURKE:  Actually, what I was going to suggest is

10:16:49 12  this is all great if we go to every other week for my own

10:16:54 13  personal life, but maybe you should order that this time slot

10:16:57 14  be preserved so when we have calls and such --

10:17:01 15      THE COURT:  Yes.  I may very well say, "Look, let's

10:17:03 16  have a quick dial-in call for 9:30 on Friday morning.  Nobody

10:17:09 17  come but everybody dial in."  So how do you all want to go?

10:17:13 18          It seems to me, let's do this:  Let's have our

10:17:16 19  next status conference on the 28th.  I will not see you again

10:17:24 20  until then.  I will probably speak to you.

10:17:29 21          So we'll go the 28th, and I believe that on the

10:17:38 22  afternoon of the 27th, we're going to have an after hours

10:17:44 23  party.  Please mark your calendars.  After hours meeting.  I'm

10:17:51 24  sorry.  There are no parties in this case.

10:17:52 25          So then no conference on the 5th.  We will have a

**OFFICIAL TRANSCRIPT**

10:17:59 1    conference on the 12th, the 26th, August 9th, August 16th, and

10:18:13 2    picking up again on September 6th, keeping in mind your

10:18:24 3    pretrial conference for Phase Two is September 5th.  Then, of

10:18:31 4    course, we will have a Working Group Conference on

10:18:34 5    September 13th, which is the Friday before the trial, just in

10:18:40 6    case.  We might decide to cancel that.  Who knows but let's

10:18:44 7    keep it down for the time being.

10:18:50 8                    All right.  What else?

10:18:51 9                    I hope everybody has a very nice weekend, and I

10:18:56 10   will not see you next week.

10:19:00 11        MS. HIMMELHOCH:  Thank you, Your Honor.

10:19:01 12        THE COURT:  See you, Sarah.

13        (WHEREUPON, at 10:19 a.m.  the proceedings were

14   concluded.)

15                         *    *    *

16                    REPORTER'S CERTIFICATE

17

18        I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter of the State of
19   Louisiana, Official Court Reporter for the United States
     District Court, Eastern District of Louisiana, do hereby
20   certify that the foregoing is a true and correct transcript to
     the best of my ability and understanding from the record of the
     proceedings in the above-entitled and numbered matter.

21

22                         s/Cathy Pepper
                         Cathy Pepper, CRR, RMR, CCR
23                       Certified Realtime Reporter
                         Registered Merit Reporter
24                       Official Court Reporter
                         United States District Court
25                       Cathy_Pepper@laed.uscourts.gov

                    OFFICIAL TRANSCRIPT

## 1

**1** [2] - 21:3, 21:6
**10** [1] - 23:13
**10-MD-2179** [1] - 1:6
**1001** [1] - 5:14
**10:19** [1] - 42:13
**10th** [2] - 23:19, 40:10
**1100** [1] - 4:7
**11th** [2] - 23:18, 25:11
**12** [3] - 6:5, 6:7, 6:9
**1201** [1] - 4:18
**12TH** [1] - 8:10
**12th** [3] - 25:11, 39:24, 42:1
**13** [1] - 6:10
**1300** [1] - 5:6
**1331** [1] - 4:22
**13th** [1] - 42:5
**13TH** [1] - 8:13
**14th** [3] - 35:17, 40:11, 40:18
**15th** [6] - 25:13, 25:19, 25:25, 26:2, 26:21, 27:12
**1615** [1] - 5:6
**1665** [1] - 4:22
**16TH** [1] - 8:11
**16th** [9] - 25:13, 25:19, 25:25, 26:2, 26:3, 26:21, 27:13, 40:3, 42:1
**1700** [1] - 4:18
**17th** [1] - 26:3
**18** [4] - 6:11, 6:12, 6:13, 6:15
**18th** [1] - 25:24
**19** [3] - 6:16, 6:18, 6:19
**19th** [2] - 25:25, 39:24
**1st** [1] - 20:15

## 2

**20** [2] - 1:5, 6:20
**200** [1] - 5:14
**20005** [1] - 3:20
**20006** [1] - 5:10
**20044** [2] - 2:9, 2:15
**2010** [2] - 1:5, 15:7
**2013** [2] - 1:7, 9:2
**2020** [1] - 5:9
**21** [1] - 20:16
**2185** [1] - 5:17
**21st** [12] - 20:11, 20:22, 22:9, 22:15, 22:18, 22:22, 39:22, 40:11, 40:13, 40:17,

**40:25**
**2216** [1] - 1:24
**23** [1] - 6:21
**23rd** [2] - 26:25, 40:3
**24** [1] - 6:22
**24-hour** [1] - 23:21
**24th** [3] - 20:21, 26:24, 26:25
**25** [1] - 6:23
**25th** [1] - 26:21
**26** [7] - 6:25, 7:1, 7:2, 7:3, 7:4, 7:5, 7:6
**26TH** [1] - 8:10
**26th** [2] - 39:24, 42:1
**27** [2] - 7:8, 7:9
**27th** [4] - 28:24, 36:1, 38:15, 41:22
**27TH** [2] - 7:20, 8:7
**28** [2] - 7:10, 7:13
**28th** [5] - 38:16, 38:21, 40:12, 41:19, 41:21
**28TH..........** [1] - 8:6

## 3

**30** [1] - 7:14
**300** [1] - 3:15
**31** [2] - 7:16, 7:17
**316** [1] - 2:4
**31st** [1] - 9:23
**32502** [1] - 2:5
**3450** [1] - 5:18
**35** [2] - 7:19, 7:20
**355** [1] - 4:11
**35TH** [1] - 4:11
**36** [5] - 7:21, 7:22, 7:23, 7:24, 7:25
**36130** [1] - 2:19
**3668** [1] - 1:21
**36TH** [1] - 4:7
**37** [2] - 8:1, 8:3
**38** [2] - 8:4, 8:5
**3D** [1] - 18:6

## 4

**41** [3] - 8:6, 8:8, 8:9
**42** [5] - 8:11, 8:12, 8:14, 31:20, 32:17
**42..............** [1] - 7:17

## 5

**50** [1] - 10:24
**500** [3] - 2:18, 5:18, 5:22
**5000** [1] - 3:10

**504** [1] - 5:23
**556** [1] - 1:21
**589-7779** [1] - 5:23
**5th** [2] - 41:25, 42:3
**5TH..** [1] - 8:12
**5TH...........................** [1] - 8:9

## 6

**600** [1] - 2:4
**60654** [1] - 3:16
**655** [1] - 3:19
**6th** [1] - 42:2
**6TH..** [1] - 8:11

## 7

**7** [2] - 1:7, 9:2
**701** [2] - 2:22, 3:10
**70112** [1] - 5:6
**70113** [1] - 1:18
**70130** [3] - 1:25, 2:23, 5:22
**70139** [1] - 3:11
**70163** [1] - 4:8
**70502** [1] - 1:22
**70505** [1] - 5:14
**75270** [1] - 4:19
**7611** [2] - 2:9, 2:15
**77002** [1] - 5:19
**77010** [1] - 4:23

## 8

**820** [1] - 1:18
**8th** [2] - 24:14, 24:19

## 9

**9** [1] - 6:4
**90071** [1] - 4:12
**9:30** [3] - 1:7, 9:22, 41:16
**9th** [2] - 40:2, 42:1
**9TH** [1] - 8:10

## A

**A's** [4] - 20:17, 21:5, 21:24, 22:9
**a.m** [1] - 42:13
**A.M** [1] - 1:7
**ABIGAIL** [1] - 2:14
**ability** [1] - 42:20
**able** [3] - 19:25, 25:16,

**25:21**
**ABOUT** [2] - 7:11, 7:20
**above-entitled** [1] - 42:20
**accommodate** [3] - 20:19, 26:4, 26:24
**accommodating** [1] - 20:10
**accommodation** [1] - 25:10
**accomplish** [1] - 36:4
**account** [1] - 21:17
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**actual** [1] - 33:3
**add** [4] - 13:10, 16:11, 19:9, 37:10
**addition** [2] - 13:12, 30:22
**additional** [2] - 20:3, 35:8, 37:13
**address** [1] - 37:14
**ADMISSIBILITY** [1] - 6:17
**admissibility** [1] - 19:15
**advance** [1] - 31:7
**advantages** [1] - 28:20
**advise** [2] - 23:9, 23:23
**advocate** [1] - 33:12
**advocating** [1] - 33:11
**AFTER** [1] - 8:7
**afternoon** [1] - 41:22
**AFTERNOON** [1] - 8:7
**AGAIN** [1] - 8:11
**agenda** [2] - 33:7, 35:13
**ago** [2] - 14:4, 28:3
**agree** [6] - 10:4, 32:18, 34:10, 34:20, 38:22
**ahead** [8] - 12:15, 12:25, 25:18, 27:3, 30:8, 32:8, 32:20, 37:3
**AIRBORNE** [1] - 5:12
**AL** [1] - 2:19
**ALABAMA** [1] - 2:17
**alacrity** [1] - 20:8
**ALAN** [1] - 4:21
**Alan** [4] - 27:6, 27:11, 40:20, 40:21
**ALL** [3] - 1:9, 7:7, 8:3
**ALLEN** [1] - 5:18
**allot** [1] - 16:5
**allotted** [2] - 20:1, 33:3

**ALLOWING** [1] - 7:7
**allowing** [1] - 27:17
**almost** [1] - 25:16
**ALONG** [1] - 8:3
**America** [1] - 27:8
**AMERICA** [6] - 3:3, 3:3, 3:4, 3:5, 3:7, 3:8
**AN** [1] - 8:7
**Anadarko** [3] - 34:23, 36:23, 40:19
**ANADARKO** [2] - 5:3, 5:4
**AND** [5] - 4:4, 6:4, 6:24, 7:12, 8:11
**ANDRE** [1] - 2:14
**ANDREW** [1] - 3:13
**Andy** [2] - 29:10, 34:10
**Andy's** [2] - 31:14, 34:7
**ANGELES** [1] - 4:12
**answer** [1] - 31:14
**ANTHONY** [1] - 1:24
**ANTICIPATE** [1] - 8:3
**anticipate** [1] - 37:18
**anyway** [2] - 24:13, 33:3
**anyway...** [1] - 27:8
**appear** [1] - 21:2
**APPEARANCES** [5] - 1:15, 2:1, 3:1, 4:1, 5:1
**Applause** [1] - 11:25
**approach** [1] - 30:1
**APRIL** [1] - 1:5
**argument** [1] - 36:6
**ARGUMENT..............** ......... [1] - 7:21
**arrangements** [1] - 16:9
**arrived** [1] - 39:19
**assume** [1] - 15:12
**assuming** [2] - 20:23, 21:8
**AT** [1] - 7:8
**ATTORNEY** [1] - 2:17
**AUGUST** [2] - 8:10, 8:11
**August** [4] - 22:7, 37:6, 42:1
**AUTHORIZATION** [1] - 6:9
**authorization** [1] - 12:23
**availability** [2] - 21:5, 22:23
**available** [1] - 25:7
**AVENUE** [3] - 1:18, 2:18, 4:11

