UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** **Case No. 12-311** | * * * | **JURY TRIAL DEMANDED** |

### LIU'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL EXHIBITS E, G, AND K TO MOTION TO COMPEL (REC. DOC. 10334)

Liberty International Underwriters, Inc. ("LIU") submits this Memorandum in support of its Motion to Seal Exhibits E, G, and K to its Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log (Rec. Doc. No. 10334). This Memorandum is submitted in compliance with Local Rule 5.6.

The exhibits to be sealed are the following:

- Exhibit E is an Amended Master Services Agreement between Cameron and Transocean;
- Exhibit G is an e-mail from counsel representing Chartis Insurance to Cameron's in-house counsel; and
- Exhibit K is an e-mail from an LIU representative to various representatives of Marsh concerning the Cameron/BP settlement.

These exhibits were marked "confidential" by the producing parties. No party ever has objected to that designation. As such, they are subject to the Court's protective order in this matter, which states that confidential documents "will be filed under seal as an appendix to the instrument that refers to [them]." *See* Rec. Doc. No. 641, at p. 7.

1

874005

For the reasons set forth above and as required by the Court's protective order, LIU requests that the Court grant its Motion and order that Exhibits E, G, and K to its Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log (Rec. Doc. No. 10334) be filed under seal seal.

                        Respectfully submitted,

                        */s/ Judy Y. Barrasso*
                        Judy Y. Barrasso, 2814
                        Celeste Coco-Ewing, 25002
                        BARRASSO USDIN KUPPERMAN
                          FREEMAN & SARVER, L.L.C.
                        909 Poydras Street, 24th Floor
                        New Orleans, Louisiana 70112
                        504.589.9700 (Telephone)
                        504.589.9701 (Facsimile)

                        and

                        Christopher W. Martin, PRO HAC VICE
                        Federal I.D. 13515
                        Gary L. Pate, PRO HAC VICE
                        Federal I.D. 29713
                        808 Travis, Suite 1800
                        Houston, Texas 77002
                        713-632-1700 (Telephone)
                        713-222-0101 (Facsimile)

                        Attorneys for Liberty International
                          Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of June, 2013.

/s/ Judy Y. Barrasso

874005