UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
|     **"Deepwater Horizon" in the Gulf** | * | |
|     **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| **No. 13-3747,** *Danos, et al. v. BP America* | * | **MAGISTRATE SHUSHAN** |
| *Production Co., et al.* | * | |

## ORDER

Case No. 13-3747 was recently transferred to this Section and Division from Section G.

**IT IS ORDERED** that Case No. 13-3747 is hereby **CONSOLIDATED** with Multidistrict Litigation 2179.

In light of Pretrial Order No. 25 ¶ 8 (No. 10-md-2179, Rec. Doc. 983), staying individual petitions or complaints, **IT IS FURTHER ORDERED** that the motions for extension of time to file responsive pleadings (No. 13-3747, Rec. Docs. 8, 11) are **DENIED AS MOOT/PREMATURE**.

The Clerk of Court shall file a copy of this Order in the MDL 2179 master docket and in the individual docket for Case No. 13-3747.

Signed in New Orleans, Louisiana, this 10th day of June, 2013.

*[signature]*
United States District Judge