UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: All Cases | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Expert Deposition of Robert Turlak (Rec. doc. 10343)]**

Robert Turlak was deposed for two days in his personal capacity, and for two more days as a Rule 30(b)(6) representative for Transocean. Transocean identified him as an expert on source control who was not required to provide a written report. Fed. R. Civ. P. 26(a)(2)(C). The allocation order for source control experts provides that Turlak will not be deposed. Rec. doc. 10193 at 3.

BP requests reconsideration and an order requiring Turlak to appear for a one day deposition. Rec. doc. 10343. It urges that if there is a possibility that Turlak may seek to offer expert testimony at trial, judicial deficiency demands a pre-trial deposition. Id. at 2. Transocean responds that it identified Turlak as Rule 26(a)(2)(C) expert "out of an abundance of caution." Rec. doc. 10341 at 1. It urges that his testimony should qualify as fact witness testimony. Id. It provided a more detailed description of the topics on which Turlak may testify. Id. at 2-3. BP replies that, while it disagrees with the assertions made, the testimony described by Transocean for Turlak can be offered in a form that does not require the qualification of Turlak as an expert witness. It requests a ruling that Transocean has not disclosed expert testimony that Turlak might offer. It agrees that, based on Transocean's June 4 representations (Rec. doc. 10341), an expert deposition for Turlak is not

required.

With the additional description provided by Transocean, a deposition of Turlak is not required. Transocean's June 4 submission (Rec. doc. 10341) does not disclose expert testimony that Turlak may offer. In the event a party asserts that some part of Turlak's described testimony does not qualify as fact witness testimony, Transocean should be permitted to attempt to offer it as opinion testimony. This is a matter reserved for Judge Barbier at trial. The undersigned declines to rule that Turlak is not a Phase Two expert witness.

It is ORDERED that: (1) BP's request for reconsideration of the order providing that Turlak will not be deposed as an expert during Phase Two (Rec. doc. 10343) is DENIED; and (2) the deadline for the appeal of this order is **Wednesday, June 19, 2013.**

New Orleans, Louisiana, this 11th day of June, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**