| Claimant | Phone Number | Address | City | State | Zip | Case Number | SFJ Number |
|---|---|---|---|---|---|---|---|
| AJ Patel | 409-893-2427 | 2811 Highway 73 | Port Arthur | TX | 77640 | 10-8888 | 108288 |
| Ajesh H. Patel | 409-893-2427 | 5101 E Parkway | Groves | TX | 77619 | 10-8888 | 128027 |
| Ocean Plaza, LLC | 409-893-2427 | 5101 E Parkway | Groves | TX | 77619 | 10-8888 | 107802 |
| Sun & Star Business Inc. | 281-748-2804 | 426 E. Little York Rd. | Houston | TX | 77076 | 10-8888 | 124515 |
| Padre Shores II, LLC. | 956-761-2606 | 8605 Padre Blvd. | South Padre Island | TX | 78597 | 10-8888 | 125370 |
| Shivganesh LLC | 956-499-7723 | 1411 Hwy 100 | Laguna Vista | TX | 78578 | 10-8888 | 128284 |
| Shivam Inc | 832-549-6060 | 2000 Sam Houston Parkway | Houston | TX | 77042 | 10-8888 | 126242 |
| Harshy Seabrook Hospitality Inc | 409-354-6176 | 2943 Dominique DR | Galveston | TX | 77551 | 10-8888 | 126251 |
| Purvi Realty, Inc. | 409-354-6176 | 2943 Dominique DR | Galveston | TX | 77590 | 10-8888 | 128056 |
| VP Hospitality LLP | 361 442 3005 | 5213 Oakhurst Drive | Corpus Christi | TX | 78411 | 10-8888 | 126271 |
| Numberdar Hospitality, LLC | 956-519-9097 | 609 East Expressway 83 | Mission | TX | 78572 | 10-8888 | 126317 |
| Dipak D. Patel | 3617720670 | 310 US HWY 77 S | Hallettsville | TX | 77964 | 10-8888 | 126331 |
| Pasadena Hospitality, Inc. | 281-236-6200 | 4602 Katy Fwy | Houston | TX | 77007 | 10-8888 | 126328 |
| 1960 Hospitality, Inc. | 281-236-6200 | 4602 Katy Fwy | Houston | TX | 77007 | 10-8888 | 126327 |
| Dev Hospitality, LLC | 361.482.8714 | 1921 East Freeway | Baytown | TX | 77521 | 10-8888 | 126323 |
| HISPI, Ltd. | 214-891-3136 | 5950 Berkshire STE 810 | Dallas | TX | 75225 | 10-8888 | 126292 |
| Om Krishna, LLC | 337-263-2951 | 3608 W. Prien Lake Rd. | Lake Charles | LA | 70605 | 10-8888 | 126291 |
| Clearwater Hotel, Inc. | 832-221-9559 | 3475 Thoreau Street | Beaumont | TX | 77707 | 10-8888 | 126289 |
| Sai Krupa Investment Group, LLC | 956-535-0709 | 1945 N. Expressway # 83 | Brownsville | TX | 78520 | 10-8888 | 126276 |
| Jai Ambe Maa, LLC | 337-274-4280 | 2402 Fox Hollow Street | Lake Charles | LA | 70605 | 10-8888 | 126274 |
| APAAAR, LLC. | 281-793-2638 | 520 W. Bay Area Blvd. | Webster | TX | 77598 | 10-8888 | 126270 |
| Rajammal Raju | 956-343-6367 | 1500 Gulf Blvd. | South Padre Island | TX | 78597 | 10-8888 | 126260 |
| Prince Sameer Ltd. | 956-821-8985 | 120 Canary Ave. | McAllen | TX | 78504 | 10-8888 | 126256 |
| TRI WANIS VENTURES, LLC | 956-821-8985 | 120 Canary Ave. | McAllen | TX | 78504 | 10-8888 | 126255 |
| Star Hospitality, Inc. | 713-412-8796 | 12323 Katy Freeway | Houston | TX | 77079 | 10-8888 | 126253 |
| Offshore Marine Concepts, Inc. | 7277735603 | 127 11th street E | Tierra Verde | FL | 33715 | 10-8888 | 125926 |
| Sharp Investment, Inc. | 713-208-5653 | 7402 Fair Bank N. Houston | Houston | TX | 77040 | 10-8888 | 125011 |
| Sharp Investment, Inc. | 713-208-5653 | 7402 Fair Bank N. Houston | Houston | TX | 77040 | 10-8888 | 125012 |
| Phillipine Enterprises, Inc. | 832-788-8372 | 22 Amberstone Dr | Sugar land | TX | 77479 | 10-8888 | 125520 |
| Petroleum Transport Lines, Inc. | 727.573.4000 | 2865 Executive Drive | Clearwater | FL | 33762 | 10-8888 | 126034 |
| Risser Oil Corporation | 727.573.4000 | 2865 Executive Drive | Clearwater | FL | 33762 | 10-8888 | 126033 |
| Rally Stores, Inc. | 727.573.4000 | 2865 Executive Drive | Clearwater | FL | 33762 | 10-8888 | 126032 |
