IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions | * * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| | | HONORABLE CARL J. BARBIER |
| v. | * | * |
| BP Exploration & Production.: BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

## MOTION FOR ENJOIN

**PURSUANT** to Federal Rule of Civil Procedure 65, Claimant/Plaintiff, H. Freddie Boothe, Jr., Architect files this motion to enjoin BP Claims Center[1] personnel from contacting the claimant in regards to processing any and all claims identified as being claims against inequities sustained by the Claimant as a direct result of the Deepwater Horizon Spill in the Gulf of Mexico. As cause therefore, the Claimant, H. Freddie Boothe, Jr., Architect submits the accompanying brief and exhibits in support of this Motion to Enjoin.

WHEREFORE, Claimant respectfully request the Court grant it's Motion to Enjoin and constrain personnel of BP Claims Centers from contacting the claimant until such time as the Court

---

[1] Refers to 38.41. Deepwater Horizon Court Supervised Settlement Program or Settlement Program shall mean all of the activities of the Claims Administrator or those under his supervision necessary to implement the Deepwater Horizon Economic and Property Damages Settlement Program.

1

deems necessary and/or after the Court has properly acted on the issues presently before the Court which directly affect the inherent characteristics existing in the Court Doctrine delineating the proper procedure for processing the claims submitted by the Claimant.

Date: June 10, 2013                    Respectfully Submitted,

/s/ H. Freddie Boothe, Jr., Architect
In proper person
14248 Highway 1077
Folsom, Louisiana   70437
504-473-9502

Certificate of Service

I, hereby certify that I have served a copy of this document on all counsel of record either in person, or by electronic transfer, or by mailing it postage prepaid on this _10_ day of _June_ 20_13_.

H. Freddie Boothe, Jr., Pro Se.

Order

It is Ordered that the Motion is granted on this _____ day of _____ in the Year _____.

_____
Judge