UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG * | | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the * | | |
| GULF OF MEXICO on * | | SECTION "J"(1) |
| April 20, 2010 * | | |
| * | | JUDGE BARBIER |
| This Document Pertains to 12-2174 * | | |
| * | | MAG. SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**TO: ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that the undersigned will submit the attached *Motion for More Definite Statement* for hearing in the United States District Court for the Eastern District of Louisiana before the Honorable Carl J. Barbier at 9:30 a.m. on July 3, 2013.

| | |
|---|---|
| CERTIFICATE OF SERVICE | Respectfully submitted, |
| | **STAINES & EPPLING** |
| I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via the service method indicated below: | /s/ Jeff D. Peuler |
| | **ANTHONY J. STAINES** (#12388) |
| | **JEFF D. PEULER,** (#30017) |
| [  ] U.S. Mail | 3500 North Causeway Boulevard |
| [  ] Facsimile | Suite 820 |
| [ x] Electronic Filing | Metairie, Louisiana 70002 |
| [  ] Hand Delivery | Telephone: (504) 838-0019 |
| | Facsimile: (504) 838-0043 |
| This 12th day of June, 2013. | Counsel for ES&H, Inc. |

/s/ Jeff D. Peuler