UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |
| | * | |

### LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 7, 2013 ORDER AND FOR A STAY PENDING RECONSIDERATION

Liberty International Underwriters, Inc. ("LIU") moves the Court under Rule 59(e) to reconsider its June 7, 2013 Order and to stay the Order pending reconsideration by this Court and review by the district court. As shown below, Cameron effectively filed on Thursday, June 6, 2013, a Motion for Reconsideration, asking the Court to reconsider its prior decision and Order production of a claims manual first published months after this lawsuit was filed. This Court granted Cameron's request within 24 hours without affording LIU the opportunity to present evidence and argument that a subsequently prepared manual not used to adjust a claim is not discoverable. The decision is contrary to the law and evidence and is manifestly unfair and unjust. Accordingly, for the reasons provided in the accompanying Memorandum, LIU asks the Court to (1) grant its motion for reconsideration and vacate the portion of the June 7, 2013 Order requiring LIU to produce its 2012 claims manual to Cameron; and (2) stay the Order pending reconsideration and review by the district court.

Respectfully submitted,

/s/ Judy Y. Barrasso

Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
   Underwriters, Inc.


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of June, 2013.

/s/ Judy Y. Barrasso

874536_1