UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** *12-311* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

LIBERTY'S MOTION TO COMPEL (Rec. doc. 10334)

**SET WITHOUT ORAL ARGUMENT**

IT IS ORDERED that: (1) the motion of Liberty International Underwriters, Inc. ("Liberty") to compel (Rec. doc. 10334) is set for submission on briefs and without oral argument on **Monday, June 17, 2013**; and (2) Cameron International Corporation ("Cameron") shall file its opposition by **Friday, June 14, 2013.**

New Orleans, Louisiana, this 12th day of June, 2013.

    _____
    **SALLY SHUSHAN**
    **United States Magistrate Judge**