# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010         SECTION J

Applies to: *12-311*                     JUDGE BARBIER
                                     MAGISTRATE JUDGE SHUSHAN

## ORDER

LIBERTY'S MOTION TO RECONSIDER (Rec. doc. 10358)

**SET WITHOUT ORAL ARGUMENT**

      IT IS ORDERED that: (1) the motion of Liberty International Underwriters, Inc. ("Liberty") for reconsideration (Rec. doc. 10358) is set for submission on briefs and without oral argument on **Monday, June 17, 2013**; (2) Cameron International Corporation ("Cameron") shall file its opposition by **Friday, June 14, 2013;** and (3) the June 7, 2013 order requiring Liberty to produce the claim manual prepared by Ms. Rogan and Mr. Engel and any amendments or revisions of it through the date of the order (Rec. doc. 10332) is stayed pending a ruling on Liberty's motion for reconsideration.

      New Orleans, Louisiana, this 12th day of June, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**