

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig        MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*        JUDGE BARBIER
       MAGISTRATE JUDGE SHUSHAN

---

### REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW

| STATUS REPORT NO. | 8A | DATE | June 12, 2013 |
|---|---|---|---|



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Oil Spill by the Oil Rig                                  MDL NO. 2179
     "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2012                      SECTION J

Applies to: *All Cases*                                        JUDGE BARBIER
                                      MAGISTRATE JUDGE SHUSHAN

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

**AMENDED STATUS REPORT NO. 8A, DATED JUNE 12, 2013**

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement Agreement (the "Settlement Agreement") submits this amended Report to restate the data in Table 8 of Status Report No. 8, dated April 11, 2013.  The time period for this Report No. 8 is March 11, 2013, through April 10, 2013, and the only change from the original Report is new data in section A of Table 8.  The Claims Administrator will provide any other information in addition to this amended Report as requested by the Court.

I.        STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS

A.  **Claim Submissions.**

1.  **Registration and Claim Forms.**

The Claims Administrator opened the Settlement Program with needed functions staffed and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment. We have received 139,097 Registration Forms and 152,461 Claim Forms since the Program opened, as shown in the Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement ("Public Report") attached as Appendix A.  Claimants have begun but not fully completed and submitted 12,401 Claim Forms.   The Forms are available online, in hard

1

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

copy, or at Claimant Assistance Centers located throughout the Gulf.  Of the total Claim Forms submitted, 15% of claimants filed in the Seafood Program, 21% filed Individual Economic Loss (IEL) Claims, and 31% filed Business Economic Loss (BEL) Claims (including Start-up and Failed BEL Claims).  *See* App. A, Table 2.  DWH staff at the Claimant Assistance Centers assisted in completing 28,534 of these Claim Forms.  *See* App. A, Table 3.  The nineteen Claimant Assistance Centers also provide other forms, including Personal Representative Forms, Subsistence Interview Forms and Sworn Written Statements and Authorizations.

### 2.  Minors, Incompetents and Deceased Claimants.

The table below describes the claims filed on behalf of minors, incompetents and deceased claimants in the Settlement Program.

| Table 1.  Minors, Incompetents and Deceased Claimants | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Minor Claimants | | Incompetent Claimants | | Deceased Claimants | |
| | | Total | Change Since Last Report | Total | Change Since Last Report | Total | Change Since Last Report |
| 1. | Claims Filed | 43 | +5 | 56 | +6 | 208 | +15 |
| 2. | Referred to GADL | 24 | +2 | 16 | +2 | N/A | N/A |
| 3. | Eligible for Payment | 1 | 0 | 24 | +5 | 85 | +11 |
| 4. | Approval Orders Filed | 0 | 0 | 18 | +8 | 57 | +14 |

### 3.  Third Party Claims.

Court Approved Procedure Order No. 1 (as entered September 9, 2012, and amended March 11, 2013) ("CAP") defines the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement ("Third Party Claims").  The Amended CAP streamlines the enforcement documentation requirements to support a Valid Third Party Claim

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

and notifies the parties that the Court will adopt a Third Party Claim Dispute resolution process for attorney fee liens and Third Party Claims other than those asserted by a state or federal agency.  On April 9, 2013, the Court appointed Judge Jerry Brown as the Attorney Liens Adjudicator.

We will not honor an asserted Third Party Claim unless the Third Party Claimant provides us with documentation that supports a Valid Third Party Claim.  We now require a Third Party Claimant to send us enforcement documentation soon after the initial Third Party Claim assertion, and we notify the claimant about an Enforced Third Party Claim against a potential Settlement Payment as soon as we receive sufficient documentation, regardless of where the underlying Settlement Program Claim is in the review process.  The claimant may, but does not have to, object to the Third Party Claim at this time.  After we send an Eligibility Notice to the affected Settlement Program claimant against whom an Enforced Lien has been asserted, we send the claimant/claimant's attorney and the Third Party Claimant a Notice of Valid Third Party Claim and provide the claimant 20 days to notify us of any objection to the Third Party Claim.

