UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION J; MAG. 1 |
| This Document Relates To: | ) ) | JUDGE BARBIER |
| In RE: 10-8888 Short-Form Joinders | ) ) ) | MAG. JUDGE SHUSHAN |

### *EX PARTE* MOTION FOR LEAVE TO FILE SHORT FORM JOINDER BEYOND SEPTEMBER 16, 2011 MONITION DATE

NOW INTO COURT, through undersigned counsel, comes Arts Council of New Orleans ("ACNO"), who respectfully requests leave to file Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the *MODU Deepwater Horizon*, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").[1]  ACNO's Short Form Joinder is attached to this motion for leave.

In support of its motion, ACNO declares as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding, which was extended to September 16, 2011.

2. Upon review of Deepwater Horizon Settlement documentation, Claimants have viable claims against defendants.

---

[1] To the extent that ACNO settles its respective claims against BP and related entities, its Short Form Joinder shall be construed to relate only to those defendants and/or claims *not* released under ACNO's settlement agreement.

3. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

4. The Transocean Limitation Proceeding is pending and undetermined.

For these reasons, ACNO respectfully moves this Honorable Court for an Order granting ITS Motion for Leave to File Short Form Joinder and that this Court deem that said Short Form Joinder is timely filed in the Transocean Limitation Proceeding.

          Respectfully submitted

/s/ James M. Garner
JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. MCGLONE (#28145)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
ATTORNEYS FOR ARTS COUNCIL OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I filed and served the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

                                                      */s/* James M. Garner
                                                     JAMES M. GARNER