**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL | ) | MDL NO. 2179 |
| RIG "DEEPWATER | ) | |
| HORIZON" in the GULF OF | ) | |
| MEXICO, on APRIL 20, 2010 | ) | |
| | ) | SECTION J; MAG. 1 |
| | ) | |
| | ) | |
| This Document Relates To: | ) | JUDGE BARBIER |
| | ) | |
| In RE: 10-8888 Short-Form | ) | MAG. JUDGE SHUSHAN |
| Joinders | ) | |

## ORDER

Considering the foregoing *ex parte* motion for leave to file short form joinder filed by Arts Council of New Orleans,

IT IS ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the Short Form Joinder prepared by Arts Council of New Orleans and attached to its motion for leave shall be deemed timely and filed in the Transocean Limitation (Civil Action No. 10-2771), as well as a joinder in the Bundle B1 Amended Master Complaint.

New Orleans, Louisiana this ___ day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE