UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRITE STAR CUSTOM YACHTS, LLC            Civil Action No.: 2:13-cv--01365

    Plaintiff

VERSUS                                                                    Judge:  Carl Barbier

BP EXPLORATION & PRODUCTION, INC.,       Magistrate Judge: Sally Shusha
et. al

    Defendant

## ORDER

Considering the above,

**IT IS ORDERED** that Plaintiff's claims against BP P.L.C. be and same is dismissed, With Prejudice reserving unto Plaintiff all claims against the remaining parties.

_____, this_____day of _____. 2013.


_____
UNITED STATES DISTRICT JUDGE