UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILOXI GAMING PARTNERS 1, LLC | Civil Action No.: 2:13-CV-01476 |
| Plaintiff | |
| VERSUS | Judge: Carl Barbier |
| BP EXPLORATION & PRODUCTION, INC., et. al | Magistrate Judge: Sally Shusha |
| Defendant | |

## MOTION AND ORDER TO DISMISS

NOW INTO COURT, comes Biloxi Gaming Partners 1, LLC and moves the Court to dismiss Plaintiff's claim against BP P.L.C. with prejudice, reserving Plaintiff's claims against all other parties.

RESPECTFULLY SUBMITTED BY:

/s/ Christopher L. Coffin (#27902)
Christopher L. Coffin (#27902)
**Pendley, Baudin & Coffin, L.L.P**
Post Office Drawer 71
Plaquemine, Louisiana 70765
(225) 687-6396 Telephone
(225) 687-6398 Fax