UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILOXI GAMING PARTNERS 1, LLC | Civil Action No.: 2:13-CV-01476 |
| Plaintiff | |
| VERSUS | Judge: Carl Barbier |
| BP EXPLORATION & PRODUCTION, INC., et. al | Magistrate Judge: Sally Shusha |
| Defendant | |

## ORDER

Considering the above,

**IT IS ORDERED** that Plaintiff's claims against BP P.L.C. be and same is dismissed, With Prejudice reserving unto Plaintiff all claims against the remaining parties.

_____, this_____day of _____. 2013.

_____
UNITED STATES DISTRICT JUDGE