UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

### ORDER

Considering the foregoing LIU's Motion to Seal Exhibits E, G, and K to Motion to Compel (Rec Doc. 10334);

IT IS ORDERED that LIU's Motion to Seal Exhibits E, G, and K to Motion to Compel (Rec Doc. 10334) be and is hereby granted.

IT IS FURTHER ORDERED that the clerk seal Exhibits E, G, and K to LIU's previously filed Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log (Rec. Doc. No. 10334).

New Orleans, Louisiana, this 12th day of June, 2013.

_____
United States Magistrate Judge

874126_1