UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : : : : | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE  CARL J. BARBIER <br><br> MAGISTRATE JUDGE SALLY SHUSHAN |
| This Document Relates to: 12-00311 …………………………………………….. | | |

**BP EXPLORATION & PRODUCTION INC.'S MOTION TO QUASH LIBERTY INSURANCE UNDERWRITERS, INC.'S SUBPOENA SEEKING IRRELEVANT AND PRIVILEGED SETTLEMENT COMMUNICATIONS**

Pursuant to Federal Rules of Civil Procedure 26 and 45(c)(3), BP Exploration & Production ("BP") respectfully moves the Court for an order quashing in its entirety Liberty Insurance Underwriters Inc.'s Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated February 15, 2013 (the "Subpoena") directed to non-party BP.[1]

BP submits that the Court should grant this motion and should enter an order quashing the Supboena in its entirety. Specifically, as set forth in greater detail in the Memorandum in Support filed herewith, the Subpoena should be quashed on the following independent grounds:

1. The Subpoena's requests for documents related to the negotiation of BP's settlement with Cameron International Corporation ("Cameron") regarding the *Deepwater Horizon* incident are irrelevant to the merits of the insurance coverage dispute between Liberty and Cameron, which depends solely upon the application

---

[1] Counsel for BP and Liberty held a conference call to discuss Liberty's Subpoena on or about February 22, 2013. During that call, BP explained that is opposed producing any documents requested by the Subpoena largely for the reasons set forth herein and in the memorandum.  Counsel for Liberty stated that it was willing to hold the Subpoena in abeyance given the then-impending Phase I trial.  On May 31, Liberty asked for BP's response to the Subpoena, which BP is providing through its objections and this motion to quash.

of the terms of the applicable insurance policy between Cameron and Liberty to the final terms of the settlement. Thus, the Subpoena is not reasonably calculated to lead to the discovery of admissible evidence.

2. The bulk of documents sought in the Subpoena comprise settlement negotiations which are entitled to protection from disclosure in order to serve the public interest in promoting the resolution of disputes through confidential settlement discussion. Particularly in a case of the magnitude of the *Deepwater Horizon* litigation, the interests of the parties, the Court, and the public in preserving confidentiality of settlement negotiations is paramount.

3. In requesting all documents regarding the negotiation, drafting, and execution of the BP-Cameron settlement, the Subpoena on its face calls for production of documents protected by the attorney-client and work-product privileges. Moreover, any non-privileged responsive documents consist of communications between BP and Cameron, which are accessible to Liberty through discovery upon Cameron. Requiring BP to produce documents discoverable from Cameron would impose an undue burden on BP, a non-party to this dispute.

For each of the foregoing reasons, BP Exploration & Production Inc. respectfully moves the Court for an order quashing in its entirety the subpoena issued by Liberty Insurance Underwriters Inc. to non-party BP.

Dated: June 13, 2013                                        Respectfully submitted,

/s / Don K. Haycraft.

Don K. Haycraft (Bar #14361)

R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
David B. Goodwin
(dgoodwin@cov.com)
Allan B. Moore
(abmoore@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that that the above and foregoing BP Exploration & Production Inc.'s Motion to Quash Liberty Insurance Underwriters, Inc.'s Subpoena Seeking Irrelevant and Privileged Settlement Communications has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 13th day of June, 2013.

/s / Don K. Haycraft