UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : : : | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE CARL J. BARBIER |
| This Document Relates to: 12-00311 …………………………………………….. | : : | <br> MAGISTRATE JUDGE SALLY SHUSHAN |

**CERTIFICATE OF COMPLIANCE WITH RULE 37(a)(1)**

Pursuant to Federal Rule of Civil Procedure 37(a)(1), undersigned counsel for BP Exploration & Production ("BP") hereby certifies that counsel for BP and Liberty Insurance Underwriters Inc. ("Liberty") held a conference call to discuss Liberty's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated February 15, 2013 to BP (the "Subpoena") on or about February 22, 2013.  During that call, BP explained that is opposed producing any documents requested by the Subpoena largely for the reasons set forth in BP's objections to the Subpoena, motion to quash, and supporting memorandum filed herewith.  Counsel for Liberty stated that it was willing to hold the Subpoena in abeyance given the then-impending Phase I trial.  On May 31, Liberty asked for BP's response to the Subpoena, which BP is providing through its objections and motion to quash.

Dated:  June 13, 2013                                                 Respectfully submitted,


                                                                     /s / Don K. Haycraft.


                                                                     Don K. Haycraft (Bar #14361)
                                                                     R. Keith Jarrett (Bar #16984)

LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
David B. Goodwin
(dgoodwin@cov.com)
Allan B. Moore
(abmoore@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that that the above and foregoing Certificate of Compliance with Rule 37(a)(1) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 13th day of June, 2013.

/s / Don K. Haycraft