## 22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NO. 2013-11827  DIVISION: J

### ERIC MILLIGAN

### VERSUS

### BP AMERICA PRODUCTION COMPANY AND BP EXPLORATION AND PRODUCTION INC.

FILED: April 19, 2013

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the petitioner, Eric Milligan, a person of the full age of majority and a resident of the Parish of St. Tammany Parish, State of Louisiana, who, for his Petition for Damages, respectfully states as follows:

I.

Made defendants herein:

a) **BP AMERICA PRODUCTION COMPANY**- upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana; and

b) **BP EXPLORATION AND PRODUCTION INC.**- upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana.

II.

On or about June 28, 2010, BP America Production Company and/or BP Exploration and Production Inc. (hereinafter collectively referred to as "BP"), entered into a Master Vessel Charter Agreement with the plaintiff, Eric Milligan, to hire his vessel to perform various tasks associated with the oil spill response and containment efforts in the Gulf of Mexico and surrounding bodies of water.

III.

Upon information and belief, BP contracted with a large number of vessel owners to create a fleet of vessels to be available for, and at the disposal of, BP in response to the BP oil spill and containment efforts.



V.

Plaintiff, Eric Milligan's, vessel was placed into service pursuant to the Master Vessel Charter Agreement by BP on or about July 2, 2010.

VI.

The Master Vessel Charter Agreement provides in pertinent part that, "The term of the CHARTER shall commence on the date of the departure of the VESSEL from the mutually agreed location of delivery into the service of Charter, and shall be referred to as the "CHARTER TERM." CHARTERER may terminate the CHARTER at any time and the CHARTER TERM will terminate as set out in Paragraph B of this Article 1.

VII.

The Master Vessel Charter Agreement provides under Paragraph B of Article 1 as follows:

> The VESSEL shall be delivered at the commencement of the CHARTER TERM, fully tanked with fuel, hydraulic fluid, lubricated, manned, provisioned and ready in all respects to perform SERVICES as required by this CHARTER. The VESSEL shall be redelivered to VESSEL OWNER at the close of each CHARTER TERM to the original point of delivery by CHARTERER, as determined by off-hire dispatch notification, unless VESSEL OWNER elects not to return directly to the point of dispatch, in which case, the CHARTER TERM shall cease immediately upon such election.

VIII.

On or about November 26, 2010, BP sent correspondence to both plaintiffs entitled "Notice of Non-renewal of Master Vessel Charter" which stated in pertinent part:

> Please be advised that pursuant to the terms of the Master Vessel Charter Agreement ("MVCA"), BP is providing this "Off Hire Dispatch Notification" which terminates the MVCA immediately as of the date noted below.

IX.

The "Notice of Non-renewal of Master Vessel Charter" set forth a termination date of November 26, 2010.

X.

Despite the fact that the Charter Term was not terminated by BP until November 26, 2010, BP has refused to pay plaintiff, Eric Milligan, for the portion of the charter term from July 28, 2010 to November 26, 2010.

2

BP EXPLORATION AND PRODUCTION INC.
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

4

April 23, 2013

Preston L. Hayes
Attorney at Law
One Galleria Blvd., Suite 1100
Metairie, LA 70001

RE: Eric Milligan
VS.# 2013-11827 J
BP America Production Company, et al

Dear Counsel;

In accordance with La. R.S. 13:4688 and Part G, Section 13 of the Court's General Administrative Rules for the Supreme Court of Louisiana, a Civil Case Reporting Form is to be submitted at the time of filing of any lawsuit for damages arising from an offense or quasi-offense. The law and court rule became effective January 1, 2012.

You will find enclosed a copy of the Civil Case Cover Sheet that you are required to submit for the above referenced matter. Please complete this form and return it to our office so that we may begin processing your suit.

Sincerely,


Tiffany Gonzales
Deputy Clerk

| Eric Milligan | No. 2013-11827 J |
|---|---|
| Versus | **22nd Judicial District Court**<br>**Parish of St. Tammany** |
| BP America Production Company, et al | **Louisiana** |

TO THE DEFENDANT    BP America Production Company, through its agent for service of process:

CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    19th    day of    April    A.D. 20   13

*Malise Prieto*, CLERK OF COURT

BY:    S/Tiffany Gonzales

DEPUTY CLERK OF COURT

ISSUED: 4/23/13

Attorney    Preston L. Hayes    PI
One Galleria Blvd., Suite 1100
Metairie, LA 70001

Received on _____, 20 ___, and on the ___ day of _____, 20 ___.
I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from the Court House.

Deputy Sheriff

Parish of _____

K-101                                                                                              101-15

| | |
|---|---|
| Eric Milligan | No. 2013-11827 J |
| Versus | 22ⁿᵈ Judicial District Court<br>Parish of St. Tammany |
| BP America Production Company, et al | Louisiana |

TO THE DEFENDANT   BP Exploration and Production Inc., through its agent for service of process:

CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22ⁿᵈ Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   19ᵗʰ   day of   April   A.D. 20   13

*Malise Prieto*, CLERK OF COURT

BY:   S/Tiffany Gonzales

DEPUTY CLERK OF COURT

ISSUED: 4/23/13

Attorney   Preston L. Hayes   PI
One Galleria Blvd., Suite 1100
Metairie, LA 70001

Received on _____, 20____, and on the _____ day of _____, 20____,
I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from
the Court House.

