| | |
|---|---|
| Eric Milligan | No. 2013-11827 J |
| Versus | **22nd Judicial District Court** |
| | **Parish of St. Tammany** |
| BP America Production Company, et al | **Louisiana** |

TO THE DEFENDANT  BP America Production Company, through its agent for service of process:

CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   19th   day of   April     A.D. 20  13

*Malise Prieto*, CLERK OF COURT

BY:  S/Tiffany Gonzales

DEPUTY CLERK OF COURT

ISSUED: 4/23/13

Attorney   Preston L. Hayes   PI

One Galleria Blvd., Suite 1100

Metairie, LA 70001

Received on _____, 20____, and on the _____ day of _____, 20____,

I served a true copy of the within _____

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from the Court House.

_____
Deputy Sheriff

Parish of _____

K-101

101-15

| | |
|---|---|
| Eric Milligan | No. 2013-11827 J |
| Versus | **22nd Judicial District Court** |
| BP America Production Company, et al | **Parish of St. Tammany** |
| | **Louisiana** |

TO THE DEFENDANT    BP Exploration and Production Inc., through its agent for service of process:

CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    19th    day of    April    A.D. 20    13

*Malise Prieto*, CLERK OF COURT

BY:    S/Tiffany Gonzales

DEPUTY CLERK OF COURT

ISSUED: 4/23/13

Attorney    Preston L. Hayes    P1
One Galleria Blvd., Suite 1100
Metairie, LA 70001

Received on _____, 20_____, and on the _____ day of _____, 20_____,
I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from
the Court House.

_____
Deputy Sheriff

Parish of _____

K-101                                                                                                        101-15

St Tammany Parish Clerk of Court - C201311827, 05/13/2013, 515 x 2 - page 1 of 2
Case 2:10-md-02179-CJB-DPC   Document 10389-2   Filed 06/14/13   Page 3 of 3
RETURN

| Eric Milligan | No. 2013-11827 J |
|---|---|
| Versus | 22ⁿᵈ Judicial District Court<br>Parish of St. Tammany |
| BP America Production Company, et al | Louisiana |

TO THE DEFENDANT    BP America Production Company, through its agent for service of process:

CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22ⁿᵈ Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this  19ᵗʰ  day of  April  A.D. 20  13

*Malise Prieto*, CLERK OF COURT

RECEIVED
BY S/Tiffany Gonzales
MAY 01 2013
E.B.R. SHERIFF'S OFFICE

*Tiffany Gonzales*
DEPUTY CLERK OF COURT

ISSUED: 4/23/13

Attorney  Preston L. Hayes   PI
One Galleria Blvd., Suite 1100
Metairie, LA 70001

MAY 02 2013

Received on _____, 20 ___, and made due service on the named party through the CT Corporation by tendering a copy of this document to ANTOINE PIERCE
☐ CHASITY CHILCUTT  ☐ TREVOR GAROUTTE  _____, 20 ___

I served a true copy of the within _____
on _____
at domicile with

FILED
MAY 13 2013

in _____ Parish, a distance of _____ miles from the Court House.

MALISE PRIETO, CLERK
Deputy _____

Parish of East Baton Rouge, Louisiana
Deputy Sheriff

Parish of _____

K-101                                                                                                    101-15