UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO LIBERTY'S MOTION TO COMPEL

Defendant Cameron International Corporation ("Cameron") respectfully moves this Court for an order granting it an extension through and including Friday, June 21, 2013, within which to respond to Liberty Insurance Underwriters Inc.'s ("Liberty") Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log (Rec. Doc. 10334).

Liberty filed its Motion to Compel on June 7, 2013.  On June 12, 2013, this Court set the Motion to Compel for submission on briefs and without oral argument on Monday, June 17, 2013, requiring Cameron to file its opposition by Friday, June 14, 2013.  (See Rec. Doc. 10363.)

As part of their ongoing discussions as how best to proceed with the remaining outstanding discovery in this matter, Cameron and Liberty have agreed that the time for Cameron to file its opposition to the Motion to Compel should be extended by seven days, through June 21, 2013.  The parties require this extension so that they may meet and confer to try to narrow the issues in dispute.  No previous extension of time has been requested.

1129464v1

The parties advise the Court that they have agreed to postpone some depositions to relieve the time pressure for production and also are working on an agreement to extend the July 1, 2013 discovery deadline, but will present that issue for the Court's consideration separately.

WHEREFORE, Cameron International Corporation respectfully requests that this Court grant its Consent Motion for Extension of Time to Respond to Liberty's Motion to Compel, and extend the time within which to file a brief in opposition of the Motion to Compel through and including Friday, June 21, 2013.

Dated: June 14, 2013

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Consent Motion for Extension of Time to Respond to Liberty's Motion to Compel has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2013.

                                                        */s/ Phillip A. Wittmann*