# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL NO. 2179<br><br>SECTION "J" |
| ABDON CALLAIS OFFSHORE, LLC | ) ) | JUDGE CARL J. BARBIER |
| v. | ) ) | MAGISTRATE JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, HALLIBURTON ENERGY SERVICES, INC., and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. | ) ) ) ) ) ) ) ) ) ) | |
| Civil Action: | ) ) | |
| 2:13-cv-01431 and 10-mdl-2179 | ) ) ) | |

## *EX PARTE* MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Abdon Callais Offshore, LLC, who moves this Court for an order enrolling Mr. Donald "Chick" Foret, as co-counsel for Plaintiff in this matter, and in support thereof, shows as follows:

Mr. Donald Foret is a member in good standing of the Louisiana State Bar #05701 and is admitted to practice in the United States District Court Eastern District of Louisiana.

His address and contact information is:

Donald "Chick" Foret (#05701)

       Attorney at Law
       3500 North Causeway Blvd., Suite 185
       Metairie, Louisiana 70002
       Telephone: (504) 828-1315
       Facsimile: (504) 828-1379
       Cell: (504) 669-7585
       Chickforet@hotmail.com

  Mr. Donald "Chick" Foret requests permission to enroll as co-counsel in this matter on behalf of Plaintiff, and his appearance will not hinder or delay the litigation of this case.

  WHEREFORE, Plaintiff respectfully requests that Mr. Donald "Chick" Foret be admitted to enroll as co-counsel and participate fully as co-counsel in this action.

       Respectfully submitted:

       WILLIAMS LAW GROUP, LLC

        *s/Conrad S.P. Williams, III*
       _____
       Conrad S.P. Williams, III (#14499)
       J. Christopher Zainey, Jr. (#32202)
       Meredith R. Durham (#33112)
       909 Poydras Street, Suite 1625
       New Orleans, Louisiana 70112
       Telephone: (504) 200-0000
       Facsimile:  (504) 200-0001
       Duke@Williamslawgroup.org
       Chris@Williamslawgroup.org
       Meredith@Williamslawgroup.org
       ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Motion to Enroll as Counsel has been filed electronically with the Clerk of Court and served on all counsel of record through Lexis Nexis File and Serve on this 14th day of June, 2013.

        *s/Conrad S.P. Williams, III*
       _____
       Conrad S.P. Williams, III