THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL NO. 2179 <br><br> SECTION "J" |
| ABDON CALLAIS OFFSHORE, LLC ) ) | JUDGE CARL J. BARBIER |
| v. ) ) | MAGISTRATE JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, HALLIBURTON ENERGY SERVICES, INC., and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. ) ) ) ) ) ) ) ) ) ) ) | |
| Civil Action: ) ) | |
| 2:13-cv-01431 and 10-mdl-2179 ) ) ) | |

**ORDER ON MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

CONSIDERING THE FOREGOING, Motion to Enroll Donald "Chick" Foret;

THIS MATTER having come before the Court on the Motion to Enroll as Co-Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana this _____ day of June, 2013.

_____
Judge Carl J. Barbier