# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) | MDL NO. 2179<br><br>SECTION "J" |
| GENESIS OILFIELD PIPE & SUPPLY, INC. | ) ) ) | JUDGE CARL J. BARBIER |
| v. | ) ) | MAGISTRATE JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., | ) ) ) ) ) | |
| Civil Action:<br><br>2:13-cv-01453-CJB-SS and 10-mdl-2179<br>_____ | ) ) ) ) ) | |

## *EX PARTE* MOTION TO ENROLL AS CO- COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Genesis Oilfield Pipe & Supply, Inc., who moves this Court for an order enrolling Mr. Donald "Chick" Foret and Mr. Danny Guidry, as co-counsel for Plaintiff in this matter, and in support thereof, shows as follows:

Mr. Donald Foret is a member in good standing of the Louisiana State Bar #05701 and is admitted to practice in the United States District Court Eastern District of Louisiana.

His address and contact information is:

> Donald "Chick" Foret (#05701)
> 3500 North Causeway Blvd., Suite 185
> Metairie, Louisiana 70002

        Telephone: (504) 828-1315
        Facsimile: (504) 828-1379
        Cell: (504) 669-7585
        Chickforet@hotmail.com

Mr. Daniel G. Guidry is a member in good standing of the Louisiana State Bar #06443 and is admitted to practice in the United States District Court Eastern District of Louisiana.

His address and contact information is:

        Daniel G. Guidry
        Guidry & Guidry
        324 South Main Street
        St. Martinville, Louisiana 70582
        Telephone: (318) 394-7116
        Facsimile: (318) 394-5394

Mr. Donald "Chick" Foret and Mr. Daniel G. Guidry request permission to enroll as co-counsel in this matter on behalf of Plaintiff, and their appearances will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiff respectfully requests that Mr. Donald "Chick" Foret and Mr. Daniel G. Guidry be admitted to enroll as co-counsel and participate fully as co-counsel in this action.

        Respectfully submitted:

        WILLIAMS LAW GROUP, LLC

        *s/Conrad S.P. Williams, III*
        _____
        Conrad S.P. Williams, III (#14499)
        J. Christopher Zainey, Jr. (#32202)
        Meredith R. Durham (#33112)
        909 Poydras Street, Suite 1625
        New Orleans, Louisiana 70112
        Telephone: (504) 200-0000
        Facsimile:  (504) 200-0001
        Duke@Williamslawgroup.org

> Chris@Williamslawgroup.org
> Meredith@Williamslawgroup.org
> ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll as Counsel has been filed electronically with the Clerk of Court and served on all counsel of record through Lexis Nexis File and Serve on this 14th day of June, 2013.

> *s/Conrad S.P. Williams, III*
> _____
> Conrad S.P. Williams III