THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| GENESIS OILFIELD PIPE & SUPPLY, INC. | JUDGE CARL J. BARBIER |
| v. | MAGISTRATE JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C. | |
| Civil Action: | |
| 2:13-cv-01431 and 10-mdl-2179 | |

### ORDER ON MOTION TO ENROLL AS CO-COUNSEL OF RECORD

CONSIDERING THE FOREGOING, Motion to Enroll Donald "Chick" Foret and Mr. Daniel G. Guidry;

THIS MATTER having come before the Court on the Motion to Enroll as Co-Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be granted.

New Orleans, Louisiana this ____ day of June, 2013.

_____
Judge Carl J. Barbier