UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------X

In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010,

Applies to:
12-311, Cameron Int'l Corp. v. Liberty Ins. Underwriters, Inc., a/k/a Liberty Int'l Underwriters

---------------------------------------X

VIDEO DEPOSITION OF JESSICA ROGIN
New York, New York
Friday, May 31, 2013

Reported by:
Rebecca Schaumloffel, RPR, CLR
Job No: 61443



EXHIBIT A

PENGAD-Bayonne, N. J.

raises the question of whether that is other insurance that applies to the loss.

MR. KORN: Let's take a break. We have been going about an hour.

THE VIDEOGRAPHER: The time is 10:15; we are going off the record.

(Whereupon, a recess was held.)

THE VIDEOGRAPHER: The time is 10:32; we are back on the record.

CONTINUED EXAMINATION

BY MR. KORN:

Q. Welcome back, Miss Rogin. Did you work with Mr. Engel to draft a written best practice manual for the adjusting of claims at Liberty International?

A. Yes.

Q. When did you do that?

A. Well, I worked on it probably from the fall of 2011 over periods of time through the winter of 2012.

Q. Did you start preparing drafts in the fall of 2011 of best practices?

A. I guess so. You know, I am just recalling that I worked on it in bits and

best practices?

Q. How many best practices are there?

A. There is litigation management and there is claim handling.

Q. Let's talk about the claim handling best practices. Is that a separate book?

A. It is not a book. It is just a document.

Q. How long is the document?

A. Somewhere more than five pages and probably less than ten. I am not sure exactly.

Q. So we have -- at Liberty, there is a single document for best practices for claims handling that's somewhere between five and ten pages, right?

A. Yes.

Q. And you prepared the draft of this best practice claim handling document?

A. Yes.

Q. When did you prepare a first draft?

J. ROGIN

A. Sometime in the fall of 2011. I can't tell you exactly when.

Q. In that first draft, did you endeavor to memorialize the best practices of Liberty for claim handling as you saw them?

A. Yes, that was the purpose of the document.

Q. Why did you circulate it to your direct reports?

A. For comment.

Q. Did you circulate the first draft of the best practices document for claims handling, or was it a later draft that you circulated?

A. I don't recall exactly. If I was going to guess, I would say it would have been a later draft.

Q. Did you circulate a draft of the best practices for claims handling at Liberty prior to the end of 2011?

A. I can't recall specifically.

Q. You may have, you may not, you just don't recall?

A. Exactly.