Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
---------------------------------------------X
In Re:   OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF OF
MEXICO, ON APRIL 20, 2010,

Applies to:
12-311, Cameron Int'l Corp. v. Liberty
Ins. Underwriters, Inc., a/k/a Liberty
Int'l Underwriters

---------------------------------------------X

VIDEO DEPOSITION OF JAMES ENGEL
New York, New York
May 29, 2013

Reported by:
Rebecca Schaumloffel, RPR, CLR
Job No.   61441

EXHIBIT C

1       J. ENGEL

2  were not written. They were not in place.
3  Claim handlers didn't have a solid
4  expectation of what LIU wanted them to do and
5  so I don't consider them pertinent to that
6  period from -- prior to their -- prior to
7  their publication. We didn't even -- when
8  measuring the performance of individuals,
9  retroactively apply them, and so you are sort
10 of asking could we go back and retroactively
11 evaluate people and how they followed them.
12 And I would say -- I don't see the point in
13 it. We didn't do that for performance
14 evaluation, so I don't see the point of doing
15 it in this exercise.
16      Q.   I understand what you said. But
17 that's, with all due respect, not your job in
18 this. I think you testified that you tried
19 to memorialize industry best practices in the
20 best practices that you issued in April or
21 May of 2012; is that right?
22      A.   That's correct.
23      Q.   So if I wanted to see whether
24 Mr. Roberts was adjusting claims consistent
25 with industry best practices, in connection