**Mishkin, Douglas**

| | |
|---|---|
| From: | LexisNexis File & Serve [ServiceNotification@fileandserve.lexisnexis.com] |
| Sent: | Wednesday, June 05, 2013 1:19 PM |
| To: | Tozeski, Hayley |
| Subject: | Case: MC MDL-2179; Transaction: 52622236 - Notification of Service |

```
To:          Hayley Tozeski
From:        File & ServeXpress
Subject:     Service of Documents in In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater
Horizon)

You are being served documents that have been electronically submitted in In re: MDL-2179 Oil
Spill by the Oil Rig (Deepwater Horizon) through File & ServeXpress. The details for this
transaction are listed below.

Court:                       LA US District Court Eastern District E-Service-Oil Spill
Case Name:                   In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case Number:                 MC MDL-2179
Transaction ID:              52622236
Document Title(s):
     Cameron's Motion for Leave to File A Supplemental Memorandum in Further Support of
Motion to Compel Liberty (12-311) (2 pages)
     Proposed Pleading - Supplemental Memorandum in Further Support of Motion to Compel
Liberty (4 pages)
     Proposed Pleading - Exhibit A (6 pages)
     Proposed Pleading - Exhibit B (5 pages)
     Proposed Pleading - Exhibit C (3 pages)
     Proposed Order (1 page)
Authorized Date/Time:        Jun  5 2013 12:18PM CDT
Authorizer:                  Phillip Wittmann
Authorizer's Organization:   Stone Pigman Walther Wittmann LLC
Sending Parties:
     Plaintiff
Served Parties:
     Plaintiff

You may view the documents in the following ways:
     - Online at https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=52622236
(subscriber login required).
     - Call Stone Pigman Walther Wittmann LLC to request a copy of the documents.

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Customer
Service by phone at 1-888-529-7587 (24/7).
```

1

