UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

### LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 7, 2013 ORDER AND FOR A STAY PENDING RECONSIDERATION

Defendant Liberty International Underwriters, Inc. ("LIU") moves the Court for leave to file its Reply in Support of its Motion for Reconsideration of the Court's June 7, 2013 Order and for a Stay Pending Reconsideration. LIU's Reply responds to arguments and evidence raised in Cameron's Opposition and further clarifies the law supporting LIU's motion.

Accordingly, LIU requests that the Court grant its Motion for Leave and permit Liberty to file a Reply in Support of its Motion for Reconsideration of the Court's June 7, 2013 Order and for a Stay Pending Reconsideration.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

And

876178_1

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2013.

/s/ Judy Y. Barrasso