Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
 3   ------------------------------------X
     In Re:  OIL SPILL BY THE OIL RIG
 4   "DEEPWATER HORIZON" IN THE GULF OF
     MEXICO, ON APRIL 20, 2010,
 5
 6   Applies to:
 7   12-311, Cameron Int'l Corp. v. Liberty
     Ins. Underwriters, Inc., a/k/a Liberty
 8   Int'l Underwriters
 9
     ------------------------------------X
10
11
12         VIDEO DEPOSITION OF JESSICA ROGIN
13               New York, New York
14                Friday, May 31, 2013
15
16
17
18
19
20
21   Reported by:
22   Rebecca Schaumloffel, RPR, CLR
23   Job No:  61443
24
25
```

**EXHIBIT D**

Page 62

J. ROGIN

Q. best practices?
Q. How many best practices are there?
A. There is litigation management and there is claim handling.
Q. Let's talk about the claim handling best practices. Is that a separate book?
A. It is not a book. It is just a document.
Q. How long is the document?
A. Somewhere more than five pages and probably less than ten. I am not sure exactly.
Q. So we have -- at Liberty, there is a single document for best practices for claims handling that's somewhere between five and ten pages, right?
A. Yes.
Q. And you prepared the draft of this best practice claim handling document?
A. Yes.
Q. When did you prepare a first draft?

Page 63

J. ROGIN

A. Sometime in the fall of 2011. I can't tell you exactly when.
Q. In that first draft, did you endeavor to memorialize the best practices of Liberty for claim handling as you saw them?
A. Yes, that was the purpose of the document.
Q. Why did you circulate it to your direct reports?
A. For comment.
Q. Did you circulate the first draft of the best practices document for claims handling, or was it a later draft that you circulated?
A. I don't recall exactly. If I was going to guess, I would say it would have been a later draft.
Q. Did you circulate a draft of the best practices for claims handling at Liberty prior to the end of 2011?
A. I can't recall specifically.
Q. You may have, you may not, you just don't recall?
A. Exactly.

Page 64

J. ROGIN

Q. Did Mr. Roberts provide you any feedback on the best practices for claims handling?
A. I can't recall specifically.
Q. Do you recall any feedback that you received on the best practices for claim handling?
A. No.
Q. Did Mr. Engel provide you any feedback on the best practices for claim handling?
A. Yes.
Q. What was his feedback?
A. He made edits throughout the document and so, you know, I can't tell you what his feedback was. Throughout the entire document he made some comments and edits and additions.
Q. Do you recall when you provided a draft to Mr. Engel for comment?
A. I can't recall exactly whether it was at the end of 2011 or whether it was in the beginning of 2012.
Q. Were the claims adjusters at

Page 65

J. ROGIN

Liberty International already adjusting claims consistent with the best practices as you memorialized them in your best practice manual for claims adjusting?
A. I would say some were and some maybe were not consistently.
Q. What about Mr. Roberts, was he already adjusting claims consistent with the best practices as you memorialized them in the best practices manual?
A. Yeah, I would say yes, he generally did so.
Q. So if I wanted to understand how Mr. Roberts adjusted claims in 2011, would it be helpful for me to review the best practices manual that you prepared?
A. You know, I couldn't -- I couldn't say whether it would be helpful or not helpful to you. I mean, he wasn't being held against any -- those standards.
Q. Regardless of whether he was being held against the standards that were later issued, if I wanted to get an understanding of what procedures he followed