UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| | * | |
| THIS PLEADING APPLIES TO: No. 12-311 | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In consideration of the foregoing Consent Motion for Extension of Time to Respond to Liberty's Motion to Compel;

**IT IS HEREBY ORDERED** that the deadline for Cameron International Corporation to file a brief in opposition to Liberty Insurance Underwriters, Inc.'s Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log (Rec. Doc. 10334) is extended through and including Friday, June 21, 2013.

New Orleans, Louisiana, this 17th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1129464v1