IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Joseph Rainier ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. **2:13-cv-2905** |
| ) | |
| BP Exploration & Production et, al ) | |
| ) | |
| Defendant(s) ) | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 28 2013

WILLIAM W. BLEVINS
CLERK

## REQUEST FOR ENTRY OF DEFAULT

Comes now Joseph Rainier, Pro-se and hereby requests the Clerk to enter a default against the Defendant(s) BP America, Inc., BP Exploration & Production, BP Corporation North America Inc., and Halliburton Energy Services, Inc., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*/s/ Joseph Rainier*

Joseph Rainier-Pro-se
1396 Wellington Street
Tarpon Springs, Florida 34689
(727) 692-2411

TENDERED FOR FILING

MAY 28 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th of May 2013 a copy of this motion for Entry of Default & Affidavit in Support of request for Entry of Default has been provided to the following attorneys for the defendant(s) BP Exploration & Production, BP America, Inc., BP Corporation North America, Inc., J. Andrew Langan, Kristopher Ritter, Matthew T. Regan and Richard Godfrey of Kirkland & Ellis, LLP (Chicago) 300 North LaSalle Chicago IL 60654 and counsel for the defendant Halliburton Energy Services, Inc. Donald Everett Godwin 1201 Elm Street Suite 1700 Dallas Texas 75270-2041 by U.S. 1st Class mail postage paid.

_____
Joseph Rainier, Pro-se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Joseph Rainier et.al ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. **2:13-cv-2905** |
| ) | |
| BP Exploration & Production et, al ) | |
| ) | |
| Defendant(s) ) | |

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I Joseph Rainier, Pro-se declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. A complaint was filed by me on 04/22/2013 and service of process was had on the defendants BP America, Inc, BP Exploration and Production, BP Corporation North America, Inc. and Halliburton Energy Services., Inc.

2. More than twenty one (21) days have elapsed since the above defendants in this action have been served, and the above defendants has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_____
Joseph Rainier, Pro-se

Sworn and subscribed before me this

23 day of May, 2013.

_____
Notary Public

LESLIE ANN EASOM
Notary Public - State of Florida
My Comm. Expires Apr 3, 2015
Commission # EE 48416
Bonded Through National Notary Assn.

