**EXHIBIT "A"**

| No. | Claimant(s) | Document Number |
|---|---|---|
| 1. | Exhibit A – Richard Stewart, et al<br>Exhibit B – RBR Developments, LLC, et al<br>Exhibit C – Angels Auto Sales, et al<br>Exhibit D – City of St. Pete Beach, FL, et al<br>Exhibit E – Panther Ridge Estates, Inc., et al<br>Exhibit F – Deangelo Adams, et al<br>Exhibit G – A Point of You, LLC, et al | 9070 |
| 2. | Exhibit A – Toren's Painting LLC, et al | 9169 |
| 3. | Exhibit A – Ailesh Mulji, et al<br>Exhibit B – Robert Pinkerton, et al | 9195 |
| 4. | Exhibit A – Evgueni Souliaguine, et al | 9197 |
| 5. | Exhibit A – Keith Rogers, et al | 9198 |
| 6. | Exhibit A – Chambers County, Texas, et al | 9218 |
| 7. | Exhibit A – 21 Group Inc., et al | 9229 |
| 8. | Exhibit A – Bell Marine Service, Inc., et al | 9236 |
| 9. | Exhibit A – Venice Bayou Club, LLC, et al | 9237 |
| 10. | Exhibit A – ExPert E&P Consultants, LLC, et al | 9258 |
| 11. | Tammany Holdings Company, LLC | 9260 |
| 12. | Amended Exhibit "A" – 21 Group Inc., et al | 9261 |
| 13. | Exhibit A – Lance Ward, et al | 9271 |
| 14. | Exhibit A – Alvin E. Swanner, et al | 9277 |
| 15. | Exhibit A - Jack's G&M Auto Electric, Inc. | 9341 |
| 16. | Brett Ainsworth | 9343 |
| 17. | Exhibit A – Jorge Delgado, et al | 9349 |
| 18. | Exhibit A – Pelican General Insurance Agency, LLC, et al | 9354 |
| 19. | Exhibit A – Harrison County Tourism Commission, et al | 9358 |
| 20. | Exhibit A – Janelle Johnson, et al | 9359 |
| 21. | Michael Ellis, et al | 9360 |
| 22. | Exhibit A – Henry Perez, Jr., et al | 9390 |
| 23. | Exhibit A – Energy Drilling Fluids, LLC, et al | 9391 |
| 24. | Exhibit A – Joseph Bates, et al | 9392 |
| 25. | Exhibit A – St. Bernard Port, Harbor and Terminal District, et al | 9394 |
| 26. | Exhibit A – Abdon Callais Offshore, LLC, et al | 9395 |
| 27. | Octovio Liera | 9396 |
| 28. | Tyrone Baker | 9397 |
| 29. | Exhibit A – Steven Briley, et al | 9401 |
| 30. | Exhibit A – Dedrick Page, et al | 9403 |
| 31. | Hospital Service District No. 1 of Iberia Parish | 9404 |
| 32. | Exhibit A – Constance Blanchard, et al | 9405 |
| 33. | Plaquemines Parish Hospital Service District No. 1 | 9406 |
| 34. | Exhibit A – A.B. Dock Services, Inc., et al | 9407 |
| 35. | Exhibit A – Melissa Aldridge, et al | 9408 |

| No. | Claimant(s) | Document Number |
|---|---|---|
| 36. | Exhibit A – AA ABC Air Conditioning-Refrigeration Service, Inc., et al | 9410 |
| 37. | Exhibit A – Quiana Broussard, et al | 9412 |
| 38. | Exhibit A – Cameron Parish Police Jury and related entities | 9413 |
| 39. | Exhibit A – Robert Smith, et al | 9415 |
| 40. | Exhibit A – Camden Court Development, LLC, et al | 9416 |
| 41. | Exhibit A – Morgan Brothers Millwork and Supply Company, et al | 9417 |
| 42. | Cameron Parish School Board | 9420 |
| 43. | Exhibit A – Bayou Carlin Fisheries, Inc., et al | 9428 |
| 44. | Exhibit A – Kaufman, Englett & Lynd, P.A., et al<br>Exhibit B – Charles Bolton dba Sky & Ski Corp., et al<br>Exhibit C – Deney Taylor | 9433 |
| 45. | Exhibit A – Adirolf Holdings, LLC, et al | 9437 |
| 46. | William D. Leib | 9440 |
| 47. | Exhibit A – Jeanne Turlich, et al | 9441 |
| 48. | Exhibit A – Coroner, St. Tammany Parish, et al | 9448 |
| 49. | Exhibit A – Brite Star Custom Yachts, et al | 9451 |
| 50. | Exhibit A – CEM Supply, LLC, et al | 9452 |
| 51. | Exhibit A – CEM Supply, LLC, et al | 9455 |
| 52. | Henry B. Johnson, III | 9456 |
| 53. | Exhibit A – Forest Insurance Facilities, Inc., et al | 9457 |
| 54. | Exhibit A – 3L Leasing, L.L.C., et al | 9459 |
| 55. | Exhibit A – Robert Henkel, et al | 9464 |
| 56. | 2 Eastbrooke, LLC | 9465 |
| 57. | The Boiling Point | 9466 |
| 58. | Exhibit A – Wayne Hebert | 9467 |
| 59. | Exhibit A – Victor J. Ingraham Sr. | 9470 |
| 60. | T. Duffy Builders, LLC | 9471 |
| 61. | Exhibit A – Scott Porter | 9472 |
| 62. | St. Bernard Parish School Board | 9477 |
| 63. | Exhibit A – State of Louisiana "Ex Rel." St. Bernard Parish School Board and St. Bernard Parish School Board in Its Capacity as Trustee, Administrator and/or Manager of "Section 16" Lands within St. Bernard Parish, Louisiana, et al | 9478 |
| 64. | Exhibit A – Machine Tech, Inc., et al | 9479 |
| 65. | Double Eagle Energy Services, LLC | 9481 |
| 66. | Exhibit A – Mike Breaux, et al | 9487 |
| 67. | Exhibit A – Lamulle Construction, LLC, et al | 9490 |
| 68. | Exhibit A – Alton LeBlanc & Sons, LLC, et al | 9491 |
| 69. | Exhibit A – Bernard Dehart, et al | 9492 |
| 70. | Exhibit A – Scotco, Inc., et al | 9499 |
| 71. | Exhibit A – Coop. Real Celestun, et al | 9513 |
| 72. | Exhibit A – 13 Oysters, LLC, et al | 9515 |

| No. | Claimant(s) | Document Number |
|---|---|---|
| 73. | Harrington Mobile Properties, LLC, et al | 9523 |
| 74. | Norman Walton, et al | 9524 |
| 75. | Exhibit A – Joseph Juhas, et al | 9528 |
| 76. | Exhibit A – Jefferson Parish Service Districts and Political Subdivisions as listed | 9534 |
| 77. | Eagle Marine Services, Inc. | 9540 |
| 78. | Harold Lundy, et al | 9541 |
| 79. | Exhibit A – Joseph S. Barrois, et al | 9542 |
| 80. | Exhibit A – Power Tork Hydraulics, Inc. | 9543 |
| 81. | Exhibit A – Cindy Smith, et al | 9548 |
| 82. | Exhibit A – Jesse Bergens, et al | 9555 |
| 83. | Exhibit A – Jet-Pep, Inc., et al | 9559 |
| 84. | Exhibit A – Power Tork Hydraulics, Inc. | 9566 |
| 85. | Exhibit A – Nicholas Olano, et al | 9581 |
| 86. | Exhibit A – James Lee Barnhardt, et al | 9583 |
| 87. | Exhibit A – Jacob Boyd, et al | 9584 |
| 88. | Exhibit A – David West, et al | 9585 |
| 89. | Exhibit A – Baldone Offshore, LLC, et al | 9587 |
| 90. | Exhibit A – Betty J. Ballanco, et al | 9612 |
| 91. | Beulah Garrett | 9630 |
| 92. | Exhibit A – City of Abbeville, et al | 9656 |
| 93. | Exhibit A – City of Bay Minette, et al | 9658 |
| 94. | Exhibit A – Michele Dufrechou, et al | 9670 |
| 95. | Triton Industries, LLC and Lyons Specialty Co., LLC | 9682 |
| 96. | Exhibit A - EZF LLC d/b/a Attki Bar & Grill, et al | 9819 |
| 97. | Exhibit A – Kirk Ladner, et al | 9838 |
| 98. | Exhibit A – Akari Energy, et al | 10229 |
| 99. | Exhibit A – Keith Craft, et al | 10238 |
| 100. | Exhibit A – Parking Management Services, Inc., et al | 10239 |
| 101. | Exhibit A – Country Oaks RV Park, et al | 10259 |
| 102. | Exhibit A – Douglas Acton, et al | 10301 |
| 103. | Exhibit A – Abney Enterprises, Inc., et al. | 10317 |
| 104. | Arts Council of New Orleans | 10374 |