## MISSISSIPPI WORKERS' COMPENSATION COMMISSION
Post Office Box 5300, Jackson, Mississippi 39296-5300

### EMPLOYER'S NOTICE OF CONTROVERSION

| MWCC FILE NUMBER | |
|---|---|
| CARRIER FILE NUMBER | 2010001347 |

| EMPLOYEE CLAIMANT | SOC. SEC. NO. | NATURE OF INJURY |
|---|---|---|
| Michael B. Vickers | 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 | alleged chem. exposure |
| ADDRESS | DATE OF BIRTH | AGE | SEX |
| 517 Simms Drive | 1/27/1982 | 31 | M |
| CITY / STATE / ZIP | INJURY DATE |
| Mobile / AL / 36571 | 8/5/2010 |

| EMPLOYER | INSURANCE CARRIER |
|---|---|
| Knights' Marine & Industrial Services, Inc. | The Gray Insurance Company |
| ADDRESS: 2900 Colmer Road | P.O. Box 91420 |
| CITY / STATE / ZIP: Moss Point / MS / 39562 | ADDRESS Mobile / AL / 36691 |

Pursuant to Section 71-3-37(4) of the Mississippi Workers' Compensation Act, the above named employer controverts the referenced employee's right to workers' compensation upon the following grounds:

The statute has expired/Not reported until/2/21/13/Statute of Limitations
Causation
Nature and extent of disability
Subsequent employers
Preexisting condition
AWW
Employer/carrier reserves the right to amend this form.

I hereby certify that a copy of this notice has been served, by mail or personal delivery, to the above named employee at the most current address which can be determined by diligent inquiry or to his or her attorney, if represented.

Dated: 3/4/2013

Signature of Employer/Carrier Representative
Claims Examiner
Title
P.O. Box 91420
Address
Mobile / AL / 36691
City / State / Zip
Telephone number: 251-660-5094

MWCC Form B-52 (1993)

EXHIBIT 3

# MWCC - WORKERS' COMPENSATION - FIRST REPORT OF INJURY OR ILLNESS

| Field | Value |
|---|---|
| EMPLOYER (NAME & ADDRESS INCL ZIP) | KNIGHTS MARINE & INDUSTRIAL SERVICES, INC. 2900 COLMER ROAD MOSS POINT, MS 39562 |
| CARRIER/ADMINISTRATOR CLAIM NUMBER | 2010001347 |
| REPORT PURPOSE CODE | |
| JURISDICTION | |
| JURISDICTION CLAIM NUMBER | |
| INSURED REPORT NUMBER | |
| EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT) | SAME |
| LOCATION # | |
| PHONE # | 228-769-5550 |
| SIC CODE | |
| EMPLOYER FEIN | 64-0914726 |

## CARRIER/CLAIMS ADMINISTRATOR

| Field | Value |
|---|---|
| CARRIER (NAME, ADDRESS & PHONE NO) | GRAY INSURANCE CO. P.O. BOX 91420 MOBILE, AL 36691 251-660-5094 |
| POLICY PERIOD | 6/1/08 TO 6/1/11 |
| CLAIMS ADMINISTRATOR | |
| CHECK IF APPROPRIATE SELF INSURANCE | |
| ADMINISTRATOR FEIN | |
| CARRIER FEIN | 72-0846217 |
| POLICY/SELF-INSURED NUMBER | |
| AGENT NAME & CODE NUMBER | |

## EMPLOYEE/WAGE

| Field | Value |
|---|---|
| NAME (LAST, FIRST, MIDDLE) | VICKERS, MICHAEL B. |
| DATE OF BIRTH | 1-27-82 |
| SOCIAL SECURITY NUMBER | 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 |
| DATE HIRED | 7-1-10 |
| STATE OF HIRE | MS |
| ADDRESS (INCL ZIP) | 517 SIMMS DR. SARALAND, AL 36571 |
| SEX | MALE (M) X |
| MARITAL STATUS | UNKNOWN (K) X |
| OCCUPATION/JOB TITLE | FENCE FABRICATOR/INSTALLER |
| EMPLOYMENT STATUS | LAID OFF |
| PHONE | 251-675-0578 / 251-545-2508 |
| # OF DEPENDENTS | 2 |
| NCCI CLASS CODE | |
| RATE | 17.00 / 18.00 PER: OTHER: HOUR |
| # DAYS WORKED WEEK | 3 to 7 |
| FULL PAY FOR DAY OF INJURY? | YES |
| DID SALARY CONTINUE? | NO |

## OCCURRENCE/TREATMENT

| Field | Value |
|---|---|
| TIME EMPLOYEE BEGAN WORK | |
| DATE OF INJURY/ILLNESS | 8/5/10 |
| TIME OF OCCURRENCE | |
| LAST WORK DATE | 8-5-10 |
| DATE EMPLOYER NOTIFIED | 2-21-13 |
| DATE DISABILITY BEGAN | |
| CONTACT NAME/PHONE NUMBER | |
| TYPE OF INJURY/ILLNESS | CHEMICAL EXPOSURE |
| PART OF BODY AFFECTED | LUNGS |
| DID INJURY/ILLNESS EXPOSURE OCCUR ON EMPLOYER'S PREMISES? | NO |
| COUNTY WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | JACKSON COUNTY |
| SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED | CLAIMANT ALLEGES CHEMICAL EXPOSURE |
| WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED | CLAIMANT INSTALLED OIL RESISTANT FENCING TO PROTECT MARSH FOLLOWING BP OIL SPILL |
| HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED | CLAIMANT ALLEGES SHORTNESS OF BREATH & BLOOD IN URINE |
| DATE RETURN(ED) TO WORK | |
| IF FATAL, GIVE DATE OF DEATH | |
| WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? | |
| WERE THEY USED? | |
| PHYSICIAN/HEALTH CARE PROVIDER | UNKNOWN |
| HOSPITAL (NAME & ADDRESS) | |
| INITIAL TREATMENT | NO MEDICAL TREATMENT (0) / MINOR: BY EMPLOYER (1) / MINOR CLINIC/HOSP (2) / EMERGENCY CARE (3) / HOSPITALIZED > 24 HRS (4) / FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED (5) |
| WITNESSES (NAME & PHONE #) | |
| DATE ADMINISTRATOR NOTIFIED | 2-21-13 |
| DATE PREPARED | 2-28-13 |
| PREPARER'S NAME & TITLE | MELISSA WALLIS OFC MGR |
| PHONE NUMBER | 228-769-5550 |

RECEIVED FEB 28 2013 — Mobile, AL

IAIABC IA-1 (8/01)

SEE BACK FOR INSTRUCTIONS
REPRINTED WITH PERMISSION OF IAIABC