IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010. | § § § § § | MDL NO. 2179 SECTION: J |
| Relates to: *All Cases*; 2:10-cv-2771; | § § § § | JUDGE BARBIER MAGISTRATE SHUSHAN |

### HALLIBURTON ENERGY SERVICES, INC.'S OPPOSITION TO VARIOUS MOTIONS TO FILE SHORT FORM JOINDERS

Pursuant to this Court's Order (Dkt. No. 10279), Halliburton Energy Services, Inc. ("HESI") files this Opposition to Various Motions to File Short Form Joinders, and would show as follows:

Rather than separately state its opposition to the pending motions for leave, HESI joins in and adopts the Oppositions filed by Transocean (Dkt. No. 10399) and BP (Dkt. No. 10413) to the pending motions. Regardless of whether the Court grants or denies the motions, HESI reserves any and all rights and defenses it may have as a tendered defendant under Fed. R. Civ. P. 14(c) or otherwise at law against claimants and/or other parties.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Opposition to Various Motions to File Short Form Joinders has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 17th day of June, 2013.

/s/ Donald E. Godwin
Donald E. Godwin