UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| This Document Relates To: 12-970 | * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## MOTION TO AMEND MAY 20, 2013 ORDER AND RULES

BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully request that, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the Court amend its May 20, 2013 Order ("Order") and the appended Rules Governing Discretionary Court Review of Appeal Determinations ("Rules") filed in the above case.

<u>First</u>, BP requests that the Court amend the Rules to clarify that all requests for discretionary review, objections thereto, and Court orders regarding such requests will be entered into the appropriate Court docket.

<u>Second</u>, BP requests an amendment to the Rules clarifying that a party may file a request for discretionary review on issues previously ruled on by the Court, that such requests must contain a clear notation that they are governed by Rule 16, that such requests will be filed in the appropriate Court docket, and that the clerk will promptly enter an order denying such requests.

<u>Third</u>, BP requests that the Rules be amended to clarify that a party filing a Request for Discretionary Review may append exhibits and attachments containing record evidence to requests for discretionary review.

1

| | |
|---|---|
| Dated:  June 17, 2013 | Respectfully submitted, |
| | |
| |    /s/ Richard C. Godfrey, P.C.    |
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein | J. Andrew Langan, P.C. |
| BP AMERICA INC. | Wendy L. Bloom |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX 77079 | R. Christopher Heck |
| Telephone: (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax: (312) 862-2200 | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Telefax: (312) 862-2200 |
| | |
| Daniel A. Cantor | Jeffrey Bossert Clark |
| Andrew T. Karron | Steven A. Myers |
| ARNOLD & PORTER LLP | KIRKLAND & ELLIS LLP |
| 555 Twelfth Street, NW | 655 Fifteenth Street, N.W. |
| Washington, DC 20004 | Washington, D.C. 20005 |
| Telephone: (202) 942-5000 | Telephone: (202) 879-5000 |
| Telefax: (202) 942-5999 | Telefax: (202) 879-5200 |
| | |
| Jeffrey Lennard |    /s/ Don K. Haycraft    |
| Keith Moskowitz | Don K. Haycraft (Bar #14361) |
| DENTONS LLP | R. Keith Jarrett (Bar #16984) |
| 233 South Wacker Drive | LISKOW & LEWIS |
| Suite 7800 | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60606 | New Orleans, Louisiana 70139 |
| Telephone: (312) 876-8000 | Telephone: (504) 581-7979 |
| Telefax: (312) 876-7934 | Telefax: (504) 556-4108 |
| | |
| ***OF COUNSEL*** | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone: (202) 662-5985 |
| | Telefax: (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2013.

                                                      <u>/s/ Don K. Haycraft</u>
                                                      Don K. Haycraft