# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

## DECLARATION OF DANIEL A. CANTOR

1.   I am a partner in the law firm of Arnold & Porter LLP, resident in the firm's Washington, D.C., office.  I am counsel for BP Exploration & Production, Inc., BP America Production Company ("BP") in the above-captioned matter.  I make this declaration in support of BP's Motion to Amend the May 20, 2013 Order and Rules.

2.   At the time that BP began filing Requests for Discretionary Review ("Requests") BP asked that the Appeals Coordinator, Mr. David Duval, advise BP regarding the proper procedure for filing Requests in the District Court docket.  In an email dated May 14, 2013 from Mr. Duval, he responded that the Settlement Program would file "all Requests in the docket."

3.   Following the Court's May 20, 2013 Order and Rules, Mr. Duval sent a subsequent email dated May 28, 2013 informing BP that the Settlement Program would not file Requests in the docket and would instead hold all filings in a "special folder" until further notice from the Court.

4.   On May 31, 2013, Mr. Duval advised BP via email that the Court would not accept Requests for Review that had any documents/exhibits attached.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2013.                                  /s/ Daniel A. Cantor
                                                            Daniel A. Cantor