| Claimant | File Date | File Number |
|---|---|---|
| Alberny & Duque, Inc. | 6/3/2013 | 135173 |
| Acadia Womens Health (A Professional Medical Corporation) | 6/7/2013 | 135178 |
| Brittany Jones on Behalf of her minor child, B.M. | 6/7/2013 | 135179 |
| Jon Herbert dba Northlinx Web & Graphics | 6/7/2013 | 135180 |
| Van, Kagen | 6/7/2013 | 135181 |
| A+ Family Enterprises, L.L.C. | 6/18/2013 | 135217 |
| BL Properties, LLC | 6/18/2013 | 135218 |
| Delone, DeAngelo | 6/18/2013 | 135219 |
| Dual, L.L.C. | 6/18/2013 | 135220 |
| Good Light Group, LLC | 6/18/2013 | 135222 |
| Ingwicks Learning/Community Center | 6/18/2013 | 135223 |
| James Boozer dba James Boozer Construction | 6/18/2013 | 135224 |
| Jesuit Bend Helicopters, L.L.C. | 6/18/2013 | 135225 |
| Kunjappy, Alexander | 6/18/2013 | 135226 |
| Louisiana Center for Maternal-Fetal Medicine ( A Professional Medical Corporation) | 6/18/2013 | 135227 |
| Philen Farm Partnership | 6/18/2013 | 135228 |
| Twin City Motors, Inc. | 6/18/2013 | 135229 |


EXHIBIT A