UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *

v.    *

TRANSOCEAN DEEPWATER, INC.,    *    CASE NO: 2:13-cr-00001-JTM-SS

   *    HONORABLE
   JANE TRICHE MILAZZO

---

IN RE: OIL SPILL BY THE    *    MDL NO. 2179
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON
APRIL 10, 2010

---

BON SECOUR FISHERIES, INC.,    *    CIVIL ACTION No. 12-970
ET. AL.

       Plaintiff's

v.

BP EXPLORATION & PRODUCTION
INC.; BP AMERICA PRODUCTION
COMPANY; BP P.L.C., ET. AL.

       Defendant's

---

GEORGE MAY, GEORGE MAY ON    *    MDL NO. 2179
BEHALF OF THE STATE OF
FLORIDA INTERVENERS

       Plaintiff's

v.

-1-

```
BP P.L.C. THEIR TERRORIST,        *
RICO ACT AIDERS, ABETTOR'S         *
THOSE IN CONTINUING CRIMINAL       *
CONSPIRACY, ASSOCIATES,            *
TERRORIST COUNTRIES, STATES        *
ET. AL.                            *
                                   *
                Defendant's        *
                                   *
                                   *
```

## DEFAULT JUDGEMENT

The defendant's herein having failed to appear, plead or otherwise defend in George May, George May on behalf of the State of Florida Intervener's, Plaintiff's action, default having been entered, and attorney for George May, George May on behalf of the State of Florida, Intervener, Plaintiff having requested Judgement against the defaulted defendant's BP P.L.C., BP Exploration & Production, Inc., BP America Production Company, Transocean Deepwater, Inc., Halliburton Energy Services, Inc., Iran, their Associates, Aiders, Abetter's, those in Continuing Conspiracy to commit RICO Act, Patriot Act violations, Economic Terrorism, Terrorist Acts against George May, George May on behalf of the State of Florida, the United States of America, Citizens of the United States, and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a), and (b).

Judgement is hereby entered in favor of George May, George May on behalf of the State of Florida, Intervener, Plaintiff and against the defendant's BP P.L.C., BP Exploration &

Production, Inc., BP America Production Company, Transocean

Deepwater, Inc., Halliburton Energy Services, Inc., Iran,

their Associates, Aiders, Abetter's, those in Continuing

Conspiracy to commit RICO Act, Patriot Act violations, Economic

Terrorism, Terrorist Acts against George May, George May on

behalf of the State of Florida, the United States of America,

Citizens of the United States, Jointly and Severally as

follows:

> The sum certain of $27.5 Billion Dollars, plus Attorney
> Fee's of 331/3 percent for Nicolas J. Gutierrez, Jr.,
> Jo Ann Barone, Lawrence K. Fagan, Stuart L. Stein,
> plus interest compounded annually from May 16, 2011
> at the Statutory Rate until paid.

Dated this_____, day of June, 2013.

_____
   United States District Judge

-3-