6/13/13

To: Honorable
    Jane Triche Milazzo
    United States Courthouse
    500 Poydras Street
    Room C 206
    New Orleans, LA 70130
    Ph. 504-589-7585


Re: Default Judgement,           CASE NO: 2:13-cr-00001-JTM-SS
    Default of Summary                    5:13-cv-00123-RS-GRJ
    Judgement of Default,                 2179, 12-970
    Default Judgement


Please find enclosed Default Judgement for your signature.

I have filed request for Attorney's fee's pursuant to 18 U.S.C. §2333 for my previous Attorney's pursuant to Federal Law. Please add those amounts to your final Order for payment to us.

Please mail to me a signed, with Recording Numbers, Clerks Stamped Copy as Original with Seal of this Judgement within the next few days.

Interest is to be Compounded Annually at the Statutory Rate, See Casino Redevelopment Authority v. Hauck, 317 NJ Super, 584; 160 NJ 475; 162 NJ 576.

Thank you for your help.

CC                                    Yours Truly
Nicolas J. Gutierrez, Jr.
Fax. 305-665-2250
Jo Ann Barone
Fax. 561-655-8478
Lawrence K. Fagan                     George May
Fax. 561-687-0154                     P.O. Box 32247
Stuart L. Stein                       Palm Bch. Gardens
Fax. 505-889-0953                     Fl. 33420
                                      Ph./Fax. 561-290-4384

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 10, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| BON SECOUR FISHERIES, INC., ET. AL.<br><br>       Plaintiff's<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC.: BP AMERICA PRODUCTION COMPANY: BP P.L.C.<br><br>       Defendant's | CIVIL ACTION NO. 12-970<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA INTERVENERS<br><br>       Plaintiff's<br><br>v.<br><br>BP P.L.C., THEIR TERRORIST, RICO ACT AIDERS, ABETTOR'S THOSE IN CONTINUING CRIMINAL CONSPIRACY, ASSOCIATES, TERRORIST COUNTRIES, STATES, ET. AL.<br><br>       Defendant's | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SUSHAN TO BE ASSIGNED. |

-1-

TENDERED FOR FILING

MAY 30 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA INTERVENER'S, PLAINTIFF'S, GEORGE MAY ON BEHALF OF HIS PREVIOUS ATTORNEY'S NICOLAS J. GUTIERREZ, JR., LAWRENCE K. FAGAN, JO ANN BARONE, STUART L. STEIN REQUEST FOR AN ORDER IN AID OF EXECUTION OF DEFAULT JUDGEMENT, DEFAULT, DEFAULT JUDGEMENT OF SUMMARY JUDGEMENT, SUA SPONTE, FORTHWITH.

COMES NOW, George May, George May on behalf of the State of Florida Intervener's, Plaintiff's, George May on behalf of his previous Attorney's Nicolas J. Gutierrez, Jr., Lawrence K. Fagan, Jo Ann Barone, Stuart L. Stein and files this his request for an Order in Aid of Execution of Default Judgement, Default, Default Judgement of Summary Judgement, Sua Sponts, Forthwith for cause herein as follows:

1, That Default, Default Judgement was entered by this Honorable Court for George May, George May on behalf of the State of Florida on May 16, 2011, on December 21, 2012 Modification of George May Default Judgement was filed with this Honorable Court for the Continuing Criminal, Traitor, Treason, RICO ACT, PATRIOT VIOLATIONS, Continuing Conspiracy by BP P.L.C., BP Exploration & Production, Inc., BP America Production Company, their Associates, Aiders, Abetters to destroy Democratic Countries of the World, America by their Criminal Activities for Treble damages of the Default Judgement of $27.5 Billion Dollars.

2. That Default, Default Judgement of George May, George May, on behalf of the State of Florida, Intervener, Plaintiff, Summary Judgement of Default, Default Judgement for his

-2-

previous Attorney's Nicolas J. Gutierrez, Jr., Lawrence K. Fagan, Jo Ann Barone, Stuart L. Stein was filed with this Honorable Court on January 29, 2013, requesting Attorney's Fee's for George May, George May on behalf of the State of Florida previous Attorney's before mentioned herein of 331/3 percent, plus interest compounded annually at the Statutory Rate from May 16, 2011 until paid.

3. To date there has been no Court Paper filed by the defendant's BP P.L.C., BP Exploration & Production, Inc. BP America Production Company, their Associates, Aiders, Abetters, before mentioned herein this case. Attached here is the Default, Default Judgement, default of the Modification of Default, Default Judgement, Default of the Summary Judgement, of the Default, Default Judgement for George May, George May on behalf of the State of Florida, and agaiint BP P.L.C., BP Exploration & Production Inc., BP America Production Company, their Terrorist, RICO Act, Patriot Act, Aiders, Abettors, before named herein George May, George May on behalf of the State of Florida, Interveners, Plaintiff's Complaint.

4. George May, George May on behalf of the State of Florida, George May on behalf of his previous Attorney's before mentioned herein here requests that this Honorable Court enter it's Order Sua Sponte, Forthwith Ordering the defendant's herein above, their Terrorist, RICO Act, Patriot Act Aiders, Abetters before mentioned in this Complaint to immediately pay to George

May, George May on behalf of the State of Florida George May on behalf of his previous Attorney's before mentioned herein their $27.5 Billion Dollars Trebled, plus their Attorney's Fee's of 331/3 percent, plus interest compounded annually from May 16, 2011 at the Statutory Rate until paid. See <u>Boim v. Holy Land Foundation, 549 F.3d 685, 690-91; Venzor v. Gonzalez, 936 F. Supp. 445 (7th Cir. 2008); United States v. BP, BP P.L.C., November 15, 2012; United States v. Josef Altstotter, Et. Al. 14 Ann. Dig. 278 (1948); United States of America v. Transocean Deepwater, Inc., Case No. 13-001 "H", January 3, 2013; Trial of Josef Altstotter and Others United States Military Tribunal, Nuremberg, 17 February-4th December, 1947, Case No. 35</u>, the Continued conspiracy to violate BP Exploration & Production Guilty Plea Agreement, Cooperation Guilty Plea Agreement by Transocean Deepwater, Inc., by their continued Terrorist, Economic Terrorist, RICO Act, Patriot Act Violatiins, Business Agreements, Transactions with Iran, Other Terrorist, Terrorist States, on the United States Terrorist List, attached herein are their violated Guilty Plea Agreements, to continue to violate the Criminal Laws of the United States, the State of Florida, to intimidate, coerce their civilian population, to influence the policy of the United States, the State of Florida by intimidation, coercion, bribery of it's Judges, Government Officials, to affect the conduct of the United States, Florida by Mass Destruction, Mass Economic Destruction, Mass Destruction of it's Food Resources.

WHEREFORE, George May, George May on behalf of the State of Florida, George May on behalf of his previous Attorney's Nicolas J. Gutierrez, Jr., Lawrence K. Fagan, Jo Ann Barone, Stuart L. Stein here requests that this Honorable Court enter it's Order in Aid of Execution Ordering the defendant's Bp P.L.C., BP Exploration & Production, Inc., BP America Production Company, Transocean Deepwater, Inc., their Aiders, Abettors, Associates, Iran, those in their Continuing Criminal Conspiracy to Intentionally Harm, Commit Terrorist Acts, Economic Terrorist Acts, Terrorism against United Citizen George May, George May on Behalf of the State of Florida, George May on behalf of his previous Attorney's before mentioned herein, to pay to George May, George May on behalf of the State of Florida their $27.5 Billion Dollars Trebled plus their Attorney's Fee's of 331/3 percent, plus interest compounded annually from May 16, 2011 at the Statutory Rate, until paid, pursuant to 18 U.S.C. 2331(1),(5),(3); 18 U.S.C. 2332b(g),(5),(B), 18 U.S.C. 2333, 18 U.S.C. 2339A, 2339B, 2339C, 31 C,F.R. 535.201 et. seq., 18 U.S.C. 371, 18 U.S.C. 2, 3,4., The Patriot Act of 2001, Sections 802-811, The Civil Rights Acts, 42 U.S.C. 1961, 1962, 1965, the RICO Act.

Respectfully submitted

*[signature]*

George May, George May
on behalf of the State
of Florida, Intervener,
Plaintiff, Economically
Destroyed by Terrorist
BP P.L.C., BP Exploration
& Production Company.
Transocean Deepwater, Inc.,
their Aiders, Abetters,
those in Continuing Criminal
Conspiracy
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
Ph./Fax. 561-290-4384

I hereby certify that a copy of the foregoing was mailed, faxed this May 21, 2013 to:

Clerk U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
Ph. 504-589-7600
Fax. 504-589-7697

Special Master
Francis E. McGovern
Duke University of Law
Durham, NC 27708
Ph. 919-613-7095
Fax. 919-613-7165

Plaintiff's Liaison Counsel
Stephen J. Herman
820 O'Keef Avenue
New Orleans, LA 70113
Ph. 504-581-4892
Fax. 504-561-6024

Defense Liaison Counsel
David J. Beck
1221 McKinney Street
Houston, TX 77010
Ph. 713-951-3700
Fax. 713-951-3720

Honorable Judge
Carl J. Barbier
500 Poydras St. Rm C256
New Orleans, LA 70130
Ph. 504-589-7525
Fax. 504-589-4536

Coordinate Counsel for
the Federal Government
R. Michael Underhill
450 Golden Gate Avenue
San Francisco, CA 94102
Ph. 415-436-6648
Fax. 415-436-6632

Pamula Bondi
Office of Attorney, General,
Soliciter General
The Capitol
Tallhassee, Fl. 32399
Ph. 850-414-3300
Fax. 850-410-2672

The United States Department
of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530
Ph. 202-353-1555
Fax. 202-307-4613

Nicolas J. Gutierrez, Jr.
255 University Dr.
Coral Gables, Fl. 33134
Ph. 305-665-3400
Fax. 305-665-2250

Derek A. Cohen
Deputy Director
Deepwater Horizon Task Force
400 Poydras St. C-206
New Orleans, LA 70130
Ph. 504-593-1800
Fax. 504-593-1889

Honorable Judge
Jane Triche Milazzo
Eastern District of Louisiana
500 Poydras St., Rm. C-206
New Orleans, LA 701-30
Ph. 504-589-7585

Lawrence K. Fagan
2100 Florida Mango Rd.
West Palm Bch., Fl. 33409
Ph. 561-689-3745
Fax. 561-687-0154

Jo Ann Barone
249 Royal Palm Way
Palm Beach, Fl. 33480
Ph. 561-655-8477
Fax. 561-284-6398

Stuart L. Stein
P.O. Box 29598
Sante Fe, New Mexico 87592
Ph. 505-450-5002
Fax. 505-889-0953

Brad D. Brian, Terrorist
18 U.S.C. §2,§3,§4, §371,
Counsel, Aider, Abetter
355 S. Grand Avenue
Los Angeles, CA 90071
Ph. 213-683-9100
Fax. 213-687-3792

Office of Florida
Attorney General
Russell S. Kent,
400 S. Monroe St. PL-01
Tallahassee, Fl. 32399
Ph. 850-414-3854
Fax. 850-488-9134

George May

# Newsmax

## BP's Iranian Ties Could Haunt Oil Giant, Too

Tuesday, June 22, 2010 05:42 PM

**By: Ken Timmerman**

BP's troubles in the United States might be just beginning.

Potentially more damaging to the beleaguered British oil giant than its problems in the Gulf of Mexico are BP's ongoing ties to the Islamic Republic of Iran, which include multibillion-dollar joint ventures in Britain and Azerbaijan and the Iranian government's own massive direct investment in BP stock.

BP won applause from public-interest groups in the United States in 2008 when it announced it was halting shipments of refined petroleum products to Iran.

"British Petroleum stopped its shipments to Iran after deciding that the company's extensive North American business interests were more valuable than access to the Iranian market," a news release from the Foundation for the Defense of Democracies trumpeted at the time.

The conservative foundation, which has made getting refined petroleum sanctions passed its key legislative agenda, understandably considered BP's very public pullback as a supplier to Iran of refined gasoline and fuel oil as a success for its lobbying activities.

But it turns out that BP has continued to maintain extensive ties with Iran that are less visible that those gasoline sales, including joint ventures in British North Sea natural gas fields.

Iran's joint ventures with BP and a host of other international oil firms now should be included in new Iran sanctions legislation, says Mark Dubowitz, executive director of the foundation.

"If Washington doesn't close this loophole, Iran could soon be a partner in energy projects off our own shores," he was quoted as saying in Time magazine last week.

But the legislation that finally cleared a House-Senate conference committee on Monday said nothing about joint ventures.

BP doesn't trumpet its ongoing business with Iran in its statutory reporting to the U.S. Securities and Exchange Commission.

In a note to the U.S. version of its 2009 Annual Report, submitted as form 20-F to the SEC, BP glossed over its extensive ties to the Iranian regime.

"BP has interests in, and is the operator of, two fields and a pipeline located outside Iran in which the National Iranian Oil Company and an affiliated entity have interest," the company stated.

In addition, the company "buys crude oil, refinery and petrochemicals

*[Handwritten annotations in margin:]*
- NO MONEY to PAY FLORIDA ITS CITIZENS
- "WHY" does FLORIDA HAVE ECONOMIC RUIN AND IRAN HAVE $100'S OF BILLION OF DOLLARS

feedstocks, blending components and LPG of Iranian origin or from Iranian counterparties."

The legalese disguises a business relationship that goes back to BP's origins 100 years ago as the Anglo-Persian Oil Co. Ltd.

"We've had a long experience with BP," Iranian activist Roozbeh Farahanipour tells Newsmax. "They've acted against our national interest [in Iran] even before the nationalization of oil in Iran in 1953. Just after I arrived in the United States in 2000, my organization, Marze por Gohar, called for a boycott against BP and Shell because of their ongoing involvement with the Iranian regime."

The "interests" BP alluded to in its 2009 annual report include a 50-50 joint venture with Iran to develop a North Sea natural gas field, Hood block 15/13A, that today is extracting around 4 million cubic meters a day of natural gas worth around $1 million a day at current prices.

They also include a joint BP-Iranian government effort in Azerbaijan that produces 8 billion cubic meters of gas a year, worth up an estimated $2.4 billion a year.

"BP remains one of the most active major western oil companies engaged in joint venture energy projects with the Iranian Ministry of Petroleum outside of Iran," Time magazine reported last week.

BP's partner in these ventures is Naftiran Intertrade Co., a wholly-owned subsidiary of the National Iranian Oil Co., with offices in Switzerland and the Jersey Channel islands.

Iran's joint ventures with BP have paid off. At the time that Naftiran's deals with BP were coming online, the Iranian group's revenues jumped by 50 percent, from $14.7 billion to $21.9 billion, Time reported.

Naftiran Intertrade isn't BP's only Iranian partner. In the Rhum gas field in the North Sea, BP has teamed up in a 50-50 joint venture with the Iranian Oil Co. (IOC UK Ltd.) that now produces about 4 million cubic meters of natural gas a day.

The Treasury Department designated IOC UK Ltd. on June 16 in the latest round of United Nations Security Council sanctions on Iran's nuclear weapons programs.

The designation of IOC UK Ltd, and a series of Naftiran subsidiaries and affiliates, is intended to "highlight for the international community Iran's use of its financial sector, shipping industry and Islamic Revolutionary Guards Corps to carry out and mask its proliferation activities," said a Treasury Department statement.

In 2008, Treasury had identified Naftiran Intertrade as a "specially designated national" that was owned and controlled by the government of Iran, and warned U.S. companies that transactions with the company "are severely restricted" under several executive orders involving terrorism and weapons of mass destruction.

[Handwritten annotations in right margin:]
- SEE GRYNBERG V. BP PLC, STATOIL ASA, ROYAL DUTCH SHELL PLC, EXXON MOBIL — BP, SHELL ARE CURRENTLY being SUED FOR TERRORIST ACTS, RICO CRIMES AGAINST HUMANITY
- WIWA V ROYAL DUTCH SHELL
- FOUND GUILTY OF HIDING, ABETTING

# H.R.3162

**Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT ACT) Act of 2001 (Received in the Senate)**

## SEC. 802. DEFINITION OF DOMESTIC TERRORISM.

*[handwritten: CONTINUING CONSPIRACY]*

(a) DOMESTIC TERRORISM DEFINED- Section 2331 of title 18, United States Code, is amended--

*[handwritten: IN TERRORIST ACTS WITH IRAN IN]*

(1) in paragraph (1)(B)(iii), by striking `by assassination or kidnapping' and inserting `by mass destruction, assassination, or kidnapping';

*[handwritten: MASS DESTRUCTION OF FOOD SUPPLIES]*

(2) in paragraph (3), by striking `and';

(3) in paragraph (4), by striking the period at the end and inserting `; and'; and

*[handwritten: MASS ECONOMIC DESTRUCTION OF BUSINESS]*

(4) by adding at the end the following:

`(5) the term `domestic terrorism' means activities that--

`(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State; *[handwritten arrow]*

`(B) appear to be intended--

*[handwritten: MASS DESTRUCTION OF THE ENVIRONMENT,]*

`(i) to intimidate or coerce a civilian population; *[handwritten: ←CITIZENS]*

`(ii) to influence the policy of a government by intimidation or coercion; or *[handwritten arrow]*

`(iii) to affect the conduct of a government by mass destruction, *[handwritten arrow]* assassination, or kidnapping; and

*[handwritten: TO COMMIT]*

`(C) occur primarily within the territorial jurisdiction of the United States.'.

(b) CONFORMING AMENDMENT- Section 3077(1) of title 18, United States Code, is amended to read as follows:

*[handwritten: INTENTIONAL HARM AGAINST]*

`(1) `act of terrorism' means an act of domestic or international terrorism as defined in section 2331;'.

*[handwritten: GEORGE MAY, THE STATE OF FLORIDA]*

## SEC. 803. PROHIBITION AGAINST HARBORING TERRORISTS.

(a) IN GENERAL- Chapter 113B of title 18, United States Code, is amended by adding after section 2338 the following new section:

*[handwritten: U.S. CITIZENS]*

`Sec. 2339. Harboring or concealing terrorists