UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

<u>APPENDIX</u>

**[Regarding Order on Liberty's Motion to Reconsider (Rec. doc. 10358)]**

The following is a list of the pleadings, *in camera* submissions and orders relating to this matter:

| Date | Doc. No. | Description |
|---|---|---|
| 05/02/13 | 9618 | Cameron's 4/30/13 letter to Judge Shushan. |
| 05/02/13 | 9629 | Order re Cameron's motion to compel (4/30/13 letter)(R.D. 9618). |
| 05/03/13 | ----- | Letter, dated 5/3/13, from Liberty with *in camera* documents. |
| 05/06/13 | 9714 | Liberty's opposition to Cameron's motion to compel (R.D. 9618). |
| 05/06/13 | ----- | *In camera* submission including Liberty's "Casualty Claim Handling Best Practices" manual published 3/29/12 and updated 12/4/12. It is 11 unnumbered pages counting the introduction. |
| 05/07/13 | 9731 | Cameron's reply to Liberty's opposition to Cameron's motion to compel production of manuals (R.D. 9618). |
| 05/07/13 | 9766 | Order dismissing in part as moot, denying in part and granting in part Cameron's motion to compel (R.D. 9618). |
| 05/09/13 | 9845 | Supplemental Order denying in part and granting in part Cameron's motion to compel (R.D. 9618). |

    Note: The order states that, "[t]he documents submitted for *in camera* review (including 3/29/12 manual) are not responsive to RFP nos. 13 and 15. R.D. 9845 at 3.

| Date | R.D. | Description |
|---|---|---|
| 05/09/13 | 9847 | Liberty's certification as required by 5/7/13 order (R.D. 9766). |
| 05/15/13 | 9959 | Cameron's motion to compel Liberty to comply with 5/9/13 order (R.D. 9845). |
| 05/22/13 | 10227 | Liberty's opposition to Cameron's motion (R.D. 9959) to compel Liberty to comply with 5/9/13 order. |
| 05/24/13 | 10252 | Cameron's reply in support of its motion (R.D. 9959) to compel Liberty to comply with 5/9/13 order. |
| 06/06/13 | 10303 | Liberty's supplemental memorandum in opposition to Cameron's motion (R.D. 9959) to compel Liberty to comply with 5/9/13 order. |
| 06/06/13 | 10305 | Cameron's supplemental memorandum in support of its motion (R.D. 9959) to compel Liberty to comply with 5/9/13 order. |
| 06/07/13 | 10332 | Order that Cameron's motion to compel (R.D. 9959) is granted in part and denied in part. |
| Note: | | The order provides that, "Liberty shall produce the claim manual prepared by Ms. Rogan and Mr. Engel and any amendments or revisions of it through the date of this order."  R.D. 10332 at 2. |
| 06/12/13 | 10358 | Liberty's motion for reconsideration of the 6/7/13 order requiring production of the claim manual. |
| 06/12/13 | 10364 | Scheduling order for Liberty's motion for reconsideration. |
| 06/14/13 | 10395 | Cameron's response to Liberty's motion to reconsider. |
| 06/18/13 | 10417 | Liberty's reply in support of its motion to reconsider. |