UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | * * | DIVISION 1 |
| 2:13-cv-01553 | * | JUDGE BARBIER |
| *Laborde Marine, L.L.C., et al* | * | |
| *vs. BP Exploration & Production, Inc., et al* | * | MAG. JUDGE SHUSHAN |

## CORPORATE DISCLOSURES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, LABORDE MARINE, L.L.C., LABORDE MARINE SERVICES, L.L.C., AND LABORDE MARINE MANAGEMENT, L.L.C., who, pursuant to Fed. R. Civ. P. 7.1, submit their Corporate Disclosures, which are attached hereto as Exhibit "A".

        Respectfully submitted,

        */s/ James Parkerson Roy*
        JAMES PARKERSON ROY (Bar No. 11511) (T.A.)
        THOMAS A. THOMASSIE, IV (Bar No. 31990)
        DOMENGEAUX WRIGHT ROY & EDWARDS
        556 Jefferson Street, Suite 500
        P.O. Box 3668
        Lafayette, Louisiana 70501
        (337)233-3033
        (337) 232-8213 (Fax)
        jimr@wrightroy.com
        tommyt@wrightroy.com

and

CLIFFE E. LABORDE, III  (Bar No. 8062)
MAHTOOK & LAFLEUR
600 Jefferson Street, Suite 1000
Lafayette, LA 70502
(337)266-2189
(337)266-2303 (Fax)
claborde@mandllaw.com
ATTORNEYS FOR LABORDE MARINE, L.L.C.,
LABORDE MARINE SERVICES, L.L.C., AND
LABORDE MARINE MANAGEMENT, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Orer No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of June, 2013.

/s/James Parkerson Roy