UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Laborde Marine, L.L.C.;<br>Laborde Marine Services, L.L.C.; and<br>Laborde Marine Management, L.L.C. | CIVIL ACTION |
| V | NO.  2:13-cv-01553 |
| BP Exploration & Production, Inc., et al | SECTION    J    (1) |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Laborde Marine, L.L.C.<br>NON-GOVERNMENTAL<br>CORPORATE PARTY<br>TO THIS ACTION | PUBLICLY HELD<br>COMPANY THAT<br>OWNS 10% OR MORE<br>OF THE PARTY'S STOCK |
|---|---|
| | None |
| PARENT CORPORATIONS | |
| None | |

| | |
|---|---|
| 6/19/13 | James Parkerson Roy |
| Date | Attorney |
| | 11511 |
| | Bar Roll Number |
| | 556 Jefferson Street, Suite 500 |
| | Address |
| | Lafayette, LA 70501 |

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Laborde Marine, L.L.C.;<br>Laborde Marine Services, L.L.C.; and<br>Laborde Marine Management, L.L.C. | CIVIL ACTION |
| V | NO.  2:13-cv-01553 |
| BP Exploration & Production, Inc., et al | SECTION    J    (1) |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Laborde Marine Services, L.L.C.<br>NON-GOVERNMENTAL<br>CORPORATE PARTY<br>TO THIS ACTION | PUBLICLY HELD<br>COMPANY THAT<br>OWNS 10% OR MORE<br>OF THE PARTY'S STOCK |
|---|---|
| | None |
| PARENT CORPORATIONS | |
| None | |

| | |
|---|---|
| 6/19/13 | James Parkerson Roy |
| Date | Attorney |
| | 11511 |
| | Bar Roll Number |
| | 556 Jefferson Street, Suite 500 |
| | Address |
| | Lafayette, LA 70501 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Laborde Marine, L.L.C.;
Laborde Marine Services, L.L.C.; and
Laborde Marine Management, L.L.C.

CIVIL ACTION

V

NO. 2:13-cv-01553

BP Exploration & Production, Inc., et al

SECTION   J   (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Laborde Marine Management, L.L.C.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

None

6/19/13
Date

James Parkerson Roy
Attorney

11511
Bar Roll Number

556 Jefferson Street, Suite 500
Address

Lafayette, LA 70501