UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

BP'S MOTION TO QUASH (Rec. doc. 10388)

**SET WITHOUT ORAL ARGUMENT**

      IT IS ORDERED that: (1) the motion of BP to quash the subpoena duces tecum from Liberty International Underwriters, Inc. ("Liberty") (Rec. doc. 10388) is set for submission on briefs and without oral argument on **Wednesday, July 3, 2013**; (2) Liberty shall file its opposition by **Tuesday, June 25, 2013;** and (3) BP may file a reply by **Monday, July 1, 2013.**

    New Orleans, Louisiana, this 19th day of June, 2013.

                                                        **SALLY SHUSHAN**
                                                        **United States Magistrate Judge**