UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER
**[Regarding Dispositive Motions and Motions in Limine for the Phase Two Trial]**

Any party considering filing dispositive motions respecting the Phase Two Trial must file and serve them no later than July 13, 2013. Memoranda in support shall not exceed 20 pages. Opposition memoranda shall be filed within 14 calendar days of service of the motion and shall be limited to 20 pages. Reply briefs, not to exceed 7 pages, must be filed within 7 calendar days of service of the opposition.

Motions in limine for the Phase Two Trial shall be filed on or before August 12, 2013. Memoranda in support shall be limited to 15 pages. Opposition memoranda shall be filed within 10 calendar days of service of the motion and shall be limited to 15 pages. Reply briefs, not to exceed 3 pages, must be filed within 5 calendar days of service of the opposition.

The above dates are the filing <u>deadlines</u>. If the parties can prepare motions before the deadline, they are encouraged to file them earlier so that all motions are not filed on the deadline dates.

Signed in New Orleans, Louisiana, this 19th day of June, 2013.

_____
United States District Judge