UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>*<br>*  JUDGE BARBIER |
| THIS PLEADING APPLIES TO:<br>No. 12-311 | *  MAGISTRATE JUDGE SHUSHAN<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED CASE MANGEMENT AND SCHEDULING ORDER

Cameron International Corporation and Liberty Insurance Underwriters, Inc. hereby submit to this Court their Proposed Amended Case Management and Scheduling Order.

**I.   DISCOVERY**

    **A.**    **Rule 26(f) Conference:** The parties met and conferred pursuant to Fed. R. Civ. P. 26(f) on April 25, 2012.

    **B.**    **Initial Disclosures:** The parties exchanged initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1) on September 14, 2012.

    **C.**    **Written Discovery Requests:** The parties may propound up to 35 interrogatories, 25 requests for production, and 25 requests for admissions. No new written discovery requests to parties may be propounded by either party after the date of this order.

    **D.**    To the extent production involves ESI, MDL No. 2179 Pretrial Order No. 16 will apply.

E. To the extent production of any document involves privileged and/or work product materials, MDL No. 2179 Pretrial Order No. 14 (except for paragraph 2 thereof) will apply.

F. **Fact Depositions:** The parties may each take ten (10) fact depositions. These depositions may commence on January 7, 2013 and must conclude by August 15, 2013.

G. All fact discovery, including depositions, will end on August 15, 2013. The parties agree that the period from July 1, 2013 to August 15, 2013 is for purposes of completing all fact discovery and the parties do not intend to seek additional extensions of the fact discovery period.

H. **Experts:** Expert reports as to affirmative claims where a party has the burden of proof shall be submitted by September 16, 2013. Responsive reports must be submitted by October 14, 2013. Expert depositions may commence on November 15, 2013, and shall be completed by December 16, 2013.

II. **RULE 56 MOTIONS FOR SUMMARY JUDGMENT**

A. Any party seeking summary judgment shall file its motion no later than January 10, 2014.

B. Responses to motions for summary judgment shall be filed 30 days after the motion is filed and served.

C. Replies in support of motions for summary judgment shall be filed 20 days after the response is filed and served.

- 3 -

    **D.**    Following the close of briefing, the Court will hold a hearing on the summary judgment motions on a date set by the Court.

**III.   PRE-TRIAL AND TRIAL**

The parties shall prepare and submit a joint Pre-Trial Order in accordance with the attached by **Thursday, April 17, 2014 at 4:30 p.m.**  The Pre-Trial conference will be held with Judge Barbier and jury trial will be held by Judge Barber on dates to be set.

**IV.   AMENDMENTS TO THIS ORDER**

Any party to this action may move to amend this Proposed Case Management and Scheduling Order for Good Cause Shown.

New Orleans, Louisiana, this 19th day of June, 2013.

                                     THE HONORABLE SALLY SHUSHAN
                                     UNITED STATES MAGISTRATE JUDGE