UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| 12-164, *Sanchez v. American Pollution Control Corp.* | * * | MAGISTRATE SHUSHAN |

## ORDER

Plaintiff in the referenced member case filed a Motion for Interlocutory Default Judgment as to Leroy Jones, one of the defendants. (No. 12-164, Rec. Doc. 86.)[1] The case subsequently was transferred to this Section and consolidated with Multidistrict Litigation 2179. (No. 12-164, Rec. Docs. 117, 122.) Under Pretrial Order No. 25 ¶ 8, this member case is stayed. (No. 10-md-2179, Rec. Doc. 983.) For this reason,

**IT IS ORDERED** that the Motion for Interlocutory Default Judgment (No. 12-164, Rec. Doc. 86) is **DENIED WITHOUT PREJUDICE**.[2]

Signed in New Orleans, Louisiana, this 19th day of June, 2013.

_____
United States District Judge

**Clerk to file in MDL 2179 and 12-164.**

---

[1] Certain other defendants filed oppositions to this motion. (No. 12-164, Rec. Docs. 87, 91-93.)

[2] Pretrial Order No. 5 (Rec. Doc. 17) denies without prejudice motions filed before a case in the Eastern District of Louisiana was transferred to MDL 2179, and further requires movers to refile such motions in the MDL master docket. However, the Court has decided to take up the motion and dispose of it for the reason stated above.