## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" |
| ABDON CALLAIS OFFSHORE, LLC | JUDGE CARL J. BARBIER |
| v. | MAGISTRATE JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, HALLIBURTON ENERGY SERVICES, INC., and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. | |
| Civil Action: | |
| 2:13-cv-01431 and 10-mdl-2179 | |

### ORDER ON MOTION TO ENROLL AS CO-COUNSEL OF RECORD

CONSIDERING THE FOREGOING, Motion to Enroll Donald "Chick" Foret;

IT IS ORDERED that the Motion is GRANTED and Donald "Chick" Foret is enrolled as counsel for Abdon Callais Offshore, LLC. Enrolling counsel shall register for electronic service as provided in Pretrial Order No. 12 (Rec. Doc. 600).

New Orleans, Louisiana this 18th day of June, 2013.

_____
Judge Carl J. Barbier