THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| GENESIS OILFIELD PIPE & SUPPLY, INC. | JUDGE CARL J. BARBIER |
| v. | MAGISTRATE JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C. | |
| Civil Action: | |
| 2:13-cv-01453 and 10-mdl-2179 | |

## ORDER ON MOTION TO ENROLL AS CO-COUNSEL OF RECORD

CONSIDERING THE FOREGOING Motion to Enroll Donald "Chick" Foret and Mr. Daniel G. Guidry;

IT IS ORDERED that the Motion is GRANTED and Donald "Chick" Foret and Daniel G. Guidry are enrolled as counsel for Genesis Oilfield Pipe & Supply, Inc. Enrolling counsel shall register for electronic service as provided in Pretrial Order No. 12 (Rec. Doc. 600).

New Orleans, Louisiana this 18th day of June, 2013.

_____
United States District Judge