UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 <br><br> Relates to:  2:13-cv-03747 | MDL No.: 2:10-md-2179 <br><br> SECTION "J" <br><br> JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## PLAINTIFFS' MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Jorey Danos *et al*, who respectfully move this Honorable Court to remand this action to the 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, the court from which it was removed, in accordance with 28 U.S.C. § 1441 *et seq*.  The remand of this action is justified for the following reasons:

1.

On April 17, 2013 this action commenced in the 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, Docket No. 60-449, Division A, Judge Kevin Conner, entitled *Jorey Danos, et al. v. BP, PLC, et al*.  See Exhibit A, Notice of Removal to Clerk of Court for State Action filed by BP America Production Company and BP Exploration & Production Inc. on behalf of itself and the defendants named therein on May 22, 2013.  On May 22, 2013, defendants BP America Production Company and BP Exploration & Production Inc. (together referred to as "BP") removed this case to the District Court for the Eastern District of Louisiana. BP removed this matter alleging that this Court has subject matter jurisdiction over Oil Pollution

Act ("OPA") claims and claims under the Outer Continental Shelf Lands Act ("OCSLA") as well as jurisdiction via the Federal Question Statute.

2.

Complete diversity, as required by the general removal statute, 28 U.S.C. § 1441, does not exist in this case.  Several plaintiffs and multiple defendants, among them T & M Boat Rentals, LLC, Danos and Curole Staffing, LLC, Capt. Vie, LLC, O'Brien's Response Management, LLC, Falck Alford Holdings, Inc., Shamrock Management, LLC, E S & H, Inc., Adriatic Marine, LLC, USA Environmental Services, LLC, and Airborne Support International, Inc., are Louisiana citizens.  As such, removal to federal court is inappropriate because Louisiana defendants exist in this case.

3.

Removal is improper because OPA provides concurrent state court jurisdiction and saves to suitors under OPA the right to proceed in state court and therefore does not provide a basis for federal question removal jurisdiction.

4.

Plaintiffs' Motion to Remand should be granted because there is no in personam removal jurisdiction under the general maritime law.

5.

Removal is improper because Plaintiffs have not made any claims under the OCSLA and, alternatively, claims made under OCSLA enjoy concurrent jurisdiction in which state courts are better postured to hear such cases.  Additionally, OCSLA does not grant removal jurisdiction absent a federal question.  Therefore, this case should be remanded to state court pursuant to the forum defendant rule contained in 28 U.S.C. §1441(b).

6.

Removal is improper as the maritime implications of this case override the applicability of OCSLA and allows the Plaintiffs to utilize the "saving to suitors" clause thereby bringing this action in state court.

**WHEREFORE**, plaintiffs move this Court for an order granting remand of this action to the state court from which it was removed for the reasons stated above and more fully set forth in the attached memorandum. Plaintiffs further respectfully request that this Court grant plaintiffs their just expenses and actual costs, including attorney's fees pursuant to 28 U.S.C. §1447(c); and grant plaintiffs all other appropriate relief.

Respectfully submitted,
**SMITH STAG, L.L.C.**

/s/ Bonnie A Kendrick_____
Stuart H. Smith, No. 17805
Bonnie A. Kendrick, No. 31806
One Canal Place
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600 Telephone
(504) 593-9601 Facsimile
bkendrick@smithstag.com

**ATTORNEYS FOR PLAINTIFFS**

Co-Counsel for Plaintiffs

**ROBERT J. McKEE (# 0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick,
Campbell, et al
12 Southeast 7th Street - #801
Fort Lauderdale, Florida 33301

Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

3

**CERTIFICATE OF SERVICE**

      I certify that I have served a copy of this pleading on all counsel of record by uploading the same to Lexis Nexis File and Serve, in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECP System, which will send a notice in accordance with the procedures established in MDL 2179, on this 20th day of June, 2013.

                                            /s/ Bonnie A Kendrick

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2:10-md-2179 SECTION "J" JUDGE BARBIER |
| Relates to: 2:13-cv-03747 | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF HEARING

**CONSIDERING THE FOREGOING,**

Notice is hereby given that Plaintiffs' Motion to Remand in the above-captioned proceeding shall come for hearing before the court at _____ a.m./p.m. on the _____ day of _____, 2013.

This _____ day of _____ 2013.

_____
MAGISTRATE JUDGE

1