UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig　　　　＊　MDL No. 2179
　　　"Deepwater Horizon" in the Gulf　＊
　　　of Mexico, on April 20, 2010　　　＊　SECTION "J"
　　　　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　＊　JUDGE BARBIER
This Document Relates To:　　　　　　＊
Member Case No. 13-CV-2872　　　　　＊　MAGISTRATE SHUSHAN

STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1
CORPORATE DISCLOSURE

| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
|---|---|
| Northwest Florida Primary Care, LLC | The companies are part of a larger corporate structure ultimately owned by HCA Holdings, Inc., which is a publicly traded company. |

PARENT CORPORATIONS

Hospital Corp., LLC

Dated: June 21, 2013

Respectfully submitted,

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972

Louis B. ("Brady") Paddock
Louisiana Bar No: 28711
Email: bpaddock@nixlawfirm.com
Nix, Patterson & Roach, LLP
2900 St. Michael Drive
5th Floor
Texarkana, Texas 75503
Telephone: (903) 223-3999
Fax No: (903) 223-8520

Carl R. Nelson
Florida Bar No: 0280186
Email: cnelson@fowlerwhite.com
Scott Richards
Florida Bar No: 72657
Email: scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL  33601-1438
Telephone: (813) 228-7411
Fax No: (813) 229-8313

Franklin R. Harrison
Florida Bar No: 142350
Email: fharrison@hsmclaw.com

2

Harrison, Sale, McCloy, Chartered
304 Magnolia Avenue
Panama City, Florida 32401-3125
Telephone: (850) 769-3434

Adrien A. ("Bo") Rivard, III
Florida Bar No: 0105211
Email: brivard@harrisonrivard.com
Harrison Rivard Duncan & Buzzett, Chtd.
101 Harrison Avenue
Panama City, Florida 32401
Telephone: (850) 769-7714

*Counsel for Plaintiff*