# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER |
| This Document Relates To:<br>Member Case No. 13-CV-2913 | * * | MAGISTRATE SHUSHAN |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, by and through the undersigned counsel, hereby disclose the following pursuant to Fed. R. Civ. P. 7.1:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

GCF Ventures, LLC; GCF Ventures of Carrollwood, LLC; GCF Ventures of Sarasota, LLC; GCF Ventures of Clearwater, LLC; GCF Ventures of Countryside, LLC; GCF Ventures of Land O' Lakes, LLC; GCF Ventures of Pinellas, LLC; GCF Ventures of South Tampa, LLC; GCF Ventures of North Sarasota, LLC; Nix, Patterson & Roach, LLP; Fowler White Boggs P.A.; Harrison Rivard Duncan & Buzzett, Chtd.; Harrison, Sale, McCloy, Chartered; Louis B. ("Brady") Paddock, Esq.; S. Drake Martin, Esq.; Carl R. Nelson, Esq.; Scott Richards, Esq.; William Harrison, Esq.; Adrien A. ("Bo") Rivard, III, Esq.; Franklin Harrison, Esq.; Doug Sale, Esq.; BP

**Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; and Halliburton Energy Services, Inc.**

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Plaintiffs are not aware of any other entities whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of these proceedings.**

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Plaintiffs are not aware of any other entities who are likely to be active participants in these proceedings.**

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiffs only bring this action on behalf of themselves and their shareholders.**

Plaintiffs, by and through the undersigned counsel, hereby certify that, except as disclosed above, they are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 21, 2013.

Respectfully submitted,

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972

Carl R. Nelson
Florida Bar No: 0280186
Email: cnelson@fowlerwhite.com
Scott Richards
Florida Bar No: 72657
Email: scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL  33601-1438
Telephone: (813) 228-7411
Fax No: (813) 229-8313

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972

Carl R. Nelson
Florida Bar No: 0280186
Email: cnelson@fowlerwhite.com
Scott Richards
Florida Bar No: 72657
Email: scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL  33601-1438
Telephone: (813) 228-7411
Fax No: (813) 229-8313

*Counsel for Plaintiffs*