UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates To:<br>Member Case No. 13-CV-2778 | *<br>* | <br>MAGISTRATE SHUSHAN |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7(c), Plaintiff, by and through the undersigned counsel, certifies:

Plaintiff is a limited liability company. Plaintiff's parent corporation is Leucadia National Corporation and is the only publicly held corporation that owns 10% or more of Plaintiff.

Dated: June 21, 2013.

                                                        Respectfully submitted,

                                                        /s/ S. Drake Martin
                                                        S. Drake Martin
                                                        Florida Bar No: 90479
                                                        Email: drakemartin@nixlawfirm.com
                                                        Nix, Patterson & Roach, LLP
                                                        1701 E County Hwy 30-A,
                                                        Suite 201-B
                                                        Santa Rosa Beach, Florida 32459
                                                        Telephone: (850) 231-4028
                                                        Fax No: (850) 231-2972

                                                        Michael C. Moore (MS Bar No. 3452)
                                                        Mike Moore Law Firm LLC
                                                        P.O. Box 321048
                                                        Flowood, MS 39232-1048
                                                        Telephone:   (601) 933-0070
                                                        Facsimile:    (601) 933-0071

                                                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972

Michael C. Moore (MS Bar No. 3452)
Mike Moore Law Firm LLC
P.O. Box 321048
Flowood, MS 39232-1048
Telephone:     (601) 933-0070
Facsimile:     (601) 933-0071

*Counsel for Plaintiff*