# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| **Member Case No. 13-CV-2778** | * | MAGISTRATE SHUSHAN |

## NOTICE OF PENDENCY OF OTHER ACTIONS

I certify that the instant action:

__X__ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
*In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexizo, on April 20, 2010*, Case No. 2:10-md-2179 (E.D.La.)

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party after appearance of the party.

Dated: June 21, 2013

                                        Respectfully submitted,

                                        /s/ S. Drake Martin
                                        S. Drake Martin
                                        Florida Bar No: 90479
                                        Email: drakemartin@nixlawfirm.com
                                        Nix, Patterson & Roach, LLP
                                        1701 E County Hwy 30-A,
                                        Suite 201-B
                                        Santa Rosa Beach, Florida 32459
                                        Telephone: (850) 231-4028
                                        Fax No: (850) 231-2972

Michael C. Moore (MS Bar No. 3452)
Mike Moore Law Firm LLC
P.O. Box 321048
Flowood, MS 39232-1048
Telephone:     (601) 933-0070
Facsimile:     (601) 933-0071

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972

Michael C. Moore (MS Bar No. 3452)
Mike Moore Law Firm LLC
P.O. Box 321048
Flowood, MS 39232-1048
Telephone:     (601) 933-0070
Facsimile:     (601) 933-0071

*Counsel for Plaintiff*