Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
 3   ------------------------------------X
     In Re:  OIL SPILL BY THE OIL RIG
 4   "DEEPWATER HORIZON" IN THE GULF OF
     MEXICO, ON APRIL 20, 2010,
 5
 6   Applies to:
 7   12-311, Cameron Int'l Corp. v. Liberty
     Ins. Underwriters, Inc., a/k/a Liberty
 8   Int'l Underwriters
 9
     ------------------------------------X
10
11
12          VIDEO DEPOSITION OF JAMES ENGEL
13                 New York, New York
14                   May 29, 2013
15
16
17
18
19
20
21   Reported by:
22   Rebecca Schaumloffel, RPR, CLR
23   Job No.   61441
24
25
```

1        J. ENGEL

2    A.    They did.

3    Q.    If you can turn to the next page,
4  please.

5    A.    Is that page 104?

6    Q.    It is.

7          The second entry on the page is
8  an E-mail that you sent to Mr. Fraser,
9  Mr. Howe, and Mr. Cohen.  Do you see that?

10   A.    Yes.

11   Q.    It was withheld on work product
12  grounds.  Do you see that?

13   A.    I see it.

14   Q.    Are Marsh employees -- is Marsh
15  within the same family as Liberty?

16   A.    No.

17   Q.    As things go in this matter, is
18  Marsh like on the same side as Liberty or on
19  the same side as Cameron?

20   A.    Mr. Fraser, who is an attorney,
21  is Marsh's policyholder advocate for
22  third-party claims.  And though I don't have
23  the E-mail before me, I recall that this had
24  to do with Marsh getting involved in trying
25  to bring about a settlement.