UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document applies to:<br>*All Cases* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**TRITON ASSET LEASING GMBH'S RULE 52(c)
MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

COMES NOW Triton Asset Leasing GmbH, by and through its undersigned counsel, and respectfully moves for Judgment on Partial Findings under Federal Rule of Civil Procedure 52(c) for exoneration from liability under the Limitation of Liability Act, 46 U.S.C. §§ 30501-30512.

This motion is based on the attached Memorandum of Points and Authorities, all testimony admitted during Phase One of the Limitation of Liability trial, all pleadings and records in this case, and any further briefing and argument the Court may hear.

DATED: June 21, 2013                                    Respectfully submitted,

By:   s/ Brad D. Brian                                  By:   s/ Steven L. Roberts
Brad D. Brian                                           Steven L. Roberts
Michael R. Doyen                                        Rachel Giesber Clingman
Luis Li                                                 Sean D. Jordan
Daniel B. Levin                                         SUTHERLAND ASBILL & BRENNAN LLP
Susan E. Nash                                           1001 Fannin Street, Suite 3700
MUNGER, TOLLES & OLSON LLP                              Houston, Texas 77002
355 So. Grand Avenue, 35th Floor                        Tel:  (713) 470-6100
Los Angeles, CA 90071                                   Fax:  (713) 354-1301
Tel:  (213) 683-9100                                    Email: steven.roberts@sutherland.com,
Fax:  (213) 683-5180                                           rachel.clingman@sutherland.com
Email: brad.brian@mto.com                                      sean.jordan@sutherland.com
       michael.doyen@mto.com
       luis.li@mto.com                                  By:   s/ Kerry J. Miller
       daniel.levin@mto.com                             Kerry J. Miller
       susan.nash@mto.com                               FRILOT, LLC
                                                        110 Poydras St., Suite 3700

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

*Counsel for Triton Asset Leasing GmbH*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                        /s/ Kerry J. Miller_____
                                                         Kerry J. Miller