IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | *  *  MDL No. 2179  * |
| | *  Section: J |
| This Pleading applies to: | * |
| | *  Judge Barbier |
| | * |
| *All Cases* | *  Magistrate Judge Shushan |
| | * |
| | * |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMPENDIUM OF EXHIBITS IN SUPPORT OF BP's PROPOSED FINDINGS OF
FACT AND CONCLUSIONS OF LAW

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Hariklia Karis, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL   60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

Timothy A. Duffy, P.C.
R. Christopher Heck
James Sollee Buino
Elizabeth R. Sheyn
David R. Freedman
Vanessa Barsanti
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL   60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA   70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC   20004-2401
Telephone:  202-662-5985
Facsimile:  202-662-6291

*Attorneys for BP Exploration & Production Inc., BP America Production Co., and BP p.l.c.*

June 21, 2013

| Ex. No. | Document |
|---|---|
| 1 | BP p.l.c.'s Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission (Dec. 8, 2010) ("BP p.l.c.'s Discovery Responses (Dec. 8, 2010)") |
| 2 | Tranocean's Reponse to the BP Parties' First Set of Requests for Admission (July 15, 2011) ("Transocean's Discovery Response (July 15, 2011)" |
| 3 | Halliburton's Responses to the BP Parties' Second Requests for Admissions (July 18, 2011) ("Halliburton's Discovery Response (July 18, 2011)") |
| 4 | Transocean's Responses to Plaintiffs' Interrogatories and Requests for Production (Dec. 17, 2010) ("Transocean's Discovery Responses (Dec. 17, 2010)") |
| 5 | Halliburton's Responses to the BP Parties' First Requests for Admissions (May 25, 2011) ("Halliburton's Discovery Response (May 25, 2011)") |
| 6 | Halliburton's First Amended Objections and Responses to Certain BP First and Second Requests for Admission (Nov. 1, 2011) ("Halliburton's Discovery Responses (Nov. 1, 2011)") |
| 7 | Halliburton (D. Godwin) Letter to the Court (April, 4, 2013) |
| 8 | Letter from J. Dupree to T. Morrison (May 3, 2010) |

| | |
|---|---|
| June 21, 2013 | Respectfully submitted, |
| Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Matthew T. Regan, P.C.<br>Hariklia Karis, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: 312-862-2000<br>Facsimile: 312-862-2200<br><br>Timothy A. Duffy, P.C.<br>R. Christopher Heck<br>James Sollee Buino<br>Elizabeth R. Sheyn<br>David R. Freedman<br>Vanessa Barsanti<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: 312-862-2000<br>Facsimile: 312-862-2200 | */s/ Don K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139-5099<br>Telephone: 504-581-7979<br>Facsimile: 504-556-4108<br><br>C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone: 202-662-5985<br>Facsimile: 202-662-6291 |

*Attorneys for BP Exploration & Production Inc., BP America Production Co., and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June 2013.

*/s/ Don K. Haycraft*
Don K. Haycraft