## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater | * | |
|     Horizon" in the Gulf of Mexico, | * | **MDL No. 2179** |
|     on April 20, 2010, | * | |
| | * | **Section: J** |
| **This Pleading applies to:** | * | |
| | * | **Judge Barbier** |
| | * | |
| *All Cases* | * | **Magistrate Judge Shushan** |
| | * | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DEFENDANTS BP EXPLORATION & PRODUCTION INC.,
### BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.'S RENEWED
### <u>MOTION FOR JUDGMENT ON PARTIAL FINDINGS</u>

On March 18, 2013, at the close of the plaintiffs' case in the Phase One Trial, BP made an oral motion for judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c).  *See* Tr. 4220.  On March 20, 2013, the Court denied the motion but indicated that BP could "reurge it at the conclusion of all the evidence."  Tr. 5065.

In compliance with the Court's order dated April 24, 2013, *see* Rec. Doc. 9536, BP is on this date submitting a post-trial brief and proposed findings of fact and conclusions of law.  For the reasons stated in those pleadings, BP hereby respectfully renews its motion for judgment on partial findings under Rule 52(c), and seeks the relief requested in those pleadings.

June 21, 2013

Respectfully submitted,

_/s/ Don K. Haycraft_

Don K. Haycraft (Bar #14361)

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Hariklia Karis, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL   60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA   70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Christopher Landau, P.C.
Bridget K. O'Connor
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC   20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC   20004-2401
Telephone:  202-662-5985
Facsimile:  202-662-6291

*Attorneys for BP Exploration & Production Inc., BP America Production Co., and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June 2013.

*/s/ Don K. Haycraft*
Don K. Haycraft