IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,<br><br>This Pleading applies to:<br><br>*All Cases* | *   MDL No. 2179<br>*<br>*   Section: J<br>*<br>*   Judge Barbier<br>*<br>*   Magistrate Judge Shushan<br>* |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEFENDANTS BP EXPLORATION & PRODUCTION INC.,
BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.'S MEMORANDUM IN
SUPPORT OF RENEWED MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

On March 18, 2013, at the close of the plaintiffs' case in the Phase One Trial, BP made an oral motion for judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c). *See* Tr. 4220. On March 20, 2013, the Court denied the motion but indicated that BP could "reurge it at the conclusion of all the evidence." Tr. 5065.

In compliance with the Court's order dated April 24, 2013, *see* Rec. Doc. 9536, BP is on this date submitting a post-trial brief and proposed findings of fact and conclusions of law. For the reasons stated in those pleadings, BP hereby respectfully renews its motion for judgment on partial findings under Rule 52(c), and seeks the relief requested in those pleadings.

June 21, 2013                                               Respectfully submitted,

Richard C. Godfrey, P.C.                            */s/ Don K. Haycraft*
J. Andrew Langan, P.C.                              Don K. Haycraft (Bar #14361)
Matthew T. Regan, P.C.                              R. Keith Jarrett (Bar #16984)
Hariklia Karis, P.C.                                LISKOW & LEWIS
KIRKLAND & ELLIS LLP                                701 Poydras Street, Suite 5000
300 North LaSalle Street                            New Orleans, LA   70139-5099
Chicago, IL   60654                                 Telephone:  504-581-7979
Telephone:  312-862-2000                            Facsimile:  504-556-4108
Facsimile:  312-862-2200

                                                    Robert C. "Mike" Brock
Christopher Landau, P.C.                            COVINGTON & BURLING LLP
Bridget K. O'Connor                                 1201 Pennsylvania Avenue, NW
Steven A. Myers                                     Washington, DC   20004-2401
KIRKLAND & ELLIS LLP                                Telephone:  202-662-5985
655 Fifteenth Street, NW                            Facsimile:  202-662-6291
Washington, DC   20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

*Attorneys for BP Exploration & Production Inc., BP America Production Co., and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June 2013.

*/s/ Don K. Haycraft*
Don K. Haycraft