UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>"*DEEPWATER HORIZON*" in the<br>GULF OF MEXICO,<br>on APRIL 20, 2010<br><br>  Applies to:  No. 10-2771,<br>  and All Cases | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## HALLIBURTON ENERGY SERVICES, INC.'S RENEWED MOTION FOR JUDGMENT ON PARTIAL FINDINGS

**NOW INTO COURT**, comes Halliburton Energy Services, Inc. ("HESI") and files this Renewed Motion for Judgment on Partial Findings:

During the Phase One trial, HESI made an oral motion for judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c). This Court denied HESI's motion at that time.

On June 21, 2013, HESI filed its Post-Trial Brief and Proposed Findings of Fact and Conclusions of Law. For the reasons stated in those pleadings, HESI hereby respectfully renews its Motion for Judgment on Partial Findings under Rule 52(c) and seeks the relief requested in those pleadings.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

2187968 v1-24010/0002 PLEADINGS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Renewed Motion for Judgment on Partial Findings has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 21st day of June 2013.

/s/ Donald E. Godwin
Donald E. Godwin