UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| 12-2174, *Bingham v. Ashland Services, LLC, et al.* | * * | MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that member case no. 12-2174, *Bingham v. Ashland Services, LLC, et al.*, is hereby SEVERED from Multidistrict Litigation ("MDL") 2179.

The case will remain before this Section.  Any stay of proceedings previously imposed by virtue of consolidation with MDL 2179 (*see, e.g.,* Pretrial Order 25 ¶ 8, Rec. Doc. 983) is hereby lifted, and the deadlines for filing responsive pleadings (*see* Fed. R. Civ. P. 12) shall commence to run anew upon issuance of this Order.  Any party to case no. 12-2174 that previously filed a responsive pleading, motion, etc., in the MDL master docket, no. 10-md-2179, shall refile same in the docket for 12-2174.  This requirement does not apply to any motions that have been ruled upon by the Court.

IT IS FURTHER ORDERED that ES&H, Inc.'s Motion for More Definite Statement (Rec. Doc. 10351) is DENIED.

Signed in New Orleans, Louisiana, this 21st day of June, 2013.

_____
United States District Judge

**Clerk to file in MDL 2179 and 12-2174.**