UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| Member Case No. 13-CV-2778 | * | MAGISTRATE SHUSHAN |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7(c), Plaintiff, Premier Entertainment Biloxi, LLC, by and through the undersigned counsel, certifies:

Plaintiff is a limited liability company. Plaintiff's parent corporation is Leucadia National Corporation and is the only publicly held corporation that owns 10% or more of Plaintiff.

Dated: June 24, 2013.

                                          Respectfully submitted,

                                          /s/ S. Drake Martin
                                          S. Drake Martin
                                          Florida Bar No: 90479
                                          Email: drakemartin@nixlawfirm.com
                                          Nix, Patterson & Roach, LLP
                                          1701 E County Hwy 30-A,
                                          Suite 201-B
                                          Santa Rosa Beach, Florida 32459
                                          Telephone: (850) 231-4028
                                          Fax No: (850) 231-2972

                                          Michael C. Moore (MS Bar No. 3452)
                                          Mike Moore Law Firm LLC
                                          P.O. Box 321048
                                          Flowood, MS 39232-1048
                                          Telephone:   (601) 933-0070
                                          Facsimile:    (601) 933-0071

                                          *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972

Michael C. Moore (MS Bar No. 3452)
Mike Moore Law Firm LLC
P.O. Box 321048
Flowood, MS 39232-1048
Telephone:     (601) 933-0070
Facsimile:     (601) 933-0071

*Counsel for Plaintiff*