# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-30095

MD 10-2179-J

12-31155



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUN 20 2013

WILLIAM W. BLEVINS
CLERK

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE
    CLASS ACTION SETTLEMENT

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

       Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,

       Defendants - Appellees

v.

GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED,

       Movants - Appellant

---

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

Cons. w/ 13-30095

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of June 14, 2013, for want of prosecution as to Daniel J. Levitan only. The appellant failed to timely file brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: /s/ Dawn D. Victoriano
    Deputy
New Orleans, Louisiana    14 JUN 2013

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 14, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 13-30095,    In Re: Deepwater Horizon
          USDC No. 2:10-MD-2179
          USDC No. 2:10-CV-7777
          USDC No. 2:12-CV-970
          USDC No. 2:10-CV-2771
          USDC No. 2:12-CV-2953
          USDC No. 2:12-CV-964
          USDC No. 2:10-MD-2179
          USDC No. 2:12-CV-970

Enclosed is a copy of the judgment issued as the mandate as to Daniel J. Levitan only.

Sincerely,

LYLE W. CAYCE, Clerk

By: _[signature]_
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc w/encl:
    Mr. N. Albert Bacharach Jr.
    Mr. Stanley Paul Baudin
    Mr. Robert C. Mike Brock
    Ms. Elizabeth Joan Cabraser
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Brent Wayne Coon
    Mr. Timothy A. Duffy
    Mr. Wesley J. Farrell
    Mr. Clay Joseph Garside
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Terry Gray
    Mr. Kevin W Grillo
    Mr. Don Keller Haycraft

Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Steven Andrew Myers
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Ms. Sarah Elise Spigener
Mr. Joel R. Waltzer
Mr. Robert Baxter Wiygul
Mr. Stuart Cooper Yoes