UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J |
| Relates To: *All Cases* | * * | JUDGE BARBIER <br> MAGISTRATE JUDGE |
| (Including No. 10-2771) | * | SHUSHAN |

******************************************

### SUBMISSION OF PLAINTIFFS' PHASE TWO FACT WITNESS LIST

**Now Into Court** come Plaintiffs, through Plaintiffs' Liaison Counsel, and respectfully submit the Plaintiffs' Steering Committee's Fact Witness List for the Phase Two of the Trial as Exhibit A. The PSC will submit final expert lists in accordance with the Phase 2 Preparation Timeline. Plaintiffs note that the fact witnesses listed in the attached exhibit are in supplement to the testimony of witnesses already admitted into the record of the Trial during Phase One.

Though Plaintiffs have not re-listed each of the witnesses whose testimony has been previously admitted by the Court (either through deposition or in person during Phase One), Plaintiffs note that the testimony from these witnesses is part of the trial record (including Phase Two of the Trial), and Plaintiffs reserve the right to offer portions of this testimony as allowed by the Court and/or cite to this testimony in any post-trial briefing.

To the extent that the Witness List includes witnesses to be presented by deposition, the PSC specifically incorporates and adopts the list of witnesses for whom it has presented deposition designations during the deposition designation process and reserves the right to use these designated depositions at trial.

Plaintiffs further reserve the right to call (and/or introduce the deposition testimony of) any witness listed or called by any other party.  Plaintiffs reserve the right to amend or supplement the attached list, as necessary, if good cause arises.  Finally, the PSC reserves the right to call witnesses to establish a foundation, if needed, for business records of any party or non-party in this litigation.

This 24th day of June, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/Steven J. Herman, Esq. | /s/ James Parkerson Roy |
| **Stephen J. Herman, La. Bar No. 23129** | **James Parkerson Roy, La. Bar No. 11511** |
| Herman, Herman & Katz, LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA  70113 | Lafayette, LA  70501 |
| Telephone: (504) 581-4892 | Telephone:  (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| Email:  sherman@hhklawfirm.com | Email:  jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this Submission, along with the Witness List, will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 24th day of June, 2013.

/s/ James Parkerson Roy and Stephen J. Herman