# EXHIBIT A

PLAINTIFFS' PHASE II TRIAL WITNESSES (Calling Live)

| Last Name | First Name | Party | Title | Will Call/May Call |
|---|---|---|---|---|
| Dupree | James | BP | BP SPU Leader, Gulf of Mexico | Will Call |
| Unknown | | BP | Records Custodian | May Call |

PLAINTIFFS' PHASE II TRIAL WITNESSES (Calling by Deposition)

| Last Name | First Name | Party | Deposition Date |
|---|---|---|---|
| Allen | Adm. Thad | US | 24-25 Sept. 2012 |
| Ambrose | Billy | Transocean | 18-19 July 2011 |
| Ballard | Adam | BP | 16-17 Oct. 2012 |
| Banon | Hugh | BP | 06 Nov. 2012 |
| Barnett | David | Wild Well Control | 14 Dec. 2012 |
| Baxter | John | BP | 21-22 June 2011 |
| Bhalla | Kenneth | Stress Engineering | 02 June 2011 |
| Birrell | Gordon | BP | 14-15 Sept. 2011 |
| Bishop | Simon | BP | 27-28 Sept. 2012 |
| Boughton | Geoff | Transocean | 20-21 July 2011 |
| Brainard | Richard | RRB | 08 Aug. 2012 |
| Brannon | Richard | US | 07-08 Jan. 2013 |
| Bush | Earnest | BP | 14 Nov. 2012 |
| Byrd | Mike | BP | 13 July 2011 |
| Cameron | David | Transocean | 13 July 2011 |
| Camilli | Richard | Woods Hole | 12-13 Sept. 2012 |
| Campbell | Pat | Wild Well Control | 12-13 July 2011 |
| Chu | Sec. Steven | US | 24 Jan. 2013 |
| Cook | Rear Adm. Kevin | US | 10-11 Oct. 2012 |
| DeFranco | Samuel | BP | 12 April 2011 |
| Devers | Kevin | BP | 12-13 Nov. 2012 |
| Domangue | Bryan | US | 11 Sept. 2011 |
| Douglas | Scherie | BP | 11-12 Oct 2011 |
| Dupree | James | BP | 16-17 June 2011 |
| Emilsen | Morten | Add Energy | 23-24 June 2011 |
| Emilsen | Morten | Add Energy | 08 Sept. 2011 |
| Fleece | Trent | BP | 20 July 2011 |
| Frazelle | Andrew | BP | 26-27 Sept. 2011 |

| Last Name | First Name | Party | Deposition Date |
|---|---|---|---|
| Gansert | Tanner | BP | 12 Nov. 2012 |
| Gochnour | Matthew | BP | 13-14 Sept. 2012 |
| Goosen | Rick | HESI | 10 Sept. 2012 |
| Grounds | Cheryl | BP | 04 May 2011 |
| Hand | Steve | Transocean | 28-29 Jan. 2013 |
| Harland | Richard | BP | 10-11 Jan. 2013 |
| Harwin | Anthony | Oceaneering | 07 March 2013 |
| Havstad | Mark | US | 30-31 Jan. 2013 |
| Hay | Mark | Transocean | 29-30 June 2011 |
| Hayward | Tony | BP | 16-17 June 2011 |
| Henry | Charlie | US | 03-04 Oct. 2012 |
| Herbst | Lars | US | 10-11 Oct. 2012 |
| Hill | Trevor | BP | 14-15 Jan. 2013 |
| Holt | Charles | BP | 28-29 Nov. 2012 |
| Hsieh | Paul | US | 11-12 Sept. 2012 |
| Hughes | John | BP | 27-28 Nov. 2012 |
| Hunter | Thomas | US | 30-31 Oct. 2012 |
| Inglis | Andy | BP | 21-22 July 2011 |
| Jassal | Kalwant | BP | 21 July 2011 |
| Johnson | Dennis | BP | 24 June 2011 |
| Kennelley | Kevin | BP | 29 June 2011 |
| Knox | Thomas | BP | 11-12 Oct. 2012 |
| Lacy | Kevin | BP | 01-02 June 2011 |
| Landry | Rear Adm. Mary | US | 22-23 Oct. 2012 |
| Lawler | Kinton | Oceaneering | 08 March 2013 |
| Leifer | Ira | UCSB | 21-22 Feb 2013 |
| Levitan | Michael | BP | 30-31 Jan. 2013 |
| Liao | Tony | BP | 10-11 Jan. 2013 |
| Lockett | Tim | BP | 18-19 Dec. 2012 |
| Loos | Jamie | Weatherford | 20 Sept. 2012 |
| Lynch | Richard | BP | 19-20 May 2011 |
| Mason | Mike | BP | 24-25 Jan. 2013 |
| Mazzella | Mark | BP | 24 May 2011 |
| McKay | Lamar | BP | 03-04 Nov. 2011 |
| McMahan | Larry | Transocean | 29-30 June 2011 |
| McNutt | Marcia | US | 24-25 Oct. 2012 |
| McWhorter | David | Cameron | 07-08 July 2011 |
| McWhorter | David | Cameron | 15-16 Nov. 2012 |
| Miller | Charles | Stress Engineering | 30 Nov. 2012 |
| Miller | Richard | BP | 13 Oct. 2011 |
| Morrison | Richard | BP | 18-19 Oct. 2011 |
| Newman | Steve | Transocean | 30 Sept. 2011 |
| O'Bryan | Patrick | BP | 14-15 July 2011 |

| Last Name | First Name | Party | Deposition Date |
|---|---|---|---|
| Patteson | Mark | BP | 23-24 Jan. 2013 |
| Pellerin | Nicky | HESI | 06 Sept. 2012 |
| Peyton | Dawn | Anadarko | 08 Sept. 2011 |
| Possolo | Antonio | US | 26-27 Sept. 2012 |
| Powell | Heather | BP | 17 Nov. 2011 |
| Quitzau | Robert | Anadarko | 26 May 2011 |
| Quitzau | Robert | Anadarko | 01-02 Nov. 2012 |
| Rainey | David | BP | 02-03 June 2011 |
| Ratzell | Arthur | US | 17-18 Oct. 2012 |
| Rohloff | James | BP | 17-18 Oct. 2012 |
| Romo | Louis | BP | 06 March 2013 |
| Rose | Adrian | Transocean | 25-26 April 2011 |
| Ross | George | Stress Engineering | 16 Nov. 2012 |
| Rygg | Ole | Add Energy | 03 Oct. 2012 |
| Saidi | Farah | BP | 10-11 Jan. 2013 |
| Sanders | Robert | BP | 05 Nov. 2012 |
| Sannan | William | Transocean | 27-28 July 2011 |
| Saucier | Michael | US | 27-28 July 2011 |
| Shaughnessy | John | BP | 27 Sept 2011 |
| Shaw | Neil | BP | 26 Oct. 2011 |
| Shtepani | Edmond | Intertek | 30 Nov. 2012 |
| Skripnikova | Galina | BP | 07-08 July 2011 |
| Smith | Trevor | BP | 25-26 Oct. 2012 |
| Soggee | Mark | US | 18-19 Sept. 2012 |
| Sprague | Jonathan | BP | 21-22 Mar & 28 April 2011 |
| Stringfellow | William | Transocean | 11-12 April 2011 |
| Suttles | Doug | BP | 19-20 May 2011 |
| Thierens | Henry | BP | 09-10 June 2011 |
| Tooms | Paul | BP | 16-17 June 2011 |
| Turlak | Rob | Transocean | 28-29 Sept. 2011 |
| Turlak | Rob | Transocean | 06-07 Nov. 2012 |
| Vargo | Richard | HESI | 22 Aug. 2012 |
| Watson | Adm. James | US | 19-20 Dec. 2012 |
| Wellings | James | BP | 16-17 Jan. 2013 |
| Wells | James | BP | 19-20 April 2011 |
| Winslow | Daun | Transocean | 20-21 April 2011 |
| Wong | Norman | BP | 26-27 July 2011 |
| Yilmaz | Barbara | BP | 13-14 June 2011 |
| Young | Kenneth | Stress Engineering | 02-03 June 2011 |