EXHIBIT A:
**MDL 2179: MASTER LIST OF PHASE II WILL CALL & MAY CALL FACT AND 30(B)(6) WITNESSES**

## I. Live Fact and 30(b)(6) Witnesses at Trial

As of the date of filing, HESI does not intend to call any live fact or 30(b)(6) witnesses at trial.  HESI, however, reserves the right to cross-examine any live witnesses who are called by any other party.  HESI also reserves its right to call and cross-examine expert witnesses at trial.

## II. Witnesses Called Through Deposition Bundles

HESI intends to present the following fact and 30(b)(6) witnesses through their deposition bundles.  Although HESI has listed the fact and/or 30(b)(6) depositions of US witnesses Tom Hunter, Paul Hsieh, Ronald Dykhuizen, and Stewart Griffiths, HESI reserves its right to object to any party using these four fact depositions at trial in lieu of live expert testimony pursuant to Pre-Trial Order No. 54.

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 1. | Abbassian, Fereidoun | Will Call | BP | US | 05/03/11-05/04/11 |
| 2. | Albertin, Martin | Will Call | BP | US | 07/12/11-07/13/11 |
| 3. | Alberty, Mark | Will Call | BP | US | 07/25/11-07/26/11 |
| 4. | Allen, Thad | Will Call | US-USCG | BP/A | 09/24/12-09/25/12 |
| 5. | Ambrose, Billy | Will Call | TO | PSC | 07/18/11–07/19/11 |
| 6. | Ballard, Adam | Will Call | BP | TO/H | 10/16/12-10/17/12 |
| 7. | Banon, Hugh | Will Call | BP | BP/A | 11/06/12 |
| 8. | Barnett, David | Will Call | WWC | PSC | 12/14/12 |
| 9. | Baxter, John | Will Call | BP | PSC | 06/21/11-06/22/11 |
| 10. | Bhalla, Kenneth | Will Call | Stress Eng | PSC | 06/02/11 |
| 11. | Birrell, Gordon | Will Call | BP | US | 09/14/11-09/15/11 |
| 12. | Bishop, Simon | Will Call | BP | US | 09/27/12-09/28/12 |
| 13. | Bodek, Robert | Will Call | BP | US | 04/11/11-04/12/11 |

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 14. | Bondurant, Charles | Will Call | BP | US | 08/23/11 |
| 15. | Boughton, Geoff | Will Call | TO | US | 07/20/11-07/21/11 |
| 16. | Bozeman, Walt | Will Call | BP | TO/HESI | 09/15/2011 |
| 17. | Brainard, Richard | Will Call | RRB Energy | TO/HESI | 08/08/11 |
| 18. | Brannon, Richard | Will Call | US-USCG | BP/A | 01/07/13-01/08/13 |
| 19. | Brock, Tony | Will Call | BP | US | 08/30/11 |
| 20. | Bush, Earnest | Will Call | BP | PSC | 11/14/12 |
| 21. | Byrd, Mike | Will Call | BP | US | 07/13/11 |
| 22. | Cameron, David | Will Call | TO | TO/HESI | 07/13/11 |
| 23. | Camilli, Richard | Will Call | WHOI | US | 09/12/12-09/13/12 |
| 24. | Campbell, Patrick | Will Call | WWC | TO/HESI | 07/12/11-07/13/11 |
| 25. | Carmichael, Stephen | Will Call | BP | BP/A | 12/18/12-12/19/12 |
| 26. | Chandler, Paul A. | Will Call | Anadarko | US | 05/04/11 |
| 27. | Chemali, Roland | Will Call | HESI | US | 11/03/11 |
| 28. | Chu, Steven | Will Call | US | BP/A | 01/24/13 |
| 29. | Cook, Kevin | Will Call | US | BP/A | 10/11/12-10/12/12 |
| 30. | Crook, Ronald | Will Call | BP/HESI | US | 01/17/12-01/18/12 |
| 31. | Daly, Mike | Will Call | BP | US | 09/21/11-09/22/11 |
| 32. | DeCoste, Albert | Will Call | Schlumberger | BP/A | 12/05/12 |
| 33. | DeFranco, Samuel | Will Call | BP | PSC | 04/12/11 |
| 34. | Devers, Kevin | Will Call | BP | PSC | 11/13/13-11/14/12 |
| 35. | Domangue, Bryan | Will Call | BOEMRE | BP/A | 09/11/11 |
| 36. | Douglas, Scherie | Will Call | BP | US | 10/11/11-10-12/11 |
| 37. | Dupree, James | Will Call | BP | PSC | 06/16/11-06/17/11 |
| 38. | Dykhuizen, Ron | Will Call | US | TO/HESI | 01/30/13-01/31/13 |
| 39. | Emilsen, Morten | Will Call | ADD Energy | BP/A | 06/23/11-06/24/11 |
| 40. | Emmerson, Anthony | Will Call | BP | TO/HESI | 09/28/11 |
| 41. | Fleece, Trent | Will Call | BP | TO/HESI | 07/20/11 |

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 42. | Frazelle, Andrew | Will Call | BP | TO/HESI | 09/26/11-09/27/11 |
| 43. | Gansert, Tanner | Will Call | BP | PSC | 11/12/11 |
| 44. | Gisclair, John | Will Call | HESI/Sperry | BP/A | 03/14/11-03/15/11 |
| 45. | Gochnour, Matthew | Will Call | BP | BP/A | 09/13/11-09/14/11 |
| 46. | Goosen, Rick | Will Call | HESI | US | 09/10/12 |
| 47. | Graettinger, George | Will Call | US | TO/HESI | 02/06/13-02/07/13 |
| 48. | Griffiths, Stewart | Will Call | US-Sandia | BP/A | 11/13/12-11/14/12 |
| 49. | Grounds, Cheryl | Will Call | BP | US | 05/04/11 |
| 50. | Guillot, Ward | Will Call | HESI | US | 09/11/12 |
| 51. | Guthrie, George | Will Call | US | BP/A | 11/15/12-11/16/12 |
| 52. | Hand, Steven | Will Call | TO | PSC | 01/28/13-01/29/13 |
| 53. | Harland, Richard | Will Call | BP | PSC | 01/10/13-01/11/13 |
| 54. | Harwin, Anthony | Will Call | Oceaneering | BP/A | 03/07/13 |
| 55. | Havstad, Mark | Will Call | US-Livermore | BP/A | 01/30/13-01/31/13 |
| 56. | Hay, Mark David | Will Call | TO | TO/HESI | 06/29/11-06/30/11 |
| 57. | Hayward, Tony | Will Call | BP | PSC | 06/16/11-06/17/11 |
| 58. | Henry, Charles | Will Call | US | BP/A | 10/03/12-10/04/12 |
| 59. | Herbst, Lars | Will Call | US | PSC | 10/10/12-10/11/12 |
| 60. | Hill, Trevor | Will Call | BP | TO/HESI | 01/14/13-01/15/13 |
| 61. | Holt, Charles | Will Call | BP | PSC | 11/28/12-11/29/12 |
| 62. | Hsieh, Paul | Will Call | US | TO/HESI | 09/11/12-09/12/12 |
| 63. | Hughes, John | Will Call | BP | TO/HESI | 11/27/12-11/28/12 |
| 64. | Hunter, Tom | Will Call | US | TO/HESI | 10/30/12-10/31/12 |
| 65. | Inglis, Andy | Will Call | Petrofac Limited | PSC | 07/21/11-07/22/11 |
| 66. | Johnson, Dennis | Will Call | BP | BP/A | 06/24/11 |
| 67. | Kennelley, Kevin | Will Call | BP | BP/A | 06/29/11 |
| 68. | Kenney, Gary | Will Call | DNV | BP/A | 11/01/12; 07/06/11 |
| 69. | Knox, Tom | Will Call | BP | BP/A | 10/11/12-10/12/12 |

HALLIBURTON ENERGY SERVICES, INC.'S MASTER LIST OF
PHASE II WILL CALL & MAY CALL FACT AND 30(b)(6) WITNESSES                     Page 3

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 70. | Lacy, Kevin | Will Call | BP | PSC | 06/01/11-06/02/11 |
| 71. | Lacy, Stuart | Will Call | BP | US | 09/23/11 |
| 72. | Landry, Mary | Will Call | US-USCG | TO/HESI | 10/22/12-10/23/12 |
| 73. | Lawler, Kinton | Will Call | Oceaneering | PSC | 03/08/13 |
| 74. | LeBlanc, Jason | Will Call | Pencor | BP/A | 09/10/12 |
| 75. | LeBlanc, Shade | Will Call | HESI | TO/HESI | 09/20/12 |
| 76. | Lee, Philip | Will Call | BP | TO/HESI | 06/01/12-06/02/12 |
| 77. | Lee, Richard | Will Call | RJ Lee Group | US | 01/12/12 |
| 78. | Lehr, William | Will Call | US-NOAA | BP/A | 01/17/13-01/18/13 |
| 79. | Leifer, Ira | Will Call | UC/SB | BP/A | 02/21/13-02/22/13 |
| 80. | Levitan, Michael | Will Call | BP | US | 01/30/13-01/31/13 |
| 81. | Liao, Tony | Will Call | BP | US | 01/10/13-01/11/13 |
| 82. | Lockett, Timothy | Will Call | BP | US | 12/18/12-12/19/12 |
| 83. | Loos, Jamie | Will Call | Weatherford | BP/A | 09/20/12 |
| 84. | Lynch, Richard | Will Call | BP | TO/HESI | 05/19/13-05/20/13 |
| 85. | Maclay, Don | Will Call | US | BP/A | 10/31/12-11/01/12 |
| 86. | Mason, Mike | Will Call | BP | TO/HESI | 01/24/13-01/25/13 |
| 87. | Matice, Christopher | Will Call | Stress Eng | US | 11/28/12 |
| 88. | Mazella, Mark | Will Call | BP | PSC | 05/24/11 |
| 89. | McArthur, Steven | Will Call | Intertek | US | 11/30/12 |
| 90. | McKay, Lamar | Will Call | BP | HESI, Cameron, US/PSC/States | 11/03/11-11/04/11 |
| 91. | McMahan, Larry | Will Call | Transocean | BP, HESI, Cameron | 06/29/11-06/30/11 |
| 92. | McNutt, Marcia | Will Call | US-USCG | BP/A | 10/24/12-10/25/12 |
| 93. | McWhorter, David | Will Call | Cameron | TO/HESI | 07/07/11-07/08/11 |
| 94. | Merrill, Robert | Will Call | BP | US | 01/15/13-01/16/13 |
| 95. | Miller, Charles | Will Call | Stress Eng | US | 11/30/12 |
| 96. | Miller, Mark | Will Call | US | BP/A | 10/01/12 |
| 97. | Miller, Marvin | Will Call | BP | US | 11/08/12 |

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 98. | Miller, Richard | Will Call | BP | TO/HESI | 10/13/11 |
| 99. | Morrison, Richard | Will Call | BP | TO/HESI | 10/18/11-10/19/11 |
| 100. | Newman, Steve | Will Call | Transocean | Transocean (May Call) | 09/03/11 |
| 101. | Novak, Patrick | Will Call | Talas | TO/HESI | 11/22/11 |
| 102. | O'Bryan, Patrick | Will Call | BP | BP | 07/14/11-07/15/11 |
| 103. | O'Donnell, Alan | Will Call | Anadarko | BP/A | 05/05/11 |
| 104. | O'Neill, Bryan | Will Call | Anadarko | BP/A | 09/12/12 |
| 105. | Patteson, Mark | Will Call | BP | TO/HESI | 01/23/13-01/24/13 |
| 106. | Pellerin, Nicky | Will Call | HESI | TO/HESI | 09/06/12 |
| 107. | Pelphrey, Steve | Will Call | Isotech | TO/HESI | 09/14/12 |
| 108. | Peyton, Dawn | Will Call | Anadarko | US | 09/08/11 |
| 109. | Pleasant, Christopher | Will Call | TO | TO/HESI | 03/15/11-03/16/11 |
| 110. | Possolo, Antonio | Will Call | US | BP/A | 09/26/12-09/27/12 |
| 111. | Powell, Heather | Will Call | BP | PSC | 11/17/11 |
| 112. | Quitzau, Robert | Will Call | Anadarko | Anadarko | 05/25/11-05/26/11; 11/01/12-11/02/12 |
| 113. | Rainey, David | Will Call | BP | PSC | 06/02/11-06/03/11 |
| 114. | Ratzel, Arthur | Will Call | US-Sandia | BP/A | 10/17/12-10/18/12 |
| 115. | Ritchie, Bryan | Will Call | BP | US | 10/04/12-10/05/12 |
| 116. | Rohloff, James | Will Call | BP | PSC | 10/17/12-10/18/12 |
| 117. | Romo, Louis | Will Call | BP | US | 03/06/13 |
| 118. | Rose, Adrian | Will Call | TO | PSC | 04/25/11-04/26/11 |
| 119. | Ross, George | Will Call | Stress Eng | BP/A | 11/16/12 |
| 120. | Rygg, Ole | Will Call | ADD Energy | BP/A | 10/03/12 |
| 121. | Saidi, Farah | Will Call | BP | US | 01/10/13-01/11/13 |
| 122. | Sanders, Robert | Will Call | BP | PSC | 11/05/12 |
| 123. | Sannan, William | Will Call | TO | PSC | 07/27/11-07/28/11 |
| 124. | Saucier, Michael | Will Call | BOEMRE | BP/A | 07/27/11-07/28/11 |
| 125. | Schulkes, Ruben | Will Call | Statoil | BP/A | 11/12/12 |

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 126. | Shaughnessy, John | Will Call | JMS Consulting | PSC | 09/27/11 |
| 127. | Shaw, Neil | Will Call | BP | PSC | 10/26/11 |
| 128. | Shtepani, Edmond | Will Call | Intertek | BP/A | 11/30/12 |
| 129. | Skripnikova, Galina | Will Call | BP | US | 07/07/11-07/08/11 |
| 130. | Smith, Trevor | Will Call | BP | US | 10/25/12-10/26/12 |
| 131. | Sogge, Mark | Will Call | US | BP/A | 09/18/12-09/19/12 |
| 132. | Sprague, Jonathan | Will Call | BP | PSC | 03/21/11-03/22/11; 04/28/11 |
| 133. | Stahl, Mathew | Will Call | Stress Eng | TO/HESI | 11/29/12 |
| 134. | Stringfellow, William | Will Call | TO | TO/HESI | 04/11/11-04/12/11 |
| 135. | Suttles, Doug | Will Call | BP | TO/HESI | 05/19/11-05/20/11 |
| 136. | Thierens, Henry | Will Call | BP | PSC | 06/09/11-06/10/11 |
| 137. | Thompson, Neil | Will Call | DNV | BP/A | 07/05/11; 11/01/12 |
| 138. | Thorseth, Jay | Will Call | BP | US | 09/20/11 |
| 139. | Tooms, Paul | Will Call | BP | US | 06/16/11-06/17/11 |
| 140. | Turlak, Robert | Will Call | TO | PSC | 09-28/11-09/29/11 |
| 141. | Vargo, Richard | Will Call | HESI | HESI | 03/30/11-03/31/11; 08/22/12 |
| 142. | Wall, David | Will Call | BP | US | 06/27/11 |
| 143. | Wang, Yun | Will Call | BP | BP/A | 10/24/12-10/25/12 |
| 144. | Watson, James | Will Call | US-USCG | BP/A | 12/19/12-12/20/12 |
| 145. | Wellings, James | Will Call | BP | TO/HESI | 01/16/13-01/17/13 |
| 146. | Wells, James Kent | Will Call | BP | PSC | 04/19/11-04/20/11 |
| 147. | Williams, Ellen | Will Call | BP | TO/HESI | 11/19/12-11/20/12 |
| 148. | Winslow, Daun | Will Call | Transocean | US/PSC/States, Transocean | 04/20/11-04/21/11 |
| 149. | Wong, Norman | Will Call | BP | BP | 06/13/11-06/14/11 |
| 150. | Woods, Andrew | Will Call | BP | US | 11/14/12 |
| 151. | Yilmaz, Barbara | Will Call | BP | PSC | 07/26/11-07/27/11 |
| 152. | Young, Kenneth | Will Call | Stress Eng | US | 06/02/11 |