UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010<br><br>This Document Relates to All Cases | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

**ANADARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY LP'S INITIAL GOOD FAITH PHASE II FACT AND 30(B)(6) TRIAL WITNESS LIST**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "Anadarko"), through undersigned counsel, respectfully submit their Initial Good Faith Will Call and May Call Phase II Fact and 30(b)(6) Trial Witness List, subject to and without waiving any motions in *limine* that may be filed before this Court. Anadarko reserves its right to supplement or amend this list as necessary if good cause arises. Anadarko also reserves the right to call any person that appears on any other party's Will Call witness list.

DATED: June 24, 2013

Respectfully submitted,

BINGHAM McCUTCHEN, LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

A/75624189.1

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

A/75624189.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing ANADARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY LP'S INITIAL GOOD FAITH PHASE II FACT AND 30(B)(6) TRIAL WITNESS LIST has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 12, I and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2013.



_____/s/ *Ky E. Kirby*_____
Ky E. Kirby

A/75624189.1