UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**List of Fact and 30(b)(6) Witnesses Whom Anadarko Will Call[1]**

| WITNESS | PARTY or THIRD PARTY | LIVE (L) OR DEPOSITION (D) | SUBJECT MATTER |
|---|---|---|---|
| Ballard, Adam | BP | D | N/A |
| Camilli, Richard | WHOI | D | N/A |
| Chu, Steven | US | D | N/A |
| DeCoste, Albert | Schlumberger | D | N/A |
| Dykhuizen, Ronald | US | D | N/A |
| Emanuel, Victor | Schlumberger | D | N/A |
| Emilsen, Morten | BP | D | N/A |
| Gochnour, Matthew | BP | D | N/A |
| Griffiths, Stewart | US | D | N/A |
| Guthrie, George | US | D | N/A |
| Havstad, Mark | US | D | N/A |
| Hsieh, Paul | US | D | N/A |
| Hunter, Thomas | US | D | N/A |
| Kenney, Gary | DNV | D | N/A |
| LeBlanc, Jason | Pencor | D | N/A |
| Lehr, William | US | D | N/A |
| Leifer, Ira | UCSB | D | N/A |
| Levitan, Mark | BP | D | N/A |
| Liao, Tony | BP | D | N/A |
| Loos, Jamie | Weatherford Labs | D | N/A |
| Maclay, Don | US | D | N/A |
| Mason, Clifton | BP | D | N/A |
| Matice, Christopher | Stress Engineering | D | N/A |
| McNutt, Marcia | US | D | N/A |
| Merrill, Robert | BP | L or D | N/A |
| Miller, Mark | US | D | N/A |
| O'Donnell, Alan | Anadarko | D | N/A |
| O'Neill, Brian | Anadarko | D | N/A |
| Possolo, Antonio | US | D | N/A |
| Ratzel, Arthur | US | D | N/A |
| Ritchie, Bryan | BP | D | N/A |
| Schulkes, Ruben | Statoil | D | N/A |
| Shtepani, Edmond | Intertek | D | N/A |
| Sogge, Mark | US | D | N/A |
| Thompson, Neil | DNV | D | N/A |
| Trevor, Hill | BP | D | N/A |
| Vinson, Graham | BP | D | N/A |
| Vinson, Graham | BP | D | N/A |
| Wang, Yun | BP | D | N/A |

[1] All witnesses are identified in both their individual and 30(b)(6) capacities if they testified during deposition as 30(b)(6) representatives. This list includes witnesses for whom Anadarko has submitted affirmative deposition designations.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**List of Fact and 30(b)(6) Witness Whom Anadarko May Call**

| WITNESS | PRESENTING PARTY | LIVE (L) OR DEPOSITION (D) | SUBJECT MATTER |
|---|---|---|---|
| Peyton, Dawn | Anadarko | D | N/A |