UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

*****************************************************************************

## STATE OF LOUISIANA'S PHASE II WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through Louisiana Attorney General James D. "Buddy" Caldwell, who hereby adopts the Phase II Witness Lists of all parties submitted on June 24, 2013.

Dated this 24th day of June, 2013.

Respectfully submitted,


JAMES D. "BUDDY" CALDWELL	KANNER & WHITELEY, LLC
LOUISIANA ATTORNEY GENERAL
	 /s/ Allan Kanner
James Trey Phillips	Allan Kanner
First Assistant Attorney General	Elizabeth B. Petersen
Megan K. Terrell	Douglas R. Kraus
Assistant Attorney General	Allison M. Shipp
Section Chief –Environmental	701 Camp Street
State of Louisiana	New Orleans, LA 70130
P.O. Box 94005	Telephone: (504) 524-5777
Baton Rouge, LA 70804-9005	**Special Counsel for Plaintiff**
Telephone: (225) 326-6708	**Attorney General, State of Louisiana**

| | |
|---|---|
| HENRY DART, ATTORNEYS AT LAW P.C. | USRY, WEEKS, & MATTHEWS, APLC |
| /s/ Henry T. Dart<br>Henry T. Dart<br>Grady J. Flattmann<br>510 N. Jefferson St.<br>Covington, LA 70433<br>Telephone: (985) 809-8093<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | /s/ T. Allen Usry<br>T. Allen Usry<br>1615 Poydras St.<br>Suite 12<br>New Orleans, LA 70112<br>Telephone: (504) 592-4641<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |
| SHOWS, CALI, BERTHELOT & WALSH, LLP | MARTEN LAW, PLLC |
| /s/ E. Wade Shows<br>E. Wade Shows<br>628 St. Louis Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 346-1461<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | /s/ Bradley M. Marten<br>Bradley M. Marten<br>Linda R. Larson<br>1191 Second Avenue<br>Suite 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Phase II Witness List has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2013.

Kanner & Whiteley, L.L.C.

 /s/ Allan Kanner
 Allan Kanner
 a.kanner@kanner-law.com