**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION:  J** |
| Relates to:  No. 10-2771 | **JUDGE BARBIER** |
| | **MAGISTRATE SHUSHAN** |

**MOTION FOR LEAVE BY THE PLAINTIFF STEERING COMMITTEE TO FILE REPLY BRIEF FILED IN SUPPORT OF MOTIONS TO ACCEPT LATE-FILED SHORT-FORM JOINDERS AND OTHER CLAIMS-IN-LIMITATION**

NOW INTO COURT, through Plaintiffs' Liaison Counsel, comes the Plaintiffs' Steering Committee, and respectfully moves for leave to file a Reply Brief in Support of Plaintiffs' Motions for Leave to File Short-Form Joinders (and/or other Claims-in-Limitation) after the Monition Date.

This 24th day of June, 2013.

Respectfully submitted,

_____/s/  Stephen J. Herman_____
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
Email: sherman@hhklawfirm.com
*Plaintiffs Liaison Counsel*

_____/s/ James Perkerson Roy_____
**James Parkerson Roy**, La. Bar No.11511
**DOMENGEAUX WRIGHT ROY
 & EDWARDS, LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*

1119616.1

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this Motion for Leave will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 24th day of June, 2013.

/s/ James Parkerson Roy and Stephen J. Herman