UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to:  No. 10-2771 | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

CONSIDERING the Motion for Leave filed by the Plaintiff Steering Committee:

IT IS ORDERED that the PSC be and is hereby granted lave to file their Reply Brief in Support of Plaintiffs' Motions for Leave to File Short-Form Joinders (and/or other Claims-in-Limitation) after the Monition Date.

SIGNED at New Orleans, Louisiana, this ____ day of June, 2013.

_____
Hon. Carl J. Barbier

1119616.1