UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig     : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf  : | |
| of Mexico, on April 20, 2010        : | SECTION:  J |
| : | |
| This Document Relates to:            : | JUDGE BARBIER |
| : | |
| Civ. No. 10-4536                     : | MAG. JUDGE SHUSHAN |

PHASE TWO:  FACT WITNESS LIST OF
THE UNITED STATES

Pursuant to Rule 26 and this Court's Orders, the United States submits this list of fact witnesses for Phase Two.

**I.     Source Control:**

Will Call fact witnesses:  None.[1]

May Call, if needed, only in Rebuttal:  Thad Allen

**II.    Quantification:**

Will Call fact witnesses:

      Ronald Dykhuizen (fact and expert)

      Stewart Griffiths (fact and expert)

      Paul A. Hsieh (fact and expert)

      Tom Hunter (fact and expert)

      Any necessary Custodians of Record, including witnesses from the United States, BP, Anadarko, or Transocean.

---

[1] Note: the United States may rely on evidence admitted by other parties in the Source Control trial, despite not presenting evidence itself.

May Call fact witnesses:  Marcia McNutt

**III.  By Deposition Bundle only:**

| | |
|---|---|
| Abbassian, Fereidoun, BP | Hay, Mark David, TO |
| Albertin, Martin, BP | Hayward, Tony, BP |
| Alberty, Mark, BP | Hill, Trevor, BP |
| Ballard, Adam, BP | Holt, Charles, BP |
| Banon, Hugh, BP | Hughes, John, BP |
| Barnett, David, Wild Well Control | Inglis, Andy, BP |
| Bhalla, Kenneth, Stress Engineering | Knox, Tom, BP |
| Birrell, Gordon, BP | Lacy, Stuart, BP |
| Bishop, Simon, BP | Lawler, Kinton, Oceaneering |
| Bodek, Robert, BP | LeBlanc, Jason, Pencor |
| Bondurant, Charles, BP | LeBlanc, Shade, HESI |
| Boughton, Geoff, TO | Lee, Richard, BP |
| Bozeman, Walt, BP | Levitan, Mike, BP |
| Brainard, Richard, RRB | Liao, Tony, BP |
| Brock, Tony, BP | Lockett, Timothy, BP |
| Bush, Earnest, BP | Loos, Jamie, Weath. |
| Byrd, Mike, BP | Lynch, Richard D. Jr., BP |
| Cameron, David, TO | Mason, Mike, BP |
| Camilli, Richard, WHOI | Matice, Christopher, Stress |
| Campbell, Patrick, WWC | Mazzella, Mark, BP |
| Carmichael, Stephen, BP | McArthur, Steven, Intertek |
| Chandler, Paul A., Anadarko | McKay, Lamar, BP |
| Chemali, Roland, HESI | McMahan, Larry, TO |
| Daly, Mike, BP | McWhorter, David, Cameron |
| DeCoste, Albert, Schlumberger | McWhorter, David, Cameron |
| Devers, Kevin, BP | Merrill, Robert, BP |
| Douglas, Scherie, BP | Miller, Charles, Stress |
| Dupree, James H., BP | Miller, Marvin, BP |
| Emanuel, Victor, Schlumberger | Morrison, Richard, BP |
| Emilsen, Morten Haug, BP | O'Donnell, Alan, Anadarko |
| Emilsen, Morten Haug, ADD | O'Donnell, Alan, Anadarko |
| Emmerson, Antony, BP | O'Donnell, David, Cameron |
| Fleece, Trent, BP | O'Neil, Brian, Anadarko |
| Frazelle, Andrew, BP | Patteson, Mark, BP |
| Gansert, Tanner, BP | Pellerin, Nicky, HESI |
| Gochnour, Matt, BP | Pelphrey, Steve, Isotech |
| Goosen, Rick, HESI | Peyton, Dawn, Anadarko |
| Grounds, Cheryl, BP | Quitzau, Robert, Anadarko |
| Guillot, Ward, HESI | Quitzau, Robert, Anadarko |
| Hand, Steve, TO | Rainey, David, BP |
| Harland, Richard, BP | Ritchie, Bryan, BP |
| Harwin, Anthony, Oceaneering | Rodante, Thomas V., Baker Risk |

| | |
|---|---|
| Rohloff, James, BP | Thierens, Henry, BP |
| Romo, Louis, BP | Thompson, Neil, DNV |
| Ross, George, Stress | Thorseth, Jay, BP |
| Rygg, Ole, ADD | Tooms, Paul, BP |
| Saidi, Farah, BP | Turlak, Robert, TO |
| Sanders, Robert, BP | Turlak, Robert, TO |
| Schulkes, Ruben, Statoil | Vargo, Richard, HESI |
| Shanks, Forrest Earl, BP | Vinson, Pinky, BP |
| Shaughnessy, John, BP | Vinson, Pinky, BP |
| Shtepani, Edmond, Intertek | Wall, David, BP |
| Skripnikova, Galina, BP | Wang, Yun, BP |
| Smith, Trevor, BP | Wellings, James, BP |
| Sprague, Jonathan, BP | Wells, James Kent, BP |
| Stahl, Mathew, Stress | Williams, Ellen, BP |
| Strickland, Richard, HESI | Woods, Andrew, BP Inst. |
| Stringfellow, William, TO | Yilmaz, Barbara, BP |
| Suttles, Doug, BP | Young, Kenneth, Stress |

Respectfully submitted,

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: June 24, 2013                                          /s/ Steven O'Rourke
                                                             Steven O'Rourke