UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## BP'S GOOD FAITH PHASE 2 TRIAL WITNESS LISTS

Pursuant to the Phase Two Trial Preparation Timeline attached to the Court's April 16, 2013 Order Regarding Working Group Conference on Friday, April 12, 2013 (Rec. doc. 9334-1), and the subsequent extension granted by Magistrate Judge Shushan, today the parties are to "disclose the fact and 30(b)(6) witnesses that will be called live or by deposition at trial." *Id.* at 3. Given the ongoing deposition designation process, BP Exploration & Production Inc. and BP America Production Company ("BP") interpret this to require the disclosure of witnesses, other than expert witnesses, the parties will call for live testimony at trial.

Accordingly, BP submits the following Good Faith Phase 2 "Will Call" and "May Call" Trial Witness Lists.[1]  BP reserves its rights to amend or supplement the following lists, as necessary, if good cause arises. BP also reserves the right to call any witness listed as a "will call" witness by any other party.

---

[1] BP provides the following "will call" and "may call" witness lists in addition to all deposition designations related to the Phase 2 trial that BP has submitted or will submit to the Court. BP reserves the right to provide such additional testimony by written deposition or deposition video clips, including Rule 30(b)(6) witnesses.

**I.      "Will Call" Fact Witness List**

| Name | Party | Deposition Date | Source Control or Quantification |
|---|---|---|---|
| Adam Ballard | BP | 10/16/2012 - 10/17/2012 | Source Control |
| James Dupree | BP | 6/16/2011 - 6/17/2011 | Source Control |
| Charles Holt | BP | 11/28/2012 - 11/29/2012 | Source Control |
| Robert Merrill | BP | 1/15/2013 - 1/16/2013 | Quantification |
| Trevor Smith | BP | 10/25/2012 - 10/26/2012 | Source Control |
| James Wellings | BP | 1/16/2013 - 1/17/2013 | Source Control |

**II.     "May Call" Witness List**

Pursuant to the Phase Two Trial Preparation Timeline attached to the Court's April 16, 2013 Order Regarding Working Group Conference on Friday, April 12, 2013 (Rec. doc. 9334-1), "[e]ach party may designate 1 may call witness." *Id.* at 3.  Because BP is the only party that must defend itself in both the Quantification and Source Control sides of the Phase 2 trial, BP respectfully requests that it be permitted two may call witnesses — one for Quantification and one for Source Control.  *See* R. Gasaway letter dated June 23, 2013 (regarding Gregg Perkin Deposition and the Current Alignment of Parties), at 2.

| Name | Party | Deposition Date | Source Control or Quantification |
|---|---|---|---|
| Morten Emilsen | ADD Energy | 6/23/2011 - 6/24/2011 | Quantification |
| Mark Mazzella | BP | 5/24/2011 | Source Control |

2

Dated: June 24, 2013                              Respectfully submitted,

By: /s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 58-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production Inc.
and BP America Production Company***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2013.

                            /s/ Don K. Haycraft