UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

**TRANSOCEAN'S GOOD FAITH FACT AND 30(b)(6) PHASE TWO WITNESS LIST**

Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively, Transocean), respectfully submit the following good faith fact and 30(b)(6) witness list for the Phase Two trial.

Transocean reserves any and all rights, including the right to (1) call as a live witness during the Phase Two trial any witness listed as a live "will call" witness on any other party's Witness List; (2) request that Judge Barbier allow Transocean to call additional witnesses not named herein as necessary for impeachment or rebuttal, and (3) call witnesses to establish a foundation, if needed, for Transocean business records.

**I.     In Person Witnesses**

Transocean will call the following fact and 30(b)(6) witnesses to testify in person during the Phase Two trial:

|   | **Witness** | **Party** | **Deposition Dates** |
|---|---|---|---|
| 1 | Robert J. Turlak | Transocean | November 6-7, 2012; September 28-29, 2011 |
| 2 | James H. Dupree | BP | June 16-17, 2011 |

Transocean may call the following fact and 30(b)(6) witnesses to testify in person during the Phase Two trial:

|   | **Witness** | **Party** | **Deposition Dates** |
|---|---|---|---|
| 1 | Adrian P. Rose | Transocean | April 25-26, 2011 |

## II. Witnesses Presented by Deposition Designations

Transocean has presented or anticipates presenting testimony by way of affirmative and/or counter deposition designations through the page/line designation process and reserves the right to present portions of such testimony through videotape from the following witnesses:

| **Witness** | **Prioritized List  Number** |
|---|---:|
| **Add Energy** | |
| Emilsen, Morten | 90 |
| Rygg, Ole | 27 |
| **Anadarko** | |
| Chandler, Paul A. | 102 |
| O'Neill, Brian | 47 |
| Peyton, Dawn | 93 |
| Quitzau, Bob | 135 |
| **Baker Risk** | |
| Rodante, Thomas V. | 126 |
| **BP** | |
| Abassian, Fereidoun | 73 |
| Albertin, Martin | 167 |
| Alberty, Mark | 168 |
| Ballard, Adam | 41 |
| Banon, Hugh | 120 |

| Witness | Prioritized List Number |
|---|---:|
| Baxter, John | 148 |
| Birrell, Gordon | 74 |
| Bishop, Simon | 12 |
| Bodek, Robert | 169 |
| Bondurant, Charles | 153 |
| Bozeman, Walt | 112 |
| Brannon, Richard | 17 |
| Brock, Tony | 170 |
| Bush, Earnest | 53 |
| Byrd, Mike | 124 |
| Carmichael, Steve | 89 |
| Cramond, Neil | 110 |
| Crook, Ronald | 165 |
| Daly, Mike | 144 |
| DeFranco, Samuel | 157 |
| Devers, Kevin | 65 |
| Douglas, Scherie | 139 |
| Dupree, James | 76 |
| Emmerson, Anthony | 121 |
| Fleece, Trent | 50 |
| Frazelle, Andrew | 60 |
| Gansert, Tanner | 127 |
| Gochnour, Matt | 88 |
| Grounds, Cheryl | 145 |
| Harland, Richard | 35 |
| Hayward, Tony | 115 |
| Hill, Trevor | 31 |
| Hughes, John | 59 |
| Inglis, Andy | 24 |
| Johnson, Dennis | 117 |
| Kennelley, Kevin | 118 |
| Knox, Tom | 87 |
| Lacy, Kevin | 137 |
| Lacy, Stuart | 155 |
| Lee, Phillip | 152 |
| Levitan, Michael | 22 |
| Liao, Tony | 23 |
| Lockett, Tim | 2 |

| Witness | Prioritized List Number |
|---|---:|
| Lynch, Richard | 21 |
| Mason, Mike | 30 |
| Mazella, Mark | 66 |
| McKay, Lamar | 54 |
| Merrill, Bob | 33 |
| Miller, Marvin | 83 |
| Miller, Richard | 160 |
| Morrison, Richard | 75 |
| O'Bryan, Patrick | 130 |
| Patteson, Mark | 72 |
| Powell, Heather | 149 |
| Rainey, David | 116 |
| Ritchie, Brian | 51 |
| Rohloff, James | 4 |
| Romo, Louis | 125 |
| Saidi, Farah | 32 |
| Sanders, Robert | 138 |
| Shaughnessy, John | 105 |
| Shaw, Neil | 159 |
| Skripnikova, Galina | 123 |
| Smith, Trevor | 52 |
| Sprague, Jonathan | 106 |
| Suttles, Doug | 40 |
| Thierens, Harry | 85 |
| Thorseth, Jay | 164 |
| Tooms, Paul | 11 |
| Vinson, Graham Pinky | 97 |
| Wall, David | 143 |
| Wang, Yun | 80 |
| Wellings, Jim | 20 |
| Wells, James Kent | 96 |
| Williams, Ellen | 101 |
| Wong, Norman | 172 |
| Woods, Andrew | 43 |
| Yilmaz, Barbara | 171 |
| **Cameron** | |
| O'Donnell, David | 156 |
| McWhorter, David | 50 |

| Witness | Prioritized List Number |
|---|---|
| **DNV** | |
| Kenney, Gary | 15 |
| Thompson, Neil | 18 |
| **Halliburton** | |
| Chemali, Roland | 163 |
| Goosen, Rick | 42 |
| Guillot, Ward | 113 |
| LeBlanc, Shade | 132 |
| Pellerin, Nicky | 140 |
| Strickland, Richard | 166 |
| Vargo, Richard | 25 |
| **Intertek** | |
| McArthur, Steven | 134 |
| Shtepani, Edmond | 26 |
| **Isotech** | |
| Pelphrey, Steve | 141 |
| **Oceaneering** | |
| Harwin, Anthony | 69 |
| Lawler, Kinton | 129 |
| **Pencor** | |
| LeBlanc, Jason | 38 |
| **RJ Lee Group** | |
| Lee, Richard | 133 |
| **RRB Energy** | |
| Brainard, Richard | 111 |
| **Schlumberger** | |
| Victor, Emanuel | 94 |
| **Self** | |
| Shanks, Forrest Earl | 146 |
| **Sperry-Sun** | |
| Gisclair, John | 107 |
| | |
| **Statoil** | |
| Schulkes, Ruben | 109 |
| **Stress Engineering** | |
| Bhalla, Kenneth | 95 |
| Matice, Chris | 84 |
| Miller, Charles | 114 |

| Witness | Prioritized List Number |
|---|---:|
| Ross, George | 56 |
| Stahl, Matt | 142 |
| Young, Kenneth | 154 |
| **Transocean** | |
| Ambrose, Billy | 147 |
| Boughton, Geoff | 63 |
| Cameron, David | 82 |
| Hand, Steve | 34 |
| Hay, Mark | 122 |
| Kissinger, Matthew | 151 |
| McMahan, Larry | 91 |
| Newman, Steve | 128 |
| Pleasant, Christopher | 162 |
| Rose, Adrian | 86 |
| Sannan, William | 158 |
| Stringfellow, William | 92 |
| Turlak, Rob | 44 |
| Winslow, Daun | 131 |
| **University of California at Santa Barbara** | |
| Leifer, Ira | 70 |
| **United States** | |
| Allen, Admiral Thad | 5 |
| Camilli, Richard | 1 |
| Chu, Secretary Steven | 6 |
| Cook, Admiral Kevin | 29 |
| Domangue, Brian (Phase 1) | 67 |
| Griffiths, Stewart | 119 |
| Guthrie, George | 28 |
| Havstad, Mark | 108 |
| Henry, Charlie | 46 |
| Herbst, Lars | 3 |
| Holt, Charles | 14 |
| Hsieh, Paul | 100 |
| Hunter, Tom | 71 |
| Landry, Admiral Mary | 10 |
| Maclay, Don | 8 |
| McNutt, Marcia | 55 |
| Miller, Mark | 45 |

| Witness | Prioritized List Number |
|---|---:|
| Neal, Eric | 78 |
| Neal, Robert | 79 |
| Novak, Patrick | 161 |
| O'Donnell, Allen | 58 |
| Patton, Frank | 77 |
| Possolo, Antonio | 48 |
| Ratzel, Art | 99 |
| Saucier, Mike (Phase 1) | 7 |
| Sogge, Mark | 39 |
| Graettinger, George | 150 |
| Lehr, Bill | 68 |
| Dykhuizen, Ronald | 81 |
| Watson, James | 37 |
| **Weatherford** | |
| Loos, Jaime | 19 |
| **Wild Well Control** | |
| Barnett, David | 13 |
| Campbell, Pat (Phase 1) | 9 |

Transocean reserves the right to present testimony by way of deposition designations from additional witnesses not named herein for impeachment or rebuttal purposes.

Respectfully submitted,

DATED: June 24, 2013

By: /s/ Brad D. Brian
Brad D. Brian
Michael R. Doyen
Luis Li
Grant Davis-Denny
MUNGER, TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
michael.doyen@mto.com
luis.li@mto.com
grant.davis-denny@mto.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts
Rachel Giesber Clingman
Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
rachel.clingman@sutherland.com
sean.jordan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

*Counsel for Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller