**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** **"DEEPWATER HORIZON" in the Gulf** **of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION:  J** |
| Relates to:  Nos. 10-2771 and 10-8888 | **JUDGE BARBIER** |
| | **MAGISTRATE SHUSHAN** |

**ORDER**

CONSIDERING the Motion for Leave filed by the Plaintiff Steering Committee:

IT IS ORDERED that the PSC be and is hereby granted leave to file their Reply Brief in

Support of Plaintiffs' Motions for Leave to File Short-Form Joinders (and/or other Claims-in-

Limitation) after the Monition Date.

SIGNED at   New Orleans, Louisiana this 25th day of June, 2013.

_____
United States District Judge

1119616.1