UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to:  No. 10-2771 | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**REPLY BRIEF FILED BY PSC IN SUPPORT OF MOTIONS TO ACCEPT
LATE-FILED SHORT-FORM JOINDERS AND OTHER CLAIMS-IN-LIMITATION**

A number of motions have been made to the Court to allow the late filing of short-form joinders and other claims-in-limitation.  The Petitioner-in-Limitation, Transocean, and 14(c) Defendants, BP and Halliburton, have opposed these requests.  The PSC respectfully submits that the Court may and should consider the filing of such short-form joinders and other claims-in-limitation, in the exercise of its inherent authority and equity jurisdiction over these proceedings.[1]

No prejudice to the defendants will result from such filings, nor will they be surprised or inconvenienced.  This matter arises from an extraordinary maritime disaster, unprecedented in scope and duration:  it unfolded and expanded over a period of many months.  The Phase One of the Limitation & Liability Trial, conducted to address the April 2010 fire, explosion, and sinking itself, has recently concluded.  There has been no disposition of contested matters of fact or law in connection therewith:  no judgment has been entered.   Individualized facts or evidence

---

[1] As the Fifth Circuit eloquently expressed it over fifty years ago, in *Compania Anonima Venezolana de Navigacion v. A.J. Perez Export Company*, 303 F.2d 692, 699 (Fifth Cir. 1962):  "The Chancellor is no longer fixed to the woolsack.  He may stride the quarterdeck of maritime jurisprudence and, in the role of admiralty judge, dispense, as would his landlocked brother, that which equity and good conscience impels."

1119616.1

associated with the proposed claims-in-limitation would not in any way effect the scope of the record or findings associated with the common Phase One Limitation and Liability issues. Moreover, Phase Two of the Trial has yet to commence.

Unlike situations in which an enlargement of the monitions period would delay a trial for which all others had prepared, and would thus create potential prejudices to claimants who had timely filed, as was the case in *American Commercial Liner, Inc. v. U.S.*, 746 F.2d 1351 (8th Cir. 1984), no delay of trial phases or trial findings would result from the allowance of short-form joinders (or other claims-in-limitation) herein.  Other courts have allowed very late filings not only up to the date trial began, *see The O'Boyle No. 1*, 64 F. Supp. 3d (S.D.N.Y. 1945), but even after the liability trial was complete, *see Petition of Vermillion Towing Corp.*, 227 F.Supp. 933 (E.D. Va. 1964), where, as here, there would be no prejudice from so doing.

The underlying timeliness of claims may be an issue.  Claimants could have been injured or damaged from April 2010 – throughout 2010; moreover, with respect to both property damage and economic damages, such may not have occurred, or have been reasonably discovered, until late in the same timeframe, or for months thereafter.  These are individualized questions, and, should Defendants assert a prescription or statute of limitations bar to the filing of short-form joinders, claimants should have an opportunity to be heard and to demonstrate timeliness.  Such an opportunity would comport with the Federal Rules' liberal policy regarding joinders in general; would be fair to all parties; and would be manageable if conducted with reasonable dispatch, under a uniform briefing schedule, with hearings to be set at the Court's convenience.

**Conclusion**

For the above and foregoing reasons, and for the reasons stated in Plaintiffs' Motions for Lave and Memoranda in Support, Plaintiffs' Motions for Leave to File Short-Form Joinders (and/or other Claims-in-Limitation) after the Monition Date should be granted.

This 24th day of June, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Perkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue | **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| | *Plaintiffs Liaison Counsel* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, | WEITZ & LUXENBERG, PC |
| MITCHELL, ECHSNER & PROCTOR, | 700 Broadway |
| PA | New York, NY 10003 |
| 316 South Baylen St., Suite 600 | Office: (212) 558-5802 |
| Pensacola, FL 32502-5996 | Telefax: (212) 344-5461 |
| Office: (850) 435-7045 | E-Mail: rgreenwald@weitzlux.com |
| Telefax: (850) 436-6187 | |
| E-Mail: bbarr@levinlaw.com | |
| | |
| Jeffrey A. Breit | Rhon E. Jones |
| BREIT, DRESCHER & IMPREVENTO | BEASLEY, ALLEN, CROW, METHVIN, |
| Towne Pavilion Center II | PORTIS & MILES, P.C. |
| 600 22nd Street, Suite 402 | 218 Commerce St., P.O. Box 4160 |
| Virginia Beach, Virginia 23451 | Montgomery, AL 36104 |
| Office: (757) 670-3888 | Office: (334) 269-2343 |
| Telefax: (757) 670-3895 | Telefax: (334) 954-7555 |
| E-Mail: jbreit@bdbmail.com | E-Mail: rhon.jones@beasleyallen.com |

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

| | |
|---|---|
| Ervin A. Gonzalez | Joseph F. Rice |
| COLSON HICKS EIDSON | MOTLEY RICE LLC |
| 255 Alhambra Circle, Penthouse | 28 Bridgeside Blvd. |
| Coral Gables, FL 33134 | Mount Pleasant, SC 29464 |
| Office: (305) 476-7400 | Office: (843) 216-9159 |
| Telefax: (305) 476-7444 | Fax No. (843) 216-9290 |
| E-Mail: ervin@colson.com | E-Mail: jrice@motleyrice.com |

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this Reply Brief will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 24th day of June, 2013.

/s/ James Parkerson Roy and Stephen J. Herman