UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the | : | |
| Gulf of Mexico, on | : | SECTION J |
| April 20, 2010 | : | |
| | : | JUDGE BARBIER |
| This Document Relates to: 2:13-cv-01562 | : | MAG. JUDGE SHUSHAN |

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority, and moves the Court to dismiss plaintiff's claims against BP p.l.c., BP Corporation North America, Inc., BP Products North America, Inc. and BP America, Inc., with prejudice, reserving plaintiff's claims against all other defendants in these proceedings.

**RESPECTFULLY SUBMITTED**,

**GERARD G. METZGER, APLC**

BY:     s/Gerard G. Metzger
         **GERARD G. METZGER (#9468)**
         **CHARLES T. CURTIS, JR. (#4677)**
         **829 BARONNE ST.**
         **NEW ORLEANS, LA 70113**
         **TELEPHONE: (504) 581-9322**
         **FACSIMILE: (504) 581-2773**

         **ATTORNEYS FOR PLAINTIFF,**
         **ORLEANS LEVEE DISTRICT,**
         **BY AND THROUGH THE**
         **NON-FLOOD PROTECTION ASSET**
         **MANAGEMENT AUTHORITY**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of June, 2013.

                                                  s/Gerard G. Metzger
                                                  GERARD G. METZGER