UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | : | MDL NO. 2179 |
|    "Deepwater Horizon" in the | : | |
|    Gulf of Mexico, on | : | SECTION J |
|    April 20, 2010 | : | |
| | : | JUDGE BARBIER |
| This Document Relates to: 2:13-cv-01562 | : | MAG. JUDGE SHUSHAN |
|    (All Cases or Ind. Case No.) | | |

## ORDER

Considering the Motion to Dismiss filed by plaintiff, Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority,

**IT IS ORDERED** that Plaintiff's claims against BP p.l.c., BP Corporation North America, Inc., BP Products North America, Inc. and BP America, Inc., be and same are dismissed, with prejudice, reserving Plaintiff's claims against the remaining named defendants in these proceedings.

_____
**HON. CARL J. BARBIER**
**JUDGE**
**UNITED STATES DISTRICT COURT**