# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTIONS III.B(3) AND III.B(4); 10-3896; 10-2771; AND 13-3747* | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC (collectively, "Seacor"), O'Brien's Response Management L.L.C. ("O'Brien's"), and National Response Corporation ("NRC") and respectfully move this Court for an Order allowing the following individuals to withdraw as counsel of record for Seacor, O'Brien's, and NRC in the following matters:

- Seacor, O'Brien's, and NRC respectfully move this Court for an Order allowing Theodore E. Tsekerides to withdraw as counsel of record for Seacor, O'Brien's, and NRC in 2:10-md-02179 with respect to All Cases in Pleading Bundle Sections III.B(3) and III.B(4).

- Seacor respectfully moves this Court for an Order allowing Theodore E. Tsekerides to withdraw as counsel of record for Seacor in 2:10-cv-03896.

US_ACTIVE:\44278074\1\73293.0057

- O'Brien's and NRC respectfully move this Court for an Order allowing Theodore E. Tsekerides and Jeremy T. Grabill to withdraw as counsel of record for O'Brien's and NRC in 2:10-cv-02771.

- O'Brien's respectfully moves this Court for an Order allowing Theodore E. Tsekerides to withdraw as counsel of record for O'Brien's in 2:13-cv-03747.

Seacor, O'Brien's, and NRC will continue to be represented by current counsel of record in the above matters.

Respectfully submitted,

/s/ *Michael J. Lyle*

Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
Eric C. Lyttle (DC Bar #482856)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone:  (202) 538-8166
Facsimile:   (202) 538-8100

ATTORNEYS FOR SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, SEACOR MARINE LLC, O'BRIEN'S RESPONSE MANAGEMENT L.L.C., AND NATIONAL RESPONSE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of June, 2013.

*/s/ Michael J. Lyle*
MICHAEL J. LYLE