UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES IN PLEADING BUNDLE SECTIONS III.B(3) AND III.B(4); 10-3896; 10-2771; AND 13-3747 | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel filed by Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC (collectively, "Seacor"), O'Brien's Response Management L.L.C. ("O'Brien's"), and National Response Corporation ("NRC"),

IT IS HEREBY ORDERED that the motion is GRANTED, such that:

- Theodore E. Tsekerides be withdrawn as counsel of record for Seacor, O'Brien's, and NRC in 2:10-md-02179 with respect to All Cases in Pleading Bundle Sections III.B(3) and III.B(4);

- Theodore E. Tsekerides be withdrawn as counsel of record for Seacor in 2:10-cv-03896;

- Theodore E. Tsekerides and Jeremy T. Grabill be withdrawn as counsel of record for O'Brien's and NRC in 2:10-cv-02771; and

- Theodore E. Tsekerides be withdrawn as counsel of record for O'Brien's in 2:13-cv-03747.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE