UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>    2:12-cv-01483<br>    2:12-cv-01484 | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and SMITH STAG, LLC pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for **only** those Plaintiffs listed in Attachment "A" and as grounds would state:

    1.    The Plaintiffs listed in Attachment "A" and the movants have terminated their relationship.

    2.    The Plaintiffs listed in Attachment "A" have been made aware of applicable deadlines and applicable pending court appearances.

    3.    All Plaintiffs will remain in the litigation.

    4.    This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firms move this Court for an order allowing them to withdraw as counsel of record for only those Plaintiffs set forth in Attachment "A" in the above-captioned case.

RESPECTFULLY SUBMITTED on this 25th day of June 2013.

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN & MCKEE, P.A.

By: /s/ Robert J. McKee

Robert J. McKee (Florida Bar # 0972614)
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

SMITH STAG, LLC
Stuart H. Smith, Esquire (17805)
ssmith@smithstag.com
65 Canal Street, Suite 2850
New Orleans, LA 70130
504-593-9600 telephone
504-593-9601 facsimile

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of June 2013.

I FURTHER CERTIFY that the Plaintiffs have been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on those individuals listed in Attachment "A" attached hereto on this 25th day of June 2013.

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN & MCKEE, P.A.


By:  /s/ Robert J. McKee

Robert J. McKee (Florida Bar # 0972614)