UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>    2:12-cv-01483<br>    2:12-cv-01484 | | |

## ATTACHMENT "A"

**2:12-cv-01483**

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Martin Weddle | martinweddle@yahoo.com<br><br>2310 South Highway 77, #110<br>Post Office Box 230<br>Lynn Haven, FL  32444 | 940-452-5091 ext 109 |

**2:12-cv-01484**

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 2. | Entrust New Direction IRA, Inc. | melissa@barancan.com<br><br>C/O Ms. Melissa Clements<br>1070 West Century Drive, #101<br>Miramar Beach, FL  32550 | 850-699-9628 |