Case 2:10-md-02179-CJB-DPC Document 10498 Filed 06/24/13 Page 1 of 2



**NOTICE OF APPEAL TO**
**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**FROM AN ORDER OF**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MDL 2179 J(1)

12-970

File Number __10235__

Notice is hereby given that H. Freddie Boothe, Jr., Appellant/Claimant (Plaintiff/Appellant) and United States District Court for the Eastern District of Louisiana, Section "J", Appellee/defendant, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order[1] issued by the US District Court, Eastern District of Louisiana, Section J, which Denied Without Prejudice the Appellant's "Motion of Review, Motion of Clarification" (Rec. Doc. 8392) and Motion for Leave to File Amendments to Motion of Review and Motion of Clarification" (Rec. Doc 10222) entered in this action on the 23rd day of __June__, 2013. This Appeal is filed pursuant to FRAP 3.

H. Freddie Boothe, Jr., Pro Se
14248 Highway 1077
Folsom, Louisiana 70437
504-473-9502

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
Doc No. ___

---

1 The Order (Rec. Doc. 10235) was entered on the 23rd of May, 2013 and Appellant did not receive notice under Federal Rule 77(d) of the entry of the Order, in fact, on June 20th, 2013 the Appellant called the Judge's law clerk to inquire as to the status of the pending motions and was informed verbally of the Order and received written copy of the Order on June 22nd, 2013.

Certificate of Service

I, hereby certify that I have served a copy of this document on all counsel of record either in person, or by electronic transfer, or by mailing it postage prepaid on this ___24___ day of ___June___ 20_13_.

H. Freddie Boothe, Jr., Pro Se.

Stephen J. Herman
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Sherman@hhkc.com

James P. Roy
Domengeaux Wright Roy & Edwards
556 Jefferson Street
Lafayette, La. 70502
jimr@wrightroy.com

Richard C. Godfrey
Kirkland & Ellis LLP
300 North LaSalle Blvd
Chicago, IL 60654
rgodfrey@kirkland.com

R. Keith Jarrett
Liskow & Lewis
Suite 5000 One Shell Square
701 Poydras Street
New Orleans, La. 70139
rkjarrett@liskow.com