UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Pleading Relates To: *All Actions*<br><br>(Including 10-2771) | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### THE STATE OF ALABAMA'S ADOPTION
### OF THE PSC'S PHASE TWO FACT WITNESS LIST

To avoid duplication, the State of Alabama adopts the PSC's June 24, 2013 Phase Two Fact Witness Submission (Doc. 10484) and List (Doc. 10484-1), along with the qualifications, clarifications and reservations contained therein. The State also reserves the right to submit its own supplemental fact witness list.

Respectfully Submitted,

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130

LUTHER J. STRANGE
  *Attorney General*

Phone: (334) 242-7300
Fax:    (334) 242-4891

/s/ Corey L. Maze          .
COREY L. MAZE
  *Special Deputy Attorney General*

Email: lstrange@ago.state.al.us
       cmaze@ago.state.al.us
       wsinclair@ago.state.al.us

WINFIELD J. SINCLAIR
  *Assistant Attorney General*

Attorneys for the State of Alabama

1

## CERTIFICATE OF SERVICE

I hereby certify that the above document has been served on all counsel by electronically uploading the document to Lexis/Nexis File-and-Serve in accordance with PTO 12. I further certify that the document was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Each service occurred on June 25, 2013.

/s/ Corey L. Maze
COREY L. MAZE