UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR THE STATE OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NUMBER 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>  IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10-CV-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**************************************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, come various Claimants, who respectfully move this Honorable Court for leave to file the attached Reply Memorandum to Transocean's Omnibus Response in Opposition to Various Claimants' Motion for Leave to File Claims Beyond the Monition Date for the reasons stated therein.

WHEREFORE, Claimants pray that they be granted leave of court to file into the record the Reply Memorandum to Transocean's Omnibus Response in Opposition to Various Claimants' Motion for Leave to File Claims Beyond the Monition Date.

By attorneys:

*s/John W. deGravelles*

**JOHN W. deGRAVELLES** (#04808)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana  70801-1910
Telephone:  225/344-3735
Facsimile:  225/336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2013, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to and provided notice by and through LexisNexis to all counsel of record.

*s/John W. deGravelles*
**JOHN W. deGRAVELLES**