UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CAMERON'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN OPPOSITION TO LIBERTY'S MOTION TO COMPEL AND INCORPORATED MEMORANDUM IN SUPPORT

Plaintiff Cameron International Corporation ("Cameron") respectfully moves the Court for leave to file the attached supplemental authority in support of its Memorandum in Opposition to Liberty International Underwriters, Inc.'s ("LIU") Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log (Rec. d. 10452).

Cameron submits the supplemental authority, issued June 20, 2013 in *TC Ravenswood, LLC v. National Union Fire Insurance*, Index No. 400759/2011 before the Supreme Court of the State of New York, to assist the Court in its resolution of LIU's Motion to Compel.

WHEREFORE, Cameron International Corporation requests that the Court grant its Motion for Leave, and permit the filing of the attached supplemental authority in support of its Memorandum in Opposition to LIU's Motion to Compel.

Dated:    June 26, 2013

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
        pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
        cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

1130658v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron's Motion for Leave to File Supplemental Authority in Support of its Opposition to Liberty's Motion to Compel and Incorporated Memorandum in Support has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of June, 2013.

/s/ Phillip A. Wittmann

1130658v1