UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Foregoing Cameron's Motion for Leave to File Supplemental Authority in Support of its Opposition to Liberty's Motion to Compel;

IT IS ORDERED that Plaintiff Cameron International Corporation be and hereby is granted leave to file its Supplemental Authority in Support of its Opposition to Liberty's Motion to Compel Cameron to Respond to Requests for Production of Documents and Produce a Privilege Log (Rec. d. 10452).

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1130658v1