UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 "J" (1) |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | MAG. JUDGE SHUSHAN |
| | * | |
| THIS DOCUMENT RELATES TO: | | |
| | * | |
| MARATHON OIL COMPANY | * | CIVIL CASE NO. 13-1343 |
| | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION | * | |
| INC., BP AMERICA PRODUCTION | * | |
| COMPANY AND BP p.l.c. | * | |
| | * | |
| Defendant | * | |

## EX PARTE MOTION FOR LEAVE TO FILE
## FIRST AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, MARATHON OIL COMPANY (õMarathonö), which, pursuant to Rule 15(a)(1)(A), moves this Court to file its First Amended Complaint, for the reasons more fully set forth in the accompanying Memorandum in Support.

**WHEREFORE**, Marathon Oil Company prays that this Honorable Court grant it leave to file the attached First Amended Complaint.

Respectfully submitted:
BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Paul N. Vance
DAVID L. CARRIGEE ó Bar #3892
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
3600 Energy Centre

{B0688710.1}                          1

                              1100 Poydras Street
                              New Orleans, LA 70163
                              Telephone: (504) 569-2900
                              Fax: (504) 569-2099
                              Attorneys for Plaintiff, Marathon Oil Co.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 27th day of June, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                s/ Paul N. Vance