UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 "J" (1) |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | MAG. JUDGE SHUSHAN |
| | * | |
| THIS DOCUMENT RELATES TO: | | |
| | * | |
| MARATHON OIL COMPANY | * | CIVIL CASE NO. 13-1343 |
| | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION | * | |
| INC., BP AMERICA PRODUCTION | * | |
| COMPANY AND BP p.l.c. | * | |
| | * | |
| Defendant | * | |

**MEMORANDUM IN SUPPORT OF**
**EX PARTE MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

**MAY IT PLEASE THE COURT:**

Plaintiff, MARATHON OIL COMPANY ("Marathon") seeks leave to file its First Amended Complaint against Defendants.  Defendants, BP Exploration & Production, Inc. and BP America Production Company, were served with the Original Complaint on May 13, 2013.[1]  Marathon has not previously amended its Complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), under these circumstances Marathon is entitled to amend its Complaint as a matter of course.

---

[1] See Summons Returns Executed (R.Doc.#5 and 6).

{B0688745.1}

**WHEREFORE**, Plaintiff, Marathon Oil Company, respectfully prays that its Motion be granted and that its First Amended Complaint be filed into the record.

Respectfully submitted:
BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Paul N. Vance
DAVID L. CARRIGEE ó Bar #3892
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
Attorneys for Plaintiff, Marathon Oil Co.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Courtøs electronic filing system.

   s/ Paul N. Vance