UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 "J" (1) |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | MAG. JUDGE SHUSHAN |
| | * | |
| THIS DOCUMENT RELATES TO: | | |
| | * | |
| MARATHON OIL COMPANY | * | CIVIL CASE NO. 13-1343 |
| | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION | * | |
| INC., BP AMERICA PRODUCTION | * | |
| COMPANY AND BP p.l.c. | * | |
| | * | |
| Defendant | * | |

## ORDER

Considering the foregoing Ex Parte Motion for Leave to File First Amended Complaint filed herein by plaintiff, Marathon Oil Company;

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED** and the attached First Amended Complaint be filed herein.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**