## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. **2:13-cv-02605-CJB-SS** *Charles Sclafini, Jr. v. BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; and Transocean Ltd.* | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Charles Sclafini, Jr., hereby gives notice that all claims asserted in the Complaint for Damages against Defendants BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; and Transocean Ltd. are voluntarily dismissed without prejudice and without costs.

**DATED:** June 27, 2013  **SHELLER, P.C.**

By: /s/ Brian J. McCormick, Jr.
 Brian J. McCormick, Jr.
 1528 Walnut Street, 4th Floor
 Philadelphia, PA 19102
 Telephone: (215) 790-7300
 Facsimile: (215) 546-0942
 E-mail: bjmccormick@sheller.com

## **PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was filed via the Court's ECF system and served on June 27, 2013 on counsel for all parties through the Judicial Panel's CM/ECF Notification System who are registered users of the system, and via United States mail, first class, postage prepaid, on the following:

| | |
|---|---|
| Brad D. Brian<br>MUNGER TOLLES& OLSON LLP<br>355 So. Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071 | Donald E. Godwin<br>GODWIN LEWIS PC<br>1201 Elm<br>Suite 1700<br>Dallas, TX 75270 |
| Steven L. Roberts<br>SUTHERLAND ASHBILL &<br>BRENNAN LLP<br>1001 Fannin Street<br>Suite 3700<br>Houston, TX 77002 | R. Alan York<br>GODWIN LEWIS PC<br>1331 Lamar<br>Suite 1665<br>Houston, TX 77010<br><br>*Attorneys for Halliburton Energy Services, Inc.* |
| Edwin G. Prieis<br>PREIS & ROY PLC<br>102 Versailles Blvd.<br>Suite 400<br>Lafayette, LA 70501 | J. Andrew Langan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br><br>*Attorney for BP Exploration & Production, Inc., BP, p.l.c. and BP America Production Company* |
| Kerry J. Miller<br>FRILOT, LLC<br>110 Poydras Street<br>Suite 3700<br>New Orleans, LA 70163<br><br>*Attorneys for Transocean, LTD.* | |

/s/ Brian J. McCormick, Jr.
BRIAN J. MCCORMICK, JR.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Telephone: (215) 790-7300
Facsimile: (215) 546-0942
E-mail: bjmccormick@sheller.com

2