UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR THE STATE OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NUMBER 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>    IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10-CV-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

IT IS ORDERED that the Motion for Leave to File Reply Memorandum is GRANTED and that the Clerk of Court is directed to file into the record of this matter Reply Memorandum to Transocean's Omnibus Response in Opposition to Various Claimants' Motion for Leave to File Claims Beyond the Monition Date.

New Orleans, Louisiana, this ___26th___ day of _____June_____, 2013.

_____
United States District Judge