UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| Civ. No. 10-4536 | : | MAG. JUDGE SHUSHAN |

**UNITED STATES' OBJECTIONS TO AND MOTION TO REVIEW
"ORDER REGARDING BP/ANADARKO'S MOTION TO STRIKE
REBUTTAL EXPERTS FOR THE U.S."**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.2, the United States objects to and moves for review of the Magistrate Judge's Order entered June 24, 2013, Regarding BP/Anadarko's Motion to Strike Rebuttal Experts for the U.S. [Rec. Doc. 10450]. As more fully set forth in the accompanying memorandum, the United States submits that the Order is clearly erroneous or is contrary to law. On BP and Anadarko's joint motion, Magistrate Judge Shushan struck portions of the expert rebuttal reports of several of the United States' quantification witnesses. The United States hereby appeals to ensure that the Court has access to a fair picture of evidence supporting the Parties' estimates of the cumulative discharge of oil from the Macondo well. The United States respectfully requests that this Court review and reverse the Magistrate Judge's Order accordingly.

Respectfully submitted,

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: June 27, 2013                                                 /s/ Steven O'Rourke  
                                                                             Steven O'Rourke