# Exhibit 1

## (Part 1 of 2)

In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in
The Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Modelling Macondo

## A calculation of the volume of oil released during the *Deepwater Horizon* incident

Prepared on Behalf of BP Exploration & Production Inc. and Anadarko

Prepared by:

**Martin J. Blunt**

**Department of Earth Science and Engineering**
**Imperial College, London SW7 2AZ, UK**
**May 1st, 2013**



**CONFIDENTIAL**

M J Blunt Expert Report

# Table of Contents

1.  PROFESSIONAL BACKGROUND .................................................................................................. 4

    1.1   SCOPE OF WORK ................................................................................................................... 5

2.  EXECUTIVE SUMMARY OF ANALYSIS AND CONTRAST WITH GOVERNMENT ESTIMATES ............... 6

3.  THE MATERIAL BALANCE METHOD TO CALCULATE OIL RELEASED ............................................. 9

    3.1   INTRODUCTION TO RESERVOIR ENGINEERING BEST PRACTICE ............................................. 9
    3.2   THE MATERIAL BALANCE METHOD USED BY GOVERNMENT EXPERTS AND ME ..................... 9
    3.3   MATERIAL BALANCE EQUATION ............................................................................................ 12
    3.4   EACH INPUT INTO MY MATERIAL BALANCE EQUATION WAS ADOPTED, AT SOME POINT, BY A GOVERNMENT EXPERT ............ 13
    3.5   CONTRAST WITH THE NON-MATERIAL BALANCE METHODS USED BY GOVERNMENT EXPERTS .......... 13
    3.6   SEQUENCE OF THE MATERIAL BALANCE METHOD TO BE DISCUSSED HERE .............................. 15

4.  DETERMINATION OF THE PARAMETERS USED IN THE MATERIAL BALANCE EQUATION ............... 18

    4.1   FIRST VARIABLE:  CONNECTED OIL VOLUME ......................................................................... 18
    4.2   SECOND VARIABLE:  COMPRESSIBILITY ................................................................................ 29
    4.3   THIRD VARIABLE:  PRESSURE DROP ..................................................................................... 33

5.  CONFIRMING THE CONSISTENCY OF THE CALCULATIONS WITH OTHER EVIDENCE ...................... 43

    5.1   CROSS-CHECKING SEISMIC AND PRESSURE-TRANSIENT INDICATIONS OF RESERVOIR SIZE, DIMENSIONS AND CONNECTIVITY .... 43
    5.2   CONSISTENCY WITH FLOW RATE HISTORY ............................................................................ 49

6.  RANGE OF CUMULATIVE OIL RELEASED .................................................................................. 51

APPENDIX A.     DATA ANALYSIS DETAILS ..................................................................................... 53

    A.1.  INTRODUCTION AND DATA SOURCES ................................................................................... 53
    A.2   FLUID PROPERTIES AND PETROPHYSICAL ANALYSIS .............................................................. 54
    A.3   ROCK PROPERTIES ............................................................................................................... 60
    A.4   TOTAL COMPRESSIBILITY ..................................................................................................... 62
    A.5   PERMEABILITY .................................................................................................................... 63
    A.6   DATUM DEPTHS, PRESSURES AND TEMPERATURES .............................................................. 69
    A.7   ANADARKO PETROPHYSICAL ANALYSIS ............................................................................... 69

APPENDIX B.     CONVERSION FROM CAPPING STACK TO DOWN-HOLE PRESSURES ......................... 71

    B.1.  REQUIREMENT TO CORRECT THE DATA AND THE EQUATION USED ....................................... 71
    B.2   TEMPERATURE CHANGES IN THE WELL-BORE ...................................................................... 72
    B.3   ANALYSIS OF TEMPERATURE CHANGES IN THE WELL-BORE .................................................. 75
    B.4   EFFECT OF AN INCORRECT PRESSURE CONVERSION ON GOVERNMENT ESTIMATES OF OIL RELEASED .......... 89

APPENDIX C.     MATHEMATICAL DERIVATION OF THE MODEL OF THE PRESSURE RESPONSE ............ 91

    C.1   DARCY'S LAW AND FLUID FLOW .......................................................................................... 91
    C.2   RADIAL FLOW ..................................................................................................................... 91
    C.3   LINEAR FLOW ..................................................................................................................... 95
    C.4   WELL NOT AT THE END OF THE CHANNEL ............................................................................. 101

APPENDIX D.     ADDITIONAL PRESSURE ANALYSIS ....................................................................... 104

M J Blunt Expert Report

D.1.    Parameter matches, sensitivities and model comparisons ............................................................104
D.2.    Pressure derivatives ..................................................................................................................111
D.3     Pressure match for channel flow. ..............................................................................................111
D.4     Horner analysis and capping stack pressure ..............................................................................113

APPENDIX E.      CONSIDERATION OF VARIABLE FLOW RATES .......................................................... 115

E.1     Superposition method to find permeability ...............................................................................115
E.2     Effect of variable flow rates on the linear flow regime ..............................................................117
E.3     Analysis of skin and down-hole pressure. ..................................................................................120

APPENDIX F.      CRITIQUE OF GOVERNMENT EXPERT REPORTS ......................................................... 125

F.1     How the calculations were performed and what parameters they used...........................................125
F.2     The Zick report ........................................................................................................................126
F.3     The Kelkar & Raghavan report .................................................................................................129
F.4     The Pooladi-Darvish report ......................................................................................................132
F.5     Overview of estimates of cumulative oil released .......................................................................138

APPENDIX G.     FURTHER CRITIQUE OF THE HSIEH ANALYSIS .......................................................... 139

G.1     Comparison of pressure data and analysis .................................................................................139
G.2     Comparison of reservoir properties ..........................................................................................144

APPENDIX H.  CRITIQUE OF PUBLISHED FLOW RATE ESTIMATES ........................................................ 148

H.1     Overview..................................................................................................................................148
H.2     Details of selected papers ........................................................................................................150

APPENDIX I.      NOTE ON UNITS ................................................................................................... 153

APPENDIX J.      NOMENCLATURE .................................................................................................. 154

APPENDIX K.      GLOSSARY OF OILFIELD TERMS .............................................................................. 156

APPENDIX L.      BIOGRAPHY OF M J BLUNT .................................................................................... 158

APPENDIX M.     M J BLUNT'S PUBLICATIONS LIST ........................................................................... 159

M.1     Journal papers..........................................................................................................................159
M.2     Conference proceedings and book chapters ..............................................................................164

APPENDIX N.      FACTS AND DATA CONSIDERED IN FORMING MY OPINION ...................................... 168

N.1     US Government and BP expert reports........................................................................................168
N.2     Confidential reports, deposition transcripts and other material ...................................................168
N.3     Books, papers and reports in the public domain .........................................................................173
N.4     Additional Consideration Materials...........................................................................................177

M J Blunt Expert Report

# 1. Professional background

I am a professor of petroleum engineering at Imperial College London.

My speciality is the study of oil flow through rocks underground, a field known as reservoir engineering. I have taught the fluid flow principles presented in this report for over 20 years.  My students have gone on to teach and practise petroleum engineering in universities and oil companies around the world.  For instance, Dr. Hughes, at Louisiana State University, one of the leading reservoir engineers who consulted for the US Government's Macondo Flow Rate Technical Group, is one of my former PhD students from Stanford University.  I have also taught classes for industry in the UK, US, China, Brazil, Iran and Saudi Arabia.

I have published over 200 papers which have been cited over 7,000 times.

I am a distinguished member of the Society of Petroleum Engineers (SPE).  I served as an SPE Distinguished Lecturer in 2001.  I received the SPE Cedric Ferguson medal for the best paper written under the age of 33, discussing a new method for using computers to simulate hydrocarbon fluid flow through reservoirs. I also received the 2011 SPE Lester Uren award for contributions to petroleum engineering technology made before the age of 45.   I was given the 2012 Darcy Award for lifetime achievement by the Society of Core Analysts.

I am the editor of the scientific journal *Transport in Porous Media*.

I served as Head of the Department of Earth Science and Engineering at Imperial College from 2006-2011.

I have helped found, and am Chief Scientist of, two companies providing services to the oil industry.

I received a PhD in physics from Cambridge University in 1988.  When I graduated, I worked for four years for BP.  I developed new methods to improve the accuracy of reservoir simulators.  These simulators predict oil recovery as an aid to reservoir management.  For this work BP awarded me its Tallow Chandlers prize. I then joined the faculty of Stanford University.  At Stanford my research on improving oil recovery was funded by the US Government and a consortium of major oil companies.  I left Stanford to become a professor at Imperial College in 1999.

I have never testified as an expert witness before and my compensation is not dependent on the outcome.

M J Blunt Expert Report

## 1.1    Scope of Work

I have calculated the amount of oil spilt during the *Deepwater Horizon* incident using the methods of my field, reservoir engineering. I have drawn on the work of other BP experts, including the pressure transient analysis of Professor Alain Gringarten; the rock-compressibility results of Professor Robert Zimmerman; the pressure data generated by Professor Martin Trusler; the fluids analysis of Professor Curtis Whitson; and the seismic interpretation of Professor Carlos Torres-Verdin.

My analysis uses a well-established method from my field called material balance. My Imperial College London colleague Professor Gringarten is submitting a report estimating cumulative flow using different techniques from his field of expertise, pressure-transient analysis. I make use of some of the results of his study, while he uses the results of some of my analysis.  Even though there are a few steps in our respective calculations that use the same principles and interim methodologies, our determinations of cumulative flow are independent and involve distinct approaches. For example, Professor Gringarten does not directly use the main principle in my approach, material balance. And I do not use the method that Professor Gringarten pioneered, called deconvolution.

M J Blunt Expert Report

## 2. Executive summary of analysis and contrast with Government estimates

I calculate that the volume of oil released from the Macondo reservoir was 3.26 million stock tank barrels (MMstb).  I have used conservative assumptions to avoid under-statement of the volume.  I find a range of oil released between 2.9 and 3.7 MMstb.

This is the total volume of all the oil that left the reservoir, including any oil burnt or collected, converted to a volume at surface (stock tank) conditions of 60$^{\circ}$F and 1 atmosphere pressure.

My calculation uses the same reservoir engineering principle employed by the Government's reservoir engineering experts Drs. Kelkar & Raghavan, namely material balance.

In material balance, three quantities – the oil volume connected to the well, compressibility and pressure depletion – are multiplied together to calculate cumulative oil flow.

Compressibility determines how much oil is released from the rock as the pressure drops.  The main difference between my estimate and those of Dr. Kelkar & Raghavan and another US Government expert Dr. Hsieh, is that they double the compressibility from the value measured on Macondo rock samples at an independent service laboratory.  This is a switch from the approach that Dr. Kelkar used when he first evaluated Macondo oil flow for the US Flow Rate Technical Group in 2010, where he took a measured value for rock compressibility, as I do in this report.  Dr. Kelkar & Raghavan's expert report acknowledges that if they use the same rock compressibility as I do, they obtain roughly my value for cumulative flow.[1]  Similarly, when Dr. Hsieh input into his model the measured compressibility, he obtained an estimate of cumulative flow in my range.[2]  Neither Dr. Kelkar nor Dr. Hsieh have provided a scientific justification for their decision to double the rock compressibility from the measured values.

We will see that this has been a repeated problem in the work of the Government experts.  In order to obtain their estimates of 5 MMstb oil released, they had to make assumptions that disagree significantly with direct measurements of the Macondo rock and fluid properties.  The Government investigators each disregarded vital pieces of experimental evidence without justification; not all of their errors were identical, yet they arrived at the same final answer.  There is a choice: either accept their calculation of 5 MMstb, despite the lack of any scientific explanation of why the measurements are wrong; or perform a calculation consistent with the data and arrive at a lower value.  I have chosen the latter approach.

Nevertheless, there is an implicit consensus on many of the inputs into a calculation of oil released, which highlights the remaining disagreements.  The table below isolates the most important biases in the Government calculations, juxtaposes my approach, and shows the net effect of each difference:

---

[1] *See* Kelkar & Raghavan expert report [KR], page 45.  (*Bracketed information refers to the table of sources in Appendix N, which contains a full description of the referenced documents.)*
[2] *See* Dr. Hsieh's deposition [42], page 267, line 5 ("*Q. And if you input a rock compressibility of 6 microsips, your model yielded a cumulative flow estimate of 3.4 million barrels? A. That's correct*"); page 269, line 3 ("*A. I believe that it will give a number similar, close to 2.9 million barrels*"); Exhibit 8635, pages 73 and 74.

M J Blunt Expert Report

highlighted in red are assumptions that have a significant impact (>0.5 MMstb) on the calculated cumulative release of oil. Each key input is discussed in more detail in the Section indicated in the table.

<u>SUMMARY OF DIFFERENCES BETWEEN THIS REPORT AND GOVERNMENT EXPERTS[3]</u>

| | Inputs into the material balance equation | | | Other key assumptions and comments | Impact on oil released |
|---|---|---|---|---|---|
| **Expert and method used** | **Connected oil volume**<br>*(See Section 4.1)* | **Compressibility**<br>*(See Section 4.2)* | **Pressure drop**<br>*(See Section 4.3)* | | |
| **My analysis:** material balance | 112 MMstb | 21.4 microsips (total)<br>6 microsips (rock) | 1,367 psi | *Based on measured data or pre-incident analyses & independent experts.* | **3.26 MMstb** |
| **Drs. Kelkar & Raghavan:** material balance | 124 MMstb<br>(110-137 MMstb)<br>• *Unsupported assumption of full reservoir connectivity.*<br>• *Over-stated conversion from reservoir to surface volumes.* | 27.7 microsips (total)<br>12 microsips (rock)<br>• *No evaluation of laboratory data to justify doubling of measured values for rock compressibility.* | 1,460 psi<br>• *Used curve-fitting method to extrapolate pressure.*<br>• *Wrong conversion from capping stack to reservoir pressures.* | *Calculated alternative estimate of 3.4 MMstb oil released using 6 microsips rock compressibility and an oil volume of 110 MMstb (See Appendix F.3).* | **+ 1.74** |
| | **+0.48 MMstb** | **+1.04 MMstb** | **+0.22 MMstb** | | **MMstb** |
| **Dr. Hsieh:** reservoir simulation | 110 MMstb<br>• *Assumed full connectivity.*<br>• *Overall value close to mine.* | 28.3 microsips (total)<br>12 microsips (rock)<br>• *No evaluation of laboratory data and unjustified doubling of measured values for rock compressibility.* | 1,583 psi<br>• *Poor late-time match between pressure data and model simulation.*<br>• *Wrong conversion from capping stack to reservoir pressures.* | *Assumed constant outflow path, with no analysis of erosion (See Section 3.5).*<br><br>*Admitted in deposition that model showed release of 2.9 MMstb using lab measurement of 6 microsips for rock compressibility (See footnote 2).* | **+ 1.66** |
| | **-0.08 MMstb** | **+1.22 MMstb** | **+0.52 MMstb** | | **MMstb** |
| **Dr. Pooladi-Darvish:** reservoir simulation | 137 MMstb<br>• *Unsupported assumption of full reservoir connectivity.*<br>• *Over-stated conversion from reservoir to surface volumes.* | 22.2 microsips (total)<br>6 microsips (rock)<br>• *Used same number for rock compressibility as my analysis, contrary to Drs. Kelkar & Raghavan and Dr. Hsieh.* | 1,654 psi<br>• *Wrong pressure conversion from capping stack to reservoir pressures, with under-estimated weight of well-bore oil.* | *Assumed constant outflow path, failing to disprove historical changes from erosion (See Appendix F.4).* | **+ 1.77** |
| | **+0.93 MMstb** | **+0.15 MMstb** | **+0.68 MMstb** | | **MMstb** |

---

[3] Sources: Kelkar & Raghavan report [KR], mid-range value, with a connected oil volume of 123.5 MMstb; Pooladi-Darvish report base case; for my values, I have averaged my calculation for the three sets of fluid data using the mid-range rock compressibility: see Section 4; I use an effective compressibility, not the total compressibility – see Appendix A – so that oil released is found by multiplying the values of the three variables together. Further details are provided in Appendix F.5. Note there is some rounding in the calculations for purposes of summary presentation.

M J Blunt Expert Report

There are three other overarching problems in the Government expert reports.

1. **Government experts assumed an unchanging outflow path, predetermining a total flow estimate of 5 MMstb.**  The experts who did not use the material balance method – Dr. Hsieh, Dr. Griffiths and Dr. Pooladi-Darvish – took an estimate of the final flow rate before shut-in, approximately 50,000 stb per day, and assumed that the flow rate during the preceding 86 days was even higher.  Of course, simple mathematics dictates that the outcome of a cumulative-flow calculation based on this assumption will exceed 4.5 MMstb.  They justified this approach by assuming that there were no impediments to oil flow in the well-bore, blow-out preventer or tubing that might have caused flow to be lower in those preceding days.  They did not prove this assumption; indeed, they hardly discussed it.  By contrast, the material balance method used here is not tied to an assumption about historical flow rates (*see* Section 3.5).

2. **Government experts assumed the reservoir oil was completely connected to the Macondo well, omitting to analyze geological features that the Government's non-litigation expert consultant said would limit connectivity**.  None of the Government experts analyzed the evidence from the Macondo geology and seismic analysis that indicates that the oil reservoir was not completely connected to the well.  This is a change from prior expert analysis commissioned by the Government.  Dr. Hsieh was told by the Government's consultant Prof. Fleming from the University of Texas that the "*geological evidence*" pointed to "*a significant probability of poor connectivity*" in the Macondo reservoir.[4]  The Government estimates therefore have an implicit upward bias from ignoring evidence that some of the oil was likely compartmentalized and hence cut off from flowing to the well (*see* Section 4.1).

3. **Government experts over-estimated flow by over-stating the pressure depletion in the reservoir.  They used an improper conversion from the pressure measurements at the capping stack to the pressure inferred in the reservoir.  They did not account for pressure increases as the oil trapped in the well-bore cooled.**  The estimates of oil flow by Drs. Kelkar & Raghavan, Hsieh and Pooladi-Darvish over-stated the reservoir pressure depletion that drove the flow.  All of these experts used the pressure measurements taken from the capping stack mounted above the blow-out preventer, as did I.  These were used to deduce the bottom-hole or reservoir pressure.  But between the capping stack and the reservoir was a column of trapped oil thousands of feet tall. So the reservoir pressure was higher than at the capping stack – it had a column of oil sitting above it.   This "head" is a function of the density of the trapped oil.  The density rose following the shut in.  The oil was hot as it flowed from the reservoir to the ocean.  When flow stopped, the oil cooled down, gradually becoming heavier.  The Government experts based their calculation on measurements of capping stack pressure increasing slowly over time, but the reservoir pressure was rising faster than they suggest: there was an extra factor – the weight of oil – that was also increasing.  As we will see below, none of the Government experts presented an analysis accounting for this changing oil density.  By assuming the oil was hotter and lighter than it actually was, indeed unfeasibly hot, they end up over-estimating pressure depletion, and hence the oil flow (*see* Section 4.3).

---

[4] *See* Exhibit 8624 (presentation to the USGS) [64], slide 7.

M J Blunt Expert Report

# 3. The material balance method to calculate oil released

This Section explains the methodology used in my analysis, known as material balance, which also was used by the Government experts Drs. Kelkar & Raghavan.

Flow from the Macondo well involved two distinct physical systems. One consisted of the well-bore and equipment through which hydrocarbons flowed upward and into the ocean. Before entering the well-bore, the hydrocarbons had to flow through the rock in which they had been stored. This second system is called the reservoir.

I will first provide a brief overview of reservoir engineering as it pertains to this case, then introduce the particular methodology used in my analysis.

## 3.1   Introduction to reservoir engineering best practice

One hundred years ago at Imperial College London, where I teach, Vincent Illing began pioneering methods for appraising petroleum reservoirs. Reservoir engineering has evolved ever-more-modern tools to predict the behaviour of hydrocarbon fields, harnessing the power of high-speed computing. I have helped develop some of these tools, and have founded two start-up companies to pursue innovative approaches to predict fluid flow. But the results from any model, no matter how sophisticated, are only valid if the inputted data are sound. Therefore, best practice requires the reservoir engineer to check the model against measurements and analysis from other disciplines, such as geology.

The Government experts have (1) repeatedly inputted data contradicted by laboratory measurements and then (2) omitted the important process of geological verification. Thus they have: overlooked the likelihood that the reservoir was not fully connected to the well (*see* Section 4.1); ignored laboratory measurements of rock compressibility (Dr. Hsieh and Drs. Kelkar & Raghavan, *see* Section 4.2); and neglected the changing temperature of the oil in the well-bore column, thereby over-stating the pressure depletion (all Government experts, *see* Section 4.3).

## 3.2   The material balance method used by Government experts and me

The most basic principle in reservoir engineering, and the cornerstone of this report, is material balance.[5] As the Government expert report by Drs. Kelkar & Raghavan states, "*material balance [is] a standard petroleum engineering calculation based on the principle of conservation of mass.*"[6] Because conservation of mass is a universal law of physics, material balance calculations can be used to analyze the work of the other Government experts as well, since their software packages (if they are valid) are written to conserve mass. This is why, for example, Government expert Dr. Hsieh calculated the same

---

[5] *See*, for instance, the standard textbook by Dake (1978).
[6] Kelkar & Raghavan report [KR], page 23.

M J Blunt Expert Report

cumulative production that I do when he input a rock compressibility consistent with laboratory measurements.[7]

Here is how material balance works. When the well is drilled through the reservoir, it encounters the fluids in the reservoir rock: oil and water. These fluids are stored at very high pressures in tiny pore spaces. Figure 3.1 shows a core sample of the Macondo rock, accompanied by a microscopic image of a sandstone with similar properties. The rock is under enormous pressure from the weight of rock above it. The well allows a release of oil out of the reservoir to the surface. As oil starts to flow through the rock's connected pores, the pressure of the oil in the reservoir decreases. When the pressure decreases, the remaining oil expands, pushing the oil out of the reservoir. As the pressure of the fluids within the rock pores drops, the rock is compressed down, squeezing the pore spaces, pushing out more oil. The material balance principle says that the volume of oil that comes out of the reservoir must be equal to the combined volume expansion of oil (and to a lesser extent water) and the compression of the rock pore space. To calculate the oil produced from this fluid expansion and rock compression, we need know only the compressibility of the fluids and rock, the size of the reservoir connected to the well, and the change in pressure. These are the three variables that will be discussed throughout the remainder of this report.



Figure 3.1. Macondo sandstone core (left) and a microscopic cross-section of a quarry sandstone called Bentheimer.[8] The mean grain size of the Macondo sandstone is indicated by the red bar.[9] The Macondo sandstone has a similar average porosity, but a smaller grain size than Bentheimer. Bentheimer sandstone is used in buildings, including the pedestal of the Statue of Liberty.

---

[7] *See* Dr. Hsieh's deposition [42], page 267, line 5; page 269, line 3; Exhibit 8635, pages 73 and 74.
[8] Taken from Blunt *et. al* (2013).
[9] BP-HZN-2179MDL02394186 (Weatherford's grain size analysis) [25]. The picture is taken from WFT-MDL-00039841 (Weatherford's core photographs) [51].

M J Blunt Expert Report

In even simpler terms: the pressure-driven change in the volume of oil, water and rock pore space in the reservoir is equal to what comes out of the well. This is the central concept in reservoir engineering: we relate what was produced to changes in the reservoir. We keep track of the volume of oil produced by calculating the volume of oil displaced from fluid expansion and pore contraction.

The measurement that gauges how much oil is produced is the reservoir pressure. This concept is illustrated in Figure 3.2 by analogy with a barbecue propane tank. The gauge on the tank measures the gas pressure. Likewise, in the material balance method, one input is the change in reservoir pressure.

In the barbecue propane tank, the volume of the tank determines how much gas is produced for each incremental drop in pressure. Likewise, the larger the original volume of oil in the reservoir, the more oil is produced for a given pressure drop. Thus, the original (connected) volume of oil in place is another input in the material balance equation.

The driving factor of compression is also analogous between the barbecue tank and the reservoir. While barbecuing, the propane gas expands in the tank, propelling the flow, just as in the Macondo reservoir, the expansion of oil and the compression of rock pore space drove the flow of oil. This combined compressibility of oil, water and rock (the first two expanding, the third contracting) is the final material balance variable.

I calculate that the Macondo pressure gauge indicates that 2.9% of the oil in the reservoir was produced during the spill: this equates to around 3.3 MMstb (*see* Sections 4.2 and 4.3).



**Figure 3.2.** A schematic of material balance using a barbecue propane tank as an analogy. The gauge records the fraction of gas remaining in the tank. At the end of the incident, I calculate that the Macondo oil gauge read 97.1% (shown by the red arrow): 2.9% of the oil connected to the well had been released. This represents a pressure drop of almost 1,400 psi.

The advantage of the material balance approach is that it does not require knowledge of changing flow rates over time, instead computing directly the total amount of oil produced. It avoids the error of the Government's experts in assuming an unchanging flow path of the oil from the reservoir to the surface. This Government error led to the extrapolation of a final flow rate of 50,000 stb per day (or higher) to the whole period of the spill, pre-ordaining the outcome of the cumulative flow calculation (*see* Section 3.5).

11

M J Blunt Expert Report

## 3.3    Material balance equation

The material balance equation for the oil released, $N_p$, can be written as follows:

Oil released $\longrightarrow$ $$N_p = N \times c \times \Delta p$$ $\longleftarrow$ Pressure drop – from capping stack pressure analysis

Oil volume connected to the well – from seismic surveys, geology and pressure anlaysis

Compressibility of rock and fluids – from fluid and core measurements

(3.1)

**3.3.1 Oil connected to the well.** The oil volume contained by the Macondo reservoir, $N$, can be calculated from an analysis of the seismic survey – performed before the well was drilled – that finds the overall extent of the field. Each of the Government experts used this method, as do I. In petroleum engineering it is common to refer to the stock tank oil initially in place, or STOIIP. This is the total amount of oil in the whole field. In a proper material balance analysis, however, it is not STOIIP that we need, but the volume of oil that was connected to the well. As we discuss later in Sections 4.1 and 5, it is unlikely that this one well was connected to all the sandstone channels in Macondo: the $N$ we use in the equation can be less than the STOIIP determined from the seismic survey. The value of $N$ is informed by the seismic survey, the geology of the field and the analysis of the pressure data.

**3.3.2 Compressibility.** This is the combined compressibility of the rock, water and oil in the pore space.[10] It measures the fractional change in volume per unit decrease in pressure. Technically, this is called "compressibility," even though in our case the fluids are expanding. An analogy would be the air in a bicycle tyre. If you release the pressure, the air expands and flows out of the valve. More compressible fluids expand more as the pressure is dropped, pushing out more oil. In the reservoir, the fluid pressure drops and the fluids (oil and water) expand, pushing oil out through the rock pores and into the well. The rock also gets compressed – like squeezing a sponge to release water – and this adds to the production. Unlike sponges or air, the compressibility of the rock and fluids we consider is much lower, so the change in volume is relatively smaller.

**3.3.3 Pressure drop.** The third and final quantity in the material balance equation is $\Delta p$, the pressure drop in the reservoir. This is the difference between the initial reservoir pressure and the final pressure: $\Delta p = p_i - p_f$. The final pressure is the average pressure in the reservoir at the end of the spill after the well has been closed: it is the pressure in the well at reservoir depth only after a very long time, once the pressure everywhere in the reservoir equalizes, which takes time, since it involves communication through tiny rock pores, rather than the open space of a bicycle tyre. Thus, we cannot simply derive this number by using the pressure in the well when the capping stack was shut and the spill ended, nor even when the well was cemented in almost three weeks later: the pressures at these earlier times vary across the reservoir and will be lowest at the well. It takes a long time for the pressures throughout the reservoir to even out, so the final equilibrium pressure is always greater than that measured at the well soon after the flow ceases.

---

[10] *See* Appendix A.4 for the precise derivation the compressibility, $c$, defined so as to obey material balance exactly. The equations more normally employed – Eqs. (A.6) and (A.7) – are exactly equivalent to Eq. (3.1).

M J Blunt Expert Report

Thus, to deduce the final average pressure, we need to extrapolate the final pressure readings to very late times. As do my Government expert counterparts, I obtain the final average reservoir pressure by constructing a mathematical model. This model predicts the pressure increases that would have occurred after the well was cemented and measurements were thereby cut off. This is discussed in Section 4.3.

## 3.4   Each input into my material balance equation was adopted, at some point, by a Government expert

For every key input that I use in the material balance equation, there is a Government investigator who agreed with my value: the problem is simply that none of the Government expert reports consistently used data that corresponded to measured values throughout their calculations. Table 3.1 provides a pictorial illustration of the three key variables employed in the material balance equation by the Government investigators: it is a simplification of the Section 2 summary table. Green indicates that they considered values in line with my calculations, while red indicates the use of values that contradict direct measurements. They all made different mistakes to arrive at the same answer of 5 MMstb.

| Investigator | Oil volume | Compressibility | Pressure drop |
|---|---|---|---|
| Drs. Kelkar & Raghavan[11] | | | |
| Dr. Hsieh | | | |
| Dr. Pooladi-Darvish[12] | | | |

Table 3.1.  Table showing where the values for the three key properties in the material balance equation employed by Government investigators broadly correspond to my determinations (green), or are significantly different (red).

Before proceeding with a more in-depth discussion of these differences, I will briefly contrast the material balance method and the methodologies of Government experts Drs. Hsieh and Pooladi-Darvish that take a final flow rate and extrapolate back in time to find the total oil released.

## 3.5   Contrast with the non-material balance methods used by Government experts

**3.5.1 Calculating the final flow rate and then extrapolating it backward for the entire spill period makes the unproven assumption of no outflow configuration changes over time.** The expert reports of Drs. Hsieh and Dr. Pooladi-Darvish take a calculated flow rate of around 50,000 stb/day near the end of the spill, and then assume or posit that the rate was higher throughout the preceding period of the incident.[13] The end result will necessarily be a cumulative flow calculation of 4.5 MMstb or more. It is based on the assertion that the resistance of the flow path of oil from reservoir to the ocean remained unchanged; the only influence on rate would be the depletion of reservoir pressure, causing the rate to fall gradually over time.

---

[11] *See* Kelkar & Raghavan report [KR], page 28: lower bound case assumes STOIIP of 110 MMstb, consistent with my analysis; upper case assumes a value of 137 MMstb, which is not.

[12] Dr. Pooladi-Darvish's overall compressibility lies within the range of the measurements, although the oil compressibility is over-stated; *see* Section 4.2.

[13] *See* Pooladi-Darvish report [PD] between 51,600 and 54,200 stb/day; Dr. Hsieh has 52,603 stb/day (Exhibit 8617 (Hsieh pressure analysis)) [44].

M J Blunt Expert Report

This constraint explains how Dr. Pooladi-Darvish, who considered 25 quite different scenarios, can apparently match the pressure data with only a narrow range of cumulative-release numbers at or near 5 MMstb; when he relaxed the assumption of a constant outflow, he was able to find lower values.[14] His superficially impressive array of seemingly diverse simulations essentially answers the question: "If I *assume* a cumulative flow of around 5 MMstb, what are the consistent reservoir properties?" As I show in Section 4 and in Appendix F.4, the reservoir properties that he input to make his model match the pressure data lie outside the measured values, precluding the ability to validate his assumption of constant outflow. This is a key flaw in this approach: since it is not possible to know the outflow with any certainty during the earlier part of the spill, these assumptions are, at best, somewhat speculative, and in any event, do not truly amount to an independent assessment of cumulative flow.

**3.5.2 Evidence for an increasing flow rate caused by erosion of obstacles in the flow path.** There is persuasive evidence that the outflow configuration did, in fact, change over time. For example, Phase 1 expert Dr. Emilsen concludes that at the time of the blow-out, the oil flowed into the well-bore over a restricted interval of the reservoir, perhaps because of residual cement blocking the flow. This would lead to an additional pressure drop between the reservoir and the well-bore, causing a slower flow rate at the outset of the incident, rather than the higher rate assumed by the Government experts. At the end of the incident, just before the well was cemented, the injectivity test showed negligible resistance: the measured pressure increase on injection was an order of magnitude less than if these impediments were still present.[15]

Outflow impediments in oil wells are common: petroleum engineers are accustomed to planning for huge losses in pressure (the driving force of flow rate) from such restrictions. However, petroleum engineers generally consider them to be fixed over time, unless particular efforts are made to increase the flow from the well (by injecting acid, fracturing or making new perforations through the casing). This perhaps explains why Dr. Hsieh neglected this effect completely, while Dr. Pooladi-Darvish considered only a constant additional flow resistance.

Unlike a normal well, the Macondo oil flow was unplanned and uncontrolled: the flow resistance between the reservoir and the well-bore most likely decreased over time, as the oil forced its way through more of the formation, perhaps through erosion of the cement, and as abrasive materials in the oil (such as sand or cement fragments) eroded barriers to flow, either in the blow-out preventer or in the equipment clogging the bottom of the hole. It is likely that initially there was a very large pressure loss down-hole, giving a low initial flow rate, which then rose over time as the restrictions eroded, even if we ignore changes in the surface equipment. It is very difficult to make a reliable estimate the magnitude or duration of this effect, making any calculation of cumulative flow that depends on assumptions about historical flow rates – particularly in the early period of the spill – highly unreliable. Government estimates that assume away this problem (Drs. Hsieh, Pooladi-Darvish, and Griffiths) are therefore unreliable. This confirms why it is so important to have an independent analysis that assesses the cumulative flow directly, such as the material balance method used here. Indeed, this is accepted

---

[14] *See* Pooladi-Darvish report [PD], page 26.
[15] *See* Final Emilsen report [27] and Appendix E.3 for further discussion and quantitative analysis.

M J Blunt Expert Report

by Drs. Kelkar & Raghavan who, while they estimated a final flow rate, used material balance to compute the cumulative release.

**3.5.3 Analogy that illustrates the advantage of the material balance method over the Government method of assuming a constant outflow configuration and extrapolating backward from a final flow rate.** Imagine that one evening a police officer arrests a thief who is emerging from a hole through the side of a building that connects to a bank vault. The thief is arrested and found to be carrying around $53,000. The police look at closed circuit television pictures and notice that this hole has been present for 86 days. Then they guess that the daily take was higher at the outset, perhaps because the thief initially selected stacks of higher denominations, so they assume an average daily loss of, say, $58,000. The newspaper headlines say "$5 million taken in bank heist." Through a well-meaning series of unverified assumptions, this would exaggerate, if not the amount stolen, then the degree of underlying uncertainty. As we have discussed, this is akin to the erroneous assumptions and extrapolations made by some Government investigators.

Now, imagine further that the bank is insured for this loss, so they contact their insurers with these estimates and ask for $5 million in compensation. Would the insurers pay? No, they would ask the bank to check their records and say how much was in the bank vault before the hole was made, and then return to the vault, count the money and report the difference. This may be more or less than $5 million, but avoids the somewhat difficult and problematic analysis of exactly how much was stolen on each of the 86 days.

Material balance is the petroleum engineering equivalent to counting the money in the vault. It accounts for the oil volume in the reservoir before and after the spill, to provide a direct calculation of the total volume of oil released. It does not rely on an assessment of flow rate at any given time.

## 3.6 Sequence of the material balance method to be discussed here

Figure 3.3 is a flowchart that summarizes the approach I will follow. I will determine the value for the three parameters in the material balance equation – volume of oil, compressibility and pressure drop – based on measured data or pre-incident analysis supplemented by independent expert assessment.

I find an effective compressibility of around 21 microsips, including the 6 microsips for rock compressibility, based on independent laboratory measurements. I find the pressure drop to be 1,367 psi. If we multiply the compressibility by the pressure drop, we obtain the fraction of the oil in the reservoir released: this is 0.029 or 2.9%. I deduce that the connected oil volume is likely to be around 112 MMstb. Then the volume of oil released is 112 MMstb multiplied by 0.029, giving 3.26 MMstb.[16]

I will also calculate a range of cumulative flow, from 2.9 to 3.7 MMstb, defined by the range in values assigned to the material balance equation variables. The range for those variables is derived from the variation of laboratory measurements of fluid and rock properties (*see* Appendix A). Thus, my cumulative flow calculation is based on experimental measurements, but my quoted range is also tied directly to the variability of measurements. In other words, my approach is data based.

---

[16] *See* Section 4 for actual numbers used; for this introduction I am using averages of my mid-range calculations.

M J Blunt Expert Report

My calculations are also conservative.  Where the data are susceptible to interpretation, I take values that would lead to the highest estimate of oil released.  For oil volume, I have assumed a connectivity consistent with the highest plausible assessment of permeability (the ability for fluids to flow) (*see* Section 4.1).  For compressibility, I allow the highest measured value from one rock sample, even though it appears inconsistent with my review of the literature (*see* Section 4.2).  For pressure drop, I ignore the effects of cooling from the ocean that would make the oil denser, leading to a larger pressure drop (*see* Appendix B).

In the Sections that follow, and in the Appendices, I will carefully assess every input, reviewing the direct measurements and placing them in the context of the scientific literature.  I also take information from independent experts who have looked at different aspects of this problem: pressure analysis, fluid properties, pressure readings and rock mechanics.  I also look for mutual consistency between different assessments of reservoir properties.  This follows best practice: a conscientious reservoir engineer combines insights from experimental measurements, geophysical surveys (the seismic) and geology. Finally, I will contrast the approach to each variable used by the Government experts, highlighting where they have departed from measured data.

M J Blunt Expert Report

# 4. Determination of the parameters used in the material balance equation

This Section has three parts, each discussing one of the three properties in the material balance equation, which when multiplied together give the total oil released: the oil volume; the compressibility of fluids and rock; and the pressure drop.  The Government counterpart to this discussion in found in the report of Drs. Kelkar & Raghavan, who apply material balance in their Section III, at pages 23-28.

## 4.1   First variable:  connected oil volume

Each of the Government experts who have studied the Macondo reservoir has used the same number as I do for connected oil volume  – around 110 MMstb – as either their sole value, an alternative base case, or as one end of their range of input values.  Dr. Hsieh employed this value exclusively; Dr. Pooladi-Darvish adopted it for what he termed his analytical case; while Drs. Kelkar & Raghavan used it as their low-end estimate.[17]

Drs. Kelkar & Raghavan and Dr. Pooladi-Darvish used a higher value of 137 MMstb for their high-end and simulation base cases, respectively.  Their starting point though was the same as mine:  they accepted BP's pre-drill seismic analysis of the volume of reservoir rock.  We part ways in two subsequent steps in the calculation.  Firstly, they assumed that all the oil contained in the reservoir was connected to the Macondo well, as I discuss immediately below.  Secondly, they over-estimated the translation to surface oil volumes, using a conversion factor different from that measured directly on Macondo oil samples.  I will discuss this issue in Section 4.1.8.

**4.1.1 Geological complexity is ignored in the Government assumption of 100% oil connectivity.**  None of the Government reports considered the reservoir geology.  They assumed – without discussion – that all the oil in the field is connected to the well.  The US Geological Survey (USGS) did consider the geology of Macondo in an internal presentation co-authored by Prof. Flemings from the University of Texas, who concluded: "*It is geologically reasonable that there is limited channel connectivity,*"[18] yet Dr. Hsieh from the USGS did not mention connectivity in his published analysis.

Connectivity directly affects the calculation of the amount of oil released, which under the material balance equation is proportional to the volume of oil contacted by the well; if the reservoir has limited connectivity, then less oil flows.  The connectivity is controlled by the structure of the sandstone channels comprising the reservoir, so some discussion of the geology is in order.

**4.1.2 Geological history and resulting complexity of reservoir structure.**  For 50 million years the Mississippi River and its tributaries have been transporting sediment from the erosion of the North American mountain ranges – grain by grain – down to the Mississippi delta.

---

[17] Sources:  IGS642-000215 (Dr. Hsieh's 10/13/2010 Pre-decisional draft report, Tables 1 and 2) [11]; Drs. Kelkar & Raghavan [KR], page 28, Tables 9 and 10; Dr. Pooladi-Darvish [PD], Appendix II, slide 31 mentions "*OOIP=109 MMSTB.*"

[18] *See* Exhibit 8624 (Geological evidence for an elongate, heterogeneous reservoir) [64], slide 6.

M J Blunt Expert Report

Some of these sediments became the Macondo field, which lies 40 miles off the shore of Louisiana, approximately 130 miles SE of New Orleans, beneath the Gulf of Mexico – see Figure 4.1. The water depth is almost 5,000 ft and the oil reservoir itself lies a further 13,000 ft under the sea bed.



**Figure 4.1. The location of the Macondo field under the Gulf of Mexico in the Mississippi Canyon area. The field is below deep water, just off the continental shelf.** [19]

The Macondo reservoir is formed of sand deposited in the Middle-Miocene age – around 13 million years ago.[20] The sand was deposited in underwater flows called turbidites. These flows follow a variable path over the course of geologic time, forming long, sinuous channels that can accumulate in different geometric patterns like those shown in Figure 4.2. The reservoir was formed of several of these channels with impermeable mud in between. They were deposited within a NW-to-SE trending "fairway" several miles wide. Over time, huge volumes of further sediment have been laid down, crushing the sand at very high pressures and temperatures, fusing the grains together and forming sandstone. Sandstone is porous, and if the pores are sufficiently connected, oil can flow into and through them. The mud sediments that were deposited in between the sandstone channels became shale upon burial over geologic time. Shale is largely impermeable to the flow of oil.

---

[19] BP-HZN-2179MDL00059145 (BP Shallow Hazards presentation, [29]).
[20] BP-HZN-2179MDL03290054 (BP Post-Well Subsurface Technical Memorandum) [6], page 3; BP-HZN-2179MDL05181294 (Macondo Review, slide 24) [36].

M J Blunt Expert Report



**Schematic of a channel complex**

**Turbidite channels in the Gulf of Mexico imaged from a seismic survey**



**Figure 4.2.** Left is a schematic of the structure of a turbidite channel complex, an arrangement of individual sinuous sandstone channels.[21] Right is a seismic (sound wave) image showing such channels from the Gulf of Mexico.[22] Macondo was so deep though that seismic surveys could not discern individual channels.

Figure 4.3 shows a cliff face of part of a turbidite channel complex, highlighting the shale lenses and layers that can cut off continuity of flow between adjacent sand channels.



**Figure 4.3.** A cliff face at Fisherman's Point in Ireland illustrating the interbedding of shale and sandstone typical of a turbidite channel complex.[23] The green shows a channel margin (or edge, where the sand is interspersed with less permeable sediment) while the red lines delineate individual channels (the layers of rock). The pale blue (top left) and purple (right) indicate impermeable shale and mudstone, at the sides of the channels, which blocks the flow between channels.

**4.1.3 Connectivity analysis of the Macondo geology.** If we knew the exact geometric relationships of the various channels making up the Macondo reservoir – which ones were connected, and to what extent any were compartmentalized by shale layers or faults – then we could quantify what percentage of the total oil in the reservoir sandstones was drained by the Macondo well. However, the information needed to determine connectivity is incomplete and not conclusive. But as we will see, there is strong evidence of compartmentalization. Let us examine this evidence.

The figure on the cover page of this report shows how the oil-bearing sandstone channels connected to the Macondo well might be arranged. The reservoir is composed of several meandering channel

---

[21] McHargue *et al.* (2011).
[22] Posamentier and Kolla (2003).
[23] Alpak *et al.* (2013).

M J Blunt Expert Report

complexes.[24] Each channel complex is approximately 40-100 ft (15-30 m) thick, and up to a mile (1,600 m) wide. The reservoir is several miles long. This image is BP's interpretation of a seismic survey,[25] which sends sound waves through the rock; the waves that return produce an image of the subsurface.

Figure 4.4 is a schematic showing how the well cut through three sandstone channel complexes (layers). Also shown in red is a so-called seismic wavelet, to show that the wavelength of the sound waves sent through the rock to image the field is longer than the thickness of the sandstone channels, and so the waves cannot discretely resolve them. We do not know exactly how the channels are arranged in the subsurface; the seismic survey only indicates where the hydrocarbon-bearing sandstone is likely to be located, on average.



Figure 4.4. Schematic showing that the Macondo well cut through three sandstone channel complexes (layers).[26] Note the channel complex on the left that is not connected to the well.

I will now consider the possible structure of the Macondo reservoir in Figure 4.5, juxtaposed with the BP's pre-drill seismic interpretation. The BP seismic image by itself does not discern individual channels, let alone reveal their degree of connectivity. Instead what is shown is the presence and inferred thickness of oil-bearing sandstone: green represents a relatively thick layer, with blue then purple indicating – on average – less oil. Black represents water-filled rock, or impermeable shale or salt.

---

[24] See McHargue et al. (2011) and Alpak et al., 2013) for more precise descriptions of the variable levels of complexity and corresponding refinements of terminology of turbidite complexes. I will use a simplified vocabulary: a channel complex comprises one layer encountered by the well and makes a connected path through the reservoir.
[25] BP-HZN-2179MDL04440238 (BP seismic survey presentation, slide 10) [17].
[26] BP-HZN-2179MDL04440238 (BP seismic survey presentation, slide 1) [17].

M J Blunt Expert Report

4.    The Macondo well likely contacted three of these complexes: these are the three layers encountered when drilling the well – shown in Figure 4.5 as the red, orange and yellow strands of clay.

5.    The oil volume contacted by the Macondo well represents the majority of the total volume of the field, but not all of it.  The oil in some of the channels cannot flow to the well.  These are the lilac-coloured channels in the picture.  This is consistent with BP's interpretation – see Figure 4.4 – where the channel complex to the left is not connected to the well.

6.    There could be other sources of compartmentalization, such as faults, and there is some indication in the seismic data that faults cut the Macondo channels.[28]

**4.1.4 Evidence for limited connectivity in channelled reservoirs**.  The original development plan for Macondo proposed drilling three wells to produce the field.[29]  Three wells – as opposed to one – would lead to higher production rates, but also has the advantage of ensuring that the vast majority of the reservoir volume would indeed be connected to at least one of these wells.  To quote from BP's *pre-drill* assessment[30] "*Estimate 80% of prospect resource recoverable from wells on MC 252*." What this means is that even with three wells and a production time of several years, BP considered that only 80% of the field would be drained. BP stated that a single well "*will confirm 63% of the predicted resource volume.*"[31]  BP considered "*In the event of a compartmentalized reservoir, additional wells may be required to adequately drain the reservoir.*"[32] In the opinion of BP geophysicist Dr. Ritchie "*I think it is a very unlikely case that one well would drain the fully connected volume.*"[33] He also states ".. *the fully connected volume I believe is unrealistic.*"[34] BP's geological review states:[35] "*Flooding along the axis of the channel may result in good … communication.  Flooding across the channel ….. with the risk that permeability barriers prevent pressure support at the producer.*"

Based on BP's analysis *before* the accident and the interpretation of their geologists, the Government experts' assumption that the well drained the entire field will over-state *N* in the material balance equation.  It is very likely that not all the oil-bearing sandstone channels in Macondo intersect or otherwise conduct flow across the shale barriers that separate them.

Published petroleum reservoir literature also recognizes that the connectivity of turbidite channel reservoirs is a problem in field development:[36]  "*operators have encountered severely impaired reservoirs ….. attributed in large part to reservoir compartmentalization.*"[37] Dr. Kelkar is a co-author on a paper[38] that states, in reference to deepwater fields, "*some of these reservoirs are highly*

---

[28] For instance the red line in the BP seismic (upper part of the figure).
[29] BP-HZN-2179MDL06566208 (BP Pre-Drill Review) [31], slide 24.
[30] *Id.,* slide 24 [31]; BP-HZN-2179MDL02107723 (BP Technical Assurance Memorandum, Section 3, row 11) [10].
[31] BP-HZN-2179MDL02107723 (BP's Technical Assurance Memorandum, [10]) Section 3, row 11.
[32] *Id.,*.
[33] *See* Bryan Ritchie Deposition [46], page 322, line 21.
[34] *Id.*, page 324, line 17 [46]; see also *Id.*, page 325, line 13 [46]
[35] BP-HZN-2179MDL06604338 (BP's presentation of reservoir geology, slide 2) [39].
[36] *See*, for instance, Abreu *et al.* (2003), Ragagnin and Moraes (2008), and Alpak *et al.* (2010).
[37] Alpak *et al.* (2010).
[38] Liu *et al.* (2008).

*compartmentalized*." Limited connectivity has hampered production in channelled turbidites in the Schiehallion field West of Shetlands, the Bittern Field in the North Sea, and the Ram Powell field in the Gulf of Mexico.[39]

**4.1.5 Government experts deduce smaller reservoir areas without reducing connected volume**.  Later in this report we will discuss how both the Government experts and I use measurements of the pressure build-up after well shut-in to deduce the size and shape of the Macondo reservoir (*see* Section 4.3). Every expert found that the connected reservoir has a smaller area (and width) than determined from BP's seismic analysis in Figure 4.5.[40] BP likewise used pressure analysis after choke closure and also presented a model with a smaller area.[41]  This suggests that the well-known geological phenomenon of compartmentalization of turbidite systems has indeed limited the connectivity of the greater Macondo reservoir shown by BP's seismic analysis.    Yet the Government experts omit the next step of proportionately reducing their connected volume of initial oil.  "*The primary job of a reservoir engineer*," Drs. Kelkar & Raghavan tell us, "*is to obtain a production forecast . . . after addressing three primary questions: . . . (3) how much of the available quantity of fluid may be produced*."[42]  Yet they did not assess what percentage of the Macondo field could be produced by the single Macondo well.

Finding a smaller area from a pressure analysis does not alone prove poor connectivity: the geology has to be considered carefully to determine if it is plausible that the whole field can drain to the well in the times indicated by the pressure analysis: I suggest that this is not possible for the BP seismic interpretation (*see* Section 5).  It is unreasonable to suggest that oil located far beyond the boundaries detected by the pressure analysis can reside within these confines.

**4.1.6 My method for assessing connectivity and connected oil volume.** I use the area I compute from the pressure analysis.  I take the largest plausible permeability value, which gives the largest area. I assume that the oil outside this area is not connected to the well, but that the reservoir thickness is only 10 ft in these regions: the purple areas shown in Figure 4.5. 10 ft is the limit of the seismic interpretation,[43] so this is a lower bound on the disconnected volume, or an upper bound on connectivity. This is the most optimistic assessment of connectivity that is consistent with the pressure analysis, the seismic interpretation and calculations of permeability.  The details are given in Section 5: dependent on the fluid and rock properties assumed, the connectivity is 87-90%. From Figure 4.5, this is evidently a very generous interpretation, placing the vast majority of the oil in the yellow, red and orange channels while making the lilac channels very thin in comparison.  This approach will give a plausible upper bound on oil released.

---

[39] Govan *et al.* (2006), Alpak *et al.* (2010), Alpak *et al.* (2013).

[40] IGS642-00215 (Hsieh's draft report, page 12, Table 2 (1,958 acres: 22,270 ft length times 3,830 ft width) [11]; Pooladi-Darvish report [PD], Appendix V, slides 4 and 5 (between 1,686 and 2,228 acres, using the quoted widths and lengths); BP's mid-range area is 4,482 acres.  BP-HZN-2179MDL05173765 (BP gross rock volume assessment) [30].

[41] *See* Dr. Levitan's deposition [56], page 141, lines 14 and 15 (2,185 acres).

[42] *See* Kelkar & Raghavan report, [KR], page 31.

[43] *See* BP-HZN-2179MDL05173765 (BP's gross rock volume assessment) [30], slide 1, most likely case: "*10 ft cutoff footprint (noise background).*"

M J Blunt Expert Report

I contrast my approach with that of the other Government investigators in Table 4.1 below.  I allow a larger connected area than all the other experts, but this is still smaller than inferred by BP in their seismic interpretation (4,482 acres).  In brief, the Government investigators squeezed too much oil into their models of the reservoir.

**4.1.7 Oil volume underground.** Table 4.1 also shows the total oil volume in the reservoir.  Having calculated the extent of the rock containing oil, we need to determine how much oil is in this rock.  This is done using logs of down-hole measurements of porosity (the fraction of the rock that is void space) and saturation (the fraction of the void space that contains oil – the rest contains water).  I follow the same approach here as Dr. Kelkar & Raghavan and find virtually identical numbers; Dr. Pooladi-Darvish and Dr. Hsieh also used values that correspond to mine.  Since there is no disagreement on this part of the analysis – either in terms of the method or the conclusions – and since it is standard in any oil industry assessment, I leave the details to Appendix A.2.  Bear in mind, however, that while we agree on translating reservoir rock volume to reservoir oil volume, the similar numbers mask the issue discussed in the preceding sections: the Government numbers do not account for the geological evidence of incomplete connectivity.

| Expert | Reservoir area from pressure analysis (acres) | Connectivity | Reservoir volume (MM reservoir barrels) | Surface volume (MMstb) |
|---|---|---|---|---|
| *My analysis*[44] | 1,931-2,590 | 87-90% | 258 | 109-114 (112 mid range) |
| **Drs. Kelkar & Raghavan**[45] | Not stated | Assumed to be 100% | 293 | 110-137 (124 mid range) |
| **Dr. Hsieh**[46] | 1,958 | Assumed to be 100% | 259 | 110 |
| **Dr. Pooladi-Darvish**[47] | 2,167 | Assumed to be 100% | 296 | 137 |

**Table 4.1.  Areas and oil volumes connected to the well proposed by me and the Government experts.**

**4.1.8 Conversion of oil volume to surface conditions**.  Our focus now switches from the rock to the fluids contained within them.  Macondo oil samples were collected using down-hole tools before the accident.  Three laboratories – Schlumberger, Intertek (Westport Labs) and Core Labs (Pencor)[48] –

---

[44] I show the full range of connected areas and connectivity, the mid-range determination of reservoir volume and the range of surface volumes using the mid-range rock compressibility.  *See* Section 5 and Appendix D.1.6 for further details.

[45] From Kelkar & Raghavan report [KR], page 27.  Also considers 110 MMstb, ([KR], page 28) so the mid-range oil volume is 124 MMstb quoted in the summary table in Section 2 and Table 4.1.

[46] Values computed from values in Dr. Hsieh's draft report [11], Tables 1 and 2.

[47] Dr. Pooladi-Darvish base case [PD], values from Appendix IV, slide 10.  Surface volumes found using $B_{oi}$ = 2.15306 in his simulation input files.

[48] I have taken data directly from their reports:  BP-HZN-2179MDL04440732 (Intertek fluid property report) [18], BP-HZN-2179MDL00063016 (Core Labs fluid property report) [19]; BP-HZN-2179MDL00063084 (Core Labs fluid property report with cover page) [20]; BP-HZN-2179MDL01608973 (Schlumberger Fluid Analysis on Macondo samples) [34]; BP-HZN-2179MDL01872218 (Core Labs fluid properties report) [35]; see Appendix A.1 for further details.

M J Blunt Expert Report

independently measured the properties of these samples. The measurements include a quantity called the formation volume factor ($B_o$): the ratio of the reservoir volume of oil to the surface volume.

The inconsistency in the estimates of original oil in place between the Government experts Drs. Kelkar & Raghavan and Dr. Pooladi-Darvish (137 MMstb) and me (around 110 MMstb, see Table 4.1) arises from both the consideration of connectivity (addressed above) and from a different conversion of a reservoir volume of oil to a volume measured at the surface (which we will discuss below). Background on *why* oil changes volume between the reservoir and surface will help resolve the correct method for *how* that translation should be calculated.

**4.1.9 Shrinkage of the reservoir oil volume from exsolution of dissolved gas with changing pressure.** Oil is a mixture of hundreds of different hydrocarbon components. Some of these – methane, ethane, propane and butane – are gases at the surface, which we refer to as stock tank conditions. When the pressure in the oil drops (for instance, as oil flows to the surface up the well-bore), these gaseous components come out of solution – see Figure 4.6.



Figure 4.6. When oil flows up to the surface, its pressure drops. Bubbles of gas exsolve from the oil. At the surface, both oil and gas are produced. The volume of oil at the surface is lower than that in the reservoir, because gas has come out of solution. The oil formation volume factor is the ratio of the reservoir volume of oil to the volume at standard or stock tank conditions (60°F and atmospheric pressure). In this analysis I calculate oil volumes at stock tank conditions.[49]

The pressure when the first gas appears is called the bubble point. The same phenomenon occurs when you open a can of soda: prior to opening, carbon dioxide is dissolved in the liquid at high pressure. When you release the pressure by opening the can, carbon dioxide comes out of solution and produces bubbles.

---

[49] Image from dehaanservices.ca

M J Blunt Expert Report

Macondo was an exceptionally light oil which shrank significantly when taken to the surface. As a result the shrinkage coefficient $B_o$ plays a major role in the calculation of oil released.

**4.1.10 Two different methods to convert to surface volumes.** Two approaches are used in the oil industry to convert from oil volume in the reservoir to oil volume at surface conditions. A higher amount of produced oil is calculated using the conversion factor produced by the Government's fluid expert Dr. Zick. He used a method known as multistage separation. This is what is used by oil companies to maximize volume during normal, planned production. When oil companies normally produce oil, they separate the oil and exsolved gas through a deliberately-engineered series of separators at a succession of decreasing temperatures and pressures. This multistage separation is designed to produce as much (valuable) oil, and as little (less valuable) gas as possible. The value of $B_o$ depends on the exact sequence of separations. It will be the lowest possible $B_o$, in order to produce the highest possible surface volume. Dr. Zick tries to construct the high-volume separation process that he asserts BP was planning to use if it produced oil from Macondo for sale. But of course, the Macondo oil was not produced in such a fashion. It flowed through various openings at different depths, temperatures and pressures over 86 days. BP's fluids expert Dr. Whitson tries to reconstruct what the actual multistage separation would have been during the incident, and derives a higher number for $B_o$, which yields a translation to fewer barrels at surface conditions. He also concludes, as do I, that the complexity of this analysis can be avoided by using the other industry method for conversion to stock tank conditions, known as a single-stage separation. This occurs when the oil and gas remain in contact as they are brought to surface conditions. Dr. Whitson finds that the number for $B_o$ using this definition is close the value derived from the appropriate multistage process. Thus, I will use the values of $B_o$ from the single-stage separation in my calculations.[50]

The measured value of $B_o$ for the single-stage separation used in my calculations ranges from 2.3 to 2.4 depending on the reservoir pressure.[51] Government expert Dr. Hsieh used a value similar to mine: 2.35.[52] Dr. Pooladi-Darvish and Drs. Kelkar & Raghavan used a significantly lower number of approximately 2.1.[53] Dr. Pooladi-Darvish, however, said that he used a single-stage method for the conversion,[54] so his number should be closer to mine.[55]

**4.1.11 Connected oil volume: 109-114 MMstb.** Table 4.2 shows my determinations of initial oil in place: there are three values, derived from the values of $B_o$ measured by the three different laboratories. Thus, as will be the case for each input variable, I base the range on the measured data.

I arrive at a number – around 110 MMstb – which has been agreed as plausible by all the Government investigators.[56] However, we arrive there by different methods. The Government experts omitted the

---

[50] *See* Appendix F.2 and Appendix A.2.
[51] *See* Table A.4.
[52] Dr. Hsieh's draft report [11], Table 1.
[53] Dr. Pooladi-Darvish value of 2.15306 for initial formation volume factor for his base case simulation model taken from his computer input files; Drs. Kelkar & Raghavan used 2.14 ( [KR] page 27).
[54] See Pooladi-Darvish report [PD], Appendix II, slide 45.
[55] *See* Appendix F.2, Table F.1 and Table A.4.
[56] All but one of Dr. Pooladi-Darvish's "good match" simulation models over-state the oil volume – Appendix F.4.

M J Blunt Expert Report

step of evaluating the geology and selecting and justifying an estimate of connectivity to the well of the various sandstone channels comprising the Macondo field.  Thus, their value for oil volume implicitly assumed a connectivity of 100%.  Furthermore, the conversion from reservoir to surface conditions used values that were not justified by direct measurements. Thus, their analysis was incomplete and their calculations were biased to over-state the oil released.

|  | High case Intertek | Middle case Schlumberger | Low case Core Labs | Average value |
|---|---|---|---|---|
| **Connected oil volume** | 114 MMstb | 112 MMstb | 109 MMstb | **112 MMstb** |

**Table 4.2.  Connected oil volume using the three sets of fluid properties.[57]**

---

[57] This assumes the mid-range rock compressibility; *see* Section 5 for further discussion.

M J Blunt Expert Report

## 4.2    Second variable: compressibility

**4.2.1 Introduction to compressibility.**   Compressibility is the second variable in the material balance equation.   In this Section we evaluate the data for fluid and rock compressibility. As mentioned in Section 2 (and the summary table) Dr. Hsieh and Drs. Kelkar & Raghavan used a value for rock compressibility outside the range of the measurements, leading to a significant over-estimate of oil released.

Figure 4.7 shows a schematic of what is meant by the compressibility of fluids and rock, and how it contributes to oil production.  As the pressure drops, the oil and water expand.  The rock grains – held apart by the high fluid pressure – begin to crush together, resulting in a decrease in porosity.



**Figure 4.7.  Schematic explanation of compressibility.  As the oil pressure drops, oil and water expand, while the rock compresses.  The arrows indicate the expansion of the oil and water and the collapse of the sand grains into the pore space (this effect – a change of less than 1% in the pore space – has been exaggerated for clarity).  All three phenomena contribute to oil production.  The change in volume is the oil produced.**

Compressibility is measured in units of inverse pressure, called sips.  A microsip is a millionth of a sip: if the compressibility is 10 microsips, a pressure drop of 1,000 psi (around 70 times atmospheric pressure) will result in a 1% change in volume.

**4.2.2 Oil compressibility: 13.7 – 14.8 microsips.**   This range covers the compressibilities (or "expandibilities") from the three sets of fluid measurements introduced in Section 4.1.  I compute oil compressibility so that it provides exactly the measured change in volume from initial to final reservoir pressures: the details are provided in Appendix A.2. While there are variations in the values between the three laboratories, I would consider them broadly consistent.  I will use all three values in the calculations that follow.

M J Blunt Expert Report

Dr. Pooladi-Darvish's analytical model used an oil compressibility of 28 microsips, twice the measured value.[58]  This is the main contributor to his overstatement of oil produced.  Furthermore, his simulation models took another value which is also outside the measured range.[59]  While he presented reasonable values in his report, the numbers used in quantitative calculations depart significantly from the measurements, a problem that we will see again in his treatment of pressure.[60]

**4.2.3 Water compressibility: 3 microsips.**  Water is much less compressible that the reservoir oil.  There are no direct measurements of the compressibility of the reservoir brines at Macondo conditions.  Since the water saturation is low, different plausible values of water compressibility make a negligible (less than 0.3%) difference in calculated oil released.  I take an upper bound value based on my reading of the literature: **3 microsips**.[61]  The Government experts used a similar value as well.

**4.2.4 Pore volume compressibility: 4.3 − 8.6 microsips.**  This is the main source of the departure between my estimate of cumulative production and those of Government experts Dr. Hsieh and Drs. Kelkar & Raghavan (see the summary table in Section 2).

Rock properties were measured on core samples by Weatherford laboratories.  These cores were extracted from the well during drilling.  These measurements provide the only direct assessment of the compressibility and permeability.[62]  Neither Dr. Hsieh nor Drs. Kelkar & Raghavan used these measurements or provided a scientific explanation for disregarding them.

Before drilling, BP predicted that Macondo rock compressibility would be 5 - 6 microsips, based on property correlations from other fields in the Gulf of Mexico.[63]  A comprehensive review of production in the Gulf of Mexico, co-authored by Dr. Kelkar, considered a range of 1-10 microsips, with a mid-range value of 3 microsips for fields of similar geological age to Macondo.[64] Once experimental data were available, a value of 6 microsips was taken for BP's reservoir modelling.[65]  This value was also used by Dr. Pooladi-Darvish.[66]  Dr. Kelkar, when working for the Macondo Flow Rate Technical Group in 2010, used a base-case value of 5.61 microsips.[67]

So, the mid-range value I will use, based on the measurements, is also around 6 microsips.

---

[58] A value of 28.5 microsips; Pooladi-Darvish report [PD], Appendix II, slides 30 and 31.

[59] 15.3 microsips, see Appendix F.4.6.

[60] *See* Section 4.3 and Appendix B.4.  Values in Pooladi-Darvish report [PD], Appendix III, slides 8 and 9.

[61] Osif (1988).

[62] The raw data from the measurements of pore volume compressibility are given in spreadsheet form; BP-HZN-2179MDL02394185 (Weatherford pore volume compressibility) [24].  A summary of the measurements is also provided; BP-HZN-2179MDL02393883 (Weatherford summary of pore volume compressibility) [26].  The results of permeability measurements are reported in BP-HZN-2179MDL02394182 (Weatherford permeability measurements) [23].

[63] *See* Figure A.1 taken from BP-HZN-2179MDL06566208 (BP Pre-Drill Review, slide 17) [31].

[64] *See* Liu *et al.* (2008), Table 2.

[65] See, for instance, Pinky Vinson's deposition [47], page 300, line 15.  Also Dr. Merrill deposition [54], page 214: 21-23.

[66] Pooladi-Darvish report [PD], Appendix III, slide 8.

[67] *See* Don Maclay's deposition [62], page 393, line 9 to page 394, line 1.

M J Blunt Expert Report

However, Dr. Hsieh[68] and Drs. Kelkar & Raghavan,[69] in their expert reports, used a value of 12 microsips. The origin of this value appears to be BP's work in support of the well integrity test. This was as part of evaluating a worst-case scenario.[70] In any event, I consider BP's opinions largely irrelevant here – after all I don't accept their connectivity (*see* Section 5), pressure drop (*see* Section 4.2) or $B_o$ (Section 4.1) estimates either: I base my analysis on the experimental evidence.

Rather than discuss this further – there is no scientific evidence or analysis for this value to discuss – I will instead carefully outline why I have chosen my values.

Weatherford measured the pore volume compressibility on three core samples from the Macondo well. In Appendix A, I show how pore volume compressibility is found from the Weatherford data. The calculation exactly reproduces the change in volume – and hence oil production – associated with rock compression as the fluid pressure drops.

| Sample name | 3-6R | 3-16R | 3-22R | |
|---|---|---|---|---|
| Location and CT scans of the cores in axial and longitudinal directions | Top layer | Middle layer | Middle layer | |
| Porosity, $\phi$ | 0.217 | 0.206 | 0.214 | **Average compressibility** |
| $c_f$ (microsips; $\times 10^{-6}$ psi$^{-1}$) | 8.57 | 4.34 | 6.14 | **6.35** |

**Table 4.3.** Measured pore volume compressibilities. Also shown are X-ray CT scans of the cores in axial and longitudinal directions: they are approximately 1 inch in diameter and 1.7 inches long. The images show the uniform internal structure of the rock.[71]

The values I quote in Table 4.3 are taken from the expert report of Dr. Zimmerman. He has employed the same approach as I have, but pruned out the initial period of the experimental test when the rock deformed slowly in response to the change in fluid pressure. He also accounts for the compressibility of the solid grains themselves. This leads to slightly higher values of compressibility than simply taking all

---

[68] IGS642-000215 (Draft Hsieh report) [11] Table 1.

[69] Kelkar-Raghavan report [KR], page 28.

[70] Pinky Vinson's deposition; [47], page 300, line 15. Also Dr. Merrill's deposition; [54], page 192, line 5; page 214, line 23; and page 216, line 15 onwards.

[71] From Weatherford's X-ray CT scans; [52].

M J Blunt Expert Report

the raw data. I will defer to his superior expertise, noting that using his values leads to higher estimates of oil released.[72] I will consider values that cover the full range of the measurements.

Published literature regarding Gulf of Mexico fields also supports the reliability of the Weatherford measurements.[73] For instance, a comprehensive review of compressibility measurements in the literature is provided by Newman (1973). His measurements for consolidated sandstones of similar porosity to that encountered in Macondo indicate values of around 3.5 microsips or lower. However, he states: "*The salient conclusion is that to evaluate rock compressibility for a given reservoir it is necessary to measure compressibility in the laboratory.*"

Following Newman's advice, I will use the measured compressibilities in my calculations, even though they appear at the upper end of likely values based on the other evidence I have presented.

**4.2.5 Effective compressibility for input into the material balance equation: 18.7 – 24.5 microsips.**
Table 4.4 reports the values of effective compressibility that I will use in the material balance equation.[74] I have combined the values of oil, water and rock compressibility together in a way that exactly reproduces the volume change as the reservoir pressure declines. There are nine values: three sets of fluid measurements times three rock compressibilities: the high, middle and low cases. This covers the *full range* of the measurements.

| Effective compressibility, *c* (microsips) | Fluid properties | | | |
|---|---|---|---|---|
| | High case Core Labs | Middle case Schlumberger | Low case Intertek | Average value (mid case) |
| High case rock compressibility | 24.48 | 23.64 | 23.45 | |
| Mid case rock compressibility | 22.01 | 21.16 | 20.97 | **21.38** |
| Low case rock compressibility | 19.76 | 18.91 | 18.72 | |

Table 4.4. Values of effective compressibility that will be used to compute oil released in the material balance equation.

---

[72] *See* Appendix A.2 for further discussion.
[73] For more detail *see* Appendix A.3.
[74] *See* Appendix A.4 for a discussion of compressibility definitions.

M J Blunt Expert Report

## 4.3    Third variable:  pressure drop

The third parameter in the material balance equation is the pressure drop in the reservoir caused by the outflow of oil.  My analysis here departs from that of the Government experts in two significant respects: the conversion from capping stack to down-hole pressure; and the extrapolation to find the final reservoir pressure.

**4.3.1 Conversion from capping stack to down-hole pressure.**  We need to know the pressure in the reservoir.  However, there was no pressure gauge there during and after the incident.  The pressure data was measured on a gauge in the capping stack.  This was separated from the reservoir by a column of trapped oil thousands of feet tall.

During the build-up period (when the well was closed) there was no flow, and the down-hole pressure was the capping stack pressure plus the weight of fluid from the capping stack to the reservoir: this is called the head.  I have performed this conversion for the three sets of measured fluid data.[75] The Government experts have all performed this translation incorrectly.  It is the biggest source of error in their derivation of the pressure-change input into the material balance equation.

Here is the part of that analysis that the Government experts got wrong.  During the spill, hot oil rose through the well, heating the casing, cement and surrounding rock from the reservoir to the sea bed.  When flow ceased, the rock, and the oil in the well-bore, cooled down again.  Colder fluids are denser, and so the pressure difference between the capping stack and the reservoir increased over time.  To account for this changing head properly requires an analysis of heat transport – conservation of energy – in the well-bore and the surrounding rock.  This is presented in Appendix B.

The capping stack pressure increased slowly, very slowly indeed by the beginning of August.  This misled the Government experts: from the gradual rise of the capping stack pressure they mistakenly concluded that the reservoir was highly permeable.  More permeable reservoirs allow oil to flow more easily, and hence build up less pressure.  However, even when the capping stack pressure was flat, the reservoir pressure continued to rise: this cooling oil was pressing down more and more. The rising reservoir pressure was masked by the apparent flattening of pressure readings at the capping stack.   If the Government experts had accounted for the extra pressure rise due to cooling, they would have deduced a lower permeability and flow rate, as we discuss below.

**4.3.2 The poor conversion of the capping stack pressures is the principal problem with the pressure analysis of the Government investigators.**  In Appendix B.4 I quantify the effect of using a poor conversion from capping stack to reservoir on the pressure drop and oil released in the Government reports.[76]  Here I will provide an overview to highlight its importance to their over-estimates of oil produced.

---

[75] The details are presented in Appendix B.
[76] Further details of my critique are also provided in Appendices F and G.

M J Blunt Expert Report

To find the final reservoir pressure (and hence the pressure depletion) there are two steps: converting the capping stack pressure to down-hole values, and then predicting the additional increase in pressure after the well was cemented in.  I focus on this first step here, before moving to the second.

The Government experts assumed that there was a fixed pressure difference between the capping stack and the reservoir of between 3,100 and 3,200 psi.[77]  My values change with pressure and temperature.  They are typically 150 psi higher: this discrepancy alone has a 10% (0.5 MMstb) impact on the Government's estimated oil released.  However, Dr. Hsieh considered a conversion close to mine, but never used it,[78] while Dr. Pooladi-Darvish calculated a wide range of values yet inexplicably chose a value below them all for his base case simulation model.[79]

The critical part of the calculation is to assess the cooling rate of the oil trapped between the capping stack gauge and the reservoir at the bottom of the hole.  I show that the oil became cooler than the Government experts presumed, hence the reservoir pressure was higher than they realized, and the depletion lower.  My calculations err on the side of higher temperature, hence lower reservoir pressure and more oil produced:  I calculate that the temperature of the oil near the sea bed cools from close to reservoir temperatures to around 95°F at the time of cementing the well: this is still much warmer than the surrounding ocean and sediment, which is at 40°F.[80]  What temperature did the Government investigators assume?  I have extracted the temperature that would give the pressure conversion they used (using data for oil density).[81]  The temperature values I calculate are implausible: close to or above the maximum recorded flowing temperature of 221°F,[82] and, for Drs. Pooladi-Darvish and Griffiths, in excess of the reservoir temperature itself (243°F).

The Government investigators made the oil unfeasibly hot; they implied that oil sitting in the capping stack, surrounded by cold steel and deep ocean for 19 days, would remain as hot as, or hotter than, the deep reservoir. This is impossible.  Technically, the Government calculations disobeyed the second law of thermodynamics: hot things cool down.

This pressure conversion error caused large errors in the simulation work of Dr. Hsieh and Dr. Pooladi-Darvish: not only did it lead to an over-statement of pressure drop that drives the flow, but also of the permeability, the connectedness of the rock pores that also directly governs the flow rate, discussed later in this Section.  The correct pressure head conversion would have led these investigators to halve their estimates of oil released.

I will now discuss the second step in the pressure analysis: extrapolating to late times to find the final reservoir pressure, and hence the pressure drop to input into the material balance equation.

[77] The sources and precise values are: Drs. Kelkar & Raghavan [KR], page 19 (3,220 psi); Dr. Hsieh, (pressure analysis) (3,199 psi) [44]; Dr. Pooladi-Darvish [PD], Appendix III, slide 23,  base case model assuming a well-head temperature of 220°F (3,137 psi); Dr. Griffiths, [SKG], Appendix F, page 39 ("*calculated static head of 3190 psi*").
[78] Exhibit 8617; in digital format as IGS770-000026 (Dr. Hsieh's spreadsheet), first tab, cell H2 (3,350 psi).
[79] *See* Pooladi-Darvish report [PD], Appendix III, slide 23 (range 3,318-3,148 psi).
[80] Appendix B.3.
[81] Appendix B.1.
[82] Reddy *et al.* (2012).

M J Blunt Expert Report

**4.3.3 Pressure analysis to determine reservoir size and pressure decline.** In standard oilfield operations, a so-called pressure transient or well test is often performed.  The pressure in the well is measured as a function of time while the well is flowing, declining in what is called the draw-down. After the well is shut in, the pressure increases in what is called the build-up.

During a draw-down or build-up, pressure changes radiate outward from the well-bore, like a wave moving through the reservoir.  This so-called pressure transient can be thought of as ripples in a pond moving out in circles until they encounter some barrier to flow (such as the river bank). Just as the reaction of ripples to the river bank can be seen with the eye, the encounter of the pressure waves with reservoir boundaries can be detected in changes in the slope of the pressure response.  This is shown in Figures 4.8 and 4.9 below; we will review how I deduce the Macondo reservoir boundaries from the pressure transient in the following sections.

We will also use the pressure measurements to determine the final variable in the material balance equation, reservoir pressure depletion.  The Macondo well produced for almost 86 days.  Then the well was closed.  The pressure at the capping stack was measured before the well was closed, and for 19 days afterwards.  That pressure was still increasing when the well was cemented in, so we need to use proper methods of extrapolation to determine the final average reservoir pressure and hence the depletion from the initial pressure to obtain our third material balance variable.  This will be analyzed in Sections 4.3.6 - 11.

**4.3.4 Radial flow period to determine permeability.**  Government experts Drs. Hsieh and Pooladi-Darvish arrive at enormously over-stated flow estimates because their models double the correct value for permeability.  Permeability is a rock property that measures how easily the oil can move through the tiny, tortuous pathways connecting the pores between the grains of sand, shown previously in Figure 3.1.  Higher values for permeability give higher flow rates.  Permeability is controlled by the size of the pores (larger pores allow more flow) and by how well they are connected together.

The Government experts all assumed a permeability of over 500 mD.[83]  That is more than twice the most likely value, and proportionately inflates the Government estimates of flow.  To understand how the Government experts made this mistake, and to determine an appropriate value for permeability ourselves, we need to introduce the methods for interpreting the pressure changes that occur when a reservoir stops producing and builds up pressure.

To represent the pressure response, we treat the reservoir as a box, shown schematically in Figure 4.8, as has every other investigator who has studied Macondo.  This box contains all the oil-bearing sandstone *connected* to the well.

If we return to the analogy of the ripples in the pond, the pressure signal moves out in circles (radially) before it encounters a boundary (the edges of the reservoir channel or channel complex).  This is depicted in Figure 4.9.  Permeability is deduced from identifying the initial radial flow period.  We will plot the Macondo radial flow pressure transient to calculate the permeability in Section 4.3.8.

---

[83] *See* Section 4.3.8.  Appendix C discusses permeability in more mathematical detail.

M J Blunt Expert Report



**Figure 4.8. Schematic of the reservoir geometry used in our analysis of the pressure response. At the top are the three sandstone channels connected to the Macondo well extracted from the geological model shown in Figure 4.5. We represent this in our mathematical model by a box of length $L$, width $W$ and height $h$: this box contains all the oil-bearing sandstone connected to the well. We assume that the well is drilled through the centre-line of the box middle at some point along the length.**



**Figure 4.9. A horizontal cross-section of the reservoir, indicating radial and linear flow regimes. At early times the pressure decreases in an approximately circular manner from the well. This radial flow period ends when the pressure reaches the boundary of the channel at time $\tau_w$ – around 17 hours or 60,000 s for Macondo. There then follows a longer period of linear or channel flow. It is possible to find the times to reach the two ends of the channel using the analysis techniques described in this report.**

**4.3.5 Linear or channel flow.** When the radial flow pressure transient hits the nearest boundary of the reservoir – the sides of the channel – the flow begins moving in a linear direction along the channel. As depicted in Figure 4.9, the time for the transition from radial to channel flow – $\tau_w$ – can be used to calculate the reservoir width. To obtain distances from travel time, we need to know the speed.[84] The speed of the pressure transient is proportional to permeability. So having derived the permeability from

---

[84] Technically this is a diffusivity, defined in Appendix C.

M J Blunt Expert Report

the radial flow analysis as described in the previous section, we will be able to deduce the size of the connected reservoir from the times at which the pressure transient hits the boundaries.

From the geological interpretation of the field it is reasonable to consider that the reservoir is composed of one or more channel complexes, which – for simplicity – I will refer to as channels from now on. Once the period of radial flow ends, our analysis shifts to the movement of pressure along the channel – this is one-dimensional or linear flow. We can detect the times when the pressure wave hits the two ends of the channel, and calculate the length of the channels. From the width and the length we can determine the area of the reservoir connected to the well: the area of the box in Figure 4.8.

I employ a rectangular flow model to study radial flow and the transition to flow in a channel, and a linear flow model for the late-time behaviour to determine the times to reach the ends of the reservoir and the pressure drop.

We now have the principles for analyzing the pressure data as a function of time. We will show how it provides us with four important pieces of information: (1) the final reservoir pressure, used to calculate pressure depletion, a direct input into the material balance equation; (2) permeability, the critical determinant of flow rate, from the rate of pressure build-up in the radial flow period; (3) the time for the pressure response to hit the sides of the channel, which will be used to measure reservoir width and check connectivity; and (4) the times for the pressure response to reach the two ends of the channel, which will be used to help assess original oil volume and exclude the possibility of aquifer support to the production of oil.

**4.3.6 Pressure prediction**. We start with a plot of the build-up of pressure as a function of the time after the capping stack was shut in. I have plotted this pressure response in Figure 4.10 together with the predictions of my analytical rectangular and linear flow models.[85] I obtain a close match to the measured pressure, demonstrating that my model is an accurate depiction of the behaviour by reservoir engineering standards:[86] this is shown by the red and black lines in Figure 4.10.

But there is a more powerful methodology for plotting and analyzing the pressure build-up. It focuses on the trend, or slope of the data. Analyzing the changes in slope provides insight into the characteristics of the reservoir. Matching the slope changes with a model is an extra litmus test of model validity.

**4.3.7 Pressure derivative methodology and its importance.** A revolution in the ability to interpret pressure tests and thereby determine reservoir properties occurred in the 1980s,[87] when reservoir engineers began to focus on the plot of the change in pressure as a function of time. Using this plot, characteristic shapes appear in the slope, from which an engineer can determine the structure of the reservoir and the permeability. Like a physician with a chest X-Ray, a reservoir engineer can diagnose

---

[85] *See* Appendices C and D.
[86] I have derived all the equations I use by hand, and have not relied on commercial pressure transient analysis software. Such software requires an assumed flow rate (see, for instance, M. Levitan deposition [56]; page 216, lines 19,20).
[87] Bourdet *et al.* (1983; 1989).

M J Blunt Expert Report

the properties of the reservoir from the so-called derivative plot. This has been the standard approach in the oil industry for the last 25 years. I am not going to go through the technical details;[88] instead I will illustrate the concept with some examples.



Figure 4.10. The measured capping stack pressure. Time is measured in seconds from well closure until the injectivity test prior to cementing the well. For reference 1,000,000 (one million) s is around 11 days and 14 hours. The red line is my prediction using a linear flow model, after one day (86,400 s), while the black line uses a rectangular flow model.

Figure 4.11 is a textbook graph of the pressure and the pressure derivative (the slope of the pressure as a function of time). After around 10 hours (36,000 s) the derivative reaches a constant value: this is radial flow from which permeability is calculated. A higher derivative means a lower permeability.

I also show a field example from a deepwater channelled turbidite (like Macondo).[89] Here we detect radial flow (at 3 hours or about 10,000 s) followed by channel flow (after 10 hours or 36,000 s), when the derivative starts to increase. In these figures the points are the data, while the lines are matches using a rectangular model, which I will employ to study Macondo. Note that both pressure and derivative are accurately predicted by the models.

A good engineer would look at the field example below and determine that there was an initial period of radial flow. The increase in derivative that occurs later – the slope is ½ – tells you that flow then became confined to a channel. Then the engineer would match the data to a mathematical model to quantify

---

[88] The mathematical details are presented in Appendix D.
[89] Govan *et al.* (2006). The field is Schiehallion on the Atlantic margin of the United Kingdom Continental Shelf. In the paper, the BP engineers describe a variety of methods to predict production and reservoir connectivity. The analysis includes material balance and the use of pressure derivatives.

M J Blunt Expert Report

the permeability, the pressure drop, and the size of the reservoir connected to the well.  So, let's do the same for Macondo.



Figure 4.11.  Left: exemplar pressure build-up and derivative.[90]  The pressure build-up appears to show little information but the derivative – the slope of the plot – reveals the behaviour of the reservoir in great detail.  The constant value of the derivative seen after around 10 hours indicates radial flow, from which permeability can be calculated: the higher the value the lower the permeability.  Right: a field example of the pressure and derivative in a channelled deepwater turbidite oilfield (Govan *et al.*, 2006; © Society of Petroleum Engineers) showing similar features. The points are data and the lines the model match: note how the model is expected to reproduce the data and its derivative almost exactly.

**4.3.8 Pressure derivative for Macondo.**  Figure 4.12 is the centre-piece of the pressure analysis.  It shows the measured and predicted reservoir pressure derivative, as well as the pressure rise itself. This is the traditional presentation of pressure analysis in petroleum engineering. It is similar to the field example above: radial flow apparent at around 10,000 s and an increase in slope – showing channel flow – coming later (in this case around 60,000 s or 17 hours).

The graph contains a lot of valuable information.  There are two main points to note.

1. The pressure and derivative are accurately matched by the analytical models.  The pressure is matched with an error of 2 psi or less – this is superior to all the matches presented in the expert reports of Dr. Pooladi-Darvish and Dr. Hsieh.[91] I have matched the data using both a linear flow model, applicable after 1 day (86,400 s), and a rectangular flow model that better represents the transition from radial to linear flow.[92]  The sensitivity of the pressure gauge is only 5 psi, so we can consider this – by engineering standards – a more-or-less exact match.
2. The permeability can be estimated from the value of the derivative in the radial flow period.  I find a value of approximately 300 mD.[93] This value is consistent with Macondo core and log measurements.[94]  Using a fixed reservoir-to-capping stack conversion means that – to match the

---

[90] Taken from the lecture notes of Dr. Gringarten (2012).

[91] *See* Tables D.2 and D.3; Pooladi-Darvish report [PD], Table 1, page 3; for Dr. Hsieh *see* Appendix G.

[92] The linear model equations are given in Appendix C; the rectangular model is standard in well test analysis and was first derived by Earlougher *et al.* (1968).

[93] The equations are presented in Table D.1, the best match in Table D.3 for the rectangular model (Core Labs properties – see Table A.1 for viscosity).  I assume a final flow rate of 45,000 stb/day.

[94] *See* Appendix A.5 for a detailed discussion of the permeability data.

M J Blunt Expert Report

pressure – the Government investigators assumed that the rise in reservoir pressure was the same as in the capping stack, with a lower derivative.   This corresponds to a higher permeability of around 560 mD.[95]  This almost exactly matches the 550 mD used by Dr. Pooladi-Darvish[96] and 593 mD employed by Dr. Hsieh:[97] they did indeed match the pressure, but the wrong pressure to find the wrong permeability, which lay outside the averages from log and core measurements.  The flow rate is proportional to the permeability, so their simulation models significantly over-estimated the flow rate (and hence cumulative oil released).



**Figure 4.12.  The pressure derivative and the pressure rise plotted as a function of time since choke closure. The red points are the derivative measured at the capping stack, while the crosses show the down-hole (reservoir) pressure derivative, which is higher, indicating lower permeability.  I show best match predictions to the reservoir behaviour using both rectangular (black lines) and linear flow models (red lines).  The linear flow model shows a deviation at early times, since it cannot represent the transition to radial flow.**

**4.3.9  Reservoir pressure predictions.**  The analysis of the pressure in the first day (86,400 s) has some uncertainties: cooling from the ocean, the thermal properties of the annulus around the well, and the complex sequence of flow rates during choke closure all impact the early pressure transient.   I consider the permeability calculated in the expert report of Dr. Gringarten, 238 mD, which avoids these problems through using down-hole pressure measurements, more robust than my determination presented

---

[95] Assuming a radial flow stabilization in the capping stack derivative of 32 psi in Figure 4.12.
[96] Dr. Pooladi-Darvish's base case model [PD], Appendix III, slide 8.
[97] Exhibit 8615 (10/22/2010 Hsieh Draft Report, Table 2) [67].

M J Blunt Expert Report

above, although my value lies in his statistical range.[98]  The emphasis of my calculations will be on late times, beyond a day, when there is linear flow.  A close match to the pressure in this regime is important to determine the final reservoir pressure and the location of the far reservoir boundary.

My base case assumes a constant (albeit unspecified) flow rate.  The flow rate history does impact the pressure response, as stated above.  However, for times beyond a day or so, the pressure response is governed by the average rate alone.[99]

Figure 4.13 shows the down-hole pressure plotted against time compared to the pressure predicted by my model: the inset shows the pressure prediction for later times, indicating that the pressure stabilizes to its final value of 10,433 psi around three months after choke closure.  The final reservoir pressure that I use in my material balance calculation ranges from 10,433 to 10,531 psi, depending on which sets of the fluid properties are used.[100]

The Government reports all estimate a final reservoir pressure that lies below my values.[101]  None of these reports compare their predictions to the data using the X-ray examination of the pressure derivative.[102]  Dr. Hsieh omitted this analysis, even though the BP engineers with whom he was working did use derivative plots.[103]  However, my value is lower than the value presented in a press release by BP: "*industry-standard techniques predict the final reservoir pressure to be approximately 10,600 psi.*"[104] I find a lower final pressure than that derived by BP, resulting in a higher calculated cumulative flow.

Dr. Hsieh and Dr. Pooladi-Darvish significantly over-estimated the pressure drop and consequently over-stated the oil released; this effect is quantified in the summary table in Section 2.  Drs. Kelkar & Raghavan made two errors that partially cancelled: they under-estimated the head, but slightly over-estimated the pressure rise, leading to a more reasonable final assessment of pressure drop (see Appendix B.4).

---

[98] Dr. Gringarten [ACG] quotes a range of 170-329 mD.

[99] See Appendix E.

[100] The fluid properties determine the conversion from capping stack to reservoir properties (Appendix B) and so the predictions are different for the three sets of measurements.  In this Section I show model comparisons using the Core Labs properties; my analysis is, however, performed for all three sets of data.

[101] Dr. Hsieh, 10,267 psi (*see* Exhibit 8617 (Hsieh pressure analysis)) [44];  Dr. Griffiths, 10,310 psi [SKG] Appendix F, page 39; Dr. Pooladi-Darvish [PD] , Appendix V, slides 4 and 5: 10,053 to 10, 382psi from his simulations; Drs. Kelkar and Raghavan [KR] , page 23: 10,235-10,396 psi.

[102] Dr. Pooladi-Darvish [PD] presented a pressure and derivative match for his analytical model, Appendix II, slides 30 and 31; however, for all his simulation runs, he only showed matches of pressure alone.

[103] *See* Dr. Merrill's deposition [55], page 344, line 18 where Dr. Merrill mentions "*Bourdet derivative plots*".

[104] BP press release, page 6, second paragraph [50].

M J Blunt Expert Report



**Figure 4.13.** Down-hole (reservoir) pressure data (crosses) compared to the predicted pressure for linear (red line) and rectangular (black line) models. The inset shows the extrapolation to late time showing that the final reservoir pressure (10,433 psi) is reached around 3 months after choke closure.

**4.3.10 Pressure drop: 1,325 − 1,423 psi.**[105] For completeness, we end this section with Table 4.5, which presents the final reservoir pressure and pressure drop $\Delta p$ (the initial pressure, 11,856 psi, minus the final pressure) using the three sets of fluid data. The pressure drop is the third and final component in the material balance equation: its value lies between 1,325 psi and 1,423 psi.

| Property | High case Core Labs | Middle case Intertek | Low case Schlumberger | Average values |
|---|---|---|---|---|
| Final reservoir pressure, $p_f$ (psi) | 10,433 | 10,502 | 10,531 | **10,489** |
| Pressure drop, $\Delta p$ (psi) | **1,423** | **1,354** | **1,325** | **1,367** |

**Table 4.5.** Final reservoir pressure and pressure drops determined from the pressure match for the three sets of fluid properties.

---

[105] These values are found using the linear flow model. See Appendix D, Tables D.2 and D.3.

M J Blunt Expert Report

# 5.  Confirming the consistency of the calculations with other evidence

Before we multiply our three numbers together to calculate the oil released, we need to pause to check if the different inputs to our calculation are mutually consistent.  It is standard in reservoir engineering to check if the predictions of the pressure analysis agree with the geology of the reservoir. We have assembled the pieces of the Macondo jigsaw in this analysis; now we will analyze whether they fit together to construct a coherent picture of the reservoir.  This vital assessment was not performed by any of the **Government** investigators: such a check would have shown (as we will show here) that their **analysis was incompatible with the measurements**.

In Section 4.1 we showed how the Government investigators assumed without geologic analysis that the total reservoir volume was connected to the well. In Section 5.1, I will combine the seismic and pressure analysis to show that the reservoir is not 100% connected.  In Section 5.2 I will explain how my approach of using the range of values from the data for each parameter ends up defining a range of calculated flow volumes that is more certain and reliable than other approaches to uncertainty.

## 5.1   Cross-checking seismic and pressure-transient indications of reservoir size, dimensions and connectivity

**5.1.1 Reservoir length**. It could be possible for the connected reservoir to be shorter than the length of the field.  For example, in the seismic interpretation introduced in Section 4.1, faults were mapped cutting across the axis of the channel orientation.  I would arrive at a much smaller connected reservoir and lower connected oil volume (and hence cumulative flow) if I adopt such an assessment.

Figure 5.1 shows a BP interpretation of the seismic survey where individual channels are identified.  The analysis suggested that the channels were not necessarily continuous in a North-South direction.  From this, BP made an assessment of the area connected to the Macondo well – before the capping stack pressure data was available – that gave values between 50 and 225 acres.[106]   By comparison, the entire area in BP's seismic analysis is much larger – 4,482 acres.  If I were to use the smaller connected area suggested in this BP study, the calculated volume of oil released would be at most between 80,000 and 440,000 stb.

While BP's analysis is not unreasonable from a geological standpoint, I will show in this Section that the pressure response clearly indicates that the connected area is considerably larger than this.

Thus, I will not consider the possibility that the reservoir is compartmentalized by a fault or other barrier cutting across the channels.  Instead, I believe the pressure-transient evidence (outlined below) suggests that the limitation on connectivity is associated principally with the reservoir width, that is, how far it extends East-West or NE-SW.

---

[106] BP-HZN-2179MDL04440238 (BP seismic survey presentation, slide 3 and 4, respectively) [17].  Other estimates of the connected oil volume made during the spill by BP include 650 acres – see Dr. Levitan's deposition [56]; page 95, lines 7,8 – which is still much lower than indicated by the pressure response once the well was closed.

M J Blunt Expert Report

Once we know the times to see the boundaries of the (connected) reservoir, we need to derive the rate at which the pressure signal propagates.  If we know this speed and the times, then we can find the physical locations of these boundaries.   In Sections 4.3.4 and 4.3.5 we discussed that this rate is a function of permeability.  Higher permeability allows faster flow and a more rapid propagation of the pressure signal.  Hence higher permeability gives a larger area and greater connectivity.

The speed of the pressure transient is also a function of the rock compressibility.  A more compressible rock retards the speed of pressure transmission.  Hence reservoir engineers use a term for pressure-transient speed called diffusivity, which proportional to permeability but inversely proportional to compressibility.[108]

With our pressure-transient deductions of times to hit boundaries, combined with possible ranges of values for diffusivity, I can calculate a likely upper bound on the reservoir's connectivity.  I will take the largest permeability value from the expert report of Prof. Gringarten: 329 mD.[109]  This is above the value I deduced from pressure analysis (300 mD – see Section 4.3) and from down-hole measurements (219 mD – see Appendix A.5).

Using this upper bound on permeability, the connected area I calculate varies from 1,931 to 2,590 acres (see Table 4.1).[110]

**5.1.3 Meandering flow path.**  Figure 5.1 shows that the pressure response (and the oil) does not move in a straight line – it follows the winding path of the sandstone channels.  Hence the pressure signal (and the flowing oil) travels a longer-than-straight-line distance.  To calculate the path length I have taken some of the channels indicated in Figure 5.1 and modelled their shape as sine waves.  This is a standard geometric approach in geology.[111]  I calculate that the true distance travelled is around 14% longer than a straight line.[112]  In reality, the flow path could be more tortuous still, taking detours along locally the thickest sands in three dimensions.  I used this sinuosity in constructing my model in Figure 4.5.

**5.1.4 Combining pressure and seismic analysis to deduce connected area.**  In Figure 5.2, the left side overlays the reservoir size estimated from pressure analysis onto the size predicted by the seismic analysis.  The horizontal lines indicate the width of the field as interpreted from the pressure analysis.  The pressure-inferred size is smaller, which suggests that the field is poorly connected, requiring a reduction of the initial-volume input for material balance from the value used by the Government.  A possible reason is shown on the right side of Fig. 5.2, my geological (clay) model, showing how individual oil-filled channels may be disconnected laterally from the well.

---

[108] Using Eq. (C.4).

[109] The Gringarten report [G] has a range 170-329 mD with a most likely case of 238 mD.  Technically, this means that there is a 10% probability of the permeability exceeding 329 mD.

[110] *See* Appendix D.1 for the mathematical details of how distances and areas are calculated.

[111] See, for instance, Posamentier (2003), Dystra and Kneller (2008).

[112] *See* Appendix D.1 for the mathematical details.

M J Blunt Expert Report

low permeability shale.[114]  In Figure 5.2, I have indicated by the lilac ovals regions of the field that I consider are unlikely to be connected to the well.

3. The clear signature of channel flow, the restricted width of the channel, and evidence of no-flow boundaries along all sides of the region connected to the well, strongly indicate that **there is no aquifer support**.  There is no evidence that we are seeing a drainage region that extends beyond the oilfield.

We will now address possible objections to this interpretation.

1. **Permeability.**  The higher numbers for permeability assumed by the Government experts would suggest higher connectivity.   However, Prof. Gringarten's report uses a superior method for deducing permeability that is based on pre-spill measurements and dynamic flowing data, considered the gold standard for permeability assessment.  He derives a permeability of 238 mD.  I am using a higher value of 329 mD – the upper end of his range.  It is not possible to reconcile significantly higher permeabilities – of 500 mD and above – as used by the Government investigators[115] with measurements on rock samples from Macondo (average 364 mD), log (down-hole) analysis (average 219 mD),[116] and my pressure analysis  (300 mD, Section 4.3).

There is another source of evidence that the Governments high permeabilities are highly improbable.  If the permeability had been 500 mD or higher, then the effect of well cooling may well have exceeded the slow reservoir pressure rise after choke closure on July 15th 2010.  The capping stack pressure might have stabilized and then fallen slightly in the first day.  This is likely to have been misinterpreted as a sign of poor well integrity, the choke would have been re-opened, and oil would have continued to spill, unnecessarily, into the Gulf until the relief well was drilled.[117]

2. **Compressibility.**   As discussed earlier, some Government experts asserted a higher compressibility, leading to a higher calculation of cumulative flow.  However, this would lead to a slower-moving pressure signal, since the diffusivity is inversely proportional to compressibility.  Hence, their assumption of higher compressibility must result in an interpretation of the pressure transient yielding a smaller calculated drainage region.   A low compressibility, in contrast, allows the pressure signal to travel faster and encounter more of the field. Notice two competing effects of compressibility: while – for a fixed oil volume and pressure drop – a high compressibility leads to more oil released, a high compressibility indicates a smaller oil volume. So, allowing a much larger compressibility is inconsistent with the seismic extent of the field, unless the field is poorly connected.

---

[114] Posamentier (2003).
[115] *See* Appendices F and G.
[116] *See* Appendix A.5.
[117] *See* Appendix B.3 for a fuller discussion.

M J Blunt Expert Report

3. **Aquifer.** During the incident, investigators from both the Government and BP considered that an aquifer drive could provide pressure support and additional recovery in Macondo;[118] this was a reasonable hypothesis to consider, but the impact of the aquifer would require production periods of some years, while the pressure response indicates flow boundaries were encountered during the time-scale of the incident. For an aquifer – located to the sides and end of the main oil-bearing channels – to contribute to oil production, the pressure response has to pass through poorly-connected, low permeability regions between channels, or pass beyond the longitudinal extent of the reservoir. This flow response takes several months or years to contribute noticeably to production. This conclusion is consistent with the modelling work of all the Government investigators and the analysis performed shortly after capping stack closure by BP. BP's reservoir engineer Dr. Merrill says that he "*excluded an aquifer*"[119] as the easiest and simplest way to match the measured pressures.

4. **Analysis of the implicit Government premise that the well drained the entire width** of the field. I have calculated that – approximately – half the width of the field near the well is contacted.[120] To double this, so that the whole width is encountered, would require an increase of my value of $\tau_w$ by a factor of four – from around 17 hours to more than three days.[121] Despite the ambiguities associated with the interpretation of the pressure response at early times, a clear indication of channel flow is encountered within a day. Furthermore, I have assumed that the average permeability across or between channel complexes (including low permeability shale that separates individual channels) is the same as the permeability along a channel. This again is unlikely,[122] and so – if anything – my calculated width is likely an over-estimate.

**5.1.5 Deducing connectivity from the overlay of pressure and seismic analysis**. I will take a generous approach, which – while it likely over-states the connected oil volume – provides a robust upper bound. As outlined in Section 4.1, I place the oil connected to the well in the area predicted from the pressure analysis. I assume that outside this area, the oil does not flow to the well. The thickness of the oil in these regions is assumed to be 10 ft on average – this is the limit of the seismic interpretation.[123] The overall average thickness of the whole field 44 ft, while the thickness at the well is 93 ft, so I am placing very little oil outside the main, connected channels.[124] I find a connectivity of between 87 and 90% dependent on the fluid properties.[125] I find it implausible that the connectivity is better than this: the seismic interpretation places oil further to the East and West of the well than can be possibly connected to it. I cannot, however, exclude a lower case with more restricted connectivity, based on the most likely value of permeability in the Gringarten report.

---

[118] BP-HZN-2179MDL06566208 (BP Pre-Drill Review, slide 18) [31].

[119] Dr. Merrill deposition [55], page 442, line 27.

[120] $\tau_w$ indicates the transition from radial flow to channel flow and so, technically, is used to find the connected reservoir width near the well.

[121] Since this is a diffusive process, to travel twice the distance takes four times longer.

[122] *See* BP's geological review; [39], slide 2.

[123] *See* BP's gross rock volume assessment; [30], slide 1, most likely case: "*10 ft cutoff footprint (noise background)*."

[124] *See* Table A.3 and [31], slide 15.

[125] *See* Appendix D.1.6 for the mathematical details and Table D.4 for the values.

M J Blunt Expert Report

My assumptions are consistent with the *upper bound* of permeability. I can only allow a larger connected area by reducing the compressibility. This may allow more oil to be connected, but less oil is released for a given pressure drop. The two effects cancel out. Or, I allow a larger permeability, outside the values assigned by robust pressure analysis and down-hole measurements. It is not possible to use plausible rock and fluid properties and allow a cumulative oil release that lies above my range.

## 5.2    Consistency with flow rate history

**5.2.1  Pressure analysis and flow rate history.** I will now mention one last, further, consistency check related to the pressure analysis. The pressure was matched by a mathematical model that assumed a fixed (albeit unspecified) flow rate. To yield my calculation of total oil released, if the flow rate was constant, it was in the range of 34,000 – 43,000 stb/day. This is inconsistent with the Government assumption of flow rates that were either constant or decreasing over time with final value of around 50,000 stb/day. If this final flow rate is correct, then my analysis asserts that the flow rate must, overall, have increased on average during the spill period.

In Appendix E.2 I match the pressure response using different possible flow rate histories. This approach is standard in pressure transient analysis, where – for many reasons – the flow at any given well may vary. I can obtain good matches for various flow rate histories, including those with a final flow rate consistent with Government estimates, while arriving at my mid-range calculation of total oil released.

Furthermore, analysis of the accident suggests that oil flow into the well-bore was initially highly restricted, but the restriction(s) had disappeared by the end of the spill, as indicated by the injectivity test just before cementing the well, which showed negligible resistance to flow.[126] This also supports the conclusion that flow became less impeded during the spill, allowing the flow rate to increase.

The available evidence indicates that even if we accept the Government estimates of flow rate for the latter period of the spill, it is likely that the flow rate *increased* on average over time, giving a cumulative oil released significantly below the totals assumed by the Government investigators.

**5.2.2  Statistical analysis and a likely range of oil released.** When petroleum engineers are evaluating a new oilfield, they often  use statistical methods to estimate ranges of each input into their calculations – permeability, compressibility, oil formation volume factor, porosity, saturation and gross rock volume. Then, the statistics of a combined quantity – such as oil originally in place (STOIIP) – are computed. This is valuable to quantify uncertainty leading up to investment decisions.[127] For example, a range of outcomes with associated probabilities for each can be used for cost-benefit decisions. I have not followed this approach for two reasons. Firstly, such quantification of uncertainty involves a series of somewhat subjective inputs. Secondly, this statistical approach is most valuable *before* production, when data on many properties that determine reservoir behaviour are completely absent.

In Macondo, a well was drilled that produced oil. This provides information that helps narrow the uncertainty in our calculations. For instance, the most likely case seismic analysis suggested that the

---

[126] *See* Appendix E.3 and the Emilsen report [27] for further discussion.
[127] For instance, BP presents a statistical analysis of STOIIP in its Macondo pre-drill report [9]; Section 6.19.

M J Blunt Expert Report

well would encounter 96 ft of oil-bearing sandstone: it encountered 93 ft.[128] In the seismic interpretation, BP was uncertain as to the lateral (East-West) extent of the field with a predicted maximum height of up to 140 ft at the well:[129] the pressure response demonstrates that the flow into the well was confined to a channel that may not have encompassed the entire width of the field. Data from the well and the pressure analysis considerably reduce the uncertainty in connected oil volume. The mutual consistency between the results of the pressure analysis, measured rock and fluid properties, and the geology of the field significantly shrinks the uncertainty in reservoir properties.

I have taken an unbiased approach, defining my ranges of likely outcomes based on the ranges in the data, allowing for the full range of measured fluid and rock properties. The resulting range of oil released is ±12%. The approach taken here in the determination of cumulative flow is more robust and avoids the unsupported extrapolations, poor analysis and scant regard for measured data in the Government's analyses. For the reasons given above, I consider it highly unlikely that the oil released from Macondo lies significantly above the values I present in the next Section.

---

[128] *See* Table A.3 and [31], slide 15. Also BP's gross rock volume assessment; [30], slide 1, most likely case: "*96 ft at proposed location.*"
[129] See BP's gross rock volume assessment; [30], slide 3: "*Scale Up from 96 to 140 at proposed location.*"

M J Blunt Expert Report

# 6.   Range of cumulative oil released

We will now recap our values of each of the three fundamental inputs to the material balance equation, and then calculate the volume of oil released.  Recall that the simplified presentation of the material balance equation was:

$$N_p = N.c.\Delta p$$

(6.1)

**6.1.1 Connected oil volume, *N*, is 107 to 116 MMstb**.  The discussion in Section 5 demonstrates that the connected oil volume I use is a possible upper bound. There are nine values, dependent on which set of laboratory data is used to convert from reservoir to surface volumes, and the compressibilities used.[130]

| Connected oil volume, *N* (MMstb) | Fluid properties | | | |
|---|---|---|---|---|
| | **High** (Intertek) | **Middle** (Schlumberger) | **Low** (Core Labs) | *Average (mid case)* |
| High case rock compressibility | 113 | 111 | 107 | |
| Mid case rock compressibility | 114 | 112 | 109 | **112** |
| Low case rock compressibility | 116 | 114 | 110 | |

**Table 6.1.  The calculated volume of oil connected to the Macondo well.  These are values of *N* input directly into the material balance equation.**

**6.1.2 Effective compressibility, *c*, is 19 to 24 microsips.** The compressibility values I use cover the full range of the measured rock and fluid data, Table 4.4 (Section 4.2).

| Effective compressibility, *c* (microsips) | Fluid properties | | | |
|---|---|---|---|---|
| | **High** (Core Labs) | **Middle** (Schlumberger) | **Low** (Intertek) | *Average (mid case)* |
| High case rock compressibility | 24.48 | 23.64 | 23.45 | |
| Mid case rock compressibility | 22.01 | 21.16 | 20.97 | **21.38** |
| Low case rock compressibility | 19.76 | 18.91 | 18.72 | |

**Table 6.2.  The effective compressibility, *c*, that will be used to compute oil released in the material balance equation.**

**6.1.3 Pressure drop, *ΔP*, is 1,325 to 1,423 psi**.  Here we have three values for the different fluid properties used (Section 4.3).

| | High | Middle | Low | *Average* |
|---|---|---|---|---|
| **Pressure drop, *Δp* (psi)** | 1,423 | 1,354 | 1,325 | **1,367** |

**Table 6.3.  Pressure drops, *Δp*, determined from the pressure match.**

**6.1.4. Calculated oil released is 2.9 to 3.7 MMstb.**  I multiply the values for the connected oil volume, compressibility and pressure drop together, Table 6.4.  I take values corresponding to the same set of fluid data for consistency.  I allow for the full range of measured fluid and rock property data.  This is the

---

[130] Tables 4.1 and 4.2 only showed the volumes for the mid-range rock compressibility.

M J Blunt Expert Report

amount of oil released from the reservoir, not what entered the ocean. Oil burnt or collected before reaching the ocean is not subtracted from this total.

I consider that the mid-range compressibility to be most consistent with the data: averaging the numbers for the three sets of fluid properties gives a base-case calculated volume of 3.26 MMstb.

| Oil Released (MMstb) | | Fluid Properties | | | |
|---|---|---|---|---|---|
| | | High | Middle | Low | Averaged |
| Rock Properties | High | 3.74 | 3.57 | 3.47 | |
| | Middle | 3.41 | 3.24 | 3.15 | 3.26 |
| | Low | 3.10 | 2.94 | 2.86 | |

Table 6.4. The predicted oil released in million stb (MMstb) using the material balance equation (6.1).

**6.1.5. Conclusion**. This report contains all my analysis, my conclusions and the reasons for them. The opinions that I have expressed are based on my review of the documents referred to in this report,[131] in the light of my education and experience.[132] I may do further analysis to supplement my findings after receiving any subsequent Government expert reports or other relevant information.

I am receiving £280 per hour for my work on this case, though I understand that the contracting agency of my university, by whom I am paid, receives £350 per hour.

May 1, 2013

_____

---

[131] A complete bibliographic list of the documents referred to in forming my opinion is provided in Appendix N.

[132] My academic CV is provided in Appendix L and my full publications list in Appendix M.

M J Blunt Expert Report

# Appendix A.        Data analysis details

## A.1.    Introduction and data sources

Table A.1 shows the data that I have used with a brief justification of the choice.

| Quantity | Symbol | Data source | Value | Unit | Comments |
|---|---|---|---|---|---|
| **Connected Oil Volume, _N_: 107-116 MMstb** | | | | | |
| Gross rock volume | $V$ | BP seismic interpretation [9] | 1,530 | rb | Assess 87-90% connectivity |
| Porosity | $\phi$ | Log analysis [6] | 0.217 | | Thickness-weighted average over 93 ft |
| Oil saturation | $S_o$ | Log analysis [6] | 0.878 | | Thickness-weighted average |
| Initial oil formation volume factor | $B_{oi}$ | Service laboratory reports [18,20,32,34] | 2.2708-2.3595 | rb/stb | Use values from three laboratories |
| **Compressibility, _c_: 18.7-24.5 microsips** | | | | | |
| Oil compressibility | $c_o$ | Service company reports [18,20,32,34] | 13.70; 13.90; 14.82 | microsips | Track exact change in volume for calculated pressure drop for three sets of service company data |
| Pore volume compressibility | $c_f$ | Weatherford measurements [24,26] and Dr. Zimmerman [Z] | 4.34; 6.35; 8.57 | microsips | Range based on measured data to match change in pore volume |
| Water compressibility | $c_w$ | Literature value, Osif (1988) | 3 | microsips | Has negligible impact on the calculation |
| **Pressure Drop, _Δp_: 1,325; 1,354; 1,423 psi** | | | | | |
| Densities for conversion from capping stack to reservoir | $\rho$ | Whitson tables [W] and Core Labs measurements [20] | Varies | kgm$^{-3}$ | The Whitson tables provide a consistent extrapolation for temperatures lower than studied experimentally. Retain direct data for Core Labs to provide an experimentally-based lower bound. |
| Temperatures for density values | $T$ | Solution of heat transport equations, Appendix B | 40-243 | $^o$F | Take literature values of thermal properties. At late time, behaviour insensitive to values used. |
| Pressure difference between capping stack and reservoir | $p_w$-$p_{cs}$ | Calculation of head, Appendix B | 3,210-3,435 | psi | Computed for three sets of fluid properties. Conversion tabulated as a function of capping stack pressure and time since choke closure. |
| Pressure readings | $P_{cs}(t)$ | Trusler report [T] | Varies | psi | Capping stack pressures after choke closure |
| Final reservoir pressure | $p_f$ | Section 4.3, Appendices C and D | 10,433-10,531 | psi | From fit to analytical linear flow model |
| Times to reach reservoir boundaries | $\tau$ | Section 4.3, Appendices C and D | Varies | s | Using analytical linear and rectangular flow models |
| **Subsidiary variables used in the consistency check, Section 5** | | | | | |
| Permeability | $K$ | Gringarten report [ACG], core measurements [1,23] and pressure analysis, Section 4.3, Appendix E | 170-329 | mD | From Gringarten expert report including upper range |
| Viscosity | $\mu$ | Whitson table [W] for Core Labs sample 19 at 9,800 psi and 10,500 psi | 0.205, 0.2197 | mPa.s | Measured data inconsistent between labs. Use well-bore pressure in radial flow period, final pressure for reservoir boundaries. |

**Table A.1.  Summary of the data used in my calculations.**

M J Blunt Expert Report

I have relied on data in the reports provided by the independent service laboratories mentioned below. For Core Labs I have taken the data from the less dense sample,[133] giving the higher estimate of oil released: additional data is summarized in BP's Post-Well Technical Memorandum.[134] I have also employed values for fluid and rock properties determined from expert reports, although I have performed my own appraisal of the data.

**A.1.1 Core Labs (Pencor) data.**   Core Labs received the down-hole Macondo fluid samples shortly after collection.  Later they provided samples to Intertek and Schlumberger for analysis.  The Core Labs data I use is taken from a spreadsheet.[135]   The formation volume factor for a single-stage flash at the saturation pressure (the bubble point pressure, when gas first exsolves from the oil) and a temperature of 242$^o$F is given in tab "Res. Fluid Summary C50" cell C48 (the value is 2.618).  I use the tables of fluid density from tabs "CCE at 100 $^o$F", "CCE at 170 $^o$F" and "CCE at 242 $^o$F". The densities are found at a given temperature and pressure by linear extrapolation, as outlined below, from the tabulated values. The formation volume factor is the value at saturation pressure multiplied by the ratio of the density to the density at the saturation pressure.  Viscosity as a function of temperature and pressure is taken from the tables in the "Viscosity" tab.

**A.1.2 Schlumberger data.**   Here the data is taken from the pdf document [34].  The formation volume factor at the saturation pressure, 2.539, is taken from the table at the bottom of page 4 (called the "zero flash").  Tables 24 and 25 are used for fluid densities.  I use the Anton Parr values (the other set of values are similar to less than 0.2%).  Viscosities were not measured.

**A.1.3 Intertek data.**   Here the spreadsheet [32] is used to find the formation volume factor at the saturation pressure, 2.5104 ("Summary" tab, cell C27).   Then another spreadsheet [18] contains tabulated data for fluid density at the reservoir temperature, 243$^o$F (Table 3, located, confusingly, under tab "Table 4").   I have used the values with a mixer – a magnetic stirrer – since this more rapidly establishes thermodynamic equilibrium in the system.   While measurements were taken at a lower temperature of 100$^o$F, there are no absolute measurements of fluid density (no single-phase flash was performed at this temperature to obtain these values).   I use the viscosity data in Table 8 of [18].

## A.2   Fluid properties and petrophysical analysis

**A.2.1 How compressibility is calculated.**   The definition of the isothermal compressibility for oil is:

$$c_o = -\frac{1}{V_o}\frac{\partial V_o}{\partial p}$$

(A.1)

---

[133] *See* the Pencor deposition [66], exhibit 8584, page 5, that shows a reservoir condition density of 0.583 g/cm$^3$. This is from sample 19 and is the data I use.  Compare with sample 53: exhibit 8583, where the same measurement gives a higher value of 0.587 g/cm$^3$.

[134] BP-HZN-2179MDL03290054 (BP Post-Well Subsurface Technical Memorandum, [6] , pages 40 and 41).

[135] BP-HZN-2179MDL00063084 (for sample 19) (Core Labs fluid property report) [20].  Core labs did analyse another sample, 53, and obtained similar results; I have not used this data directly though. I have used the sample with the lower density as mentioned in the main text.

where $V_o$ is the oil volume. However, the compressibility of the oil (and rock) is not constant, but varies with pressure. In the material balance equation (and the analytic analysis – Appendix C) a single compressibility value is used: this is not the derivative of volume change with pressure, as in Eq. (A.1) but a difference, so that $c\Delta p$ is strictly the fractional change in volume for a pressure drop $\Delta p$ in Eq. (3.1).

In reservoir engineering, we normally define oil expansion in terms of the oil formation volume factor: the derivation that follows is a little clumsy but straightforward. Originally the oil volume in the reservoir is $V_{oi} = Ah\phi S_o$; at the surface its volume is $N = V_{oi}/B_{oi}$. The reservoir pressure drops and finally reaches a value $p_f$ with oil formation volume factor $B_{of}$. The surface volume is the same, but the reservoir volume at this final, lower, pressure is larger $V_{of} = NB_{of} = V_{oi} B_{of}/B_{oi}$. The difference is the volume produced. This has a reservoir volume $V_{oi}(B_{of}/B_{oi} - 1) = Ah\phi S_o(B_{of} - B_{oi})/B_{oi}$. Using Eqs. (A.1) and (3.1) this defines $c_o$ as:

$$c_o = \frac{B_{of} - B_{oi}}{B_{oi}\Delta p}$$

(A.2)

In the material balance analysis I can find the appropriate value of $c$ once I know the pressure drop $\Delta p$. I take the $\Delta p$ determined from the pressure analysis (see Appendix D, Section 4.3 and Table A.5). There is a negligible change in properties if other possible values of $\Delta p$ are used.

**A.2.2 I use linear extrapolation to find properties.** In all calculations, to find properties at a given temperature and pressure, I use linear extrapolation between the closest sets of data (that is measured data at the nearest pressure and temperature conditions). This is a standard approach and employed, for instance, in reservoir simulators. The equations are readily used in a spreadsheet.

I wish to find the value of a property $A$ at a known temperature $T$ and pressure $P$. Imagine that I have the tables below. The two values of temperature and pressure chosen will be those closest to $T$ and $P$ – usually values above and below the required values.

Then I calculate:

$$A(T,p) = (T - T_1)\left[\frac{(p - p_{2a})A_{2b} + (p_{2b} - P)A_{2a}}{(T_2 - T_1)(p - p_{2a})}\right] + (T_2 - T)\left[\frac{(p - p_{1a})A_{1b} + (p_{1b} - p)A_{1a}}{(T_2 - T_1)(p - p)}\right]$$

(A.3)

**A.2.3 Log analysis.** When the Macondo well was drilled it encountered three layers of sandstone that contained oil with impermeable shale in between, shown in Figure 4.4.[136] The oil-bearing rock was

---

[136] In this report I will accept BP's interpretation of hydrocarbon-bearing sandstone encountered in BP-HZN-2179MDL04440267 (Macondo OOIP) [8]; BP-HZN-BLY00120160 (BP summary of permeability, porosity and saturation) [16] and will consider the layers M56 D, E and F to comprise the Macondo reservoir. I will include M56F despite the suggestion by Pinky Vinson from BP that this may not be hydrocarbon bearing (*see* Pinky Vinson's deposition [48], page 341, lines 14-24). Excluding M56F from the analysis would reduce my calculations of oil released by 100,000 - 140,000 stb (3-4% of the total).

M J Blunt Expert Report

detected through logs – these are down-hole measurements of density and electrical conductivity that can be used to infer the presence of oil.  These measurements were used to find water saturation (the fraction of the void space of the rock filled with water – the rest is filled with oil) and porosity.  Fluid samples were collected down-hole and analyzed. Rock core samples about an inch in diameter and almost two inches long were drilled out of the side of the well-bore, and their properties were measured.[137]  The fluid samples were used to determine – among other things – the ratio of the volume of oil in the reservoir to its volume at surface conditions.  Porosity was measured on the rock samples to calibrate the calculations from the logs.

$T=T_1$

| Pressure | Value of $A$ |
|---|---|
| $p_{1a}$ | $A_{1a}$ |
| $p_{1b}$ | $A_{1b}$ |

$T=T_2$

| Pressure | Value of $A$ |
|---|---|
| $p_{2a}$ | $A_{2a}$ |
| $p_{2b}$ | $A_{2b}$ |

**Table A.2.  Example data at different temperatures and pressures to illustrate linear extrapolation of values.**

The results of this analysis, taken from BP's reports, are tabulated in Table A.3.  I have then determined average values of porosity and oil saturation.[138]  The average porosity[139] calculated from the logs – 21.7% – is close to the average of the core measurements – 22.2%.[140]  For reference, BP's calculated permeability values are also shown.[141]

Anadarko also performed a preliminary petrophysical analysis.  Their conclusions would lead to a smaller oil volume – and hence oil released.  However, their results were not calibrated against core data, since this was not available at the time.  This is discussed further in Appendix A.7.

---

[137] These were rotary sidewall cores: cylindrical samples of rock drilled out from the side of the well.  They are typically around 1.7 inches (4 cm) long with a diameter of 1 inch (2.5 cm).

[138] I use a thickness weighting of the values in each layer as shown in Table A.3.  *See* BP-HZN-2179MDL04440267 (Macondo OOIP) [8]; BP-HZN-BLY00120160 (BP summary of permeability, porosity and saturation) [16].

[139] This is the average porosity for the 16 core samples taken from layers M56D and M56E for which permeability – see Appendix A.5 – was also measured; BP-HZN-2179MDL02394182 (Weatherford permeability measurements) [23].

[140] The 16 core measurements have an average porosity of 0.222.  Using this value (as opposed to 0.217 in Table A.3) would increase the volume of oil released by approximately 2% (60,000 stb) because of a larger calculated oil volume.  However, the log-derived values – from the whole 93 ft of oil-bearing sandstone encountered by the well – are more representative of the reservoir than the average of 16 core measurements on samples around 2 inches long.

[141] These values are discussed further in Appendix A.5: they are the geometric averages in each layer, corrected for oil flow and the presence of water.

M J Blunt Expert Report

| Layer | Layer thickness (ft) | Porosity | Permeability (mD) | Oil saturation |
|---|---|---|---|---|
| Top  (M56D) | 22 | 0.2067 | 86.53 | 0.8283 |
| Middle (M56E) | 64.5 | 0.2208 | 275.22 | 0.903 |
| Bottom (M56F) | 6.5 | 0.2108 | 110.39 | 0.7815 |
| Average (total) | 93 (total) | 0.217 | 219 | 0.878 |

**Table A.3.  The properties of the three oil-bearing sandstone layers penetrated by the Macondo well.[142]  I have computed the average porosity, permeability and oil saturation using a pore-volume weighted average.  The permeability is shown for reference: it is the geometric average of the permeability calculated within each layer, corrected for oil flow and the presence of water.**

**A.2.4 Steps to find the initial oil in place.**  BP analyzed the seismic data to calculate the initial oil in place *before* the Macondo well was drilled.  There are four steps in the calculation: determining the volume of rock that contains oil; correcting for the fact that most of the rock is solid; correcting for the percentage of pore space containing water; and converting the reservoir volume of oil to surface volume.  I will describe each step in turn: this is the standard approach used universally in the industry.  I also arrive at essentially the same number found in the Kelkar & Raghavan report.[143]

BP determined the total horizontal area, $A$ (4,482 acres) over which it expected to encounter oil and the average height of permeable oil-bearing sandstone over this area, $h$ (44 ft).[144] The volume of oil-bearing rock is therefore $Ah$.  This is called the gross rock volume.

The reservoir rock is composed of solid grains fused together, with pore space in between containing oil and water. We are only interested in the oil volume.  To find that oil volume, $Ah$ is multiplied by the porosity $\phi$, the fraction of the rock volume that is pore space.  The result is the volume of void space in the reservoir rock – the space that can be filled with fluid.  This is called the pore volume.

We then multiply the void space of the reservoir by the oil saturation, $S_o$ – the fraction of the void space that contains oil.  This is less than 1, as there is always some water present in reservoir rock: the rock was originally saturated with water, and oil migrated into the reservoir, forcing out most – but not all – the water. This gives us $Ah\phi S_o$, which is the oil volume in the reservoir.

Then the oil volume at the surface, called the stock tank oil initially in place, STOIIP, is given by:

$$STOIIP = Ah\phi S_o/B_{oi}$$

(A.4)

**A.2.5 Summary of fluid properties.**  The three sets of measured data are broadly consistent.  I will use all three in my calculations. Table A.4 below compares values of oil formation volume factor with those

---

[142] BP-HZN-BLY00120160 (BP summary of permeability, porosity and saturation) [16]; *see also* BP-HZN-2179MDL04440691 (BP summary of log analysis) [15], slide 25.

[143] While the reservoir oil volume is similar in the Kelkar & Raghavan report, they not use a measured value to convert this to a surface volume (*see* Section 4.1), and assumed full connectivity.

[144] BP-HZN-2179MDL05173765 (BP gross rock volume assessment, slide 1) [30], for the most likely case.  *See also* BP-HZN-2179MDL06566208 (BP Pre-Drill Review) [31], slide 15; and BP-HZN-2179MDL04440267 (Macondo OOIP, row 12) [8] for height $h$ (44ft), and row 26 for area $A$ (4,482 acres).

M J Blunt Expert Report

from the BP fluid property tables (see the discussion below).[145]  As a basis of comparison, I show here the calculated properties at the initial reservoir pressure ($p_i$=11,856 psi)[146] and at the final pressure (determined from the pressure analysis, Section 4.3).  For the calculation of initial oil in place, I need to know only the initial $B_{oi}$, but the final-pressure $B_{of}$ will be used later for the calculation of compressibility.  Table A.5 shows the oil compressibilities (Section 4.2).

The three sets of measured data give consistent values of $B_o$ and $c_o$: the discrepancy in values is around 5%.  These are difficult measurements made on a complex fluid at high temperatures and pressures.

| Property | Core Labs | Schlumberger | Intertek | BP tables |
|---|---|---|---|---|
| $B_{oi}$ | 2.3595 | 2.3031 | 2.2708 | 2.1431 |
| $B_{of}$ | 2.4093 | 2.3455 | 2.3129 | 2.1841 |
| $p_f$ (psi) | 10,433 | 10,531 | 10,502 | 10,502 |

**Table A.4.  Comparison of fluid data used in the analysis.  The subscript $i$ refers to initial conditions (pressure of 11,856 psi) and $f$ to final reservoir conditions.  $B_o$ is the oil formation volume factor.  $p_f$ is the predicted final pressure from an analysis of the capping stack pressure build-up presented in Section 4.3: I find different values dependent on which set of fluid data is used.  The final pressure is not calculated for the BP tables: the Intertek value is used to determine properties for comparison only.**

| Property | Core Labs | Schlumberger | Intertek |
|---|---|---|---|
| $c_o$ (microsips; ×10$^{-6}$ psi$^{-1}$) | 14.819 | 13.899 | 13.703 |

**Table A.5.  Comparison of measured oil compressibility.  This is one component of the total or effective compressibility used in the material balance calculation.**

**A.2.6 BP fluid property tables, and the value of $B_o$ used by the Government, have a bias.**  BP created tables of oil properties for Macondo.[147]  These use thermodynamic correlations[148] tuned to match the data to construct a convenient tabulation of properties for use in further analysis, including simulation tools.  As seen in Table A.4, there is a significant discrepancy between the oil formation volume factor in the BP table used by the Government and the appropriate value of formation volume factor for this problem.[149]  Any conversion from reservoir to surface volumes is inversely proportional to the value of $B_o$ used.  Use of these BP tables leads to approximately a 6-10% increase in calculated oil volume released, dependent on what measurement it is compared to.  Since these BP tables are not reports of direct measurements, and because we do not know the purpose or origin of these tables, I conclude that they should not be used for this analysis.

---

[145] Viscosity was also measured by Core Labs and Intertek (see Appendix A.1 and BP-HZN-2179MDL00063016 (Core Labs fluid property report) [19];BP-HZN-2179MDL04440732 (Intertek fluid property report) [18];  For reference, the Core Labs data gives values of 0.2026 and 0.1876 mPa.s for initial and final reservoir conditions respectively, while the Intertek measurements give 0.2610 and 0.2462 mPa.s for initial and final conditions respectively.  I do note that the difference in these measurements may be the result of different experimental techniques.  I will use the viscosities computed using an equation of state in the Whitson report in this analysis.

[146] See Appendix A for a justification of this value.

[147] BP-HZN-2179MDL04578104 (BP fluid property tables) [5]. In the oil industry these are called "black oil" tables.  While crude oil is indeed black in colour, this is a technical term referring to the characterization of the oil as being liquid (stock tank oil) containing gas that is dissolved in the oil at reservoir conditions.

[148] Technically these correlations are called equations of state.

[149] It is not clear if the BP Tables record single-stage or multistage separation values, which could explain the discrepancy.  In any event, my approach is to stick to the measured data.

58

M J Blunt Expert Report

However, the value of $B_o$ in one BP table was also used in both the Kelkar & Raghavan and Pooladi-Darvish reports. This is the principal reason for their over-statement of oil volume. This value was also used in the Griffiths report, again introducing a bias. [150]

**A.2.7 Data summary**. For reference Table A.6 shows the information I will use to find oil in place. It helps illustrate the sequence of multiplications to find the reservoir volume of oil. Then I divide by the values of $B_{oi}$ in Table A.4 to find the initial oil in place.

| Area, $A$ (acres) | Average height, $h$ (ft) | Gross rock volume, $Ah$ (MMrb) | Porosity, $\phi$ | Oil saturation, $S_o$ | Reservoir oil volume, $Ah\phi S_o$ (MMstb) | Connectivity % | Connected oil volume Mid case (MMrb) |
|---|---|---|---|---|---|---|---|
| 4,482 | 44 | 1,530 | 0.217 | 0.878 | 291 | 87-90 | 258 |

Table A.6. Compilation of data used to find the reservoir volume of oil in the Macondo reservoir. I assume that 87-90% of the oil is connected to the well. I then divide by $B_{oi}$ to find the connected oil volume measured at surface conditions: Table A.4.

**A.2.8 Gas/oil ratios.** In addition to the comparison of properties presented in Table A.4, I have also compared the measured gas/oil ratios: this is the ratio of gas volume to oil volume measured at stock tank conditions for a single-stage flash. Table A.7 shows numbers that are broadly consistent across the three laboratories. Here the BP tables are almost exactly the same as the Intertek data.

The gas/oil ratio has been used to convert a total flow of oil and gas in the ocean determined from *in situ* observations, to an effective oil flow rate at the surface.

| Property | Core Labs | Schlumberger | Intertek | Average of the measurements | BP tables |
|---|---|---|---|---|---|
| $R_s$ (scf/stb) | 2,906 | 2,945 | 2,831 | 2,894 | 2,833 |

Table A.7. Comparison of measured gas/oil ratios $R_s$. scf is a standard cubic foot and stb is a stock tank barrel.[151]

**A.2.9 Definition of oil formation volume factor.** Oil is more valuable than gas, and so fields are operated to collect as much oil as possible. The heavier gas components – propane and butane – can, with judicious chemical engineering, be dissolved in the oil phase, leaving a lower volume of a so-called lean gas composed almost entirely of methane and ethane. You can increase the amount of oil recovered by preferentially separating out the gas at higher pressures (and temperatures) and then letting the depleted oil reach equilibrium with the remaining dissolved gas. This can happen naturally in the reservoir below the bubble point (the saturation pressure), if gas is preferentially produced: this is called differential liberation (of gas). The amount of oil collected can also be maximized through multistage separators at the surface that are designed to collect as much liquid (oil) as possible. I note that much of the fluid property data concerns measurements of differential liberation and multistage separator

---

[150] *See* Section 4.1 and Appendix F for more details.

[151] BP-HZN-2179MDL00063084 (Core Labs fluid property report, "Res. Fluid Summary" tab, cell B48 for single-phase flash) [20]; BP-HZN-2179MDL01608973 (Schlumberger Fluid Analysis on Macondo Samples, , zero flash value) [34] , page 4; and BP-HZN-2179MDL04440977 (Intertek multi-state separator tests and compositions) value from "Summary" tab, cell C28 (for single-stage separator test) [32]. The Whitson [W] table values are the average of the values provided based on the samples analyzed by the different laboratories.

M J Blunt Expert Report

tests.[152] These can give lower values of $B_o$ (meaning more oil at the surface). I will not use these values, as they do not correspond to the circumstances of the Macondo spill. The oil remained above the bubble point in the reservoir, and oil and gas remained in equilibrium in the well-bore before being released to the ocean, or collected. I quote from Muskat's classic work *The Physical Principles of Oil Production* (p76):

*Implicit ... has been the assumption that the solubility and shrinkage properties of crude-oil and natural-gas systems are independent of the thermodynamic paths followed between terminal points, i.e., reservoir and atmospheric conditions. This, of course, will be true if the total hydrocarbon content be kept fixed and the gas and liquid phases are maintained in continuous contact... Such a process (for fixed total composition) is termed "flash liberation" or "flash vaporization." An example of its occurrence in practice is the variation in pressure and temperature of the stream of oil and gas as it flows up the well bore to the surface under steady-state conditions.*

During the Macondo spill, the oil and gas maintained continuous contact from the reservoir to the exit point. Hence, the single-stage flash (called flash liberation in the quotation above) $B_o$ – and not the $B_o$ obtained from a separator analysis has been used in my calculations. This is discussed further in Appendix F.2.

## A.3   Rock properties

As with oil, the compressibility – the fractional change in volume per unit change in pressure – changes with pressure. To track exactly the volume change for the calculated change in pressure in the reservoir, I define the pore volume compressibility as follows, to be consistent with material balance Eq. (3.1):

$$c_f = \frac{\epsilon(p_f)}{\phi(p_i - p_f)}$$

(A.5)

where $\varepsilon$ is the volumetric strain (the fractional change in rock volume) as a function of pressure. As before, I take $p_f$ to be 10,500 psi – the final answer is insensitive to the exact choice within around 100 psi. $\phi$ is the initial porosity and $p_i$ is the initial pressure (when the strain is 0) which – in these experiments – is 11,800 psi.

Using this approach I obtain values of 7.41, 3.74 and 5.32 microsips for the three samples.

Dr. Zimmerman in his expert report [RWZ] examined the Weatherford pore volume compressibility. I will use his (higher) values – in Table 4.3 – for my calculations.

There is little definitive public domain data that might help constrain the value of pore volume compressibility further than discussed in the main text. A paper published by authors from Chevron, ENI and Baker Atlas (Wolfe *et al.*, 2005) by the Society of Petroleum Engineers reports laboratory measurements of $c_f$ that lie between 1 and 2 microsips for deep Gulf of Mexico sandstones. They

---

[152] See, for instance, BP-HZN-2179MDL04440977 (Intertek multi-state separator tests and compositions) [32]; BP-HZN-2179MDL04440978 (Intertek multi-state separator test results) [33].

M J Blunt Expert Report

propose a method to calculate pore volume compressibility from logs that shows reasonable agreement with direct measurements on both whole cores and rotary sidewall cores.  Liu *et al.* (2008) quote a range of compressibility between 1 and 10 microsips for Gulf of Mexico reservoir of similar geological age to Macondo, with a base case of 3 microsips.

Ostermeier from Shell (2001) presents an overview of the compressibility of Gulf of Mexico sandstones. He distinguishes two classes of sandstone: the first are poorly consolidated and highly compressible with a compressibility that increases as the fluid pressure declines.  He reports compressibilities as high as 100 microsips.  In Macondo, however, the sandstone is of the second class (again this is clear from a study of data from other fields in the Gulf of Mexico provided by BP[153]), with a lower porosity and a compressibility that declines with declining pore pressure.  He reports one set of measurements with values less than 10 microsips.

There are correlations in the literature to predict pore volume compressibility from porosity for sandstones.  For instance, the Hall (1953) correlation can be used to calculate compressibility from porosity.  For Macondo, this gives a value of 3.5 microsips.

The mineralogy of the sandstone also suggests a relatively incompressible rock compared to other samples from the Gulf of Mexico.  Weatherford determined that the Macondo sandstone is 93% quartz (ranging from 91-94% on the core samples studied) with on average 3% clay.[154]  Ostermeier, from Shell, in a Distinguished Author article in the *Journal of Petroleum Technology* (Ostermeier, 2001), provides a review of Gulf of Mexico rock compressibility.  He comments that rocks with high quartz content – as in Macondo – have low compressibilities: the quartz is very hard compared to more ductile, or easily deformed, components of the rock, such as clay.  Quartz-rich sandstones can have a high compressibility only if the grains contact at sharp points: the grains can then easily rotate and compress into the pore space.  However, for a system of this relatively low porosity, and buried at high temperature, there is likely a relatively high degree of cementation (the grains are stuck or fused together).

It is not possible to make a more definitive statement on likely pore volume compressibility: I will be guided by the direct measurements that do appear to be in a plausible range, albeit at the upper end, based on my reading of the literature.

I conclude, for reference, with Figure A.1 which shows the correlations used by BP to estimate compressibility before drilling.  While consistent with a value of 6 microsips, the considerable scatter emphasizes the importance of checking the value with directly measured data.

---

[153] BP-HZN-2179MDL06566208 (BP Pre-Drill Review, slide 17) [31].
[154] BP-HZN-2179MDL02394187 (Weatherford rock composition analysis) [37].

M J Blunt Expert Report



**Figure A.1.** The correlation between pore volume compressibility and porosity (top figure) and depth (bottom figure) for Gulf of Mexico fields taken from a BP report prepared before drilling.[155] 1 μsip is a microsip or $10^{-6}$ psi$^{-1}$. The graphs – with some scatter – indicate a compressibility of between 5 and 6 microsips, close to the average of the measurements – Table 4.3.

## A.4    Total compressibility

I simplified the material balance equation (3.1) to emphasize the key data that contribute to the calculation of oil released: equation (3.1) is correct but requires a non-standard definition of compressibility presented in Section 4.2.  The more standard expression in the oil industry (Dake, 1978) for material balance is as follows:

---

[155] BP-HZN-2179MDL06566208 (BP Pre-Drill Review, slide 17) [31].

M J Blunt Expert Report

$$N_p = LWh\phi \cdot c_t \cdot \Delta p / B_{of}$$

(A.6)

$LWh\phi$ is the connected pore volume of the reservoir, $\Delta p$ is the pressure drop and $B_{of}$ is the oil formation volume factor at the final reservoir pressure.

$c_t$ is the total compressibility:

$$c_t = c_r + S_o c_o + S_w c_w$$

(A.7)

where the subscripts $r$, $o$ and $w$ stand for the rock, oil and water respectively. $c_t$ is the combined compressibility of the rock, oil and water. The void space is full of fluid, hence $S_o + S_w = 1$.

The effective compressibility used in the main text is $c = \left(\frac{B_{oi}}{B_{of}}\right)\left(\frac{c_t}{S_o}\right)$ where the total compressibility is given by Eq. (A.7).

Table A.8 provides the values of total compressibility multiplied by porosity that I calculate. This is – traditionally – the direct input into the material balance equation (A.6).[156] I take a fixed value of pore volume compressibility, but average the fluid compressibilities for each layer using the height-weighted average to find the effective value for a given set of fluid and rock properties.

| Total compressibility times porosity  (microsips) | Core Labs | Schlumberger | Intertek |
|---|---|---|---|
| High case | 4.76 | 4.58 | 4.54 |
| Mid case | 4.28 | 4.10 | 4.06 |
| Low case | 3.84 | 3.67 | 3.63 |

Table A.8. The total compressibility multiplied by porosity, using the full range of measured pore volume compressibility and oil compressibility from the three sets of fluid data.

## A.5   Permeability

While permeability does not enter into the material balance equation directly, it is a key component of a consistent model of the reservoir. This is because permeability ties together the variables in the material balance analysis, allowing us to confirm (or question) the reliability of our values for each variable.

The permeability will allow us to assess the size of the connected reservoir – determined from the pressure response – and to compare this with the seismic interpretation.

Permeability is also a crucial parameter in the Hsieh and Pooladi-Darvish reports that use reservoir simulation: the flow rate is directly proportional to permeability. Hence, through over-stating the permeability, they over-estimated the volume of oil released.

Hence it is important to review the permeability measurements.

---

[156] The approach in the main text and here are mathematically equivalent and give exactly the same values of oil released.

63

M J Blunt Expert Report

Permeability is typically the most uncertain parameter in a reservoir engineering analysis. Hence, it is unwise to hinge a prediction of flow rate – and hence oil released – directly on one inference of its value without checking for consistency with other parameters. Furthermore, in this report we carefully compare and critique permeability determined by different methods: direct measurements on core samples, correlations to down-hole measurements, measurements on neighbouring fields and deduction from pressure analysis.

Like pore volume compressibility, permeability is measured on inch-long rock samples taken from the reservoir. In the laboratory, permeability is found from the relationship between flow rate and pressure gradient – embodied in Darcy's law which we describe mathematically in Appendix C. It is relatively easy to perform this measurement using a dry core (with no liquid inside) by measuring air flow. However, air and oil flow are not identical and a correction needs to be made to reduce the air-measured permeability. Furthermore, in the reservoir, the rock also contains water. This water does not flow, but it restricts the volume occupied by oil and further reduces the permeability to oil.

There are four main sources of evidence for permeability that I review below: Weatherford's direct core measurements, BP's down-hole (log) analysis, data from other fields in the Gulf of Mexico, and literature values. In addition, in the main text (Section 4.3), I calculate permeability directly from the pressure analysis. Finally, and most importantly, Dr. Gringarten has provided the most robust determination of permeability from pressure measurements made down-hole just after drilling the well. I will use these values in my calculations for the reasons outlined in this Section.

**A.5.1. Core measurements: permeability is 364 mD**. Weatherford reported a series of measurements of permeability on the core samples taken from the reservoir sandstones contacted by the Macondo well.[157] Permeability was measured using two synthetic oils flowing through 19 cores: the values obtained ranged from 7 to 181 mD. The arithmetic mean (average) of all the oil measurements is 75 mD. The oil flow measurements were made on the cores as they were received in the laboratory and before they were cleaned and dried.[158] As a consequence, the pore spaces of the rock could be clogged with drilling fluid ("mud") and associated sand dislodged during drilling and extraction of the core samples. Hence, while oil flow reproduces the conditions pertaining in the reservoir under production, these values may be unrepresentative. However, this observation indicates that the rock in the near-well-bore region had a reduced permeability. This could have restricted flow, particularly in the early period of the spill.[159]

Weatherford also reported air permeability measurements on 16 cleaned cores that were drilled from the two main sandstone layers: M56D (6 samples) and M56E (10 samples): photographs of these cores are shown in Figure A.2. The average air permeability is 474 mD with a range from 64 to 756 mD. The

---

[157] These are contained in a series of spreadsheets: BP-HZN-2179MDL05223139 (Weatherford permeability measurements to oil) [1]; BP-HZN-2179MDL00470598 (Weatherford summary of cores collected) [21]; BP-HZN-2179MDL00470599 (Weatherford rotary core summary) [22] provide summaries of the cores collected and tested; while BP-HZN-2179MDL02394182 (Weatherford permeability measurements) [23] reports the measurements on cleaned samples.

[158] See Pinky Vinson's deposition [47], page 110, lines 9-11.

[159] This is discussed further in Appendix E.3.

M J Blunt Expert Report

air permeability was corrected to represent liquid (oil) flow.[160]  I have calculated an average (mean) of 442 mD.[161]

**M56D – upper sandstone layer**



**M56E – middle sandstone layer**



**Figure A.2.  Photographs of the 16 cores from the two main sandstone layers M56D and M56E, for which permeability was measured.[162]  The flow-based average permeability to oil is 364 mD.**

It is not best practice simply to use the mean of the permeability measurements to represent the average for field-scale production.  For three-dimensional flow, the geometric average within each layer[163] is more representative, since this better captures the flow conditions in the reservoir.  I also

---

[160] Air permeability is modified using the "Klinkenberg correction" to account for "gas slippage".  Physically, the gas has a finite flow near the solid grain boundaries at the microscopic scale, whereas in a liquid (such as oil) the flow is strictly zero at the solid.  This means that the air-measured permeability is higher than the oil-measured values.

[161] My averages are higher than those quoted by Weatherford; I have excluded lower permeability samples that are not from the main sandstone layers as defined in BP-HZN-BLY00120160 (BP summary of permeability, porosity and saturation) [16].

[162] Taken from WFT-MDL-00039841 (Weatherford's core photographs) [51].

[163] Mathematically, this is found from computing the mean value of the logarithm of permeability and then finding the exponential.

M J Blunt Expert Report

correct for the presence of water in the pore space.[164]  This makes the oil flow-based average of the Weatherford measurements **364 mD**.[165]

**A.5.2. Down-hole measurements: permeability is 219 mD.** BP related down-hole (log) readings to core measurements of air permeability.[166]  These down-hole measurements use sophisticated tools lowered in the well which record the density and electrical conductivity of the rock – and the fluids within them – close to the well-bore.  They provide reliable values of porosity and water saturation.  They do not directly study fluid flow; instead a correlation is determined between down-hole readings and permeability measurements taken from rock samples at the same depth.   The data from these samples are used with the logs to interpolate the permeability along the entire oil-bearing interval of 93 ft.  This is a standard approach and the log-based values are often considered more representative than the average of the core measurements.    BP presents the geometrically averaged permeability:[167] as mentioned above, this best reflects the overall behaviour in the layers of sandstone through which the oil flows.  This permeability is corrected to account for the presence of water in the pore space.  BP calculated average permeabilities[168] of 87, 275 and 110 mD for the top (M56D), middle (M56E) and lower (M56F) sandstones respectively, with an overall average of **219 mD** (Table A.3).[169]

**A.5.3. Correlations from other fields in the Gulf of Mexico:[170] permeability is 400 mD**. BP also presented an overview of permeability measurements on other fields in the Gulf of Mexico and correlated permeability with porosity, shown in Figure A.3 – this is a universally applied method in the oil industry.   The expected permeability, using a porosity of 0.225, is around 500 mD.   With the measured porosity of 0.217 (Table A.3) the likely permeability based on this correlation is around 400 mD.  This is at the upper end of the numbers quoted above.

**A.5.4 Literature values.** Ostermeier (1996) presents an overview of permeability in Gulf of Mexico sandstones.  He considers sandstones with porosities in the range 0.344-0.256, which is significantly higher than the values we see in Macondo (around 0.21-0.22).   It is difficult to make a definitive assessment of likely permeability based on the data presented, but extrapolating his measurements to a lower porosity range and accounting for grain size, using his data I would calculate that likely permeabilities are around 200 mD or lower in Macondo.

---

[164] I multiply by 0.85 – see the discussion of BP's log analysis in Appendix A.5.2.
[165] Mathematically, I take the geometric mean of the 6 measurements in layer M56D and the geometric mean of the 10 measurements in layer M56E.  I then use the height-weighted average of these two values.
[166] This analysis is presented in BP-HZN-2179MDL03290054 (BP Post-Well Subsurface Technical Memorandum) [6]; permeability values uncorrected for oil flow and water are shown in Figure 35.
[167] These are provided for each layer in the BP spreadsheet; [16].
[168] These are the Klinkenberg-corrected geometrically-averaged air permeabilities multiplied by 0.85 to account for the presence of water.  In the absence of direct experimental data, the factor of 0.85 was taken from the Santa Cruz field in the Gulf of Mexico (see Pinky Vinson's deposition [48], page 254, line 25, and page 355, lines 1 and 2).
[169] This is the layer thickness-weighted average of the values.
[170] BP studied other fields in the Gulf Mexico whose data were used by BP to develop correlations between rock properties (for instance, between porosity and permeability) that were then employed to calculate rock properties for Macondo.  It does not imply that the value of a property measured at another field is the same at Macondo.

M J Blunt Expert Report

**A.5.5 Gringarten pressure analysis: permeability is 238 mD.** Dr. Gringarten has analyzed the pressure measurements down-hole performed by Schlumberger before cementing the well in his expert report [ACG]. These provide a valuable flow-based estimate of permeability. This analysis avoids the complexities associated with estimating permeability from the capping stack response because the down-hole measurements include both accurate assessments of rate history and pressure.

The Gringarten analysis provides a reliable estimate of permeability that represents reservoir flow in a region that extends several 100s of ft around the well and so is a flow-based average, rather than a measurement on a small core sample.

As a consequence, I consider his analysis – close to the average of the log measurements – to provide most valid determination of permeability. He quotes a statistical range of possible values between approximately 170 and 329 mD, with 238 mD representing the mid-range (P50) case.

**A.5.6 Data-informed permeability range: 200-400 mD.** If we exclude the relatively low permeabilities to oil measured by Weatherford, all the other data indicate an average permeability in the range **200-400 mD**. However, the value of permeability does not directly affect the material balance analysis if other properties – oil volume, compressibility and pressure drop – are known.

The Gringarten analysis suggests that the flow-based average permeability in the field is at the lower end of this range.

M J Blunt Expert Report

## A.6    Datum depths, pressures and temperatures

Using the BP technical notes [14] and emails [4] the pressure transducers in the capping stack were located at a depth of 4,912 ft below the sea surface.  This is 12 ft below the top of the HC connector [14].

The sea floor is at a water depth of 4,992 ft [4].

I need to relate the capping stack pressure to the reservoir pressure.   Using the BP summary spreadsheet [16] I choose a datum depth approximately mid-way through the middle – thickest – layer. The top layer is at 18,034.1 TVDSS (true vertical depth sub-sea) and the bottom is at 18,105.0 ft.  The middle is therefore at 18,069.6 ft.  The datum depth given is 18,065 ft which is close to the middle of the sandstone.    However, there may be a transcribing error in the spreadsheet, since the original Schlumberger MDT report [63] implies a different depth, 18,056 ft, which I use.[172]

The initial reservoir pressure is hence 11,856 psi[173] at a depth of 18,056 TVDSS.[174]  The initial reservoir temperature is 243°F.[175]

The vertical distance from the capping stack transducer to the datum reservoir depth is 18,056-4,912 = 13,144 ft (rounded to the nearest ft).

A schematic of the reservoir, well bore and capping stack is shown in Figure A.4 that explains the distances mentioned above.

## A.7    Anadarko petrophysical analysis

Anadarko, a part-owner of Macondo at the time, performed an independent analysis of the log (down-hole) data prior to the accident.  These results are preliminary, since it is usual – as for the BP analysis presented earlier in this Appendix – to calibrate the results against direct measurements on core samples taken from the well.  This was not done, since, at the time, the results of the Weatherford core analysis were not available.

Table A.9 presents the key Anadarko results compared to those from BP, and the values used in this report.  Note that use of the Anadarko data would lead to lower estimates of oil released.  However, as noted above, the lack of calibration means that their results are less likely to be representative of the field.  I will note, however, that the logs do indicate a lower porosity and permeability than the averages of the core samples.

---

[172] BP-HZN-2179MDL03742328 (MDT report, page 7) mentions a pressure of 11,856 psi at a depth of 18,131 ft. [63].  Then page 28 mentions that the true depth below the sea is 75 ft lower than this, giving a datum depth of 18,131-75=18,056 ft.
[173] Taken from BP-HZN-2179MDL03742328 (MDT report, page 24 from the Test Point Table [63]; also [63] page 7.
[174] BP-HZN-BLY00120160 (BP summary of permeability, porosity and saturation, cell D12) [16].
[175] [BP-HZN-BLY00120160 (BP summary of permeability, porosity and saturation, cell T12) [16].  The initial reservoir pressure and temperature accord to that considered by Dr. Yun Wang at BP (see Edmond Shtepani's deposition [53] page 28, line 22).

69

M J Blunt Expert Report

The oil saturation estimate was not subject to calibration, and hence, of all the properties shown, is possibly as representative as the BP value.  Using the Anadarko saturation would result in a lower estimate of oil released.



**Figure A.4.  A schematic of the well bore, capping stack and reservoir geometry taken from [4,14,16,63].  The figure is not to scale. We need to know the distance from the capping stack to the reservoir to calculate the weight of fluid in the well bore and hence to find the reservoir pressure from the measured capping stack pressure.**

|  | Net pay (total layer thickness) (ft) | Porosity | Permeability (mD) | Oil saturation |
|---|---|---|---|---|
| **BP log analysis** | 93 | 0.217 | 219 | 0.878 |
| **Anadarko log analysis** | 92 | 0.192 | 107 | 0.837 |
| **Values I use in my calculations** | 93 | 0.217 | 245 | 0.872 |
| **Effect on oil released of using Anadarko values (MMstb)** | -0.04 | -0.27 | Implies reduced connectivity | -0.05 |

**Table A.9.  Comparison of the results of BP's and Anadarko's petrophysical analysis.  Also shown is the impact of using each piece of Anadarko data on my estimates of oil released.[176]**

---

[176] The BP data is taken from Table A.3.  The Anadarko data is taken from Brian O'Neill's deposition [60], page 77, line 4 for net pay; page 79, line 1 for porosity; page 80, line 1 for saturation; and page 81, line 5 for average permeability.

M J Blunt Expert Report

# Appendix B. Conversion from capping stack to down-hole pressures

## B.1. Requirement to correct the data and the equation used

The measurements of fluid pressure in the capping stack provide valuable information about the reservoir. When the well was closed, the pressure increased over time and was continuing to rise – albeit slowly – when the well was cemented in. The final pressure (had the measurements continued for much longer) helps determine the total amount of oil that was released, Eq. (3.1).

We are interested in the pressure in the reservoir – strictly speaking the pressure down-hole, or the reservoir pressure at the well-bore and at the datum depth. We have measurements at the capping stack. Since – once the well is shut in – there is no net flow, the down-hole pressure is the capping stack pressure plus the weight of fluid from the capping stack to the reservoir. This is a familiar concept: atmospheric pressure is the weight of air above us, while pressure increases with depth in the sea (or a swimming pool) because of the weight of water above you. Indeed, the high fluid pressures encountered in deep oil reservoirs are a consequence of the weight of fluid (and rock) above them.

I will provide a careful analysis of this pressure conversion, since it does have a significant impact on the pressure analysis. Furthermore, this calculation has not been performed properly by any of the Government investigators: specifically they all took a fixed pressure difference, ignoring the increase in its value over time as a consequence of the increasing capping stack pressure and the cooling well-bore, both of which tend to make the oil denser.

The concept is simple, but the details – provided here – touch upon a number of fascinating, classical problems in fluid dynamics.

Mathematically, if the capping stack pressure transducer (where the pressure is measured) is at a depth $z_{cs}$ and the reservoir is at a depth $z_r$ (all depths are measured below the sea surface) then we can relate the down-hole (well) pressure $p_w$ to the capping stack pressure $p_{cs}$ by:

$$p_w = p_{cs} + \int_{z_{cs}}^{z_r} \rho(T,p)g \; dz$$

(B.1)

where $\rho$ is the oil density and $g$ is the acceleration due to gravity (9.81 ms$^{-2}$ in SI units). We know the oil density as a function of temperature and pressure from the fluid property reports presented in Appendix A. The pressure at any depth is – as we have already said – the weight of fluid above it. We can compute density and hence pressure in a step-wise manner starting from the known (measured) capping stack pressure and integrating downwards.

M J Blunt Expert Report

## B.2    Temperature changes in the well-bore

The deep ocean seawater has a temperature of approximately 40$^o$F (4$^o$C).[177]  Below the sea bed, there is a natural geothermal gradient of around 30$^o$C per km (20$^o$F per 1,000 ft), meaning that the rock and fluids get hotter as we go deeper.  We know that the Macondo oil is at a temperature of 243$^o$F.  It is a reasonable approximation to assume that before the spill the temperature decreased linearly with distance from 243$^o$F in the reservoir to some lower temperature in the capping stack.

**B.2.1 Heating the well and the surrounding rock.**  While Macondo was flowing, hot fluids moved rapidly up the well-bore, heating the well and the surrounding rock, as well as the blow-out preventer.  Hence, the flowing temperature of the oil and gas was close to the reservoir temperature.  This is a well-known scientific problem, analyzed comprehensively in 1961 by the founder of rigorous well-test analysis, Prof. Hank Ramey.[178] However, when the well was closed, the facilities on the sea bed, the well-bore and the surrounding rock cooled.  The process can be modelled using heat transport equations that are similar in form to the ones we use to analyze pressure – this is considered in Section B.3.

**B.2.2 Double-diffusive convection.**  Surrounded by cold sea water, the capping stack cooled rapidly. Cold fluids are denser than warm ones.  Hence, the cold oil in the pipe in the capping stack was denser than the warmer fluid below it.  This cold oil sunk and warm oil rose, as illustrated in Figure B.1.  This is another fascinating problem in fluid mechanics that has received considerable attention, as the same physical phenomenon – the over-turning of fluids because of an unstable density variation – is seen in many circumstances, from the sea below Arctic ice, to the interior of large stars.  I recommend the engaging review paper by Huppert and Turner (1981).  Technically, our well-bore circulation could be described as double-diffusive convection.[179]  The increase in pressure with depth makes the fluids denser, and so is stabilizing.  The cooling of the oil at the top is, however, destabilizing.  A mathematically similar problem for salt water in a well has been analyzed by Love *et al.* (2007).  They define a critical Rayleigh number for the onset of this convection.  As I show in Section B.3, this convection started a day or two after choke closure.  While it does not directly impact the calculation of pressure difference, it does explain how – on average – we can maintain denser fluids above less dense ones: there was a continual circulation of fluid, which persisted until the well was cemented.

**B.2.3 Data tabulation.**  I will start with the data, tabulating the pressure difference between the reservoir and the capping stack for different temperatures and pressures at the capping stack, Table B.1. I will assume that the temperature increases linearly with depth from some specified capping stack temperature to the reservoir temperature.  I evaluate the integral Eq. (B.1) numerically over 10 ft depth increments using standard methods coded into a spreadsheet.

---

[177] See a detailed analysis of temperature in and below the Gulf of Mexico in Forrest *et al.* (2005).

[178] Prof. Ramey was Prof. Gringarten's PhD supervisor at Stanford University and trained the current elder generation of experts in well test analysis.  He also co-authored the analytic derivation for flow in a rectangular reservoir used in Section 4.3.  The paper referred to is Ramey (1961).

[179] Classically the instability comes from a combination of thermal and concentration gradients.  Here it is a combination of thermal and pressure gradients, both of which are governed by diffusive processes.

M J Blunt Expert Report

I have used the fluid property tables provided by Dr. Whitson for the Intertek and Schlumberger fluid properties. These provide a smoother extrapolation than the measurements, while providing a physical basis for the prediction of density at temperatures lower than explored experimentally. I have used the experimental data for the lower-density Core Labs sample (Appendix A.1), which give the lowest pressure differences. The measured and predicted densities vary typically by no more than 0.1%, but the use of the experimental data directly leads to a slightly lower pressure difference, giving a larger estimate of oil released. In order to preserve a rigorous upper bound on my calculations of oil released constrained by the data, I therefore use the Core Labs measurements to provide a lower plausible bound on the pressure difference.

Then I will provide – in Section B.3 – an analysis of how the temperature is likely to have varied over time to provide this pressure conversion founded on basic principles of heat transport. In essence, I invoke conservation of energy.

After choke closure, the well-bore cooled and the capping stack pressure increased. Both effects led to a rise in the pressure difference over time. Using a fixed pressure difference – as do all the Government investigators – under-states the rate of pressure build-up in the reservoir, leading to an over-estimate of permeability (Section 4.3), an under-estimate of the final reservoir pressure and over-statement of the volume of oil released.



**Figure B.1. Left, a schematic of the well-bore when the well was closed. While there is no net flow, cold, dense oil at the top of the well-bore can sink, while hot, buoyant oil rises. This circulation distributes heat along the well-bore and maintains a density that can decrease with depth. To the right is a visualization of an experiment showing a mathematically similar instability caused by concentration gradients of different chemicals dissolved in water.[180]**

---

[180] See http://fluidflowvisualization.sandia.gov/double_diffusion.html; Pringle and Glass (2002) from Sandia.

M J Blunt Expert Report

**Core Labs properties**

| Pressure difference between the reservoir and capping stack (psi) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Capping stack pressure (psi) | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 |
| 6,600 | 3,310 | 3,297 | 3,285 | 3,272 | 3,260 | 3,247 | 3,235 | 3,222 | 3,210 |
| 6,700 | 3,315 | 3,302 | 3,290 | 3,278 | 3,265 | 3,253 | 3,241 | 3,228 | 3,216 |
| 6,800 | 3,320 | 3,308 | 3,295 | 3,283 | 3,271 | 3,259 | 3,246 | 3,234 | 3,222 |
| 6,900 | 3,325 | 3,313 | 3,301 | 3,289 | 3,279 | 3,264 | 3,252 | 3,240 | 3,227 |
| 7,000 | 3,330 | 3,318 | 3,306 | 3,294 | 3,282 | 3,270 | 3,258 | 3,246 | 3,233 |
| 7,100 | 3,336 | 3,324 | 3,312 | 3,299 | 3,287 | 3,275 | 3,263 | 3,251 | 3,239 |
| 7,200 | 3,341 | 3,329 | 3,317 | 3,305 | 3,293 | 3,281 | 3,269 | 3,257 | 3,245 |

**Schlumberger properties**

| Pressure difference between the reservoir and capping stack (psi) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Capping stack pressure (psi) | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 |
| 6,600 | 3,403 | 3,391 | 3,378 | 3,366 | 3,353 | 3,340 | 3,328 | 3,315 | 3,302 |
| 6,700 | 3,409 | 3,396 | 3,384 | 3,371 | 3,359 | 3,346 | 3,334 | 3,321 | 3,308 |
| 6,800 | 3,414 | 3,402 | 3,389 | 3,377 | 3,365 | 3,352 | 3,340 | 3,327 | 3,315 |
| 6,900 | 3,419 | 3,407 | 3,395 | 3,383 | 3,370 | 3,358 | 3,346 | 3,333 | 3,321 |
| 7,000 | 3,425 | 3,412 | 3,400 | 3,388 | 3,376 | 3,364 | 3,351 | 3,339 | 3,327 |
| 7,100 | 3,430 | 3,418 | 3,406 | 3,394 | 3,382 | 3,369 | 3,357 | 3,345 | 3,333 |
| 7,200 | 3,435 | 3,423 | 3,411 | 3,399 | 3,387 | 3,375 | 3,363 | 3,351 | 3,339 |

**Intertek properties**

| Pressure difference between the reservoir and capping stack (psi) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Capping stack pressure (psi) | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 |
| 6,600 | 3,375 | 3,362 | 3,349 | 3,337 | 3,324 | 3,311 | 3,298 | 3,285 | 3,273 |
| 6,700 | 3,380 | 3,368 | 3,355 | 3,343 | 3,330 | 3,317 | 3,305 | 3,292 | 3,279 |
| 6,800 | 3,386 | 3,373 | 3,361 | 3,348 | 3,336 | 3,323 | 3,311 | 3,298 | 3,285 |
| 6,900 | 3,391 | 3,379 | 3,366 | 3,354 | 3,342 | 3,329 | 3,317 | 3,304 | 3,291 |
| 7,000 | 3,396 | 3,384 | 3,372 | 3,360 | 3,347 | 3,335 | 3,323 | 3,310 | 3,298 |
| 7,100 | 3,402 | 3,389 | 3,377 | 3,365 | 3,353 | 3,341 | 3,328 | 3,316 | 3,304 |
| 7,200 | 3,407 | 3,395 | 3,383 | 3,371 | 3,359 | 3,346 | 3,334 | 3,322 | 3,310 |

**Table B.1.  Calculated pressure difference between the capping stack and the reservoir for different capping stack pressures and temperatures.**

We can, empirically, write the following equations to predict the pressure difference for specified capping stack temperatures and pressures using Table B.1. For the Core Labs properties we find:

$$p_w = p_{cs} + 3210 + \frac{7}{120}(p_{cs} - 6600) + \frac{5}{4}(170 - T_{cs})$$

(B.2)

with pressure, $p$, measured in psi and temperature, $T$, in $^oF$.  For the Schlumberger properties:

$$p_w = p_{cs} + 3302 + \frac{37}{600}(p_{cs} - 6600) + \frac{101}{80}(170 - T_{cs})$$

(B.3)

while for Intertek it is:

M J Blunt Expert Report

$$p_w = p_{cs} + 3273 + \frac{37}{600}(p_{cs} - 6600) + \frac{51}{40}(170 - T_{cs})$$

(B.4)

The final use of the tables and correlations is to note that convection is likely to start when the density is higher at the top of the well-bore than at the bottom. Using the Core Labs properties this occurs at a temperature of approximately 159$^o$F, while for the Intertek and Schlumberger properties the temperature is 166$^o$F.

## B.3   Analysis of temperature changes in the well-bore

**B.3.1 The Ramey number and heating the well.** The reservoir temperature is 243$^o$F and for 86 days hot oil from the reservoir flowed upwards. This hot fluid heated up the well-bore and the surrounding rock, the blow-out preventer and the capping stack. When flow ceased, the well-bore cooled.

Let us first consider the initial heating of the well and surrounding rock. As mentioned in Section B.2, this problem has been treated in the classic work of Ramey (1961). He found the well-bore temperature as a function of time and depth and used his expression to predict the temperature profiles measured in several wells. I will simplify his analysis. The temperature profile is a function of the following dimensionless number, which I will call the Ramey number $R_n$:[181]

$$R_n = \frac{\dot{m}C_o}{2\pi\kappa_s H}$$

(B.5)

where $\dot{m}$ is the mass flow rate, $\kappa_s$ is the thermal conductivity of the rock (and brine within it), $C_o$ is the heat capacity of the oil and $H$ is the distance from the capping stack to the reservoir. The values I use are given in Table B.2. The mass flow rate is given a convenient round number in SI units, based on an average flow rate of around 40,000 stb/day.

**B.3.2 I assume that during the spill the well-bore temperature is the reservoir temperature.** I find a value of 6 for the Ramey number. For $R_n \gg 1$, the well-bore temperature is, to a good approximation, equal to the reservoir temperature. I will make this assumption: that the well-bore temperature is everywhere and for all times during the spill equal to the reservoir temperature. This is not a bad approximation, but it will tend to over-state the temperature in the well-bore after choke closure and hence under-estimate the fluid density and the final reservoir pressure, and over-estimate the amount of oil released. I will return to examine this approximation at the end of this Section.

**B.3.3 Radial heat transport equation.** I will now model the heating and cooling of the rock using a radial diffusion equation to represent heat transport. I assume that the temperature gradient with depth is small compared to radial temperature gradients (away from the well-bore). In this case, I can model the system in horizontal cross-section as shown in Figure B.2.

---

[181] This is *A/Zf(t)* using the nomenclature of Ramey (1961). *f(t)* is a time-dependent function that describes the heat transport, which we will quantify later. In this problem its value at the end of the spill is of order 1.

M J Blunt Expert Report

The governing partial differential equation is as follows:

$$\frac{1}{r}\frac{\partial}{\partial r}\left(\kappa_s r \frac{\partial T}{\partial r}\right) = \Gamma_T \frac{\partial T}{\partial t}$$

(B.6)

where $r$ is the radial coordinate, $T$ is temperature and $t$ is time. $\kappa_s$ is the thermal conductivity and $\Gamma_T$ is the heat capacity (per unit volume) of the rock and fluids (or the annulus). In a homogeneous medium, Eq. (B.6) can be written:

$$\frac{1}{r}\frac{\partial}{\partial r}\left(r \frac{\partial T}{\partial r}\right) = \alpha_T \frac{\partial T}{\partial t}$$

(B.7)

where $\alpha_T$ is the inverse thermal diffusivity:

$$\frac{1}{\alpha_T} = \frac{\kappa_s}{\Gamma_T} = \frac{\kappa_s}{\phi \rho_w C_w + (1-\phi)\rho_s C_s}$$

(B.8)

$C$ is the heat capacity (per unit mass), $\rho$ is density and $\phi$ is the porosity. I take the values shown in Table B.2 in my calculations.

In Appendix C, I solve the same equation as (B.7) but for pressure. This is done analytically and I go through the derivation carefully, as it is important for the modelling of the pressure response. Here I employ similar techniques, but will provide a much briefer presentation.[182]

First, I need to solve for the initial heating for times $t_p \geq t > 0$, where $t_p$ is the production time (length of the spill period). I assume $T(r > r_w, 0) = T_o$ and impose $T(r \leq r_w, t) = T_r$. The solution is known analytically if the thermal properties of the annulus and the formation – the rock – are the same.[183] Define $\Delta T = T - T_o$, then the Laplace transform is given by:[184]

$$\Delta \tilde{T} = (T_r - T_o)\frac{K_0(\sqrt{\alpha_T s}\, r)}{s K_0(\sqrt{\alpha_T s}\, r_w)}$$

(B.9)

where $K_0$ is a modified Bessel function of order 0. We then find the temperature profile at $t = t_p$, $T_i(r, t_p)$ and use this as the initial condition for the cooling period.

Formally, if we also consider heat transport in the well-bore itself, again assuming constant thermal properties, the solution for the well-bore temperature during cooling can be written as:

---

[182] More details can be found in the classic reference Carslaw and Jaeger (1946). To be consistent with the pressure analysis in Appendix C, my symbol $\alpha$ is the inverse diffusivity (not, as normal, the diffusivity).
[183] See Carslaw and Jaeger (1946).
[184] Carslaw and Jaeger (1946), page 335, Eq. (3).

M J Blunt Expert Report

$$T(r_w, \Delta t) = T_o + \frac{\alpha_T}{2\Delta t} \int_0^\infty \Delta T_i(r', t_p) e^{-\frac{\alpha_T(r'-r_w)^2}{4\Delta t}} dr'$$

(B.10)

where $\Delta t = t - t_p$ is the time since choke closure.

However, these expressions cannot accommodate different thermal properties for the rock, the oil, and the steel, cement and drilling mud in the annulus. Instead, to account these effects I will solve the equations numerically.

| Quantity | Symbol | Value | Unit |
|---|---|---|---|
| Average mass flow rate of oil | $\dot{m}$ | 100 | kgs$^{-1}$ |
| Distance from capping stack to reservoir | $H$ | 4,004 | m |
| Thermal conductivity of the rock and fluids | $\kappa_s$ | 0.7[185]-2.9[186] | Wm$^{-1}$K$^{-1}$ |
| | | Base case 1.3 | |
| Thermal conductivity of cement | $\kappa_c$ | 0.29[187] | Wm$^{-1}$K$^{-1}$ |
| Thermal conductivity of oil | $\kappa_o$ | 0.137 | Wm$^{-1}$K$^{-1}$ |
| Porosity of sediment | $\phi$ | 0.30 | |
| Heat capacity of seawater | $C_w$ | 3,990[188] | Jkg$^{-1}$K$^{-1}$ |
| Heat capacity of oil | $C_o$ | 2,000[189] | Jkg$^{-1}$K$^{-1}$ |
| Heat capacity of sediment (sand or sandstone) | $C_s$ | 745 | Jkg$^{-1}$K$^{-1}$ |
| Heat capacity of cement | $C_c$ | 1,550[190] | Jkg$^{-1}$K$^{-1}$ |
| Density of seawater | $\rho_w$ | 1,027 | kgm$^{-3}$ |
| Density of cement slurry | $\rho_c$ | 2,500 | kgm$^{-3}$ |
| Grain density (quartz) | $\rho_s$ | 2,660 | kgm$^{-3}$ |
| Reservoir temperature | $T_r$ | 243 | °F |
| Initial temperature | $T_o$ | 40 | °F |
| Well-bore radius | $r_w$ | 0.10795 | m |
| Maximum well radius | $r_m$ | 0.46 | m |
| Base case thermal diffusivity, Eq. (B.7) | $1/\alpha_T$ | $4.97 \times 10^{-7}$ | m$^2$s$^{-1}$ |
| Thermal diffusivity of (stainless) steel[191] | $1/\alpha_T$ | $4.1 \times 10^{-6}$ | m$^2$s$^{-1}$ |
| Thermal diffusivity of cement and oil[192] | $1/\alpha_T$ | $7.5 \times 10^{-8}$ | m$^2$s$^{-1}$ |
| Annular thermal diffusivity[193] | $1/\alpha_T$ | $16 \times 10^{-8}$ | m$^2$s$^{-1}$ |

**Table B.2. Parameters used for my calculation of well-bore cooling.**

[185] Lower limit for Gulf of Mexico sediments taken from Newson and Brunning (2004).
[186] Sandstone (Berea) value from Incropera and DeWitt (1985), page 756, Table A.3. Also used for heat capacities.
[187] Cement and oil thermal properties from Skalle (2011), page 95, Table 7-1.
[188] Seawater properties taken from Sharqawy et al. (2010) for a salinity of around 35g/kg and a temperature of 5°C.
[189] Average value for fuel oil taken from http://www.engineeringtoolbox.com/specific-heat-fluids-d_151.html
[190] From http://www.engineeringtoolbox.com/specific-heat-solids-d_154.html
[191] Taken from Stankus et al. (2008); other types of steel have a higher thermal diffusivity.
[192] Calculated from the other properties in the table.
[193] A harmonic average of steel and annular values; the calculation is described in the text.

M J Blunt Expert Report



**Figure B.2.** A horizontal cross-section through the well-bore, the annulus (containing steel, cement and drilling mud) and the surrounding water-saturated sediment below the sea. I assume that during the spill, the oil in the well is at a reservoir temperature of 243°F, and heats the surrounding rock. After choke closure, the rock and oil in the well cool. I calculate the temperature in the well as a function of time using similar techniques employed in Appendix C to compute the pressure response, as, mathematically, the equations are the same. In the figure $T$ is temperature.

I have solved Eq. (B.6) numerically using standard explicit finite differences, with linear increments in radius $\Delta r$ (0.05-0.1 m) and small time steps $\delta t$ (160 s in the cooling period) to ensure stability:

$$T_i^{n+1} = T_i^n + \frac{2\delta t}{\Gamma_{Ti}\Delta r^2(r_i + r_{i-1})}[\kappa_i r_i(T_{i+1}^n - T_i^n) - \kappa_{i-1}r_{i-1}(T_i^n - T_{i-1}^n)]$$

$$(B.11)$$

where the subscript $i$ labels the radial grid block and the superscript $n$ the time level. $r_{i=0} = r_w$ and I solve in the rock or annulus for $i \geq 1$.

The initial condition is: $T(r,t=0)=T_o$. During heating $T(r \leq r_w,t)=T_r$; during cooling I compute the temperature in the well using the oil heat capacity in Table B.2.

**B.3.4 Predicted temperature profiles.** Figure B.3 shows the temperature as a function of radius from the well at the end of the spill ($t=t_p$=7.6×10[6] s or 85 days and 17 hours) and just before the well is cemented ($\Delta t$ = 1.6×10[6] s or almost 19 days later). We see that the hot oil heats the rock to a radius of around 3 m, consistent with a simple calculation that the affected region is given approximately by $2\sqrt{t_p/\alpha_T}$. In this calculation I have assumed that the annular region has the same thermal properties as the surrounding rock. I will return to challenge this assumption later.

The rate of heating – computed by summing up the excess heat energy introduced into the system – is approximately $\Pi$ = 640 kW. This corresponds to an average temperature loss $\Delta T = \Pi/\dot{m}C_o$ in the flowing oil of around 3 K or 6°F. Hence, it is not a bad approximation to assume more-or-less constant

M J Blunt Expert Report

temperature conditions. However, closer to the sea bed, exposed to the cold ocean, there will be further cooling: the maximum temperature measured for oil collected from the well was 221°F,[194] indicating a 22°F temperature drop.



**Figure B.3. Predicted temperature in the rock as a consequence of heating from the hot fluid in the well during the spill, followed by cooling after choke closure. The temperature profiles at the end of the spill, and just before the well is cemented are shown. The final well-bore temperature is around 310 K or 95°F.[195] This case shows the temperature close to the top of the well, just under the sea bed.**

As discussed below, just as in the pressure analysis, at late time the build-up is dominated by the cumulative flow, here the cooling is controlled by how much heat energy entered the rock. Figure B.4 compares the heat flux into the rock as a function of time during heating (equivalent to the flow rate for a pressure analysis) compared to analytical solution for early time.[196] The agreement between the numerical solution and theory is excellent, indicating that my solutions are converged.

After choke closure, the temperature profile continues to spread, but with no net heat exchange. The temperature at the well drops to around 310 K or 95°F.

---

[194] 105°C measured by Reddy *et al.* (2012).
[195] I have performed these calculations in SI units.
[196] Taken from Carslaw and Jaeger (1946), page 336, Eq. (9).

79

M J Blunt Expert Report

Figure B.5 shows the temperature at the well as a function of depth. The profiles at the end of the spill and just before the well was cemented are shown. I have performed many simulations at different depths and – to a very good approximation – the temperature profile at any one time simply varies linearly from the value computed from Figure B.3 to 243°F at the reservoir depth.



**Figure B.4. Predicted heat flux as a function of time (black line) compared to analytical early-time solution of the heat transport equation (red curve). The predictions show an almost exact correspondence to the comparable Fig. 42, page 338, in Carslaw and Jaeger (1946).**

Figure B.6 shows the temperature at the well-bore as a function of time after choke closure. Three cases are shown, assuming different thermal conductivities of the rock (the values shown in Table B.3). The fastest cooling occurs for the most conductive rock, representing consolidated sandstone, with slower cooling for less conductive, unconsolidated sediments. The base case is the upper end of the range measured for Gulf of Mexico sediments below the sea bed, but this conductivity is lower than deeper, more consolidated rock (see Table B.2). The final well-bore temperature, before cementing, is 95±5 °F at the sea bed.

M J Blunt Expert Report



**Figure B.5.  Predicted temperatures at the well-bore as a function of depth, at different times.  To a good approximation, at any given time the temperature varies linearly with depth from some (decreasing) value at the sea bed to 243°F at the reservoir.  After around 1 day (100,000 s) we see the onset of convective mixing.  This may locally distort the temperature profiles, giving regions of constant temperature with depth.  However, conservation of energy prevents the average temperatures varying significantly from what is shown here.**

It could be argued that the well-bore cools slower near the top because the sediments are less conductive, and faster at the bottom, where the rock is more consolidated.  On the other hand, the extra cooling from the ocean (considered below) and the fact that – at the top of the well – the initial temperature is not exactly 243 °F at choke closure, means that the well-bore may in fact be cooler at the top than I have calculated.  I consider it a reasonable approximation to take one base case, constant, value for the rock properties, and use this to compute the temperature profiles; these approximations are considered in more detail below.

The oil in the well-bore cools, on average, by 74°F.  This represents a cooling rate of approximately 4 kW.  This is less than 1% of the average rate of heating of the rock during the spill.  I have also computed the temperature profiles assuming no heat exchange between the oil and the rock; this affects the temperature profile by less than 1 degree.  Hence, the contribution to the energy balance of the oil in the well is small, but is included in the results I show here.

M J Blunt Expert Report



Figure B.6.  The predicted well-bore temperature as a function of time near the sea bed.  I then assume a linear increase in temperature with depth as shown in Figure B.5.  The lowest curve assumes that the rock surrounding the well is sandstone, while the other curves show the range of properties for unconsolidated Gulf of Mexico sediments (see Table B.2).  The red curve is the base case used in my calculations.  Convection in the well-bore starts after about 1-2 days when the temperature marked by the horizontal lines is reached.  When the well was cemented, the calculated well-bore temperature is 95±5 °F.

**B.3.5 Cooling from the ocean.**  The other source of cooling is the ocean itself.  The well and surface equipment sits some 92 ft above the sea bed and this will cool rapidly.  It is possible to make a rough approximation of the degree of cooling using an empirical value of 300 $Wm^{-2}K^{-1}$ for heat transfer between fluids (seawater and oil) across steel.[197]  The temperature drop driving the cooling is assumed to be the difference between the computed well-bore temperature and the sea temperature.  Then taking an effective radius of the well-bore of around 0.4-0.5 m – the annular diameter near the top of the well – I estimate an average cooling rate of around 400 kW.  This is comparable to the heating rate of the rock and so is potentially significant, leading to much lower temperatures in the well-bore.  However, this very simple calculation over-states the cooling.  The temperature in the oil above the sea bed will likely be close to 40 °F and the complex flow pathways in the capping stack and the blow-out preventer could possibly delay or prevent effective heat exchange with the well-bore below the ocean

---

[197] The value for the heat transfer is taken from http://www.engineeringtoolbox.com/overall-heat-transfer-coefficients-d_284.html

82

M J Blunt Expert Report

floor. I will ignore any additional cooling from the sea, but it does indicate that my assumptions are conservative: it is unlikely that the well-bore temperatures I have calculated are over-estimated.

**B.3.6 Convective mixing in the wellbore.** The final discussion – before getting to a quantitative relationship to convert capping stack to reservoir pressures – is to consider the impact of convection on this analysis. As shown in Figure B.6, after around 1 day the well-bore has cooled sufficiently that the oil at the top is denser than the oil at the bottom. This is unstable. This will lead to convective circulation – with hot oil rising and cold oil falling – if we are above a critical Rayleigh number $R_a$. Love *et al.* (2007) showed that for flow in a well, the onset of convection occurs for:

$$R_a = \frac{g \alpha_o \Delta \rho r_w^4}{\mu H} > 215.6$$

(B.12)

$\Delta \rho$ is the density difference between the top and the bottom of the well, while $\alpha_o$ is the inverse thermal conductivity of oil. I estimate that less than 1 degree of cooling below the temperature indicated in Figure B.6 is sufficient for the onset of convection, with Rayleigh numbers of 50,000 or more developing later. This convection is illustrated in Figure B.1.

There is no doubt that convection occurs, but what does this mean? Traditionally, for a system that is heated from below and cool at the top, the convection maintains an approximately constant temperature profile with depth apart from narrow boundary layers at the top and bottom. The temperature is close to the average of the top and bottom values. In Macondo this would lead to the deep oil being cooler than the rock and the oil further up being hotter. Since heat exchange with the rock is very efficient, on average the oil must maintain, more-or-less, the same temperature as the rock. I am not aware of any study of this interesting problem: it is possible that several convection cells develop with a stair-step change in temperature with depth, as seen in the ocean below the Arctic ice (Huppert and Turner, 1981). However, overall, simply from consideration of conservation of energy, in this essentially closed system, with the vast majority of the heat energy stored in the rock, I cannot conceive of any mechanism that will significantly change the average temperature in the well-bore from what I have calculated. Even if we were to allow the temperature to be constant with depth, at a value that is the average of my computed sea bed temperature and the reservoir temperature, this will reduce the pressure difference I present next by only approximately 10 psi out of a total of around 3,300 psi.

**B.3.7 Radial heat transport.** I will now convert the computed temperature as a function of time to a pressure difference between the capping stack and reservoir.

Figure B.7 shows the computed temperature profiles plotted as a function of the logarithm of time. Note that after around 1 day (100,000 s) the temperature decreases almost exactly in proportion to log($\Delta t$). This is not coincidental. As I discuss in Appendix C, diffusion in a radial geometry – after the input of a constant heat flux (or a constant flow rate) followed by a no-flow period – leads to a temperature (or pressure) that decreases linearly with the logarithm of time at sufficiently late times. In this case the boundary conditions are different, but at late time the functional form of the heat

83

M J Blunt Expert Report

transport is largely independent of the boundary conditions: heat is added to the system and it diffuses radially.[198]

We will use the same concept later in our discussion of the pressure response: at late time, the behaviour is controlled solely by the total heat energy introduced (in this case) or the cumulative flow (for pressure): the analysis is insensitive to the details of the heat transfer or flow rates over time.



Figure B.7. The predicted well-bore temperature as a function of time near the sea bed. Here time is shown on logarithmic axes, indicating that the temperature decreases linearly with ln($\Delta t$); this is the classical time dependence for radial transport, which we will encounter again in Appendix C for pressure. For times greater than around 100,000 s the temperature of the base case (middle curve in red) is given by: $T = 162 - 55.7 \log_{10}(\Delta t/100{,}000)$ for temperature in °F and time in s – this trend is shown by the dashed red line. The other solid lines are the cases shown in Figure B.6. The dashed black line shows the impact of assuming an annular region of lowered thermal conductivity near the sea bed.

The temperature decreases as ln($\Delta T$) with a slope $\eta_T$. Without a full derivation, which uses the results of Appendix C, this slope $\eta_T$ is approximately:[199]

---

[198] This is discussed in Ramey (1961).
[199] Taken for the late-time expression of flux, Carslaw and Jaeger (1946), page 336 and using the final flux as an approximately constant heat transfer rate.

84

M J Blunt Expert Report

$$\eta_T \approx \frac{(T_r - T_o)}{\ln\left(\frac{4\alpha_T t_p}{r_w^2}\right) - 2\gamma}$$

(B.13)

where $\gamma$ is Euler's constant (0.57722). This is relatively insensitive – as we see – to the fluid and rock properties used. Theoretically the value is $34^{o}$F; the slope of the line in Figure B.6 for late times (greater than 1 day or 100,000 s) is around $55.7^{o}$F, which gives $\eta_T$ of 55.7/log(10) = $24^{o}$F, a somewhat lower value, since the slope is still, slowly, increasing, and we consider the cooling of oil in the well itself.

**B.3.8 Consideration of heat transport in the annulus: a more-likely case.** The Macondo well, as any deep oil well, consisted of a telescope-like arrangement of progressively smaller holes with depth. At the sea bed the hole had a radius of around 18 inches (0.46 m).[200] Surrounding the oil is a concentric arrangement of cement, steel casing and drilling mud. Steel conducts heat very efficiently, but the mud (mainly oil) and the cement will – generally – have a lower thermal conductance than the formation itself (see Table B.2).

I have adopted lower-bound estimates of the thermal properties of the Macondo well from the literature in Table B.2. In Figure B.7 I present a case where I have considered the impact of the annulus near the sea bed. I have made the following assumptions which I consider a more-likely case than the results presented previously:

- During the heating period I take a well-bore temperature of $237^{o}$F, corresponding to my predicted cooling of $6^{o}$F in the well; this is still less than the cooling ($22^{o}$F) measured directly during the spill.[201] This accounts for the extra cooling during the spill from the ocean.
- I assume an annular radius of 0.46 m (36 inch diameter). At the sea bed, the inner 22 inches of the well contained 11.87 inches of metal casing.[202] I calculate an effective thermal diffusivity from a harmonic average of 11.87 inches of steel and 10.13 inches of cement and oil (the arithmetic average of $\alpha_T$).[203] I then apply this value over the larger 36 inch diameter hole. Overall the presence of steel in the well approximately doubles the thermal diffusivity from its value with just oil and cement: the number I use is shown in Table B.2.

This case is very interesting: a slower initial cooling (in the first 10,000 s), and then a rapid cooling after around 100,000 s followed by – roughly – the same cooling rate, with a final temperature now of only $81^{o}$F.

Furthermore, I have ignored direct cooling from the ocean after choke closure. This is likely to be significant, leading to more cooling near the surface compared to my base case, not less, although the

---

[200] Hickman *et al.* (2012).

[201] Reddy *et al.* (2012).

[202] Taken from Appendix W of the BP Accident Report (2010), page 16, Tables 1.2-1.4.

[203] Strictly I find the harmonic average of the thermal conductivity and the volume-weighted average of the heat capacity (per unit volume). In this case though, within the approximations of the data in Table B.2, the heat capacities per unit volume of steel, oil and cement are similar: $3.7 \times 10^6$ Jm$^{-3}$K$^{-1}$.

M J Blunt Expert Report

effect is difficult to quantify. After all, it is almost certain that the oil actually in the capping stack is at, or very close to, the sea temperature to 40°F, so to presume that it is much hotter just below the sea bed is almost certain an over-statement.

There is one last uncertainty. The natural temperature change with depth below the Gulf of Mexico is not linear but often displays a dog-leg shape, meaning that the average temperature can be higher or lower than a straight-line extrapolation from the sea bed to reservoir depths.[204] The BP Accident Report shows a temperature profile with depth which is non-linear implying slightly higher temperatures on average.[205] I will ignore this, as it has little impact on the calculations.

In the pressure analysis, the key feature is the rate of cooling – the slope of the graph in Figure B.7. After 100,000 s any estimate of the thermal properties of the well and rock– supported by the literature – give almost the same behaviour. I am therefore confident that my analysis is valid in this time period because my pressure analysis is focussed on the late-time (>100,000 s) response, matched with a linear flow model that is insensitive to what may have happened in the first day after choke closure. I will take the mid-range case – the red line in Figure B.7 – for my quantitative analysis. To be conservative, I ignore the additional cooling likely as a consequence of the effects of the annulus and the ocean. In the end, the more likely case makes a difference of only 5 psi to the calculated pressure drop and a less than 0.5% decrease in oil released: I will note though that with this correction, the pressure match is better (to within 1.5-1.7 psi – compare with Table D.2).

**B.3.9 Conversion from capping stack to reservoir pressures.** I now insert the computed time dependence of temperature (Figure B.6) into Eqs. (B.2) – (B.4). I find, using the Core Labs measurements that

$$p_w = p_{cs} + 3210 + \frac{7}{120}(p_{cs} - 6600) + \frac{5}{4}\left[8 + 55.7\log_{10}\left(\frac{\Delta t}{100,000}\right)\right]$$

(B.14)

with pressure, $p$, measured in psi and time since choke closure, $\Delta t$, in s. For the Schlumberger properties the pressure conversion is:

$$p_w = p_{cs} + 3302 + \frac{37}{600}(p_{cs} - 6600) + \frac{101}{80}\left[8 + 55.7\log_{10}\left(\frac{\Delta t}{100,000}\right)\right]$$

(B.15)

while for Intertek it is:

$$p_w = p_{cs} + 3273 + \frac{37}{600}(p_{cs} - 6600) + \frac{51}{40}\left[8 + 55.7\log_{10}\left(\frac{\Delta t}{100,000}\right)\right]$$

(B.16)

---

[204] Forrest *et al.* (2005).
[205] Appendix W of the BP Accident Report (2010), page 15, Figure 1.5.

M J Blunt Expert Report

Note that this correction will add a constant amount to the predicted reservoir pressure derivative (Section 4.3): both temperature effects in the well-bore and the pressure response of the reservoir itself impact the predicted behaviour.

The correction Eqs. (B.14) – (B.16) is only applicable for late-times ($\Delta t > 100{,}000$ s). For my quantitative analysis – to show the predicted reservoir pressures based on the capping stack measurements – I tabulate the temperature as a function of time using the middle case (red solid line) in Figure B.6, and insert this directly into Eqs. (B.2) – (B.4).

I consider this calculation to be robust for the late shut-in period – after around 1 day. It simply uses conservation of energy: during the spill the hot oil delivers heat to the formation and then the formation cools down. At late time, the temperature profile in the well-bore decays as $\ln(\Delta t)$, with a slope only weakly dependent on the rock properties. However, the early-time behaviour is sensitive to the near-well heat transport (just as in well test analysis, the early time build-up is affected by the rock properties close to the well). Hence, the conductivity of the casing, cement and fluid in the annulus could affect the behaviour until the heat transient moves beyond the well and into the rock. A numerical solution of both vertical and radial heat transport, as presented by Wooley (1980), could be used, if the thermal properties of the annulus were known. The focus of the analysis in my report, and any quantitative analysis, considers only the late-time linear or channel flow period.

**B.3.10 Discussion of the impact of cooling.** The preceding discussion has, inevitably, been rather mathematical. Now, I will try to discuss the behaviour a little more qualitatively, to draw attention to its significance, before quantifying how a neglect of this effect impacted the estimates of the Government investigators.

Why is the cooling insensitive to the thermal properties of the rock, and why does an insulating annulus increase the cooling rate? Imagine a hot cup of coffee. If it is in a thin plastic cup, it is too hot to hold and cools rapidly; put it in a thick, insulating Styrofoam and it cools slowly while the cup remains at worst lukewarm on the outside. So, by analogy, if the annulus is insulating, the surrounding rock stays cool. But this is not the whole situation for Macondo – it is more complex and subtle than that. Imagine now that we place the coffee (plus cup and lid) in a large bath of water. We have a little heater and keep the coffee hot for many hours. What happens now? Well, for the thin plastic cup, the heater is on more-or-less constantly and we end up with hot coffee in a hot bath. But for the Styrofoam cup, there is less heating and the bath water remains cold, even though the coffee stays hot. This is akin to the well flow – the oil is held at more-or-less reservoir temperatures for 86 days surrounded by rock and water and then it cools. When it cools, the hot coffee in the hot bath actually cools slowly – after all, you have to wait to cool down the entire bath first. The hot coffee in the Styrofoam initially stays hot, but eventually it is affected by the cold water around it: when this happens, the temperature falls, and it falls fast – just as in our Macondo oil simulation. So, an insulating annulus, with the properties I have estimated, leads to a more rapid cooling at around 1 day, and more cooling overall. Also, the properties of the formation have little impact: a more conductive rock heats up more and cools quickly, but is hotter when cooling starts, while a less conductive formation heats less but cools slower – the two effects almost cancel out.

M J Blunt Expert Report

I will now show the impact on the pressure response, anticipating the mathematical details in Appendices C and D. Figure B.8 shows the effect on the reservoir pressure derivative ($dp/d(ln(\Delta t)$) of the temperature correction alone, compared to the capping stack derivative, together with the reservoir derivative that I analyze in Section 4.3.  Note that the temperature effects resemble a very long radial flow period. Indeed the temperature transient resembles the build-up for a reservoir with a permeability of around 550 mD (the constant derivative is around 30 psi, similar to that of the capping stack derivative at early time).  The more likely case – with an insulating annulus – resembles the pressure transient with a skin effect (the hump in Figure 4.11 at early times), but a skin effect that is much, much more long-lasting than in normal pressure analysis.

The interesting point to note is that the derivative is around 30 psi or larger within a day of choke closure.  Had I included the effects of cooling from the ocean this derivative (rate of cooling) would most likely be even larger.  This explains why my estimated permeability using the base case – 300 mD – is higher than Dr. Gringarten's best estimate of around 240 mD: including these additional effects would lead to lower estimates of permeability in my analysis, closer to the determination by Dr. Gringarten from down-hole measurements.  For instance, my more likely case gives a permeability of around 280 mD (from the constant pressure derivative value of around 60 psi in Figure B.8).

**B.3.11. A reservoir permeability of 500 mD or more may have led to a reopening of the well**..  Figure B.8 is a fascinating graph, made appealing (to the expert) through the mathematical correspondence between temperature and pressure transients.  However, rather than dwell on this, I will illustrate one important, qualitative feature.  If the reservoir pressure were 500 mD or larger, then the reservoir derivative would have a radial flow stabilization at around 30 psi.[206]  My more-likely case has the same – and rising – derivative value at around 60,000 s (17 hours); if we include ocean cooling it is almost certainly even higher.   Now, the capping stack derivative is the reservoir derivative minus the temperature correction.[207]  So, the capping stack derivative could drop to zero and then go negative, before rising again when channel flow starts.

What does this mean?  Within a day of choke closure on July 15th 2010, the capping stack pressure would have risen, then reached a maximum and then started to fall slightly.  This was the well integrity test: a falling pressure would have likely been misinterpreted as evidence of leakage from the well-bore, the valves would have been re-opened, and oil would have continued, unnecessarily, to have been spilt until the relief well was drilled.

This somewhat dramatic comment does help to illustrate, clearly, the importance of the cooling on an interpretation of the pressure response.

---

[206] Using the equations in Table D.1 and the methodology of Section 4.3.
[207] Precisely there is an extra correction for pressure effects in Eqs, (B.2)-(B.4), so the capping stack derivative is even lower.

M J Blunt Expert Report



**Figure B.8.  The capping stack pressure derivative, the effect of the temperature correction alone and the total reservoir derivative used in this analysis (see Figure 4.12).  I show the base case (used for quantitative calculation) and a more likely case, with more rapid cooling overall.**

## B.4    Effect of an incorrect pressure conversion on Government estimates of oil released

I now present the details of the analysis discussed in Section 4.3.  In Table B.3 I present the conversion from capping stack to reservoir pressures given in the different Government reports.  For comparison I show my own conversion – averaged over the three sets of fluid properties – for the last capping stack pressure measurement used in my analysis (6,952 psi when I predict the capping stack temperature to be 95°F).  There is a large discrepancy between my value and the much lower numbers presented in the Government reports.  I also show the pressure rise calculated from this final pressure measurement to the final pressure.  In this case the discrepancies are less significant.  I also show the likely impact on permeability of adding the temperature effects to the derivative (Section 4.3).

Finally, I present the impact on predicted oil released.  I only consider the impact of the pressure conversion (not the analysis to find the final pressure) on the pressure drop in the material balance equation.  For Dr. Hsieh and Dr. Pooladi-Darvish who have simulation models, I also incorporate the impact of the change in permeability, assuming that flow rate (and hence cumulative released) is proportional to permeability.  For these two experts, the correction will more than halve their estimated oil released.

M J Blunt Expert Report

| Investigator | Pressure head (psi) | My estimate of capping stack temperature ($^oF$)[208] | Under-statement of head compared to my value (psi) | Pressure rise from last capping stack measurement (psi)[209] | Impact on permeability (mD) | Effect of using proper conversion on oil released (MMstb)[210] |
|---|---|---|---|---|---|---|
| *My analysis* | *3,378[211]* | *95* | | *159* | | |
| Drs. Kelkar & Raghavan[212] | 3,220 | 220 | 158 | 185 | Used material balance | **-0.54** |
| Dr. Hsieh[213] | 3,199 | 235 | 179 | 78 | 570 to 300 | **-2.62** |
| Dr. Pooladi-Darvish[214] | 3,137 | >243 | 241 | 71 | 550 to 300 | **-2.69** |
| Dr. Griffiths[215] | 3,190 | >243 | 188 | 126 | Not a reservoir analysis | |

**Table B.3.  A table summarizing the impact of the pressure conversion from capping stack to reservoir on the calculations of the Government experts. I show the pressure head, together with the capping stack temperature consistent with this value at the time of cementing the well. I also quote the further pressure rise from the last measurement to the final reservoir pressure.  I demonstrate that the poor pressure conversion leads to an over-statement of both the pressure depletion and the permeability, which governs flow rate.  These two effects have a huge impact on the results of Dr. Hsieh and Dr. Pooladi-Darvish.**

I end this Appendix by noting the values of capping stack temperature consistent with the heads assumed by the Government researchers. I have used the tabulations of oil density to find what temperature (at a capping stack pressure of 6,952 psi) will give the values listed in Table B.3.  I find capping stack temperatures of 220$^oF$ or higher.   This is completely implausible because it ignores the impact of the oil cooling and leads to a substantial under-statement of the pressure difference between the capping stack and the reservoir, contributing to a significant over-estimate of oil released.  Just because it is difficult to quantify the rate of cooling, this is not an excuse to ignore it and end up with a biased estimate of the pressure conversion based on near-reservoir temperatures throughout the oil column.  Things that are hot cool down: this is a simple statement of the second law of thermodynamics. This cannot be ignored.

---

[208] I find the temperature that gives the estimated head averaging the three sets of fluid data using the tables in Appendix B.  For reference a capping stack temperature of 243$^oF$ gives head values of 3,141, 3,232 and 3,202 psi (average 3,192 psi) for the Core Labs, Schlumberger and Intertek fluid properties respectively.

[209] Dr. Hsieh's values are taken from his spreadsheet [44]; Drs. Kelkar & Raghavan from their supporting spreadsheet "Av pr to DOJ"; Dr. Griffiths from [SKG], Appendix F, page 39; and for Dr. Pooladi-Darvish I assume his last pressure measurement was 6,994 psi, as the other Government investigators.

[210] To find the new cumulative flow, I multiply the estimated value by the ratio of the pressure drop accounting for the head conversion only to the estimated pressure drop, and by the ratio of permeabilities.

[211] Calculated at the end of the build-up period with a measured capping stack pressure of 6,952 psi and a temperature of 95$^oF$, averaged over the three sets of data using the correlations in Appendix B.

[212] From Kelkar-Raghavan report [KR], page 19: "*The pressure drop due to the column of oil is 3,220 psi.*"

[213] From Dr. Hsieh's pressure analysis spreadsheet [44].

[214] From Dr. Pooladi-Darvish's report [PD], Appendix III, slide 23, using the base case model, for which he assumed a well-head temperature of 220$^oF$ using his estimates of fluid properties.

[215] From Griffiths report [SKG], Appendix F, page 39.

M J Blunt Expert Report

# Appendix C.     Mathematical derivation of the model of the pressure response

This Appendix contains the derivations of the equations used to analyze the pressure response.  The methodology is standard in the petroleum industry, but is included for completeness.  I present here principally the linear model for flow.  The equations for the rectangular model are not presented as they have already been derived in Earlougher *et al.* (1968).

## C.1    Darcy's law and fluid flow

I will now introduce the second fundamental equation, after material balance, used in reservoir engineering.  This is Darcy's law, originally proposed by the French Civil Engineer Henry Darcy in 1856 in a study of sand filters in public fountains: running the water through the sand effectively removes bacteria from the water.  Darcy's law describes how fluid (oil) moves underground in porous rock.  It can be written:

Area of the rock across which there is flow ⟶ $\qquad$ Permeability

$$Q = -\frac{AK}{\mu}\nabla p$$

Oil flow rate $\qquad$ Oil viscosity $\qquad$ Pressure gradient

(C.1)

The flow rate ($Q$, the volume flowing per unit time) is proportional to the area that flows ($A$; in this context it is the height of the reservoir sandstone multiplied by the width).  $Q$ is inversely proportional to the viscosity, $\mu$.  Viscosity is a measure of how easily fluid flows, and is found from fluid property measurements.  The flow rate is also proportional to the pressure gradient, $\nabla p$: this is the driving force that pushes the fluid through the microscopic pore spaces of the rock.  The minus sign is because flow goes from high pressure to low pressure.  The remaining term in the equation, $K$, is the permeability. This is a rock property and quantifies how easily oil flows through the pore space. Its magnitude is related to the area of a typical pore (pore spaces are typically around one tenth to one thousandth of a millimetre across: see Figure 3.1) and hence has a very low value when measured in SI units (square metres, m$^2$).  However, it is standard in petroleum engineering to measure permeability in units of a darcy (D), or millidarcy (mD, thousandths of a darcy) in honour of the discoverer of the equation.  1 D is approximately $10^{-12}$ m$^2$ (see Appendix I). Average permeabilities of a reservoir vary typically from around 1 mD to 1 D.  Permeability is found from flow measurements on core samples and from an analysis of pressure behaviour: both approaches will be used in this report (Section 4.3 and Appendix A.5).

## C.2    Radial flow

**C.2.1. Radial flow equations.** The analysis of radial flow is standard can be found in any reservoir engineering or well-testing textbook.  I recommend Bourdet (2002).  We assume that we have fluids of a constant compressibility obeying Darcy's law, Eq. (C.1).

M J Blunt Expert Report

We use Darcy's law and invoke conservation of volume in a system of constant compressibility we arrive at the following partial differential equation for the evolution of pressure:

$$\nabla^2 p = \alpha \frac{\partial p}{\partial t}$$

(C.2)

For radial flow, Eq. (C.2) is:

$$\frac{1}{r}\frac{\partial}{\partial r}\left(r\frac{\partial p}{\partial r}\right) = \alpha \frac{\partial p}{\partial t}$$

(C.3)

where $r$ is the radial coordinate, $p$ is pressure and $t$ is time. $\alpha$ is the inverse diffusivity for pressure:

$$\alpha = \frac{\phi \mu c_t}{K}$$

(C.4)

where $K$ is the (average) permeability, $\mu$ the viscosity and $\phi$ the porosity. The total compressibility $c_t$ is defined by Eq. (A.7). We have already met similar equations for temperature in Appendix B, Eq. (B.7).

The initial condition is $p(r,0)=p_i$ (initial pressure in the reservoir). We assume a specified flow rate -$Q_o$ at the well ($r=r_w$, where $r_w$ is the radius of the well); later we show how to accommodate a varying flow rate. The negative sign indicates that the flow is in the direction of decreasing $r$ (flow out of the reservoir). Rate here is measured at reservoir conditions: to covert to surface condition rates you need to divide by the oil volume formation factor $B_o$.

We return to Darcy's law, Eq. (C.1) to relate the flow rate to pressure gradient. For horizontal radial flow of oil, the effective flow area is $2\pi rh$, or the surface of a cylinder:

$$Q = -2\pi rh\frac{K}{\mu}\frac{\partial p}{\partial r}$$

(C.5)

The constant well flow rate boundary condition is:

$$Q_0 = 2\pi rh\frac{K}{\mu}\frac{\partial p}{\partial r}\bigg|_{r=r_w}$$

(C.6)

The easiest way to solve this problem is to define a new variable:

$$y = \frac{\alpha r^2}{4t}$$

(C.7)

M J Blunt Expert Report

Then Eq. (C.2) becomes:

$$\frac{dp}{dy} + y\frac{d^2p}{dy^2} = -y\frac{dp}{dy}$$

(C.8)

We find:

$$\frac{dp}{dy} = \eta\frac{e^{-y}}{y}$$

(C.9)

where $\eta$ is a constant found from the constant flow boundary condition:

$$Q_0 = 2\pi r h\frac{K}{\mu}\frac{\partial p}{\partial r}\Big|_{r=r_w} = \eta\frac{4\pi Kh}{\mu}e^{-y}\big|_{r=r_w}$$

(C.10)

While we will provide careful determinations of parameters later, it is instructive to note that for all but the earliest times $y$ is very small. The well radius is approximately 4 inches (0.1 m) and the base case value of the parameter $\alpha$ is around 0.5 m$^2$s$^{-1}$.[216] Then $y$ evaluated at the well is approximately 0.0013/$t$ where time, $t$, is measured in seconds. Our interest is in times of around 1,000 to 1,000,000 s, so $y$ is always very small (<<1) at the well. Hence we can set $e^{-y} = 1$ and we find:

$$\eta = \frac{\mu Q_0}{4\pi Kh}$$

(C.11)

and, to obey the initial conditions, we can write:

$$p_w = p_i - \eta\int_{\frac{\alpha r_w^2}{4t}}^{\infty}\frac{e^{-y}}{y}dy = p_i + \eta Ei\left(-\frac{\alpha r_w^2}{4t}\right)$$

(C.12)

where $Ei$ is the exponential integral (Abramovich and Stegun, 1970). As mentioned above, for all the times we are interested in $\frac{\alpha r_w^2}{4t} \ll 1$ and so we can use the following approximation (Abramovich and Stegun, 1970):

$$Ei(-y) = \ln y + \gamma$$

(C.13)

---

[216] This is much smaller than the inverse thermal diffusivity introduced in Appendix B. Heat transports through rock much slower than pressure. Over the spill period, a noticeable temperature change was observed out to, at most, 3 m, whereas the pressure encountered reservoir boundaries some 5,000 m or more from the well.

M J Blunt Expert Report

for y<0.01 where $\gamma$ is Euler's constant =0.57721.  Hence we find, from Eq. (C.12):

$$p_w = p_i - \eta \ln\left(\frac{4t}{\alpha \gamma r_w^2}\right)$$

(C.14)

The pressure decreases as ln $t$ – logarithmically with time – in the radial flow regime.  The radial flow regime ends when the pressure wave hits the sides of the channel – see Figure 4.9.  This occurs when $r=W/2$ at a time:

$$t = \tau_W = \frac{\alpha W^2}{16}$$

(C.15)

**C.2.2. Inclusion of skin.**  It is likely that the oil did not flow unimpeded across the whole reservoir section.  While it is difficult to model this in detail, since the precise nature of the well-bore damage is unknown, it is possible to account for this empirically.  This is achieved through the inclusion of a so-called skin.  This method is standard in the oil industry and accounts for any changes in effective permeability near the well.  Skin is included in reservoir models simply as an additional pressure drop at the well that is linearly related to flow rate.  We obtain (by definition):

$$p_w = p_i - \eta \left(\ln\left(\frac{4t}{\alpha \gamma r_w^2}\right) + 2S\right)$$

(C.16)

$S$ is the (dimensionless) skin factor (not to be confused with saturation).

In Macondo, skin can account for deviations from radial flow near the well: it is unlikely that the flow into the damaged well is exactly radial near the well-bore, as the oil has to access the damaged portions of the cement and casing [27].  This is called the partial penetration skin.  Furthermore, as discussed in Appendix E.6, this skin is likely to have varied over time.

**C.2.3. Variable rate and pressure build-up.**  It is possible to account for varying flow rate by considering the response of a series of constant rates imposed at different times.  This is called Duhamel's principle.

First we define $p_D$ as the pressure response for a unit flow rate and with no skin and with zero initial pressure.  From Eq. (C.14):

$$p_D(t) = \frac{\mu}{4\pi K h} \ln\left(\frac{4t}{\alpha \gamma r_w^2}\right)$$

(C.17)

At any time – using Duhamel's principle  –  the well pressure can be written as:

M J Blunt Expert Report

$$p_w = p_i - \delta(t)Q(t) + \int_0^t \frac{\partial Q(\tau)}{\partial \tau} p_D(t-\tau)d\tau$$

(C.18)

where $\delta$ accounts for skin, and can be a function of time, if $S$ varies:

$$\delta = \frac{S\mu}{2\pi Kh}$$

(C.19)

**C.2.4. Simple model of draw-down and build-up.** We assume that from $t=0$ we have a constant rate $-Q_o$ and then at $t=t_p$ the well is closed and $Q=0$. We will only consider here the pressure build-up, $t>t_p$.

Consider this as the addition of two rates ($-Q_o$ for $t>0$ and $Q_o$ added for $t>t_p$) in Eq. (C.18):

$$p_w = p_i - \eta\left(\ln\frac{4t}{\alpha r_w^2} - \ln\frac{4(t-t_p)}{\alpha r_w^2}\right) = p_i - \eta\ln\left(\frac{t_p + \Delta t}{\Delta t}\right)$$

(C.20)

where $\Delta t = t - t_p$.

Eq. (C.20) is the basis of the standard Horner plot in well test analysis: the pressure is plotted against the logarithm of Horner time $(t_p + \Delta t)/\Delta t$. A straight line indicates radial flow with the slope giving an indication of flow rate and permeability. This is also the same behaviour we saw for the temperature profile in Appendix B.3.

## C.3   Linear flow

For linear flow Eq. (C.2) is:

$$\frac{\partial^2 p}{\partial x^2} = \alpha \frac{\partial p}{\partial t}$$

(C.21)

As before the initial condition is $p(x,0)=p_i$ (initial pressure in the reservoir). There is no flow at $x=L$: the end of the reservoir, as shown in Figure C.1. The specified flow rate $-Q_o$ is given at the well ($x=0$).



**Figure C.1.  Schematic of the model for linear flow: the reservoir is treated as a straight channel of length $L$ and width $W$, with flow only in the $x$ direction. The well is at one end ($x=0$).**

As before, the relationship between flow rate and pressure gradient is given by Darcy's law, Eq. (C.1) where now the flow area is $hW$:

M J Blunt Expert Report

$$Q = -\frac{KhW}{\mu}\frac{\partial p}{\partial x}$$

(C.22)

Then the no-flow boundary condition at $x=L$ is equivalent to:

$$\frac{\partial p}{\partial x}\bigg|_{x=L} = 0$$

(C.23)

**C.3.1. Laplace transform.** A powerful and general way to solve pressure dissipation problems is to use the method of Laplace transforms (Carslaw and Jaeger, 1946). The Laplace transforms used are all taken from Abramovich and Stegun (1970). We take the Laplace transform of the governing partial differential equation, Eq. (C.21):

$$\frac{\partial^2 \tilde{p}}{\partial x^2} = \alpha s \tilde{p} - \alpha p_i$$

(C.24)

The tilde ~ represents the Laplace transform. The general solution is:

$$\tilde{p} = A(s)e^{-\sqrt{\alpha s}x} + B(s)e^{+\sqrt{\alpha s}x} + p_i/s$$

(C.25)

Then for the no-flow condition, Eq. (C.23):

$$B(s) = A(s)e^{-2\sqrt{\alpha s}L} = \varepsilon A(s)$$

(C.26)

where

$$\varepsilon = e^{-2\sqrt{\alpha s}L}$$

(C.27)

and is small for most times considered.

Then we consider the constant flow rate boundary condition at the well. Taking the Laplace transform of Eq. (C.22), we find

$$\tilde{Q} = -\frac{KhW}{\mu}\frac{\partial \tilde{p}}{\partial x} = \frac{KhW}{\mu}\sqrt{\alpha s}A(s)\left(e^{-\sqrt{\alpha s}x} - \varepsilon e^{+\sqrt{\alpha s}x}\right)$$

(C.28)

Then the boundary condition at $x=0$ becomes:

96

M J Blunt Expert Report

$$Q_o/s = -\frac{KhW}{\mu}\sqrt{\alpha s}A(s)(1-\varepsilon)$$

(C.29)

From this we find *A(s)* and hence the Laplace transform of *p*.

$$A(s) = -\frac{\mu Q_o}{KhW\sqrt{\alpha}(1-\varepsilon)}s^{-3/2}$$

(C.30)

$$\tilde{p} = -\frac{\mu Q_o}{KhW\sqrt{\alpha}(1-\varepsilon)}s^{-3/2}\left(e^{-\sqrt{\alpha s}x} + \varepsilon e^{+\sqrt{\alpha s}x}\right) + p_i/s$$

(C.31)

At *x*=0 we define a well pressure $p_0$ (we account for skin later):

$$\widetilde{p_0} = -\frac{\mu Q_o}{KhW\sqrt{\alpha}}\frac{(1+\varepsilon)}{(1-\varepsilon)}s^{-3/2} + p_i/s$$

(C.32)

To invert the Laplace transform, we need to re-write the terms in $\varepsilon$ that are functions of *s*.

$$\frac{(1+\varepsilon)}{(1-\varepsilon)} = 1 + 2\sum_{n=1}^{\infty}\varepsilon^n = 1 + 2\sum_{n=1}^{\infty}e^{-2n\sqrt{\alpha s}L}$$

(C.33)

We then use the following inverse Laplace transform (Abramovich and Stegun, 1970): for

$$\tilde{f}(s) = s^{-3/2}e^{-k\sqrt{s}}$$

(C.34)

the inverse transform is:

$$f(t) = 2\sqrt{\frac{t}{\pi}}e^{-k^2/4t} - k\,\text{erfc}\left(\frac{k}{2\sqrt{t}}\right)$$

(C.35)

Comparing Eqns. (C.34) and (C.35) with the terms in the sum in Eq. (C.33) we use:

$$k = 2n\sqrt{\alpha}L$$

(C.36)

Then from Eq. (C.33):

M J Blunt Expert Report

$$p_0 = p_i - \frac{2\mu Q_o}{KhW\sqrt{\pi\alpha}}\sqrt{t}\left[1 + 2\sum_{n=1}^{\infty}\left(e^{-\alpha n^2 L^2/t} - nL\sqrt{\frac{\pi\alpha}{t}}\,\text{erfc}\left(\frac{\sqrt{\alpha}nL}{\sqrt{t}}\right)\right)\right]$$

(C.37)

where erfc is the complementary error function (Abramovich and Stegun, 1970). Let's simplify Eq. (C.37) by defining:

$$\beta = \frac{2\mu Q_o}{KhW\sqrt{\pi\alpha}} = \frac{2Q_o}{hW}\sqrt{\frac{\mu}{\pi\phi c_t K}}$$

(C.38)

and:

$$\tau_L = \alpha L^2 = \frac{\phi\mu c_t}{K}L^2$$

(C.39)

Physically $\tau_L$ is the time taken for the pressure response to reach the no-flow boundary at x=L. Then:

$$p_0 = p_i - \beta\sqrt{t}\left[1 + 2\sum_{n=1}^{\infty}\left(e^{-n^2\tau_L/t} - n\sqrt{\pi}\sqrt{\frac{\tau_L}{t}}\,\text{erfc}\left(n\sqrt{\frac{\tau_L}{t}}\right)\right)\right]$$

(C.40)

**C.3.2. Early time behaviour.** In the linear flow regime, but before the pressure sees the boundary at x=L, $t \ll \tau_L$, from Eq. (C.40) all the terms in the bracket, bar the first, are small, and we see classic channel-flow behaviour with a square-root-of-time dependence:

$$p_0 = p_i - \beta\sqrt{t}$$

(C.41)

**C.3.3. Late-time behaviour.** Once the pressure wave has seen the boundaries, $t \gg \tau_L$, there is an approximately linear decrease in pressure with time. This is the so-called pseudo steady-state regime that is often employed in simple analyses of producing fields: it is seen after several months and continues through the decades-long life of the field.

This behaviour is more difficult to derive directly from Eq. (C.40) as, in the limit $t \gg \tau_L$, we have a sum of nearly equal terms. The way to derive this is to return to the Laplace transform solution, Eq. (C.32) in the limit of small $s$ (this corresponds to large $t$). In this case, instead of Eq. (C.33) we write:

$$\frac{(1+\varepsilon)}{(1-\varepsilon)} = \frac{1 + e^{-2\sqrt{\alpha s}L}}{1 - e^{-2\sqrt{\alpha s}L}} \approx \frac{1 + 1 - 2\sqrt{\alpha s}L}{2\sqrt{\alpha s}L} \approx \frac{1}{\sqrt{\alpha s}L} = \frac{1}{\sqrt{\tau_L}}s^{-1/2}$$

(C.42)

to leading order in $s$.

98

M J Blunt Expert Report

Then from Eq. (C.32):

$$\widetilde{p_0} = -\frac{\sqrt{\pi}}{2}\frac{\beta}{\sqrt{\tau_L}}s^{-2} + p_i/s$$

(C.43)

and hence

$$p_0 = p_i - \frac{\sqrt{\pi}}{2}\frac{\beta}{\sqrt{\tau_L}}t$$

(C.44)

As mentioned above, the pressure declines linearly with time in response to a constant flow rate production.

A full solution, based around this late-time expression, can be found in Carslaw and Jaeger (1946), p112 (we do not derive it here as it is not used in the analysis):

$$p_0 = p_i - \frac{\sqrt{\pi}}{2}\frac{\beta}{\sqrt{\tau_L}}\left(t - \frac{2\tau_L}{\pi^2}\sum_{n=1}^{\infty}\frac{e^{-n^2\pi^2 t/\tau_L}}{n^2}\right)$$

(C.45)

**C.3.4. Inclusion of skin.** Here we define $p_w$ as the measured well-bore pressure and obtain using Eqs. (C.16) and (C.19):

$$p_w = p_0 - \delta Q_0 = p_i - \delta(t)Q_0 - \beta\sqrt{t}\left[1 + 2\sum_{n=1}^{\infty}\left(e^{-n^2\tau_L/t} - n\sqrt{\pi}\sqrt{\frac{\tau_L}{t}}\ \mathrm{erfc}\left(n\sqrt{\frac{\tau_L}{t}}\right)\right)\right]$$

(C.46)

**C.3.5. Variable rate and pressure build-up.** As before, we use Duhamel's principle to find the response of the system as the sum of a series of constant rates imposed at different times.

First we define $p_D$ as the pressure response for a unit flow rate and with no skin and with zero initial pressure. From Eq. (C.46):

$$p_D(t) = -\beta\sqrt{t}/Q_0\left[1 + 2\sum_{n=1}^{\infty}\left(e^{-n^2\tau_L/t} - n\sqrt{\pi}\sqrt{\frac{\tau_L}{t}}\ \mathrm{erfc}\left(n\sqrt{\frac{\tau_L}{t}}\right)\right)\right]$$

(C.47)

For reference the early time behaviour, Eq. (C.41):

$$p_D = -\beta\sqrt{t}/Q_0$$

(C.48)

and the late-time behaviour, Eq. (C.44):

99

M J Blunt Expert Report

$$p_D = -\frac{\sqrt{\pi}}{2Q_0}\frac{\beta}{\sqrt{\tau_L}}t$$

(C.49)

At any time – using Duhamel's principle – the well pressure can be written as:

$$p_w = p_i - \delta(t)Q(t) + \int_0^t \frac{\partial Q(\tau)}{\partial \tau}p_D(t-\tau)d\tau$$

(C.50)

**C.3.6. Draw-down and build-up with constant rates.** As before, at $t=0$ we start producing at a constant rate $-Q_o$ and then at $t=t_p$ the well is closed and $Q=0$. We will only consider the pressure build-up, $t>t_p$.

As for the radial case, we either consider this as the addition of two rates ($-Q_o$ for $t>0$ and $Q_o$ added for $t>t_p$) to find:

$$p_w = p_i - Q_o\left(p_D(t) - p_D(t-t_p)\right)$$

(C.51)

The early-time response is from Eq. (C.48):

$$p_w = p_i - \beta\left(\sqrt{t} - \sqrt{t-t_p}\right)$$

(C.52)

Usually in pressure transient analysis we define $\Delta t = t-t_p$ and hence we have:

$$p_w = p_i - \beta\left(\sqrt{\Delta t + t_p} - \sqrt{\Delta t}\right)$$

(C.53)

This is the classic expression for channel flow that we will show is consistent with the Macondo pressure build-up.

**C.3.7. Late-time and consistency with material balance.** The late-time response, which we call $p_f$ (this is the final reservoir pressure, when the pressure is constant throughout the domain) is, from Eq. (C.49):

$$p_f = p_i - \frac{\sqrt{\pi}}{2}\frac{\beta}{\sqrt{\tau_L}}\left(t - (t-t_p)\right) = p_i - \frac{\sqrt{\pi}}{2}\frac{\beta}{\sqrt{\tau_L}}t_p$$

(C.54)

There is a fixed final pressure drop. This expression has to be consistent with material balance which states that the amount of oil produced $N_{pr}$ (at reservoir conditions) is given by:

$$N_{pr} = Q_o t_p = Vc_t(p_i - p_f) = Vc_t\Delta p$$

(C.55)

100

M J Blunt Expert Report

where $V$ is the pore volume of the reservoir: $V = \phi h W L$. From Eq. (C.54) and using Eqs. (C.38) and (C.39), we find that the final term in Eq. (C.55) is:

$$Vc_t\Delta p = \frac{\sqrt{\pi}}{2}\frac{\beta}{\sqrt{\tau_L}}\phi h W L c_t t_p = \frac{\phi\mu c_t}{K\alpha}Q_o t_p = Q_o t_p$$

(C.56)

using Eq. (C.4) for $\alpha$.

So – as it has to be – the late-time final pressure is consistent with material balance.

## C.4   Well not at the end of the channel

**C.4.1. Well geometry.** Our model reservoir has the well exactly at one end. The Macondo well was, however, designed to be in the centre of the thickest layers of oil-bearing sandstone, near, but not at, the Southern end of the field. An improved representation is to place the well a distance $L_1$ from one boundary and $L_2$ from the other as shown schematically in Figure C.2.



**Figure C.2. Schematic of the reservoir with a well placed at an arbitrary location in the reservoir channel. This is the model that accurately predicts the measured pressure.**

This case can be treated as two separate problems in each limb of the reservoir with the constraint that they give the same well pressure and that the two rates add to the specified rate at the well.

**C.4.2. Analytic analysis.** If we define $Q$ as the total rate at the well, then $Q=Q_1+Q_2$ the sum of the rates on each branch. The rates on each branch may change with time even if $Q$ is a constant.

We require the well pressures to be equal (we treat skin separately as an additional pressure drop proportional to $Q$):

$$p_{w1} = p_{w2} \text{ hence } \int_0^t \frac{\partial Q_1(\tau)}{\partial \tau}p_{D1}(t-\tau)d\tau = \int_0^t \frac{\partial Q_2(\tau)}{\partial \tau}p_{D2}(t-\tau)d\tau$$

(C.57)

From Eq. (C.50), where for either limb ($i=1$ or $2$):

$$p_{Di}(t) = -\beta\sqrt{t}/Q_o\left[1 + 2\sum_{n=1}^{\infty}\left(e^{-n^2\tau_i/t} - n\sqrt{\pi}\sqrt{\frac{\tau_i}{t}}\,\text{erfc}\left(n\sqrt{\frac{\tau_i}{t}}\right)\right)\right]$$

(C.58)

M J Blunt Expert Report

and from Eq. (C.39):

$$\tau_i = \alpha L_i^2$$

(C.59)

For Eq. (C.57) to be valid for all times we equate the integrand and write $Q_2=Q-Q_1$:

$$p_{D1}(t-\tau)\frac{\partial Q_1(\tau)}{\partial \tau} = \left(\frac{\partial Q(\tau)}{\partial \tau} - \frac{\partial Q_1(\tau)}{\partial \tau}\right)p_{D2}(t-\tau)$$

(C.60)

And hence we find an expression for $Q_1$:

$$\frac{\partial Q_1(\tau)}{\partial \tau} = \frac{p_{D2}(t-\tau)}{p_{D1}(t-\tau) + p_{D2}(t-\tau)}\frac{\partial Q(\tau)}{\partial \tau}$$

(C.61)

From Eq. (C.57) the general expression for pressure at the well is:

$$p_w = p_i - \delta(t)Q(t) + \int_0^t \frac{\partial Q_1(\tau)}{\partial \tau}p_{D1}(t-\tau)d\tau$$

(C.62)

which from Eq. (C.61) becomes:

$$p_w = p_i - \delta(t)Q(t) + \int_0^t \frac{\partial Q(\tau)}{\partial \tau}\frac{p_{D1}(t-\tau)p_{D2}(t-\tau)}{p_{D1}(t-\tau) + p_{D2}(t-\tau)}d\tau$$

(C.63)

One way of writing this is to use an expression similar Eq. (C.50) and define a new unit flow pressure response:

$$p_w = p_i - \delta(t)Q(t) + \int_0^t \frac{\partial Q(\tau)}{\partial \tau}p_{Db}(t-\tau)\,d\tau$$

(C.64)

where

$$p_{Db} = \frac{p_{D1}p_{D2}}{p_{D1} + p_{D2}}$$

(C.65)

with $p_{Di}$ for $i=1,2$ given by Eq. (C.58).

102

M J Blunt Expert Report

If we consider our simple model of constant rate draw-down and build-up, then we use Eq. (C.51) as before but with $p_{Db}$ in (C.65) substituted for $p_D$.

We will use the final pressure directly in our analysis. From (C.54) and (C.65) we find:

$$p_i - p_f = \Delta p = \frac{\sqrt{\pi}}{2} \frac{\beta}{(\sqrt{\tau_1} + \sqrt{\tau_2})} t_p$$

(C.66)

**C.4.3. Coupling to a semi-analytic outflow model.** The final stage of the analysis is to couple this reservoir model to the outflow performance. If we assume fully turbulent flow then the pressure drop from the well to surface can be expressed as (this is the assumption used in the Government reports [2,3]):

$$p_w - p_s = \xi(t) + \kappa(t)Q^2(t)$$

(C.67)

where $\xi$ accounts for the weight of oil and gas and $\kappa$ is the turbulent resistance factor. Both of these parameters may be functions of time. Then we can construct the following expression for pressure as a function of flow rate:

$$p_i - p_s = \xi(t) + \delta(t)Q(t) + \kappa(t)Q^2(t) - \int_0^t \frac{\partial Q(\tau)}{\partial \tau} p_{Db}(t - \tau) \, d\tau$$

(C.68)

If we know the parameters as a function of time, then *Q(t)* can be obtained from Eq. (C.68) semi-analytically. While a little more sophisticated, Eq. (C.68) is quite easy to use. It could also be used in combination with independent calculations of outflow performance: a simple tank model of the reservoir could be replaced by the expressions in this report. However, this requires the somewhat uncertain determination of outflow performance $\kappa$ and the effect of skin $\delta$ as a function of time.

103