# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

## IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179 "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## EXPERT REPORT OF DR. ALAN R. HUFFMAN SUBMITTED ON BEHALF OF THE THE UNITED STATES

This report discusses the expert findings of Dr. Alan R. Huffman relating to the estimation of the size of the M56 reservoir, and the compaction history and geomechanical properties of the M56 reservoirs penetrated by BP Mississippi Canyon 252 #1 well (Macondo prospect).

DATED: June 10, 2013

Signature: Dr. Alan R. Huffman

Highly Confidential Per BP

## TABLE OF CONTENTS

List of Figures                                                                    3

Abbreviations                                                                      7

Information Required by the Federal Rules of Civil Procedure                        8


I.      SUMMARY OF CREDENTIALS                                                      9

II.     OVERVIEW AND SUMMARY OPINIONS                                              11

III.    ANALYSIS OF THE REPORT OF DR. CARLOS TORRES-VERDIN                         13

IV.     ANALYSIS OF THE REPORT OF DR. ROBERT ZIMMERMAN                             36

V.      ANALYSIS OF THE REPORT OF DR. MARTIN BLUNT                                 41

VI.     ANALYSIS OF THE COMPACTION AND CEMENTATION
        STATE OF THE MACONDO M56 RESERVOIRS                                        44

VII.    SPECIFIC CONCLUSIONS                                                       75


Appendices

        Appendix A - Statement of Compensation                                     76

        Appendix B – Data and Documents Reviewed and References                    77

        Appendix C – Curriculum Vitae of Doctor Alan R. Huffman                     83

                                    Highly Confidential Per BP

# LIST OF FIGURES

Figure                                                                                    Page

1.      Synthetic seismic model generated with Macondo well log data            15
        and the extracted seismic wavelet from the CGG seismic data.

2.      Synthetic seismic model stack response compared to the CGG             16
        near-angle stack and far-angle stack data at the Macondo well
        location.

3.      Comparison of seismic gathers from the report of Dr. Torres-           17
        Verdin and the gathers provided for my analysis.

4.      Synthetic seismic gather responses for the Macondo well at             18
        progressively higher frequencies showing the effect on the
        resolution of the reservoirs.

5.      Comparison of actual seismic gathers at the Macondo well               20
        location showing differences in the gather responses. Red arrows
        mark the time of the M56D-E reflectors.

6.      Comparison of the AVO response on the M56 reservoir seismic           25
        amplitudes for the AVO gathers (panel A), the conditioned AVO
        gathers (panel B) and the conditioned gathers with gain balancing
        (panel C).

7.      Comparison of the near-angle and far-angle stacks from the CGG        26
        processed data and their amplitude spectra.

8.      A&B: Comparison of wavelet character across the Macondo well          28-29
        location showing differences in the M56 interval and zones just
        above and below.
        C&D: Comparison of amplitude spectra across the Macondo well
        location showing differences in the M56 interval and zones just
        above and below.

9.      Comparison of the amplitude spectra of the input near-angle          30
        stack, ThinMAN stack and enhanced ThinMAN stack data.

10.     Comparison of the input near-angle stack (top), ThinMAN              31
        stack (middle) and enhanced ThinMAN stack (bottom) data
        for Inline 3415 and Xline 6813 in time domain across the
        Macondo well location with interpretation on each volume
        for the top of the M56D sand (blue horizon) and base of the
        M56E sand (red horizon) reservoirs.  The green horizon on
        the bottom displays is the interpretation for the top of the
        shale layer.

11.     Comparison of the inversion results of Dr. Torres-Verdin            32
        using Vp/Vs ratio (A), ThinMAN relative impedance
        inversion (B) and enhanced ThinMAN relative impedance
        inversion (C) in depth domain.

12.     Effect of vertical effective stress to different subsurface         46
        conditions.

13.     Velocity-porosity relationships in clastic sedimentary             50
        materials.  Note the change in behavior caused by the
        inception of load-bearing capability at the critical porosity
        point (about 40% porosity).  At porosities less than critical
        porosity, the material behaves like a Voigt-Reuss material.
        Also note the shear wave behavior and how rapidly it
        changes from zero to non-zero as you pass the critical
        porosity.  Figure after Marion et al. (1992).

14.     Experimental results from Tosaya (1982) demonstrating the          51
        relationship between effective stress and velocity in a
        granular material of approximately constant porosity.  The
        schematic equation below the diagrams represents the
        observed stresses that are applied to the grains where total
        stress is applied as an external force to the rock volume, and
        pore pressure counteracts the total stress resulting in a net
        grain load that is equal to the effective stress.

15.     A 3-dimensional diagram showing the loading history of a           51
        hypothetical shale material in terms of effective stress,
        velocity and porosity.  The actual 3D normal compaction
        trend and unloading limbs are projected into the velocity-
        effective stress plane to the left.

Highly Confidential Per BP

16.  An example of the range of possible maximum compaction       53
     stresses that can result in the same velocity being tied to
     different effective stresses.

17.  Redisplay of figure 16 showing secondary compaction and      54
     the two types of secondary compaction trends that are
     observed in real data. The blue curve represents the case
     where unloading relaxes, and the red curve represents the
     case where unloading continues with the overprint of the
     chemically-compacted velocities.

18.  Example of fluid transmission from a deep sand to a shallow   55
     sand along a fault.

19.  Example of a fluid column in a reservoir with a separate      56
     hydrostatic pressure from the shales.

20.  Schematic of a sand body under shallow burial (after Stump    57
     et al, 2002).

21.  Pressure regime in a buried horizontal sand body under deep   57
     burial (after Stump et al, 2002).

22.  Schematic of a structured sand body under deep burial (after  58
     Stump et al, 2002).

23.  Dynamic steady flow model for a permeable reservoir           58
     embedded in shales (after Stump et al, 2002).

24.  Structural models for a permeable reservoir embedded in       59
     shales (after Stump et al, 2002).

25.  Pressures in anticline, monocline and syncline models (after  60
     Stump et al, 2002).

26.  Fluid pressures in a reservoir with different fluid densities  61
     including brine (blue), oil (green) and gas (red).

27.  Simple model for calculating the effect of a gas column in a  61
     reservoir (after Mouchet and Mitchell, 1989).

28.  Simple model for two reservoirs in pressure communication     62
     along a fault.

Highly Confidential Per BP

29.     Simple sandstone pressure model with brine (top) and gas over          64
        brine (bottom).

30.     Centroid models for the same sand body at different depths              65
        showing the change in drilling margin as a function of the change
        in the drilling window between the shale pore pressure and
        fracture pressure.

31.     Centroid model for a reservoir that is in failure on its primary        66
        structure but still is capable of trapping hydrocarbons in a down-
        dip protected trap.

32.     Seismic sections across the Macondo structure showing the              70
        structural setting around the well and the amplitude map for the
        M56 interval.

33.     Regional cross-section through the Macondo location showing            70
        the stratigraphy and interpretation of the M57 and M56 reservoirs
        and their down-dip and up-dip structure.

34.     BP final pressure prognosis with centroid pressure models based        71
        on GeoTap and MDT data from the Macondo well.

          Highly Confidential Per BP

## ABBREVIATIONS

| | |
|---|---|
| AGC | Automatic Gain Control |
| AVO | Amplitude Versus Offset |
| DHI | Direct Hydrocarbon Indicator |
| Hz | Hertz |
| KCL | Potassium Chloride |
| mD | millidarcy |
| MDT | Modular Dynamic Tester |
| MW | Mud weight |
| OB | Overburden |
| OWC | Oil-Water Contact |
| PP | Pore pressure |
| PPG | Pounds per gallon |
| PR | Poisson's Ratio |
| PSDM | Pre-Stack Depth Migration |
| psi | Pounds per square inch |
| psi/ft | Pounds per square inch per foot |
| RSWC | Rotary Sidewall Core |
| SWF | Shallow Water Flow |
| UPVC | Uniaxial Pore Volume Compressibility |
| Vp | P-wave velocity |
| Vs | Shear wave velocity |

Highly Confidential Per BP

**INFORMATION REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE**

The following is a list of the items required by the Federal Rules of Civil Procedure:

1.  This report contains my opinions, conclusions and the reasons therefore;

2.  A statement of my qualifications is contained in Section I, below;

3.  My compensation for the preparation of this report is included in Appendix A;

4.  The data or other information I considered in forming my opinions is listed in the Documents Reviewed and References sections of Appendix B;

5.  In the last four years I have testified as an expert witness in Phase I of this case.

I understand that fact discovery in this case is ongoing. In light of that, or should relevant information otherwise become available to me, I reserve the right to revise or supplement these conclusions.

Highly Confidential Per BP

## I.     SUMMARY OF CREDENTIALS

I am an expert in theoretical and experimental rock physics, rock mechanics and geomechanical properties and the application of this expertise in the fields of pore pressure and fracture pressure prediction and detection and the direct detection of hydrocarbons and prediction of rock and fluid properties using seismic and well log data.

My formal education includes a Bachelor's degree in Geology from Franklin & Marshall College in 1983, and a Ph.D. in Geophysics from Texas A&M University in 1990.  In 1986-87, I was privileged to perform the seismic hazard analysis for the successful proposal for the Superconducting Supercollider in Waxahachie, Texas.   During my years at Texas A&M, I performed fundamental research involving the integration of rock mechanics, rock physics and seismology to solve complex problems in fluid-rock interactions.  This research included experimental and theoretical studies in high pressure/high temperature rock mechanics including ultra-high pressure deep earth processes such as mantle convection and shock wave research on deformation of silicates under extreme loading conditions that occur in nuclear blasts, meteor impacts and volcanic explosions.  I was recognized for my research in ultra-high pressure regimes when I was awarded the Excellence in Doctoral Research Award by Texas A&M University in 1989.  In 1989-1990, I served as Science Manager of DOSECC, the U.S. Continental Drilling Program.

From 1990 to 1997, I was employed by Exxon Corporation, where I worked as a technology specialist on exploration and production projects in The United States, West Africa and The Far East, and was also actively involved in technology and software development.  My technical areas of responsibility included pore pressure and fracture pressure prediction (global designated expert in this specialty), rock physics and physical properties analysis, specialized seismic data processing (2D and 3D, controlled amplitude and phase), direct detection of hydrocarbons using DHI and AVO technology, geophysical modeling and inversion, velocity analysis and time-depth conversion.  I also provided technical leadership and project management for global technology development programs in abnormal pressure prediction, 3D AVO technology, seismic modeling, and completion and management of the Exxon Global Physical Properties Database.  I also taught pore pressure and fracture pressure prediction schools for the company's geosciences and drilling department training programs.

From 1997-2002, I was Manager of The Seismic Imaging Technology Center (SITC) with Conoco, Inc.  In this role, I managed the geophysical technology division of Conoco, with responsibility for worldwide technology development and technical services.  I personally led an integrated team of geoscientists and engineers for 4 years to develop a unique 3D platform for the prediction and analysis of pore pressure, fracture pressure and other rock properties that resulted in the award of 4 patents.  I also led and supervised the application of this technology in Conoco's global exploration and production business, and also developed and taught Conoco's geopressure technology school for the company worldwide.  I also led an integrated team that developed new methods for the prediction and assessment of shallow water flow hazards in deepwater environments which also led to patented technology.

                              Highly Confidential Per BP

I was appointed as the Lyssa & Cyril Wagner Professor of Geology and Geophysics in the School of Geology and Geophysics at The University of Oklahoma in Norman, OK in 2003 and 2004. In this role, I taught graduate level courses in Advanced Reservoir Characterization that included the theory and application of seismic methods, rock physics and rock mechanics to the practice of pore pressure and fracture pressure prediction.

From 2003 until the present, I have been an owner and executive with Fusion Geophysical LLC and its subsidiaries. At Fusion, my duties include direct supervision and management of all technical projects involving pore pressure and fracture pressure prediction and shallow marine drilling hazards worldwide. At Fusion, I have worked on pore pressure and fracture pressure projects in over 40 countries including land, marine and deepwater settings that include both pre-drill prediction and real-time monitoring and detection of pressures and analysis of leak-off tests during drilling. I have also taught Fusion's geopressure technology school for multiple clients worldwide.

I am active in industry and professional affairs, having chaired numerous technical conferences and having served on organizing committees for the Society of Exploration Geophysicists (SEG), American Association of Drilling Engineers (AADE), American Association of Petroleum Geologists (AAPG) and Society of Petroleum Engineers (SPE). I was the recipient of the 2004 Robert H. Dott Sr. Memorial Award from AAPG for the publication of AAPG Memoir 76 (Pressure Regimes in Sedimentary Basins and Their Prediction), and also received the 2002 Best Paper Award from SEG for my publication on the origins of shallow water flows. I have published numerous papers in refereed journals and articles in international publications, and 40 abstracts. I have 9 U.S. patents in the field of geophysics, including 4 patents in the field of pore pressure and fracture pressure prediction. I have also designed and implemented new technologies in pore pressure and fracture pressure prediction for over 20 years.

During my career, I have done pre-drill pore pressure and fracture pressure prediction and/or pore pressure and fracture pressure monitoring while drilling in the onshore USA, offshore USA (Gulf of Mexico including deepwater), offshore Canada deepwater, offshore and onshore Mexico, Guyana, Brazil, Norway offshore, United Kingdom (North Sea offshore), Morocco deepwater, Nigeria deepwater, Cote D'Ivoire offshore, Angola deepwater, Cameroon deepwater, Equatorial Guinea deepwater, India deepwater, Indonesia deepwater and onshore, Caspian Sea, China offshore, Alaska onshore, Libya onshore and offshore, Guinea deepwater, Trinidad offshore and deepwater, Barbados deepwater, Pakistan offshore, and offshore Papua New Guinea. This experience includes a large number of deepwater wells, sub-salt wells, and many high pressure/high temperature wells and narrow margin wells. My experience includes working with operators to monitor wells to assure safe drilling margins from real time drilling data and assisting operators in making decisions on mud program changes and setting of casing points.

For more information on my background, refer to the CV, which is attached as Appendix C to this Report.

Highly Confidential Per BP

## II.    OVERVIEW AND SUMMARY OPINIONS

BP and its experts have presented a large body of evidence regarding the rock and fluid properties of the Macondo M57 and M56 reservoirs rocks that are being used to make the assertion for the Phase II Trial that a specific amount of oil was expelled from the reservoir.  I have reviewed their analyses and made my own conclusions about the reservoir.

It has been asserted by BP through their expert Dr. Carlos Torres-Verdin of the University of Texas at Austin that the M56 reservoir has a particular shape, extent and volume based on the application of seismic inversion technology.

It has been further asserted by BP through their expert Dr. Robert Zimmerman of Imperial College London using Laboratory tests from Weatherford Laboratories on a small set of core samples from the M56 interval of the Macondo well that the best estimate of the average uniaxial pore volume compressibility for the Macondo reservoir sandstone is 6.35 microsips.

It has been further asserted by BP through their expert Dr. Martin Blunt of Imperial College London that the results of Dr. Zimmerman's work among other factors including the initial and final reservoir pressures can be used to determine the total volume of oil expelled from the reservoir.

It has been further asserted by BP through their employee Dr. Ann Marchand that the M56 primary oil reservoir encountered in the Macondo well has specific physical properties based on the temperature regime at the reservoir depth along with the mineralogy of the reservoir, and that these processes result in a more consolidated sandstone which will reduce the rate of compaction and that the Macondo sandstone displays "rigid" behavior.

To complete this task, I have reviewed in detail the expert reports listed above along with several other supporting expert reports that will be discussed below.  I have also been provided with the Weatherford Laboratory Core Test Results on the Macondo cores, along with additional documents and emails from BP to aid in assessing the veracity of the BP expert reports and the data that those reports were based on.

With these facts in evidence, I have been asked to opine within the limits of my technical expertise on the following issues:

(1)  the quality of the input data used by the BP experts,

(2)  the validity of the technical basis of the work of the BP experts,

(3)  the technical merits of the methodologies used by the BP experts,

(4)  the validity of the interpretations made by the BP experts,

(5)  the impact of all of these factors on the veracity of their findings, and

(6)  to render an independent interpretation of certain results of the BP experts where my analysis indicates that the data, technical basis, methods, interpretation and/or final conclusions are in error

                    Highly Confidential Per BP

I have undertaken an independent analysis of the seismic data and integrated this new information with my Phase I expert reports and testimony.  This independent analysis which will be discussed below, will demonstrate that the expert opinions rendered by the BP experts are flawed and incorrect based in part on problems with the input data that were used, with the methods employed to process and analyze the data, and with the interpretations that were made by the BP experts based on these faulty data.

My general conclusions are as follows:

**Reservoir Volume:** It is my opinion that in the absence of any new data or evidence to the contrary, that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than the work presented by BP Experts for this case.

**Reservoir Compressibility Experiments**: It is my expert opinion that the core tests performed by Weatherford were done under the wrong conditions and thus cannot be used to assign a reliable UPVC value to the M56D or M56E reservoirs.  Since no tests were done for any other zones, those zones also cannot be assessed.

**Report of Dr. Torres-Verdin**: It is my expert opinion that the analysis of Dr. Torres-Verdin cannot be used to determine accurately the size of the M56 interval reservoirs, and that the total reservoir volume available for flow of hydrocarbons during the blowout is much larger than Dr. Torres-Verdin's results would indicate.

**Report of Dr. Robert Zimmerman**: I have serious questions about the compressibility value generated by Dr. Zimmerman's results as he bases his value on the Weatherford Tests. As I mention above, it is my opinion that the Weatherford Tests cannot be used to generate a reliable UPVC value.  It is my expert opinion that BP's original approach after the blowout, where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs, is a more reasonable estimate.  It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out.

**Report of Dr. Martin Blunt:** The combination of the use of unreasonably low compressibilities combined with unreasonably low permeabilities suggests to me that the total material balance calculations of Dr. Blunt are underestimating significantly the total amount of oil that was available to flow and that may have been produced from April 20 until the well was finally shut in.

**Statements by Dr. Ann Marchand:** I believe that Dr. Marchand's view of the reservoirs is incorrect and that the M56 sands are currently in a pressure and temperature condition where only patchy and weak cementation will exist that will not result in "rigid" behavior.  It is my conclusion that Dr. Marchand's view of cementation in the M56 reservoirs is simply not supported by the data and observations from the Macondo well.

                    Highly Confidential Per BP

# IV. ANALYSIS OF THE REPORT OF DR. ROBERT ZIMMERMAN

## Basic Methodology and Data Inputs

Dr. Robert Zimmerman was hired by BP to determine how much the Macondo M56 reservoirs compacted (or consolidated) during the rapid decrease in pore pressure and increase in the effective stress on the reservoirs during the Macondo blow out event by using the results of a series of tests performed by Weatherford Laboratories on a selected set of side well cores from the Macondo well. Dr. Zimmerman concluded from these tests that the compressibility of the M56 reservoirs is 6.35 microsips. I have serious concerns about Dr. Zimmerman's use of and interpretation of the Weatherford core tests based on my expertise in experimental rock mechanics, and also based on my previous analysis of the well log and pressure data in the Macondo well from Phase I of this Trial.

## Opinion Regarding The Actual UPVC For The M56 Reservoir

In summary, it is my expert opinion based on all of the issues discussed above that the core tests performed by Weatherford cannot be used to assign a reliable UPVC value to the M56D or M56E reservoirs. Since no tests were done for any other zones, those zones also cannot be assessed. As such, this raises serious doubts about the results of Dr. Zimmerman's work because he bases his conclusions about the UPVC value on the Weatherford tests.

It is my expert opinion that BP's original approach after the blowout where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs (Ex. 8776) is a more reasonable estimate. It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out.

## Concerns About The Weatherford Laboratory Tests

The importance reservoir compressibility under changing pressure conditions is well known in the industry (Yale et al, 1993 and Steve Willson, 2008). The purpose of the UPVC test is to determine the geomechanical properties of the reservoir that are needed to compute the amount of porosity change from compaction that will occur as a reservoir is depressurized. This topic is covered at length in the United States' rebuttal expert report of Dr. J.C. Roegiers.

The three tests that were done on the Macondo cores relied on by Dr. Zimmerman are described in detail in the reports of Weatherford's Dr. Ohmyoung Kwon (WFT-MDL-00130933; WFT-MDL-00129171; WFT-MDL-00082902). The goal of the tests was to determine the critical parameters needed to derive the Uniaxial Pore Volume Compressibility (UPVC) of the M56D and M56E reservoirs based on a set of 8 specific Rotary Sidewall Cores (RSWC) that were taken from the Macondo well. While the general principles of these tests are well understood, there are several critical issues that raise serious concerns about whether the tests are valid for estimating properly the UPCV values for the reservoirs in question.

**Sampling Issues**

One of the basic tenets of experimental rock mechanics is that when you are trying to determine the mechanical properties of a rock formation, getting a statistically valid sample of the rocks is a very important factor in the success of using those measurements to predict the behavior of a much larger volume of rock.   In the case of the RSWC data from Macondo, a large number of cores were attempted in the well, with numerous failures to retrieve samples and numerous samples being crumbled, broken or otherwise damaged so that they there unsuitable for lab testing.   The 8 samples selected for the experimental work were all from the M56D and M56E sand bodies.  I have correlated the sample depths with the log analysis that was performed during my Phase I trial analysis, and all of the samples appear to be from the cleaner sandy portion of the reservoir except for sample 3-6R which is from a depth of 18074.9 ft in a silty-sand interval based on the log responses.

A careful study of the data from these cores reveals that the three samples used in the pore volume compression tests (samples 3-6R from M56D sand, and 3-16R and 3-22R from the M56E sand) had measured porosities of 21.7%, 20.6% and 21.4% respectively.  In contrast, the 3 samples used for the stair-step compression tests (samples 3-8R from the M56D sand, and 3-21R and 3-25R from the M56E sand) had higher porosities of 23.4%, 23.4% and 23.7% respectively. There were also other differences in the specimens as described by Dr. Roegiers in his expert report.  By comparison, the log analysis on the two reservoirs shows that the total porosity of the M56D sand ranges from 20-23% while the porosity of the M56E (excluding the silt/shale stringer at 18,135 ft) sand ranges from 23 to 25%.  The bias in the cores is toward the middle to lower end of the porosity range for the M56E sand.

These basic observations, along with the fact that many of the cores were unrecovered or unsuitable for testing, raises serious doubts about whether the samples used are truly representative of the reservoirs for the intended purposes of the tests.  In fact, there is a high probability that the most competent samples with the lowest porosity and the greatest cohesion will be the ones that are most suitable for the tests that were conducted.  If this is indeed the case, then the results of the experiments will be biased toward lower UPVC values because of the sampling bias introduced by the nature of the core collection and selection for testing.

**Core Orientation**

One critical issue is the effect of the orientation of the sidewall cores on the compressibility measurements.  It is well documented that the orientation of cores can significantly impact the results of rock mechanics testing, especially in the case where highly anisotropic materials such as shales and channelized sand deposits are involved.  Taking horizontal sidewall cores results in samples that have a long axis oriented parallel to bedding planes.  If the sample is a clean sandstone with no shale lamina or silty streaks, the sandstone may behave isotropically and the measurements will not be as sensitive to core orientation.  If the core samples contain shale streaks or silty materials that are horizontal in orientation, the result can be a significant increase in stiffness of the sample relative to what would be experienced in a vertical core.  This is analogous to models used in electrical and mechanical studies for springs connected in parallel versus in series.  Two rock layers connected in parallel will be dominated by the stronger (stiffer)

rock, in this case the shales and silty zones. Rock layers stacked in series will be dominated by the weaker layer. This means that the results of the compressibility tests are going to be very sensitive to the lithologic contents of the core plug and the character of the fine layering in the core plug. This observation is also consistent with the large amount of literature available on the effects of seismic anisotropy that is observed in seismic and acoustic logging data and which impact all aspects of geophysics from seismic processing to pore pressure prediction (Huffman, 2002, AAPG Memoir 76). At this point, I defer to the expert report of Dr. J.C. Roegiers who has done a more thorough analysis of this issue. See Appendix B of Dr. Roegiers' report. I would note that my analysis concurs wholly with his expert findings.

**Temperature Effects on the Tests**

It has long been recognized and accepted that elevated temperatures affect the strength of rocks and minerals under a wide range of pressure and saturation conditions. The effect of temperature on quartz crystals and on quartz-rich rocks (Blacic et al, 1981, Karner et al, 2008) has been well known and heavily studied for decades.

The crucial issue regarding the Weatherford tests is that they were not done at reservoir temperature but were done instead at ambient (room temperature) conditions. The failure to perform the tests under the proper conditions of 100 to 110 degrees C at 18,000 ft in the M56D and M56E reservoirs has significant implications for the validity of the tests. The thermal regime plays a very significant role in how stiff the rocks will behave, and had the tests been done at the correct temperature, it is my opinion that the samples would have exhibited much higher compressibility than the Weatherford tests indicate. In fact, BP's disclosure containing a very brief summary of the opinions of its non-retained expert, Dr. Ann Marchand suggests that her belief is that the temperature conditions of the M56 reservoirs are such that other thermally-activated processes will also start to occur at these depths, confirming to me that BP clearly understands that temperature plays a role in both mechanical and chemical compaction processes. Why BP requested test conditions that did not replicate the downhole temperature conditions of the M56 reservoirs is therefore a question that needs to be addressed.

**The Effect of Saturation on the Tests**

It is a well-documented fact from nearly 50 years of lab experiments that the presence of water in quartz-rich rocks causes a significant reduction in the strength of quartz under significant loads (Linker and Kirby, 1981, Kekulawala et al, 1981, Hobbs, 1985, Mackwell and Paterson, 1985, Ord and Hobbs, 1986, Chester et al, 2007). Unfortunately, the uniaxial compression tests on the Macondo RSWCs were done using kerosene as a saturating fluid after the samples had dried out and not with water as a partial saturating fluid. See Ex. 9053. No attempt was made to re-saturate the samples with brine before they were flushed with kerosene or other fluid similar to the Macondo oil. From the standpoint of experimental rock mechanics, the proper procedure to recreate the reservoir saturating conditions in the tests would be to begin by saturating the sample with brine under vacuum followed by placing the sample in the jacket for the test, and then flowing several volumes of brine through the sample to assure complete saturation. Following this sample saturation preparation, the sample should have then been flushed with oil similar to the Macondo oil until the oil coming out of the sample assembly showed no evidence

of brine flushing.  This would result in an oil saturated sand sample with residual water saturation along the grains, which is the condition of the M56D and M56E reservoirs that were being tested in the lab.  The use of kerosene as a saturating fluid on extracted cores (that is cores without any liquid in them) is absolutely the wrong way to perform these tests if the intent is to get a valid estimate of the pore volume compressibility under conditions close to the in-situ reservoir state.

The stair step compression tests and the ultrasonic velocity measurements were done on dry extracted cores with no saturating fluid at all.   This approach will always result in a compressibility that is based on a dry frame modulus and Poisson's Ratio that are not valid for compaction of real rocks that are always partially saturated by water and that are at higher temperatures of 100 C and higher.  My analysis of the Macondo in-situ reservoir dynamic properties from the well log data (Appendix 1, Huffman Phase I Rebuttal Report) shows clearly that these reservoirs were "wetted", i.e., that the sands were originally 100% brine-saturated and are still brine saturated along the grains even though oil saturation are 90% or higher at present. The log measurements show definitively that the residual brine saturation in the oil-bearing sands results in a Poisson's Ratio that is significantly higher than the values obtained in the dry tests.  The in-situ Poisson's Ratio values for the wet portion of the M56E reservoir and the shales are 0.3-0.35, and the values for the oil-saturated reservoirs is 0.25.   The Poisson's Ratio values of 0.13 to 0.18 obtained from the ultrasonic tests are clearly wrong for the purpose and do not represent the values that exist at in-situ reservoir conditions.

I also reviewed the internal BP documents that discussed the testing work on the Isabella RSWCs which were done under different conditions.  That review included presentations (BP-HZN-2179MDl03693851), test results (Ex. 8770) and email traffic between BP staff regarding the testing (BP-HZN-2179MDl03693851 ).  It is my view that the loading rates (i.e. the rate of strain and pressure changes on the sample during testing) on the Isabella cores were higher than preferred, and these tests were also done at ambient (room) temperature like the Macondo tests which is not the right way to perform the test. I understand that Dr. Roegiers also discusses this issue.  Despite these issues, the fact that they were done after being saturated with 2% KCL brine solution means that they at least accounted correctly for the well-documented effect of water wetting on the deformation of quartz grains, and therefore should have produced results that are more reasonable as a proxy for the actual compaction of the reservoir under rapid changes in pore pressure under constant external loading.

I have also reviewed an email chain from Steve Willson on July 7, 2010 (Ex. 8776) where he discusses Macondo PVC values in light of other wells and a separate powerpoint presentation by Willson entitled "Pore Volume Compressibility in Weakly Cemented Sandstones", dated November 15, 2008 where he discusses the application of UPVC data to weakly-cemented sandstones.  These documents demonstrate that BP's internal experts have an excellent understanding of the application of these tests to real reservoir problems. From my analysis of these documents, it is clear that Isabella is the correct analog to use for Macondo because the same M56 sands at Isabella were similarly under-pressured (i.e. low pore pressure and higher effective stresses) and thus will provide the best analog for the Macondo reservoirs, and was noted in the Macondo pre-drill as one of the best analogs for the Macondo prospect (Dep. Ex. 3377).  The Isabella data tests at Omni Labs yielded UPVC values of 12 and 18 microsips on the

samples tested (Ex. 8770).  The Isabella data were obtained under effective stresses of 1850 and 2100 psi respectively and similar initial pore pressures of 11,800 to 12000 psi, Ex. 8770, which is reasonably close to the Macondo M56 interval pore pressures, and is also much closer to the actual effective stresses on the samples in situ at Isabella and Macondo.  The Isabella sample porosities were 33% for the high UPVC value of 18, and 25% for the lower value of 12 microsips. Ex. 8770.  Extrapolating to the 23-24% porosities at Macondo under similar loading conditions, this should produce UPVC values no lower than 10 microsips, not the much lower values of 6.35 being claimed by Zimmerman and other BP experts.

My evaluation of the Isabella core tests leads me to the interpretation that the deeper test on a 25% porosity core was probably a much better proxy for the UPVC values at Macondo than the Macondo tests that were done without being wetted before the test was done.  The test result on this sand was about 12 microsips at room temperature, which means that if it had been done at the correct elevated reservoir temperature, the computed UPVC value would have been significantly higher.

                    Highly Confidential Per BP

## V.   ANALYSIS OF THE EXPERT REPORT OF DR. MARTIN BLUNT

### Basic Methodology and Data Inputs

Dr. Martin Blunt was hired by BP to determine how much oil the Macondo M56 reservoirs could have produced during the period in which the well was flowing in an uncontrolled manner in 2010 after the blow out occurred.  Dr. Blunt used several key parameters in his calculations of the oil volume expelled during the blow out.  These parameters included the total oil in place that can actually reach the well to flow out to the surface, the reservoir compressibility and the amount of pressure depletion that occurred.  I have serious concerns about two of the key inputs to his model, namely the assumptions about the reservoir volume available to flow and the compressibility of the reservoir.  I did not evaluate Dr. Blunt's pressure depletion analysis.

### Opinion Regarding The Impact of These Factors on Dr. Blunt's Results

In summary, the combination of the use of unreasonably low compressibilities and low total reservoir connectivity combined with lower permeabilities suggests to me that the total material balance calculations of Dr. Blunt are underestimating significantly the total amount of oil that may have been produced from April 20 until the well was finally shut in.

### The Reservoir Volume and Connectivity

As discussed in section III of this report, the total volume of reservoir available to flow to the well as estimated by Dr. Carlos Torres-Verdin is not valid in my expert opinion.  The same conclusion applies to Dr. Blunt's reservoir volume estimate for many of the reasons set forth in Section III. The facts show that not only does Dr. Torres-Verdin's method and results underestimate the total thickness of the M56D and M56E reservoirs, it also ignored the volumes available to the well from the M56A and M56F reservoirs.  In fact, Dr. Blunt did not use Dr. Torres-Verdin's results in his final computation and it is unclear from his report if this was because he didn't believe the results or that he just had another option within his own field of expertise to come up with a different number. In any event, Dr. Blunt's analysis is also at odds with the data.

Even if one excludes Dr. Torres-Verdin's results as Dr. Blunt chose to do, Dr. Blunt's assumptions about poor connectivity of the reservoirs are not valid as demonstrated clearly by the ThinMAN analysis in section III of this report.  The ThinMAN results show unequivocally that the M56D-E sands form a system of sand bodies that are hydraulically connected and which contain a shale layer that is not ubiquitous across the area, and allowing the two sands to act as a single reservoir system.  Both the M56D and M56E reservoirs show evidence of greater thickness in 3D relative to the measured reservoir thicknesses at the Macondo location.  The M56A-C is another system that could flow into the well during the blowout and the M56F also needs to be considered to get a correct total reservoir volume available to flow into the well.  The enhanced ThinMAN data also show that the M56F reservoir is present away from the well location and may thicken down dip from the Macondo well location.  I will discuss the hydraulic connectivity issue further in the next section of this report but it is important to note here that all

          Highly Confidential Per BP

of the results of the ThinMAN analysis have direct impact on Dr. Blunt's assertions about reservoir connectivity that cannot be ignored in the material balance calculations.

Dr. Blunt makes a statement regarding how he determined the connectivity section 4.1.6 (page 24) of his report that reads "10 feet is the limit of the seismic resolution".  As I have shown in section III of this report, the seismic resolution limit is much higher than 10 feet given the limitations of the data.  He then tries to combine this imaginary resolution limit with his pressure data and permeability calculations to estimate a connectivity of 87-90%.  He then takes these imaginary limits and tries to infer connectivity from an artificial clay model (his figure 4.5 on page 22) that is also totally imaginary and not based on any real data.  This approach completely misses the fact that the seismic data cannot resolve the thin reservoirs using conventional methods, which makes the entire basis of his model questionable at best.

Dr. Blunt also makes a statement on page 47 about higher permeabilities being related directly to connectivity.  He is confusing reservoir architecture with small scale flow properties which are two totally different issues.  Channels can vary rapidly in 3 dimensions, and the channel itself can have very high perms while the channel edges and levies of the same body can have much lower permeabilities.  Also, permeability in complex sand systems is highly heterogeneous and also highly anisotropic such that $k_V$ and $k_H$ can vary by several orders of magnitude.  Essentially, it is possible to have a high-k reservoir that has very poor connectivity (e.g. anastomosing channels) or a low-k reservoir with high connectivity (e.g. long-shore silt bodies).  I can also have these same features with high-k zones that flow laterally with shale layers on a small scale that cause the vertical permeability to be very small compared to the lateral k values as was documented in cores at Ram-Powell field by Clemenceau (2000), at Auger field by Fugitt (2000) and at Tahoe field by Kendrick (2000).

Based on all of the data that I have seen, it is my expert opinion that the most reasonable values for permeability to use for the M56D and E sands are in the 400-500 mD range which agrees with Dr. Blunt's mean value of 442 mD from the 16 cores that he obtained data from on page 65 of his report.  The value of 238 mD cited by Dr. Blunt from the expert report of BP expert Dr. Alain Gringarten is, in my opinion, too low of a value for the entire M56 reservoir section.  Dr. Gringarten used measurements of the permeability from MDT tests where the reservoir was pumped and sampled.  His results are significantly inconsistent with the core and log data I have analyzed.  Other United States experts have directly addressed the problems with Dr. Gringarten's analysis and his unreasonably low permeability estimates.  Dr. Gringarten's estimates also suffer from the same inherent sampling bias and risk of being unrepresentative of the overall reservoir that was discussed in section IV of this report for the core test data.  Based on the range of porosities in the interval from the log analysis, I would expect from basic porosity to permeability relationships that the higher-porosity parts of the reservoir may have permeabilities significantly higher than 500 mD, but the lower-porosity parts of the reservoir will have values in to 200-300 mD range.  This supports the average value in the 500 mD range for the overall reservoir.

**Reservoir Compressibility**

Without revisiting all of the details of section IV of this report, I simply repeat my opinion that the use of the 6.35 microsip value for the UPVC of the Macondo reservoirs is not correct, and further assert that the original value of 12 microsips as an average compressibility for the reservoirs is much more reasonable.  As such, the 6.35 microsip input to Dr. Blunt's models is also highly questionable and will cause the estimates of total oil flow to be lower than is reasonable.

Highly Confidential Per BP

## VI.  ANALYSIS OF THE COMPACTION AND CEMENTATION STATE OF THE MACONDO M56 RESERVOIRS

**BP Comments on Compaction and Cementation State of The Macondo Reservoirs**

BP experts have made certain assertions regarding the compaction and cementation state of the Macondo M56 reservoirs in support of their claims that (1) the reservoir permeabilities are lower than prognosed by United States experts, and (2) the compressibilities of the reservoir are lower because of these effects.

BP's May, 2013 filing reports that Dr. Ann Marchand, BP's Gulf of Mexico Rock Quality Specialist suggests that she may make the following "assertions" in support of BP's position:

**(1) Temperature effect on rock hardness and compaction rate:** The main constituent of sandstones such as the Macondo reservoir is grains of quartz (silica). When sandstone is buried deeper and deeper through geological time, the rock will be exposed to increasingly higher temperatures. Solubility of minerals increases with temperature and around 200 degrees Fahrenheit silica at grain-to-grain contacts dissolves and reprecipitates on the quartz grains as cement. This cement stabilizes the sandstone grain packing and results in harder more consolidated sandstone which will reduce the rate of compaction.

**(2) Mineralogy effect on rock hardness and compaction rate:** Rock hardness is affected by the percentage of constituent mineral grains that are "rigid" such as quartz versus other softer minerals, known as "ductiles". Given the same subsurface conditions, sandstone composed predominantly of "rigid" quartz grains for example, the Macondo sandstone will retain more pore space upon compaction due to increasing overburden than "ductile" sandstone. Sandstones with >75% quartz grains in their framework including the Macondo sandstone display "rigid" behavior.

As an initial matter, Dr. Marchand has not provided an expert report, so in large part I am guessing about what she might actually say based on limited materials provided by BP. This section is my attempt to discuss the issue in general terms while anticipating Dr. Marchand's potential testimony. Depending on Dr. Marchand's actual testimony, other points might need to be raised in response, and I reserve the right to do so.

**Opinion Regarding Current Pressure, Temperature and Rock Properties of the Macondo M56 Reservoirs**

With the general concepts that follow this conclusion section in mind, I would like to address some of the statements made by Dr. Ann Marchand.  She argues for significant cementation and lower compressibilities in the quartz-rich sands in the M56 interval based on arguments about the effect of temperatures above 200 degrees F on the cementation of the quartz.  She argues for "rigid" behavior of the sands but does not cite any sources or real data to back up these assertions.  I believe that her overall view is incorrect and that the M56 sands are currently in a pressure and temperature condition where only patchy and weak cementation will exist that will

          Highly Confidential Per BP

not result in rigid behavior.  It is my conclusion that Dr. Marchand's view of cementation in the M56 reservoirs is simply not supported by the data and observations from the Macondo well.

**Technical Discussion in Support Of The Conclusions Above**

A detailed technical response to Dr. Marchand's assertions requires that we consider some basic principles and physics of the deposition and burial of sediments under pressure and temperature and also discuss the physics of compaction processes in nature, as the burial history of the shales and sands penetrated by the Macondo well will be determined by the physics of these processes.

My analysis and expert witness work in Phase I of the Deepwater Horizon litigation was focused primarily on the drilling and regulatory issues relating to safe drilling practices and the relationships between pore pressure, fracture pressure and other key properties of the rocks penetrated by the Macondo well.  That discussion did not address the basic concepts regarding the models for how pressure regimes in sedimentary basins evolve over time as sedimentation, salt tectonics and other forces act on the rocks during their burial history.

**Background on Pore Pressure and Fracture Pressure Prediction**

Knowledge of formation pore pressure is not only essential for safe and cost-effective drilling of wells, but is also critical for assessing exploration risk factors including the migration of formation fluids and seal integrity as well as the performance of reservoirs under varying pressure and loading conditions

Pre-drill pressure prediction using geophysical data and methods has historically been done using very simple models and overly simplistic estimates of the Earth's velocity field.  The methods usually incorporate a locally calibrated set of curves for pressure that contained imbedded assumptions about the cause of pressure in the geological section sampled by the control wells.  The advent of the effective stress concept and the pressure prediction methods that developed from that concept led to a much-needed inclusion of fundamental physics into the art of pressure prediction.  The use of effective stress methods has become the standard for pressure prediction with many variants including the Eaton method, the Bowers method, and the Sperry Sun method to name a few.  The range of software available for pressure prediction has grown significantly in recent years, along with the sophistication of the parameters used.  Still, weaknesses remain due to (1) the limitations of the seismic velocities themselves, (2) the lack of understanding of the basic causes of pressure and (3) the effects of pressure on physical properties, including velocity, density and porosity, of the rocks.  In spite of the level of sophistication that is used in pressure prediction today, most practitioners are concerned primarily with pre-drill prediction and overlook the vast significance of pressure variations at the basin and prospect scale.

Highly Confidential Per BP

**Some Definitions**

During burial, normally pressured formations are able to maintain hydraulic communication with the surface.  *Pore pressure* or *formation pressure* is defined as the pressure acting on the fluids in the pore space of a formation.   So, this pore fluid pressure equals the hydrostatic pressure of a column of formation water extending to the surface and is also commonly termed as *normal pressure*.   Figure 12 illustrates such a subsurface condition. Hydrostatic pressure is controlled by the density of the fluid saturating the formation.  As the pore water becomes saline, or other dissolved solids are added, the hydrostatic pressure gradient will increase.

Also, sonic velocity, density and resistivity of a normally pressured formation will generally increase with depth of burial and the way such rock properties vary with burial under normal pore pressure conditions is termed its *normal compaction trend*.

*Pore pressure gradient* is defined as the ratio of the formation pressure to the depth and is usually displayed in units of psi/ft or equivalent mud weight units in pounds per gallon (ppg).



*Figure 12: Effect of vertical effective stress to different subsurface conditions*

*Overburden pressure* at any depth is the pressure that results from the combined weight of the rock matrix and the fluids in the pore space overlying the formation of interest. Overburden pressure increases with depth and is also called the *vertical stress*.

*Effective pressure* is defined as the pressure acting on the solid rock framework.  Terzaghi defined it as the difference between the overburden pressure and the pore pressure. Effective pressure thus controls the compaction that takes place in porous granular media including sedimentary rocks and this has been confirmed by laboratory studies (Tosaya, 1982; Dvorkin (1999)).   Any process or condition causing a reduction of effective stress will result in

Highly Confidential Per BP

overpressure.  In overpressures, the pore fluids bear part of the weight of the overlying rocks. A lower effective stress and a higher porosity tend to lower the rock velocity.  Consequently, a relationship between velocity and effective stress, porosity and lithology could be used to study pore pressures.

**Causes of Overpressure**

Overpressures in sedimentary basins have been attributed to different mechanisms but the main ones are related to increase in stress and in-situ fluid generating mechanisms.  The ability of each of these processes to generate overpressures depends on the rock and fluid properties of the sedimentary rocks and their rate of change under the normal range of basin conditions.

*Increase in stress*:  During deposition of sediments, with the increase in vertical stress, the pore fluids escape as the pore spaces try to compact.  If a layer of low permeability, e.g. clay, prevents the escape of pore fluids at rates sufficient to keep up with the rate of increase in vertical stress, the pore fluid begins to carry a large part of the load and pore-fluid pressure will increase.  This process is referred to as *undercompaction* or *compaction disequilibrium* (Hubbert and Rubey, 1959), and is by far the most well understood overpressure mechanism used to explain and quantify overpressures in Tertiary basins where rapid deposition and subsidence occur, e.g. the Mississippi, Orinoco and Niger Delta regions (Yassir and Addis, 2002).

Tectonic subsidence or overthrusting can also result in an effect similar to undercompaction in that the increased vertical stress is taken up by the pore fluids and the reflected as enhanced pore pressures (Dutta, 1987).  Some notable occurrences of over pressuring and present day compressional tectonics include the Barbados Accretionary Prism (Trinidad), the Andes, Papua New Guinea, California and Gulf of Alaska.

It is generally recognized that velocity varies as a function of pore pressure.  However, the level of understanding about the relationships between various physical properties and pore pressure varies widely.  Many people still are unaware that there is more than one cause of pressure and that present day pressure regimes are the result of the complete loading path that a rock has undergone since its deposition.

The causes of abnormal pressure can be divided into two types. Undercompaction, also known as compaction disequilibrium, is related to the compaction process itself and occurs when the rates of deposition and burial are sufficiently great relative to the vertical permeability of the sediments.  When large loading rates are applied to rocks such as shales with relatively low vertical permeability, the confined fluids in the rock mass cannot escape rapidly enough to maintain a hydrostatic fluid pressure gradient.  This type of abnormal pressure is observed in many young Tertiary basins worldwide and is usually recognized in seismic velocity data by the slow decrease in the velocity gradient with depth.

The other class of abnormal pressure mechanisms is not associated with the compaction process, and occurs when the pressure of the fluid in the rockmass is allowed to increase relative to hydrostatic through one of several mechanisms (Plumley, 1980).    These

mechanisms include (1) aquathermal fluid expansion (Magara, 1975), (2) hydrocarbon source maturation and fluid expulsion (Spencer, 1987), (3) clay diagenesis (Bruce, 1984), (4) fluid pumping from deeper pressured intervals during fluid migration, and (5) decreases in overburden caused by tectonic activity.   Although each one of these mechanisms are distinctly different in their behavior, they all produce a similar effect in pressured rocks in that they work to cause a decrease in the effective stress on the formation for a given porosity.  In particular, clay diagenesis, aquathermal expansion and source maturation occur at elevated temperatures so that cold sediments should not be affected by these mechanisms. In contrast, fluid pumping and overburden decreases can occur in any sediments.  When secondary pressure occurs, it is usually manifested through a reversal in the velocity trend with depth without an increase in porosity.  Although not all velocity reversals are caused by secondary pressure, it is important to remember that reversals caused by secondary pressure contain some of the most severe pressure increases are observed.  Thus, it is prudent to treat velocity reversals as if they are caused by secondary pressure unless there is clear evidence from well data that the velocity reversals are due to undercompaction, lithology changes or other possible causes.  It is also important to realize that velocity reversals, if not recognized as being due to secondary pressure, will overestimate porosity if it is assumed that the rocks are simply undercompacted.

*Secondary Pressure (Fluid Expansion) Mechanisms*:  The second class of pressure mechanisms have been grouped together under the heading of secondary pressure mechanisms because they occur on top of primary compaction and undercompaction processes.  These mechanisms are also called *unloading* mechanisms because they tend to cause the in-situ pore pressure to increase at a fixed overburden, which results in a decrease in the effective stress on the matrix, hence the term unloading.  The basis for the unloading concept comes from the rock mechanics literature where the role of effective stress on compaction of porous granular media has been studied for over 50 years.  As noted in figure 1, unloading is identified by the reduction in effective stress as the pore pressure increases rapidly under specific conditions.

*Fluid Expansion Unloading Mechanisms*:  Over pressure in the pore spaces of a formation can result by fluid expansion mechanisms as the rock matrix constrains the increased volume of the pore fluid.  These include processes like heating, clay dehydration (Dutta, 1987), hydrocarbon maturation (source rock to oil and gas), etc.  Of these mechanisms, the two that are most significant in real rocks are clay diagenesis and hydrocarbon maturation.   In particular, hydrocarbon maturation is the most dangerous mechanism because it generates fluid pressures that locally exceed the fracture strength of the rocks as the hydrocarbon fluids fracture out of the source interval to migrate to lower pressure environments.

*Lateral transfer*:  A fluid-expansion type of mechanism can also result when sediments under any given compaction condition has fluid injected into it from a more highly-pressured zone (Fertl, 1976).  This could happen when migration of fluid along faults takes place or if a high-permeability pathway such as a reservoir, or a connected network of reservoirs and faults allows transmission of pore fluid from a deeper trap to a shallower one, a process termed lateral transfer.

*Structural Uplift*: A very dangerous form of unloading occurs when sediments are uplifted by tectonic activity.  Uplift of sediments alone will not cause unloading if the overburden load is not changed, but when the overburden is reduced during uplift either by syn-depositional tectonic processes or by erosion, the accompanying reduction in overburden results in the original in-situ pore pressure being contained by a much lower overburden, which results in a reduction of the effective stress, and unloading.

For more details on overpressure generation in sedimentary basins, the reader is referred to Osborne and Swarbrick (1997) and Huffman (2002).

**Effective Stress And Loading Path Dependency Of Pressure**

To understand the relationships between effective stress, porosity and velocity, consider the concept of critical porosity which was first defined by Marion et al (1992).  Figure 13 shows the relationship between porosity and velocity for clastic materials from laboratory experiments. The boundary between the Wood's Equation behavior and the loading-bearing behavior occurs at porosities of 38 to 50% and is defined as the critical porosity.  The trend of velocity with porosity shows two dominant trends that follow (1) the Wood equation (Wood, 1941) at porosities above the critical porosity, and (2) a modified Voigt-Reuss behavior at porosities below the critical porosity.   The Wood equation behavior is characteristic of slurries, and the modified Voigt-Reuss behavior is characteristic of frame-bearing solids including clastic rocks under significant effective stress conditions.   Figure 2 shows how velocity increases as porosity decreases.  This trend correlates with the degree of compaction that the material has undergone, and is part of the reason that some pressure methods use porosity as a proxy in determining the compaction state of a material.

We must also consider the relationship between velocity and effective stress that defines the normal compaction trend.   Tosaya (1982) performed experiments on clastic rocks to demonstrate the critical role of the effective stress.  Figure 3 shows that the velocity of the material follows the effective stress nearly perfectly regardless of the total overburden stress that is applied.  This experimental result is an excellent demonstration that the Terzhagi effective stress relationship is valid and can be correlated to velocity changes in clastic materials.

One way to think about the two causes of abnormal pressure is to recognize that the velocity of any rock in the subsurface is a direct function of its depositional and burial history.  Figure 15 shows a hypothetical loading path for a rock in a clastic basin in porosity-velocity-effective stress space.  This diagram is a 3-dimensional composite of figures 13 and 14 that demonstrates the interplay between velocity, porosity and effective stress.  The loading path starts at an effective stress of zero, and the velocity increases and porosity decreases until the material changes over from a Wood's Equation material to a frame-bearing clastic rock that can support an effective stress on the grains.  The Wood's Equation portion of the loading path (blue curve) occurs as the material is initially deposited and compacted near the surface.  Once the critical porosity is reached, the material follows the primary compaction curve (black curve), achieving either a compacted or undercompacted state.  If allowed to compact normally with fluid draining out of the pore spaces, a rock will continue up the normal

                    Highly Confidential Per BP

loading path and velocity will increase and porosity will decrease. Both of these properties are dependent on the effective stress on the grains that are bearing the external load. If at some point the fluid is prevented from escaping, the rate of ascent up the normal pressure curve will decrease so that the rock has a lower velocity and effective stress than would be expected at normal pressure conditions at a given depth of burial. This condition is known as undercompaction or compaction disequilibrium. The key to understanding undercompaction is to recognize that a rock under these conditions still remains on the normal compaction trend, only it is not as compacted as you would expect it to be at that depth of burial under normal hydrostatic pressure.



*Figure 13: Velocity-porosity relationships in clastic sedimentary materials. Note the change in behavior caused by the inception of load-bearing capability at the critical porosity point (about 40% porosity). At porosities less than critical porosity, the material behaves like a Voigt-Reuss material. Also note the shear wave behavior and how rapidly it changes from zero to non-zero as you pass the critical porosity. Figure after Marion et al. (1992).*

Highly Confidential Per BP



*Figure 14: Experimental results from Tosaya (1982) demonstrating the relationship between effective stress and velocity in a granular material of approximately constant porosity. The schematic equation below the diagrams represents the observed stresses that are applied to the grains where total stress is applied as an external force to the rock volume, and pore pressure counteracts the total stress resulting in a net grain load that is equal to the effective stress.*



*Figure 15: A 3-dimensional diagram showing the loading history of a hypothetical shale material in terms of effective stress, velocity and porosity. The actual 3D normal compaction trend and unloading limbs are projected into the velocity-effective stress plane to the left.*

Highly Confidential Per BP

Unlike undercompaction, a rock subjected to secondary pressure cannot stay on the normal compaction curve. When fluid is pumped into a rock or expands within the pore spaces in the rock, the compaction process is arrested and the rock begins to display a form of hysteresis behavior in velocity-effective stress space. When this occurs, the porosity essentially doesn't change except for some minor elastic rebound (Moos and Zwart, 1998), and the velocity behavior is strictly controlled by the contact area and the grain-to-grain contact stresses in the rock. Because there is essentially no porosity change, the net effect is to flatten out the velocity-effective stress trend and produce an unloading trend that is different from the compaction trend. The unloading curve must start from the velocity-porosity-effective stress point on the primary compaction curve where the unloading begins. This is why unloading (red curves on figure 15) always starts from a porosity-velocity-effective stress point on the primary compaction curve. Note that the unloading paths occur essentially in the velocity-effective stress plane as the porosity decrease associated with compaction is arrested during unloading and very little elastic rebound (less than 1 porosity unit) occurs during the unloading process. As the effective stress decreases due to higher fluid pressures at fixed overburden, the velocity decreases in direct relation to the stress change. Once a rock is on an unloading path, the rock doesn't change porosity unless other phenomena such as diagenesis or cementation are occurring concurrently with the pressure changes. For the rock to begin compacting again, the secondary pressures must first bleed off, or the overburden must increase sufficiently by additional sediment loading to counterbalance the secondary fluid pressures that were added to the rock mass and increase the effective stress. In either case, the rock will respond to the change in effective stress and will move back up the unloading path until it contacts the normal compaction curve again. Once the effective stress has exceeded the value where unloading began, the rock can begin to compact again. If the stress never reaches this level, the rock will remain on the unloading path indefinitely. It is important to recognize in this context that the normal compaction curve is also the maximum compaction, maximum velocity and minimum porosity that a material can achieve at normal pressure for a given effective stress.

To properly predict pressure ahead of the bit, it is essential to know not only the normal compaction trend, but also the slope of the secondary pressure curve and the maximum stress-velocity state that was achieved before unloading began. It is important to recognize that the presence of two possible pressure mechanisms and a range of possible maximum velocities for unloading leads to a range of possible predicted pressures according to which mechanism is assumed to be at work and where unloading began. For any velocity (Figure 16), there are a range of pressures that are a function of the normal trend, the maximum velocity attained by the rock, and the unloading curve slope. In practical terms, for any observed velocity value, the minimum pressure case is represented by the normal trend curve (equivalent depth of burial) and the maximum pressure case is represented by the greatest reasonable maximum velocity on the normal trend and the slope of the unloading curve from that point back to the observed velocity value. Thus, it is imperative that the pressure prediction expert be aware of both causes of pressure and also recognize when and how to apply unloading corrections to the velocity data. Figure 5a is the velocity-depth plot used to predict pressure, and figure 1.6b is the velocity-effective stress plot that is used to show the normal compaction trend and unloading behavior. Point D in figure 16a represents the velocity in the zone being determined in the analysis, and correlates to the velocity D in

figure 16b.  Point A represents the maximum loading case where the material has been completely unloaded from the normal compaction state.  Point B represents the case where the velocity zone just above the unloaded interval represents the maximum compaction state. Point C represents the equivalent depth point above the unloaded zone (point D) that would have to be used if the material displayed no unloading characteristics in the zone.

**Chemical Compaction**

As sediments are buried progressively deeper, they eventually reach a pressure and temperature state where chemical processes such as pressure solution, cementation, overgrowth development and other thermally-activated processes can become very significant.  The temperature limit for the onset of this process is 160-170 C.  In such environments, the chemical processes can cause the velocities of the rocks to increase while pressures continue to increase.    In this environment, the normal relationship between effective stress and pore pressure characterized by the Eaton (1969, 1972), Bowers (1994) and other methods can break down.     This condition requires that temperatures be high enough to induce the thermally-activated processes that underlie the phenomenon, and typically occur at very high pore pressures.



*Figure 16: An example of the range of possible maximum compaction stresses that can result in the same velocity being tied to different effective stresses.*

   Highly Confidential Per BP

The onset of chemical compaction can be identified in velocity–effective stress space by trends in the data that deviate from the unloading curve and begin to form a new apparent compaction trend that displays increasing velocities at relatively low effective stresses and high pore pressures.  The range of behaviors in this domain include cases where the unloading process has subsided at depth, and cases where the unloading process continues to cause increases in in-situ pore fluid volumes that cause the effective stress to continue dropping with depth.  In the former case where the unloading process has subsided, the effective stress will begin to increase as it would for mechanical compaction, but the increase in velocity that is observed is driven by cementation and other processes that work to reduce the porosity and increase the stiffness and rigidity of the framework of the rock.  In this setting, the chemical compaction curve will follow a Bowers-like trajectory that can be sub-parallel to the original primary compaction curve, but will start from a position on the unloading curve.  In the second case where unloading continues to occur along with the thermally-activated processes, the effective stress may continue to decrease while the velocities increase due to the cementation and other thermal processes.  In this setting, the secondary compaction trend can have a negative slope, curving back toward zero effective stress with increasing velocity.  Both of these behaviors are shown in Figure 17.  Because both cases can occur in the same geologic area, local calibration is critical to assure that the secondary pressure behavior in a given area can be documented for prediction purposes.



*Figure 17: Redisplay of figure 16 showing secondary compaction and the two types of secondary compaction trends that are observed in real data. The blue curve represents the case where unloading relaxes, and the red curve represents the case where unloading continues with the overprint of the chemically-compacted velocities.*

     Highly Confidential Per BP

## Basic Concepts for Pore Pressures in Reservoirs

The basic physics behind pressure behavior in reservoirs is reasonably well understood and has been well documented in the literature. The purpose of this section is to document the basic physics of reservoir behavior as it applies to the problem of pressure prediction. The fundamental driver on the observed behavior of reservoirs is the relative buoyancy force caused by different fluids in the subsurface.

Several authors (e.g. Stump et al, 1998; Heppard et al, 1998) have addressed the centroid effect on pressures in structurally positioned reservoirs. This effect can be significant enough to cause seal failures and serious drilling problems if it is not recognized pre-drill. To date, however, the industry has not tackled the issue of how to detect this effect pre-drill using seismic data.

## Basic Physics of Reservoir Pressures

The fundamental difference between reservoirs and seal rocks is that reservoir rocks have significant porosity and permeability while seal rocks typically have very low permeability. The high permeability of reservoirs makes them easy conduits for the flow of fluids in the subsurface. It is this ability to transmit fluids that makes reservoirs dangerous during drilling. When reservoirs with different pressures are connected by faults or other vertical conduits, these conduits can also allow fluids to migrate vertically (Figure 18). This movement of fluids through reservoirs and faults is called **Fluid Transmission** and also called **Lateral Transfer**. The pressure difference between two sands connected by a fault can be calculated in a straightforward manner as shown in figure 18.



*Fig.18: Example of fluid transmission from a deep sand to a shallow sand along a fault.*

Highly Confidential Per BP

Any reservoir, when filled with a specific fluid, will exhibit a fluid pressure profile governed by the fluid density of that fluid.  For water, this density is typically close to 1 gm/cc with a fluid gradient of around 8.0 to 8.5 PPG.  For oil and gas, the fluid densities are lower, and the resulting fluid gradients are lower as well.  If a sand body is sufficiently thick, separate pressure measurements at various depths will show a ***Hydrostatic Gradient*** in the sand that matches the density of the fluid saturating the reservoir.  If a reservoir is thick enough, the pressure difference from the top to the base can be very significant.    Consider the case of a very tall cylindrical sand body juxtaposed in a shale background pressure regime that has a pressure gradient significantly higher than hydrostatic (Figure 19).  In this case, the sand body will have a pressure gradient that is the same as the shale at a given depth, but the sand will have higher pressures at depths above this shale equilibrium point, and will have lower pressures than the shale below the shale equilibrium point.  In any circumstance where the shale pressure regime has a higher gradient than the saturating fluid in the reservoir, this pressure difference will occur.  Once this basic principle is understood, the rest of the physical behavior of reservoir rocks can be deduced from common sense.



*Fig.19:  Example of a fluid column in a reservoir with a separate hydrostatic pressure from the shales.*

**The Effect of Structure on Reservoir Properties and Pressures**

If a reservoir body of finite thickness is deposited and then buried in a shale matrix that develops overpressure, the sand will show the same pressure behavior as the shales (Figure 20-21).  If this sand body is tilted, the sand will develop a hydrostatic gradient for the saturating fluid contained in the sand.  When this occurs, the sand will have a single point where it is in equilibrium with the shales.  At shallower depths above this equilibrium depth, the sand pressures will be higher than the shales.  At greater depths below the equilibrium depth, the sand pressure will be lower (Figure 22).

Highly Confidential Per BP

The basic structural behavior shown in figures 20-22 is a universal property of a dipping permeable layer in the earth. The models shown in figures 20-22 are a simple static model that reasonably simulates what is observed on a short time period response of a reservoir. On longer scales (i.e. geologic time) this same reservoir can behave in a more dynamic fashion that allows some interaction between the reservoir and the encasing shales (Figure 23). In this dynamic model, fluids are continuously migrating from high pressure regimes to low pressure regimes through both the shales and the reservoirs. In this model, the reservoirs become "short-circuits" in this slow migration process because they allow fluids to move very rapidly compared to the shales. This more hydrologic approach is also part of the basis for the emplacement of hydrocarbons, and can explain the presence of things like low-saturation gas that gets trapped in reservoirs during migration of gas through a geologic section over long periods of time.



*Fig.20: Schematic of a sand body under shallow burial (after Stump et al, 2002).*



*Fig.21: Pressure regime in a buried horizontal sand body under deep burial (after Stump et al, 2002).*

Highly Confidential Per BP



*Fig.22:  Schematic of a structured sand body under deep burial (after Stump et al, 2002).*



*Fig.23:  Dynamic steady flow model for a permeable reservoir embedded in shales (after Stump et al, 2002).*

Another important component of reservoir pressure behavior comes from variations in structural configuration of the reservoir.  It has been recognized that different structural types (e.g. synclinal, anticlinal and monoclinal) lead to different pressure responses.  In particular, a reservoir that is buried in a shale regime with increasing pressure vs. depth (Figure 24) will display different pressures based on the structural condition of the reservoir.  In the dynamic model, a reservoir in a synclinal structure is actually buried more deeply than its monoclinal cousin.  Likewise, a reservoir on an anticline is buried less deeply than its monoclinal cousin.  If we consider the monoclinal model as the average case, it can be shown that the equilibrium (or centroid) point of the monoclinal model is the midpoint of the reservoir, which is also the

Highly Confidential Per BP

average depth of the reservoir body. In the dynamic model, this midpoint is the balance point between seepage into the reservoir in the down-dip section of the reservoir and leakage out of the reservoir in the up-dip portion of the reservoir. In the anticlinal case, the average depth of the reservoir is shallower than the monocline, which leads to a situation where the average depth is now less than it was in the monoclinal model. When the shale pressure profile is superposed on this reservoir profile, the overall pressure profile for the sand is lower than in the monocline (Figure 25). Likewise, the synclinal model has an average depth that is greater than the monocline. In figure 25, it should also be noted that the synclinal model is close to failure at the crest of the sand body, which is evidenced by the proximity of the crestal reservoir pressure to the lithostatic pressure curve. This greater depth causes a higher pressure state in the synclinal model. All of these pressure variations can be predicted from basic physical and hydrological principles provided that the shale pressure regime, the structural setting of the reservoir, and the vertical extent of the reservoir can be defined from seismic and well data.



*Fig.24: Structural models for a permeable reservoir embedded in shales (after Stump et al, 2002).*

                    Highly Confidential Per BP



*Fig.25:  Pressures in anticline, monocline and syncline models (after Stump et al, 2002).*

**The Effect of Saturating Fluids on Reservoir Properties and Pressures**

Once the background pressure regime and the structural configuration and vertical extent of the reservoir have been determined, the last factor to consider is the effect of different saturating fluids on the reservoir pressure.  If one goes back to the basic physics behind the buoyancy effects of different fluids, it becomes intuitively obvious that the small pressure changes for a gas column versus a brine column will cause the reservoir pressure to diverge rapidly from the background shale pressure if a reservoir has a large vertical extent.   Each saturating fluid will have a hydrostatic gradient that is determined by the density of the fluid itself.  If one considers the case of the same reservoir with a common centroid point but with different saturating fluids (Figure 26), the reservoir will have a different hydrostatic gradient for each fluid.

If a reservoir has sufficient vertical extent, it can attain a fluid pressure for one or more saturating fluids that will exceed the fracture pressure at the crest of the sand.  In this case, the reservoir will begin to leak fluid and reduce its pressure through seal failure until the pressure in the reservoir is reduced sufficiently to close the leakage pathway.  This process of charging and leakage eventually reaches an equilibrium that can determine the height of the column of oil or gas that a reservoir can hold given the pressure regime that it resides within. The typical method for determining the maximum column height of an oil or gas column can be calculated by starting with the brine hydrostatic line, and calculating how large a column of hydrocarbon fluid the reservoir can support without causing a seal failure at the crest (Figure 27).

                           Highly Confidential Per BP



*Fig.26:  Fluid pressures in a reservoir with different fluid densities including brine (blue), oil (green) and gas (red).*



*Fig.27:  Simple model for calculating the effect of a gas column in a reservoir (after Mouchet and Mitchell,1989).*

          Highly Confidential Per BP

The pressure effects of buoyancy in reservoirs can also be communicated from one reservoir to another one through fault conduits in the subsurface. When a fault is actively communicating fluids between two reservoirs, the two separate reservoirs must act as one system and attain hydrostatic equilibrium between them. In such cases, the two reservoirs will behave as a single hydrostatic system and the hydrocarbon leg in each reservoir will have to balance its pressures with the other reservoir. Figure 28 demonstrates this simple physical model.



*Fig.28:  Simple model for two reservoirs in pressure communication along a fault.*

**Differential Compaction and Other Reservoir Issues**

For water-bearing reservoirs, there are two additional factors that must be considered in dealing with structural hyper-pressuring. The first factor is the possibility that the degree of compaction may change from the top to the bottom of the reservoir with large amounts of structural relief. In this situation, the centroid pressure profile observed in the velocity data may be magnified by the vertical change in compaction state of the reservoir. The second factor is the possibility that the reservoir has been breached by a fault or other conduit that allows fluids to escape from or recharge into the reservoir. In this case, it is possible that the centroid position in the reservoir may be shifted significantly. It is also important to recognize that the seal rocks adjacent to the reservoir can be affected by breaching a reservoir. For example, if a reservoir is drained slowly and then recharged, seal rocks

Highly Confidential Per BP

adjacent to the reservoir may also undergo some compaction and reduction of fluid pressures. This results in a compaction halo whose thickness depends on the elapsed time that the drained condition has existed.  Once the reservoir is recharged, this halo will stabilize and will preserve evidence of the drainage event that can be seen as a local increase in velocity and density in the seal rocks.  This is important for inversion analysis because the local halo will affect the reflection coefficients between the shale and reservoir, and could result in misleading data.  It will also produce shale velocities and densities that are not the same as those further from the reservoir.  This effect can be detected in inversion, but would be missed by a conventional velocity analysis that measures the velocities more coarsely.

For hydrocarbon bearing reservoirs, the effect of the hydrocarbons on the velocity field must also be taken into account in estimating the reservoir pressures.  In this case, either the hydrocarbon effect must be calculated and removed by performing a Gassmann fluid replacement calculation, or the reservoir pressure calibration itself must be adjusted to include the hydrocarbon effect.  In either case, enough must be known about the reservoir and its fluids to permit these adjustments to be made.

Recent work in deepwater drilling hazards has also suggested that Shallow Water Flows (SWF) are the result of structural hyper-pressuring (Huffman and Castagna, 2000).  These shallow sands usually occur within a few thousand feet of the mudline in rapidly depositing basins, and exhibit pore pressures close to fracture gradient and near-zero effective stresses. They are probably the most significant hazard currently facing deepwater drilling and should be studied in the context of pressure prediction.

**Methods for Predicting Reservoir Pressures**

Now that we have discussed the basic physics of reservoir pressure behavior, we will now turn our focus to using this information to intelligently predict pressures in reservoirs using only geophysical data in the pre-drill case.  While direct well measurements allow us to constrain a reservoir pressure regime reasonably well, the pre-drill scenario is often poorly constrained, both in terms of the known vertical extent of the reservoir, and how the reservoir is connected hydraulically in the subsurface.  The presence of small sub-seismic faults and the difficulty in mapping 3D reservoir extents accurately in the water leg often precludes the analyst from being able to accurately constrain the reservoir with the seismic data.  All of these factors must be taken into account in attempting to predict reservoir pressures pre-drill.

**Centroid Modeling**

The most common method for calculating reservoir pressures is through centroid modeling. The centroid model assumes that the centroid pressure point occurs at the average depth of the mapped reservoir.  In many cases where the sand geometry is not clearly defined, a monoclinal model is used to keep things simple.  This average depth is then tied to the shale pressure trend at that depth in the appropriate location in the 3D survey, and the up-dip and down-dip pressures are calculated from that location.  The fluid densities used for this exercise typically include brine with a fluid gradient of 0.465 psi/ft, light oil with a gradient of 0.3 psi/ft, and high-gas saturated model with a gradient of 0.1 psi/ft.  Pressure values are

Highly Confidential Per BP

then calculated at the proposed location using the penetration point for the reservoir to predict the actual kick expected at a specific well location. The fluid pressure gradients in the reservoir can be adjusted to local fluid characteristics where required.

The centroid modeling approach is very robust provided that a reasonable 3D shale pressure model has been calculated, and the structural configuration of the reservoir is reasonably constrained. If these factors are well understood, the only remaining issue is to determine the vertical extent of the reservoir body. This is sometimes more difficult than others according to the impedance difference (or lack thereof) between the reservoir and sealing shales. Consider a simple model for a brine-filled sandstone (Figure 29) and the same sandstone with a gas leg above the brine leg. Note the difference in pressure at the top of the reservoir between the brine case (8175 psi) and the gas case (9050 psi). This difference in pressure due to the buoyancy differences between the fluids causes a change from 15.73 PPG for the crestal pressure gradient in the brine-filled sandstone to a pressure gradient of 17.40 PPG for the crestal pressure in the gas case. As hydrocarbon columns get larger, the pressure difference between light hydrocarbons and brine can be dramatic and can cause seal failures at the crest of the structure.



Fig.29: Simple sandstone pressure model with brine (top) and gas over brine (bottom).

          Highly Confidential Per BP

An additional complicating factor in the centroid model is the relationship of the sand body to the background shale model. As the shale pressures increase with depth, the size of the sand body can actually become a limiting factor on the size of the hydrocarbon accumulation. Consider the model shown in Figure 30, which shows an increasing shale pressure regime with depth that has the same sand body embedded in the model at progressively greater depths. The shallow reservoir (around 10,000 feet) has a crestal pressure in the gas case that is over 3 PPG lower than the fracture gradient at that depth. The second sand body (around 15,000 feet) has less margin than the shallow reservoir by about 2.5 PPG. The deepest reservoir at around 20,000 feet, which is below the top of hard pressure, has a crestal margin between the pore pressure and fracture pressure that is only about 1.2 PPG. This behavior is commonly observed as pressures increase with depth. In fact, it can be argued that as shale pressure increases and approaches the fracture gradient, too much vertical extent of reservoirs becomes the enemy of the explorer because they simply can't hold a seal for significant hydrocarbon columns.

In most centroid modeling exercises on real seismic data, the reservoirs are frequently pressured at levels close to failure. In fact, it is possible for a reservoir to be incapable of holding any hydrocarbons at the primary crest of a reservoir structure, while it can still trap significant oil or gas in a protected trap at a greater depth (Figure 31). In such cases, the primary structure may be leaking up to shallower zones while the deeper structure can still hold significant hydrocarbons.



*Fig.30: Centroid models for the same sand body at different depths showing the change in drilling margin as a function of the change in the drilling window between the shale pore pressure and fracture pressure.*

          Highly Confidential Per BP



*Fig.31: Centroid model for a reservoir that is in failure on its primary structure but still is capable of trapping hydrocarbons in a down-dip protected trap.*

## Fracture Failure Modeling

Another method for reservoir pressure prediction is the fracture failure method, which is suitable for estimating reservoir pressures in regimes where the reservoir is charged to the point of incipient failure at the crest of a structure as was shown in Figure 31. The fracture gradient method assumes that the reservoir has a pressure equal to the fracture gradient at the top of the reservoir. The depth value at the crest of the sand is matched to the fracture gradient at the crestal location, and the down-dip pressures are calculated from that maximum value. From this estimate at the crest of the structure, the pressures are calculated down to the maximum down-dip extent of the possible fluid column for each saturating fluid. This background brine model can then be used to superpose a proposed gas or oil column at a prospect using the local closure, spill points and structural crest to model the maximum gas or oil column that a structure can hold without leaking.

The value of the fracture failure model is that this model is the highest pressure that the reservoir can attain within the constraints of the shale pore pressure model determined from the seismic data. This model is of particular benefit in planning wells, because once the fracture pressure at the crest of the reservoir body is constrained from the 3D seismic results, this pressure can be projected down dip on the reservoir to determine the maximum reservoir pressure that can physically exist at the penetration point for the proposed well.

There is a distinct advantage to modeling reservoirs using both the centroid model approach and the fracture failure approach. It has been observed that when a reservoir is close to failure, the centroid model and the fracture failure model should converge to the same solution for the brine model. At first glance, this may not seem very significant. However, the convergence of the models is significant because the fracture failure model is being

           Highly Confidential Per BP

calculated by starting from the crestal position of the reservoir using the fracture gradient, while the centroid model is calculated by starting from the centroid location of the reservoir using the pore pressures in the shales. The fact that these two models have been shown to converge robustly in numerous predictions around the world demonstrates the robustness of the approach to predicting accurately the pressures in a reservoir.

**Errors in Reservoir Pressure Prediction**

All predictions of reservoir pressures have intrinsic errors that are caused by a range of factors. The first and foremost factor is poor definition of the reservoir body due to seismic data limitations. Most centroid models assume a given extent of the reservoir. The reality is that these models may often have substantial errors. However, these errors can be reduced significantly through the application of other geophysical technologies that can reduce the uncertainty on the estimates of reservoir extent. One approach to estimating the extent of the reservoir is to take a statistical approach to the problem. In this approach, the most likely reservoir extent is determined by using basic seismic attributes such as amplitude and AVO analysis. The mapped extent of the reservoir from this approach is the P50 or most likely case. This model is then supplemented with a maximum extent case that is bounded either by the maximum extent of the fault block containing the reservoir, or the maximum structural extent defined by the structural spill point or other feature. My experience is that the maximum models tend to predict reservoir pressures that are close to failure or actually exceed the failure pressure using the fracture failure model described above. When the application of the P10 maximum model using centroid modeling produces a crestal pressure that greatly exceeds the predicted fracture pressure at the crest of the sand, this is a good indication that the maximum model is too large and should be reduced. A common sense approach to this prediction process can yield very good results.

One complicating factor in the prediction of reservoir pressures is the issue of reservoir connectivity and architecture. The actual extent of a given reservoir body can often be less than predicted from seismic data because of details of the reservoir architecture that are hidden by the seismic data. Such complexity is commonly observed in many geologic settings including deepwater environments. It is important that the geophysicist and geologist apply appropriate reservoir characterization technologies required to identify these reservoir complexities so that they can be included in the centroid models wherever possible. These methods can predict the presence of complexities that can complicate reservoir pore pressure models so that several realizations of the reservoir behavior can be considered. It is also often observed in drilling wells that sands in close proximity can exhibit very different pore pressures due to their stratigraphic configuration. For example, if two sands are drilled in a configuration where the first sand is penetrated near the crest of the sand body, this sand will exhibit a relatively high centroid pressure that is higher than the shale pressures. If the next sand has a larger vertical extent than the first sand and this sand is far from its crest, it can actually display a pore pressure that is significantly lower than the shales, and thus also significantly lower than the first sand. This situation is common in deepwater environments, and can lead to a situation where the mud weight required to control the first sand is much higher than the pore pressure in the lower sand body. In some cases, the pressure differences can be so large that the well can start losing mud into the lower sand body because its

     Highly Confidential Per BP

fracture gradient is lower than the mud weight required to control the first sand body. This scenario can cause a complete loss of drilling margin that forces an operator to either plug the well or immediately case off the first high pressure sand to isolate it and avoid the situation where the well goes out of control due to the pressure differential across the two sand bodies.

Another critical factor in predicting reservoir pressures is to understand that velocity errors due to presence of gas or oil can cause errors in the centroid and fracture failure models. Typically, the presence of oil or gas will cause the velocities to decrease in the proximity of the reservoir.  When this happens, it can affect the resulting pore pressures and fracture pressure estimates, which will then propagate errors into the reservoir pressure models. When this occurs, there are several options for how to address the errors.  One approach is to select a centroid pressure value by moving laterally away from the reservoir at the centroid depth until the velocity and pressure values stabilize and no longer show the hydrocarbon-induced effects.  This approach works well in less complex geologic settings.   The second approach is to use an averaging method to smooth through the perturbation in the shale pressure regime that is caused by the Gassmann effects of the hydrocarbon fluids.  Optimally, these two approaches should converge to the same answer if there are no complicating factors.  When they differ from each other, the two separate estimates can be used to bracket the potential error in the prediction.

One last problem with centroid models is the prediction of pressures in depleted reservoirs that have not yet affected the encasing shales.  When reservoirs have been depleted from geologic causes over long periods of time, the encasing shales will usually show a shale compaction halo around the reservoir that will exhibit higher velocity and density.  This halo can be from a few meters to a hundred meters thick and typically tapers away from the reservoir as the shale slowly transitions back to its undrained condition away from the reservoir.   The low permeability of shales means that the pressure depletion signatures take very long times to develop to the point where they can be detected by physical measurements.   The problem with this fact is that reservoirs which have been depleted recently by production of the fluids will not produce a log signature in the shales because they will not have had the time to drain their fluids into the reservoir.  In this scenario, there is virtually no way to predict the presence of the depleted reservoir, even if the seismic data were acquired after the reservoir was depleted.

The other significant challenge in drilling deepwater wells with narrow margins is managing the differences between the shale pressures and reservoir pressures related to centroid effects in complex stratigraphy.  It is commonly observed that the sands will have different pressures, with some sands exhibiting influxes while others can exhibit low pressures that cause losses through invasion of the sands or fracturing of the sands in cases where the sand fracture gradient is anomalously low because of low pore pressures.  In some cases, the sand fracture gradient can actually be less than the mud weights required to control other sands and maintain wellbore stability in the shales.  When such a situation occurs, it can result in a complete loss of drilling margin.  In extreme examples of this behavior, it is possible in complex deepwater stratigraphy for one sand to be penetrated high on its crest with very high influxes, while the next sand is penetrated well down structure with formation pressures that are 1-2 PPG lower because the

                                        Highly Confidential Per BP

second sand extends much further up dip than the first sand.   In such conditions, it is possible to create a situation where the mud weight required to control the first sand is much higher than the second sand, and the fracture gradient in the second sand is low enough that it is close to or below the mud weight that is required to control the first reservoir.  In this situation, the well has a high risk of a well control event because the drilling operation is faced with an unstable situation where any change in MW can cause total losses or influxes.  The normal option in this situation is to set casing as quickly as possible through the first reservoir to isolate the high pressure interval from the lower pressure sands so that the lower drilling margin situation can be remedied.

**The Loading Path and Current Compaction State of the Macondo M56 Reservoirs**

The M56 reservoirs have undergone mechanical compaction for the majority of their burial history and have been primarily subject to significant undercompaction as the primary cause of abnormal pressure.  Recently, the reservoirs have been buried deeply enough so that temperatures have increased to above 100 C.  The 100 C boundary is critical because it is at this temperature where clay diagenesis is usually first observed.  The well log velocity, porosity and density data for the M56 reservoirs and their encasing shales are indicative of rocks that have been compacted significantly and are just being subjected to thermal processes at depth.  The interpretation that the M56 reservoirs are in the transition zone from mechanical compaction to diagenetic unloading is also consistent with the expert report of Dr. Andrew Hurst from Phase I of this trial where he discusses the "Golden Zone."

It is my view based on all of the available data that the M56 sands are just getting into the top of the diagenetic unloading window (100 C and hotter) and thus should show only modest cementation.  The porosity values in the 22-25% range are also consistent with this state.  The sands are reasonably well compacted but not heavily cemented yet.  This is also most likely the reason why most of the RSWC samples fell apart.  Many of them were not cemented sufficiently to survive the freezing and transportation procedure to the lab.

The M56 reservoirs at Macondo are part of a complex channel system that appears to have a significant lateral extent from the NW to the SE as shown in BP's pre-drill package (Dep. Ex. 9283).  This system is in lateral hydraulic communication over an extended area such that the reservoir system has significant vertical extent both above and below the depths of the Macondo structure (Figure 32; BP-HZN-MBI00180472).  The M56 reservoir section appears to have a crestal leak point to the SE at a nearby salt dome where the reservoir reaches depths of 13,000 to 14,000 feet.  The reservoir also extends down-dip into a major syncline to the west and northwest at depths up to 25,000 feet (Figure 33; BP-HZN-MBI00180472).  In contrast, the M57 sand section appears to pinch out at much greater depth as shown in the seismic display and thus should have a much deeper structural crest than the M56 reservoirs.  This observation will be critical to the understanding of the pressure differences between the two reservoir intervals.

The M56 was likely at lower effective stress (i.e. higher pore pressures) until recent geologic time when the structural tilting related to salt tectonics allowed the seals at the structural crest to the southeast to fail and allow fluids to move laterally in the system and bleed off the high pressures.  BP notes this same issue in their pre-drill documents where they talk about "thief beds" in the M55 below the oil reservoirs that enable fluids to migrate laterally across the area. In fact, part of the reason the Macondo structure has oil columns in the local trap is because the Macondo structure is a downdip "protected trap" as shown in the model diagram above (figure 31).  This is a common condition where a reservoir system can be leaking at its crest but still trap fluids in a down-dip position.



*Figure 34: BP final pressure prognosis with centroid pressure models based on GeoTap and MDT data from the Macondo well.*

To demonstrate the general condition of the M56 reservoirs and their relationship to the higher pressure M57 zone just above, I have constructed a diagram (Figure 34) using the "Drillability" plot from the Macondo Postwell Pressure Summary Excel file of May 17, 2010 that was prepared by Martin Albertin of BP (BP-HZN-2179MDL05114193).  The Plot was simplified by removing some of the data including the trip margin and kick margin curves to allow the curves for BP's final most-likely (ML) pore pressure, fracture gradient and overburden data is easy to see on the plot.  The MDT data and GeoTap data were added to the plot to show how the pressure data match with the ML pore pressure curve on the plot.  I have also added to the plot additional

curves that represent (1) the computed brine pressure gradient for the M57C sand, (2) a brine gradient for the M56B and C sand along with a gas column tied to the M57A sand, and (3) an oil column for the M57D and E sand and the imputed brine gradient that should exist downdip of the oil column.  The brine curves for all 3 models were extended to the assumed crestal depths for each zone, which coincide reasonably with the general trend of the fracture gradient at the Macondo well.  It is important to note that this analysis would normally project the crestal failure pressure in 3D to the actual position where the crest is located.  In this case, I did not have the luxury of having a full 3D pore pressure and fracture gradient model to work with, so the ML shale fracture gradient at the Macondo well must be used as an assumed proxy for this curve.

The reservoir pressures measured at the Macondo well before the blowout represent the in-situ reservoir condition that has been created by the interaction of the reservoirs and their encasing shales with the structures created by the large scale sedimentary and salt diaper deformation which is occurring as the sediments are buried progressively deeper with time.  As noted above, each of the hydrocarbon zones are likely in communication with brine saturated sands somewhere in the subsurface as these sands must provide hydraulic migration pathways to allow the hydrocarbons to migrate into sands that were 100% wet at some earlier date.  In the case of the M56A gas zone, I have inferred that this reservoir is likely possibly to the M56B and M56C sands or other sands nearby that are cross-talking hydraulically to all of these sand bodies.  For simplicity's sake, the brine curve for the M56B and C sands has been constructed so that it ties these sands but also allows a gas column to exist in the M56A sand that is connected down-dip at some point.  Another interpretation would be that the M56B and C sands are completely isolated from the M56A sand in which case a separate brine curve would need to be constructed for the M56A sand that might look slightly different.  Without further data, there is no way to distinguish between these two options, so I merely note that there is room for interpretation here.

The M56D and M56E sands, assuming the fluid column of about 750-800 feet based on the seismic and a local structural crest at about 17,800 feet, will be connected to an aquifer that is tied to the oil-water contact downdip.  For the purposes of this discussion, I have simply drawn the brine curves for both the M56D-E brine pressures and the M56 B-C brine pressures to show their presumed crestal failure tie point to the fracture gradient curve with the understanding as stated above that I was not able to do a full 3D study over a larger area as part of my work for this case.  It is important to note at this point that the overall structure of the brine curves is consistent with the structural setting documented in BP's pre-drill report that was cited earlier.  I note here that the log data for the shales around the M56 sands do show slightly higher densities but the velocities are not changing very much compared to the M57 higher pressure section above.  These observations support the contention that the M56 reservoirs have not been at their current lower pressures for a very long period of time or the shales would start to show evidence of pressure bleed off into the reservoirs that would produce depressurization halos.  The drilling data discussed in my expert report from Phase I of the trial (p. 34 of my Phase One report) also support the notion that the shales are at higher pressures than the M56 sands at the present time.

In the case of the M57C sand system, it is clear that this higher-pressure sand body that had measured pressure of 14.15 PPG based on MDT and GeoTap data is a totally separate hydraulic system from the M56 sands, as I discussed in my Phase One report.  The M57C is a brine-saturated sand that is overpressured relative to the encasing shales and thus out of equilibrium

                                      Highly Confidential Per BP

with the shales at the Macondo well location.  Analysis of the log data at this interval confirms the fact that the shales just above and below the M57C have anomalously low velocities suggesting that the M57C sand is transmitting pressure into the adjacent shales to create a "pressure halo" around the sand body.  The measured brine pressure in the M57C sand can also be used to construct a brine centroid pressure model for this interval.  It is noted that even though this higher pressure brine sand is located at a shallower depth than the M56 sands, the brine model will intersect the fracture gradient at a much greater depth of about 16,000 feet.  This means that the seal failure point for this sand must actually occur deeper in the section or the sand would begin to bleed off pressure and the high measured pore pressures would not be sustainable.  This observation and the sharp changes in the pore pressures of the M56 and M57 sand systems demonstrates how critical it is to understand the interplay between the sand architecture and connectivity and the relationship of these properties to the overall basin structural setting and shale pressure regime if one expects to be able to predict reservoir pressures and properties and then utilize them for the purposes being discussed in this and other expert reports for this case.

**Extended Opinion Regarding Current Pressure, Temperature and Rock Properties of the Macondo M56 Reservoirs**

With the general concepts that precede this conclusion section in mind, I would like to address some of the statements that BP has indicated will be subjects of testimony from Dr. Ann Marchand.  She appears to argue for significant cementation (and implicitly lower compressibility) in the quartz-rich sands in the M56 interval based on arguments about the effect of temperatures above 200 degrees F on these cementation of the quartz.  She argues for "rigid" behavior of the sands but does not cite any sources or real data to back up these assertions.  I would offer the following comments to explain why I believe that her overall view is incorrect and that the M56 sands are currently in a pressure and temperature condition where only patchy and weak cementation will exist that will not result in rigid behavior.

As a general rule, we do not normally see significant quartz cementation until temperatures reach the 150-170 C range during the onset of chemical compaction.  When we run compaction and diagenetic unloading models in pore pressure prediction work, the normal approach is to invoke diagenetic unloading (clay diagenesis that expels water from the interlayers to drive up the pore pressure) at temperatures above 80-100 C.  The typical response of the rocks to this process is to show a significant reduction in the seismic and sonic log velocities, but no decline in density.  This is the classic "onset of hard pressure" and signifies the point at which the water explusion from the clay minerals pushes back against further compaction and prevents the porosities from dropping further with depth.  This zone of diagenetic unloading can be several hundred to several thousand feet thick according to the rates of loading from above and the geothermal gradient in the area.

As you bury the rocks deeper, the temperatures continue to rise and you get to a point where the cementation effects become significant enough that the seismic and sonic log velocities start to increase due to cementation effects even though the pore pressures remain high.  This is also the point at which the reservoir quality begins to deteriorate significantly due to cementation and porosity loss due to deformation creep and the compressibility of the reservoirs declines

                    Highly Confidential Per BP

significantly as porosities drop into the 10-15 percent range (much lower than the porosities at Macondo). At these conditions, the reservoir sonic velocity and density will increase more rapidly than the shales so that you tend to get high-impedance reservoirs that are much higher velocities (13,000 to 15,000 ft/sec) while all velocities including the shales will begin to increase as cementation increases over time. The velocity and density data from the M56 reservoirs indicate that mild cementation may be present but should be poorly developed such that the reservoirs are still going to be mainly friable sandstone that will be highly variable and weak in its degree of cementation. The sonic velocities in the M56D and M56E sands are in the range of 11,000 to 13,000 ft/sec with total porosities in the 21-25% range and effective porosities that are nearly equal to total porosity. These rock properties do not support the premise that there is significant cementation in the reservoir rocks in this interval.

The other factor that Ann Marchand does not discuss in her brief comments is that the degree of quartz cementation is also a function of the effective stress on the grains. The quartz dissolution (this dissolution to get the silica into the brine has to happen before cementation can occur) is usually driven by high stress contact points in the wetted quartz where the point-loading of the grains on each other enables the silica to dissolve into the boundary layer of water and move around as dissolved solids in the brine fluid. Once the silica moves away from the high stress area, it will precipitate elsewhere in a lower stress (i.e. lower boundary energy) environment. The fact that the effective stresses are so low in the M56 sand will act to suppress the cementation processes significantly. The pore pressures in the M57C sand just above the oil sands is much higher (13,000 psi) with overburden of 14,490 psi which is an effective stress of only 1490 psi, or half of the M56 sand effective stress (around 3000 psi). It is my view that the M56 sands were also pressured similarly to the M57C reservoir until recent times when the seals began to leak and caused the pore pressure to drop and effective stress to increase. As such, the amount of time available for the sands to "cement themselves up" has been limited.

All of these factors combined lead me to the conclusion that Dr. Marchand's view of cementation in the M56 reservoirs is simply not supported by the data and observations from the Macondo well.

Highly Confidential Per BP

# VIII.   SPECIFIC CONCLUSIONS

### 1.   Reservoir Size and Connectivity

BP's experts attempt to reduce the total size and connectivity of the reservoir using a combination of geophysical and engineering data, much of which does not and cannot support their conclusions.  The inversion analysis provided by BP is clearly myopic and cannot resolve all of the reservoirs.  Furthermore, the application of low, middle and high side estimates based on that inversion scheme is not supportable.  The integration of all of the available data including my analysis from Phase I of this trial leads to the conclusion that the M56 reservoirs are part of a large depositional system of sand bodies that are connected across a large area, and that any attempt to make them as small as claimed by BP's experts is not reasonable.  It is my opinion that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than are the results of Dr. Torres-Verdin's work.

### 2.   Reservoir Compressibility

BP's experts attempt to reduce significantly the reservoir compressibility of the Macondo M56 reservoirs from the value that they had accepted for their own computations after the blowout by using core measurements that have been clearly shown to be unsuitable for the purpose.  The correct UPVC value that should be used for the average reservoir compressibility of the Macondo M56 reservoirs is 12 microsips, which is the same value that BP had been using for their own computations.   It is possible that the overall value is even higher.

### 3.   Reservoir State of Compaction, Cementation and Permeability

BP's experts wish to characterize the M56 reservoirs as tight, cemented competent sands that are strong from a geomechanical perspective and will not permit large volumes of oil to move into the Macondo well during the blowout.   The well log, core, pore pressure and other supporting data including analogs from other nearby fields demonstrate very clearly that these assertions are false.  The M56 reservoirs have existed at relatively high pore pressures and low effective stresses through most of their lifetime, and that pressure regime combined with low to moderate temperatures below 100 C for most of their lifetime has resulted in moderate states of compaction as demonstrated by the well log and core data measurements.  The permeabilities of the M56 reservoir are likely in the 500 mD range as an average with some zones possibly having even higher permeability values.

### 4.   Material Balance Calculations

BP's experts attempt to reduce the total mass balance so that the total oil spilled from the Macondo well can be reduced.  This computation is based on faulty assumptions for the reservoir volume, permeability and compressibility.  Given the fallacy of the assumptions, the final computations for material balance are also lower than is reasonable.

Attached below: Appendices A, B and C

# APPENDIX A – STATEMENT OF COMPENSATION

I have been compensated at a rate of $375 per hour for my services to the United States Department of Justice in this matter.

Highly Confidential Per BP

# APPENDIX B – DATA AND DOCUMENTS REVIEWED AND REFERENCES

Highly Confidential Per BP

| |
|---|
| Ex 5232 |
| Ex 5246 |
| Ex 8769 |
| Ex 8770 |
| Ex 9053 |
| Ex 9068 |
| Ex 9283 |
| Ex 9767 |
| Ex 10841 |
| BP-HZN-2179MDL00195199 |
| BP-HZN-2179MDL00250603 - BP-HZN-2179MDL00250605 |
| BP-HZN-2179MDL00250606 |
| BP-HZN-2179MDL00895114 - BP-HZN-2179MDL00895121 |
| BP-HZN-2179MDL00895460 |
| BP-HZN-2179MDL01917457 |
| BP-HZN-2179MDL02107723 |
| BP-HZN-2179MDL03693851 |
| BP-HZN-2179MDL04367671 |
| BP-HZN-2179MDL04367672 |
| BP-HZN-2179MDL04367673 |
| BP-HZN-2179MDL05114193 |
| BP-HZN-2179MDL05368302 |
| BP-HZN-2179MDL05368302 |
| BP-HZN-2179MDL05789875 |
| BP-HZN-2179MDL06105310 |
| BP-HZN-2179MDL06553527 |
| BP-HZN-2179MDL06566208 |
| BP-HZN-2179MDL07791463 - BP-HZN-2179MDL07791472 |
| BP-HZN-2179MDL07792734 - BP-HZN-2179MDL07792749 |
| BP-HZN-2179MDL07793710 |
| BP-HZN-2179MDL07805844 - 55 |
| BP-HZN-2179MDL07805865 - 87 |
| BP-HZN-2179MDL07805889 |
| BP-HZN-2179MDL07805920 |
| BP-HZN-2179MDL07805924 - 35 |
| BP-HZN-2179MDL07805957 - 60 |
| BP-HZN-CEC011483 |
| BP-HZN-MBI00180472 |
| IGS592-005430 - 005449 |
| IGS622-000001 - 4 |
| IGS622-000005 - 12 |
| IGS622-000013 - 20 |
| IGS622-000021 - 25 |
| IGS622-000026 - 28 |
| IGS622-000029 - 32 |
| IGS622-000033 - 36 |
| IGS622-000407 - 412 |

          Highly Confidential Per BP

| |
|---|
| IGS622-000413 - 434 |
| IMT937-006290 - 006294 |
| IMU330-014694 - 014731 |
| IMV400-000014 - 3101 |
| IMV400-003468 |
| IMV400-003469 |
| IMV400-003472 |
| WFT-MDL-00039205 |
| WFT-MDL-00058144 |
| WFT-MDL-00058199 |
| WFT-MDL-00070779 |
| WFT-MDL-00070780 |
| WFT-MDL-00082902 |
| WFT-MDL-00129618 |
| Deposition  of Robert Merrill |
| Deposition of Alan Huffman (20111116 - 20111117) |
| Phase I Trial Testimony of Alan Huffman (20130227) |
| Phase I Expert Report and Rebuttal Report of Alan Huffman (20111107) |
| Expert Report of Carlos Torres-Verdin (20130501) |
| Expert Report of Dr. Alain Gringarten |
| Expert Report of Robert Zimmerman |
| Expert Report of Dr. Martin Blunt |
| Expert Report of Ohmyoung Kwon |
| Considered Materials of Torres-Verdin |
| Blacic, J.D., Halleck, P.H., D'Onfro, P, and Riecker, R.E., 1981, Thermomechanical Properties of Galesville Sandstone, The Handin Volume, Geophysical Monograph 24, American Geophysical Union, N.L. Carter et al, editors., p. 153-160. |
| BP and Anadarko's Phase Two Disclosures of Non-Retained Quantification Expert Witnesses Not Requires to Provide Written Reports and Correspondence re Dr. Marchand |
| Britt & Smith. "Rotary Sidewall Cores-A Cost Effective means of Determining Young's Modulus". *Society of Petroleum Engineers* , 2004. |
| Bruce, C. H., 1984, Smectite Dehydration- Its Relation to Structural Development and Hydrocarbon Accumulation in Northern Gulf of Mexico Basin, AAPG Bulletin, v. 68, n. 6:673-683. |
| Carter, Friedman, et al., "Mechanical Behavior of Crustal Rocks: The Handin Volume." Geophysical Monograph 24. |
| Chester, Chester, Kronenburg & Hajash. "Subcritical creep compaction of quartz sand at diagenetic conditions: Effects of water and grain size." *Journal of Geophysical Research.*  Vol 112 (2007) |

Chester, F.M., Chester, J.S., Kronenberg, A.K., and Hajash, A., 2007, Subcritical Creep Compaction of Quartz Sand at Diagenetic Conditions: Effects of Water and Grain Size, Journal of Geophysical Research, Vol. 112, B06203, 15 pages.

Clemenceau, G.R., Colbert, J., and D. Edens, (2000), Production results from Levee-overbank turbidite sands at Ram-Powell field, deepwater Gulf of Mexico, GCSSEPM Lecture, 20th Annual Bob Perkins Research Conference.

Duba, Durham, et al., "The Brittle-Ductile Transition in Rocks: The Heard Volume." Geophysical Monograph 56.

Dutta, N., 1987, Geopressure, Soc. Expl. Geophys. Publication.

Dvorkin, J., Moos, D., Packwood, J.L. and Nur, A.M., Identifying patchy saturation from well logs, Geophysics, 1999, 64, p1756 – 1759.

Fertl, W.H., 1976, Abnormal formation pressure, Elsevier.

Hadizadeh & Law. "Technical Note: Water-weakening of Sandstone and Quartzite Deformed at Various Stress and Strain Rates. *Int. J.Rock Mech. Min.Sci. & Geomech. Abstr.* Vol 28, No. 5, pp. 431-439, 1991

Heppard, P.D., and M. Traugott, 1998, Use of Seal, Structural and Centroid Information in Pore Pressure Prediction, Abstract, American Association of Drilling Engineers Forum on Pressure Regimes in Sedimentary Basins and Their Prediction, Del Lago Resort, Sept. 1-4, 1998.

Hobbs & Heard., "Mineral and Rock Deformation: Laboratory Studies: The Paterson Volume." Geophysical Monograph 36.

Hobbs, B.E., 1985, The Hydrolytic Weakening Effect in Quartz, Point Defects in Minerals, Geophysical Monograph 31, American Geophysical Union, R.N. Schock, editor, p. 151-170.

Hubbert, M.K. and Rubey,W.W. 1959, Role of fluid pressures in mechanics of overthrust faulting, Geol. Soc. Am. Bull., 70, 115-166.

Huffman, A. R., (2002), The Future of Pressure Prediction Using Geophysical Methods, in Huffman A.R. and Bowers, G. L. editors, Pressure Regimes in Sedimentary Basins and Their Prediction, AAPG Memoir 76: 217-233.

Huffman, A.R., and J.P. Castagna, 2000, Shallow Water Flow Prediction From Seismic Analysis of Multicomponent Seismic Data, Proceedings of the 2000 Offshore Technology Conference, Houston, TX.

Karner, Chester, et al. "Laboratory deformation of granular quartz sand: Implications for the burial of clastic rocks." *American Association of Petroleum Geologists Bulletin* . Vol. 89, No. 5 (May 2005)

Highly Confidential Per BP

Karner, Chester, et al. "Subcritical compaction and yielding of granular quartz sand." *Center for Tectonophysics, Department of Geology and Geophysics, Texas A&M University.*

Karner, Kronenberg, et al., "Hydrothermal deformation of granular quartz sand." *Journal of Geophysical Research*. Vol 113 (2008)

Karner, S.L., Kronenberg, A.K., Chester, F.M., Chester, J.S., and Hajash, A., 2008, Hydrothermal Deformation of Granular Quartz Sand, Journal of Geophysical Research, Vol. 113, B05404, 12 pages.

Kekulawala, K.R.S.S., Paterson, M.S. and Boland, J.N., 1981, An Experimental Study of the Role of Water in Quartz Deformation, The Handin Volume, Geophysical Monograph 24, American Geophysical Union, N.L. Carter et al, editors., p. 49-60.

Kendrick, J.W., (2000), Turbidite Reservoir Architecture in the Gulf of Mexico- Insights from Field Development, GCSSEPM Lecture, 20th Annual Bob Perkins Research Conference.

Linker, M.F., and Kirby, S.F., 1981, Anisotropy in the Rheology of Hydrolytically Weakened Quartz Crystals, The Handin Volume, Geophysical Monograph 24, American Geophysical Union, N.L. Carter et al, editors., p. 29-48.

Mackwell, S.J., and Paterson, M.S., 1985, Water-Related Diffusion and Deformation Effects in Quartz At Pressures of 1500 and 300 MPa, Point Defects in Minerals, Geophysical Monograph 31, American Geophysical Union, R.N. Schock, editor, p. 141-150.

Magara, K, 1984, Importance of Aquathermal Pressuring Effect in Gulf Coast, AAPG Bulletin, v. 59, n. 10:2037-2045.

Marion D., Nur, A., Yin, H., and D. Han, 1992, Compressional Velocity and Porosity In Sand-Clay Mixtures, Geophysics, v. 57:554-562

Moos, D., and Zwart, G., 1998, Predicting Power Pressure from Porosity and Velocity: In Pressure Regimes in Sedimentary Basins and Their Prediction

Ord, A., and Hobbs, B.E., 1986, Experimental Control on the Water-Weakening Effect in Quartz, The Paterson Volume, Geophysical Monograph 36, American Geophysical Union, B.E. Hobbs et al, editors., p. 51-72.

Osborne,M.J. and Swarbrick,R.E., 1997, Mechanisms for generating overpressure in sedimentary basins: a re-evaluation, AAPG Bulletin, V81,p1023-1041.

Plumley, W. J., 1980, Abnormally High Fluid Pressure: Survey of Some Basic Principles, AAPG Bulletin, v.64, n. 3:414-430.

Highly Confidential Per BP

Portniaguine, O., and J. P. Castagna, 2004, Inverse spectral decomposition: 74th Annual International Meeting, SEG, Expanded Abstracts,1786–1789.

Portniaguine, O., and J. P. Castagna, 2005, Spectral inversion: 75th Annual International Meeting, SEG, Expanded Abstracts, 1638–1641.

Puryear, C. I. and Castagna I.P., 2006, Layer-thickness determination and stratigraphic interpretation using spectral inversion: Theory and application, GEOPHYSICS, VOL. 73, NO. 2, MARCH-APRIL 2008; P. R37–R48

Schock, Robert N., "Point Defects in Minerals." Geophysical Monograph 31, Mineral Physics 1.

Spencer, 1987

Stephen Willson, Pore volume compressibility in weakly cemented sandstones

Stump, B.B., Flemings, P.B., 2002, Consolidation State, Permeability, and Stress Ratio as Determined from Uniaxial Strain Experiments on Mud Samples from the Eugene Island 330 Area, Offshore Louisiana, in: A.R. Huffman and G.L. Bowers, eds., Pressure Regimes in Sedimentary Basins and Their Prediction: AAPG Memoir 76, p. 131-144.

Stump, B.B., Flemings, P.B., Finkbeiner, T., and M.D. Zoback, 1998, Pressure Differences Between Overpressured Sands and Bounding Shales of The Eugene Island 330 Field (Offshore Louisiana, USA) With Implications For Fluid Flow Induced By Sediment Loading, in, Overpressures in Petroleum Exploration, Bull. Centre Rech. Elf Explor. Prod, Memoir 22, Elf EP Editions, pp. 83-92.

Terzaghi, K., 1943, Theoretical soil mechanics, John Wiley and Sons, Inc.

Thomsen, Leon., "Weak elastic anisotropy." *Geophysics* . Vol 51, No. 10.  (October 1986)

Tosaya, C.A. (1982), Acoustical properties of clay-bearing rocks, PhD Dissertation, Stanford University Department of Geophysics.

Widess, M., 1973, How thin is a thin bed?: Geophysics, 38, 1176–1180

Wood, A.B., 1941, A Textbook of Sound, MacMillan and Sons Publishers

Yassir, N. and Addis,M.A., 2002, Relationship between pore pressure stress in different tectonic settings, in Pressure regimes in sedimentary basins and their prediction. Alan R. Huffman and Glen Bowers (Eds.) American Association of petroleum Geologists Publication.

Highly Confidential Per BP

# APPENDIX C – CURRICULUM VITAE OF DOCTOR ALAN R. HUFFMAN

Highly Confidential Per BP

**CURRICULUM VITA**                                                                               **APRIL 2013**

### ALAN R. HUFFMAN Ph.D.
18 Carriage Pines Court
The Woodlands, Texas 77381
Cell: (281)-744-4338
Residence: (281)-681-1481
email: a.huffman@sigmacubed.com

## CAREER SUMMARY



A senior energy executive and proven oil finder with over 25 years of experience in international and domestic exploration and production in both conventional and unconventional plays.

Recognized internationally as a technology leader in several areas including pore pressure prediction, rock physics, seismic detection of hydrocarbons, seismic analysis technologies, and shock wave and stress effects in natural materials.

Accomplished in all aspects of E&P including project management, exploration portfolio management and risking, business development and mergers and acquisitions. Experienced in corporate planning and strategy, corporate recruiting, personnel development and integration of technology into a global business enterprise. Personal traits include excellent leadership, communication, and interpersonal skills. Maintains strong interfaces with customers, academic institutions, government and commercial partners. Previous experience includes computer software design and implementation, hardware/software integration, and technology commercialization in the petroleum industry.

## EDUCATION

- **1990;** Ph.D, Geophysics, Texas A&M University, College Station, Texas
- **1983;** B.A., Geology, Franklin and Marshall College, Lancaster, Pennsylvania

## EMPLOYMENT HISTORY

**Sigma³ Integrated Reservoir Solutions Inc.**                                    **January 2011 to Present**

**Chief Technology Officer.** Duties include P&L responsibility for Fusion subsidiaries of Sigma³ and management and implementation of technology and R&D across the value chain of the business. FusionGeo Inc. and its subsidiaries were merged into Sigma³ in January of 2011 in a private equity transaction.

**Fusion Petroleum Technologies Inc.**                                    **January 2007 to December 2011**

**Chairman & CEO.** Duties include P&L responsibility for the enterprise including all subsidiaries and global growth of the company. Also President and CEO of all Fusion subsidiaries under Sigma³ holding company. Designed and completed two major acquisitions including Renegade Geophysics LLC in 2007 and 3DGeo Inc. in 2008.

**Fusion Petroleum Technologies Inc.**                                   **May 2005 to January 2007**

**President.**  Duties include P&L responsibility for the enterprise with primary focus on corporate growth and expansion of the business globally with a target of 50% revenue growth in 2005.  Job responsibilities include design and implementation of critical business processes, negotiation and management of domestic and international service contracts, design of marketing and business development plans, and design and implementation of a corporate growth strategy for a rapidly growing technology company in the energy services sector.  Also a Director of the company.  Reported to the Board of Directors.

**Fusion Petroleum Technologies Inc.**                                   **January 2003 to May 2005**

**President and Chief Operating Officer.**  Duties include P&L responsibility for the entire business, including daily operations, design and implementation of critical business processes, negotiation and management of domestic and international service contracts, design of marketing and business development plans, and design and implementation of a corporate growth strategy for a rapidly growing technology company in the energy services sector.  Also charged with the implementation of an integrated technology portfolio that will drive the long-term growth of the business.  Also a Director of the company.  Reported to the Board of Directors.

During 2003 and 2004, grew the Fusion Companies at a rate of 100% per year from revenue of $1.4 MM to $5.1 MM, including the incorporation and start-up of new subsidiaries in geophysical software and a regional business in Mexico.  Managed rapid corporate growth while maintaining profitability using cash flow and no debt while supporting a major R&D effort to generate new technologies for the E&P markets.

**The University of Oklahoma**                                   **August 2003 to December 2004**

**Lissa and Cy Wagner Professor of Geology and Geophysics,** School of Geology and Geophysics**.**  Quarter-time, 2-year term appointment at Full Professor level with responsibility of teaching upper-level undergraduate and graduate level courses and supervising graduate student research.

**Fusion Geophysical LLC**                                   **October 2002 to December 2003**

**Vice President of Operations.**  Duties included P&L responsibility for daily business operations, design and implementation of critical business processes, management of domestic and international service contracts, design of marketing and business development plans, and design and implementation of corporate growth strategy for a rapidly growing technology company in the energy services sector.  Also charged with the design and delivery of an integrated technology development portfolio that drove the long-term growth of the business.

**Conoco Inc.**                                   **1997 to October 2002**

**Manager, Seismic Imaging Technology Center.**  Duties included management of the geophysical technology division of Conoco, with responsibility for worldwide technology development, technical service and marketing/commercialization of geophysical technology including seismic acquisition, seismic data processing, seismic analysis, gravity and magnetics, seismic data management, geological hazard surveys, ocean acoustic surveys and geodetics.  Organization included 80 staff in these disciplines located in Ponca City, Oklahoma and Houston, Texas.

Responsible for coordination of Conoco's global exploration technology strategy and the coordination and integration of the strategy with Conoco's global exploration programs.  Managed the development of advanced geophysical software and integration of software and hardware specialty solutions for the energy business.  Responsible for the development, implementation and integration of Conoco's leading-edge seismic data processing system and the design and implementation of Conoco's 2.2 Teraflop Intel/LINUX "Fast Cat" supercomputer and its associated systems and infrastructure.

Involved in the coordination of Geoscience recruiting for the corporation, coordination of development for emerging leaders, coordination and management of global Geoscience and reservoir engineering skills, management of intellectual property, marketing and commercialization of proprietary technology, and integration of geophysical

Highly Confidential Per BP

technology into the business process for finding and developing oil and gas reserves.  Responsible for maintaining strong networks and coordinating research efforts with academia and federal laboratories. Coordinated with Conoco governmental affairs and public affairs in representing Conoco viewpoints on science and technology to the public, and government agencies.  Responsible for a $21 MM annual operating budget and annual external geophysical contracts of $100-150 MM, with direct impact on Conoco's $500MM global exploration program and worldwide production programs.  Reported to the Vice President of Exploration Production Technology.

From January to September 2002, assigned to the merger integration team for the ConocoPhillips merger. Worked closely with other senior leaders from Conoco and Phillips to design a new technology organization, business plan, business processes and strategy for the new company.   Managed the negotiation with vendors for data license transfer fees, developed strategies for integrated sourcing of geophysical services, and planned the integration of legacy hardware, software and technical processes for the geophysical technology center.

**Exxon Corporation**                                                                                        **1990 to 1997**

**Exploration Geophysicist, Exxon Exploration Company, Houston, TX (1996-1997)**
Assigned to Africa/Middle East Business Unit for Ventures in Deepwater Offshore West Africa.  Also provided expertise for ventures in Far East, Russia and U.S.A.  Provided coordination, application and integration of technology with 3D seismic data to optimize exploration and appraisal results and provide support for wildcat and appraisal well planning.  Technical areas of responsibility included rock physics and physical properties analysis, specialized seismic data processing (2D and 3D, controlled amplitude and phase), direct detection of hydrocarbons using DHI and AVO technology, abnormal pressure prediction, geophysical modeling and inversion, velocity analysis and time-depth conversion.  Also continued to provide technical leadership and project management for global technology development programs in 3D AVO technology, abnormal pressure prediction, seismic modeling, and completion and management of the Exxon Global Physical Properties Database.

**Senior Petroleum Geophysicist, Exxon Exploration Company, Houston, TX.  (1992-1996)**
Provided primary geophysical coordination and support for exploration operations in China and Vietnam (1992-1995), and technical coordination and support for exploration programs in Offshore West Africa (1996).  Also provided expertise for ventures in Russia and the U.S Gulf of Mexico.   Initiated several new geophysical technology development programs in 3D AVO technology, abnormal pressure prediction, seismic modeling and construction of the Exxon Global Physical Properties Database, and provided design, technical leadership and project management for the projects.

**Senior Geophysicist, Exxon Company U.S.A., Offshore/Alaska Division, Houston TX (1990-1991)**
Provided primary geophysical support for Gulf of Mexico Shelf and Deepwater exploration efforts, including physical properties analysis and database management, specialized seismic data processing, AVO analysis and direct hydrocarbon detection, velocity survey trade negotiation, abnormal pressure prediction, and chance of success estimation for drilling.

**Drilling, Observation and Sampling of Earth's Continental Crust**                          **1989 to 1990**

**Science and Database Manager**, DOSECC Continental Scientific Drilling Office, Texas A&M University.  Duties included the organization and science management of the drilling program office after it was transferred from Washington D.C. to College Station, TX.

**Texas A&M University**                                                                                        **1983 to 1990**

**Doctoral Research Fellow**, Department of Geophysics, Texas A&M University.  Pursued a wide range of research topics and taught undergraduate and graduate courses and labs.  Provided the earthquake and seismic stability analysis for the site proposal for the Superconducting Supercollider for Waxahachie, TX.  The main focus of the graduate research was on rock physics and rock mechanics and earthquake seismology.  Research topics are listed under academic research work.

**The Medical College of Pennsylvania**                                                                    **1978 to 1983**

**Unit Manager/Supervisor, Medical College of Pennsylvania Hospital (1981-1983)** Philadelphia, PA. Supervised clerical and non-nursing staff in the Department of Nursing, including represented employees of the 1199C Teamsters Hospital Workers Union.

**Unit Secretary, Medical College of Pennsylvania Hospital (1978-1980)** Philadelphia, PA. Duties included management of nursing stations, patient records, and supervision of non-nursing functions on the unit.

## PROFESSIONAL AFFILIATIONS

- American Association of Petroleum Geologists
- Society of Exploration Geophysicists
- American Geophysical Union
- Geological Society of America

## CONTINUING EDUCATION

- **2001;** Critical Thinking: Real-World, Real-Time Decisions, Executive Education Program, Wharton School of Business, University of Pennsylvania
- **2001;** CMC Trailblazer Program For Executive Development, Session 5, Conoco University in cooperation with London Business School and JMW Associates.
- **2001;** Communication That Matters: Engaging Others In Shaping The Future, Conoco University and Rick Ross Training Program
- **2000;** Power Through Influence, Harvard Business School Executive Education Program
- **2000;** Managing People: Power Through Influence, Executive Education Program, Wharton School of Business, University of Pennsylvania
- **1996;** IVP School, Western Geophysical
- **1996;** 3D Seismic Interpretation, Exxon 5 day school
- **1996;** GEOQUEST IESX Training
- **1996;** Hampson-Russell AVO Workshop
- **1995;** GXII Training School, GX Technologies
- **1995;** INTERWELL Inversion Training School
- **1994;** Velocity Interpretation & Analysis Workshop
- **1992;** Basic Well Logging, Exxon 10 day school
- **1991;** Seismic Data Gathering, Exxon 5 day school
- **1991;** Applied Seismic Interpretation, Exxon 15 day school
- **1991;** Exploration Economics, Exxon 2 day school
- **1991;** Introduction to SAS for Geologists, Exxon 5 day school
- **1991;** Direct Hydrocarbon Indicator Symposium, Exxon 5 day seminar
- **1990;** Seismic Identification of Hydrocarbons, Exxon 5 day school

## PROFESSIONAL ACTIVITIES

- **2013;** Session Co-Chair, New Frontiers in Pore Pressure Prediction, Offshore Technology Conference, Houston, Texas.
- **2011-2013;** Expert Witness, United States Department of Justice for Case MDL2179 – Oil Spill By The Oil Rig Deepwater Horizon.
- **2011-2012;** Management Committee Member, SEG Advanced Modeling Consortium (SEAM), Society of Exploration Geophysicists.
- **2011;** Invited Speaker, Geophysical Society of Houston Spring Symposium honoring Dr. Robert Sherriff, April 11-12, 2012
- **2011;** Meeting Chairman, Geopressure 2011 International Conference on Pressure Prediction, Galveston, Texas, October 2-5, 2011.

Highly Confidential Per BP

- **2010;** Charter Member, Technical Computing Executive Advisory Council, Microsoft Corporation, two year term for 2010-2011.
- **2009;** Member, Advisory Board, Institute of Earth Science and Engineering, The University of Auckland, New Zealand
- **2007;** Invited Speaker, Geophysical Pressure Prediction For Ultradeep wells; When the Reservoir Becomes The Enemy; Robert Sheriff Symposium, University of Houston
- **2007;** Milton Dobrin Lecturer, Pressure Prediction in the Presence of Multiple Mechanisms with Application to Deep wells; University of Houston
- **2007;** Organizing Committee Member and Session Chairman, SPE Conference on Stress and Pressure Prediction, Galveston, Texas, February 11-14, 2007
- **2006;** Executive Panel Member, SPE Digital  IT Forum Executive Discussion Panel on Business Performance Issues, Houston, Texas, February 22, 2006
- **2005-2006;** Program Committee Member (SEG), Offshore Technology Conference, May, 2006
- **2004;** Organizing Committee and Session Co-Chair, SEG Workshop on Geophysical Pressure Prediction, SEG Annual Meeting, Denver, CO, October 14, 2004
- **2003-2006;** District 3 Council Representative, Society of Exploration Geophysicists
- **2003-2005;** Member, Industry Liaison Panel (ILP), International Ocean Drilling Program
- **2002-2003;** Member, Interim Industry Liaison Panel (iILP), International Ocean Drilling Program
- **2002-2003;** Planning Committee, GeoSCAN Panel for Geophysical Site Surveying, International Ocean Drilling Program
- **2002;** Steering Committee and Session Manager, SPE Forum Series in North America, Enhanced Recovery from Deepwater Reservoirs, July, 2002, Park City, Utah.
- **2001-2002;** IOGCC Blue Ribbon Task Force on Petroleum Professionals Education and Recruiting, Interstate Oil and Gas Compact Commission.
- **2001-2004;** Board of Visitors, School of Geology and Geophysics, The University of Oklahoma
- **2001;** Expert Witness, Hearings on Industry Input to DOE Fossil Energy Programs, Office of Fossil Energy, United States Department of Energy, August 14, 2001
- **2001;** Expert Witness, Hearings on National Oil and Gas Research Policy, Subcommittee on Energy, House Science Committee, United States Congress, June 12, 2001
- **2001-2002;** Organizing Committee Member and Technical Committee Chairman, SEG Summer Research Workshop on Pressure Prediction, Galveston, TX, May, 2002
- **2001-2002;** Program Committee Member (SEG), Offshore Technology Conference, May, 2002
- **2000-2001;** Invited Speaker and Panel Member, SEG Summer Research Workshop on Advances in Medical, Geophysical and Space Imaging, Newport Beach, CA, July, 2001
- **2000-2002;** Executive Committee, Midcontinent Oil and Gas Association
- **2000-2001;** Session Chairman, Pore Pressure Prediction Using Geophysical Methods, Offshore Technology Conference, May, 2001
- **2000;** Co-Chairman and Sponsor, ODP Drilling Workshop on Geopressure In Sedimentary Basins
- **2000;** Session Chairman, Shallow Water Flow Hazards, Offshore Technology Conference, May 2000
- **2000;** Organizing Committee, SPE Forum On Deepwater Appraisal and Development, Breckenridge, CO, July 2000
- **1999;** Chairman, Pennwell Forum on Shallow Water Flows, October, 1999.
- **1999-2002;** Editor, AAPG Special Volume on Pressure Regimes in Sedimentary Basin and Their Prediction, to be published in 2002
- **1999-2002;** Board of Directors, Mid Continent Oil and Gas Association
- **1999-2002;** Board of Directors, United States Oil and Gas Association
- **1999;** Session Chairman, SEG D&P Forum, Kananaskis, Alberta, Canada, July, 1999
- **1998-2000;** Member, Scientific Measurements Panel, Ocean Drilling Program, 3 year term
- **1998;** Member, External Review Panel, School of Geology and Geophysics, University of Oklahoma
- **1998;** General Chairman, American Association of Drilling Engineers Industry Forum on Pressure Regimes in Sedimentary Basins and Their Prediction, held September, 1998.
- **1998;** Expert Panel Member, SEG Workshop on Deepwater Challenges in Exploration and Production, New Orleans, LA, September 18 1998.
- **1998;** Organizing Committee member and Expert Panel Member, DEA/AADE Workshop on Shallow Flows,

          Highly Confidential Per BP

held at The Woodlands Conference Center, July, 1998.

- **1997;** Invited Speaker, SEG Workshop on Pressure Prediction, Dallas, Texas, November 1997.
- **1997-present;** Member, American Association of Drilling Engineers Disciplinary Standing Committee on Abnormal Pressure Drilling Technology
- **1994-2000;** Astrogeology Committee, American Association of Petroleum Geologists.
- **1987-88;** Secretary to Steering Committee, Texas A&M University Petroleum Recovery Research Program.
- **1987;** Secretary to the Steering Committee, Workshop on Not Visible or Recoverable Hydrocarbons, Office of Basic Energy Sciences, U.S. Department of Energy.
- **1987;** Technical Secretary, Workshop on Not Yet Visible or Recoverable Hydrocarbons, Office of Basic Energy Sciences, U.S. Department of Energy
- **1986-87;** President, Lone Star Chapter, Association of Engineering Geologists.
- **1986;** Executive Secretary to Geoscience Research Council, Office of Basic Energy Sciences, U.S. Department of Energy.
- **1985;** Texas Section, Association of Engineering Geologists, Annual Meeting Chairman.


**PATENTS ISSUED AND PATENTS PENDING**

- **2005;** Alan R. Huffman, David Bell, Ernest Onyia, Rick Lahann and Robert Lankston, United States Patent 6,977,866 B2, Method and Process For The Prediction of Subsurface Fluid and Rock Pressures in the Earth, issued December 20, 2005
- **2004;** Alan R. Huffman, David Bell, Ernest Onyia, Rick Lahann and Robert Lankston, United States Patent 6,751,558 B2, Method and Process For The Prediction of Subsurface Fluid and Rock Pressures in the Earth, issued June 15, 2004
- **2001;** Alan R. Huffman, United States Patent 6,694,261, A Method for Identification for Shallow Water Flow Hazards Using Marine Seismic Data, patent issued February 17, 2004
- **2002;** Sally Thomas, Trey W. Gilbert and Alan R. Huffman; United States Patent 6,427,774; Process and Apparatus for Coupled Electromagnetic and Acoustic Stimulation of Crude Oil Reservoirs Using Pulsed Power Electro-Hydraulic and Electromagnetic Discharge, issued August 6, 2002.
- **2002;** Gregory J. Jorgensen, Jerry L. Kisabeth and Alan R. Huffman, United States Patent 6,430,507, A method for Gravity and Magnetic Data Inversion with Geopressure Prediction for Oil, Gas and Mineral Exploration and Production, issued on August 6, 2002.
- **2002;** Gregory J. Jorgensen, Jerry L. Kisabeth, Alan R. Huffman, and John B. Sinton, and David W. Bell, United States Patent 6,424,918, A method for Integrating Gravity and Magnetic Inversion Data With Model Based Seismic Data for Oil, Gas and Mineral Exploration and Production, issued July 23, 2002.
- **2002;** Gregory J. Jorgensen, Jerry L. Kisabeth, Alan R. Huffman, and John B. Sinton and David W. Bell, United States Patent 6,502,037, A method for Gravity and Magnetic Data Inversion using Vector and Tensor Data with Seismic Imaging and Geopressure Prediction for Oil, Gas and Mineral Exploration and Production
- **2002;** Alan R. Huffman, David Bell, Ernest Onyia, and Rick Lahann, United States Patent 6,473,696, Method and Process For The Prediction of Subsurface Fluid and Rock Pressures in the Earth, issued October 29, 2002
- **2001;** Alan R. Huffman and Richard H. Wesley, United States Patent 6,227,293; Process and Apparatus for Coupled Electromagnetic and Acoustic Stimulation of Crude Oil Reservoirs Using Pulsed Power Electro-Hydraulic and Electromagnetic Discharge, issued February 9, 2001


**ACADEMIC AND PROFESSIONAL HONORS**

- **2004;** American Association of Petroleum Geologists, Robert H. Dott Sr. Memorial Award, recognizing the contribution of AAPG Memoir 76, Pressure Regimes in Sedimentary Basin and Their Prediction, co-edited by Dr. Alan R. Huffman and Dr. Glenn Bowers.
- **2002;** Society of Exploration Geophysicists, Best Paper Award, The Leading Edge Magazine for "The Petrophysical Basis for Shallow-Water Flow Prediction Using Multicomponent Seismic Data, co-authored with J. P. Castagna of The University of Oklahoma

                                      Highly Confidential Per BP

- **1989;** Association of Former Students Award for Excellence in Doctoral Research, Texas A&M University
- **1989;** Williford Dean's Scholarship, TAMU
- **1989;** John and Francis Handin Fellowship, TAMU
- **1988-89;** AMOCO Doctoral Fellowship, TAMU
- **1988;** ARCO Doctoral Fellowship, TAMU
- **1987-88;** CONOCO Geophysics Fellowship, TAMU
- **1987-88;** Williford Dean's Scholarship, TAMU
- **1986-87;** Geophysics Dept. Fellowship, TAMU
- **1986-87;** Teaching Assistant, Department of Geophysics, TAMU.
- **1985-86;** Faculty Doctoral Fellowship, TAMU
- **1984-85;** ARCO Doctoral Fellowship, TAMU
- **1983-84;**    University Fellowship, TAMU
- **1982-83;** Moss Scholarship, F & M College

## PROFESSIONAL EXPERIENCE

- General Management with P&L Responsibility
- Merger Integration Planning and Design
- Business Development and Planning
- Technology Management, Strategy, Development and Planning
- Intellectual Property Management (Patents and Trademarks)
- Marketing and Commercialization of Technology
- Contract Management and Negotiation
- Petroleum Exploration & Production Geophysics
- Detection of abnormal pressure using geophysical methods
- Direct detection of hydrocarbons using DHI, AVO and attribute technologies
- Seismic and geophysical data processing
- Geophysical database management
- Geophysical software design and implementation
- 2D and 3D seismic interpretation
- Geophysical modeling and inversion
- Velocity analysis and time-depth conversion
- Geophysical log and VSP planning and log analysis
- Rock Physics, Mechanics, and Deformation
- Earthquake Seismology and Hazard Reduction
- Engineering & Environmental Geophysics
- Design, placement and operations of micro-seismic arrays, land refraction surveys, marine and land reflection seismic surveys, and gravity surveys
- Design and operation of high-pressure and high-temperature experimental apparatus
- Geochemical analysis, including XRD, XRF, EDS, WDS, and INAA
- Scanning and transmission electron microscopy
- Design and implementation of shock recovery experiments
- Development of pulsed power applications in geophysics, mining, and petroleum

## RESEARCH EXPERIENCE

- High-pressure/temperature rheology of mafic and ultramafic rocks, including the effects of fluid phases.
- Mathematical and numerical modeling of geophysical phenomena of the lower crust and upper mantle.
- Microseismic and pattern recognition studies for earthquake hazard reduction along the Meers Fault, S.W. Oklahoma.
- Causes and effects of shock-wave propagation from natural phenomena including meteor impacts and volcanism.
- Development of shock-induced microstructures in silicate minerals as a function of variables other than peak

                                        Highly Confidential Per BP

shock stress.
- Pressure-solution effects as a function of fluid chemistry and its relation to oil-field consolidation problems and EOR.
- Gravity effects of large mantle plumes and their relationship to other geophysical phenomena.
- Physical properties of sediments and their relationship to seismic stratigraphy and seismic attributes.
- Development and implementation of DHI and AVO technology using controlled amplitude 3D seismic processing,
- Development and implementation of geophysical methods for the detection of abnormal fluid pressures
- Application of pulsed power to engineering, environmental, and oil production problems.


## <u>THESIS WORKS</u>

Huffman, A.R., (1981), The Geology, Petrology, and Geochemistry of the N.W. Hambone and S.W. Medicine Lake Quadrangles, N. California, Bachelor's Thesis, Franklin and Marshall College, 72 pages

Huffman, A.R., (1983), The Petrology of the Late Stage Lavas of The Medicine Lake Highlands, Bachelor's Thesis, Franklin and Marshall College, 156 pages.

Huffman, A.R., (1990), Shock Deformation and Volcanism Across The Cretaceous/Tertiary Transition, Ph.D. Dissertation, Texas A&M University, 347 pages.


## <u>ABSTRACTS</u>

Doukhan, J.C., Goltrant, O., Cordier, P., <u>Huffman, A.R.</u>, Carter, N.L., and Officer, C.B., (1990), Planar Features in Shocked Quartz: A Transmission Electron Microscope Investigation, EOS Trans, v. 71, no. 43: 1655.

Buitrago, J., Dessay, J., Diaz, C., Gruenwald, R., <u>Huffman, A.R.</u> Moreno, C., Gonzalez Muñoz, J.M., (2010), Pore Pressure Prediction Based on High Resolution Velocity Inversion in Carbonate Rocks, Offshore Sirte Basin – Libya, AAPG Annual Meeting, New Orleans, LA, April, 2010.

Buitrago, J., Dessay, J., Diaz, C., Gruenwald, R., <u>Huffman, A.R.</u> Moreno, C., Gonzalez Muñoz, J.M., (2010), Pore Pressure Prediction Based on High Resolution Velocity Inversion in Carbonate Rocks, Offshore Sirte Basin – Libya, EAGE Annual Meeting, Barcelona, Spain, June 14-17, 2010.

Gartner, S., <u>Huffman, A.R.</u>, and Crocket, J.H., (1990), The Cretaceous-Tertiary Boundary At Brazos River, East Texas, GSA Abstracts with Programs, in press.

<u>Huffman A.R.</u>, (2013), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments Offshore Libya, Offshore Technology Conference, Houston, Texas, May 2013.

<u>Huffman, A. R.</u>, (2008), Geopressure Prediction For Ultradeep Wells: When the Reservoir Becomes The Enemy: Overpressure 2008 Conference, April 6-9, 2008, Durham University, United Kingdom

<u>Huffman, A. R.</u>, (2008), Geopressure Prediction For Ultradeep Wells: When the Reservoir Becomes The Enemy: Geo2008, March 2-5, 2008, Bahrain

<u>Huffman, A. R.</u>, (2008), Geophysical Pressure Prediction In the Presence of Multiple Pressure Mechanisms With Applications To UltraDeep Wells:  Geo2008, March 2-5, 2008, Bahrain

<u>Huffman, A. R.</u>, (2007), Geopressure Prediction In the Presence of Multiple Pressure Mechanisms With Applications To Deep Wells, in Basin Modeling Perspectives: Innovative Developments and Novel Applications:  Hedburg Conference, May 6-9, 2007, The Hague, Netherlands.

Highly Confidential Per BP

Huffman, A. R., (2006), Recent Developments and Future Challenges In Geopressure Prediction, Special Technology Session Invited Abstract, CSPG/CSEGCWLS Joint National Convention, May 17, 2006

Huffman, A. R., (2006), Digital Technology Challenges And Issues In The Global E&P Business, SPE Digital Energy Conference, Houston, Texas, February 22, 2006

Huffman, A. R., (2003), Integration of Real-Time Geophysical Data For Geopressure Prediction During Drilling, SEG Workshop on Real-Time Drilling Decisions, SEG Annual Meeting, Dallas, Texas.

Huffman, A.R., (2002), Recent Advances and Future Challenges in Geopressure Prediction, SEG Annual Meeting, Abstracts with Programs, Salt Lake City, Utah.

Huffman, A. R., (1998), The Future of Pressure Prediction Using Geophysical Methods, AADE Industry Forum on Pressure Regimes in Sedimentary Basins and Their Prediction, September 2-4, 1998.

Huffman, A. R., (1995), Experimental Constraints on Shock-Induced Microstructures in the Impact Deposits of the Ames Crater, Industry Workshop on the Ames Impact Crater, Oklahoma, Mar 28-29, 1995, in press.

Huffman, A.R., (1990), Grain-Boundary Dynamics During Annealing of Dunite, Texas Society for Electron Microscopy Annual Meeting, April 5-7, 1990.

Huffman, A.R., (1988), Seismicity and Faulting Studies for Siting the Superconducting Supercollider in Texas, invited paper abstract, Association of Engineering Geologists, Texas Section Meeting, April 16, 1988.

Huffman, A.R., (1987), Grain-Boundary Dynamics During Annealing of Dunite, EOS, Trans. American Geophysical Union, vol. 68, no. 16: 404.

Huffman, A.R., (1984), Response of the Uppermost Mantle to Indo-Eurasian Collisional Tectonics, Texas A&M 6th Geodynamics Symposium, Abstracts, April, 1984.

Huffman, A.R., Carter, N.L., Brown, J.M., and Shaner, J., (1989), Temperature-dependence of Shock-induced Microstructures in Tectosilicates, Abstract, EOS Transactions, AGU, in press.

Huffman, A.R., Carter, N.L., and Brown, J.M., (1989), Temperature-dependence of Shock-induced Microstructures in Tectosilicates, Abstract, APS Topical Conference on Shock Compression of Condensed Matter, Albuquerque, NM, August 14-17, 1989.

Huffman, A.R., Carter, N.L., and Kronenberg, A.K., (1989), Can terrestrial processes produce shock microstructures, Abstract, GSA Abstracts with Programs, v. 21, no. 6.

Huffman, A.R., Carter, N.L., and Kronenberg, A.K., (1990), TEM-Scale Shock-Wave Damage in Silicates and The Cretaceous-Tertiary Boundary Event, Texas Society for Electron Microscopy Annual Meeting, April 5-7, 1990.

Huffman, A.R., Carter, N.L., and C.B. Officer, (1989), Are Shocked Minerals Unique to Impact?, Abstract, 20th Lunar and Planetary Science Conference, Houston, TX, March 13-17, 1989, p. 426-427.

Huffman, A.R., and Castagna, J.P., (1999), Rock Physics and Mechanics Considerations for Shallow Water Flow Characterization, Pennwell Shallow Water Flow Forum, October 6-8, 1999.

Huffman, A. R., Castagna, J. P., Mendez, E., Santana, J. A., and J. Mancilla, (2003), Geopressure Prediction Advances In The Veracruz Basin, Mexico, SEG Annual Meeting, Abstracts with Programs, Dallas, Texas, 2003

Huffman, A.R., Castagna, J.P., Sahai, S.K., Cox, V.D., and K. Smith, (2000), Shallow Water Flow Prediction Using Analysis of Multicomponent Seismic Data, SEG Research Workshop, Boise ID, October 61-6, 2000.

                    Highly Confidential Per BP

Huffman, A.R., Crocket, J.H., and N.L. Carter, (1988), Iridium, Shocked Quartz, and Trace Elements Across the Cretaceous/Tertiary Boundary at Maud Rise, Wedell Sea, and Walvis Ridge, South Atlantic, Abstract, Conference on Catastrophes in Earth History, Snowbird, Utah, Oct. 20-23, 1988.

Huffman, A.R., Crocket, J.H., and S. Gartner, (1989),  The Cretaceous/Tertiary Boundary at Brazos River, East Texas, Abstract, 20th Lunar and Planetary Science Conference, Houston, TX, March 13-17, 1989, p. 428-429.

Huffman, A.R., Fahlquist, D.A., and McCartney, K., (1990), Gravity Effects of Large Mantle Plumes and The Correlation Between Hot-Spot Initiation, Mass Extinctions, and Sea-Level Change, GSA Abstracts with Programs, in press.

Huffman, A. R., and Richard W. Lahann (2008), Geopressure Prediction For Ultradeep Wells: When the Reservoir Becomes The Enemy: Overpressure 2008 Conference, Durham, UK, April 6-9, 2008

Huffman, A. R., R. W. Lahann and W. Kessinger (2008), Geophysical Pressure Prediction In the Presence of Multiple Pressure Mechanisms With Applications To UltraDeep Wells:  Overpressure 2008 Conference, Durham, UK, April 6-9, 2008

Huffman, A.R., McCartney, K., and Loper, D.E., (1989), Hot Spot initiation and flood basalts as a cause of catastrophic climatic change and mass extinctions, Abstract, GSA Abstracts with Programs, v. 21, no. 6.

Huffman A.R., Meyer, J., Gruenwald, R., Buitrago, J., Suarez, J., Diaz, C., Munoz, J.M., Dessay, J., (2011), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, Middle East Oil Show (MEOS) Technical Conference, Manama, Bahrain, March, 2011.

Huffman A.R., Meyer, J., Kessinger, W., Obregon, F., (2012), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments Using Seismic Inversion, Geophysical Society of Houston Symposium Honoring Dr. Robert Sherriff, April 12, 2012.

Huffman A.R., Meyer, J., Kessinger, W., Obregon, F., (2012), Pore Pressure Prediction and Real-Time Monitoring in High-Pressure Carbonate Environments Using Seismic Inversion Methods, Gulf Publishing World Oil HP/HT Drilling and Completions Conference , September 27, 2012.

Huffman A.R., Moreno C., Gruenwald, R., Buitrago, J., Suarez, J., Diaz, C., Munoz, J.M., Dessay, J., (2010), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, Society of Exploration Geophysicists Annual Meeting, Denver, Colorado, November, 2010 Post Convention Workshop on Geohazards.

Huffman, A.R., C. Moreno, R. Gruenwald, J. Buitrago, J. Suarez[2], C. Diaz[2], J.-M. Munoz,  and J. Dessay, (2009) Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, SEGAnnual Meeting, Abstracts With Programs, October 27th, 2009, Houston, Texas.

Moreno, C; Castagna, J; Huffman, A; and A. Bertagne, 2003, The Vp/Vs inversion procedure: A methodology for Shallow Water Flow (SWF) prediction from seismic analysis of multicomponent data. Offshore Technology Conference Extended Abstracts #15248,11 pages.

Kronenberg, A.K., Rossman, G.R., Yund, R.A., and Huffman, A.R., (1989), Stationary and mobile hydrogen defects in potassium feldspar, Abstract, EOS Trans, v. 70, in press.

Sharpton, V.L., Huffman, A.R., Murali, A.V., and Kronenberg, A.K., (1989), Shocked quartz at the base of the Deccan Traps: Fact or Fiction?, Abstract, GSA Abstracts with Programs, v. 21, no. 6.

Tilford, N.R., and Huffman, A.R., (1985), Pattern Recognition to Locate Renewed Movement on Basin-Bordering Faults, paper presented at the 80th Meeting, Seismological Society of America, Austin, Texas, April 15,

Highly Confidential Per BP

1985.

Zhu, X., Huffman, A. R., and Castagna, J. P., (2003) Tomography for enhanced geopressure prediction and depth imaging, SEG Beijing, July 2003, in press.


## PUBLICATIONS

Chopra, S., and Huffman, A.R., (2006), Velocity determination for pore pressure prediction, CSEG Recorder, v. 31, no. 4: 28-46.

Etemadi, M., Benkovics, L.,  Moreno, C., Perez, M., Meyer J., and Huffman, A. R., (2009), Hydrocarbon prospecting in deepwater Trinidad using AVO and spectral decomposition, World Oil, September 2009, pp. 37-40.

Flemings, P. B., and Huffman, A.R., (2000), GeoFluids of Passive Margins: At The Interface of The Practical and The Fundamental, Workshop Report for the Ocean Drilling Program, JOI/USSAC Newsletter, v. 13, no. 2:10-11.

Huffman, A. R., Bruce, R. J., and Castagna, J. P., (2003), Shallow-Water Trouble In Deep Water, Hart's Deepwater Technology Supplement to Hart's E&P: 15-18

Huffman, A. R., (2002), The Future of Pressure Prediction Using Geophysical Methods, in Huffman A.R. and Bowers, G. L. editors, *Pressure Regimes in Sedimentary Basins and Their Prediction*, AAPG Memoir 76: 217-233.

Huffman, A. R., (2002), The Future of Pressure Prediction Using Geophysical Methods, SEG The Leading Edge Magazine, volume 21, no. 2: 199-205.

Huffman, A. R., (2001), Methods Improve Pressure Prediction, American Oil and Gas Reporter, vol. 44, no. 9:105-120.

Huffman, A. R., (2001), The Future of Pressure Prediction Using Geophysical Methods, Proceedings of The Offshore Technology Conference, April 30-May 3, 2001.

Huffman, A. R., (2001), What Technologies Will Impact Deepwater Appraisal and Development Ten Years From Now?, SEG The Leading Edge Magazine, volume 20, no. 4: 372-384.

Huffman, A.R., (1996), Shock-Induced Microstructures and Experimental Constraints on The Formation of The Ames Impact Crater, Oklahoma Geology Notes, in press.

Huffman, A.R., (1994), Impact Versus Terrestrial Processes: Separating Fact From Fiction, The Leading Edge, Society of Exploration Geophysicists, vol. 13, no. 5: 311-313.

Huffman, A.R., (1990), An Endogenous Mechanism for Extinctions, Geotimes, vol. 35, no. 8: 16-17.

Huffman, A.R., (1987), Editor, Geological Studies for Nuclear Waste Repositories in The Texas Panhandle: A Symposium Volume, AEG Bulletin, vol. 24, no. 2: 205-246.

Huffman, A.R., (1985), Response of the Uppermost Mantle to Indo-Eurasian Collisional Tectonics, Tectonophysics, vol. 119:119-136.

Huffman, A.R., and Castagna, J.P., (2001), The Petrophysical Basis for Shallow-Water Flow Prediction Using Multicomponent Seismic Data, The Leading Edge, vol. 20, no. 9:1030-1035.

Highly Confidential Per BP

Huffman, A.R., and Castagna, J.P., (2000), Shallow Water Flow Prediction From Seismic Analysis Of
Multicomponent Seismic Data, Proceedings of The Offshore Technology Conference, May, 2000.

Huffman, A.R., Brown, J.M., and Carter, N.L., (1990), Temperature-Dependence of
Shock-induced Microstructures in Tectosilicates, in: S. C. Schmidt et al (editors), Shock Compression of
Condensed Matter 1989, Elsevier: 649-652.

Huffman A.R., Brown, J.M., Carter, N.L. and W. U. Reimold, (1993), The Microstructural Response of Quartz and
Feldspar to Shock Loading at Variable Temperature, Journal of Geop. Res., vol. B98. no. 12: 22171-22197.

Huffman, A.R., Crocket, J.H., Carter, N.L., Borella, P.E., and Officer, C.B., (1991), Chemistry and Mineralogy
Across the Cretaceous/ Tertiary Boundary at DSDP Site 527, Walvis Ridge, South Atlantic Ocean, in, V.L.
Sharpton and P. Ward, editors, Global Catastrophes in Earth History, GSA Special Paper 247: 319-334.

Huffman A.R., Meyer, J., Gruenwald, R., Buitrago, J., Suarez, J., Diaz, C., Munoz, J.M., Dessay, J., (2013), Recent
Advances in Pore Pressure Prediction in Complex Geologic Environments, Offshore Technology
Conference, Houston, Texas, May, 2013.

Huffman, A.R., and Reimold, W.U. (1996), Experimental Constraints on Shock-Induced Microstructures In
Naturally Deformed Silicates, Tectonophysics,  vol.256: 165-217.

McCartney, K., Huffman, A.R., and M. Tredoux, (1991), A Paradigm for Endogenous Causation of Mass
Extinctions, in V.L. Sharpton and P. Ward, editors, Global Catastrophes in Earth History, GSA Special
Paper 247: 125-138.

Moreno, C., Perez, M. A., Meyer, J., Huffman, A. R., Etemadi, M. and Benkovics, L., (2009), Exploration Prospect
Interpretation and Risking Using Modern Geophysical Technology – Hydrocarbon Prospecting in
Deepwater Trinidad Using AVO and Spectral Decomposition, Proceedings of The Offshore Technology
Conference, May 2009.

Moreno, C., Castagna, J. P., Huffman, A. R., and Bertagne, A., (2003), The Vp/Vs inversion procedure: A
methodology for shallow water flow (SWF) prediction from seismic analysis of multicomponent data,
Proceedings of The Offshore Technology Conference, May 2003.

Swarbick, R.E., Huffman, A.R., and G.L. Bowers, (1999), Summary of The AADE Forum: Pressure Regimes In
Sedimentary Basins and Their Prediction, The Leading Edge, SEG, vol. 18, no. 4: 511-513.

**PERSONAL HISTORY**

| | |
|---|---|
| **Born:** | March 7, 1960, Philadelphia, PA |
| **Married:** | August 13, 1983, to Maria Beverly Nellett |
| **Wife's Profession:** | Registered Nurse (BSN, RN, CCRN) |
| **Children:** | One daughter, Andrea Lynn, age 25 years |
| **Health:** | Excellent |
| **Citizenship:** | U.S. |

**REFERENCES:** available upon request