# Exhibit 8
## to

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE JUDGE SHUSHAN'S ORDER REGARDING <u>MOTION TO STRIKE REBUTTAL EXPERTS FOR THE U.S.</u>**

# [PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to attach Exhibit 8 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.