# Exhibit 16

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER: MAGISTRATE JUDGE SHUSHAN

**Well-Test Analysis**

Expert Report of Alain Gringarten

May 1, 2013

**CONFIDENTIAL**

Table of Contents

Scope of Work ................................................................................................................. 4

1.  Preamble and professional background ................................................................. 4

2.  Summary ................................................................................................................ 6

3.  The well-test analysis approach used in this study ............................................... 7

    3.1  Well-test fundamentals ................................................................................... 7

    3.2  Well-test data acquisition ............................................................................... 9

        3.2.1  Wireline formation test ........................................................................... 9

        3.2.2  Production test ...................................................................................... 12

    3.3  Well-test analysis .......................................................................................... 13

        3.3.1  Well-test basics ..................................................................................... 13

        3.3.2  Deconvolution ....................................................................................... 19

        3.3.3  Constructing the interpretation model ................................................. 24

4.  Determination of permeability from well-test analysis on the MDT data ................... 25

    4.1  Introduction: The Macondo reservoir's permeability is 238 mD ........................... 25

    4.2  Radial flow equation and the basic plan .............................................................. 26

    4.3  Analysis of MDT sampling tests ........................................................................... 26

        4.3.1  Data used to calculate permeability ...................................................... 27

            4.3.1.1  Pressure data from the MDT tests .............................................. 27

            4.3.1.2  Summary of data used in calculating permeability from the MDT tests .. 29

        4.3.2  Permeability of the M56F interval based on cores .................................. 32

        4.3.3  Effective permeability of the Macondo Reservoir is 238 mD ................... 32

5.  Volume of oil released from the Macondo well ........................................................... 34

5.1     Estimate Flow-Rate Trend Based on Wellhead Pressure ...................................... 36

5.2     Obtain Bottomhole Pressure ............................................................................. 37

5.3     Estimate Flow-Rate Trend Based on Bottomhole Pressure ................................. 38

5.4     Identify Interpretation Model ........................................................................... 43

5.5     Verify Interpretation Model .............................................................................. 44

5.6     Scale Rate History to Permeability .................................................................... 45

        5.6.1   The model is expressed in dimensionless variables................................. 46

        5.6.2   There is a direct relationship between permeability and final flow rate................ 47

        5.6.3   Dr. Pooladi-Darvish's analysis is flawed. ............................................. 48

        5.6.4   The flow rate history is scaled for P10 and P90 permeabilities. ............................ 48

        5.6.5   Cumulative flow can be determined from the scaled flow rate histories. ............. 49

        5.6.6   Effect of fluid properties ...................................................................... 57

6.   Critique of Government Expert Reports.......................................................................... 61

     6.1     The Pooladi-Darvish report ............................................................................. 61

     6.2     The Kelkar-Raghavan Report ........................................................................... 61

Conclusion.......................................................................................................................... 62

## Scope of Work

I have been retained on behalf of BP Exploration & Production to use methodologies from a field of petroleum engineering known as well-test analysis to provide input into the calculations of my colleague Professor Martin Blunt, who is submitting a separate expert report on the amount of cumulative oil flow, as well as to provide my own assessment of that amount.  My analysis yields opinions about parameters that determine the amount of oil flow, such as permeability, flow rate, original oil in place, and pressure depletion of the Macondo reservoir. Government expert witnesses have in several cases used values for these attributes that are far different from those indicated by the pressure behaviour of the Macondo reservoir, which is often the most reliable method to ascertain these values.  The government expert reports do not include a rigorous well-test analysis of the Macondo pressure and flow-rate data.  In this report I analyse pressure and flow-rate data collected by a tool at the bottom of the well prior to the incident to determine the permeability of the reservoir.  I then use this permeability to analyse the pressure data collected after the incident and determine the cumulative volume of oil that flowed from the reservoir, the original oil in place, and the amount of pressure depletion of the Macondo reservoir.


## 1.   Preamble and professional background

I am a petroleum engineer and professor of petroleum engineering and Director of the Centre for Petroleum studies at Imperial College London.  I have an MSc (1969) and a PhD (1971) in Petroleum Engineering from Stanford University.  I was a Research Fellow at the Miller Research Institute for Basic Research in Science at the University of California at Berkeley from 1970 to 1972.  After Berkeley, I spent five years with the French Geological Survey in Orleans, France.  I then worked for five years for Schlumberger, a service company for the oil and gas industry, first in Melun, France, then in Houston, Texas.  I spent fourteen years with Scientific Software – Intercomp, a consulting and software company, in London, UK and in Denver, Colorado.  I became a professor at Imperial College in 1997.

I am an expert in well-test analysis for oil fields, through which I derive reservoir properties from available pressure and flow-rate data.  I have pioneered many of the techniques used in modern well-test analysis and authored numerous papers and taught courses on the subject to practitioners and to students of all levels.

I have taught the basic principles presented in this report, namely fluid flow in porous media and well-test analysis, for over 30 years.  My research combines experiment, theory and numerical modelling to study the movement of fluid flow underground with application to well-test analysis of complex fluids, wells and reservoirs.  I have published over 90 papers.

4

I am an Honorary member of the Society of Petroleum Engineers (SPE)[1]. I was elected a Distinguished Member in 2002 and served as an SPE Distinguished Lecturer in 2003. I received the SPE Formation Evaluation Award[2] in 2001, the John Franklin Carll Distinguished Professional Award[3] in 2003, and the Cedric K. Ferguson certificate in 2005 for the best paper published in 2004. I am an independent director of two companies providing services to the oil industry.

My curriculum vitae and a full publications list are provided in Appendix G of this report.

This report describes the analysis I have performed, from September 2011 to April 2013, on the Macondo reservoir to calculate the volume of oil released during the *Deepwater Horizon* incident and on related issues. One of my former PhD students at Imperial College, Dr. Olalekan Aluko, has performed additional well-test analysis work in support of the analysis under my supervision, and his contribution is mentioned explicitly in the report.

The data I have used include pressure readings in the capping stack, laboratory-measured fluid and rock properties, and information from BP reports. I have also consulted relevant scientific papers in the public domain. I interpreted pressure measurements from the Macondo reservoir, both before and during the spill, to calculate the volume of oil released.

My calculations are based on well-known reservoir engineering principles and follow standard, verified approaches employed in the oil industry. This work and my conclusions would be understood by petroleum engineers with knowledge of fluid flow in porous media and well test analysis methods.

---

[1] Honorary Membership is conferred on individuals for outstanding service to SPE and/or in recognition of distinguished scientific or engineering achievement in fields encompassed in the Society's technical scope. Honorary Membership is the highest honor the Society bestows on an individual, and it is limited to 0.1% of the Society's membership.

[2] The SPE Formation Evaluation Award recognizes outstanding achievements in or contributions to the advancement of petroleum engineering in the area of formation evaluation, encompassing core analysis, well logging, and petrophysics.

[3] The John Franklin Carll Award recognizes distinguished contribution in the application of engineering principles to petroleum development and recovery.

## 2.  Summary

I estimate that the Macondo reservoir released approximately 2.4-3 million stock tank barrels (MMstb).

In addition, I also separately determine another critical property of the Macondo reservoir, its permeability.  Permeability refers to the ease with which the reservoir pore space allows fluid to flow.  The higher the permeability of a reservoir, the more readily the oil flows through it.  For this reason, permeability is strongly and directly correlated with the total flow volume.

The government experts use a variety of permeabilities ranging from 300 to more than 800 milliDarcies (mD), and virtually all who address it insist that the number is at least 500 mD.  But they do so with little (if any) analysis of this decisive question.  As I will explain below, on the few occasions these experts do apply industry-accepted methods to determine permeability, they do so in a circular way—by using their assumed flow rates.  Because the government experts assume high flow rates, these efforts are preordained to result in high permeabilities.  The government experts regard this approach as confirmation.  I will demonstrate that it was foreordained from their (incorrect) premise.

In this report I will show that the best estimate for permeability is 238 mD, less than one half to one third of what most government experts contend.  For this, I use the most modern and reliable well-test analysis methods, where reservoir parameters are derived from pressure and flow-rate data.  This is the standard industry approach to assessing permeability, and it is more reliable than other methods because it is based on the actual flow of the formation fluid in the reservoir.

Specifically, I use data obtained from a tool placed at the bottom of the well before the incident to collect reservoir fluid samples.  As explained below in Section 3.2.1, the device precisely measured pressure and flow rate as the fluid was drawn into a container and as the pressure built back up after the container was full.  This is exactly the information needed to determine key reservoir parameters, like permeability.  It is axiomatic in the field of well-test analysis, which is used (at least implicitly) by all the government experts to derive permeability, that permeability cannot be determined unless the underlying data includes both pressure and flow-rate measurements.  For the Macondo incident, of course, flow rates are precisely what is unknown and being sought by all these experts.  But the government experts ignore the rate-dependence of their permeability estimates—which is the driver and determinant of their flow calculations.  None uses the method described here.  Because the fluid-sampling tool was employed prior to the incident, and collected fluid at known flow rates, I am able to deduce permeability with high reliability.

I then use the permeability derived from this work as an input into my well-test analysis of the data from during the incident and after the well was shut in.  In this analysis, I again employ the most up-to-date methodologies of well-test analysis, which are described in Section 3 and utilized in Sections 4 and 5.  This sets my work apart from the government experts, who use out-of-date or incorrect methods.  I find that approximately 2.4-3 million barrels of oil left the reservoir during the spill.  Government experts

reach higher numbers in part because of their methodologies, which I will critique in Sections 3.3.1, 3.3.3, 5.6.3, and in Section 6.

### 3.   The well-test analysis approach used in this study

My analysis, like that of several of the government experts, uses available pressure and flow-rate measurements from Macondo to infer the properties of the Macondo reservoir.  This is known in the industry as well-test analysis.  Unlike these government experts, however, I employ the most up-to-date well-test analysis methods available.  In fact, I invented many of these techniques.  To understand the power of these techniques and why they are much better than what the government experts use, I need to provide some background on well testing.  I then go on to explain the particular methods as applied to Macondo.

#### 3.1   Well-test fundamentals

Well-test analysis uses pressure and flow-rate information to ascertain the general structure of the reservoir and other key reservoir parameters, such as permeability.  Because the rate of fluid flow in the reservoir is governed by well-known equations, we can use sophisticated techniques and computers to understand what combinations of reservoir properties could produce the pressure and/or flow-rate information we have measured.  After a brief discussion of the fundamentals, we will look at some of these techniques as applied to Macondo.

When a fluid is produced into a well from an underground porous rock (here, the Macondo sandstone reservoir), the pressure decreases in the reservoir.  *This is called a drawdown*.  The decrease in pressure increases with the production rate and is higher right at the well than in the reservoir away from the well, as shown schematically in Fig. 3.1.

As can be seen from the chart above, this analysis demonstrates that there is less than a 5% chance that the permeability is 400 mD or higher, yet these are values used by Hsieh and also by Pooladi-Darvish in most of his models.[23]

### 5. Volume of oil released from the Macondo well

Next, I analyse the pressure data from PT-B—the pressure gauge at the base of the BOP—and PT-3K-2—one of the pressure gauges on the capping stack—(Fig. 5.1) using the permeability determined from my MDT analysis as an input. This allows me to estimate the total oil volume to have flowed from the reservoir during the spill at between 2.4 and 3 MMstb. I also find the reservoir size and the average pressure at shut in.



**Figure 5.1: Pressure gauges used in the analysis (green circles).**

My analysis proceeded in the following steps:

First, I took two assumed rate histories (Options 1 and 2) for the incident (the discussion focuses on Option 1, since the procedure is the same for each Option). These do not reflect actual flow rates although they were chosen based roughly on rate values that have been estimated for particular periods during the spill. These rate histories are used as starting points for the analysis, and, in particular, for use of deconvolution, which corrects rates based on pressure readings. I applied deconvolution to each

---

[23] *See* Hsieh, P., Computer simulation of Reservoir Depletion and Oil Flow (IGS642-000215) (2010); Expert report, "Estimate of the cumulative volume of oil released from the MC252 Macondo well," prepared by Mehran Pooladi-Darvish (2013).

Option using PT-B pressure data for times when the well was flowing and PT-3K-2 pressure data after the well was the shut in.  I used these rates to analyse the PT-3K-2 pressure data.

Second, I took the rates obtained above and used those rates to calculate the pressure at the bottom of the well.  The pressure at the bottom of the well will be higher than the pressure at the gauges, which are near the wellhead, because of the weight of the fluid and (when there is flow) the frictional forces.  The pressure-changes—the "transient" —at the bottom of the well better reflect reservoir behaviour.

Third, I returned to the assumed rate history and again applied deconvolution using the new bottomhole pressure information.  This, like the first step, gives me a deconvolved derivative and corrects the rates.  The difference here is that the deconvolved derivative is based on bottomhole pressures instead of wellhead pressures, which should better correspond to pressure in the reservoir.  I then took the corrected rates and repeated the process of applying deconvolution until I obtained a good match between the bottomhole pressures and the pressures that I calculated from the deconvolved derivative.  In this case, after four iterations, the pressures were very close and the rates did not change appreciably, showing I had converged on a solution.

Fourth, I used the corrected rate histories obtained in step three to study the pressure build up that occurred after the well was shut in.  For this analysis, I used post-shut-in pressure data from the PT-3K-2 gauge, which had been translated to bottomhole pressure.  The deconvolved derivative allows me to build an interpretation model, as described in Section 3.

Fifth, I used the radial flow stabilization of the interpretation model to scale the flow rate history to match the permeability obtained in my MDT analysis—the permeability of the reservoir.

Sixth, I confirmed the interpretation model by verifying it can reproduce all the bottomhole pressure data during the spill and after shut in; and be verifying that the model is consistent with other information such as geology and seismic.  This is necessary because often many models will appear to match the available data, and the interpreter must bring all available tools and data to bear on the problem to ensure acceptance of only an appropriate model.

My conclusions are as follows:

- The best estimate of the total volume of oil that left the reservoir during the spill is between 2.4 and 3 MMStb.
- The best estimate of the amount of oil originally in the reservoir that was connected to the wellbore is between 78 and 97 MMStb.
- The final reservoir pressure is between 10,364 and 10,460 psi.
- There is no evidence of aquifer support within the timeframe of the data available.

Dr. Blunt used a different methodology to analyse the Macondo reservoir and the cumulative flow.  I have reviewed his report and I approve of his analysis.

### 5.1   Estimate Flow-Rate Trend Based on Wellhead Pressure

My first step was to estimate the rate history based on the wellhead pressure using deconvolution.  The basic principle is that changes in pressure reflect changes in the flow rate.  Deconvolution can take the pressure data we have and convert it to a flow-rate trend reflecting that pressure data.  To begin this process, I must first assume a flow-rate history as a starting point.  Deconvolution will correct these rates, albeit with some uncertainty.  Since I want to determine the actual flow-rate history, I use two different history assumptions to start the process:

- First, I assume that the well flowed at a constant rate of 45,000 stb/d for the entire incident ("Option 1");
- Second, I also deconvolved using a starting rate assumption of 30,000 stb/d for April 20 to May 31 and 45,000 stb/d for June 1 until shut-in ("Option 2").

Later, I will discuss the differences between the rate histories I obtained.  I selected these two rate histories because there is evidence that the flow rate was between 38,829 stb/d and 48,201 stb/d before shut-in started[24]; and that the rate was between 26,200 and 34,400 stb/d between May 13 and May 23, 2010.[25]

The flow rates that resulted from applying deconvolution to the wellhead pressure data for both cases are depicted in Figure 5.2 below.  As we do not have pressure data prior to May 8, I have assumed that the pressure decreases linearly between the initial pressure and the first pressure measurement on May 8, 2010.  As it turns out, these two initially corrected rate histories are similar, so they will give similar results for the analysis of PT-3K-2 pressures.  They will give different downhole-converted pressures, however.  I therefore analysed both Options.  The discussion, however, focuses primarily on Option 1, since the process is the same for Option 2.  I report the results for both.

---

[24] Expert Report of S. Lo.
[25] Expert Report of M. Zaldivar.



**Figure 5.2: Deconvolved Rates Using PT-B and PT-3K-2 Pressure**

### 5.2    Obtain Bottomhole Pressure

I provided the PT-B data and the flow rates between April 20 and July 15 I had estimated above to Dr. Adrian Johnson.  Dr. Johnson used his model to translate those pressures to a mid-reservoir depth of 18,056 ft. TVDss.[26]  I received data for both a "drill pipe high" and a "drill pipe low" scenario.[27]  The difference between the two scenarios is the position of the drill pipe in the well, which apparently fell at some point.  Since I do not know when, I use the pressure translations resulting from both possible locations of the drill pipe in my analysis.  A schematic representation of the two drill pipe locations is shown in Figure 5.3.

---

[26] *See* Expert Report of A. Johnson; OPTION1 P and Q for Translation (26-04-13) with BHPs.xlsx; OPTION2 P and Q for Translation (26-04-13) with BHPs.xlsx.
[27] See Expert Report of A. Johnson for a description of the drill pipe high and drill pipe low scenarios.



**Figure 5.3: "Drill Pipe High" and "Drill Pipe Low" Scenarios**[28]

I also provided a subset of the post-shut-in PT-3K-2 pressure measurements to Prof. Martin Blunt for translation to bottomhole conditions. I reviewed and agree with his method for obtaining bottomhole pressure, and I used these pressures in my further analysis.[29] Prof. Blunt provided three different equations for translating these pressures to bottomhole, each corresponding to laboratory measurements from a different fluid lab (CoreLab, Schlumberger, and Intertek). I generally use the equation for CoreLab, but I have also investigated the impact of using the equation for Schlumberger.

### 5.3   Estimate Flow-Rate Trend Based on Bottomhole Pressure

I then used the bottomhole pressure data to refine the flow-rate estimates I derived from the wellhead pressure data. I wanted to use bottomhole pressure data in my analysis because wellhead pressure has a tendency to overestimate permeability and skin effects.[30] It does so because of fluid compressibility

---

[28] Expert Report of A. Johnson.

[29] Expert Report of M. Blunt; OPTION1 P and Q for Translation (26-04-13) with BHPs.xlsx; OPTION2 P and Q for Translation (26-04-13) with BHPs.xlsx.

[30] Spyrou, C. E., Nurafza, P. and Gringarten, A. C.: "Well-head Pressure Transient Analysis", paper SPE 164871 to be presented at SPE Europec/EAGE Annual Conference, London, United Kingdom, 10–13 June 2013.

effects in the well and possible restrictions to flow between the pressure gauge and the reservoir.  It is therefore important at least to compare flow-rate estimates based on wellhead conditions to those obtained from bottomhole pressure.

Once I had the bottomhole pressure data, I deconvolved the data the same way I did for the wellhead pressure data in Section 5.1, again starting with the assumed rates from my Options 1 and 2.  I will use the "Option 1 - Drill Pipe High" pressure data for illustration.  First, I began the deconvolution with a constant rate assumption of 45,000 stb/d.  The results of my deconvolution are in Figure 5.4.



**Figure 5.4:  First Iteration of Deconvolved Rates Using Bottomhole Pressure (Option 1 - Drill Pipe High).  Red bars show the initial assumed rates, while blue bars show the deconvolved rates resulting from deconvolution.**

The red lines in Figure 5.4 show the initial assumption of a constant rate of 45,000 stb/d.  The blue line shows the deconvolved rates, and the green line shows the percentage change between the initial assumption (horizontal red line) to the deconvolved rate (blue line).  The vertical red lines mark the durations of the periods of constant rate.

Following standard methods, I continued to run iterations of deconvolution to refine the rates.  For each successive iteration, I used the flow rates from the previous iteration as the initial assumed rates.  I continued to use the same bottomhole pressures for each iteration.  With each subsequent iteration, there is a smaller change from the assumed rates to the deconvolved rates.  Figure 5.5 shows the results of my second iteration.

39



**Figure 5.5:  Second Iteration of Deconvolved Rates Using Bottomhole Pressure (Option 1 - Drill Pipe High)**

After the second iteration, the deconvolved rates (blue lines) change much less from the assumed rates (red lines).  Again, the assumed rates for this second iteration (red lines in Figure 5.5) come from the deconvolved rates for the first iteration (blue lines in Figure 5.4).  By the fourth iteration of deconvolution, there was hardly any change from the initial assumption to the deconvolved rates.



**Figure 5.6:  Third Iteration of Deconvolved Rates Using Bottomhole Pressure (Option 1 - Drill Pipe High)**



**Figure 5.7:  Fourth Iteration of Deconvolved Rates Using Bottomhole Pressure (Option 1 - Drill Pipe High)**

The objective of this iterative process is to obtain a reliable deconvolved derivative—that is, the pressure derivative we obtain from deconvolution of pressure data.  In simple terms, I can verify the reliability of the deconvolved derivative by combining the rates I have generated with the pressure derivative in a process called "convolution," which is the reverse of deconvolution.  If my deconvolved derivative is reliable, I should get back pressures that closely match the bottomhole pressures.  I do this at each iteration.  If the deconvolved derivative is correct, then the pressure profile I generate should match the bottomhole pressures.  This is, in fact, what we see in Figure 5.8 below.



**Figure 5.8: Comparison of Convolved and Measured Pressure (Option 1 - Drill Pipe High). The match between convolved pressures and measured pressures improve with the number of iterations. The measured pressure data in the bottom right graph are increasing by steps due to the low resolution of the PT-3K-2 gauge (5 psi).**

We see at the top of Figure 5.8 that the first iteration, the gray line, matched the bottomhole pressure data only moderately well. But the fourth iteration, the red line, is almost indistinguishable from the bottomhole pressure data. This is even more apparent when we zoom in on the data at the top of Figure 5.8 (shown in the bottom left and bottom right graphs of Figure 5.8). This also indicates I have converged on the correct deconvolved derivative (Figure 5.9) and that I now have the correct flow-rate trend.



**Figure 5.9: Convergence of deconvolved derivatives**

I went through the above process for each of the five scenarios[31]: Option 1 - Drill Pipe High; Option 2 - Drill Pipe High, Option 2 - Drill Pipe Low (all these use the equation for downhole conversion of the shut in pressure using CoreLab fluid properties), BOP (wellhead) pressure, and Option 1 - Drill Pipe High with the downhole conversion equation using Schlumberger fluid properties.  And I was able to get a well-matched pressure history for each of them.[32]  This gives me confidence in the final deconvolved derivatives (which I will use to identify the interpretation model) and in the deconvolved rates (which I will use for my analyses with that interpretation model).

### 5.4    Identify Interpretation Model

Now that I have the flow-rate trend and the deconvolved derivative, I can build an interpretation model of the Macondo reservoir.  This process involves the identification of all the various dominant flow regimes as illustrated in Figure 5.9 above, as explained in Section 3.3.1.  I can see radial flow, channel flow and a closed reservoir.  Hence, I determine that the reservoir has the shape of a rectangle; I can tell from the deconvolved derivative that there is no active aquifer support acting on the reservoir.  The interpretation model identified from the deconvolved derivative and the deconvolved rate history are

---

[31] Option 1 - Drill Pipe Low was excluded because the pressure behaviour was anomalous just prior to shut-in.  Option 1 - Drill Piple Low would have yielded the lowest cumulative flow rate; this can be inferred because Option 1 yielded a lower cumulative flow than Option 2 and Drill Pipe Low yielded a lower cumulative flow than Drill Pipe High.

[32] *See* Appendix F (Macondo Pressure Transient Analysis).

then used to analyse the actual pressure data and calculate the dimensions and other characteristics. Below, I go through some of this in more detail.

### 5.5    Verify Interpretation Model

The complete interpretation process is illustrated in Figure 5.10.  The plot on the top left shows the bottomhole pressure change and pressure derivative.  The red line on the plot is where we see radial flow stabilisation; the slope of the line is zero.  I confirmed that the data where the derivative stabilises are on a straight line on the Horner plot—the red line in the plot on the middle left.  My identification of the radial flow stabilisation is thus confirmed by the Horner plot.  We need both: we could see a stabilisation on the derivative (maybe due to noisy data), but if there is no corresponding straight line on the Horner plot, the stabilisation on the derivative is not due to radial flow.

Further verification is illustrated by the plots on the right hand side.  They show the match between the model (in red) with the data (in blue) and confirm that the model can reproduce the data.  Finally, the plot at the bottom left is the skin effect versus time.  The skin is 15 at the beginning of the incident and corresponds to the likely length of reservoir open to flow being 16.5 ft[33].  The skin decreases with time to a value of 4 during the spill, and zero during the shut in.  The zero shut in skin indicates that the formation is not damaged and confirms the value from MDT analysis.  The skin during the spill corresponds to flowing restrictions in the well.

---

[33] Expert Report of M. Emilsen.

44



**Figure 5.10:  The plots on the left illustrate the computation and diagnosis of the derivative.  All of the plots reflect the pressure data from shut-in until static kill on August 3, 2010; that is what we refer to as Flow Period 107 in our analysis (Option 1 - Drill Pipe High)**

### 5.6   Scale Rate History to Permeability

As stated before, deconvolution only corrects the differences in rate from one period to the next and does not provide absolute values.  Rates have therefore to be scaled.  For instance, with the rate history from Fig. 5.7, the radial flow stabilisation level of the pressure build-up yields a permeability of 272 mD as can be seen in the table on the right side of Figure 5.10, not the actual permeability of Macondo.  The P50 permeability I derived from the MDT analysis in Section 4 is 238 mD.  To determine the rate history for Macondo, I need to scale the rate history obtained to match the 238 mD permeability of Macondo, according to Eq. 4 of Section 3.3.1.  To do this, I simply multiply the rate history by (the Macondo P50 permeability)/(the unscaled permeability), 238 mD/272 mD.  A comparison of the P50 flow rate history and the unscaled rate history is below in Figure 5.11.  In the following subsections, I will explain why and how we use MDT permeability to scale the flow rate history.



**Figure 5.11:  The red line is the unscaled flow-rate history.  The rate history is scaled to match the Macondo P50 permeability, which was independently determined through analysis of the MDT data as discussed in Section 4.**

### 5.6.1   The model is expressed in dimensionless variables

In order to explain how the rate history is scaled to match the MDT permeability, I need to go back to the definition of the interpretation model.  As noted in Section 3.3.3, the mathematical function representing the interpretation model is expressed in terms of dimensionless variables that are functions of the reservoir parameters (for example, permeability, skin effect, distances to boundaries).  These are called dimensionless because all the units cancel, and the variables are just numbers.  They do not have units, like psi or milliDarcies.  They therefore represent any values of reservoir parameters.

The match between model and data returns values for these dimensionless variables, and of two additional parameters, PM, called the pressure match, and TM, called the time match.  These are defined as:

$$PM = \frac{kh}{141.2\, q\, B_o\, \mu} \tag{5}$$

$$TM = 0.000264\, \frac{kh}{\mu}\, \frac{1}{C} \tag{6}$$

(PM and TM are not dimensionless.  Their units are 1/psi and 1/hour, respectively.)  In the case of a well in a rectangular reservoir, the other (dimensionless) parameters are:

$$C_D \, e^{2S} = \frac{0.8936 \, C}{\varphi \, c_t \, h \, r_w^2} e^{2S} \tag{7}$$

$$A_D = \frac{A \, \varphi \, c_t \, h \, r_w^2}{0.8936 \, C} \text{ with } A = \left(d_1 + d_3\right)\left(d_2 + d_4\right) \tag{8}$$

$$\frac{x_e}{y_e} = \frac{d_1 + d_3}{d_2 + d_4}, \; \frac{x_w}{x_e} = \frac{d_1}{d_1 + d_3}, \; \frac{y_w}{y_e} = \frac{d_2}{d_2 + d_4} \tag{9}$$

$C$ is the wellbore storage constant in barrels per psi; $\varphi$, the porosity; $A$, the reservoir area; and $c_t$, the total compressibility. $d_1$, $d_2$, $d_3$, and $d_4$ are the distances to the well to the boundaries. The other parameters have already been defined.

PM, TM and the dimensionless parameters obtained from the match between model and data in turn provide the corresponding reservoir parameters. The pressure match value is obtained from the radial flow stabilisation of the pressure derivative, $\Delta p'_{stabilisation}$ as:

$$PM = \frac{1}{2\Delta p'_{stabilisation}} \tag{10}$$

Substituting Eq. 10 into Eq. 5 yields Eq. 4 from Section 3.3.1:

$$\frac{k \, h}{q \, \mu} = \frac{70.6 \, B_o}{\Delta p'_{stabilisation}} \tag{4}$$

### 5.6.2   There is a direct relationship between permeability and final flow rate.

Once $\Delta p'_{stabilisation}$ is identified, the ratio $k/q$ (the relationship between permeability and final flow rate) is fixed because $h$, $B_o$, and $\mu$ are known and constant. If we change k (permeability), we need to change q (final flow rate) to maintain the fixed $k/q$ ratio. Therefore, to obtain the flow rates for the P50 permeability of 238 mD, I need to reduce the rate that gives me a permeability of 272 mD by the ratio 238/272. Rescaling like this will also decrease the distance to the boundaries and therefore the size of the reservoir, but will not change the dimensionless match parameters as these changes offset each other. It will not change the average reservoir pressure either, because, for a given interpretation model, the reservoir pressure depends on PM and TM[34] only. Similarly, adjusting pore volume

---

[34] The average reservoir pressure is given by $\bar{p} = p_i - \dfrac{1}{PM} \, p_D\left(TM \, t_p\right)$, where $p_D$ is the mathematical function representing the interpretation model and $PM$ and $TM$ are dimensionless model parameters. $t_p$ is the production time. These parameters remain constant when the permeability changes, and therefore the average pressure does not change.

compressibility also will not affect my flow rates because they are dependant on permeability and the pressure data only.

### 5.6.3   Dr. Pooladi-Darvish's analysis is flawed.

As discussed above, the model mathematical expression is written in what are called "dimensionless terms," so it is applicable to various combinations of reservoir parameter values.  One important strength of this approach is that it is easy to see whether two models are in essence the same model as often happens in reservoir analysis when one is not careful.  Indeed, failure to convert to dimensionless terms can lead one to look at the same model over and over thinking it represents different models.

Once we have a match, that match will be maintained for any value of permeability and rate as long as the permeability-to-rate ratio remains constant.  The higher the permeability, the higher the rate, and the larger the reservoir.  But the dimensionless match parameters remain the same.  In other words, all the analyses of Dr. Pooladi-Darvish are really only one in dimensionless terms.  He has in essence run the exact same model over and over; it is not surprising that he gets basically the same results each time.  Nor is it informative.  This is further illustrated in Section 6.

This is why it is mandatory to have an independent evaluation of the reservoir parameters to constrain the results.  Here, we have bounded the value of permeability by interpreting the MDT data.  This allows us to bound the rates and therefore the total amount of oil released during the Macondo spill.

### 5.6.4   The flow rate history is scaled for P10 and P90 permeabilities.

The same process as described above for the P50 permeability is repeated for the P10 and P90 permeabilities.  The rate multiplier for the P10 permeability is 329/272.  That for the P90 permeability is 170/272.  Recall that the P10 value means that there is a 10% chance that the actual value of the variable is at least that high, and the P90 means that there is a 90% chance.

The analysis results for the P10, P50 and P90 permeabilities are given in Figure 5.12.  As discussed above, the permeability and reservoir size decrease from P10 to P90, but the dimensionless match parameters do not change, meaning that there is a single match between the model and the data.

| Parameter | P10 | P50 | P90 | Unit |
|---|---|---|---|---|
| (pav)i | 11856 | 11856 | 11856 | psia |
| (pav)f | 10364 | 10364 | 10364 | psia |
| pwf | 9662.2 | 9662.2 | 9662.2 | psia |
| kh | 30597 | 22131 | 15808 | mD.ft |
| k | 329 | 238 | 170 | mD |
| C | 0.097 | 0.070 | 0.050 | bbl/psi |
| S | 0.0 | 0.2 | 0.3 | |
| d1 | 3517 | 2991 | 2528 | ft |
| d2 | 2409 | 2049 | 1731 | ft |
| d3 | 1270 | 1080 | 913 | ft |
| d4 | 14412 | 12257 | 10359 | ft |
| A | 8.05E+07 | 5.82E+07 | 4.16E+07 | ft2 |
| | | | | |
| PM | 0.6692 | 0.6692 | 0.6692 | 1/psi |
| TM | 440.1 | 440.1 | 440.1 | 1/hr |
| Log CDe2S | 3.25 | 3.25 | 3.25 | |
| (A)D | 3.55E+05 | 3.55E+05 | 3.55E+05 | |
| xe/ye | 0.2846 | 0.2846 | 0.2846 | |
| xw/xe | -0.4695 | -0.4695 | -0.4695 | |
| yw/ye | 0.7136 | 0.7136 | 0.7136 | |

**Figure 5.12:  Reservoir parameters for P10, P50 and P90 permeabilities in the case of Option 1, Drill Pipe High**

### 5.6.5   Cumulative flow can be determined from the scaled flow rate histories.

Having determined the rate multipliers for the P10, P50 and P90 permeabilities, I can then calculate the P10, P50 and P90 cumulative productions.  The P50 is the best estimate of total volume of all the oil that left the reservoir, converted to a volume at surface (stock tank) conditions of $60^{\circ}$F and 1 atmosphere pressure.  It includes any oil burnt or collected, for example. Results are shown in Figures 5.13 and 5.14. The results also include rates scaled to the mean permeability and the permeability corresponding to a flow rate just before shut-in of approximately 45,000 stb/d in accordance with Dr. Lo's determination of the likely rate at that time.  The P10 and P90 cases set the upper and lower bounds respectively though.

| Parameters | P 90 | P 50 | P 10 | Mean K | K-281 |
|---|---|---|---|---|---|
| Initial Pressure @ Reservoir Depth (18,056 ft TVDss) psia | 11,856 | 11,856 | 11,856 | 11,856 | 11,856 |
| Final Pressure @ Reservoir Depth (18,056 ft TVDss) psia | 10,364 | 10,364 | 10,364 | 10,364 | 10,364 |
| Depletion (psi) | 1,492.00 | 1,492.00 | 1,492.00 | 1,492.00 | 1,492.00 |
| Reservoir Permeability (mD) | 170 | 238 | 329 | 245 | 281 |
| Skin | 20 → 0 | 20 → 0 | 20 → 0 | 20 → 0 | 20 → 0 |
| Boundary1 (d1) – ft | 2,528 | 2,991 | 3,517 | 3,035 | 3,253 |
| Boundary2 (d2) – ft | 1,731 | 2,049 | 2,409 | 2,079 | 2,228 |
| Boundary3 (d3) – ft | 913 | 1,080 | 1,270 | 1,096 | 1,174 |
| Boundary4 (d4) – ft | 10,359 | 12,257 | 14,412 | 12,438 | 13,328 |
| Reservoir Width - ft | 3,441 | 4,071 | 4,787 | 4,131 | 4,427 |
| Reservoir Length - ft | 12,090 | 14,306 | 16,821 | 14,517 | 15,556 |
| Area (MM ft$^2$) | 41.6 | 58.2 | 80.5 | 60.0 | 68.9 |
| Area (Acres) | 955 | 1,337 | 1,848 | 1,377 | 1,581 |
| STOIIP (MMstb) | 57 | 79 | 110 | 82 | 94 |
| Cumulative Production (MMstb) | 1.78 | 2.49 | 3.45 | 2.57 | 2.95 |

**Figure 5.13:  Analysis results of Option 1 Drill Pipe High**



**Figure 5.14:  Flow rates for Option 1 Drill Pipe High.  The dashed lines represent cumulative flow for their respective permeabilities.**

I also apply the same procedure to the other cases: Option 2 Drill Pipe High, and Options 2 Drill Pipe Low.

| Parameters | P 90 | P 50 | P 10 | Mean K | K-264 |
|---|---|---|---|---|---|
| Initial Pressure @ Reservoir Depth (18,056 ft TVDss) psia | 11,856 | 11,856 | 11,856 | 11,856 | 11,856 |
| Final Pressure @ Reservoir Depth (18,056 ft TVDss) psia | 10,381 | 10,381 | 10,381 | 10,381 | 10,381 |
| Depletion (psi) | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 |
| Reservoir Permeability (mD) | 170 | 238 | 329 | 245 | 264 |
| Skin | 20 → 4 | 20 → 4 | 20 → 4 | 20 → 4 | 20 → 4 |
| Boundary1 (d1) – ft | 2,825 | 3,342 | 3,930 | 3,391 | 3,518 |
| Boundary2 (d2) – ft | 1,730 | 2,047 | 2,407 | 2,077 | 2,155 |
| Boundary3 (d3) – ft | 1,137 | 1,346 | 1,582 | 1,365 | 1,417 |
| Boundary4 (d4) - ft | 11,059 | 13,086 | 15,385 | 13,276 | 13,776 |
| Reservoir Width - ft | 3,962 | 4,688 | 5,512 | 4,756 | 4,935 |
| Reservoir Length - ft | 12,789 | 15,133 | 17,792 | 15,353 | 15,931 |
| Area (MM ft$^2$) | 50.7 | 70.9 | 98.1 | 73.0 | 78.6 |
| Area (Acres) | 1,163 | 1,629 | 2,251 | 1,676 | 1,805 |
| STOIIP (MMstb) | 69 | 97 | 133 | 99 | 107 |
| Cumulative Production (MMstb) | 2.15 | 3.00 | 4.15 | 3.09 | 3.33 |

**Figure 5.15:  Analysis results of Option 2 Drill Pipe High**



**Figure 5.16:  Flow rates for Option 2 Drill Pipe High.  The dashed lines represent cumulative flow for their respective permeabilities.**

| Parameters | P 90 | P 50 | P 10 | Mean K | K-321 |
|---|---|---|---|---|---|
| Initial Pressure @ Reservoir Depth (18,056 ft TVDss) psia | 11,856 | 11,856 | 11,856 | 11,856 | 11,856 |
| Final Pressure @ Reservoir Depth (18,056 ft TVDss) psia | 10,374 | 10,374 | 10,374 | 10,374 | 10,374 |
| Depletion (psi) | 1,482.00 | 1,482.00 | 1,482.00 | 1,482.00 | 1,482.00 |
| Reservoir Permeability (mD) | 170 | 238 | 329 | 245 | 321 |
| Skin | 20 → 2 | 20 → 2 | 20 → 2 | 20 → 2 | 20 → 2 |
| Boundary1 (d1) – ft | 2,402 | 2,842 | 3,342 | 2,884 | 3,299 |
| Boundary2 (d2) – ft | 1,574 | 1,863 | 2,190 | 1,890 | 2,162 |
| Boundary3 (d3) – ft | 869 | 1,028 | 1,208 | 1,043 | 1,193 |
| Boundary4 (d4) - ft | 10,902 | 12,899 | 15,166 | 13,088 | 14,973 |
| Reservoir Width - ft | 3,271 | 3,870 | 4,550 | 3,927 | 4,492 |
| Reservoir Length - ft | 12,476 | 14,762 | 17,356 | 14,978 | 17,135 |
| Area (MM ft$^2$) | 40.8 | 57.1 | 79.0 | 58.8 | 77.0 |
| Area (Acres) | 937 | 1,312 | 1,813 | 1,350 | 1,767 |
| STOIIP (MMstb) | 56 | 78 | 107 | 80 | 105 |
| Cumulative Production (MMstb) | 1.74 | 2.43 | 3.36 | 2.50 | 3.27 |

**Figure 5.17:  Analysis results of Option 2 Drill Pipe Low**



**Figure 5.18:  Flow rates for Option 2 Drill Pipe Low.  The dashed lines represent cumulative flow for their respective permeabilities.**

For comparison, I ran the same analysis described above in Sections 5.3-5.6, but I used wellhead pressure instead of bottomhole pressure.  I used PT-B pressure data for the pre-shut-in period and PT-3K-2 pressure data for the post-shut-in period.  The PT-3K-2 data was adjusted to the depth of the PT-B gauge (4,972 ft. TVDss) as described in Appendix F.

| Parameters | P 90 | P 50 | P 10 | Mean K | K-333 |
|---|---|---|---|---|---|
| Initial Pressure @ BOP Depth (4,972 ft TVDss) psia | 8,570 | 8,570 | 8,570 | 8,570 | 8,570 |
| Final Pressure @ BOP Depth (4,972 ft TVDss) psia | 7,046 | 7,046 | 7,046 | 7,046 | 7,046 |
| Depletion (psi) | 1,524.00 | 1,524.00 | 1,524.00 | 1,524.00 | 1,524.00 |
| Reservoir Permeability (mD) | 170 | 238 | 329 | 245 | 333 |
| Skin | 21 | 21 | 21 | 21 | 21 |
| Boundary1 (d1) – ft | 1,608 | 1,902 | 2,236 | 1,930 | 2,250 |
| Boundary2 (d2) – ft | 2,133 | 2,524 | 2,967 | 2,560 | 2,985 |
| Boundary3 (d3) – ft | 1,901 | 2,249 | 2,644 | 2,282 | 2,660 |
| Boundary4 (d4) - ft | 10,496 | 12,419 | 14,601 | 12,600 | 14,690 |
| Reservoir Width - ft | 3,509 | 4,151 | 4,880 | 4,212 | 4,910 |
| Reservoir Length - ft | 12,629 | 14,943 | 17,568 | 15,160 | 17,675 |
| Area (MM ft$^2$) | 44.3 | 62.0 | 85.7 | 63.9 | 86.8 |
| Area (Acres) | 1,017 | 1,424 | 1,968 | 1,466 | 1,992 |
| STOIIP (MMstb) | 60 | 84 | 117 | 87 | 118 |
| Cumulative Production (MMstb) | 1.94 | 2.71 | 3.75 | 2.79 | 3.80 |

**Figure 5.19:  Analysis results of Wellhead Pressure**



**Figure 5.20:  Flow rates for Wellhead Pressure.  The dashed lines represent cumulative flow for their respective permeabilities.**

### 5.6.6   Effect of fluid properties

As stated in Section 5.2, the conversion of PT-3K-2 build-up data to downhole depends on the values of the fluid properties.  This is clear in Fig. 5.15, which shows the downhole-converted shut-in pressures calculated with fluid properties from CoreLab, Schlumberger, and Intertek.



**Figure 5.21:  Effect of fluid properties on downhole conversion of PT-3K-2 pressure data**

The analysis presented so far has been performed with PT-3K-2 data converted using CoreLab fluid properties.  Using Schlumberger fluid properties yields slightly different results for the Option 1 Drill Pipe High (Fig. 5.13).  Specifically, the reservoir is slightly bigger, but the cumulative production is unchanged at 2.49 MM.  The average reservoir pressure is 10,460 psia under this scenario, instead of 10,364 psia (from using CoreLab data), which gives a measure of the uncertainty in the average pressure.  As can be seen from Figure 5.21, the CoreLab data correspond to the lowest shut-in pressure, and the Schlumberger data correspond to the highest.  Thus, the CoreLab and Schlumberger analysis puts bounds on the final pressure.



**Figure 5.22: Well test analysis results for Option 1, Drill Pipe High with PT-3K-2 downhole-converted shut-in pressures using Schlumberger fluid properties.**

I note that I do not see any evidence of aquifer support within the timeframe of the data available. Aquifer support refers to situations in which bodies of pressurized water next to the reservoir are able to maintain the pressure of the reservoir.  I reach this conclusion because deconvolution allows me to see that the reservoir is surrounded by impermeable boundaries.  If there were aquifer support, I would expect to see either what is called a constant-pressure boundary (which is easy to see when plotting the pressure derivative) or a change in mobility (which is also easy to see with the pressure derivative). Here we see neither.



**Figure 5.23:** The plot on the left depicts derivatives of a reservoir with aquifer support. The red line and boxes on the plot on the right depicts the derivative for Macondo. We can see that the derivative for a reservoir with aquifer support (the blue and red lines on the plot) on the left trend sharply downward. The deconvolved derivative for Macondo, on the other hand, continues on an upwards trend from an elapsed time of 0.1 days on, which indicates a closed reservoir as depicted by the red line on the plot on the left.