| Claimant | File Date | File Number |
|---|---|---|
| Alonzo, Albert | 6/26/2013 | 135244 |
| Brooke, Andry | 6/26/2013 | 135245 |
| Anthony Giglio dba Giglio Trucking | 6/26/2013 | 135246 |
| Autin, Joseph | 6/26/2013 | 135247 |
| Boyd, Shirley | 6/26/2013 | 135248 |
| Italian Specialties, Inc. | 6/26/2013 | 135249 |
| McMurray Corporation | 6/26/2013 | 135250 |
| McMurray Properties, LLC | 6/26/2013 | 135251 |
| McMurray, Keith | 6/26/2013 | 135252 |
| Patterson Automotive Body Shop, Inc. | 6/26/2013 | 135253 |
| People United Community Assistance Program | 6/26/2013 | 135254 |
| Mitchell, Alfred | 6/26/2013 | 135255 |
| Recile, Arielle | 6/26/2013 | 135256 |
| Reyes, Luis | 6/26/2013 | 135257 |
| S & G Properties, LLC | 6/26/2013 | 135258 |
| Schmidt, Stacy | 6/26/2013 | 135259 |
| Spi Mar Professional Cleaning, LLC | 6/26/2013 | 135260 |
| Triple N Automotive, L.L.C. | 6/26/2013 | 135261 |
| Wright, Lance | 6/26/2013 | 135262 |
| AVA Talent, L.L.C. | 6/27/2013 | 135263 |
| Dupont Sand, LLC | 6/27/2013 | 135264 |
| Interior Plant Design & Maitenance | 6/27/2013 | 135265 |
| Naquin's Plumbing, Inc. | 6/27/2013 | 135268 |
| Paponnee, LLC | 6/27/2013 | 135269 |
| Peter DiMartino dba DiMartinos Franchise Systems, Inc. | 6/27/2013 | 135270 |
| Physical Therapy Clinic of Franklin, L.L.C. | 6/27/2013 | 135266 |
| Quincy Parker dba QP Quality Cuts & Salon | 6/27/2013 | 135267 |
| Schulte, Jamie | 6/27/2013 | 135271 |
| Security First Aid And Safety, Inc. | 6/27/2013 | 135272 |
| Strops Marketing, Inc. | 6/27/2013 | 135273 |
| Woodrick, Ceresia A. | 6/27/2013 | 135274 |

