UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States leave to file under seal certain exhibits to the United States' Objections to and Motion to Review "Order Regarding Motion to Strike Rebuttal Experts for the U.S." [Rec. Doc. 10533].

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the memorandum and Exhibits 5, 6, 7, 8, 9, 10, 12, and 14 shall be filed under seal.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE