| Claimant | Document Number | Date Filed |
|---|---|---|
| Bayou Cane Fire Protection District | 278 | 4/17/2013 |
| Coteau Fire District | 279 | 4/17/2013 |
| Houma Area Covention & Visitors Bureau | 280 | 4/17/2013 |
| Terrebonne Parish Fire District No. 7 | 281 | 4/17/2013 |
| Terrebonne Parish Fire Protection No. 9 | 282 | 4/17/2013 |
| Terrebonne Parish Recreation District No. 1 | 283 | 4/17/2013 |
| Terrebonne Parish Recreation District No. 2, 3 | 284 | 4/17/2013 |
| Terrebonne Parish Recreation District No. 5 | 285 | 4/17/2013 |
| Terrebonne Parish Recreation District No. 6 | 287 | 4/17/2013 |
| Terrebonne Parish Recreation District No. 9 | 288 | 4/17/2013 |
| Terrebonne Parish Tax Assessor's Office | 289 | 4/17/2013 |
| Veteran's Memorial District | 290 | 4/17/2013 |
| State of La., Ex Rel - TPSB | 198 & 276 | 11/20/2012 & 4/16/2013 |



EXHIBIT
A

Blumberg No. 5119