UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: *All Cases* | | * * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| (Including No. 2:10-cv-08888-CJB-SS) | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed beyond the September 16, 2011 Deadline and Supporting Memorandum,

IT IS ORDERED that the late-filed Short Form Joinders filed by Movants, identified as various claimants in "Exhibit A," in the action 2:10-cv-08888-CJB-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-8888), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge