# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-1483 and 12-1484* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

IT IS ORDERED that the Motion to Withdraw as Counsel (Rec. Doc. 10497) is hereby GRANTED and the law firms of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. and Smith Stag, LLC are hereby WITHDRAWN as counsel of record for the following parties:

| Plaintiff | Contact Information | Case No. |
|---|---|---|
| Martin Weddle | 2310 South Highway 77, #110<br>Post Office Box 230<br>Lynn Haven, FL 32444<br>940-452-5091 ext. 109<br>martinweddle@yahoo.com | 12-1483 |
| Entrust New Direction IRA, Inc. | C/O Ms. Melissa Clements<br>1070 West Century Drive, #101<br>Miramar Beach, FL 32550<br>850-699-9628<br>melissa@barancan.com | 12-1484 |

IT IS FURTHER ORDERED that Entrust New Direction IRA, Inc. must enroll new counsel within 30 days from the receipt of this Order, failing which its claims may be dismissed since corporations and L.L.C.s must be represented by licensed counsel. *See Southwest Exp. Co., Inc. v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL

726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 28th day of June, 2013.

_____
United States District Judge

**Note to Clerk:  Mail copy of this order to Marin Weddle and Entrust New Direction IRA, Inc.**