MINUTE ENTRY
BARBIER, J.
June 27, 2013
JS-10: 81 minutes.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179  SECTION: J   JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**            **COURT REPORTER:**
**STEPHANIE KALL**               **CATHY PEPPER**

THURSDAY, JUNE 27, 2013 2:13 P.M.
JUDGE CARL J. BARBIER PRESIDING

## STATUS CONFERENCE

The matters below were discussed:

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. Luther Strange, Coordinating Counsel for State Interests, introduced counsel for the States of Texas, Mississippi, and Florida to the Court.

The Court briefly discussed recently-issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and the number of active cases within the MDL.

BP Counsel Andy Langan reported on the status of cases before various state courts.

**BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.**

**BP Counsel Andy Langan provided an update on the continued progress of written and deposition discovery.**

**BP Counsel Andy Langan reported on the status of the Insurance Coverage Cases.**

**The Court discussed pending motions to file claims after the monition date (September 16, 2011) in Transocean's Limitation Action, No. 10-2771. (Rec. Docs. 8825, 8862, 8863, 8871, 8883, 8887, 8888, 8897, 8967, 8993, 8998, 9001, 9004, 9021, 9070, 9169, 9195, 9197, 9198, 9218, 9229, 9236, 9237, 9258, 9260, 9261, 9271, 9277, 9341, 9343, 9349, 9354, 9358-60, 9390-92, 9394-97, 9401, 9403-08, 9410, 9412-13, 9415-17, 9420, 9428, 9433, 9437, 9440-42, 9448, 9451-52, 9455-57, 9459, 9464-67, 9470-72, 9477-79, 9481, 9487, 9490-92, 9499, 9513, 9514-15, 9523, 9524, 9528, 9534, 9541, 9542, 9548, 9555, 9559, 9566, 9581, 9583-85, 9587, 9612, 9630, 9656, 9670, 9682, 9819, 9838, 10229, 10238-39, 10259, 10301, 10317, 10374, 10421, 10455, 10534). Transocean Counsel Kerry Miller, joined by counsel for BP and Halliburton, presented objections to the motions. The Court GRANTED the motions insofar as they seek to file claims in the Limitation Action after the monition date. These claims are deemed timely filed. The Court emphasized that it was not extending the monition date, nor were Defendants' other objections, defenses, etc., to the claims waived.**

**The Court GRANTED motions to amend complaints (Rec. Doc. 8078, 8985, 9331, 9373, 9442, 9475, 9494, 9507, 9514, 9518, 9519, 9599, 10169, 10280, 10522).**

**The Court discussed the Clean Up Defendants' pending motions for summary judgment regarding the B3 claims. (Rec. Docs. 6545, 6536, 6538, 6546, 6547, 6551, 6553, 6557, 6559, 6597, 6857). Michael Lyle, Liaison Counsel for the Clean Up Responder Defenders, appeared on behalf of the Clean Up Responder Defendants. The motions remain UNDER ADVISEMENT.**

**The Court discussed the Phase Two Trial scheduled for September 16, 2013, concerning source control and quantification.**

**The Court discussed case management beyond Phase Two. The Court anticipates the next phase will concern assessment of the United States' penalty claims against BP and Anadarko under the Clean Water Act. Luther Strange, Coordinating Counsel for State Interests, and Jim Roy, Plaintiffs' Liaison Counsel, also reported on case management issues.**

The Court anticipates holding another Status Conference in August.

The Court heard oral argument on the cross motions for summary judgment regarding claims by the Mexican States of Veracruz, Quintana Roo, and Tamaulipas. (Rec. Docs. 8169, 8176, 8178, 8179).  BP Counsel Andy Langan and Transocean Counsel Steve Roberts argued on behalf of the Defendants.  Enrique Serna argued on behalf of the Mexican States.  The Court took the motions UNDER ADVISEMENT.

The Status Conference ended at 3:34

ATTORNEYS: See attached list.