# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig
# "Deepwater Horizon"

## Status Conference--June 27,2013

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Luther Strange | 334-272-7401 | Alabama |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713 595-8301 | " |
| Steve Herman | (504) 581-4892 | PSC |
| Andy Langan | 312 862 2664 | BP |
| Mike Brock | | BP |
| Don Haycraft | | BP |
| BRAD BRIAN | | TC |
| Steve Roberts | | TC |
| Kerry Miller | | TC |
| Jim Roy | | PSC |
| Mike Underhill | | US |
| Michael Lyle | 202 633 5000 | Transocean... |
| Kuyper | 213 650 1700 | AR |
| Kirby | | |
| Kishan | | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig
# "Deepwater Horizon"

### Status Conference--June 27,2013

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Lara K Richards | 504-444-0917 | |
| MARY Jo Woods | 601-506-0510 | STATE OF MS |
| Matt Lundy | 337-263-5294 | PSC |
| Jenny Martinez | 314-939-4620 | HESI |
| Allan Kanner | 504 524 5777 | LA |
| Andrew Howes | 213-988-7505 | MOEX |
| Frank Petora | 954/318-9760 | PSC |
| Grant Davis Perry | 2136834225 | TO |
| Hailey Lebieut | 525-5535 | |
| Jeff Keiser | 504-210-7325 | PSC |
| Erwin Alonso | 305-298-1888 | PSC |
| Robin Greenwald | 212 508-5802 | PSC |
| J Case | 202 514 1448 | US. |
| Walter J. Leger | 504-588-8843 | PSC/TLS |
| Gary Heartfield | 504-584-9222 | SEACOR |
| James Bilsborrow | 773-934-4930 | PSC |
| Rob Pepe | 504-585-7676 | O'Brien's/NRC |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference--June 27, 2013

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| W A Duggett | 850-830-7364 | Florida |
| Lee Martin | 601-933-0070 | Mississippi |
| Steve Power | 202 550-5176 | BP |
| John Baden | 804 648-1981 | PSC |
| Thomas Edwards | 512-463-2012 | TEXAS |
| DRAKE MARTIN | 850 8142618 | FL |
| PORADY DADDOCK | 903-276-0928 | FLORIDA |
| Matt Lindsay | 504-523-2500 | MS |
| Teresa Wing | 228-361-0413 | MS |
| W. B ARY | 504 520-9496 | MS IU MDL |
| DARRELL CHEARY | 504 581-5141 | IAR |
| D Russell Holwell | 504.581.2606 | United Mexican States |
| C Tay | 2256694599 | PSC |
| Joe Rhi | 843-216.9159 | PSC |
| Karen Gase | 281 3664294 | BP |
| Steve O'Rourke | 800 514 2779 | US |
| Jimmy Williamson | 713-223-3330 | PSC |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference--June 27,2013

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Don Godwin | 214.939.4400 | Halliburton |
| Alan York | " " | " " |
| Bruce Bowman | " " | " " |
| Jenny Martinez | " " | " " |
| Lilia Garcia | " " | " " |
| Jonathan Compretta | 6019330070 | MC |
| Mike Moore | 6019330070 | MS |
| Patricia "Rish" Conners | 850-245-0178 | FL |
| Kevin Turner | 334-353-212 | AL |
| Carter Williams | 713-470 6126 | TO |
| MICHAEL PARMINTIER | 225 4085228 | DSC |
| NATHAN BURROW | 228-225-0057 | KNIGHT'S MARINE |
| Elizabeth Cabraser | 415 895 2000 | PSC |
| Beth Lusen | 312 862-2467 | BP |
| L. GASPUM | 202 879 5000 | BP |
| DAVID PARSIGA | 394-9000 | PSC |
| CHRIS HANNAN | 566-6612 | UNDERWRITERS |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference--June 27,2013

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| _____ _____ | (2*4*) 73*? - 4-1** | *****  *  |
| _____ _____ | *' | *** *** |
| *** _ _____ | *' | *** *** |
| Carlue Fitzgar_ | 504 648 1480 | PSC |
| _____ _____ | | *' *  |
| ZACH BONNER | ****17 ***? | M/SS |
| Dean Burs | 5*05722164 | PSC |
| ___ e Jeneeus | 3/4 5578** | *B*/ |
| _____ Krau_ | 504 22*- *6** | Louisiana |
| DURE WILLIAMS | 9835 870 7596 | PSC |
| _____ Jones | 704 2312513 | Psc |
| ~~_____~~ | | |
| _____ DAVIS | 504 526-5555 | |
| MIKE ESP_ | *** *** | R.C |
| CHARLES CURTIS | 355-5990 | ORLEANS LEVEE DISTRICT |
| STEPHEN FLYNN | (202)616-4070 | U.SA |
| ANTHONY TRAPINO | (504) 525-1500 | PSC |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference--June 27,2013

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| ENRIQUE SERNA | 210-472-2222 | MEXICAN STATES |
| WILLIAM GWIN | 601-707-5325 | Mississippi |
| Amber Shushan | 713-470-6153 | Transocean |
| Parker Miller | 314-451-2937 | PSC |
| Blaine Fergull | 377-664-6304 | PSC |
| Irma Espino MacLean | PSC | (214)521-3605 |
| Bonnie Kendrick | (205)752-6572 | Dary, Cudith, etc |
| Eric Lyttle | (202) 538-8162 | ~~BOC~~ ~~BP~~/CRM/ NRC |
| Kelsey Sproul | 713-951-5600 | ~~Transocean~~ Total Safety |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference--June 27,2013

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Corey Maze | 334 242 7300 | Alabama |
| Win Sinclair | " " " | Alabama |
| MARY MCLEOD | 504 584-9212 | To Excess wurs |
| Mark Seyler | 504-545-3371 | N/A |
| STAN BARIUCH | 312 862 2000 | BR |
| David | (504) 525-2072 | IPs |
| Jeff Wiese | 757-615-8887 | PJC |