**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

|  |  |  |
|---|---|---|
| IN RE: | ) |  |
|  | ) |  |
| OIL SPILL BY THE OIL RIG | ) | **MDL No. 2179** |
| **"DEEPWATER HORIZON" IN THE** | ) |  |
| **GULF OF MEXICO ON APRIL 20,** | ) | **Section J** |
| **2010** | ) |  |
|  | ) | **JUDGE BARBIER** |
| **These pleadings apply to** | ) |  |
|  | ) |  |
| *Abney, et al. v. Plant Performance Services, LLC* | ) | **MAGISTRATE SHUSHAN** |
| *et al.,* **2:13-cv-00582-CJB-SS** | ) |  |
|  | ) |  |
| **FLN/3:13-cv-00024-MCR-EMT** | ) |  |

---

**MOTION FOR BRIEF EXTENSION OF TIME**
**TO FILE AND SERVE PLAINTIFF PROFILE FORMS**

COME NOW the plaintiffs of the above-styled case recently transferred into the MDL

2179 effective April 29, 2013 and respectfully request the following relief:

1.  This action on behalf of 667 former cleanup workers, who performed onshore
    cleanup duties in connection with the oil, dispersant, and contaminated debris
    washing up in Escambia and other counties in the Florida Panhandle in 2010 as a
    result of the Deepwater Horizon Oil Spill, was originally filed in the First Judicial
    Circuit of Florida in and for Escambia County, Case No. 2012-CA-002947 ("Abney
    Action") on November 16, 2012.

2.  The undersigned also represents 174 cleanup workers who were not named in the
    Abney Action but who performed onshore cleanup duties in connection with the oil,
    dispersant, and contaminated debris washing up in the neighboring counties of
    Okaloosa, Walton and Bay in the summer of 2010 as a result of the Deepwater

Horizon oil spill on April 20, 2010.  These individuals are named in the matter now styled <u>Abood, et al. v. Plant Performance Services, LLC</u>, 2:13-cv-02964-CJB-SS, which was originally filed in the Northern District of Florida.

3.   The undersigned and staff have been gathering information and investigating the underlying claims since each entered her office; however, multiple gaps must be filled to complete all Plaintiff Profile Forms accurately.  For example, employment information prior to 2010 is not necessarily "unemployed," because many cleanup workers left other employment to contract with Plant Performance Services, LLC, in connection with the cleanup.  Further, many plaintiffs have had to seek medical care. Some had no insurance or funds with which to obtain medical care.  The responses to the form are variable, in other words, and while the undersigned and staff have been working diligently on this process, the process remains incomplete.

4.   Because proceedings are not active for this matter, no prejudice to any defendant would result from an extension of time.  The undersigned has consulted with the Plaintiff's Steering Committee about this motion, and she is advised that the PSC has no objection to the granting of this motion and furthermore that the defendants are unlikely to have an objection.  The undersigned has sought a response from the defendants regarding this motion, and once notification is received about their position, this Motion filing will be updated to reflect defendants' position.

5.   While the undersigned expects that the Plaintiff Profile Forms for the Abney Action may be filed by July 31, 2013, the plaintiffs respectfully request an extension up to and including August 19, 2013 in the event that unforeseen circumstances or complications regarding the completion of the forms for the plaintiffs in the Abood

Action arise.  Moreover, the undersigned has competing discovery issues in another case pending in federal court, <u>Vickery v. Medtronic, Inc.</u>, in the Southern District of Alabama, Case No. 1:12-cv-00731-C, which require the undersigned to travel to multiple states to complete depositions of witnesses and decision-makers in that employment discrimination action prior to a discovery deadline; trial is set therein.

WHEREFORE, for the reasons herein, the plaintiffs respectfully request an extension of time to file and serve Plaintiff Profile Forms in the Abney Action up to and including August 19, 2013.

Respectfully submitted,

<u>  s/Heather F. Lindsay                          </u>
HEATHER F. LINDSAY
LINDSAY & ANDREWS, P.A.
Post Office Box 586
Milton, Florida  32572
(850) 623-3200
Facsimile:  (850) 623-0104
Florida Bar No.:  073441
ONE OF THE ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion is being furnished via CM/ECF on this June 28, 2013 to all counsel of record.

Anne Marie Estevez
MORGAN LEWIS & BROCKIUS LLP
200 South Biscayne Boulevard Suite 5300
Miami, Florida 33131
(305) 415-3330
aestevez@morganlewis.com
erodriguez@morganlewis.com
*Attorney for P2S*

Theodore E. Tsekerides
Sylvia Simpson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8218
sylvia.simson@weil.com
theodore.tsekerides@weil
*Attorneys for O'Brien's Response*
*Management, LLC*

Michael J. Lyle
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005
(202) 682-7157
Michael.lyle@weil.com
melody.akhavan@weil.com
pilar.villa@weil.com

*Attorney for O'Brien's Response*
*Management, LLC*
Christine Deruelle
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100
christine.deruelle@weil.com
*Attorney for O'Brien's Response*
*Management, LLC*

Thomas Andrew Range
AKERMAN SENTERFITT LLP
106 East College Avenue, 12th Floor
Tallahassee, Florida 32301
(850) 224-9634
tom.range@akerman.com
*Attorney for BP Exploration & Production,*
*Inc. and BP America Production Company*

James A. Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
(313) 862-2000
andrew.langa.@kirkland.com
*Attorney for BP Exploration & Production,*
*Inc. and BP America Production Company*

__/s/ Heather F. Lindsay_____
HEATHER F. LINDSAY
LINDSAY & ANDREWS, P.A.
Post Office Box 586
Milton, Florida  32572
(850) 623-3200
Florida Bar No.:  073441
hfl@lal-law.com
ONE OF THE ATTORNEYS FOR PLAINTIFFS