MINUTE ENTRY
SHUSHAN, M.J.
JUNE 28, 2013

**MJSTAR: 1:07**


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL BY THE                                    CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010       NUMBER: 10-MDL-2179

                                                          SECTION: "J" (1)


MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY,  JUNE 28, 2013 AT 9:30 A.M.

CASE MANAGER:            Gail Chauvin

COURT REPORTER:         Karen Ibos

     A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:    See attached sign-in sheets for attorneys who participated in person and via
            telephone.