# CONFERENCE ATTENDANCE RECORD

DATE: 6/28/13                                TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robert E. Guidry | Anadarko |
| Thomas Edwards | Texas |
| Douglas Kraus | Louisiana |
| Grant Davis-Denny | TO |
| Amelia Sargent | TO |
| Alan York | HESI |
| Jenny Martinez | " |
| Gwen Richard | " |
| Jermine McGregor | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Erika Tobodo | HESI |
| Andy Langer | BP |
| Rich Gasaway | BP |
| Patricia "Trudy" Conners | FL |
| Mike Moore | MS |
| Brady Doddard | FL |
| Corey Maze | Alabama |
| Winfield Sinclair | Alabama |
| Drake Martin | FL |
| Billy Buzzett | FLA |
| William Quin | MS |
| Tony Fitch | Anadarko |
| Jonathan Compretta | MS |
| Lee Martin | MS |
| Stephen Flynn | USA |
| Pat Casey | DOJ-US |
| Anthony Irpino | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Brian Barr | PSC |
| Donthaycroft | BP |
| Mike Broch | BP |
| Mary Jo Woods | State of MS |
| | |
| | |
| | |
| | |
| | |

## MDL 2179 - Phase Two Discovery Conference

### 6/28/13 - Telephone Participants

Mike Petrino

Sarah Himmelhoch

Ben Mayeaux /Airborne Support

Caroline Raines for HESI

Tamerli Godley for TO

Peter Bertoszek for BP

Erica Penzak w/ DOJ

Bill Stradley w/ 2185

Joe Eisert w/ BP

Alan Kanner for LA

Capt. Englebert