**avoid** [1] - 23:22
**aware** [4] - 11:17, 23:11, 23:19, 24:18
**awfully** [1] - 10:15

# B

**Baay** [1] - 13:8
**BAAY** [7] - 4:6, 13:8, 15:14, 15:17, 15:19, 16:11, 16:23
**BABIUCH** [1] - 3:14
**back-and-forth** [1] - 12:18
**background** [1] - 35:6
**ball** [1] - 31:8
**ballpark** [1] - 15:19
**BARBIER** [1] - 7:7
**Barbier** [11] - 12:21, 18:25, 27:17, 28:24, 30:20, 31:1, 34:18, 35:4, 35:7, 36:4, 38:15
**Barbier's** [1] - 35:25
**BARBIER'S** [1] - 7:20
**Barr** [2] - 32:18, 38:2
**BARR** [11] - 2:4, 31:14, 31:24, 32:9, 32:12, 33:1, 38:2, 38:18, 39:14, 39:21, 40:5
**Barr's** [2] - 32:16, 38:14
**BARTOSZEK** [1] - 3:15
**base** [1] - 13:10
**baseball** [1] - 16:5
**based** [2] - 21:9, 32:23
**bay** [1] - 10:17
**Bay** [1] - 10:17
**BAYLEN** [1] - 2:4
**BE** [1] - 7:12
**be...** [1] - 33:25
**beach** [2] - 10:18, 10:25
**become** [1] - 27:20
**BEFORE** [2] - 1:12, 8:14
**behalf** [1] - 30:19
**BEN** [1] - 5:13
**beneficial** [2] - 30:22, 34:14
**beneficially** [1] - 35:4
**BENSON** [9] - 2:14, 19:20, 20:5, 21:7, 21:25, 22:6, 22:16, 22:25, 23:3
**best** [2] - 23:22, 42:20
**between** [4] - 20:17,

33:15, 35:16, 38:17
**BETWEEN** [1] - 7:18
**beyond** [3] - 36:18, 37:2, 39:3
**bifurcate** [1] - 34:2
**BIFURCATED** [2] - 7:13, 7:16
**bifurcated** [5] - 28:13, 30:7, 31:9, 31:13, 32:22
**bifurcation** [2] - 31:19, 32:17
**big** [1] - 41:2
**biggest** [1] - 14:20
**BINGHAM** [1] - 5:8
**bio** [1] - 11:11
**bit** [5] - 14:4, 15:9, 20:20, 23:17, 31:8
**black** [1] - 33:24
**blue** [2] - 10:24, 17:1
**body** [1] - 11:14
**book** [1] - 21:4
**BOP** [2] - 14:25, 17:7
**BOWMAN** [2] - 4:15, 27:4
**BOX** [3] - 1:21, 2:9, 2:15
**boy** [1] - 19:12
**BP** [24] - 3:3, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 11:5, 12:12, 14:10, 15:2, 15:23, 16:6, 16:7, 21:9, 22:19, 22:21, 23:2, 24:17, 29:10, 30:8, 30:19, 32:13
**BP's** [2] - 28:16, 32:24
**breathing** [1] - 15:9
**BRIAN** [1] - 2:4
**Brian** [5] - 31:12, 32:20, 38:2, 40:9, 40:18
**Brian's** [1] - 38:20
**BRIEF** [2] - 6:14, 7:14
**brief** [4] - 19:1, 30:20, 31:2, 34:6
**briefing** [5] - 12:7, 12:8, 30:22, 30:23, 41:1
**briefly** [1] - 19:17
**BRUCE** [1] - 4:15
**bundles** [1] - 12:16
**BUNDLES** [1] - 6:7
**burden** [1] - 21:20
**bus** [1] - 39:18
**button** [1] - 38:9
**buy** [1] - 13:24
**buying** [1] - 13:20
**BY** [23] - 1:4, 1:17, 1:20, 1:24, 2:4, 2:8,

2:13, 2:18, 2:22, 3:9, 3:13, 3:18, 4:6, 4:10, 4:15, 4:21, 5:5, 5:9, 5:13, 5:17, 5:24, 5:25, 8:5

# C

**CA** [1] - 4:12
**calendars** [1] - 41:23
**Calgary** [1] - 23:15
**CALL** [1] - 7:7
**CALLED** [1] - 9:4
**camera** [1] - 11:6
**CAMP** [1] - 2:22
**cancel** [1] - 42:6
**candidly** [1] - 14:8
**canvas** [1] - 22:22
**canvassed** [1] - 21:25
**cap** [1] - 10:5
**CAPPING** [1] - 6:10
**capping** [15] - 13:3, 13:6, 13:7, 13:19, 13:21, 13:24, 13:25, 14:8, 17:4, 17:10, 17:12, 17:15, 17:18, 33:17
**Captain** [1] - 19:23
**care** [2] - 18:1, 27:22
**carefully** [1] - 30:16
**carryover** [1] - 18:24
**Carter** [5] - 11:4, 11:5, 11:11, 11:16
**CASE** [4] - 7:11, 7:12, 7:22, 7:24
**case** [12] - 11:5, 11:6, 13:15, 28:11, 28:12, 30:3, 32:1, 36:10, 36:20, 40:16, 41:24, 42:6
**Casino** [1] - 11:13
**Cathy** [2] - 42:17, 42:22
**CATHY** [1] - 5:21
**Cathy_Pepper@laed .uscourts.gov** [1] - 42:25
**cathy_Pepper@laed. uscourts.gov** [1] - 5:23
**caused** [1] - 27:23
**cautionary** [1] - 27:18
**CCR** [2] - 5:21, 42:22
**CENTER** [2] - 5:13, 5:18
**CENTRE** [1] - 4:7
**CERTAIN** [1] - 6:9
**certain** [1] - 12:23
**certainly** [2] - 29:6,

40:18
**CERTIFICATE** [1] - 42:16
**CERTIFIED** [1] - 5:21
**Certified** [3] - 42:17, 42:18, 42:23
**certify** [1] - 42:19
**Chakeres** [1] - 24:15
**CHAKERES** [3] - 2:13, 24:15, 25:1
**chance** [1] - 17:2
**CHICAGO** [1] - 3:16
**choose** [1] - 23:2
**circuited** [1] - 35:3
**circulate** [1] - 32:3
**circulated** [1] - 35:15
**CIVIL** [1] - 1:6
**claims** [2] - 30:10
**Clarence** [1] - 27:19
**cleanup** [1] - 27:11
**clear** [4] - 15:23, 17:9, 37:12, 37:15
**cleared** [1] - 15:22
**clearly** [5] - 16:14, 17:2, 17:8, 30:2, 38:15
**CLERK** [2] - 9:7, 12:1
**close** [1] - 21:3
**clothes** [1] - 10:24
**comfortable** [2] - 22:20, 22:21
**coming** [3] - 12:10, 18:16, 40:10
**comment** [6] - 29:19, 31:9, 31:15, 31:17, 32:4, 32:24
**COMMENT** [1] - 7:15
**commented** [1] - 28:7
**comments** [5] - 27:9, 28:6, 30:17, 34:7, 35:17
**communication** [1] - 12:18
**COMMUNICATIONS** [1] - 7:18
**communications** [1] - 35:15
**COMPANY** [3] - 3:4, 5:4
**compelling** [3] - 16:12, 16:14
**complimented** [1] - 11:19
**COMPUTER** [1] - 5:25
**concerned** [1] - 23:17
**concluded** [1] - 42:14
**conclusions** [1] - 41:1
**confer** [1] - 19:7
**conference** [8] - 35:25, 37:5, 39:23,

40:4, 41:19, 41:25, 42:1, 42:3
**Conference** [2] - 40:11, 42:4
**CONFERENCE** [6] - 1:12, 8:6, 8:9, 8:10, 8:12, 8:13
**CONFERENCES** [1] - 8:4
**confirm** [2] - 22:8, 24:16
**confirmation** [1] - 25:24
**confirmed** [1] - 24:13
**consensus** [1] - 38:12
**consider** [1] - 13:16
**consideration** [2] - 28:4, 29:5
**contact** [3] - 24:23, 24:24, 25:22
**contain** [1] - 19:1
**CONTAIN** [1] - 6:14
**contested** [2] - 15:15, 15:16
**context** [1] - 34:15
**continents** [4] - 27:4, 27:5, 27:6, 27:7
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**continuing** [1] - 18:14
**contractual** [1] - 16:4
**control** [16] - 26:9, 26:22, 27:13, 28:11, 29:11, 29:21, 29:23, 30:11, 30:14, 31:22, 32:7, 32:23, 33:16, 34:11, 34:16
**CONTROL** [2] - 6:24, 7:11
**convert** [1] - 38:24
**convince** [1] - 30:20
**coordinate** [2] - 33:2, 33:4
**coral** [1] - 10:20
**core** [1] - 17:3
**COREY** [1] - 2:18
**Corey** [1] - 40:24
**CORPORATION** [2] - 3:5, 5:3
**correct** [5] - 28:19, 36:7, 36:11, 39:7, 42:19
**corrections** [1] - 26:8
**CORRECTIONS** [1] - 6:24
**cost** [1] - 15:18
**COULD** [1] - 6:14
**counsel** [1] - 36:1
**COUNSEL** [1] - 2:11
**couple** [6] - 9:18,

23:1, 28:2, 28:6,
31:14
**course** [2] - 28:7, 42:4
**COURT** [106] - 1:1,
5:21, 9:4, 9:8, 9:11,
9:13, 9:15, 10:1,
10:4, 10:9, 10:12,
10:15, 10:22, 11:3,
11:7, 11:14, 11:19,
11:24, 12:3, 12:8,
12:14, 13:2, 13:14,
14:19, 15:11, 15:15,
15:18, 16:2, 16:18,
16:24, 17:13, 17:17,
17:20, 17:22, 18:3,
18:8, 18:10, 18:13,
18:19, 19:9, 19:12,
19:21, 20:6, 20:24,
21:1, 21:5, 21:18,
22:15, 22:21, 23:1,
23:4, 23:7, 23:25,
24:3, 24:8, 24:12,
24:22, 25:3, 25:18,
25:23, 26:5, 26:10,
26:13, 27:6, 27:15,
28:1, 28:9, 28:18,
29:8, 29:20, 30:2,
31:11, 31:21, 32:5,
32:10, 32:13, 32:19,
33:6, 34:1, 34:5,
34:8, 34:17, 34:20,
35:10, 35:22, 36:7,
36:11, 36:16, 36:24,
37:2, 37:16, 37:23,
38:8, 38:19, 38:22,
39:4, 39:7, 39:11,
39:16, 39:19, 40:1,
40:7, 40:20, 41:9,
41:15, 42:12
**Court** [14] - 22:19,
23:9, 26:7, 33:2,
34:14, 35:14, 35:18,
36:3, 41:6, 42:18,
42:18, 42:19, 42:24,
42:24
**court** [1] - 9:24
**cover** [3] - 12:20,
31:7, 36:14
**Craig** [2] - 11:2, 11:12
**crewmembers** [1] -
11:9
**crime** [1] - 19:13
**CRIME** [1] - 6:16
**crime-fraud** [1] -
19:13
**CRIME-FRAUD** [1] -
6:16
**crossover** [1] - 22:7
**CRR** [2] - 5:21, 42:22

# D

**DALLAS** [2] - 4:19,
5:18
**Daniel** [2] - 11:2,
11:12
**Darrow** [1] - 27:19
**date** [5] - 20:4, 22:9,
35:18, 40:25
**dates** [5] - 21:24, 23:1,
25:6, 25:7, 25:14
**David** [5] - 13:4, 13:8,
15:4, 15:12
**DAVID** [1] - 4:6
**DAVIS** [1] - 4:11
**DAVIS-DENNY** [1] -
4:11
**days** [1] - 11:23
**DC** [4] - 2:9, 2:15,
3:20, 5:10
**dead** [1] - 34:10
**deadline** [1] - 37:19
**deal** [1] - 30:18
**decide** [4] - 16:22,
32:7, 32:21, 42:6
**decided** [1] - 31:4
**decision** [3] - 16:5,
22:19, 28:15
**DEEPWATER** [3] -
1:4, 4:4, 4:5
**defendant** [1] - 28:17
**defending** [1] - 30:14
**deferred** [1] - 17:7
**definitely** [2] - 15:14,
34:17
**delay** [1] - 23:21
**DENNY** [1] - 4:11
**DEPARTMENT** [2] -
2:7, 2:12
**depiction** [1] - 11:8
**depo** [4] - 18:17, 23:2,
25:22, 26:3
**DEPO** [1] - 6:12
**depose** [1] - 20:15
**deposed** [5] - 21:11,
21:12, 25:15, 26:20,
26:21
**deposition** [17] -
12:16, 20:14, 20:17,
20:22, 20:25, 21:3,
21:6, 21:8, 21:24,
22:5, 22:11, 22:23,
24:14, 26:14, 40:14
**DEPOSITION** [2] - 6:6,
7:1
**DEPOSITION**............
....................... [1] - 6:22
**DEPOSITION**............
....................... [1] -

6:20
**depositions** [4] - 12:6,
14:15, 22:17, 41:10
**DEPUTY** [1] - 9:7
**describing** [1] - 10:19
**description** [1] - 19:1
**DESCRIPTION** [1] -
6:15
**designations** [1] -
18:17
**DESIGNATIONS**........
................................ [1] -
6:12
**detail** [1] - 40:17
**develop** [1] - 29:14
**devilish** [1] - 13:18
**DEXTER** [1] - 2:18
**dial** [2] - 41:16, 41:17
**dial-in** [1] - 41:16
**die** [1] - 27:19
**different** [2] - 31:4,
31:25
**differently** [3] - 9:15,
28:14, 30:6
**difficulty** [1] - 23:14
**direction** [2] - 28:21,
31:5
**disadvantages** [1] -
28:21
**disassembled** [1] -
13:23
**disclosed** [1] - 24:7
**discovered** [1] - 37:16
**DISCOVERY** [1] - 2:11
**discovery** [1] - 38:6
**discuss** [1] - 40:17
**discussed** [1] - 37:6
**discussing** [1] - 40:16
**discussion** [2] - 14:4,
37:4
**DISCUSSION**............
................................ [1] - 8:1
**DISPOSE** [1] - 6:9
**dispose** [1] - 12:23
**dispositive** [1] - 37:20
**dispute** [4] - 16:4,
16:19, 16:20
**distributed** [1] - 32:14
**District** [3] - 42:19,
42:24
**DISTRICT** [2] - 1:1,
1:1
**diversion** [1] - 15:1
**divided** [1] - 14:9
**division** [2] - 33:10,
34:3
**DIVISION** [1] - 2:12
**doable** [1] - 22:15
**document** [2] - 28:5,

29:4
**DOCUMENT** [1] - 1:9
**dog** [1] - 32:11
**doggone** [1] - 24:3
**DOING** [1] - 8:4
**dollars** [1] - 15:19
**DOMENGEAUX** [1] -
1:20
**Don** [5] - 10:1, 11:2,
11:18, 11:21, 11:24
**DON** [1] - 3:9
**done** [6] - 19:3, 19:4,
30:18, 33:2, 33:21,
40:6
**double** [1] - 15:20
**doubt** [1] - 18:2
**DOUGLAS** [1] - 2:22
**down** [3] - 14:6, 33:22,
42:7
**Dr** [5] - 21:9, 21:17,
24:14, 25:14, 26:18
**DR** [2] - 6:22, 7:2
**draft** [1] - 30:5
**DRILLING** [1] - 4:4
**drop** [2] - 38:17, 38:19
**dropped** [1] - 37:19
**due** [1] - 41:1
**duplication** [1] - 33:11
**during** [5] - 14:15,
20:15, 21:6, 25:15
**Dykhuizen** [1] - 40:14
**déjà** [1] - 27:1

# E

**E&P** [1] - 5:4
**E-DISCOVERY** [1] -
2:11
**e-mail** [8] - 11:22,
13:4, 15:24, 21:18,
25:5, 27:17, 29:8,
37:11
**earnest** [1] - 19:12
**Eastern** [1] - 42:19
**EASTERN** [1] - 1:1
**EDWARDS** [1] - 1:20
**efficient** [2] - 32:2,
35:24
**eight** [3] - 27:2, 27:7
**either** [5] - 28:3,
28:21, 33:19, 37:5,
37:7
**ELLIS** [2] - 3:13, 3:18
**ELM** [1] - 4:18
**ends** [1] - 36:20
**ENERGY** [2] - 4:7,
4:14
**ENFORCEMENT** [1] -
2:8

**Englebert** [1] - 19:23
**enhancing** [1] - 11:17
**ENHANS** [3] - 6:19,
19:17, 38:11
**enjoy** [1] - 39:2
**entered** [1] - 12:25
**entitled** [1] - 42:20
**entries** [1] - 33:3
**entry** [1] - 35:18
**ENVIRONMENT** [1] -
2:12
**ENVIRONMENTAL** [1]
- 2:8
**epitome** [1] - 10:3
**ERIKA** [1] - 4:17
**ESQUIRE** [33] - 1:17,
1:20, 1:24, 2:4, 2:8,
2:13, 2:13, 2:14,
2:14, 2:18, 2:22, 3:9,
3:13, 3:14, 3:14,
3:15, 3:18, 3:19, 4:6,
4:6, 4:10, 4:11, 4:15,
4:16, 4:16, 4:17,
4:17, 4:21, 4:22, 5:5,
5:9, 5:13, 5:17
**established** [1] - 17:3
**etcetera** [1] - 20:9
**etched** [1] - 37:5
**event** [1] - 28:25
**EVERY** [1] - 8:4
**EVIDENCE** [1] - 7:17
**evidence** [6] - 17:9,
31:20, 31:25, 32:19,
32:23, 37:9
**exactly** [5] - 17:13,
17:14, 18:13, 36:24,
39:4
**example** [2] - 32:7,
38:10
**excuse** [2] - 22:9, 28:9
**EXHIBIT** [2] - 6:13,
6:14
**exhibit** [3] - 18:21,
18:25, 19:1
**Exhibit** [2] - 39:5, 39:6
**Exhibit-9088** [1] -
19:16
**EXHIBIT-9088**...........
............................. [1]
- 6:18
**EXHIBIT**.....................
...... [1] - 6:15
**exhibits** [1] - 12:16
**EXHIBITS** [1] - 6:6
**expected** [1] - 33:2
**expedited** [1] - 16:15
**EXPERT** [1] - 7:3
**expert** [11] - 12:6,
13:5, 14:15, 20:1,
20:6, 21:14, 26:20,

26:22, 26:23, 27:9, 38:6
**Expert** [21] - 19:24, 20:6, 20:10, 20:13, 20:15, 20:17, 20:20, 21:1, 21:2, 21:5, 21:14, 21:24, 22:9, 22:12, 22:23, 23:25, 24:1, 39:6, 39:8
**experts** [5] - 19:24, 21:25, 23:8, 23:14, 26:9
**experts'** [1] - 23:13
**EXPERTS**.................
..........................[1] - 6:25
**explaining** [1] - 24:18
**EXPLORATION** [1] - 3:6
**explore** [1] - 19:6
**express** [1] - 30:19
**expressed** [1] - 29:11
**extent** [1] - 36:13

## F

**fact** [6] - 13:19, 14:9, 15:2, 29:8, 29:15, 41:1
**fair** [4] - 12:14, 20:4, 23:3, 23:4
**fall** [2] - 12:3, 15:8
**far** [1] - 15:15
**fashion** [2] - 28:12, 28:13
**FASHION** [1] - 7:13
**FASHION.** [1] - 7:13
**FEDERAL** [1] - 2:7
**fellow** [1] - 11:1
**felt** [1] - 10:16
**female** [1] - 39:8
**few** [2] - 23:18, 36:5
**FIFTEENTH** [1] - 3:19
**figure** [3] - 14:23, 14:24, 37:24
**filed** [2] - 12:15, 41:2
**FILED** [1] - 6:6
**files** [1] - 23:16
**FILING** [1] - 8:3
**filing** [2] - 37:18, 41:2
**film** [1] - 11:10
**final** [1] - 18:25
**FINAL** [1] - 6:14
**finally** [2] - 21:3, 35:20
**findings** [1] - 41:1
**fine** [5] - 25:8, 29:20, 31:5, 31:18, 40:18
**finished** [1] - 13:5
**firm** [2] - 11:11, 37:6

**FIRM** [2] - 1:23, 5:17
**firming** [1] - 24:20
**first** [8] - 21:10, 21:11, 21:14, 28:6, 29:11, 29:23, 31:22, 32:7
**FITCH** [3] - 5:9, 34:22, 40:8
**Fitch** [2] - 34:22, 40:23
**FL** [1] - 2:5
**FLEMING** [1] - 4:17
**flexibility** [1] - 26:2
**FLOOR** [2] - 4:7, 4:11
**flow** [3] - 31:25, 39:14, 39:22
**flyspeck** [1] - 26:15
**folks** [3] - 21:10, 21:11
**follow** [2] - 21:13, 31:23
**following** [2] - 25:13, 38:20
**fool** [1] - 19:4
**FOR** [15] - 1:17, 2:7, 2:11, 2:17, 2:21, 3:3, 4:3, 4:14, 5:3, 5:12, 5:17, 6:8, 7:15, 8:2, 8:12
**forcefully** [2] - 33:12, 33:13
**foregoing** [1] - 42:19
**form** [1] - 34:13
**formal** [1] - 32:17
**formulate** [1] - 20:2
**forth** [5] - 12:18, 20:8, 21:20, 35:7, 35:10
**forward** [2] - 17:17, 36:17
**Fourth** [1] - 39:23
**frank** [1] - 24:2
**frankly** [2] - 21:7, 28:16
**FRAUD** [1] - 6:16
**fraud** [1] - 19:13
**FRIDAY** [3] - 1:7, 8:14, 9:2
**Friday** [8] - 9:21, 9:23, 20:21, 25:11, 33:7, 38:12, 41:16, 42:5
**FRILOT** [1] - 4:5
**front** [1] - 30:21
**fully** [1] - 39:1
**funny** [4] - 12:9, 26:17, 37:22, 37:23
**FURTHER** [1] - 7:1
**future** [1] - 36:10
**FUTURE** [1] - 7:22

## G

**game** [1] - 27:3
**GASAWAY** [20] - 3:18, 13:17, 14:20, 16:25, 17:14, 17:18, 17:21, 20:7, 20:25, 21:2, 21:20, 22:4, 22:8, 23:6, 24:23, 25:2, 25:8, 26:1, 26:6, 26:12
**general** [1] - 37:4
**GENERAL** [1] - 8:1
**GENERAL'S** [1] - 2:17
**generally** [1] - 36:16
**given** [6] - 14:9, 14:10, 20:14, 21:22, 22:17
**GODWIN** [2] - 4:15, 4:21
**GOING** [1] - 8:7
**GOVERNMENT** [1] - 2:7
**Graduate** [1] - 18:10
**GRAND** [1] - 4:11
**GRANT** [1] - 4:11
**grappling** [1] - 19:18
**great** [5] - 11:12, 11:20, 11:21, 17:11, 41:12
**group** [1] - 38:12
**Group** [3] - 30:17, 40:11, 42:4
**GROUP** [2] - 1:12, 8:13
**guess** [5] - 10:14, 12:8, 13:4, 15:24, 21:21
**GUIDRY** [1] - 5:5
**GULF** [1] - 1:5
**guts** [1] - 17:9
**guy** [2] - 10:21, 10:22
**guys** [1] - 38:23
**GWEN** [1] - 4:22

## H

**half** [2] - 15:19, 22:18
**Halliburton** [1] - 12:22, 26:19, 40:22
**HALLIBURTON** [2] - 4:14, 6:8
**hand** [5] - 10:6, 10:7, 10:12, 29:17, 30:4
**handle** [1] - 16:19
**handling** [1] - 22:12
**happy** [7] - 24:16, 26:10, 30:24, 31:10, 31:15, 37:14, 38:19

**hard** [1] - 21:22
**HAS** [1] - 6:8
**HAVE** [1] - 8:7
**Haycraft** [2] - 9:9, 9:17
**HAYCRAFT** [14] - 3:9, 9:10, 9:20, 10:3, 10:7, 10:11, 10:14, 10:16, 10:23, 11:4, 11:9, 11:15, 11:22, 18:12
**HB406** [1] - 5:22
**head** [1] - 40:1
**heading** [1] - 36:18
**heads** [1] - 23:10
**heads-up** [1] - 23:10
**hear** [4] - 11:24, 13:11, 16:12, 28:25
**HEARD** [1] - 1:12
**hearing** [1] - 38:3
**heart** [1] - 27:23
**helpful** [5] - 19:2, 19:5, 28:25, 31:3, 31:6
**hereby** [1] - 42:19
**HERMAN** [3] - 1:17, 1:17
**hidden** [1] - 25:8
**highlight** [1] - 34:19
**HIMMELHOCH** [15] - 2:13, 9:12, 9:14, 12:12, 18:18, 19:6, 19:11, 23:8, 24:1, 24:6, 24:10, 35:14, 39:2, 39:6, 42:11
**hold** [1] - 33:19
**HOLDINGS** [2] - 3:7, 4:3
**holidays** [1] - 38:7
**home** [1] - 9:11
**honest** [1] - 17:1
**honestly** [1] - 22:16
**Honor** [30] - 9:10, 9:12, 9:14, 9:20, 12:12, 13:1, 17:23, 18:18, 19:8, 20:5, 20:7, 21:7, 22:25, 23:6, 23:8, 24:2, 24:11, 24:15, 26:12, 27:24, 31:8, 32:9, 32:15, 34:6, 35:24, 36:3, 36:13, 39:14, 40:21, 42:11
**Honor's** [1] - 30:17
**HONORABLE** [1] - 1:12
**hope** [1] - 42:9
**hopefully** [1] - 27:22
**HORIZON** [1] - 1:4
**hot** [1] - 38:9
**HOURS** [1] - 8:8

**hours** [2] - 41:22, 41:23
**house** [2] - 39:10, 39:11
**HOUSTON** [2] - 4:23, 5:19
**hundred** [1] - 25:20
**hunt** [1] - 32:11
**HUNTER'S** [1] - 6:22
**Hunter's** [1] - 24:14

## I

**idea** [1] - 35:10
**IL** [1] - 3:16
**impact** [1] - 23:20
**important** [1] - 33:4
**IN** [6] - 1:4, 1:5, 6:14, 7:12, 7:13, 8:3
**INC** [9] - 3:3, 3:4, 3:5, 3:6, 3:8, 4:4, 4:5, 4:15, 5:12
**incapacitated** [1] - 27:20
**include** [1] - 34:11
**information** [3] - 12:11, 34:12, 34:15
**INFORMATION** [1] - 6:5
**initial** [1] - 15:9
**ink** [2] - 18:7, 18:8
**insight** [1] - 37:10
**instance** [1] - 30:8
**instead** [2] - 11:4, 23:18
**instruction** [1] - 35:5
**INTERESTS** [2] - 2:7, 2:17
**interim** [2] - 25:15, 38:9
**INTERNATIONAL** [1] - 5:12
**interrupt** [1] - 39:14
**INTO** [1] - 6:7
**invitation** [1] - 31:15
**involved** [3] - 29:21, 29:22, 41:3
**IRPINO** [2] - 1:23, 1:24
**IS** [3] - 8:6, 8:12, 8:13
**Islands** [2] - 9:22, 11:1
**ISSUE** [1] - 7:11
**issue** [17] - 13:4, 13:11, 13:18, 16:16, 18:1, 19:14, 19:18, 21:4, 21:21, 22:13, 23:10, 26:18, 28:11, 28:23, 29:3, 34:10, 34:23
**ISSUE....** [1] - 6:16

ISSUE........................
...... [1] - 7:2
**issues** [10] - 13:17,
15:22, 18:21, 19:7,
24:19, 28:4, 34:24,
35:1, 38:9, 40:16
ISSUES.....................
............ [1] - 6:13
**item** [2] - 18:15, 33:7
**ITEMS** [1] - 6:3

## J

**JAMES** [1] - 1:20
**JEFFERSON** [1] -
1:21
**JENNY** [1] - 4:16
**Jessie** [1] - 11:10
**John** [1] - 10:17
**JOSEPH** [1] - 3:14
**JR** [1] - 4:15
**judge** [1] - 16:5
**JUDGE** [3] - 1:13, 7:7,
7:20
**Judge** [14] - 12:21,
13:8, 18:25, 27:17,
28:24, 30:20, 31:1,
34:18, 34:22, 35:4,
35:7, 35:25, 36:4,
38:15
**Judgment** [1] - 37:18
**JUDGMENT** [1] - 8:2
**July** [17] - 20:15, 21:3,
21:6, 22:5, 22:6,
22:9, 22:18, 22:24,
24:14, 24:19, 24:20,
26:21, 26:24, 27:12,
37:5, 39:23
**jumping** [1] - 31:25
**June** [10] - 20:11,
20:16, 22:9, 22:15,
22:18, 22:22, 23:13,
28:24, 35:17, 36:1
**JUNE** [4] - 1:7, 7:20,
8:6, 9:2
**justice** [1] - 11:20
**JUSTICE** [2] - 2:7,
2:12

## K

**KANNER** [1] - 2:21
**KATZ** [1] - 1:17
**keep** [7] - 15:7, 16:12,
18:14, 32:13, 38:16,
38:21, 42:7
**keeping** [2] - 16:13,
42:2

**KERRY** [1] - 4:6
**Kerry** [1] - 30:12
**Kill** [1] - 33:16
**kind** [5] - 16:4, 18:19,
30:11, 30:13, 34:25
**KIRKLAND** [2] - 3:13,
3:18
**knows** [1] - 42:6
**KRAUS** [1] - 2:22
**KUCHLER** [1] - 5:4

## L

**LA** [9] - 1:18, 1:22,
1:25, 2:23, 3:11, 4:8,
5:6, 5:14, 5:22
**Labor** [1] - 39:25
**LABORDE** [1] - 5:12
**lack** [1] - 20:8
**LAFAYETTE** [2] -
1:22, 5:14
**LAMAR** [1] - 4:22
**LANGAN** [17] - 3:13,
27:24, 28:2, 28:10,
28:19, 29:14, 30:1,
30:4, 32:15, 35:24,
36:8, 36:12, 36:22,
37:1, 37:12, 38:14,
38:20
**language** [1] - 31:17
**larger** [1] - 23:16
**LASALLE** [1] - 3:15
**last** [13] - 9:21, 9:23,
9:25, 15:20, 22:2,
22:4, 22:6, 25:9,
25:21, 26:15, 27:23,
29:6, 33:21
**late** [1] - 25:9
**latest** [1] - 19:22
**laughed** [1] - 26:16
**launch** [1] - 38:6
**law** [1] - 41:1
**LAW** [3] - 1:23, 5:17,
12:1
**lawyers** [3] - 34:22,
34:23, 35:4
**lay** [1] - 17:18
**lease** [3] - 14:5, 14:22,
16:13
**least** [4] - 27:1, 30:21,
31:5, 40:13
**left** [2] - 16:2, 17:2
**letter** [4] - 17:15, 25:9,
25:21, 26:9
**LEVIN** [1] - 2:3
**LEWIS** [3] - 3:8, 4:15,
4:21
**LI** [1] - 4:10
**liaison** [1] - 36:1

**liberty** [1] - 11:17
**life** [1] - 41:13
**likely** [2] - 26:4, 40:15
**Limine** [2] - 37:19,
37:20
LIMINE.. [1] - 8:3
**LIMITED** [1] - 3:7
**line** [5] - 19:19, 24:17,
24:24, 37:19
**lines** [1] - 28:5
**LISKOW** [1] - 3:8
**LIST** [2] - 6:6, 6:13
**list** [5] - 12:16, 18:21,
19:9, 28:21, 37:10
**listed** [1] - 27:13
**lists** [1] - 18:25
**LISTS** [1] - 6:14
**LITIGATION** [1] - 2:11
**live** [1] - 27:18
**LIVE** [1] - 7:8
**LLC** [1] - 4:3
**location** [3] - 24:5,
24:8, 39:9
**logic** [1] - 21:17
**logical** [4] - 31:24,
32:1, 38:16, 38:21
**logistical** [1] - 14:16
**logistics** [2] - 14:23,
14:25
**Look** [1] - 41:15
**look** [14] - 10:15,
11:22, 17:2, 17:17,
20:7, 25:14, 28:14,
30:6, 31:1, 33:1,
33:6, 37:24, 38:23,
39:12
**looking** [1] - 19:14
**looks** [1] - 10:1
**loose** [1] - 36:20
**LOS** [1] - 4:12
**Louisiana** [2] - 42:18,
42:19
**LOUISIANA** [3] - 1:1,
1:7, 2:21
**love** [1] - 38:12
**lovely** [2] - 10:18,
18:19
**LP** [1] - 5:4
**LUIS** [1] - 4:10

## M

**ma'am** [1] - 19:20
**macho** [4] - 10:1,
10:3, 10:15, 10:16
**MAGAZINE** [1] - 1:24
**magistrate** [1] - 16:5
**MAGISTRATE** [1] -
1:13

**mail** [8] - 11:22, 13:4,
15:24, 21:18, 25:5,
27:17, 29:8, 37:11
**main** [2] - 13:24, 22:14
**major** [1] - 28:16
**MAJOR** [1] - 4:16
**majority** [1] - 23:13
**male** [1] - 39:8
**management** [2] -
36:10, 40:16
MANAGEMENT.........
...................... [1] -
7:22
**manual** [1] - 15:21
**MARCHAND** [1] - 7:2
**Marchand** [1] - 26:18
**mark** [1] - 41:23
**MARTINEZ** [1] - 4:16
**MASTER** [1] - 6:6
**master** [1] - 12:15
**materials** [1] - 12:23
MATERIALS........ [1] -
6:9
**matter** [2] - 30:6,
42:20
**MAYEAUX** [1] - 5:13
**MAZE** [2] - 2:18, 39:17
**maze** [2] - 39:15,
39:16
**Maze's** [1] - 40:24
**MCCUTCHEN** [1] - 5:8
**MCGREGOR** [1] -
4:16
**MDL** [1] - 5:17
**mean** [3] - 12:1, 22:16,
25:8
**meaning** [1] - 22:4
**MECHANICAL** [1] -
5:24
**meet** [1] - 19:7
**meeting** [2] - 38:15,
41:23
MEETING..................
...................... [1] - 8:8
**Megabus** [1] - 39:19
**memory** [1] - 15:19
**mentioned** [1] - 18:23
**Merit** [2] - 42:18,
42:23
**MEXICAN** [1] - 7:21
**Mexican** [1] - 36:5
**MEXICO** [1] - 1:5
**MICHAEL** [1] - 3:19
**Michoud** [2] - 14:6,
16:13
**middle** [2] - 10:25
**might** [14] - 14:14,
17:11, 19:5, 25:7,
28:14, 28:25, 29:14,

30:6, 30:21, 31:3,
38:9, 39:8, 41:4,
42:6
**mighty** [1] - 10:1
**Mike** [2] - 26:16, 37:25
**MILLER** [7] - 4:6,
11:18, 18:7, 18:9,
34:6, 34:9, 34:19
**Miller** [1] - 34:8
**million** [1] - 15:19
**mind** [5] - 24:25, 29:4,
35:6, 35:13, 42:2
**miss** [1] - 40:5
**MITCHELL** [1] - 2:3
**MITHOFF** [1] - 5:17
**MODEL** [1] - 6:21
**model** [2] - 23:13,
31:13
**modeling** [1] - 23:18
**modifications** [1] -
27:10
**moment** [1] - 24:20
**moments** [1] - 27:19
**Monday** [3] - 20:21,
25:13, 37:8
**money** [3] - 16:21,
17:12
**MONTGOMERY** [1] -
2:19
**month** [1] - 35:20
**morning** [10] - 9:8,
9:13, 9:14, 9:16,
17:22, 17:23, 19:21,
40:21, 41:10, 41:16
**mornings** [1] - 38:13
**most** [6] - 12:5, 16:1,
16:16, 17:9, 32:2
**Motions** [3] - 37:17,
37:18, 37:20
**MOTIONS** [2] - 8:2,
8:3
**motions** [1] - 37:20
**motorboat** [1] - 10:10
**move** [4] - 16:9, 18:16,
25:16, 26:3
**moving** [5] - 14:24,
15:13, 24:13, 25:24,
36:17
**MR** [101] - 6:23, 7:4,
7:5, 7:6, 9:10, 9:20,
10:3, 10:7, 10:11,
10:14, 10:16, 10:23,
11:4, 11:9, 11:15,
11:18, 11:22, 12:7,
13:1, 13:8, 13:17,
14:20, 15:14, 15:17,
15:19, 16:11, 16:23,
16:25, 17:14, 17:18,
17:21, 17:23, 18:4,
18:7, 18:9, 18:12,

19:20, 20:5, 20:7,
20:25, 21:2, 21:7,
21:20, 21:25, 22:4,
22:6, 22:8, 22:16,
22:25, 23:3, 23:6,
24:5, 24:15, 24:23,
25:1, 25:2, 25:8,
25:20, 26:1, 26:6,
26:12, 27:4, 27:5,
27:11, 27:24, 28:2,
28:10, 28:19, 29:14,
30:1, 30:4, 31:14,
31:24, 32:9, 32:12,
32:15, 33:1, 33:8,
34:3, 34:6, 34:9,
34:19, 34:22, 35:24,
36:8, 36:12, 36:22,
37:1, 37:12, 38:2,
38:14, 38:18, 38:20,
39:14, 39:17, 39:21,
40:5, 40:8, 40:21,
41:7, 41:11
**MS** [14] - 9:12, 9:14,
12:12, 18:18, 19:6,
19:11, 23:8, 24:1,
24:6, 24:10, 35:14,
39:2, 39:6, 42:11
**MUNGER** [1] - 4:10

# N

**N.W** [1] - 3:19
**NASA** [2] - 14:5, 14:6
**Nat** [2] - 24:15, 24:23
**NATHANIEL** [1] - 2:13
**NATURAL** [1] - 2:12
**necessarily** [1] -
14:13, 29:16
**necessary** [1] - 22:17
**need** [6] - 13:15,
14:15, 16:12, 16:14,
20:13, 27:10
**needs** [1] - 16:20
**Nesic** [1] - 21:15
**NEUNER** [1] - 5:12
**neutral** [1] - 30:12
**never** [2] - 15:23, 35:7
**NEW** [8] - 1:7, 1:18,
1:25, 2:23, 3:11, 4:8,
5:6, 5:22
**news** [1] - 12:11
**NEXT** [1] - 8:6
**next** [8] - 9:24, 22:13,
25:4, 31:16, 33:6,
39:21, 41:19, 42:10
**nice** [1] - 42:9
**night** [2] - 25:9, 25:21
**nine** [1] - 11:23
**nix** [1] - 39:13

**NO** [2] - 1:6, 8:9
**NOAA** [2] - 6:5, 12:10
**nobody** [1] - 41:16
**NORTH** [4] - 3:4, 3:5,
3:7, 3:8
**Norway** [1] - 23:15
**NOT** [1] - 7:11
**note** [2] - 26:19, 27:19
**nowhere** [2] - 10:25,
11:1
**numbered** [1] - 42:20
**NW** [1] - 5:9
**nylon** [1] - 18:9
**NYU** [1] - 11:10

# O

**O'Keefe** [1] - 30:4
**O'KEEFE** [1] - 1:18
**O'Rourke** [2] - 17:24,
33:8
**O'ROURKE** [8] - 2:8,
17:23, 18:4, 25:20,
33:8, 34:3, 41:7,
41:11
**o-o-o-o-h** [1] - 10:22
**objecting** [1] - 33:13
**objection** [1] - 35:19
**objections** [1] - 12:24
**obviously** [4] - 12:22,
14:1, 20:11, 20:14
**occurring** [1] - 23:24
**October** [1] - 14:21
**OF** [13] - 1:1, 1:5, 1:12,
2:7, 2:12, 2:21, 6:6,
6:9, 6:15, 6:17, 7:10,
7:17, 8:7
**OFFICE** [1] - 2:17
**Official** [2] - 42:18,
42:24
**OFFICIAL** [1] - 5:21
**OFFSHORE** [1] - 4:4
**often** [1] - 36:2
**OIL** [2] - 1:4, 1:4
**OLSON** [1] - 4:10
**ON** [1] - 1:5, 7:15, 8:2,
8:6, 8:9, 8:10, 8:11,
8:13
**on-line** [1] - 24:17
**one** [24] - 11:3, 11:9,
11:15, 18:6, 18:22,
19:23, 20:6, 20:11,
23:9, 26:16, 27:11,
30:5, 30:15, 31:14,
33:9, 33:14, 34:5,
34:6, 34:9, 37:16,
38:17, 39:15, 39:21,
41:5
**One** [7] - 14:18, 18:24,

27:2, 33:1, 34:4,
37:9, 41:3
**ONE** [3] - 3:9, 5:13,
5:18
**OPA** [2] - 7:24, 36:20
**opening** [9] - 30:18,
30:21, 31:3, 34:9,
34:11, 34:13, 34:23,
35:5, 37:8
**OPENING** [1] - 7:14
**operation** [2] - 14:6,
14:7
**opinion** [1] - 20:3
**opinions** [1] - 23:14
**opportunity** [2] -
17:11, 30:20
**opposed** [2] - 34:1,
40:17
**option** [1] - 17:11
**OR** [2] - 7:11, 7:13
**oral** [1] - 36:6
**ORAL** [1] - 7:21
**ORDER** [5] - 6:8, 7:10,
7:18, 7:20, 9:4
**Order** [1] - 30:17
**order** [23] - 1:17,
12:23, 16:20, 28:4,
28:14, 29:5, 30:5,
31:16, 32:3, 32:5,
32:6, 32:8, 32:14,
32:19, 32:25, 33:4,
33:23, 35:15, 35:25,
37:12, 37:15, 40:8,
41:13
**ORDER......................
...........** [1] - 6:5
**ordered** [1] - 15:21
**ORDERING** [1] - 7:17
**ordering** [1] - 31:20
**original** [2] - 21:14,
41:5
**originally** [1] - 21:16
**ORLEANS** [8] - 1:7,
1:18, 1:25, 2:23,
3:11, 4:8, 5:6, 5:22
**OTHER** [2] - 7:13, 8:4
**otherwise** [2] - 33:25,
40:18
**ought** [1] - 38:21
**OUR** [1] - 8:6
**overall** [1] - 35:6
**overcomplicate** [1] -
19:3
**overlap** [2] - 33:15,
33:19
**owe** [4] - 16:6, 16:7,
16:21
**own** [3] - 17:9, 27:22,
41:12
**owned** [1] - 13:19

**ownership** [7] - 14:9,
15:16, 15:22, 15:24,
16:6, 16:16, 17:3
**owns** [1] - 17:7

# P

**P.O** [2] - 2:9, 2:15
**PAGE** [1] - 6:3
**PAPANTONIO** [1] -
2:3
**Park** [1] - 10:18
**part** [5] - 24:12, 29:25,
33:13, 33:14, 33:20
**participants** [2] - 9:11,
10:5
**PARTICIPATE** [1] -
8:5
**participate** [2] - 31:10,
38:25, 39:5
**participatory** [1] -
39:1
**particular** [1] - 34:15
**parties** [9] - 19:6,
23:9, 23:10, 23:19,
29:1, 35:16, 35:21,
38:5, 41:24
**parts** [8] - 13:24,
13:25, 14:10, 15:3,
15:15, 15:16, 33:10,
33:12
**party** [1] - 41:23
**pass** [1] - 28:6
**pay** [3] - 16:6, 16:7,
35:9
**PENALTY** [1] - 7:25
**penalty** [2] - 36:23,
36:24
**PENSACOLA** [1] - 2:5
**people** [14] - 10:25,
18:1, 26:25, 27:19,
29:15, 29:20, 29:22,
31:9, 31:17, 39:4,
40:13, 40:14
**PEOPLE** [1] - 7:15
**Pepper** [3] - 42:17,
42:22, 42:22
**PEPPER** [1] - 5:21
**per** [1] - 41:8
**percent** [1] - 25:20
**perfectly** [4] - 30:23,
31:5, 31:18, 37:12
**perhaps** [2] - 29:18,
30:18
**period** [3] - 22:3, 22:5,
29:19
**person** [1] - 25:22
**personal** [1] - 41:13
**perspective** [1] -

28:16
**PETER** [1] - 3:15
**PETRINO** [1] - 3:19
**PETROLEUM** [2] -
5:3, 5:13
**PHASE** [4] - 6:11, 7:9,
7:23, 8:12
**Phase** [20] - 14:12,
14:18, 14:21, 18:16,
18:24, 19:2, 27:2,
27:24, 29:1, 29:25,
31:22, 33:1, 34:4,
36:9, 36:17, 37:9,
40:2, 41:3, 42:3
**phase** [3] - 32:25,
34:15, 36:24
**PHASE......................
..............** [1] - 7:25
**phone** [3] - 10:5,
38:25, 39:5
**PHONE......................
..........** [1] - 8:5
**photo** [1] - 11:17
**Photo** [1] - 11:11
**picked** [1] - 36:19
**PICKING** [1] - 8:11
**picking** [1] - 42:2
**picture** [4] - 9:24,
10:2, 10:11, 11:12
**pictures** [1] - 9:18
**pieces** [1] - 32:1
**PINHOOK** [1] - 5:14
**pitch** [1] - 31:6
**place** [1] - 29:19
**places** [2] - 23:15
**PLAINTIFFS** [1] - 1:17
**plastic** [1] - 18:10
**plastics** [2] - 18:11,
18:12
**plenty** [2] - 33:18,
37:13
**point** [10] - 12:17,
14:1, 20:8, 26:7,
29:17, 32:16, 33:9,
34:12, 37:25, 38:20
**pointing** [1] - 37:21
**points** [2] - 31:7, 35:2
**POLK** [1] - 5:4
**portion** [1] - 31:22
**position** [3] - 13:12,
20:5, 33:19
**possibility** [2] - 14:14,
23:23
**possible** [1] - 13:20
**post** [1] - 40:25
**post-trial** [1] - 40:25
**posttrial** [2] - 12:7,
12:8
**potential** [5] - 23:9,
29:5, 33:10, 33:18

**potentially** [1] - 16:4
**POYDRAS** [4] - 3:10, 4:7, 5:6, 5:22
**preference** [2] - 29:11, 29:14
**preferences** [1] - 29:2
**prep** [2] - 36:17, 40:6
**PREP.........................
.......** [1] - 7:23
**prepare** [1] - 36:1
**prepared** [1] - 36:12
**present** [1] - 20:22
**presentation** [8] - 12:4, 32:1, 32:6, 32:8, 32:14, 32:19, 32:23, 37:9
**presentations** [1] - 32:6
**presented** [1] - 9:17
**preserved** [1] - 41:14
**pressing** [1] - 24:20
**presumably** [2] - 12:5, 32:13
**pretrial** [2] - 30:23, 42:3
**PRETRIAL** [1] - 8:12
**pretty** [6] - 10:16, 11:15, 13:5, 13:15, 30:2, 41:2
**principle** [2] - 21:9, 21:14
**print** [1] - 25:8
**printed** [1] - 9:15
**printer** [1] - 18:6
**problem** [4] - 20:13, 29:9, 32:16, 38:8
**problems** [2] - 24:19, 27:23
**procedure** [1] - 12:19
**PROCEEDINGS** [3] - 1:12, 5:24, 9:1
**proceedings** [2] - 42:13, 42:20
**process** [2] - 18:21, 29:18
**PROCTOR** [1] - 2:3
**produced** [1] - 23:18
**PRODUCED** [1] - 5:25
**producing** [1] - 23:12
**PRODUCTION** [2] - 3:3, 3:6
**PRODUCTS** [1] - 3:8
**prolong** [1] - 35:24
**proof** [6] - 21:21, 28:4, 28:14, 29:5, 30:6, 32:25
**PROOF.......................
.................** [1] - 7:10
**proposal** [4] - 21:23, 28:13, 40:24, 41:5

**propose** [2] - 32:5, 32:8
**proposed** [5] - 12:22, 31:16, 32:3, 32:5, 32:24
**PROPOSED** [1] - 6:8
**proposing** [3] - 20:20, 31:19, 32:21
**propounded** [1] - 21:9
**proud** [1] - 11:18
**PSC** [2] - 36:2, 38:2
**pulled** [2] - 10:16, 15:7
**put** [6] - 16:4, 17:11, 20:16, 21:16, 29:18, 34:14

## Q

**QUANTIFICATION** [1] - 7:12
**quantification** [19] - 26:23, 27:13, 27:14, 27:15, 28:12, 29:12, 29:23, 29:24, 30:12, 30:21, 31:3, 31:23, 32:10, 32:24, 32:25, 33:17, 33:20, 34:16, 34:24
**questions** [3] - 27:21, 35:8
**quick** [1] - 41:16
**quickly** [1] - 22:13
**quite** [1] - 24:2

## R

**radar** [1] - 36:25
**RAFFERTY** [1] - 2:3
**rams** [7] - 13:19, 15:18, 15:20, 15:24, 16:6, 16:7
**ran** [1] - 18:7
**range** [1] - 26:6
**rather** [3] - 17:15, 29:22, 29:23
**RE** [1] - 1:4
**read** [5] - 13:4, 21:18, 30:12, 30:17, 35:25
**real** [3] - 10:8, 19:17, 20:13
**really** [7] - 10:2, 10:23, 13:20, 15:5, 21:15, 24:8, 30:10
**Realtime** [2] - 42:17, 42:23
**REALTIME** [1] - 5:21

**reason** [1] - 30:9
**reasonable** [1] - 25:10
**reassemble** [3] - 13:25, 16:9, 16:20
**reassembled** [1] - 14:11
**reassembly** [2] - 15:3, 15:13
**received** [2] - 12:24, 35:19
**recently** [1] - 16:25
**recertification** [1] - 15:13
**recertified** [1] - 16:10
**recertify** [1] - 14:1
**recognize** [1] - 10:23
**recognized** [1] - 11:14
**recondition** [1] - 13:25
**reconditioned** [1] - 14:11
**record** [3] - 12:16, 12:17, 42:20
**RECORD.......................
...........** [1] - 6:7
**RECORDED** [1] - 5:24
**reduce** [1] - 35:9
**refer** [1] - 19:24
**referring** [1] - 39:7
**regard** [5] - 12:19, 25:5, 26:19, 28:15, 29:2
**Registered** [1] - 42:17
**registered** [1] - 42:23
**regret** [1] - 9:20
**RELATES** [1] - 1:9
**relating** [1] - 35:15
**RELATING** [1] - 7:18
**RELIED** [1] - 6:21
**relied** [1] - 23:12
**RELIED-UPON** [1] - 6:21
**relied-upon** [1] - 23:12
**reluctant** [1] - 39:4
**remember** [4] - 13:18, 18:10, 18:23, 38:24
**RENAISSANCE** [1] - 4:18
**reply** [1] - 40:9
**report** [15] - 12:11, 12:21, 18:20, 19:8, 20:3, 20:11, 20:12, 20:16, 21:22, 22:10, 22:14, 22:22, 23:21, 36:2
**Reporter** [7] - 42:17, 42:18, 42:18, 42:23, 42:23, 42:24
**REPORTER** [2] - 5:21,

5:21
**REPORTER'S** [1] - 42:16
**reporting** [1] - 12:5
**reports** [2] - 13:5, 40:9
**represents** [1] - 9:19
**requesting** [1] - 25:6
**reraised** [1] - 15:25
**rescramble** [1] - 20:18
**resolution** [1] - 28:23
**resolved** [1] - 16:20
**RESOURCES** [1] - 2:12
**respect** [1] - 40:23
**respond** [1] - 16:11
**responding** [2] - 21:11, 21:15
**response** [1] - 34:6
**review** [3] - 16:15, 20:2, 23:20
**REVISED** [1] - 7:1
**revised** [1] - 26:14
**RICHARD** [1] - 4:22
**RICHESON** [1] - 5:5
**RIG** [1] - 1:4
**rise** [1] - 9:7
**risk** [2] - 27:22, 38:2
**RMR** [2] - 5:21, 42:22
**ROAD** [1] - 5:14
**Rob** [10] - 13:10, 13:14, 16:8, 16:11, 16:12, 16:24, 20:6, 21:19, 24:22, 25:3
**ROBERT** [2] - 3:18, 5:5
**room** [1] - 15:9
**ROOM** [1] - 5:22
**ropes** [1] - 10:14
**row** [1] - 40:4
**Roy** [2] - 28:9
**ROY** [2] - 1:20, 1:20
**Royale** [1] - 11:13
**Rule** [2] - 31:20, 32:17
**RULE** [1] - 7:17
**rule** [2] - 32:18, 33:24
**runs** [4] - 14:5, 16:13, 23:13, 23:18
**RUNS.........................
......** [1] - 6:21
**RUSSELL** [1] - 3:14
**RYAN** [1] - 3:14

## S

**s/Cathy** [1] - 42:22
**sad** [1] - 24:12
**safe** [2] - 39:10, 39:11
**sailboat** [2] - 10:11, 10:12

**sailing** [1] - 9:22
**SALLY** [1] - 1:12
**Sarah** [5] - 9:13, 19:10, 35:22, 39:1, 42:12
**SARAH** [1] - 2:13
**satisfactory** [1] - 16:17
**save** [2] - 27:20, 27:21
**saw** [4] - 26:10, 26:11, 36:5, 36:8
**schedule** [9] - 19:23, 24:21, 26:14, 26:20, 26:24, 27:10, 37:24, 38:6, 39:12
**SCHEDULE..............
..** [1] - 7:1
**SCHEDULE..............
.....................** [1] - 7:3
**scheduled** [1] - 26:23
**scheduling** [1] - 22:13
**SCHELL** [1] - 5:4
**scintillating** [1] - 34:13
**SEAN** [1] - 4:17
**seat** [1] - 9:8
**second** [3] - 21:12, 22:17, 29:12
**SECTION** [1] - 2:8
**see** [11] - 10:14, 10:21, 12:10, 12:15, 12:22, 28:20, 34:18, 39:17, 41:19, 42:10, 42:12
**segregation** [3] - 33:24, 34:1, 34:3
**SELECTION** [1] - 6:16
**selection** [1] - 19:14
**send** [2] - 17:15, 31:15
**sending** [1] - 15:24
**SENIOR** [1] - 2:11
**sense** [3] - 32:2, 32:17, 41:4
**sent** [6] - 13:12, 13:15, 25:5, 25:9, 26:9, 27:8
**separate** [1] - 32:22
**separation** [1] - 37:9
**September** [3] - 42:2, 42:3, 42:5
**SEPTEMBER** [3] - 8:11, 8:12, 8:13
**Service** [1] - 10:18
**SERVICES** [1] - 4:14
**SET** [1] - 7:15
**set** [3] - 15:18, 16:15, 31:8
**share** [4] - 28:5, 36:4, 36:15, 38:14

**SHELL** [1] - 3:9
**Shop** [1] - 11:11
**short** [1] - 35:3
**short-circuited** [1] - 35:3
**shorthand** [1] - 31:21
**shortly** [1] - 19:14
**show** [1] - 9:16
**SHOW** [1] - 6:4
**showing** [1] - 15:23
**SHUSHAN** [1] - 1:12
**shy** [1] - 35:7
**side** [2] - 16:5, 26:2
**significantly** [1] - 23:20
**signs** [1] - 10:19
**simply** [1] - 31:20
**sit** [1] - 29:24
**sitting** [1] - 15:6
**situation** [1] - 17:13
**SIX** [1] - 6:24
**six** [3] - 26:8, 34:19, 34:20
**skip** [1] - 40:10
**slot** [2] - 20:13, 41:13
**snorkel** [1] - 10:19
**snorkeling** [1] - 10:18
**software** [2] - 19:17, 20:2
**SOFTWARE**...............
.................................. [1] -
6:19
**SOME** [1] - 7:13
**sometime** [1] - 35:18
**somewhere** [1] -
39:11
**son** [3] - 9:23, 11:9, 11:10
**sons** [1] - 9:22
**sorry** [3] - 9:21, 29:22, 41:24
**sort** [9] - 10:20, 14:5, 15:9, 21:10, 22:7, 22:19, 24:17, 30:9, 30:10
**SOURCE** [2] - 6:24, 7:11
**source** [16] - 26:9, 26:22, 27:13, 28:11, 29:11, 29:21, 29:23, 30:11, 30:14, 31:22, 32:7, 32:23, 33:16, 34:11, 34:16
**SOUTH** [2] - 2:4, 4:11
**South** [1] - 27:8
**space** [1] - 20:16
**SPEAKER** [2] - 37:22, 39:10
**specific** [1] - 21:23,

22:10
**spent** [2] - 12:2, 12:4
**SPILL** [1] - 1:4
**SQUARE** [1] - 3:9
**St** [1] - 10:17
**stack** [15] - 13:3, 13:6, 13:7, 13:19, 13:21, 13:24, 13:25, 14:8, 17:4, 17:5, 17:10, 17:12, 17:15, 17:19, 33:17
**STACK**......................
..................... [1] - 6:10
**stand** [1] - 40:23
**standpoint** [2] - 14:17, 15:2
**START** [1] - 8:4
**start** [3] - 14:6, 38:4, 41:7
**started** [1] - 14:4
**State** [1] - 42:18
**STATE** [2] - 2:17, 2:21
**statement** [3] - 30:21, 34:9, 34:23
**STATEMENT**..............
..................... [1] - 7:14
**statements** [6] -
30:18, 31:3, 34:11, 34:13, 35:5, 37:8
**States** [8] - 19:24, 19:25, 33:8, 35:16, 36:22, 42:18, 42:24
**STATES** [2] - 1:1, 1:13
**STATES'** [1] - 7:21
**states'** [1] - 36:6
**STATES**.....................
..................... [1] - 7:19
**status** [5] - 28:25, 36:1, 39:2, 39:23, 41:19
**STATUS** [2] - 1:12, 8:6
**STATUS....** [1] - 7:20
**stay** [1] - 41:5
**STEFANIE** [1] - 4:16
**STENOGRAPHY** [1] -
5:24
**STEPHEN** [1] - 1:17
**Steve** [4] - 17:22, 17:24, 33:8, 34:5
**STEVEN** [1] - 2:8
**Stevick** [1] - 26:21
**STEVICK**.....................
..................... [1] - 7:5
**still** [3] - 12:12, 16:3, 18:18
**stone** [1] - 37:5
**STRADLEY** [1] - 5:17
**STREET** [12] - 1:21, 1:24, 2:4, 2:22, 3:10, 3:19, 4:7, 4:18, 5:6,

5:9, 5:18, 5:22
**Strickland** [2] - 26:20, 27:12
**STRICKLAND**............
........................... [1] -
7:4
**striding** [1] - 11:12
**structured** [1] - 31:17
**student** [1] - 11:10
**stuff** [2] - 35:6, 38:11
**submission** [2] -
19:13, 19:15
**SUBMISSION** [2] -
6:16, 6:17
**submissions** [1] -
37:17
**SUBMISSIONS** [1] -
8:2
**submit** [1] - 35:17
**SUBMITTED** [1] - 6:8
**submitted** [1] - 12:22
**sufficient** [1] - 20:2
**suggest** [6] - 21:21, 37:14, 38:3, 40:10, 41:7, 41:11
**suggested** [1] - 40:9
**suggesting** [1] - 37:15
**suggestion** [1] - 22:10
**suggestions** [1] -
40:18
**SUITE** [6] - 2:4, 3:10, 4:18, 4:22, 5:6, 5:14
**summary** [1] - 20:4
**Summary** [1] - 37:17
**SUMMARY** [1] - 8:2
**summer** [3] - 12:2, 12:4, 15:7
**SUPPORT** [1] - 5:12
**support** [1] - 40:23
**supposed** [1] - 25:22
**surf** [1] - 11:13

# T

**table** [1] - 28:18
**tackle** [1] - 14:12
**team** [6] - 22:11, 23:2, 26:3, 28:20, 30:12, 31:2
**TELL**...........................
................. [1] - 6:4
**tentatively** [1] - 25:24
**terms** [2] - 21:23, 30:25
**test** [1] - 36:20
**TEST** [1] - 7:24
**THAT** [1] - 8:2
**THE** [132] - 1:4, 1:5, 1:12, 1:17, 2:7, 2:21,

6:6, 6:7, 6:15, 6:16, 6:17, 6:24, 7:2, 7:11, 7:12, 7:17, 7:18, 7:20, 8:7, 8:9, 8:10, 8:14, 9:7, 9:8, 9:11, 9:13, 9:15, 10:1, 10:4, 10:9, 10:12, 10:15, 10:22, 11:3, 11:7, 11:14, 11:19, 11:24, 12:1, 12:3, 12:8, 12:14, 13:2, 13:14, 14:19, 15:11, 15:15, 15:18, 16:2, 16:18, 16:24, 17:13, 17:17, 17:20, 17:22, 18:3, 18:8, 18:10, 18:13, 18:19, 19:9, 19:12, 19:21, 20:6, 20:24, 21:1, 21:5, 21:18, 22:15, 22:21, 23:1, 23:4, 23:7, 23:25, 24:3, 24:8, 24:12, 24:22, 25:3, 25:18, 25:23, 26:5, 26:10, 26:13, 27:6, 27:15, 28:1, 28:9, 28:18, 29:8, 29:20, 30:2, 31:11, 31:21, 32:5, 32:10, 32:13, 32:19, 33:6, 34:1, 34:5, 34:8, 34:17, 34:20, 35:10, 35:22, 36:7, 36:11, 36:16, 36:24, 37:2, 37:16, 37:23, 38:8, 38:19, 38:22, 39:4, 39:7, 39:11, 39:16, 39:19, 40:1, 40:7, 40:20, 41:9, 41:15, 42:12
**themselves** [1] -
30:13
**THESE** [1] - 8:4
**they've** [1] - 19:25
**thinking** [5] - 14:8, 34:25, 36:16, 36:19, 37:3
**thinks** [1] - 31:2
**thirds** [1] - 35:8
**THIS** [1] - 1:9
**THOMAS** [2] - 2:3, 2:14
**thoughts** [5] - 15:10, 24:24, 28:2, 36:3, 37:13
**three** [4] - 15:6, 26:25, 36:10
**threshold** [1] - 28:10
**throttle** [2] - 10:6, 10:9
**throw** [2] - 13:17, 29:2
**thrown** [2] - 39:17,

39:20
**Thursday** [1] - 25:11
**TIME** [1] - 7:15
**tip** [2] - 29:17, 29:18
**TO** [15] - 1:9, 6:6, 6:9, 6:24, 7:7, 7:15, 7:18, 8:7, 9:4, 13:6, 13:14, 15:12, 16:8, 30:8, 30:14
**today** [4] - 12:20, 12:25, 32:14, 37:7
**together** [2] - 33:2, 38:5
**TOLEDO** [1] - 4:17
**TOLLES** [1] - 4:10
**Tom** [5] - 19:19, 21:5, 21:23, 22:10, 22:15
**Tony** [1] - 34:22
**took** [1] - 11:17
**Top** [1] - 33:16
**topic** [2] - 27:25, 33:19
**topics** [1] - 33:15
**touched** [1] - 13:10
**TOWER** [1] - 4:18
**town** [1] - 40:13
**toy** [1] - 14:20
**toys** [1] - 14:17
**track** [1] - 36:20
**TRACK**.........................
............ [1] - 7:24
**trail** [1] - 10:18
**transcript** [1] - 42:19
**TRANSCRIPT** [2] -
1:12, 5:24
**transmitting** [1] -
23:16
**TRANSOCEAN** [3] -
4:3, 4:3, 4:5
**Transocean** [6] - 13:9, 16:14, 17:7, 17:8, 18:5, 30:9
**Travis** [1] - 9:23
**Trial** [1] - 19:16
**trial** [18] - 14:12, 14:15, 14:18, 14:21, 27:18, 27:21, 27:25, 29:1, 30:9, 31:9, 31:16, 34:15, 36:9, 36:17, 40:25, 41:3, 42:5
**TRIAL** [2] - 6:17, 7:23
**TRIAL**..........................
[1] - 8:14
**TRIAL**..........................
................ [1] - 7:16
**TRIAL**..........................
............ [1] - 7:9
**TRIAL**..........................
............... [1] - 7:8

**tried** [2] - 21:13, 28:12
**TRIED** [1] - 7:12
**trip** [2] - 9:17, 11:21
**true** [1] - 42:19
**Trunk** [1] - 10:17
**try** [2] - 37:24, 38:24
**trying** [2] - 23:10, 37:14
**Tuesday** [1] - 25:13
**tutorial** [2] - 30:25, 34:14
**tweak** [1] - 20:20
**tweaks** [1] - 26:8
**TWEAKS** [1] - 6:24
**Two** [13] - 14:12, 14:21, 18:16, 19:2, 27:24, 29:1, 29:25, 31:22, 34:4, 36:9, 36:17, 40:2, 42:3
**two** [17] - 9:22, 20:3, 20:9, 22:2, 22:4, 27:4, 27:5, 27:6, 27:7, 32:6, 33:10, 33:11, 33:14, 33:15, 35:8, 40:3, 41:8
**TWO** [3] - 7:9, 7:23, 8:12
**two-thirds** [1] - 35:8
**TWO**........................
................. [1] - 6:11
**TX** [3] - 4:19, 4:23, 5:19
**type** [1] - 16:15
**typed** [1] - 39:15

## U

**U.S** [2] - 2:7, 2:12
**unable** [1] - 24:16
**unavailability** [1] - 25:6
**unavailable** [1] - 25:15
**under** [5] - 19:13, 19:15, 31:20, 39:17, 39:20
**UNDER** [3] - 6:16, 6:17, 7:17
**underlying** [1] - 34:12
**undertake** [1] - 15:13
**undisclosed** [3] - 24:5, 24:8, 39:9
**unitary** [3] - 28:12, 30:9, 31:9
**UNITARY** [2] - 7:13, 7:15
**UNITED** [3] - 1:1, 1:13, 7:19
**United** [7] - 19:24, 19:25, 33:8, 35:16,

36:22, 42:18, 42:24
**unlike** [1] - 17:7
**unshaved** [1] - 10:6
**up** [23] - 10:20, 14:22, 15:7, 16:15, 16:25, 21:16, 22:13, 23:10, 24:20, 25:4, 25:16, 27:2, 27:20, 29:15, 29:16, 33:7, 33:16, 33:17, 36:19, 37:6, 38:20, 42:2
**UP** [1] - 8:11
**UPON** [1] - 6:21
**urged** [1] - 38:24
**urgent** [1] - 13:15
**US** [7] - 10:18, 17:24, 25:6, 25:19, 26:3, 32:24, 40:9

## V

**vacations** [2] - 12:2, 12:5
**vague** [1] - 16:3
**various** [2] - 19:7, 35:2
**vast** [1] - 23:13
**Vaziri** [6] - 20:14, 20:17, 21:4, 21:15, 21:17, 22:12
**VAZIRI** [1] - 6:20
**Vaziri's** [1] - 21:9
**versus** [1] - 31:9
**VERSUS** [1] - 7:15
**view** [3] - 30:19, 35:6, 38:14
**Virgin** [2] - 9:22, 11:1
**visibility** [1] - 36:13
**voice** [2] - 10:24, 39:3
**volunteered** [1] - 28:3
**vu** [1] - 27:1

## W

**wait** [1] - 25:23
**waiting** [2] - 12:12, 13:11
**waiving** [1] - 17:25
**wants** [4] - 24:17, 31:1, 31:8, 36:17
**WARREN** [1] - 5:9
**WASHINGTON** [4] - 2:9, 2:15, 3:20, 5:10
**water** [1] - 10:20
**WE** [1] - 8:4
**WE'RE** [1] - 8:7
**week** [22] - 9:24, 9:25, 17:16, 20:15, 21:3,

21:6, 22:6, 22:7, 22:14, 25:12, 27:17, 27:23, 31:16, 33:6, 33:21, 35:18, 38:4, 39:21, 40:8, 41:8, 41:12, 42:10
**week's** [1] - 35:12
**WEEK...** [1] - 8:4
**weekend** [2] - 20:12, 42:9
**weeks** [9] - 20:3, 20:9, 22:2, 22:4, 28:2, 34:19, 34:20, 36:5, 40:3
**WEINER** [1] - 5:5
**welcome** [2] - 13:2, 23:7
**wheel** [2] - 10:7, 10:13
**WHEREUPON** [1] - 42:13
**WHETHER** [1] - 7:11
**WHICH** [1] - 8:13
**white** [1] - 33:24
**WHITELEY** [1] - 2:21
**Whitson** [1] - 25:4
**WHITSON**.................
......................... [1] - 6:23
**whole** [3] - 14:6, 28:18, 29:12
**WILL** [1] - 7:12
**WILLIAM** [1] - 5:17
**Williams** [2] - 11:4, 11:5
**willing** [4] - 15:4, 15:12, 16:8, 20:19
**win** [1] - 17:13
**win-win** [1] - 17:13
**winding** [1] - 14:6
**wishes** [1] - 41:6
**WITH** [1] - 8:3
**WITNESSES** [1] - 7:7
**witnesses** [1] - 27:18
**wondering** [1] - 18:25
**word** [2] - 29:7, 32:22, 34:1
**WORKING** [2] - 1:12, 8:13
**wrapped** [1] - 14:3
**WRIGHT** [1] - 1:20
**written** [1] - 33:22

## Y

**years** [1] - 15:6
**yells** [1] - 11:1
**yesterday** [4] - 11:10, 13:13, 15:25, 37:16
**YORK** [7] - 4:21, 12:7,

13:1, 24:5, 27:5, 27:11, 40:21
**York** [2] - 27:11, 40:21
**YOU** [2] - 7:7, 8:2
**youngest** [1] - 9:23

## Z

**Zick** [1] - 25:14
**Ziegler** [1] - 26:23
**ZIEGLER**.....................
..................... [1] - 7:6