| Tulsi Enterprise LLC | 956 541 1961 | 2004 Central Blvd. | Brownsville | TX | 78520 | 10-8888 | 125494 |
| Vision Hotels, LLC | 615-496-4259 | 1606 Main Street | Jewett | TX | 75846 | 10-8888 | 124531 |
| OM Shanti Hospitality, LLC | 281-948-8898 | 16033 Champion Drive | Spring | TX | 77379 | 10-8888 | 126240 |
| Arvind Patel | 713-688-4888 | 12170 NorthWest FWY | Houston | TX | 77092 | 10-8888 | 126889 |
| City of Angel LLC | 832-752-7979 | 2839 N. Velasco St. | Angleton | TX | 77515 | 10-8888 | 124568 |
| Shivalaye Corporation | 352-219-8466 | 2820 NW 13th St. | Gainesville | FL | 32609 | 10-8888 | 89581 |
| Nila Investments, LLC | 954-205-6507 | 509 North Federal Hwy | Hollywood | FL | 33020 | 10-8888 | 109000 |
| Alpine Store, Inc. | 832-277-8606 | 7118 Texas 6 | Houston | TX | 77459 | 10-8888 | 124628 |

| Claimant | Phone Number | Address | City | State | Zip | Case Number | SFJ Number |
|---|---|---|---|---|---|---|---|
| Bharat Gordhan | 956-458-2371 | 1786 W. Hwy 83 | Mission | TX | 78572 | 10-8888 | 126244 |
| Bharat Patel | 409-354-6176 | 7720 Broadway St. | Galveston | TX | 77551 | 10-8888 | 125518 |
| Sweet Success, Inc. | 210-317-7472 | 20714 Wind Springs | San Antonio | TX | 78258 | 10-8888 | 108439 |
| Smartstart, Inc | 210-317-7472 | 21785 Hardy Oak | San Antonio | TX | 78258 | 10-8888 | 108428 |
| Shivshambu Inc | 903-390-0739 | 2624 W. Commerce St. | Buffalo | TX | 75831 | 10-8888 | 124673 |
| Taylor Road Hospitality, LLC | 956-519-9097 | 609 E Expressway 83 | Mission | TX | 78572 | 10-8888 | 126321 |
| Sharmee Lodging Group LLC | 281-236-6200 | 13702 Stampford Drive | Houston | TX | 77007 | 10-8888 | 128068 |
| Tranquility Salon & Spa | 813-857-2997 | 10317 Lightner Bridge Drive | Tampa | FL | 33626 | 10-8888 | 126065/ 126622 |
| Jigneshkumar M. Patel | 832-283-3738 | 3101 Spruce Street | Dickinson | TX | 77539 | 10-8888 | 108628 |
| Jiten Patel | 361-482-8714 | 3005 Houston Hwy | Victoria | TX | 77901 | 10-8888 | 124915 |
| Preston Business, Inc. | 713-585-5430 | 1013 Dulles Ave | Stafford | TX | 77477 | 10-8888 | 126338 |
| Radha Realty, Inc | 954-646-8861 | 6752 W. Indiantown Road | Jupiter | FL | 33458 | 10-8888 | 77030 |
| Mark Enterprise, LLC | 281.548.2900 | 9821 W. FM 1960 Rd | Humble | TX | 77338 | 10-8888 | 132408 |
| Nick Changer L.L.C. | 713-410-5109 | 6600 North Highway 146 | Baytown | TX | 77523 | 10-8888 | 108429 |
| Radhe Radhe 2 Corporation | 337-304-0409 | 114 Richey St. | Pasadena | TX | 77506 | 10-8888 | 125835 |
| Ram Vishnu, L.L.C. | 337-263-2951 | 635 Henry Street | Lake Charles | LA | 70601 | 10-8888 | 127582 |
| Beltway Express, Inc. | 281-630-3875 | 11002 S. Sam Houston Pkwy West | Houston | TX | 77031 | 10-8888 | 125549 |
| SNP Express Food Mart, Inc. | 281-630-3875 | 680 Hwy 35 N. | Alvin | TX | 77511 | 10-8888 | 125548 |
| Pearland Express, Inc. | 281-630-3875 | 4203 Aldine Mail Rd. | Houston | TX | 77039 | 10-8888 | 125547 |
| Perdido Key Hospitality, Inc | 850-393-1269 | 7194 Pensacola Blvd. | Pensacola | FL | 32305 | 10-8888 | 128075 |
| Webster Hotel, L.L.C. | 281-793-2638 | 302 W. Bay Area Blvd. | Webster | TX | 77598 | 10-8888 | 125464 |
| Ramachandran Raju | 956-343-6367 | 1500 Gulf Blvd. | South Padre Island | TX | 78597 | 10-8888 | 126258 |
| South Main Street Properties II, Ltd. | 956-638-3333 | 2006 S Main St. | Mcallen | TX | 78503 | 10-8888 | 125362 |
| Saarang Rama | 956-454-1230 | 2120 El Paseo Street #2306 | Houston | TX | 77054 | 10-8888 | 125350 |
| Noreen Enterprises, LLC | 281.236.6288 | 42 Dorothea Lane | Sugar Land | TX | 77479 | 10-8888 | 126366 |
| MLK Lodging Group, LLC | 832-594-4899 | 4821 South Loop E | Houston | TX | 77033 | 10-8888 | 125064 |
| Vikas Desai | 979-533-9240 | 10247 Highway 59 North | Wharton | Tx | 77488 | 10-8888 | 125056/ 108626 |
| Jay Dalwadi | 832-372-4460 | 2 Azalea Trail Lane | Bellaire | TX | 77401 | 10-8888 | 125845/ 125846 |
| RakhiRi LLC | 337-274-1148 | 3727 Kingston St | Lake Charles | LA | 70605 | 10-8888 | 128077 |
| Shrimad, L.L.C. | 337.540.6834 | 5390 HIGHWAY 90 E | Lakes Charles | LA | 70615 | 10-8888 | 128078 |
| Anil Investment Group, L.L.C. | 409-682-1002 | 2655 Interstate 10 E | Orange | TX | 77630 | 10-8888 | 128071 |
| Veenalaxmi LP. | 281.627.1709 | 17011 East Fwy | Channelview | TX | 77530 | 10-8888 | 125806 |
| Veda Hospitality, LLC | 941-232-1960 | 8323 Barton Farm Blv. | Sarasota | FL | 34240 | 10-8888 | 109350 |
| Jubilee Universal, Inc. | 281-825-2207 | 20018 Glen Lake Dr | Spring | TX | 77388 | 10-8888 | 125021 |
| Sailila Hospitality, Inc. | 409 223 8635 | 6630 Hoover St | Houston | TX | 77092 | 10-8888 | 126243 |
| Alpeshkumar Patel | 713-505-6560 | 3625 Tidwell Rd. | Houston | TX | 77093 | 10-8888 | 126339 |
| Haresh Patel | 386-366-3961 | 315 Bellvue Ave. | Ft. Myers | FL | 32114 | 10-8888 | 126340 |
| Jiteshkumar M Patel | 321-987-5962 | 4505 W. New Haven Ave. | W. Melbourne | FL | 32904 | 10-8888 | 128128 |

| Claimant | Phone Number | Address | City | State | Zip | Case Number | SFJ Number |
|---|---|---|---|---|---|---|---|
| Naynaben Patel | 321-987-5962 | 4505 W. New Haven Ave. | W. Melbourne | FL | 32904 | 10-8888 | 126342 |
| Lata Lalbhai | 237-537-3295 | 3451 Tamiami Trl. | Naples | FL | 34112 | 10-8888 | 126343 |
| Mehul Hasmukh Patel | 281-870-0606 | 13702 Stampford Dr. | Houston | TX | 77077 | 10-8888 | 126370 |
| Amar Patel | 305-395-5926 | 18390 SW 232nd St. | Miami | FL | 33170 | 10-8888 | 126345 |
| Dakshaben Patel | 305-395-5926 | 600 S. Krome Ave. | Homestead | FL | 33030 | 10-8888 | 126347 |
| Sudhirkumar Patel | 305-395-5926 | 600 S. Krome Ave. | Homestead | FL | 33030 | 10-8888 | 126349 |
| Usha Upadhyay | 386-255-6511 | 749 S. Ridgewood Ave. | Holly Hill | FL | 32117 | 10-8888 | 126354 |
| Rajesh Patel | 386-341-1427 | 810 S. Ridgwood Ave. | Daytona Beach | FL | 32114 | 10-8888 | 126355 |
| Shakuntaluben Patel | 386-341-1430 | 650 S. Yonge St. | Ormond Beach | FL | 32174 | 10-8888 | 126357 |
| Manjula Patel | 386-679-0616 | 1234 S. Ridgewood Ave. | Daytona Beach | FL | 32114 | 10-8888 | 126358 |
| Sanat Patel | 386-679-0616 | 1234 S. Ridgewood Ave. | Daytona Beach | FL | 32114 | 10-8888 | 126361 |
| Nelson Garcia | 305-642-9113 | 929 NW 23 Ct | Miami | FL | 33125 | 10-8888 | 126363 |
| Dina Patel | 832-754-2759 | 14720 State Highway 249 | Houston | TX | 77086 | 10-8888 | 126364 |
| Michael Guadiz | 281-414-8896 | 15000 Philippine St Apt 1209 | Houston | TX | 77040 | 10-8888 | 126365 |
| Snehaben Tanna | 979-479-2544 | 648 Grossmore Park | Nashville | TN | 37211 | 10-8888 | 126367 |
| Bhitti Patel | 727-656-7867 | 2003 S Frontage Rd | Plant City | FL | 33563 | 10-8888 | 126371 |
| Piyush Patel 1 | 727-642-4120 | 875 94th Ave. N | St. Petersburg | FL | 33702 | 10-8888 | 126368 |
| Vina M. Patel | 239-699-5021 | 1547 North Tamiami Trail | Ft. Myers | FL | 33903 | 10-8888 | 128131 |
| Pinal Patel | 239-822-1380 | 504 East Main Street | Immokalee | FL | 34142 | 10-8888 | 134451 |