We continue to process and pay Third Party Claims as reflected in Table 2 below.

| Table 2.  Third Party Claims | | | | | | |
|---|---|---|---|---|---|---|
| | Type of Third Party Claim ("TPC") | TPCs Asserted | TPCs Asserted Against Claimants With a DHCC ID | TPCs[1] Asserted Against Payable Claims | Valid TPCs Asserted Against Payable Claims | TPCs Paid/ Ready for Payment (TPClmt) | Claims with TPCs Paid/ Ready for Payment (Clmt) |
| 1. | Attorney's Fees | 2,289 | 1,841 | 282 | 149 | 68 | 264 |
| 2. | IRS Levies | 420 | 394 | 36 | 36 | 20 | 30 |
| 3. | Individual Domestic | 250 | 142 | 67 | 51 | 40 | 46 |

---

[1] The streamlined enforcement requirements allow us to assess validity earlier in the process, although we will not know if a valid TPC is asserted against a payable claim until the Eligibility Notice goes out.



| Table 2.  Third Party Claims | | | | | | |
|---|---|---|---|---|---|---|
| Type of Third Party Claim ("TPC") | TPCs Asserted | TPCs Asserted Against Claimants With a DHCC ID | TPCs[1] Asserted Against Payable Claims | Valid TPCs Asserted Against Payable Claims | TPCs Paid/ Ready for Payment (TPClmt) | Claims with TPCs Paid/ Ready for Payment (Clmt) |
| Support Obligations | | | | | | |
| 4. Blanket State-Asserted Multiple Domestic Support Obligations | 4 states | N/A | N/A | N/A | 0 | 0 |
| 5. 3rd Party Lien/Writ of Garnishment | 500 | 224 | 12 | 6 | 4 | 3 |
| 6. Claims Prep/ Accounting | 823 | 635 | 27 | 8 | 1 | 6 |
| 7. Other | 25 | 9 | 1 | 0 | 0 | 0 |
| 8. TOTAL | 4,307 | 3,257 | 425 | 250 | 133 | 349[2] |

To date, we have removed 844 lien holds due to parties releasing their claims or resolving disputes.

## B.  Claims Review.

We completed our first reviews and issued our first outcome notices on July 15, 2012, and Payments on July 31, 2012.  There are many steps involved in reviewing a claim so that it is ready for a notice.

### 1.  Identity Verification.

The Tax Identity Number (TIN) Verification review is the first step in the DWH claims review process.  The table below contains information on the total number of claimants reviewed in the Program, the outcome of those reviews, and the percentage of claimants that receive Verification Notices after review.

---

[2] If the TPC amount is in dispute, we pay the claimant the undisputed portion of his/her/its Settlement Payment.  A Third Party Claim can be asserted against one or more Settlement Program Claims.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 3.  Identity Verification Review Activity. | | | | |
|---|---|---|---|---|
| **Outcome** | **Claimants Reviewed Since Last Report** | **Monthly Percentage** | **Total Claimants Reviewed** | **Total Percentage** |
| **1.** **Verified During Review** | 3,411 | 70.47% | 37,381 | 78% |
| **2.** **SSN Notice Issued** | 132 | 2.72% | 2,234 | 4% |
| **3.** **ITIN Notice Issued** | 4 | .01% | 388 | 1% |
| **4.** **EIN Notice Issued** | 1,298 | 26.8% | 8,022 | 17% |
| **5.** **Total Reviewed** | 4,845 | 100% | 48,025 | 100% |

The table below contains information on the number of TIN Verification Notices issued, how many have been cured after the claimant responded to the Notice, and the average time to cure in days.

| Table 4.  Identity Incompleteness Activity. | | | | |
|---|---|---|---|---|
| **Notice Type** | **Notices Issued** | **Number Cured** | **Percentage Cured** | **Average Time to Cure in Days** |
| **1.** **SSN Notice** | 2,234 | 1,738 | 78% | 127 |
| **2.** **ITIN Notice** | 388 | 320 | 83% | 150 |
| **3.** **EIN Notice** | 8,022 | 6,165 | 77% | 80 |
| **4.** **Total Issued** | 10,644 | 8,223 | 77% | 119 |

## 2.  Employer Verification Review ("EVR").

The EVR process ensures that all employees of the same business are treated uniformly and that each business is placed in the proper Zone.  The review also walks through the intricate analysis necessary to assign the right NAICS code to a business. The EVR team has completed the EVR analysis for over 135,000 businesses and rental properties.

From March 11, 2013, through April 10, 2013, the team completed the EVR step for 14,452 businesses and properties.  We identified an average of 449 new businesses and properties to review each day and completed the EVR review for an average of 466 businesses

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

and properties each day. We continue to review new businesses and rental properties on a first-in, first-out basis.

    **3. Exclusions.**

    The Exclusions review process ensures that claims and claimants excluded under the Settlement Agreement are appropriately denied. The Exclusions team guides the reviewers and the EVR team when questions arise during the exclusion determination. Table 5 below shows the number of Denial Notices issued to date for each Exclusion Reason and the team responsible:

| | **Table 5. Exclusions** | | | |
|---|---|---|---|---|
| | **Exclusion Reason** | **Team Responsible** | **Denial Notices Since Last Report** | **Total Denial Notices** |
| 1. | GCCF Release | Exclusions | 1,153 | 4,851 |
| 2. | BP/MDL 2179 Defendant | | 24 | 185 |
| 3. | US District Court for Eastern District of LA | | 1 | 22 |
| 4. | Not a Member of the Economic Class | Claims Reviewers | 81 | 140 |
| 5. | Bodily Injury | | 0 | 2 |
| 6. | BP Shareholder | | 0 | 6 |
| 7. | Transocean/Halliburton Claim | | 0 | 0 |
| 8. | Governmental Entity | Claims Reviewers/ EVR | 65 | 545 |
| 9. | Oil and Gas Industry | | 87 | 280 |
| 10. | BP-Branded Fuel Entity | | 4 | 24 |
| 11. | Menhaden Claim | EVR | 1 | 9 |
| 12. | Financial Institution | | 27 | 130 |
| 13. | Gaming Industry | | 105 | 491 |
| 14. | Insurance Industry | | 20 | 94 |
| 15. | Defense Contractor | | 34 | 185 |
| 16. | Real Estate Developer | | 2 | 2 |
| 17. | Trust, Fund, Financial Vehicle | | 4 | 7 |
| 18. | **Total Denial Notices from Exclusions** | | **1,608** | **6,973** |

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**4. Claimant Accounting Support Reviews.**

A special team handles Claimant Accounting Support ("CAS") reviews. CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim is returned from the Accountants or BrownGreer's reviewers as payable and the Compensation Amount is known, the CAS team reviews accounting invoices and CAS Sworn Written Statements. Table 6 includes information on the number of CAS reviews we have completed to date, whether the Accounting Support documentation was complete or incomplete, and the amounts reimbursed.

| | | CAS Review Result | | | | Total CAS Reviews | | CAS $ Amount Reimbursed | |
| | | Complete | | Incomplete | | | | | |
| | Claim Type | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date |
|---|---|---|---|---|---|---|---|---|---|
| 1. | **BEL** | 649 | 5,298 | 45 | 522 | 694 | 5,820 | $1,038,339.76 | $6,470,655.94 |
| 2. | **IEL** | 162 | 761 | 4 | 149 | 166 | 910 | $2,986.68 | $42,366.99 |
| 3. | **Seafood** | 383 | 2,968 | 35 | 453 | 418 | 3,421 | $78,484.96 | $992,386.77 |
| 4. | **TOTAL** | 1,194 | 9,027 | 84 | 1,124 | 1,278 | 10,151 | **$1,119,811.40** | **$7,505,409.70** |

Table 6. Claimant Accounting Support Reviews

**5. QA Review.**

The Quality Assurance ("QA") process addresses three fundamental needs of the Settlement Program, which are to: (a) ensure that all claims are reviewed in accordance with the policies of the Settlement Agreement by targeting anomalous claims results through data metrics analysis; (b) provide a mechanism to monitor reviewer performance and the necessary tools to efficiently and effectively provide feedback to reviewers; and (c) identify areas of review resulting in high error rates that require retraining or refined review procedures and data validations.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

We have implemented a reviewer follow-up process for all claim types.  We provide daily follow-up to reviewers whose claims resulted in different results after a QA review the day before.  We also have a report that identifies specific reviewers who require re-training, and reveals whether there are issues that warrant refresher training for all reviewers.  Table 7 shows, by Claim Type, the number of claims identified for QA review through the database QA process, as well as how many QA reviews have been completed, how many are in progress, and how many are awaiting review.

| | Claim Type | Total Claims Needing QA To Date | QA Reviews Completed | % Completed | QA Reviews in Progress | Claims Awaiting QA | QA Reviews Completed Since Last Report |
|---|---|---|---|---|---|---|---|
| | **Table 7.  Quality Assurance Reviews** | | | | | | |
| 1. | Seafood | 17,664 | 13,272 | 75% | 933 | 3,459 | 3,246 |
| 2. | IEL | 13,216 | 7,521 | 57% | 514 | 5,181 | 1,279 |
| 3. | BEL | 6,414 | 4,883 | 76% | 365 | 1,166 | 1,205 |
| 4. | Start-Up BEL | 608 | 496 | 82% | 22 | 90 | 107 |
| 5. | Failed BEL | 1,196 | 1,100 | 92% | 15 | 81 | 125 |
| 6. | Coastal Real Property | 12,796 | 12,515 | 98% | 189 | 92 | 2,038 |
| 7. | Real Property Sales | 599 | 598 | 100% | 0 | 1 | 33 |
| 8. | VoO Charter | 7,094 | 7,076 | 100% | 13 | 5 | 46 |
| 9. | Subsistence | 5,602 | 1,570 | 28% | 118 | 3,914 | 886 |
| 10. | Wetlands | 1,814 | 1,735 | 96% | 59 | 20 | 385 |
| 11. | Vessel Physical Damage | 249 | 84 | 34% | 12 | 153 | 84 |
| 12. | **TOTAL** | **67,252** | **50,850** | **76%** | **2,240** | **14,162** | **9,434** |

## 6.   Claim Type Review Details.

Table 8 provides information on the number of claims filed, how many claims have been reviewed to Notice, the claims remaining to review, and how many claims were reviewed to

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

either a Notice or "Later Notice" to date, by claim type.  Table 8 splits the claims reviewed to a

"Later Notice" into separate sections distinguishing claims receiving Notices after we conduct a

Reconsideration review from claims reviewed for additional materials submitted by a claimant in

response to an Incompleteness Notice.

| Table 8.  Throughput Analysis of Claims Filed and Notices Issued | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **A. Claims Reviewed to First Notice** | | | | | | | | | |
| | **Claim Type** | **Status of All Claims Filed** | | | | **Productivity Since Last Report on 3/11/13** | | | |
| | | **Total Claims Filed To Date** | **Reviews Completed to Notice** | | **Claims Remaining to Review** | | **New Claims Filed** | **Avg Daily Claims Filed** | **Reviews Completed to First Notice** | **Avg Daily Reviews to First Notice** |
| 1. | Seafood | 23,617 | 17,108 | 72% | 6,509 | 28% | 59 | 2 | 4,108 | 133 |
| 2. | IEL | 28,962 | 21,258 | 73% | 7,704 | 27% | 1,063 | 34 | 2,669 | 86 |
| 3. | IPV/FV | 221 | 198 | 90% | 23 | 10% | 16 | <1 | 36 | 1 |
| 4. | BEL | 41,848 | 19,954 | 48% | 21,894 | 52% | 5,372 | 173 | 1,660 | 54 |
| 5. | Start-Up BEL | 2,928 | 1,838 | 63% | 1,090 | 37% | 292 | 9 | 238 | 8 |
| 6. | Failed BEL | 2,373 | 1,611 | 68% | 762 | 32% | 145 | 5 | 166 | 5 |
| 7. | Coastal RP | 21,860 | 19,434 | 89% | 2,426 | 11% | 2,169 | 70 | 2,427 | 78 |
| 8. | Wetlands RP | 4,339 | 2,492 | 57% | 1,847 | 43% | 561 | 18 | 413 | 13 |
| 9. | RPS | 1,047 | 874 | 83% | 173 | 17% | 62 | 2 | 73 | 2 |
| 10. | Subsistence | 16,109 | 1,315 | 8% | 14,794 | 92% | 2,861 | 92 | 538 | 17 |
| 11. | VoO | 8,192 | 7,969 | 97% | 223 | 3% | 127 | 4 | 154 | 5 |
| 12. | Vessel | 965 | 749 | 78% | 216 | 22% | 141 | 5 | 66 | 2 |
| 13. | TOTAL | 152,461 | 94,800 | 62% | 57,661 | 38% | 12,868 | 415 | 12,548 | 405 |
| **B. Claims Reviewed to Later Notice** | | | | | | | | | |
| | **Claim Type** | **Initial or Preliminary Incompleteness Response** | | | **Follow-Up Incompleteness Responses** | | | **Requests for Reconsideration** | | |
| | | **Total Responses** | **Claims with Later Notice** | **Remaining Claims** | **Total Responses** | **Claims with Later Notice** | **Remaining Claims[2]** | **Total Requests** | **Claims with Later Notice** | **Remaining Claims[2]** |
| 1. | Seafood | 3,638 | 1,426 | 2,212 | 680 | 216 | 464 | 1,221 | 546 | 675 |
| 2. | IEL | 10,148 | 5,153 | 4,995 | 2,244 | 955 | 1,289 | 1,284 | 491 | 793 |
| 3. | IPV/FV | 69 | 53 | 16 | 11 | 3 | 8 | 10 | 2 | 8 |
| 4. | BEL | 10,629 | 5,667 | 4,962 | 3,140 | 1,281 | 1,859 | 1,457 | 473 | 984 |
| 5. | Start-Up BEL | 987 | 598 | 389 | 403 | 150 | 253 | 130 | 26 | 104 |

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 8.  Throughput Analysis of Claims Filed and Notices Issued | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6. | Failed BEL | 521 | 321 | 200 | 237 | 86 | 151 | 203 | 84 | 119 |
| 7. | Coastal RP | 3,172 | 2,499 | 673 | 668 | 359 | 309 | 757 | 443 | 314 |
| 8. | Wetlands RP | 155 | 107 | 48 | 17 | 11 | 6 | 262 | 79 | 183 |
| 9. | RPS | 149 | 140 | 9 | 33 | 30 | 3 | 112 | 86 | 26 |
| 10. | Subsistence | 311 | 66 | 245 | 6 | 0 | 6 | 20 | 3 | 17 |
| 11. | VoO | 817 | 790 | 27 | 313 | 294 | 19 | 477 | 340 | 137 |
| 12. | Vessel | 473 | 371 | 102 | 162 | 108 | 54 | 64 | 39 | 25 |
| 13. | TOTAL | 31,069 | 17,191 | 13,878 | 7,914 | 3,493 | 4,421 | 5,997 | 2,612 | 3,385 |

### C. Claim Payments.

#### 1. Notices and Payments.

We issued our first payments to claimants on July 31, 2012.  Tables 4 and 5 of the Public Report attached at Appendix A provide detail on the notices and payments issued to date.  As of April 10, 2013, we have issued 34,683 Eligibility Notices with Payment Offers totaling $2,717,848,918 billion.  As of that date, we also have made over $1.9 billion in payments on 28,167 claims.

#### 2. Claimants in Bankruptcy.

On February 20, 2013, the Claims Administrator approved the procedures for making Settlement Payments to claimants in bankruptcy.  As a result, in the last month, we sent out 30 Representative of Claimant in Bankruptcy Notices to claimants who had a bankruptcy hold, had received an Eligibility Notice and had a previously accepted Release.  At the time of this report, five claimants who received the Bankruptcy Notice have returned sufficient, responsive documents.   Of those five claimants, four have been submitted for payment.  We reached out to eight claimants who responded to the Bankruptcy Notice but did not provide all of the requested information and documents.  Finally we issued an additional 30 Bankruptcy Notices to claimants

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

who have a bankruptcy hold, have received an Eligibility Notice and have not previously received a Bankruptcy Notice.

    **D.**   <u>**Re-Reviews, Reconsiderations and Appeals.**</u>

        **1.**   **Re-Review Reviews and Outcomes.**

    The Claims Administrator implemented a Re-Review process beginning on January 18, 2013, that provides claimants with the opportunity to request a Re-Review of their claim within 30 days after an Eligibility or Denial Notice if they have additional documents not previously submitted to support their claim.  This Re-Review leads to a Post Re-Review Notice, from which claimants may then request Reconsideration if they wish.  To date, there have been 21,886 Eligibility and Denial Notices issued from which claimants can request a Re-Review.  Of those, 4,796 are still within the 30 day window to seek Re-Review and have not yet done so, leaving 17,090 that have passed the window for seeking Re-Review.  Of those, claimants have asked for Re-Review of 871 claims. Thus, the rate of Re-Review from all final determinations is 5.1%. The rate of Re-Review from Eligibility Notices is 3% and the rate of Re-Review from Denial Notices is 12%.

    Table 9 summarizes the Re-Reviews Reviews we have completed, the number of Post-Re-Review Notices we have issued, and whether the outcome of the Re-Review review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Re-Review.  The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 9.  Re-Reviews | | | | |
|---|---|---|---|---|
| **A.   Re-Review Requests and Reviews** | | | | |
| **Claim Type** | **Requests Received To Date** | **Reviews Completed To Date** | | |
| | | **Total** | **Completed Since Last Report** | **Average Weekly Reviews** |
| 1. **Seafood** | 205 | 17 | 17 | 2 |
| 2. **IEL** | 80 | 0 | 0 | 0 |
| 3. **IPV/FV** | 4 | 2 | 2 | 0 |
| 4. **BEL** | 247 | 101 | 101 | 11 |
| 5. **Start-Up BEL** | 11 | 4 | 4 | 0 |
| 6. **Failed BEL** | 24 | 23 | 23 | 3 |
| 7. **Coastal** | 150 | 59 | 59 | 7 |
| 8. **Wetlands** | 124 | 104 | 104 | 12 |
| 9. **Real Property Sales** | 9 | 8 | 8 | 1 |
| 10. **Subsistence** | 0 | 0 | 0 | 0 |
| 11. **VoO** | 27 | 18 | 18 | 2 |
| 12. **Vessel** | 2 | 0 | 0 | 0 |
| 13. **TOTAL** | **883** | **336** | **336** | **37** |

| Table 9.  Re-Reviews | | | | | | |
|---|---|---|---|---|---|---|
| **B.   Re-Review Notices Issued** | | | | | | |
| **Claim Type** | **Notices Issued** | | **Outcome of Review** | | | |
| | **Total Issued to Date** | **Weekly Average** | **Compensation Amount for Eligible Claims** | | | **Exclusion/Denials** | |
| | | | ↑ | ↓ | ↔ | **Confirmed** | **Overturned** |
| 1. **Seafood** | 40 | 5 | 21 | 1 | 15 | 3 | 0 |
| 2. **IEL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. **IPV/FV** | 2 | 0 | 0 | 0 | 0 | 2 | 0 |
| 4. **BEL** | 53 | 7 | 30 | 3 | 14 | 6 | 0 |
| 5. **Start-Up BEL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6. **Failed BEL** | 17 | 2 | 0 | 0 | 0 | 17 | 0 |
| 7. **Coastal** | 22 | 3 | 7 | 0 | 4 | 11 | 0 |
| 8. **Wetlands** | 6 | 1 | 0 | 0 | 0 | 6 | 0 |
| 9. **Real Property Sales** | 3 | 0 | 0 | 0 | 0 | 3 | 0 |
| 10. **Subsistence** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11. **VoO** | 12 | 2 | 0 | 1 | 5 | 5 | 1 |
| 12 **Vessel** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13. **TOTAL** | **155** | **19** | **58** | **5** | **38** | **53** | **1** |

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

   **2.  Reconsideration Reviews and Outcomes.**

   To date, there have been 56,559 Eligibility, Denial and Incompleteness Denial Notices issued from which claimants can seek Reconsideration.  Of those, 9,426 are still within the 30 day window to seek Reconsideration and have not yet done so, leaving 47,133 that have passed the window for seeking Reconsideration.  Of those, claimants have asked for Reconsideration of 5,827 claims. Thus, the rate of Reconsideration from all final determinations is 11.9%.  The rate of Reconsideration from Eligibility Notices is 6% and the rate of Reconsideration from Denial and Incompleteness Denial Notices is 25%.

   Table 10 summarizes the Reconsideration Reviews we have completed, the number of Post-Reconsideration Notices we have issued, and whether the outcome of the Reconsideration review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Reconsideration.  The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 10.  Reconsideration | | | | |
|---|---|---|---|---|
| B.  Reconsideration Requests and Reviews | | | | |
| Claim Type | Requests Received To Date | Reviews Completed To Date | | |
| | | Total | Completed Since Last Report | Average Weekly Reviews |
| 1. Seafood | 1,194 | 662 | 54 | 47 |
| 2. IEL | 1,246 | 771 | 92 | 55 |
| 3. IPV/FV | 10 | 2 | 2 | 0 |
| 4. BEL | 1,390 | 999 | 178 | 71 |
| 5. Start-Up BEL | 125 | 90 | 36 | 6 |
| 6. Failed BEL | 199 | 163 | 36 | 12 |
| 7. Coastal | 742 | 586 | 109 | 42 |
| 8. Wetlands | 257 | 256 | 13 | 18 |

13

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 10.  Reconsideration | | | | | |
|---|---|---|---|---|---|
| **B.   Reconsideration Requests and Reviews** | | | | | |
| | **Claim Type** | **Requests Received To Date** | **Reviews Completed To Date** | | |
| | | | **Total** | **Completed Since Last Report** | **Average Weekly Reviews** |
| 9. | **Real Property Sales** | 111 | 105 | 3 | 8 |
| 10. | **Subsistence** | 19 | 4 | 1 | 0 |
| 11. | **VoO** | 473 | 457 | 42 | 33 |
| 12. | **Vessel** | 61 | 52 | 7 | 4 |
| 13. | **TOTAL** | **5,827** | **4,147** | **573** | **296** |

| B.  Reconsideration Notices Issued | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Claim Type** | **Notices Issued** | | **Outcome of Review** | | | |
| | | **Total Issued to Date** | **Weekly Average** | **Compensation Amount for Eligible Claims** | | **Exclusion/Denials** | |
| | | | | ↑ | ↓ | ↔ | **Confirmed** | **Overturned** |
| 1. | **Seafood** | 536 | 16 | 281 | 42 | 137 | 74 | 2 |
| 2. | **IEL** | 551 | 17 | 57 | 3 | 15 | 476 | 0 |
| 3. | **IPV/FV** | 2 | 1 | 0 | 0 | 0 | 2 | 0 |
| 4. | **BEL** | 472 | 14 | 172 | 18 | 68 | 203 | 11 |
| 5. | **Start-Up BEL** | 25 | 1 | 6 | 1 | 4 | 13 | 1 |
| 6. | **Failed BEL** | 83 | 3 | 0 | 0 | 0 | 83 | 0 |
| 7. | **Coastal** | 429 | 14 | 53 | 10 | 185 | 176 | 5 |
| 8. | **Wetlands** | 79 | 3 | 11 | 1 | 16 | 51 | 0 |
| 9. | **Real Property Sales** | 90 | 3 | 0 | 0 | 2 | 87 | 1 |
| 10. | **Subsistence** | 3 | 0 | 0 | 0 | 0 | 3 | 0 |
| 11. | **VoO** | 412 | 13 | 57 | 2 | 103 | 211 | 39 |
| 12 | **Vessel** | 41 | 0 | 24 | 1 | 6 | 10 | 0 |
| 13. | **TOTAL** | **2,723** | **84** | **661** | **78** | **536** | **1,389** | **59** |

  **3.   Appeals.**

   **(a)** *BP Appeals.*

  To date, we have issued 12,177 Eligibility Notices that meet or exceed the threshold amounts rendering them eligible for BP to appeal.  Of those, 303 are still within the time for BP to appeal, leaving 11,874 that have passed the window for BP to consider whether to appeal.  Of

those 11,874, BP has appealed 1,020, or only 8.5%.  However, out of the 1,020 claims BP has

appealed, they have subsequently withdrawn 103 appeals, and another 31 have been resolved for

the same amount of the Eligibility Notice.  Thus, out of the 1,020 claims BP has appealed, 134

have either been withdrawn or resolved, confirming that the outcome of the review was correct.

If we remove those 134 from the 1,020 BP has appealed to arrive at a more realistic "rate of

disagreement" BP has with our results, that leaves 886 claims out of 11,874, or a 7.5% rate of

disagreement.

Table 11 provides summary information on the status of BP's appeals.

| Table 11.  Status of BP Appeals | | | |
|---|---|---|---|
| **A.   Appeal Filing/Resolution** | | | |
| **Status** | **As of 4/11/13** | **Since Last Report** | **Total** |
| **1.** | **BP Appeals Filed** | **956** | 64 | **1,020** |
| **2.** | **Appeals Resolved** | **333** | 16 | **349** |
| **(a)** | **Withdrawn** | 97 | 6 | 103 |
| **(b)** | **Panel Decided** | 28 | 12 | 40 |
| **(c)** | **Settled by Parties** | 170 | 1 | 171 |
| **(d)** | **Administratively Closed** | 8 | -1 | 7 |
| **(e)** | **Closed for Reconsideration Review** | 30 | -2 | 28 |
| **B.  Pending Appeals** | | | |
| **3.** | **In Pre-Panel Baseball Process** | 604 | | |
| **4.** | **Currently Before Panel** | 67 | | |
| **5.** | **TOTAL PENDING** | **671** | | |

(b) *Claimant Appeals.*

Before a claimant may appeal, he must seek Reconsideration and receive a Post-

Reconsideration Notice. To date, we have issued 2,723 Post-Reconsideration Notices.  Of those,

374 are still within the time for the claimant to appeal, leaving 2,349 that have passed the

window for the claimant to consider whether to appeal.  Of those 2,349, claimants have appealed

384, or 16.3%.  Of the 384 Claimant Appeals, 241 are appeals of Post-Reconsideration Denial

Notices and 143 are appeals of Post-Reconsideration Eligibility Notices.

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

Table 12 provides summary information on the status of Claimant Appeals:

| | Table 12.  Status of Claimant Appeals | | | |
|---|---|---|---|---|
| | **A.   Appeal Filing/Resolution** | | | |
| | **Status** | **As of 4/11/13** | **Since Last Report** | **Total** |
| **1.** | **Claimant Appeals Filed** | **371** | 13 | **384** |
| **2.** | **Appeals Resolved** | **101** | 10 | **111** |
| **(a)** | Withdrawn | 15 | 0 | 15 |
| **(b)** | Panel Decided | 62 | 4 | 66 |
| **(c)** | Settled by Parties | 20 | 6 | 26 |
| **(d)** | Administratively Closed | 4 | 0 | 4 |
| | **B.  Pending Appeals** | | | |
| **3.** | **In Pre-Panel Baseball Process** | 128 | | |
| **4.** | **In Pre-Panel Non-Baseball Process** | 132 | | |
| **5.** | **Currently Before Panel** | 13 | | |
| **6.** | **TOTAL PENDING** | **273** | | |

(c) *Resolved Appeals.*

As reported in the tables above, 460 Claimant and BP Appeals have been resolved.  Table 13 provides a summary of these resolved appeals, by Claim Type.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 13.  Outcome After Appeal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Type | Appeals Settled or Decided by Panel | | | | | Withdrawn | Admin. Closed | Closed Because Claimant Asked For Reconsideration | Total |
| | | Award Amount after Appeal, Compared to Original Notice | | | | | | | | |
| | | Higher | Lower | Same | Denial Upheld | Denial Over-turned | | | | |
| 1. | Seafood | 6 | 64 | 3 | 4 | 0 | 36 | 3 | 8 | 124 |
| 2. | BEL | 6 | 71 | 2 | 11 | 3 | 51 | 5 | 20 | 169 |
| 3. | Wetlands Real Property | 0 | 1 | 2 | 1 | 0 | 1 | 0 | 0 | 5 |
| 4. | Coastal Real Property | 0 | 2 | 3 | 3 | 0 | 4 | 0 | 0 | 12 |
| 5. | Real Property Sales | 0 | 1 | 3 | 6 | 0 | 2 | 1 | 0 | 13 |
| 6. | VoO Charter Payment | 15 | 31 | 15 | 12 | 7 | 17 | 2 | 0 | 99 |
| 7. | IEL | 4 | 5 | 1 | 10 | 2 | 3 | 0 | 0 | 25 |
| 8. | VPD | 4 | 3 | 2 | 0 | 0 | 4 | 0 | 0 | 13 |
| 9. | Total | 35 | 178 | 31 | 47 | 12 | 118 | 11 | 28 | 460 |

## II.   CLAIMANT OUTREACH EFFORTS

We have continued our Claimant Outreach efforts since the previous Court Status Report:

### A.  Law Firm Contacts.

The Law Firm Contacts team increased their outreach efforts to include calls related to Identity Verification Incompleteness Notices, in addition to continued outreach efforts across several damage categories related to incompleteness reasons.  Many calls were held in collaboration with the accountants to efficiently address documentation requirements and resolve Program questions.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**B.  Communications Center (CCC).**

The CCC continued outreach efforts established in recent months.  These continuing outreach campaigns included calls to claimants who emailed the Program with questions or status inquiries, incomplete claims, and Identity Verification issues.  The CCC expanded outreach efforts to also include calls to claimants with incomplete payment documentation.  The efforts of this outreach resulted in a total of over $14,200,000 payments to be issued that were previously incomplete for certain payment documents.

**C.  Claimant Assistance Centers (CACs).**

The Claimant Outreach Program (COP) continues at the CACs.  Between March 11, 2013, and April 11, 2013, the COP Team completed over 2,700 calls to claimants.  The CACs continued to reach out to claimants with incomplete claims across all damage categories.  In addition to these outreach efforts, the team called claimants who filed claims of all claim types in a CAC.

**D.  Summary of Outreach Calls.**

The table below summarizes some of the Claimant Outreach Program efforts:

| | Table 14.  Outreach Call Volume (As of 4/11/13) | | | | | | |
|---|---|---|---|---|---|---|---|
| Row | Location | Calls Made | Incomplete Claims Affected | Claims With New Docs After Call | % of Claims With New Docs After Call | Claimants Visiting CAC After Call | % of Claimants Visiting CAC |
| 1. | BrownGreer | 30,216 | 15,064 | 10,677 | 71% | 5,179 | 34% |
| 2. | Garden City Group | 35,723 | 5,814 | 3,997 | 69% | 368 | 6% |
| 3. | P & N | 7,649 | 2,395 | 1,746 | 73% | 68 | 3% |
| 4. | PWC | 672 | 278 | 242 | 87% | 8 | 3% |
| 5. | **Totals** | **74,260** | **23,551** | **16,662** | **71%** | **5,623** | **24%** |

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

### III.   POLICY KEEPER

Under the terms of the Deepwater Horizon Economic and Property Damage Settlement
Agreement ("Settlement Agreement"), the Claims Administrator is charged with the duty to
"faithfully implement and administer the Settlement, according to its terms and procedures, for
the benefit of the Economic Class, consistent with this Agreement, and/or as agreed to by the
Parties and/or as approved by the Court." (Section 4.3.1 of the Settlement Agreement). Further,
the Claims Administrator is charged with the responsibility to "work with Economic Class
Members . . . to facilitate . . . assembly and submission of Claims Forms, including all supporting
documentation necessary to process Claims Forms under the applicable Claims Processes . . .
[and to] provide Economic Class Members with assistance, information, opportunities and notice
so that the Economic Class Member has the best opportunity to be determined eligible for and
receive the Settlement Payment(s) to which the Economic Class Member is entitled under the
terms of this Agreement." (Section 4.3.7 of the Settlement Agreement).  In accordance with these
provisions, the Claims Administrator has adopted numerous policies affecting the administrator
of claims under the Settlement Program.

On March 28, 2013, we introduced a new feature called Policy Keeper to keep track of
the current policies and provide an effective and efficient approach to creating new policies.
This application replaced the prior method of email and memo writing to develop and track
policies.  The web-based tool allows the Claims Administrator, Parties and Vendors to review
and comment on Settlement Program policies developed to assist in the claims review process.
Policy Keeper includes email notifications that alert all necessary parties to a policy's creation
and any requested action needed to finalize the policy.  Along with the new development process

for policies, we added the existing policies to Policy Keeper and included any "legislative" history.

In addition to adding this new feature to the Portals for the Claims Administrator, Parties and Vendors, we added a Policy Keeper link to the DWH Portal and public website that allows users to search for policies created for the Settlement Program.  This public Policy Keeper link lets the public search for the 64 policies that the Parties agreed to promulgate publicly. The public can review the policies, how they were decided and what Claim Types the policies affect. The application also provides the ability to export the policies into an Excel report and print a PDF of any Final Policy.

## IV.   CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date.  If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of June, 2013.

<u>/s/ Patrick A. Juneau</u>
Claims Administrator