Deputy Sheriff _____

Parish of _____

K-101                                                                                                              101-15

# RETURN

| Eric Milligan | No. 2013-11827 J |
|---|---|
| Versus | **22nd Judicial District Court** |
| | **Parish of St. Tammany** |
| BP America Production Company, et al | **Louisiana** |

TO THE DEFENDANT: BP America Production Company, through its agent for service of process:

CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this 19th day of April A.D. 20 13

*Malise Prieto*, CLERK OF COURT

RECEIVED
MAY 01 2013
E.B.R. SHERIFF'S OFFICE

S/Tiffany Gonzales

DEPUTY CLERK OF COURT

ISSUED: 4/23/13

Attorney Preston L. Hayes PI
One Galleria Blvd., Suite 1100
Metairie, LA 70001

MAY 02 2013

and made service on the named party through the CT Corporation
by tendering a copy of the document to
☐ CHASITY CAILLOUET  ☐ TREVOR GAROUTTE  ☒ ANTOINE PIERCE

Received on _____, 20___

I served a true copy of the within

on _____

at domicile with _____

FILED
MAY 13 2013

in _____ Parish, a distance of _____ miles from the Court House.

MALISE PRIETO, CLERK
Deputy _____

Parish of East Baton Rouge, Louisiana, in person,
Deputy Sheriff

Deputy Sheriff

Parish of _____

K-101

101-15

St Tammany Parish Clerk of Court- C2013-11827, 05/14/2013, 000 - page 1 of 5
05/14/2013 13:58 (FAX) P.001/004
Case 2:10-md-02179-CJB-DPC Document 10389-1 Filed 06/14/13 Page 8 of 13

13-11827

# LISKOW&LEWIS
A Professional Law Corporation

| One Shell Square | 822 Harding Street | First City Tower |
|---|---|---|
| 701 Poydras Street, Suite 5000 | Post Office Box 52008 | 1001 Fannin Street, Suite 1800 |
| New Orleans, LA 70139 | Lafayette, LA 70505 | Houston, TX 77002 |
| (504) 581-7979 Main | (337) 232-7424 Main | (713) 651-2900 Main |
| (504) 556-4108 Fax | (337) 267-2399 Fax | (713) 651-2908 Fax |

www.Liskow.com

May 14, 2013

Devin C. Reid

Direct: (504) 556-4151
dcreid@Liskow.com

D-01

*Via Facsimile*

Honorable Malise Prieto
Clerk of Court – 22nd JDC
701 N. Columbia Street
P.O. Box 1090
Covington, Louisiana 70434-1090

Re: *Eric Milligan vs. BP America Production Company, et al*
22nd JDC #2013-11827
Our File: 10451.084

Dear Mr. Prieto:

Attached please find a Motion for Extension of Time and the accompanying Order, in the above-captioned matter which I would appreciate you having executed by the Judge and filed into the record of the above referenced matter. The originals and a copy of same will follow by mail. I ask that you please return a file-stamped copy in the self-addressed envelope. A check in the amount of $20.00 to cover the cost of fax filing will be enclosed by mail as well.

Thank you for your professional courtesies.

Respectfully,

Devin C. Reid

cc (via fax): Preston Hayes

DCR/bj
Enclosures

**FAX COPY**

MAY 14 2013

1212835_1

RECEIVE: NO.3402 05/14/2013/TUE 02:54PM

Case 2:10-md-02179-CJB-DPC Document 10389-1 Filed 06/14/13 Page 9 of 13
St Tammany Parish Clerk of Court - C201311827, 05/14/2013, 000 - page 2 of 5 (FAX) P.002/004
05/14/2013 13:58

## 22TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NO. 2013-11827                                                      DIVISION "J"

### ERIC MILLIGAN

### VERSUS

### BP AMERICA PRODUCTION COMPANY AND
### BP EXPLORATION & PRODUCTION INC.

FILED: _____

                                     DEPUTY CLERK

### MOTION FOR EXTENSION OF TIME TO PLEAD

NOW INTO COURT, through undersigned counsel, come BP America Production Company and BP Exploration & Production Inc. (hereafter "Defendants") to move this Court for an additional thirty (30) days within which to respond to the Petition for Damages. In support of this motion, Defendants respectfully represent as follows:

1.

Defendants were served with this Petition for Damages on May 2, 2013.

2.

Undersigned counsel has been retained to represent Defendants in this matter.

3.

Undersigned counsel is seeking an additional thirty (30) days within which to respond to the Petition for Damages or through and including June 17, 2013.

4.

Preston Hayes, Counsel for Plaintiff, has been contacted by telephone and facsimile but has not provided consent to Defendants' request for an extension.

5.

Granting this motion will not unduly retard or delay this matter.

**FAX COPY**

MAY 1 4 2013

WHEREFORE, Defendants request an additional thirty (30) days within which to respond to the Petition for Damages in this matter.

Respectfully submitted,

Don K. Haycraft (Bar #14361)
Mark D. Latham, T.A. (Bar # 19673)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all known counsel of record by facsimile or by placing a copy of same in the United States mail, properly addressed and postage prepaid, this 14th day of May, 2013.

FAX COPY

MAY 1 4 2013

1212770_1.Docx

-2-

Case 2:10-md-02179-CJB-DPC Document 10389-1 Filed 06/14/13 Page 11 of 13
St Tammany Parish Clerk of Court - C2043118827, 05/14/2013, 006 - page 4 of 5 (FAX) P.004/004
05/14/2013 13:55

22TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2013-118827                                                                DIVISION "J"

ERIC MILLIGAN

VERSUS

BP AMERICA PRODUCTION COMPANY AND
BP PRODUCTION & EXPLORATION INC.

FILED: _____    _____
                                                                    DEPUTY CLERK

ORDER

Considering the foregoing Motion for Extension of Time,

IT IS HEREBY ORDERED that BP America Production Company and BP Exploration & Production Inc., defendants in this matter, be GRANTED an additional thirty (30) days, or through and including June 17, 2013, within in which to respond to the Petition for Damages.

Thus done and signed, this ____ day of _____, 2013, at Belle Chasse, Louisiana.

_____
DISTRICT JUDGE

FAX COPY

MAY 1 4 2013



## Malise Prieto
### Clerk of Court

### 22nd Judicial District
### Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

---

DATE OF CONFIRMATION: May 15, 2013

TO: Deven Reid                              FAX: 504-556-4108

FROM: ST TAMMANY PARISH CLERK OF COURT      Phone: 985-809-8700
                                            Fax:   985-809-8777

DATE FAX FILING RECEIVED: MAY 14, 2013

SUIT CAPTION: Eric Milligan vs. BP America Production Co et al

SUIT NUMBER: 2013-11827-J       AMOUNT DUE: $ 100.00

## RECEIPT OF FAX TRANSMISSION

PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE
FRONT PAGE OF THE ORIGINAL PLEADINGS WHEN FILING OR YOUR
FILING MAY NOT BE DEEMED TIMELY FILED.

### PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A.  Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B.  Within seven (7) days, exclusive of legal holidays, after the clerk of court has received the transmission, the party filing the document shall forward the following to the clerk:
    (1) The original signed document.
    (2) The applicable filing fee, if any. (This charge includes fees for (a) filing the faxed documents, (b) fax confirmation fee of $10.00 and (c) fee for filing of the original pleadings.)
    (3) A transmission fee of five dollars.

C.  **If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission. (Emphasis added.)

PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS.

---

### ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

L:\SLR FILES\FAX CONFIRMATION 08.24.12.wpd                          Revised 08/24/12

```
TRANSACTION REPORT
                              MAY/15/2013/WED 11:13 AM
FAX(TX)
# | DATE   | START T. | RECEIVER      | COM.TIME | PAGE | TYPE/NOTE   | FILE
001|MAY/15 | 11:12AM  | 915045564108  | 0:00:50  |  1   | MEMORY  OK  | G3 5396
```



## Malise Prieto
### Clerk of Court

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

**22nd Judicial District
Parish of St. Tammany**

---

DATE OF CONFIRMATION: May 15, 2013

TO: Deven Reid                    FAX: 504-556-4108

FROM: ST TAMMANY PARISH CLERK OF COURT    Phone: 985-809-8700
                                          Fax:   985-809-8777

DATE FAX FILING RECEIVED: MAY 14, 2013
SUIT CAPTION: Eric Milligan vs. BP America Production Co et al
SUIT NUMBER: 2013-11827-J       AMOUNT DUE: $ 100.00

## RECEIPT OF FAX TRANSMISSION

PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE
FRONT PAGE OF THE ORIGINAL PLEADINGS WHEN FILING OR YOUR
FILING MAY NOT BE DEEMED TIMELY FILED.

### PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A.  Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of
    court shall make available for their use equipment to accommodate facsimile filing in civil actions.
    Filing shall be deemed complete at the time that the facsimile transmission is received and a
    receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when
    filed has the same force and effect as the original.

B.  Within seven (7) days, exclusive of legal holidays, after the clerk of court has received the
    transmission, the party filing the document shall forward the following to the clerk:
    (1)  The original signed document.
    (2)  The applicable filing fee, if any. (This charge includes fees for (a) filing the faxed
         documents, (b) fax confirmation fee of $10.00 and (c) fee for filing of the original
         pleadings.)
    (3)  A transmission fee of five dollars.

C.  <u>If the party fails to comply with the requirements of Subsection B, the facsimile filing shall
    have no force or effect.</u> The various district courts may provide by court rule for other matters
    related to filings by facsimile transmission. (Emphasis added.)

PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS